**SHADIE L. BERENJI (SBN 235021)**
berenji@employeejustice.law
**DAVID C. HOPPER (SBN 306281)**
hopper@employeejustice.law
**BERENJI LAW FIRM, APC**
8383 Wilshire Boulevard, Suite 708
Beverly Hills, California 90211
Telephone: (310) 855-3270
Facsimile: (310) 855-3751

Attorneys for Plaintiff
KEITH HUCKABY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEITH HUCKABY, individually and on behalf of all other persons similarly situated, and on behalf of the general public,

Plaintiff,

v.

CRST EXPEDITED, INC., an Iowa corporation; CRST INTERNATIONAL, INC., an Iowa corporation; and DOES 1 through 30, inclusive,

Defendants.

Case No. 2:21-cv-07766-ODW-PD
*Assigned to Hon. Otis D. Wright, II*

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**

Date: April 18, 2022
Time: 1:30 p.m.
Courtroom: 5D

[*Filed concurrently herewith Memorandum of Points & Authorities ISO Motion for Class Certification, Declarations of Keith Huckaby and Shadie L. Berenji, Compendium of Exhibits, [Proposed] Order*]

Complaint Filed: August 9, 2021
Trial: March 28, 2023

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at 1:30 p.m. on April 18, 2022, before the Honorable Otis D. Wright, II, District Judge in Courtroom 5D of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California, 90012, Plaintiff Keith Huckaby ("Plaintiff") will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 23, on behalf of himself and all others similarly situated, for an order certifying Plaintiff's action as a class action against Defendants CRST Expedited, Inc. and CRST International, Inc. (collectively, "CRST" or "Defendants"). Specifically, Plaintiff requests that this Court:

1. Determine that a class action is proper pursuant to Federal Rule of Civil Procedure 23, as to the following causes of action contained in Plaintiff's Class Action Complaint for Damages:

    a. First Cause of Action: Failure to Pay Minimum Wages;

    b. Second Cause of Action: Failure to Pay Statutory/Contractual Wages;

    c. Third Cause of Action: Failure to Reimburse Business Expenses;

    d. Fourth Cause of Action: Failure to Provide Itemized Wage Statements;

    e. Fifth Cause of Action: Failure to Timely Pay Wages; and,

    f. Ninth Cause of Action: Violation of California Unfair Competition Law.

2. Determine that class treatment is appropriate under Federal Rule of Civil Procedure 23 on the grounds that (1) the class is so numerous that joinder of all members is impracticable, (2) there are questions of law and fact common to the class, (3) the class representative's claims are typical of the claims of the

class, and (4) the class representative will fairly and adequately protect the interests of the class.

3. Certify the following classes and/or subclasses:

a. All current and former employees that had a residential address in California and performed work as a truck driver for CRST ("CA Truck Driver") who were compensated by a piece-rate from August 9, 2017 through the date of final disposition of this action ("the Piece-Rate Class");

b. All CA Truck Drivers who were required to purchase and maintain their own tools for work and pay for vehicle citations and fines they incurred during the performance of their job duties from August 9, 2017 through the date of final disposition of this action ("Business Expense Subclass");

c. All CA Truck Drivers who received an itemized wage statement ("Wage Statement Subclass") from August 9, 2019 through the date of final disposition of this action; and,

d. All CA Truck Drivers that are no longer employed with CRST and who were not provided with final wages at the time of separation of employment from August 9, 2017 through the date of final disposition of this action ("Final Pay Subclass").

4. Find Plaintiff, Keith Huckaby, to be an adequate representative and certifying him as the class representative herein.

5. Find Plaintiff's counsel, Shadie L. Berenji, as adequate class counsel and appoint the Berenji Law Firm, APC, as class counsel for the proposed classes.

///

///

///

This motion is based upon this Notice of Motion and Motion for Class Certification, the memorandum of points and authorities in support thereof, the Declarations of Shadie L. Berenji and Keith Huckaby, the Compendium of Exhibits in Support of Plaintiff's Motion for Class Certification, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on February 17, 2022.

DATE: February 27, 2022

**BERENJI LAW FIRM, APC**

By: *\/s/ Shadie L. Berenji*

SHADIE L. BERENJI
DAVID C. HOPPER
Attorneys for Plaintiff
KEITH HUCKABY, individually and on behalf of all other persons similarly situated, and on behalf of the general public

.