**SHADIE L. BERENJI (SBN 235021)**
berenji@employeejustice.law
**DAVID C. HOPPER (SBN 306281)**
hopper@employeejustice.law
**BERENJI LAW FIRM, APC**
8383 Wilshire Boulevard, Suite 708
Beverly Hills, California 90211
Telephone: (310) 855-3270
Facsimile: (310) 855-3751

Attorneys for Plaintiff
KEITH HUCKABY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEITH HUCKABY, individually and on behalf of all other persons similarly situated, and on behalf of the general public,

Plaintiff,

v.

CRST EXPEDITED, INC., an Iowa corporation; CRST INTERNATIONAL, INC., an Iowa corporation; and DOES 1 through 30, inclusive,

Defendants.

Case No. 2:21-cv-07766-ODW-PD
*Assigned to Hon. Otis D. Wright, II*

**COMPENDIUM OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

**(VOLUME III OF IV)**

Date: April 18, 2022
Time: 1:30 p.m.
Courtroom: 5D

# EXHIBIT A

# LIST BY PERMIT NUMBER

License Department 1-800-366-8460

| Permit # | State | Type of Permit | Expires |
|---|---|---|---|
| Small Permits | | | |
| 1 | OK | IRP Registration Card | 31-Dec |
| 2 | | Insurance Card | 1-April |
| 3 | | Federal Hazardous Materials | 6/30 (3YR) |
| 4 | CA | Hazardous Materials | 30-Nov |
| 5 | CA | Liquor | PERMANENT |
| 6 | CO | Hazardous Materials | 29-Sep |
| 7 | GA | Interstate Auth | PERMANENT |
| 8 | IN | Liquor | VARIES |
| 9 | IA | Interstate Auth | PERMANENT |
| 10 | KS | Exempt Auth | PERMANENT |
| 11 | KS | Liquor (pickup and delivery only) | PERMANENT |
| 12 | KY | Liquor | 30-Dec |
| 13 | MS | Interstate Auth | PERMANENT |
| 14 | NM | Liquor | 6/31 (3YR) |
| 15 | NY | Interstate Auth | PERMANENT |
| 16 | NC | Liquor | PERMANENT |
| 17 | OH | Liquor | 1-Oct |
| 18 | OK | MC Certificate | PERMANENT |
| 19 | OK | Liquor | 9-Dec |
| 20 | PA | Interstate Auth | PERMANENT |
| 21 | PA | Liquor | 31-Dec |
| 22 | TX | Liquor | 7-Dec |
| 23 | VA | Liquor | PERMANENT |
| 24 | | Company Interstate Auth (regular route) | |
| 25 | | Company Interstate Auth (irregular routes) | |
| Large Permits | | | |
| 26 | IA | IFTA Card | 31-Dec |
| 27 | OR | Weight Receipt and Tax Identifier Paper | 31-Dec |
| 28 | NY | Liquor | 31-Dec |
| 29 | NY | TMT Card-Issued as Needed | 12/31 (3YR) |
| 30 | MN | Alliance Uniform Hazardous Materials | 31-Dec |
| 30 | NV | Alliance Uniform Hazardous Materials | 31-Dec |
| 30 | OH | Alliance Uniform Hazardous Materials | 31-Dec |
| 30 | WV | Alliance Uniform Hazardous Materials | 31-Dec |
| 31 | | Info about Canada | |

| | | | |
|---|---|---|---|
| 32 | BC | Authority | PERMANENT |
| 33 | MB | Authority | PERMANENT |
| 34 | ON | Operating License | PERMANENT |
| 35 | ON | CVOR Certificate | PERMANENT |
| 36 | PQ | Transport Authority | PERMANENT |
| 37 | SK | Authority | PERMANENT |
| 38 | | Canadian border crossing | |
| 39 | | Canadian border crossing | |
| 40 | | Accident report form | |
| | ID | Hazardous Materials - Paperless Clearance at POE | 31-Dec |
| | IL | Interstate Auth ISSUED AS NEEDED | 31-Dec |
| | KS | KCC Interstate Auth | 31-Dec |
| | NM | Mileage Tax - Paperless | 31-Dec |
| | MD | Liquor (pickup and delivery only) | 31-Oct |
| | MI | Interstate Auth | 31-Dec |
| | BC | Authority Plate | 29-Feb |
| | NJ | Liquor – | 24 Hours |

# List By State

License Department 1-800-366-8460

| Permit # | State | Type of Permit | Expires |
|---|---|---|---|
| 32 | BC | Authority | PERMANENT |
| | BC | Authority Plate ISSUED AS NEEDED | 29-Feb |
| 5 | CA | Liquor | PERMANENT |
| 4 | CA | Hazardous Materials | 30-Nov |
| 6 | CO | Hazardous Materials | 29-Sep |
| 7 | GA | Interstate Auth | PERMANENT |
| | ID | Hazardous Materials - Paperless Clearance at POE | 31-Dec |
| 9 | IA | Interstate Auth | PERMANENT |
| 26 | IA | IFTA Card | 31-Dec |
| | IL | Interstate Auth ISSUED AS NEEDED | 31-Dec |
| 8 | IN | Liquor | VARIES |
| 10 | KS | Exempt Auth | PERMANENT |
| 11 | KS | Liquor (pickup and delivery only) | PERMANENT |
| | KS | KCC Interstate Auth | 31-Dec |
| 12 | KY | Liquor | 30-Dec |

| | | | |
|---|---|---|---|
| 33 | MB | Authority | PERMANENT |
| | MD | Liquor (pickup and delivery only) | 31-Oct |
| | MI | Interstate Auth | 31-Dec |
| 30 | MN | Alliance Uniform Hazardous Materials | 31-Dec |
| 13 | MS | Interstate Auth | PERMANENT |
| 16 | NC | Liquor | PERMANENT |
| | NJ | Liquor | 24 Hours |
| 14 | NM | Liquor | 6/31 (3YR) |
| | NM | Mileage Tax - Paperless Clearance at POE | 31-Dec |
| 30 | NV | Alliance Uniform Hazardous Materials | 31-Dec |
| 15 | NY | Interstate Auth | PERMANENT |
| 28 | NY | Liquor | 31-Dec |
| 29 | NY | TMT Card-Issued as Needed | 12/31 (3YR) |
| 17 | OH | Liquor | 1-Oct |
| 30 | OH | Alliance Uniform Hazardous Materials | 31-Dec |
| 1 | OK | IRP REGISTRATION CARD | 31-Dec |
| 18 | OK | MC Certificate | PERMANENT |
| 19 | OK | Liquor | 9-Dec |
| 34 | ON | Operating License | PERMANENT |
| 35 | ON | CVOR Certificate | PERMANENT |
| 27 | OR | Weight Receipt and Tax Identifier Paper | 31-Dec |
| 20 | PA | Interstate Auth | PERMANENT |
| 21 | PA | Liquor | 31-Dec |
| 36 | PQ | Transport Authority | PERMANENT |
| 37 | SK | Authority | PERMANENT |
| 22 | TX | Liquor | 7-Dec |
| 23 | VA | Liquor | PERMANENT |
| 30 | WV | Alliance Uniform Hazardous Materials | 31-Dec |
| 3 | | Federal Hazardous Materials | 6/30 (3YR) |
| 2 | | Insurance Card | 1-April |
| 24 | | Company Interstate Auth (regular route) | |
| 25 | | Company Interstate Auth (irregular routes) | |
| 31 | | Info about Canada | |
| 38 | | Canadian border crossing | |
| 39 | | Canadian border crossing | |
| 40 | | Accident report form | |

# LIST BY EXPIRATION DATE

License Department 1-800-366-8460

| Permit # | State | Type of Permit | Expires |
|---|---|---|---|



CRSTF000623

| | | | |
|---|---|---|---|
| | BC | Authority Plate | 29-Feb |
| 2 | | Insurance Card | 1-April |
| 6 | CO | Hazardous Materials | 29-Sep |
| 17 | OH | Liquor | 1-Oct |
| | MD | Liquor (pickup and delivery only) | 31-Oct |
| 4 | CA | Hazardous Materials | 30-Nov |
| 22 | TX | Liquor | 7-Dec |
| 12 | KY | Liquor | 30-Dec |
| 26 | IA | IFTA Card | 31-Dec |
| | ID | Hazardous Materials - Paperless Clearance at POE | 31-Dec |
| | IL | Interstate Auth | 31-Dec |
| | KS | KCC Interstate Auth | 31-Dec |
| | MI | Interstate Auth | 31-Dec |
| 30 | MN | Alliance Uniform Hazardous Materials | 31-Dec |
| 30 | NV | Alliance Uniform Hazardous Materials | 31-Dec |
| | NM | Mileage Tax - Paperless | 31-Dec |
| 28 | NY | Liquor | 31-Dec |
| 30 | OH | Alliance Uniform Hazardous Materials | 31-Dec |
| 1 | OK | IRP REGISTRATION CARD | 31-Dec |
| 27 | OR | Weight Receipt and Tax Identifier Paper | 31-Dec |
| 21 | PA | Liquor | 31-Dec |
| 30 | WV | Alliance Uniform Hazardous Materials | 31-Dec |
| 3 | | Federal Hazardous Materials | 6/30 (3YR) |
| 14 | NM | Liquor | 6/31 (3YR) |
| 29 | NY | TMT Card – ISSUED AS NEEDED | 12/31 (3YR) |
| 32 | BC | Authority | PERMANENT |
| 5 | CA | Liquor | PERMANENT |
| 7 | GA | Interstate Auth | PERMANENT |
| 9 | IA | Interstate Auth | PERMANENT |
| 10 | KS | Exempt Auth | PERMANENT |
| 11 | KS | Liquor (pickup and delivery only) | PERMANENT |
| 33 | MB | Authority | PERMANENT |
| 13 | MS | Interstate Auth | PERMANENT |
| 16 | NC | Liquor | PERMANENT |
| 15 | NY | Interstate Auth | PERMANENT |
| 18 | OK | MC Certificate | PERMANENT |
| 34 | ON | Operating License | PERMANENT |
| 35 | ON | CVOR Certificate | PERMANENT |
| 20 | PA | Interstate Auth | PERMANENT |
| 36 | PQ | Transport Authority | PERMANENT |
| 37 | SK | Authority | PERMANENT |
| 23 | VA | Liquor | PERMANENT |



CRSTF000624

| | | | |
|---|---|---|---|
| 8 | IN | Liquor | VARIES |
| 24 | | Company Interstate Auth (regular route) | |
| 25 | | Company Interstate Auth (irregular routes) | |
| 31 | | Info about Canada | |
| 38 | | Canadian border crossing | |
| 39 | | Canadian border crossing | |
| 40 | | Accident report form | |

Leased Equipment:
Tractors:
Not all leased (not owned by CRST) tractors are licensed for every state. Be sure to call the License Department if you pick up a Leased tractor.

## 53-Foot Trailer Regulations/Restrictions

* Routes to be traveled in all allowable states must be interstates or federally designated state highways using a rand McNally map.

* **special or temporary permit required**

**AL** legal only on designated highways.
**AZ** legal on designated highways without a permit. Permits available at port of entry for off designated highways
**AR** legal only on designated highways.
**CA** **40' maximum length from kingpin to center of rear axle.** 65' maximum overall length. **This applies to 48' semi-trailers also.** (See example "a")
**CO** legal on all highways with 70' maximum overall length.
**CT** **41' maximum length from kingpin to center of rear axle**. (See example "a") legal on interstates and 1 mile off interstates.
* **DC** **must have a special over length permit order from state to enter. May take up to 2 days to get. 41'kingpin to center of rear tandem.**
**DE** legal on designated highways.
**FL** **41' maximum length from kingpin to center of rear Tandem. (See example "b")** dot bumper on trailer must not be over 4" from side of trailer.
**GA** **41' maximum length from kingpin to center of rear tandem.** (See example "b") 65' maximum overall length. Dot bumper on trailer must not be over 4" from side of trailer.
**ID** legal on interstate and some state designated routes. Legal on some state highway with permit. Call license dept for list.
**IL** **45'6" maximum length from kingpin to center of rear axle,** class 1 & 2 truck routes. (see example "a") Class 3 truck routes, over all length is 65', which is, cab over only.
**IN** **43' maximum length from kingpin to center of rear axle on interstates and 10 mile access. 40'6" maximum length on all other highways.** (See example "a")
**IA** legal on all designated highways.
**KS** legal on all designated highways.
**KY** legal on all designated highways.



CRSTF000625

**LA** legal on all designated highways. **Inside bridge can be no less than 36',** (inside bridge axle 2 & 5). **Outside bridge steer axle to center of rear trailer axle, 51' minimum.** (Outside bridge axle 1 & 5).
**MA** legal on all designated highways. Front sides of trailer must also be marked with eight inch numerals "53".
**MD** **41' maximum length from kingpin to center of rear tandem.** (See example "b") some hazardous material restrictions apply. **(contact your dispatcher for specifics.)**
**ME** legal on all highways if overall length is less than 74 ft. (call licensing if over 74)
**MI** **40'6" length from kingpin to center of rear tandem (with 6" tolerance over or under - 40' to 41')** (see example "b").
**MN** **41' maximum length from kingpin to center of rear tandem.**65' maximum overall length. (see example "b")
**MO** legal on all designated highways.
**MS** legal on all designated highways.
**MT** legal on all designated highways.
**ND** 75' maximum overall length. Legal on all designated Highways.
**NE** legal on all designated highways.
**NH** **41' maximum length from kingpin to center of rear tandem.** Legal on interstates, some approved route and 1 mile off. Call license dept for list of approved routes.
**NJ** **41' maximum length from kingpin to center of rear tandem.** (See example "b")
**NM** legal on all designated highways.
**NV** legal on all designated highways with maximum overall Length of 70'.
**NY** **41' maximum length from kingpin to center of rear tandem.** Legal on designated highways. (See example "b")
**NC** **41' maximum length from kingpin to center of rear tandem** on designated highways only. (See example "b")
**OH** legal on all designated highways.
**OK** legal on all designated highways.
**OR** legal on all designated highways (pickup map at port showing designated highways). Route 20 is **restricted** between hwy 126 and sweet home **must not go on this route.**
**PA** **41' maximum length from kingpin to center of rear axle.** Legal on all designated highways.
**RI** **41' maximum length from kingpin to center of rear axle.** Legal on designated highways.
**SC** **41' maximum length from kingpin to center of rear tandem** can run all highways. (See example "b")
**SD** legal on all designated highways.
**TN** **41' maximum length from kingpin to center of rear tandem.** Maximum overall length 50' from kingpin to rear of trailer. (See example "b")
**TX** legal on all designated highways.
**UT** **legal on all designated highways as of 7-1-94. 40'6"(with tolerance to 41') maximum length from kingpin to center of rear tandem.** (See example "b")
**VA** **41' maximum length from kingpin to center of rear trailer tandem on designated highways.**
* **VT** **legal on interstate and some state designated routes. May use only certain exits for fueling. Legal on some designated state highway with permit. Call license dept. for list.** Permits are ordered from state so can only get

Monday thru Friday 6:45 to 3:30 Eastern Time. Maximum kingpin of 41ft from center of kingpin to center of rear tandem on trailer or center of rear most axles.

**WA** legal on all designated highways as of 6-9-94.

**WI** **41' maximum length from kingpin to center of rear tandem on designated highways.** (See example "b")

**WV** **37' maximum length from center of rear tractor axle to center of front trailer axle on designated highways and 2-mile access.** (See example "c") permits can be obtained for other highways valid only on weekdays and daylight hours.

**WY** legal on all designated highways.

**ON** **legal on all highways.** 75'6" overall length. Cab over not legal as inters axle wheelbase to short.

# Measurements for 53 FT Trailer Bridge Restrictions

Example "A" Kingpin to Center Of Rear Axle



| | | | | | |
|---|---|---|---|---|---|
| CA | 40 Ft | CT | 41 Ft | IL | 45 Ft 6 In |
| IN | 43 Ft (Interstates) / 40 Ft 6 In (Off Interstates) | PA | 41 Ft | RI | 41 Ft |

Example "B" Kingpin to Center of Rear Tandem



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FL | 41 Ft | GA | 41 Ft | MD | 41 Ft | MI | 40 Ft 6 In |
| MN | 41 Ft | NC | 41 Ft | NH | 41 Ft | NJ | 41 Ft |
| NY | 41 Ft | SC | 41 Ft | TN | 41 Ft | UT | 40 Ft 6 In |
| WI | 41 Ft | VA | 41 Ft | | | | |

Example "C" Center of Rear Tractor Axle to Center of Front Trailer Axle



WV 37 Ft

Louisiana 53 Ft Trailer Bridge Restrictions



Outside Bridge Can Be No less Than 51 Ft

## DRIVERS ENTERING CANADA:

Customs and immigration will require you to present an I.D. to prove your United States citizenship. The border officials are required to ask everyone for citizenship verification. When requested, you will need a valid U.S. Passport. Other forms of ID, e.g., voter's ID or military ID cards, do not prove citizenship. You must satisfy the border officer's request to prove United States citizenship in order to be allowed into the country.

If you have ever been convicted of a felony, driving while intoxicated, or certain types of misdemeanors, you will not be allowed to enter Canada. A "Minister's Permit" will be required for certain offenses committed outside of Canada that would be an offense under Canadian law before entry into the country will be allowed. Please contact your Fleet Manager to insure compliance before moving a load into Canada. Disciplinary action up to and including termination will generally be given for violations in accordance with the following guidelines.

The following violations of company policy will be subject to disciplinary action up to and including termination. Violations are not limited to the following list. **CRST may deviate from this procedure based upon situational facts and circumstances.**

- Log Book Regulation **FINES** can be stiff. Canada does not operate under the same regulations as the U.S. DOT. By following a few guidelines, you can avoid these fines.
- Sign your daily log before you start driving. (Fine: $300)
- Have your vehicle inspection complete before you start driving. (Fine: $300)
- Write your tractor and trailer numbers and both plate numbers. (Fine: $300)
- Write your beginning and ending hub for the day next to the total miles for the day. (Fine: $300)
- Make sure you have a valid vehicle inspection for both tractor and trailer. (Fine: $600)
- Possession of a radar detector in Canada is illegal. (Fine: $500)
- Log "On-Duty, Not Driving", Line 4; for the actual time when you cross into Canada.

# IMPORTANT PHONE NUMBERS

| | | |
|---|---|---|
| **Maintenance Hotline:** | **1-800-366-4028** | |
| **Accident Reporting:** | **1-800-515-2778** | |
| **Workers Compensation:** | **1-866-799-2778** | |
| **Cargo Claims:** | **1-800-366-8460** | **x2801** |
| **Benefits:** | **1-866-934-4895** | |
| **Licensing/Permits:** | **1-800-366-8460** | **x2106** |
| **Automated Payroll:** | **1-800-292-0622** | |
| **Driver Payroll:** | **1-800-733-9362** | |
| **Human Resources:** | **1-800-366-8460** | **x2770** |
| **Recruiting:** | **1-800-553-2778** | |
| **Operations Switchboard:** | **1-800-366-8460** | |
| **Hazmat Hotline** | **1-855-468-2778** | |

## Directions to Terminals

**CRST Cedar Rapids, IA (Corporate, Operations, Maintenance, Safety and Training)**

Address: 3930 16th Ave SW, Cedar Rapids, IA 52401. Phone: 800-366-8460.

Directions: From I-80 take I-380 N to Hwy 30w (toward Tama). Go 2.2 miles to the Edgewood road exit. Turn Right (North) onto Edgewood road and go 1.5 miles to 16th Avenue (Pizza Hut on left). Turn Left at light onto 16th Avenue. Go ¼ mile and turn Right into truck entrance, which is marked with a sign.

**CRST Carlisle, PA (Maintenance, and Training)**
**Safety 800 756 2324 Maint. 800 795 2326**

Address: 1076 Harrisburg Pike, Carlisle, PA. 17016
Directions: From I-81 take Exit 52B, turn West. Proceed past Petro and Love's Truck Stops. Continue past PA Turnpike I-76. Terminal is 1/2 mile on the Right side of the road past the Sheetz's gas station. **Do NOT turn before Sheetz's**, (12'6" Underpass)

**CRST Oklahoma City, OK (Maintenance, and Training).**

Address: 924 S. Morgan Road, Oklahoma City, OK 73128. Phone: 800-366-2328.

Directions: From I-40 take exit 140 (Morgan Rd) turn South. Terminal is ¼ mile on the Left.
**Note: Do not follow** GPS coming from South :, it routes thru a very tight residential neighborhood

**CRST Riverside, CA (Maintenance, and Training).**

Address: 5350 Wilson St Jurupa Valley Ca 92509 Phone 951 275-5759

Directions: From I-10 take the Riverside Drive exit South 2.7 miles to Agua Mansa Rd turn right and go 1.6 miles to Wilson St, make a left and go .3 miles and the Terminal is the Left side of road.

**CRST Laredo, TX (Laredo Operations only)**

Address 12025 Mines Road, Laredo, TX 78041. Phone: 800-743-2778

Directions: I-35 to Exit 8. Turn Right on Bob Bullock Loop. Go to 1st light; turn Right on Mines Rd. Go 150 yards to the yard on Right side of road. When leaving, go Right out of yard and follow signs back to I-35. (Combo to driver lounge is 234)

**CRST Morton, IL (Dedicated Services Operations and Maintenance)**

Address: 1945 N. Morton Ave., Morton, IL 61550. Phone: 309-266-2565.

Directions: I-74, Exit 102, go ½ mile north on N. Morton Ave. On Left across from Wal-Mart.

# Off-Duty Authorization

**CRST Carrier Group**

**CRST Expedited, Inc. – Cedar Rapids, IA**

**CRST Malone, Inc. –Birmingham, AL**

**CRST Dedicated Services, Inc. – Morton, IL**

**CRST Specialized Transportation, Inc. – Fort Wayne, IN**

**The CRST Driver in possession of this card is relieved of all duty and all responsibility for his vehicle during meal stops of not less than 15 minutes duration, provided that said vehicle is safely and legally parked, that the cab and cargo doors are secured, and the unit is off.**

**Approved by:** __ __
**Mike Gannon, Carrier Group President**

# DRIVER EMPLOYEE HANDBOOK

CRST EXPEDITED

CRST DEDICATED SERVICES

Brueck 2-15-22
5
J Curcione
exhibitsticker.com

# WELCOME TO CRST



Welcome to the CRST Team! We are pleased that you have chosen CRST for your new career opportunity.

We are one of the nation's leading transportation companies. We are proud to say that we have grown to be one of the largest transportation companies in the United States, with over 1,200 office employees, 4,000 Company drivers and 2,500 independent contractors. At CRST, our success is based on a mission that drives the decisions we make each day:

A long standing history of financial stability, generated from revenue growth and profitability;

Outstanding customer service and a commitment to value for our customers;

Core value instilled in our fleet of "Safety First";

An investment in our people to ensure we have an engaged, dedicated workforce with advancement opportunities for the next generation of leadership.

We know that this mission helps to set us apart from our competitors. We also know that the strength of CRST is in the quality of our service, the customers we serve and the efforts of all of you. We want you, as an integral part of this team, to make it your personal mission to positively impact our customers. You have an opportunity to make a tremendous difference, and I wish you much success in your new position at CRST!

Sincerely,



Dave Rusch
President and CEO

*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

## Mission Statement

CRST will provide quality transportation and distribution related services by placing top priority on understanding and meeting our customers' needs and expectations in a safe manner. We are committed to sustained growth while concentrating on long-term profitability. We recognize that our employees, independent contractors, agents and suppliers are partners in our business; their success is vital to our success. We will participate in the communities we serve as an ethical and responsible citizen.

## Vision Statement

We will continue our long-standing history of financial stability and will pursue sustainable growth with attractive returns for our shareholders to ensure the long-term viability of our company. We will diversify our portfolio through new product development or company acquisition to expand our service offerings.

We will raise awareness of CRST as a top-tier transportation provider so the CRST name is synonymous with superior service, innovation, seasoned leadership and an enabling technology platform.

We will continue to refine our reputation as "a great place to work" by fostering an engaged, dedicated workforce. We will provide career development and advancement opportunities for team members and cultivate the next-generation of leadership.

We will uphold our commitment to providing industry-leading value to our customers through innovation and efficiency. We will continuously "deliver as promised" and provide remarkable, personalized service.

We remain committed to safety as a core value, by striving to reduce accident frequency and rank among the industry's top performers.

## Core Values

Financial Stability and Growth

Employee Development and Opportunity

Customer Service and Value

Business Integrity and Innovation

Safety Always

Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

# TABLE OF CONTENTS

**WELCOME TO CRST** ..... **II**

MISSION STATEMENT ..... III
VISION STATEMENT ..... III
CORE VALUES ..... III

**SECTION I: EMPLOYMENT POLICIES AND PRACTICES** ..... **1**

INTRODUCTION ..... 1
DISCLAIMER ..... 1
CONCEALED WEAPONS ..... 1
DISCIPLINARY ACTION ..... 2
*Unacceptable Behaviors* ..... *2*
*Safety Violations* ..... *2*
*Misuse of Company Property* ..... *3*
DRUG AND ALCOHOL POLICY ..... 3
*Testing Procedures* ..... *4*
*Pre-employment testing* ..... *5*
*Reasonable Suspicion Testing* ..... *5*
*Post-Accident Testing* ..... *6*
*Prohibited Employee Conduct:* ..... *6*
*Refusal to Submit To Testing:* ..... *7*
*The Effects of Alcohol & Drugs:* ..... *8*
ELECTRONIC COMMUNICATIONS AND TECHNOLOGY POLICY ..... 8
*Social Media* ..... *9*
*Mobile/Smart Phones* ..... *10*
EQUAL EMPLOYMENT OPPORTUNITY (EEO) POLICY ..... 11
ETHICS AND COMPLIANCE ..... 11
GIFTS AND SOLICITATIONS ..... 11
HUMAN RIGHTS POLICY AND STATEMENT ..... 12
OUTSIDE EMPLOYMENT ..... 12
PROBLEM SOLVING PROCEDURE ..... 13
RESIGNATION / TERMINATION ..... 14
*Voluntary Terminations* ..... *14*
*Return of Company Property* ..... *14*
*Reduction in Force* ..... *14*
*Employee Reimbursement* ..... *14*
*Termination Date* ..... *14*
TRANSFERS / PROMOTIONS ..... 14
UNLAWFUL DISCRIMINATION AND HARASSMENT (POSITIVE WORK ENVIRONMENT) ..... 15
*EEO Policy Statement* ..... *15*
*Harassment Defined* ..... *15*
*Complaint Procedure:* ..... *16*
*Sexual Harassment* ..... *16*
*Disability Accommodation* ..... *17*
*Medical Information* ..... *18*
*Determinations* ..... *18*
*No Retaliation* ..... *18*
*Persons Whose Conduct is Covered* ..... *18*
*Reporting* ..... *18*
*Driver Managers and Supervisors:* ..... *19*
*Responsibilities for Reporting Harassment or Discrimination* ..... *19*
*Safety and Security:* ..... *19*

*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

**SECTION II: PAYROLL AND LEAVES .......... 21**

BEREAVEMENT LEAVE .......... 21
FAMILY MEDICAL LEAVE ACT (FMLA) /LEAVE OF ABSENCE POLICIES .......... 21
*Eligibility .......... 21*
*Qualifying Events .......... 21*
*Compensation .......... 22*
*Length of Leave .......... 22*
*Medical Certification .......... 22*
*Benefit Preservation .......... 22*
*Intermittent Leave .......... 22*
*Applying for Short Term Disability (STD) and/or FMLA (Family Leave Act) .......... 22*
*Return from FMLA .......... 23*
*Additional FMLA Policies/Rules .......... 23*
*Military Leave of Absence .......... 23*
JURY DUTY .......... 24
VACATION TIME .......... 24
PERSONAL ILLNESS .......... 25
REHIRES .......... 25
WAGE POLICY AND PHILOSOPHY .......... 25
COMPENSATION .......... 25
*Per Diem Program: .......... 26*
*Wage Garnishments: .......... 26*
*Compensation Disputes: .......... 26*
WORKERS' COMPENSATION .......... 26

**SECTION III: GENERAL INFORMATION .......... 28**

BULLETIN BOARDS .......... 28
EMPLOYEE FILE .......... 28
NO SOLICITATION/DISTRIBUTION .......... 28
PARKING .......... 28
PERSONAL PROPERTY .......... 29
PERSONAL APPEARANCE / DRESS CODE .......... 29
*Shoes, Clothing, and Uniforms .......... 29*
*Grooming and Personal Hygiene .......... 29*
*Personal Hygiene .......... 29*
PERSONAL RELATIONSHIPS .......... 30
SAFETY .......... 30
*Licensing .......... 30*
*Notification of License Revocation (Disqualification of Drivers, DOT 391.15) .......... 30*
*Notification of Suspension .......... 30*
*CDL Policy .......... 30*
*Accidents .......... 30*
*Moving Violations .......... 31*
*Annual Review Form .......... 31*
*Driver Wellness - Physical Qualifications for Drivers .......... 31*
*Requirements for DOT Physicals .......... 31*
*Violation Policy / Safety Reviews / Defensive Driving Courses (DDC) .......... 32*
*Truck Cleanliness .......... 32*
*Safety Issues .......... 32*
SERVICE /ASSISTIVE ANIMALS .......... 32
TRACTOR/TRAILER TAKE HOME POLICY .......... 33
VISITORS POLICY .......... 33
*Passengers .......... 33*
*Passenger Program .......... 33*

*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

**SECTION IV: CODE OF BUSINESS CONDUCT AND ETHICS .......... 34**

CODE OF BUSINESS CONDUCT AND ETHICS .......... 34
*Compliance with Laws, Rules, and Regulations .......... 34*
*Conflicts Of Interest .......... 34*
*Competition and Fair Dealing .......... 35*
*Discrimination and Harassment .......... 35*
*Health and Safety .......... 36*
*Record Keeping .......... 36*
*Confidentiality .......... 36*
*Protection and Proper Use of Company Assets .......... 37*
*Payments to Government Personnel .......... 37*
*Waivers of the Code of Business Conduct and Ethics .......... 37*
*Reporting Any Illegal Behavior .......... 38*
*Disciplinary Action .......... 38*

**SECTION V: ADDENDUM FOR EMPLOYEES RESIDING IN CALIFORNIA .......... 39**

CALIFORNIA SPECIFIC LEAVE .......... 39
*California Family Care and Medical Leave and Pregnancy Disability Leave (PDL) Policy .......... 39*
*Sick Leave .......... 41*
*Crime Victims' Leave .......... 42*
*Leave for Organ and Bone Marrow Donation .......... 42*
*Leave for Educational/Daycare Purposes .......... 42*
*Volunteer Firefighter, Reserve Peace Officer, and Emergency Rescue Personnel .......... 43*
*Voting Time Off .......... 43*
*Civil Air Patrol Leave .......... 43*
*Adult Literacy Education .......... 43*
INJURY ILLNESS PREVENTION PROGRAM .......... 44

**EMPLOYEE ACKNOWLEDGMENTS .......... 45**

For employees residing in California, an addendum was generated for the state's specific policies in regards to leaves and prevention program.

*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

# SECTION I: EMPLOYMENT POLICIES AND PRACTICES

## INTRODUCTION

It is the hope that your employment with our Company is very rewarding and satisfying for both you and CRST, including its subsidiary companies (the Company). The Company offers exceptional employment opportunities and one of the best compensation and benefit packages in the industry. It is important that each employee understands the terms and conditions of his/her employment status with the Company. All employment at the Company is "at-will." This means that both employees and the Company have the right to terminate employment at any time, with or without advance notice, and with or without cause. No one other than an officer of the Company has the authority to alter this arrangement, to enter into an agreement for employment for a specified period of time, or to make any agreement contrary to this at-will status. Any such agreement must be in writing, must be signed by an officer of the Company, and must express a clear and unambiguous intent to alter the at-will nature of the employment relationship. This Employee Handbook does not constitute a contract of employment.

The Company maintains a drug-free environment. An applicant receiving a conditional offer of employment must undergo a general pre-employment substance abuse (drug) test. A conditional employee must satisfactorily pass the pre-employment test before he/she is eligible to begin employment. The policies and benefits described in this handbook are subject to change at management discretion. Any suggestions you may have are welcome.

## DISCLAIMER

The Company expects your cooperation in making these policies work. The Company's intent in preparing, implementing and distributing these policies is to help ensure compliance with federal, state and local laws. These policies are not intended to impose any contractual obligation on the Company or any of its employees or their representatives. It is the responsibility of the employee to become familiar with these rules. Any employee who violates these policies shall be subject to disciplinary action, up to and including termination. The Company reserves the right to interpret and administer the provisions of this Handbook as needed. Except for the policy of at-will employment, which can only be changed in writing by an officer of the Company, the Company has the maximum discretion permitted by law to change, modify or delete any provision in this Handbook at any time. This Handbook supersedes any prior versions published or distributed by the Company all inconsistent oral or written statements. In addition to the policies outlined in the Employee Handbook, CRST also complies with applicable State and Federal Laws.

## CONCEALED WEAPONS

Employees may not, at any time while on any Company owned property, including anywhere that Company business is conducted (customer locations, client locations, trade shows, restaurants, Company event venues, and so forth) possess or use any weapon. Weapons include, but are not limited to, guns, knives or swords with blades over four inches in length, explosives, brass knuckles and any chemical whose purpose is to cause harm to another person. Regardless of whether an employee possesses a concealed weapons permit or is allowed by law to possess a weapon, weapons are prohibited on any Company property or in any location in which the employee represents the Company for business purposes, including those listed above.

Any employee discovered to be in possession of a weapon is subject to immediate termination. Personal protection devices (such as pepper spray, knives with blades 3" or less, etc) are permitted.

Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

## Disciplinary Action

The Company expects each of its employees to adhere to rules and standards that follow its mission. Work rules and standards of conduct help create a productive and hospitable work environment and the Company regards these seriously. Failure to abide by the rules, regulations and policies of the Company may justify disciplinary action, up to and including termination.

The following violations of Company policy may subject an employee to disciplinary action up to and including termination of employment. Violations are not limited to the following list:

### *Unacceptable Behaviors*

- Theft or dishonesty which includes, but is not limited to, embezzlement, stealing from customers, falsifying reports, inappropriate removal or possession of Company property or property belonging to fellow co-workers falsification of any company records
- Possession, distribution, sale, transfer, or use of alcohol or controlled substances in the workplace
- Providing or distributing prescription drugs in the workplace
- Fighting or threatening violence in the workplace
- Boisterous or disruptive activity in the workplace
- Insubordination or dishonesty in any form
- Smoking in or around Non-Smoking facilities, unless using a designated smoking area
- Unlawful or unwelcome harassment, discrimination or intimidation of any kind (i.e. sexual, racial, ethnic, religious, disability, age, sexual orientation, gender identity)
- Unauthorized disclosure of confidential business information
- Violation of personnel policies
- Sleeping or otherwise loafing on company time
- Threatening, intimidating, coercing or interfering with any person on Company property during work hours
- Unsatisfactory work performance or conduct
- Falsifying company documents or providing false information on behalf of the company
- Any type of fraudulent activity or behavior
- Insubordination
- Failure to provide exemplary customer service
- Urinating on the truck into bottles, jars, or other storage containers is prohibited. Storing urine and/or fecal waste is prohibited on the truck
- Refusal to accept any instructions given by a supervisor and/or to perform a work assignment unless it will affect the employee's health or safety
- Assaults on, or threats to, a person at any time
- Engaging in physical violence while on company property or while on duty

### *Safety Violations*

- Not adhering to safety procedures and/or protocols
- Working under the influence of alcohol or controlled substances
- Violation of safety or health rules
- Preventable accidents or incidents


Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

- Violation of company Hours of Service policies
- Moving violations in any vehicle; personal or company. Serious moving violations as defined by the Federal Motor Carrier Safety Regulations may lead to immediate termination
- Out-of-Service violations of any vehicle, employee, or Hazardous Materials violations
- Leaving tractor and/or trailer with unreported damage, or dropping a trailer with DOT Out-of-Service defects will result in a fine in the amount of the cost incurred by CRST
- Violation of company policy and/or Department of Transportation regulations ( including, but not limited to, transporting unauthorized animals, passengers, alcoholic beverages, firearms or drugs)
- Being found under the influence of intoxicants or narcotics, or having it in possession, while on the job, including meal periods and while subject to call away from domicile point
- Should the employee refuse to submit to a test, or refuse to make the results of the said test available upon request, it shall be considered an admission of guilt
- Drinking alcoholic beverages within (12) hours prior to reporting for duty
- Having a positive result on a drug test

### *Misuse of Company Property*

- Negligence or improper conduct leading to the damage of Company property
- Unauthorized use of telephones or other Company-owned equipment
- Willful abuse or damage of company property
- Abuse of equipment requiring a service call including but not limited to; running out of fuel, leaving trailer brakes on, dropping a drive shaft, etc. will result in a fine up to the cost incurred by CRST
- Unauthorized use of equipment, including, but not limited to any unauthorized deadheading, bobtailing, and/or off route mileage will result in discharge and/or mileage charge of $1.00 per mile split between team drivers for off route miles (minimum charge of $50.00). Unauthorized use of "red tagged", DOT Out-of-Service equipment will result in termination
- Failure to keep cab and equipment clean and in good appearance will result in the following action (unless otherwise prohibited by state law):
  - Tampering with satellite, wiring, and/or governors will result in termination
  - Installing any inverter outside of a CRST maintenance shop will result in termination
  - Leaving trailer or tractor unattended without authorization will result in termination
  - Failure to make a proper pre-trip inspection that results in a federal or state DOT fine. Employee will be required to pay the fine
- Failure to return a truck to a CRST Hiring Center/ Shop is defined as abandonment of equipment. Trucks left at drop yards or trucks stops will be considered abandoned.
  - The penalty for abandonment is $125 charged to each employee on the truck. This covers the cost of sending an employee to retrieve the truck and equipment security charges. Money will be applied to transportation cost for sending new employees to secure the truck. Each employee will be charged with abandonment of equipment on his/her DAC report.

## Drug and Alcohol Policy

The Company has a strong commitment to provide a safe and productive workplace for its employees. In keeping with this commitment, the following rules regarding the use of alcohol and controlled substances have been established for all employees and prospective employees. The purpose of this policy is to inform employees that the abuse of alcohol and/or controlled substances (including synthetic drugs) may adversely

Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

affect their fitness for duty and that such behavior is unacceptable to the Company. Being under the influence of/or the use of alcohol or drugs is strictly prohibited during your scheduled work shift, (including lunch, dinner or other breaks). Violations of this policy may subject employees to disciplinary action, up to, and including termination.

The manufacture, distribution, possession, sale, or purchase of controlled substances or use on Company property is prohibited.

A confirmation test revealing a level equal to 0.02 or greater will result in the employee being discharged with no opportunity for rehire. A MRO confirmed positive drug test would result in discharge by CRST with no chance of re-hire.

CRST maintains a zero tolerance policy concerning use of alcohol and controlled substances in the workplace and considers evidence of such conduct grounds for immediate dismissal.

## *Testing Procedures*

Controlled substance testing will be performed using urine samples. Alcohol testing done at a terminal will be conducted by using an alcohol swab. If swab shows positive for alcohol use, a breath test may follow to confirm result. Alcohol testing done at an outside clinic will be done by using a breath-testing device.

Individuals trained according to DOT rules in CFR 49, Part 40 conduct all collections of urine and alcohol samples. Analysis of samples also follows Part 40 standards in all respects. CRST is committed to performing all tests in complete accordance with DOT regulations, which in turn ensures that employees are protected against false positive results or mistakes in the handling of specimens.

Alcohol Testing is conducted as follows:

- **Initial Screening Test:** for the presence of alcohol. If the result is less that 0.02, no further testing is required under DOT regulations.
- **Confirmation Test:** A result over 0.02 requires a second test. If that test indicates levels of 0.02 or greater, the employee is disqualified and prohibited from performing safety sensitive functions for a minimum of 24 hours according to DOT regulations. A breath alcohol reading of 0.04 or greater is considered a positive alcohol result.

Controlled Substance Testing is conducted as follows:

- At least 45 ml. of urine is collected from the employee. The sample is split into two bottles, which are individually sealed in the presence of the employee.
- The sample is sent to a government certified laboratory where it is tested for controlled substances. Employees testing positive are DOT disqualified.

### Consent, Cooperation and Consequences

Individuals taking a controlled substance and/or alcohol test must sign the appropriate release to allow the laboratory to release the test results to the Company. Any employee who refuses to consent to such testing, tampers with a test sample, tests positive or otherwise violates this policy may be placed on leave with or without pay, at the Company's discretion, until an appropriate disciplinary action is determined. Disciplinary action may include termination of employment.

### Positive Test Result

A positive test result will automatically be sent to an independent Medical Review Officer (MRO). The MRO will evaluate the test result, often in consultation with the employee, to determine whether there is a medically valid reason to overturn the results. If the MRO does not find reason to overturn the results of a positive test, an employee who has tested positive will be terminated. For the first time an employee tests


Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

positive, and only then, the Company may offer the employee an opportunity for rehabilitation in conjunction with a last chance agreement.

***Split Specimen Sample***

If you request a split specimen sample to be tested following a positive result, the cost associated with the additional test is the responsibility of the applicant/employee. The medical review officer will discuss this option with any employee following a preliminary positive test result.

**Confidentiality**

All medical information including drug or alcohol test results or treatment procedures will be treated as confidential medical information and will be accessible only to those the Company administrators and designated medical and professional persons with a specific need to know.

All CRST employees operating CRST trucks on public roadways must comply with the safety regulations found in the Department of Transportation's rule, 49 CFR, Part 40, and the Federal Motor Carrier Safety Administration's rule, 49 CFR 382. Federal regulations require that all employees must immediately submit to all alcohol and controlled substance tests administered in accordance with this part. Immediately means "all the employees actions must be directed toward completing the test" once required. Failure to comply with federal regulations relative to drug and alcohol testing will result in termination.

## *Pre-employment testing*

As outlined in the FMCSR (Federal Motor Carrier Safety Regulation Section (§382.301), prior to the first time an employee performs safety-sensitive functions for an employer, the employee must undergo testing for controlled substances. No employer shall allow an employee, who the employer intends to hire or use, to perform safety-sensitive functions unless the employer has received a controlled substances test result from the Medical Review Officer (MRO) indicating a verified negative test result for that employee that meets the requirements within the previous 30 days.

Employees possessing a Commercial Driving License (CDL) will be subject to random controlled substances tests and other types of tests as pursuant to federal regulations.

The Company recognizes dependency on alcohol and/or controlled substances, as defined in the Employee Assistance Program section, as a treatable condition. Assistance in receiving such treatment may be obtained by an employee at any time through the Employee Assistance Program (Contact # 800-383-6694).

## *Reasonable Suspicion Testing*

Employee drug and alcohol testing may occur whenever the Company has a reasonable suspicion that an employee is under the influence of alcohol, illegal drugs or controlled substances (applicable regulations in 49 CFR, Parts 40 and 382). Reasonable suspicion testing must be based on specific observations concerning the appearance, behavior or speech of an employee. When an incident occurs, the manager and the Safety department must immediately be notified to review the circumstances and facts related to the suspicion in order to ascertain the merits of the observation and to specify further action. If testing is required based on a reasonable suspicion and subsequent observation, the Safety department and/or the manager is responsible for arranging for the employee to be safely transported to and from the testing laboratory. If necessary, a family member will be contacted to escort the employee to drug testing or to their home.

A written record of the observations leading to a drug or alcohol test shall be made and signed by the individual making the observations. The written record must be completed within 24 hours of the observed behavior and subsequently submitted to the Safety department.

The Company reserves the right to determine whether reasonable suspicion exists, the level of discipline to be applied and whether an employee should be given the opportunity to participate in rehabilitation

through a controlled substances and/or alcohol treatment program. Testing will generally be conducted by urinalysis for drugs and Breathalyzer for alcohol and will include testing for the following:

- Marijuana (THC)
- Cocaine
- Opiates
- Phencyclidine
- Amphetamines (including Methamphetamines),

The Company will engage the services of a qualified testing laboratory. The appropriate testing site may vary and will be determined when a test is required.

### *Post-Accident Testing*

An employee must be tested for alcohol and controlled substances following an accident in which:

- There is a fatality.
- The employee is cited for a moving violation in connection with an accident in which a person is injured and requires medical treatment immediately away from the accident scene, or any vehicle incurs disabling damage and must be towed from the scene.
- Employees are expected to remain readily available and cooperate with company's efforts to conduct post-accident testing to ensure that alcohol tests are conducted within two hours where possible, but no later than eight hours following an accident. Drug tests must be completed within 32 hours of the accident occurrence.
- The employee will not be allowed to drive until CRST receives a negative result on both the alcohol and controlled substance tests.

The Company reserves the right to determine what constitutes an accident. Typically, testing may be required of all employees involved in an accident or incident or "near miss" while in the course and scope of employment that results in or had the potential to result in physical injury or property damage.

### *Prohibited Employee Conduct:*

CRST policy is zero tolerance for alcohol and drug use. What this means is no employee shall report for duty or remain on duty while:

- Having a breath alcohol concentration of 0.02 or greater.
- Consuming alcohol within the prior 12 hours or at any time while under dispatch.
- No alcohol transported on the truck (empty containers included).
- No alcohol may be consumed while on duty (available or under dispatch).
- No alcohol may be consumed while waiting for your next load (waiting for dispatch).
- No alcohol shall be consumed while having access to the truck.
- No employee shall at any time use any controlled substances (unless lawfully prescribed by a medical professional and only after Safety Team is notified and approved).
- No employee may report for duty or remain on duty after testing positive for any controlled substances.

For more information, please refer to the Federal Regulation below which can be found at www.fmcsa.dot.

- §392.4 – Drugs and Other Substances
- §392.5 Alcohol Prohibition


Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

Safety-sensitive function refers to performing work or in readiness to perform work in connection with your responsibilities as a CDL truck driver. This includes all time under or waiting for dispatch, inspecting equipment, activities in or around the truck, at the shipper or consignee, doing paperwork, or loading/unloading trailers, or attending a disabled vehicle.

To summarize – the only time you are allowed to purchase, possess, or consume alcoholic beverages (including empty containers) is while on home time or vacation. The CRST policy is to discharge all employees engaging in any of the above-prohibited conduct. Any questions should be directed to the Safety Department at 800-278-9879.

Circumstances under which an employee will be tested for Alcohol and/or Controlled Substances:

- Random Tests - Drugs and Alcohol Random (§382.305)
- Unannounced random alcohol and controlled substance tests must be conducted on a specified number of employees each year. Alcohol random tests will be conducted while the employee is on duty, or just before or just after such on duty periods. Every employee shall have an equal chance of being tested during each selection cycle. Controlled substance test may be performed at any time. Controlled substance testing can be done on an employee's home time.

Selection for testing is via a Random Number Generator or number table.

Testing rates:

25% Controlled Substances

10% Alcohol Testing Company wide annually.

Timelines for Testing – per DOT Regulation:

While performing any "Safety Sensitive" function, a person has to take the test within 2 hours of being notified.

This policy is intended to ensure 100% compliance with all applicable Federal Department of Transportation (DOT) Part-40, Federal Motor Carrier Safety Administration (FMCSA) Section 382, rules and regulations. It is essential this procedure be followed during each and every random testing event.

### *Refusal to Submit To Testing:*

No employee shall refuse to submit to a required alcohol or controlled substance test administered in accordance with Part 382. Such a refusal to submit to testing shall be treated as a positive test. "Refusal to submit" means that an employee:

- Fails to appear at the collection site within a reasonable time period following notification;
- Fails to remain at the collection site until testing is completed;
- Fails to provide adequate breath for alcohol testing or urine specimen for drug testing without a valid medical explanation;
- Does not permit a direct observation or monitoring of the collection when required;
- Fails to submit to a second test when directed by the collector or employer;
- Fails to undergo a medical examination when directed by the employer in connection with a "shy bladder" (inadequate urine specimen) result during a drug test;
- Fails to cooperate with any part of the testing process or otherwise obstructs the collector's efforts to complete a drug or alcohol test;
- Has adulterated or substituted a specimen as determined by the MRO.

*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

### *The Effects of Alcohol & Drugs:*

The intent of this section is to inform you that the effects that alcohol and controlled substances can have a severe negative effect on your health, work, and personal life. If requested, CRST will give you information on the signs and symptoms of alcohol and/or controlled substance problems. This will help you recognize problems with not only your co-workers and friends, but also will help you examine your own behaviors.

To find a Substance Abuse Professional (SAP) in your state:**www.eap-sap.com**

**Referral, Evaluation, and Treatment:**

Each employee who has engaged in conduct prohibited by Subpart B of Part 382 (detailed in an earlier section of this policy) shall be advised by CRST of the resources available to the employee in evaluating and resolving problems associated with the misuse of alcohol and the use of controlled substances, including the names, addresses, and telephone numbers of substance abuse professionals and counseling and treatment programs. CRST has no obligation to provide this service to applicants for driving positions that either refuse to submit to pre-employment alcohol or controlled substance tests or who test positive for controlled substances or have an alcohol concentration of 0.02 or greater on their pre-employment tests. CRST will not pay for any part of any counseling or treatment program nor will it re-hire ex-employees who have completed such programs. All employees will be tested for drugs/alcohol in accordance with the Department of Transportation Regulations.

**Employee Assistance Program (EAP):**

The company recognizes dependency on alcohol and/or controlled substance as a treatable condition. Assistance in receiving such treatment may be obtained by an employee at any time through the Mercy Employee Assistance Program (Contact # 800-383-6694).

## ELECTRONIC COMMUNICATIONS AND TECHNOLOGY POLICY

The Company provides various Technology Resources to authorized employees to assist them in performing their job duties for the Company. Each employee has a responsibility to use the Company's Technology Resources in a manner that increases productivity and is respectful of other employees. Failure to follow the Company's policies regarding Technology Resources may lead to disciplinary measures, up to and including termination of employment.

All messages sent and received, including personal messages, and all data and information stored on the Company's Technology Resources (including on its electronic mail system, Qualcomm, voicemail system, or computer systems) are Company property regardless of the content. As such, the Company reserves the right to access all of its Technology Resources including its computers, voicemail, and electronic mail systems, at any time, in its sole discretion. Employees should understand, therefore, that they have no right of privacy with respect to any messages or information created, collected, or maintained on the Company's Technology Resources, including personal information or messages.

Conduct prohibited when using Company computer systems or when accessing the Internet via the Company's computer network includes, but is not limited to the following:

- Access to sites that contain obscene, hateful, pornographic, unlawful, violent or otherwise illegal material.
- Access to gambling sites.
- Sending or posting discriminatory, harassing, or threatening messages or images.
- Perpetrating any form of fraud, and/or software, film or music piracy.
- Stealing, using, or disclosing someone else's password without authorization.


Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

- Downloading, copying or pirating software and electronic files that are copyrighted or without authorization.
- Sharing confidential material, trade secrets, or proprietary information outside of the organization.
- Hacking into unauthorized websites.
- Introducing malicious software onto the Company network and/or jeopardizing the security of the organization's electronic communications systems.
- Sending or posting chain letters, solicitations, or advertisements not related to business purposes or activities.
- Passing off personal views as representing those of the organization.
- Violation of any other Company policy.

If an employee is unsure about what constituted acceptable computer or Internet usage, then he/she should ask his/her manager for further guidance and clarification.

## *Social Media*

The Company recognizes that the internet provides unique opportunities to participate in interactive discussions and share information on particular topics using a wide variety of social media. However, employees' use of social media can pose risks to the Company's confidential and proprietary information, reputation and brands, can expose the company to discrimination and harassment claims and can jeopardize the company's compliance with business rules and laws.

To minimize these business and legal risks, to avoid loss of productivity and distraction from employees' job performance and to ensure that the company's Technology resources and communications systems are used appropriately as explained below, the Company expects its employees to adhere to the following guidelines and rules regarding social media use.

For the purposes of these guidelines, social media means multi-media and social networking sites (including but not limited to MySpace, Facebook, Yahoo! Groups, YouTube, Twitter, etc.), external blogs and online media, wikis (Wikipedia and any other site where comments can be posted), and any other online venue where user-generated and shared content is allowable. This includes known social media outlets as well as future social media outlets. Personal use of social media should not be accessed on working time by means of the company's computers, networks and other IT resources and communications systems.

**Business Use of Social Media**

If you are required to use social media as part of your job duties you should carefully review the Company's Social Media policy with your supervisor. Note that the Company owns all social media accounts used on behalf of the Company or otherwise for business purposes, including any and all log-in information, passwords and content associated with each account, such as followers and contacts.

An employee who participates in social media and posts comments and/or information pertaining to the Company - whether officially (as part of his/her job responsibilities), or otherwise is expected to know the following:

- All Company policies (Code of Conduct, Employee Handbook) apply to job-related online and offline activities.
- Employees are personally responsible for the content they publish on social media. Employees are expected to ensure comments are factual and accurate before posting online.
- Employees may be subject to liability if content published on social media is found to be defamatory, harassing, or in violation of any other applicable law or Company policy. Employees may also be liable if

postings are made which include confidential or copyrighted information (music, videos, text, etc.) belonging to third parties.

- Posting confidential or copyrighted information/materials of the Company or its customers is prohibited.
- Employees should be aware they can be identified by their IP address. Online communities are quick to identify persons posing as someone they are not.
- Employees should not post online any information which includes confidential or proprietary information of Company or its customers. Such information includes information an employee learned or had access to as an employee of Company.
- Employees should not post information/pictures of Company events, colleagues, customers, vendors, partners without receiving prior approval from those involved as well as those included in the photos.
- Employees should never pose as a customer of Company, or pose as a disinterested (non-Employee) user of Company services.
- An employee should use common sense and be aware of his/her association with the Company in online social networks. If an employee identifies him/herself as a Company employee, his/her profile and related content should be consistent with how he/she wishes to present him/herself with colleagues and customers.

## *Mobile/Smart Phones*

The use of mobile phones while operating a vehicle while driving, with or without hands-free devices, is prohibited (including text messages). Not only does it have physical implications, but it is a major mental distraction as well. Conversations that turn into arguments, dropped phones, and the lack of visibility are all potential recipes for disaster. The proper time to use a phone is when you are off duty - never when behind the wheel.

The following information updates the Federal Motor Carrier Safety Regulations for use in roadside enforcement.

**Federal cell phone regulation**

Effective January 3, 2012, the Federal Motor Carrier Safety Regulations prohibit the use of all hand-held mobile telephones by employees operating commercial vehicles (CMVs). The rule specifically prohibits the following actions while driving a CMV:

- Using at least one hand to hold a mobile telephone to conduct a voice communication;
- Dialing or answering a hand held mobile telephone by pressing more than a single button; or
- Reaching for a mobile telephone in a manner that requires an employee to maneuver so that he or she is no longer in a seated driving position, restrained by a seat belt that is installed in accordance with federal regulations that has been adjusted in accordance with the manufacturer's instructions.

Note: This rule is in addition to the existing federal ban on texting while driving a CMV.

For purposes of the rule, "driving" means operating a CMV on a public road, including while temporarily stopped in traffic because of a traffic control device or other momentary delays. "Driving" does not include operating a commercial motor vehicle when the employee has moved the vehicle to the side of, or off, a roadway and has halted in a location where the vehicle can safely remain stationary (note, that pulling to the side of a highway may not, in some interstates, be allowed under applicable law). The rule is in addition to the existing federal ban on texting while driving a CMV.

Violations can result in a civil penalty against the employee of up to $2750, and against the carrier of up to $11,000. In addition, employees convicted of violating this rule twice in a three-year period are subject to disqualification by state or federal authorities from driving a CMV for 60 days. Three violations of this rule in


Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

any three-year period result in a disqualification for 120 days. Violations of state or local rules restricting or prohibiting the use of handheld mobile telephones while driving may also result in disqualification.

CRST expects all employees to operate safely, attentively, and to remain compliant with the requirements of the rule and the ban on texting while driving. Violations of this rule will result in disciplinary action, including, but not limited to, termination of employment, lease, or contract as a CRST employee.

## Equal Employment Opportunity (EEO) Policy

It is the Company's policy to provide equal employment opportunity for all applicants and employees. The Company does not unlawfully discriminate on the basis of race, color, religion, religious creed (including religious dress and religious grooming), sex (including pregnancy, perceived pregnancy, childbirth, breastfeeding, or related medical conditions), gender, gender identity, gender expression, national origin, ancestry, citizenship, age, physical or mental disability, legally protected medical condition or information (including genetic information), family care or medical leave status, military caregiver status, military status, veteran status, marital status, domestic partner status, sexual orientation, status as a victim of domestic violence, sexual assault or stalking, enrollment in a public assistance program, or any other basis protected by local, state, or federal laws.

Consistent with the law, the Company also makes reasonable accommodations for disabled applicants and employees; for pregnant employees who request an accommodation, with the advice of their health care providers, for pregnancy, childbirth, or related medical conditions; for employees who are victims of domestic violence, sexual assault, or stalking; and for applicants and employees based on their religious beliefs and practices.

When hiring or promoting in those job categories in which women, minorities, disabled individuals, or qualified covered veterans are underutilized, the Company will take action to seek out qualified applicants in those categories.

The Human Resources Director is designated as the Equal Employment Officer, and will be responsible for communicating and implementing this policy.

## Ethics and Compliance

Businesses face serious challenges from unsafe, illegal and unethical behavior, which can harm employees and the bottom line. Each CRST company takes these issues seriously, and we expect each employee to do the same. We are committed to operating in a professional, safe and ethical work environment.

While speaking directly to your manager is the most effective way to report your concerns, we realize it is not always possible. You may also talk directly with a Human Resources representative if you do not feel you can speak to your manager. We are also giving you another option to report any issues. The Network, an independent business entity, is a toll-free hotline service (ReportLine: **866-207-9076**) for you to call to voice any concerns. The ReportLine is available 24 hours a day, 7 days a week. A specially trained interviewer will document your concerns and relays the information to the Company. All calls are confidential, and you are not required to give your name.

## Gifts and Solicitations

CRST wants to ensure that our employees, independent contractors, customers, vendors, agents and consulting firms hold us in the highest regard of integrity. The actions we take every day need to be for the good of the business and not perceived as taken for personal gain. The purpose of business entertainment and gifts is to create good will and sound working relationships, not to gain an unfair advantage with the gift recipient or to influence decisions.

*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

CRST employees should not give or accept personal gifts or gratuities in excess of $25 in net value from independent contractors, customers, vendors, agents, consulting firms, other employees, or any other business partner. This policy does not include:

- Business luncheons, dinners or similar social events
- Company or departmental sponsored meals
- Trips which involve a business meeting or seminar
- In general, a gift that can be enjoyed by a group of employees, such as holiday gift baskets intended for general consumption.

This policy is intended to discourage and eliminate gifts over $25 to one recipient or small number of particular recipients, such as:

- Dinner for an employee and/or an employee's family members
- Items intended for personal, individual or family use
- Trips to a resort or tickets to a sporting or other event intended for the personal enjoyment/benefit of an employee and/or an employee's family members.

If you receive a gift in excess of the above outlined guidelines, please notify your manager or the Human Resources department. The gift will likely either be returned, shared amongst the organization or donated to a charity.

Additionally, to eliminate perceived conflicts of interest or favoritism, and to eliminate the stress that can arise when employees feel an obligation to exchange gifts, CRST does not encourage gift giving between managers and employees for annual events (i.e. Christmas, birthdays, Boss's Day or other such holidays). Special occasions or invited events (i.e. retirement parties, showers, weddings, etc.) are an exception, and gift giving for these types of events should always be voluntary.

## Human Rights Policy and Statement

CRST is committed to respecting human rights across all lines of our business. CRST's relationships with our employees, clients and suppliers, in the communities in which we operate, are intended to reflect the principles set forth and referred to in this Human Rights Statement. Our conviction with respect to responsible, honest and ethical behavior is guided by our Code of Conduct. With that said, CRST believes it is the role of government in each country to protect the human rights, including the safety and security, of its citizens. However, we believe we can play a constructive role in helping to promote respect for human rights by our own actions.

CRST is committed to respecting the human rights of our employees through our internal employment policies and practices. As part of our efforts to ensure respect for human rights is integrated into our operations, CRST has adopted policies and procedures designed to ensure compliance and prevent improper conduct. In CRST's client relations, we seek to demonstrate a respect for and commitment to fundamental principles of human rights. We seek to engage with suppliers whose values and business principles are consistent with ours. We are committed to respect the cultures, customs and values of the communities in which we operate.

CRST also is committed to developing an organizational culture dedicated to exemplary corporate citizenship and responsibility.

## Outside Employment

Employees may hold outside jobs as long as the employment does not conflict with the business interests of the Company. All employees should reference the Conflict of Interest guidelines set forth in Section IV


Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

below to determine whether outside employment presents a Conflict of Interest to the business goals of the Company. Any full-time position held through the Company is to be the employee's primary employment. It is the mandatory responsibility of the employee to inform his/her manager of any outside employment. All employees are subject to the scheduling demands of the Company regardless of an employee's outside work schedule. The Company's property is not to be used for outside work.

## PROBLEM SOLVING PROCEDURE

The Company intends to treat all employees fairly and reasonably. However, in employee/employee and employee/employer relationships, problems may develop. We believe that most problems can be solved by a discussion with the immediate manager. The Company's policy is to encourage and allow employees to use the following procedure to resolve their problems.

1. **Driver Manager** - It is our firm belief that the majority of all problems can be resolved in discussion with your immediate manager. When the problem occurs, you should immediately discuss the problem with your manager. The manager will investigate the complaint or problem as appropriate or warranted, and will respond within a reasonable period of time.
2. **Operations Manager** - If you feel the answer you received from your immediate manager regarding your problem or complaint was unsatisfactory, you may inform your immediate manager that you wish to discuss the matter with the department head. You will outline your problem or complaint that you discussed with your immediate manager and explain the response. The department head will investigate the matter as warranted, may discuss it with your immediate manager, and will respond within a reasonable period of time.
3. **Director** - If you feel the answer you received from your Operations Manager regarding your problem or complaint was unsatisfactory, you may contact your Director - Operations.
4. **Human Resources –** If you need further resolution, you should contact the Human Resources department. Human Resources may confer with your Driver Manager, Operations Manager, and/or Director, and you to determine the status of the matter. Additional parties may be contacted. After analysis, an equitable solution to the problem will be rendered. In the event you feel a problem or complaint cannot be discussed with management in compliance with steps 1, 2 and 3, outlined above, you may contact the Human Resources department directly. The Human Resources department will investigate and respond to the problem.
5. **Vice President**- If, after consulting your Driver Manager, Operations Manager, Director, and/or the Human Resources department, you feel your problem is unresolved; you may summarize the issue in writing, outlining the status of the matter, including the answers you received from your immediate manager, Operations Manager, and Human Resources department. You may then submit the written summary; to the Vice President of the Company and he/she will investigate the matter and respond in writing within a reasonable period of time.
6. **President** – If, after consulting, your immediate manager, Operations Manager, the Human Resources department, and Vice President, you feel your problem is unresolved, you may summarize the issue in writing, outlining the status of the matter, including the answers you received from your immediate manager, Operations Manager, the Human Resources department, and Vice President. You may then submit the written summary to the President of the Operating Company. The President will investigate the matter and respond in writing within a reasonable period of time. The decision of the President will be final.

It is a vital part of the procedure that you discuss any problem or complaint with your manager in a timely fashion. The earlier management is aware of a problem, the earlier it will be resolved. Note, as set forth below, a different reporting procedure may apply in the event an employee believes he/ she has been

Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

discriminated against or harassed, and an employee should read these policies and procedures thoroughly to understand his/ her rights and the correct reporting procedure.

## RESIGNATION / TERMINATION

### *Voluntary Terminations*

The Company requests that employees who voluntarily terminate their employment give two weeks written notice to their immediate manager. An employee who voluntarily quits while away from the home terminal (domicile point) must contact the Driver Manager and follow the directions given for returning the equipment. If the employee fails to do so, the employee shall be liable for any and all costs and expenses incurred by CRST to have the equipment returned to the nearest company facility.

Any employee who gives notice and returns their truck to their home terminal will be provided transportation home via riding with another CRST employee or bus service.

### *Return of Company Property*

Upon termination of employment, CRST employees are required to return all company property to their Driver Manager.

### *Reduction in Force*

From time to time, the Company may need to terminate an employee as a consequence of reorganizations, job eliminations, economic downturns in business, or lack of work. Performance, job knowledge and length of service usually will be considered in selection of employees for temporary or permanent layoff.

### *Employee Reimbursement*

Upon termination from employment, employees must satisfy all debts to CRST, which are due and owing at the time of separation. The agreement encompasses any and all debts, including debts for travel or other Company business advances made by CRST to the extent such advances exceeded amounts actually spent.

If the employee has taken paid vacation which exceeds the balance earned, the employee must compensate CRST for the excessive balance at a rate equal to the salary paid to the employee for the unearned time.

Any equipment issued to the employee for the use in the job must be returned to CRST at the end of employment. In the event that the employee does not return the equipment, the employee must compensate CRST for the value of such equipment, as reasonably determined by CRST.

### *Termination Date*

If an employee fails to report after home time, or abandons the truck, their termination date is the last day they were on the truck. If a employee is on Worker's Compensation, short-term disability, military leave or Family Medical Leave Act (FMLA) and is released to return to work and fails to report, their termination date is the date they were released to return to work.

## TRANSFERS / PROMOTIONS

The Company offers opportunities for growth and career development through internal transfers and promotions. The Company requests that you inform your direct manager immediately upon applying for a position within the Company. Filling of the vacancy will be based on the position requirements, as well as the qualifications and work performance of the applicant.

The Company is not obligated to return employees to their previous position if the requirements of the new position are not successfully met or if an employee is dissatisfied with the new position. From time to time,


Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and

the Company may transfer, promote, demote or reassign an employee to a different location, position, job responsibility or compensation level when, at the Company's discretion, circumstances warrant.

## UNLAWFUL DISCRIMINATION AND HARASSMENT (POSITIVE WORK ENVIRONMENT)

### *EEO Policy Statement*

It is the Company's policy to provide equal employment opportunity for all applicants and employees. The Company does not unlawfully discriminate on the basis of race, color, religion, religious creed (including religious dress and religious grooming), sex (including pregnancy, perceived pregnancy, childbirth, breastfeeding, or related medical conditions), gender, gender identity, gender expression, national origin, ancestry, citizenship, age, physical or mental disability, legally protected medical condition or information (including genetic information), family care or medical leave status, military caregiver status, military status, veteran status, marital status, domestic partner status, sexual, status as a victim of domestic violence, sexual assault or stalking, enrollment in a public assistance program, or any other basis protected by local, state, or federal laws. Consistent with the law, the Company also makes reasonable accommodations for disabled applicants and employees; for pregnant employees who request an accommodation, with the advice of their health care providers, for pregnancy, childbirth, or related medical conditions; for employees who are victims of domestic violence, sexual assault, or stalking; and for applicants and employees based on their religious beliefs and practices.

The Company prohibits sexual harassment and the harassment of any individual on any of the other bases listed above.

This policy applies to all areas of employment including recruitment, hiring, training, promotion, compensation, benefits, transfer, disciplinary action, and social and recreational programs. It is the responsibility of every manager and employee to conscientiously follow this policy.

### *Harassment Defined*

Prohibited harassment includes verbal or physical conduct that relates to another person's race, color, religion, gender, sex, sexual orientation, gender identity, national origin, age, genetic information, disability, or other status protected by state or local law, where such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment.

This includes any form of verbal, non-verbal, physical, and visual harassment. This policy applies to all employees of CRST, including supervisors and non-supervisory employees. Moreover, it is the policy of CRST to prevent and prohibit misconduct on the job, including sexual harassment or any other type of harassment or discrimination by co-workers, other employees, independent contractors, including supervisors, and persons doing business with or for the company.

Prohibited harassment may include, among other things, making offensive or derogatory remarks (including verbal, written or texting) and/or gestures regarding another person's sex, race, ancestry, national origin, age, sexual orientation, gender identity or disability, including, for example, visual conduct (photographs, posters, drawings); physical conduct (unwanted touching); and, unwanted sexual advances, invitations, or comments.

Unlawful discrimination and/or harassment is prohibited whether it is committed by managers, co-workers, or non-employees, including vendors, suppliers, and customers. Employees are prohibited from harassing others whether or not the incidents of harassment occur on CRST premises or CRST trucks and whether or not the incidents occur during working hours.

*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

Sexual harassment can involve males or females being harassed by members of either sex. It is imperative that you immediately report any behavior which you deem to be sexually harassing so CRST can take immediate action to investigate the complaint and remedy the situation as warranted.

### *Complaint Procedure:*

7. Employees who become aware of or are subject to any prohibited discrimination or harassment must immediately notify a Human Resources department representative. The Company requests that each complaint be put in writing and signed by the complainant as this helps ensure that all complaints are thoroughly investigated. Verbal complaints will also be investigated.
8. Managers who become aware of any incidents or alleged incidents of discrimination or harassment must immediately report them to a Human Resources department representative. Managers may not try to resolve allegations of such behavior on their own. Any manager who fails to report allegations of discrimination or harassment may be subject to disciplinary action, up to and including termination.
9. If you are aware of and/or receive a complaint from any employee in which the individual complains of any conduct which may be prohibited harassment, including sexually offensive comments and jokes, unwelcome physical touching, sexual advances, or any other unwelcome physical or verbal conduct of a sexual nature, you should immediately notify the Human Resources department at 866-934-4895 or your immediate manager/manager so they are aware of the situation. The employee's responsible Driver Manager should determine whether the employee wishes to be removed from the situation, and if so, re-assign the employee to a new lead driver or co-driver as the case may be. The Driver Manager is to work with the Human Resources department to arrange for the employee to make a statement of the complaint.
10. Investigation and Response: The Human Resources department will conduct a thorough, objective, and complete investigation which includes interviews with the accuser, accused, and all witnesses. If the complaint involves an employee, those (Driver Managers, employees or other) with knowledge of the alleged harasser will be interviewed. Human Resources will notify the employee that actions have been taken to address the complaint.
11. Disciplinary action may be taken depending on the investigation findings and severity of the behavior. Such action may include any combination of the following: written warning, probation, suspension or, termination. Disciplinary action may include forfeiture of the ability to drive and/or train with members of a certain sex (or other protected class, as the case may be). Immediate and appropriate steps also will be taken if any non-employee (such as vendors, suppliers, or customers) is found to have unlawfully discriminated against or harassed any employee of the Company.
12. Confidentiality and Non-retaliation: Reports of prohibited discrimination or harassment will be kept confidential, to the extent possible, consistent with the need for a thorough investigation. No form of retaliation will be taken against any victim of or witness to prohibited discrimination or harassment. Anyone who is found to have breached the confidentiality of an investigation or participates in behavior deemed retaliatory in nature may be subject to disciplinary action, up to and including termination.

### *Sexual Harassment*

Sexually harassing conduct may include, among other things, use of suggestive sexual comments or jokes; sexual remarks about a person's body, clothing, or sexual activities; patting, pinching, or other offensive touching; or display of sexually suggestive pictures or objects. Sexually harassing conduct may also include unwelcome sexual advances, requests for sexual favors, and other verbal, written or physical conduct of a sexual nature. Such conduct is prohibited, where:

- Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; or


*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

- Submission to or rejection of such conduct by an individual is used as the basis for employment decisions; or
- Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment; or
- Displaying, storing, discussing, or transmitting pornographic or sexually oriented materials using CRST or personal equipment or facilities.

As further explained below, it is imperative that an employee who believes he/she has been subjected to sexual harassment report the matter immediately to his/her manager or the Human Resources department.

### *Disability Accommodation*

The Company complies with the Americans with Disabilities Act (ADA), as amended by the ADA Amendments Act (ADAAA), the Fair Employment and Housing Act (FEHA), and all applicable local fair employment practices laws, and is committed to providing equal employment opportunities to qualified individuals with disabilities. Consistent with this commitment, the Company will provide a reasonable accommodation to disabled applicants and employees if the reasonable accommodation would allow the individual to perform the essential functions of the job, unless doing so would create an undue hardship.

An individual has a disability under the Americans with Disabilities Act when he/she:

- Has a physical or mental impairment that substantially limits one or more major life activities
- Has a record of such impairment; and
- Is regarded as having such impairment.

An employee may be considered disabled after the condition has been treated or mitigated. For example, someone with impaired vision, which has been corrected with glasses or other corrective eyewear, may not be considered disabled.

CRST complies with applicable state laws prohibiting disability discrimination. For example, under the laws of the state of California, “disability” is defined as an impairment that limits a major life activity, and the question of whether a disability exists is determined without regard to whether the condition has been treated or mitigated.

**Requesting a Reasonable Accommodation**

If you believe you need an accommodation because of your disability, you are responsible for requesting a reasonable accommodation from the Human Resources Department. You may make the request orally or in writing. The Company encourages employees to make their request in writing and to include relevant information, such as:

- A description of the accommodation you are requesting.
- The reason you need an accommodation.
- How the accommodation will help you perform the essential functions of your job.

After receiving your oral or written request, the Company will engage in an interactive dialogue with you to determine the precise limitations of your disability and explore potential reasonable accommodations that could overcome those limitations. The Company encourages you to suggest specific reasonable accommodations that you believe would allow you to perform your job. However, the Company is not required to make the specific accommodation requested by you and may provide an alternative, effective accommodation, to the extent any reasonable accommodation can be made without imposing an undue hardship on the Company.

*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

### *Medical Information*

If your disability or need for accommodation is not obvious, the Company may ask you to provide supporting documents showing that you have a disability within the meaning of the ADA and applicable state or local laws, and that your disability necessitates a reasonable accommodation. The Company will keep confidential any medical information that it obtains in connection with your request for a reasonable accommodation.

### *Determinations*

The Company makes determinations about reasonable accommodations on a case-by-case basis considering various factors and based on an individualized assessment in each situation.

The Company strives to make determinations on reasonable accommodation requests expeditiously, and will inform the individual once a determination has been made. If you have any questions about a reasonable accommodation request you made, please contact the Vice President of Human Resources.

### *No Retaliation*

Individuals will not be retaliated against for requesting an accommodation in good faith. The Company expressly prohibits any form of discipline, reprisal, intimidation or retaliation against any individual for requesting an accommodation in good faith.

The Company is committed to enforcing this policy and prohibiting retaliation against employees and applicants who request an accommodation in good faith; however, the effectiveness of our efforts depends largely on individuals telling us about inappropriate workplace conduct. If employees or applicants feel that they or someone else may have been subjected to conduct that violates this policy, they should report it immediately to the Human Resources Department. If employees do not report retaliatory conduct, the Company may not become aware of a possible violation of this policy and may not be able to take appropriate corrective action.

If an employee believes he or she is being subjected to verbal or physical harassment, the employee should immediately contact his or her Driver Manager or the Human Resources Department to inform them of the situation and to request a new lead driver. An employee has the right to request a new driver without fear of retaliation. Any employee who reports any act of harassment and/or discrimination will NOT be subject to ANY form of retaliation.

### *Persons Whose Conduct is Covered*

Unlawful discrimination and/or harassment is prohibited whether it is committed by managers, co-workers, or non-employees, including vendors, suppliers, and customers. Employees are prohibited from harassing others whether or not the incidents of harassment occur on CRST premises or CRST trucks and whether or not the incidents occur during working hours.

Sexual harassment can involve males or females being harassed by members of either sex. It is imperative that you immediately report any behavior which you deem to be sexually harassing so CRST can take immediate action and investigate the complaint.

### *Reporting*

If an employee believes he or she is being subjected to verbal or physical harassment, or there are other interpersonal issues which compromise the working environment, or which may create a conflict of interest, or create discord or distractions that interfere with your safety and productivity, the employee should immediately notify your Manager or the Human Resources Department, telephone number 866-934-4895, so that the Company may have an opportunity to investigate and address the situation. Employees can use


*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

the QUALCOMM system, call the Report Hotline at 866-207-9076, or use any other available option to communicate a complaint to the Company.

If employees believe that they have been subject to sexual harassment or any unwanted sexual attention, they should:

- Make their unease and/or disapproval directly and immediately known to the harassers;
- Make a written record of the date, time, and nature of the incident(s) and the names of any witness; and
- Report the incident to their Manager or directly to the Human Resources Department.

CRST encourages employees to communicate effectively with each other and resolve issues that arise on the truck by themselves. However, all incidents of sexual harassment or inappropriate sexual conduct must be reported, regardless of their seriousness. Complaints may be written or oral. It is important that details be documented and reported.

### *Driver Managers and Supervisors:*

Supervisors must deal expeditiously and fairly with allegations of sexual harassment within their departments whether or not there has been a written or formal complaint.

Supervisors must:

- Act promptly to ensure the safety of an individual who has reported sexual harassment or inappropriate sexually oriented conduct;
- Promptly notify the Human Resources Department of the alleged harassment or inappropriate sexually oriented conduct so that prompt investigation and any appropriate discipline can occur;
- Supervisors who knowingly allow or tolerate sexual harassment are in violation of this policy and subject to discipline.

Any employee found to have acted in violation of the foregoing policies will be subject to appropriate disciplinary action, up to and including termination.

### *Responsibilities for Reporting Harassment or Discrimination*

Employees who have subjected to/or witness harassment or discrimination should immediately report such conduct to any one of the following members of management:

**Manager**

**Human Resources: 866-934-4895**

It is the responsibility of all employees to comply with this policy and to report all violations to the appropriate supervisor, Driver Manager, or Human Resource Representative so that corrective action may be taken. You are required to sign a Disclosure and Acknowledgement of Policy on Harassment in the Workplace form.

### *Safety and Security:*

Nothing is more important to the Company than the safety and security of its employees. Threats (direct or indirect), threatening behavior, or acts of violence against employees, visitors, guests, or other individuals by any employee is prohibited.

Any person or employee who threatens (directly or indirectly), exhibits threatening behavior, or engages in violent behavior, or which is considered by the Company as inappropriate while on Company property shall be removed from Company premises as quickly as safety permits, and shall remain off Company premises pending the outcome of an investigation. The Company will initiate a decisive and appropriate response

*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

should the investigation substantiate that a violation of this policy has occurred. This response may include, but is not limited to, appropriate disciplinary action, such as: suspension and/or termination of any business relationship, reassignment of job duties, suspension or termination of employment and/or seeking arrest and prosecution of the person(s) involved.

All employees are responsible for notifying the Human Resources department of any threat, perceived threats, acts of violence or other inappropriate behavior that they have witnessed, received or been told of by another person. All employees are responsible for making this report regardless of the nature of the relationship between the individual(s) who initiated the threat or threatening behavior and the person(s) who were threatened or were the focus of threatening behavior.

This policy also requires all employees who apply for or obtain a protective court order which lists the Company's location as being a protected area, to provide the Human Resources department with a copy of the petition and declarations used to seek the order, a copy of any temporary protective order which is granted and a copy of any protective order which is made permanent.


*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

# SECTION II: PAYROLL AND LEAVES

## BEREAVEMENT LEAVE

A employee who has completed three (3) months of employment and who is absent from work due to a death in the immediate family, shall be entitled to a maximum of three (3) days with pay at the rate of $40 per day to attend the funeral provided the following are met:

- The compensable day or days must fall within the employee's regularly scheduled work week;
- The employee must attend or make a bona fide effort to attend the funeral;
- The employee is not on leave of absence, vacation, or bona fide lay off at time of death in the immediate family; and
- The employee must provide CRST with satisfactory proof of relative's death, submit a trip sheet, and the employee must continue employment with CRST after such death.

An employee who will be absent for funeral leave shall notify the Operations Manager and/or his/her Driver Manager in advance. For purposes of the Funeral Leave benefit, immediate family shall mean an employee's mother, father, spouse, children, brothers, sisters, brother and sisters having one parent in common, and those relationships generally called "step" (provided the persons in such relation have lived, or have been raised, in the family home and have continued an active family relationship).

## FAMILY MEDICAL LEAVE ACT (FMLA) /LEAVE OF ABSENCE POLICIES

CRST understands that employees may need time off for various reasons. An employee may or may not be eligible for time off under the Family Medical Leave Act (FMLA) depending upon many factors, as outlined below.

### *Eligibility*

CRST employees are eligible for unpaid FMLA leave if they have worked for CRST:

- A minimum of 12 months and
- A minimum of 1250 hours during the previous 12 months.

### *Qualifying Events*

- Birth of a child and to care for a newborn;
- Placement with employee of a child for adoption or foster care;
- To care for the employee's spouse, child or parent with a serious health condition;
- Employees unable to perform the functions of the employee's position due to a serious health condition.
- A serious health condition is an illness, injury, impairment, or physical or mental condition that involves either (1) the individual being admitted to a medical care facility with the expectation that the or she will remain at least overnight, or (2) continuing treatment by a health care provider for a condition that either prevents the employee from performing the functions of the employee's job, or prevents the qualified family member from participating in school or other daily activities.
- Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of more than three consecutive calendar days combined with at least two visits to a health care provider or one visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.

Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

### *Compensation*

Employees may qualify for short term disability benefits. If any portion of the leave is unpaid, the employee must use any accrued vacation. Any vacation accrued while on leave must also be used and this time will be counted towards the leave length entitlement.

### *Length of Leave*

- Up to a maximum of 12 weeks in a rolling 12-month period;
- Paid and unpaid time off will be used concurrently;

FMLA leaves may be taken intermittently where there is a medical need for intermittent leave and the medical need can best be accommodated through an intermittent or reduced leave schedule. CRST requires certification from a healthcare provider of the need for intermittent leave. CRST may require re-certification every 30 days or after the minimum period expected in the original certification (whichever is longer) unless the employee requires an extension, or the circumstances described by the previous certification has changed, or CRST has received information that cast doubts on the original validation of certification.

For employees who have a qualifying event, but do not qualify for FMLA leave time, please consult with the Human Resources department for further details.

### *Medical Certification*

Employees are required to provide certification to support a leave request and subsequent re-certification on a reasonable basis. The certification must be returned within 15 days after the employee gives notice of his or her intent to take FMLA leave. Failure to return this certification in a timely manner may result in delays in securing authorization for leave, and failure to return the certification at all will preclude the employee from taking FMLA leave.

### *Benefit Preservation*

Employees will continue to be eligible for all benefits while on FMLA, and will continue to accrue vacation. Employees will be required to reimburse CRST for insurance premiums that were not paid during the unpaid leave. Once the leave expires, benefits will end in accordance with the benefit policies. COBRA will be extended to employees who qualify.

### *Intermittent Leave*

FMLA leave does not necessarily have to be taken all at once. If an employee's request for intermittent leave is foreseeable based on planned medical treatment, you may be required to transfer temporarily to an alternative position (with equivalent pay and benefits) in order to better accommodate repeated periods of absence.

### *Applying for Short Term Disability (STD) and/or FMLA (Family Leave Act)*

CRST partners with Principal Absence Management (Principal) to manage STD and FMLA. In order to apply for STD and/or FMLA, employees must contact Principal at 1-877-734-3652 or go to https://Principal.absencemgmnt.com. Principal will provide employees all applicable forms to complete for the leave. In return, Principal will assign one point of contact who will manage the leave from start to finish.

Employees are eligible for a maximum of 26 weeks of disability payout or until the disability ends, whichever comes first. The maximum weekly payable benefit is $200. Once Principal receives the applicable approval, employee pay will be processed by Principal. These checks will be manual, paper checks that are processed weekly and sent to employee's home address until the disability benefit ends or a maximum of 26 weeks, whichever comes first.


*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

If an employee participates in CRST health benefits, premiums will NOT be deducted from the disability check from Principal. Therefore, it is the employee's responsibility to ensure weekly benefit premiums are paid directly to CRST. Employees can pay CRST for benefit premiums via check or credit card, whichever method is most convenient. To arrange for benefit payments, contact the HR Service Center at 866-934-4895 or via email at hr@crst.com. If benefit premiums are delinquent more than six (6 weeks), benefit coverage will be terminated.

To find a complete description of STD or any benefit plans CRST offers, view the Summary Plan Documents on the CHIP Employee Home Page. All Coverage is subject to the detailed plan guidelines.

Below are key reminders regarding STD and FMLA:

- STD benefits begin on the eighth day of your illness/leave. Employees may utilize accrued vacation time until STD begins. If no accrued time is available, time off will be unpaid.
- FMLA and STD time off runs concurrent for time off tracking purposes.
- For birth of a child, once STD exhausts and an employee want to take additional FMLA, accrued vacation time may be utilized. This time would count towards FMLA hours.
- Employees must provide a return to work form (also known as General Medical Clearance Form) to Principal from the treating doctor to be able to return to work. This form must also be returned to the CRST Safety Medical Team for the employee's applicable company. An employee will be unable to return to work without this form.
- If employee is on intermittent leave, he/she must notify both Principal and immediate Supervisor regarding time off.

If there are any questions regarding the summary of information outlined above, call the HR Service Center at 866-934-4895 or HR@crst.com. To follow up on claim status with Principal, call 1-877-734-3652 or https://Principal.absencemgmnt.com.

### Return from FMLA

An eligible employee on FMLA leave must submit to the Company a medical release indicating that the employee is able to return to work. Failure to submit such a release will preclude the employee from being restored to his or her employment with the Company. The Company has the right to seek a second and third opinion at its expense. The employee on FMLA leave must notify Principal periodically of his/her status and intention to return to work.

An employee returning from FMLA shall be returned to his/her previous position of employment or be restored to an equivalent position with equivalent employment benefits, pay, and other terms and conditions of employment.

### Additional FMLA Policies/Rules

All questions regarding leaves should be directed to Principal Absence Management. It is the policy of the Company not to discharge or discriminate against any employee for exercising his or her rights under the Federal Family and Medical Leave Act. If an employee thinks that he/she has been treated unfairly, the employee should contact the Human Resources department or a member of management.

Refer to http://www.wagehour.dol.gov for additional information on employee rights and responsibilities under FMLA.

### Military Leave of Absence

**Military Family Leave Entitlements**: Eligible employees with a spouse, son, daughter, or parent on active duty or call to active duty status in the National Guard or Reserves in support of a contingency operation

may use their 12-week leave entitlement to address certain qualifying exigencies. Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings.

FMLA also includes a special leave entitlement that permits eligible employees to take up to 26 weeks of leave to care for a covered service member during a single 12-month period. A covered service member is a current member of the Armed Forces, including a member of the National Guard or Reserves, who has a serious injury or illness incurred in the line of duty on active duty that may render the service member medically unfit to perform his or her duties for which the service member is undergoing medical treatment, recuperation, or therapy; or is in outpatient status; or is on the temporary disability retired list.

**Military Reserve Leave**: An employee who remains in the active military reserve will be allowed time off work for the required reserve training. This time will be without Company compensation, but count as time worked for vacation accrual purposes. Consequently, it will not result in loss of vacation time or compensation. The employee may use vacation for military duty. The Company will pay the normal Company group insurance contributions during the leave of absence for military reserve training. Employees will be required to reimburse CRST for insurance premiums that were not paid during the unpaid LOA.

## Jury Duty

When receiving notice to report for jury selection or jury duty, you must notify your Driver Manager immediately. CRST does not provide any compensation for time served on a jury or time spent undergoing the jury selection process.

## Vacation Time

The Company grants Vacation to eligible employees to provide them with the flexibility to meet both their work and personal needs. The Company believes that this time is valuable for employees not only to make their work experience with the Company personally satisfying, but also to enhance their productivity. Eligible employees can use Vacation for any reason (e.g., vacation, illness, medical appointments, personal business).

Employees must complete the anniversary year and have worked a minimum of 60% of the working days of that year in order to earn vacation. CRST employees shall receive vacation in accordance with the following schedule unless otherwise prohibited by applicable state law:

| Completed Years of Service | Earned Vacation Time | Payout Amount per Week of Vacation |
|---|---|---|
| One (1) | One (1) Week | $300 |
| Two (2) – Nine (9) | Two (2) Weeks | 1/52 of the employee's earnings for the most recent calendar year proceeding the vacation period, with a minimum guarantee of $300 per week. |
| Ten (10) Plus | Thee (3) Weeks | 1/52 of the employee's earnings for the most recent calendar year proceeding the vacation period, with a minimum guarantee of $300 per week. |

The time for taking a vacation will be determined on the basis of length of service with CRST, consistent with the efficient operation of company business. Employees shall make requests for vacation time to their Driver Manager and contact Driver Payroll for the payment of vacation pay.

Vacation not taken within 12 months from the date it is earned is lost unless prohibited by your residence state law. Earned but unused vacation pay will not be paid upon termination of employment except as


Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

required by applicable State law, or unless otherwise determined by management. If you are an employee that resides in California, all unused accrued vacation is considered wages earned and will be paid to the employee upon termination.

## Personal Illness

If an employee becomes ill while on the road, CRST will advance the employee sufficient monies to return home at the request of the employee. Advances shall be deducted from the employee's pay. After the employee has recovered, the employee will be responsible for travel to pick up an available unit without pay.

After an employee has been unable to work three (3) consecutive days because of a non-job related illness or injury, the employee may be required to present a doctor's release and/or a return to work physical before returning to duty.

## Rehires

Former employees with good work records, satisfactory safety, OS&D, and personnel records may be rehired by CRST. Employees must complete and submit a new driver application form to Driver Recruiting for consideration.

Employee Re-Hire: 1-Day Orientation requirements:

- If employee is, less than 30 days off a CRST truck – reinstate – no orientation required.
- If employee is more than 30 days off a CRST truck, full orientation is required.

## Wage Policy and Philosophy

The Company's compensation philosophy is to compensate employees in a manner which supports and develops a high performance workforce. To ensure all compensation decisions are consistent with CRST's mission, vision and values, each position has a designated pay range based on job evaluation standards.

## Compensation

Your starting wage with CRST is based on verifiable, similar experience. This is determined by driver development and safety prior to the completion of orientation. Employees will be asked to sign a wage rate sheet, which lists employers and length of service verified at each.

Outlined below are pay classifications for CRST student and experienced professional drivers (employees). CRST has five (5) main classes of driver pay, depending upon total driving experience.

The categories are:

- Contract Student for those drivers trained through CRST schools/training program.
- Non-contract student for those drivers trained outside of CRST schools/training program.
- Co-Driver status for drivers who run in a team operation.
- Lead Driver status for drivers who have qualified to train Students.
- Independent Contractors/Lease Purchase who run in solo or team operations.

CRST gives credit for driving experience gained outside the Company. The pay scale length of experience includes previous driving experience, prior to CRST, which is credited at the time of hire, plus experience as a CRST driver.

Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

### *Per Diem Program:*

CRST has long recognized that its employees incur travel expenses while performing their duties for the company. Such personal expenses include meals, showers, laundering and other necessary living expenses. CRST intends that the compensation paid to employees include amounts needed for such necessary expenses and that the expense reimbursement component of the employees' compensation is identified as "per diem".

Per diems are paid in an amount that reflects the anticipated expenses of the employees and are paid in accordance with guidelines established by the Internal Revenue Service as an "accountable plan". All driving positions that require the employee to be away from home over night on a regular basis are considered as receiving per diems to meet the anticipated expenses of the employee. Per Diem payments made to employees following the accountable plan requirements of the IRS are not included in employees taxable wage base and are not subject to employment or withholding taxes.

It is the policy of CRST to identify all anticipated expenses as nontaxable Per Diem payments. The purpose of the CRST Per Diem program is to maximize employee take home pay, through per diem reimbursements. The program puts more money in the employees' pockets and is designed to lead to increased employee satisfaction, morale, and retention.

### *Wage Garnishments:*

CRST Driver Payroll may receive a Wage Withholding Notice from a state or county agency directing us to withhold a certain amount from your payroll. All orders state CRST is "required to deduct these amounts from the employee's income until further notice." CRST does not deduct any voluntary garnishment notices.

### *Compensation Disputes:*

Compensation disputes, unless otherwise prohibited, will follow the first four (4) steps outlined under "Problem Solving Procedure". However, the decision of the Vice President of Operations will be final.

All employees should submit a compensation dispute within ten (10) days after reasonable knowledge of the occurrence of the dispute. Each decision will be based on individual circumstances, and are not necessarily precedent setting.

## WORKERS' COMPENSATION

Workers' Compensation provides payment for medical expenses, wage loss, and disability to an employee injured on the job. The injury must occur in the course and scope of employment. No action will be taken to initiate a claim on the employees' behalf until the Workers' Compensation Department has been notified.

Employees are assumed to be 'on the job' when they are physically in the truck and/or performing duties required of them as a employee, including but not limited to, making check calls, loading/unloading, and performing pre-trip inspections. Employees are not 'on the job' when they are commuting in a personal vehicle to and from work.

The Workers' Compensation Department must be notified before authorization for medical treatment will be given. The Company will designate medical providers for treatment for any work related injury (except for emergency situations). If you decide to go to a doctor other than the one we suggest, you risk paying the medical costs yourself. The Workers' Compensation Department has access to obtaining qualified doctors anywhere in the United States.

Each Workers' Compensation claim will be investigated thoroughly. In the event a claim is deemed compensatory, you will be paid by CRST based on the laws of the state in which you were hired. Your weekly benefits will be a percentage of your gross average weekly wage. There is also a maximum amount


Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

you will be entitled to. This means the weekly benefits may be significantly less than your net pay. You should also note there is a minimum waiting period of three (3) to seven (7) days (depending on the state Workers' Compensation laws) before the weekly benefits goes into effect. The calculation of your weekly benefit and the waiting period is not a policy set by CRST but rather by state laws. The Company will offer modified duty work to employees who sustain work injuries if the treating physician feels the employee is capable of modified duty work. Injured employees will be offered modified duty work that will meet their physical capabilities. Modified duty work is intended to be temporary only.

If your claim is investigated and found to be fraudulent, benefits will be denied and internal disciplinary actions will be taken. If deemed appropriate, legal action may also be taken. It is the employee's responsibility to pay for their portion of the insurance premiums while on Worker's Compensation that would normally be handled through payroll deduction. Payments should be made to CRST and sent to the attention of the Human Resources Department. Failure to do so may result in the loss of coverage.

In accordance with the provisions of Federal Family and Medical Leave Act (FMLA), Workers' Compensation time off is applied toward FMLA leave allowance, if eligible for FMLA. Contact the Workers' Compensation Department with any questions or to report an injury at866-799-2778

*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential* 

# SECTION III: GENERAL INFORMATION

## BULLETIN BOARDS

The Company has bulletin boards located throughout the facility for the purpose of communicating with employees. Postings on these boards are limited to items posted by the Company, including statutory and legal notices, safety and disciplinary rules, Company policies, memos of general interest relating to the Company, local operating rules, and other Company items. The posting of notices will be made by an authorized Company representative only. No postings will be permitted for any other purpose.

## EMPLOYEE FILE

The Company keeps certain records relating to your employment in a personnel file. The documents contained within that file are the property of the Company and must be maintained for government and Company recordkeeping purposes. Some employment records are kept in separate files, such as records relating to medical conditions and leave and records relating to investigations. All files connected with an employee are considered strictly confidential, and access will be limited only to those who have a job-related need to know the information and who have been authorized to see the file in question, in accordance with applicable state and federal laws.

## NO SOLICITATION/DISTRIBUTION

The Company does not allow an employee to initiate collections of money on company property for non-business purposes.

Solicitation of employees by any other employee is prohibited during working hours, which includes all times when an employee is regularly engaged in work tasks or duties. Working hours do not include an employee's own time, such as meal periods, or time before or after regularly scheduled working hours.

Any distribution of advertising material, fliers, or other literature in work areas is prohibited at any time by anyone, including the use of Company e-mail for solicitation. Solicitation or distribution of literature by non-employees, as well as trespassing, is prohibited on Company premises. Any employee violating this solicitation policy may be subject to disciplinary action, up to and including termination.

The single corporate exception to the no solicitation rule is the United Way. The Company believes that the United Way program is an excellent way for you to contribute to a number of worthwhile organizations without having to be contacted individually by each of them.

## PARKING

All offices/terminals provide parking for employees. We strongly recommend that you lock your car and do not leave items in the car which could be stolen. The Company is not responsible for items that are lost or stolen.

Cars left parked for a long period of time (more than 12 hours) must be registered on a Driver Car Registration form, which is located at each terminal. Vehicles not moved within 45 days, in poor mechanical condition (broken window, flat tire, doors open, used for storage), or are not displaying a current license plate will be reported as abandoned and removed from the property. Vehicles larger than a full size car or pickup are not allowed to park on CRST property for any period of time over 24 hours.

The Company has an interest in deterring the theft of Company property. As such, the Company reserves the right and may, from time to time, conduct random searches of employee vehicles parked on Company property. Employees will be notified when their vehicle is selected and will be allowed to be present when it is searched.


Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

## PERSONAL PROPERTY

CRST is not responsible for any employee's personal property. This includes the personal belongings that may be in a tractor or personal vehicles when parked at a terminal or elsewhere.

An employee's personal belongings may be stored at a terminal if there is a need, but will only be kept for 30 days unless the owner makes other arrangements. Employees may request to have personal property shipped to another destination via a carrier of their choice on a collect basis. If the employee does not respond within 30 days as outlined, the property will be disposed of.

Employee's belongings being submitted for storage must be boxed or packaged in a manner that can be readily shipped before being accepted for storage, unless special arrangements have been made on a case-by-case basis, with both the Operations Department and the facility providing the storage.

Oversized, overweight, or irregular items will not be accepted for storage, unless special arrangements have been made on a case-by-case basis, with both the Operations Department and the facility providing the storage. Items of this nature, or any item not pre-packaged for shipment, will not be shipped, unless the owner provides a carrier to package, pickup and ship the item(s) that cannot normally be prepared for shipment prior to being inventoried into storage. All packages being accepted for storage shall be inventoried by count of container, box, or package and each labeled with owner's full name, Driver ID number, Driver Manager's name, and date of entry into storage for tracking purposes.

## PERSONAL APPEARANCE / DRESS CODE

### *Shoes, Clothing, and Uniforms*

Employees will be required to wear clean shirts and trousers or slacks free from rips or patches. Shirts must be long or short sleeved (not sleeveless). All CRST employees must wear proper footwear when on the job. Shoes shall be hard soled with non-slip bottoms and provide adequate protection. Long pants are required at shipper, consignee, orientation, and corporate offices. Slacks/pants are to cover the entire buttock area. Under garments are not to be exposed. Sagging pants are not permitted. Breast area is to be fully covered.

Any employee that requires a reasonable accommodation for reasons based on religion, disability or other grounds protected by federal, state or local laws should contact Human Resources. Reasonable accommodation will be granted unless it would cause an undue hardship on the Company.

### *Grooming and Personal Hygiene*

The following grooming and personal hygiene standards are established for all Company employees:

- **Males –**Hairstyles must be acceptable within the business community and appropriate working environment. Hair shall be clean, neat, and well groomed at all times. Beards and mustaches are acceptable if neatly trimmed and closely cropped.
- **Females –**Hairstyles must be acceptable in the business community and appropriate for the working environment. Hair shall be clean, neat, and well groomed at all times.

Jewelry can be worn as long as good judgment is used in relation to size, number, and style. Any jewelry that could produce a safety hazard will not be allowed.

### *Personal Hygiene*

All Company employees are required to practice good personal hygiene and cleanliness habits at all times. All reasonable efforts must be made to shower as often as possible. Appropriate plans should be made to accommodate good personal hygiene habits.

Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

## Personal Relationships

Generally speaking, relationships between people are their own business and of no concern to the Company. The Company will respect one's right to personal privacy. However, there are circumstances where a relationship between an employee of the Company (including management) and an employee of a customer or competitor could jeopardize the legitimate business interest of the Company. There are circumstances where a personal relationship between a manager and an employee reporting to him or her could adversely affect the legitimate business interest of the Company. There are other examples of this type of interpersonal relationship that could impact the Company's business interests as well.

The common denominator in all of these situations is a basic conflict of interest. Where the Company's interest is not clearly protected in these situations, the Company retains the right to discuss the relationship with employees in detail in an effort to work out a satisfactory arrangement. This may include voluntary resignation, a transfer, or in extreme cases, job separation where there is no other alternative to protecting the Company's best interest.

In situations involving personal relationships, management will seek to balance the individual's right of privacy and the Company's business interests. Ultimately, the Company's business obligations will be paramount; without the success of the Company, there will not be job security for any of us.

## Safety

### *Licensing*

The employee is responsible for verifying that the tractor and trailer permits are current. If the tractor or trailer the employee is using has an expired permit, contact the Licensing Department at 800-366-8460 x2106. Fines incurred for expired or missing permits will be the responsibility of the employee. Be sure to check that all permits are current with every trip plan.

### *Notification of License Revocation (Disqualification of Drivers, DOT 391.15)*

Employees notified of license revocation by any government agency must notify Safety immediately. You cannot operate company equipment when your license has been suspended.

### *Notification of Suspension*

FMCSR Part 392.42 requires an employee to notify CRST before the end of the business day following the day an employee receives any notice that a license, permit or privilege to operate a motor vehicle has been revoked, suspended, or withdrawn by any federal, state, or local agency.

### *CDL Policy*

All employees are required to have a Class A Commercial Drivers License (CDL). The CDL must be from the state in which the employee resides. The employee's state of residence is determined through their W-4 tax document, i.e., whichever state you are telling the IRS that you are going to file income taxes in, is the state in which you will be required to obtain a CDL. If an employee moves from one state to another, a new CDL must be obtained per Federal Motor Carrier Regulations within 30 days.

### *Accidents*

Call the Accident Hotline at 1-800-515-2778 when:

- There is property damage (no matter how small it seems) to CRST equipment and/or property, or anyone else's equipment and/or property
- If there is bodily injury or anyone claiming bodily injury


Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

- The vehicle is towed for any reason, e.g., stuck in the mud, accident, etc.
- The employee is accused of, or is alleged, that he/she has been involved in any of the above.

Employees who have been involved in a preventable accident/incident will be required to complete a Safety Review/DDC (Defensive Driving Course).

### *Moving Violations*

All employees are expected to comply with federal, state, and local laws, as well as Company policy. Any fines, penalties, assessments, fees or costs levied against the individual employee and the Company, as a result of the employee's failure to comply with any federal, state, or local laws and regulations, will be charged back to the employee.

All moving violations, including warning tickets and inspections must be reported to Safety immediately.

### *Annual Review Form*

At the conclusion of one year of employment with CRST, employees are required to complete an Annual Review Form on which all moving violation convictions for the previous 12 months must be documented.

### *Driver Wellness - Physical Qualifications for Drivers*

As outlined in the FMCSR § 391.41, a person subject to this part must not operate a commercial motor vehicle unless he or she is medically certified as physically qualified to do so, and, except as provided in paragraph b of this section, when on-duty has on his or her person the original, or a copy, of a current medical examiner's certificate that he or she is physically qualified to drive a commercial motor vehicle.

A person who qualifies for the medical examiner's certificate by virtue of having obtained a medical variance from FMCSA, in the form of an exemption letter or a skill performance evaluation certificate must have on his or her person a copy of the variance documentation when on-duty.

**CDL exception**

Beginning January 30, 2014, an employee required to have a commercial driver's license under part 383 of this chapter, and who submitted a current medical examiner's certificate to the State in accordance with § 383.71(h) of this chapter documenting that he or she meets the physical qualification requirements of this part, no longer needs to carry on his or her person the medical examiner's certificate specified at §391.43(h), or a copy for more than 15 days after the date it was issued as valid proof of medical certification.

A CDL holder required by § 383.71(h) to obtain a medical examiner's certificate, who obtained such by virtue of having obtained a medical variance from FMCSA, must continue to have in his or her possession the original or copy of that medical variance documentation at all times when on-duty.

### *Requirements for DOT Physicals*

It is the employee’s responsibility to have a current physical. Employees must have a copy of their current medical examiner’s certificate (i.e. – card) on their person at all times, and register the DOT Physical with the employee’s state DMV each time a new physical is completed.

*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

## *Violation Policy / Safety Reviews / Defensive Driving Courses (DDC)*

Employees who are found to be in violation of the CRST Company Policy pertaining to violations that include, but are not limited to making U-turns, right turn on red, speeding; parking on the shoulder of a public road, rear-end accident, and loss of control of vehicle. CRST employees must understand that if involved in any of the violations listed below the employee is subject to Termination or a Safety Review/DDC.

- All driving for CRST must comply with Federal, State, and Local regulations/laws
- Any Compliance, Safety, and Accountability (CSA) BASIC category violation may result in termination
- Operation of a CMV, which results in an accident/incident, citation, warning, or CSA violation, may result in termination
- Any operation of a CMV in a dangerous or careless manner which results in a CSA Unsafe Driving Violation Severity Weight of 7 (seven) or more, including speeding in excess of 10 mph, speeding in construction zones, failing to use seat belt, failure to observe a traffic control device, reckless driving, texting, or cell phone use (See CRST Electronic Communications and Technology Policy), will result in termination
- Operating a CMV while ill or fatigued, or driving after being declared Out-of-Service under the Hours of Service regulations, will result in termination
- Operating or having access to a CMV while in possession of alcohol or illegal drugs, or impaired due to alcohol, illegal drugs, or misuse of prescription or over-the-counter medication will result in termination. (See CRST Drug Free/Use of Alcohol Policy)
- Operating a CMV declared and marked "Out-of-Service Vehicle" without all completed repairs required by the "Out of Service Notice" will result in termination
- Any serious accident, including loss of control, rear-end, lane change, intersection, or run-under will result in termination. This also applies to U-turns on a public roadway without a collision involved
- Any roadside inspection with violations may result in termination based on severity and time weight of an individual's Driver Safety Measurement System (DSMS) total

*Speeding is determined by report of moving violations (citation or warning), employee's Record of Duty Status, and/or from a Qualcomm equipped with Speed Gauge, and the Engine Control Module (ECM) reports. The ECM is accessed during each maintenance service. The ECM printed report shows high speed, high RPM, time/date.

### *Truck Cleanliness*

Employees are expected to keep the interior of the truck neat, clean, and free of debris and trash. Eliminating bodily waste/fluids in the truck, or storing waste materials in the truck, is prohibited.

### *Safety Issues*

All employees must comply with safety rules at all times. CRST makes every effort to place employees in positions for which they are qualified. However, employees are not placed in positions where, with or without a reasonable accommodation, they would create a direct threat to the safety or health or themselves or others. The determination that an individual poses a direct safety or health threat may be confirmed by an opinion in writing from a physician or other appropriate professional.

## SERVICE /ASSISTIVE ANIMALS

In the event an employee has a need for an Assistive Animal in the workplace, contact Human Resources at 866-934-4895 to commence the consideration process.


Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and

## TRACTOR/TRAILER TAKE HOME POLICY

Any employee who lives within 100 miles of a terminal/drop yard is required to leave the equipment at the terminal/drop yard when the employee is on home time. If an employee lives outside this range and a secured parking area has been approved, Dispatch will attempt to load the employee home with available freight. If Dispatch authorizes the employee to deadhead home, then the miles home are unpaid. If the employee lives outside this range and no freight or secure drop area is available, then transportation home and back to the terminal is the cost of the employee. Leaving equipment unattended in a non-approved location may result in termination. At no time will the tractor or trailer be used for personal use. If violated, your Home-time parking privilege will be revoked.

## VISITORS POLICY

In the interests of security, all visitors to the facility (including, but not limited to, vendors, contractors, and friends or family members of employees) must check in when they arrive, and check out when they leave. In case of an evacuation situation (such as a fire), the Company needs an accurate head count of all people within a building.

### *Passengers*

Unless prior written authorization has been given from the CRST Safety Department, no employee shall transport any person in CRST owned or leased equipment, except persons employed by or leased to CRST.

### *Passenger Program*

The Passenger Program is a voluntary program offered to employees for the benefit of the employee, spouse, and family. All passengers are subject to approval by Operations and the Safety Department. Noncompliance may cause the employee to be subject to established disciplinary action up to and including, termination.

#### Additional Passenger Program Requirements for Employees and Contractors

The employee must have no preventable accidents or no more than one incident for the six (6) months immediately preceding the date the employee wishes to take a passenger. Passenger must be a legal member of the immediate family (spouse, child, grandchild, parent, brother, or sister) and be at least 14 years of age. Spouses of a "common law" nature are excluded. Proof of relationship will be required if a passenger has a last name different than that of the employee. Children are allowed as passengers only when school is not in session. At any given time, only two (2) people are allowed on the truck.

If an employee is approved to take a passenger, then he/she must drive solo (without a co-driver present). Each authorized passenger must be covered by a separate insurance policy, available through the Safety Department. The application must be completed and the employee must have received written authorization from CRST prior to the date the employee wishes to take a passenger.

The employee and authorized passenger must have authorization papers easily accessible in the vehicle. Each passenger is required to complete a hold-harmless form signed by both the passenger and the employee. Contact the Safety Department at least two (2) weeks before the desired passenger boarding date to obtain an authorization form. Any employee carrying a passenger that has not been approved by the Safety Department will be subject to established disciplinary action up to, and including termination.

Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

# SECTION IV: CODE OF BUSINESS CONDUCT AND ETHICS

## CODE OF BUSINESS CONDUCT AND ETHICS

The code of Business Conduct and Ethics covers a wide range of business practices and procedures. It does not cover every issue that may arise, but it sets out basic principles to guide all Directors, Officers and Employees of CRST and its subsidiaries (collectively, the "Company"). All of our employees must conduct themselves accordingly and seek to avoid even the appearance of improper behavior.

If a law conflicts with a policy in this Code, you must comply with the law; however, if a local custom or policy conflicts with this Code, you must comply with the Code. If you have any questions about these conflicts, you should ask your Manager how to handle the situation.

Those who violate the standards of this Code will be subject to disciplinary action. If you are in a situation, which you believe may violate or lead to a violation of this Code, follow the guideline described in the section titled REPORTING ANY BEHAVIOR of this Code.

General Principles

All Company Employees, Officers, and Directors must adhere to the following General Principles at all times.

- Always act with the highest standards of personal and professional integrity.
- Do not tolerate others who attempt to deceive or evade responsibility for actions.
- Keep the Company's Stockholders' best interests in mind at all times.
- Do nothing that you feel would compromise the best interest of the company.
- Consider the legacy of your actions and the Company's.
- The Company's good name and reputation is a key asset, and you must conduct yourself at all times to enhance the value of that asset.
- Do nothing that bothers your conscience however trivial.
- Do not allow the pressure of meeting the expectations of others to compromise your actions.

Always conduct yourself with the highest degree of professionalism. As an employee and representative of CRST, you have the responsibility to emulate behavior consistent with the CRST's Code of Conduct.

### *Compliance with Laws, Rules, and Regulations*

Obeying the law, both in letter and in spirit is the foundation on which this Company's ethical standards are built. All employees must respect and obey the laws of the cities and states in which we operate. Although not all employees are expected to know the details of these laws, it is important to know enough to determine when to seek advice from managers or other appropriate personnel.

### *Conflicts Of Interest*

The Company respects the rights of employees, officers, and directors to manage their personal affairs and investments and does not wish to intrude upon their personal lives. At the same time, employees, officers, and directors must act in the best interests of the Company and avoid situations that present a potential or actual conflict between their interests and interests of the Company.

A "Conflict of Interest" exists when a person's private interest interferes in any way with the interests of the Company. A Conflict situation can arise when an employee, officer or director takes actions or has interests that may make it difficult to perform his or her Company work objectively and effectively. Conflicts of Interest may also arise when an employee, officer, or director or members of his or her family, receives improper personal benefits as a result of his or her position in the Company.


Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

It is almost always a Conflict of Interest for a Company employee to work simultaneously for a Competitor as a Consultant or Board Member. The best policy is to avoid any direct or indirect business connection with our Customers, Suppliers, or Competitors, except on our behalf.

As it applies to employment, the primary loyalty and interest of all employees must remain at all times with the Company. Employees shall not engage in any outside employment, including self-employment, which conflicts with their scheduled hours, overtime hours when required, or performance of Company assignments.

Conflicts of Interest may not always be clear-cut; so if you have a question, you should consult with higher levels of management. Any employee, officer, or Director who becomes aware of a conflict or potential conflict should bring it to the attention of a manager, or other appropriate personnel or consult the procedures described in the section titled REPORTING ANY BEHAVIOR of this Code.

### *Competition and Fair Dealing*

We seek to outperform our competition fairly and honestly. We seek competitive advantages through superior performance, never through unethical or illegal business practices. Stealing proprietary information, possessing trade secret information that was obtained without the owner's consent, or inducing such disclosures by past or present employees of other companies is prohibited. Each employee should endeavor to respect the rights of and deal fairly with the Company's customers, suppliers, competitors and employees. No employee should take unfair advantage of anyone through manipulation, concealment, abuse of privileged information, misrepresentation of material facts, or any other intentional unfair-dealing practice.

Any attempts by the Company and its employees to restrain trade or monopolize business may be subject to the antitrust laws. The most common forms of antitrust violations include price, rate or bid fixing; exchanges of cost or price information with competitors; and reciprocal dealing arrangements. Penalties for violation of the antitrust laws include criminal fines for each violation. In addition, individuals responsible for an antitrust violation may be indicted and given prison terms of up to three years for each violation. Since these laws are complex, it is recommended that an employee consult his/her manager with any questions about these laws.

The purpose of business entertainment and gifts in a commercial setting is to create good will and sound working relationships, not to gain unfair advantage with customers. No gift or entertainment should ever be offered, given, provided or accepted by any Company employee, family member of an employee or agent unless it is within the CRST guidelines, as outlined in the GIFTS and SOLICITATION policy of the Employee Handbook. Please discuss with your manager any gifts or proposed gifts which you feel may be improper.

Many companies and governmental agencies have formal policies with respect to the receipt of gifts by employees. Whenever possible, Company employees should observe the wishes of those companies and agencies and abide by their policies.

### *Discrimination and Harassment*

The Company promotes equal employment opportunities and the fair treatment of its employees without regard to race, color, religion, national origin, sex, age, disability and any other legally protected classifications as required by applicable Federal, State, or Local Laws. This policy applies to all aspects of the employment relationship, including the application process, hiring, benefits, working conditions, discipline and discharge.

Further, the Company believes that the dignity and individuality of each employee and applicant for employment must be respected, and that the work environment must be free of any form of discrimination and conduct which may be considered harassing, disruptive or intimidating. Harassment based on sex, race,

color, religion, national origin, age, disability and other legally protected classifications is strictly prohibited. Any instances of harassment in any form are to be reported immediately to the appropriate Manager or the Human Resources Department.

### *Health and Safety*

The Company strives to provide each employee with a safe and healthful work environment. Each employee has responsibility for maintaining a safe and healthy workplace for all employees by following safety and health rules and practices and reporting accidents, injuries and unsafe equipment, practices or conditions immediately to their appropriate Manager.

Violence and threatening behavior are not permitted. Employees should report to work in condition to perform their duties, free from the influence of illegal drugs or alcohol. The use of illegal drugs will not be tolerated.

### *Record Keeping*

The Company's financial records are relied upon to produce reports to the Company's Management, shareholders, governmental entities and others. All Company accounting records and reports produced from those records shall be kept and presented in accordance with the laws of each applicable jurisdiction and must accurately and fairly reflect the Company's assets, liabilities, revenues, expenses, and cash flows.

False or intentionally misleading entries in the Company's accounting records are prohibited, as are intentional misclassification of transactions between Accounts, Departments or Accounting Periods. All transactions must be recorded with care and honesty and must be supported by accurate documentation in sufficient detail to permit the review and audit. All transactions must be recorded in the proper Account and in the proper Accounting Period. No secret or special books or records may be maintained for any purpose. Compliance with Generally Accepted Accounting Principles and the Company's system of Internal Accounting Controls is required at all times.

All employee expense reports must accurately reflect expenses incurred by the employee on behalf of the Company and include such information as may be requested by the Company. False or intentionally misleading entries are prohibited, as are the misclassification of expenses. Violation of Expense Reporting Rules may result in disciplinary action, up to and including termination.

Business communications often become public, and employees should avoid exaggeration, derogatory remarks, guesswork, or inappropriate characterizations of people and companies which may be misunderstood. This applies equally to E-Mail, Internal Memos, and Formal Reports. Records should always be retained or destroyed according to the Company's Record Retention Policies. In accordance with those policies, in the event of litigation or governmental investigation, please consult CRST's Chief Financial Officer with any questions you may have pertaining to record keeping.

### *Confidentiality*

Employees, Officers, and Directors must maintain the confidentiality of information entrusted to them by the Company or its customers, except when disclosure is authorized by the Chief Executive Officer or Chief Financial Officer of CRST or required by laws or regulations. Information may be confidential whether or not it is specifically identified as such. Confidential information includes all non-public information that might be of use to Competitors, or harmful to the Company or its customers, if disclosed. It also includes information that suppliers and customers have entrusted to us. The obligation to preserve confidential information continues even after employment ends. Upon termination of employment, an Employee shall not copy or retain any documents containing confidential or proprietary information of the Company.


*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

During the period of employment and thereafter, employees will not, without CRST's express written consent, disclose or use any confidential information to any person, firm, organization, Company, etc. The term "confidential information" shall include all business information not known to the general public concerning CRST, its parent, subsidiaries, and commonly owned companies, or any affiliate, supplier, or customer of CRST that is received by employee during employment with CRST.

Confidential information includes, but is not limited to the following information:

- Customer Lists
- Marketing Reports
- Employee Addresses, Telephone Numbers or other such confidential employee information
- Independent Contractor / Owner Operator Addresses and Telephone Numbers
- Financial Reports Meant for Internal Use Only
- Daily Load Reports
- Contract or Proposed Rates with Customers
- Sales Analysis Reports
- Personnel (employee) records

### *Protection and Proper Use of Company Assets*

All Employees should endeavor to protect the Company's assets and ensure their efficient use. Theft, carelessness, and waste have a direct impact on the Company's profitability. Any suspected incident of fraud or theft should be immediately reported for investigation. Company equipment should not be used for non-Company business, although authorized incidental personal use may be permitted. No Employee of CRST should make or use unauthorized copies of any copyrighted, trademarked or licensed materials, including computer software, or otherwise violate the terms of the Copyright Laws or Licensing agreements.

The obligation of every employee to protect the Company's assets includes protecting its proprietary information. Proprietary Information includes Intellectual Property such as Trade Secrets, Patents, Trademarks, and Copyrights, as well as Business, Marketing and Service Plans, Engineering and Manufacturing Ideas, Designs, Databases, Records, Salary Information and any Unpublished Financial Data and Reports. Unauthorized use, modification, destruction or distribution of this information would violate Company policy. It could also be illegal and result in civil or even criminal penalties

### *Payments to Government Personnel*

The U.S. Foreign Corrupt Practices Act prohibits giving anything of value, directly or indirectly, to officials of foreign governments or foreign political candidates in order to obtain or retain business. It is strictly prohibited to make illegal payments to government officials of any country.

In addition, the U.S. Government has a number of laws and regulations regarding business gratuities, which may be accepted by U.S. Governmental Personnel. The promise, offer or delivery to an official or employee of the U. S. Government of a gift, favor or other gratuity in violation of these rules would not only violate Company policy but could also be a criminal offense. State and Local Governments, as well as Foreign Governments, may have similar rules.

### *Waivers of the Code of Business Conduct and Ethics*

Only the Chief Executive Officer of CRST, Inc. may make any waiver of this Code for Executive Officers or Directors.

Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

## *Reporting Any Illegal Behavior*

It is the Company's position that it will not condone any criminal activity by any of its Employees or Agents. Nor should Employees or Agents condone criminal activity on the part of any other person within the Company. It is the Company's responsibility to prevent and detect violations of law and report known violations to the appropriate governmental authorities. However, all Employees have an obligation to alert the Company to any situation in which the foregoing policies are being, or may have been, violated. No retaliatory action will be taken against any Employee for reporting, in good faith, a violation of the policies.

In order to implement this program, the Chief Financial Officer of CRST has been designated as Compliance Officer. Anyone within the Company who knows that criminal activity is, or is suspected to be, occurring should contact the Chief Financial Officer of CRST or the Manager of Internal Audit. A report of actual or suspected criminal activity should be made in writing. The identity of the disclosing individual will be confidential except where disclosure is required by the appropriate Governmental Authorities. The Chief Financial Officer of CRST shall have full responsibility for the investigation and disclosure of suspected or actual criminal activity, which disclosure may only be made to the appropriate Federal Authorities.

**Compliance Procedures**

We must all work to ensure prompt and consistent action against violations of this Code. However, in some situations, it is difficult to know right from wrong. Since we cannot anticipate every situation that will arise, it is important that we have a way to approach a new question or problem. Below are the steps to keep in mind.

- *Make sure you have all the facts.* In order to reach the right solutions, we must be a fully informed as possible.
- *Ask yourself:* What specifically am I being asked to do? Does it seem unethical or improper? This will enable you to focus on the specific question you are faced with and the alternatives you have. Use your judgment and common sense; if something seems unethical or improper, it probably is.
- *Clarify your responsibility and role.* In most situations, there is shared responsibility. Are your colleagues informed? It may help to get others involved and discuss the problem.
- *Discuss the problem with your Manager.* This is the basic guidance for all situations. In many cases, your Manager will be more knowledgeable about the question and will appreciate being brought into the decision-making process. Remember, it is your Manager's responsibility to help solve problems.
- *Seek help from Company Resources.* In the rare case where it may not be appropriate to discuss an issue with your Manager or you do not feel comfortable approaching your Manager with your question, discuss it with the Human Resources department.
- Always ask first, act later. If you are unsure of what to do in any situation, seek guidance before you act.

## *Disciplinary Action*

Any Employee found to be violating the Policies set out in this Code shall be subject to appropriate disciplinary action, up to and including dismissal. Where criminal violations are alleged to have occurred or are occurring, the Company will be required to report these actual or suspected violations to the appropriate Federal Authorities or, in the case of violations of State Criminal Laws, to the appropriate authorities, and will aid Law Enforcement Authorities in the prosecution of culpable individuals.


*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

# SECTION V: ADDENDUM FOR EMPLOYEES RESIDING IN CALIFORNIA

## CALIFORNIA SPECIFIC LEAVE

The Company provides eligible California employees (1) family care, medical, and military family leave for up to 12 or 26 weeks per year, depending on the reason, in accordance with the California Family Rights Act ("CFRA") and the federal Family and Medical Leave Act of 1993, as amended ("FMLA"); (2) pregnancy leave for up to four months in accordance with the California Fair Employment and Housing Act ("FEHA"); (3) disability leave as required to reasonably accommodate employees with a workplace injury or a qualified disability under the Americans with Disabilities Act ("ADA") or the FEHA; and (4) leave for other legally required absences as set forth below. Employees having any questions regarding this policy should contact Human Resources. Leave Related To Domestic Violence, Sexual Assault or Stalking

The Company will provide time off to a California employee who has been the victim of domestic violence, sexual assault or stalking to seek any relief, including, but not limited to, a temporary restraining order, restraining order, or other injunctive relief, to help ensure the health, safety, or welfare of the victim or his or her child. This includes time off for court proceedings, services from a domestic violence shelter, program or rape crisis center, counseling, medical attention, and participation in safety planning programs. The Company requires reasonable advance notice of the leave when feasible. If time off is taken due to an emergency, the employee must, within 15 days of the absence, provide the Company with certification of the need for the leave such as a police report, court order, documentation from a healthcare provider, victims advocate, or counselor.

Employees eligible for paid sick leave benefits under California law may take any such available paid time off, consistent with such law, for the purposes set forth in this policy. For more information, please see the "Sick Leave" policy. In the event paid sick leave benefits are not available, employees taking leave under this policy may elect to apply accrued and unused vacation to such time.

Also, the Company will provide a reasonable accommodation for an employee who is a victim of domestic violence, sexual assault, or stalking, and who has disclosed that status to the Company, if the employee requests an accommodation for his or her safety while at work. The Company will engage, in good faith, in a timely and interactive process with the employee to determine an effective reasonable accommodation, and the Company may request that the employee provide (i) a written statement, signed by the employee or someone acting on his or her behalf, certifying that the accommodation is for the purpose stated above, and (ii) a certification demonstrating the employee's status as a victim of domestic violence, sexual assault, or stalking. Every 6 months after the date of the previous certification, the Company may request recertification of such status. The Company will maintain certifications as confidential if it identifies the employee as a victim of domestic violence, sexual assault, or stalking, and will disclose such information only as required by law, or as necessary to protect the employee's workplace safety. The Company will notify the employee before such disclosure.

The Company prohibits discrimination, discharge, or retaliation against an employee for taking time off or requesting an accommodation under this policy, or based on the employee's status as a victim of domestic violence, sexual assault, and/or stalking.

### *California Family Care and Medical Leave and Pregnancy Disability Leave (PDL) Policy*

- Under the California Family Rights Act of 1993 (CFRA), if you have more than 12 months of service with your employer and have worked at least 1,250 hours in the 12-month period before the date you want to begin your leave, you may have a right to family care or medical leave ("CFRA leave"). This leave may be up to 12 workweeks in a 12-month period, which [is defined as a calendar year/is measured forward from the date an employee's first CFRA leave begins/uses a "rolling" method that is measured backward from the date you use any CFRA leave for:

- The birth, adoption or foster care placement of your child.
- Your own serious health condition.
- The serious health condition of your child, parent or spouse.

**Pregnancy Disability Leave (PDL)**

Even if you are not eligible for "CFRA leave", if you are disabled by pregnancy, childbirth or a related medical condition, you are entitled to take pregnancy disability leave (PDL) of up to four months (the working days you normally would work in one-third of a year or 17 1/3 weeks) depending on your period(s) of actual disability. Time off needed for prenatal or postnatal care; doctor-ordered bed rest; gestational diabetes; pregnancy-induced hypertension; preeclampsia; childbirth; postpartum depression; loss or end of pregnancy; or recovery from childbirth or loss or end of pregnancy would all be covered by your PDL.

Your employer also has an obligation to reasonably accommodate your medical needs (such as allowing more frequent breaks) and to transfer you to a less strenuous or hazardous position if it is medically advisable because of your pregnancy.

If you are CFRA-eligible, you have certain rights to take BOTH PDL and a CFRA leave for reason of the birth of your child. Both leaves contain a guarantee of reinstatement -- for pregnancy disability it is to the same position, and for CFRA it is to the same or a comparable position -- at the end of the leave, subject to any defense allowed under the law.

If possible, you must provide at least 30 days' advance notice for foreseeable events (such as the expected birth of a child or a planned medical treatment for yourself or of a family member). For events that are unforeseeable, you must notify your employer, at least verbally, as soon as you learn of the need for the leave.

An employee seeking PDL leave must notify Principal Absence Management (Principal) of the date the leave is expected to commence and the estimated duration of the leave. The employee must also provide a medical certification of a qualifying medical condition. Failure to provide the required medical certification in a timely manner may result in delay or denial of leave.

An employee returning to work immediately following the expiration of an approved PDL leave will generally be reemployed in her former position or a comparable position. Before returning to work in the same position, the employee must provide a medical certification that she is able to resume her original job duties. An employee returning from PDL leave who is unable to resume her original job duties may be eligible to transfer to a less strenuous or less hazardous position or duties provided certain prerequisites are met. Reasonable accommodations may be requested with the advice of the employee's health care provider. In addition, lactation accommodation is also available, upon request. For more information on PDL leave or transfer and its effect on the terms, conditions or benefits of employment, please contact Principal.

If any portion of the leave is unpaid, the employee may use any accrued vacation. Any vacation accrued while on PDL leave may also be used andthis time off will be counted towards the leave length entitlement.

CRST will maintain group health benefits for the duration of PDL leave, not to exceed four (4) months, on the same terms and conditions as would apply if the employee were working, and provided the employee pays her portion of the applicable premiums, if any, in a timely manner.

CRST shall be entitled to recover from the employee the premium it paid to maintain coverage during the leave if the employee fails to return to work after the end of the PDL leave, as provided by law.

Depending on the circumstances, PDL leave does not otherwise prohibit an employee from eligibility for unpaid leave under the Family and Medical Leave Act and the California Family Rights Act.


Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

**Pregnancy Accommodation**

In lieu of a Pregnancy Disability Leave, a pregnant employee may request a transfer to a less strenuous or hazardous position. If such a transfer can be reasonably accommodated, a pregnant employee will be transferred for the duration of her pregnancy provided that she submits a written request for such transfer, and, in addition, furnishes a written certification from the employee's health care provider attesting that the transfer request is upon the provider's advice. However, the Company will not undertake to create additional employment that the Company would not otherwise have created to meet its own business needs, nor will the Company be required to discharge any employee, transfer any employee with more seniority than the pregnant employee, or to promote any employee who is not qualified to perform the job.

## *Sick Leave*

The Company has established a paid sick leave policy for the benefit of its eligible employees, compliant with the California "Healthy Workplaces, Healthy Families Act of 2014. The paid sick leave policy is designed to provide eligible employees paid time off to attend to their own health care and the health care of family members, ensuring a healthier and more productive workforce.

Paid sick leave may be used for the diagnosis, care, or treatment of an existing health condition of, or preventative care for, an employee or an employee's family member. For purposes of this section, a family member includes a child, parent, spouse, registered domestic partner, grandparent, grandchild, sibling, and registered domestic partner's child or parent. Paid sick leave may also be used by an employee who is a victim of domestic violence, sexual assault, or stalking.

The Company provides eligible employees 24 hours (or 3 days) of paid sick leave at the beginning of each 12-month period, beginning on their date of employment or the date they become entitled to such leave, whichever is earlier. Employees do not accrue any sick leave from year to year and unused sick days do not carry over to the following year.

An employee may use accrued paid sick days beginning on the 90th day of employment. An employee may request and use up to three (3) days or 24 hours of accrued paid sick leave per year. An employee may determine how much paid sick leave he or she needs to use, subject to a reasonable minimum increment of two (2) hours.

The rate of pay for sick leave will be based on the employee's hourly wage. An employee who is exempt from overtime requirements as an administrative, executive, or professional employee under a wage order of the Industrial Welfare Commission is deemed to work 40 hours per workweek for the purposes of this policy, unless the employee's normal workweek is less than 40 hours, in which case the employee's hours per workweek will be based upon that normal workweek.

If the need for paid sick leave is foreseeable, the employee should provide reasonable advance notification directly to Human Resources. If the need for paid sick leave is unforeseeable, the employee should provide notice as soon as practicable. The request should identify the reason for the absence (e.g., doctor's appointment, illness, etc.) and the anticipated date or time of return. Due to sick day abuse, the Company will ask for a doctor's note—if applicable—for any three (3) consecutive days out of work due to illness or injury, whether or not sick time has been accrued. Employees shall not disclose or provide information to the Company regarding the medical condition that necessitated sick leave.

Because sick leave is not a vested employee benefit, no reimbursement is paid for unused sick leave upon separation.

Employees are not permitted to use more sick leave than has been accrued. If an employee does not have sufficient paid sick time accrued to use when needed, he or she may use any available Vacation Days for the same purposes and under the same conditions as a paid sick day.

*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential* 

## *Crime Victims' Leave*

The Company will provide time off to a California employee to attend judicial proceedings related to a crime, if that employee is a victim of crime, an immediate family member of a victim, a registered domestic partner of a victim, or the child of a registered domestic partner of a victim. The Company requires that where feasible, in advance of taking leave, the employee provide it with a copy of the notice of each scheduled proceeding that is provided to the victim by the agency responsible for providing notice. If advance notice is not possible, the employee is required to provide the Company with a copy of the notice within a reasonable time.

No employee who is absent from work pursuant to this provision will be discharged or otherwise discriminated against in compensation or other terms, conditions or privileges of employment, because of such absence. Such leave is unpaid. Employees taking leave under this policy may elect to apply vacation time to such leave.

## *Leave for Organ and Bone Marrow Donation*

The Company will grant a California employee the following paid leaves of absence for the purpose of organ or bone marrow donation:

- A leave of absence of up to five days in any one-year period for the purpose of donating the employee's bone marrow to another person.
- A leave of absence of up to 30 days in any one-year period for the purpose of the employee donating his or her organ to another person.

A leave of absence for the purpose of organ or bone marrow donation will be provided with pay, however, if an employee has earned and unused sick or vacation time available, the employee is required to first use up to five days of paid sick or vacation time for a bone marrow donation and up to two weeks of sick or vacation time for organ donation.

In order to receive a leave of absence pursuant to this policy, the employee must provide written verification to Human Resources that he or she is an organ or bone marrow donor and that there is a medical necessity for the donation of the organ or bone marrow.

Any leave taken for the donation of an organ or bone marrow will not constitute a break in service for purposes of the employee's right to salary adjustments, sick leave, vacation, annual leave, or seniority. During any leave taken under this policy, the Company will maintain and pay for coverage under any group health plan, for the full duration of this leave. Leave provided under this policy may be taken in one or more periods.

Leave taken under this policy will not run concurrently with any leave taken pursuant to the federal Family and Medical Leave Act or the California Family Rights Act.

Upon expiration of a leave of absence authorized by this policy, the Company will restore the employee to the position held by the employee when the leave began or to a position with equivalent seniority status, employee benefits, pay, and other terms and conditions of employment. The Company may decline to restore an employee because of reasons unrelated to the exercise of rights under this policy by the employee.

## *Leave for Educational/Daycare Purposes*

California employees will be granted time off without pay for up to 40 hours per calendar year, but no more than eight hours in any calendar month, to participate in the activities of schools or licensed child daycare facilities attended by their children. Employees must substitute accrued vacation, for purposes of a planned absence under this Section.


Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

Employees wishing to take time off under this Section must provide their supervisors with reasonable notice of the planned absence. If both parents of a child are employed by the Company at the same worksite, the request for time off under this Section will be granted to the first parent to provide notice of the need for time off. The request from the second parent will be accommodated if possible.

The Company prohibits discrimination against an employee for taking time off under this policy.

### *Volunteer Firefighter, Reserve Peace Officer, and Emergency Rescue Personnel*

Nonexempt California employees will be granted time off without pay to perform emergency duties as a volunteer firefighter, reserve peace officer, or emergency rescue personnel (which includes an officer, employee, or member of a disaster medical response entity sponsored or requested by the State). Such employees also are entitled for leave of up to 14 days per calendar year to attend fire, law enforcement, or emergency rescue training. Exempt employees who work any portion of a workweek in which they also perform such emergency duties or training will receive their full salary for that workweek. Otherwise, exempt employees will be granted time off without pay. Employees may substitute vacation pay for any unpaid portion of leave to perform such emergency duties or training.

The Company prohibits discrimination against an employee because he or she takes time off under this policy.

### *Voting Time Off*

California employees who do not have sufficient time outside of their regular working hours to vote in a statewide election may request time off to vote. If possible, employees should make their request at least two days in advance of the election. Up to two hours of paid time off will be provided, at the beginning or end of the employee's regular shift, whichever will allow the most time for voting and the least time off work.

### *Civil Air Patrol Leave*

Any California employee who has been employed for at least ninety (90) days and who is a volunteer member of the California Wing of the Civil Auxiliary of the United States Air force may be granted up to ten (10) days leave each calendar year to respond to an emergency operation mission. Each single mission may not exceed three (3) days unless approved by the Company. Non-exempt employees will not be paid for time off taken except to the extent they choose to use accrued vacation time for that purpose. Exempt employees will be paid only if they have performed company-related work during that same work week; if they have not performed any company-related work during that same work week, they will not be paid for the time off, except to the extent they choose to use accrued vacation time for that purpose. Upon return from leave the employee will be reinstated to the same position or to an equivalent position with equivalent pay, benefits, and other employment terms, to the extent required by law. However, the employee shall have no greater rights to reinstatement or to other benefits and conditions of employment than if he/she had not taken the leave.

### *Adult Literacy Education*

Any California employee who requests to enter an adult literacy program shall be granted unpaid time off to attend such a program if time off from work is necessary and does not impose an undue hardship on the Company. Upon request, the Company will assist employees to identify adult literacy programs in which the employee, at his/her option and expense, may enroll.

*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

# Injury Illness Prevention Program

To maintain the Company's commitment to safety in the workplace, the Company has established this Injury and Illness Prevention Program ("IIPP") to explain its safety policies and procedures. Several key features of the program are summarized below.

The individual with principal authority and responsibility for implementing and administering the Company's IIPP is the Manager – Training domiciled in the Jurupa Valley, CA Terminal. This person is referred to as the "IIPP Administrator" in this IIPP statement.

All employees must comply with the Company's safety and health policies and practices. Violations of safety standards or conduct that shows either a disregard for safety concerns may result in disciplinary action. In this regard, it should be remembered that the employment relationship can be terminated at-will, at any time, either by the employee or the Company.

Employees will be informed of matters relating to occupational safety and health from time to time. Communications of this nature may be contained in posted notices, personnel policy statements, or safety guidelines. Important safety issues may also be raised at employee meetings and training programs.

Employees are encouraged to direct any questions regarding safety issues or the IIPP to the IIPP Administrator. It is also the responsibility of each employee to inform the IIPP Administrator immediately of any unsafe condition in the work environment. This can occur without fear of retaliation. Employees can also notify the IIPP Administrator of any such hazards anonymously if they prefer. This can be done either by calling the IIPP Administrator at the 951-275-5761 and indicating the employee does not wish to identify him or herself or by writing to the IIPP Administrator at 5350 Wilson St. Jurupa Valley, CA 92509.

The Company has adopted procedures that are designed to help identify and evaluate work environment hazards. These procedures include periodic inspections. Inspections may be scheduled at various times, including when new processes or equipment that represent a new occupational safety and health hazard are introduced to the work environment and when the Company becomes aware of a new or previously unrecognized hazard.

The Company will investigate occupational injuries and illnesses when and in the manner it deems appropriate. Such investigations may be conducted by the IIPP Administrator or a person designated by the Administrator for that purpose.

Where it is determined that an unsafe or unhealthy condition or practice exists, the Company will take steps to correct the condition or practice in a timely manner. The severity of a hazard will be considered along with other relevant factors when evaluating the most appropriate method of remedying the situation and the time frame within which the correction will be made. If an imminent hazard exists that cannot be abated immediately without endangering employees or property, the Company may find it appropriate to remove all exposed personnel from the area. Where employees are found necessary to correct the hazardous condition, they will be provided necessary safeguards.

The Company will also provide training and instruction to employees under the IIPP from time to time. In addition, the Company will retain records of inspections and training conducted for the period required by law.

The goals of the IIPP can only be accomplished with the cooperation of all employees. If you have any questions regarding the IIPP or your responsibilities with respect to workplace safety, please direct them to the IIPP Administrator.


Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

## EMPLOYEE ACKNOWLEDGMENTS

I ACKNOWLEDGE that I have received a copy of the Driver Employee Handbook, which includes but is not limited to the following policies:

- Drug and Alcohol Policy
- Unlawful Discrimination and Harassment Policy
- For California Residents Only: Addendum for California Policies

I have had the opportunity to review the Handbook and ask questions regarding its content. I understand the contents of the Handbook, and I understand that it does not constitute a contract of employment.

I also understand that if I have any further questions regarding this handbook, I should follow up with my manager or the Human Resources department.

Employee Name: _______________________________________________ (Please Print)

Employee Signature:_____________________________________________

Date: ___________________________________________________________

*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

***COMPANY DRIVER EMPLOYEE HANDBOOKOF ADOPTING CRST FAMILY OF COMPANIES:***

CRST EXPEDITED, INC.

CRST DEDICATED SERVICES, INC.

Or any other CRST Company that employs Company Drivers

The adopting employers of this CRST policy do not intend to limit their rights as an employer by adoption of this Handbook. The purpose of this Handbook is to give a general outline of Company policy and to ensure a general consistency of benefits for all adopting companies. Each individual adopting employer reserves the rights to change, amend, modify, alter, supplement, delete or otherwise terminate the adoption of this Handbook in its sole discretion.


*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

DELIVERING PROMISES AND DRIVING SUCCESS

CRST®

THE TRANSPORTATION SOLUTION

# DRIVER EMPLOYEE HANDBOOK

Brueck 2-15-22

6

J Curcione

exhibitsticker.com

# WELCOME TO CRST



Congratulations on your new role and welcome to the CRST family of operating companies!

I'm proud that you are a member of the CRST team. You have joined a family-owned company that has grown to be one of the largest transportation and logistics companies in the United States, with over 1,700 office employees and nearly 8,000 drivers. The success we have had, and will continue to have, comes from the commitment, effort and achievement of our entire team, from the teammates behind the wheel to the teammates providing the systems, support and continuous improvements to ensure every pick-up and delivery satisfies the customer's expectations.

You are now part of a team that prides itself on pursuing quality, service and customer satisfaction at a level that sets us apart from our competitors. You will be supporting our broad array of transportation services that can provide an effective solution to virtually every transportation need.

When I decided to join CRST, what stood out most to me was the tremendous opportunity we have to continue to grow our business by capitalizing on the full potential of our employees and the promising future of this industry. My passion is ensuring that we develop and unleash your full potential and that of our entire organization. The CRST leadership team is committed to provide the necessary tools and training to all CRST employees and unleash the power of the organization to support and enable every driving teammate, every day, to be successful delivering every load to the satisfaction of our customers. In the end, when our driving teammates are successful serving our customers, we are all successful!

I am excited about the opportunities our Company has to grow and flourish with you. You are an instrumental part in making our company successful...both today and in the future. I wish you much success in your new position at CRST!

Sincerely,

Hugh Ekberg
President and CEO

# VISION

All of Us, Every Day, Delivering Promises and Driving Success to Ensure Everyone Has What's Needed to Live and Thrive.

# MISSION

CRST is a transportation service and solutions provider of choice, powered by engaged, talented and dedicated teammates behind the wheel and in our shops, terminals and offices. We build trusted relationships with customers and outperform the competition by delivering value added services that improve business results. We deliver differentiated customer value by investing in the development and professional growth of our employees and attracting and retaining the best talent. We achieve goals in a work environment in which all of us, every day, commit to keep promises and support the success of our employees, customers, agents, contractors and communities. CRST will be a family owned business with professional management to rapidly respond to customer needs, maintain long term focus and contribute actively and positively to the lives of employees and the communities in which we work.

Continuously improving business processes, Delivering Promises and Driving Success will establish new benchmarks for safety, productivity, customer service and profitable growth, and give every employee, agent and contractor a strong sense of pride and accomplishment.



# CORE VALUES

— Safety at the Core of All We Do — Integrity in Every Decision and Action —
— Commitment to the Success of Employees, Customers, Agents, Contractors and Communities —

# GUIDING PRINCIPLES

— Build Trust — Focus on the Customer — Improve Continuously —
— Develop Employees — Grow Profitably —

# TABLE OF CONTENTS

**WELCOME TO CRST** ..... II

**SECTION I: EMPLOYMENT POLICIES AND PRACTICES** ..... 1

INTRODUCTION ..... 1

DISCLAIMER ..... 1

CONCEALED WEAPONS ..... 1

DISCIPLINARY ACTION ..... 2

*Unacceptable Behaviors* ..... 2

*Misuse of Company Property* ..... 3

DISTRACTED DRIVING ..... 3

*FMCSR Restrictions* ..... 3

*Definitions* ..... 3

*Restricted Use of Mobile Devices* ..... 4

*Other Activity* ..... 4

*Penalties and Discipline* ..... 5

DRUG AND ALCOHOL POLICY ..... 5

ELECTRONIC COMMUNICATIONS AND TECHNOLOGY POLICY ..... 6

*Social Media* ..... 7

*Mobile/Smart Phones* ..... 8

ETHICS AND COMPLIANCE ..... 9

GIFTS AND SOLICITATIONS ..... 9

HUMAN RIGHTS POLICY AND STATEMENT ..... 10

LODGING AND PAIRING ..... 10

OUTSIDE EMPLOYMENT ..... 11

PROBLEM SOLVING PROCEDURE ..... 11

RESIGNATION / TERMINATION ..... 12

*Voluntary Terminations* ..... 12

*Return of Company Property* ..... 12

*Reduction in Force* ..... 12

*Employee Reimbursement* ..... 12

*Termination Date* ..... 12

REFERENCES ..... 13

TRANSFERS / PROMOTIONS ..... 13

Unlawful Discrimination and Harassment (Positive Work Environment – "PWE") .......... 13

*EEO Policy Statement* .......... *13*

*Policy Against Harassment* .......... *13*

*Personal Safety* .......... *14*

*Complaint Procedure* .......... *14*

*Policy Against Abusive Conduct* .......... *15*

*Disability Accommodation* .......... *15*

*Religious Accommodations* .......... *16*

*Persons Whose Conduct is Covered* .......... *17*

*Reporting* .......... *17*

*Driver Managers and Supervisors* .......... *17*

*Safety and Security* .......... *17*

*Workplace Violence* .......... *18*

*Visitors in the Workplace* .......... *19*

**SECTION II: PAYROLL AND LEAVES .......... 20**

Actions Inconsistent with Leave .......... 20

Compensation .......... 20

*Wage Garnishments:* .......... *21*

*Compensation Disputes:* .......... *21*

Employee Classifications .......... 21

*Employment Eligibility Verification Compliance Policy* .......... *21*

Family Medical Leave Act (FMLA) /Leave of Absence Policies .......... 21

*Basic Leave Entitlement* .......... *21*

*Military Family Leave Entitlements* .......... *22*

*Benefits and Protections* .......... *22*

*Eligibility Requirements* .......... *22*

*Definition of Serious Health Condition* .......... *22*

*Use of Leave* .......... *23*

*Substitution of Paid Leave for Unpaid Leave* .......... *23*

*Employee Responsibilities* .......... *23*

*The Company's Responsibilities* .......... *24*

*Unlawful Acts* .......... *24*

*Additional FMLA Policies/Rules* .......... *24*

*Applying for Short Term Disability (STD) and/or FMLA (Family Leave Act)* .......... *24*

*Supervisor and Driver Manager Reporting Responsibility* .......... *25*

Jury Duty .......... 25

Lactation/Nursing Mothers Break Policy ....25
Personal Illness ....26
Rehires ....26
Time Off For Voting ....26
Workers' Compensation ....26
**SECTION III: GENERAL INFORMATION ....28**
Bulletin Boards ....28
Employee File ....28
News Media Statements ....28
No Solicitation/Distribution ....28
Parking ....29
Personal Appearance / Dress Code ....29
*Shoes, Clothing, and Uniforms ....29*
*Grooming and Personal Hygiene ....29*
Personal Property ....29
Personal Relationships ....30
Photo/Media Policy ....30
Recording Policy ....31
Safety ....31
*Licensing ....31*
*Notification of License Revocation (Disqualification of Drivers, DOT 391.15) ....31*
*Notification of Suspension ....31*
*CDL Policy ....31*
*Accidents ....31*
*Moving Violations ....32*
*Annual Review Form ....32*
*Driver Wellness - Physical Qualifications for Drivers ....32*
*Requirements for DOT Physicals ....32*
*Violation Policy / Safety Reviews / Defensive Driving Courses (DDC) ....33*
*Truck Cleanliness ....33*
*Safety Issues ....33*
Service /Assistive Animals ....33
Tractor/Trailer Take Home Policy ....34
Visitors Policy ....34
*Passengers ....34*
*Passenger Program – For Expedited Solutions and Dedicated East Only ....34*

**SECTION IV: CODE OF BUSINESS CONDUCT AND ETHICS** ..... **35**
CODE OF BUSINESS CONDUCT AND ETHICS ..... 35
*Compliance with Laws, Rules, and Regulations* ..... *35*
*Conflicts of Interest* ..... *35*
*Competition and Fair Dealing* ..... *36*
ETHICS AND COMPLIANCE ..... 36
*Health and Safety* ..... *37*
*Record Keeping* ..... *37*
*Confidentiality* ..... *37*
*Protection and Proper Use of Company Assets* ..... *38*
*Payments to Government Personnel* ..... *38*
*Waivers of the Code of Business Conduct and Ethics* ..... *39*
*Reporting Any Illegal Behavior* ..... *39*
*Disciplinary Action* ..... *39*
**SECTION VI: ADDENDUM FOR EMPLOYEES RESIDING IN CALIFORNIA** ..... **40**
*California Family Rights Act* ..... *40*
*Pregnancy Disability Leave* ..... *42*
*California Paid Sick Leave* ..... *44*
*Crime Victims' Leave* ..... *45*
*Leave for Organ and Bone Marrow Donation* ..... *45*
*Leave for Educational/Daycare Purposes* ..... *46*
*Volunteer Firefighter, Reserve Peace Officer, and Emergency Rescue Personnel* ..... *46*
*Civil Air Patrol Leave* ..... *47*
*Adult Literacy Education* ..... *47*
*Military Leave* ..... *47*
*Military Spouse Leave* ..... *47*
*Drug and Alcohol Rehabilitation Leave* ..... *48*
*Witness Leave* ..... *48*
*Domestic Violence/Sexual Assault/Stalking Leave* ..... *48*
*Paid Family Leave Income Replacement Benefits* ..... *49*
*Overtime* ..... *49*
*Meal and Rest Break Policy* ..... *49*
*Paid Sick Leave Benefits (Employees Working in Oakland, California)* ..... *51*

State Addendums are located on the CHIP (CRST Human Resources Information Portal) Employee Home Page

# SECTION I: EMPLOYMENT POLICIES AND PRACTICES

## INTRODUCTION

It is the hope that employment with the CRST family of affiliated companies (the Company) is very rewarding and satisfying for both the employee and the Company. It is important that each employee understands the terms and conditions of his/her employment with the Company. All employment at the Company is "at-will." This means that both employees and the Company have the right to terminate employment at any time, with or without notice, and with or without cause. This also means that terms and conditions of employment may be changed with or without notice, and with or without cause, including but not limited to termination, demotion, promotion, transfer, compensation, benefits, duties, and location of work. No one other than an officer of the Company has the authority to alter this arrangement, to enter into an agreement for employment for a specified period of time, or to make any agreement contrary to this at-will status. Any such agreement must be in writing, must be signed by an officer of the Company, and must express a clear and unambiguous intent to alter the at-will nature of the employment relationship. This Employee Handbook does not constitute a contract of employment and does not guarantee employment for any period of time or guarantee any rights other than those mandated by applicable laws.

## DISCLAIMER

The Company expects employees' cooperation in making these policies work. The Company's intent in preparing, implementing, and distributing these policies is to help ensure compliance with federal, state, and local laws and provide guidance to employees regarding the Company's expectations. However, it does not contain all the procedures and practices of the Company. These policies are not intended to impose any contractual obligation on the Company or any of its employees or their representatives. It is the responsibility of the employee to become familiar with the policies set forth in this Handbook. The Company reserves the right to interpret and administer the provisions of this Handbook as needed. Except for the policy of at-will employment, which can only be changed in writing signed by an officer of the Company, the Company has the maximum discretion permitted by law to change, modify or delete any provision in this Handbook at any time with or without notice. This Handbook supersedes any prior versions published or distributed by the Company and any inconsistent oral or written statements. In addition to the policies outlined in this Handbook, the Company also complies with applicable state and federal laws.

## CONCEALED WEAPONS

Employees may not, at any time while on any Company owned property and parking lots, including anywhere that Company business is conducted (customer locations, client locations, trade shows, restaurants, Company event venues, and so forth) possess or use any weapon. Weapons include, but are not limited to, guns, knives, or swords with blades over four (4) inches in length, explosives, brass knuckles, and any chemical whose purpose is to cause harm to another person. Regardless of whether an employee possesses a concealed weapon permit or is allowed by law to possess a weapon, weapons are prohibited on any Company property or in any location in which the employee represents the Company for business purposes, including those listed above.

Any employee discovered to be in possession of a weapon is subject to immediate termination, in accordance with applicable laws. Personal protection devices (such as pepper spray, knives with blades three (3) inches or less, etc.) are permitted.

## DISCIPLINARY ACTION

The Company expects each of its employees to adhere to rules and standards that follow its mission. Work rules and standards of conduct help create a productive and hospitable work environment and the Company regards these seriously. Failure to abide by the rules, regulations and policies of the Company may justify disciplinary action, up to and including termination.

The following violations of Company policy may subject an employee to disciplinary action up to and including immediate termination of employment. The following list represents a non-exhaustive list of examples of behavior that will be considered improper and unacceptable in the workplace:

### *Unacceptable Behaviors*

- Theft or dishonesty which includes, but is not limited to, embezzlement, stealing from customers, falsifying any Company records, including but not limited to reports and time records, and/or inappropriate removal or possession of Company property or property belonging to fellow co-workers
- Possession, distribution, sale, transfer, or use of alcohol
- Possession, distribution, sale, transfer, or use of controlled substances in the workplace, unless under the care of a qualified medical professional and in accordance with the instructions of the qualified medical professional
- Providing or distributing prescription drugs in the workplace
- Fighting, threatening, or engaging in violence in the workplace or while performing work on behalf of the Company
- Boisterous or disruptive activity in the workplace
- Insubordination
- Hostile, abusive, or disrespectful communication or unprofessional conduct
- Use of profanity
- Excessive absenteeism or tardiness
- Use of Tobacco (including cigarettes, cigars, smokeless tobacco, e-cigarettes, or any other form of tobacco) in or around Non-Smoking facilities, unless using a designated smoking area.
- Unlawful or unwelcome harassment, discrimination, or intimidation of any kind (including sexual, racial, ethnic, religious, disability, age, sexual orientation, gender identity, or any other status or characteristic protected by applicable law)
- Unauthorized disclosure of confidential business information
- Violation of personnel policies
- Sleeping or otherwise loafing on company time
- Threatening, intimidating, coercing, or interfering with any person on Company property during work hours
- Unsatisfactory work performance or conduct
- Falsifying company documents or providing false information on behalf of the company
- Any type of fraudulent activity or behavior
- Failure to provide exemplary customer service
- Refusal to accept any instructions given by a supervisor and/or to perform a work assignment unless it will affect the employees' health or safety or violate any applicable law
- Assaults on, or threats to, a person at any time

### *Misuse of Company Property*

- Negligence or improper conduct leading to the damage of Company property
- Unauthorized use of telephones or other Company-owned equipment
- Willful abuse or damage of company property
- Unauthorized use of equipment, including, but not limited to any unauthorized deadheading, bobtailing, and/or off route mileage
- Leaving trailer or tractor unsecured without authorization
- Failure to make a proper pre-trip inspection that results in a federal or state DOT fine
- Failure to return a truck to a CRST location is defined as abandonment of equipment. Trucks left at drop yards or trucks stops will be considered abandoned.
- Abandonment of equipment. Based on company review, abandonment of equipment may be disclosed on applicable pre-employment screening services.

## Distracted Driving

The Company is committed to *Safety at the Core of All We Do.* As part of this commitment, the Company is committed to complying with all federal and state laws, including laws that regulate the use of wireless communication devices in commercial motor vehicles (CMVs). It is the desire of the Company to see our drivers reduce as many distractions as possible while driving. Employees who drive the Company CMVs should not engage in any activity that might take focus away from their primary driving duties (e.g., wireless device usage, wakefulness without required sleep and rest breaks, eating, drinking, etc.)

### *FMCSR Restrictions*

The Federal Motor Carrier Safety Regulations ("FMCSR") under 49 C.F.R. § 392.80 (prohibition against texting) and § 392.82 (using a hand-held mobile telephone), specifically prohibits the use of mobile devices by drivers of CMVs. More specifically, these federal regulations prohibit the following actions while driving a CMV:

- Using at least one hand to hold a mobile device to conduct voice communication.
- Dialing or answering a mobile device by pressing more than a single button.
- Reaching for a mobile device in a manner that requires a driver to maneuver so that he or she is no longer in a seated driving position, restrained by a seatbelt that is installed in accordance with the federal regulations; and
- Texting while driving a CMV.

### *Definitions*

**Driving -** For purposes of the FMCSR rules concerning mobile device use, "driving" means all time spent at the driving controls of a commercial motor vehicle in operation, including while temporarily stopped in traffic because of a traffic control device, traffic congestion, or other momentary delay. (49 C.F.R. § 395.2)

**Texting -** "Texting" is defined in the FMCSR rules as entering alpha numeric texts into or reading texts from, a mobile device, including, but not necessarily limited to, a message service, e-mail, instant

messaging, electronic logging device (ELD) usage, command or request to access the internet, or any other form of electronic text retrieval or entry. "Texting" does not include reading or listening to information on a global positioning system or navigation system, pressing a single button to initiate or terminate a voice communication using a mobile device, or using a device capable of performing multiple functions (e.g. fleet management systems, electronic logging devices, etc.) for a purpose that is not otherwise prohibited in the regulations.

**Hands-Free Device -** Bluetooth® enabled, wired headset, or other earphone/microphone combination, which allows the wireless communication device to be operated without manual manipulation/use.

**Mobile/Wireless Communication Devices** - Wireless communication devices include but are not limited to items like smart phones, laptop computers, tablet computers, electronic logging devices (ELD) or any electronic device capable of transmitting or receiving voice or text messages or enabling person-to-person or person-to-entity conversations.

### *Restricted Use of Mobile Devices*

Employees may use mobile devices while operating a CMV as long as (1) the mobile device has hands-free capability and is answered or dialed by a single button; (2) the mobile device is accessed through Bluetooth technology so that the driver is not distracted by holding the mobile device or accessing its controls; (3) operating the mobile device is permitted by all applicable laws and regulations, including the FMCSR rules referenced above; and (4) the use of the mobile device should be limited in duration, frequency and content so as not to distract the driver from the safe operation of a CMV. When operating a CMV, the driver's phone should be placed in Do Not Disturb (or comparable mode) in order to eliminate texting while driving.

If acceptance of any call while driving could compromise safety, the driver should allow the call to forward into voice mail for later attention or drive to a safe area and place the CMV in park prior to accepting the call. Drivers shall use special care in situations where there are situations like, but not limited to: traffic, inclement weather, school and construction zones, unsafe road conditions, or the driver is driving in an unfamiliar area.

### *Other Activity*

Drivers should minimize other activity that may cause distracted driving. These include, but are not limited to the following activities:

- Eating and Drinking
- Having an authorized pet that is not properly secured
- Smoking and smokeless tobacco use
- GPS use
- Talking with a passenger

The following activities are prohibited while operating a moving vehicle:

- Operating the truck without being secured by a seatbelt (and/or bunk/seat securement for a passenger and/or team member)
- Reading and writing
- Grooming (makeup, styling hair, brushing teeth, etc.)

Taking the time to properly plan the day, including stops (i.e. meal stops, team driving driver switch out points, personal care, etc.) can be an effective way to reduce distractions that can come from last minute decisions. Stops should only be made at locations off and away from the road and in a location that allows for legal parking of a truck (and trailer if applicable). It is the Company policy that drivers never park on the side of the road. If there is no other choice during an emergency (including the truck/trailer becoming disabled and undrivable), drivers are expected to follow all FMCSR rules related to proper positioning of the truck/trailer, including the related placement of warning devices.

### *Penalties and Discipline*

Violations of the FMCSR rules can result in a civil penalty against the driver of up to $2,750, and against the Company of up to $11,000. In addition, drivers convicted of violating the FMCSR rules twice in a three-year period are subject to disqualification by state or federal authorities from driving a CMV for 60 days. Three violations of this rule in any three-year period results in disqualification for 120 days. It is the Company's expectation that all drivers operating for the Company will strictly adhere to the requirements of the FMCSR rules and the other restrictions established by the Company as set forth in this policy. Any driver found to be in non-compliance with either the FMCSR rules or this policy shall be subject to disciplinary action consistent with the Company policy, up to and including termination.

## DRUG AND ALCOHOL POLICY

The Company is concerned about the use of alcohol and illegal drugs as it affects the workplace. Use of these substances on the job can adversely affect an employees' work performance, efficiency, safety, and health. In addition, the use or possession of these substances on the job constitutes a potential danger to the welfare and safety of other employees and exposes the Company to the risks of property loss, damage, and injury to others.

The following rules and standards of conduct apply to all employees either on Company property or during the workday (including meal periods and rest breaks). The Company strictly prohibits the following:

- Possession, use of, or being under the influence of alcohol.
- Distribution, sale, or purchase of an illegal or controlled substance.
- Possession, use of, or being under the influence of an illegal or controlled substance, unless under the direction of a certified physician.

This policy also applies to the possession, distribution, use of, or being under the influence of marijuana, regardless of its legal status. Violation of the above rules and standards of conduct will not be tolerated. The Company may bring violations of this policy to the attention of appropriate law enforcement authorities.

Any employee who is using prescription or over-the-counter drugs that may impair the employees' ability to safely perform his or her job duties, or that may affect the safety or wellbeing of others, is encouraged to discuss any potential side effects and work restrictions with his or her health care provider before starting or resuming work. If the employee has work restrictions, he or she should discuss them with his or her supervisor. The employee should not, however, disclose any underlying medical condition requiring the prescription or medication.

Employees are expected to acknowledge and agree to the ***Company's Drug Testing Policy*** which is distributed separately to all employees.

## Electronic Communications and Technology Policy

The Company provides various technology resources to authorized employees to assist them in performing their job duties for the Company. Each employee has a responsibility to use the Company's Technology Resources in a manner that increases productivity and is respectful of other employees. Failure to follow the Company's policies regarding Technology Resources may lead to disciplinary measures, up to and including termination of employment.

All messages sent and received, including personal messages, and all data and information stored on the Company's Technology Resources (including on its electronic mail system, Instant Messaging, Qualcomm, voicemail system, or computer systems) are Company property regardless of the content. As such, the Company reserves the right to access all its Technology Resources including its computers, voicemail, and electronic mail systems, at any time, in its sole discretion, without providing any notice to employees. Employees should understand, therefore, that they have no right of privacy with respect to any messages or information created, collected, or maintained on the Company's Technology Resources, including personal information or messages. The Company is authorized to access and inspect any Technology Resources, including the content created by employees, at any time, without notice. By working for the Company and using Company Technology Resources, all employees consent to have their use of the Technology Resources monitored by the Company.

The Company recognizes that some employees will be spending a portion of their day at work and there will be occasions where it will be reasonable or even necessary to use the e-mail system and/or the Internet for personal and non-work communications. To that end, the Company does not prohibit all e-mail or Internet usage unrelated to the employees' work. However, such communications should be limited, should not interfere with the employees' work performance, and must always be in compliance with the Company's standards of conduct and other Company policies, practices, and guidelines.

Conduct prohibited when using Company computer systems or when accessing the Internet via the Company's computer network includes, but is not limited to the following:

- Access to sites that contain obscene, hateful, pornographic, unlawful, violent, or otherwise illegal material.
- Access to gambling sites.
- Sending or posting discriminatory, harassing, or threatening messages or images.
- Perpetrating any form of fraud, and/or software, film, or music piracy.
- Stealing, using, or disclosing someone else's password without authorization.
- Downloading, copying, or pirating software and electronic files that are copyrighted or without authorization.
- Sharing confidential material, trade secrets, or proprietary information outside of the organization.
- Hacking into unauthorized websites.

- Introducing malicious software onto the Company network and/or jeopardizing the security of the organization's electronic communications systems.
- Sending or posting chain letters, solicitations, or advertisements not related to business purposes or activities.
- Passing off personal views as representing those of the organization.
- Violation of any other Company policy.

If an employee is unsure about what constituted acceptable computer or Internet usage, then he/she should ask his/her supervisor for further guidance and clarification.

## *Social Media*

The Company recognizes that the internet provides unique opportunities to participate in interactive discussions and share information on topics using a wide variety of social media. However, employees' use of social media can pose risks to the Company's confidential and proprietary information, reputation and brands, can expose the Company to discrimination and harassment claims and can jeopardize the Company's compliance with business rules and laws.

To minimize these business and legal risks, to avoid loss of productivity and distraction from employees' job performance and to ensure that the Company's technology resources and communications systems are used appropriately as explained below, the Company expects its employees to adhere to the following guidelines and rules regarding social media use.

For the purposes of these guidelines, social media means multi-media and social networking sites (including but not limited to Facebook, Yahoo! Groups, YouTube, Twitter, Instagram, Snapchat, Vine, etc.), external blogs and online media, wikis (Wikipedia and any other site where comments can be posted), and any other online venue where user-generated and shared content is allowable. This includes known social media outlets as well as future social media outlets. Personal use of social media is prohibited during working time. The Company's computers, networks, and other IT resources and communications systems may not be used for personal use of social media, unless required by applicable law (i.e., engaging in protected, concerted activity).

### Business Use of Social Media

If usage of social media is part of the employees' job duties, he/she should carefully review the Company's Social Media policy with their supervisor. Note that the Company owns all social media accounts used on behalf of the Company or otherwise for business purposes, including all log-in information, passwords, and content associated with each account, such as followers and contacts.

An employee who participates in social media and posts comments and/or information pertaining to the Company, whether officially (as part of his/her job responsibilities) or otherwise, is expected to adhere to the following:

- All Company policies (Code of Conduct, Employee Handbook) apply to job-related online and offline activities, including use of social media.
- Employees are personally responsible for the content they publish on social media. Employees are expected to ensure comments are factual and accurate before posting online.
- Employees may be subject to liability if content published on social media is found to be defamatory, harassing, or in violation of any other applicable law or Company policy. Employees may also be liable if postings are made which include confidential or copyrighted information (music, videos, text, etc.) belonging to third parties.

- Posting confidential or copyrighted information/materials of the Company or its customers is prohibited.
- Employees should be aware they can be identified by their IP address. Online communities are quick to identify persons posing as someone they are not.
- Employees should not post online any information which includes confidential or proprietary information of Company or its customers. Such information includes information an employee learned or had access to as an employee of Company.
- Employees should not post information/pictures of Company events, colleagues, customers, vendors, partners without receiving prior approval from those involved as well as those included in the photos.
- Employees should never pose as a customer of Company or pose as a disinterested (Non-Employee) user of Company services.
- An employee should use common sense and be aware of his/her association with the Company in online social networks. If an employee identifies him/herself as a Company employee, his/her profile and related content should be consistent with how he/she wishes to present him/herself with colleagues and customers.
- Employees may not imply Company endorsement of any statement or posting, or attribute views or opinions expressed in such statements or postings to the Company.

## *Mobile/Smart Phones*

The use of mobile phones while operating a vehicle while driving, with or without hands-free devices, is prohibited (including text messages). Not only does it have physical implications, but it is a major mental distraction as well. Conversations that turn into arguments, dropped phones, and the lack of visibility are all potential recipes for disaster. The proper time to use a phone is when the employee is off duty - never when behind the wheel.

The following information updates the Federal Motor Carrier Safety Regulations for use in roadside enforcement.

**Federal cell phone regulation**

Effective January 3, 2012, the Federal Motor Carrier Safety Regulations prohibit the use of all hand-held mobile telephones by employees operating commercial vehicles (CMVs). The rule specifically prohibits the following actions while driving a CMV:

- Using at least one hand to hold a mobile telephone to conduct a voice communication.
- Dialing or answering a hand-held mobile telephone by pressing more than a single button; or
- Reaching for a mobile telephone in a manner that requires an employee to maneuver so that he or she is no longer in a seated driving position, restrained by a seat belt that is installed in accordance with federal regulations that has been adjusted in accordance with the manufacturer's instructions.

Note: This rule is in addition to the existing federal ban on texting while driving a CMV.

For purposes of the rule, "driving" means operating a CMV on a public road, including while temporarily stopped in traffic because of a traffic control device or other momentary delays. "Driving" does not include operating a commercial motor vehicle when the employee has moved the vehicle to the side of, or off, a roadway and has halted in a location where the vehicle can safely remain stationary (note, that pulling to the side of a highway may not, in some interstates, be allowed under applicable law). The rule is in addition to the existing federal ban on texting while driving a CMV.

Violations can result in a civil penalty against the employee of up to $2750, and against the carrier of up to $11,000. In addition, employees convicted of violating this rule twice in a three-year period are subject to

disqualification by state or federal authorities from driving a CMV for 60 days. Three violations of this rule in any three-year period result in a disqualification for 120 days. Violations of state or local rules restricting or prohibiting the use of handheld mobile telephones while driving may also result in disqualification.

The Company expects all employees to operate safely, attentively, and to remain compliant with the requirements of the rule and the ban on texting while driving. Violations of this rule will result in disciplinary action, including, but not limited to, termination of employment, lease, or contract as a Company employee.

## Ethics and Compliance

Businesses face serious challenges from unsafe, illegal, and unethical behavior. Each CRST-affiliated Company takes these issues seriously, and we expect each employee to do the same. We are committed to operating in a professional, safe, and ethical work environment.

While speaking directly to management is the most effective way to report employee concerns, we realize it is not always possible. An employee may also talk directly with a Human Resources representative if he/she do not feel they can speak to management. We are also giving employees another option to report any issues. CRST Ethics Point, an independent business entity, is a free Hotline service to report any concerns. The Service is available via phone at **866-207-9076** or via online at www.crst.ethicspoint.com. CRST Ethics Points is available 24 hours a day, seven (7) days a week. A specially trained interviewer will document the employees concerns and send the information to the Company. While all calls and online submittals are confidential and can be anonymous, it is preferred the employee providers his/her name, so a thorough investigation can be completed.

## Gifts and Solicitations

The Company wants to ensure that our employees, independent contractors, customers, vendors, agents, and consulting firms hold us in the highest regard of integrity. The actions we take every day need to be for the good of the business and not perceived as taken for personal gain. The purpose of business entertainment and gifts is to create good will and sound working relationships, not to gain an unfair advantage with the gift recipient or to influence decisions.

Company employees should not give or accept personal gifts or gratuities more than $25 in net value from independent contractors, customers, vendors, agents, consulting firms, other employees, or any other business partner. This policy does not include:

- Business luncheons, dinners, or similar social events
- Company or departmental sponsored meals
- Trips which involve a business meeting or seminar
- In general, a gift that can be enjoyed by a group of employees, such as holiday gift baskets intended for general consumption.

This policy is intended to discourage and eliminate gifts over $25 to one (1) recipient or a small number of recipients, such as:

- Dinner for an employee and/or an employees' family members
- Items intended for personal, individual, or family use
- Trips to a resort or tickets to a sporting or other event intended for the personal enjoyment/benefit of an employee and/or an employees' family members.

If an employee receives a gift more than the above outlined guidelines, please notify management or the Human Resources department. The gift will likely either be returned, shared amongst the organization, or donated to a charity.

Additionally, to eliminate perceived conflicts of interest or favoritism, and to eliminate the stress that can arise when employees feel an obligation to exchange gifts, the Company does not encourage gift giving between supervisors and employees for annual events (i.e. Christmas, birthdays, Boss's Day or other such holidays). Special occasions or invited events (i.e. retirement parties, showers, weddings, etc.) are an exception, and gift giving for these types of events should always be voluntary.

## Human Rights Policy and Statement

The Company is committed to respecting human rights across all lines of our business. The Company's relationships with our employees, clients and suppliers, and the communities in which we operate, are intended to reflect the principles set forth and referred to in this Human Rights Statement. Our conviction with respect to responsible, honest, and ethical behavior is guided by our Code of Conduct. With that said, the Company believes it is the role of government in each country to protect the human rights, including the safety and security, of its citizens. However, we believe we can play a constructive role in helping to promote respect for human rights by our own actions.

The Company is committed to respecting the human rights of our employees through our internal employment policies and practices. As part of our efforts to ensure respect for human rights is integrated into our operations, the Company has adopted policies and procedures designed to ensure compliance and prevent improper conduct. In the Company's client relations, we seek to demonstrate a respect for and commitment to fundamental principles of human rights. We seek to engage with suppliers whose values and business principles are consistent with ours. We are committed to respect the cultures, customs, and values of the communities in which we operate.

The Company also is committed to developing an organizational culture dedicated to exemplary corporate citizenship and responsibility.

## Lodging and Pairing

It is Company policy to provide equal employment opportunities for all applicants and employees, regardless of the individual's race, color, religion (including religion-based dress or grooming), gender identity*, transgender status*, sexual orientation*, national origin, age, disability, or any other status protected under federal, state, or local law, regarding all terms and conditions of employment. The Company has a zero-tolerance policy with respect to unlawful harassment, discrimination, and retaliation based on any status protected under applicable law.

Our policy is strictly enforced and applies to all areas of training and employment including, but not limited to, lodging and driver pairing. Room assignments are based on gender identity. If an individual is transgender, room assignments are made based upon the gender with which the individual identifies. Trainees and employees will have the opportunity to self-identify their gender identity. Sexual orientation is not a criterion for making room assignments, nor is race, religion, age, or any other status protected by federal, state, or local law. Inappropriate/harassing slang, comments or conduct will not be tolerated and may be grounds for dismissal.

All roommates and driver pairs must always be respectful of one another. All individuals in a shared room must be appropriately dressed at all times, even when sleeping. For example, men and women, at a minimum, must wear sleepwear that covers their entire buttock and breast/chest area.

Within the Company facilities, the employee may use the restroom of the gender with which they identify.

***Definitions**

**Gender Identity**: A person's internal, deeply felt sense of being male, female, or something other, or in-between, regardless of the sex they were assigned at birth.

**Transgender:** An umbrella term that can be used to describe people whose gender identity and/or expression is different from their sex assigned at birth.

**Sexual orientation:** A person's sexual identity in relation to the gender to which they are attracted.

*See Page 13 for Unlawful Discrimination and Harassment Policy regarding Gender Identify*

## Outside Employment

Employees may hold outside jobs if the employment does not conflict with the business interests of the Company. Employees may not conduct personal business or business for another employer during their scheduled working hours. All employees should reference the Conflict of Interest guidelines set forth in Section IV to determine whether outside employment presents a Conflict of Interest to the business goals of the Company. Any full-time position held through the Company is to be the employees' primary employment. It is the mandatory responsibility of the employee to promptly inform his/her supervisor of any outside employment. All employees are subject to the scheduling demands of the Company regardless of an employees' outside work schedule. The Company's property is not to be used for outside work.

## Problem Solving Procedure

The Company intends to treat all employees fairly and reasonably. However, in employee/employee and employee/employer relationships, problems may develop. We believe that most problems can be solved by a discussion with the immediate supervisor. The Company's policy is to encourage and allow employees to use the following procedure to resolve their problems.

1. **Driver Manager** - It is our firm belief that the majority of all problems can be resolved in discussion with the employees' immediate supervisor. When the problem occurs, employees should immediately discuss the problem with his/her supervisor. The supervisor will investigate the complaint or problem as appropriate or warranted and will respond within a reasonable period of time.
2. **Operations Manager** - If an employee feels the answer received from his/her immediate supervisor regarding their problem or complaint was unsatisfactory, the employee may inform the Operations Manager that he/she wish to discuss the matter with the department head. The employee will be asked to outline the problem or complaint that was discussed with his/her immediate supervisor and explain the response. The department head will investigate the matter as warranted, may discuss it with his/her Operations Manager, and will respond within a reasonable period of time.
3. **Director** - If an employee feels the answer received from the Operations Manager regarding the problem or complaint was unsatisfactory, the employee may contact the Director - Operations.
4. **Human Resources** – If an employee need further resolution, he/she may contact the Human Resources department. Human Resources may confer with the Driver Manager, Operations Manager, and/or Director, and the employee to determine the status of the matter. Additional parties may be contacted. After analysis, an equitable solution to the problem will be rendered. In the event the employee feels a problem or complaint cannot be discussed with management in compliance with steps 1, 2 and 3, outlined above, the employee may contact the Human Resources department directly. The Human Resources department will investigate and respond to the problem.
5. **Vice President** - If, after consulting the Driver Manager, Operations Manager, Director, and/or the Human Resources department, and the employee feels the problem is unresolved; the employee will be asked to summarize the problem or complaint in writing, outlining the status of the matter, including the answers received from the immediate manager, Operations Manager, and Human Resources department. The employee will be asked to submit the written summary, to the Vice President of the Company, with a copy to the department head. The Vice President will investigate the matter and we will be asked to respond within a reasonable period of time.

6. **President** – If, after consulting, the immediate manager, Operations Manager, the Human Resources department, and Vice President, the employee feels the problem is unresolved, the employee must summarize the problem or complaint in writing, outlining the status of the matter, including the answers received from the immediate manager, Operations Manager, the Human Resources department, and Vice President. The employee shall then submit the written summary to the President of the operating Company, with a copy to the department head. The President will investigate the matter and will be asked to respond within a reasonable period of time. The decision of the President will be final.

It is a vital part of the procedure that an employee discusses any problem or complaint with his/her supervisor in a timely fashion. The earlier management is aware of a problem, the earlier it will be resolved. Note, as set forth below, a different reporting procedure may apply in the event an employee believes he/ she has been discriminated against or harassed, and an employee should read these policies and procedures thoroughly to understand his/ her rights and the correct reporting procedure.

## Resignation / Termination

### *Voluntary Terminations*

The Company requests that employees who voluntarily terminate their employment give two weeks written notice to their immediate supervisor. An employee who voluntarily quits while away from the home terminal (domicile point) must contact the Driver Manager and follow the directions given for returning the equipment. If the employee fails to do so, the employee shall be liable for any and all costs and expenses incurred by the Company to have the equipment returned to the nearest company facility.

Any employee who gives notice and returns their truck to an approved terminal will be provided transportation home via riding with another Company employee or bus service.

### *Return of Company Property*

Upon termination of employment, Company employees are required to return all company property to their Driver Manager.

### *Reduction in Force*

From time to time, the Company may need to terminate an employee as a consequence of reorganizations, job eliminations, economic downturns in business, or lack of work. Performance, job knowledge and length of service usually will be considered in selection of employees for temporary or permanent layoff.

### *Employee Reimbursement*

Upon termination from employment, employees must satisfy all debts to the Company, which are due and owing at the time of separation. The agreement encompasses any and all debts, including debts for travel or other Company business advances made by the Company to the extent such advances exceeded amounts actually spent.

Any equipment issued to the employee for the use in the job must be returned to the Company at the end of employment. In the event that the employee does not return the equipment, the employee must compensate the Company for the value of such equipment, as reasonably determined by the Company.

### *Termination Date*

If an employee fails to report after home time, or abandons the truck, their termination date is the last day they were on the truck. If an employee is on Worker's Compensation, short-term disability, military leave or Family Medical Leave Act (FMLA) and is released to return to work and fails to report, their termination date is the date they were released to return to work.

## REFERENCES

All requests for references must be directed to the Human Resources Department. No other manager, supervisor or employee is authorized to release references for current or former employees on behalf of the Company.

## TRANSFERS / PROMOTIONS

The Company offers opportunities for growth and career development through internal transfers and promotions. The Company requests employees inform his/her direct supervisor immediately upon applying for a position within the Company. Filling of the vacancy will be based on the position requirements, as well as the qualifications and work performance of the applicant.

The Company is not obligated to return employees to their previous position if the requirements of the new position are not successfully met or if an employee is dissatisfied with the new position. From time to time, the Company may transfer, promote, demote, or reassign an employee to a different location, position, job responsibility or compensation level when, at the Company's discretion, circumstances warrant.

## UNLAWFUL DISCRIMINATION AND HARASSMENT (POSITIVE WORK ENVIRONMENT – "PWE")

### *EEO Policy Statement*

It is the Company's policy to provide equal employment opportunity for all applicants and employees. The Company does not unlawfully discriminate on the basis of race, color, religion, religious creed (including religious dress and religious grooming), sex (including pregnancy, perceived pregnancy, childbirth, breastfeeding, or related medical conditions), gender, gender identity, gender expression, national origin, ancestry, citizenship, age, physical or mental disability, legally protected medical condition or information (including genetic information and characteristics), family care or medical leave status, military caregiver status, military status, veteran status, marital status, domestic partner status, sexual orientation, status as a victim of domestic violence, sexual assault or stalking, enrollment in a public assistance program, or any other basis protected by local, state, or federal laws. This policy applies to all areas of employment including recruitment, hiring, training, promotion, compensation, benefits, transfer, disciplinary action, and social and recreational programs. It is the responsibility of every supervisor and employee to conscientiously follow this policy. The Company also prohibits discrimination based on the perception that anyone has any of the characteristics listed above or is associated with a person who has or is perceived as having any of the characteristics. Violation of this policy will result in discipline, up to and including termination.

### *Policy Against Harassment*

The Company prohibits harassment on the basis of race, color, sex (including pregnancy, childbirth, breastfeeding and medical conditions related to pregnancy, childbirth, or breastfeeding), gender, religious creed (including religious dress and grooming practices), marital status, domestic partner status, age, national origin or ancestry, physical or mental disability, medical condition, genetic information and characteristics, sexual orientation, gender identity or expression, military or veteran status, or any other basis protected under federal, state, or local laws. The Company does not tolerate harassment of employees because of a protected characteristic in the workplace or in a work-related situation. This policy applies to all persons involved in the operation of the Company and prohibits harassment by any employee of the Company, including coworkers, supervisors, managers, as well as third parties such as vendors, clients, independent contractors, suppliers, and any other persons. Violation of this policy will result in discipline, up to and including termination.

1. Prohibited Harassment

- Prohibited harassment in employment may take many different forms. Some examples are:
- Verbal conduct such as epithets, derogatory comments, slurs, unwanted comments, or jokes;
- Visual conduct such as derogatory or inappropriate posters, cartoons, drawings, websites or gestures;
- Physical conduct such as blocking normal movement, restraining, touching, or otherwise physically interfering with the work of another individual; and,
- Threatening or demanding that an individual submit to certain conduct or perform certain actions in order to keep or get a job, to avoid some other loss, or as a condition of job benefits, security, or promotion.

2. Sexual Harassment

- Sexual harassment warrants special emphasis and will not be tolerated by the Company. Sexual harassment may take various forms. It may include behavior listed above with a sexual connotation, but also includes unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when:
  - Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;
- Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or
- Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment.

As further explained below, it is imperative that an employee who believes he/she has been subjected to sexual harassment or any other form of unlawful harassment report the matter immediately to his/her supervisor or the Human Resources department.

### *Personal Safety*

The Company is concerned about the personal safety of all its employees, both during work and after work hours. All employees are encouraged to download the following free Safety App on a Smart Phone, called "Red Panic Button", tool to assist if an emergency situation occurs. The App will immediately send a message containing the employees' GPS coordinates to his/her designated Emergency contact.

### *Complaint Procedure*

1. Employees who become aware of or are subject to any prohibited discrimination or harassment are strongly encouraged and invited to immediately notify a Manager or a Human Resources department representative. Employees are not required to complain directly to their immediate supervisor and may speak with any supervisor or the Human Resources department about their concerns.
2. Managers who become aware of any incidents or alleged incidents of discrimination or harassment must immediately report them to a Human Resources department representative. Managers may not try to resolve allegations of such behavior on their own. Any manager who fails to report allegations of discrimination or harassment may be subject to disciplinary action, up to and including termination.

3. If an employee is aware of and/or receives a complaint from any employee in which the individual complains of any conduct which may be prohibited harassment, including sexually offensive comments and jokes, unwelcome physical touching, sexual advances, or any other unwelcome physical or verbal conduct of a sexual nature, the employee should immediately notify the Human Resources department at 866-934-4895 or his/her immediate supervisor/manager so applicable parties are aware of the situation.
4. Investigation and Response: The Human Resources department will conduct a thorough, objective, and complete investigation which includes interviews with the accuser, accused, and all witnesses. If the complaint involves an employee, those (Driver Managers, employees or other) with knowledge of the alleged harassment will be interviewed. Human Resources will notify the employee when the investigation is complete.
5. Disciplinary action may be taken if the investigation determines that there has been a violation of Company policy, and in accordance with the severity of the behavior. Such action may include any combination of the following: written warning, probation, suspension, demotion or, termination. Disciplinary action may include forfeiture of the ability to drive and/or train with members of a certain sex (or other protected class, as the case may be). Immediate and appropriate steps also will be taken if any Non-Employee (such as vendors, suppliers, or customers) is found to have unlawfully discriminated against or harassed any employee of the Company.
6. Confidentiality and Non-retaliation: Reports of prohibited discrimination or harassment will be kept confidential, to the extent possible, consistent with the need for a thorough investigation. No form of retaliation will be taken against any victim of or witness to prohibited discrimination or harassment. Anyone who is found to have breached the confidentiality of an investigation or participates in behavior deemed retaliatory in nature may be subject to disciplinary action, up to and including termination.

## *Policy Against Abusive Conduct*

The Company prohibits abusive conduct and bullying in the workplace. “Abusive conduct” includes workplace conduct that a reasonable person would find hostile, offensive, and unrelated to the Company’s legitimate business interests. It may also include infliction of verbal abuse, such as the use of derogatory remarks, insults, and epithets, verbal or physical conduct that a reasonable person would find threatening, intimidating, or humiliating, or sabotage or undermining of a person’s work performance.

## *Disability Accommodation*

The Company complies with the Americans with Disabilities Act (ADA), as amended by the ADA Amendments Act (ADAAA) and all applicable state and local fair employment practices laws and is committed to providing equal employment opportunities to qualified individuals with disabilities. Consistent with this commitment, the Company will provide a reasonable accommodation to disabled applicants and employees if the reasonable accommodation would allow the individual to perform the essential functions of the job, unless doing so would create an undue hardship to the Company or a direct threat to health and safety.

### Requesting a Reasonable Accommodation

If an employee is need of an accommodation because of a disability, he/she is responsible for requesting a reasonable accommodation from the Human Resources Department by calling 866-934-4895 or via email at HR@crst.com. The Company encourages employees to make their request in writing and to include relevant information, such as:

- A description of the accommodation the employee is requesting.
- The reason for an accommodation.
- How the accommodation will help the employee perform the essential functions of his/her job.

After receiving the employees' oral or written request, the Company will engage in an interactive process with the employee to determine the precise limitations and explore potential reasonable accommodations that could overcome those limitations and allow the employee to perform the essential functions of his/her job. The Company encourages the employee to suggest specific reasonable accommodations that he/she believe would allow them to perform their job. However, the Company is not required to make the specific accommodation requested by the employee and may provide an alternative, effective accommodation, to the extent any reasonable accommodation can be made without imposing an undue hardship on the Company.

**Medical Information**

The Company may request that the employees' treating medical provider verify any and all work restrictions and what accommodation(s) may be needed in order to perform the essential job functions.

The Company will not inquire into any employees' medical diagnosis and asks that the employee instruct his or her physician to communicate only information necessary to determine that he or she can perform the essential job duties and what accommodation(s) may be requested. If the accommodation is reasonable and will not impose an undue hardship or result in a direct threat, the Company will make the accommodation.

**Determinations**

The Company makes determinations about reasonable accommodations on a case-by-case basis considering various factors and based on an individualized assessment in each situation.

The Company strives to make determinations on reasonable accommodation requests expeditiously and will inform the individual once a determination has been made. If an employee has any questions about a reasonable accommodation request, he/she submitted, please contact the Vice President of Human Resources.

**No Retaliation**

Individuals will not be retaliated against for requesting an accommodation in good faith. The Company expressly prohibits any form of discipline, reprisal, intimidation, or retaliation against any individual for requesting an accommodation in good faith.

The Company is committed to enforcing this policy and prohibiting retaliation against employees and applicants who request an accommodation in good faith; however, the effectiveness of our efforts depends largely on individuals telling us about inappropriate workplace conduct. If employees or applicants feel that they or someone else may have been subjected to conduct that violates this policy, they should report it immediately to the Human Resources Department. If employees do not report retaliatory conduct, the Company may not become aware of a possible violation of this policy and may not be able to take appropriate corrective action.

If an employee believes he or she is being subjected to verbal or physical harassment, the employee should immediately contact his or her Manager or the Human Resources Department to inform them of the situation. Any employee who reports any act of harassment and/or discrimination will NOT be subject to ANY form of retaliation.

## *Religious Accommodations*

The Company will make reasonable accommodation for employees whose work requirements interfere with a religious belief or observance, including religious dress and grooming practices, unless doing so poses undue hardship on the Company. Employees requiring a religious accommodation should notify Human Resources and submit a written request. Upon receipt of the request, the Company will engage the employee in an interactive process to determine what, if any, reasonable accommodations exist.

### *Persons Whose Conduct is Covered*

Unlawful discrimination and/or harassment is prohibited whether it is committed by managers, co-workers, or non-employees, including vendors, suppliers, and customers. Employees are prohibited from harassing others whether or not the incidents of harassment occur on the Company premises or the Company trucks and whether or not the incidents occur during working hours.

Sexual harassment can involve males or females being harassed by members of either sex. It is imperative that an employee immediately report any behavior which deems to be sexually harassing so the Company can take immediate action and investigate the complaint.

### *Reporting*

If an employee believes he or she is being subjected to verbal or physical harassment, or there are other interpersonal issues which compromise the working environment, or which may create a conflict of interest, or create discord or distractions that interfere with the employees' safety and productivity, the employee should immediately notify his/her Manager or the Human Resources Department, telephone number 866-934-4895, so that the Company may have an opportunity to investigate and address the situation. Employees are not required to complain directly to their immediate supervisor and may speak with any supervisor or the Human Resources department about their concerns. Employees can use the QUALCOMM system, email, contact CRST Ethics Point at 866-207-9076 or www.crst.ethicspoint.com, or use any other available option to communicate a complaint to the Company.

The Company is concerned about the personal safety of all its employees, both during work and after work hours. All employees are encouraged to download the following free Safety App on a Smart Phone, called "Red Panic Button", tool to assist if an emergency situation occurs. The App will immediately send a message containing the employees' GPS coordinates to his/her designated Emergency contact.

### *Driver Managers and Supervisors*

Supervisors must deal expeditiously and fairly with allegations of sexual harassment within their departments whether or not there has been a written or formal complaint.

Supervisors must:

- Act promptly to ensure the safety of an individual who has reported sexual harassment or inappropriate sexually oriented conduct.
- Promptly notify the Human Resources Department of the alleged harassment or inappropriate sexually oriented conduct so that prompt investigation and any appropriate discipline can occur.
- Supervisors who knowingly allow or tolerate sexual harassment are in violation of this policy and subject to discipline.

Any employee found to have acted in violation of the foregoing policies will be subject to appropriate disciplinary action, up to and including termination.

### *Safety and Security*

Nothing is more important to the Company than the safety and security of its employees. Threats (direct or indirect), threatening behavior, or acts of violence against employees, visitors, guests, or other individuals by any employee is prohibited.

Any person or employee who threatens (directly or indirectly), exhibits threatening behavior, or engages in violent behavior, or which is considered by the Company as inappropriate while on Company property shall

be removed from Company premises as quickly as safety permits, and shall remain off Company premises pending the outcome of an investigation. The Company will initiate a decisive and appropriate response should the investigation substantiate that a violation of this policy has occurred. This response may include, but is not limited to, appropriate disciplinary action, such as: suspension and/or termination of any business relationship, reassignment of job duties, suspension or termination of employment and/or seeking arrest and prosecution of the person(s) involved.

All employees are responsible for notifying the Human Resources department of any threat, perceived threats, acts of violence or other inappropriate behavior that they have witnessed, received, or been told of by another person. All employees are responsible for making this report regardless of the nature of the relationship between the individual(s) who initiated the threat or threatening behavior and the person(s) who were threatened or were the focus of threatening behavior.

This policy also requires all employees who apply for or obtain a protective court order which lists the Company's location as being a protected area, to provide the Human Resources department with a copy of the petition and declarations used to seek the order, a copy of any temporary protective order which is granted and a copy of any protective order which is made permanent.

## *Workplace Violence*

The Company recognizes that violence in the workplace is a growing nationwide problem necessitating a firm, considered response by employers. The costs of workplace violence are great, both in human and financial terms. Therefore, the Company has adopted this policy regarding workplace violence.

The safety and security of Company employees is of vital importance. Acts or threats of physical violence, including intimidation, harassment and/or coercion, which involve or affect employees or the Company, or which occur on Company property, will not be tolerated.

This prohibition against threats and acts of violence applies to all persons involved in the operation of the Company, including, but not limited to, Company personnel, contract and temporary workers and anyone else on Company property. Violations of this policy, by any individual, will lead to disciplinary and/or legal action as appropriate. Employees are expected and encouraged to exercise reasonable judgment in identifying potentially dangerous situations and informing management or human resources accordingly.

Workplace violence is any intentional conduct which is sufficiently severe, offensive or intimidating to cause an individual to reasonably fear for his or her personal safety or the safety of his or her family, friends and/or property such that employment conditions are altered or a hostile, abusive or intimidating work environment is created for one (1) or several Company employees.

Workplace violence may involve any threats or acts of violence occurring on the Company premises, regardless of the relationship between the Company and the parties involved in the incident. It also includes threats or acts of violence that affect the business interests of the Company premises. Threats or acts of violence occurring off Company premises that involve employees, agents, or individuals acting in the capacity of a Company representative, whether as victims or active participants to such conduct, may also constitute workplace violence.

Specific examples of conduct that may be considered threats or acts of violence under this policy include, but are not limited to the following:

- Threatening physical or aggressive contact directed toward another individual.
- Threatening an individual or his/her family, friends, associates, or property with physical harm.
- The intentional destruction or threat of destruction of Company property or property of another.
- Surveillance.

- Stalking.
- Veiled threats of physical harm or like intimidation.
- Physical abuse.
- Physical or verbal intimidation.
- Bullying.
- Vandalism.
- Arson.
- Sabotage.
- Telephone, e-mail, or other electronic harassment.
- Obscene telephone calls, e-mails, texts, etc.
- Use, sale, or possession of weapons at the workplace.
- Acts that management deems inappropriate in the workplace.
- Offensive jokes or comments regarding participation in violent events.

In an event of an IMMINENT THREAT or DANGER to an employee or others, a person should proceed as follows:

Retreat immediately to safety. DO NOT attempt to take matters into his or hers own hands'.

Call 911, when possible, to reach the local law enforcement authorities (call will be connected to the closest law enforcement agency).

Contact a Manager or Human Resources Manager as soon as possible.

Any person who is victimized, feels victimized, observes, or has knowledge of any violation of this policy should report the incident immediately to Human Resources.

Any person who has obtained a restraining order against another person, or who believes it is likely that he/she will be harassed at work, should notify Human Resources so that appropriate steps can be taken to protect the employee and the workplace.

If a violation of this policy is suspected, law enforcement representatives may be contacted to conduct searches of persons and property.

Any illegal or unauthorized articles (such as firearms or weapons) or evidence of harassment discovered may be confiscated and turned over to law enforcement representatives.

Any employee who refuses to submit to a search in conjunction with a suspected violation of this policy will be subject to disciplinary action up to and including termination.

All complaints will receive immediate attention and the situation will be investigated. Based upon the result of the inquiry, action will be taken which management believes is appropriate.

### *Visitors in the Workplace*

To provide for the safety and security of Company employees and facilities, only authorized visitors are allowed in the workplace. Restricting unauthorized visitors helps maintain safety standards, ensures security of equipment, protects confidential information, safeguards employee welfare, and avoids potential distractions and disturbances. All visitors should enter at the main entrance. Authorized visitors will receive directions or be escorted to their destination. Employees are responsible for the conduct and safety of their visitors. Should friends or members of the family want to visit the employee for some essential reason, they must wait in the main or public area until the employee is notified.

If an unauthorized individual is observed on Company premises, employees should immediately notify their supervisor, safety, or direct the individual to the main entrance.

# SECTION II: PAYROLL AND LEAVES

## ACTIONS INCONSISTENT WITH LEAVE

If an employee takes actions during absences or leave time that are inconsistent with an intention to return to employment with the Company, such as accepting employment with another employer, the employee will be deemed to have voluntarily terminated employment with the Company, unless otherwise mandated by law. Likewise, if an employees' leave expires and he or she does not contact the Human Resources representative regarding a date to return to work, the employee will be deemed to have voluntarily terminated employment, unless otherwise mandated by law.

## COMPENSATION

Unless otherwise permitted by applicable law, Employees have been hired to work up to a maximum of a 14-hour work shift before taking at least 10 consecutive hours off duty (inside or outside the sleeper berth) before beginning another maximum 14-hour work shift. The Company relies upon the driver's hours of service records in determining the hours worked, and drivers are under an obligation under federal law and Company policy to accurately record their hours of service. Drivers will use the timekeeping system provided by the Company usually in the form of the electronic logging device (or paper logs in the absence of an ELD) to accurately record all hours worked each day. All time logged or time that should have been logged as on-duty (driving and non-driving) will be the hours of work each workday and each workweek.

While taking the 10-hour break, drivers have no duty or responsibility for the load or equipment. When taking a break when the truck is not moving, the truck should be parked in a safe and legal location. Drivers are to log their 10-hour breaks as off-duty (while outside the sleeper berth) or off-duty sleeper berth (while inside the sleeper berth). Whenever any work is performed for the Company, that time will be logged as on-duty (driving or not driving).

In order for the Company to accurately account for all hours worked, employees are also required to record the start of the workday before beginning any work and record the end of workday upon completion of all work. This must be done at the beginning and end of each work shift.

- Employees start of day is defined as when he/she begin productive work for the Company. Generally, this time will correspond with the first on-duty log entry for each day.
- Likewise, employees are required to record the end of the workday and may not perform any work after this recorded time. The end of day is defined as when he/she complete productive work for the Company at the end of each work shift. This time will correspond with the last off-duty log entry for each day.

Any failure to record all work hours will result in discipline, up to and including termination. It is a violation of the Policy to under-report work hours, just as it is to over-report work hours. No exceptions or deviations are allowed. No one may require, ask, or allow a driver to work "off- the-clock" or on a driver's "own time" *under any circumstances*.

Specific details regarding the following topics (included but not limited to) will be outlined in employee's individual wage/compensation sheet provided in Orientation:
Pay Periods/Paydays;
Method of Compensation;
Driver Status;
Paid Time Off/Benefits;

Per Diem Program

### *Wage Garnishments:*

The Company Driver Payroll may receive a Wage Withholding Notice from a state or county agency directing the Company to withhold a certain amount from an employee's payroll. All orders state the Company is "required to deduct these amounts from the employee's income until further notice." The Company does not deduct any voluntary garnishment notices.

### *Compensation Disputes:*

Compensation disputes, unless otherwise prohibited, will follow the steps outlined under "Problem Solving Procedure". However, the decision of the Vice President of Operations will be final.

All employees should submit a compensation dispute within ten (10) days after reasonable knowledge of the occurrence of the dispute. Each decision will be based on individual circumstances and are not necessarily precedent setting.

## EMPLOYEE CLASSIFICATIONS

### *Employment Eligibility Verification Compliance Policy*

In compliance with the Immigration Reform and Control Act of 1986 ("IRCA") and any other applicable federal, state, or local laws, the Company is committed to employing only those who are authorized to work in the US and will not discriminate on the basis of national origin or citizenship in hiring, recruiting, or terminating employees.

Each new employee, as a condition of employment, must complete the Employment Eligibility Verification Form I-9 and present acceptable documentation authorized by USCIS proving identity and employment authorization no later than the third day after starting employment.

Employees may present employment authorization documents that will expire. The Company tracks expiring employment authorization dates. Employees with expiring employment authorization dates are notified in advance of expiration and on the day of expiration. Reverification on the Form I-9 Section 3 is conducted by the Company's Human Resources Department. Employees with expiring work authorization must present evidence of continuing employment authorization no later than the day on which the current work authorization expires. The document(s) will be reviewed to determine if they appear to be genuine and related to the person who has presented them. Employees who do not present continuing work authorization by the date their current authorization expires will be terminated as of the expiration date.

When the Company rehires an individual within three (3) years of the date of the initial execution of the Form I–9, it may inspect the previously completed Form I-9 to determine whether the individual is still eligible to work. If so, the Company will update the Form I–9 to reflect the date of rehire. However, if upon inspection of the Form I–9, the Company determines that the individual's employment authorization has expired, the Company will reverify the Form I–9, otherwise the individual may no longer be employed.

## FAMILY MEDICAL LEAVE ACT (FMLA) /LEAVE OF ABSENCE POLICIES

### *Basic Leave Entitlement*

The Company provides up to 12 weeks of unpaid, job-protected leave to eligible employees for the following reasons:

• for incapacity due to pregnancy, prenatal medical care or child birth;

• to care for the employee's child after birth, or placement for adoption or foster care;

• to care for the employee's spouse, son, daughter, or parent, who has a serious health condition; or

• for a serious health condition that makes the employee unable to perform the employee's job.

### *Military Family Leave Entitlements*

Eligible employees whose spouse, son, daughter, or parent is on covered active duty or call to covered active duty status may use their 12-week leave entitlement to address certain qualifying exigencies. Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings.

FMLA also includes a special leave entitlement that permits eligible employees to take up to 26 weeks of leave to care for a covered service member during a single 12-month period. A covered service member is: one (1) a current member of the Armed Forces, including a member of the National Guard or Reserves, who is undergoing medical treatment, recuperation or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness*; or (2) a veteran who was discharged or released under conditions other than dishonorable at any time during the five (5)year period prior to the first date the eligible employee takes FMLA leave to care for the covered veteran, and who is undergoing medical treatment, recuperation, or therapy for a serious injury or illness.*

*The FMLA definitions of "serious injury or illness" for current service members and veterans are distinct from the FMLA definition of "serious health condition".

### *Benefits and Protections*

During FMLA leave, the Company will maintain the employee's health coverage under any "group health plan" on the same terms as if the employee had continued to work. Employees must pay their portion of any insurance premium while on leave. The Company may require employees who are able to return to work but fail to do so following expiration of their leave to reimburse it for insurance premium payments made on behalf of the employee during leave.

Upon return from FMLA leave, most employees will be restored to their original or equivalent positions with equivalent pay, benefits, and other employment terms, unless the employee is designated a "key employee." "Key employees" may have limited reinstatement rights.

Use of FMLA leave will not result in the loss of any employment benefit that accrued prior to the start of an employee's leave. Consistent with the other kinds of unpaid leaves offered by the Company, paid leave will not accrue during unpaid portions of an employee's FMLA leave. As such, the employee will not receive holidays, bereavement leave, or jury duty pay during unpaid FMLA leave.

### *Eligibility Requirements*

Employees are eligible if they have worked for the Company for at least 12 months, have 1,250 hours of service with the Company in the previous 12 months, and if at least 50 employees are employed by the Company within 75 miles of where the Employee works.

### *Definition of Serious Health Condition*

A serious health condition is an illness, injury, impairment, or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents the employee from performing the functions of the employee's job or prevents the qualified family member from participating in school or other daily activities.

Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of more than three (3) consecutive calendar days combined with at least two (2) visits to a health care provider or one (1) visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.

### *Use of Leave*

An employee may take a maximum of 12 weeks of FMLA leave in a 12-month period, or 26 weeks for specific military family leave-related situations explained above. The Company uses a rolling 12-month period for purposes of calculating FMLA leave.

An employee does not need to use this leave entitlement in one (1) block. Leave can be taken intermittently or on a reduced leave schedule when medically necessary. Employees must make reasonable efforts to schedule leave for planned medical treatment so as not to unduly disrupt the Company's operations. Leave due to qualifying exigencies may also be taken on an intermittent basis.

The Company may ask employees taking leave intermittently or on a reduced schedule for planned medical treatments to transfer temporarily to a different position with the same pay and benefits that more effectively accommodates the leave. The Company may request the same of employees who take family leave on a reduced schedule per an agreement with the Company.

### *Substitution of Paid Leave for Unpaid Leave*

The Company requires employees to use all accrued PTO for FMLA in the event that Short Term Disability (STD) is not applicable (i.e. – caring for a family member). Employees must comply with the Company's normal paid leave policies when using PTO concurrently with FMLA leave. Once an employee exhausts his or her PTO benefits, or if no paid leave benefits are available, the FMLA leave is without pay.

### *Employee Responsibilities*

Employees must provide 30 days' notice of the need to take FMLA leave when the need is foreseeable. When 30 days' notice is not possible, the employee must provide notice as soon as practicable and generally must comply with the Company's normal call-in procedures.

Employees must provide sufficient information for the Company to determine if the leave may qualify for FMLA protection and the anticipated timing and duration of the leave. Sufficient information may include that the employee is unable to perform job functions, the family member is unable to perform daily activities, the need for hospitalization or continuing treatment by a health care provider, or circumstances supporting the need for military family leave. Employees also must inform the Company if the requested leave is for a reason for which FMLA leave was previously taken or certified.

Employees also may be required to provide a certification and periodic recertification supporting the need for leave, consistent with any applicable state law. In certain circumstances, the Company may request a second or third medical opinion, which it will obtain at its own expense.

The Company may also require documentation confirming family relationship, foster care, or adoption for employees taking family leave. If the employee fails to timely provide the appropriate certification, the Company may delay or deny approval for leave. Absences that occur after leave is denied may result in disciplinary action pursuant to the Company's attendance policy.

Employees must contact Human Resources at least two (2) days before expiration of their FMLA leave to indicate whether they are able or intend to return to work. If the leave was taken for a serious medical condition of the employee, the Company will require a return to work certification from the Employee's health care provider.

### *The Company's Responsibilities*

The Company will inform employees requesting leave whether they are eligible under FMLA. If they are, the notice will specify any additional information required, as well as the employees' rights and responsibilities. If they are not eligible, the Company will provide the employee with a reason for the ineligibility.

The Company will also inform employees if leave will be designated as FMLA-protected and the amount of leave counted against the employee's leave entitlement. The Company will also notify the employee if it determines that the leave is not FMLA-protected.

### *Unlawful Acts*

FMLA makes it unlawful for any employer to:

• interfere with, restrain, or deny the exercise of any right provided under FMLA; and

• discharge or discriminate against any person for opposing any practice made unlawful by FMLA or for involvement in any proceeding under or relating to FMLA.

### *Additional FMLA Policies/Rules*

The Company partners with MetLife to manage STD and FMLA. All questions regarding leaves should be directed to MetLife. It is the policy of the Company not to discharge or discriminate against any employee for exercising his or her rights under the Federal Family and Medical Leave Act. If an employee thinks that he/she has been treated unfairly, the employee should contact the Human Resources department or a member of management.

Refer to http://www.wagehour.dol.gov for additional information on employee rights and responsibilities under FMLA.

### *Applying for Short Term Disability (STD) and/or FMLA (Family Leave Act)*

To apply for STD and/or FMLA, employees must contact MetLife at 888-463-1922 or go to www.metlife.com/mybenefits. MetLife will provide employees all applicable forms to complete for the leave. In return, MetLife will assign one (1) point of contact who will manage the leave from start to finish.

Employees are eligible for a maximum of 12 weeks of disability payout or until the disability ends, whichever comes first. Once MetLife receives the applicable approval, employee pay will be processed by MetLife. These checks will be manual, paper checks that are processed weekly and sent to employee's home address until the disability benefit ends or a maximum of 12 weeks, whichever comes first.

If an employee participates in the Company health benefits, premiums will NOT be deducted from the disability check from MetLife. Therefore, it is the employee's responsibility to ensure weekly benefit premiums are paid directly to the Company. Employees can pay the Company for benefit premiums via check or credit card, whichever method is most convenient. To arrange for benefit payments, contact the HR Service Center at 866-934-4895 or via email at hr@crst.com. If benefit premiums are delinquent more than six (6) weeks), steps will be taken to terminate coverage.

To find a complete description of STD or any benefit plans the Company offers, view the Summary Plan Documents on the CHIP Employee Home Page. All coverage is subject to the detailed plan guidelines.

Below are key reminders regarding STD and FMLA:

- STD benefits begin on the eighth day of the employee's illness/leave. Employees must utilize accrued vacation time until STD begins. If no accrued time is available, time off will be unpaid.
- FMLA and STD runs concurrently (at the same time) for tracking purposes.

- For birth of a child, once STD exhausts and an employee wants to take additional bonding time under FMLA, accrued vacation time will be utilized. This time counts towards FMLA hours.
- 48 hours prior to Employee returning to work, he/she must provide a return to work form (also known as General Medical Clearance Form) to MetLife from the treating doctor. An employee will be unable to return to work without this form.
- If an employee is on intermittent leave, he/she must notify both MetLife and immediate supervisor regarding time off within two (2) days from the date of first absence. Failure to notify MetLife regarding intermittent time off will result in disciplinary action.

If there are any questions regarding the summary of information outlined above, call the HR Service Center at 866-934-4895 or HR@crst.com. To follow up on claim status with MetLife, call 888-463-1922 or go to www.metlife.com/mybenefits.

### *Supervisor and Driver Manager Reporting Responsibility*

All Supervisors and Driver Managers at the Company have a responsibility to adhere to federal and local employment laws. Supervisors and Driver Managers must ensure prompt and proper notification to Human Resources if he/she is notified that an employee (or the employee's family member) has a potential medical concern that would qualify the employee for FMLA (Family Medical Leave Act).

**Military Reserve Leave**: An employee who remains in the active military reserve will be allowed time off work for the required reserve training. This time will be without Company compensation but count as time worked for PTO accrual purposes. Consequently, it will not result in loss of PTO time or compensation. The employee may use PTO for military duty. The Company will pay the normal Company group insurance contributions during the leave of absence for military reserve training. Employees will be required to reimburse the Company for insurance premiums that were not paid during the unpaid LOA.

An employee requesting such leave must promptly submit to management a copy of the employee's induction papers or orders. Returning service members are treated as if they had been continuously employed and will be re-instated in accordance with the applicable state or federal law governing the leave. To be reinstated to employment, an employee must report back to the Company within specified periods after the conclusion of his or her military service.

## Jury Duty

When receiving notice to report for jury selection or jury duty, an employee must notify his/her Driver Manager immediately. The Company does not provide any compensation for time served on a jury or time spent undergoing the jury selection process unless required by applicable state law.

## Lactation/Nursing Mothers Break Policy

The Company will provide reasonable break time for all employees to express breast milk for their nursing child for one (1) year from the birth of the child. Procedures are as follows:

1. Impacted employees should alert their manager of the need to express milk after the birth of a child.
2. The manager will inform the employee of the designated lactation location and will address the scheduling of the lactation location if multiple employees need the facility.
3. Employees will be provided up to two (2) 30-minute paid break periods to express milk. For non-exempt (hourly) employees, this does not include the unpaid lunch break. Any time needed beyond that will be unpaid.

- Time spent expressing milk which exceeds an employee's otherwise paid break allotment will not be compensated. Impacted employees will be given the opportunity to make up any unpaid time spent expressing milk but will not be required to do so.

At the end of 12 months from the date of the birth of the child, the lactation room will remain available for employees to utilize for purposes of expressing milk; however, the employee will need to coordinate break periods with management.

## Personal Illness

If an employee becomes ill while on the road, the Company may advance the employee sufficient monies to return home at the request of the employee. Advances shall be deducted from the employee's pay. After the employee has recovered, the employee will be responsible for travel to pick up an available unit without pay.

After an employee has been unable to work three (3) consecutive days because of a non-job related illness or injury, the employee may be required to present a doctor's release and/or a return to work physical before returning to duty.

## Rehires

Former employees with good work records, satisfactory safety, OS&D, and personnel records may be rehired by the Company. Employees must complete and submit a new driver application form to Driver Recruiting for consideration.

## Time Off For Voting

If an employee does not have sufficient time outside of working hours to vote in a statewide election, the employee may take off enough working time to enable him or her to vote. Such time off shall be taken at the beginning or the end of the regular working shift, whichever allows for more free time, and the time taken off shall be combined with the voting time available outside of working hours. Under these circumstances, an employee will be allowed a maximum of two (2) hours on the Election Day without loss of pay. Where possible, the employee shall give his or her supervisor at least two (2) days' notice that time off to vote is needed. Employees are encouraged but not required to use absentee ballot voting to avoid the need of taking time off to vote.

## Workers' Compensation

Workers' Compensation provides payment for medical expenses, wage loss, and disability to an employee injured on the job. The injury must occur in the course and scope of employment. No action will be taken to initiate a claim on the employees' behalf until the Workers' Compensation Department has been notified.

Employees are assumed to be 'on the job' when they are physically in the truck and/or performing duties required of them as an employee. Employees are not 'on the job' when they are commuting in a personal vehicle to and from work.

The Workers' Compensation Department must be notified before authorization for medical treatment will be given. The Company will designate medical providers for treatment for any work-related injury (except for emergency situations). If the employee decides to go to a doctor other than the company suggested doctor, the employee risks paying the medical costs. The Workers' Compensation Department has access to obtaining qualified doctors anywhere in the United States.

Each Workers' Compensation claim will be investigated thoroughly. In the event a claim is deemed compensatory, the employee will be compensated based on the laws of the state in which he/she were hired.

The calculation of the employee's weekly benefit and any waiting period is not a policy set by the Company but rather by state laws.

The Company will offer modified duty work to employees who sustain work injuries if the treating physician feels the employee requires modified duty work. Injured employees will be offered modified duty work that will meet their physical capabilities. Modified duty work is intended to be temporary only. The employee's refusal to accept the work may disqualify the employee from receiving the weekly wage benefits during the period of the refusal, in accordance with applicable law.

If the employees' claim is investigated and found to be fraudulent, benefits will be denied, and internal disciplinary actions will be taken. If deemed appropriate, legal action may also be taken. It is the employee's responsibility to pay for their portion of the insurance premiums while on Worker's Compensation that would normally be handled through payroll deduction. Payments should be made to the Company and sent to the attention of the Human Resources Department. Failure to do so may result in the loss of coverage.

Neither the Company nor the insurance carrier will be liable for the payment of Workers Compensation benefits for injuries that occur during an employee's voluntary participation in any off-duty recreational, social, or athletic activity sponsored by the Company.

In accordance with the provisions of Federal Family and Medical Leave Act (FMLA), Workers' Compensation time off is concurrently applied toward FMLA leave allowance, if eligible for FMLA. Contact the Workers' Compensation Department with any questions or to report an injury at 866-799-2778

# SECTION III: GENERAL INFORMATION

## BULLETIN BOARDS

The Company has bulletin boards located throughout the facility for the purpose of communicating with employees. Postings on these boards are limited to items posted by the Company, including statutory and legal notices, safety and disciplinary rules, Company policies, memos of general interest relating to the Company, local operating rules, and other Company items. The posting of notices will be made by an authorized Company representative only. No postings will be permitted for any other purpose.

## EMPLOYEE FILE

The Company keeps certain records relating to his/her employment in a personnel file. The documents contained within that file are the property of the Company and must be maintained for government and Company recordkeeping purposes. Some employment records are kept in separate files, such as records relating to medical conditions and leave and records relating to investigations. All files connected with an employee are considered strictly confidential, and access will be limited only to those who have a job-related need to know the information and who have been authorized to see the file in question, in accordance with applicable state and federal laws.

## NEWS MEDIA STATEMENTS

An employee is not to give any statement on behalf of the Company to any news media. Any statements must be made and approved by the President of the operating Company. Any employee receiving an inquiry regarding the Company which is asking for statements on behalf of the Company from any of the media must direct the inquiry to a Vice President, the VP – Human Resources, or the Human Resources department.

Employees may be contacted by individuals outside the Company asking for Company information that could ultimately be used to the detriment of the Company. To the extent possible, any inquiry of such nature should be referred to the Human Resources department.

## NO SOLICITATION/DISTRIBUTION

The Company does not allow an employee to initiate collections of money on Company property for non-business purposes.

Solicitation of employees by any other employee is prohibited during working hours, which includes all times when an employee is regularly engaged in work tasks or duties. This includes both the working time of the employee doing the soliciting and the employee being solicited. Working hours do not include an employee's own time, such as meal periods, or time before or after regularly scheduled working hours.

Any distribution of advertising material, fliers, or other literature in work areas is prohibited at any time by anyone, including the use of Company e-mail for solicitation. Solicitation or distribution of literature by non-employees, as well as trespassing, is prohibited on Company premises. Any employee violating this solicitation policy may be subject to disciplinary action, up to and including termination.

The single corporate exception to the no solicitation rule is the United Way. The Company believes that the United Way program is an excellent way for employees to contribute to a number of worthwhile organizations without having to be contacted individually by each of them.

## Parking

All offices/terminals provide parking for employees. We strongly recommend that employees lock their car and do not leave items in the car which could be stolen. The Company is not responsible for items that are lost or stolen.

If applicable, cars left parked for a long period of time (more than 12 hours) must be registered on a Driver Car Registration form, which is located at each terminal. Vehicles not moved within 45 days, in poor mechanical condition (broken window, flat tire, doors open, used for storage), or are not displaying a current license plate will be reported as abandoned and removed from the property. Vehicles larger than a full-size car or pickup are not allowed to park on the Company property for any period of time over 24 hours.

The Company has an interest in deterring the theft of Company property. As such, the Company reserves the right and may, from time to time, conduct random searches of employee vehicles parked on Company property. Employees will be notified when their vehicle is selected and will be allowed to be present when it is searched.

## Personal Appearance / Dress Code

### *Shoes, Clothing, and Uniforms*

Employees will be required to wear clean shirts and trousers or slacks free from rips or patches. Shirts must be long or short sleeved (not sleeveless). All Company employees must wear proper footwear when on the job. Long pants are required at shipper, consignee, orientation, and offices. Slacks/pants are to cover the entire buttock area. Under garments are not to be exposed. Sagging pants are not permitted. Breast area is to be fully covered.

Any employee that requires a reasonable accommodation for reasons based on religion, disability or other grounds protected by federal, state, or local laws should contact Human Resources. Reasonable accommodation will be granted unless it would cause an undue hardship on the Company.

### *Grooming and Personal Hygiene*

We strive to provide world class service in the utmost professional manner. Personal grooming and hygiene standards should reflect that professionalism. As such, hairstyles and facial hair should be well-maintained, hygiene and cleanliness habits should be maintained, and care should be taken to ensure jewelry, if any, does not pose a safety hazard

## Personal Property

The Company is not responsible for any employee's personal property. This includes the personal belongings that may be in a tractor or personal vehicles when parked at a terminal or elsewhere.

An employee's personal belongings may be stored at a terminal if there is a need but will only be kept for 30 days unless the owner makes other arrangements. Employees may request to have personal property shipped to another destination via a carrier of their choice on a collect basis. If the employee does not respond within 30 days as outlined, the property will be disposed of.

Employee's belongings being submitted for storage must be boxed or packaged in a manner that can be readily shipped before being accepted for storage, unless special arrangements have been made on a case-by-case basis, with both the Operations Department and the facility providing the storage.

Oversized, overweight, or irregular items will not be accepted for storage, unless special arrangements have been made on a case-by-case basis, with both the Operations Department and the facility providing the

storage. Items of this nature, or any item not pre-packaged for shipment, will not be shipped, unless the owner provides a carrier to package, pickup and ship the item(s) that cannot normally be prepared for shipment prior to being inventoried into storage. All packages being accepted for storage shall be inventoried by count of container, box, or package and each labeled with owner's full name, Driver ID number, Driver Manager's name, and date of entry into storage for tracking purposes.

## Personal Relationships

Generally speaking, relationships between people are their own business and of no concern to the Company. However, there are circumstances where personal relationships between employees could negatively impact the working environment, jeopardize safety, and/or put at risk the legitimate business interests of the Company.

The purpose of the Driver Mentor/Student relationship is strictly professional. The Driver Mentor's role is to train, mentor, and support the Student Driver. They are to teach them how to become a professional truck driver. A Driver Mentor is not a Supervisor and cannot terminate or otherwise negatively impact a Student's employment. A Student Driver should be focused on learning how to become a professional truck driver and a romantic/sexual/intimate relationship with their Driver Mentor would be detrimental to such focus.

As such, Driver Mentors and Student Drivers are prohibited from engaging in romantic/sexual/intimate relationship, while on a truck, at a terminal, at a hotel or other company provided lodging, or otherwise engaged in their work duties.

Likewise, romantic/sexual/intimate relationships between Drivers and their Supervisors (e.g. Driver Manager, Fleet Manager, Operations Manager) or other Company personnel is prohibited. Co-Drivers or Supervisors who have disclosed, in advance, a personal relationship in writing to their Supervisor or Human Resources are exempt from this prohibition, although the Company retains the right to separate the Co-Drivers and/or take other action as warranted to promote a positive and safe working environment. Anyone involved in a personal relationship who meets the Company exemption must complete the Company's Personal Relationship Disclosure Form.

Any violation of this policy will result in disciplinary action up to and including termination.

## Photo/Media Policy

The Company periodically records video and photographs of employees during business to use for both internal and external publicity purposes, which includes, but is not limited to the following:

- Company internet accessible via the web (www.crst.com)
- Employee and/or Customer newsletters
- Customer sales presentations
- Reports to shareholders and board of directors
- Social media (including, but not limited to Facebook, Twitter, etc.)

While the company strives to provide employees notice of publication of their images, it may not always be permissible due to publication deadlines. Employees do not receive any special compensation for the use of the image. Employees who wish to opt out of publications should send their desire to 'opt out' in writing to HR@crst.com accordingly.

## RECORDING POLICY

The Company prohibits the unauthorized or secret recording of confidential, proprietary, or personal information or voices belonging to the Company, its employees, customers, or clients. “Unauthorized” means any purpose not approved by management. “Recording” means the use of any device to capture voices regardless of whether in person, by phone, or by any others means, such as smartphone, voice recorder device, or personal computer.

The Company recognizes the need to protect its confidential, proprietary information and the proprietary information of its clients from unauthorized disclosure while also avoiding deceptive practices that do not promote honest, ethical standards of business conduct. The Company also views secret recordings as a detriment to open and honest workplace dialogue.

This policy applies to all employees, contractors, and visitors of the Company and its locations in the United States. While some states permit audio recording by one party to a conversation, this policy prohibits such recordings without the consent of all parties to the conversation, regardless of the location of each party. This policy prohibits recording during work time, while in work areas, or while conducting employer business

This policy does not prohibit the internal recording of any materials used for marketing or promotional purposes or using outside vendors to record such images.

Disclaimer: the policy is not intended to infringe on any employee’s right to engage in protected concerted activity.

## SAFETY

### *Licensing*

The employee is responsible for verifying that the tractor and trailer permits are current. If the tractor or trailer the employee is using has an expired permit, contact the Licensing Department at 800-366-8460 x2106. Fines incurred for expired or missing permits will be the responsibility of the employee. Be sure to check that all permits are current with every trip plan.

### *Notification of License Revocation (Disqualification of Drivers, DOT 391.15)*

Employees notified of license revocation by any government agency must notify Safety immediately. An employee cannot operate company equipment when his/her license has been suspended.

### *Notification of Suspension*

FMCSR Part 392.42 requires an employee to notify the Company before the end of the business day following the day an employee receives any notice that a license, permit or privilege to operate a motor vehicle has been revoked, suspended, or withdrawn by any federal, state, or local agency.

### *CDL Policy*

All employees are required to have a Class A Commercial Drivers License (CDL). The CDL must be from the state in which the employee resides. The employee’s state of residence is determined through their W-4 tax document, i.e., whichever state the employee is telling the IRS that he/she are going to file income taxes in, is the state in which the employee will be required to obtain a CDL. If an employee moves from one state to another, a new CDL must be obtained per Federal Motor Carrier Regulations within 30 days.

### *Accidents*

Call the Accident Hotline at 1-800-515-2778 when:

- There is property damage (no matter how small it seems) to the company equipment and/or property, or anyone else's equipment and/or property
- If there is bodily injury or anyone claiming bodily injury
- The vehicle is towed for any reason, e.g., stuck in the mud, accident, etc.
- The employee is accused of, or is alleged, that he/she has been involved in any of the above.

Employees who have been involved in a preventable accident/incident may be required to complete a review with the Safety Department.

## *Moving Violations*

All employees are expected to comply with federal, state, and local laws, as well as Company policy. Any fines, penalties, assessments, fees or costs levied against the individual employee and the Company, as a result of the employee's failure to comply with any federal, state, or local laws and regulations, will be charged back to the employee.

All moving violations, including warning tickets and inspections must be reported to Safety immediately.

## *Annual Review Form*

At the conclusion of one year of employment with the Company, employees are required to complete an Annual Review Form on which all moving violation convictions for the previous 12 months must be documented.

## *Driver Wellness - Physical Qualifications for Drivers*

As outlined in the FMCSR § 391.41, a person subject to this part must not operate a commercial motor vehicle unless he or she is medically certified as physically qualified to do so, and, except as provided in paragraph b of this section, when on-duty has on his or her person the original, or a copy, of a current medical examiner's certificate that he or she is physically qualified to drive a commercial motor vehicle.

A person who qualifies for the medical examiner's certificate by virtue of having obtained a medical variance from FMCSA, in the form of an exemption letter or a skill performance evaluation certificate must have on his or her person a copy of the variance documentation when on-duty.

**CDL exception**

Beginning January 30, 2014, an employee required to have a commercial driver's license under part 383 of this chapter, and who submitted a current medical examiner's certificate to the State in accordance with § 383.71(h) of this chapter documenting that he or she meets the physical qualification requirements of this part, no longer needs to carry on his or her person the medical examiner's certificate specified at §391.43(h), or a copy for more than 15 days after the date it was issued as valid proof of medical certification.

A CDL holder required by § 383.71(h) to obtain a medical examiner's certificate, who obtained such by virtue of having obtained a medical variance from FMCSA, must continue to have in his or her possession the original or copy of that medical variance documentation at all times when on-duty.

## *Requirements for DOT Physicals*

It is the employee’s responsibility to have current proof of an active and compliant physical, including registering with the employee’s resident state DMV each time a new physical is completed.

### *Violation Policy / Safety Reviews / Defensive Driving Courses (DDC)*

Employees who are found to be in violation of the Company Policy pertaining to violations outlined below may be subject to additional training and disciplinary action up to and including termination. Note this list is not an all-encompassing list of safety violations.

- Any serious accident, including making U-turns, right turn on red, speeding, parking on the shoulder of a public road, rear-end accident, and loss of control of vehicle.
- All driving for the Company must comply with Federal, State, and Local regulations/laws
- Any Compliance, Safety, and Accountability (CSA) BASIC category violation may result in termination
- Operation of a CMV, which results in an accident/incident, citation, warning, or CSA violation, may result in termination
- Any operation of a CMV in a dangerous or careless manner which results in a CSA Unsafe Driving Violation Severity Weight of seven (7) or more, including speeding in excess of 10 mph, speeding in construction zones, failing to use seat belt, failure to observe a traffic control device, reckless driving, texting, or hand held wireless device use (See the Company Electronic Communications and Technology Policy and the Company Distracted Driving Policy), will result in termination.
- Operating a CMV while ill or fatigued or driving after being declared Out-of-Service under the Hours of Service regulations, will result in termination.
- Operating or having access to a CMV while in possession of alcohol or illegal drugs, or impaired due to alcohol, illegal drugs, or misuse of prescription or over-the-counter medication will result in termination. (See the Company Drug Free/Use of Alcohol Policy)
- Operating a CMV declared and marked "Out-of-Service Vehicle" without all completed repairs required by the "Out of Service Notice" will result in termination
- Any roadside inspection with violations may result in termination based on severity and time weight of an individual's Driver Safety Measurement System (DSMS) total

*Speeding is determined by report of moving violations (citation or warning), employee's Record of Duty Status, and/or from other safety technology systems.

### *Truck Cleanliness*

Employees are expected to keep the interior of the truck neat, clean, and free of debris and trash. Eliminating bodily waste/fluids in the truck, or storing waste materials in the truck, is prohibited.

### *Safety Issues*

*Safety is at the Core of All We Do.* The Company makes every effort to place employees in positions for which they are qualified. However, employees are not placed in positions where, with or without a reasonable accommodation, they would create a direct threat to the safety or health or themselves or others. The determination that an individual poses a direct safety or health threat may be confirmed by an opinion in writing from a physician or other appropriate professional.

## SERVICE /ASSISTIVE ANIMALS

In the event an employee has a need for an Assistive Animal in the workplace, contact Human Resources at 866-934-4895 to commence the consideration process.

## Tractor/Trailer Take Home Policy

Any employee who lives within the identified miles radius (identified by each operating division) of a terminal/drop yard is required to leave the equipment at the terminal/drop yard when the employee is on home time. If an employee lives outside this range and a secured parking area has been approved, Dispatch will attempt to load the employee home with available freight. If Dispatch authorizes the employee to deadhead home, then the miles home are unpaid. If the employee lives outside this range and no freight or secure drop area is available, then transportation home and back to the terminal is the cost of the employee. Leaving equipment unattended in a non-approved location may result in termination. At no time will the tractor or trailer be used for personal use. If violated, the employees' Home-time parking privilege will be revoked.

## Visitors Policy

In the interests of security, all visitors to the facility (including, but not limited to, vendors, contractors, and friends or family members of employees) must check in when they arrive and check out when they leave. In case of an evacuation situation (such as a fire), the Company needs an accurate head count of all people within a building.

### *Passengers*

Unless prior written authorization has been given from the Company Safety or Operations Department, no employee shall transport any person in Company owned or leased equipment, except persons employed by or leased to the Company.

### *Passenger Program – For Expedited Solutions and Dedicated East Only*

The Passenger Program is a voluntary program offered to employees for the benefit of the employee, spouse, and family. All passengers are subject to approval by Operations and the Safety Department. Noncompliance may cause the employee to be subject to established disciplinary action up to and including, termination.

#### Additional Passenger Program Requirements for Employees and Contractors

The employee must have no preventable accidents or no more than one incident for the six (6) months immediately preceding the date the employee wishes to take a passenger. Passenger must be a legal member of the immediate family (spouse, child, grandchild, parent, brother, or sister) and be at least 14 years of age. Spouses of a "common law" nature are excluded. Proof of relationship will be required if a passenger has a last name different than that of the employee. Children are allowed as passengers only when school is not in session. At any given time, only two (2) people are allowed on the truck.

If an employee is approved to take a passenger, then he/she must drive solo (without a co-driver present). Each authorized passenger must be covered by a separate insurance policy, available through the Safety Department. The application must be completed, and the employee must have received written authorization from the Company prior to the date the employee wishes to take a passenger.

The employee and authorized passenger must have authorization papers easily accessible in the vehicle. Each passenger is required to complete a hold-harmless form signed by both the passenger and the employee. Contact the Safety Department at least two (2) weeks before the desired passenger boarding date to obtain an authorization form. Any employee carrying a passenger that has not been approved by the Safety Department will be subject to established disciplinary action up to and including termination.

# SECTION IV: CODE OF BUSINESS CONDUCT AND ETHICS

## CODE OF BUSINESS CONDUCT AND ETHICS

The code of Business Conduct and Ethics covers a wide range of business practices and procedures. It does not cover every issue that may arise, but it sets out basic principles to guide all Directors, Officers and Employees of the Company and its subsidiaries (collectively, the "Company"). All our employees must conduct themselves accordingly and seek to avoid even the appearance of improper behavior.

If a law conflicts with a policy in this Code, the employee must comply with the law; however, if a local custom or local office policy conflicts with this Code, the employee must comply with the Code. If there are any questions about these conflicts, the employee should ask his/her Manager how to handle the situation.

Those who violate the standards of this Code will be subject to disciplinary action. If the employee is in a situation which he/she believe may violate or lead to a violation of this Code, follow the guideline described in the section titled Reporting Any Behavior of this Code.

**General Principles**

All Company Employees, Officers, and Directors must adhere to the following General Principles at all times.

- Always act with the highest standards of personal and professional integrity.
- Do not tolerate others who attempt to deceive or evade responsibility for actions.
- Keep the Company's Shareholders' best interests in mind at all times.
- Do nothing that would compromise the best interest of the company.
- Consider the legacy of all actions and the Company's.
- The Company's good name and reputation is a key asset, and employees must conduct him/herself at all times to enhance the value of that asset.
- Do nothing that bothers the employee's conscience however trivial without first talking it through with a supervisor.
- Do not allow the pressure of meeting the expectations of others to compromise an employee's actions.

The employee must always conduct him/herself with the highest degree of professionalism. As an employee and representative of the Company, he/she has the responsibility to emulate behavior consistent with the Company's Code of Conduct.

### *Compliance with Laws, Rules, and Regulations*

Obeying the law, both in letter and in spirit, is the foundation on which this Company's ethical standards are built. All employees must respect and obey the laws of the cities and states in which the company operates. Although not all employees are expected to know the details of these laws, it is important to know enough to determine when to seek advice from managers or other appropriate personnel.

### *Conflicts of Interest*

The Company respects the rights of employees, officers, and directors to manage their personal affairs and investments and does not wish to intrude upon their personal lives. At the same time, employees, officers, and directors must act in the best interests of the Company and avoid situations that present a potential or actual conflict between their interests and interests of the Company.

A "Conflict of Interest" exists when a person's private interest interferes in any way with the interests of the Company. A Conflict situation can arise when an employee, officer or director takes actions or has interests that may make it difficult to perform his or her Company work objectively and effectively. Conflicts of Interest

may also arise when an employee, officer, or director or members of his or her family, receives improper personal benefits as a result of his or her position in the Company.

It is almost always a Conflict of Interest for a Company employee to work simultaneously for a Competitor as a Consultant or Board Member. The best policy is to avoid any direct or indirect business connection with our Customers, Suppliers, or Competitors, except on our behalf.

As it applies to employment, the primary loyalty and interest of all employees must remain at all times with the Company. Employees shall not engage in any outside employment, including self-employment, which conflicts with their scheduled hours, overtime hours when required, or performance of Company assignments.

Conflicts of Interest may not always be clear-cut; so, if an employee has a question, he/she should consult with higher levels of management. Any employee, officer, or Director who becomes aware of a conflict or potential conflict should bring it to the attention of a manager, or other appropriate personnel or consult the procedures described in the section titled Reporting Any Behavior of this Code.

### *Competition and Fair Dealing*

The company seeks to outperform our competition fairly and honestly. The company also seeks competitive advantages through superior performance, never through unethical or illegal business practices. Stealing proprietary information, possessing trade secret information that was obtained without the owner's consent, or inducing such disclosures by past or present employees of other companies is prohibited. Each employee should endeavor to respect the rights of and deal fairly with the Company's customers, suppliers, competitors, and employees. No employee should take unfair advantage of anyone through manipulation, concealment, abuse of privileged information, misrepresentation of material facts, or any other intentional unfair-dealing practice.

Any attempts by the Company and its employees to restrain trade or monopolize business may be subject to antitrust laws. The most common forms of antitrust violations include price, rate, or bid fixing; exchanges of cost or price information with competitors; and reciprocal dealing arrangements. Penalties for violation of the antitrust laws include criminal fines for each violation. In addition, individuals responsible for an antitrust violation may be indicted and given prison terms of up to three (3) years for each violation. Since these laws are complex, it is recommended that an employee consult his/her manager with any questions about these laws.

The purpose of business entertainment and gifts in a commercial setting is to create good will and sound working relationships, not to gain unfair advantage with customers. No gift or entertainment should ever be offered, given, provided or accepted by any Company employee, family member of an employee or agent unless it is within the Company guidelines, as outlined in the GIFTS and SOLICITATION policy of the Employee Handbook. Discuss with a manager if any gifts or proposed gifts received may feel improper.

Many companies and governmental agencies have formal policies with respect to the receipt of gifts by employees. Whenever possible, Company employees should observe the wishes of those companies and agencies and abide by their policies.

## ETHICS AND COMPLIANCE

Businesses face serious challenges from unsafe, illegal, and unethical behavior, which can harm employees and the bottom line. Each CRST Company takes these issues seriously and expect each employee to do the same. The company is committed to operating in a professional, safe, and ethical work environment.

While speaking directly to a manager is the most effective way to report any employee concerns, the company does realize that is not always possible. An employee may also talk directly with a Human Resources representative if he/she does not feel comfortable speaking to the manager. The company also

provides the employee another option to report any issues. CRST Ethics Point, an independent business entity, is a free Hotline service to report any concerns. The Service is available via phone at **866-207-9076** or via online at www.crst.ethicspoint.com). CRST Ethics Points is available 24 hours a day, seven (7) days a week. A specially trained interviewer will document the employees' concerns and in return sends the information to the Company. While all calls and online submittals are confidential and anonymous, it is preferred that employees provide a name, so a thorough investigation can be completed.

### *Health and Safety*

The Company strives to provide each employee with a safe and healthful work environment. Each employee has responsibility for maintaining a safe and healthy workplace for all employees by following safety and health rules and practices and reporting accidents, injuries and unsafe equipment, practices, or conditions immediately to their appropriate Manager.

Violence and threatening behavior are not permitted. Employees should report to work in condition to perform their duties, free from the influence of illegal drugs or alcohol. The use of illegal drugs will not be tolerated.

### *Record Keeping*

The Company's financial records are relied upon to produce reports to the Company's Management, shareholders, governmental entities, and others. All Company accounting records and reports produced from those records shall be kept and presented in accordance with the laws of each applicable jurisdiction and must accurately and fairly reflect the Company's assets, liabilities, revenues, expenses, and cash flows.

False or intentionally misleading entries in the Company's accounting records are prohibited, as are intentional misclassification of transactions between Accounts, Departments or Accounting Periods. All transactions must be recorded with care and honesty and must be supported by accurate documentation in sufficient detail to permit review and audit. All transactions must be recorded in the proper Account and in the proper Accounting Period. No secret or special books or records may be maintained for any purpose. Compliance with Generally Accepted Accounting Principles and the Company's system of Internal Accounting Controls is required at all times.

All employee expense reports must accurately reflect expenses incurred by the employee on behalf of the Company and include such information as may be requested by the Company. False or intentionally misleading entries are prohibited, as are the misclassification of expenses. Violation of Expense Reporting Rules may result in disciplinary action, up to and including termination.

Business communications often become public, and employees should avoid exaggeration, derogatory remarks, guesswork, or inappropriate characterizations of people and companies which may be misunderstood. This applies equally to E-Mail, Internal Memos, and Formal Reports. This policy is not intended to in any way impede an employee's right to engage in protected, concerted activity under the National Labor Relations Act. Records should always be retained or destroyed according to the Company's Record Retention Policies. In accordance with those policies, in the event of litigation or governmental investigation, please consult the Company's Chief Financial Officer with any questions he/she may have pertaining to record keeping.

### *Confidentiality*

Employees, Officers, and Directors must maintain the confidentiality of information entrusted to them by the Company or its customers, except when disclosure is authorized by the Chief Executive Officer or Chief Financial Officer of the Company or required by laws or regulations. Information may be confidential whether or not it is specifically identified as such. Confidential information includes all non-public information that

might be of use to Competitors, or harmful to the Company or its customers, if disclosed. It also includes information that suppliers and customers have entrusted to us. The obligation to preserve confidential information continues even after employment ends. Upon termination of employment, an Employee shall not copy or retain any documents containing confidential or proprietary information of the Company.

During the period of employment and thereafter, employees will not, without the Company's express written consent, disclose or use any confidential information to any person, firm, organization, Company, etc. The term "confidential information" shall include all business information not known to the general public concerning the Company, its parent, subsidiaries, and commonly owned companies, or any affiliate, supplier, or customer of the Company that is received by employee during employment with the Company.

Confidential information includes, but is not limited to the following information:

- Customer Lists
- Marketing Reports
- Employee Addresses, Telephone Numbers, or other such confidential employee information
- Independent Contractor / Owner Operator Addresses and Telephone Numbers
- Financial Reports Meant for Internal Use Only
- Daily Load Reports
- Contract or Proposed Rates with Customers
- Sales Analysis Reports
- Personnel (employee) records

### *Protection and Proper Use of Company Assets*

All Employees should endeavor to protect the Company's assets and ensure their appropriate use. Theft, carelessness, and waste have a direct impact on the Company's profitability. Any suspected incident of fraud or theft should be immediately reported for investigation. Company equipment should not be used for non-Company business, although pre-authorized incidental personal use may be permitted. No Employee of the Company should make or use unauthorized copies of any copyrighted, trademarked, or licensed materials, including computer software, or otherwise violate the terms of the Copyright Laws or Licensing agreements.

The obligation of every employee to protect the Company's assets includes protecting its proprietary information. Proprietary Information includes Intellectual Property such as Trade Secrets, Patents, Trademarks, and Copyrights, as well as Business, Marketing and Service Plans, Engineering and Manufacturing Ideas, Designs, Databases, Records, Salary Information and any Unpublished Financial Data and Reports. Unauthorized use, modification, destruction, or distribution of this information would violate Company policy. It could also be illegal and result in civil or even criminal penalties.

### *Payments to Government Personnel*

The U.S. Foreign Corrupt Practices Act prohibits giving anything of value, directly or indirectly, to officials of foreign governments or foreign political candidates in order to obtain or retain business. It is strictly prohibited to make illegal payments to government officials of any country.

In addition, the U.S. Government has a number of laws and regulations regarding business gratuities, which may be accepted by U.S. Governmental Personnel. The promise offers or delivery to an official or employee of the U. S. Government of a gift, favor, or other gratuity in violation of these rules would not only violate Company policy but could also be a criminal offense. State and Local Governments, as well as Foreign Governments, may have similar rules.

## *Waivers of the Code of Business Conduct and Ethics*

Only the Chief Executive Officer of the Company may make a waiver of this Code for Executive Officers or Directors.

## *Reporting Any Illegal Behavior*

It is the Company's position that it will not condone any criminal activity by any of its Employees or Agents. Nor should Employees or Agents condone criminal activity on the part of any other person within the Company. It is the Company's responsibility to prevent and detect violations of law and report known violations to the appropriate governmental authorities. However, all Employees have an obligation to alert the Company to any situation in which the foregoing policies are being, or may have been, violated. No retaliatory action will be taken against any Employee for reporting, in good faith, a violation of the policies.

In order to implement this program, the Chief Financial Officer of the Company has been designated as Compliance Officer. Anyone within the Company who knows that criminal activity is, or is suspected to be, occurring should contact the Chief Financial Officer of the Company or the Manager of Internal Audit. A report of actual or suspected criminal activity should be made in writing. The identity of the disclosing individual will be confidential except where disclosure is required by the appropriate Governmental Authorities. The Chief Financial Officer of the Company shall have full responsibility for the investigation and disclosure of suspected or actual criminal activity, which disclosure may only be made to the appropriate Federal Authorities.

### Compliance Procedures

All employees of the company must work to ensure prompt and consistent action against violations of this Code. However, in some situations, it is difficult to know right from wrong. Since the company cannot anticipate every situation that will arise, it is important that the company has a way to approach a new question or problem. Below are the steps to keep in mind.

- Make sure you have all the facts. In order to reach the right solutions, the company must be a fully informed as possible.
- Ask yourself: What specifically am I being asked to do? Does it seem unethical or improper? This will enable you to focus on the specific question you are faced with and the alternatives you have. Use your judgment and common sense; if something seems unethical or improper, it probably is.
- Clarify your responsibility and role. In most situations, there is shared responsibility. Are your colleagues informed? It may help to get others involved and discuss the problem.
- Discuss the problem with your Manager. This is the basic guidance for all situations. In many cases, your Manager will be more knowledgeable about the question and will appreciate being brought into the decision-making process. Remember, it is your Manager's responsibility to help solve problems.
- Seek help from Company Resources. In the rare case where it may not be appropriate to discuss an issue with your Manager or you do not feel comfortable approaching your Manager with your question, discuss it with the Human Resources department.
- Always ask first, act later. If you are unsure of what to do in any situation, seek guidance before you act.

## *Disciplinary Action*

Any Employee found to be violating the Policies set out in this Code shall be subject to appropriate disciplinary action, up to and including dismissal. Where criminal violations are alleged to have occurred or are occurring, the Company will be required to report these actual or suspected violations to the appropriate Federal Authorities or, in the case of violations of State Criminal Laws, to the appropriate authorities, and will aid Law Enforcement Authorities in the prosecution of culpable individuals.

# SECTION VI: ADDENDUM FOR EMPLOYEES RESIDING IN CALIFORNIA

## *California Family Rights Act*

The California Family Rights Act ("CFRA") may require employers to provide family and medical leaves of absence to eligible employees. Employees who are CFRA-eligible may have certain rights to take both a pregnancy disability leave ("PDL") and CFRA leave for the birth of a child. There are some differences between FMLA and CFRA, and this Policy explains how such leaves are administered for California employees. Where more than one (1) of the laws applies, leave taken may be counted under more than one (1) law at the same time, to the extent permitted by the applicable law(s). For example, where CFRA leave is also FMLA-qualifying, the leave will count against both FMLA and CFRA entitlements. However, PDL is separate from and does not count against an employee's CFRA leave entitlement.

This policy will be interpreted to comply with the law(s) that apply to a particular leave. If employees have any questions concerning CFRA leave, they should contact Human Resources.

### Eligibility

Under the CFRA, employees may have a right to an unpaid family care or medical leave (CFRA leave) if they:

1. Have worked for the Company for a total of at least 12 months at any time prior to the commencement of a CFRA leave;
2. Worked for the Company for at least 1,250 hours in the 12-month period before the date they want to begin CFRA leave, to the extent permitted by applicable law; and
3. Work at a location in which the employer has at least fifty (50) employees within a 75 miles radius of the employee's work site.

An employee who is not eligible for CFRA leave at the start of a leave because the employee has not met the 12-month length of service requirement can meet this requirement while on leave because leave to which the employee is otherwise entitled counts toward length of service requirement (but not the 1,250 hours requirement).

### Basic Family and Medical Leave Entitlement

FMLA provides eligible employees up to 12 workweeks of unpaid leave for certain family and medical reasons during a 12-month period. The Company measures the 12-month period on a rolling basis. CFRA leave may be up to 12 workweeks in a 12-month period, and can be used for the birth, adoption, or foster care placement of a child; or the employee's own serious health condition (except that leave for an employee's disability due to pregnancy, childbirth or related medical condition does not count toward CFRA entitlement) or that of a child, parent, or spouse (including a registered domestic partner, except that leave to care for an employee's registered domestic partner does not count towards FMLA leave). Employees who are CFRA-eligible have certain rights to take both a pregnancy disability leave ("PDL") and a CFRA leave for reason of the birth of a child.

### Definition of Serious Health Condition

Under the CFRA, a serious health condition is an illness, injury (including, but not limited to, on-the-job injuries), impairment, or physical or mental condition that involves either inpatient care or continuing treatment, including but not limited to, treatment for substance abuse. "Inpatient care" under the CFRA means a stay in a hospital, hospice, or residential health care facility, any subsequent treatment in connection with inpatient care, or any period of incapacity. A person will be considered an "inpatient" when a heath care facility formally admits him or her to the facility with the expectation that he or she will remain at least overnight and occupy a bed, even if it later develops that such person can be discharged or transferred to another facility and does not actually remain overnight.

**Military Exigency Leave**

Military exigency leave does not count against an employee's CFRA leave entitlement. Leave to care for a military service member with a serious illness or injury may count against an employee's CFRA leave entitlement when the service member is the employee's spouse, parent, or child, as provided for under CFRA.

**Bonding Leave**

Employees may take intermittent leave for bonding with a child following birth or placement for adoption or foster care. Birth bonding leave must be taken within one (1) year after the child's birth or placement. Intermittent leave for bonding purposes generally must be taken in two (2)-week increments, but the Company permits two (2) occasions where the leave may be for less than two (2) weeks. Bonding leave is in addition to any time off taken for pregnancy disability leave.

**Employee Responsibilities**

If possible, employees must provide at least thirty (30) days advance notice for foreseeable events (such as the expected birth of a child, employees' own planned medical treatments, or a family member's planned medical treatment). For unforeseeable events, the Company requires that employees provide notice, at least verbally as soon as they learn of the need for leave. Failure to comply with these notice rules is grounds for, and may result in, deferral of the requested leave until compliance with this notice policy is achieved.

The company may require certification from a health care provider before allowing leave to be taken for 1) an employee's pregnancy disability or a serious health condition or 2) a child, parent, or spouse (including a registered domestic partner) who has a serious health condition. When medically necessary, leave may be taken on an intermittent or reduced work schedule.

The company may require second or third certifications from health care providers in the event the Company has reason to doubt the initial certification of an employee's need for leave due to his or her own serious health condition. Recertification of the need for leave due to an employee's or family member's serious health condition may be requested when the original certification has expired.

**Substitution of Paid Leave for Unpaid Leave**

For purposes of this policy, leave is not "unpaid" during any leave time for which an employee is receiving compensation from the State of California under the State Disability Insurance program, while receiving PFL, or worker's compensation. Employees may request, but will not be required, to use accrued paid time off for any time off under this policy for which they are receiving compensation under these programs. Where applicable and permitted by law, employees will be required to use accrued paid time off during any waiting period applicable to these programs.

If leave is unpaid, the following requirements apply:

1. An employee taking CFRA leave due to his or her own serious health condition is required to use any available paid time off in lieu of unpaid leave.
2. An employee taking CFRA leave due to a covered family member's serious health condition or to bond with a newborn child is required to substitute paid time off, other than paid sick time, for any unpaid CFRA leave, but has the option of whether to substitute paid sick time for unpaid leave after other paid time off is exhausted.
3. An employee may elect to substitute accrued sick time for unpaid bonding leave, although other accrued, unused paid time off must be used for that purpose.

Substituting paid for unpaid leave does not extend any leave entitlement(s).

**Job Benefits**

Taking CFRA leave may impact certain benefits and seniority date. More information regarding eligibility for a leave and/or the impact of the leave on seniority and benefits can be obtained by contacting Human Resources.

**Returning to Work**

The CFRA contains a guarantee of reinstatement to the same or to a comparable position at the end of the leave, subject to any defense allowed under the law. If an employee's anticipated return to work date changes and it becomes necessary for the employee to take more or less leave than originally anticipated, the employee must provide the Company with reasonable notice (i.e., within two (2) business days) of the employee's changed circumstances and new return to work date. If employees give the Company unequivocal notice of their intent not to return to work, they will be considered to have voluntarily resigned and the Company's obligation to maintain health benefits (subject to COBRA requirements) and to restore their positions will cease.

## *Pregnancy Disability Leave*

Employees who are disabled by pregnancy, childbirth or related medical conditions are eligible to take a pregnancy disability leave ("PDL"). If affected by pregnancy or a related medical condition, employees also are eligible to transfer to a less strenuous or hazardous position or to less strenuous or hazardous duties, if such a transfer is medically advisable and can be reasonably accommodated. Employees disabled by qualifying conditions may also be entitled to other reasonable accommodations where doing so is medically necessary. In addition, if it is medically advisable to take intermittent leave or work a reduced leave schedule, the Company may require a temporary transfer to an alternative position with equivalent pay and benefits that can better accommodate recurring periods of leave.

**Reasons for Leave**

PDL is for any period(s) of actual disability caused by the employee's pregnancy, childbirth, or related medical condition. Time off needed for prenatal or postnatal care; doctor-ordered bed rest; gestational diabetes; pregnancy-induced hypertension; preeclampsia; childbirth; postpartum depression; loss or end of pregnancy; or recovery from childbirth or loss or end of pregnancy are all covered by this PDL policy.

**Duration of Leave**

An employee is entitled to up to four (4) months of PDL, per pregnancy, while disabled by pregnancy, childbirth, or a related medical condition. PDL does not need to be taken in one (1) continuous period of time but can be taken on an intermittent basis pursuant to the law. For purposes of this policy, "four (4) months" means time off for the number of days the employee would normally work within the four (4) calendar months (one-third of a year, or 17.3 weeks or 122 days) following the commencement date of taking a pregnancy disability leave. For a full time, employee who works five (5) - eight (8) --hour days per week (forty hours per week), "four (4) months" means 88 working and/or paid eight (8)-hour days (693 hours of leave entitlement), based on an average of 22 working days per month for 17.3 weeks in four (4) months times forty hours per week. Employees working a part-time schedule will have their PDL calculated on a pro-rata basis.

**Employee Notice Requirements**

To receive a reasonable accommodation, obtain a transfer, or take a PDL, employees must provide sufficient notice, so the Company can make appropriate plans – thirty (30) days advance notice if the need for the reasonable accommodation, transfer or PDL is foreseeable, or as soon as practicable if the need is an emergency or unforeseeable.

**Medical Certification**

Employees are required to obtain a certification from their health care provider regarding their need for pregnancy disability leave or the medical advisability of an accommodation or a transfer. The certification should include:

1. A description of the requested reasonable accommodation or transfer
2. A statement describing the medical advisability of the reasonable accommodation or transfer because of pregnancy
3. The date on which the need for reasonable accommodation or transfer became or will become medically advisable and the estimated duration of the reasonable accommodation or transfer.

A medical certification indicating disability necessitating a leave is sufficient if it contains:

1. A statement that the employee needs to take pregnancy disability leave because she is disabled by pregnancy, childbirth, or a related medical condition
2. The date on which the employee became disabled because of pregnancy
3. The estimated duration of the leave.

Upon request, Human Resources will provide a medical certification form that can be taken to a health care professional. Employees may be asked to obtain a release to return to work from a health care provider stating that they are able to resume their original job duties with or without a reasonable accommodation.

**Leave is Unpaid**

PDL is unpaid by the Company, but employees may use any accrued paid time off as part of PDL before taking the remainder of leave on an unpaid basis. The company requires, however, the use of any available sick time during PDL. The use of any paid leave will not extend the duration of PDL. The company does encourage employees to contact the EDD regarding eligibility for state disability insurance for the unpaid portion of leave.

**Leave Concurrent with Family and Medical Leave**

For employees who are eligible for leave under the federal Family and Medical Leave Act, PDL will also be designated as time off under the Family and Medical Leave Act. Please refer to the "Family and Medical Leave" policy in this Handbook for additional information.

**Continuation of Health Insurance Benefits**

Employees who participate in the Company's group health insurance plan will continue to participate in the plan while on PDL under the same terms and conditions as if they were working. Employees should make arrangements with Human Resources for payment of their share of the insurance premiums.

**Return to Work**

The Company will place employees returning from PDL to the position they held prior to taking leave if such position is available. If the position is not available, the Company may transfer the employee to a comparable position with regards to location, duties, and pay. However, an employee has no greater right to reinstatement than if she had been continuously employed rather than on leave. For example, if an employee would have been laid off had she not gone on leave, or if the employee's job is eliminated during the leave and no equivalent or comparable job is available, then the employee would not be entitled to reinstatement. Employees who do not return to work on the originally scheduled return date or request in advance an extension of the agreed upon leave with appropriate medical documentation may be deemed to have voluntarily terminated employment with the Company. Failure to notify the Company of 1) the ability to return to work when it occurs or 2) continued absence from work because leave must extend beyond the

maximum time allowed may be deemed a voluntary termination of employment with the Company, unless you are entitled to Family and Medical Leave or other leave pursuant to applicable law.

Taking PDL may impact certain of your benefits and your seniority date. For more information regarding eligibility for a leave and any potential impact of the leave on seniority and benefits, please contact Human Resources.

**Request for Additional Time Off for Baby Bonding**

Any request for baby bonding leave after a disability has ended will be treated as a request for Family and Medical Leave under the California Family Rights Act and/or the federal Family and Medical Leave Act, if eligible for such leave. Please refer to the "Family and Medical Leave" policy in this Handbook for additional information. Employees who are not eligible for leave under the CFRA and/or FMLA should still contact Human Resources to determine what, if any, additional leaves are available.

## *California Paid Sick Leave*

Pursuant to the Healthy Workplaces, Healthy Families Act, the Company provides paid sick leave to employees who work for the Company in California for thirty (30) or more days within a year.

Employees begin accruing paid sick leave at the start of employment. Paid sick leave will accrue at the rate of one (1) hour for every thirty (30) hours worked, up to a total maximum accrual of six (6) days or forty-eight (48) hours. Employees who are exempt from overtime pursuant to the executive, administrative, and professional exemptions under California law are assumed to work forty (40) hours in each workweek unless their normal workweek is less than forty (40) hours, in which case paid sick leave accrues based upon that normal workweek. For purposes of this policy, the year is the consecutive 12-month period beginning on January 1st and ending on December 31st.

Employees can use accrued paid sick leave beginning on the 90th day of employment. Paid sick leave may be used in a minimum increment of two (2) hours. An exempt employee may use up to five (5) days or forty (40) hours of paid sick leave in any year. [C23]A non-exempt employee may use up to three (3) days or twenty-four (24) hours of paid sick leave in any year.

Paid sick leave may be used for the following reasons:

1. For diagnosis, care, or treatment of an existing health condition of, or preventive care for, an employee or an employee's family member (meaning a child (including biological, adopted, or foster child, stepchild, legal ward, or a child to whom the employee stands in loco parentis, all regardless of age or dependency status); spouse; registered domestic partner; parent (including biological, adoptive, or foster parent, stepparent, or legal guardian of an employee or the employee's spouse or registered domestic partner, or a person who stood in loco parentis when the employee was a minor child); grandparent; grandchild; or a sibling); or
2. For an employee who is a victim of domestic violence, sexual assault, or stalking.
3. To obtain or attempt to obtain a temporary restraining order, restraining order, or other injunctive relief.
4. To help ensure the health, safety, or welfare of the victim or the victim's child.
5. To seek medical attention for injuries caused by domestic violence, sexual assault, or stalking.
6. To obtain services from a domestic violence shelter, program, or rape crisis center as a result of domestic violence, sexual assault, or stalking.
7. To obtain psychological counseling related to an experience of domestic violence, sexual assault, or stalking; or

8. To participate in safety planning and take other actions to increase safety from future domestic violence, sexual assault, or stalking, including temporary or permanent relocation.

Employees will be notified of their available paid sick leave on each itemized wage statement.

Notice to Human Resources may be given orally or in writing. If the need for paid sick leave is foreseeable, the employee must provide reasonable advance notification. If the need for paid sick leave is unforeseeable, the employee must provide notice of the need for the leave as soon as practicable.

Eligible employees will receive payment for paid sick leave, at the same wage as the employee normally earns during regular work hours unless otherwise required by applicable law, by next regular payroll period after the leave was taken. Use of paid sick leave is not considered hours worked for purposes of calculating overtime.

Accrued paid sick leave carries over from year to year but is subject to the accrual cap of six (6) days or forty-eight (48 hours). Once the accrual cap is reached, paid sick leave will stop accruing until some paid sick leave is used. Accrued but unused paid sick leave under this policy will not be paid at separation.

Retaliation or discrimination against an employee who requests paid sick days or uses paid sick days, or both, is prohibited, and employees may file a complaint with the Labor Commissioner against an employer who retaliates or discriminates against the employee.

Employee that believed they have been denied paid sick leave for a covered reason should contact Human Resources immediately for an individualized review.

### *Crime Victims' Leave*

If an employee is a victim of a felony, or the employee's spouse, domestic partner, child, step-child, sibling, step-sibling, parent or step-parent is a victim of a felony, the Company will provide time off to a California employee to attend judicial proceedings related to a crime. The Company requires that where feasible, in advance of taking leave, the employee provide it with a copy of the notice of each scheduled proceeding that is provided to the victim by the agency responsible for providing notice. If advance notice is not possible, the employee is required to provide the Company with a copy of the notice within a reasonable time.

No employee who is absent from work pursuant to this provision will be discharged or otherwise discriminated against in compensation or other terms, conditions, or privileges of employment, because of such absence. Such leave is unpaid. Employees taking leave under this policy may elect to apply PTO time to such leave.

### *Leave for Organ and Bone Marrow Donation*

The Company will grant a California employee the following paid leaves of absence for the purpose of organ or bone marrow donation:

- A leave of absence of up to five (5) days in any one (1) year period for the purpose of donating the employee's bone marrow to another person.
- A leave of absence of up to 30 days in any one (1) year period for the purpose of the employee donating his or her organ to another person.

The one (1) year period is measured from the date the employee's leave begins and consists of 12 consecutive months. A leave of absence for the purpose of organ or bone marrow donation will be provided with pay, however, if an employee has earned and unused PTO time available, the employee is required to first use up to five (5) days of PTO time for a bone marrow donation and up to two (2) weeks of PTO time for organ donation.

In order to receive a leave of absence pursuant to this policy, the employee must provide written verification to Human Resources that he or she is an organ or bone marrow donor and that there is a medical necessity for the donation of the organ or bone marrow.

Any leave taken for the donation of an organ or bone marrow will not constitute a break in service for purposes of the employee's right to salary adjustments, sick leave, PTO, annual leave, or seniority. During any leave taken under this policy, the Company will maintain and pay for coverage under any group health plan, for the full duration of this leave. Leave provided under this policy may be taken in one (1) or more periods.

Leave taken under this policy will not run concurrently with any leave taken pursuant to the federal Family and Medical Leave Act or the California Family Rights Act.

Upon expiration of a leave of absence authorized by this policy, the Company will restore the employee to the position held by the employee when the leave began or to a position with equivalent seniority status, employee benefits, pay, and other terms and conditions of employment. The Company may decline to restore an employee because of reasons unrelated to the exercise of rights under this policy by the employee.

### *Leave for Educational/Daycare Purposes*

California employees will be granted time off without pay for up to 40 hours per calendar year, but no more than eight (8) hours in any calendar month, for an employee who is a parent, stepparent, foster parent, grandparent, or a person who stands in loco parentis to one (1) or more children in kindergarten or grades one(1) through 12, or attending a licensed day care provider, o participate in the activities of schools or licensed child daycare facilities attended by their children, to find, enroll or re-enroll a child in a school or licensed daycare provider, or to address a child care provider or school emergency. Employees must substitute accrued PTO, for purposes of a planned absence under this Section.

Employees wishing to take time off under this Section must provide their supervisors with reasonable notice of the planned absence. If both parents of a child are employed by the Company at the same worksite, the request for time off under this Section will be granted to the first parent to provide notice of the need for time off. The request from the second parent will be accommodated if possible. The Company may request that the employee provide documentation from the school or daycare provider as proof of participation in the school or daycare related activities on a specific date and at a particular time.

Employees who are parents or guardians of a child may take time off to appear in school in connection with disciplinary action/suspension by the school. The employee must provide reasonable notice before taking time off.

The Company prohibits discrimination against an employee for taking time off under this policy.

### *Volunteer Firefighter, Reserve Peace Officer, and Emergency Rescue Personnel*

Nonexempt California employees will be granted time off without pay to perform emergency duties as a volunteer firefighter, reserve peace officer, or emergency rescue personnel (which includes an officer, employee, or member of a disaster medical response entity sponsored or requested by the State). Such employees also are entitled for leave of up to 14 days per calendar year to attend fire, law enforcement, or emergency rescue training. Exempt employees who work any portion of a workweek in which they also perform such emergency duties or training will receive their full salary for that workweek. Otherwise, exempt employees will be granted time off without pay. Employees may substitute PTO pay for any unpaid portion of leave to perform such emergency duties or training.

The Company prohibits discrimination against an employee because he or she takes time off under this policy.

### *Civil Air Patrol Leave*

Any California employee who has been employed for at least 90 days and who is a volunteer member of the California Wing of the Civil Auxiliary of the United States Air force may be granted up to ten (10) days leave each calendar year to respond to an emergency operation mission. Each single mission may not exceed three (3) days unless approved by the Company. Non-exempt employees will not be paid for time off taken except to the extent they choose to use accrued PTO time for that purpose. Exempt employees will be paid only if they have performed Company-related work during that same work week; if they have not performed any Company-related work during that same work week, they will not be paid for the time off, except to the extent they choose to use accrued PTO time for that purpose. Upon return from leave the employee will be reinstated to the same position or to an equivalent position with equivalent pay, benefits, and other employment terms, to the extent required by law. However, the employee shall have no greater rights to reinstatement or to other benefits and conditions of employment than if he/she had not taken the leave.

### *Adult Literacy Education*

The Company will reasonably accommodate and assist any employee who reveals a problem of illiteracy and requests assistance from the Company in enrolling in an adult literacy education program, provided that the reasonable accommodation does not impose an undue hardship on the Company. For purposes of this policy, Company assistance includes, but is not limited to, providing the employee with the locations of local literacy education programs, or arranging for a literacy education provider to visit the jobsite.

The Company will make reasonable efforts to safeguard the privacy of the employee as to the fact that he or she has a problem with illiteracy. Any leave requested under this policy will be unpaid.

An employee who reveals a problem of illiteracy and who satisfactorily performs his or her work will not be subject to termination of employment because of the disclosure of illiteracy.

### *Military Leave*

All employees are eligible for military service leave to the extent permitted by state and federal law. An employee requesting such leave must promptly submit to management a copy of the employee's induction papers or orders.

An employee may use accrued PTO time at the beginning of an unpaid military duty leave. All employee benefits cease during the unpaid portion of a military duty leave unless otherwise required by law, although the employee may continue his or her participation in group health care plans sponsored by the Company pursuant to COBRA by electing to do so and by paying the full premiums. If, however, the military service is for 30 or fewer days, health benefits may continue, and the employee will not be required to pay more than the employee would be required to pay if he or she were actively employed. Upon being released from active duty, an employee may be eligible to reenter the Company's health care plan(s).

Returning service members are treated as if they had been continuously employed and will be re-instated in accordance with the applicable state or federal law governing the leave. In order to be reinstated to employment, an employee must report back to the Company within specified periods after the conclusion of his or her military service.

### *Military Spouse Leave*

An employee whose spouse is a member of the Armed Forces, National Guard, or Reserves who has been deployed during a period of military conflict may be eligible to take up to ten (10) days of unpaid leave while

his or her spouse is on leave from deployment. In order to be eligible for such leave, the employee must work an average of 20 or more hours per week and must provide the Company with notice of his or her request for leave within two (2) business days of receiving official notice that his or her spouse will be on leave from deployment. For more information, please contact Human Resources.

### *Drug and Alcohol Rehabilitation Leave*

The Company will reasonably accommodate any employee who wishes to voluntarily enter and participate in an alcohol or drug rehabilitation program, provided that this reasonable accommodation does not impose an undue hardship on the Company. However, the Company reserves the right to terminate an employee who, because of the employees' current use of alcohol or drugs, is unable to perform his or her duties or cannot perform the duties in a manner that would not endanger his or her health or safety or the health or safety of others.

The Company will make reasonable efforts to safeguard the privacy of an employee requesting or taking drug and alcohol rehabilitation leave as to the fact that he or she has enrolled in a drug or alcohol rehabilitation program.

Such time off will be without pay, but an employee may use his or her available sick leave.

### *Witness Leave*

Employees will be granted unpaid leave to act as witnesses upon presentation of a copy of a subpoena or other court order to their supervisor or management. The employee may use any accrued vacation, holiday leave, and sick leave while on witness duty leave.

Employees will be paid their normal wage or salary if required by a subpoena to appear in court on Company business, upon presentation of a copy of a subpoena or other court order to their supervisors or management. However, employees will not be paid for their time off if summoned to appear in court because of a subpoena on matters not pertaining to Company business or matters where they are personally involved in the legal action.

### *Domestic Violence/Sexual Assault/Stalking Leave*

An employee who is a victim of domestic violence, stalking, or sexual assault may take unpaid time off to obtain judicial relief (including to seek a restraining or other court order), seek medical attention, obtain services from a domestic violence shelter, program, or rape crisis center , to obtain psychological counseling, or to participate in safety planning related to domestic violence, sexual assault, or stalking, in order to help ensure the health, safety, or welfare of the employee or his or her child. If you need time off because of domestic violence, stalking, or sexual assault, you should notify management as soon as possible so that arrangements can be made to accommodate your absence. If advance notice is not possible, you must provide appropriate written certification of the reason for your absence upon your return to work. Employees may elect to use vacation time or paid sick time for this leave. The Company will attempt to reasonably accommodate an employee to address safety as a result of domestic violence, sexual assault, or stalking.

The Company will make reasonable efforts to maintain the confidentiality of any employee requesting time off on account of domestic violence, stalking, or sexual assault. The Company prohibits retaliation or discrimination against any employee for exercising his or her right to take this leave and/or for his or her status as a victim of domestic violence, sexual assault, or stalking.

## *Paid Family Leave Income Replacement Benefits*

An employee who is off work to care for a child, spouse, parent, registered domestic partner, grandparent, grandchild, sibling, or parent-in-law with a serious health condition, or to bond with a new child, may be eligible to receive benefits through the California "Paid Family Leave" income replacement ("PFL") program, which is administered by the Employment Development Department ("EDD").

These benefits are financed solely through employee contributions to the PFL program. That program is solely responsible for determining if an employee is eligible for such benefits. There generally is a waiting period during which time no PFL benefits are available. The EDD can provide additional information about any applicable waiting period.

Employees who need to take time off work to care for a child, spouse, parent, registered domestic partner, grandparent, grandchild, sibling, or parent-in-law with a serious health condition or to bond with a new child may contact Human Resources for information about the EDD's PFL program and how to apply for benefits. Employees also may contact their local EDD office for further information. Employees should maintain regular contact with Human Resources while absent from work, so the company may monitor employees' return-to-work status. In addition, employees should contact Human Resources when ready to return to work, so the employee may determine what positions, if any, are open.

When an employee applies for PFL benefits, Human Resources will determine if the employee has any accrued but unused paid time off, other than sick time, available. If the employee has accrued but unused paid time off, other than sick time, available, then the employee will be required to use up to two (2) weeks of such time before becoming eligible for PFL benefits.

Employees taking time off work to care for a child, spouse, parent, registered domestic partner, grandparent, grandchild, sibling, or parent-in-law with a serious health condition or to bond with a new child are not guaranteed job reinstatement unless they qualify for such reinstatement under federal or California family and medical leave laws. Any time off for Paid Family Leave purposes will run concurrently with other leaves of absence, such as Family and Medical Leave/California Family Rights Act Leave, if applicable. Please see the "Family and Medical Leave/California Family Rights Act" policy for eligibility requirements.

## *Overtime*

Any California non-exempt employee who works overtime will be compensated in accordance with state and federal overtime requirements. For all hours worked in excess of eight (8) hours in one (1) day or forty (40) hours in one (1) week, or for the first eight (8) hours on the seventh consecutive day in the same workweek, employees will be paid at one and one-half (1½) times their regular rate of pay. Employees will be paid double-time for hours worked in excess of 12 in any workday or in excess of eight (8) on the seventh consecutive day of the workweek. There may be exceptions to these standards where allowed by law.

Overtime pay is based on actual hours worked. Vacations, holidays, sick days, or any leave of absence will not be considered hours worked for purposes of performing overtime calculations.

Failure to work scheduled overtime or overtime worked without prior authorization from a supervisor or Human Resources may result in disciplinary action, up to and including possible termination of employment.

An alternative work schedule has been adopted in California for non-exempt Technician employees (See Human Resources for details), which alters the Overtime Policy outlined above.

## *Meal and Rest Break Policy*

All California employees (except those who are paid on a salary basis) who work more than five (5) hours in a workday are required to take at least a 30-minute meal break. The meal period must begin within the first

five (5) hours of the beginning of the shift. When a work period of not more than six (6) hours will complete the day's work, the meal period can be waived by mutual consent of employer and employee if the waiver is in writing and can be revoked by the employee at any time. Employees who work shifts of more than ten (10) hours are entitled to a second meal period but may waive the second meal if the first meal period has not been waived and the shift will be completed in less than 12 hours. Any waiver of the second meal period must be in writing and submitted before the second meal period.

**Meal periods are provided as follows:**

| Shift Length | Number of 30 Minute Meal Periods | Timing of 30 Minute Meal Period | Waiver Allowed |
|---|---|---|---|
| 5 hours or less | 0 | | |
| More than 5 hours but no more than 6 hours | 1 | No later than the end of the fifth hour of work | Yes, by mutual agreement |
| More than 5 hours but no more than 10 hours | 1 | No later than the end of the fifth hour of work | No |
| More than 10 hours but no more than 12 hours | 2 | First meal period no later than the end of the fifth hour of work<br><br>Second meal period no later than the end of the tenth hour of work | Yes, the second meal period may be waived by mutual agreement if the first meal period was taken and not waived |
| More than 12 hours but no more than 15 hours | 2 | First meal period no later than the end of the fifth hour of work<br><br>Second meal period no later than the end of the tenth hour of work | No |

Management will be responsible for scheduling the employees' meal period, but it should begin no later than the end of the fifth hour of work. For example, an employee who begins working at 8:00 a.m. must begin his or her meal period no later than 1:00 p.m. Employees entitled to a second meal period should schedule it, so it begins no later than the end of their tenth hour of work Employees are encouraged to take their meal periods; they are not expected to work during their meal periods.

During a meal period, employees are relieved of all duties and should not work during this time. When taking a meal period, employees should completely stop working for at least thirty (30) minutes. Employees

are prohibited from working "off the clock" during their meal period. Those employees who use a time clock must clock out for their meal periods. Employees are expected to clock back in and promptly return to work at the end of any meal period. Employees who record their time manually must accurately record their meal periods by recording the beginning and end of each work period. Unless otherwise directed by Human Resources in writing, approval from or notification to Human Resources when taking a meal period is not required.

Employees must notify their supervisor or the Human Resources department immediately if their meal period is interrupted, is taken late, or if they are unable to take a full 30 minutes. Employees may not skip any meal periods in order to shorten their workday.

**Rest Breaks**

The Company authorizes and permits all non-exempt employees to take rest periods. Rest periods are based on an employees' total daily hours worked and will be provided at a rate of ten (10) minutes net rest time per four (4) hours worked or major fraction thereof. Therefore, the Company will provide rest periods as follows:

| Shift Length | Number of 10 Minute Rest Periods |
|---|---|
| Less than 3.5 hours | 0 |
| From 3.5 hours up to 6 hours | 1 |
| More than 6 hours up to 10 hours | 2 |
| More than 10 hours up to 14 hours | 3 |

Rest breaks should be taken as close to the middle of each work period as is practical. Employees are encouraged to take their rest breaks; they are not expected to and should not work during their rest breaks. Non-exempt employees are paid for all rest break periods. Accordingly, employees do not need to clock out when taking a rest break. Employees may not combine their rest periods with any meal periods and may not skip rest periods, so they can leave work early.

Employees that are unable to take a ten (10) minute rest period, or that have their rest period interrupted, must inform their immediate supervisor or the Human Resources department immediately.

**General Requirements for Rest Periods and Meal Breaks.**

All rest breaks and meal periods must be taken outside employees' work areas. Employees should not visit or socialize with employees who are working while taking their rest break or meal period. Employees may leave the premises during meal periods. Employees are required to notify Human Resources immediately if they believe they are being pressured or coerced by any manager, supervisor, or other employee to forego any portion of a provided rest break or meal period.

## *Paid Sick Leave Benefits (Employees Working in Oakland, California)*

The Company provides paid sick leave benefits to the following employees:

Any employee (including part-time employees) who works in Oakland, California for at least two (2) hours per week.

Employees will accrue paid sick leave at the rate of one (1) hour for every 30 hours worked within the geographic boundaries of Oakland, California. Employees begin to accrue paid sick leave on their first day of

work. However, employees are not eligible to use paid sick leave benefits during their first 90 days of employment.

Employees may accrue up to 72 hours of paid sick leave. Once an employee has accrued 72 hours of paid sick leave, the employee will not accrue any additional sick leave until the employee uses some of the paid sick leave and the total accrued drops below 72 hours. Accrued but unused sick leave will carry over into the following year, subject to the 72-hour cap on accrued hours. In no event may an employees' total accrued sick leave benefits exceed 72 hours.

Eligible employees may use sick leave for diagnosis, care, or treatment of an existing health condition of, or preventive care for, an employee or an employees' family member. As used in this policy, family member means child; parent; legal guardian or ward; sibling; grandparent; grandchild; and spouse, registered domestic partner under any state or local law, or designated person. The aforementioned child, parent, sibling, grandparent, and grandchild relationships include not only biological relationships but also relationships resulting from adoption; step-relationships; and foster care relationships. "Child" includes a child of a domestic partner and a child of a person standing in loco parentis. If the Employee has no spouse or registered domestic partner, the Employee may designate, within 30 days of hire and once every year, one (1) person as to whom the Employee may use paid sick leave to aid or care for that person in lieu of a spouse or registered domestic partner. Paid sick leave may also be used by an employee who is a victim of domestic violence, sexual assault, or stalking to obtain relief, including medical attention and psychological counseling. Paid Sick Leave Benefits can be used in minimum increments of one (1) hour.

Sick leave may not be used for vacation or personal time off.

If an employee wishes to take sick leave, he or she must comply with the following:

**Notify Supervisor as Soon as Practicable**

The employee must contact his or her supervisor as far in advance as is practicable. Where feasible, employees should provide notice to their supervisor not less than **2 hours** prior to the start of the shift, so that proper arrangements can be made to handle the employees' work in his or her absence. If the employee is unable to give notice prior to the start of the shift because of a sudden illness, emergency, accident, or it is otherwise impracticable, employees should notify their supervisor as soon as possible. Leaving a message with another employee does not satisfy this responsibility. Employees are also responsible for informing their supervisor of the absence and the anticipated date of return to work. Where an employee fails to call in two (2) hours prior to the beginning of the shift, he or she must provide a satisfactory explanation as to why it was impracticable to do so.

**Medical Certification**

The Company may require employees who are absent more than three (3) consecutive work days due to their own illness, or to care for an ill family member, or in cases of suspected fraud or abuse, to provide appropriate medical documentation from a healthcare provider. Sick employees do not need to disclose any medical conditions regarding the employees' illness. In the case of drivers, the health care provider must certify that the employee is fit to return to commercial driving. The Company will reimburse employees any costs in excess of $5 to obtain medical documentation from a healthcare provider if the employee did not otherwise seek medical attention for their or their family member's illness. For absences lasting less than three (3) consecutive workdays, the Company may require employees to confirm that the employees' use of paid sick leave was for a reason covered under this policy but shall not require a doctor's note.

An employee's failure to contact his or her supervisor or to provide appropriate medical certification when requested may result in a denial of sick leave benefits until the employee provides the appropriate documentation.

2021 CRST The Transportation Solution, Inc. Proprietary and Confidential

Employees are not entitled to a pay-out of unused sick leave when they leave the Company. Sick leave does not count as "hours worked" for purposes of calculating an employees' eligibility for overtime during the week in which the absence occurs. Any employee who attempts to use paid sick leave for a non-medical, non-qualified absence may be subject to discipline, up to and including termination.

Paid sick leave will be paid at the employees' regular wage. Full time salaried employees will be paid eight (8) hours sick pay in lieu of salary for each day of sick leave.

***For Driver employees employed by the following company:***

**CRST The Transportation Solution, Inc.**

The adopting employers of this CRST policy do not intend to limit their rights as an employer by adoption of this Handbook. The purpose of this Handbook is to give a general outline of Company policy and to ensure a general consistency of benefits for all adopting companies. Each individual adopting employer reserves the rights to change, amend, modify, alter, supplement, delete or otherwise terminate the adoption of this Handbook in its sole discretion.

# NOTICE TO EMPLOYEE

***Labor Code section 2810.5***

## EMPLOYEE

Employee Name: Company Drivers – California Residents

Start Date: ____

## EMPLOYER

Legal Name of Hiring Employer: CRST Expedited, Inc.

Is hiring employer a staffing agency/business (e.g., Temporary Services Agency; Employee Leasing Company; or Professional Employer Organization [PEO])? □ Yes x No

Other Names Hiring Employer is "doing business as" (if applicable):

____

Physical Address of Hiring Employer's Main Office:
3930 16th Ave SW Cedar Rapids, IA 52406

Hiring Employer's Mailing Address (if different than above):

____

Hiring Employer's Telephone Number: 319-396-4400

If the hiring employer is a staffing agency/business (above box checked "Yes"), the following is the other entity for whom this employee will perform work:

Name: ____

Physical Address of Main Office: ____

Mailing Address: ____

Telephone Number: ____

## WAGE INFORMATION

Rate(s) of Pay: ____ Overtime Rate(s) of Pay: ____

Rate by (check box): □ Hour □ Shift □ Day □ Week □ Salary □ Piece rate □ Commission

X Other (provide specifics): See CRST Expedited Pay Scale Document

Does a written agreement exist providing the rate(s) of pay? (check box) x Yes □ No

If yes, are all rate(s) of pay and bases thereof contained in that written agreement? □ Yes □ No

Allowances, if any, claimed as part of minimum wage (including meal or lodging allowances):

____

(If the employee has signed the acknowledgment of receipt below, it does not constitute a "voluntary written agreement" as required under the law between the employer and employee in order to credit any meals or lodging against the minimum wage. Any such voluntary written agreement must be evidenced by a separate document.)

Regular Payday: Tuesday and Thursday



Brueck 2-15-22
12
J Curcione
exhibitsticker.com

# CRST Expedited Driver Wage Sheet

Modified: 4/25/07, 10/15/07, 1/1/08, 9/9/09, 3/12/09, 6/21/10, Jul 2011, Oct 2014, 9/25/17, 12/20/17, 1/9/19

| | Co-Driver (see Note 1 below). Effective January 16, 2019 | | | Lead Driver Effective January 16, 2019 | |
|---|---|---|---|---|---|
| LENGTH OF SERVICE | S/T | Rxx | Exx | Lead with a Student (if driver started as S/T) | Lead with a Student (if driver started as an Rxx or Exx) |
| | (Split Miles) | (Split Miles) | (Split Miles) | (Split Miles) | (Split Miles) |
| The numbers indicated apply to months of service completed. | S/T - A student driver who is sent to a contract driver training school (CDTS) for which CRST paid the costs up front. The student requires OTR training. | Rxx - A student driver who has a CDL and whose training was not financed by CRST. He/she does need some OTR training. | Exx - A driver who does not require OTR training. | The Lead Driver split mile pay rate when the Lead Driver is training a Student Driver | The Lead Driver split mile pay rate when the Lead Driver is training a Student Driver |
| Month 0 | .30 | .35 | N/A | N/A | N/A |
| Month 1 | .31 | .35 | N/A | N/A | N/A |
| Month 2 | .32 | .35 | N/A | N/A | N/A |
| Month 3 | .33 | .36 | .36 | N/A | N/A |
| Month 4 | .34 | .37 | .37 | N/A | N/A |
| Month 5 | .35 | .38 | .38 | N/A | N/A |
| Month 6 | .36 | .38 | .38 | N/A | N/A |
| Month 7 | .37 | .39 | .39 | .47 | .49 |
| Month 8 | .38 | .39 | .39 | .48 | .49 |
| Month 9 | .39 | .40 | .40 | .49 | .50 |
| Month 10 | .40 | .40 | .40 | .50 | .50 |
| Month 11 | .41 | .41 | .41 | .51 | .51 |
| Month 12-17 | .42 | .42 | .42 | .52 | .52 |
| Month 18-23 | .43 | .43 | .43 | .53 | .53 |
| Month 24-29 | .43 | .43 | .43 | .53 | .53 |
| Month 30 | .44 | .44 | .44 | .54 | .54 |
| Month 31-41 | .44 | .44 | .44 | .54 | .54 |
| Month 42 | .45 | .45 | .45 | .55 | .55 |
| Month 43-53 | .45 | .45 | .45 | .55 | .55 |
| Month 54-71 | .46 | .46 | .46 | .56 | .56 |
| Month 72-95 | .47 | .47 | .47 | .57 | .57 |
| Month 96+ | .48 | .48 | .48 | .58 | .58 |
| | | | | | |
| | | | | | |
| | | | | | |

**All Drivers - Hazardous Materials Endorsement Per Mile Bonus - which applies when a driver receives a load booked as a HazMat.**

| Hazmat Increase |
|---|
| $0.04 |

NAME: Keith Huckaby

SIGNATURE: [signature]

DATE: 4/10/19

# CRST EXPEDITED ENTRY CLASSIFICATION/WAGE VERIFICATION (JANUARY 2019)
## (Rxx – Non - Contract Student)

NAME Keith Huckaby

All periods of employment and unemployment should be listed in chronological order. Those references that are to be used in computing experienced driver pay rates should be checked in the right-hand column.

| EMPLOYMENT/UNEMPLOYMENT | FROM | TO | MONTHS |
|---|---|---|---|
| 1. Western Express | 1/19 | 3/19 | 2 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |

Total months of eligible experience R02

**Entry Classification Code & Pay Rate.** The entry classification refers to the driver's experience, i.e., the credit given when hired. Pay rates are based on Split Mile Pay (SMP) unless otherwise noted.

| Length of Experience | Entry Classification | Split Mileage Rate<br>Rxx (non-contract)– Effective 1/15/2019 |
|---|---|---|
| Month 0-2 | 0-2 | .40 (circled) |
| Month 3-6 | 3-6 | .40 |
| Month 7-11 | 7-11 | .41 |
| Month 12-17 | 12-17 | .42 |
| Month 18-29 | 18-29 | .43 |
| Month 30-41 | 30-41 | .44 |
| Month 42-53 | 42-53 | .45 |
| Month 54-71 | 54-71 | .46 |
| Month 72-95 | 72-95 | .47 |
| Month 96+ | 96+ | .48 |

ANY WAGE RATE GREATER THAN $0.43/MILE MUST BE APPROVED BY A RECRUITING MANAGER

✓ **Rxx.** I am a recent graduate or inexperienced driver, and I will be in the OTR training program with a lead driver. My wage rate will be .40 when I am assigned to a tractor. **See Note 1.**

Keith Huckaby 4/10/19 JT 4/10/19

Driver Signature Date Reviewer Signature Date

**Note 1.** "Assigned to a tractor" means: 1. Operations has assigned me to a tractor; 2. Operations has assigned me a lead driver (trainer); and 3. Operations intends to place me in the tractor the day I am assigned.

Brueck 2-15-22
13
J Curcione
exhibitsticker.com

CRSTF000055

# CRST EXPEDITED SOLUTIONS WAGE VERIFICATION

## Expedited Pay Scale

This pay scale applies to all drivers in the Expedited Fleet.
The wage verification rate refers to the driver's experience, i.e., the credit given when hired.
Pay rates are based on Split Mile Pay (SMP).

| Length of Experience | Pay Scale *(Split Mileage)* | Mentor Pay* | Combined Rate** |
|---|---|---|---|
| Month 0 | $0.36 | X | $0.36 |
| Months 1-2 | $0.40 | X | $0.40 |
| Months 3-5 | $0.45 | X | $0.45 |
| Months 6-11 | $0.50 | $0.20 | $0.70 |
| Months 12-23 | $0.60 | $0.20 | $0.80 |
| Months 24-35 | $0.61 | $0.20 | $0.81 |
| Months 36-47 | $0.62 | $0.20 | $0.82 |
| Months 48-59 | $0.63 | $0.20 | $0.83 |
| Months 60-71 | $0.64 | $0.20 | $0.84 |
| Months 72 & Up | $0.65 | $0.20 | $0.85 |
| *Drivers eligible to review for Mentor at 6 months recent OTR experience. **Combined Rate is base pay plus Mentor pay added. | | | |
| **Hazardous Materials (HazMat) Endorsement Per Mile Bonus - which applies when a driver receives a load booked as a HazMat: $0.04 cpm** | | | |

**NAME** ______________________________

**ONBOARDING DATE** ______________________________

**Total months of eligible experience/Pay Code** ____________

| | |
|---|---|
| ______ | I am a new driver who has signed a Financial Agreement in school. I will be in the OTR training program with a Driver Mentor. My wage rate will be ________ cents per mile.<br>I will split miles with my Mentor and/or Co-driver. |

| | |
|---|---|
| ______ | I am a driver who came to CRST with my CDL but have no or little recent experience, and I will be in the OTR training program with a Driver Mentor. My wage rate will be _________ cents per mile.<br>I will split miles with my Mentor and/or Co-driver. |
| | |

| | |
|---|---|
| _____ | I am a driver with recent qualifying experience. My wage rate will be _________ cents per mile.<br>I will split miles with my Co-driver and/or Student trainee (if I am a Mentor). |
| **Approved for Mentor? Yes / No** | **Combined wage rate with Mentor bonus:** _________ |

______________________________ ____________

**Driver Signature** **Date**

Revised 12/9/21- JH

Brueck 2-15-22
14
J Curcione
exhibitsticker.com

Huckaby Driver Logs Native File (CRSTF000205)

# Driver Logs

| Date | Driver | First Name | Last Name | City | State | Phone | Driving | Off Duty | On Duty | Sleeper | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/11/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 4/12/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.73 | 9.80 | 0.38 | 4.08 | 24.00 |
| 4/13/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.92 | 1.05 | 0.00 | 13.03 | 24.00 |
| 4/14/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.62 | 0.00 | 0.00 | 23.38 | 24.00 |
| 4/15/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 4/16/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 4/17/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.48 | 1.78 | 0.33 | 12.40 | 24.00 |
| 4/18/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.90 | 9.78 | 0.42 | 3.90 | 24.00 |
| 4/19/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 4/20/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 4/21/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 4/22/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 4/23/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 4/24/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 4/25/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 21.77 | 0.00 | 2.23 | 24.00 |
| 4/26/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 4/27/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.08 | 1.47 | 0.15 | 12.30 | 24.00 |
| 4/28/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.22 | 1.72 | 0.30 | 12.77 | 24.00 |
| 4/29/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 1.97 | 0.00 | 0.43 | 21.60 | 24.00 |
| 4/30/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.55 | 1.07 | 0.17 | 13.22 | 24.00 |
| 5/1/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.15 | 1.13 | 0.13 | 12.58 | 24.00 |
| 5/2/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 7.78 | 0.77 | 0.00 | 15.45 | 24.00 |
| 5/3/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 2.10 | 0.47 | 0.00 | 21.43 | 24.00 |
| 5/4/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 5/5/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 5/6/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 7.95 | 5.67 | 0.28 | 10.10 | 24.00 |
| 5/7/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.60 | 1.42 | 0.10 | 12.88 | 24.00 |
| 5/8/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.05 | 1.58 | 0.00 | 12.37 | 24.00 |
| 5/9/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 4.42 | 0.28 | 0.08 | 19.22 | 24.00 |
| 5/10/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 5.48 | 0.57 | 0.00 | 17.95 | 24.00 |
| 5/11/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 2.98 | 0.00 | 0.12 | 20.90 | 24.00 |
| 5/12/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 4.87 | 7.93 | 0.08 | 11.12 | 24.00 |
| 5/13/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/14/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/15/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/16/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/17/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/18/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/19/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/20/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/21/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/22/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/23/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/24/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/25/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/26/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/27/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/28/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/29/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/30/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/31/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/1/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/2/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/3/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/4/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/5/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |

EXHIBIT 24

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA, 52406
3163 07/05/17 [redacted] PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| [redacted] | XPO DED | SACRAMENTO | CA | XPO LTL | ST LOUIS | MO | 06/28 | 1967 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 983.5 | .0 | .34000 | 334.39 | | | | | | HZ | 39.34 |
| | 983.5 | .0 | | 334.39 | | | | | | | 39.34 |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | PD | 98.35 | 983.5 MI @ $0.100 |
| TOTALS: | | | | | | | 98.35 | |

## DEDUCTIONS

| | ADVANCES | | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS | | | | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | CODE | AMOUNT | | MEMO | TYPE | CODE | AMOUNT | | MEMO |
| | | | | | D | ME | 38.84 | | |
| | | | | | D | DS | 1.38 | | |
| | | | | | D | SL | 35.84 | | |
| TOTALS: | | | | | | | 76.06 | | |

PAY PERIOD: 06/28/17 TO 07/03/17 HRS WORKED: 30.50, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 373.73 | 98.35 | | 35.84 | 8.93 | 20.68 | 4.84 | 40.22 | .45 CA |
| YTD | 19887.53 | 5542.22 | | 243.42 | 703.22 | 1165.68 | 272.64 | 1085.94 | 73.16 |

EXEMPTIONS = M - 01 CHECK #: COMDATA DEFICIT: NET PAY: 361.12
CR PERDIEM = 98.35 YD PERDIEM = 5479.05
SICK PAY AVAILABLE: 0 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

Brueck 2-15-22
25
J Curcione
exhibitsticker.com

CRSTF000957

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA. 52406

[redacted]

3317 09/28/17 PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| [redacted] | XPO DED | SACRAMENTO | CA | XPO LTL | ST LOUIS | MO | 09/21 | 1967 |
| | XPO DED | ST LOUIS | MO | XPO LTL | SACRAMENTO | CA | 09/23 | 1967 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 983.5 | .0 | .34000 | 334.39 | | | | | | HZ | 39.34 |
| | 983.5 | .0 | .34000 | 334.39 | | | | | | | |
| | 1967.0 | .0 | | 668.78 | | | | | | | 39.34 |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | 11.00 | | | PD | 98.35 | 983.5 MI @ $0.100 |
| | | | 11.00 | | | PD | 98.35 | 983.5 MI @ $0.100 |
| TOTALS: | | | 22.00 | | | | 196.70 | |

## DEDUCTIONS

| | ADVANCES | | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS | | | | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | CODE | AMOUNT | | MEMO | TYPE | CODE | AMOUNT | | MEMO |
| TOTALS: | | | | | | | | | |

PAY PERIOD: 09/20/17 TO 09/26/17 HRS WORKED: 41.50, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 708.12 | 218.70 | | | 51.65 | 43.90 | 10.27 | | 8.09 CA |
| YTD | 32539.46 | 0613.07 | | 355.32 | 1366.11 | 1920.17 | 449.11 | 1568.58 | 163.26 |

EXEMPTIONS = M - 01 CHECK #: COMDATA DEFICIT: NET PAY: 812.91

CR PERDIEM = 196.70 YD PERDIEM = 8527.90

SICK PAY AVAILABLE: 24 HOURS.

### DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. *PAYROLL STATEMENT*

PO BOX 68
CEDAR RAPIDS. IA. 52406
285 12/22/17 PAGE: 01

[redacted]

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | .0 | .0 | | | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| TOTALS: | | | | | | | | |

## DEDUCTIONS

| | ADVANCES | | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT | | | | | |
| | | | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS | | | | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | CODE | AMOUNT | | MEMO | TYPE | CODE | AMOUNT | | MEMO |
| E | 9F | 452.00 | | 11300.0 MI @ $0.04 | | | | | |
| TOTALS: | | 452.00 | | | | | | | |

PAY PERIOD: 12/20/17 TO 12/20/17 HRS WORKED: 10.25, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CHECK | 452.00 | | | | 5.20 | 28.02 | 6.55 | | CA |
| YTD | 52282.55 | 182.35 | | 4158.39 | 3206.70 | 3241.18 | 758.20 | | 525.61 |

EXEMPTIONS = M - 03 CHECK #: COMDATA DEFICIT: NET PAY: 412.23

SICK PAY AVAILABLE: 24 HOURS.

### DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA, 52406
2545

[redacted]

02/13/18

PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| TOTALS: | | | | | | | | |

## DEDUCTIONS

| | ADVANCES | | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS | | | | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | CODE | AMOUNT | | MEMO | TYPE | CODE | AMOUNT | | MEMO |
| E | MP | 440.00 | | SHTL 2/5-9 40HRS | D | ME | 39.94 | | 020718 |
| | | | | | D | DS | 2.76 | | 013118 |
| | | | | | D | ME | 39.94 | | 012418 |
| | | | | | D | DS | 2.76 | | 012418 |
| | | | | | D | DS | 2.76 | | 011718 |
| | | | | | D | DS | 2.76 | | 011018 |
| TOTALS: | | | | | | | | | |

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | | | | | | | | | |
| YTD | | | | | | | | | |

-- CONTINUED -- CHECK #: DEFICIT: NET PAY:

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| OA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZO | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. ***PAYROLL STATEMENT***

PO BOX 68
CEDAR RAPIDS, IA. 52406 [redacted]
1595 04/03/18 PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| [redacted] | UPS GROUND | KANSAS CITY | KS | UPS GROUND F | SALT LAKE C | UT | 03/21 | 1072 |
| | UPS GROUND | PICO RIVERA | CA | UPS GROUND F | KANSAS CITY | KS | 03/19 | 1559 |
| | FEDEX FREIG | MIDDLETOWN.D | PA | FEDEX FREIGH | WEST SACRAM | CA | 03/27 | 2679 |
| | ECHO GLOBAL | SALT LAKE CI | UT | CARLISLE SER | CARLISLE | PA | 03/23 | 2009 |
| | KOHLS%DYSON | LATHROP | CA | KOHLS%PERFOR | SANTA FE SP | CA | 03/29 | 0342 |
| | KOHLS%PERFO | SANTA FE SPR | CA | KOHLS DEPART | RIVERSIDE | CA | 03/30 | 0040 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 536.0 | .0 | .35000 | 187.60 | | | | | | | |
| | 779.5 | 23.5 | .35000 | 281.06 | | | | | | | |
| | 1339.5 | 14.0 | .35000 | 473.73 | | | | | | | |
| | 1004.5 | .0 | .35000 | 351.58 | | | | | | MP | 15.00 |
| | 171.0 | 28.0 | .35000 | 69.65 | | | | | | | |
| | 24.0 | .0 | .35000 | 8.40 | | | | | | CW | 15.00 |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | PD | 53.60 | 536.0 MI @ $0.100 |
| | | | | | | PD | 80.30 | 803.0 MI @ $0.100 |
| | | 165.70 | | | | PD | 135.35 | 1353.5 MI @ $0.100 |
| | | | | | | MS | 19.22 | |
| | | | | | | PD | 100.45 | 1004.5 MI @ $0.100 |
| | | | | | | PD | 19.90 | 199.0 MI @ $0.100 |
| TOTALS: | | | | | | | | |

## DEDUCTIONS

| | ADVANCES | | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS | | | | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | CODE | AMOUNT | | MEMO | TYPE | CODE | AMOUNT | | MEMO |
| | | | | | D | DS | 1.30 | | 032818 |
| | | | | | D | ME | 39.94 | | 032118 |
| | | | | | D | DS | 1.38 | | 032118 |
| | | | | | D | ME | 39.94 | | 032818 |
| | | | | | D | M1 | 8.51 | | |
| | | | | | D | DS | 1.38 | | |
| TOTALS: | | | | | | | | | |

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | | | | | | | | | |
| YTD | | | | | | | | | |

-- CONTINUED -- CHECK #: DEFICIT: NET PAY:

### DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA. 52406
1597 04/03/18 [redacted] PAGE: 02

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | 3854.5 | 65.5 | | 1372.02 | | | | | | | 30.00 |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | PD | 2.40 | 24.0 MI @ $0.100 |
| TOTALS: | | 165.70 | | | | | 411.22 | |

## DEDUCTIONS

| | ADVANCES | | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT | | | | | |
| | | | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS | | | | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | CODE | AMOUNT | | MEMO | TYPE | CODE | AMOUNT | | MEMO |
| | | | | | D | ME | 39.94 | | |
| TOTALS: | | | | | | | 132.47 | | |

PAY PERIOD: 03/28/18 TO 04/01/18 HRS WORKED: 20.00. BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| | 1402.02 | 576.92 | | | 168.00 | 78.71 | 18.41 | 132.47 | 63.21 CA |
| | 8968.26 | 2919.72 | | 122.47 | 861.34 | 518.06 | 121.17 | 612.52 | 247.50 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 1518.14
CR PERDIEM = 392.00 YD PERDIEM = 2546.80
SICK PAY AVAILABLE: 24 HOURS.

### DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. *PAYROLL STATEMENT*

PO BOX 68
CEDAR RAPIDS, IA, 52406
175 07/17/18 [redacted] PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| [redacted] | UPS DIRECT | FLORENCE | SC | UNITED PARCE | DALLAS | TX | 07/12 | 1080 |
| | ROBINSON CH | LAKELAND | FL | COSTCO DEPOT | CHARLOTTE | NC | 07/11 | 0547 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 540.0 | 51.5 | .30000 | 177.45 | | | | | | | |
| | 273.5 | 91.0 | .30000 | 109.35 | | | | | | | |
| | 813.5 | 142.5 | | 286.80 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | PD | 59.15 | 591.5 MI @ $0.100 |
| | | | 11.50 | | | PD | 36.45 | 364.5 MI @ $0.100 |
| TOTALS: | | | 11.50 | | | | 95.60 | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| E | WB | 100.00 | | JUNE | | | | | |
| TOTALS: | | 100.00 | | | | | | | |

PAY PERIOD: 07/11/18 TO 07/15/18 HRS WORKED: 40.00. BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| THIS | 386.80 | 107.10 | | | 6.47 | 23.98 | 5.61 | | 2.26 CA |
| YTD | 13216.79 | 4273.95 | | 1557.08 | 426.68 | 819.43 | 191.67 | | 85.75 |

EXEMPTIONS = M - 00 CHECK #: COMDATA DEFICIT: NET PAY: 455.58
CR PERDIEM = 95.60 YD PERDIEM = 4087.94
SICK PAY AVAILABLE: 24 HOURS.

### DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. ***PAYROLL STATEMENT***

PO BOX 68
CEDAR RAPIDS, IA, 52406
217 08/07/18 [redacted] PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | .0 | .0 | | | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| TOTALS: | | | | | | | | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| E | DB | 25.00 | | NM CLEAN INSP | | | | | |
| TOTALS: | | 25.00 | | | | | | | |

PAY PERIOD: 08/01/18 TO 08/05/18 HRS WORKED: 22.75, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX B/S | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CUR | 25.00 | | | | | 1.55 | .36 | | CA |
| YTD | 14115.51 | 4876.90 | | 1557.00 | 431.02 | 875.15 | 204.70 | | 85.75 |

EXEMPTIONS = M - 00 CHECK #: COMDATA DEFICIT: NET PAY: 23.09
CR PERDIEM = 0.00 YD PERDIEM = 4608.89
SICK PAY AVAILABLE: 24 HOURS.

*DESCRIPTION OF CODES*

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

# CRST EXPEDITED, INC. PAYROLL STATEMENT

PO BOX 68
CEDAR RAPIDS, IA, 52406
229 08/09/10 [redacted] PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| [redacted] | NORDSTROM%C | SOUTH GATE | CA | NORDSTROM IN | RIVERSIDE | CA | 08/03 | 0059 |
| | WAYFAIR | RIVERSIDE | CA | WAYFAIR | OKLAHOMA CI | OK | 08/04 | 1295 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 29.5 | 36.0 | .30000 | 19.65 | | | | | | | |
| | 1295.0 | .0 | .11000 | 142.45 | | | | | | | |
| | 1324.5 | 36.0 | | 162.10 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | PD | 6.55 | 65.5 MI @ $0.100 |
| | | | | | | PD | 129.50 | 1295.0 MI @ $0.100 |
| TOTALS: | | | | | | | 136.05 | |

## DEDUCTIONS

| | ADVANCES | | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS | | | | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | CODE | AMOUNT | | MEMO | TYPE | CODE | AMOUNT | | MEMO |
| E | LO | 200.00 | | LAYOVER | | | | | |
| R | PD | 1.00 | | SOLO DH 77471695 | | | | | |
| E | MI | 1.98 | | SOLO DH 77471695 | | | | | |
| TOTALS: | | 203.78 | | | | | | | |

PAY PERIOD: 08/01/18 TO 08/07/18 HRS WORKED: 30.50. BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CUR | 364.08 | 137.85 | | | 14.20 | 22.57 | 5.28 | | 3.11 CA |
| YTD | 14479.59 | 5014.75 | | 1557.08 | 445.23 | 097.72 | 209.98 | | 88.86 |

EXEMPTIONS = M - 00 CHECK #: COMDATA DEFICIT: NET PAY: 456.77
CR PERDIEM = 137.85 YD PERDIEM = 4746.74
SICK PAY AVAILABLE: 24 HOURS.

### DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS. IA. 52406
189 08/21/18 [redacted] PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | .0 | .0 | | | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| TOTALS: | | | | | | | | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| E | CZ | 500.00 | | | | | | | |
| TOTALS: | | 500.00 | | | | | | | |

PAY PERIOD: 08/15/18 TO 08/19/18 HRS WORKED: 32.00, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CUR | 500.00 | | | | 27.79 | 31.00 | 7.25 | | 5.73 CA |
| YTD | 15123.51 | 5145.50 | | 1557.00 | 473.01 | 937.64 | 219.31 | | 94.59 |

EXEMPTIONS = M - 00 CHECK #: COMDATA DEFICIT: NET PAY: 428.23
CR PERDIEM = 0.00 YD PERDIEM = 4877.49
SICK PAY AVAILABLE: 24 HOURS.

### DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| JZ | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA, 52406
[redacted]
211 08/23/18 PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| [redacted] | WAYFAIR | RIVERSIDE | CA | WAYFAIR | CRANBURY | NJ | 08/17 | 2689 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 1344.5 | .0 | .30000 | 403.35 | | | | | | LT | 134.45 |
| | 1344.5 | .0 | | 403.35 | | | | | | | 134.45 |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | PD | 134.45 | 1344.5 MI @ $0.100 |
| TOTALS: | | | | | | | 134.45 | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

EARNINGS/REIMBURSEMENTS

| TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|
| R | PD | 1.80 | | SOLO DH [redacted] |
| E | MI | 1.98 | | SOLO DH |
| R | TO | 81.00 | | TOLLS |
| TOTALS: | | 84.78 | | |

DEDUCTIONS

| TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|
| | | | | |

PAY PERIOD: 08/15/18 TO 08/21/18 HRS WORKED: 46.25, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CUR | 539.78 | 217.25 | | | 31.77 | 33.47 | 7.83 | | 6.60 CA |
| YTD | 15663.29 | 5362.75 | | 1557.00 | 504.78 | 971.11 | 227.14 | | 101.19 |

EXEMPTIONS = M - 00 CHECK #: COMDATA DEFICIT: NET PAY: 677.36

CR PERDIEM = 136.25 YD PERDIEM = 5013.74

SICK PAY AVAILABLE: 24 HOURS.

### DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. *PAYROLL STATEMENT*

PO BOX 68
CEDAR RAPIDS, IA. 52406
217 09/05/18 [redacted] PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| [redacted] | UPS GROUND | PALATINE | IL | UPS GROUND F | IRVING | TX | 08/28 | 0934 |
| | WAYFAIR | FLOWER MOUND | TX | WAYFAIR | PERRIS | CA | 08/30 | 1337 |
| | DAL TILE%AM | SUNNYVALE | TX | DAL TILE INT | DALLAS | TX | 08/29 | 0015 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 467.0 | 150.0 | .30000 | 185.10 | | | | | | LT | 61.70 |
| | 668.5 | 14.0 | .30000 | 204.75 | | | | | | LT | 68.25 |
| | 7.5 | 12.5 | .30000 | 6.00 | | | | | | LT | 2.00 |
| | 1143.0 | 176.5 | | 395.85 | | | | | | | 131.95 |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | PD | 61.70 | 617.0 MI @ $0.100 |
| | | | | | | PD | 68.25 | 682.5 MI @ $0.100 |
| | | | | | | PD | 2.00 | 20.0 MI @ $0.100 |
| TOTALS: | | | | | | | 131.95 | |

## DEDUCTIONS

| | ADVANCES | | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS | | | | DEDUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| TYPE | CODE | AMOUNT | MEMO | TYPE | CODE | AMOUNT | MEMO |
| E | CW | 50.00 | CITY WORK | | | | |
| R | TO | 22.50 | TOLLS | | | | |
| TOTALS: | | 72.50 | | | | | |

PAY PERIOD: 08/29/18 TO 09/03/18 HRS WORKED: 28.00, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| THIS | 577.80 | 154.45 | | | 35.57 | 35.82 | 8.38 | | 7.44 CA |
| YTD | 17164.49 | 5769.55 | | 1557.08 | 588.27 | 1064.18 | 248.91 | | 118.40 |

EXEMPTIONS = M - 00 CHECK#: COMDATA DEFICIT: NET PAY: 645.04
CR PERDIEM = 131.95 YD PERDIEM = 5376.54
SICK PAY AVAILABLE: 24 HOURS.

### DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. PAYROLL STATEMENT

PO BOX 68
CEDAR RAPIDS, IA. 52406
185 09/11/18 [redacted] PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| [redacted] | FEDEX GROUN | BLOOMINGTON | CA | FEDEX GROUND | LEWISBERRY | PA | 09/05 | 2551 |
| | RESTORATION | RIVERSIDE | CA | RESTORATION | RIVERSIDE | CA | 08/04 | 0001 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 1275.5 | 27.0 | .30000 | 390.75 | | | | | | LT | 30.25 |
| | .5 | .0 | .30000 | .15 | | | | | | | |
| | 1276.0 | 27.0 | | 390.90 | | | | | | | 30.25 |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | 89.45 | | | | PD | 130.25 | 1302.5 MI @ $0.100 |
| | | | | | | PD | .05 | 0.5 MI @ $0.100 |
| TOTALS: | | 89.45 | | | | | 130.30 | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| E | 6P | 300.00 | | DISC ALLOT | | | | | |
| TOTALS: | | 300.00 | | | | | | | |

PAY PERIOD: 09/06/18 TO 09/09/18 HRS WORKED: 28.75, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 821.15 | 219.75 | | | 64.56 | 50.91 | 11.91 | | 12.79 CA |
| YTD | 17985.64 | 5989.30 | | 1557.08 | 652.83 | 1115.09 | 260.82 | | 131.19 |

EXEMPTIONS = M - 00 CHECK #: COMDATA DEFICIT: NET PAY: 900.73
CR PERDIEM = 130.30 YD PERDIEM = 5506.84
SICK PAY AVAILABLE: 24 HOURS.

DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA. 52406
205 09/27/18 [redacted]
PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| [redacted] | XPO DED | KANSAS CITY | KS | XPO DED | SANTA FE SP | CA | 09/21 | 1561 |
| | L BRANDS%TU | RIVERSIDE | CA | L BRANDS%BOC | SANTA CLARI | CA | 09/25 | 0086 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 780.5 | .0 | .30000 | 234.15 | | | | | | LT | 78.05 |
| | 43.0 | 24.0 | .30000 | 20.10 | | | | | | LT | 6.70 |
| | 823.5 | 24.0 | | 254.25 | | | | | | | 84.75 |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | PD | 78.05 | 780.5 MI @ $0.100 |
| | | | | | | PD | 6.70 | 67.0 MI @ $0.100 |
| TOTALS: | | | | | | | 84.75 | |

## DEDUCTIONS

| ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|
| TOTALS: | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| R | SC | 11.50 | | SCALE | | | | | |
| TOTALS: | | 11.50 | | | | | | | |

PAY PERIOD: 09/19/18 TO 09/25/18 HRS WORKED: 48.50, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| | 339.00 | 96.25 | | | 11.69 | 21.02 | 4.92 | | 2.83 CA |
| | 20327.64 | 6610.49 | | 1557.08 | 778.16 | 1260.29 | 294.79 | | 157.26 |

EXEMPTIONS = M - 00 CHECK#: COMDATA DEFICIT: NET PAY: 394.79

CR PERDIEM = 84.75 YD PERDIEM = 6092.34

SICK PAY AVAILABLE: 24 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA. 52406
697 10/04/18 PAGE: 01

[redacted]

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| * 7 DAYS * | .0 | .0 | | 1000.00 | | | | | | | |
| | .0 | .0 | | 1000.00 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | D | BZ | 13.00 | | |
| | | | | | D | PE | 5.00 | | |
| | | | | | D | HS | 22.00 | | |
| TOTALS: | | | | | | | 40.00 | | |

PAY PERIOD: 09/26/18 TO 10/02/18 HRS WORKED: 34.00, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 1000.00 | | | 40.00 | 108.70 | 62.00 | 14.50 | | 37.34 CA |
| YTD | 9138.14 | 3023.20 | | 789.00 | 682.16 | 566.59 | 132.51 | | 162.95 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 737.46

CR PERDIEM = 0.00 YD PERDIEM = 2824.70

SICK PAY AVAILABLE: 24 HOURS.

### DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA. 52406
1503 01/31/19 PAGE: 01

[redacted]

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| [redacted] | L BRANDS | REYNOLDSBURG | OH | L BRANDS%SPE | RIVERSIDE | CA | 01/25 | 2197 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 1098.5 | 11.0 | .31000 | 343.95 | | | | | | | |
| | 1098.5 | 11.0 | | 343.95 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | PD | 110.95 | 1109.5 MI @ $0.100 |
| TOTALS: | | | | | | | 110.95 | |

## DEDUCTIONS

| | ADVANCES | | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

EARNINGS/REIMBURSEMENTS

| TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|
| E | RB | 100.00 | | OP REFERRAL BONUS |
| R | TO | 85.35 | | TOLLS GB |
| TOTALS: | | 185.35 | | |

DEDUCTIONS

| TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|
| D | SA | 85.35 | | S 690021516 01/29A |
| TOTALS: | | 85.35 | | |

PAY PERIOD: 01/23/19 TO 01/29/19 HRS WORKED: 36.75. BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| PERIOD | 443.95 | 196.30 | | 85.35 | 10.93 | 27.52 | 6.44 | | CA |
| YTD | 2765.64 | 1063.10 | | 589.73 | 117.62 | 156.96 | 36.71 | 233.93 | 14.79 |

EXEMPTIONS = S - 02 CHECK #: COMDATA DEFICIT: NET PAY: 510.01
CR PERDIEM = 110.95 YD PERDIEM = 795.35
SICK PAY AVAILABLE: 24 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

# CRST EXPEDITED, INC. PAYROLL STATEMENT

PO BOX 68
CEDAR RAPIDS, IA. 52406
1345 02/12/19 [redacted] PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | .0 | .0 | | | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | | |

## DEDUCTIONS

| | ADVANCES | | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS | | | | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | CODE | AMOUNT | | MEMO | TYPE | CODE | AMOUNT | | MEMO |
| E | BK | 100.00 | | 0206-0208 ND | D | M1 | 6.55- | | DEDUCTED IN ERROR |
| E | BK | 400.00 | | 0207-0212 | D | DS | 1.59 | | |
| E | 4Z | 250.00 | | CA ORIENT BONUS | D | M1 | 1.96 | | |
| | | | | | D | HX | 8.08 | | |
| | | | | | D | HM | 34.03 | | |
| TOTALS: | | 750.00 | | | | | 39.11 | | |

PAY PERIOD: 02/06/19 TO 02/10/19 HRS WORKED: 9.75, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| | 750.00 | | | | 53.42 | 44.08 | 10.31 | 39.11 | 12.44 CA |
| | 3059.68 | 1157.95 | | 550.62 | 176.98 | 219.54 | 51.34 | 318.70 | 27.23 |

EXEMPTIONS = S - 02 CHECK #: COMDATA DEFICIT: NET PAY: 590.64
CR PERDIEM = 0.00 YD PERDIEM = 890.20
SICK PAY AVAILABLE: 24 HOURS.

### DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 60
CEDAR RAPIDS, IA. 52406
1443 03/26/19 PAGE: 01

[redacted]

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| [redacted] | XPO LTL | PHOENIX | AZ | XPO LTL | GARY | IN | 03/19 | 1738 |
| | XPO DED | LA SALLE | IL | XPO DED | ALBUQUERQUE | NM | 03/21 | 1188 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 869.0 | .0 | .31000 | 269.39 | | | | | | | |
| | 594.0 | 50.5 | .31000 | 199.80 | | | | | | | |
| | 1463.0 | 50.5 | | 469.19 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | 11.50 | | | MS | 2.00 | |
| | | | | | | PD | 86.90 | 869.0 MI @ $0.100 |
| | | 15.50 | | | | PD | 64.45 | 644.5 MI @ $0.100 |
| TOTALS: | | 15.50 | 11.50 | | | | 153.35 | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| [redacted] | | 40.00 | 4.00 | 03/19/19 | | | |
| TOTALS: | | 40.00 | 4.00 | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | D | M1 | 1.96 | | |
| | | | | | D | DS | 1.59 | | |
| | | | | | D | HM | 34.03 | | |
| | | | | | D | HX | 8.08 | | |
| TOTALS: | | | | | | | 45.66 | | |

PAY PERIOD: 03/20/19 TO 03/24/19 HRS WORKED: 21.50. BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CUR | 469.19 | 180.35 | | 44.00 | 18.94 | 26.26 | 6.14 | 45.66 | .66 CA |
| YTD | 8005.69 | 2371.80 | | 632.07 | 351.71 | 459.62 | 107.49 | 592.66 | 47.52 |

EXEMPTIONS = S - 02 CHECK #: COMDATA DEFICIT: NET PAY: 507.88

CR PERDIEM = 151.35 YD PERDIEM = 2001.80

SICK PAY AVAILABLE: 24 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA, 52406
2023 04/18/19

HUCKABY, KEITH H.
0-IY33 2258 1096
PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| 78902218 | CAT LOG%JON | CALEXICO | CA | CAT MEXICO | LAREDO | TX | 04/11 | 1213 |
| 78911733A | LITHONIA | LAREDO | TX | ACUITY BRAND | CONYERS | GA | 04/12 | 1122 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 78902218 | 606.5 | 83.5 | .40000 | 276.00 | | | | | | | |
| 78911733A | 561.0 | .0 | .40000 | 224.40 | | | | | | | |
| | 1167.5 | 83.5 | | 500.40 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| 78902218 | 78902218 | | | | | | | |
| 78911733A | 78911733 | | | | | | | |
| TOTALS: | | | | | | | | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| E | SB | 200.00 | | SIGN ON BONUS | | | | | |
| E | SZ | 96.00 | | | | | | | |
| TOTALS: | | 296.00 | | | | | | | |

PAY PERIOD: 04/10/19 TO 04/16/19 HRS WORKED: 20.00, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 796.40 | | | | 54.00 | 49.38 | 11.55 | | 9.64 CA |
| YTD | 796.40 | | | | 54.00 | 49.38 | 11.55 | | 9.64 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 671.83
YOUR TAKE HOME PAY WOULD HAVE INCREASED $10.48 USING PERDIEM THIS PAYROLL.
SICK PAY AVAILABLE: 24 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

EXHIBIT
26

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA, 52406
1881

04/23/19

HUCKABY, KEITH H.
0-IY33 2258 1096
PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| 78935107 | SHAW INDUST | ADAIRSVILLE | GA | SHAW INDUSTR | CYPRESS | CA | 04/16 | 2122 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 78935107 | 1061.0 | 44.5 | .40000 | 442.20 | | | | | | | |
| | 1061.0 | 44.5 | | 442.20 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| 78935107 | 78935107 | | | | | | | |
| TOTALS: | | | | | | | | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | D | DT | 25.00 | | |
| TOTALS: | | | | | | | 25.00 | | |

PAY PERIOD: 04/17/19 TO 04/21/19 HRS WORKED: 19.50, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 442.20 | | | 25.00 | 30.87 | 27.42 | 6.41 | | 3.56 CA |
| YTD | 1238.60 | | | 25.00 | 84.87 | 76.80 | 17.96 | | 13.20 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 348.94

YOUR TAKE HOME PAY WOULD HAVE INCREASED $6.26 USING PERDIEM THIS PAYROLL.

SICK PAY AVAILABLE: 24 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA, 52406
1887 05/02/19

HUCKABY, KEITH H.
0-IY33 2258 1096
PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| 79000065 | L BRANDS%TH | CITY OF INDU | CA | L BRANDS%BAT | NEW ALBANY, | OH | 04/26 | 2220 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79000065 | 1110.0 | 70.5 | .40000 | 472.20 | | | | | | | |
| | 1110.0 | 70.5 | | 472.20 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| 79000065 | 79000065 | | | | | | | |
| TOTALS: | | | | | | | | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | D | 4M | 7.50 | | |
| | | | | | D | DT | 25.00 | | |
| TOTALS: | | | | | | | 32.50 | | |

PAY PERIOD: 04/24/19 TO 04/30/19 HRS WORKED: 32.75, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 472.20 | | | 32.50 | 34.47 | 29.28 | 6.85 | | 4.22 CA |
| YTD | 1710.80 | | | 57.50 | 119.34 | 106.08 | 24.81 | | 17.42 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 364.88

YOUR TAKE HOME PAY WOULD HAVE INCREASED $7.15 USING PERDIEM THIS PAYROLL.

SICK PAY AVAILABLE: 24 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA, 52406
1909 05/07/19

HUCKABY, KEITH H.
0-IY33 2258 1096
PAGE: 01

**TRIP INFORMATION**

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| 79018162 | SCHENKER DB | FLORENCE | KY | SCHENKER DB% | PORTLAND | OR | 04/29 | 2322 |
| 79024791 | TJX SOLO%RI | PORTLAND | OR | TJX%NATIONAL | RANCHO DOMI | CA | 05/02 | 0977 |

**TAXABLE COMPENSATION**

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79018162 | 1161.0 | 65.5 | .40000 | 490.60 | | | | | | | |
| 79024791 | 488.5 | .0 | .40000 | 195.40 | | | | | | | |
| | 1649.5 | 65.5 | | 686.00 | | | | | | | |

**NON-TAXABLE REIMBURSEMENTS & COMPENSATION**

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| 79018162 | 79018162 | | | | | | | |
| 79024791 | 79024791 | | | | | | | |
| TOTALS: | | | | | | | | |

**DEDUCTIONS**

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | |

**NON-LOAD RELATED ITEMS**

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | D | 4M | 7.50 | | |
| TOTALS: | | | | | | | 7.50 | | |

PAY PERIOD: 05/01/19 TO 05/05/19 HRS WORKED: 19.75, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 686.00 | | | 7.50 | 60.13 | 42.53 | 9.95 | | 13.59 CA |
| YTD | 2396.80 | | | 65.00 | 179.47 | 148.61 | 34.76 | | 31.01 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 552.30
YOUR TAKE HOME PAY WOULD HAVE INCREASED $15.21 USING PERDIEM THIS PAYROLL.
SICK PAY AVAILABLE: 24 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

Brueck 2-15-22
26
J Curcione
exhibitsticker.com

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA, 52406
1949 05/09/19

HUCKABY, KEITH H.
0-IY33 2258 1096
PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | .0 | .0 | | | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| E | SB | 200.00 | | SIGN ON BONUS | | | | | |
| TOTALS: | | 200.00 | | | | | | | |

PAY PERIOD: 05/01/19 TO 05/07/19 HRS WORKED: 37.25, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 200.00 | | | | 4.62 | 12.40 | 2.90 | | CA |
| YTD | 2596.80 | | | 65.00 | 184.09 | 161.01 | 37.66 | | 31.01 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 180.08

SICK PAY AVAILABLE: 24 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68 HUCKABY, KEITH H.
CEDAR RAPIDS, IA, 52406 0-IY33 2258 1096
1963 05/14/19 PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| 78873009 | UPS GROUND | FONTANA | CA | UPS GROUND F | MEMPHIS | TN | 05/06 | 1750 |
| 78930993 | UPS GROUND | MEMPHIS | TN | UPS GROUND F | BLAINE | MN | 05/08 | 0823 |
| 79084052 | ECHO GLOBAL | ST PAUL | MN | Y | OKLAHOMA CI | OK | 05/09 | 0785 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 78873009 | 875.0 | 28.0 | .28000 | 252.84 | | | | | | | |
| 78930993 | 411.5 | .0 | .28000 | 115.22 | | | | | | | |
| 79084052 | 392.5 | 11.0 | .28000 | 112.98 | | | | | | | |
| | 1679.0 | 39.0 | | 481.04 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| 78873009 | 78873009 | | | | | PD | 90.30 | 903.0 MI @ $0.100 |
| 78930993 | 78930993 | | | | | PD | 41.15 | 411.5 MI @ $0.100 |
| 79084052 | 79084052 | | | | | PD | 40.35 | 403.5 MI @ $0.100 |
| TOTALS: | | | | | | | 171.80 | |

## DEDUCTIONS

| ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|
| TOTALS: | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | D | 4M | 7.50 | | |
| TOTALS: | | | | | | | 7.50 | | |

PAY PERIOD: 05/08/19 TO 05/12/19 HRS WORKED: 27.00, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 481.04 | 171.80 | | 7.50 | 35.53 | 29.82 | 6.98 | | 4.57 CA |
| YTD | 3077.84 | 171.80 | | 72.50 | 219.62 | 190.83 | 44.64 | | 35.58 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 568.44
CR PERDIEM = 171.80 YD PERDIEM = 171.80
SICK PAY AVAILABLE: 24 HOURS.

## DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA, 52406
1907 05/16/19

HUCKABY, KEITH H.
0-IY33 2258 1096
PAGE: 01

**TRIP INFORMATION**

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| 79079389A | ROBINSON CH | OKLAHOMA CIT | OK | WESTEX | PHOENIX | AZ | 05/10 | 0997 |

**TAXABLE COMPENSATION**

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79079389A | 498.5 | .0 | .28000 | 139.58 | | | | | | | |
| | 498.5 | .0 | | 139.58 | | | | | | | |

**NON-TAXABLE REIMBURSEMENTS & COMPENSATION**

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| 79079389A | 79079389 | | | | | PD | 49.85 | 498.5 MI @ $0.100 |
| TOTALS: | | | | | | | 49.85 | |

**DEDUCTIONS**

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | |

**NON-LOAD RELATED ITEMS**

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | | | |

PAY PERIOD: 05/08/19 TO 05/14/19 HRS WORKED: 27.00, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 139.58 | 49.85 | | | | 8.65 | 2.02 | | CA |
| YTD | 3217.42 | 221.65 | | 72.50 | 219.62 | 199.48 | 46.66 | | 35.58 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 178.76
CR PERDIEM = 49.85 YD PERDIEM = 221.65
SICK PAY AVAILABLE: 24 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68 HUCKABY, KEITH H.
CEDAR RAPIDS, IA, 52406 0-IY33 2258 1096
1993 05/23/19 PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | .0 | .0 | | | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| TOTALS: | | | | | | | | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | D | 4M | 7.50 | | |
| TOTALS: | | | | | | | 7.50 | | |

PAY PERIOD: 05/15/19 TO 05/21/19 HRS WORKED: 0.00, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | | | | 7.50 | | | | | CA |
| YTD | 3217.42 | 221.65 | | 80.00 | 219.62 | 199.48 | 46.66 | | 35.58 |

EXEMPTIONS = S - 01 CHECK #: DEFICIT: 7.50- NET PAY:
CR PERDIEM = 0.00 YD PERDIEM = 221.65
SICK PAY AVAILABLE: 24 HOURS.

### DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA, 52406
1941 06/06/19

HUCKABY, KEITH H.
0-IY33 2258 1096
PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | .0 | .0 | | | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| TOTALS: | | | | | | | | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| E | MI | 44.10 | | FINAL DH | D | AR | 7.50 | | AUTO DEFICIT AMT |
| R | PD | 15.75 | | FINAL DH | | | | | |
| TOTALS: | | 59.85 | | | | | 7.50 | | |

PAY PERIOD: 05/30/19 TO 06/04/19 HRS WORKED: 0.00, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 44.10 | 15.75 | | 7.50 | | 2.73 | .64 | | CA |
| YTD | 3261.52 | 237.40 | | 87.50 | 219.62 | 202.21 | 47.30 | | 35.58 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 48.98
CR PERDIEM = 15.75 YD PERDIEM = 237.40

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA, 52406
1839 06/25/19

HUCKABY, KEITH H.
0-IY33 2237 1096
PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| 79300234 | XPO ADHOC | SANTA FE SPR | CA | XPO LTL | LORDSTOWN | OH | 06/18 | 2377 |
| 79301647 | LOREAL DIST | STREETSBORO | OH | SALONCENTRIC | RIVERSIDE | CA | 06/20 | 2318 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79300234 | 1188.5 | 24.0 | .28000 | 339.50 | | | | | | | |
| 79301647 | 1159.0 | 16.5 | .28000 | 329.14 | | | | | | | |
| | 2347.5 | 40.5 | | 668.64 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| 79300234 | 79300234 | | | | | PD | 121.25 | 1212.5 MI @ $0.100 |
| 79301647 | 79301647 | | | | | PD | 117.55 | 1175.5 MI @ $0.100 |
| TOTALS: | | | | | | | 238.80 | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | | | |

PAY PERIOD: 06/19/19 TO 06/23/19 HRS WORKED: 32.25, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 668.64 | 238.80 | | | 58.04 | 41.46 | 9.70 | | 12.82 CA |
| YTD | 3930.16 | 476.20 | | 87.50 | 277.66 | 243.67 | 57.00 | | 48.40 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 785.42
CR PERDIEM = 238.80 YD PERDIEM = 476.20
SICK PAY AVAILABLE: 24 HOURS.

### DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA, 52406
1879 06/27/19

HUCKABY, KEITH H.
0-IY33 2237 1096
PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | .0 | .0 | | | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| TOTALS: | | | | | | | | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| R | TO | 11.50 | | | | | | | |
| TOTALS: | | 11.50 | | | | | | | |

PAY PERIOD: 06/19/19 TO 06/25/19 HRS WORKED: 39.25, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | | 11.50 | | | | | | | CA |
| YTD | 3930.16 | 487.70 | | 87.50 | 277.66 | 243.67 | 57.00 | | 48.40 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 11.50
CR PERDIEM = 0.00 YD PERDIEM = 476.20
SICK PAY AVAILABLE: 24 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA. 52406
1871 07/02/19

HUCKABY, KEITH H.
0-IY33 2237 1096
PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| 79230084 | XPO DED | SANTA FE SPR | CA | XPO DED | CINCINNATI | OH | 06/25 | 2149 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79230084 | 1074.5 | 24.0 | .28000 | 307.58 | | | | | | | |
| | 1074.5 | 24.0 | | 307.58 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| 79230084 | 79230084 | 38.00 | | | | PD | 109.85 | 1098.5 MI @ $0.100 |
| TOTALS: | | 38.00 | | | | | 109.85 | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| R | SC | 11.50 | | 79301647 | | | | | |
| TOTALS: | | 11.50 | | | | | | | |

PAY PERIOD: 06/26/19 TO 06/30/19 HRS WORKED: 34.00, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 307.58 | 159.35 | | | 15.37 | 19.07 | 4.46 | | .60 CA |
| YTD | 4237.74 | 647.05 | | 87.50 | 293.03 | 262.74 | 61.46 | | 49.00 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 427.43

CR PERDIEM = 109.85 YD PERDIEM = 586.05

SICK PAY AVAILABLE: 24 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA, 52406
1857 07/05/19

HUCKABY, KEITH H.
0-IY33 2237 1096
PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| 79230359 | XPO DED | CINCINNATI | OH | XPO DED | SANTA FE SP | CA | 06/27 | 2149 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79230359 | 1074.5 | .0 | .28000 | 300.86 | | | | | | | |
| | 1074.5 | .0 | | 300.86 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| 79230359 | 79230359 | | | | | PD | 107.45 | 1074.5 MI @ $0.100 |
| TOTALS: | | | | | | | 107.45 | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| R | TO | 38.00 | | TOLLS | | | | | |
| R | TO | 38.00 | | 79300234 | | | | | |
| TOTALS: | | 76.00 | | | | | | | |

PAY PERIOD: 06/26/19 TO 07/03/19 HRS WORKED: 54.00, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 300.86 | 183.45 | | | 14.70 | 18.65 | 4.36 | | .45 CA |
| YTD | 4538.60 | 830.50 | | 87.50 | 307.73 | 281.39 | 65.82 | | 49.45 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 446.15
CR PERDIEM = 107.45 YD PERDIEM = 693.50
SICK PAY AVAILABLE: 24 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA, 52406
1635 07/09/19

HUCKABY, KEITH H.
0-IY33 2237 1096
PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| 79330502 | XPO DED | SANTA FE SPR | CA | XPO DED | CINCINNATI | OH | 07/02 | 2149 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79330502 | 1074.5 | .0 | .28000 | 300.86 | | | | | | | |
| | 1074.5 | .0 | | 300.86 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| 79330502 | 79330502 | | | | | PD | 107.45 | 1074.5 MI @ $0.100 |
| TOTALS: | | | | | | | 107.45 | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | | | |

PAY PERIOD: 07/04/19 TO 07/07/19 HRS WORKED: 23.75, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 300.86 | 107.45 | | | 14.70 | 18.65 | 4.36 | | .45 CA |
| YTD | 4839.46 | 937.95 | | 87.50 | 322.43 | 300.04 | 70.18 | | 49.90 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 370.15
CR PERDIEM = 107.45 YD PERDIEM = 800.95
SICK PAY AVAILABLE: 24 HOURS.

### DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA. 52406
1691 07/11/19

HUCKABY, KEITH H.
0-IY33 2237 1096
PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| 79356621 | XPO DED | CINCINNATI | OH | XPO DED | SANTA FE SP | CA | 07/04 | 2149 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79356621 | 1074.5 | .0 | .28000 | 300.86 | | | | | | | |
| | 1074.5 | .0 | | 300.86 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| 79356621 | 79356621 | | | | | PD | 107.45 | 1074.5 MI @ $0.100 |
| TOTALS: | | | | | | | 107.45 | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | | | |

PAY PERIOD: 07/04/19 TO 07/09/19 HRS WORKED: 30.75, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 300.86 | 107.45 | | | 14.70 | 18.65 | 4.36 | | .45 CA |
| YTD | 5140.32 | 1045.40 | | 87.50 | 337.13 | 318.69 | 74.54 | | 50.35 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 370.15
CR PERDIEM = 107.45 YD PERDIEM = 908.40
SICK PAY AVAILABLE: 24 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA, 52406
1761 07/16/19

HUCKABY, KEITH H.
0-IY33 2237 1096
PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| 79381211 | XPO DED | SANTA FE SPR | CA | XPO DED | CINCINNATI | OH | 07/09 | 2149 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79381211 | 1074.5 | 48.0 | .28000 | 314.30 | | | | | | | |
| | 1074.5 | 48.0 | | 314.30 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| 79381211 | 79381211 | 38.00 | | | | PD | 112.25 | 1122.5 MI @ $0.100 |
| TOTALS: | | 38.00 | | | | | 112.25 | |

## DEDUCTIONS

| | ADVANCES | | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS | | | | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | CODE | AMOUNT | | MEMO | TYPE | CODE | AMOUNT | | MEMO |
| TOTALS: | | | | | | | | | |

PAY PERIOD: 07/10/19 TO 07/14/19 HRS WORKED: 35.00, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 314.30 | 150.25 | | | 16.05 | 19.49 | 4.56 | | .75 CA |
| YTD | 5454.62 | 1195.65 | | 87.50 | 353.18 | 338.18 | 79.10 | | 51.10 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 423.70
CR PERDIEM = 112.25 YD PERDIEM = 1020.65
SICK PAY AVAILABLE: 24 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA, 52406
1731 07/18/19

HUCKABY, KEITH H.
0-IY33 2237 1096
PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| 79382042 | XPO DED | CINCINNATI | OH | XPO DED | SANTA FE SP | CA | 07/11 | 2149 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79382042 | 1074.5 | .0 | .28000 | 300.86 | | | | | | | |
| | 1074.5 | .0 | | 300.86 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| 79382042 | 79382042 | | | | | PD | 107.45 | 1074.5 MI @ $0.100 |
| TOTALS: | | | | | | | 107.45 | |

## DEDUCTIONS

| | ADVANCES | | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS | | | | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | CODE | AMOUNT | | MEMO | TYPE | CODE | AMOUNT | | MEMO |
| TOTALS: | | | | | | | | | |

PAY PERIOD: 07/10/19 TO 07/16/19 HRS WORKED: 42.50, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 300.86 | 107.45 | | | 14.70 | 18.65 | 4.36 | | .45 CA |
| YTD | 5755.48 | 1303.10 | | 87.50 | 367.88 | 356.83 | 83.46 | | 51.55 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 370.15

CR PERDIEM = 107.45 YD PERDIEM = 1128.10

SICK PAY AVAILABLE: 24 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA. 52406
1923 07/23/19

HUCKABY, KEITH H.
0-IY33 2237 1096
PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| 79389053 | XPO DED | SANTA FE SPR | CA | XPO LTL | CINCINNATI | OH | 07/16 | 2149 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79389053 | 1074.5 | 48.0 | .28000 | 314.30 | | | | | | | |
| | 1074.5 | 48.0 | | 314.30 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| 79389053 | 79389053 | 41.00 | | | | PD | 112.25 | 1122.5 MI @ $0.100 |
| TOTALS: | | 41.00 | | | | | 112.25 | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | | | |

PAY PERIOD: 07/17/19 TO 07/21/19 HRS WORKED: 35.25. BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 314.30 | 153.25 | | | 16.05 | 19.49 | 4.56 | | .75 CA |
| YTD | 6069.78 | 1456.35 | | 87.50 | 383.93 | 376.32 | 88.02 | | 52.30 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 426.70

CR PERDIEM = 112.25 YD PERDIEM = 1240.35

SICK PAY AVAILABLE: 24 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA, 52406
1639 07/25/19

HUCKABY, KEITH H.
0-IY33 2237 1096
PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| 79389329 | XPO DED | CINCINNATI | OH | XPO LTL | SANTA FE SP | CA | 07/18 | 2149 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79389329 | 1074.5 | .0 | .28000 | 300.86 | | | | | | | |
| | 1074.5 | .0 | | 300.86 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| 79389329 | 79389329 | | | | | PD | 107.45 | 1074.5 MI @ $0.100 |
| TOTALS: | | | | | | | 107.45 | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| TOTALS: | | | | | | | | | |

PAY PERIOD: 07/17/19 TO 07/23/19 HRS WORKED: 35.25, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 300.86 | 107.45 | | | 14.70 | 18.65 | 4.36 | | .45 CA |
| YTD | 6370.64 | 1563.80 | | 87.50 | 398.63 | 394.97 | 92.38 | | 52.75 |

EXEMPTIONS = S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 370.15

CR PERDIEM = 107.45 YD PERDIEM = 1347.80

SICK PAY AVAILABLE: 24 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 8/18/2019 - 8/24/2019 | 8/30/2019 |

## Loads

| 08/22/2019 - 08/24/2019 | MONUMENT, CO - BOULDER, CO | | | |
|---|---|---|---|---|
| Order: 10015555 Tractor: 102179 Total Movement Miles: 77 | **Pay Detail** | **Miles** | **Rate** | **Total** |
| | Loaded | -- | -- | -- |
| | Empty | 38.5 | 28.0 | 10.78 |
| | Per Diem | | | 3.85 |
| | **Total** | | | **$14.63** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 77 |
| Total Paid Miles | 38.5 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| SICK PAY | 24.0000 | 17.980 | 431.52 |
| **Total** | | | **$431.52** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 30.88 |
| STATE | 3.57 |
| SOCIAL SECURITY | 27.42 |
| MEDICARE | 6.41 |
| **Total** | **$68.28** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| ADVANCE | 125.00 |
| **Total** | **$125.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 14.63 | 431.52 | 3.85 | 442.30 | 68.28 | 0.00 | 125.00 |
| YTD: | 14.63 | 431.52 | 0.00 | 6812.94 | 68.28 | 0.00 | 125.00 |

**Net Pay**

**$252.87**

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 9/1/2019 - 9/7/2019 | 9/13/2019 |

## Loads

**08/31/2019 - 09/01/2019 — MONTGOMERY, AL - MONTGOMERY, AL**

Order: 10018597
Tractor: 102179
Total Movement Miles: 0

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 0.0 | 36.0 | 0.00 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$0.00** |

**09/02/2019 - 09/03/2019 — MONTGOMERY, AL - MONTGOMERY, AL**

Order: 10020071
Tractor: 102179
Total Movement Miles: 0

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 0.0 | 36.0 | 0.00 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$0.00** |

**09/04/2019 - 09/05/2019 — MONTGOMERY, AL - MONTGOMERY, AL**

Order: 10020073
Tractor: 102179
Total Movement Miles: 0

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 0.0 | 36.0 | 0.00 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$0.00** |

**09/07/2019 - 09/07/2019 — SOUTH HOLLAND, IL - LA SALLE, IL**

Order: 10021892
Tractor: 102179
Total Movement Miles: 87

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 43.5 | 36.0 | 15.66 |
| Per Diem | | | 0.00 |
| **Total** | | | **$15.66** |

**09/01/2019 - 09/02/2019 — MONTGOMERY, AL - MONTGOMERY, AL**

Order: 10018592
Tractor: 102179
Total Movement Miles: 0

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 0.0 | 36.0 | 0.00 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$0.00** |

**09/03/2019 - 09/04/2019 — MONTGOMERY, AL - MONTGOMERY, AL**

Order: 10020072
Tractor: 102179
Total Movement Miles: 0

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 0.0 | 36.0 | 0.00 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$0.00** |

**09/05/2019 - 09/06/2019 — MONTGOMERY, AL - MONTGOMERY, AL**

Order: 10020074
Tractor: 102179
Total Movement Miles: 0

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 0.0 | 36.0 | 0.00 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$0.00** |

**09/06/2019 - 09/07/2019 — MONTGOMERY, AL - SOUTH HOLLAND, IL**

Order: 10021370
Tractor: 102179
Total Movement Miles: 697

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 348.5 | 36.0 | 125.46 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$125.46** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 784 |
| Total Paid Miles | 392 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| DEFICIT FOR GUARANTEE | 5.0000 | 230.000 | 1150.00 |
| **Total** | | | **$1150.00** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 170.56 |
| STATE | 62.83 |
| SOCIAL SECURITY | 80.05 |
| MEDICARE | 18.72 |
| **Total** | **$332.16** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 141.12 | 1150.00 | 0.00 | 1291.12 | 332.16 | 0.00 | 0.00 |
| YTD: | 760.14 | 2141.52 | 0.00 | 9109.40 | 620.88 | 0.00 | 125.00 |

| **Net Pay** |
|---|
| **$958.96** |

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 9/8/2019 - 9/14/2019 | 9/20/2019 |

## Loads

**09/12/2019 - 09/12/2019 — HAZLETON, PA - PITTSTON, PA**
Order: 10023522
Tractor: 102179
Total Movement Miles: 33

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 16.5 | 37.0 | 6.11 |
| Per Diem | | | 0.00 |
| **Total** | | | **$6.11** |

**09/09/2019 - 09/09/2019 — PORTLAND, OR - PUYALLUP, WA**
Order: 10020590
Tractor: 102179
Total Movement Miles: 147

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 73.5 | 36.0 | 26.46 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$26.46** |

**09/12/2019 - 09/12/2019 — NEW COLUMBIA, PA - HAZLETON, PA**
Order: 10023522
Tractor: 102179
Total Movement Miles: 60

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 30.0 | 37.0 | 11.10 |
| Per Diem | | | 0.00 |
| **Total** | | | **$11.10** |

**09/09/2019 - 09/09/2019 — RENTON, WA - PORTLAND, OR**
Order: 10021892
Tractor: 102179
Total Movement Miles: 168

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 84.0 | 36.0 | 30.24 |
| Per Diem | | | 0.00 |
| **Total** | | | **$30.24** |

**09/10/2019 - 09/12/2019 — CLACKAMAS, OR - NEW COLUMBIA, PA**
Order: 10016233
Tractor: 102179
Total Movement Miles: 2674

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 1337.0 | 36.0 | 481.32 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$481.32** |

**09/07/2019 - 09/09/2019 — LA SALLE, IL - RENTON, WA**
Order: 10021892
Tractor: 102179
Total Movement Miles: 1964

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 982.0 | 36.0 | 353.52 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$353.52** |

**09/09/2019 - 09/09/2019 — PUYALLUP, WA - CLACKAMAS, OR**
Order: 10016233
Tractor: 102179
Total Movement Miles: 157

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 78.5 | 36.0 | 28.26 |
| Per Diem | | | 0.00 |
| **Total** | | | **$28.26** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 5203 |
| Total Paid Miles | 2601.5 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 92.65 |
| STATE | 29.86 |
| SOCIAL SECURITY | 58.09 |
| MEDICARE | 13.59 |
| **Total** | **$194.19** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 937.01 | 0.00 | 0.00 | 937.01 | 194.19 | 0.00 | 0.00 |
| YTD: | 1697.15 | 2141.52 | 0.00 | 10046.41 | 815.07 | 0.00 | 125.00 |

| Net Pay |
|---|
| $742.82 |

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 9/15/2019 - 9/21/2019 | 9/27/2019 |

## Loads

**09/21/2019 - 09/21/2019** RIVERSIDE, CA - SANTA FE SPRINGS, CA

Order: 10027721
Tractor: 102179
Total Movement Miles: 40

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 20.0 | 37.0 | 7.40 |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.40** |

**09/21/2019 - 09/21/2019** SANTA FE SPRINGS, CA - RIVERSIDE, CA

Order: 10027721
Tractor: 102179
Total Movement Miles: 41

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 20.5 | 37.0 | 7.59 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.59** |

**09/12/2019 - 09/15/2019** PITTSTON, PA - PHOENIX, AZ

Order: 10023522
Tractor: 102179
Total Movement Miles: 2278

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 1139.0 | 37.0 | 421.43 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$421.43** |

**09/19/2019 - 09/20/2019** PHOENIX, AZ - FLAGSTAFF, AZ

Order: 10025889
Tractor: 102179
Total Movement Miles: 153

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 76.5 | 37.0 | 28.31 |
| Per Diem | | | 0.00 |
| **Total** | | | **$28.31** |

**09/20/2019 - 09/21/2019** FLAGSTAFF, AZ - REDLANDS, CA

Order: 10025889
Tractor: 102179
Total Movement Miles: 414

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 207.0 | 37.0 | 76.59 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$76.59** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 2926 |
| Total Paid Miles | 1463 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| BREAKDOWN | 3.0000 | 100.000 | 300.00 |
| LAYOVER | 1.0000 | 100.000 | 100.00 |
| **Total** | | | **$400.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 93.60 |
| STATE | 30.22 |
| SOCIAL SECURITY | 58.36 |
| MEDICARE | 13.65 |
| **Total** | **$195.83** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 541.32 | 400.00 | 0.00 | 941.32 | 195.83 | 0.00 | 0.00 |
| YTD: | 2238.47 | 2541.52 | 0.00 | 10987.73 | 1010.90 | 0.00 | 125.00 |

**Net Pay**

**$745.49**

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 8/25/2019 - 8/31/2019 | 9/6/2019 |

## Loads

**08/30/2019 - 08/31/2019 — SCHERTZ, TX - MONTGOMERY, AL**

Order: 10018558
Tractor: 102179
Total Movement Miles: 808

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 404.0 | 28.0 | 113.12 |
| Empty | -- | -- | -- |
| Per Diem | | | 40.40 |
| **Total** | | | **$153.52** |

**08/24/2019 - 08/26/2019 — BOULDER, CO - ONTARIO, CA**

Order: 10015555
Tractor: 102179
Total Movement Miles: 992

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 496.0 | 28.0 | 138.88 |
| Empty | -- | -- | -- |
| Per Diem | | | 49.60 |
| **Total** | | | **$188.48** |

**08/26/2019 - 08/28/2019 — ONTARIO, CA - SANTA FE SPRINGS, CA**

Order: 10012879
Tractor: 102179
Total Movement Miles: 24

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 12.0 | 28.0 | 3.36 |
| Per Diem | | | 1.20 |
| **Total** | | | **$4.56** |

**08/28/2019 - 08/30/2019 — SANTA FE SPRINGS, CA - SAN ANTONIO, TX**

Order: 10012879
Tractor: 102179
Total Movement Miles: 1336

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 668.0 | 28.0 | 187.04 |
| Empty | -- | -- | -- |
| Per Diem | | | 66.80 |
| **Total** | | | **$253.84** |

**08/30/2019 - 08/30/2019 — SAN ANTONIO, TX - SCHERTZ, TX**

Order: 10018558
Tractor: 102179
Total Movement Miles: 21

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 10.5 | 28.0 | 2.94 |
| Per Diem | | | 1.05 |
| **Total** | | | **$3.99** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 3181 |
| Total Paid Miles | 1590.5 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| DEFICIT FOR GUARANTEE | 2.0000 | 230.000 | 460.00 |
| LAYOVER | 1.0000 | 100.000 | 100.00 |
| MISC REIMBUR | 1.0000 | 27.000 | 27.00 |
| MISC REIMBUR | 1.0000 | 26.000 | 26.00 |
| MISC REIMBUR | 1.0000 | 20.000 | 20.00 |
| **Total** | | | **$633.00** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 107.68 |
| STATE | 35.85 |
| SOCIAL SECURITY | 62.33 |
| MEDICARE | 14.58 |
| **Total** | **$220.44** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 604.39 | 633.00 | 159.05 | 1005.34 | 220.44 | 0.00 | 0.00 |
| YTD: | 619.02 | 991.52 | 0.00 | 7818.28 | 288.72 | 0.00 | 125.00 |

**Net Pay**

**$1016.95**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 9/29/2019 - 10/5/2019 | 10/11/2019 |

## Loads

**10/04/2019 - 10/06/2019 — LA SALLE, IL - PACOIMA, CA**

Order: 10028666
Tractor: 102179
Total Movement Miles: 1930

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 965.0 | 37.0 | 357.05 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$357.05** |

**09/28/2019 - 09/30/2019 — CINCINNATI, OH - SANTA FE SPRINGS, CA**

Order: 10026158
Tractor: 102179
Total Movement Miles: 2131

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 1065.5 | 37.0 | 394.24 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$394.24** |

**10/01/2019 - 10/03/2019 — SANTA FE SPRINGS, CA - LA SALLE, IL**

Order: 10028915
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 37.0 | 354.09 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$354.09** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 5975 |
| Total Paid Miles | 2987.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| TOLLS | 1.0000 | 17.500 | 17.50 |
| **Total** | | | **$17.50** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 129.69 |
| STATE | 44.65 |
| SOCIAL SECURITY | 68.53 |
| MEDICARE | 16.03 |
| **Total** | **$258.90** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 1105.38 | 17.50 | 0.00 | 1105.38 | 258.90 | 0.00 | 0.00 |
| YTD: | 3745.12 | 2641.52 | 0.00 | 12594.38 | 1351.57 | 0.00 | 125.00 |

**Net Pay**

**$863.98**

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 10/6/2019 - 10/12/2019 | 10/18/2019 |

## Loads

**10/11/2019 - 10/12/2019 — SANTA FE SPRINGS, CA - AMARILLO, TX**

Order: 10032872
Tractor: 102179
Total Movement Miles: 1060

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 530.0 | 38.0 | 201.40 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$201.40** |

**10/07/2019 - 10/08/2019 — SANTA FE SPRINGS, CA - LA SALLE, IL**

Order: 10028951
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 37.0 | 354.09 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$354.09** |

**10/09/2019 - 10/11/2019 — LA SALLE, IL - SANTA FE SPRINGS, CA**

Order: 10032630
Tractor: 102179
Total Movement Miles: 1916

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 958.0 | 37.0 | 354.46 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$354.46** |

**10/06/2019 - 10/07/2019 — PACOIMA, CA - SANTA FE SPRINGS, CA**

Order: 10028951
Tractor: 102179
Total Movement Miles: 39

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 19.5 | 37.0 | 7.22 |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.22** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 4929 |
| Total Paid Miles | 2464.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| BREAKDOWN | 1.0000 | 100.000 | 100.00 |
| TOLLS | 1.0000 | 17.500 | 17.50 |
| **Total** | | | **$117.50** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 110.29 |
| STATE | 36.89 |
| SOCIAL SECURITY | 63.06 |
| MEDICARE | 14.75 |
| **Total** | **$224.99** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 917.17 | 117.50 | 0.00 | 1017.17 | 224.99 | 0.00 | 0.00 |
| YTD: | 4662.29 | 2741.52 | 0.00 | 13611.55 | 1576.56 | 0.00 | 125.00 |

**Net Pay**
**$809.68**

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 10/13/2019 - 10/19/2019 | 10/25/2019 |

## Loads

**10/17/2019 - 10/19/2019 — FRIDLEY, MN - SANTA FE SPRINGS, CA**

Order: 10035399
Tractor: 102179
Total Movement Miles: 1846

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 923.0 | 38.0 | 350.74 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$350.74** |

**10/16/2019 - 10/17/2019 — NORTHAMPTON, PA - SAINT PAUL, MN**

Order: 10036679
Tractor: 102179
Total Movement Miles: 1109

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 554.5 | 38.0 | 210.71 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$210.71** |

**10/14/2019 - 10/16/2019 — AMARILLO, TX - JESSUP, MD**

Order: 10034695
Tractor: 102179
Total Movement Miles: 1553

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 776.5 | 38.0 | 295.07 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$295.07** |

**10/17/2019 - 10/17/2019 — SAINT PAUL, MN - FRIDLEY, MN**

Order: 10035399
Tractor: 102179
Total Movement Miles: 17

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 8.5 | 38.0 | 3.23 |
| Per Diem | | | 0.00 |
| **Total** | | | **$3.23** |

**10/16/2019 - 10/16/2019 — JESSUP, MD - NORTHAMPTON, PA**

Order: 10036679
Tractor: 102179
Total Movement Miles: 163

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 81.5 | 38.0 | 30.97 |
| Per Diem | | | 0.00 |
| **Total** | | | **$30.97** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 4688 |
| Total Paid Miles | 2344 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 84.69 |
| STATE | 26.80 |
| SOCIAL SECURITY | 55.22 |
| MEDICARE | 12.92 |
| **Total** | **$179.63** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 890.72 | 0.00 | 0.00 | 890.72 | 179.63 | 0.00 | 0.00 |
| YTD: | 5553.01 | 2741.52 | 0.00 | 14502.27 | 1756.19 | 0.00 | 125.00 |

**Net Pay**

**$711.09**

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 9/22/2019 - 9/28/2019 | 10/4/2019 |

## Loads

**09/26/2019 - 09/28/2019 — SANTA FE SPRINGS, CA - CINCINNATI, OH**

Order: 10025077
Tractor: 102179
Total Movement Miles: 2129

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 1064.5 | 37.0 | 393.87 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$393.87** |

**09/25/2019 - 09/26/2019 — RIVERSIDE, CA - SANTA FE SPRINGS, CA**

Order: 10025077
Tractor: 102179
Total Movement Miles: 40

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 20.0 | 37.0 | 7.40 |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.40** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 2169 |
| Total Paid Miles | 1084.5 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| BREAKDOWN | 1.0000 | 100.000 | 100.00 |
| TOLLS | 1.0000 | 15.250 | 15.25 |
| **Total** | | | **$115.25** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 37.96 |
| STATE | 5.46 |
| SOCIAL SECURITY | 31.08 |
| MEDICARE | 7.27 |
| **Total** | **$81.77** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 401.27 | 115.25 | 0.00 | 501.27 | 81.77 | 0.00 | 0.00 |
| YTD: | 2639.74 | 2641.52 | 0.00 | 11489.00 | 1092.67 | 0.00 | 125.00 |

**Net Pay**

**$434.75**



CRSTF000748

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 10/20/2019 - 10/26/2019 | 11/1/2019 |

## Loads

**10/27/2019 - 10/27/2019** LONG BEACH, CA - SANTA FE SPRINGS, CA

Order: 10038677
Tractor: 102179
Total Movement Miles: 21

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 10.5 | 38.0 | 3.99 |
| Per Diem | | | 0.00 |
| **Total** | | | **$3.99** |

**10/23/2019 - 10/24/2019** SANTA FE SPRINGS, CA - LA SALLE, IL

Order: 10036965
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 38.0 | 363.66 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$363.66** |

**10/25/2019 - 10/27/2019** LA SALLE, IL - LONG BEACH, CA

Order: 10038431
Tractor: 102179
Total Movement Miles: 1935

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 967.5 | 38.0 | 367.65 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$367.65** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 3870 |
| Total Paid Miles | 1935 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| TOLLS | 1.0000 | 17.500 | 17.50 |
| **Total** | | | **$17.50** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 66.04 |
| STATE | 16.55 |
| SOCIAL SECURITY | 45.59 |
| MEDICARE | 10.66 |
| **Total** | **$138.84** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 735.30 | 17.50 | 0.00 | 735.30 | 138.84 | 0.00 | 0.00 |
| YTD: | 6288.31 | 2741.52 | 0.00 | 15237.57 | 1895.03 | 0.00 | 125.00 |

**Net Pay**
**$613.96**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 11/3/2019 - 11/9/2019 | 11/15/2019 |

## Loads

**11/04/2019 - 11/08/2019 — PACOIMA, CA - SANTA FE SPRINGS, CA**

Order: 10044124
Tractor: 102179
Total Movement Miles: 39

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 19.5 | 38.0 | 7.41 |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.41** |

**11/03/2019 - 11/04/2019 — LA SALLE, IL - PACOIMA, CA**

Order: 10040831
Tractor: 102179
Total Movement Miles: 1930

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 965.0 | 38.0 | 366.70 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$366.70** |

**11/08/2019 - 11/10/2019 — SANTA FE SPRINGS, CA - LA SALLE, IL**

Order: 10044124
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 38.0 | 363.66 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$363.66** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 3883 |
| Total Paid Miles | 1941.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 66.34 |
| STATE | 16.71 |
| SOCIAL SECURITY | 45.74 |
| MEDICARE | 10.70 |
| **Total** | **$139.49** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 737.77 | 0.00 | 0.00 | 737.77 | 139.49 | 0.00 | 0.00 |
| YTD: | 8152.78 | 2741.52 | 0.00 | 17102.04 | 2301.63 | 0.00 | 125.00 |

**Net Pay**

**$598.28**

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 11/10/2019 - 11/16/2019 | 11/22/2019 |

## Loads

**11/16/2019 - 11/17/2019 — BLYTHE, CA - SANTA FE SPRINGS, CA**

Order: 10047118
Tractor: 102179
Total Movement Miles: 207

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 103.5 | 39.0 | 40.37 |
| Per Diem | | | 0.00 |
| **Total** | | | **$40.37** |

**11/11/2019 - 11/13/2019 — SANTA FE SPRINGS, CA - RIVERSIDE, CA**

Order: 10046758
Tractor: 102179
Total Movement Miles: 41

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 20.5 | 39.0 | 8.00 |
| Per Diem | | | 0.00 |
| **Total** | | | **$8.00** |

**11/13/2019 - 11/13/2019 — RIVERSIDE, CA - FONTANA, CA**

Order: 10046758
Tractor: 102179
Total Movement Miles: 13

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 6.5 | 39.0 | 2.54 |
| Per Diem | | | 0.00 |
| **Total** | | | **$2.54** |

**11/13/2019 - 11/14/2019 — FONTANA, CA - LA SALLE, IL**

Order: 10046758
Tractor: 102179
Total Movement Miles: 1880

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.0 | 39.0 | 366.60 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$366.60** |

**11/15/2019 - 11/16/2019 — LA SALLE, IL - BLYTHE, CA**

Order: 10046839
Tractor: 102179
Total Movement Miles: 1745

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 872.5 | 39.0 | 340.28 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$340.28** |

**11/10/2019 - 11/11/2019 — LA SALLE, IL - SANTA FE SPRINGS, CA**

Order: 10043917
Tractor: 102179
Total Movement Miles: 1916

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 958.0 | 38.0 | 364.04 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$364.04** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 5802 |
| Total Paid Miles | 2901 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| TOLLS | 1.0000 | 17.500 | 17.50 |
| TOLLS | 1.0000 | 17.500 | 17.50 |
| TOLLS | 1.0000 | 17.500 | 17.50 |
| **Total** | | | **$52.50** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 133.31 |
| STATE | 46.10 |
| SOCIAL SECURITY | 69.55 |
| MEDICARE | 16.27 |
| **Total** | **$265.23** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 1121.83 | 52.50 | 0.00 | 1121.83 | 265.23 | 0.00 | 0.00 |
| YTD: | 9274.61 | 2741.52 | 0.00 | 18223.87 | 2566.86 | 0.00 | 125.00 |

**Net Pay**
**$909.10**



CRSTF000751

THE TRANSPORTATION SOLUTION
CRST
CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 11/17/2019 - 11/23/2019 | 11/27/2019 |

## Loads

**11/21/2019 - 11/22/2019 — FONTANA, CA - SANTA FE SPRINGS, CA**

Order: 10050654
Tractor: 102179
Total Movement Miles: 38

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 19.0 | 39.0 | 7.41 |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.41** |

**11/17/2019 - 11/18/2019 — SANTA FE SPRINGS, CA - LA SALLE, IL**

Order: 10047118
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 39.0 | 373.23 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$373.23** |

**11/22/2019 - 11/24/2019 — SANTA FE SPRINGS, CA - LA SALLE, IL**

Order: 10050654
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 39.0 | 373.23 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$373.23** |

**11/19/2019 - 11/21/2019 — LA SALLE, IL - FONTANA, CA**

Order: 10053674
Tractor: 102179
Total Movement Miles: 1916

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 958.0 | 39.0 | 373.62 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$373.62** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 5782 |
| Total Paid Miles | 2891 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| PWE TRAINING PAY | 1.0000 | 12.000 | 12.00 |
| **Total** | | | **$12.00** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 137.20 |
| STATE | 47.65 |
| SOCIAL SECURITY | 70.65 |
| MEDICARE | 16.52 |
| **Total** | **$272.02** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 1127.49 | 12.00 | 0.00 | 1139.49 | 272.02 | 0.00 | 0.00 |
| YTD: | 10402.10 | 2753.52 | 0.00 | 19363.36 | 2838.88 | 0.00 | 125.00 |

**Net Pay**

**$867.47**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 10/27/2019 - 11/2/2019 | 11/8/2019 |

## Loads

**11/01/2019 - 11/03/2019 — SANTA FE SPRINGS, CA - LA SALLE, IL**

Order: 10041080
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 38.0 | 363.66 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$363.66** |

**10/28/2019 - 10/28/2019 — GARY, IN - LA SALLE, IL**

Order: 10040913
Tractor: 102179
Total Movement Miles: 96

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 48.0 | 38.0 | 18.24 |
| Per Diem | | | 0.00 |
| **Total** | | | **$18.24** |

**10/30/2019 - 11/01/2019 — LA SALLE, IL - SANTA FE SPRINGS, CA**

Order: 10040913
Tractor: 102179
Total Movement Miles: 1916

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 958.0 | 38.0 | 364.04 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$364.04** |

**10/27/2019 - 10/28/2019 — SANTA FE SPRINGS, CA - GARY, IN**

Order: 10038677
Tractor: 102179
Total Movement Miles: 2004

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 1002.0 | 38.0 | 380.76 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$380.76** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 5930 |
| Total Paid Miles | 2965 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| TOLLS | 1.0000 | 17.500 | 17.50 |
| **Total** | | | **$17.50** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 134.38 |
| STATE | 46.53 |
| SOCIAL SECURITY | 69.86 |
| MEDICARE | 16.34 |
| **Total** | **$267.11** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 1126.70 | 17.50 | 0.00 | 1126.70 | 267.11 | 0.00 | 0.00 |
| YTD: | 7415.01 | 2741.52 | 0.00 | 16364.27 | 2162.14 | 0.00 | 125.00 |

**Net Pay**
**$877.09**



CRSTF000753

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 12/1/2019 - 12/7/2019 | 12/13/2019 |

## Loads

**12/03/2019 - 12/05/2019 — SANTA FE SPRINGS, CA - LA SALLE, IL**

Order: 10055271
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 39.0 | 373.23 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$373.23** |

**12/05/2019 - 12/07/2019 — LA SALLE, IL - SACRAMENTO, CA**

Order: 10057362
Tractor: 102179
Total Movement Miles: 2246

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 1123.0 | 39.0 | 437.97 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$437.97** |

**11/26/2019 - 12/03/2019 — RIVERSIDE, CA - SANTA FE SPRINGS, CA**

Order: 10055271
Tractor: 102179
Total Movement Miles: 40

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 20.0 | 39.0 | 7.80 |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.80** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 4200 |
| Total Paid Miles | 2100 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 76.09 |
| STATE | 22.07 |
| SOCIAL SECURITY | 50.78 |
| MEDICARE | 11.88 |
| **Total** | **$160.82** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 819.00 | 0.00 | 0.00 | 819.00 | 160.82 | 0.00 | 0.00 |
| YTD: | 11608.96 | 2753.52 | 0.00 | 20570.22 | 3056.09 | 0.00 | 125.00 |

**Net Pay**

**$658.18**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 12/8/2019 - 12/14/2019 | 12/20/2019 |

## Loads

**12/10/2019 - 12/12/2019** LA SALLE, IL - SANTA FE SPRINGS, CA

Order: 10058056
Tractor: 102179
Total Movement Miles: 1916

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 958.0 | 39.0 | 373.62 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$373.62** |

**12/12/2019 - 12/14/2019** SANTA FE SPRINGS, CA - LA SALLE, IL

Order: 10058279
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 40.0 | 382.80 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$382.80** |

**12/07/2019 - 12/09/2019** SACRAMENTO, CA - LA SALLE, IL

Order: 10057439
Tractor: 102179
Total Movement Miles: 2246

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 1123.0 | 39.0 | 437.97 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$437.97** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 6076 |
| Total Paid Miles | 3038 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 149.28 |
| STATE | 52.93 |
| SOCIAL SECURITY | 74.05 |
| MEDICARE | 17.32 |
| **Total** | **$293.58** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 1194.39 | 0.00 | 0.00 | 1194.39 | 293.58 | 0.00 | 0.00 |
| YTD: | 12803.35 | 2753.52 | 0.00 | 21764.61 | 3349.67 | 0.00 | 125.00 |

**Net Pay**

**$900.81**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 12/15/2019 - 12/21/2019 | 12/27/2019 |

## Loads

**12/19/2019 - 12/21/2019** — LA SALLE, IL - FONTANA, CA

Order: 10065242
Tractor: 102179
Total Movement Miles: 1881

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.5 | 40.0 | 376.20 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$376.20** |

**12/16/2019 - 12/17/2019** — LONG BEACH, CA - SANTA FE SPRINGS, CA

Order: 10065488
Tractor: 102179
Total Movement Miles: 21

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 10.5 | 40.0 | 4.20 |
| Per Diem | | | 0.00 |
| **Total** | | | **$4.20** |

**12/17/2019 - 12/19/2019** — SANTA FE SPRINGS, CA - LA SALLE, IL

Order: 10065488
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 40.0 | 382.80 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$382.80** |

**12/14/2019 - 12/16/2019** — LA SALLE, IL - LONG BEACH, CA

Order: 10058064
Tractor: 102179
Total Movement Miles: 1935

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 967.5 | 40.0 | 387.00 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$387.00** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 5751 |
| Total Paid Miles | 2875.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 139.55 |
| STATE | 48.60 |
| SOCIAL SECURITY | 71.31 |
| MEDICARE | 16.68 |
| **Total** | **$276.14** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 1150.20 | 0.00 | 0.00 | 1150.20 | 276.14 | 0.00 | 0.00 |
| YTD: | 13953.55 | 2753.52 | 0.00 | 22914.81 | 3625.81 | 0.00 | 125.00 |

**Net Pay**

**$874.06**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 11/24/2019 - 11/30/2019 | 12/6/2019 |

## Loads

11/25/2019 - 11/26/2019 — LONG BEACH, CA - RIVERSIDE, CA

Order: 10050401
Tractor: 102179
Total Movement Miles: 54

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 27.0 | 39.0 | 10.53 |
| Per Diem | | | 0.00 |
| **Total** | | | **$10.53** |

11/24/2019 - 11/25/2019 — LA SALLE, IL - LONG BEACH, CA

Order: 10050401
Tractor: 102179
Total Movement Miles: 1935

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 967.5 | 39.0 | 377.33 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$377.33** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 1989 |
| Total Paid Miles | 994.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 24.35 |
| STATE | 2.37 |
| SOCIAL SECURITY | 24.05 |
| MEDICARE | 5.62 |
| **Total** | **$56.39** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 387.86 | 0.00 | 0.00 | 387.86 | 56.39 | 0.00 | 0.00 |
| YTD: | 10789.96 | 2753.52 | 0.00 | 19751.22 | 2895.27 | 0.00 | 125.00 |

**Net Pay**

**$331.47**

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 12/29/2019 - 1/4/2020 | 1/10/2020 |

## Loads

12/29/2019 - 12/30/2019 LA SALLE, IL - SANTA FE SPRINGS, CA

Order: 10069090
Tractor: 102179
Total Movement Miles: 1916

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 958.0 | 40.0 | 383.20 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$383.20** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 1916 |
| Total Paid Miles | 958 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 23.79 |
| STATE | 2.26 |
| SOCIAL SECURITY | 23.76 |
| MEDICARE | 5.56 |
| **Total** | **$55.37** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 383.20 | 0.00 | 0.00 | 383.20 | 55.37 | 0.00 | 0.00 |
| YTD: | 776.60 | 0.00 | 0.00 | 776.60 | 112.97 | 0.00 | 0.00 |

**Net Pay**

**$327.83**

THE TRANSPORTATION SOLUTION
CRST
CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 1/12/2020 - 1/18/2020 | 1/24/2020 |

## Loads

**01/16/2020 - 01/18/2020 — SANTA FE SPRINGS, CA - LA SALLE, IL**

Order: 10075947
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 41.0 | 392.37 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$392.37** |

**01/13/2020 - 01/16/2020 — RIVERSIDE, CA - SANTA FE SPRINGS, CA**

Order: 10075947
Tractor: 102179
Total Movement Miles: 40

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 20.0 | 41.0 | 8.20 |
| Per Diem | | | 0.00 |
| **Total** | | | **$8.20** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 1954 |
| Total Paid Miles | 977 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| BEREAVEMENT | 1.0000 | 120.000 | 120.00 |
| **Total** | | | **$120.00** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 39.98 |
| STATE | 5.79 |
| SOCIAL SECURITY | 32.28 |
| MEDICARE | 7.55 |
| **Total** | **$85.60** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 400.57 | 120.00 | 0.00 | 520.57 | 85.60 | 0.00 | 0.00 |
| YTD: | 1177.17 | 120.00 | 0.00 | 1297.17 | 198.57 | 0.00 | 0.00 |

**Net Pay**

**$434.97**

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 12/22/2019 - 12/28/2019 | 1/3/2020 |

## Loads

**12/23/2019 - 12/27/2019** RIVERSIDE, CA - SANTA FE SPRINGS, CA

Order: 10068505
Tractor: 102179
Total Movement Miles: 40

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 20.0 | 40.0 | 8.00 |
| Per Diem | | | 0.00 |
| **Total** | | | **$8.00** |

**12/27/2019 - 12/29/2019** SANTA FE SPRINGS, CA - LA SALLE, IL

Order: 10068505
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 40.0 | 382.80 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$382.80** |

**12/21/2019 - 12/23/2019** FONTANA, CA - RIVERSIDE, CA

Order: 10065242
Tractor: 102179
Total Movement Miles: 13

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 6.5 | 40.0 | 2.60 |
| Per Diem | | | 0.00 |
| **Total** | | | **$2.60** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 1967 |
| Total Paid Miles | 983.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| MISC REIMBUR | 1.0000 | 13.720 | 13.72 |
| **Total** | | | **$13.72** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 25.02 |
| STATE | 2.49 |
| SOCIAL SECURITY | 24.39 |
| MEDICARE | 5.70 |
| **Total** | **$57.60** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 393.40 | 13.72 | 0.00 | 393.40 | 57.60 | 0.00 | 0.00 |
| YTD: | 393.40 | 0.00 | 0.00 | 393.40 | 57.60 | 0.00 | 0.00 |

**Net Pay**

**$349.52**

Case 2:21-cv-07766-ODW-PD Document 41-6 Filed 02/27/22 Page 196 of 242 Page ID #:995

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 1/19/2020 - 1/25/2020 | 1/31/2020 |

## Loads

**01/20/2020 - 01/24/2020 — RIVERSIDE, CA - SANTA FE SPRINGS, CA**

Order: 10079537
Tractor: 102179
Total Movement Miles: 40

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 20.0 | 41.0 | 8.20 |
| Per Diem | | | 0.00 |
| **Total** | | | **$8.20** |

**01/18/2020 - 01/20/2020 — LA SALLE, IL - FONTANA, CA**

Order: 10075709
Tractor: 102179
Total Movement Miles: 1881

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.5 | 41.0 | 385.61 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$385.61** |

**01/24/2020 - 01/26/2020 — SANTA FE SPRINGS, CA - LA SALLE, IL**

Order: 10079537
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 41.0 | 392.37 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$392.37** |

**01/20/2020 - 01/20/2020 — FONTANA, CA - RIVERSIDE, CA**

Order: 10075709
Tractor: 102179
Total Movement Miles: 13

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 6.5 | 41.0 | 2.67 |
| Per Diem | | | 0.00 |
| **Total** | | | **$2.67** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 3848 |
| Total Paid Miles | 1924 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 72.17 |
| STATE | 19.08 |
| SOCIAL SECURITY | 48.91 |
| MEDICARE | 11.44 |
| **Total** | **$151.60** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 788.85 | 0.00 | 0.00 | 788.85 | 151.60 | 0.00 | 0.00 |
| YTD: | 1966.02 | 120.00 | 0.00 | 2086.02 | 350.17 | 0.00 | 0.00 |

**Net Pay**

**$637.25**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 2/2/2020 - 2/8/2020 | 2/14/2020 |

## Loads

**02/05/2020 - 02/07/2020** — FONTANA, CA - SANTA FE SPRINGS, CA

Order: 10084466
Tractor: 102179
Total Movement Miles: 38

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 19.0 | 41.0 | 7.79 |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.79** |

**02/02/2020 - 02/03/2020** — SANTA FE SPRINGS, CA - LA SALLE, IL

Order: 10081999
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 41.0 | 392.37 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$392.37** |

**02/04/2020 - 02/05/2020** — LA SALLE, IL - FONTANA, CA

Order: 10084213
Tractor: 102179
Total Movement Miles: 1881

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.5 | 41.0 | 385.61 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$385.61** |

**02/07/2020 - 02/09/2020** — SANTA FE SPRINGS, CA - LA SALLE, IL

Order: 10084466
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 41.0 | 392.37 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$392.37** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 5747 |
| Total Paid Miles | 2873.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 143.96 |
| STATE | 49.42 |
| SOCIAL SECURITY | 73.04 |
| MEDICARE | 17.08 |
| **Total** | **$283.50** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 1178.14 | 0.00 | 0.00 | 1178.14 | 283.50 | 0.00 | 0.00 |
| YTD: | 4332.96 | 120.00 | 0.00 | 4452.96 | 921.29 | 0.00 | 0.00 |

**Net Pay**

**$894.64**

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 2/9/2020 - 2/15/2020 | 2/21/2020 |

## Loads

**02/13/2020 - 02/14/2020 — LA SALLE, IL - FONTANA, CA**

Order: 10087705
Tractor: 102179
Total Movement Miles: 1881

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.5 | 42.0 | 395.01 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$395.01** |

**02/09/2020 - 02/10/2020 — LA SALLE, IL - SANTA FE SPRINGS, CA**

Order: 10084286
Tractor: 102179
Total Movement Miles: 1916

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 958.0 | 41.0 | 392.78 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$392.78** |

**02/11/2020 - 02/13/2020 — SANTA FE SPRINGS, CA - LA SALLE, IL**

Order: 10087949
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 42.0 | 401.94 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$401.94** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 5711 |
| Total Paid Miles | 2855.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 146.51 |
| STATE | 50.44 |
| SOCIAL SECURITY | 73.76 |
| MEDICARE | 17.25 |
| **Total** | **$287.96** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 1189.73 | 0.00 | 0.00 | 1189.73 | 287.96 | 0.00 | 0.00 |
| YTD: | 5522.69 | 120.00 | 0.00 | 5642.69 | 1209.25 | 0.00 | 0.00 |

| **Net Pay** |
|---|
| **$901.77** |

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 2/16/2020 - 2/22/2020 | 2/28/2020 |

## Loads

02/20/2020 - 02/21/2020 — FONTANA, CA - LA SALLE, IL

Order: 10089831
Tractor: 102179
Total Movement Miles: 1880

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.0 | 42.0 | 394.80 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$394.80** |

02/21/2020 - 02/23/2020 — LA SALLE, IL - FONTANA, CA

Order: 10089957
Tractor: 102179
Total Movement Miles: 1881

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.5 | 42.0 | 395.01 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$395.01** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 3761 |
| Total Paid Miles | 1880.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 72.29 |
| STATE | 19.15 |
| SOCIAL SECURITY | 48.97 |
| MEDICARE | 11.45 |
| **Total** | **$151.86** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 789.81 | 0.00 | 0.00 | 789.81 | 151.86 | 0.00 | 0.00 |
| YTD: | 6312.50 | 120.00 | 0.00 | 6432.50 | 1361.11 | 0.00 | 0.00 |

**Net Pay**

**$637.95**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 1/26/2020 - 2/1/2020 | 2/7/2020 |

## Loads

**02/02/2020 - 02/02/2020** — PACOIMA, CA - SANTA FE SPRINGS, CA

Order: 10081999
Tractor: 102179
Total Movement Miles: 39

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 19.5 | 41.0 | 8.00 |
| Per Diem | | | 0.00 |
| **Total** | | | **$8.00** |

**01/29/2020 - 01/31/2020** — SANTA FE SPRINGS, CA - LA SALLE, IL

Order: 10082004
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 41.0 | 392.37 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$392.37** |

**01/31/2020 - 02/02/2020** — LA SALLE, IL - PACOIMA, CA

Order: 10081790
Tractor: 102179
Total Movement Miles: 1930

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 965.0 | 41.0 | 395.65 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$395.65** |

**01/26/2020 - 01/27/2020** — LA SALLE, IL - SANTA FE SPRINGS, CA

Order: 10079342
Tractor: 102179
Total Movement Miles: 1916

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 958.0 | 41.0 | 392.78 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$392.78** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 5799 |
| Total Paid Miles | 2899.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 146.31 |
| STATE | 50.36 |
| SOCIAL SECURITY | 73.71 |
| MEDICARE | 17.24 |
| **Total** | **$287.62** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 1188.80 | 0.00 | 0.00 | 1188.80 | 287.62 | 0.00 | 0.00 |
| YTD: | 3154.82 | 120.00 | 0.00 | 3274.82 | 637.79 | 0.00 | 0.00 |

**Net Pay**

**$901.18**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 3/1/2020 - 3/7/2020 | 3/13/2020 |

## Loads

**03/06/2020 - 03/08/2020** SANTA FE SPRINGS, CA - GARY, IN

Order: 10096290
Tractor: 102179
Total Movement Miles: 2004

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 1002.0 | 42.0 | 420.84 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$420.84** |

**03/01/2020 - 03/02/2020** SANTA FE SPRINGS, CA - LA SALLE, IL

Order: 10092948
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 42.0 | 401.94 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$401.94** |

**03/03/2020 - 03/05/2020** LA SALLE, IL - SANTA FE SPRINGS, CA

Order: 10096052
Tractor: 102179
Total Movement Miles: 1916

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 958.0 | 42.0 | 402.36 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$402.36** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 5834 |
| Total Paid Miles | 2917 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 154.30 |
| STATE | 53.92 |
| SOCIAL SECURITY | 75.96 |
| MEDICARE | 17.76 |
| **Total** | **$301.94** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 1225.14 | 0.00 | 0.00 | 1225.14 | 301.94 | 0.00 | 0.00 |
| YTD: | 8438.96 | 120.00 | 0.00 | 8558.96 | 1844.17 | 0.00 | 0.00 |

**Net Pay**

**$923.20**

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 3/8/2020 - 3/14/2020 | 3/20/2020 |

## Loads

**03/08/2020 - 03/09/2020 — LA SALLE, IL - LOS ANGELES, CA**

Order: 10095970
Tractor: 102179
Total Movement Miles: 1927

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 963.5 | 42.0 | 404.67 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$404.67** |

**03/08/2020 - 03/08/2020 — GARY, IN - LA SALLE, IL**

Order: 10095970
Tractor: 102179
Total Movement Miles: 96

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 48.0 | 42.0 | 20.16 |
| Per Diem | | | 0.00 |
| **Total** | | | **$20.16** |

**03/13/2020 - 03/14/2020 — LA SALLE, IL - PACOIMA, CA**

Order: 10099304
Tractor: 102179
Total Movement Miles: 1930

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 965.0 | 42.0 | 405.30 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$405.30** |

**03/11/2020 - 03/12/2020 — SANTA FE SPRINGS, CA - LA SALLE, IL**

Order: 10098610
Tractor: 102179
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 42.0 | 401.94 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$401.94** |

**03/09/2020 - 03/11/2020 — LOS ANGELES, CA - SANTA FE SPRINGS, CA**

Order: 10098610
Tractor: 102179
Total Movement Miles: 18

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 9.0 | 42.0 | 3.78 |
| Per Diem | | | 0.00 |
| **Total** | | | **$3.78** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 5885 |
| Total Paid Miles | 2942.5 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 156.66 |
| STATE | 55.02 |
| SOCIAL SECURITY | 76.62 |
| MEDICARE | 17.92 |
| **Total** | **$306.22** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 1235.85 | 0.00 | 0.00 | 1235.85 | 306.22 | 0.00 | 0.00 |
| YTD: | 9674.81 | 120.00 | 0.00 | 9794.81 | 2150.39 | 0.00 | 0.00 |

**Net Pay**

**$929.63**



CRSTF000767

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 3/15/2020 - 3/21/2020 | 3/27/2020 |

## Loads

**03/18/2020 - 03/20/2020** SANTA FE SPRINGS, CA - SAINT LOUIS, MO

Order: 10105375
Tractor: 102179
Total Movement Miles: 1787

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 893.5 | 42.0 | 375.27 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$375.27** |

**03/20/2020 - 03/21/2020** SAINT LOUIS, MO - SACRAMENTO, CA

Order: 10101753
Tractor: 102179
Total Movement Miles: 1960

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 980.0 | 42.0 | 411.60 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$411.60** |

**03/14/2020 - 03/18/2020** PACOIMA, CA - SANTA FE SPRINGS, CA

Order: 10105375
Tractor: 102179
Total Movement Miles: 39

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 19.5 | 42.0 | 8.19 |
| Per Diem | | | 0.00 |
| **Total** | | | **$8.19** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 3786 |
| Total Paid Miles | 1893 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 72.92 |
| STATE | 19.49 |
| SOCIAL SECURITY | 49.29 |
| MEDICARE | 11.53 |
| **Total** | **$153.23** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 795.06 | 0.00 | 0.00 | 795.06 | 153.23 | 0.00 | 0.00 |
| YTD: | 10469.87 | 120.00 | 0.00 | 10589.87 | 2303.62 | 0.00 | 0.00 |

**Net Pay**

**$641.83**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 2/23/2020 - 2/29/2020 | 3/6/2020 |

## Loads

**02/26/2020 - 02/28/2020 — SANTA FE SPRINGS, CA - CINCINNATI, OH**

Order: 10092974
Tractor: 102179
Total Movement Miles: 2126

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 1063.0 | 42.0 | 446.46 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$446.46** |

**02/29/2020 - 03/01/2020 — BLYTHE, CA - SANTA FE SPRINGS, CA**

Order: 10092948
Tractor: 102179
Total Movement Miles: 207

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 103.5 | 42.0 | 43.47 |
| Per Diem | | | 0.00 |
| **Total** | | | **$43.47** |

**02/23/2020 - 02/26/2020 — FONTANA, CA - SANTA FE SPRINGS, CA**

Order: 10092974
Tractor: 102179
Total Movement Miles: 38

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 19.0 | 42.0 | 7.98 |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.98** |

**02/28/2020 - 02/29/2020 — CINCINNATI, OH - BLYTHE, CA**

Order: 10092504
Tractor: 102179
Total Movement Miles: 1921

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 960.5 | 42.0 | 403.41 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$403.41** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 4292 |
| Total Paid Miles | 2146 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 85.67 |
| STATE | 26.50 |
| SOCIAL SECURITY | 55.88 |
| MEDICARE | 13.07 |
| **Total** | **$181.12** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 901.32 | 0.00 | 0.00 | 901.32 | 181.12 | 0.00 | 0.00 |
| YTD: | 7213.82 | 120.00 | 0.00 | 7333.82 | 1542.23 | 0.00 | 0.00 |

**Net Pay**
**$720.20**



CRSTF000769

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 3/29/2020 - 4/4/2020 | 4/10/2020 |

## Loads

**03/31/2020 - 04/01/2020** FONTANA, CA - LA SALLE, IL

Order: 10105267
Tractor: 104119
Total Movement Miles: 1880

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.0 | 42.0 | 394.80 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$394.80** |

**04/02/2020 - 04/04/2020** LA SALLE, IL - FONTANA, CA

Order: 10108017
Tractor: 104119
Total Movement Miles: 1881

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.5 | 42.0 | 395.01 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$395.01** |

**03/26/2020 - 03/31/2020** RIVERSIDE, CA - FONTANA, CA

Order: 10105267
Tractor: 104119
Total Movement Miles: 13

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 6.5 | 42.0 | 2.73 |
| Per Diem | | | 0.00 |
| **Total** | | | **$2.73** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 3774 |
| Total Paid Miles | 1887 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 72.61 |
| STATE | 19.33 |
| SOCIAL SECURITY | 49.14 |
| MEDICARE | 11.49 |
| **Total** | **$152.57** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 792.54 | 0.00 | 0.00 | 792.54 | 152.57 | 0.00 | 0.00 |
| YTD: | 12084.77 | 120.00 | 0.00 | 12204.77 | 2616.58 | 0.00 | 0.00 |

**Net Pay**

**$639.97**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 3/29/2020 - 4/4/2020 | 4/10/2020 |

## Loads

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 0 |
| Total Paid Miles | 0 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| DRIVER SUPPLIES REIMBURS | 1.0000 | 50.000 | 50.00 |
| **Total** | | | **$50.00** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 0.00 |
| STATE | 0.00 |
| **Total** | **$0.00** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD: | 12084.77 | 120.00 | 0.00 | 12204.77 | 2616.58 | 0.00 | 0.00 |

**Net Pay**

**$50.00**



CRSTF000771

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 4/5/2020 - 4/11/2020 | 4/17/2020 |

## Loads

**04/09/2020 - 04/11/2020 — BLOOMINGTON, CA - PERRYSBURG, OH**

Order: 10113386
Tractor: 104119
Total Movement Miles: 2179

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 1089.5 | 42.0 | 457.59 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$457.59** |

**04/08/2020 - 04/09/2020 — SANTA FE SPRINGS, CA - RIVERSIDE, CA**

Order: 10113386
Tractor: 104119
Total Movement Miles: 41

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 20.5 | 42.0 | 8.61 |
| Per Diem | | | 0.00 |
| **Total** | | | **$8.61** |

**04/04/2020 - 04/05/2020 — FONTANA, CA - LA SALLE, IL**

Order: 10107894
Tractor: 104119
Total Movement Miles: 1880

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.0 | 42.0 | 394.80 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$394.80** |

**04/11/2020 - 04/11/2020 — PERRYSBURG, OH - REYNOLDSBURG, OH**

Order: 10113037
Tractor: 104119
Total Movement Miles: 133

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 66.5 | 42.0 | 27.93 |
| Per Diem | | | 0.00 |
| **Total** | | | **$27.93** |

**04/09/2020 - 04/09/2020 — RIVERSIDE, CA - BLOOMINGTON, CA**

Order: 10113386
Tractor: 104119
Total Movement Miles: 11

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 5.5 | 42.0 | 2.31 |
| Per Diem | | | 0.00 |
| **Total** | | | **$2.31** |

**04/07/2020 - 04/08/2020 — LA SALLE, IL - SANTA FE SPRINGS, CA**

Order: 10109248
Tractor: 104119
Total Movement Miles: 1916

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 958.0 | 42.0 | 402.36 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$402.36** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 6160 |
| Total Paid Miles | 3080 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 169.36 |
| STATE | 60.93 |
| SOCIAL SECURITY | 80.20 |
| MEDICARE | 18.76 |
| **Total** | **$329.25** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 1293.60 | 0.00 | 0.00 | 1293.60 | 329.25 | 0.00 | 0.00 |
| YTD: | 13378.37 | 120.00 | 0.00 | 13498.37 | 2945.83 | 0.00 | 0.00 |

**Net Pay**

**$964.35**

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 4/12/2020 - 4/18/2020 | 4/24/2020 |

## Loads

**04/17/2020 - 04/18/2020** — RIVERSIDE, CA - INGLEWOOD, CA

Order: 10118207
Tractor: 104119
Total Movement Miles: 59

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 29.5 | 42.0 | 12.39 |
| Per Diem | | | 0.00 |
| **Total** | | | **$12.39** |

**04/13/2020 - 04/17/2020** — RIVERSIDE, CA - COMPTON, CA

Order: 10118605
Tractor: 104119
Total Movement Miles: 52

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 26.0 | 42.0 | 10.92 |
| Per Diem | | | 0.00 |
| **Total** | | | **$10.92** |

**04/11/2020 - 04/13/2020** — REYNOLDSBURG, OH - COMPTON, CA

Order: 10113037
Tractor: 104119
Total Movement Miles: 2219

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 1109.5 | 42.0 | 465.99 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$465.99** |

**04/18/2020 - 04/19/2020** — INGLEWOOD, CA - ELK GROVE VILLAGE, IL

Order: 10118207
Tractor: 104119
Total Movement Miles: 2000

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 1000.0 | 42.0 | 420.00 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$420.00** |

**04/17/2020 - 04/17/2020** — COMPTON, CA - RIVERSIDE, CA

Order: 10118605
Tractor: 104119
Total Movement Miles: 52

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 26.0 | 42.0 | 10.92 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$10.92** |

**04/13/2020 - 04/13/2020** — COMPTON, CA - RIVERSIDE, CA

Order: 10113037
Tractor: 104119
Total Movement Miles: 52

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 26.0 | 42.0 | 10.92 |
| Per Diem | | | 0.00 |
| **Total** | | | **$10.92** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 4434 |
| Total Paid Miles | 2217 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| CITY WORK | 1.0000 | 25.000 | 25.00 |
| **Total** | | | **$25.00** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 95.12 |
| STATE | 30.12 |
| SOCIAL SECURITY | 59.28 |
| MEDICARE | 13.86 |
| **Total** | **$198.38** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 931.14 | 25.00 | 0.00 | 956.14 | 198.38 | 0.00 | 0.00 |
| YTD: | 14309.51 | 145.00 | 0.00 | 14454.51 | 3144.21 | 0.00 | 0.00 |

| Net Pay |
|---|
| **$757.76** |

THE TRANSPORTATION SOLUTION
CRST
CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 3/22/2020 - 3/28/2020 | 4/3/2020 |

## Loads

**03/24/2020 - 03/25/2020 — LA SALLE, IL - SANTA FE SPRINGS, CA**

Order: 10102766
Tractor: 102179
Total Movement Miles: 1916

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 958.0 | 42.0 | 402.36 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$402.36** |

**03/25/2020 - 03/26/2020 — SANTA FE SPRINGS, CA - RIVERSIDE, CA**

Order: 10102766
Tractor: 102179
Total Movement Miles: 41

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 20.5 | 42.0 | 8.61 |
| Per Diem | | | 0.00 |
| **Total** | | | **$8.61** |

**03/21/2020 - 03/23/2020 — SACRAMENTO, CA - LA SALLE, IL**

Order: 10101735
Tractor: 102179
Total Movement Miles: 1959

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 979.5 | 42.0 | 411.39 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$411.39** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 3916 |
| Total Paid Miles | 1958 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 76.19 |
| STATE | 21.29 |
| SOCIAL SECURITY | 50.99 |
| MEDICARE | 11.92 |
| **Total** | **$160.39** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 822.36 | 0.00 | 0.00 | 822.36 | 160.39 | 0.00 | 0.00 |
| YTD: | 11292.23 | 120.00 | 0.00 | 11412.23 | 2464.01 | 0.00 | 0.00 |

**Net Pay**

**$661.97**

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 4/19/2020 - 4/25/2020 | 5/1/2020 |

## Loads

**04/25/2020 - 04/26/2020 — LA SALLE, IL - FONTANA, CA**

Order: 10117003
Tractor: 104119
Total Movement Miles: 1881

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.5 | 42.0 | 395.01 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$395.01** |

**04/19/2020 - 04/21/2020 — ELK GROVE VILLAGE, IL - LA SALLE, IL**

Order: 10115698
Tractor: 104119
Total Movement Miles: 86

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 43.0 | 42.0 | 18.06 |
| Per Diem | | | 0.00 |
| **Total** | | | **$18.06** |

**04/21/2020 - 04/22/2020 — LA SALLE, IL - FONTANA, CA**

Order: 10115698
Tractor: 104119
Total Movement Miles: 1881

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.5 | 42.0 | 395.01 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$395.01** |

**04/22/2020 - 04/23/2020 — FONTANA, CA - SANTA FE SPRINGS, CA**

Order: 10117251
Tractor: 104119
Total Movement Miles: 38

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 19.0 | 42.0 | 7.98 |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.98** |

**04/23/2020 - 04/24/2020 — SANTA FE SPRINGS, CA - LA SALLE, IL**

Order: 10117251
Tractor: 104119
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 42.0 | 401.94 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$401.94** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 5800 |
| Total Paid Miles | 2900 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 152.73 |
| STATE | 53.19 |
| SOCIAL SECURITY | 75.52 |
| MEDICARE | 17.66 |
| **Total** | **$299.10** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 1218.00 | 0.00 | 0.00 | 1218.00 | 299.10 | 0.00 | 0.00 |
| YTD: | 15527.51 | 145.00 | 0.00 | 15672.51 | 3443.31 | 0.00 | 0.00 |

**Net Pay**
**$918.90**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 5/3/2020 - 5/9/2020 | 5/15/2020 |

## Loads

**05/05/2020 - 05/06/2020 — SANTA FE SPRINGS, CA - LA SALLE, IL**

Order: 10123135
Tractor: 104119
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 42.0 | 401.94 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$401.94** |

**05/07/2020 - 05/08/2020 — LA SALLE, IL - FONTANA, CA**

Order: 10122980
Tractor: 104119
Total Movement Miles: 1881

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.5 | 42.0 | 395.01 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$395.01** |

**05/01/2020 - 05/05/2020 — FONTANA, CA - SANTA FE SPRINGS, CA**

Order: 10123135
Tractor: 104119
Total Movement Miles: 38

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 19.0 | 42.0 | 7.98 |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.98** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 3833 |
| Total Paid Miles | 1916.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 74.10 |
| STATE | 20.14 |
| SOCIAL SECURITY | 49.91 |
| MEDICARE | 11.67 |
| **Total** | **$155.82** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 804.93 | 0.00 | 0.00 | 804.93 | 155.82 | 0.00 | 0.00 |
| YTD: | 17137.37 | 145.00 | 0.00 | 17282.37 | 3754.95 | 0.00 | 0.00 |

**Net Pay**

**$649.11**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 5/3/2020 - 5/9/2020 | 5/15/2020 |

## Loads

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 0 |
| Total Paid Miles | 0 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| DRIVER SUPPLIES REIMBURS | 1.0000 | 50.000 | 50.00 |
| **Total** | | | **$50.00** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 0.00 |
| STATE | 0.00 |
| **Total** | **$0.00** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD: | 17137.37 | 145.00 | 0.00 | 17282.37 | 3754.95 | 0.00 | 0.00 |

**Net Pay**

**$50.00**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 5/10/2020 - 5/16/2020 | 5/22/2020 |

## Loads

**05/14/2020 - 05/14/2020 — GARY, IN - LA SALLE, IL**

Order: 10127330
Tractor: 104119
Total Movement Miles: 96

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 48.0 | 42.0 | 20.16 |
| Per Diem | | | 0.00 |
| **Total** | | | **$20.16** |

**05/08/2020 - 05/12/2020 — FONTANA, CA - SANTA FE SPRINGS, CA**

Order: 10127722
Tractor: 104119
Total Movement Miles: 38

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 19.0 | 42.0 | 7.98 |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.98** |

**05/14/2020 - 05/15/2020 — LA SALLE, IL - LONG BEACH, CA**

Order: 10127330
Tractor: 104119
Total Movement Miles: 1935

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 967.5 | 42.0 | 406.35 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$406.35** |

**05/12/2020 - 05/14/2020 — SANTA FE SPRINGS, CA - GARY, IN**

Order: 10127722
Tractor: 104119
Total Movement Miles: 2004

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 1002.0 | 42.0 | 420.84 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$420.84** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 4073 |
| Total Paid Miles | 2036.5 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 80.15 |
| STATE | 23.47 |
| SOCIAL SECURITY | 53.03 |
| MEDICARE | 12.40 |
| **Total** | **$169.05** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 855.33 | 0.00 | 0.00 | 855.33 | 169.05 | 0.00 | 0.00 |
| YTD: | 17992.70 | 145.00 | 0.00 | 18137.70 | 3924.00 | 0.00 | 0.00 |

**Net Pay**

**$686.28**

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 5/17/2020 - 5/23/2020 | 5/29/2020 |

## Loads

**05/15/2020 - 05/20/2020 — LONG BEACH, CA - SANTA FE SPRINGS, CA**

Order: 10131031
Tractor: 104119
Total Movement Miles: 21

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 10.5 | 42.0 | 4.41 |
| Per Diem | | | 0.00 |
| **Total** | | | **$4.41** |

**05/23/2020 - 05/24/2020 — SANTA FE SPRINGS, CA - LA SALLE, IL**

Order: 10131007
Tractor: 104119
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 42.0 | 401.94 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$401.94** |

**05/20/2020 - 05/22/2020 — SANTA FE SPRINGS, CA - CINCINNATI, OH**

Order: 10131031
Tractor: 104119
Total Movement Miles: 2126

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 1063.0 | 42.0 | 446.46 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$446.46** |

**05/22/2020 - 05/23/2020 — CINCINNATI, OH - FONTANA, CA**

Order: 10130418
Tractor: 104119
Total Movement Miles: 2092

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 1046.0 | 42.0 | 439.32 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$439.32** |

**05/23/2020 - 05/23/2020 — FONTANA, CA - SANTA FE SPRINGS, CA**

Order: 10131007
Tractor: 104119
Total Movement Miles: 38

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 19.0 | 42.0 | 7.98 |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.98** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 6191 |
| Total Paid Miles | 3095.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 170.79 |
| STATE | 61.59 |
| SOCIAL SECURITY | 80.61 |
| MEDICARE | 18.85 |
| **Total** | **$331.84** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 1300.11 | 0.00 | 0.00 | 1300.11 | 331.84 | 0.00 | 0.00 |
| YTD: | 19292.81 | 145.00 | 0.00 | 19437.81 | 4255.84 | 0.00 | 0.00 |

**Net Pay**

**$968.27**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 4/26/2020 - 5/2/2020 | 5/8/2020 |

## Loads

**04/30/2020 - 05/01/2020** — LA SALLE, IL - FONTANA, CA

Order: 10120889
Tractor: 104119
Total Movement Miles: 1881

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.5 | 42.0 | 395.01 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$395.01** |

**04/26/2020 - 04/28/2020** — FONTANA, CA - SANTA FE SPRINGS, CA

Order: 10121139
Tractor: 104119
Total Movement Miles: 38

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 19.0 | 42.0 | 7.98 |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.98** |

**04/28/2020 - 04/29/2020** — SANTA FE SPRINGS, CA - LA SALLE, IL

Order: 10121139
Tractor: 104119
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 42.0 | 401.94 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$401.94** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 3833 |
| Total Paid Miles | 1916.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 74.10 |
| STATE | 20.14 |
| SOCIAL SECURITY | 49.91 |
| MEDICARE | 11.67 |
| **Total** | **$155.82** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 804.93 | 0.00 | 0.00 | 804.93 | 155.82 | 0.00 | 0.00 |
| YTD: | 16332.44 | 145.00 | 0.00 | 16477.44 | 3599.13 | 0.00 | 0.00 |

**Net Pay**

**$649.11**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 5/31/2020 - 6/6/2020 | 6/12/2020 |

## Loads

**06/02/2020 - 06/03/2020** — LA SALLE, IL - FONTANA, CA

Order: 10137435
Tractor: 104119
Total Movement Miles: 1881

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.5 | 42.0 | 395.01 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$395.01** |

**05/31/2020 - 06/01/2020** — SANTA FE SPRINGS, CA - LA SALLE, IL

Order: 10134451
Tractor: 104119
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 42.0 | 401.94 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$401.94** |

**05/31/2020 - 05/31/2020** — RIVERSIDE, CA - SANTA FE SPRINGS, CA

Order: 10134451
Tractor: 104119
Total Movement Miles: 40

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 20.0 | 42.0 | 8.40 |
| Per Diem | | | 0.00 |
| **Total** | | | **$8.40** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 3835 |
| Total Paid Miles | 1917.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| DETENTION PAY | 1.0000 | 87.500 | 87.50 |
| **Total** | | | **$87.50** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 84.65 |
| STATE | 25.95 |
| SOCIAL SECURITY | 55.36 |
| MEDICARE | 12.95 |
| **Total** | **$178.91** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 805.35 | 87.50 | 0.00 | 892.85 | 178.91 | 0.00 | 0.00 |
| YTD: | 20570.03 | 232.50 | 0.00 | 20802.53 | 4509.00 | 0.00 | 0.00 |

**Net Pay**

**$713.94**



CRSTF000781

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 6/7/2020 - 6/13/2020 | 6/19/2020 |

## Loads

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 0 |
| Total Paid Miles | 0 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| CITY WORK | 1.0000 | 25.000 | 25.00 |
| **Total** | | | **$25.00** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 0.00 |
| STATE | 0.00 |
| SOCIAL SECURITY | 1.55 |
| MEDICARE | 0.36 |
| **Total** | **$1.91** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 0.00 | 25.00 | 0.00 | 25.00 | 1.91 | 0.00 | 0.00 |
| YTD: | 21788.03 | 257.50 | 0.00 | 22045.53 | 4810.01 | 0.00 | 0.00 |

| Net Pay |
|---|
| **$23.09** |

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 6/7/2020 - 6/13/2020 | 6/19/2020 |

## Loads

**06/13/2020 - 06/13/2020** RIVERSIDE, CA - SANTA FE SPRINGS, CA

Order: 10140382
Tractor: 104119
Total Movement Miles: 40

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 20.0 | 42.0 | 8.40 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$8.40** |

**06/11/2020 - 06/13/2020** LA SALLE, IL - FONTANA, CA

Order: 10140341
Tractor: 104119
Total Movement Miles: 1881

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.5 | 42.0 | 395.01 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$395.01** |

**06/03/2020 - 06/09/2020** FONTANA, CA - SANTA FE SPRINGS, CA

Order: 10140627
Tractor: 104119
Total Movement Miles: 38

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 19.0 | 42.0 | 7.98 |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.98** |

**06/09/2020 - 06/11/2020** SANTA FE SPRINGS, CA - LA SALLE, IL

Order: 10140627
Tractor: 104119
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 42.0 | 401.94 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$401.94** |

**06/13/2020 - 06/13/2020** FONTANA, CA - RIVERSIDE, CA

Order: 10140382
Tractor: 104119
Total Movement Miles: 13

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 6.5 | 42.0 | 2.73 |
| Per Diem | | | 0.00 |
| **Total** | | | **$2.73** |

**06/13/2020 - 06/14/2020** SANTA FE SPRINGS, CA - LA SALLE, IL

Order: 10140641
Tractor: 104119
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 42.0 | 401.94 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$401.94** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 5800 |
| Total Paid Miles | 2900 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 152.73 |
| STATE | 53.19 |
| SOCIAL SECURITY | 75.52 |
| MEDICARE | 17.66 |
| **Total** | **$299.10** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 1218.00 | 0.00 | 0.00 | 1218.00 | 299.10 | 0.00 | 0.00 |
| YTD: | 21788.03 | 257.50 | 0.00 | 22045.53 | 4810.01 | 0.00 | 0.00 |

**Net Pay**

**$918.90**

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 6/14/2020 - 6/20/2020 | 6/26/2020 |

## Loads

**06/17/2020 - 06/19/2020** FONTANA, CA - LA SALLE, IL

Order: 10143252
Tractor: 104119
Total Movement Miles: 1880

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.0 | 42.0 | 394.80 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$394.80** |

**06/19/2020 - 06/21/2020** LA SALLE, IL - FONTANA, CA

Order: 10143399
Tractor: 104119
Total Movement Miles: 1881

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.5 | 42.0 | 395.01 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$395.01** |

**06/16/2020 - 06/17/2020** LA SALLE, IL - FONTANA, CA

Order: 10141798
Tractor: 104119
Total Movement Miles: 1881

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.5 | 42.0 | 395.01 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$395.01** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 5642 |
| Total Paid Miles | 2821 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 145.43 |
| STATE | 50.01 |
| SOCIAL SECURITY | 73.46 |
| MEDICARE | 17.18 |
| **Total** | **$286.08** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 1184.82 | 0.00 | 0.00 | 1184.82 | 286.08 | 0.00 | 0.00 |
| YTD: | 22972.85 | 257.50 | 0.00 | 23230.35 | 5096.09 | 0.00 | 0.00 |

**Net Pay**

**$898.74**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 5/24/2020 - 5/30/2020 | 6/5/2020 |

## Loads

**05/27/2020 - 05/28/2020** FRIDLEY, MN - SAINT CLOUD, MN

Order: 10136660
Tractor: 104119
Total Movement Miles: 62

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 31.0 | 42.0 | 13.02 |
| Per Diem | | | 0.00 |
| **Total** | | | **$13.02** |

**05/27/2020 - 05/27/2020** LA SALLE, IL - FRIDLEY, MN

Order: 10134200
Tractor: 104119
Total Movement Miles: 401

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 200.5 | 42.0 | 84.21 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$84.21** |

**05/29/2020 - 05/31/2020** SAINT CLOUD, MN - RIVERSIDE, CA

Order: 10136660
Tractor: 104119
Total Movement Miles: 1784

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 892.0 | 42.0 | 374.64 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$374.64** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 2247 |
| Total Paid Miles | 1123.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| SCALE | 1.0000 | 12.000 | 12.00 |
| **Total** | | | **$12.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 34.13 |
| STATE | 4.02 |
| SOCIAL SECURITY | 29.26 |
| MEDICARE | 6.84 |
| **Total** | **$74.25** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 471.87 | 12.00 | 0.00 | 471.87 | 74.25 | 0.00 | 0.00 |
| YTD: | 19764.68 | 145.00 | 0.00 | 19909.68 | 4330.09 | 0.00 | 0.00 |

**Net Pay**

**$409.62**

THE TRANSPORTATION SOLUTION
CRST
CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 6/28/2020 - 7/4/2020 | 7/10/2020 |

## Loads

**07/04/2020 - 07/04/2020** — SANTA FE SPRINGS, CA - RIVERSIDE, CA

Order: 10149380
Tractor: 104119
Total Movement Miles: 41

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 20.5 | 42.0 | 8.61 |
| Per Diem | | | 0.00 |
| **Total** | | | **$8.61** |

**06/30/2020 - 07/02/2020** — SANTA FE SPRINGS, CA - CINCINNATI, OH

Order: 10154163
Tractor: 104119
Total Movement Miles: 2126

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 1063.0 | 42.0 | 446.46 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$446.46** |

**07/02/2020 - 07/04/2020** — CINCINNATI, OH - SANTA FE SPRINGS, CA

Order: 10149380
Tractor: 104119
Total Movement Miles: 2127

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 1063.5 | 42.0 | 446.67 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$446.67** |

**06/28/2020 - 06/30/2020** — FONTANA, CA - SANTA FE SPRINGS, CA

Order: 10154163
Tractor: 104119
Total Movement Miles: 38

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 19.0 | 42.0 | 7.98 |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.98** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 4332 |
| Total Paid Miles | 2166 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 86.68 |
| STATE | 27.06 |
| SOCIAL SECURITY | 56.40 |
| MEDICARE | 13.19 |
| **Total** | **$183.33** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 909.72 | 0.00 | 0.00 | 909.72 | 183.33 | 0.00 | 0.00 |
| YTD: | 24687.50 | 257.50 | 0.00 | 24945.00 | 5435.24 | 0.00 | 0.00 |

**Net Pay**

**$726.39**

THE TRANSPORTATION SOLUTION
CRST
CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 7/5/2020 - 7/11/2020 | 7/17/2020 |

## Loads

**07/09/2020 - 07/11/2020 — FRIDLEY, MN - SANTA FE SPRINGS, CA**

Order: 10153825
Tractor: 104119
Total Movement Miles: 1846

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 923.0 | 42.0 | 387.66 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$387.66** |

**07/04/2020 - 07/07/2020 — RIVERSIDE, CA - SANTA FE SPRINGS, CA**

Order: 10152980
Tractor: 104119
Total Movement Miles: 40

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 20.0 | 42.0 | 8.40 |
| Per Diem | | | 0.00 |
| **Total** | | | **$8.40** |

**07/11/2020 - 07/12/2020 — SANTA FE SPRINGS, CA - GARY, IN**

Order: 10154106
Tractor: 104119
Total Movement Miles: 2004

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 1002.0 | 42.0 | 420.84 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$420.84** |

**07/07/2020 - 07/09/2020 — SANTA FE SPRINGS, CA - FRIDLEY, MN**

Order: 10152980
Tractor: 104119
Total Movement Miles: 1846

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 923.0 | 42.0 | 387.66 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$387.66** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 5736 |
| Total Paid Miles | 2868 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 149.77 |
| STATE | 51.82 |
| SOCIAL SECURITY | 74.68 |
| MEDICARE | 17.47 |
| **Total** | **$293.74** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 1204.56 | 0.00 | 0.00 | 1204.56 | 293.74 | 0.00 | 0.00 |
| YTD: | 25892.06 | 257.50 | 0.00 | 26149.56 | 5728.98 | 0.00 | 0.00 |

**Net Pay**

**$910.82**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 6/21/2020 - 6/27/2020 | 7/2/2020 |

## Loads

**06/27/2020 - 06/28/2020** — LA SALLE, IL - FONTANA, CA

Order: 10146771
Tractor: 104119
Total Movement Miles: 1881

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.5 | 42.0 | 395.01 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$395.01** |

**06/21/2020 - 06/25/2020** — FONTANA, CA - SANTA FE SPRINGS, CA

Order: 10147040
Tractor: 104119
Total Movement Miles: 38

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 19.0 | 42.0 | 7.98 |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.98** |

**06/25/2020 - 06/26/2020** — SANTA FE SPRINGS, CA - LA SALLE, IL

Order: 10147040
Tractor: 104119
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 42.0 | 401.94 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$401.94** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 3833 |
| Total Paid Miles | 1916.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 74.10 |
| STATE | 20.14 |
| SOCIAL SECURITY | 49.91 |
| MEDICARE | 11.67 |
| **Total** | **$155.82** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 804.93 | 0.00 | 0.00 | 804.93 | 155.82 | 0.00 | 0.00 |
| YTD: | 23777.78 | 257.50 | 0.00 | 24035.28 | 5251.91 | 0.00 | 0.00 |

**Net Pay**

**$649.11**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 7/12/2020 - 7/18/2020 | 7/24/2020 |

## Loads

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 0 |
| Total Paid Miles | 0 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| SICK PAY | 24.0000 | 21.980 | 527.52 |
| **Total** | | | **$527.52** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 40.81 |
| STATE | 6.09 |
| SOCIAL SECURITY | 32.71 |
| MEDICARE | 7.65 |
| **Total** | **$87.26** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 0.00 | 527.52 | 0.00 | 527.52 | 87.26 | 0.00 | 0.00 |
| YTD: | 27107.33 | 785.02 | 0.00 | 27892.35 | 6114.25 | 0.00 | 0.00 |

**Net Pay**

**$440.26**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 7/12/2020 - 7/18/2020 | 7/24/2020 |

## Loads

**07/14/2020 - 07/15/2020 — LA SALLE, IL - FONTANA, CA**

Order: 10156672
Tractor: 104119
Total Movement Miles: 1881

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.5 | 42.0 | 395.01 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$395.01** |

**07/17/2020 - 07/19/2020 — LA SALLE, IL - PACOIMA, CA**

Order: 10156668
Tractor: 104119
Total Movement Miles: 1930

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 965.0 | 42.0 | 405.30 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$405.30** |

**07/16/2020 - 07/17/2020 — FONTANA, CA - LA SALLE, IL**

Order: 10156530
Tractor: 104119
Total Movement Miles: 1880

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.0 | 42.0 | 394.80 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$394.80** |

**07/12/2020 - 07/14/2020 — GARY, IN - LA SALLE, IL**

Order: 10156672
Tractor: 104119
Total Movement Miles: 96

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 48.0 | 42.0 | 20.16 |
| Per Diem | | | 0.00 |
| **Total** | | | **$20.16** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 5787 |
| Total Paid Miles | 2893.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 152.13 |
| STATE | 52.91 |
| SOCIAL SECURITY | 75.35 |
| MEDICARE | 17.62 |
| **Total** | **$298.01** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 1215.27 | 0.00 | 0.00 | 1215.27 | 298.01 | 0.00 | 0.00 |
| YTD: | 27107.33 | 785.02 | 0.00 | 27892.35 | 6114.25 | 0.00 | 0.00 |

| Net Pay |
|---|
| **$917.26** |

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 8/2/2020 - 8/8/2020 | 8/14/2020 |

## Loads

**08/04/2020 - 08/06/2020 — SANTA FE SPRINGS, CA - LA SALLE, IL**

Order: 10166619
Tractor: 104119
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 42.0 | 401.94 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$401.94** |

**08/06/2020 - 08/07/2020 — LA SALLE, IL - FONTANA, CA**

Order: 10166309
Tractor: 104119
Total Movement Miles: 1881

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 940.5 | 42.0 | 395.01 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$395.01** |

**08/02/2020 - 08/04/2020 — PACOIMA, CA - SANTA FE SPRINGS, CA**

Order: 10166619
Tractor: 104119
Total Movement Miles: 39

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 19.5 | 42.0 | 8.19 |
| Per Diem | | | 0.00 |
| **Total** | | | **$8.19** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 3834 |
| Total Paid Miles | 1917 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 74.13 |
| STATE | 20.16 |
| SOCIAL SECURITY | 49.92 |
| MEDICARE | 11.67 |
| **Total** | **$155.88** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 805.14 | 0.00 | 0.00 | 805.14 | 155.88 | 0.00 | 0.00 |
| YTD: | 28745.54 | 785.02 | 0.00 | 29530.56 | 6430.10 | 0.00 | 0.00 |

| **Net Pay** |
|---|
| **$649.26** |

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 8/9/2020 - 8/15/2020 | 8/21/2020 |

## Loads

**08/13/2020 - 08/13/2020 — FRIDLEY, MN - COLD SPRING, MN**

Order: 10171561
Tractor: 104119
Total Movement Miles: 74

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 37.0 | 43.0 | 15.91 |
| Per Diem | | | 0.00 |
| **Total** | | | **$15.91** |

**08/07/2020 - 08/11/2020 — FONTANA, CA - SANTA FE SPRINGS, CA**

Order: 10169680
Tractor: 104119
Total Movement Miles: 38

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 19.0 | 42.0 | 7.98 |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.98** |

**08/11/2020 - 08/13/2020 — SANTA FE SPRINGS, CA - FRIDLEY, MN**

Order: 10169680
Tractor: 104119
Total Movement Miles: 1846

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 923.0 | 43.0 | 396.89 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$396.89** |

**08/13/2020 - 08/15/2020 — COLD SPRING, MN - SANTA FE SPRINGS, CA**

Order: 10171561
Tractor: 104119
Total Movement Miles: 1793

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 896.5 | 43.0 | 385.50 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$385.50** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 3751 |
| Total Paid Miles | 1875.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| SCALE | 1.0000 | 12.000 | 12.00 |
| **Total** | | | **$12.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 74.26 |
| STATE | 20.23 |
| SOCIAL SECURITY | 49.99 |
| MEDICARE | 11.69 |
| **Total** | **$156.17** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 806.28 | 12.00 | 0.00 | 806.28 | 156.17 | 0.00 | 0.00 |
| YTD: | 29551.82 | 785.02 | 0.00 | 30336.84 | 6586.27 | 0.00 | 0.00 |

**Net Pay**

**$662.11**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 8/16/2020 - 8/22/2020 | 8/28/2020 |

## Loads

08/15/2020 - 08/17/2020 SANTA FE SPRINGS, CA - HEMET, CA

Order: 10171561
Tractor: 104119
Total Movement Miles: 70

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 35.0 | 43.0 | 15.05 |
| Per Diem | | | 0.00 |
| **Total** | | | **$15.05** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 70 |
| Total Paid Miles | 35 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 0.00 |
| STATE | 0.00 |
| SOCIAL SECURITY | 0.93 |
| MEDICARE | 0.22 |
| **Total** | **$1.15** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 15.05 | 0.00 | 0.00 | 15.05 | 1.15 | 0.00 | 0.00 |
| YTD: | 29566.87 | 785.02 | 0.00 | 30351.89 | 6587.42 | 0.00 | 0.00 |

**Net Pay**

**$13.90**

THE TRANSPORTATION SOLUTION
CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 7/26/2020 - 8/1/2020 | 8/7/2020 |

## Loads

**07/30/2020 - 08/01/2020 — SANTA FE SPRINGS, CA - LA SALLE, IL**

Order: 10163364
Tractor: 104119
Total Movement Miles: 1914

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 957.0 | 42.0 | 401.94 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$401.94** |

**08/01/2020 - 08/02/2020 — LA SALLE, IL - PACOIMA, CA**

Order: 10163039
Tractor: 104119
Total Movement Miles: 1930

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 965.0 | 42.0 | 405.30 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$405.30** |

**07/26/2020 - 07/30/2020 — RIVERSIDE, CA - SANTA FE SPRINGS, CA**

Order: 10163364
Tractor: 104119
Total Movement Miles: 40

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 20.0 | 42.0 | 8.40 |
| Per Diem | | | 0.00 |
| **Total** | | | **$8.40** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 3884 |
| Total Paid Miles | 1942 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 75.39 |
| STATE | 20.85 |
| SOCIAL SECURITY | 50.57 |
| MEDICARE | 11.83 |
| **Total** | **$158.64** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 815.64 | 0.00 | 0.00 | 815.64 | 158.64 | 0.00 | 0.00 |
| YTD: | 27940.40 | 785.02 | 0.00 | 28725.42 | 6274.22 | 0.00 | 0.00 |

**Net Pay**

**$657.00**

THE TRANSPORTATION SOLUTION

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| HUCKABY, KEITH H. | HUCKLOCA | 1096 | 7/19/2020 - 7/25/2020 | 7/31/2020 |

## Loads

07/19/2020 - 07/20/2020 — PACOIMA, CA - COMPTON, CA

Order: 10161873
Tractor: 104119
Total Movement Miles: 32

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 16.0 | 42.0 | 6.72 |
| Per Diem | | | 0.00 |
| **Total** | | | **$6.72** |

07/20/2020 - 07/20/2020 — COMPTON, CA - RIVERSIDE, CA

Order: 10161873
Tractor: 104119
Total Movement Miles: 51

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 25.5 | 42.0 | 10.71 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$10.71** |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 83 |
| Total Paid Miles | 41.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 0.00 |
| STATE | 0.00 |
| SOCIAL SECURITY | 1.08 |
| MEDICARE | 0.25 |
| **Total** | **$1.33** |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

Deduction: After Taxes

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | **Order Pay** | **Other** | **Per Diem** | **Gross** | **Taxes** | **Before Tax** | **After Tax** |
| Current: | 17.43 | 0.00 | 0.00 | 17.43 | 1.33 | 0.00 | 0.00 |
| YTD: | 27124.76 | 785.02 | 0.00 | 27909.78 | 6115.58 | 0.00 | 0.00 |

**Net Pay**

**$16.10**

| TRACTOR OWNER# | TRIP NUMBER | END DATE LOAD NUM | TRIP ORIGIN/DESTINATION | TOTAL TRIP MILES | ST LD | * TRIP MILES BY STATE * ST LD | ST LD | ST LD | LAST UPDATE |
|---|---|---|---|---|---|---|---|---|---|
| 103048<br>O-0001 | 035903 | 07/04/19<br>79330502 | SANTA FE SPRINGS, CA<br>CINCINNATI, OH | 2,193 | AZ 359<br>MO 291<br>TX 177 | CA 265<br>NM 373 | IL 161<br>OH 44 | IN 164<br>OK 359 | AUTO 07/05/19 |
| 103048<br>O-0001 | 035904 | 07/04/19<br>79399997 | CINCINNATI, OH<br>CINCINNATI, OH | 67 | IN 1 | OH 66 | | | AUTO 07/05/19 |
| 103048<br>O-0001 | 042514 | 07/05/19<br>79410554 | SANTA FE SPRINGS, CA<br>RIVERSIDE, CA | 47 | CA 47 | | | | AUTO 07/09/19 |
| 103048<br>O-0001 | 044964 | 07/09/19<br>79417787 | RIVERSIDE, CA<br>SANTA FE SPRINGS, CA | 109 | CA 109 | | | | AUTO 07/10/19 |
| 103048<br>O-0001 | 050053 | 07/11/19<br>79381211 | SANTA FE SPRINGS, CA<br>CINCINNATI, OH | 2,196 | AZ 360<br>MO 291<br>TX 175 | CA 267<br>NM 374 | IL 161<br>OH 44 | IN 165<br>OK 359 | AUTO 07/12/19 |
| 103048<br>O-0001 | 050054 | 07/11/19<br>79431097 | CINCINNATI, OH<br>CINCINNATI, OH | 1 | OH 1 | | | | AUTO 07/12/19 |
| 103048<br>O-0001 | 055156 | 07/12/19<br>79382042 | CINCINNATI, OH<br>SANTA FE SPRINGS, CA | 2,207 | AZ 358<br>MO 291<br>TX 177 | CA 280<br>NM 395 | IL 160<br>OH 24 | IN 165<br>OK 357 | AUTO 07/15/19 |
| 103048<br>O-0001 | 058224 | 07/12/19<br>79449407 | SANTA FE SPRINGS, CA<br>RIVERSIDE, CA | 47 | CA 47 | | | | AUTO 07/16/19 |
| 103048<br>O-0001 | 060399 | 07/16/19<br>79455726 | RIVERSIDE, CA<br>SANTA FE SPRINGS, CA | 81 | CA 81 | | | | AUTO 07/17/19 |
| 103048<br>O-0001 | 065576 | 07/18/19<br>79389053 | SANTA FE SPRINGS, CA<br>CINCINNATI, OH | 2,195 | AZ 360<br>MO 292<br>TX 177 | CA 267<br>NM 373 | IL 161<br>OH 44 | IN 164<br>OK 357 | AUTO 07/19/19 |
| 103048<br>O-0001 | 065577 | 07/18/19<br>79469323 | CINCINNATI, OH<br>CINCINNATI, OH | 67 | IN 3 | OH 64 | | | AUTO 07/19/19 |
| 103048<br>O-0001 | 070493 | 07/20/19<br>79389329 | CINCINNATI, OH<br>SANTA FE SPRINGS, CA | 2,215 | AZ 359<br>MO 291<br>TX 176 | CA 284<br>NM 390 | IL 160<br>OH 24 | IN 165<br>OK 366 | AUTO 07/22/19 |
| 103048<br>O-0001 | 073793 | 07/22/19<br>79488401 | SANTA FE SPRINGS, CA<br>RIVERSIDE, CA | 54 | CA 54 | | | | AUTO 07/23/19 |
| * TOTALS BY STATE FOR TRACTOR NO. 103048 * | | | | 11,479 | AZ 1796<br>MO 1456<br>TX 882 | CA 1701<br>NM 1905 | IL 803<br>OH 311 | IN 827<br>OK 1798 | |

EXHIBIT
28

| TRACTOR OWNER# | TRIP NUMBER | END DATE LOAD NUM | TRIP ORIGIN/DESTINATION | TOTAL TRIP MILES | ST LD | ST LD | ST LD | ST LD | LAST UPDATE |
|---|---|---|---|---|---|---|---|---|---|
| 103047<br>O-0001 | 965759 | 06/04/19<br>79230855 | CEDAR RAPIDS, IA<br>CEDAR RAPIDS, IA | 18 | IA 18 | | | | AUTO 06/05/19 |
| 103047<br>O-0001 | 973140 | 06/07/19<br>79251202 | CEDAR RAPIDS, IA<br>CEDAR RAPIDS, IA | 7 | IA 7 | | | | AUTO 06/08/19 |
| 103047<br>O-0001 | 978717 | 06/10/19<br>79194662 | CEDAR RAPIDS, IA<br>MODESTO, CA | 1,902 | CA 190<br>UT 198 | IA 248<br>WY 402 | NE 455 | NV 409 | AUTO 06/11/19 |
| 103047<br>O-0001 | 978718 | 06/10/19<br>79264084 | MODESTO, CA<br>WATSONVILLE, CA | 132 | CA 132 | | | | AUTO 06/11/19 |
| 103047<br>O-0001 | 984500 | 06/12/19<br>79246366 | WATSONVILLE, CA<br>REYNOLDSBURG, OH | 2,578 | CA 288<br>NE 457<br>WY 404 | IL 233<br>NV 411 | IN 164<br>OH 125 | IA 299<br>UT 197 | AUTO 06/13/19 |
| 103047<br>O-0001 | 987080 | 06/13/19<br>79285817 | REYNOLDSBURG, OH<br>COLUMBUS, OH | 18 | OH 18 | | | | AUTO 06/14/19 |
| 103047<br>O-0001 | 989838 | 06/14/19<br>79271725 | COLUMBUS, OH<br>NEW ALBANY, OH | 100 | OH 100 | | | | AUTO 06/15/19 |
| 103047<br>O-0001 | 989839 | 06/14/19<br>79288204 | NEW ALBANY, OH<br>NEW ALBANY, OH | 68 | OH 68 | | | | AUTO 06/15/19 |
| 103047<br>O-0001 | 992145 | 06/16/19<br>79278507 | NEW ALBANY, OH<br>SANTA FE SPRINGS, CA | 2,299 | AZ 358<br>KS 407<br>OK 56 | CA 266<br>MO 247<br>TX 92 | IL 157<br>NM 385 | IN 178<br>OH 153 | AUTO 06/17/19 |
| 103047<br>O-0001 | 995446 | 06/17/19<br>79298421 | SANTA FE SPRINGS, CA<br>RIVERSIDE, CA | 211 | CA 211 | | | | AUTO 06/18/19 |
| 103047<br>O-0001 | 995447 | 06/17/19<br>79271567 | RIVERSIDE, CA<br>CHATSWORTH, CA | 87 | CA 87 | | | | AUTO 06/18/19 |
| 103047<br>O-0001 | 997894 | 06/18/19<br>79301200 | CHATSWORTH, CA<br>ARCADIA, CA | 65 | CA 65 | | | | AUTO 06/19/19 |
| * TOTALS BY STATE FOR TRACTOR NO. 103047 * | | | | 17,542 | AL 1697<br>GA 187<br>KS 742<br>NE 912<br>OH 718<br>TX 1893 | AZ 1500<br>IA 664<br>LA 446<br>NJ 123<br>OK 112<br>UT 395 | CA 2148<br>IL 553<br>MO 247<br>NM 1097<br>PA 548<br>WY 806 | FL 925<br>IN 498<br>MS 469<br>NV 820<br>TN 42 | |
| 103048<br>O-0001 | 002589 | 06/20/19<br>79300234 | SANTA FE SPRINGS, CA<br>LORDSTOWN, OH | 2,426 | AZ 360<br>MO 292<br>TX 177 | CA 268<br>NM 373 | IL 161<br>OH 279 | IN 158<br>OK 358 | AUTO 06/21/19 |

| TRACTOR OWNER# | TRIP NUMBER | END DATE LOAD NUM | TRIP ORIGIN/DESTINATION | TOTAL TRIP MILES | ST | LD | ST | LD | ST | LD | ST | LD | LAST UPDATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 103048<br>O-0001 | 002590 | 06/20/19<br>79322342 | LORDSTOWN, OH<br>STREETSBORO, OH | 194 | OH | 194 | | | | | | | AUTO 06/21/19 |
| 103048<br>O-0001 | 011824 | 06/21/19<br>79301647 | STREETSBORO, OH<br>RIVERSIDE, CA | 2,366 | AZ<br>MO<br>TX | 359<br>291<br>177 | CA<br>NM | 237<br>373 | IL<br>OH | 160<br>252 | IN<br>OK | 159<br>358 | AUTO 06/25/19 |
| 103048<br>O-0001 | 014469 | 06/25/19<br>79346308 | RIVERSIDE, CA<br>SANTA FE SPRINGS, CA | 48 | CA | 48 | | | | | | | KSTR 06/26/19 |
| 103048<br>O-0001 | 019358 | 06/27/19<br>79230084 | SANTA FE SPRINGS, CA<br>CINCINNATI, OH | 2,193 | AZ<br>MO<br>TX | 359<br>292<br>177 | CA<br>NM | 265<br>372 | IL<br>OH | 161<br>44 | IN<br>OK | 164<br>359 | AUTO 06/28/19 |
| 103048<br>O-0001 | 019359 | 06/27/19<br>79359250 | CINCINNATI, OH<br>CINCINNATI, OH | 36 | OH | 36 | | | | | | | AUTO 06/28/19 |
| 103048<br>O-0001 | 024935 | 06/28/19<br>79230359 | CINCINNATI, OH<br>SANTA FE SPRINGS, CA | 2,226 | AZ<br>MO<br>TX | 359<br>301<br>192 | CA<br>NM | 279<br>388 | IL<br>OH | 161<br>24 | IN<br>OK | 165<br>357 | AUTO 07/01/19 |
| 103048<br>O-0001 | 965760 | 06/04/19<br>79227646 | RIVERSIDE, CA<br>SANTA FE SPRINGS, CA | 57 | CA | 57 | | | | | | | AUTO 06/05/19 |
| 103048<br>O-0001 | 970662 | 06/06/19<br>79187488 | SANTA FE SPRINGS, CA<br>CINCINNATI, OH | 2,194 | AZ<br>MO<br>TX | 359<br>291<br>177 | CA<br>NM | 265<br>373 | IL<br>OH | 161<br>44 | IN<br>OK | 165<br>359 | AUTO 06/07/19 |
| 103048<br>O-0001 | 975459 | 06/07/19<br>79187963 | CINCINNATI, OH<br>SANTA FE SPRINGS, CA | 2,199 | AZ<br>MO<br>TX | 360<br>291<br>177 | CA<br>NM | 282<br>374 | IL<br>OH | 160<br>24 | IN<br>OK | 165<br>366 | AUTO 06/10/19 |
| 103048<br>O-0001 | 975460 | 06/07/19<br>79255443 | SANTA FE SPRINGS, CA<br>RIVERSIDE, CA | 47 | CA | 47 | | | | | | | AUTO 06/10/19 |
| 103048<br>O-0001 | 981877 | 06/11/19<br>79267118 | RIVERSIDE, CA<br>SANTA FE SPRINGS, CA | 131 | CA | 131 | | | | | | | AUTO 06/12/19 |
| 103048<br>O-0001 | 987081 | 06/13/19<br>79189942 | SANTA FE SPRINGS, CA<br>CINCINNATI, OH | 2,195 | AZ<br>MO<br>TX | 360<br>292<br>177 | CA<br>NM | 265<br>373 | IL<br>OH | 163<br>44 | IN<br>OK | 164<br>357 | AUTO 06/14/19 |
| 103048<br>O-0001 | 989840 | 06/14/19<br>79190259 | CINCINNATI, OH<br>BLYTHE, CA | 1,999 | AZ<br>MO<br>TX | 441<br>291<br>177 | CA<br>NM | 4<br>378 | IL<br>OH | 160<br>24 | IN<br>OK | 165<br>359 | AUTO 06/15/19 |
| 103048<br>O-0001 | 992146 | 06/15/19<br>79298068 | BLYTHE, CA<br>RIVERSIDE, CA | 177 | CA | 177 | | | | | | | AUTO 06/17/19 |

Brueck 2-15-22
28
J Curcione
exhibitsticker.com

| TRACTOR OWNER# | TRIP NUMBER | END DATE LOAD NUM | TRIP ORIGIN/DESTINATION | TOTAL TRIP MILES | * TRIP MILES BY STATE * ST LD | ST LD | ST LD | ST LD | LAST UPDATE |
|---|---|---|---|---|---|---|---|---|---|
| 103048<br>O-0001 | 997895 | 06/18/19<br>79306383 | RIVERSIDE, CA<br>SANTA FE SPRINGS, CA | 57 | CA 57 | | | | AUTO 06/19/19 |
| * TOTALS BY STATE FOR TRACTOR NO. 103048 * | | | | 18,545 | AZ 2957<br>MO 2341<br>TX 1431 | CA 2382<br>NM 3004 | IL 1287<br>OH 965 | IN 1305<br>OK 2873 | |
| 103049<br>O-0001 | 000248 | 06/19/19<br>79307770 | KANSAS CITY, KS<br>SALT LAKE CITY, UT | 1,315 | CO 452 | KS 420 | UT 76 | WY 367 | AUTO 06/20/19 |
| 103049<br>O-0001 | 007778 | 06/22/19<br>79223200 | SALT LAKE CITY, UT<br>ABILENE, TX | 1,257 | CO 68 | NM 475 | TX 263 | UT 451 | AUTO 06/24/19 |
| 103049<br>O-0001 | 007779 | 06/23/19<br>79333292 | ABILENE, TX<br>DALLAS, TX | 186 | TX 186 | | | | AUTO 06/24/19 |
| 103049<br>O-0001 | 011825 | 06/24/19<br>79321647 | DALLAS, TX<br>KERNERSVILLE, NC | 1,177 | AL 213<br>NC 185 | GA 157<br>SC 107 | LA 192<br>TX 168 | MS 155 | AUTO 06/25/19 |
| 103049<br>O-0001 | 016927 | 06/26/19<br>79350262 | KERNERSVILLE, NC<br>UNADILLA, GA | 508 | GA 216 | NC 185 | SC 107 | | AUTO 06/27/19 |
| 103049<br>O-0001 | 019360 | 06/27/19<br>79299952 | UNADILLA, GA<br>MIAMI LAKES, FL | 630 | FL 507 | GA 123 | | | AUTO 06/28/19 |
| 103049<br>O-0001 | 019361 | 06/27/19<br>79363959 | MIAMI LAKES, FL<br>VALDOSTA, GA | 522 | FL 406 | GA 116 | | | AUTO 06/28/19 |
| 103049<br>O-0001 | 022450 | 06/28/19<br>79300470 | VALDOSTA, GA<br>MIAMI LAKES, FL | 782 | FL 647 | GA 135 | | | AUTO 06/29/19 |
| 103049<br>O-0001 | 024936 | 06/29/19<br>79363678 | MIAMI LAKES, FL<br>WACO, TX | 1,406 | AL 66<br>TX 293 | FL 711 | LA 259 | MS 77 | AUTO 07/01/19 |
| 103049<br>O-0001 | 959108 | 06/01/19<br>79072517 | LA SALLE, IL<br>FONTANA, CA | 2,009 | AZ 359<br>MO 249 | CA 224<br>NM 385 | IL 239<br>OK 57 | KS 404<br>TX 92 | AUTO 06/03/19 |
| 103049<br>O-0001 | 959109 | 06/01/19<br>79216164 | FONTANA, CA<br>FONTANA, CA | 72 | CA 72 | | | | AUTO 06/03/19 |
| 103049<br>O-0001 | 965761 | 06/04/19<br>79096610 | FONTANA, CA<br>JERSEY CITY, NJ | 2,747 | AZ 360<br>KS 408<br>OH 230<br>WV 13 | CA 222<br>MO 252<br>OK 56 | IL 157<br>NJ 69<br>PA 344 | IN 158<br>NM 386<br>TX 92 | AUTO 06/05/19 |
| 103049<br>O-0001 | 978719 | 06/09/19<br>79093260 | JERSEY CITY, NJ<br>AUBURN, WA | 2,906 | ID 73<br>MT 706<br>PA 311 | IL 128<br>NJ 67<br>WA 298 | IN 163<br>ND 352<br>WI 289 | MN 260<br>OH 259 | AUTO 06/11/19 |

| TRACTOR OWNER# | TRIP NUMBER | END DATE LOAD NUM | TRIP ORIGIN/DESTINATION | TOTAL TRIP MILES | ST LD | ST LD | ST LD | ST LD | LAST UPDATE |
|---|---|---|---|---|---|---|---|---|---|
| 124285<br>O-2419 | 881162 | 04/28/19<br>78999200 | MUSCATINE, IA<br>LATHROP, CA | 1,941 | CA 175<br>UT 199 | IA 295<br>WY 402 | NE 456 | NV 414 | AUTO 04/30/19 |
| 124285<br>O-2419 | 881163 | 04/28/19<br>79024992 | LATHROP, CA<br>LATHROP, CA | 48 | CA 48 | | | | AUTO 04/30/19 |
| 124285<br>O-2419 | 881164 | 04/28/19<br>79026778 | SAN LEANDRO, CA<br>SAN LEANDRO, CA | 1 | CA 1 | | | | AUTO 04/30/19 |
| 124285<br>O-2419 | 881165 | 04/28/19<br>78984305 | LATHROP, CA<br>SAN LEANDRO, CA | 52 | CA 52 | | | | AUTO 04/30/19 |
| * TOTALS BY STATE FOR TRACTOR NO. 124285 * | | | | 14,469 | AL 191<br>GA 65<br>KS 403<br>NE 456<br>OK 1382<br>UT 199 | AR 1214<br>IA 383<br>MD 128<br>NM 1990<br>PA 755<br>VA 324 | AZ 1692<br>IL 546<br>MO 213<br>NV 414<br>TN 601<br>WV 26 | CA 1290<br>IN 327<br>MS 141<br>OH 495<br>TX 832<br>WY 402 | |
| 124400<br>O-638R | 814203 | 04/01/19<br>78863917 | KEASBEY, NJ<br>JERSEY CITY, NJ | 23 | NJ 23 | | | | AUTO 04/02/19 |
| 124400<br>O-638R | 819662 | 04/03/19<br>78761091 | JERSEY CITY, NJ<br>MIAMI, FL | 1,347 | FL 387<br>NC 181 | GA 113<br>PA 150 | MD 62<br>SC 199 | NJ 64<br>VA 191 | AUTO 04/04/19 |
| 124400<br>O-638R | 819663 | 04/03/19<br>78876007 | MIAMI, FL<br>HIALEAH, FL | 303 | FL 303 | | | | AUTO 04/04/19 |
| 124400<br>O-638R | 822232 | 04/04/19<br>78885798 | COLUMBUS, OH<br>REYNOLDSBURG, OH | 34 | OH 34 | | | | AUTO 04/05/19 |
| 124400<br>O-638R | 825281 | 04/05/19<br>78826560 | REYNOLDSBURG, OH<br>NORTH BERGEN, NJ | 572 | NJ 76 | OH 185 | PA 311 | | AUTO 04/06/19 |
| 124400<br>O-638R | 825282 | 04/05/19<br>78892668 | NORTH BERGEN, NJ<br>SAYREVILLE, NJ | 38 | NJ 38 | | | | AUTO 04/06/19 |
| 124400<br>O-638R | 827687 | 04/06/19<br>78892670 | SAYREVILLE, NJ<br>KEASBEY, NJ | 96 | NJ 96 | | | | AUTO 04/08/19 |
| 124400<br>O-638R | 831412 | 04/07/19<br>78884082 | KEASBEY, NJ<br>DUBUQUE, IA | 1,061 | IL 162<br>OH 246 | IN 156<br>PA 356 | IA 87 | NJ 54 | AUTO 04/09/19 |
| 124400<br>O-638R | 834047 | 04/09/19<br>78890342 | DUBUQUE, IA<br>SAN BERNARDINO, CA | 2,149 | AZ 359<br>NE 454 | CA 223<br>NM 395 | CO 299<br>WY 52 | IA 367 | AUTO 04/10/19 |
| 124400<br>O-638R | 836569 | 04/09/19<br>78913014 | SAN BERNARDINO, CA<br>RIVERSIDE, CA | 15 | CA 15 | | | | AUTO 04/11/19 |

| TRACTOR OWNER# | TRIP NUMBER | END DATE LOAD NUM | TRIP ORIGIN/DESTINATION | TOTAL TRIP MILES | ST LD | * TRIP MILES BY STATE * ST LD | ST LD | ST LD | LAST UPDATE |
|---|---|---|---|---|---|---|---|---|---|
| 124400<br>O-638R | 839052 | 04/11/19<br>78926991 | RIVERSIDE, CA<br>CALEXICO, CA | 171 | CA 171 | | | | AUTO 04/12/19 |
| 124400<br>O-638R | 844487 | 04/13/19<br>78938367 | LAREDO, TX<br>LAREDO, TX | 1,710 | NM 298 | TX 1412 | | | AUTO 04/15/19 |
| 124400<br>O-638R | 844488 | 04/14/19<br>78911733 | LAREDO, TX<br>CONYERS, GA | 1,695 | AL 271<br>TX 976 | GA 119 | LA 251 | MS 78 | AUTO 04/15/19 |
| 124400<br>O-638R | 850976 | 04/13/19<br>78902218 | CALEXICO, CA<br>LAREDO, TX | 1,213 | AZ 372 | CA 53 | NM 165 | TX 623 | AUTO 04/17/19 |
| 124400<br>O-638R | 850977 | 04/16/19<br>78949461 | CONYERS, GA<br>ADAIRSVILLE, GA | 92 | GA 92 | | | | AUTO 04/17/19 |
| 124400<br>O-638R | 856448 | 04/18/19<br>78935107 | ADAIRSVILLE, GA<br>CYPRESS, CA | 2,218 | AL 238<br>LA 192 | AZ 392<br>MS 154 | CA 219<br>NM 164 | GA 36<br>TX 823 | AUTO 04/19/19 |
| 124400<br>O-638R | 856449 | 04/18/19<br>78968564 | CYPRESS, CA<br>RIVERSIDE, CA | 43 | CA 43 | | | | AUTO 04/19/19 |
| 124400<br>O-638R | 875356 | 04/26/19<br>79014225 | RIVERSIDE, CA<br>LOS ANGELES, CA | 61 | CA 61 | | | | AUTO 04/27/19 |
| 124400<br>O-638R | 875357 | 04/26/19<br>79014780 | LOS ANGELES, CA<br>COMPTON, CA | 11 | CA 11 | | | | AUTO 04/27/19 |
| 124400<br>O-638R | 875358 | 04/26/19<br>79014786 | COMPTON, CA<br>CITY OF INDUSTRY, CA | 23 | CA 23 | | | | AUTO 04/27/19 |
| 124400<br>O-638R | 877690 | 04/28/19<br>79000065 | CITY OF INDUSTRY, CA<br>NEW ALBANY, OH | 2,329 | AZ 359<br>MO 293<br>TX 177 | CA 257<br>NM 373 | IL 160<br>OH 192 | IN 157<br>OK 361 | AUTO 04/29/19 |
| 124400<br>O-638R | 881166 | 04/29/19<br>79022317 | NEW ALBANY, OH<br>FLORENCE, KY | 154 | KY 14 | OH 140 | | | AUTO 04/30/19 |
| * TOTALS BY STATE FOR TRACTOR NO. 124400 * | | | | 15,358 | AL 509<br>FL 690<br>IN 313<br>MO 293<br>NJ 351<br>PA 817<br>WY 52 | AZ 1482<br>GA 360<br>KY 14<br>MS 232<br>NM 1395<br>SC 199 | CA 1076<br>IA 454<br>LA 443<br>NC 181<br>OH 797<br>TX 4011 | CO 299<br>IL 322<br>MD 62<br>NE 454<br>OK 361<br>VA 191 | |
| 124431<br>O-2225 | 825283 | 04/05/19<br>78890881 | OKLAHOMA CITY, OK<br>OKLAHOMA CITY, OK | 33 | OK 33 | | | | AUTO 04/06/19 |

| TRACTOR OWNER# | TRIP NUMBER | END DATE LOAD NUM | TRIP ORIGIN/DESTINATION | TOTAL TRIP MILES | ST LD | * TRIP MILES BY STATE * ST LD | ST LD | ST LD | LAST UPDATE |
|---|---|---|---|---|---|---|---|---|---|
| 124285<br>O-2419 | 957294 | 05/30/19<br>79209789 | SAN ANTONIO, TX<br>LAREDO, TX | 176 | TX 176 | | | | AUTO 06/01/19 |
| * TOTALS BY STATE FOR TRACTOR NO. 124285 * | | | | 15,061 | AR 72<br>IA 783<br>KS 722<br>MO 306<br>NJ 156<br>OH 256<br>TN 507<br>WA 824 | AZ 764<br>ID 147<br>MA 47<br>MT 1504<br>NM 549<br>OK 877<br>TX 1182<br>WI 588 | CA 803<br>IL 705<br>MD 12<br>ND 704<br>NV 410<br>PA 526<br>UT 194<br>WV 26 | CT 223<br>IN 163<br>MN 674<br>NE 460<br>NY 55<br>RI 97<br>VA 324<br>WY 401 | |
| 124400<br>O-638R | 889115 | 05/02/19<br>79018162 | FLORENCE, KY<br>PORTLAND, OR | 2,399 | ID 275<br>KY 17<br>UT 150 | IL 218<br>NE 455<br>WY 402 | IN 175<br>OH 14 | IA 307<br>OR 386 | AUTO 05/03/19 |
| 124400<br>O-638R | 889116 | 05/02/19<br>79044416 | PORTLAND, OR<br>PORTLAND, OR | 20 | OR 20 | | | | AUTO 05/03/19 |
| 124400<br>O-638R | 892134 | 05/03/19<br>79024791 | PORTLAND, OR<br>RANCHO DOMINGUEZ, CA | 983 | CA 681 | OR 302 | | | AUTO 05/04/19 |
| 124400<br>O-638R | 897856 | 05/06/19<br>79062233 | RANCHO DOMINGUEZ, CA<br>FONTANA, CA | 71 | CA 71 | | | | AUTO 05/07/19 |
| 124400<br>O-638R | 903244 | 05/08/19<br>78873009 | FONTANA, CA<br>MEMPHIS, TN | 1,811 | AZ 405<br>OK 332 | AR 284<br>TN 18 | CA 223<br>TX 177 | NM 372 | AUTO 05/09/19 |
| 124400<br>O-638R | 903245 | 05/08/19<br>79076220 | MEMPHIS, TN<br>MEMPHIS, TN | 19 | TN 19 | | | | AUTO 05/09/19 |
| 124400<br>O-638R | 903246 | 05/08/19<br>78930993 | MEMPHIS, TN<br>BLAINE, MN | 865 | AR 72<br>TN 16 | IA 282 | MN 124 | MO 371 | AUTO 05/09/19 |
| 124400<br>O-638R | 905982 | 05/09/19<br>79086227 | BLAINE, MN<br>ST PAUL, MN | 39 | MN 39 | | | | AUTO 05/10/19 |
| 124400<br>O-638R | 911324 | 05/12/19<br>79102333 | PHOENIX, AZ<br>PHOENIX, AZ | 1 | AZ 1 | | | | AUTO 05/13/19 |
| 124400<br>O-638R | 915074 | 05/12/19<br>79079389 | OKLAHOMA CITY, OK<br>PHOENIX, AZ | 1,046 | AZ 306 | NM 373 | OK 190 | TX 177 | AUTO 05/14/19 |
| 124400<br>O-638R | 915075 | 05/12/19<br>79103842 | PHOENIX, AZ<br>RIVERSIDE, CA | 344 | AZ 159 | CA 185 | | | AUTO 05/14/19 |
| 124400<br>O-638R | 917756 | 05/10/19<br>79084052 | ST PAUL, MN<br>OKLAHOMA CITY, OK | 886 | IA 218<br>OK 129 | KS 299 | MN 115 | MO 125 | AUTO 05/15/19 |

| TRACTOR OWNER# | TRIP NUMBER | END DATE LOAD NUM | TRIP ORIGIN/DESTINATION | TOTAL TRIP MILES | ST LD | * TRIP MILES BY STATE * ST LD | ST LD | ST LD | LAST UPDATE |
|---|---|---|---|---|---|---|---|---|---|
| 124400<br>O-638R | 928216 | 05/16/19<br>79136104 | RIVERSIDE, CA<br>LOS ANGELES, CA | 57 | CA 57 | | | | AUTO 05/20/19 |
| 124400<br>O-638R | 934344 | 05/21/19<br>79146226 | ORLANDO, FL<br>BUFORD, GA | 487 | FL 198 | GA 289 | | | AUTO 05/22/19 |
| 124400<br>O-638R | 939322 | 05/23/19<br>79158623 | BUFORD, GA<br>ADAIRSVILLE, GA | 103 | GA 103 | | | | AUTO 05/24/19 |
| 124400<br>O-638R | 942310 | 05/24/19<br>79141631 | ADAIRSVILLE, GA<br>SALT LAKE CITY, UT | 1,864 | GA 55<br>MO 382<br>WY 401 | IL 164<br>NE 457 | IA 52<br>TN 184 | KY 93<br>UT 76 | AUTO 05/25/19 |
| 124400<br>O-638R | 949460 | 05/27/19<br>79185000 | SALT LAKE CITY, UT<br>RIVERSIDE, CA | 664 | AZ 29 | CA 200 | NV 125 | UT 310 | AUTO 05/29/19 |
| 124400<br>O-638R | 957295 | 05/31/19<br>79152110 | RIVERSIDE, CA<br>VALENCIA, CA | 92 | CA 92 | | | | AUTO 06/01/19 |
| 124400<br>O-638R | 959785 | 05/31/19<br>79211999 | VALENCIA, CA<br>LOS ANGELES, CA | 43 | CA 43 | | | | AUTO 06/03/19 |
| * TOTALS BY STATE FOR TRACTOR NO. 124400 * | | | | 11,794 | AR 356<br>GA 447<br>IN 175<br>MO 878<br>OH 14<br>TX 354 | AZ 900<br>IA 859<br>KS 299<br>NE 912<br>OK 651<br>UT 536 | CA 1552<br>ID 275<br>KY 110<br>NM 745<br>OR 708<br>WY 803 | FL 198<br>IL 382<br>MN 278<br>NV 125<br>TN 237 | |
| 124431<br>O-2225 | 920261 | 05/15/19<br>79111664 | LEVITTOWN, PA<br>PHILADELPHIA, PA | 26 | PA 26 | | | | AUTO 05/16/19 |
| 124431<br>O-2225 | 925971 | 05/17/19<br>79086458 | PHILADELPHIA, PA<br>ROGERS, MN | 1,354 | IL 164<br>OH 247 | IN 175<br>PA 371 | IA 266 | MN 131 | AUTO 05/18/19 |
| 124431<br>O-2225 | 928217 | 05/17/19<br>79135850 | ROGERS, MN<br>COLD SPRING, MN | 58 | MN 58 | | | | AUTO 05/20/19 |
| 124431<br>O-2225 | 939323 | 05/23/19<br>79134887 | COLD SPRING, MN<br>SANTA FE SPRINGS, CA | 1,998 | AZ 29<br>NV 124 | CA 223<br>SD 348 | MN 175<br>UT 379 | NE 317<br>WY 403 | AUTO 05/24/19 |
| 124431<br>O-2225 | 939324 | 05/23/19<br>79167318 | SANTA FE SPRINGS, CA<br>TORRANCE, CA | 22 | CA 22 | | | | AUTO 05/24/19 |
| 124431<br>O-2225 | 944640 | 05/25/19<br>79153247 | TORRANCE, CA<br>SAN ANTONIO, TX | 1,390 | AZ 391 | CA 245 | NM 164 | TX 590 | AUTO 05/27/19 |

| | MsgID | PositionID | TxnID | EventTS | Equipment | Scac | Type | DriverID | CoDriverID | TripStatus | ReceiveTS | GMH | FwdGMH | Priority | VirtualChannel | Macro | MacroVersion | MacroDirection | CompanyID | InsertTS | FieldNumber | (No column name) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 7031796 | 97466851 | 125068806 | 2019-08-22 08:58:00 | 102179 | unknown | tractor | FC71D | | O | 2019-08-22 08:58:00 | 057627918 | 57623210 | 0 | NULL | 00 | 00 | R | CRST | 2019-08-22 08:59:00 | 7 | WHAT WAS THE TRAIILER SHUTTLE.WAS IT T O PICK UP A EMPTY AT FED EX AND DROP IT OFF AT XPO.I TRIED DROPPING IT OFF AT XPO BUT THE DISPATCH SAID THEY DIDN T WANT IT BECAUSE IT WASNT A DROP YARD AND DIDNT NEED TRAILER AT THE TIME AN D TO TAKE IT WITH ME |
| 3 | 7033040 | 97482962 | 125084753 | 2019-08-22 10:51:00 | 102179 | unknown | tractor | FC71D | | O | 2019-08-22 10:51:00 | 057632579 | unknown | 0 | NULL | 2 | 14 | R | CRST | 2019-08-22 10:52:00 | 2 | 810366 |
| 4 | 7033041 | 97482964 | 125084757 | 2019-08-22 10:51:00 | 102179 | unknown | tractor | FC71D | | O | 2019-08-22 10:51:00 | 057632587 | unknown | 0 | NULL | 3 | 9 | R | CRST | 2019-08-22 10:52:00 | 2 | 810366 |
| 5 | 7033433 | 97488725 | 125089713 | 2019-08-22 11:33:00 | 102179 | unknown | tractor | FC71D | | O | 2019-08-22 11:33:00 | 057633851 | unknown | 0 | NULL | 17 | 8 | R | CRST | 2019-08-22 11:34:00 | 17 | Y Y Y Y Y Y Y Y Y Y Y 102179 810366 CDCOHN 0822 |
| 6 | 7034722 | 97506457 | 125104626 | 2019-08-22 13:51:00 | 102179 | unknown | tractor | FC71D | | I | 2019-08-22 13:51:00 | 057637718 | unknown | 0 | NULL | 00 | 00 | R | CRST | 2019-08-22 13:51:00 | 4 | I WENT TO FED EX AT 110 MOUNT VIEW LN AND THEY DIDNT WANT EMPTY TRAILER BECA USE THEY ARE MOVING OUT OF THAT LOCATI ON |
| 7 | 7035321 | 97514772 | 125111522 | 2019-08-22 14:53:00 | 102179 | unknown | tractor | FC71D | | O | 2019-08-22 14:53:00 | 057639544 | 57639462 | 0 | NULL | 00 | 00 | R | CRST | 2019-08-22 14:54:00 | 2 | NOT YET BUT HE SAID HE IS 45MIN FROM T HE HERTZ RENTAL CAR |
| 8 | 7035929 | 97522721 | 125118199 | 2019-08-22 15:54:00 | 102179 | unknown | tractor | FC71D | | O | 2019-08-22 15:54:00 | 057641315 | unknown | 0 | NULL | 00 | 00 | R | CRST | 2019-08-22 15:55:00 | 2 | GONNA PICK UP KEITH HE IS 2HOURS AWAY FROM ME |
| 9 | 7036829 | 97536966 | 125128987 | 2019-08-22 17:55:00 | 102179 | unknown | tractor | FC71D | | O | 2019-08-22 17:55:00 | 057643716 | unknown | 0 | NULL | 00 | 00 | R | CRST | 2019-08-22 17:56:00 | 2 | PICKED UP KEITH ALREADY DO YOU HAVE A LOAD ALREADY FOR US |
| 10 | 7040871 | 97623901 | 125194282 | 2019-08-23 08:20:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-23 08:20:00 | 057660417 | 57658584 | 0 | NULL | 00 | 00 | R | CRST | 2019-08-23 08:21:00 | 1 | 8 |
| 11 | 7040885 | 97624085 | 125194444 | 2019-08-23 08:22:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-23 08:22:00 | 057660467 | unknown | 0 | NULL | 00 | 00 | R | CRST | 2019-08-23 08:23:00 | 1 | DO YOU HAVE KEITH NEW ID # |
| 12 | 7040937 | 97624865 | 125195079 | 2019-08-23 08:28:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-23 08:28:00 | 057660627 | unknown | 0 | NULL | 00 | 00 | R | CRST | 2019-08-23 08:29:00 | 2 | WE HAVE ACTUALLY 10 CHAINS COUNTED WRO NG |
| 13 | 7043654 | 97661750 | 125226801 | 2019-08-23 13:19:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-23 13:19:00 | 057669306 | unknown | 0 | NULL | 1 | 13 | R | CRST | 2019-08-23 13:20:00 | 4 | 10015555 Y |
| 14 | 7049082 | 97763680 | 125307310 | 2019-08-24 06:46:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-24 06:47:00 | 057689434 | unknown | 0 | NULL | 17 | 8 | R | CRST | 2019-08-24 06:47:00 | 17 | Y Y Y Y Y Y Y Y Y Y Y 102179 8103666 KHHUCKAB 0824 |
| 15 | 7049400 | 97769242 | 125312438 | 2019-08-24 07:50:00 | 102179 | unknown | tractor | IY33D | | I | 2019-08-24 07:50:00 | 057690759 | unknown | 0 | NULL | 4 | 13 | R | CRST | 2019-08-24 07:50:00 | 3 | 10015555 810366 0650 |
| 16 | 7049861 | 97777401 | 125319334 | 2019-08-24 09:20:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-24 09:21:00 | 057692190 | unknown | 0 | NULL | 5 | 10 | R | CRST | 2019-08-24 09:21:00 | 11 | 10015555 810366 Y 310449 21038459 0824 0815 10015555 23 15500 P |
| 17 | 7052576 | 97827899 | 125362959 | 2019-08-24 18:54:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-24 18:54:00 | 057700622 | unknown | 0 | NULL | 17 | 8 | R | CRST | 2019-08-24 18:55:00 | 17 | Y Y Y Y Y Y Y Y Y Y Y 102179 310449 CDCOHN 0824 |
| 18 | 7052833 | 97833818 | 125367366 | 2019-08-24 20:10:00 | 102179 | unknown | tractor | IY33D | | I | 2019-08-24 20:10:00 | 057701163 | unknown | 0 | NULL | 17 | 8 | R | CRST | 2019-08-24 20:11:00 | 17 | Y Y Y Y Y Y Y Y Y Y Y 102179 310449 KHHUCKAB 0824 |
| 19 | 7052998 | 97839569 | 125373800 | 2019-08-24 21:06:00 | 102179 | unknown | tractor | IY33D | | I | 2019-08-24 21:07:00 | 057706764 | unknown | 0 | NULL | 00 | 00 | R | CRST | 2019-08-24 21:07:00 | 2 | CAN U TURN ON FUEL CARD ON FOR CHRIS C OHN CDCOHN TO FUEL AT LOVES #340 |
| 20 | 7058868 | 97993886 | 125497863 | 2019-08-26 08:52:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-26 08:53:00 | 057730914 | 57728192 | 0 | NULL | 00 | 00 | R | CRST | 2019-08-26 08:53:00 | 3 | ARE YOU GOING TO PUT US BACK ON OUR XP O LOOP FROM SANTA FE TO LA SALLE ILLIN OIS STARTING TOMORROW ?? |
| 21 | 7058894 | 97994222 | 125498213 | 2019-08-26 08:55:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-26 08:56:00 | 057731024 | unknown | 0 | NULL | 1 | 13 | R | CRST | 2019-08-26 08:56:00 | 4 | 10011558 Y |
| 22 | 7058952 | 97995018 | 125498883 | 2019-08-26 09:02:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-26 09:02:00 | 057731225 | 57730985 | 0 | NULL | 00 | 00 | R | CRST | 2019-08-26 09:03:00 | 1 | I JUST COMMITTED TO THE LOAD |
| 23 | 7060123 | 98009389 | 125512644 | 2019-08-26 10:59:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-26 10:59:00 | 057735435 | unknown | 0 | NULL | 6 | 9 | R | CRST | 2019-08-26 11:00:00 | 2 | 310449 0830 |
| 24 | 7060498 | 98014356 | 125517105 | 2019-08-26 11:39:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-26 11:39:00 | 057736567 | unknown | 0 | NULL | 7 | 12 | R | CRST | 2019-08-26 11:39:00 | 36 | 10015555 310449 N 310449 0850 0930 DAVE J 6 PICKING UP LOAD IN THE MORNING KHHUCKAB 442375.0 |
| 25 | 7065778 | 98112798 | 125590831 | 2019-08-27 03:36:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-27 03:36:00 | 057756545 | unknown | 0 | NULL | 17 | 8 | R | CRST | 2019-08-27 03:37:00 | 17 | Y Y Y Y Y Y Y Y Y Y Y 102179 310449 KHHUCKAB 0827 |
| 26 | 7065783 | 98113026 | 125590943 | 2019-08-27 03:38:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-27 03:38:00 | 057756555 | 57755945 | 0 | NULL | 00 | 00 | R | CRST | 2019-08-27 03:39:00 | 1 | WHY DID I GET UUNASSIGNED |
| 27 | 7068539 | 98159212 | 125628037 | 2019-08-27 10:36:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-27 10:36:00 | 057765830 | unknown | 0 | NULL | 1 | 13 | R | CRST | 2019-08-27 10:37:00 | 4 | 100015801 Y |
| 28 | 7072391 | 98216379 | 125674528 | 2019-08-27 17:57:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-27 17:57:00 | 057777725 | unknown | 0 | NULL | 1 | 13 | R | CRST | 2019-08-27 17:57:00 | 4 | 10012788 Y |
| 29 | 7072416 | 98216856 | 125674865 | 2019-08-27 18:01:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-27 18:01:00 | 057777803 | unknown | 0 | NULL | 1 | 13 | R | CRST | 2019-08-27 18:02:00 | 4 | 10016525 Y |
| 30 | 7072429 | 98217124 | 125675061 | 2019-08-27 18:03:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-27 18:04:00 | 057777840 | unknown | 0 | NULL | 1 | 13 | R | CRST | 2019-08-27 18:04:00 | 4 | 10016398 Y |
| 31 | 7077632 | 98323024 | 125754618 | 2019-08-28 10:22:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-28 10:22:00 | 057798393 | unknown | 0 | NULL | 1 | 13 | R | CRST | 2019-08-28 10:23:00 | 4 | 10019011 Y |
| 32 | 7078399 | 98333800 | 125763959 | 2019-08-28 11:40:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-28 11:41:00 | 057800841 | unknown | 0 | NULL | 4 | 5 | R | CRST | 2019-08-28 11:41:00 | 5 | KHHUCKAB 0827 1005 FORGOT TO SWITCH TO SLEEPER. TRUCK KEPT ME ON DRIVING 10:05 |
| 33 | 7078411 | 98334065 | 125764142 | 2019-08-28 11:42:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-28 11:42:00 | 057800890 | unknown | 0 | NULL | 00 | 00 | R | CRST | 2019-08-28 11:43:00 | 1 | DO YOU HAVE ANOTHER LOAD FOR US |
| 34 | 7078703 | 98338456 | 125767702 | 2019-08-28 12:16:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-28 12:16:00 | 057801806 | unknown | 0 | NULL | 4 | 5 | R | CRST | 2019-08-28 12:17:00 | 5 | KHHUCKAB 0828 1005 10:05 DRIVETIME SWITCH TO SLEEPER.FORGOT TO SWITCH TO SLEEPER |
| 35 | 7078708 | 98338505 | 125767764 | 2019-08-28 12:16:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-28 12:17:00 | 057801823 | 57801264 | 0 | NULL | 00 | 00 | R | CRST | 2019-08-28 12:17:00 | 1 | OK THANKS |
| 36 | 7079089 | 98343872 | 125772226 | 2019-08-28 12:56:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-28 12:56:00 | 057803205 | unknown | 0 | NULL | 4 | 5 | R | CRST | 2019-08-28 12:57:00 | 5 | KHHUCKAB 0828 1005 WRONG CORRECTION MADE.SWITCH 10:05 DRIVE TO SLEEPER. |
| 37 | 7079796 | 98353494 | 125781154 | 2019-08-28 14:02:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-28 14:03:00 | 057805599 | unknown | 0 | NULL | 1 | 13 | R | CRST | 2019-08-28 14:03:00 | 4 | 10017454 Y |
| 38 | 7079858 | 98354229 | 125781853 | 2019-08-28 14:08:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-28 14:09:00 | 057805799 | unknown | 0 | NULL | 1 | 13 | R | CRST | 2019-08-28 14:09:00 | 4 | 10012879 Y |
| 39 | 7079884 | 98354580 | 125782083 | 2019-08-28 14:10:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-28 14:10:00 | 057805854 | unknown | 0 | NULL | 1 | 13 | R | CRST | 2019-08-28 14:11:00 | 4 | 10017297 Y |
| 40 | 7079888 | 98354608 | 125782125 | 2019-08-28 14:11:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-28 14:11:00 | 057805867 | unknown | 0 | NULL | 1 | 13 | R | CRST | 2019-08-28 14:11:00 | 4 | 10013164 Y |
| 41 | 7080852 | 98367917 | 125793522 | 2019-08-28 15:49:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-28 15:49:00 | 057808928 | unknown | 0 | NULL | 6 | 9 | R | CRST | 2019-08-28 15:50:00 | 3 | 10012879 310449 |
| 42 | 7080930 | 98369149 | 125794637 | 2019-08-28 15:59:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-28 15:59:00 | 057809189 | unknown | 0 | NULL | 5 | 10 | R | CRST | 2019-08-28 15:59:00 | 11 | 10012879 310449 Y 810564 3649401 6959640 20 30000 P |
| 43 | 7081015 | 98370514 | 125795664 | 2019-08-28 16:08:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-28 16:09:00 | 057809432 | unknown | 0 | NULL | 00 | 00 | R | CRST | 2019-08-28 16:09:00 | 2 | CAN YOU PLEASE FAX TRAILER REGISTRATIO N 810564 TO FAX #5629463048 |
| 44 | 7082176 | 98389387 | 125810600 | 2019-08-28 18:44:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-28 18:45:00 | 057812806 | unknown | 0 | NULL | 00 | 00 | R | CRST | 2019-08-28 18:45:00 | 2 | CAN YOU TURN ON FUEL CARD FOR CHRIS CO HN FC71 CDCOHN TO FUEL AT LOVES 207 |
| 45 | 7082734 | 98399182 | 125818856 | 2019-08-28 20:05:00 | 102179 | unknown | tractor | IY33D | | I | 2019-08-28 20:05:00 | 057814808 | unknown | 0 | NULL | 11 | 6 | R | CRST | 2019-08-28 20:06:00 | 5 | 30 MIN DOT BREAK FUEL LOVED 0828 1604 |
| 46 | 7088535 | 98503109 | 125902865 | 2019-08-29 11:39:00 | 102179 | unknown | tractor | IY33D | | I | 2019-08-29 11:40:00 | 057838927 | unknown | 0 | NULL | 4 | 5 | R | CRST | 2019-08-29 11:40:00 | 5 | KHHUCKAB 0828 1005 STOPPED FOR THE NIGHT.TRUCK ON DRIVE10HOURSAND DIDNT TURN ON DUTY |
| 47 | 7089243 | 98512533 | 125910542 | 2019-08-29 12:51:00 | 102179 | unknown | tractor | IY33D | | I | 2019-08-29 12:51:00 | 057840845 | unknown | 0 | NULL | 00 | 00 | R | CRST | 2019-08-29 12:52:00 | 2 | CAN YOU TURN ON FUEL CARD FOR KEITH TO FILL AT LOVES 542 |
| 48 | 7089287 | 98513102 | 125911005 | 2019-08-29 12:56:00 | 102179 | unknown | tractor | IY33D | | I | 2019-08-29 12:56:00 | 057840985 | unknown | 0 | NULL | 16 | 7 | R | CRST | 2019-08-29 12:57:00 | 4 | 102179 0829 1255 2 |
| 49 | 7089312 | 98513482 | 125911241 | 2019-08-29 12:58:00 | 102179 | unknown | tractor | IY33D | | I | 2019-08-29 12:58:00 | 057841084 | 57840915 | 0 | NULL | 00 | 00 | R | CRST | 2019-08-29 12:59:00 | 3 | WE NEVER GOT A FUEL SOLUTION TO THIS L OAD OR ANY OTHER FUEL SOLUTIONS ON OUR OTHER COMMITTED LOADS |
| 50 | 7089362 | 98514164 | 125911922 | 2019-08-29 13:04:00 | 102179 | unknown | tractor | IY33D | | I | 2019-08-29 13:04:00 | 057841231 | unknown | 0 | NULL | 00 | 00 | R | CRST | 2019-08-29 13:05:00 | 6 | CAN YOU PLEASE TURN ON FUEL CARD FOR K EITH TO FILL AT LOVES 542. THE FUEL SO LUTIONN FOR LOVE464 YOU SENT US IS 262 MILES AWAY FROM US AND WE ONLY HAVE A QUARTER GAS TANK.WE WILL BARELY MAKE I T |
| 51 | 7090306 | 98527420 | 125923175 | 2019-08-29 14:47:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-29 14:48:00 | 057844241 | unknown | 0 | NULL | 11 | 6 | R | CRST | 2019-08-29 14:48:00 | 5 | SWITCNING DRIVERS REST AREA 0829 1426 |
| 52 | 7090319 | 98527485 | 125923257 | 2019-08-29 14:48:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-29 14:48:00 | 057844279 | unknown | 0 | NULL | 17 | 8 | R | CRST | 2019-08-29 14:49:00 | 17 | Y Y Y Y Y Y Y Y Y Y 102179 810564 CDCOHN 0829 |
| 53 | 7090363 | 98528040 | 125923716 | 2019-08-29 14:53:00 | 102179 | unknown | tractor | IY33D | | I | 2019-08-29 14:53:00 | 057844416 | unknown | 0 | NULL | 17 | 8 | R | CRST | 2019-08-29 14:53:00 | 17 | Y Y Y Y Y Y Y Y Y Y Y 102179 810564 KHHUCKAB 0829 |
| 54 | 7090436 | 98529032 | 125924455 | 2019-08-29 15:00:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-29 15:00:00 | 057844620 | 57838179 | 0 | NULL | 00 | 00 | R | CRST | 2019-08-29 15:00:00 | 6 | OK THANKS I WILL BE MORE CAREFUL IN TH E MEANTIME CAN YOU SEND ME A COPY OF T HE PIC OR VIDEO YOU HAVE OF ME HOLDING MY PHONE ALONG WITH PAPERWORK STATING WHEN AND WHERE MY OTHER VIOLATIONS TO OK PLACE PLEASE AND THANK YOU |
| 55 | 7091711 | 98548259 | 125940229 | 2019-08-29 17:33:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-29 17:34:00 | 057848369 | unknown | 0 | NULL | 11 | 6 | R | CRST | 2019-08-29 17:34:00 | 5 | FUEL LOVES 0829 1735 |
| 56 | 7092276 | 98557980 | 125947607 | 2019-08-29 18:59:00 | 102179 | unknown | tractor | IY33D | | I | 2019-08-29 19:00:00 | 057849976 | unknown | 0 | NULL | 20 | 8 | R | CRST | 2019-08-29 19:00:00 | 21 | KHHUCKAB 10015555 10015555 MONEY TAKEN THAT SHOULDNT 73.00 |
| 57 | 7092330 | 98558848 | 125948255 | 2019-08-29 19:07:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-29 19:07:00 | 057850086 | unknown | 0 | NULL | 1 | 9 | R | CRST | 2019-08-29 19:08:00 | 2 | 810564 |
| 58 | 7092461 | 98561066 | 125949908 | 2019-08-29 19:28:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-29 19:28:00 | 057850424 | unknown | 0 | NULL | 7 | 12 | R | CRST | 2019-08-29 19:28:00 | 36 | 10012879 810564 Y 810129 1920 1927 SELENA ALBERTO 8 443898.2 |
| 59 | 7092543 | 98562369 | 125950810 | 2019-08-29 19:39:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-29 19:40:00 | 057850605 | 57850479 | 0 | NULL | 00 | 00 | R | CRST | 2019-08-29 19:40:00 | 4 | VIN-5V8VA5326DM301381 LICENSE PLATE OKLAHOMA 5252JJ TRAILER NUMBER 810129 |
| 60 | 7092671 | 98565598 | 125952651 | 2019-08-29 20:02:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-29 20:03:00 | 057850922 | unknown | 0 | NULL | 6 | 9 | R | CRST | 2019-08-29 20:03:00 | 3 | 10017297 810129 |
| 61 | 7094399 | 98603485 | 125982359 | 2019-08-30 02:16:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-30 02:16:00 | 057861348 | unknown | 0 | NULL | 1 | 13 | R | CRST | 2019-08-30 02:17:00 | 4 | 10017297 Y |
| 62 | 7097394 | 98656040 | 126024684 | 2019-08-30 10:37:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-30 10:37:00 | 057871021 | 57870782 | 0 | NULL | 00 | 00 | R | CRST | 2019-08-30 10:37:00 | 1 | OK THAMKS |
| 63 | 7100781 | 98700527 | 126064813 | 2019-08-30 16:21:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-30 16:22:00 | 057882290 | unknown | 0 | NULL | 1 | 13 | R | CRST | 2019-08-30 16:22:00 | 4 | 10018558 Y |
| 64 | 7100793 | 98700709 | 126064977 | 2019-08-30 16:22:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-30 16:23:00 | 057882313 | unknown | 0 | NULL | 1 | 13 | R | CRST | 2019-08-30 16:23:00 | 4 | 10018597 Y |
| 65 | 7100816 | 98700878 | 126065196 | 2019-08-30 16:24:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-30 16:24:00 | 057882413 | unknown | 0 | NULL | 00 | 00 | R | CRST | 2019-08-30 16:25:00 | 2 | LOAD 10018597 THE SHIPPER IS THE SAME AS COSIGNEE IS THIS WRONG |
| 66 | 7101012 | 98703575 | 126067548 | 2019-08-30 16:45:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-30 16:45:00 | 057882996 | unknown | 0 | NULL | 00 | 00 | R | CRST | 2019-08-30 16:46:00 | 2 | IS THERE A PICK UP # FOR LOAD 1001855 8 |
| 67 | 7101179 | 98705725 | 126069355 | 2019-08-30 17:04:00 | 102179 | unknown | tractor | IY33D | | I | 2019-08-30 17:04:00 | 057883412 | 57883300 | 0 | NULL | 00 | 00 | R | CRST | 2019-08-30 17:05:00 | 2 | ALREADY HAVE AN EMPTY SHOULD WE JUST H EAD THAT WAY |
| 68 | 7101226 | 98706519 | 126069985 | 2019-08-30 17:11:00 | 102179 | unknown | tractor | IY33D | | I | 2019-08-30 17:11:00 | 057883549 | 57883511 | 0 | NULL | 00 | 00 | R | CRST | 2019-08-30 17:12:00 | 1 | 810129 |
| 69 | 7101281 | 98707303 | 126070592 | 2019-08-30 17:18:00 | 102179 | unknown | tractor | IY33D | | I | 2019-08-30 17:18:00 | 057883695 | 57883639 | 0 | NULL | 00 | 00 | R | CRST | 2019-08-30 17:19:00 | 2 | JUST BEING CLEAR WERE BOBTAILNG TO ALA BAMA |
| 70 | 7101341 | 98707998 | 126071303 | 2019-08-30 17:25:00 | 102179 | unknown | tractor | IY33D | | I | 2019-08-30 17:26:00 | 057883848 | unknown | 0 | NULL | 2 | 14 | R | CRST | 2019-08-30 17:26:00 | 2 | 810129 |
| 71 | 7101342 | 98708003 | 126071309 | 2019-08-30 17:26:00 | 102179 | unknown | tractor | IY33D | | I | 2019-08-30 17:26:00 | 057883854 | unknown | 0 | NULL | 3 | 9 | R | CRST | 2019-08-30 17:26:00 | 2 | 000000 |
| 72 | 7102620 | 98730974 | 126088645 | 2019-08-30 21:02:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-30 21:03:00 | 057887171 | unknown | 0 | NULL | 6 | 9 | R | CRST | 2019-08-30 21:03:00 | 3 | 10018558 000000 |
| 73 | 7102649 | 98731376 | 126089021 | 2019-08-30 21:06:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-30 21:06:00 | 057887241 | unknown | 0 | NULL | 5 | 10 | R | CRST | 2019-08-30 21:07:00 | 11 | 10018558 000000 Y 000000 N/A 0830 NONE 0 0000 O |
| 74 | 7105228 | 98786530 | 126134552 | 2019-08-31 08:06:00 | 102179 | unknown | tractor | IY33D | | I | 2019-08-31 08:07:00 | 057899611 | unknown | 0 | NULL | 3 | 9 | R | CRST | 2019-08-31 08:07:00 | 2 | 000000 |
| 75 | 7105253 | 98787029 | 126134948 | 2019-08-31 08:12:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-31 08:12:00 | 057899691 | unknown | 0 | NULL | 7 | 12 | R | CRST | 2019-08-31 08:13:00 | 36 | 10018597 000000 N 000000 0808 0808 NONE 5 0831 0810 444831.8 |
| 76 | 7105326 | 98788310 | 126136219 | 2019-08-31 08:27:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-31 08:27:00 | 057899982 | unknown | 0 | NULL | 6 | 9 | R | CRST | 2019-08-31 08:27:00 | 3 | 10018597 0000000 |
| 77 | 7105345 | 98788572 | 126136448 | 2019-08-31 08:29:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-31 08:29:00 | 057900070 | unknown | 0 | NULL | 5 | 10 | R | CRST | 2019-08-31 08:30:00 | 11 | 10018597 000000 N 000000 000000 0000000 0 0000 O |
| 78 | 7105517 | 98791122 | 126138910 | 2019-08-31 08:56:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-31 08:56:00 | 057900678 | 57900585 | 0 | NULL | 00 | 00 | R | CRST | 2019-08-31 08:57:00 | 2 | JUST CHECKED IN WAITING IN LINE FOR IN STRUCTIONS |
| 79 | 7107500 | 98818771 | 126165019 | 2019-08-31 13:55:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-31 13:55:00 | 057906768 | 57906663 | 0 | NULL | 00 | 00 | R | CRST | 2019-08-31 13:56:00 | 2 | KEITH AND CHRIS ARRIVED AT 8AM ON 8-31 AT THE FEMA YARD |
| 80 | 7109204 | 98850869 | 126187998 | 2019-08-31 20:38:00 | 102179 | unknown | tractor | IY33D | | O | 2019-08-31 20:39:00 | 057911715 | 57911540 | 0 | NULL | 00 | 00 | R | CRST | 2019-08-31 20:39:00 | 5 | NO WE ARE WAITING ON A LOAD FROM FEMA BUT WE WASNT FOR SURE IF WE HAD TO DO A ARRIVE AT SHIPPER MACRO AND LEAVING SHIPPER WHEN WE ARRIVED AT FEMA.EVERYB ODY IS JUST WAITING ON A LOAD |
| 81 | 7110675 | 98894199 | 126232145 | 2019-09-01 08:04:00 | 102179 | unknown | tractor | IY33D | | O | 2019-09-01 08:04:00 | 057921159 | unknown | 0 | NULL | 17 | 8 | R | CRST | 2019-09-01 08:05:00 | 17 | Y Y Y Y Y Y Y Y Y Y Y 102179 000000 KHHUCKAB 0901 |
| 82 | 7111323 | 98905964 | 126242851 | 2019-09-01 10:57:00 | 102179 | unknown | tractor | IY33D | | O | 2019-09-01 10:58:00 | 057923010 | unknown | 0 | NULL | 00 | 00 | R | CRST | 2019-09-01 10:58:00 | 2 | WE ARE STILL WAITING AT FEMA .NOTHING MUCH GOING ON.JUST CHECKING IN. |
| 83 | 7114534 | 98987299 | 126314646 | 2019-09-02 08:27:00 | 102179 | unknown | tractor | IY33D | | O | 2019-09-02 08:28:00 | 057937454 | unknown | 0 | NULL | 17 | 8 | R | CRST | 2019-09-02 08:28:00 | 17 | Y Y Y Y Y Y Y Y Y Y Y 102179 000000 KHHUCKAB 0902 |
| 84 | 7115452 | 99003290 | 126328770 | 2019-09-02 12:05:00 | 102179 | unknown | tractor | IY33D | | O | 2019-09-02 12:05:00 | 057940287 | unknown | 0 | NULL | [illegible] | 13 | R | CRST | 2019-09-02 12:06:00 | 3 | 10018597 000000 |
| 85 | 7115466 | 99003495 | 126328998 | 2019-09-02 12:08:00 | 102179 | unknown | tractor | IY33D | | O | 2019-09-02 12:08:00 | 057940323 | unknown | 0 | NULL | 00 | 00 | R | CRST | 2019-09-02 12:08:00 | 2 | CHRIS AND KEITH ARE AT FEMA STAGING AR EA WE ARE CHECKED IN AND ON STANDBY |
| 86 | 7118375 | 99084447 | 126391113 | 2019-09-03 07:18:00 | 102179 | unknown | tractor | IY33D | | O | 2019-09-03 07:18:00 | 057954105 | unknown | 0 | NULL | 00 | 00 | R | CRST | 2019-09-03 07:18:00 | 2 | CAN YOU PLEASE TURN ON FUEL CARD FOR C HRIS FC71 CDCOHN TO FUEL AT LOVES #718 |
| 87 | 7119940 | 99103881 | 126409769 | 2019-09-03 10:09:00 | 102179 | unknown | tractor | IY33D | | O | 2019-09-03 10:10:00 | 057960206 | unknown | 0 | NULL | 00 | 00 | R | CRST | 2019-09-03 10:10:00 | 2 | CHRIS AND KEITH STILL HERE WITH FEMA W AITING ON A LOAF.JUST CHECKING IN |
| 88 | 7120036 | 99105069 | 126410777 | 2019-09-03 10:19:00 | 102179 | unknown | tractor | IY33D | | O | 2019-09-03 10:20:00 | 057960526 | 57960293 | 0 | NULL | 00 | 00 | R | CRST | 2019-09-03 10:20:00 | 2 | WE GO TO THE USUAL AREA AT WITCH THEY WRITE DOWN OUR NAMES AND TRUCK # |
| 89 | 7128187 | 99238244 | 126517721 | 2019-09-04 08:05:00 | 102179 | unknown | tractor | IY33D | | O | 2019-09-04 08:06:00 | 057990467 | 57989902 | 0 | NULL | 00 | 00 | R | CRST | 2019-09-04 08:06:00 | 2 | SAME SPOT .THEY JUST BRINGING IN TRAIL ERS AND NO TRAILERS ARE GOING OUT YET |
| 90 | 7136918 | 99391424 | 126640073 | 2019-09-05 06:58:00 | 102179 | unknown | tractor | IY33D | | O | 2019-09-05 06:58:00 | 058022879 | unknown | 0 | NULL | 20 | 8 | R | CRST | 2019-09-05 06:58:00 | 21 | CDCOHN 10015555 10018558 10012879 10018597 SATURDAYAND SUNDAY FEMAPAY 460.00 |
| 91 | 7136942 | 99391775 | 126640296 | 2019-09-05 07:01:00 | 102179 | unknown | tractor | IY33D | | O | 2019-09-05 07:01:00 | 058022925 | unknown | 0 | NULL | 20 | 8 | R | CRST | 2019-09-05 07:02:00 | 21 | KHHUCKAB 10015555 10018558 10012879 10018597 SATURDAYSUNDAY FEMA PAY 460.00 |
| 92 | 7138334 | 99412083 | 126658485 | 2019-09-05 09:38:00 | 102179 | unknown | tractor | IY33D | | O | 2019-09-05 09:38:00 | 058028290 | unknown | 0 | NULL | 17 | 8 | R | CRST | 2019-09-05 09:39:00 | 17 | Y Y Y Y Y Y Y Y Y Y Y 102179 000000 KHHUCKAB 0905 |
| 93 | 7139118 | 99422911 | 126668895 | 2019-09-05 10:55:00 | 102179 | unknown | tractor | IY33D | | I | 2019-09-05 10:55:00 | 058031495 | 58029522 | 0 | NULL | 00 | 00 | R | CRST | 2019-09-05 10:55:00 | 3 | NO NOT YET.JUST CHEECKING IN EVERYDAY AND THEY JUST HAVING US SIT AROUND .W E ARE JUST ON STAND BY FOR KNOW |
| 94 | 7147169 | 99566643 | 126782609 | 2019-09-06 08:31:00 | 102179 | unknown | tractor | IY33D | | O | 2019-09-06 08:31:00 | 058060864 | 58060254 | 0 | NULL | 00 | 00 | R | CRST | 2019-09-06 08:32:00 | 1 | OK |
| 95 | 7147186 | 99566894 | 126782810 | 2019-09-06 08:33:00 | 102179 | unknown | tractor | IY33D | | O | 2019-09-06 08:34:00 | 058060912 | unknown | 0 | NULL | 17 | 8 | R | CRST | 2019-09-06 08:34:00 | 17 | Y Y Y Y Y Y Y Y Y Y Y 102179 000000 KHHUCKAB 0906 |
| 96 | 7147443 | 99570426 | 126785736 | 2019-09-06 09:02:00 | 102179 | unknown | tractor | IY33D | | O | 2019-09-06 09:03:00 | 058061633 | unknown | 0 | NULL | 1 | 13 | R | CRST | 2019-09-06 09:03:00 | 4 | 10021370 Y |
| 97 | 7148138 | 99579756 | 126793860 | 2019-09-06 10:13:00 | 102179 | unknown | tractor | IY33D | | I | 2019-09-06 10:13:00 | 058063829 | unknown | 0 | NULL | 00 | 00 | R | CRST | 2019-09-06 10:14:00 | 3 | CHECKED IN WITH FEMA THEY DIDNT NEED U S.GOING TO XPO TO PICK UP A EMPTY TRAI LER AND HEADING TO ILLINOIS |
| 98 | 7149520 | 99598787 | 126810366 | 2019-09-06 12:36:00 | 102179 | unknown | tractor | IY33D | | O | 2019-09-06 12:36:00 | 058068289 | 58061336 | 0 | NULL | 00 | 00 | R | CRST | 2019-09-06 12:37:00 | 1 | OK ON OUR WAY |
| 99 | 7149530 | 99598880 | 126810490 | 2019-09-06 12:37:00 | 102179 | unknown | tractor | IY33D | | O | 2019-09-06 12:38:00 | 058068344 | unknown | 0 | NULL | 2 | 14 | R | CRST | 2019-09-06 12:38:00 | 2 | 000000 |

EXHIBIT
30

Sheet1

EXHIBIT 31

Office Update To keep up-to-date with security updates, fixes, and improvements, choose Check for Updates.

A1 fx MsgID

| | MsgID | PositionID | TxnID | EventTS | Equipment | Scac | Type | DriverID | CoDriverID | TripStatus | ReceiveTS | GMH | FwdGMH | Priority | VirtualChannel | Macro | MacroVersion | MacroDirection | CompanyID | InsertTS | FieldNumber | (No column name) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 10709913 | 0 | 0 | 2019-04-01 05:46:00 | 124400 | unknown | unknown | | | | 2019-04-01 05:46:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-01 05:46:00 | 1 | ALERT. TRUCK 124400 EMPTY MOVE FOR PAY DEADHEAD HAS CHANGED. PLEASE CHECK QUALCOMM FOR UPDATED EMPTY MOVE AND CONFIRM RECEIPT OF CHANGES |
| 3 | 10710960 | 0 | 0 | 2019-04-01 07:26:00 | 124400 | unknown | unknown | | | | 2019-04-01 07:26:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-01 07:26:00 | 10 | EMPTY MOVE INFO UPDATE FOR PAY NUMBER: 78761091 TRUCK: 124400 MOVEMENT# 01: DEADHEAD W/ EMPTY TRLR TRAILER #: TBD - DO NOT BT NEXT POINT: DAYLIGHT TRANSPORT JERSEY CITY NJ EVENT: PU LOAD APPT DATE/TIME: 04/01 2259 2259 |
| 4 | 10710962 | 0 | 0 | 2019-04-01 07:26:00 | 124400 | unknown | unknown | | | | 2019-04-01 07:26:00 | | | 0 | | 2 | 1 | F | CRST | 2019-04-01 07:26:00 | 80 | DAYLIGHT TRANSPORT 611 TONNELE AVE JERSEY CITY NJ 07307 2012160309 0401 2259 2259 DELIVER DAYLIGHT%SUN LOGISTICS 12250 NW 28TH AVE MIAMI FL 33101 0403 0030 0030 |
| 5 | 10710963 | 0 | 0 | 2019-04-01 07:26:00 | 124400 | unknown | unknown | | | | 2019-04-01 07:26:00 | | | 0 | | 6 | 1 | F | CRST | 2019-04-01 07:26:00 | NULL | |
| 6 | 10710964 | 0 | 0 | 2019-04-01 07:26:00 | 124400 | unknown | unknown | | | | 2019-04-01 07:26:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-01 07:26:00 | 10 | THIS LOAD IS EITHER PICKING UP OR DELI VERING INTO A HIGH RISK CITY. TO LIMIT OUR EXPOSURE TO THEFT WE DO NOT WANT TO BE STOPPED IN THE CITY WHILE LOADED IF LOADING IN A HIGH RISK CITY ONCE LO ADED LEAVE THE CITY AND GO AT LEAST 100 MILES. IF DELIVERING, TIME YOUR DE LIVERY SO YOU ARRI |
| 7 | 10710965 | 0 | 0 | 2019-04-01 07:26:00 | 124400 | unknown | unknown | | | | 2019-04-01 07:26:00 | | | 0 | | 2 | 7 | F | CRST | 2019-04-01 07:26:00 | 2 | 78761091 124400 |
| 8 | 10710976 | 0 | 0 | 2019-04-01 07:29:00 | 124400 | unknown | unknown | | | | 2019-04-01 07:29:00 | | | 0 | | 8 | 1 | F | CRST | 2019-04-01 07:29:00 | 14 | 78761091 (SHPR)**DROP HOOK** I-95 N TO X16W, TAKE 3E TO 1/9S 4 LITES ONTO MANHATTAN CNTY RD HARD RT ON CNTY ROAD, T/R JUS T B4 TRAIN TRESSLE (SIGN ON RT) GO DOW N DRIVEWAY PAST GAS STATI ON RTE CHECK IN WITH GRD YOU MUST HAVE YOUR HARD C OPY CDL TO PU 24/7 DROP FOR STRAIGHT T R |
| 9 | 10710977 | 0 | 0 | 2019-04-01 07:29:00 | 124400 | unknown | unknown | | | | 2019-04-01 07:29:00 | | | 0 | | 8 | 1 | F | CRST | 2019-04-01 07:29:00 | 14 | 78761091 (DELV)**DROP HOOK** |
| 10 | 10710978 | 0 | 0 | 2019-04-01 07:29:00 | 124400 | unknown | unknown | | | | 2019-04-01 07:29:00 | | | 0 | | 2 | 1 | F | CRST | 2019-04-01 07:29:00 | 28 | DAYLIGHT TRANSPORT VERY IMPORTANT!!!!! MUST VERIFY THAT TH EDISPATCH INFORMATION MATCHES WHAT IS ONTHE BILLS.IF THERE IS A DISCREPENCY WITH YOUR DESTINATION PLEASE ADVISE AI R FREIGHT IMMEDIATELY. CRST REQUIRES 5 0MPH TRANSIT ON THESE LOADS. MOST DELV LOCATIONS ARE DROPS SC |
| 11 | 10710979 | 0 | 0 | 2019-04-01 07:29:00 | 124400 | unknown | unknown | | | | 2019-04-01 07:29:00 | | | 0 | | 2 | 1 | F | CRST | 2019-04-01 07:29:00 | 28 | DAYLIGHT TRANSPORT 611 TONNELE AVE JERSEY CITY NJ 073070000 2012160309 LOADS CHANGE DESTINATION OFTEN PLEASE CHECK YOUR BILLS AND SEND A MESSAGE TO AIR FREIGHT WITH THE DESTINATION SO W E CAN VERIFY ITS WHAT WE SHOW- DO THIS BEFORE YOU LEAVE THE SHIPPER. THANKS FOR THE HELP... |
| 12 | 10710980 | 0 | 0 | 2019-04-01 07:29:00 | 124400 | unknown | unknown | | | | 2019-04-01 07:29:00 | | | 0 | | 2 | 1 | F | CRST | 2019-04-01 07:29:00 | 3 | SPECIAL INSTRUCTIONS FOR LOAD 78761091 USE PAY# FOR PICK UP#-MUST GET BILLSS IGNED W/TIME AT DLVRY; IN/OUT ON BOL |
| 13 | 5819956 | 7811245 | 01690275 | 2019-04-01 09:37:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-01 09:37:00 | 50163329 | unknown | 0 | NULL | 1 | 12 | R | CRST | 2019-04-01 09:38:00 | 10 | 78761091 Y Y 08 JERSEY CITY NJ 0401 1000P |
| 14 | 5819965 | 7811341 | 01690412 | 2019-04-01 09:37:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-01 09:38:00 | 50163406 | 50161767 | 0 | NULL | 0 | 0 | R | CRST | 2019-04-01 09:38:00 | 0 | YES #1 SEND |
| 15 | 5825564 | 7878815 | 01779508 | 2019-04-01 19:33:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-01 19:33:00 | 50195026 | unknown | 0 | NULL | 7 | 1 | R | CRST | 2019-04-01 19:33:00 | 2 | 124400 0401 0830P 100 |
| 16 | 5825574 | 7878978 | 01779697 | 2019-04-01 19:35:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-01 19:35:00 | 50195065 | unknown | 0 | NULL | 2 | 13 | R | CRST | 2019-04-01 19:35:00 | 22 | 78761091 310483 01 0401 0830P 1159P 968996.6 3 40.7508333-74.0605550000 |
| 17 | 10724817 | 0 | 0 | 2019-04-01 19:42:00 | 124400 | unknown | unknown | | | | 2019-04-01 19:42:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-01 19:42:00 | 16 | ** ROUTE DIRECTIONS ** LOAD: 78761091 ESTIMATED TOLL COST 33.00 HWY/RD. DIR./MI -* HWY/RD. DIR/MI. NJ495 E .3 -* US1 S 2.6 NJ139 E 1.1 -* I78 W .1 NJ139 W .2 -* Local .1 NJ139 E .3 -* I78 W .1 NJ139 W 1.2 -* US1 S 2.0 US1 S 1.7 -* US1 S 2.9 US1 S 40.8 -* I95 S 59. |
| 18 | 10724818 | 0 | 0 | 2019-04-01 19:42:00 | 124400 | unknown | unknown | | | | 2019-04-01 19:42:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-01 19:42:00 | 5 | ** FUEL SOLUTION ** LOAD: 78761091 TA BALTIMORE SO I 0095 QTY: 74 JESSUP MD EX: 41A PILOT #4576 I 0095 QTY: 126 ST GEORGE SC EX: 82 |
| 19 | 5826844 | 7901184 | 01807376 | 2019-04-01 23:43:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-01 23:43:00 | 50207462 | unknown | 0 | NULL | 4 | 12 | R | CRST | 2019-04-01 23:45:00 | 22 | 78761091 311483 6804066 1 2 0402 1240A 0402 1159P Y N N FREIGHT ALL KIND Y P P 27 25364 688522 830S |
| 20 | 10725864 | 0 | 0 | 2019-04-01 23:55:00 | 124400 | unknown | unknown | | | | 2019-04-01 23:55:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-01 23:55:00 | 7 | ELOGS DETECTED THAT A MACRO 4 HAS BEEN SENT. PROCEED RIGHT AWAY TO HOURS OF SERVICE, PRESS ON THE LOAD TAB, AND FILL IN THE SAME INFORMATION THAT YOU JUST PUT ON YOUR MACRO 4. REMEMBER THE INFORMATION ON THE LOAD TAB IS REQUIR ED BY THE DOT, THANKS AMANDA IN ELOGS |
| 21 | 10725953 | 0 | 0 | 2019-04-02 00:13:00 | 124400 | unknown | unknown | | | | 2019-04-02 00:13:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-02 00:13:00 | 2 | YOUR #4 PREBILL MACRO WAS ACCEPTED AND PROCESSED FOR PAY # 78761091 |
| 22 | 10727160 | 0 | 0 | 2019-04-02 02:12:00 | 124400 | unknown | unknown | | | | 2019-04-02 02:12:00 | | | 0 | | 8 | 1 | F | CRST | 2019-04-02 02:12:00 | 1 | 04/01/19 |
| 23 | 5829400 | 7943570 | 01859560 | 2019-04-02 08:07:00 | 124400 | unknown | tractor | IT10D | | I | 2019-04-02 08:07:00 | 50223176 | 50219622 | 0 | | 0 | 0 | R | CRST | 2019-04-02 08:08:00 | 0 | TRYING TO GET BACK TO SLEEPING PATTERN GOT US TIRD HAD A SMALL NAP |
| 24 | 10743434 | 0 | 0 | 2019-04-02 18:17:00 | 124400 | unknown | unknown | | | | 2019-04-02 18:17:00 | | | 0 | | 8 | 1 | F | CRST | 2019-04-02 18:17:00 | 1 | 04/01/19 |
| 25 | 5835693 | 8022519 | 01964041 | 2019-04-02 18:45:00 | 124400 | unknown | tractor | IT10D | | I | 2019-04-02 18:45:00 | 50259272 | 50257999 | 0 | NULL | 9 | 1 | R | CRST | 2019-04-02 18:46:00 | 17 | Y Y Y Y Y Y Y Y Y Y 124400 311182 830S 0401 |
| 26 | 5837876 | 8059222 | 02009590 | 2019-04-03 01:18:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-03 01:18:00 | 50276236 | unknown | 0 | NULL | 7 | 8 | R | CRST | 2019-04-03 01:19:00 | 8 | 78761091 311182 MIAMI FL 0403 0200A 970334 25.8858333-80.2461110000 |
| 27 | 5838080 | 8062564 | 02013463 | 2019-04-03 02:03:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-03 02:04:00 | 50277148 | unknown | 0 | NULL | 4 | 21 | R | CRST | 2019-04-03 02:04:00 | 44 | 311182 792098 MIAMI FL 0403 0300A ADRIAN W 100 970334.4 2 |
| 28 | 10746894 | 0 | 0 | 2019-04-03 02:13:00 | 124400 | unknown | unknown | | | | 2019-04-03 02:13:00 | | | 0 | | 8 | 1 | F | CRST | 2019-04-03 02:13:00 | 1 | 04/02/19 |
| 29 | 10747054 | 0 | 0 | 2019-04-03 02:17:00 | 124400 | unknown | unknown | | | | 2019-04-03 02:17:00 | | | 0 | | 3 | 1 | F | CRST | 2019-04-03 02:17:00 | 33 | 830S IT10 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 78761091 |
| 30 | 5838155 | 8064712 | 02016501 | 2019-04-03 02:23:00 | 124400 | unknown | tractor | IT10D | | I | 2019-04-03 02:23:00 | 50278352 | 50278022 | 0 | NULL | 9 | 1 | R | CRST | 2019-04-03 02:23:00 | 17 | Y Y Y Y Y Y Y Y Y Y 124400 311182 830S 0402 |
| 31 | 10749794 | 0 | 0 | 2019-04-03 07:21:00 | 124400 | unknown | unknown | | | | 2019-04-03 07:21:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-03 07:21:00 | 10 | EMPTY MOVE INFO UPDATE FOR PAY NUMBER: 78819908 TRUCK: 124400 MOVEMENT# 01: BOBTAIL TRAILER #: NONE NEXT POINT: XXX HIALEAH FL EVENT: PU LOAD APPT DATE/TIME: 03/30 0800 1000 |
| 32 | 10749798 | 0 | 0 | 2019-04-03 07:21:00 | 124400 | unknown | unknown | | | | 2019-04-03 07:21:00 | | | 0 | | 2 | 1 | F | CRST | 2019-04-03 07:21:00 | 80 | HIALEAH FL 33010 0330 0800 0800 CS00278723 DELIVER L BRANDS 3 LIMITED PARKWAY COLUMBUS OH 43230 6144157578 0330 1415 1415 |
| 33 | 10749799 | 0 | 0 | 2019-04-03 07:21:00 | 124400 | unknown | unknown | | | | 2019-04-03 07:21:00 | | | 0 | | 6 | 1 | F | CRST | 2019-04-03 07:21:00 | NULL | |
| 34 | 10749800 | 0 | 0 | 2019-04-03 07:21:00 | 124400 | unknown | unknown | | | | 2019-04-03 07:21:00 | | | 0 | | 8 | 1 | F | CRST | 2019-04-03 07:21:00 | 14 | 78819908 (SHPR)**RELAY** I90 TO RTE 91 NORTH TO EXIT 27 (RTE 2 EAST) GO 1 1/2 MILES T O LIGHT THEN GO I90 TO RTE 91 NORTH TO EXIT 27 (RTE 2 EAST) GO 1 1/2 MILES T O LIGHT THEN GO TURN IN TO AVE A THE Y GO TO CENTER OF TOWN TO LIGHT TURN LEF T ON 3RD ST THEN GO UP HILL TO TOP TO FORK IN ROAD VE |
| 35 | 10749801 | 0 | 0 | 2019-04-03 07:21:00 | 124400 | unknown | unknown | | | | 2019-04-03 07:21:00 | | | 0 | | 8 | 1 | F | CRST | 2019-04-03 07:21:00 | 14 | 78819908 (DELV)**DROP HOOK** 270E TO EXIT 32 (MORSE RD EXIT)...GO E N MORSE GET I N RT.LANE...GO THROUGH THE LIGH WHICH IS GATE 1, AND THEN THE NEXT STOP LIGH T IS STYGLER ROAD,TR OR SOUTH AND THEN ENTRANCE IS APRX 5-600 YARDS ON THE R IGHT. |
| 36 | 10749802 | 0 | 0 | 2019-04-03 07:21:00 | 124400 | unknown | unknown | | | | 2019-04-03 07:21:00 | | | 0 | | 2 | 1 | F | CRST | 2019-04-03 07:21:00 | 28 | L BRANDS YOU MUST HAVE AN ARRIVAL DATE AND TIME ,THE SEAL # NOTED (FOR EACH STOP), AND THE LOCATION MUST SIGN YOUR BILLS. PL EASE ASK THE SHIPPER/DELIVERY POINT TO NOTE THIS INFORMATION ON YOUR PAPERWO RK. DO NOT DROP A LIMITED LOAD WITHOUT POD SIGNATURE. THANKS |
| 37 | 10749803 | 0 | 0 | 2019-04-03 07:21:00 | 124400 | unknown | unknown | | | | 2019-04-03 07:21:00 | | | 0 | | 2 | 1 | F | CRST | 2019-04-03 07:21:00 | 28 | L BRANDS 3 LIMITED PARKWAY COLUMBUS OH 432300000 6144157578 WHEN PICKING UP LOADS DRIVERS WILL NEE D TO PROVIDE PICK UP NUMBER AND CRSTLO AD NUMBER. |
| 38 | 10749807 | 0 | 0 | 2019-04-03 07:21:00 | 124400 | unknown | unknown | | | | 2019-04-03 07:21:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-03 07:21:00 | 16 | ** ROUTE DIRECTIONS ** LOAD: 78819908 ESTIMATED TOLL COST 20.25 HWY/RD. DIR./MI -* HWY/RD. DIR/MI. Local S .7 -* US27 N 3.0 FL826 N 12.1 -* US441 N .6 FL860 E 1.1 -* FUEL NEXT I95 N 322.5 -* I295 N 25.1 I95 N 217.9 -* I26 W 52.2 FUEL NEXT -* I77 N 228.1 I77 N 7.6 -* I7 |
| 39 | 10749808 | 0 | 0 | 2019-04-03 07:21:00 | 124400 | unknown | unknown | | | | 2019-04-03 07:21:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-03 07:21:00 | 5 | ** FUEL SOLUTION ** LOAD: 78819908 LOVES #316 I 0095 QTY: 76 ORMOND BEACH FL EX: 273 LOVES #333 I 0077 QTY: FILL FORT MILL SC EX: 83 |
| 40 | 5841221 | 8109786 | 02074084 | 2019-04-03 09:39:00 | 124400 | unknown | tractor | IT10D | | I | 2019-04-03 09:39:00 | 50296923 | unknown | 0 | NULL | 1 | 1 | R | CRST | 2019-04-03 09:40:00 | 13 | 78819908 792098 310779 1270603 HAILEAH FL 0403 1030A C 0404 1200P 70 IT10 |
| 41 | 5841382 | 8111605 | 02076487 | 2019-04-03 09:52:00 | 124400 | unknown | tractor | IT10D | | I | 2019-04-03 09:52:00 | 50297843 | unknown | 0 | NULL | 0 | 0 | R | CRST | 2019-04-03 09:53:00 | 2 | NICK, THANK YOU! TRAILER IS FIXD AND W E ARE ROLLING! |
| 42 | 10756341 | 0 | 0 | 2019-04-03 12:06:00 | 124400 | unknown | unknown | | | | 2019-04-03 12:06:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-03 12:06:00 | 2 | YOUR #3 RELAY ON MACRO WAS ACCEPTED AND PROCESSED FOR PAY # 78819908 |
| 43 | 10766822 | 0 | 0 | 2019-04-04 02:12:00 | 124400 | unknown | unknown | | | | 2019-04-04 02:12:00 | | | 0 | | 8 | 1 | F | CRST | 2019-04-04 02:12:00 | 1 | 04/03/19 |
| 44 | 5850833 | 8247248 | 02247357 | 2019-04-04 06:49:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-04 06:49:00 | 50354966 | 50348317 | 0 | NULL | 9 | 1 | R | CRST | 2019-04-04 06:50:00 | 17 | Y Y Y Y Y Y Y Y Y Y 124400 310779 830S 0403 |
| 45 | 5852543 | 8268660 | 02275992 | 2019-04-04 09:27:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-04 09:28:00 | 50366403 | unknown | 0 | NULL | 1 | 1 | R | CRST | 2019-04-04 09:28:00 | 8 | 78819908 310779 COLUMBUS OH 0404 1015A 971622 40.0527777-82.8980550000 |
| 46 | 5852759 | 8271278 | 02279430 | 2019-04-04 09:46:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-04 09:46:00 | 50367673 | unknown | 0 | NULL | 4 | 21 | R | CRST | 2019-04-04 09:47:00 | 44 | 310779 311780 COLUMBUS OH 0404 1035A JIN WATSON 150 971622.6 2 |
| 47 | 10773469 | 0 | 0 | 2019-04-04 09:52:00 | 124400 | unknown | unknown | | | | 2019-04-04 09:52:00 | | | 0 | | 3 | 1 | F | CRST | 2019-04-04 09:52:00 | 33 | 830S IT10 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 78819908 |
| 48 | 10777271 | 0 | 0 | 2019-04-04 13:11:00 | 124400 | unknown | unknown | | | | 2019-04-04 13:11:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-04 13:11:00 | 10 | EMPTY MOVE INFO UPDATE FOR PAY NUMBER: 78826560 TRUCK: 124400 MOVEMENT# 01: DEADHEAD W/ EMPTY TRLR TRAILER #: TBD - DO NOT BT NEXT POINT: L BRANDS REYNOLDSBURG OH EVENT: PU LOAD APPT DATE/TIME: 04/06 0400 0400 |
| 49 | 10777272 | 0 | 0 | 2019-04-04 13:11:00 | 124400 | unknown | unknown | | | | 2019-04-04 13:11:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-04 13:11:00 | 80 | L BRANDS SEVEN LIMITED PARKWAY REYNOLDSBURG OH 43068 6148567723 0406 0400 0400 0000505533 DELIVER L BRANDS%LINEAR LOGISTICS 2400 69TH STREET NORTH BERGEN NJ 07047 2014539981 0407 0001 0001 |
| 50 | 10777273 | 0 | 0 | 2019-04-04 13:11:00 | 124400 | unknown | unknown | | | | 2019-04-04 13:11:00 | | | 0 | | 6 | 1 | F | CRST | 2019-04-04 13:11:00 | NULL | |
| 51 | 10777274 | 0 | 0 | 2019-04-04 13:11:00 | 124400 | unknown | unknown | | | | 2019-04-04 13:11:00 | | | 0 | | 8 | 1 | F | CRST | 2019-04-04 13:11:00 | 14 | 78826560 (SHPR)**DROP HOOK** I270 TO EXIT 39 GO EAST ON BROAD ST 4.5 MILES-T/R ONTO TAYLOR ST-DO NOT TURN ON LIMITED PKWY ,IT IS TRUCK RESTRICTED TRK GATE IS 2N D ENTRANCE ON RHS,GATE 3 CAN CALL 614- 856-7723 FOR DIRECTIONS IF NEEDED,LDS OUTBOUND FROM HER ARE HIGH VALUE,MUST FOL |
| 52 | 10777275 | 0 | 0 | 2019-04-04 13:11:00 | 124400 | unknown | unknown | | | | 2019-04-04 13:11:00 | | | 0 | | 8 | 1 | F | CRST | 2019-04-04 13:11:00 | 14 | 78826560 (DELV)**DROP HOOK** HWY 1 9 NORTH TO 69TH ST AND TURN LEFT/WEST, I-95N,E XIT 16E TOWARD LINCOLN TUNNEL, KEEP LF T AT THE FORK TO STAY ON PATTERS ON PL ANK RD,RGT ON PATTERSON PLANK RD, SLIG HT LFT TO STAY ON PATERSON PLANK RD,RI GHT ON WESTSIDE AVE,RIGHT ON 69TH ST,L H |
| 53 | 10777276 | 0 | 0 | 2019-04-04 13:11:00 | 124400 | unknown | unknown | | | | 2019-04-04 13:11:00 | | | 0 | | 2 | 1 | F | CRST | 2019-04-04 13:11:00 | 28 | L BRANDS YOU MUST HAVE AN ARRIVAL DATE AND TIME ,THE SEAL # NOTED (FOR EACH STOP), AND THE LOCATION MUST SIGN YOUR BILLS. PL EASE ASK THE SHIPPER/DELIVERY POINT TO NOTE THIS INFORMATION ON YOUR PAPERWO RK. DO NOT DROP A LIMITED LOAD WITHOUT POD SIGNATURE. THANKS |
| 54 | 10777277 | 0 | 0 | 2019-04-04 13:11:00 | 124400 | unknown | unknown | | | | 2019-04-04 13:11:00 | | | 0 | | 2 | 1 | F | CRST | 2019-04-04 13:11:00 | 28 | L BRANDS SEVEN LIMITED PARKWAY REYNOLDSBURG OH 430680000 6148567723 DRIVERS ARE NOT TO LEAVE THE SHIPPER U NLESS THE TRAILER IS SEALED WITH THE S EAL NUMBER NOTED ON THE BILLS VERY IMP ORTANT - ENTRIES 1 AND 2 AT THIS FACIL ITY ARE FOR CARS ONLY, THE TRUCK ENTRA NCE IS #3 WHICH |
| 55 | 10777278 | 0 | 0 | 2019-04-04 13:11:00 | 124400 | unknown | unknown | | | | 2019-04-04 13:11:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-04 13:11:00 | 3 | SPECIAL INSTRUCTIONS FOR LOAD 78826560 ILL NEED CRST LD# LIMITED TRIP# FOR P ICKUP,WILL ASK TO SEE DRIVERS LICENSE |
| 56 | 10777286 | 0 | 0 | 2019-04-04 13:11:00 | 124400 | unknown | unknown | | | | 2019-04-04 13:11:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-04 13:11:00 | 14 | ** ROUTE DIRECTIONS ** LOAD: 78826560 ESTIMATED TOLL COST 0.00 HWY/RD. DIR./MI -* HWY/RD. DIR/MI. Local E .2 -* US23 N 2.0 I270 E 16.4 -* US40 E 2.4 OH256 E .7 -* Local .7 OH256 E 1.1 -* I70 E 106.6 I470 E 10.3 -* I70 E 26.5 I79 N 19.9 -* I376 E 20.3 US22 E 75.5 -* I99 |
| 57 | 10777287 | 0 | 0 | 2019-04-04 13:11:00 | 124400 | unknown | unknown | | | | 2019-04-04 13:11:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-04 13:11:00 | 5 | ** FUEL SOLUTION ** LOAD: 78826560 LOVES #324 I 0080 QTY: FILL MIFFLINVILLE PA EX: 242 |
| 58 | 5856179 | 8316012 | 02338039 | 2019-04-04 15:27:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-04 15:28:00 | 50387254 | unknown | 0 | NULL | 0 | 0 | R | CRST | 2019-04-04 15:28:00 | 2 | DO WE HAVE SOMETHING BETTER GOING OUT OF OH? |
| 59 | 5857454 | 8332794 | 02359562 | 2019-04-04 17:51:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-04 17:51:00 | 50394052 | unknown | 0 | NULL | 2 | 13 | R | CRST | 2019-04-04 17:52:00 | 9 | 78826560 311780 1 0404 0630P 0700P 971672.9 2 39.9802777-82.7791660000 |
| 60 | 5857464 | 8332998 | 02359804 | 2019-04-04 17:53:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-04 17:53:00 | 50394095 | unknown | 0 | NULL | 4 | 12 | R | CRST | 2019-04-04 17:54:00 | 22 | 78826560 810680 4656141 1 2 0404 0650P 0405 0600A Y N N FAK Y P T 1329 23301 505533 830S |
| 61 | 10782286 | 0 | 0 | 2019-04-04 18:02:00 | 124400 | unknown | unknown | | | | 2019-04-04 18:02:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-04 18:02:00 | 7 | ELOGS DETECTED THAT A MACRO 4 HAS BEEN SENT. PROCEED RIGHT AWAY TO HOURS OF SERVICE, PRESS ON THE LOAD TAB, AND FILL IN THE SAME INFORMATION THAT YOU JUST PUT ON YOUR MACRO 4. REMEMBER THE INFORMATION ON THE LOAD TAB IS REQUIR ED BY THE DOT, THANKS AMANDA IN ELOGS |
| 62 | 10782979 | 0 | 0 | 2019-04-04 18:13:00 | 124400 | unknown | unknown | | | | 2019-04-04 18:13:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-04 18:13:00 | 2 | YOUR #4 PREBILL MACRO WAS ACCEPTED AND PROCESSED FOR PAY # 78826560 |
| 63 | 10786535 | 0 | 0 | 2019-04-05 02:11:00 | 124400 | unknown | unknown | | | | 2019-04-05 02:11:00 | | | 0 | | 8 | 1 | F | CRST | 2019-04-05 02:11:00 | 1 | 04/04/19 |
| 64 | 5861087 | 8393359 | 02434949 | 2019-04-05 04:47:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-05 04:47:00 | 50419004 | unknown | 0 | NULL | 1 | 1 | R | CRST | 2019-04-05 04:47:00 | 8 | 78826560 810680 NORTH BERGEN NJ 0405 0530A 972251 40.8038888-74.0283330000 |
| 65 | 5861124 | 8394158 | 02435879 | 2019-04-05 04:56:00 | 124400 | unknown | tractor | IT10D | | I | 2019-04-05 04:56:00 | 50419186 | unknown | 0 | NULL | 4 | 21 | R | CRST | 2019-04-05 04:56:00 | 44 | 810680 JERSEY CITY NJ 0405 0550A MING CHANG 120 972251.4 2 |
| 66 | 10787445 | 0 | 0 | 2019-04-05 04:59:00 | 124400 | unknown | unknown | | | | 2019-04-05 04:59:00 | | | 0 | | 3 | 1 | F | CRST | 2019-04-05 04:59:00 | 33 | 830S IT10 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 78826560 |
| 67 | 5861183 | 8394989 | 02436840 | 2019-04-05 05:06:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-05 05:07:00 | 50419403 | 50416007 | 0 | NULL | 9 | 1 | R | CRST | 2019-04-05 05:07:00 | 17 | Y Y Y Y Y Y Y Y Y Y 124400 810680 IT10 0404 |
| 68 | 10794548 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-05 11:14:00 | 10 | EMPTY MOVE INFO UPDATE FOR PAY NUMBER: 78884082 TRUCK: 124400 MOVEMENT# 01: DEADHEAD W/ EMPTY TRLR TRAILER #: TBD - DO NOT BT NEXT POINT: NORDSTROM%GILBERT EAST KEASBEY NJ EVENT: PU LOAD APPT DATE/TIME: 04/06 0800 0800 |
| 69 | 10794549 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-05 11:14:00 | 80 | NORDSTROM%GILBERT EAST 1000 RIVERSIDE DR KEASBEY NJ 08832 7327095404 0406 0800 0800 PY0538 DELIVER NORDSTROM INC 299 5050 CHAVENELLE DRIVE DUBUQUE IA 52002 5635564050 0407 2230 2230 |
| 70 | 10794550 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 6 | 1 | F | CRST | 2019-04-05 11:14:00 | NULL | |
| 71 | 10794551 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 8 | 1 | F | CRST | 2019-04-05 11:14:00 | 14 | 78884082 (SHPR)**DROP HOOK** OFF THE NJ TURN PIKE TAKE EXIT 10 TO 287SOUTH, TAKE TH AT ALL THE WAY AND IT TURNS INTO 440, TAKE THE INDUSTRIAL AVE EXIT, THE ROAD BEARS TO THE RIGHT AND THE CUSTOMER I S ON THE LEFT (RIVERSIDE DRIVE IS THE NEW STREET NAME) DO NOT BOBTAIL TO THI S SHIPPE |
| 72 | 10794552 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 8 | 1 | F | CRST | 2019-04-05 11:14:00 | 14 | 78884082 (DELV)**DROP HOOK** 80E/W TO 61N TO 20W GO 2 MILES TO NW ARTERIAL T/R GO T O 1ST LITE T/L ONTO CHAVENELLE FOLLOW AROUND TO THE LAST BLD ONTHE LEFT BEFO RE DEAD END,(IN CASE OF CONSTRUCTION F OLLOW NW ARTERIAL T/L ON PENNSYVANIA G O TO RADFORD RD T/L.STAY IN LINE TO TH |
| 73 | 10794553 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 2 | 1 | F | CRST | 2019-04-05 11:14:00 | 28 | NORDSTROM INC UPON PICKUP MUST VERIFY THAT THE ADDRE SS LISTED ON THE BILLS MATCH THE ADDRE SS LISTED ON YOUR DISPATCH. ANY DISCRE PANCIES MUST NOTIFY DISPATCH IMMEDIATE LY! |
| 74 | 10794554 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 2 | 1 | F | CRST | 2019-04-05 11:14:00 | 28 | NORDSTROM%GILBERT EAST 1000 RIVERSIDE DR KEASBEY NJ 088320000 7327095404 DRIVER CHECKS IN AT SECURITY UPON ARRI VAL. SECURITY WILL LOG DRIVER INFO.SEC URITY WILL DIRECT THE DRIVER TO DROPTH E INBOUND MT AND REPORT TO THE DRIVERS SHIPPING WINDOW. DRIVERS MUST PROVIDE TRAILER |
| 75 | 10794555 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 2 | 1 | F | CRST | 2019-04-05 11:14:00 | 28 | NORDSTROM INC 299 5050 CHAVENELLE DRIVE DUBUQUE IA 520020000 5635564050 DR: MUST TURN IN ALL PAPERWORK RECEIVE DFROM SHIPPER WHEN YOU TRANSFLOW IT IN . |
| 76 | 10794556 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-05 11:14:00 | 3 | SPECIAL INSTRUCTIONS FOR LOAD 78884082 TELL GUARD THAT YOUR EMPTY TRAILER IS FOR NORDSTROM LOADING NOT FOR KOHLS |
| 77 | 10794560 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-05 11:14:00 | 20 | ** ROUTE DIRECTIONS ** LOAD: 78884082 ESTIMATED TOLL COST 24.80 HWY/RD. DIR./MI -* HWY/RD. DIR/MI. NJ495 E .3 -* US1 S 4.7 US1 S 1.7 -* US1 S 2.9 US1 S 12.0 -* US9 S 3.3 Smith .2 -* NJ440 N .8 I287 N 22.5 -* US202 N 1.0 US206 N 16.9 -* I80 W 26.8 FUEL NEXT -* I80 |
| 78 | 10794561 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-05 11:14:00 | 5 | ** FUEL SOLUTION ** LOAD: 78884082 TA BARKEYVILLE I 0080 QTY: 86 BARKEYVILLE PA EX: 29 LOVES #351 I 0080 QTY: FILL UTICA IL EX: 81 |
| 79 | 10794580 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-05 11:14:00 | 10 | EMPTY MOVE INFO UPDATE FOR PAY NUMBER: 78890342 TRUCK: 124400 MOVEMENT# 01: DEADHEAD W/ EMPTY TRLR TRAILER #: TBD - DO NOT BT NEXT POINT: NORDSTROM INC 299 DUBUQUE IA EVENT: PU LOAD APPT DATE/TIME: 04/08 0800 0800 |
| 80 | 10794582 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-05 11:14:00 | 80 | NORDSTROM INC 299 5050 CHAVENELLE DRIVE DUBUQUE IA 52002 5635564050 0408 0800 0800 48711 DELIVER HAUTELOOK 17335 GLEN HELEN PKWY SAN BERNARDINO CA 92407 2137411890 0410 0800 0800 |
| 81 | 10794583 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 6 | 1 | F | CRST | 2019-04-05 11:14:00 | NULL | |
| 82 | 10794584 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 8 | 1 | F | CRST | 2019-04-05 11:14:00 | 14 | 78890342 (SHPR)**DROP HOOK** 80E/W TO 61N TO 20W GO 2 MILES TO NW ARTERIAL T/R GO T O 1ST LITE T/L ONTO CHAVENELLE FOLLOW AROUND TO THE LAST BLD ONTHE LEFT BEFO RE DEAD END,(IN CASE OF CONSTRUCTION F OLLOW NW ARTERIAL T/L ON PENNSYVANIA G O TO RADFORD RD T/L.STAY IN LINE TO TH |
| 83 | 10794585 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 8 | 1 | F | CRST | 2019-04-05 11:14:00 | 14 | 78890342 (DELV)**DROP HOOK** I-215 TO EXIT 12 4 (KENWOOD AVE) FOLLOW EAST OFF EXIT T O DEVORE RD, THIS TURNS INTO GLEN HELE N PKY EMAIL IF RUNNING LATE FOR DELIVE RY SHIPPING@HAUTELOOK.COM |
| 84 | 10794586 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 2 | 1 | F | CRST | 2019-04-05 11:14:00 | 28 | NORDSTROM INC UPON PICKUP MUST VERIFY THAT THE ADDRE SS LISTED ON THE BILLS MATCH THE ADDRE SS LISTED ON YOUR DISPATCH. ANY DISCRE PANCIES MUST NOTIFY DISPATCH IMMEDIATE LY! |
| 85 | 10794587 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 2 | 1 | F | CRST | 2019-04-05 11:14:00 | 28 | NORDSTROM INC 299 5050 CHAVENELLE DRIVE DUBUQUE IA 520020000 5635564050 DR: MUST TURN IN ALL PAPERWORK RECEIVE DFROM SHIPPER WHEN YOU TRANSFLOW IT IN . |
| 86 | 10794588 | 0 | 0 | 2019-04-05 11:14:00 | 124400 | unknown | unknown | | | | 2019-04-05 11:14:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-05 11:14:00 | 13 | ****** NW SAFETY MESSAGE ****** YOU HAVE RECEIVED A DISPATCH GOING TO AND THRU AREAS THAT WILL REQUIRE YOU TO CHAIN UP IF NEEDED. AT CRST, OUR DEDICATION TO OUR CUSTOMER REQUIRES US TO CHAIN UP WHEN NEEDED TO ENSURE ONTIME DELIVERY. IF YOU DO NOT HAVE THE PROPER # OF CHAINS |
| 87 | 5864697 | 8441213 | 02496943 | 2019-04-05 11:36:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-05 11:36:00 | 50440582 | unknown | 0 | NULL | 0 | 0 | R | CRST | 2019-04-05 11:37:00 | 3 | HOW WE LOOKING ON FREIGHT? THINK WE WI LL ROLL ON THE WEEKEND THANKS IN ADVAN CE! |
| 88 | 5864833 | 8442786 | 02498993 | 2019-04-05 11:48:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-05 11:48:00 | 50441359 | unknown | 0 | NULL | 1 | 12 | R | CRST | 2019-04-05 11:49:00 | 10 | 78884082 Y Y 08 KEASBEY NJ 0405 0300P |
| 89 | 5864853 | 8442969 | 02499233 | 2019-04-05 11:49:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-05 11:50:00 | 50441478 | unknown | 0 | NULL | 1 | 12 | R | CRST | 2019-04-05 11:50:00 | 10 | 78890342 Y Y 08 DUBUQUE IA 0407 0500P |
| 90 | 5864858 | 8443047 | 02499336 | 2019-04-05 11:50:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-05 11:50:00 | 50441501 | unknown | 0 | NULL | 0 | 0 | R | CRST | 2019-04-05 11:51:00 | 2 | IS OUR LOAD PICKING UP IN KEASBEY NJ R EADY? |
| 91 | 10795713 | 0 | 0 | 2019-04-05 12:19:00 | 124400 | unknown | unknown | | | | 2019-04-05 12:19:00 | | | 0 | | 2 | 1 | F | CRST | 2019-04-05 12:19:00 | 28 | AMERICAN TRUCK TRAILE 700 JERNEE MILL RD SAYREVILLE NJ 088720000 8002234688 4535URNPIKE EXIT 9 TO ROUTE 18SOUTH.. 4.5 MILESYOU WILL SEE AN ACURA CAR DEA LERSHIP ON RIGHT SIDE..STAY IN RIGHT L ANE AND THIS WILL BE AN EXIT ONLY LANE TO GET ONTO ROUTE 615. TAKE THIS EXIT , WHEN AT THE I |
| 92 | 5866749 | 8465951 | 02529271 | 2019-04-05 14:47:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-05 14:47:00 | 50452027 | unknown | 0 | NULL | 2 | 12 | R | CRST | 2019-04-05 14:48:00 | 9 | 810474 EMPTY AMRICAN TRUCK AND TRLR SAYREVILLE NJ |
| 93 | 10799183 | 0 | 0 | 2019-04-05 14:52:00 | 124400 | unknown | unknown | | | | 2019-04-05 14:52:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-05 14:52:00 | 22 | ** ROUTE DIRECTIONS ** LOAD: 78884082 ESTIMATED TOLL COST 24.80 HWY/RD. DIR./MI -* HWY/RD. DIR/MI. NJ495 E .3 -* US1 S 4.7 US1 S 1.7 -* US1 S 2.9 US1 S 12.0 -* US9 S 6.5 US9 S .8 -* Local .2 US9 N .8 -* US9 N 2.8 Smith .2 -* NJ440 N .8 I287 N 22.5 -* US202 N 1.0 |
| 94 | 10799184 | 0 | 0 | 2019-04-05 14:52:00 | 124400 | unknown | unknown | | | | 2019-04-05 14:52:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-05 14:52:00 | 5 | ** FUEL SOLUTION ** LOAD: 78884082 TA BARKEYVILLE I 0080 QTY: 89 BARKEYVILLE PA EX: 29 LOVES #351 I 0080 QTY: FILL UTICA IL EX: 81 |
| 95 | 10806101 | 0 | 0 | 2019-04-06 02:16:00 | 124400 | unknown | unknown | | | | 2019-04-06 02:16:00 | | | 0 | | 8 | 1 | F | CRST | 2019-04-06 02:16:00 | 1 | 04/05/19 |
| 96 | 5872764 | 8556097 | 02641875 | 2019-04-06 07:09:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-06 07:09:00 | 50489315 | unknown | 0 | NULL | 1 | 13 | R | CRST | 2019-04-06 07:09:00 | 9 | 78884082 810474 1 0406 0730A 0800A 972301.1 2 40.5144444-74.3147220000 |
| 97 | 5872793 | 8556794 | 02642664 | 2019-04-06 07:18:00 | 124400 | unknown | tractor | IT10D | | O | 2019-04-06 07:18:00 | 50489507 | unknown | 0 | NULL | 4 | 12 | R | CRST | 2019-04-06 07:18:00 | 22 | 78884082 810104 02164179 1 2 0406 0800A 0407 1030P Y N N FREIGHT OF ALL KIND Y P F 1896 18941 78884082 IT10 |
| 98 | 10807343 | 0 | 0 | 2019-04-06 07:27:00 | 124400 | unknown | unknown | | | | 2019-04-06 07:27:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-06 07:27:00 | 15 | A LOAD OF 20,000 POUNDS OR LESS IS CONSIDERED A 'LIGHT' LOAD. IF POSSIBLE , MAKE SURE THE LOAD IS DISTRIBUTED AS EVENLY AS POSSIBLE WITHIN THE TRAILER. KEEPING A LITTLE MORE WEIGHT ON THE DRIVE AXLES WILL HELP WITH TRACTION ON THOSE TIRES IF CONDITIONS ARE SNOWY OR ICY, WHERE TRACTIO |
| 99 | 10807344 | 0 | 0 | 2019-04-06 07:27:00 | 124400 | unknown | unknown | | | | 2019-04-06 07:27:00 | | | 0 | | 0 | 1 | F | CRST | 2019-04-06 07:27:00 | 7 | ELOGS DETECTED THAT A MACRO 4 HAS BEEN SENT. PROCEED RIGHT AWAY TO HOURS OF SERVICE, PRESS ON THE LOAD TAB, AND FILL IN THE SAME INFORMATION THAT YOU JUST PUT ON YOUR MACRO 4. REMEMBER THE INFORMATION ON THE LOAD TAB IS REQUIR ED BY THE DOT, THANKS AMANDA IN ELOGS |

Sheet1

Ready 67%

CRSTF000810_Native

| | Description | DepotID | Activity | CoDriver | Confirmed | DistanceDriven | Doc | DriverID | Duration | Edit | location | Logid | odometer | OrigLogID | SensorFailure | Starttime | State | TimeZone | Tractorid | TrailerID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 240 | 1 | 7 mi E of Calexico, CA | 103063702 | 9757907 | 0 | False | 2019-04-12 09:01:00.000 | CA | Central Daylight Time | 124400 | |
| 3 | Sleeper | 1 | 2 | 830SD | True | -1 | | IY33D | 240 | 2 | 7 mi E of Calexico, CA | 103063742 | 9757907 | 103063702 | False | 2019-04-12 09:01:00.000 | CA | Central Daylight Time | 124400 | |
| 4 | Driving | 1 | 3 | 830SD | True | 2051 | | IY33D | 214 | 0 | 1 mi WSW of Gila Bend, AZ | 103071035 | 9759535 | 0 | False | 2019-04-12 13:01:00.000 | AZ | Central Daylight Time | 124400 | |
| 5 | OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 23 | 0 | 1 mi NW of Willcox, AZ | 103071737 | 9761586 | 0 | False | 2019-04-12 16:35:00.000 | AZ | Central Daylight Time | 124400 | |
| 6 | Driving | 1 | 3 | 830SD | True | 0 | | IY33D | 49 | 0 | 1 mi NW of Willcox, AZ | 103072992 | 9761586 | 0 | False | 2019-04-12 16:58:00.000 | AZ | Central Daylight Time | 124400 | |
| 7 | Driving | 1 | 3 | 830SD | True | 1833 | | IY33D | 127 | 0 | 21 mi WSW of Lordsburg, NM | 103076012 | 9761586 | 0 | False | 2019-04-12 17:47:00.000 | NM | Central Daylight Time | 124400 | |
| 8 | OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 47 | 0 | 9 mi WSW of Las Cruces, NM | 103077280 | 9763419 | 0 | False | 2019-04-12 19:54:00.000 | NM | Central Daylight Time | 124400 | |
| 9 | Driving | 1 | 3 | 830SD | True | 0 | | IY33D | 36 | 0 | 9 mi WSW of Las Cruces, NM | 103078000 | 9763419 | 0 | False | 2019-04-12 20:41:00.000 | NM | Central Daylight Time | 124400 | |
| 10 | Driving | 1 | 3 | 830SD | True | 1912 | | IY33D | 158 | 0 | 1 mi E of Anthony, TX | 103081218 | 9763419 | 0 | False | 2019-04-12 21:17:00.000 | TX | Central Daylight Time | 124400 | |
| 11 | Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 5 | 0 | 20 mi E of Van Horn, TX | 103081396 | 9765331 | 0 | False | 2019-04-12 23:55:00.000 | TX | Central Daylight Time | 124400 | |
| 12 | Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 4 | 0 | 20 mi E of Van Horn, TX | 103081398 | 9765339 | 0 | False | 2019-04-13 00:00:00.000 | TX | Central Daylight Time | 124400 | |
| 13 | Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 298 | 0 | 20 mi E of Van Horn, TX | 103086347 | 9765339 | 0 | False | 2019-04-13 00:04:00.000 | TX | Central Daylight Time | 124400 | |
| 14 | OffDuty | 1 | 1 | | True | 0 | | IY33D | 422 | 1 | 10 mi NW of Del Rio, TX | 103095637 | -1 | 0 | False | 2019-04-13 05:02:00.000 | TX | Central Daylight Time | | |
| 15 | Sleeper | 1 | 2 | | True | -1 | | IY33D | 422 | 2 | 10 mi NW of Del Rio, TX | 103097152 | -1 | 103095637 | False | 2019-04-13 05:02:00.000 | TX | Central Daylight Time | | |
| 16 | OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 58 | 1 | 8 mi NNE of Laredo, TX | 103097123 | 9769948 | 0 | False | 2019-04-13 12:04:00.000 | TX | Central Daylight Time | 124400 | |
| 17 | Sleeper | 1 | 2 | 830SD | True | -1 | | IY33D | 58 | 2 | 8 mi NNE of Laredo, TX | 103097150 | 9769948 | 103097123 | False | 2019-04-13 12:04:00.000 | TX | Central Daylight Time | 124400 | |
| 18 | Driving | 1 | 3 | 830SD | True | 3125 | | IY33D | 300 | 0 | 7 mi N of Laredo, TX | 103103479 | 9769993 | 0 | False | 2019-04-13 13:02:00.000 | TX | Central Daylight Time | 124400 | |
| 19 | OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 36 | 0 | 4 mi W of Katy, TX | 103104180 | 9773118 | 0 | False | 2019-04-13 18:02:00.000 | TX | Central Daylight Time | 124400 | |
| 20 | Driving | 1 | 3 | 830SD | True | 7 | | IY33D | 145 | 0 | 4 mi W of Katy, TX | 103106723 | 9773118 | 0 | False | 2019-04-13 18:38:00.000 | TX | Central Daylight Time | 124400 | |
| 21 | Driving | 1 | 3 | 830SD | True | 2192 | | IY33D | 76 | 0 | 8 mi WSW of Vinton, LA | 103107730 | 9773125 | 0 | False | 2019-04-13 21:03:00.000 | LA | Central Daylight Time | 124400 | |
| 22 | OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 27 | 0 | 5 mi WNW of Crowley, LA | 103108126 | 9775317 | 0 | False | 2019-04-13 22:19:00.000 | LA | Central Daylight Time | 124400 | |
| 23 | Driving | 1 | 3 | 830SD | True | 635 | | IY33D | 74 | 0 | 5 mi WNW of Crowley, LA | 103109536 | 9775317 | 0 | False | 2019-04-13 22:46:00.000 | LA | Central Daylight Time | 124400 | |
| 24 | Driving | 1 | 3 | 830SD | True | 216 | | IY33D | 37 | 0 | 11 mi WNW of Addis, LA | 103109537 | 9775952 | 0 | False | 2019-04-14 00:00:00.000 | LA | Central Daylight Time | 124400 | |
| 25 | Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 17 | 0 | 2 mi WSW of Port Allen, LA | 103109753 | 9776168 | 0 | False | 2019-04-14 00:37:00.000 | LA | Central Daylight Time | 124400 | |
| 26 | Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 653 | 0 | 2 mi WSW of Port Allen, LA | 103118741 | 9776168 | 0 | False | 2019-04-14 00:54:00.000 | LA | Central Daylight Time | 124400 | |
| 27 | Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 733 | 0 | 2 mi N of Moss Point, MS | 103197067 | 9777858 | 0 | True | 2019-04-14 11:47:00.000 | MS | Central Daylight Time | 124400 | |
| 28 | Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 1440 | 0 | 8 mi S of Stone Mountain, GA | 103197068 | 9781725 | 0 | False | 2019-04-15 00:00:00.000 | GA | Central Daylight Time | 124400 | |
| 29 | Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 1440 | 0 | 7 mi SSE of Smyrna, GA | 103197069 | -1 | 0 | False | 2019-04-16 00:00:00.000 | GA | Central Daylight Time | 124400 | |
| 30 | Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 45 | 0 | 6 mi ENE of Newton, MS | 103197070 | 9785408 | 0 | False | 2019-04-17 00:00:00.000 | MS | Central Daylight Time | 124400 | |
| 31 | OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 6 | 0 | 4 mi SW of Morton, MS | 103197220 | 9786179 | 0 | False | 2019-04-17 00:45:00.000 | MS | Central Daylight Time | 124400 | |
| 32 | Driving | 1 | 3 | 830SD | True | 653 | | IY33D | 69 | 0 | 4 mi SW of Morton, MS | 103198485 | 9786179 | 0 | False | 2019-04-17 00:51:00.000 | MS | Central Daylight Time | 124400 | |
| 33 | OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 14 | 0 | 2 mi ESE of Vicksburg, MS | 103198692 | 9786832 | 0 | False | 2019-04-17 02:00:00.000 | MS | Central Daylight Time | 124400 | |
| 34 | Driving | 1 | 3 | 830SD | True | 0 | | IY33D | 6 | 0 | 2 mi ESE of Vicksburg, MS | 103198759 | 9786888 | 0 | False | 2019-04-17 02:14:00.000 | MS | Central Daylight Time | 124400 | |
| 35 | Driving | 1 | 3 | 830SD | True | 1608 | | IY33D | 145 | 0 | 1 mi ESE of Delta, LA | 103201423 | 9786888 | 0 | False | 2019-04-17 02:20:00.000 | LA | Central Daylight Time | 124400 | |
| 36 | OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 35 | 0 | 1 mi NW of Haughton, LA | 103202302 | 9788496 | 0 | False | 2019-04-17 04:45:00.000 | LA | Central Daylight Time | 124400 | |
| 37 | Driving | 1 | 3 | 830SD | True | 14 | | IY33D | 41 | 0 | 1 mi NW of Haughton, LA | 103203047 | 9788496 | 0 | False | 2019-04-17 05:20:00.000 | LA | Central Daylight Time | 124400 | |
| 38 | Driving | 1 | 3 | 830SD | True | 521 | | IY33D | 29 | 0 | 1 mi SE of Waskom, TX | 103203958 | 9788510 | 0 | False | 2019-04-17 06:01:00.000 | TX | Central Daylight Time | 124400 | |
| 39 | OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 72 | 0 | 4 mi S of Marshall, TX | 103206444 | 9789031 | 0 | False | 2019-04-17 06:30:00.000 | TX | Central Daylight Time | 124400 | |
| 40 | Driving | 1 | 3 | 830SD | True | 2877 | | IY33D | 279 | 0 | 4 mi S of Marshall, TX | 103215861 | 9789031 | 0 | False | 2019-04-17 07:42:00.000 | TX | Central Daylight Time | 124400 | |
| 41 | Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 92 | 0 | 2 mi WSW of Cisco, TX | 103218933 | 9791908 | 0 | False | 2019-04-17 12:21:00.000 | TX | Central Daylight Time | 124400 | |
| 42 | Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 607 | 0 | 2 mi WSW of Cisco, TX | 103235905 | 9791908 | 0 | False | 2019-04-17 13:53:00.000 | TX | Central Daylight Time | 124400 | |
| 43 | Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 48 | 0 | 7 mi W of Deming, NM | 103235907 | 9797140 | 0 | False | 2019-04-18 00:00:00.000 | NM | Central Daylight Time | 124400 | |
| 44 | OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 20 | 0 | 2 mi ESE of Lordsburg, NM | 103236306 | 9798495 | 0 | False | 2019-04-18 00:48:00.000 | NM | Central Daylight Time | 124400 | |
| 45 | Driving | 1 | 3 | 830SD | True | 6 | | IY33D | 31 | 0 | 2 mi ESE of Lordsburg, NM | 103236797 | 9798495 | 0 | False | 2019-04-18 01:08:00.000 | NM | Central Daylight Time | 124400 | |
| 46 | Driving | 1 | 3 | 830SD | True | 2082 | | IY33D | 184 | 0 | 34 mi S of Duncan, AZ | 103240025 | 9798501 | 0 | False | 2019-04-18 01:39:00.000 | AZ | Central Daylight Time | 124400 | |
| 47 | OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 78 | 0 | 2 mi SSE of Eloy, AZ | 103241659 | 9800583 | 0 | False | 2019-04-18 04:43:00.000 | AZ | Central Daylight Time | 124400 | |
| 48 | Driving | 1 | 3 | 830SD | True | 2094 | | IY33D | 196 | 0 | 2 mi SSE of Eloy, AZ | 103247676 | 9800583 | 0 | False | 2019-04-18 06:01:00.000 | AZ | Central Daylight Time | 124400 | |
| 49 | OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 24 | 0 | 18 mi WSW of Quartzsite, AZ | 103248594 | 9802677 | 0 | False | 2019-04-18 09:17:00.000 | AZ | Central Daylight Time | 124400 | |
| 50 | Driving | 1 | 3 | 830SD | True | 5 | | IY33D | 5 | 0 | 18 mi WSW of Quartzsite, AZ | 103248647 | 9802677 | 0 | False | 2019-04-18 09:41:00.000 | AZ | Central Daylight Time | 124400 | |
| 51 | Driving | 1 | 3 | 830SD | True | 1548 | | IY33D | 178 | 0 | 4 mi E of Blythe, CA | 103254523 | 9802682 | 0 | False | 2019-04-18 09:46:00.000 | CA | Central Daylight Time | 124400 | |
| 52 | OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 5 | 0 | 1 mi SSE of Calimesa, CA | 103254593 | 9804230 | 0 | False | 2019-04-18 12:44:00.000 | CA | Central Daylight Time | 124400 | |
| 53 | Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 186 | 0 | 1 mi SSE of Calimesa, CA | 103260638 | 9804230 | 0 | False | 2019-04-18 12:49:00.000 | CA | Central Daylight Time | 124400 | |
| 54 | OffDuty | 1 | 1 | | True | 0 | | IY33D | 10431 | 0 | 4 mi WSW of Grand Terrace, CA | 103490865 | -1 | 0 | False | 2019-04-18 15:55:00.000 | CA | Central Daylight Time | | |
| 55 | OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 134 | 0 | 4 mi WSW of Grand Terrace, CA | 103523232 | 9805448 | 0 | False | 2019-04-25 21:46:00.000 | CA | Central Daylight Time | 124400 | |
| 56 | Sleeper | 1 | 2 | 830SD | True | -1 | | IY33D | 134 | 2 | 4 mi WSW of Grand Terrace, CA | 103530920 | 9805448 | 103523232 | False | 2019-04-25 21:46:00.000 | CA | Central Daylight Time | 124400 | |
| 57 | OnDuty | 1 | 4 | 830SD | True | 0 | 79000065: 79000065 | IY33D | 1440 | 1 | 3 mi S of Los Angeles, CA | 103530919 | 9806001 | 0 | False | 2019-04-26 00:00:00.000 | CA | Central Daylight Time | 124400 | 810539 |
| 58 | Sleeper | 1 | 2 | 830SD | True | -1 | 79000065: 79000065 | IY33D | 1440 | 2 | 3 mi S of Los Angeles, CA | 103530922 | 9806001 | 103530919 | False | 2019-04-26 00:00:00.000 | CA | Central Daylight Time | 124400 | 810539 |
| 59 | OnDuty | 1 | 4 | 830SD | True | 0 | 79000065: 79000065 | IY33D | 85 | 1 | 34 mi W of Needles, CA | 103530924 | 9808611 | 0 | False | 2019-04-27 00:00:00.000 | CA | Central Daylight Time | 124400 | 810539 |

EXHIBIT 34

Sheet1

REPORTER'S CERTIFICATE

I, JEANINE CURCIONE, C.S.R. NO. 10223, RPR, in and for the State of California, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth and nothing but the truth and that the witness was requested to read and sign;

That said deposition was taken down by me in shorthand at the time and place therein named, and thereafter reduced to typewriting under my direction, and the same is a true, correct and complete transcript of said proceedings.

I further certify that I am not interested in the event of the action.

Witness my hand this 17th day of February, 2022.

Certified Shorthand
Reporter for the
State of California