**SHADIE L. BERENJI (SBN 235021)**
berenji@employeejustice.law
**BERENJI LAW FIRM, APC**
8383 Wilshire Boulevard, Suite 708
Beverly Hills, California 90211
Telephone: (310) 855-3270
Facsimile: (310) 855-3751

**JOSHUA G. KONECKY (SBN 182897)**
jkonecky@schneiderwallace.com
**NATHAN B. PILLER (SBN 300569)**
npiller@schneiderwallace.com
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiff KEITH HUCKABY, individually and on behalf of all other persons similarly situated and the general public

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEITH HUCKABY, individually and on behalf of all other persons similarly situated, and on behalf of the general public

Plaintiff,

v.

CRST EXPEDITED, INC., an Iowa corporation; CRST INTERNATIONAL, INC., an Iowa Corporation; and Does 1 through 30, inclusive;

Defendant.

Case No. 2:21-cv-07766-ODW-PD

*Assigned to Hon. Otis D. Wright, II*

**COMPENDIUM OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Date: September 9, 2024
Time: 1:30 p.m.
Courtroom: 5D

Pre-Trial Conference: October 28, 2024
Trial: November 19. 2024.

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiff KEITH HUCKABY ("Plaintiff") hereby submits the following compendium of exhibits in support of his Motion for Partial Summary Judgment.

**TABLE OF CONTENTS/INDEX TO EXHIBITS**

| EXHIBIT | DOCUMENT |
|---|---|
| 1 | A true and correct copy of an excerpt from Defendant CRST EXPEDITED, INC.'s ("CRST") "Over-The-Road Driver Job Description." |
| 2 | A true and correct copy of "Getting Started with CRST!" |
| 3 | A true and correct copy of excerpts from CRST's "Safety and Operations Handbook" dated September 2020. |
| 4 | A true and correct copy of the "CRST Expedited Recruiting Manual" dated May 17, 2019 and May 26, 2019. |
| 5 | A true and correct copy of excerpts from the certified deposition transcript of Plaintiff Keith Huckaby taken on March 7, 2022. |
| 6 | A true and correct copy of excerpts from the certified deposition transcript of CRST's Federal Rule of Civil Procedure 30(b)(6) witness, Chad Brueck, in *Markson v. CRST Int'l,* No. 5:17-cv-01261-RGK (C.D. Cal.), taken on September 14, 2017. |
| 7 | A true and correct copy of excerpts from Plaintiff's CRST's "Hire Packet". |
| 8 | A true and correct copy of excerpts and exhibits from the certified deposition transcript of CRST's Federal Rule of Civil Procedure 30(b)(6) witness, Chad Brueck (CRST's President), taken in the above-entitled action on February 15, 2022. |

| | |
|---|---|
| 9 | A true and correct copy of excerpts from CRST's "Safety and Operations Handbook" dated April 1, 2018. |
| 10 | A true and correct copy of CRST's "Notice Employee Labor Code section 2810.5." |
| 11 | A true and correct copy of excerpts from CRST's "Driver Employee Handbook" dated January 2021. |
| 12 | A true and correct copy of an email from CRST to Plaintiff regarding California's mandatory discrimination and harassment training for drivers, and email regarding Plaintiff's Certificate of Completion. |
| 13 | A true and correct copy of Plaintiff's 2019-2020 IRS W-2 Forms. |
| 14 | A true and correct copy of excerpts from CRST's 2016 "Training Guide." |
| 15 | A true and correct copy of the "CRST Job Description" for a Class A Driver dated June 3, 2022. |
| 16 | A true and correct pdf copy of a native file with data from Plaintiff's Department of Transportation driver's logs. |
| 17 | A true and correct pdf copy of a native file with data from Plaintiff's Department of Transportation driver's logs. |
| 18 | A true and correct copy of excerpts and an exhibit from the certified deposition transcript of CRST's Federal Rule of Civil Procedure 30(b)(6) witness, Jennifer Abernathy, in *Montoya v. CRST Expedited, Inc.*, Case No. 16-cv-10095-PBS (D. Mass), taken on September 14, 2017. |
| 19 | A true and correct copy of excerpts and an exhibit from the certified deposition transcript of CRST's Federal Rule of Civil Procedure 30(b)(6) witness, Chad Brueck, in *Montoya v. CRST Expedited,* |

| | |
|---|---|
| | *Inc.*, Case No. 16-cv-10095-PBS (D. Mass), taken on July 21, 2017. |
| 20 | A true and correct copy of excerpts from the "CRST Expedited Recruiting Manual" dated July 24, 2019 and August 19, 2019. |
| 21 | A true and correct copy of excerpts from the "CRST Expedited Recruiting Manual" dated August 19, 2019 and January 9, 2020. |
| 22 | A true and correct copy of an excerpt from CRST's "Student Driver Handbook" dated January 3, 2022. |
| 23 | A true and correct copy of the relevant parts of "Defendant CRST Expedited, Inc.'s Responses to Plaintiff's Interrogatories (Set One)" dated February 10, 2022. |
| 24 | A true and correct copy of an email from CRST's Senior Driver Recruiter, Gretchen Wanek, to a prospective truck driver, Juan at flaco988@gmail.com, on May 10, 2019. |
| 25 | A true and correct copy of an email from CRST's Driver Recruiter, DJ Fleetwood, to a prospective truck driver at quasar9871@gmail.com, on September 16, 2022. |
| 26 | A true and correct copy of an email from CRST's Senior Driver Recruiter, Tim Higgins, to a prospective truck driver, Leonard at leonardlmoore@gmail.com, on January 29, 2019. |
| 27 | A true and correct copy of an email from CRST's Driver Development Recruiter, Emily Arbore, to a prospective truck driver at ajsingh0822@gmail.com, on April 25, 2019. |
| 28 | A true and correct copy of an email from CRST's Driver Manager, Dustin Valentine, to Brandon MeLo on July 8, 2021. |
| 29 | A true and correct copy of an email from CRST's Senior Driver Manager, Andre Peters, to "all" truck drivers on September 22, 2021. |

| | |
|---|---|
| 30 | A true and correct copy of CRST's 2018 "Expedited Pay Scale." |
| 31 | A true and correct copy of CRST's "Expedited Pay Scale" dated May 2, 2021. |
| 32 | A true and correct copy of CRST's "Expedited Pay Scale" dated December 9, 2021. |
| 33 | A true and correct copy of Plaintiff's "CRST Expedited Entry Classification/Wage Verification (January 2019)." |
| 34 | A true and correct copy of Plaintiff's "CRST Entry-Level Driver Training Requirement Certificate." |
| 35 | A true and correct copy of excerpts from the certified deposition transcript of Phil Reges, CRST's Vice President of Operations, taken on May 23, 2023. |
| 36 | A true and correct copy of excerpts from the certified deposition transcript of Scott Nelson, CRST's Driver Manager, taken on May 25, 2023. |
| 37 | A true and correct copy of an excerpt from CRST's "Safety Policies." |
| 38 | A true and correct copy of a CRST payroll statement dated May 1, 2018. |
| 39 | A true and correct copy of a CRST payroll statement dated October 2, 2020. |
| 40 | A true and correct copy of a CRST payroll statement dated October 16, 2020. |
| 41 | A true and correct copy of a CRST payroll statement dated October 21, 2022 for Class Member Vaughn Linson. |
| 42 | A true and correct copy of a CRST payroll statement dated April 18, 2019 for Plaintiff. |

| | |
|---|---|
| 43 | A true and correct copy of a CRST "Trip Record By Unit" for the month of April 2019 for Plaintiff. |
| 44 | A true and correct copy of excerpts from the certified deposition transcript of Class Member Eduardo Aldana taken on December 18, 2023. |
| 45 | A true and correct copy of excerpts from the certified deposition transcript of Class Member Johnnie Lee McGlothen taken on January 11, 2024. |
| 46 | A true and correct copy of excerpts from the certified deposition transcript of Class Member Anthony Akins taken on January 16, 2024. |
| 47 | A true and correct copy of excerpts from the certified deposition transcript of Class Member Edward Rainwater, Jr. taken on February 9, 2024. |
| 48 | A true and correct copy of excerpts from the certified deposition transcript of Class Member Antonio Acosta-Garcia taken on March 21, 2024. |
| 49 | A true and correct copy of excerpts from the "CRST Driver Employee Handbook" dated July 2016. |
| 50 | A true and correct copy of excerpts from the "CRST Driver Employee Handbook" dated January 2021. |
| 51 | A true and correct copy of excerpts from the "CRST Driver Employee Handbook" dated May 2023. |

| | |
|---|---|
| 52 | A true and correct copy of excerpts from the certified deposition transcript of Class Member Vaughn Linson taken on July 10, 2024. |

DATE: August 5, 2024

**BERENJI LAW FIRM, APC**

By: */s/ Shadie L. Berenji*

SHADIE L. BERENJI
Class Counsel

# EXHIBIT 1

CRST may obtain background reports about you from HireRight, a consumer reporting agency, or other such agency. These background reports may contain information concerning your character, general reputation, personal characteristics, mode of living, and credit standing.

You have the right to obtain from HireRight within 60 days a free copy of any of the background reports we obtain. You also have the right to dispute with HireRight the accuracy or completeness of the information contained in the background reports. To request a free copy of any reports or to dispute the report, you can contact HireRight by mail at P.O. Box 33181, Tulsa, OK, 74153 or by phone at (800) 381-0645 or by email customerservice@hireright.com.

Please be aware that HireRight does not make any employment decisions for CRST and will not be able to provide you with any information regarding any decision made by CRST.

Do you authorize CRST to obtain the following reports?

## OVER-THE-ROAD DRIVER JOB DESCRIPTION

An over-the-road driver must be able to pick up, transport and deliver product in a safe, professional, courteous and timely manner, driving a semi-tractor in the contiguous 48 states, with up to a 53' trailer.

The driver is the single direct contact responsible for good public relations with the motoring public and with existing and prospective clients and customers. The driver must be able to communicate orally and in writing with others including company representatives, fellow drivers, and customers. The driver must be able to read, write and do basic math to properly complete bills of lading, tripsheets, logs, accident, and cargo claims paperwork. The driver must be able to read and understand maps.

The driver must know and understand Department of Transportation rules and regulations pertaining to over-the-road drivers, equipment, and cargo listed in the Federal Motor Carrier Safety Regulations. The driver must understand and comply with company policies and procedures.

The driver must have a basic mechanical knowledge of a tractor/trailer. The driver must be able to perform DOT equipment inspections, hook/unhook trailers, and enter and exit the tractor and trailer. The driver must be able to shift manual transmission engines, control the steering wheel, operate the brake and accelerator pedals, and be able to back and park a tractor-trailer unit.

The driver must have a long history of honesty; display safe behaviors at all times and have the ability to get along with others. Felony convictions involving safety, drugs or alcohol, or crimes against persons may disqualify you from consideration for a driving position with CRST.
The driver must meet DOT standards for physical exam, drug test, and commercial drivers' license as well as company standards.

The driver must be able to drive up to a 10 hour shift and up to 70 hours per week. In the coast-to-coast team operation, the driver must work effectively with their co-driver to perform their job responsibilities while working relatively long hours and performing repetitive work in a tractor. This may require the driver to be away from home 21 days or more at a time, work with variable work/rest cycles due to frequent deadlines and meeting

| | |
|---|---|
| delivery schedules, be exposed to environmental extremes, and encounter day-to-day stressful situations.<br><br>Drivers on occasion must load and unload trailers handling weights of up to 75 pounds and be able to mount snow chains on tires. Drivers may be required to use loading/unloading devices such as electric floor jacks and hand dollies.<br><br>This job description is intended to accurately state the working conditions and the tasks that must be performed for this job. However, the description is not an exhaustive list and the driver may be required to perform other tasks or other work from time to time as assigned to the driver by his supervisor or management. | |
| Have you reviewed the job description above? | Yes |
| Do you understand the requirements? | Yes |
| Can you perform the requirements of this job with or without reasonable accommodation? | Yes |

| **General Information** | |
|---|---|
| How did you hear about CRST? | Other |
| If "Other" selected above, please describe: | |
| Were you referred by a CRST Driver? | No |
| Please list the CRST Employee's name, terminal and ID#, if you have it: | |
| If you have spoken with a CRST recruiter, please select his/her name: | Jim Scanlon |
| PERSONAL REFERENCES | |
| Please provide the name and phone number of two personal references. | |
| First Reference Name (First & Last): | Mike Willis |
| First Reference Phone Number: | 760 223 9735 |
| Second Reference Name (First & Last): | Leonard Fuller |
| Second Reference Phone Number: | 323 495 5846 |
| CRST Position Descriptions<br><br>• **Company Driver:** Student and Experienced Drivers interested in joining CRST.<br>• **Lease Purchase:** Drivers interested in CRST's lease purchase program.<br>• **Owner Operator:** Owner Operators interested in joining CRST. | |
| What type of position are you applying for? | Company Driver |
| Have you recently graduated from a trucking school? If yes, list the school and date of graduation, length of trailer, and transmission type. | Empire Trucking<br>12/11/2018<br>28' 10 speed |
| Have you ever been known by any other name? | No |
| List all names: | |
| Do you read, write, and speak English? | Yes |
| Can you legally work in the United States? | Yes |
| How many years have you had a valid driver's license? | 20+ |

# EXHIBIT 2

CRST®
EXPEDITED

**Congratulations! You've just taken the first step toward a great future!**

Thank you for contacting CRST Expedited, Inc. for career information. We are extremely proud of our company's reputation which exceeds 50-years and believe that our success can be attributed to the professional drivers we employ and the excellent staff and management team which cares about our drivers. CRST Expedited is the nation's largest team carrier and has been recognized as one of the top dry van trucking companies in America. We are committed to hiring qualified individuals who are dedicated to driving safely and meeting the needs of our customers.

CRST Expedited, Inc. has opportunities for everyone, including:

- Individuals who need training in order to obtain a Class A CDL
- Recent graduates of accredited trucking schools
- Experienced drivers, trainers (lead drivers)
- Owner-operators, lease-purchase independent contractors
- Experienced drivers who would like to train their spouse or friend

Advantages to driving in a team environment:

- Both drivers are able to earn a higher income than if they were driving solo
- Able to run more miles, giving you more confidence as you gain more experience
- Safer because you have another set of eyes and ears in the truck
- Co-driver to assist you with trip planning, navigating and sharing the workload

Ask any experienced driver and you'll learn that your first job is the most important.

# Start it right!

## Minimum Qualifications

1. You must be at least ***21 years old***.
2. You must pass a DMV/D.O.T. (Dept. of Transportation) physical and a pre-employment drug screen.
3. You must have a good driving record and have been licensed in the United States for a ***minimum of 18 months out of the last 3 YEARS***.
4. All criminal convictions are reviewed on a case-by-case basis and are all reviewed by management.



## Summary of Benefits of Driving for CRST Expedited

CRST has been family-owned and non-union for more than 50 years. Each driver is a valued and respected member of our team. ***We listen to our drivers*** and have an "open door" policy that is second to none in the industry. Here are many more benefits of driving for us:

- CDL classes begin weekly! CRST will pre-pay all your school expenses – CRST will pre-pay your tuition and as long as you work for CRST for 10 months, you will not have to repay that tuition! CRST will also prepay your transportation, lodging, physical, and drug-screen. After you have been employed for 6 weeks, you repay these expenses over time as a payroll deduction of $40 per week.

- Full Driver Benefits include:
    - Medical coverage (Medical Bridge, followed by Blue Cross at 60 days)
    - 401k retirement plan after only 90 days
    - Paid vacations
    - Blue Shield PPO including dental and vision,
    - Free life insurance
    - Twice-a-week paydays for Expedited
    - Per Diem tax benefit
    - Internet payroll access
    - Accident and disability insurance and more!

- Safety is #1! We let ***you*** decide whether to run or not, depending on the weather, driver fatigue, if you don't feel well, etc.

- Train your Partner Program!

- Top fixed pay for experienced lead drivers up to $.54/mile!

- Very competitive pay - first year average earnings can range from $30k to $40k!

- The friendliest freight in the industry - 99% no-touch! Assigned equipment. 80% drop & hook. And we pay you for your miles whether your truck is loaded or empty

- We offer the industry's longest average length of haul – 1,400 to 1,500 miles! - This means fewer stops and greater pay for you.

- Great career path! You can become a trainer in as little as 6 months! Or you can own your own truck through our lease/purchase program. There are also positions around the country in the Safety Department, Recruiting, and Operations. You should monitor the CRST Career Center website for current postings and job availability.

## CONTRACT STUDENTS

CRST is the nation's largest team carrier and trains thousands of new drivers every year. We train students to become professional drivers better than anyone else. We take great pride in bringing many new professional OTR drivers into the industry each year. We contract with multiple independent driver training schools across the country and as of mid-July of 2013, we are operating our own driving school located in Cedar Rapids, IA.

After graduating from school, you will attend a 3 or 4 day Orientation program at one of CRST's terminals to prepare you for your actual training on the road. When you graduate from Orientation, you will be matched with a CRST Lead Driver (trainer). This is the hands-on finishing program that provides actual on–the-job training. You will move freight across the nation's roads and highways, develop your skills and knowledge, and experience life on the road. After training, you will head to one of our terminals for a one day exit interview and road test. Afterwards you will be set up with a co-driver and go on the road for up to 2 weeks then go home for up to 5 days.

You have three choices regarding who pays for your training: CRST's company-sponsored training or you may prepay your training costs. Each has its advantages.

1. **Company-sponsored training to get your CDL with an 10-month contract**

   If you need to obtain your class A CDL, but lack the funds to do so, we offer an outstanding company-sponsored training program. With no credit checks! In return, we ask that you work for CRST Expedited for ten months. You will sign an 10-month contract and be what we call a "contract" student. CRST will **not** deduct the cost of your training from your paychecks.

   **Payroll Deductions to Expect**

   The items listed below are paid for by CRST up front. These items are only for costs associated with school. Paycheck deductions will begin after your sixth week of employment with CRST. Your total payroll deductions will not exceed $40 per week for all of these items combined.

   a. Bus Ticket to school - This cost depends on the distance traveled. If you provide your own transportation, there will be no deduction.
   b. DOT Physical/DOT drug and alcohol test - The total cost is $100 ($50 for each).
   c. Lodging - The average cost is $150 per week. If you do not use our lodging, there will be no deduction.
   d. Processing fee - $50.

2. **Prepayment plan to get your CDL with no contract and a higher starting rate of pay!**

   Another option to obtain your CDL is to prepay your training costs. In return, you do not have to sign any contract and you will start driving at a higher rate of pay than a contract student. (You would be a "non-contract" student.) The prepayment amount is $6,500 and must be paid prior to starting orientation by money order, or it may be charged to a credit card. Under this plan, you ***do not*** have to pay the CRST processing fee of $50, for transportation to school, for the physical or drug test, or for lodging. You do have to pay for any CDL permit or licensing fees.

3. **Pay to get your CDL using your Post 9/11 GI Bill Benefits! (For U.S. veterans only)**
This option allows veterans who are eligible for Post 9/11 G.I. Bill Benefits to utilize those educational benefits to cover the cost of training and housing, thus eliminating the need to sign a pre-employment contract with CRST. CRST's Heroes on the Highway Program also offers eligible veterans a higher rate of pay, based off of total years of Military Service.

## Preparing To Go To A CRST Contract School

You must have the following ***IMPORTANT DOCUMENTS*** with you:

1. **Valid United Sates Driver's License**
2. **Valid Social Security Card** (Must be original and in good condition, copies not accepted)
3. **Acceptable immigration documentation** if you are not a US citizen
4. **Any employment documentation required to complete the CRST Expedited driver application** (unemployment records, tax forms for self-employment, notarized letters, etc. These documents are very helpful for the Referencing Department during the hiring process.)
5. **Voided Check** for transfer to your bank accounts, if you want to do direct payroll transfer. (If you do not have a void check, you can use a letter from your bank, on bank letterhead, containing the name of the account holder, account number, and the bank routing number.)
6. **Original (with raised seal) or certified copy of Birth Certificate or Passport** (No copies)

How much ***MONEY*** should I bring?

1. **Meals** - our contract schools provide breakfast and lunch free of charge (M-F).
2. **Miscellaneous** (all other personal purchases such as toiletries, laundry, etc)
3. All **licensing fees** (permit and CDL) are paid in full by CRST.

## Recent Truck School Graduates and Experienced Drivers

**Recent Truck School Graduates:**

***Please note that all CRST equipment is manual transmissions and therefore it is a requirement that the equipment you completed your training on, must also have been a manual transmission.***

We would require for you to start a 3 or 4 day Orientation at one of our three major terminals within 60 days of graduating from truck school. If you graduated more than 1 year ago and have no tractor-trailer experience, a refresher course will be required. You are expected to go out with a lead driver (trainer) immediately for 28 days and a minimum of 14,000 miles
****Tuition Reimbursement (up to $4800)**
---Once training has been completed, the student will be eligible for Tuition Reimbursement, paid back to them at a rate of $100 a month up to a total of $4800.00.

**Experienced Drivers:**

If you have recent OTR experience, you will go directly into Orientation and then on the road with a co-driver. If you have other truck driving experience, we may or may not send you on the road with a lead driver. Your level of pay and whether or not you will need a lead driver, will depend upon a number of factors, including the type of equipment you have been driving, how recent your experience is, whether it was local, regional, or OTR, and if it included driving in mountains, winter weather, and metropolitan areas.

Your experience is most likely different from every other driver, and how much credit we give you for your experience will be evaluated on a case-by-case basis. We generally give 100% credit for previous OTR time; 50% for regional experience; and 25% for local driving experience..

## Train Your Partner Program

Are you an experienced driver with a spouse, relative or friend that wants to learn how to drive a truck? Through our Train Your Partner Program, your partner can get their CDL training sponsored by CRST while you train them on the road in one of our trucks. We also have a special pay promotion for the Train Your Partner Program. Normal contract students coming out of school earn $.25 per mile when on the truck. With this promotion, the partner/student comes in as a 6-month level driver and earns $.36 per mile!

This is how it works:

- Your partner goes through our company paid school program to get his or her CDL.
- You go through our Lead Driver course after completing our standard orientation. The course is 1½ to 2 days, where you will learn our policies and procedures for training drivers.
- You go out and train your partner for 28 days while getting Lead Driver pay. Then, the trainee will return to a terminal for an exit interview and road test.
- You head out as a co-driver team, where you will be out for up to 2 weeks followed by 5 days home.

## How to Become a Lead Driver

If you are an experienced driver with a desire to earn more money and to help new truck school graduates learn what it's like to be an OTR driver, you may qualify to be a lead driver (trainer). If you qualify, you would take a recent graduate on the road for 28 days of on-the-job training, and then you would take 4 days off at home. You would then repeat the cycle and would train approximately 9 to 10 students per year. This is a very rewarding position at CRST and you can earn substantially more income.

To qualify, you would need to have a minimum of 6 months of OTR experience. This must include four months of winter driving in the last twelve months, to include driving OTR between the months of November and March. You also need the approval of our Operations and Safety Departments. Once approved, you would attend a brief Lead Driver Class where we would teach you how to train a student with a new CDL.

Some "summer lead drivers" do not have winter driving experience – they just go back to being a Co-driver for the winter.

## Preparing For Orientation

As a recent truck school graduate (contract student or non-contract student) or an experienced driver, you will attend our Orientation. Your Orientation will consist of 3 or 4 days of learning CRST policies and procedures, including a road test. Orientation starts every Monday at each terminal (and on Thursday ay the Cedar Rapids location).

***Please remember that all drivers are expected to immediately start driving with either their lead driver or co-driver following Orientation.***

To find out which Orientation site you will be attending please ask one of our recruiters or you may refer to the Orientation checklist on our website www.joincrst.com. If you have any questions before or during Orientation please contact us.

You must have the following ***IMPORTANT DOCUMENTS*** with you:

1. **Valid United Sates Driver's License**
2. **Valid Social Security Card** (Must be original and in good condition, copies not accepted)
3. **Acceptable immigration documentation** if you are not a US citizen
4. **Any employment documentation required to complete the CRST Expedited driver application** (unemployment records, tax forms for self-employment, notarized letters, etc. These documents are very helpful for the Referencing Department during the hiring process.)
5. **Voided Check** for transfer to your bank accounts. (If you do not have a void check, you can use a letter from your bank, on bank letterhead, containing the name of the account holder, account number, and the bank routing number.)

Getting Started with CRST!

## CRST Expedited Pay

Please note that while you are driving for CRST Expedited, you will split the miles, but not the pay. Also, all pay listed is "Gross Pay" which means before taxes.

**1st 28 Days with Trainer:** This pay scale applies to all drivers with no experience who need to go out with a trainer for OTR training.

| | | Projected Gross Weekly Earnings | | |
|---|---|---|---|---|
| **Contract Students** | **Split Mileage Pay Scale** | **3,200 miles/wk** | **3,650 miles/wk** | **4,100 miles/wk** |
| **1st 28 Days With a Trainer** | $0.25 | $400 | $455 | $515 |

**Contract Students:** This pay scale applies to contract students in the CRST sponsored training program.

| Length of Experience The months indicated apply to completed service. | Split Mileage Pay Scale | 4,000 miles/wk | 5,000 miles/wk | 6,000 miles/wk |
|---|---|---|---|---|
| 2 months | $0.25 | $500 | $625 | $750 |
| 3-5 months | $0.30 | $600 | $750 | $900 |
| 6-11 months | $0.33 | $660 | $825 | $990 |

*Note: At the 13th month, all drivers fall under the Experienced Pay Table. (see below)*

**Recent Graduates and Prepaid Students:** This pay scale applies to drivers with a CDL who need OTR training with a lead driver. It also includes those who prepaid their training costs.

| Length of Experience The months indicated apply to completed service. | Split Mileage Pay Scale | 4,000 miles/wk | 5,000 miles/wk | 6,000 miles/wk |
|---|---|---|---|---|
| 0-3 months | $0.33 | $660 | $825 | $990 |
| 4-5 months | $0.34 | $680 | $850 | $1020 |
| 6-11 months | $0.35 | $700 | $875 | $1050 |

*Note: At the 13th month, all drivers fall under the Experienced Pay Table. (see below)*

**Experienced Drivers:** This pay scale applies to experienced drivers who do not require tuition reimbursement assistance and who do not need OTR training with a lead driver.

| Length of Experience The months indicated apply to completed service. | Split Mileage Pay Scale | 4,000 miles/wk | 5,000 miles/wk | 6,000 miles/wk |
|---|---|---|---|---|
| 3 months | $0.33 | $660 | $825 | $990 |
| 4-5 months | $0.35 | $700 | $875 | $1,050 |
| 6-11 months | $0.36 | $720 | $900 | $1,080 |
| 12-17 months | $0.38 | $760 | $950 | $1,140 |
| 18-23 months | $0.40 | $800 | $1,000 | $1,200 |
| 24-30 months | $0.41 | $820 | $1,025 | $1,230 |
| 31-42 months | $0.42 | $840 | $1,050 | $1,260 |
| 43-54 months | $0.43 | $860 | $1,075 | $1,290 |
| 55-72months | $0.44 | $880 | $1,100 | $1,320 |
| 73+ months | $0.46 | $920 | $1,150 | $1,380 |

Getting Started with CRST!

## Frequently Asked Questions For Company Drivers

1. ***How many miles can I run?***
   Our average length of haul is approximately 1,400 to 1,500 miles – the longest in the industry! This means more time working and less time waiting. Our commitment to the long-haul market provides you with consistent mileage all year long. Our teams can currently average over 5,000 miles/week.
2. ***How often will I get home?***
   Quality home time for every driver is a priority at CRST. In fact, we guarantee it! Your fleet manager is responsible for getting you home on the day you request to be there - even if it requires an alternative form of transportation to make it happen. You are entitled to 1 day off for each week you are on the road. We ask that you remain available to drive for us a minimum of three (3) weeks. Keep in mind, the more you are available, the more miles you can run. Most drivers choose to remain available for 3 to 4 weeks at a time.
3. ***How much money can I expect to make?***
   Experienced professional driver first year earnings depend on whether you run as a Lead Driver or Team Co-Driver. Lead Drivers earn between $45,000 and $55,000 in their first year. We have many experienced professional Teams earning over $100,000 annually. Inexperienced co-drivers drivers in their first year can expect to average $35,000. Keep in mind, most of this money is earned in the second half of your first year due to pay raises and more experience as a professional driver.
4. ***How and when do I get paid?***
   Drivers are paid on Tuesday & Thursday through the COMDATA system. Trainees during their first 28 days are paid on Thursdays only. COMDATA is a financial services company that manages our transactions. You will be issued a COMDATA card to use when refueling (which CRST pays for) and we will deposit your earnings directly into your COMDATA account. This system allows you 24 hours/7 days a week instant access to your payroll funds. Statements of earnings are prepared and sent to your home each week. Additionally, while you are out on the road, you will be able to call a toll-free CRST number to find out the amount of each paycheck that was deposited to your COMDATA account. Further, you can view each of your CRST pay statements via the internet at www.crstpay.com.
5. ***What types of insurance benefits does CRST offer?***
   Gap Medical Coverage is available within 10-14 days of hire. You are eligible for the CRST group plan (Blue Shield PPO) the first of the month following 60 days of employment.
6. ***What type of equipment does CRST operate?***
   Driver comfort and safety are major concerns when buying power units. Our fleet consists of Freightliner and Volvo tractors. The Freightliners are equipped with Detroit S-60 engines (435 horsepower) coupled with Eaton Straight 10 transmissions. All tractors, whether Volvos or Freightliners, feature top of the line specifications including anti-lock brakes, sky-rise bunks, air ride suspensions, power steering, stereo/cassettes, premium interiors, and QualComm satellite communication equipment. CRST Expedited operates its tractors on a 3-year cycle and trades each unit for a new model when it is 36 months old. This means the average tractor is less than 18 months old. Trailers are also quite new. The vast majority of the company's 3,000 trailers are Great Dane 53' dry vans that are less than 3 years old. The result is that CRST Expedited's combined fleet of 1,250 tractors and 3,000 trailers is one the most modern fleets in the transportation industry.

7. ***What type of maintenance program do you have for the trucks?***
CRST has an in-house maintenance program where tractors receive routine maintenance every 30,000 to 40,000 miles, as directed by the engine & tractor manufacturers. Major maintenance is performed every 120,000 miles. Trailers receive regular maintenance every 18,000 miles. The company encourages communication between drivers and our maintenance department regarding care of the units. Equipment defects prohibiting safe operation by drivers are corrected immediately. In addition to the driver's daily pre-trip inspection, units that are parked in our terminals are routinely checked by maintenance personnel to ensure they meet Department of Transportation (DOT) requirements. Drivers are paid a bonus for each state or federal inspection they pass without being flagged for violations. Drivers are not expected to work on the equipment.

8. ***Who is my supervisor?***
You will be assigned to a Driver Manager in the Operations Department. Your Fleet Manager is responsible for dispatching & tracking your progress throughout the country, and he or she is the primary communication link between you while on the road. Fleet Managers are also responsible for getting you home on time & addressing your career needs or concerns.

9. ***What type of operation does CRST have?***
CRST Expedited operates company-owned equipment and hauls 100% dry van freight. Utilizing two person teams, CRST serves over 1,200 customers across the country specializing in the time-sensitive, single pick-up, single delivery truckload market. Our average length of haul is 1,400 to 1,500 miles. Our customer base includes industry leaders such as Wal-Mart, Dupont, Home Depot, Conway, Starbucks, Kohl's, General Mills, JC Penney, Gap, Kellogg and Toyota and many, many more.

10. ***How will I find a co-driver so I can run as a team?***
Many students going through school together meet and decide to run together as a team after their training program is over & they are qualified to run as co-drivers. If you are in that group, let your recruiter or the orientation staff know so we can work with our Operations group to set you up with your partner. If you cannot find someone to team with, we will match you up with a driver that is located close to your home town with the same smoking preference

12. ***What is the 20/10 Program?***
The 20/10 program matches three drivers to form a trio that runs the truck constantly. The concept is that each driver is on the road for 20 days straight and then home for 10 days straight. The truck is routed through the terminal or common location every 10 days so that the three drivers can swap out. For example, if you lived in Los Angeles and you were part of a 3-man team in the 20/10 program, you would leave the Riverside, CA terminal and return with your partner in 10 days. Your partner would go home and the 3rd driver would get on the truck with you. The two of you would go out for another 10 days and then return to Riverside. You would then get off the truck for 10 days while the other two drivers continue to run. We have about 75 sets of drivers in the 20/10 program, and they receive preferential treatment to keep the truck moving and to ensure they are back in the terminal every 10 days. It is a very successful program that meets the needs of many drivers. Ask your recruiter about the locations of the 20/10 program to see if you qualify.

13. ***What kind of safety program does CRST have?***
At CRST, Safety is #1. It takes precedence over everything, and we want you to know that our priority is not the freight or the equipment. Our priority is your safety and the safety of others on the highway. When you are running cross-country, you will encounter all kinds of

situations, which will affect your ability to pick up or deliver a load on time. At CRST, we are so concerned about your safety, that we let you make the decision whether to run or not. If you are tired, if you do not feel well, or if you do not feel safe moving the load, then you can make the decision to get off the road and rest or deal with the problem. At CRST, this is called the Comfort Zone. In short, if you are not in your Comfort Zone, then you can shut down. It's that simple.

14. ***What happens after my 28 days on the road with my lead driver?***
    You will return to a terminal for an exit interview and possibly a road test. The road test is not required for those students who are recommended to be upgraded to Co-Driver status by the Lead Driver and signed off on by the student's Fleet Manager. At this point, you will be set up with your new Co-Driver and will go out on the road for up to 2 weeks, followed by 5 days at home.
15. ***When driving as a team, who gets paid for which miles?***
    You and your co-driver are paid based on the "split mile" method. As part of a team, we want you to work together as a true team. Therefore, you will be paid for half of the total miles the truck runs each week. We split the miles, not your pay. As an example, if you and your co-driver "run" 6000 miles in a week, you will be paid for 50% of the miles or 3000 miles.
16. ***Do I have to take a drug test and physical?***
    Yes. All new employees for CRST will take a drug test and possibly will need to complete another physical for the company, which will be paid for up-front by CRST and payroll-deducted after several weeks of employment. This cost totals to $100.00. Any failed drug test or falsification of application will be cause for immediate termination and you will be required to pay for your own transportation home.
17. ***Can my spouse/significant other and I train together with a lead driver?***
    Students will not train together with a single lead driver (trainer). Each student will be on a truck with a lead driver by himself or herself for a minimum of 28 days. This is for your safety and to get the most out of your time with a lead driver. There are no exceptions.
18. ***Can I take my truck home?***
    The policy regarding drivers taking the truck home is handled on a case-by-case basis. It depends on where the driver lives, the distance from a terminal or drop yard and the driver's experience level.
19. ***Can a female student train with a female Lead Driver?***
    CRST cannot promise that a female recruit will train with a female lead driver however CRST will attempt to find a female recruit a lead option with which she is comfortable.
20. ***How good does my English need to be?***
    Every driver must be able to read, write, speak and understand the English language according to federal DOT standards. You must be able to follow road signs, understand Bills of Lading, etc.

# EXHIBIT 3

DELIVERING PROMISES AND DRIVING SUCCESS

CRST®

THE TRANSPORTATION SOLUTION

Expedited and Dedicated East Solutions

# Safety And Operations Handbook

Revised September 2020

# History of CRST

In 1955, Herald Smith had a vision for the future. With no trucks or customers, Herald and his wife Miriam purchased the authority for Cedar Rapids Steel Transport on borrowed money and set up a business in a refurbished chicken coop they bought for $125. Herald convinced firms in Cedar Rapids he could save them money. He contracted owner/operators who were hauling livestock to Chicago to return with loads of steel. It worked and CRST began to grow. Many acquisitions were made through the years, yet the company remains family-owned.

In November 1997, CRST International announced its transformation from a trucking company to a total transportation company to better serve the needs of its customers. CRST International management restructured the company from five independently functioning companies into one entity to better serve its customers. Now with a single call, customers can arrange the broadest range of services in the industry. Thus began "The Transportation Solution" - moving from a trucking company to a total transportation company.

**CRST International, Inc.** is one of the nation's leading Transportation and Logistics Companies in the U.S., with annual revenues over $1 billion and a workforce of over 1000 office employees, over 5,000 company drivers, and works with over 1,700 independent contractors. Headquartered in Cedar Rapids, Iowa and with offices across the United States, CRST operates with zero debt, which gives us the ability to reinvest in equipment, technology and human capital-all designed to bring our customers the finest services at a competitive cost.

**CRST Expedited Solutions** is the nation's largest team carrier with one of the newest fleets in the industry. Servicing the lower 48 states and Mexico with more than 1,100 company-owned tractors, 2,500 van trailers, 2,200 team drivers, and more than 400 independent contractors.

**CRST Dedicated Solutions** was founded in 1955 offers specialized expertise serving a wide variety of customers across manufacturing, retail, lumber, steel, glass, automotive, and LTL sectors. Services include Dry Van, Flatbed, Bulk Container, Team/Solo/Slip-seat, LTL Linehaul, Local Delivery, Straight Truck, Tanker, Pups, and Yard Jockey.

**CRST Flatbed Solutions**, formerly CRST Malone, is one of the oldest privately held truckload carriers in the industry, having served the flatbed marketplace since 1928. Headquartered in Birmingham, Alabama, CRST Flatbed Solutions is the largest flatbed organization in the nation under one roof. Currently, over 1400 trucks operate over 90 field offices throughout the contiguous United States.

**CRST Specialized Solutions** has been an asset-based industry leader of specialized supply chain solutions since 1965, formerly as the high-value products/logistics division of North American Van Lines. In 2011, Specialized became a wholly-owned subsidiary of CRST International Inc., and provides customized supply chain solutions for products that require high touch support, special handling and equipment, and value-added on-site services. Supporting the business to business and business to consumer markets, we provide multi-modal logistics supported by an extensive network of distribution centers throughout the U.S. and Canada. The suite of services includes specialized padded van transportation, trade show support, first and final mile logistics, white-glove services, transportation management, warehousing, home delivery, and technology tools. Specialized supports customers in the Technology, Healthcare, Industrial, Furniture, Store Fixtures, Retail, and Financial Services.

**Driver BASICS (7)**

***Unsafe Driving {CFR parts 392 and 397):***

Violations within this category relate to the driver and operation of the CMV, such as following too close and failure to obey a traffic device (FTO) -5 points, failure to wear seatbelt -7 points, and violating an out of service order, or reckless driving -10 points.

**Fatigued Driving (Hours of Service) (CFR parts 392 and 395):**

Fatigued Driving (HOS) BASIC-Operation of a CMV by drivers who are ill, fatigued, or in non-compliance with the Hours-Of-Service (HOS) regulations. This BASIC includes violations of regulations surrounding the complete and accurate recording of logbooks as they relate to HOS requirements and the management of CMV driver fatigue. Instances related to the Fatigued Driving (HOS) BASIC are distinguished from incidents where unconsciousness or an inability to react is brought about by the use of alcohol, drugs, or other controlled substances.

Violations within this category relate to the Hours of Service and the driver's logbook such as failure to include driver signature on log-2 points, failure to maintain 7 days previous logs and failure to keep a change of duty status current --5 points, 11/14/70 hour driving violation --7 points, operating a commercial motor vehicle while ill or fatigued - 10 points.

**Controlled Substance/Alcohol {CFR parts 382 and 392):**

Operation of a CMV by drivers cited in roadside inspections for impairment due to alcohol, illegal drugs, or misuse of prescription/ over-the-counter medications.

**Vehicle Maintenance, Cargo/Load Securement {CFR parts 392, 393, 396 and 397):**

Violations within this category relate to the driver conducting a thorough, proper, Pre-Trip Inspection, or failure to properly maintain a CMV, bridge laws, weight restrictions, permits, cargo, and load securement. Example violations: Brakes, lights, and other mechanical defects, and failure to make required repairs, failure to properly prevent shifting loads, and spilled or dropped cargo.

**Hazardous Materials (Hazardous Materials):**

Violations within this category relate to, and the Hazardous Materials Compliance regulations. Examples include unsafe handling of hazardous materials on a CMV.

**Crash Indicator (Reportable Crashes):**

This is a list of all DOT recordable accidents, injuries, and fatalities. Histories or patterns of high crash involvement, including frequency and severity, based on information from state-reported crash reports. Applicable Crash is based on crash reports provided by the states for each crash that meets the reportable crash standard during the past 36 months. A reportable crash is one that results in at least one fatality; one injury where the person injured is taken to a medical facility for immediate medical attention, or one vehicle having been towed from the scene (i.e. tow-away) as a result of disabling damage caused by the crash..

- CRST considers a driver to be on alert status with a score of 100 or more. This can result in a Final Safety Review/ DDC or termination. (See Carrier specific CSA Corrective Action Plan)
- CRST and its drivers must continually focus on a reduction in all BASIC categories. Drivers can accrue points for both the carrier and their self.

## Hours of Service (HOS), Logbook Training

***A Driver Must:***

- Keep your Record of Duty Status (logbook), current to the last change of duty status!
- Have today's log plus previous 7 days in your possession
- Do not violate the 11-hour, Driving; 14-hour, On-Duty or 70 hours in 8 days rules.
- Prevent false logs by: "logging it as you do it".
- Always be neat and legible: Use a long ruler on paper logs
- Flag changes of duty status with both city and state, and a description if applicable
- Report any violations/tickets and license suspensions to the Safety Department Sleeper Birth

***There are (4) duty statuses defined by FMCSR 5395.8***

- Line 1: Off Duty
- Line 2: Sleeper Birth
- Line 3: Driving
- Line 4: On Duty Not Driving

**Logs must always be updated to last change of duty status FMCSR 5395.8(f) (1).**

Always flag changes of duty status with the city, state, and a description of what you are doing

**Off-Duty (Line 1):**

- Off-Duty time is time when relieved of all duties and responsibilities, by the motor carrier. Per Part 395, a driver may record these breaks Off-Duty since the driver is relieved of all duty and responsibility for the care and custody of the vehicle by the motor carrier, its accessories, and any cargo it may be carrying. During such time the driver is at liberty to pursue activities of his/her choosing. CRST does relieve a driver from duty for meals and breaks, provided the driver is not required to remain "In-Attendance" of a Hazardous Materials or High-Value load. Examples: Lunch, shower, home time, or watching a movie.

**Sleeper Berth (Line 2):**

- Only time spent in a sleeper berth of a CMV may be recorded as Sleeper Berth time on a driver's record of duty status (driver's log) and can be no other location. Sleeper Berth time may not be recorded as Off-Duty time.
- If you are in the jump seat, you are not in the sleeper, and this time is considered On-Duty, Not Driving (Line 4). The only exception is for up to 2 hours immediately before or after at least eight consecutive hours in the sleeper berth.

**Driving (Line 3):**

- All-time spent at the controls of a CMV in operation.
- Waiting in traffic or stopped due to an accident is driving time. Weather delays, (Having to slow down for conditions), is driving time.
- Waiting to get to the fuel island is drive time until you actually park the vehicle and begin the fueling process.

**On Duty (Line 4):**

- All-time from the time a driver begins to work or is required to be in readiness to work until the time the driver is relieved from work and all responsibility for performing work, that is not actually driving, is On-Duty time.
- All-time at the plant, terminal, facility, or other property of a motor carrier or shipper, or on any public property, waiting to be dispatched, unless the driver has been relieved from duty by the motor carrier
- All-time inspecting (Pre-Trip/Post-Trip Inspections), servicing (fueling), or conditioning a commercial motor vehicle
- All-time repairing, obtaining assistance, or remaining in attendance of a disabled CMV.
- Repairing, obtaining assistance, or remaining in attendance of a disabled CMV.
- All safety events require a driver to be on duty during the event
- All-time spent providing a breath sample or urine specimen, including travel time to and from the collection site, to comply with DOT requirements
- All-time in a Commercial Motor Vehicle is considered On-Duty time, except time spent resting in a parked CMV, time spent resting in a sleeper berth, or up to two (2) hours riding in the passenger seat of a moving property-carrying CMV, immediately before or after at least eight (8) consecutive hours in the sleeper berth.
- All-time loading or unloading a commercial motor vehicle, supervising, or assisting in the loading or unloading, attending a commercial motor vehicle being loaded or unloaded, remaining in readiness to operate a commercial motor vehicle, or in giving or receiving receipts for shipments loaded or unloaded. Performing any work for motor carrier, or any compensated worked for a non-motor carrier.
- Weigh-in-Motion Stations and Tolls: You should be at a minimum flagged. (You can stay on line 3, if you do not have to stop. However, your log location must match the receipt.)

**11-Hour and 14-Hour Rule: FMCSR: 5395.3 (A) (1) and (2)**

- A driver cannot drive after being on duty for a total of 14 hours (no more than 11 of which can be driving) until he/she has ten consecutive hours of rest.
- Note that the 14 hours are consecutive -it includes all "Off-duty" (Lines 1&2), and all "On-duty" (Lines 3&4), time accrued after initially coming on duty.
- 11-hour rule: you may not drive more than 11 hours without a full 10-hour break.
- 14-hour rule: you may not drive after being on-duty for 14 hours without a full 10-hour break, however; per FMCSR §395.1, a driver may continue to perform non-driving activities and not be in violation of the Hours of Service Regulations:
- Example: If your day starts at 7 AM, you have to be done driving by 9 PM. Off-Duty, and Sleeper
- Berth time, less than a full 10 hours during this period, counts towards your 14-hour limit.

**10-HOUR REST PERIOD: FMCSR 5395.1**

- 10 or more consecutive hours of Off-Duty time will restart the 11 and 14-hour clocks.
- A break must be 10 hours in length and made up of Off Duty, (Line 1), Sleeper Berth (Line 2), or any combination of both Lines 1&2. The Sleeper Berth can be used in satisfying the 10 consecutive hour's Off-Duty requirement by combining Sleeper Berth time with any legitimate Off-Duty time, however; the periods must be consecutive and not broken with any On-Duty or Driving activities. During those 10 hours, you cannot have any Driving (Line 3), or On-Duty, Not Driving (Line 4), time.

**"Rest Break" Rule: FMCSR 5395.3 (a) (3) (ii)**

- Rule effective 1, July 2013: Driver may not drive after 8 hours without a minimum of a 30-minute break, then may complete his 11 hours shift providing he/she does not exceed the 14-hour limit.
- Thirty-Minute Break: If more than 8 consecutive hours on duty have passed since the last off-duty (or sleeper-berth) period of at least half an hour, a driver must take a break of at least 30 minutes before driving.
- Drivers have flexibility in deciding when to take the break.
- 30-minute break - Utilize the 30 minutes to break to stop in the middle of your driving shift to stretch your legs, call home, and get some coffee or a snack. Find a safe place to park and remember, you cannot perform any work activities during your break.

**70-HOUR RULE:**

FMCSR 5395.3 (b)(2). A driver cannot drive after having been on duty for 70 hours in 8 consecutive days, however; a driver may perform non-driving work after reaching the limit and not be in violation.

- The 8 consecutive days does not mean a "workweek", it means any 8 consecutive day period. A driver does not start over, instead; the oldest days hours drop off, out of consideration, as each new day's hours are added
- The 70-hour rule is the total of your Driving (Line 3) and On-Duty, Not Driving (Line 4) time each day for the last 7 days, and your current day. A driver may not drive after exceeding 70 hours on duty, Lines 3 and 4 combined, in 8 consecutive days
- As you move forward another day the oldest day's hour's drop off. Your logbook has a place for you on the right-hand side (your Recap), to track your status of the 70-hour rule. Always use it.

**34-HOUR RESTART:**

FMCSR §395.3. Taking 34 or more non-stop hours of rest will restart the 11-hour Driving, 14-hour On-Duty, and 70-hour in 8-day workweek clocks back to zero.

- A 34-Hour Restart is never mandatory. however, it is one of the options available to a driver.
- A 34-Hour Restart is an optional rule you can use to take your 11-hour, 14-hour, and 70-hour clocks back to zero
- If you are either Off-Duty (Line 1) or in the Sleeper Berth (Line 2) for 34 or more consecutive hours, without any Driving, or On-Duty, Not Driving time, you may reset your hours

# EXHIBIT 4

Revision 5/17/2019

CRST EXPEDITED



# Recruiting Manual

## How to run your Recruiting Business

*Copyright ©CRST Recruiting*




Welcome to CRST Expedited Recruiting!

You're on an outstanding team. Several Recruiters have been with the company for many years and several have joined the team in the past year. We have a good range of recruiting techniques, historical data, and fresh viewpoints that make working together a rich experience. Everyone on the team works really hard to exceed the company and department goals. I'm happy you made the decision to join this team!

Your initial training will be scheduled out for your first two weeks. You will be assigned a lead mentor by your Supervisor to help you learn everything there is to know about being a successful Recruiter. A Recruiter becomes a Mentor when they've consistently met all expectations and goals as a Recruiter – this includes having a positive attitude in wanting new employees to be successful. We have put you in good hands with your Mentor so be prepared every time you are with them to learn and take notes.

As you come onboard, I want to emphasize that our deepest commitment is to our Drivers. In addition, my deepest commitment is to the people who report to me in our department. Your success, happiness, and continued growth are my responsibility to facilitate. I'm also here to mentor and coach you, remove barriers to your success, and facilitate your positive integration into your new job and new company.

Once again, we're excited to welcome you to CRST. This is going to be another great year for all of us. Thank you for joining the team!

**Table of Contents**

**Section 1 –Basics – Pg. 3**

- Transportation Basics/ Terminology
- Recruiting Flow Chart

**Section 2 – Types of Applicants**

- Types of Drivers – Overview
- S/T Information
- R Code and Refresher Information
- E Code and Lead Driver Information
- Pay Scale and Sign On Bonuses

**Section 3 – Call Flow**

- Call Flow Chart
- Applicant Assessment
- Phone Tips
- Voicemail Tips
- Phone Score Card

**Section 4 – Selling**

- Selling Points
- Rebuttals

**Section 5 – Hiring Guidelines**

- Hiring Map
- MVR Guidelines
- Criminal Info
- FCRA Information
- Country Roadways

**Section 6 – Systems**

- Tenstreet
- STMS
- Greyhound ordering
- Application Rules
- 

*Proprietary and Confidential*
*All Rights Reserved*

# WHO'S WHO

*CRST Expedited employees work with each department within our company and partner with CRST International employees to best service customers. This document provides an overview of*

## GENERAL INFORMATION

### CRST International

P.O. Box 68

3930 16th Avenue SW

Cedar Rapids, IA 52404

### CRST Expedited

P.O. Box

Cedar Rapids, IA 52406

### Phone Mail

Cedar Rapids Employees
Toll Free - (800)553-2778

*Proprietary and Confidential*
*All Rights Reserved*

# CONTACTS

| Management | |
|---|---|
| Vice President of Recruiting | Jenny Abernathy |
| Director of Recruiting | Tyler Goodall |
| Director of Recruiting | Richard Robinson |
| Manager | Cecelia Wilhite |
| Manager | Matt Young |
| Manager | Zach Ungs |
| Manager | Jessica Hovendick |
| **Admins** | |
| Administrative Assistant | Ashley Baker |
| School Liaison | Lindsey Bildstein |
| Application Specialist | Andrea Dennis |
| Recruiting liaison | Megan/Brittany |
| **Medical/ Safety** | |
| Director- Safety | Terry Pump |
| Manager- Safety Compliance | Robert Morris |
| Supervisor- Reference | Emily Baker |
| Safety Administrator | Jill Fritz |
| Manager- Driver Training | Robb Sullivan |
| **Human Resources** | |
| Benefits | benefits@crst.com |
| CHIP (CRST Human Resources Information Portal) | officepayroll@crst.com |
| **Systems** | |
| Computer | Helpdesk |
| Phone | Telecom |
| **Your Information** | |
| Toll Free Number | |
| Local Number | |
| Voice Mail | |
| Fax Number | |

# EQUIPMENT

*Equipment requirements and availability effect pricing availability and much more in the transportation industry. Being able to identify equipment and knowing how they are used will assist in being able to properly match carriers to customers.*

## THE BASICS



# TRACTORS

Tractors are often referred to as trucks, meaning the part of the tractor-trailer combination that the driver drives. If you want to know what a driver is hauling don't ask "what's in your truck." He'll tell you what he has in his cab like a laptop, cup of coffee, or a cell phone!

**Table 1 - Types of Tractors**

| | |
|---|---|
| **Cabover** | The driver's cab is literally over the engine. It is lighter and more maneuverable than a conventional tractor but many drivers comment on the rougher ride. |
| **Conventional** | The driver sits behind the engine. The tractor is heavier, with a large turning radius and many drivers say it's a more comfortable ride. |

## Miscellaneous Tractor Facts

The driver sits in the driver's cab at the front of the tractor.

Some trailers have a sleeping area called a sleeper or sleeper berth.

At the back of the tractor, above the drive axles, is the fifth wheel. This is where the trailer couples to the tractor using a kingpin.



# TRAILERS

Different freight requires different trailers to suit the size, shape, commodity, and other special needs of the product. 95% of the loads CRST Expedited books are hauled in a van trailer

**Table 2 - Common Trailer Sizes**

| Trailer Dimensions | Outside Dimensions<br>L x W x H | Inside Dimensions<br>L x W x H | Inside Cubic Capacity |
|---|---|---|---|
| **28'**<br>**Truck Trailer** | 28'0"x8'6"x102"<br>336"x102"x114" | 27'6"x8'2"x8'10"<br>330"x98"x106" | 1984 CFT.<br>56.182 CBM |
| **45'**<br>**Rail Trailer** | 45'0"x8'6"x9'6"<br>540"x102"x114" | 44'6"x8'2"x8'10"<br>534"x98"x106" | 3210 CFT.<br>90.899 CBM |
| **48'**<br>**Truck/Rail Trailer** | 48'0"x 8'6"x9'6"<br>576"x 102"x114" | 47'6x8'2x8'10"<br>570"x98"x106" | 3427 CFT.<br>97.044 CBM |
| **53'**<br>**Truck/Rail Trailer** | 53'0"x 8'6"x 9'6"<br>636"x 102"x 114" | 52'6"x 8'2"x8'10"<br>630"x98"x106" | 3787 CFT.<br>107.238 CBM |

The most common trailer size is 48' long x 102" wide or 53' long x102" wide.

The outside height of most vans or reefers is 13' 6".

A trailer with an inside height of 110" is called a high-cube trailer.

**Table 3 - Types of Trailers**

| | |
|---|---|
| **Dry Van** | Dry vans, commonly called vans, are the most frequently used trailers in the U.S. They provide the best protection for material that cannot get wet.<br><br><br>**Doors**<br>• **Roll-up** – Open upward into the top of the trailer therefore loosing a few inches. They are not accepted at all docs.<br>• **Swing** – Open and closed to the outer sides of the trailer end. This type of door offers full door height clearance but must be opened prior to fully backing into the dock.<br>• **Lift Gate** - Assists in the loading and unloading of freight.<br> |
| **Refrigerated Van** | Reefers haul temperature-sensitive items. With insulated walls, a refrigeration unit at the front end, and an extra fuel tank underneath reefers are heavier and some offer less space for freight than a standard dry van. Most reefers have roll-up doors.<br> |

Proprietary and Confidential
All Rights Reserved

| | |
|---|---|
| **Open Top Trailer** | The name *Rag Tops* is commonly given to open top trailers. Items that require top loading and loading with a crane are hauled with this equipment. A tarp may be placed on the top to protect freight. Items that cannot get wet are not appropriate for an open top trailer. (Photo Source: Carolina Covers. http://www.carolinacovers.com/tarp_systems) |
| **Soft-Sided (Curtain) Trailer** | Also known as curtain vans or tautliners, soft-sided trailers are used for items requiring side loading and unloading. Trailers can be made with one or even all sides acting as a curtain. This allows the trailer to be easily loaded and the product to be easily protected. |
| **Conestoga Trailer** | The Conestoga trailer provides access for loading and unloading from all sides by sliding a curtain/frame back. |
| **Tank Trailer or Tanker** | Chemicals, milk, or oil is hauled in a tanker.  |

Proprietary and Confidential
All Rights Reserved

| | | |
|---|---|---|
| **Flatbed** |  | |
| | **Max Freight lbs** | **Max Freight Dimensions** |
| | 45,000-48,000 lbs. | L: 48' W: 8'6" (102") H: 8'6" (102") |
| **Removable Goose Neck (RGN)** |  | |
| | **Max Freight lbs** | **Max Freight Dimensions** |
| | 38,000-40,000 lbs. | Main deck - L: 28' W: 8'6'(102") H: 11'6"(138") |
| **Step Deck (Single Drop, Drop-deck)** |  | |
| | **Max Freight lbs** | **Max Freight Dimensions** |
| | 40,000-42,500 lbs. | Top deck - L: 11'<br>Lower deck - L: 37' W: 8'6' (102") H: 10' (120") |

# Other Equipment & Requirements

## Loading

Different products require different loading methods and patterns.

- Food grade product, product that absorbs odors, and product that may be damaged easily may require a clean dry and odor free truck.
- A skid loader or forklift can be used to pick up a pallet or freight to drive it onto the trailer.
- Floor loading required with the freight must be loaded by hand.
- Loose, unpackaged, non-containerized cargo is considered bulk freight.
- Flatbed loads may be loaded from the side or by head over crane.
- When loading a vehicle on an RGN it may be driven on.

## Tarps

Tarps are available in a variety of dimensions and are made from different materials. Each style of tarp has a specific purpose.

- Tarps are commonly available in 4', 6', 8'.
- Special tarps are designed to cover lumber, steel, round topped product and even smoke tarps.
  - Steel Tarps – 4' or 5' drop tarps, the tarp may be round our square to fit the load
  - Lumber Tarps or Full Tarps – 6'-8' drop tarps
  - Smoke Tarps – Cover the front portion of the load to prevent smoke and other damage
  - Top Tarps - Cover the top of the load



(Source: http://www.truckntow.com/ )

Proprietary and Confidential
All Rights Reserved

# Pallet

Pallets are used as a base for assembling, storing, stacking, or transporting goods as a single unit. If you've been shopping at Menards or Sam's Club you've probably seen a pallet or skid. A skid is a sturdier, stronger type of a pallet even though the names are used interchangeably.



**Table 4 - Pallet Example**

Pallets may be **Straight Loaded** (in the direction of the pallet stringers) onto the trailer. Some loads require the pallets to be turned to distribute the weight, increase stability of the load, or fit more pallets on one trailer. The term **Pin wheeling** is used when the direction of the pallets is turned.

In the Unites states, a standard pallet measures slightly less than 48" long x 40" wide x 5" high, and most can carry a load about 2,000 lbs. Two fit side-by-side in a standard trailer. Not stacked, 24 pallets fit into a 48' long trailer. A 53' trailer can fit 26 pallets.

Proprietary and Confidential
All Rights Reserved

# Weights & Axles

Tare weight = tractor weight + trailer weight

Net weight = freight weight

Gross weight = tractor weight + trailer weight + freight weight

The maximum legal gross weight for a U.S. truck is 80,000 pounds. Most trailers can carry a maximum of 45,000 pounds of freight. The weight must be distributed evenly among the tractor-trailer's three sets of axles: Steers, Drives, and Trailers.

Table 5 – Legal Maximum Weight Limit/Axle

| Axle | Weight Limit |
|---|---|
| Steers | 20,000 lbs |
| Drives | 34,000 lbs |
| Trailers | 34,000 lbs |




***Note:*** 80,000 lbs. can be exceeded with overweight and oversize permits. The steer can only carry 12,000 lbs to keep the driver under maximum gross weight when the drives and trailer weights are maxed out. The fifth wheel and axles are moved to shift the weight in the trailer to meet legal limits


*All Rights Reserved*

# Intermodal

When freight is moved in one container by two modes of transportation it is called Intermodal. The container may move by truck and rail.

## *Container*

A rail container is similar to a dry van or reefer but wheels of a chassis are not attached.



| Container Dimensions | Outside Dimensions<br>L x W x H | Inside Dimensions<br>L x W x H | Inside Cubic Capacity |
|---|---|---|---|
| **20' Ocean Container** | 20'0" x 8'0" x 8'6"<br>240" x 96" x 102" | 19'5" x 7'8" x7'10"<br>233" x 92" x 94" | 1166 CFT.<br>33.018 CBM |
| **40' Ocean Container** | 40'0" x 8'0" x 8'6"<br>480" x 96" x 102" | 39'6" x 7'8" x7'10"<br>474" x 92" x 94" | 2372 CFT.<br>67.169 CBM |
| **40' Hi Cube Ocean Container** | 40'0" x 8'0" x 9'6"<br>480" x 96" x 114" | 39'6" x 7'8" x 8'10"<br>474" x 92" x 106" | 2675 CFT.<br>75.749 CBM |
| **45' Hi Cube Ocean Container** | 45'0" x 8'0" x 9'6"<br>540" x 96" x 114" | 44'6" x 7'8" x 8'10"<br>534" x 92" x 106" | 3014 CFT.<br>85.349 CBM |


*All Rights Reserved*

# NOTES:


All Rights Reserved

**Section 1: Basics**

## Transportation Terminology

**Abandonment**

A proceeding where a driver abandons his equipment in an unauthorized location.

**Air Ride Suspension**

Suspension which supports the load on air-filled rubber bags rather than steel springs. Compressed air is supplied by the same engine-driven air compressor and reservoir tanks, which provide air to the air brake system.

**Airfreight**

Package and LTL loads that one associates moving some portion with an air carrier.

**American Trucking Associations, Inc. (ATA)**

A national federation of independent and autonomous state trucking associations; each association represents various classes and types of trucking operations, and numerous independent and autonomous conferences, each of which represents a special class or type of truck operation.

**Backhaul**

Freight picked up after the initial destination allowing the driver to get back to his point of origin without undue deadhead miles.

**Bill of Lading**

An itemized list of goods contained in a shipment also showing the origin and destination of the commodity.

**Blind Spot**

Areas around a commercial vehicle that is not visible to the driver either through the windshield, side windows or mirrors.

**Bobtail**

Tractor cab driven without a trailer.

**Broker**

A person who, for compensation, arranges, or offers to arrange, the transportation of property by an authorized motor carrier.

**Bunk**

See Sleeper.

**Cab**

Portion of truck where the driver sits; tractor.

**Cab Over**

A vehicle with a substantial part of its engine located under the cab.

**Cargo**

The freight carried by a vehicle.

**Carrier**

An individual, partnership, or corporation engaged in the business of transporting goods or persons.

**Cartage (local)**

Pick up or delivery of freight within the commercial zone of a city by a local carrier acting as an agent for the shipper of an over-the-road carrier.

**CDL**

Commercial Driver's License.

**Collision (As defined by CRST)**

An event involving a vehicle that the company believes the costs associated with will be greater than or equal to $500.00.

**Comchek**
Form used to obtain cash through outside vendor.

**Consignee**
The individual or organization to which freight is consigned.

**Container (Shipping Container)**
Standard-sized rectangular box used to transport freight by ship, rail and highway. International shipping containers are 20 or 40 feet long, conform to International Standards Organization (ISO) standards and are designed to fit in ships' holds. Containers are transported on public roads atop a container chassis towed by a tractor. Domestic containers, up to 53 feet long and of lighter construction, are designed for rail and highway use only.

**Contract Carrier**
A company that engages in for-hire transportation of property under individual contracts or agreements.

**Conventional Cab**
Truck with a hood tractor; engine sets out in front like a car.

**Covered Wagon**
A flatbed trailer that has removable sides and a tarp covering the trailer.

**DAC**
A nation-wide, automated verification system of truck driver's employment records.

**DDC**
Defensive Driving Course - a class designed to identify and correct driver performance deficiencies.

**Dead Head**
Movement of unladed equipment over the highway (i.e. an empty trailer).

**Dedicated**
Dedicated drivers work for only one customer; a dedicated load is then a load to one particular lane or customer.

**Detention (Demurrage)**
A charge made for a vehicle held by or for the consignor or consignee for loading or unloading, or for forwarding directions or for any other purpose.

**Dispatching:**
The scheduling and control of truck pickup and delivery.

**DOT**
Department of Transportation; federal department handling safety and economic regulations affecting interstate commerce.

**DOT Inspection**
A random, thorough inspection of the tractor, trailer, cargo, bills, license/permits, and driver logs performed by a certified state or federal inspector.

**DOT Reportable Collision**
Any collision in which a vehicle is towed from the scene, in which an injured party is immediately removed from the scene and taken away for further medical treatment, or involves a fatality.

**Doubles (Twins, Twin Trailers)**
Combination of a tractor and two semi-trailers connected in tandem by a converter dolly.

**Dry Van**
The most frequently used trailers in the U.S, providing the best protection for material that cannot get wet.

**Employment Verification**
Request for confirmation of employment for loans, hire, etc.

**Fifth Wheel**
Device used to connect a tractor to a semi-trailer.

**Flatbed**

*Proprietary and Confidential*
*All Rights Reserved*

Truck or trailer without sides and top.

**For Hire Carrier**

Company in the business of transporting freight belonging to others (See Private Carrier).

**Freight**

Any commodity being transported.

**FSC (Fuel Surcharge)**

Surcharge imposed by carriers when fuel prices rise above certain levels.

**Grade**

Steepness of a grade, expressed as a percentage. Example: A vehicle climbing a 5% grade rises 5 feet for every 100 feet of forward travel.

**HAZMAT**

Hazardous material; any substance (liquid, solid, gas) that poses a risk to persons, property, or the environment when it is not properly contained.

**Incident (As defined by CRST)**

A collision the company believes will cost less than $500.00.

**Independent Contractor**

Also known as an Owner/Operator; individual owner of one unit who contracts to lease equipment and services to a carrier.

**Intermodal**

Transportation system connecting or including different modes of transportation. Also known as "multimodal."

**Interstate**

Between states.

**Intrastate**

Within a state.

**Jackknife**

To place the trailer at a very sharp angle to the tractor.

**Jake Brake**

Device used to assist brakes in slowing the vehicle. The most common type of engine retarder on over-the-road trucks manipulates the engine's valves to create engine drag. (This type is commonly referred to as "Jake Brake" because the predominant manufacturer is Jacobs Vehicle Equipment Co.)

**Just In Time (JIT)**

When a manufacturer orders a raw material or product the day that it will be used in the manufacturing process.

**Kingpin:**

Anchor pin at the center of a semi-trailer's upper coupler, which is captured by the locking jaws of a tractor's fifth wheel to attach the tractor to the semi-trailer.

**Landing Gear**

Retracting legs, which support the front of a semi-trailer when it is not coupled to a tractor.

**Layover**

Eight hours or more rest; or any off-duty period away from home.

**Less-Than-Truck Load (LTL)**

A quantity of freight less than that required for the application of a truckload rate.

**Liability Insurance**

Coverage for damages sustained by the other party in an accident. This policy would cover property and/or personal injury damage suffered by the other party in which liability is assessed to the insured.

**Line Haul**

Movement of freight between cities, excluding pickup and delivery service.


*All Rights Reserved*

**Live Load**
When a driver helps or watches the shipper load the trailer.

**Load Locks**
Braces that are placed to keep a load from shifting in the trailer.

**Log Book**
A book carried by truck drivers that contains daily records of hours, route, etc.

**Logistics**
Any service that involves the movement of products from raw material to the production cycle to final sales.

**LTL Carrier**
A trucking company that consolidates less-than-truckload cargo for multiple destinations on one vehicle.

**Lumper**
Someone who is hired to load or unload a truck.

**MRO (Medical Review Officer)**
Physician that follows-up on drug test results following either a positive result or when the subject is taking prescription drugs.

**MVR (Motor Vehicle Record)**
Record of all persons having a driver's license; tells type of license, number of collisions, types and number of tickets, etc.

**OOIDA**
The **O**wner-**O**perator **I**ndependent **D**rivers **A**ssociation is the international trade association representing the interests of independent owner-operators and professional drivers. The OOIDA actively lobbies federal, state, and local governments, the courts, other associations, and private businesses on all aspects of highway safety and transportation policy.

**OS & D (Over, Short & Damage)**
Department at CRST that handles loads with overage, shortage, or damage.

**Owner/Operator**
Trucker who owns and operates his own truck(s).

**P&D**
Pickup and Delivery.

**Pallet**
A small wooden, paper, or metal platform, usually with a top and bottom, on which packaged goods are placed to facilitate movement by some type of freight handling equipment.

**Pedal Runs**
Loads that run on a consistent or regular time schedule that have several different stops to different consignees.

**Physical Damage Insurance**
Insurance coverage that an operator could have on their own equipment for damage to that equipment that could be sustained in an accident.

**Piggyback**
Intermodal transportation system where trailers are carried by rail.

**Rate**
The figure state in cents, dollars and cents, or fraction thereof, to be used in computing the charge for transportation services.

**Reefer**
Refrigerated truck or trailer designed for hauling perishables.

**Rehire**
Driver who rejoins the company 31+ days from the termination date.

**Reinstatement**
Driver who rejoins the company 1-30 days from termination date, and retains original hire date.

**RGN (Removable Goose Neck) Trailer**

A specialized drop-deck trailer that "breaks apart" at the front of the trailer allowing the front deck of the trailer to be lowered almost flush with ground level. The "goose neck" stays hooked to the tractor's fifth wheel after the trailer deck has been lowered either mechanically or with hydraulics and the trailer broken apart. This equipment is designed to allow oversized equipment that moves under its own power to "drive on" the trailer rather than using a crane or ramp. RGNs are used to haul earth moving equipment, large troop carriers, cranes, etc. to facilities or sites that do no have the unloading capabilities to "lift off" the load

**Rig**

Truck; tractor-semi trailer; truck and full trailer; or other combination.

**Runaway Truck Ramp**

Emergency area adjacent to a steep downgrade that a heavy truck can steer into after losing braking power. Usually two or three lanes wide and several hundred feet long, the ramp is a soft, gravel-filled pathway, which absorbs the truck's forward momentum, bringing it to a safe stop. Depending on the surrounding terrain, the ramp may be level or run up or down hill.

**Satellite**

Communication system in CRST tractors; can communicate with and track them at anytime day or night via satellite hookup.

**Semi**

Semi-trailer; used loosely in referring to tractor and semi-trailer unit.

**Shuttle Runs**

When a truck moves a trailer around a small geographic area such as a city.

**Sleeper**

Truck cab with sleeping compartment.

**Sliding Fifth Wheel**

Fifth wheel mounted to a mechanism that allows it to be moved back and forth for the purpose of adjusting the distribution of weight on the tractor's axles. Also provides the capability to vary vehicle combination lengths.

**Slip-Seating**

This is the practice of numerous drivers sharing a single tractor not assigned to any specific driver. Slip seat drivers can very easily drive a different tractor every day.

**Spread Axle (Spread Tandem)**

Tandem axle assembly is spaced further apart than the standard spacing of 54 inches. The U.S. Federal Bridge Formula favors trailer axles with an eight or nine foot spread by allowing higher weight than on tandems with standard spacing.

**Step Deck Trailer**

An open trailer with a standard flatbed section at the front and a dropped section in the rear, used to transport taller cargo.

**Straight Truck**

All axles are attached to a single frame.

**Tank Trailer or Tanker**

Chemicals, milk, or oil is hauled in a tanker.

**Tarp**

Used to cover exposed freight. Standard sizes include 4', 6', and 8'.

**TCA**

Truckload Carriers Association; a conference of the American Trucking Association that has only carriers who handle truckload quantities as members.


*All Rights Reserved*

**Team**

Two or more drivers assigned to one truck.

**Terminal**

A building for the handling and temporary storage of freight pending transfer between locations.

**Tractor Trailer**

Tractor and semi-trailer combination.

**Trip Sheet**

A form of statement, carried by the truck driver, showing essential details of all shipments loaded in the truck; a transcript of the lading.

**Truckload Carrier**

A trucking company that dedicates trailers to a single shipper's cargo, as opposed to a LTL (Less-Than-Truckload) carrier who transports the consolidated cargo of several shippers and makes multiple deliveries.

**Truckload Carrier Association (TCA)**

The association represents dry van, refrigerated, flatbed, intermodal container and end-dump carriers operating in the 48 contiguous states as well as Alaska, Mexico, and Canada.

**Truckload**

a) Quantity of freight required to fill a truck.

b) When used in connection with freight rates, the quantity of freight necessary to qualify a shipment for a truckload rate.

**TWIC Card**

This is the Transportation Worker Identification Card, used by a driver to get in and out of ports without an escort.

**Yard Jockey (Yard Dog)**

Person who operates a yard tractor.

**Yard Tractor (Yard Mule or Yard Dog)**

Special tractor used to move trailers around a terminal, warehouse, distribution center, etc.


*All Rights Reserved*

As a Driver Recruiter for CRST Expedited, it is your job to offer employment to new and experienced drivers and help us meet and exceed CRST Expedited hiring goals. You are an important part of the growth of CRST as we continue to be a profitable company.

Recruiting, training, and hiring a driver is an involved process, one that you are a part of from beginning to end.

As a recruiter, it will be your job to take applications from multiple sources (phones, internet, faxes, walk-ins, etc.) and then work to qualify the applicant to begin our program, either as a student or as an experienced driver.

Qualifying an applicant entails asking questions, running and reviewing reports, and using a little bit of intuition. After all, you are the one that will be putting drivers into CRST trucks. These are the very same trucks that share the road with you, your friends, and your families. You want to put the very best and safest possible driver behind the wheel.

The diagram to the right illustrates the basic process that you will use to qualify these candidates as students and drivers. While there is a lot to each step, the final outcome will either put the candidate in our program or will result in a DMS (Doesn't Meet Standards).

It will be primarily up to you, based on our guidelines, to make that final decision on where the candidate ends up.



**Section 2: Types of Applicants**

# 3 Types of Applicants

1. **Student – S/T (Contract Student, signs the 10 month contract)**
2. **Non contract – R code**
3. **Experienced – E code**

At CRST, we categorize applicants at one of three pay codes. Experienced drivers are E-codes, Non-Contract Students are R-codes, and Contract Students are ST.

- **E-Code.** This pay code is assigned to experienced drivers and is followed by the months of experience the driver has worked as an OTR (Over-The-Road) truck driver. If you are working with an experienced driver that has been driving for 4 years and 3 months, you would code the driver as an E51...experienced with 51 months of credited driving experience. For a driver to be an E-code and go straight into orientation, they must have a minimum of 3 months of recent OTR experience with a single carrier. They are not required to attend school. When they complete orientation, they are immediately assigned their Co-Driver and can begin driving team for us.
- **R-Code.** This pay code is assigned to drivers that are experienced but have not driven in a while; also assigned to drivers that have recently graduated truck school or that have completed school more than 90 days ago, but have not driven anywhere to gain experience. R-codes are treated the same as an E-code, if the driver has past experience we can work with. In our example above, if the driver had 4 years and 3 months of older experience that we credited, the pay code would be R51. If the driver does not have any past experience, the driver would be coded as an R00. Drivers with an R-code are sometimes required to attend a refresher course, which is typically 5 days. They do not have to attend a full school. This will be followed by orientation and then 28 days out on the road with a trainer. Once their 28 days training period is completed, they are assigned their Co-Driver and can begin driving team for us.
- **ST.** This is what every contract Student is coded as. Drivers with an ST-code must attend full school, followed by orientation and then 28 days out on the road with a trainer. Once their 28 days training period is completed, they are assigned their Co-Driver and can begin driving team for us. They also sign the 10 month contract.

****NOTE:**
**Paperwork to run: depending on applicant type**

**S/T : Run MVR and Widescreen (if they have criminal charges)**
**R code: Run MVR, CDLIS, Transportation Employment, Widescreen (if they have criminal)**
**E code: Run MVR, CDLIS, Transportation Employment, Widescreen (if they have criminal)**

## Selling to a S/T: (Contract Student)

**What can we offer them?**

- Company sponsored training program

- We will pay the tuition for you to train and get your CDL Class A
- You sign a 10 month contract to work for us
- For the 10 months you will run as an OTR (all 48 states) team driver
- Home time: 3-4 weeks out, 3-4 days home (earn a day home for every week out)
- Co-driver will live within a 200 mile radius of you
- Referral Bonus

**Run through qualifying questions**

- Where do they live? Are they in the hiring zone?
- 21 or older?
- How long have you held your license? Including time with permit
- Any moving violations, suspensions, or accidents in the last 3 years?
- Any felony or misdemeanors convictions in your lifetime?
- Every failed a drug or alcohol test?
- Any DUI's?
- Work history?

**Where will we send the S/T for school? (Will be based on where they live)**

****Student will attend a 3-4 week CDL program (location based on where they live).**

****Upon graduation they will attend a 3-4 day orientation at one of our orientation locations.**

**** Upon completion of orientation they will go out with a lead driver for 21-28 days and then be matched with their co-driver, running up to 2 weeks before their first home time.**

- Nadta – Cedar Rapids, Iowa (Can take all states)
  - 3 week program
  - Lodged at the training center
  - Breakfast/Lunch provided Mon-Fri
  - Orientation location: Cedar Rapids (3 days)
  - 
- JTech – Jacksonville, Florida (Florida residents only)
  - 4 week program
  - Lodged at the Gold Rush Expedited
  - Breakfast/Lunch provided Mon-Fri
  - Orientation: Jacksonville, FL (3 days)

- ASD – Advance School of Driving – Riverside, California (CA residents only)

    - 2 week program
    - Lodged at the training center
    - Breakfast/Lunch provided Mon- Fri
    - Orientation Location: Riverside, CA (4 days)
    -
- Aspire– Richardson, Texas (TX residents only)
    - 4 week program
    - Lodged at the La Quinta
    - Breakfast/Lunch provided Mon-Fri
    - Orientation: Oklahoma City, OK (4 days)
    -
- CWW – Careers World Wide – Denver, Colorado (can except all states)
    - Need management approval before sending (space is limited)
    - 3 week program
    - Breakfast/Lunch provided Mon-Fri
    - Lodged on site, school owns apartments
    - Orientation: Cedar Rapids, IA (3 days)
    -
- After selling the program and where the student would attend school – begin phone application. Do not forget to read the FCRA script before running the documents!
-
- Set firm follow up with applicant on next steps
-
- School profiles Recrtuiting-School Profiles (this has a list of all school

## Selling an R-Code (Recent Grad or CDL holder that has no recent driving experience)

**What can we offer them?**

- Tuition Reimbursement (up to $8000)

- sign on bonus $$$
- A foot in the door to the trucking industry. Not many companies hire recent graduates
- Referral bonus

**Run through qualifying questions**

- Where do they live? Are they in the hiring zone?
- 21 or older?
- How long have you held your license? Including time with permit
- Any moving violations, suspensions, or accidents in the last 3 years?
- Any felony or misdemeanors convictions in your lifetime?
- Every failed a drug or alcohol test?
- Any DUI's?
- Work history?

**Where will we send the R code for orientation? (Will be based on where they live)**

****Recent grad will attend a 3-4 day orientation (location based on where they live).**

**** Upon completion of orientation they will go out with a lead driver for 21-28 days and then be matched with their co-driver, running up to 2 weeks before their first home time.**

- Cedar Rapids, Iowa Orientation
    - Cedar Rapids holds orientation twice a week. (3 days)
        - Monday-Wednesday
        - Thursday- Saturday
    - Breakfast/Lunch provided
    - Transportation/Lodging is covered by CRST
    - Driver will stay at the Training Center
    - 
- Jacksonville, Florida Orientation
    - Jacksonville holds orientation twice per week (3 days)
        - Monday-Wednesday
        - Wednesday – Friday
    - Breakfast/Lunch provided
    - Transportation/Lodging provided by CRST
    - Driver will stay at the Travelodge Inn and Suites
    - 
- Riverside, California Orientation
    - Only holds one orientation per week (4 days)
        - Monday – Thursday
    - Breakfast/Lunch provided
    - Travel/Lodging provided by CRST
    - Driver will stay at the Training Center

- o
- Oklahoma City, Oklahoma Orientation (currently under construction)
  - Only holds one orientation per week (4 days)
    - Monday-Thursday
    - Travel/Lodging provided by CRST
    - Driver will stay at the Ramada Inn
  - ▪
- After selling the program to the recent grad – begin phone application. Do not forget to read the FCRA script before running the documents!
- 
- Set firm follow up with applicant on next steps

**Recent Grads and Experienced Drivers:**

**Questions to ask:**

**Why did you get your CDL?**

**How long have you had a CDL?**


*All Rights Reserved*

**What are you looking for?**

**What does your experience look like?**

**<u>What to talk about:</u>**

**No contract**

**Tuition reimbursement**

**Miles = money**

**Co drive with a friend (this gets you a referral)**

**Sell to their needs from questions above**

**<u>Career path:</u>**

**Lead driver (teach the next generation)**

**Lease Purchase**

**Dedicated**

**Other divisions (Malone, Besel, Pegasus)**

**The expectation on speaking to an R code/E code**

**Use the Rebuttal Sheet**

## <u>How do I determine of an R code needs a refresher or just extended orientation?</u>

## Refresher Guidelines

Depending on a CDL A holder's experience they may require a one week refresher course or orientation with an extended road test.

If the applicant requires a one week refresher course the cost is $500 and the applicant would be a non-contract student. (R code)

Please see below to determin whether applicant needs the one week refresher course, or just an orientation with extended road test.

## Recent Grads

(See below to determine -- Refresher or Orientation with Extended Road Test?)

| Out of school | Required |
|---|---|
| 0 – 60 days | Refresher not required; straight into orientation |
| 60 days to 1 year | DOT Road test required, if fail then return for a one week refresher |
| 1 year + | One week refresher, if fail then return as contract student. |

Please note that some schools have extensive training programs and can go for much longer than the typical 120 hours. In some of these cases, safety may approve the applicant being out of school for up to 90 days and still able to go directly into orientation.

## Past Experience

If applicant has 3 months or more OTR experience (recent) then they would go straight to orientation with a regular road test (not extended)

(See below to determine -- Refresher or Orientation with Extended Road Test?)

**1 – 5 months Total Truck Driving Experience**

| Out of Truck | Required |
|---|---|
| 0 – 11 months | Refresher not required; straight into orientation |
| 12 – 23 months | DOT Road test required, if fail then one week refresher |
| 24+ months | One week refresher, if fail then return as contract student. |

**6 – 12 months Total Truck Driving Experience**

| Out of Truck | Required |
|---|---|
| 0 – 23 months | Refresher not required; straight into orientation |
| 24 – 35 months | DOT Road test required, if fail then one week refresher |
| 36+ months | One week refresher, if fail then return as contract student. |

**12+ months Total Truck Driving Experience**

| Out of Truck | Required |
|---|---|
| 0 – 36 months | Refresher not required; straight into orientation |
| 36+ months | DOT Road test required, if fail then one week refresher |

**Orientation with Extended Road Test Required ("Extended Orientation"):**

**Orientation (Extend Road Test) When and Where?**

When booking into STMS, select "Extended" Orientation site option.

**Cedar Rapids:**

Orientation: Thurs – Saturday.

Extended Road Test: Report to NADTA Sunday AM for Road Test. If road test is not passed, NADTA instructor will determine if one additional attempt is needed, or if a One Week Refresher is required.

**Riverside:**

Orientation: Monday – Thursday.

Road Test: Report to ASD on Thursday (or at orientation completion) for refresher/practice time and/or Road Test. Road tests will be completed Thursday and/or Friday. If road test is not passed, ASD instructor will determine if a second attempt will be made, or if a One Week Refresher is required.

**Jacksonville:**

Orientation: Mon – Wed

Road Test: Report for Road Test Thursday for refresher/practice time and/or road test. Road tests will be completed Thursday and/or Friday. If road test is not passed, JTech instructor will determine if a second attempt will be made, or if a One Week Refresher is required.

**OKC:**

Cannot send to OKC if extended road test is required.

**One Week Refresh:**

**Cedar Rapids:**

One week refresher Mon-Fri. Orientation: Following Mon-Wed

**ADTA:**

One week refresher Mon-Fri. Orientation: Following Mon-Wed in Cedar Rapids

**Coast to Coast:**

One week refresher Mon-Fri. Orientation: Following Mon-Wed in Cedar Rapids

**Riverside:**

*Proprietary and Confidential*
*All Rights Reserved*

One week refresher Mon-Fri. Orientation: Following Mon-Thurs

**Credit for Previous Driving Experience**

If a driver has previous OTR time, we will consider that with regards to what their final E-code or R-code will be. The biggest rule of thumb to follow is that it must be tractor-trailer experience, meaning conventional or day-cab tractors and pulling 48' or 53' trailers. Safety may occasionally consider shorter trailers as well, so make certain you are asking these questions of the applicant and then discussing with safety any that may fall outside of the standard requirement. **We generally give 100% credit for previous OTR time; 50% for regional experience; and 25% for local driving experience**, depending on when the experience occurred and the type of equipment. This is a critical item that should be discussed with any applicants with previous driving experience.

# Remember – When In Doubt, Ask!

## Selling an E-Code (Experienced Driver)

**What can we offer them?**

- Lead driving (train the next generation of drivers!)
- $1500 sign on bonus
- Longest length of haul in the industry (average 1400 miles)

**Run through qualifying questions**

- Where do they live? Are they in the hiring zone?
- 21 or older?
- How long have you held your license? Including time with permit
- Any moving violations, suspensions, or accidents in the last 3 years?
- Any felony or misdemeanors convictions in your lifetime?
- Every failed a drug or alcohol test?
- Any DUI's?
- Work history?

**Where will we send the R code for orientation? (Will be based on where they live)**

****Experienced driver will attend a 3-4 day orientation (location based on where they live).**

**** Upon completion of the driver will be paired up with their co-driver and begin their schedule of 3-4 weeks ago, 3-4 days home.**

- Cedar Rapids, Iowa Orientation
  - Cedar Rapids holds orientation twice a week. (3 days)
    - Monday-Wednesday
    - Thursday- Saturday
  - Breakfast/Lunch provided
  - Transportation/Lodging is covered by CRST
  - Driver will stay at the Training Center
  -
- Jacksonville, Florida Orientation
  - Jacksonville holds orientation twice per week (3 days)
    - Monday-Wednesday
    - Wednesday – Friday
  - Breakfast/Lunch provided
  - Transportation/Lodging provided by CRST
  - Driver will stay at the Travelodge Inn and Suites
  -
- Riverside, California Orientation
  - Only holds one orientation per week (4 days)
    - Monday – Thursday
  - Breakfast/Lunch provided
  - Travel/Lodging provided by CRST
  - Driver will stay at the Training Center
  -
- Oklahoma City, Oklahoma Orientation (under construction)
  - Only holds one orientation per week (4 days)
    - Monday-Thursday
    - Travel/Lodging provided by CRST
    - Driver will stay at the Ramada Inn
    -
- After selling the program to the experience driver – begin phone application. <u>Do not forget to read the FCRA script before running the documents!</u>
-
- Set firm follow up with applicant on next steps
-


*All Rights Reserved*

## Scheduling for School and Orientation

Once you have an applicant all approved and ready to attend school or orientation, you must complete several tasks to complete the scheduling process.

1. **Review File for Completeness.** First thing is to review the file; double-check that you have the whole application filled out in Ten Street and you have the required documents in the file. This is very important, because anything that you are missing is going to end up causing you face-to-face time with applicants trying to get things ironed out, costing you valuable recruiting time. So, use the following checklist and give the file a thorough review and be confident that it is complete.

| | |
|---|---|
| ☑ | Full and complete application in Ten Street, with all tabs filled out and required comments in place. |
| ☑ | All MVRs ordered and violations, suspensions, and status all reviewed. |
| ☑ | Any accident reports for accidents listed on MVRs within the last 3 years. |


*All Rights Reserved*

| | |
|---|---|
| ☑ | Minimum of 3 years of work history in Ten Street, including contact information. |
| ☑ | All signed releases signed or sent to driver, with the understanding that the driver needs to electronically sign those before coming. |
| ☑ | Any tax documentation or notarized forms covering required employment/unemployment periods that are otherwise unverifiable. |
| ☑ | Criminal background (DAC Widescreen) run and reviewed on any applicant indicating any type of criminal background. |
| ☑ | DD214 Member 4 document for any veteran that has been active duty in the last 10 years. |
| ☑ | Any other miscellaneous documentation requested by management or safety. |

# Paperwork to run

**Students:**

MVR

Widescreen (if there is criminal or length of unemployment 1+ Years)

**Student If they have a Class B:**

MVR

Cdlis—Note to Andrea in 10st

Employment History

Widescreen (if there is criminal or length of unemployment 1+ Years)


All Rights Reserved

**If they have a CLP:**

MVR

Cdlis—Note to Andrea in 10st

Employment History

Widescreen (if there is criminal or length of unemployment 1+ Years)

**Recent Grad:**

MVR

Cdlis—Note to Andrea in 10st

Employment History

Widescreen (if there is criminal or length of unemployment 1+ Years)

**Experienced:**

MVR

Cdlis –Note in 10st to Andrea

Employment History

Widescreen (if there is criminal or length of unemployment 1+ Years)

PSP if they have 2+ Months of Class A driving----Note to Andrea in 10st

*****You do not have to wait until the Widescreen is back to bring your drivers in. It just needs to be ran prior to them coming.**

*****You must have a signature release for Andrea to run Cdlis and PSP.**

- Process
- Xchange

- Hit box next to employer (box will pop up)
- Request Signature from Applicant
- Send Request

# ****If you have any questions please ask!

1. **Arrange Transportation.** Once you are confident you will have no issues with the driver's file, you will need to arrange transportation for the driver to attend school or orientation, wherever that may be.





Alternatively, if you are booking an experienced driver directly into orientation, you may request a rental car, providing there will be at least one other passenger in the car. We do not book rentals for solo drivers, with very few exceptions. Once you have at least two individuals ready for a rental car, contact individual within recruiting (usually one of the supervisors) that orders all rental cars.

2. **Relay Booking Information.** When you are booking a driver into orientation, it is always a good idea to relay this information over the phone, as well as send it in an e-mail if an e-mail is available.


*All Rights Reserved*

3. **Input Applicant into STMS (Student Tracking Management System).** Following your STMS training, ensure that the applicant is entered into STMS. Make certain you have the dates of school (if needed) and orientation correctly entered. In addition, make certain to enter in any travel costs.
    -

4. **Tag Applicant in Ten Street.** Following your Ten Street training, ensure that the applicant is tagged in Ten Street. Be sure to tag Pay Code (E-code, R-code, or ST), school location and start date (if needed), and orientation location and start date. Then set the application Ready For Safety.

## Lead Drivers or TYP (Train Your Partner)

CRST relies on hiring students to continue to grow the company. But students are in need of lead drivers to train them. Lead drivers are able to make more money than a normal driver because they are actually training new drivers on the road. Because of their increased responsibilities, CRST looks at additional qualifications for these drivers.

- A minimum of 6 months recent over-the-road experience.
- Acceptable winter driving experience – 4 months is required. Winter driving is defined as between the months of December 1st and March 31st.
- Cannot have a CSA score above 80 pts.
- No DOT preventable accidents within past 12 months.
- No more than 1 preventable (non DOT) accident in the past 12 months.
- No incidents or vehicle out-of-service inspections within past 3 months.
- No more than one incident or vehicle out-of-service inspections within past 6 months.
- No more than two incidents or vehicle out-of-service inspections within past 12 months
- No driver out-of-service inspections within past 6 months.
- No more than 2 roadside inspections with violations within past 6 months.
- No moving violations within past 6 months.
- No more than 2 moving violations within past 12 months
- No more than 2 serious moving violations within 24 months (all serious violations will be reviewed).
- No serious safety violations within past 12 months – some examples are:
    - Speed 11 mph or more over posted
    - Improper or erratic lane changes
    - Following to close


All Rights Reserved

    - Driving a CMV without a CDL
    - Driving a CMV without CDL in possession
    - Driving a CMV without the proper class CDL
    - Leaving the scene of an accident
- Cannot have been a Second Wave Student in the last 6 months.
- Cannot have been on the Watch List in the past 6 months.
- Acceptable logging record.

***Remember, when in doubt, ask!***

**Contract Students:** This pay scale applies to contract students in the CRST sponsored training program.

| Length of Experience | Split Mileage Pay Scale | 3,000 miles/wk | 4,000 miles/wk | 5,000 miles/wk |
|---|---|---|---|---|
| Month 0 | $0.30 | $450 | $600 | $750 |
| Month 1 | $0.31 | $465 | $620 | $775 |
| Month 2 | $0.32 | $480 | $640 | $800 |
| Month 3 | $0.33 | $495 | $660 | $825 |
| Month 4 | $0.34 | $510 | $680 | $850 |
| Month 5 | $0.35 | $525 | $700 | $875 |
| Month 6 | $0.36 | $540 | $720 | $900 |
| Month 7 | $0.37 | $555 | $740 | $925 |
| Month 8 | $0.38 | $570 | $760 | $950 |
| Month 9 | $0.39 | $585 | $780 | $975 |
| Month 10 | $0.40 | $600 | $800 | $1,000 |
| Month 11 | $0.41 | $615 | $820 | $1,025 |

Proprietary and Confidential
All Rights Reserved

*Note: At the 12th month, all drivers fall under the Experienced Pay Table. (see below)*

**Recent Graduates and Prepaid Students:** This pay scale applies to drivers with a CDL who need OTR training with a lead driver. It also includes those who prepaid their training costs.

| Length of Experience | Split Mileage Pay Scale | 3,000 miles/wk | 4,000 miles/wk | 5,000 miles/wk |
|---|---|---|---|---|
| 0-2 Months | $0.40 | $600 | $800 | $1,000 |

*Note: At the 3rd month, all recent graduates fall under the Experienced Pay Table. (see below)*

**Experienced Drivers:** This pay scale applies to experienced drivers who do not require tuition reimbursement assistance and who do not need OTR training with a lead driver.

| Length of Experience | Split Mileage Pay Scale | 3,000 miles/wk | 4,000 miles/wk | 5,000 miles/wk |
|---|---|---|---|---|
| Month 3-6 | $0.40 | $600 | $800 | $1,000 |
| Month 7-11 | $0.41 | $615 | $820 | $1,025 |
| Month 12-17 | $0.42 | $630 | $840 | $1,050 |
| Month 18-29 | $0.43 | $645 | $860 | $1,075 |
| Month 30-41 | $0.44 | $660 | $880 | $1,100 |
| Month 42-53 | $0.45 | $675 | $900 | $1,125 |
| Month 54-71 | $0.46 | $690 | $920 | $1,150 |
| Month 72-95 | $0.47 | $705 | $940 | $1,175 |
| Month 96+ | $0.48 | $720 | $960 | $1,200 |

Proprietary and Confidential
All Rights Reserved

## Sign On Bonuses

As a recruiter, you will want to have incentives you can use to sell your applicants on coming to CRST. A big part of that are sign-on bonuses and other monetary payments that can be used to get them to commit to CRST. On the subject of sign-on bonuses, CRST will normally provide these bonuses to students and drivers to encourage them to hire on with us. Sign on bonuses are additional lump sum payments (paid out over a certain amount of time) and generally help to alleviate down time between jobs or careers. ** *The military bonus is paid to veterans who are able to supply a DD214. You must attach the DD214 to their tenstreet file.*

| Driver Type | Total Amount | Payment Breakdown |
|---|---|---|
| Expedited Refreshers & Non-Contract | $1,000 | $100 at hire<br>$100 at 60 days<br>$200 at 120 days<br>$300 at 180 days<br>$300 at 365 days |
| Experienced Drivers | $1,500 | $200 at hire<br>$300 at 60 days<br>$400 at 120 days<br>$600 at 180 days |
| Independent Contractors **Only Leads/Teams | $1,500 | $500 at hire, $500 90 days, $500 180 days |
| Military Bonus ***must have DD214 showing honorable discharge | $500 | $250 at hire, $250 at 30 days |
| Referral | ST referrals - $300<br>R referrals - $500<br>E referrals - $1000 | ST @ $100 a month<br>R $500 @ $100/month<br>E $1000 @ $200/month |

## Tips to Being a Successful Recruiter

There are several aspects to becoming a successful recruiter with CRST and it all comes down to being able to gather and process and maintain leads.

**Processing Leads**

A lead is any contact where you have a name and some type of contact information. Active phone numbers are best, but e-mail and mailing addresses will at least give you some type of avenue for contact. The best lead has all possible contact routes: phone, address, and e-mail. As a rule, you should ***enter every lead*** you get. Even if you don't get a hire out of a lead today, we can continue to make phone calls, send literature, do text-blasts and e-mail blasts and keep CRST on the applicant's radar, which will hopefully give us the hire tomorrow.

**Building a Driver Pool**

Your driver pool is ultimately what is going to make you successful. You build a driver pool over time by gathering and processing leads. While there will be many, many leads generated and input into our system that go nowhere, your driver pool should be those applicants that you have approved at one time or have done a lot of the work on the file or even just have cultivated a good relationship with. These should be the applicants that you know you can contact directly and if they're ready to make the change, can be in class or orientation within a couple weeks.

You must maintain your driver pool, as well. With all the inbound phone calls and/or internet applications you will process, your driver pool needs to be worked as well. Use the Ten Street system to help you manage this group of applicants, by using the "Next Action" task in the notes section. Set up these "Next Actions" to activate every 90 days. When the file pops back up on your dashboard, make that phone call and speak to them or leave a message. Send them e-mails and postcards, even birthday cards if you want. Do whatever it takes to keep that driver knowing that we have not forgotten them and that we eventually want to hire them.

**Creating and Maintaining a Pipeline**

From processing leads to managing your driver pool, you will create your pipeline. Your pipeline consists of all those drivers that are currently ACTIVE in the schooling or orientation process at one of our locations. The more drivers you get into school, the more will ultimately reach orientation and be hired. This is an ongoing process and your goal is to continue feeding drivers into that pipeline and keeping it full.

**Mine the Database!**

This is a very important piece of the recruiting puzzle. While processing new leads and maintaining your pool is important, you must also find other ways to generate good leads and contacts. Our Ten Street application management system has tens of thousands of leads that are dormant. Some of those files may be previously approved or otherwise solid leads. And they are free to be picked up and worked as you see fit. This is what is known as Mining the Database.

Please note that when you take over these old files, you MUST be attempting to make contact with them, preferably by phone.

**Keep Notes!**

In Ten Street, every file has a Notes section. Use it! Keep notes on every driver – from any issue that arises down to the seemingly mundane. Keep notes of when you attempt to make contacts, what you discussed, even what their wife or husbands or kids names might be or their favorite sports team or some hobby they might have mentioned to you. These notes are what will help you personalize a contact and turn it from an emotionless call into an actual discussion. Knowing your applicant will help them to trust you. And in this industry, building trust is paramount.

**Be Organized!**

Know where you are at with your database at all times. Set goals on how many applications you will process a day, how many you want to enter into the pipeline, either as students into school or drivers into orientation. Numbers are great, but you need to know how you are going to attain those numbers.

## How to Prioritize your Day:

Priority #1

- Log into 800 line and get in READY status

Priority #2

- Glance and clean up reminders (this should only take a few minutes)
  - Close out all *new application received* reminders for those applications in new and reapply status (do **NOT** close out *new application received* under any other status other than new and reapply, you will need to click on these later and work them) additional info below in the reminder process.

Priority #3

- Check voicemail and write down all information

Priority #4

- Begin calling through all new applications, as well as reapply
  - Ensure notes and follow up dates are set for those that do not answer

Priority #5

- Call back voicemail messages

Priority #6

- Begin working through reminders/follow ups. You will need to work you best at keeping your reminders under 50. Please see below (reminder process) for tips on how this can be done.

****Please be sure that during this time you use your multitasking abilities. Ensure you stay in READY status and take any phone call that comes in on the 800 line. Be sure that when you are away from your desk or dealing with a driver issue at your desk you are putting yourself in NOT READY. When done, place yourself back into READY status.

****Also ensure you are frequently refreshing your new and reapply buckets in tenstreet and working any new application that comes in. No new applications should be left by the end of your working day, and very minimal reapplies.

# Call and Application flow

## Phase 1: Introduction:

A.) Who are we? CRST.
B.) Who am I? Give the applicant your name
C.) Who am I speaking with? Get the caller's name and spelling too, if needed.
D.) How can I help you get a job with CRST? Find out if they have a Class A CDL, need training or have experience. Plant the seed that we want to hire the caller.
E.) Where are they calling from? Find out their location too.

*Start phone app if not already in Tenstreet! This includes every call, even if they don't qualify or they are not Interested.

Be warm, welcoming and professional!

Example: "Thank you for calling CRST Recruiting, this is _________, who am I speaking with? How can I get you started in a career with CRST? Do you have a Class A CDL, or are you looking to get one with us?"

EVERY caller needs to be entered into Tenstreet!

## Phase 2: What Type Of Career CRST Can Offer You:

-Based on above questions D and E, give applicant *brief* overview of what we have to offer them. Hit the high points of our program, selling point of CRST and pay. Make sure to mention we do OTR, team driving! Sell them on what we can offer!
-Ask applicant if the are interested. If so, proceed to Phase 3! If they are not interested, find out why. GIVE THEM A REBUTTAL. Try and resell them on our program.

Emphasize CRST's selling points!
Give a rebuttal!

## Phase 3: Pre-qualify:

-Get to the major qualifying questions. Update app while asking questions.
- -Criminal
- -Accidents
- -Violations
- -Drug/Alcohol

-Assess if applicant appears to qualify. If applicant appears to meet our guidelines, move to Phase 4! If they do not, end call.
***Management needs to review ALL criminal before approval/denial.***

ALL criminal is reviewed by management on a case by case basis!

## Phase 4: Close The Deal !:

-Offer the applicant the earliest time to get started Try and get them to start next week, not push it out.
-Create urgency. Tell the applicant we have a "few" spots open. Our school and orientation will fill up quickly. We can only schedule a couple of weeks out
-Do a firm follow of next steps. Set a specific time and date to follow up with applicant. Treat it like an appointment. Give a clear picture of what is next (finalize app, run reports, travel, etc)

Get start date from applicant!
Firm follow up!

# Applicant Assessment


All Rights Reserved

**The objective is know what type of applicant you have on the phone and if they will even qualify.**

Getting this quick evaluation done as early in the call will help you know where to direct the call (programs, selling points, rebuttals, etc) and help you assess whether to spend time on the applicant or not.

**Here are things we need to quickly assess with an applicant, and some approaches to doing this quickly and effectively:**

1.) **What type of applicant is on the phone?** Knowing if the applicant is a student, recent grad, R-code or if they are experienced will help you determine where to steer the call. You then be able to describe out program for each level. Also, this allows you to identify the selling points to use for each.
    2.) E.G. "Do you have a Class A CDL, or are you looking to get one with our company?". If the applicant has one, "how long have you had your Class A CDL, have you been working with a company using your CDL recently".
3.) **Does the applicant meet our basic qualifications?** Working a smooth way to get to qualification questions will help you determine if the applicant is going to even qualify. Get to the criminal, moving violations, accidents and failed/refused drug or alcohol questions early on in the call. From these answers, you should know if the applicant is worth spending additional time on.
4.) **When does the applicant want to get started?** Find out how quickly the applicant is interested in school or orientation. <u>Steer them into coming in ASAP.</u> If they don't want to get started for weeks, or months, then we don't need to spend a whole lot of time on that call. We can give them some information and follow up at a future date.

In recruiting, we spend a lot of time not making contact with applicants. It is imperative that when we get an applicant on the phone, we utilize that time efficiently. At the end of every call we should have answers to each of these questions and know what direction we are going with the applicant.

# <u>PHONE TIPS</u>

1. **Your tone of voice matters more than you think.** If your tone of voice is flat and lacks any sense of enthusiasm, how do you expect the other person to ever show interest in your call?
2. **Use the person's name.** People always love to hear their name, so use it. In a typical telephone call, I want to use the other person's name (almost universally that means the person's *first* name) three times.
3. **Show the same level of respect to the gatekeeper or other any other person who answers the phone as you would show to the person you're looking to talk to.**

4. **Use descriptive words that paint a picture when you're talking.** Remember, the other person can't see you, so it means the picture you paint has to come with the words you say and how you say it.
5. **Always have the person's name on a piece of paper in front of you as you call.** Last thing you want to do is to accidently forget who you're calling just as they answer
6. **If the phone call is important, stand up when you make it.** It's amazing how much energy and focus you'll have if you stand to make an important phone call.
7. **Never be the first person to hang-up the telephone.** Always allow the other person to disconnect first. You never know when the other person might just share with you one more important piece of information.
8. **Don't be distracted by email or other items popping up on your computer while you're making a call.** Be focused. Because you can't see them, it's easy to become distracted with your eyes. Allowing yourself to become distracted may easily cause you to miss a key point.
9. **Always answer the telephone with both enthusiasm and at a pace (words per minute) that allows the other party to know exactly who it is they're talking to.** Too many times people who answer many phone calls each day get into a habit of answering quickly, resulting in their words slurring together, making it hard for the other party to hear who they're talking to.
10. **Keep a mirror on your desk to allow you to see yourself talking.** It's amazing how much energy you'll put into a phone call when you can see yourself.
11. **Talk with your hands, as it allows you to convey more energy in your voice.** Use a high-quality headset to allow you to talk with your hands.
12. **Always ensure a solid follow up.** Applicant should hang up the call knowing exactly what the next steps are and when they can expect to hear from you next.
13.



14.

## Voicemail tips:

- Stand out. Be unique and personable
- Leave the number twice
- State value
- Use the person's name
- Needs to be 20 seconds or less. Optimal is 8 to 14 seconds

- Ask for a call back
- Have a positive attitude
- Be clear
- Create urgency
- Do not leave the same voicemail twice. Create a new, urgent way for them to call

**Phone Score Card**

**Phone skills:**

1. **Phone etiquette**
    a. Recruiter introduce themselves with their name.
    b. Use the applicant's name during the call.
    c. Recruiter should be polite, friendly, and welcoming.
    d.
2. **Job knowledge**
    a. Answer any job-related questions that the applicant has
    b. Give accurate information about company/program.
    c.
3. **Rebuttal**


*All Rights Reserved*

a. If the applicant is not interested in something we have to offer, the recruiter will give at least 1 rebuttal.
b.

4. **Call flow**
   a. Recruiter will control the conversation.
   b. Recruiter will complete and applicant assessment in the first 4 minutes of the call (are they interested in our program, do they pre-qualify, and establish when they looking to start).
   c. Complete pre-qualifying questions (military, age, length of license, suspension, accidents, violations, criminal, fail/refuse a drug or alcohol test).
5. **Selling**
   a. Find the applicant's "hot button items" and sell to these. Ex: "why are you interested in getting in to the trucking industry?"
   b. Get bite sized commitments throughout the call. Ex: "does this sound like something you would be interested in doing?"
   c.
6. **Wrap-up call- 15 points**
   a. Re-cap the next steps for the recruiter and the applicant.
   b. Set a firm/specific follow up.

   c.

**Section 4: Selling Points**

**Company Team Selling Points**

CRST Expedited, Inc. has opportunities for everyone, including:

- Individuals who need training in order to obtain a Class A CDL
- Recent graduates of accredited trucking schools
- Experienced drivers, trainers (lead drivers)
- Owner-operators, lease-purchase independent contractors
- Experienced drivers who would like to train their spouse or friend

Advantages to driving in a team environment:


*All Rights Reserved*

- Both drivers are able to earn a higher income than if they were driving solo
- Able to run more miles, giving you more confidence as you gain more experience
- Safer because you have another set of eyes and ears in the truck
- Co-driver to assist you with trip planning, navigating and sharing the workload

CDL classes begin every Monday. CRST will pre-pay for all your school expenses. Including transportation to the school, lodging and give you breakfast and lunch. As long as you complete a 10 month driving contract you do not have to repay that tuition. CRST will **not** deduct the cost of your schooling like other companies.

Great driver benefits include:

- Medical coverage (Medical Bridge, followed by Blue Cross at 60 days)
- 401k retirement plan after only 90 days
- Paid vacations
- Blue Shield PPO including dental and vision.
- Free life insurance
- Twice-a-week paydays for Expedited
- Per Diem tax benefit
- Internet payroll access
- Accident and disability insurance and more!

We have the industry's longest length of haul at 1500 miles! That means fewer stops for the team which results in more loads!

99% no-touch! assigned equipment. 80% drop & hook. And we pay you for your miles whether your truck is loaded or empty.

We also have a great career path! You can become a trainer in as little as 6 months. As a trainer you make an extra $0.10/mile on top of your normal pay rate while training a student.

## Experienced drivers – selling points to be a Lead Driver

There are *many* other companies that have driver trainers/Lead Drivers. Ask if they have trained before, and even if they haven't, discuss these points to gain success in recruiting experienced hires to become lead drivers!

1. The driver gets their own truck. They have a student driver on board for 28 days, and then release them to upgrade to be a codriver.
2. 10 cpm lead driver bonus when a student is on the truck. Many of their prospective teammates are recent graduates, you may as well get paid to train them. You get to train the next generation of truck drivers.
3. Think back to when you first learned how to drive a truck. Everyone has something that they wish someone would have taught them, now is your chance to pass that crucial information along.
4. 5-day cushion – while you get to know student's skill level, we give you slower runs so that you can stay up with them to work on their driving skills. At 5-days, most people are comfortable enough to start team driving.
5. Put up or shut up – if you're tired of other truck drivers being lousy, unsafe, and inconsiderate on the roads and in truck stops, train them how to be more like you.
6. Resistance: I don't want to drive with someone who has no driving experience. Push back: New students are more scared of the truck than anything, and they are very willing to listen to a pro tell them how to operate and make money. Many of the most serious accidents happen because experienced drivers aren't afraid of the truck anymore and make

unsafe decisions, such as being the first drivers out of a truck stop after a road opens. Those are the people you see in the ditch most often. You can start a student off right so they don't become a super trucker.

7. Resistance: I don't know CRST or how you operate, so I don't want to train yet" Push back: We want you to train our students to be safe, professional drivers. That's 90% of the job. We already know that you're safe and professional, that's why we're hiring you. The rest is CRST policy and how to use a Qualcomm. Your FM is there to help you learn the policies, and you take a 2 day course about how to be a lead driver at CRST. Learning the Qualcomm is very easy.
8. The additional responsibility is another notch in your belt and looks good on your resume. We expect the student to be at a certain proficiency level when they upgrade at 28 days. The 2 day Lead Driver Class explains what all you need to train the student, and every student brings a training packet to the truck with what skills she or he must master before upgrading.
9. Specialized support team – In addition to lead driver class, we have a Lead Driver Manager and a Lead Driver Coordinator in the Safety department to support you over the road, there is a Student Coordinator who is completely responsible for finding students for lead drivers, and a Student to Codriver Coordinator to help your student transition from Student to Codriver at the end of 28 days. Your Fleet Manager is also very motivated to help you succeed – they are graded on your success and happiness as well

# Career Path – CRST companies and selling points

## Start here, Stay here!

## CRST Expedited (Company, LP, Lead, and Select)

### Company Driver

- No experience needed!
- OTR team driving position
- Home time: 3-4 weeks out, 3-4 days home
- Offer company sponsored CDL training with a 10 month contract
- Average weekly miles 4000-6000
- Team driving allows for higher income (more miles!) and a safer driving experience
- Friendliest freight in the industry – 99% no-touch and 80% drop and hook
- Great career path!

### Lead Driver

- 6 months OTR experience, including a winter
- Add .10 CPM to your pay!

- Help recent grads learn what it is like to be an OTR truck driver
- A rewarding position and potential to earn more money!

**Lease Purchase**

- Must have 6 months recent OTR experience
- Contractors earn 70% of the revenue and 97% fuel surcharge
- $0 money down and no credit check
- Guaranteed bumper to bumper maintenance program
- Buyout option of $5000 upon the completion of lease term
- Fuel discounts
- Flexible home time
- No forced dispatch

**Select**

- Must be with co-driver for at least 2 months
- Weekly home time!
- Dedicated lane
- Preferential treatment for planning
- Consistent/Guaranteed miles
- #1 one Expedited customer
- Newer trucks

# CRST Dedicated Services

- Driving experience preferred
- Dedicated to one customer
- Multiple accounts available
- Flatbed, Specialty, Van, Doubles
- Average pay 60 to 70K depending on account
- Most accounts require 6 months experience, but students welcome on CAT dedicated
- Daily/Weekly home time

# CRST - Gardner Trucking

- Up to 50 cents per mile/Hourly Pay
- Hiring areas: CA, TX, AZ, NV, OR, WA, CO
- Daily/Weekly home time
- Van, flatbed, doubles, and reefer work available
- Flatbed pay bonus
- Hourly and by the load work available


All Rights Reserved

# CRST Malone – Flatbed Division (Lease purchase or Owner Operators)

- Minimum 6 months flat bed experience required
- Hiring areas: most of the mid-west and east coast, South, no west coast
- $0 down and no credit check
- Guaranteed bumper to bumper maintenance program
- 2012-2017 trucks available for lease
- 75% of gross line haul and 100% fuel surcharge
- No forced dispatch
- Flexible home time

# CRST STI – Specialized Transportation

- 12 months OTR experience required
- Hiring areas: same as Expedited
- White glove service
- Solo and team positions available
- Five specialty division create an environment for longevity and opportunities for advancement
- No force dispatch
- Home time : out at least 3-4 weeks and then driver decides home time
- Fuel discounts and free EZ pass
- Safety bonuses offered
- In house lease purchase program

# CRST – BESL Transfer Company

- Minimum 1 year heavy haul experience
- Hiring areas: IL, IN, OH, PA, KY, TN, WV, VA, SC, central FL
- No forced dispatch
- Discounted permits
- Terminal pay
- Rider program
- Fuel discount program
- Lease purchase program
- Pay: 74% of the line haul, 100% fuel surcharge, 100% detention, and 100% tarping

# CRST – Pegasus Transportation

- 6-12 months experience required
- Hiring areas: See map

- Dedicated routes available for solo and team drivers (solo only out of KY)
- High-quality equipment
- Pet policy and rider programs
- 24/7 staff support
- Team average miles 4500 and solo average miles 2900
- Competitive pay and top-level benefits

## Rebuttal Sheet

- **DRIVER NOT INTERESTED IN TEAMS:**
- Chance to make more money. Truck is always moving since there are 2 drivers. If there is a weather, traffic, safety, maintenance, etc issue that slows the truck down, you have the ability to make up the missed time/miles up on the back end.
- Teams can be safer. Having someone else on the road with you (especially starting your career) allows you to help problem solve issues on the road that may come up. Your co driver can help you navigate tight locations (drop yards, dock, parking lots, etc). You also have someone on the road with you to help combat fatigue, look at maps/do trip planning and navigate any safety issues that can arise when you are on the road.
- CRST has *some* solo positions in Dedicated and as an Owner/OP. Must have experience will depend on the driver's domicile. **Good opportunity to sell a career path with our different CRST companies**
- 
- **DRIVER NOT INTERESTED IN OTR (WANTS LOCAL/REGIONAL):**
- With local and regional work, you might not make as much money. If you are paid by the mile, you will be getting much shorter runs. CRST's average length of haul is 1,300 miles.
- We guarantee home time.
- Getting OTR experience early in your career will help you down the road when if you want a local/regional position (if CRST doesn't have something that will fit in Dedicated or Select). Career Path at CRST.
- Most employers require some experience to be hired on with them. We can hire drivers with **ALL** experience levels. We can help drivers get that OTR experience.
- Opportunity to see the country.
- 
- **DRIVER NOT INTERESTED IN CRST (HEARD BAD REVIEWS):**
- Family owned company since 1955.
- Never laid-off a driver.
- We operate in the black (we are a debt free company).
- We are a growing company. Each year we add more employees and drivers.

*Proprietary and Confidential*
*All Rights Reserved*

- We have day 1 health benefits and full benefits (dental, vision, 401K, life insurance). Drivers are covered for medical insurance as soon as they are hired.
- We are the nation's #1 team carrier.
- We have newer equipment. Average age of our tractors are only 14 months.
- Bad reviews of CRST from a driver or on the internet?
    - Gold Rules initiative
    - Improve dispatcher to driver ratio (from 1 to 100, now 1 to 40). Help DM's build better relationships with drivers.
    - Retention Department (added Driver Service Managers and VP of retention).
    - Open door policy to speak with management.
- Sign on bonuses
- Recent pay increase for recent graduates.
- We don't split the pay per mile. We spilt the miles and each driver will get their own rate. If other programs are paying per hour during training, or flat weekly rate, the driver might not make as much.

## Section 5: Hiring Guidelines

Hiring Map Expedited




Proprietary and Confidential
All Rights Reserved

**CRST hiring Guidelines-At A Glance**

**License qualification: must hold a license for a minimum of 18 months (time with permit included)**

**Regular Moving Violations**

NO MORE than 3 in 3 years, with *NO MORE than 1 of the 3 items listed in **RED** in a 3 year period*

**_**Also those in RED must be 3 years old if they held a Class A, B, or C CDL at the time of the violation**

**DMS for 3 years**

- Driving without license
- Driving with a suspended license
- Failure to obey signal (red light violation)
- Driving in carpool/HOV lane illegally
- Speeding
- Speeding in school zone
- **Seat belt ticket (none in the last 6 months and no more than 1 in the last 3 years)**
- **11-14 over speed must be at least 6 months old (only applies to CDL holders)**
- **-Distracted Driving (cell use/texting)****
- **-15-18 MPH Speeding****
- **-Speeding in a Work/Construction zone**

-Improper/erratic lane change
-Following too closely
-No license for type of vehicle
-19+ speeding ticket
-Open container

**DMS for 5 years**

- Careless/Reckless/Negligent driving/Inattentive
- DUI/DWI/OWI/OUI
    - -If driver has 1 DUI it MUST be 5 years old
    - -If driver has 2 DUI's... First one MUST be at least 15 years old/Second MUST be 5 years
- Violations of regulation 383.51 resulting in 60 Day Suspension (CDL holder)

**DMS FOREVER**

- No DUI or refusal ever if in a CMV

- Has more than 2 DUI's
- Violations of regulation 383.51 resulting in 120 Day Suspension (CDL holder)
- Falling asleep behind the wheel of a CMV

**Work History Requirement**

- No more than 3 jobs in the last 12 months and no more than 6 jobs in the last 3 years
    - **exceptions on a case by case basis

**Accidents**

- *Safety/Management Approval on ALL *At Fault* accidents in the last 3 years*
- Need accident report/insurance claim on all accidents that show on MVR or any at fault accidents disclosed by applicant in the last 3 years
- Loss of Control (if stayed on roadway) must be 12 months old (POV)
- No rollover, rear end, or ran off roadway accidents in the last 3 years (POV)
    - Rear end and loss of control in a POV with proof of under $1500 in damage will be reviewed case by case
- No at fault intersection or lane change accident in the last 2 years
- No jackknife accidents in the last 2 years
- No rollover accidents EVER in a CMV
    - -Rollover accidents in a personal vehicle will be considered *after 3 years with a copy of the accident report*
- *Any preventable DOT recordable (an accident involving injury or requiring tow-away of vehicle) needs approval from the safety department*
- No at fault fatal accidents ever. All non-preventable fatal accidents require an accident report and safety approval
- NO MORE than 2 preventable accidents in the last 3 years

**Serious Violations (POV and CMV)**

- **None of the following can be on the MVR, PSP or other driver's other records including self-admission by the candidate.**
    1. Leaving the scene of an accident (Hit and Run)
    2. Using a vehicle in the commission of a felony
    3. Vehicular manslaughter or vehicular homicide
    4. Railroad crossing violations

**High Risk Insurance (SR22 or FR44)**

- Will not be considered eligible for hire until this insurance program is complete

**Suspensions**

- No single suspension greater than 12 consecutive months in the last 3 years. Would be eligible if suspension was on former license and applicant held valid license in another state during the suspension period.
- Cannot have a total of 15 months of total suspension time in the last 3 years
- For non-CDL holders, applicants cannot have more than 5 suspension periods in the last 3 years
- For CDL holders, applicants cannot have more than 2 actual suspension periods in the last 3 years
- If an applicant has a suspended license from another state, that suspension would have to be resolved before the applicant can attend school or orientation

**Safety will review all applicants for demonstrated patterns of habitual offenses. Habitual offenders will generally be denied employment until they can demonstrate an extended period of safe driving. Contact safety if you have any questions about whether or not an applicant would be disqualified because of this.**

***Remember, when in doubt, ask!***

**CONSIDERATION OF CRIMINAL OFFENSES**

**All criminal offenses will require Management approval.** Multiple offenses of the same crime or different crimes will be reviewed on a case-by-case basis, considering the entire record of the candidate/employee.

## Recruiting Criminal Background Scripting

**Q:** Is my criminal conviction acceptable?

**A:** All applications are reviewed on a case by case basis by management.

**Q:** Why is my application denied?

**A:** Every application is reviewed by management on a case by case basis. At this time management has declined your application due to better qualified candidates.

**Q:** Why are others more qualified? What can I do to be considered?

**A:** I can not disclose why the other applicants are more qualified. I would suggest gaining more driving experience and reapplying at a later date.

## Questions to consider when applicant discloses criminal convictions

- Describe, in detail, the nature of the offense for which you were convicted (detail the specific conduct that resulted in the conviction).
- What are the circumstances surrounding the offense? Age at the time of conviction and/or release?
- How long has it been since the offense for which you were convicted occurred?
- How old were you at the time the offense was committed?
- How long were you incarcerated for this offense?
- How long since you were released from incarceration?
- How old were you at the time of your release from incarceration?
- Have you committed any other offenses for which you were convicted?
- Have you undertaken any type of rehabilitation (e.g., drug treatment, behavioral modification/anger management, treatment for alcoholism, therapeutic counseling) since your conviction?
- Detail your work history since your release from incarceration-have you performed any driving work or work for a trucking or transportation company? Get all details.
- What rehabilitation efforts have been put forth since the conviction?
- What does your driving history look like over the past 3 years? (accidents? tickets?)

- Is there anyone that could give you a character or employment reference? Whom and can you get the reference for us?

Asking similar questions in different ways can result in a better understanding and reveal inconsistencies/consistencies in information provided. Further questions may include discussion of specific dates to clarify the timeline of events.

**Script for Verbal Notification Regarding Background Reports** (mandatory to read before running any reports <u>if</u> non-intelli app)

*One of the requirements of our employment process is to advise you that CRST may obtain background reports about you from HireRight, a consumer reporting agency. These background reports may contain employment history, motor vehicle records, and criminal background checks.*

*You have the right to obtain from HireRight within 60 days, a free copy of any of the background reports we obtain. You also have the right to dispute with HireRight, the accuracy or completeness of the information contained in the background reports. To request a free copy of any reports or to dispute the report, you can contact HireRight by phone at 800-381-0645 or by mail at:*

*HireRight*

*PO Box 33181*

*Tulsa, OK 74153*

*Please be aware that HireRight does not make any employment decisions for CRST and will not be able to provide you with any information regarding any decision made by CRST.*

**Script is within Tenstreet**




**FCRA** (fair credit reporting act)

The Fair Credit Reporting Act (FCRA) is United States federal legislation that promotes accuracy, fairness and privacy for data used by consumer reporting agencies. Consumer reporting agencies include credit bureaus and financial agencies -- such as those that sell information about rental history records.

- Applicant rights under the FCRA stipulate that:
  - **The Applicant must be told if information in his/her file has been used against him/her**. Anyone who uses a credit report or another type of consumer report to deny a consumer's application for credit, insurance, or employment must tell the applicant and must give him/her the name, address, and phone number of the agency that provided the information.
  - The Applicant has the right to know what is in his/her file. The Applicant may request and obtain all the information about him/her in the files of a consumer reporting agency after providing proper identification. Applicants are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies.
  - The Applicant has the right to dispute incomplete or inaccurate information.
  - FCRA requires consumer reporting agencies to correct or delete inaccurate, incomplete or unverifiable information, usually within 30 days. Additionally, a consumer reporting agency may not report negative information that is more than seven years old or bankruptcies that are more than 10 years old

## PSP Reports

In 2010, the Federal Motor Carrier Safety Administration (FMCSA), launched a program called **Compliance, Safety, Accountability** (CSA). The idea behind the program was to prevent commercial motor vehicle crashes, fatalities, and injuries on our nation's highways.

CSA
Compliance ★ Safety ★ Accountability

The program works by assigning point values to infractions committed by truck drivers and their companies. The points not only go against a driver, but against the company, too. CRST is very careful about the experienced drivers that are hired. We run a PSP report – Pre-Employment Screening Program – on every driver we are getting ready to hire. This report helps us make more informed hiring decisions by providing a detailed report of the driver's crash and inspection history.

The following is a partial list of violations and the associated points that can show up on a driver's PSP report. This list is provided

for your information only; safety makes all hiring decisions based on the PSP report. Safety uses a standard of 100 points, meaning if a driver has more than 100 points, we typically will not hire that driver. Exceptions are occasionally made on a situational basis.

> ***Applicant must not have a PSP score exceeding 100 points without management's approval, although occasional exceptions are made for non-moving violations such as mechanical issues or logging issues. These are considered on a situational basis.*

## FCRA Flow chart




## Medical Guidelines



Every applicant – student or experienced driver – must have a DOT physical and matching medical card. For students, we administer those physicals, as well as a DOT drug test, in the training center and/or as part of the school process.

Experienced drivers may likely already have a valid physical, as might students that graduated from other trucking schools. If they do, they are typically not required to take a new physical, but must provide a valid copy of the physical and medical card to CRST. It is a DOT requirement that we maintain those physicals as part of the driver's personnel file. If an experienced driver does not have a current valid DOT physical, they will take one as part of the orientation process. Whether they have a physical or not, they are required to take a DOT drug test.

*It is important to note that we cannot discuss medical issues with applicants due to HIPAA (Health Insurance Portability And Accountability) restrictions and it is enforced and maintained by the Office of Civil Rights.*

The DOT Physical is typically a 3-page physical evaluation. While there are several variations, including a 1-page and a 2-page version.

## Agility Test

CRST Expedited requires drivers to satisfactorily take and pass each phase of the company agility test as a condition for employment. The agility test consists of the following components:

- Climb in and out of the cab of the truck using 3 points of contact – 1 minute time-limit up and 1 minute time-limit down.




- Cross under the trailer from one side to the other side – 1 minute time-limit



- Using 3 points of contact, climb up on the catwalk and then climb down from the catwalk to the ground – 1 minute time-limit up and 1 minute time-limit down.

- Climb into the back of a trailer with one door open, using the closed door as a handhold and the DOT Bumper as footholds. 3 points of contact must be maintained at all times – 2 minute time-limit up and 2 minute time-limit down.


the
GOLD RU
0-553-CRST www.

# The DMS Process

DMS is an acronym for Does not Meet Standards. Those standards include both DOT and CRST standards. If a driver does not qualify to drive for us, they are sent home. If the reason they are being sent home is their fault – i.e. failing a drug test, failing to tell us about past criminal, drug, or other issues, the driver is on their own to get home. If a driver is DMS'd for something we were already aware of or DMS'd for physical issues, we will take care of the driver's bus ticket home.

There are times, however, when a driver does not meet standards, but in a temporary way – perhaps they are waiting on a final verification or need a minor physical issue taken care of. In these cases, it does not necessarily mean that the driver needs to be sent home. If it is something that is easily and quickly fixable, we will usually opt to keep the driver here.

And finally, there are times when a driver simply elects to leave the program and are listed as LOO (Left On Own). Any time a driver leaves the program on their own, for whatever reason, they are listed as dropped from the program, but they are on their own to get home.

The following process should be followed with any DMS:

A Reference Specialist or Safety Trainer initially identifies that a driver does not meet standards and is therefore a DMS. The Reference Specialist or Safety Trainer will notify the appropriate recruiter of the problem that is causing the driver to be out of compliance.

To minimize the unnecessary loss of a driver, drivers should not be informed of their potential for being sent home by anyone other than their recruiter. In the event that their recruiter is unavailable, their group supervisor or Director of Recruiting will be notified.

The recruiter – with help from his/her supervisor, if needed – will determine if CRST paid transportation home is appropriate. If so, the recruiter will make transportation arrangements. If not, the recruiter will inform the driver that he/she needs to leave the premises by the next morning for the bus station, at the very latest. The Training Center Shuttle can provide transportation to the Greyhound Terminal, in either case.

If the DMS is a skills related issue and a refresher program is recommended, the Safety Trainer will inform the recruiter. The recruiter will make the appropriate arrangements, such as additional lodging and transportation to another school if needed. If the applicant declines the refresher program, the applicant is on their own to get home, meaning they will need to provide for their own bus ticket.




Proprietary and Confidential
All Rights Reserved

CRST Expedited
3930 16th Avenue SW
Cedar Rapids, IA 52404
Robert Golightly Drake
3605 S 65th Dr
Phoenix, AZ 85043
April 30, 2016, 11:00 am
Dear Robert Golightly Drake,
In evaluating your application for employment with one of the following companies (CRST Expedited, Inc., CRST Malone, Inc., CRST Dedicated Services, Inc., Specialized Transportation, Agent Group, Inc.), we received the enclosed consumer report from HireRight. This notification is provided because an adverse employment decision may be based, in whole or part, on this report.
You have the right to dispute the accuracy or completeness of any information in the report by contacting HireRight. You will be asked to provide your full name, mailing address, social security number, the name of our company, and a photocopy of your driver's license and social security card for identification purposes. You may contact HireRight at the following address or phone number:
HireRight
Consumer Consulting Department
P.O. Box 33181
Tulsa, OK 74153
Phone (800) 381-0645
Please refer to the enclosed Summary of Your Rights under the Fair Credit Reporting Act for additional information. If you have any questions, please contact Josh Birr, Reference Supervisor at 319/390-2792.
Thank you for your interest in our company.
Sincerely,
Chuck Haffenden
VP - Safety and Driver Training
Enclosures
1
Para information en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

**A Summary of Your Rights Under the Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street, N.W., Washington, DC 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

♦

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- ♦ a person has taken adverse action against you because of information in your credit report;
- ♦ you are the victim of identify theft and place a fraud alert in your file;
- ♦ your file contains inaccurate information as a result of fraud;
- ♦ you are on public assistance;
- ♦ you are unemployed but expect to apply for employment within 60 days.

♦

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

♦

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit- worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

♦

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or

inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 888-5-OPT-OUT (888-567-8688).

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

- 

2

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General Federal. For information about your federal rights, contact:**

TYPE OF BUSINESS: CONTACT:
1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.
b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB:
a. Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
b. Federal Trade Commission:
Consumer Response Center - FCRA
Washington, DC 20580
(877) 382-4357
2. To the extent not included in item 1 above:
a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks
b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act
c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations
d. Federal Credit Unions
a. Office of the Comptroller of the Currency
Customer Assistance Group
1301 McKinney Street, Suite 3450
Houston, TX 77010-9050
b. Federal Reserve Consumer Help Center
PO Box 1200


All Rights Reserved

Minneapolis, MN 55480
c. FDIC Consumer Response Center
1100 Walnut Street, Box #11
Kansas City, MO 64106
d. National Credit Union Administration
Office of Consumer Protection (OCP)
Division of Consumer Compliance and Outreach (DCCO)
1775 Duke Street
Alexandria, VA 22314
3. Air carriers
Asst. General Counsel for Aviation Enforcement & Proceedings
Aviation Consumer Protection Division
Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, DC 20500
4. Creditors Subject to Surface Transportation Board
Office of Proceedings, Surface Transportation Board
Department of Transportation
395 E Street, S.W.
Washington, DC 20423
5. Creditors Subject to Packers and Stockyards Act Nearest Packers and Stockyards Administration area Supervisor
6. Small Business Investment Companies
Associate Deputy Administrator for Capital Access
United States Small Business Administration
409 Third Street, SW, 8th Floor
Washington, DC 20416
7. Brokers and Dealers
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
8. Federal Land Banks, Federal Land Bank Associations, Federal
Intermediate Credit Banks, and Production Credit Associations.
Farm Credit Administration
1501 Farm Credit Drive
McLean, VA 22102-5090
9. Retailers, Finance Companies, and All Other Creditors Not Listed
Above
FTC Regional Office for region in which the creditor operates or
Federal Trade Commission:
Consumer Response Center - FCRA
Washington, DC 20580
(877) 382-4357

3

# Robert Golightly Drake

**Complete Report**
**Social Security Number:** 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
**DOB:** 2/4/1972
**Prepared By:**
**HireRight, LLC.**
3349 Michelson Dr. Suite 150
Irvine, CA 92612
Phone: 866-521-6995
Fax: 877-797-3442
customerservice@hireright.com
**Requested By:**
**Jessica Imhoff**
**CRST Van Expedited, Inc (Recruiting)**
1332 Edgewood Road SW
Cedar Rapids, IA 52404
Phone: (319) 731-3867
E-mail: jmims@crst.com
Robert Drake, 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 Court Records
Request #: TS-042516-XR42Z, Completed: 04 29 2016 07:56:10 AM PDT 3.1

# Court Records

*3 subrequests*

**1. Criminal Felony & Misdemeanor (Past 7 Years Search)**
**Drake, Robert Golightly**
**Complete - No Court Record Found**
**Address(es):** Maricopa County, AZ, USA
**Location**
**Searched:**
Maricopa County, AZ
**Time**
**Completed:**
04/26/2016 09:22:55 AM PDT
**Verified by:** QA-434
**HireRight comments**
04/25/2016 08:21:44 PM PDT - Note:
-------Reason: Maricopa County, AZ - Average court turnaround time is currently 2 business days.
Robert Drake, 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 Court Records
Request #: TS-042516-XR42Z, Completed: 04 29 2016 07:56:10 AM PDT 3.1

**2. Criminal Felony & Misdemeanor (Past 7 Years Search)**
**Drake, Robert Golightly**
**Complete - Court Record Found**
**Address(es):** Saint Clair County, MI, USA
**Location**
**Searched:**
Saint Clair County, MI
**Time**
**Completed:**
04/29/2016 07:56:10 AM PDT
**Verified by:** QA-45285
**HireRight comments**
04/25/2016 08:21:44 PM PDT - Note:
---------Reason: Saint Clair County, MI - Average court turnaround time is currently 2 business days.
04/27/2016 11:12:17 AM PDT - Muniyappa, Radha - Delay:
-------Email notification sent to requestor: <jmims@crst.com>
---------Reason: Search in Progress
-------Estimated Completion Date:03-May-2016
**1.) Case**
**Nbr.:**
10-000630-FH (Saint Clair County, MI).
**Comments:**
**Identifiers:** Confirmation: Name, Date Of Birth. Name on file : DRAKE ROBERT GOLIGHTLY
**Count:** 1 **Severity:**Felony
**Offense**
**Date:**
02/10/2010 **Disp.**
**Date:**
07/19/2010
**Offense:** CONTROLLED SUBSTANCE - DELIVER/MANUFACTURE MARIJUANA
**Disposition:**Nolle Prosequi
**Sentence:**
**Count:** 2 **Severity:**Felony
**Offense**
**Date:**

02/10/2010 **Disp.**
**Date:**
06/15/2010
**Offense:** CONTROLLED SUBSTANCE, MAINTAINING A DRUG
HOUSE
**Disposition:**Pled Guilty
**Sentence:** 6 months jail suspended with 4 days credit time served, fines/costs
**2.) Case**
**Nbr.:**
10P00458SM (Saint Clair County, MI).
**Comments:**
**Identifiers:** Confirmation: Name, Date Of Birth. Name on file : DRAKE ROBERT GOLIGHTLY
**Count:** 1 **Severity:**Misdemeanor
**Offense**
**Date:**
01/26/2010 **Disp.**
**Date:**
02/22/2010
**Offense:** CONTROLLED SUBSTANCE POSSESSION OF
MARIHUANA
Robert Drake, 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 Court Records
Request #: TS-042516-XR42Z, Completed: 04 29 2016 07:56:10 AM PDT 3.2
**Disposition:**Pled Guilty
**Sentence:** 365 days jail with 300 days suspended and 6 days credit time served, 12 months probation with special conditions, fines/costs/fees, 6 months driver's license suspension. Probation terminated on 03/17/2011.
**Count:** 2 **Severity:**Misdemeanor
**Offense**
**Date:**
01/26/2010 **Disp.**
**Date:**
02/22/2010
**Offense:** DISORDERLY PERSON LOITERING ABOUT ILLEGAL
BUSINESS
**Disposition:**Dismissed
**Sentence:**
Robert Drake, 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 Court Records
Request #: TS-042516-XR42Z, Completed: 04 29 2016 07:56:10 AM PDT 3.3
**3. Criminal Felony & Misdemeanor (Past 7 Years Search)**
**Drake, Robert Golightly**
**Complete - Court**
**Record Found**
**Address(es):** Wayne County, MI, USA
**Location**
**Searched:**
Wayne County, MI
**Time**
**Completed:**
04/28/2016 09:38:55 AM PDT
**Verified by:** QA-33764
**HireRight comments**
04/25/2016 08:21:44 PM PDT - Note:
-------Reason: Wayne County, MI - Average court turnaround time is currently 2 business days.
**1.) Case**
**Nbr.:**
09031307 FRANK MURPHY HALL OF JUSTICE

**Comments:**
**Identifiers:** Confirmation: Name, Date Of Birth.
**Count:** 1 **Severity:**Misdemeanor
**Offense**
**Date:**
12/02/2009 **Disp.**
**Date:**
08/03/2010
**Offense:** CONTROLLED SUBSTANCE - DELIVER/MANUFACTURE
MARIJUANA (ATTEMPT)
**Disposition:**GUILTY
**Sentence:** ORIGINAL CHARGE: CONTROLLED SUBSTANCE - DELIVER/MANUFACTURE
MARIJUANA/FELONY. 1 YEAR PROBATION. 10 DAYS ALTERNATIVE WORK FORCE.
$848.00 FINES AND COSTS. 09/07/2011 PROBATION CLOSED.

1 "Complete" indicates that this request has been processed to conclusion. Please review the report details in their entirety to evaluate any potential discrepancies or records related to this request.

All times listed in Pacific - USA timezone

**LEGAL NOTES:**
The information provided herein is a consumer report as defined in the federal Fair Credit Reporting Act [15 USC 1681 et.seq.] It contains confidential information on the individual named. It is submitted subject to the express conditions contained in your Subscriber Agreement with HireRight, and may be used solely for legally permissible employment purposes (i.e., as a factor in evaluating the named individual for employment, promotion, reassignment or retention as an employee). Proper use of the content of this report and final verification of the named individual's identity is your sole responsibility.

Request #: TS-042516-XR42Z, Completed: 04 29 2016 07:56:10 AM PDT

**Request #: TS-042516-XR42Z**
Turnaround time: 3.7 business days
**Package:** Custom
**Date Request Submitted:** 04/25/2016 02:48:46 PM PDT
**Request Completion Date:** 04/29/2016 07:56:10 AM PDT
**Sub Account:** 101

# Robert Golightly Drake

**Complete Report**
**Social Security Number:** 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
**DOB:** 2/4/1972
**Prepared By:**
**HireRight, LLC.**
3349 Michelson Dr. Suite 150
Irvine, CA 92612
Phone: 866-521-6995
Fax: 877-797-3442
customerservice@hireright.com
**Requested By:**
**Jessica Imhoff**
**CRST Van Expedited, Inc (Recruiting)**
1332 Edgewood Road SW
Cedar Rapids, IA 52404
Phone: (319) 731-3867
E-mail: jmims@crst.com
Robert Drake, 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 HireRight DAC Widescreen
Request #: TS-042516-XR42Z, Completed: 04 29 2016 07:56:10 AM PDT 1.1

# HireRight DAC Widescreen

**HireRight DAC Widescreen**
**Result: Data found - Please see Criminal Felony & Misdemeanor for final results.** 1
**Jurisdictions Searched:**
AK ANCHORAGE PD, AK AOC, AK SOR, AL AOC, AL CRIME STOPPERS, AL DOC, AL FUGITIVES, AL SOR, AR AOC, AR DOC, AR SOR, AZ AOC, AZ DOC, AZ DOC WANTED PERSONS, AZ MARICOPA, AZ MOHAVE, AZ PIMA, CA BUTTE, CA CONTRA COSTA, CA DOC WANTED PERSONS, CA FRESNO, CA INDIO, CA LAPD, CA LOS ANGELES, CA MARIN, CA ORANGE, CA RIVERSIDE, CA SACRAMENTO, CA SAN BERNADINO, CA SAN DIEGO, CA SAN LUIS OBISPO, CA SAN MATEO, CA SANTA BARBARA, CA SANTA CRUZ, CA SUPERIOR, CO BOI MOST WANTED, CO DOC, CO DOC WANTED PERSONS, CO SOR, CT AOC, CT DOC, CT DOC WANTED PERSONS, CT SOR, CT TRAFFIC, DC DOC, DC MOST WANTED, DC SOR, DE DOC, DE SOR, FL ALACHUA, FL AOC, FL BAY, FL BREVARD, FL BROWARD, FL CHARLOTTE, FL DOC, FL DUVAL, FL FT. LAUDERDALE PD, FL HERNANDO, FL HIGHLAND, FL HILLSBOROUGH, FL INDIAN RIVER, FL JACKSONVILLE FUGITIVES, FL LEE, FL MANATEE, FL MIAMI-DADE, FL MONROE, FL OKALOOSA, FL ORANGE, FL OSCEOLA, FL PALM BEACH, FL PASCO, FL PINELLAS, FL SEMINOLE, FL SOR, FL SUWANNEE, FL TAMPA PD MOST WANTED, FL VOLUSIA, GA ATLANTA POLICE, GA BOI, GA DECATUR, GA DOC, GA SOR, GU SOR, HI CJIS, HI DOC, HI HONOLULU CRIME STOPPERS, IA AOC, IA DOC, IA SOR, ID DOC, ID SOR, IL COOK, IL DOC, IL PEORIA, IL SANGAMON, IL SOR, IL STATE POLICE WANTED PERSONS, IN DOC, IN MOST WANTED, KS DOC,

KS MOST WANTED, KS SEDGWICK, KS SOR, KY DOC, KY FAYETTE, KY LEXINGTON, KY SOR, KY STATE POLICE, LA BATON ROUGE CRIME STOPPERS, LA DOC, MA ARREST, MA DOC, MA MOST WANTED, MD BALTIMORE FELONS, MD DOC, MD MOST WANTED, MD SOR, ME DOC, ME SOR, MI DOC, MI SOR, MI STATE POLICE, MI WAYNE, MN DOC, MN DPS, MN SOR, MN ST PAUL POLICE, MO DOC, MO ST LOUIS MOST WANTED, MS DOC, MS DPS, MS HARRISON, MS HINDS, MS SOR, MT DOC, NC AOC, NC DOC, NC MOST WANTED, NC SOR, ND AOC, ND SOR, NE DOC, NE SOR, NH DOC, NH SOR, NJ AOC, NJ DOC, NJ SOR, NJ STATE POLICE, NM DOC, NM SOR, NV AG INVESTIGATIONS, NV DOC, NV DPS, NV LAS VEGAS POLICE, NV MOST WANTED, NV SOR, NY DOC, NY NY STATE MOST WANTED, NY NYC MOST WANTED, NY SOR, OH AKRON AKRON, OH ALLEN, OH ALLEN LIMA, OH BELMONT, OH BUTLER, OH COLUMBUS MOST WANTED, OH CUYAHOGA BEDFORD, OH CUYAHOGA BEREA, OH CUYAHOGA PARMA, OH CUYAHOGA ROCKY RIVER, OH CUYAHOGA SHAKER HEIGHTS, OH DOC, OH EAST CLEVELAND EAST CLEVELAND, OH ERIE VERMILLION, OH GALLIA GALLIPOLIS, OH GEAUGA CHARDON, OH GREENE, OH HANCOCK, OH LAKE MENTOR, OH LAWRENCE LAWRENCE, OH LORAIN AVON LAKE, OH LORAIN ELYRIA, OH LORAIN LORAIN, OH MEDINA, OH MONTGOMERY, OH PORTAGE, OH PUTNAM, OH SHELBY SHELBY, OH STARK ALLIANCE, OH STARK CANTON, OH STARK MASSILLON, OH SYLVANIA SYLVANIA, OH TUSCARAWAS, OH WARREN LEBANON, OH WOOD, OK ATOKA, OK BEAVER, OK BECKHAM, OK BLAINE, OK BRYAN, OK CADDO, OK CARTER, OK CHEROKEE, OK COTTON, OK CRAIG, OK CREEK BRISTOW, OK CREEK DRUMRIGHT, OK CREEK SAPULPA, OK CUSTER, OK DELAWARE, OK DOC MOST WANTED, OK GARVIN, OK HASKELL, OK HUGHES, OK JEFFERSON, OK KAY BLACKWELL, OK KAY NEWKIRK, OK KAY PONCA CITY, OK KINGFISHER, OK LATIMER, OK LEFLORE, OK LINCOLN, OK MAJOR, OK MARSHALL, OK MAYES, OK MCCLAIN, OK MCCURTAIN, OK MCINTOSH, OK MURRAY, OK MUSKOGEE, OK NOBLE, OK NOWATA, OK OKFUSKEE, OK OSAGE, OK OTTAWA, OK PAWNEE, OK PITTSBURGH, OK PONTOTOC, OK POTTAWATAMIE, OK SEMINOLE WEWOKA, OK SEQUOYAH, OK STEPHENS, OK TEXAS, OK TULSA MOST WANTED, OK WAGGONER, OK WASHINGTON, OK WASHITA, OK WOODS, OR AOC, OR DOC, OR SOR, PA AOC, PA AOC SUP, PA CRIME STOPPERS, PA DOC, PA PITTSBURGH MOST WANTED, PA STATE POLICE, PA TRAFFIC, RI AOC, RI DOC, RI SOR, RI STATE POLICE, SC DOC, SC MOST WANTED, SC SOR, SD DOC, SD SOR, TN AOC, TN DAVIDSON, TN DOC, TN NASHVILLE, TN NASHVILLE POLICE, TN RUTHERFORD, TN SOR, TX ATTORNEY GENERAL, TX BEXAR, TX BRAZORIA, TX COLLIN, TX DALLAS, TX DENTON, TX DPS, TX EL PASO, TX FORT BEND, TX GREGG, TX HARRIS, TX JEFFERSON, TX MIDLAND, TX MONTGOMERY, TX MOST WANTED, TX POTTER, TX SMITH, TX TRAVIS, TX VICTORIA, TX WALLER, TX WILLIAMSON, US AIR FORCE OSI, US ATF, US CUSTOMS SERVICE, US DEA, US FBI MOST WANTED, US MARSHALS SERVICE, US NAVAL CIS, US POSTAL SERVICE, US SECRET SERVICE, US STATE DEPARTMENT, UT AOC, UT DOC, UT SOR, VA AOC, VA DOC, VA STATE POLICE, VA TRAFFIC, VT DOC, VT MARSHALS SERVICE, VT SOR, WA CLJ, WA DOC, WA FIELD DIVISION, WI AOC, WI DOC, WV DOC, WV STATE POLICE, WY SOR, BCI, GDB MOST WANTED, INTERPOL, OFFICE OF FOREIGN ASSETS CONTROL (OFAC), ROC MOST WANTED, T.H.U.G.S., TBI MOST WANTED

1 "Complete" indicates that this request has been processed to conclusion. Please review the report details in their entirety to evaluate any potential discrepancies or records related to this request.

All times listed in Pacific - USA timezone

**LEGAL NOTES:**

The information provided herein is a consumer report as defined in the federal Fair Credit Reporting Act [15 USC 1681 et.seq.] It contains confidential information on the individual named. It is submitted subject to the express conditions contained in your Subscriber Agreement with HireRight, and may be used solely for legally permissible employment purposes (i.e., as a factor in evaluating the named individual for employment, promotion, reassignment or retention as an employee). Proper use of the content of this report and final verification of the named individual's identity is your sole responsibility.

3930 16th Avenue SW
Cedar Rapids, IA 52404
Roosevelt Ragin, Jr.
2612 Silkwood Circle
Orlando, FL 32818
May 22, 2019, 2:14 pm
Dear Roosevelt Ragin, Jr.,
In evaluating your application for employment with one of the following companies (CRST Expedited, Inc., CRST Malone, Inc., CRST Dedicated Services, Inc., Specialized Transportation, Agent Group, Inc.), we received the enclosed consumer report from HireRight. This notification is provided because an adverse employment decision may be based, in whole or part, on this report.
You have the right to dispute the accuracy or completeness of any information in the report by contacting HireRight. You will be asked to provide your full name, mailing address, social security number, the name of our company, and a photocopy of your driver's license and social security card for identification purposes. You may contact HireRight at the following address or phone number:
HireRight, LLC
3349 Michelson Drive
Suite 150
Irvine, CA 92612
Phone: 866-521-6995
Fax: 877-797-3442
E-mail: customerservice@hireright.com
DRIVER IQ/CISIVE Group, Inc. also known as Carco Group
1030 Lillington Highway
Spring Lake, NC 28390
Toll Free#: 1-855-881-0716
disputes@cisive.com
www.cisive.com
Please refer to the enclosed Summary of Your Rights under the Fair Credit Reporting Act for additional information. If you have any questions, please contact Amanda Scherbring, Supervisor - Referencing at 319-390-2711.
Thank you for your interest in our company.
Sincerely,
Chuck Haffenden
VP - Safety and Driver Training
1
Enclosures
2

# Background Screening Report - Single Item

4500 S 129TH EAST AVE SUITE 127
TULSA, OK 74134-5801
Telephone: (877) 867-2359
Fax: (918) 591-2854
From Case Number: 14865469
Candidate: Ragin, Roosevelt

## CANDIDATE INFORMATION

Prepared For: CRST Expedited

## State of Florida

Candidate's Address:
XXX-XX-0242
2612 Silkwood Circle
Orlando, FL 32818
UNITED STATES
DOB: 07/11/1989
SSN:

## SUMMARY OF FULL INVESTIGATION

**Request Completed Element Type Description Status**

05/22/2019 05/22/2019 MOTOR VEHICLE RECORD *STATE OF FLORIDA Complete

Division Name: ExRecruiting
Recruiter: David Eder
Reference 3: Recruiter
Candidate_ID: 43891180
Ordering_User: David Eder
RequestID: 1661632
Email : amberbrown042187@gmail.com
Primary : 3523409817

**Case Comments:**

* Detail is only included for items underlined in the summary. See a Full Case Report or alternate "single Item" documents for other detail.

**Status Definitions**

Adverse The report component is complete and includes discrepant or negative information.
Clear Clear, no review required.
Complete Complete and ready for review.
Error The report component could not be completed due to incorrect input of information.
Needs Review The report is complete, however, the component contains information that should be reviewed.
NotPursued Lead intentionally closed before research completed.
Pending Lead still being researched.
See Detail Results are neither clear nor adverse for this component. Refer to "Investigative Detail" pages for more information.

*** END OF REPORT ***

Page 1
Printed: 05/22/2019 02:12:10 PM Ragin, Roosevelt
DISP72
WWW.DRIVERIQ.COM

CONFIDENTIAL

**RAGIN, ROOSEVELT**

Case No. 14865469
**LICENSE** R250720892510
**NAME** Ragin, Roosevelt
**STATE** FL
**CLASS** E - REGULAR OPERATOR
**ENDORSEMENTS**
**RESTRICTIONS:**
**NOTES:** ORIGINAL ISSUE - 11/12/2014
**CLASS** N - REGULAR OPERATOR
**ENDORSEMENTS**
**RESTRICTIONS:**
**ISSUE TYPE:** CDR/CDT CLEARANCE
**CLASS** E - REGULAR OPERATOR
**ENDORSEMENTS**
**RESTRICTIONS:**
**ISSUE TYPE:** REPLACEMENT
**CLASS** E - REGULAR OPERATOR
**ENDORSEMENTS**
**RESTRICTIONS:**
**ISSUE TYPE:** CDR/CDT CLEARANCE

# MOTOR VEHICLE RECORD

**JURISDICTION**
FL
**SUMMARY**
Complete (As of 05/22/2019)
**PROVIDED BY CLIENT**
**INFORMATION RETURNED FROM STATE**
**NAME / ADDRESS PHYSICAL IDENTITY**
RAGIN, ROOSEVELT
5230 FLORIDA HOLLY DR,
ORLANDO FL 32811-7927
**HEIGHT**
5' 07"
**WEIGHT**
**SEX**
M
**EYE**
**HR**
**DOB**
07/11/1989
**SSN**
XXX-XX-XXXX
**LICENSE R250720892510**
**TYPE DETAILS STATUS ISSUED EXPIRES**
PERSONAL VALID 11/12/2014 07/11/2023
PERSONAL - 10/20/2014
PERSONAL - 11/14/2014
PERSONAL - 02/03/2016
PERSONAL - 05/16/2019
Printed on: 05/22/2019 02:12:11 PM Ragin, Roosevelt
DISP72 Case No.: 14865469
WWW.DRIVERIQ.COM
**CONFIDENTIAL**

**TYPE DETAILS STATUS ISSUED EXPIRES**
**ENDORSEMENTS**
**RESTRICTIONS:**
**ISSUE TYPE:** REPLACEMENT
**CLASS** ID - ID
**ENDORSEMENTS**
**RESTRICTIONS:**
**ISSUE TYPE:** REPLACEMENT
**POSTED DATE** 07/08/2015
**LOCATION** HERNANDO
**COURT TYPE** CIRCUIT COURT
**DISPOSITION** GUILTY
**DOCKET** A1PF2XE
**POSTED DATE** 07/10/2015
**LOCATION** HERNANDO
**COURT TYPE** CIRCUIT COURT
**DISPOSITION** GUILTY
**DOCKET** F000869
**POSTED DATE** 09/17/2015
**LOCATION** HERNANDO
**COURT TYPE** COUNTY COURT
**ACTUAL SPEED** 39
**POSTED SPEED** 30
**DISPOSITION** GUILTY
**DOCKET** A471F9E
**ADDITIONAL** UNLAWFUL SPEED
**STATE DESCRIPTION**
316.0083 RED LIGHT CAMERA
IDENTIFICATION EXPIRED 11/08/2018 05/16/2019

## VIOLATIONS

**VIOLATION DATE DISPOSITION DATE NOTES STATE ACD CODE STATE CODE PTS**
06/02/2014 07/06/2015 **OP MV WITHOUT DL** FL B51 623
06/02/2014 07/06/2015 **VIOL CHAPTER 893 CONTROLD SUBSTANCE** FL A33 -
04/14/2015 09/14/2015 **SPEEDING 5+ OVER THE LIMIT** FL S06 - 3
11/21/2016 07/27/2017 **RED LIGHT CAMERA** FL M16 547
Printed on: 05/22/2019 02:12:11 PM Ragin, Roosevelt
DISP72 Case No.: 14865469
WWW.DRIVERIQ.COM

## CONFIDENTIAL

**VIOLATION DATE DISPOSITION DATE NOTES STATE ACD CODE STATE CODE PTS**
**POSTED DATE** 07/28/2017
**LOCATION** ORANGE
**COURT TYPE** MAGISTRATE COURT
**DISPOSITION** GUILTY
**DOCKET** A7GM3LE
**POSTED DATE** 07/13/2017
**LOCATION** HERNANDO
**COURT TYPE** COUNTY COURT
**DISPOSITION** GUILTY
**DOCKET** A7LY6SE
**STATE DESCRIPTION**
SPEEDING 25+ OVER THE LIMIT
**POSTED DATE** 05/09/2019
**LOCATION** HERNANDO
**COURT TYPE** COUNTY COURT
**ACTUAL SPEED** 82
**POSTED SPEED** 55
**DISPOSITION** GUILTY
**DOCKET** A8Z4RFE
**ADDITIONAL** UNLAWFUL SPEED
**POSTED DATE** 05/09/2019
**LOCATION** HERNANDO

**COURT TYPE** COUNTY COURT
**DISPOSITION** GUILTY
**DOCKET** A8Z4RGE
**LOCATION** FL
**ACD CODE** A33
05/08/2017 07/12/2017 **DRIVE VIEW/MECHANISM OBSTRUCTED** FL D70 -
06/14/2018 05/08/2019 **SPEEDING 26-29 OVER THE LIMIT** FL S26 - 4
06/14/2018 05/08/2019 **DRIVE WHILE LIC CANC/REV/SUSP** FL B26 613 3
## OTHER EVENTS
**TYPE OCCURRED REINSTATEMENT**
**DATE**
**NOTES REPORT**
**NUMBER**
REVOCATION 07/06/2015 01/05/2016 **VIO CHAPTER 893 CONTROLD SUBSTANCE** --
Printed on: 05/22/2019 02:12:11 PM Ragin, Roosevelt
DISP72 Case No.: 14865469
WWW.DRIVERIQ.COM
## CONFIDENTIAL
**TYPE OCCURRED REINSTATEMENT**
**DATE**
**NOTES REPORT**
**NUMBER**
**STATE OFFENSE CODE** -
**ACTION END DATE** 02/03/2016
**MAIL DATE** 02/01/2016
**POSTED DATE** 01/26/2016
**LOCATION** HERNANDO
**ADDITIONAL**
REVOCATION IS A RESULT OF VIOLATION NUMBER 3
**DOCKET** F000869
**LOCATION** FL
**ACD CODE** D53
**STATE OFFENSE CODE** -
**ACTION END DATE** 07/27/2017
**MAIL DATE** 07/07/2017
**POSTED DATE** 06/28/2017
**LOCATION** ORANGE
**DOCKET** A7GM3LE
**LOCATION** FL
**ACD CODE** D53
**STATE OFFENSE CODE** -
**ACTION END DATE** 05/16/2019
**MAIL DATE** 02/12/2018
**POSTED DATE** 02/02/2018
**LOCATION** ORANGE
**DOCKET** A7GM3LE
**LOCATION** FL
**ACD CODE** D53
**STATE OFFENSE CODE** -
**ACTION END DATE** 05/16/2019
**MAIL DATE** 07/31/2018
**POSTED DATE** 07/23/2018
**LOCATION** HERNANDO
SUSPENSION 07/27/2017 06/28/2017 **FAILED TO PAY TRAFFIC FINE(PENALTY)** --
SUSPENSION 03/05/2018 02/02/2018 **FAILED TO PAY TRAFFIC FINE(PENALTY)** --
SUSPENSION 08/20/2018 07/23/2018 **FAILED TO PAY TRAFFIC FINE(PENALTY)** --
Printed on: 05/22/2019 02:12:11 PM Ragin, Roosevelt
DISP72 Case No.: 14865469
WWW.DRIVERIQ.COM
## CONFIDENTIAL
**TYPE OCCURRED REINSTATEMENT**
**DATE**

**NOTES REPORT**
**NUMBER**
**DOCKET** A8Z4RFE
**LOCATION** FL
**ACD CODE** D53
**STATE OFFENSE CODE -**
**ACTION END DATE** 05/16/2019
**MAIL DATE** 07/31/2018
**POSTED DATE** 07/23/2018
**LOCATION** HERNANDO
**DOCKET** A8Z4RGE
SUSPENSION 08/20/2018 07/23/2018 **FAILED TO PAY TRAFFIC FINE(PENALTY) --**

**NOTES**

IS ID CARD PERMANENT: FALSE
2014-11-12: VISION EXAM: PASS
2014-11-12: ROAD SIGN EXAM: PASS
2014-11-12: ROAD RULES EXAM: PASS
2014-11-14: DRIVING EXAM: PASS
REAL ID COMPLIANT
US CITIZEN
RECORD APPEARS IN NATIONAL DRIVER REGISTER
BLOCKED PERSONAL INFORMATION
BLOCKED FOR MAILING LIST
PERSON HAS A DIGITAL IMAGE
ELIGIBLE TO ELECT DRIVER SCHOOL. DRIVER HAS MADE 0 ELECTIONS. VIOLATIONS COMMITTED WHILE A CDL HOLDER OR IN A CMV VEHICLE ARE NOT ELIGIBLE FOR DRIVING SCHOOL ELECTION.
END OF REPORT
Printed on: 05/22/2019 02:12:11 PM Ragin, Roosevelt
DISP72 Case No.: 14865469
WWW.DRIVERIQ.COM
**CONFIDENTIAL**
1

Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

* You must be told if information in your file has been used against you. Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.
* You have the right to know what is in your file. You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

o a person has taken adverse action against you because of information in your credit report;
o you are the victim of identity theft and place a fraud alert in your file;
o your file contains inaccurate information as a result of fraud;
o you are on public assistance;
o you are unemployed but expect to apply for employment within 60 days.
In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.
* You have the right to ask for a credit score. Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.
* You have the right to dispute incomplete or inaccurate information. If you identify information in your file that is incomplete or inaccurate, and report it to the consumer
2
reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.
* Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information. Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.
* Consumer reporting agencies may not report outdated negative information. In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
* Access to your file is limited. A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
* You must give your consent for reports to be provided to employers. A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
* You may limit "prescreened" offers of credit and insurance you get based on information in your credit report. Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address form the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).
* The following FCRA right applies with respect to nationwide consumer reporting agencies:

CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent.

However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.
As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is
3
placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.
A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.
* You may seek damages from violators. If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
* Identity theft victims and active duty military personnel have additional rights. For more information, visit www.consumerfinance.gov/learnmore.
States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:
4

TYPE OF BUSINESS: CONTACT:

1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates
b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB:
a. Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, DC 20552
b. Federal Trade Commission
Consumer Response Center
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
(877) 382-4357
2. To the extent not included in item 1 above:
a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks
b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.
c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations
d. Federal Credit Unions

Proprietary and Confidential
All Rights Reserved

a. Office of the Comptroller of the Currency
Customer Assistance Group
1301 McKinney Street, Suite 3450
Houston, TX 77010-9050
b. Federal Reserve Consumer Help Center
P.O. Box 1200
Minneapolis, MN 55480
c. FDIC Consumer Response Center
1100 Walnut Street, Box #11
Kansas City, MO 64106
d. National Credit Union Administration
Office of Consumer Financial Protection (OCFP)
Division of Consumer Compliance Policy and Outreach
1775 Duke Street
Alexandria, VA 22314
3. Air carriers Asst. General Counsel for Aviation Enforcement & Proceedings
Aviation Consumer Protection Division
Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, DC 20590
4. Creditors Subject to the Surface Transportation Board Office of Proceedings, Surface Transportation Board
Department of Transportation
395 E Street, S.W.
Washington, DC 20423
5. Creditors Subject to the Packers and Stockyards Act, 1921 Nearest Packers and Stockyards Administration area supervisor
6. Small Business Investment Companies Associate Deputy Administrator for Capital Access
United States Small Business Administration
409 Third Street, S.W., Suite 8200
Washington, DC 20416
7. Brokers and Dealers Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
8. Federal Land Banks, Federal Land Bank Associations,
Federal Intermediate Credit Banks, and Production Credit
Associations
Farm Credit Administration
1501 Farm Credit Drive
McLean, VA 22102-5090
9. Retailers, Finance Companies, and All Other Creditors Not
Listed Above
Federal Trade Commission
Consumer Response Center
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
(877) 382-4357

**A Summary of Your Rights**
**Under Washington's Fair Credit Reporting Act**

Under the Washington state Fair Credit Reporting Act (WFCRA or the "Act"), an employer, before taking adverse employment action, is required to provide the applicant or employee with a summary of their rights under the Act with respect to consumer reports or investigative consumer reports obtained for employment purposes from a consumer reporting agency (CRA). This Summary is intended to serve that purpose.
You can find the complete text of the WFCRA, Wash. Rev. Code §§19.182.005—19.182.902, at the Washington State Legislature's web site (http://www.leg.wa.gov). You may have additional rights under the federal Fair Credit Reporting Act, 15 U.S.C. 1681-1681u, which is available on the Internet at the Federal Trade Commission's web site (http://www.ftc.gov).
* **You must consent to the procurement for employment purposes of a report about you.** Before an employer can obtain a report about you from a CRA, the employer must provide you with notice that

it will request the report and obtain your consent to that request. A CRA may not give out information about you to your employer, or prospective employer, without your written consent.
* **You must be told if information in your file has been used against you for employment purposes.** An employer who uses information from a consumer or investigative consumer report to take action against you – such as denying an application for employment or terminating employment – must tell you that its decision is based in whole or in part on the report and give you the name, address and phone number of the CRA that provided the report. The employer also must provide you with a description of your rights under the WFCRA and a reasonable opportunity to dispute with the CRA any information on which the employer relied.
* **You can find out what is in your file.** At your request, a CRA must give you the information in your file (except that medical information may be withheld), and a list of everyone who has recently requested your file. These disclosures may be made in person, over the telephone or by any other reasonable method available to the CRA. At your request, any medical information contained in your file will be disclosed to the healthcare provider of your choice.
* **You can dispute inaccurate information with the CRA.** If you tell a CRA that your file contains inaccurate information, the CRA must reinvestigate the disputed items, free of charge, within 30 business days, unless the CRA determines that the dispute is frivolous or irrelevant. The CRA must give you a written report of the investigation. If the CRA's investigation does not resolve the dispute, you may add a brief statement to your file. If an item is deleted or a dispute statement is filed, you may ask that anyone who has recently received your report be notified of the change.
* **Inaccurate information must be corrected or deleted.** A CRA must remove or correct inaccurate or unverified information from its files within 30 business days after you dispute it. If your dispute results in any change to your report, the CRA cannot reinsert into your file a disputed item unless the information source verifies its accuracy and completeness. In addition, the CRA must give you a written notice telling you it has reinserted the item. The notice must include the business name and address.
* **You may seek damages from violators.** If a CRA, a user or (in some cases) a provider of CRA data violates the WFCRA, you may sue them in state court.

**A Summary of Your Rights**
**Under New Jersey's Fair Credit Reporting Act**

Under the New Jersey Fair Credit Reporting Act (NJFCRA or the "Act"), an employer, before taking adverse employment action, is required to provide the applicant or employee with a summary of their rights under the Act with respect to consumer reports or investigative consumer reports obtained for employment purposes from a consumer reporting agency (CRA). This Summary is intended to serve that purpose.
You can find the complete text of the NJCRA, N.J. Stat. §§56:11-29 – 56:11041, at the New Jersey State Legislature's web site (http://www.njleg.state.nj.us/). You may have additional rights under the federal Fair Credit Reporting Act, 15 U.S.C. 1681-1681u, which is available on the Internet at the Federal Trade Commission's web site (http://www.ftc.gov).
* **You must consent to the procurement for employment purposes of a report about you.** Before an employer can obtain a report about you from a CRA, the employer must provide you with notice that it will request the report and obtain your consent to that request. A CRA may not give out information about you to your employer, or prospective employer, without your written consent.
* **You must be told if information in your file has been used against you for employment purposes.** An employer who uses information from a consumer or investigative consumer report to take action against you – such as denying an application for employment or terminating employment must tell you that its decision is based in whole or in part on the report. The employer also must provide you with a description of your rights under the NJCRA and a reasonable opportunity to dispute with the CRA any information on which the employer relied.
* **You can find out what is in your file.** At your request, a CRA must give you the information in your file and a list of everyone who has recently requested your file. These disclosures may be made in person, over the telephone or by any other reasonable method available to the CRA.

* **You can dispute inaccurate information with the CRA.** If you tell a CRA that your file contains inaccurate information, the CRA must reinvestigate the disputed items, free of charge, within 30 days, unless the CRA determines that the dispute is frivolous or irrelevant. The CRA must give you a written report of the investigation. If the CRA's investigation does not resolve the dispute, you may add a brief statement to your file. If an item is deleted or a dispute statement is filed, you may ask that anyone who has recently received your report be notified of the change.
* **Inaccurate information must be corrected or deleted.** A CRA must remove or correct inaccurate or unverified information from its files within 30 days after you dispute it. If your dispute results in any change to your report, the CRA cannot reinsert into your file a disputed item unless the information source verifies its accuracy and completeness. In addition, the CRA must give you a written notice telling you it has reinserted the item. The notice must include the business name and address.
* **You may seek damages from violators.** If a CRA, a user or (in some cases) a provider of CRA data violates the NJFCRA, you may sue them in state court.

**MASSACHUSETTS CRIMINAL RECORD INFORMATION POLICY**

This Policy applies to the Company's operations in Massachusetts.

1. Before asking employment applicants and employees about their criminal records, the Company will provide them with copies of the records if the Company is in possession of the records.
2. Before taking an adverse employment action against an employment applicant or employee based, in whole or in part, on criminal history records, the Company will notify the individual of the potential adverse employment decision. The notice will include the criminal history records, the sources of the records, a copy of this Policy and a copy of information from the state agency about the process for correcting a criminal record.
3. The Company will also provide the individual with an opportunity to dispute the accuracy of the criminal history records by waiting at least five business days before taking final adverse action.

Nothing in this Policy is intended to impose any obligations on the Company that are greater than those required by applicable law.

**INFORMATION CONCERNING THE PROCESS IN CORRECTING A CRIMINAL RECORD**

1. If you have undergone a background check by an agency that has received a criminal record from the DCJIS, you may ask the agency to provide you with a copy of the criminal record. You may also request a copy of your adult criminal record from the Department of Criminal Justice Information Services, 200 Arlington Street, Suite 2200, Chelsea, MA 02150 or by calling (617) 660-4640 or go to http://www.mass.gov/Eeops/docs/cjis/cori_request_personal.pdf.
2. The DCJIS charges $25.00 fee to provide an individual with a copy of his/her criminal record. You may complete an affidavit of indigency and request that the DCJIS waive the fee.
3. Upon receipt, review the record. If you need assistance in interpreting the entries or dispositions, please review the disposition code and "how to read a criminal record" on the DCJIS website www.mass.gov/cjis/cori/cori_bop.html.
4. The DCJIS does not offer "walk-in" service but you may call our Legal Division at (617) 660-4760 for assistance or the CARI Unit of the Office of the Commissioner of Probation at (617)727-5300.
5. If you believe that a case is opened on your record that should be marked closed, you may contact the Office of the Commissioner of Probation Department at the court where the charges were brought and request that the case(s) be updated.
6. If you believe that a disposition is incorrect, contact the Chief Probation Officer at the court where the charges were brought or the CARI Unit at the Office of the Commissioner of Probation and report that the court incorrectly entered a disposition on your criminal record.
7. If you believe that someone has stolen or improperly used your identity and were arraigned on criminal

charges under your name, you may contact the Office of the Commissioner of Probation CARI Unit or the Chief Probation Officer in the court where the charges were brought. For a listing of courthouses and telephone numbers please see www.mass.gov/cjis/cori/cori_codes_court.html.
8. In some situations of identity theft, you may need to contact the DCJIS to arrange to have fingerprints analysis conducted.
9. If there is a warrant currently outstanding against you, you need to appear at the court and ask that the warrant be recalled. You cannot do this over the telephone.
10. If you believe that an employer, volunteer agency, housing agency or municipality has been provided with a criminal record that does not pertain to you, the agency should contact the CORI Unit for assistance at (617) 660-4640.

**(NEW YORK APPLICANTS ONLY)**

**ARTICLE 23-A, NEW YORK STATE CORRECTION LAW**

**§ 750. Definitions**. For the purposes of this article, the following terms shall have the following meanings:
(1) "Public agency" means the state or any local subdivision thereof, or any state or local department, agency, board or commission.
(2) "Private employer" means any person, company, corporation, labor organization or association which employs ten or more persons.
(3) "Direct relationship" means that the nature of criminal conduct for which the person was convicted has a direct bearing on his fitness or ability to perform one or more of the duties or responsibilities necessarily related to the license, opportunity, or job in question.
(4) "License" means any certificate, license, permit or grant of permission required by the laws of this state, its political subdivisions or instrumentalities as a condition for the lawful practice of any occupation, employment, trade, vocation, business, or profession. Provided, however, that "license" shall not, for the purposes of this article, include any license or permit to own, possess, carry, or fire any explosive, pistol, handgun, rifle, shotgun, or other firearm.
(5) "Employment" means any occupation, vocation or employment, or any form of vocational or educational training. Provided, however, that "employment" shall not, for the purposes of this article, include membership in any law enforcement agency.

**§ 751. Applicability.** The provisions of this article shall apply to any application by any person for a license or employment at any public or private employer, who has previously been convicted of one or more criminal offenses in this state or in any other jurisdiction, and to any license or employment held by any person whose conviction of one or more criminal offenses in this state or in any other jurisdiction preceded such employment or granting of a license, except where a mandatory forfeiture, disability or bar to employment is imposed by law, and has not been removed by an executive pardon, certificate of relief from disabilities or certificate of good conduct. Nothing in this article shall be construed to affect any right an employer may have with respect to an intentional misrepresentation in connection with an application for employment made by a prospective employee or previously made by a current employee.

**§ 752. Unfair discrimination against persons previously convicted of one or more criminal offenses prohibited**. No

application for any license or employment, and no employment or license held by an individual, to which the provisions of this article are applicable, shall be denied or acted upon adversely by reason of the individual's having been previously convicted of one or more criminal offenses, or by reason of a finding of lack of "good moral character" when such finding is based upon the fact that the individual has previously been convicted of one or more criminal offenses, unless:
(1) there is a direct relationship between one or more of the previous criminal offenses and the specific license or employment sought or held by the individual; or
(2) the issuance or continuation of the license or the granting or continuation of the employment would involve an unreasonable risk to property or to the safety or welfare of specific individuals or the general public.
**§ 753. Factors to be considered concerning a previous criminal conviction; presumption.**
1. In making a determination pursuant to section seven hundred fifty-two of this chapter, the public agency or private employer shall consider the following factors:
(a) The public policy of this state, as expressed in this act, to encourage the licensure and employment of persons previously convicted of one or more criminal offenses.
(b) The specific duties and responsibilities necessarily related to the license or employment sought or held by the person.
(c) The bearing, if any, the criminal offense or offenses for which the person was previously convicted will have on his fitness or ability to perform one or more such duties or responsibilities.
(d) The time which has elapsed since the occurrence of the criminal offense or offenses.
(e) The age of the person at the time of occurrence of the criminal offense or offenses.
(f) The seriousness of the offense or offenses.
(g) Any information produced by the person, or produced on his behalf, in regard to his rehabilitation and good conduct.
(h) The legitimate interest of the public agency or private employer in protecting property, and the safety and welfare of specific individuals or the general public.
2. In making a determination pursuant to section seven hundred fifty-two of this chapter, the public agency or private employer shall also give consideration to a certificate of relief from disabilities or a certificate of good conduct issued to the applicant, which certificate shall create a presumption of rehabilitation in regard to the offense or offenses specified therein.
**§ 754. Written statement upon denial of license or employment.** At the request of any person previously convicted of one or more criminal offenses who has been denied a license or employment, a public agency or private employer shall provide, within thirty days of a request, a written statement setting forth the reasons for such denial.
**§ 755. Enforcement.**
1. In relation to actions by public agencies, the provisions of this article shall be enforceable by a proceeding brought pursuant to article seventy-eight of the civil practice law and rules.
2. In relation to actions by private employers, the provisions of

this article shall be enforceable by the division of human rights pursuant to the powers and procedures set forth in article fifteen of the executive law, and, concurrently, by the New York city commission on human rights.

## City & County of San Francisco
## Fair Chance Ordinance

**The Fair Chance Ordinance (FCO) regulates when and how San Francisco employers and City contractors may ask about and use arrest and conviction records in hiring decisions.** As of October 1, 2018, all employers with 5 or more employees worldwide, and City contractors of any size, must observe the following restrictions:

* **An employer MAY NOT ask about arrests or convictions on a job application.**
* **Only AFTER a conditional offer of employment may an employer conduct a background check, or inquire about convictions or unresolved arrests.**
* **After making a conditional offer of employment, an employer may consider only convictions that are directly related to the job, but may NEVER consider any of the following:**
  - An arrest not leading to a conviction (except for unresolved arrests);
  - Participation in a diversion or deferral of judgment program;
  - A conviction that has been dismissed or expunged;
  - A conviction in the juvenile justice system;
  - A conviction that is more than 7 years old (unless the position supervises or provides services to minors, seniors, or dependent adults);
  - Infractions (except driving record infractions when driving is part of the job); or
  - A conviction for decriminalized conduct, including the non-commercial use and cultivation of cannabis.
* **Before taking any adverse action, such as not hiring an applicant because of a conviction, the employer must:**
  - Notify the applicant or employee and provide a copy of the background check, if any;
  - Give the applicant or employee 7 days to respond with evidence of inaccuracies on the background check or evidence of rehabilitation or other mitigating factors.*
  - Reconsider the action based on evidence the applicant or employee provides.

***Evidence of rehabilitation** includes satisfying terms of parole or probation, education or training, participating in alcohol or drug treatment programs, letters of recommendation; and age at which the individual was convicted. Mitigating factors are things that contributed to the conviction, such as coercive conditions, physical or emotional abuse, and unrelated substance abuse or mental illness.

**Preemption.** Where federal or state law imposes a criminal history requirement that conflicts with the FCO, the federal or state law will apply.

**No Retaliation.** An employer may not take an adverse action against an applicant or employee for exercising their rights under the FCO or cooperating with the Office of Labor Standards Enforcement.

**Notice Requirement:** Employers must provide this notice to applicants and employees prior to conducting a background check, and must post this notice in English, Spanish, Chinese and any other language spoken by at least 5% of the employees at the workplace or job site.

**For more information or to file a complaint, contact the San Francisco Office of Labor Standards Enforcement at: Hotline: (415)554-5192 Email: fco@sfgov.org**

## Notice of Investigative Consumer Report (for California Residents Only)

In connection with your application for employment, we have ordered an investigative consumer report (as defined by California law). This report may contain information on your character, general reputation, personal characteristics and mode of living.

This report has been or will be ordered from Tenstreet LLC. Their telephone number is (866) 585-1352 and they can be reached via email at drivers@tenstreet.com ("Agency"). .

The scope of the report may include the following names and date of previous employers, reason for termination of employment, work experience, accidents, drugs/alcohol use. Such report may also contain public record information concerning your driving record, workers' compensation claims, credit, bankruptcy proceedings, criminal records from

federal, state and other agencies that maintain such records.
You have the right under Section 1786.22 of the California Civil Code to contact the Agency during reasonable hours (9:00 a.m. to 5:00 p.m. (Central Time) Monday through Friday) to obtain all information in your file for your review. You may obtain such information as follows:
1. In person at the Agency's offices, which address is listed above. You can have someone accompany you to the Agency's offices. Agency may require this third party to present reasonable identification. You may be required at the time of such visit to sign an authorization for Agency to disclose to or discuss your information with this third party.
2. By certified mail, if you have previously provided identification in a written request that your file be sent to you or to a third party identified by you.
3. By telephone, if you have previously provided proper identification in writing to Agency.
Agency has trained personnel to explain any information in your file to you and if the file contains any information that is coded, such will be explained to you.

## California Residents Consumer Rights

FOR CALIFORNIA RESIDENTS ONLY
You have rights when an investigative consumer report is obtained by you. The following are some of your rights:
1. Whoever obtained the report is required to give you a free copy.
2. You have the right to contact the Agency that made the report. You can do this in one of the following ways:
(a) You may go to the Agency in person during the normal business hours. You can bring someone with you. That person may be required to present identification. You may be required to sign a paper allowing the Agency to discuss your file with or to show your file to this person.
(b) You may receive your file by certified mail, if you have given written notice to the Agency that you want information mailed to you or to another person you want to receive the file. You will be required to provide identification when you write for your file.
(c) You may be able to discuss your file over the telephone if you have given written instructions to the Agency and have provided identification.
3. You have the right to receive a copy of your file or your investigative consumer report at the Agency. You may be charged up to $8.00 to obtain a copy of your report or file. However, you may receive a free copy if:
(a) Once during a twelve month period if you are unemployed and intend to seek employment within sixty (60) days or you receive public welfare assistance or you believe your file contains inaccurate information because of fraud.
(b) If you are receiving a copy from the Agency relating to an investigation into the accuracy of the information you have disputed or if information is put back into your file.
4. You have the right to know the following information:
(a) The names of the persons and the companies who have received a


All Rights Reserved

report about you in the last three (3) years. You may request their addresses and telephone numbers.
(b) Explanations of any codes or abbreviations used in your report, so you can understand the report.
5. You have the right to dispute any information in your file. You must contact the Agency directly to do so. The person who ordered a report is required to give you the name and address of the Agency.
(a) The Agency has thirty (30) days from the day it received your dispute to complete the investigation.
(b) When the Agency is done with the investigation, it must tell you of any changes made in the report as a result of the investigation.
(c) If the investigation does not remove the information disputed by you, you have the right to place your statement of the facts in your file. The Agency has people to help you write the statement. The Agency may limit your statement to five hundred (500) words.
(d) If information is removed or you add a statement to your file, you can request the Agency to send the report, as changed or with your statement, to anyone who received the information in the last two (2) years.
(e) If information that is removed from your files is placed back in your file, you are entitled to receive written notice of that fact and you have the right to dispute the information added.
6. You also have rights under federal law in regard to your report. A copy of those rights are given to you with this California statement of consumer rights. Many of these rights are also included within California law. Under federal law, your report is called a consumer report, not an investigative consumer report, if it did not include personal interviews.

## California Residents Consumer Rights – (Spanish Language Version)

SOLO PARA RESIDENTES DE CALIFORNIA
Notificación de Investigación de Reporte al Consumidor
En conección con su aplicación para empleo, hemos ordenado una investigación de reporte al consumidor (definido por la ley de California) este reporte contendría información sobre su caracter, reputación y forma de vida.
Este reporte ha sido o será ordenado desde ______________________________ (dirección) Teléfono: _______________________ ("Agencia").
El alcance del reportaje puede incluír los datos y nombre de empleadores anteriores, razón por despido, experiencias de trabajo, accidentes, uso de drogas/alcohol. Dicho reporte puede contener información de caracter público como: record de manejo, compensaciones o reclamos de trabajo, préstamos, bancarrota, reportes de criminalística a nivel federal, estatal u otras agencias que posean determinados reportes.
Es su derecho bajo Sección 1786.22 del Código Civil de California de contactar la Agencia en horas razonables (9:00 a.m. a 5:00 p.m., de lunes a viernes) para obtener toda la información de su folder de archivos para su revisión. Ud. puede obtener dicha información de esta manera:
1. En persona, en las oficinas de la Agencia cuyo nombre se menciona arriba. Puede ir acompañado de alguien a las oficinas. La Agencia puede requerír al

acompañante su respectiva identificación. Se le podría requerir firmar una autorización por la Agencia para discutir o revelar su información con su acompañante.
2. Por correo certificado, si es que usted previamente a provisto la información de forma escrita para que su archivo sea enviado a ud. o a una persona identificada por ud.
3. Por teléfono, si previamente ud. a enviado la correcta información por escrito a la Agencia.
La Agencia tiene personal entrenado para explicar cualquier información en su archivo y si el archivo tuviese alguna información en Código (codificada), la cual le será explicada.
SOLO PARA RESIDENTES DE CALIFORNIA
Derechos del Consumidor de California
Ud. tiene derechos cuando una investigación de reporte al consumidor es obtenida por ud. los siguientes son sus derechos:
1. Quien sea que obtenga el informe, es requerido darle a ud. una copia grátis.
2. Ud. tiene el derecho de contactar a la Agencia que hizo el reporte (informe). Ud. puede hacer esto de una de las siguientes maneras:
(a) Ud. podría ir en persona durante horas de oficina. Ud. puede llevar a un acompañante. Su acompañante puede ser requerido a presentar identificación válida. Se le puede requerir a fírmar un papel permitiendo a la Agencia discutir o revelar su información a su acompañante.
(b) Ud. puede recibir su archivo por correo certificado, si ud. ha dado notificación por escrito a la Agencia para que su información sea enviada a ud. o a otra persona a quien ud. desea que se le envíe la misma. Se requiere proveer su información cuando envíe por la misma.
(c) Ud. puede discutir su archivo por teléfono si es que ud. ha dado las instrucciones por escrito a la Agencia y ha provisto su información necesaria.
3. Ud. tiene el derecho de recibir una copia de su archivo o su informe de la investigación al consumidor en la Agencia. Puede haber un cargo hasta de $8.00 para obtener una copia de su informe o su archivo. De todos modos, podría recibir una copia grátis si:
(a) Una vez, durante un periodo de doce (12) meses si ud. esta sin empleo y trata de conseguir empleo en un periodo de sesenta (60) dias, o si ud. recibe ayuda de asistencia pública, o también si ud. cree que su archivo contiene información no correcta por fraude.
(b) Si ud. recibe una copia de la Agencia relacionada a una investigación no exacta que cuestionó o si la información fue regresada a su archivo.
4. Ud. tiene el derecho de conocer la siguiente información:
(a) Los nombres de las personas y compañias que hayan recibido algún informe suyo en los últimos tres (3) años. Ud. puede requerir sus direcciones y números telefónicos.
(b) Explicaciones de algunos códigos o abreviaciones usados en su informe para que ud. pueda entenderlo.
5. Ud. tiene el derecho de discutir o cuestionar cualquier información en su

Proprietary and Confidential
All Rights Reserved

archivo. Para hacer eso deberá contactar a la Agencia directamente. La persona que ordena el informe es requerida de darle el nombre y la dirección de la Agencia.
(a) La Agencia tendrá treinta (30) dias hábiles desde el dia que recibe su queja para completar la investigación.
(b) Cuando la Agencia haya terminado con la investigación debera informar a ud. de cualquier cambio producido en el informe como resultado de la investigación.
(c) Si la investigación no quita (borra) la información que ud. cuestiona, ud. tiene el derecho de poner su declaración de los hechos en su archivo. La Agencia tiene gente capacitada para ayudarle a escribir su declaración. La Agencia podría limitar su declaración a quinientas (500) palabras.
(d) Si hay información quitada o agregada en la declaración de su archivo, ud. puede pedir a la Agencia enviar el informe con la nueva información de su declaración a cualquiera que haya recibido la información en los últimos dos (2) años.
(e) Si la información que fue quitada de su archivo es retornada al mismo, entonces, ud. tiene la facultad de recibir notificación por escrito de aquel hecho y tiene el derecho a disputar la información agregada.
6. Ud. tambien tiene derechos bajo ley federal respecto a su informe. Una copia de esos derechos le serán dadas con esta declaración de los derechos al consumidor de California. Muchos de estos derechos estan incluídos en la ley del estado de California. Bajo ley federal, su informe es llamado Reporte del Consumidor, no una investigación al consumidor, si eso no contiene entrevistas personales.

## Section 6: Systems

# Buckets:

- **New/Reapply**
- **Activity recruiting -** (have not made contact)
- **Working** - (Contact, but not approved)
- **Approved** - (Verbally approved or Reports Ran)
- **Scheduled -** (Entered into STMS)
- **School**
- **Orientation**

[redacted]

-Do Not Contact

[redacted]

**Application Flow:**

New/Reapply → Activity recruiting (have not made contact) → Working (Contact, but not approved)→ Approved (Verbally or Reports) → Scheduled (Entered into STMS)

**Application System - Tenstreet**







## Ordering Greyhound Ticket Through Tenstreet

The first step is tagging the location the applicant is headed to. (Even if they are attending school first you need to tag the orientation location)




Now, change APP VIEW to Travel View Ticket Order




The form comes pre-populated with the zip code from their app. You can select the mile radius and/or change the zip. If you have tagged a location, the "going to" section will come up with pre-populated locations. Select a departure date, pick your ticket and BOOK! You can override the pre-populated cities by entering the zip code of the location you want the driver to travel to.

The first step is tagging the location the applicant is headed to. (Even if they are attending school first you need to tag the orientation location)

Proprietary and Confidential
All Rights Reserved




Now, change APP VIEW to Travel View Ticket Order




The form comes pre-populated with the zip code from their app. You can select the mile radius and/or change the zip. If you have tagged a location, the "going to" section will come up with pre-populated locations. Select a departure date, pick your ticket and BOOK! You can override the pre-populated cities by entering the zip code of the location you want the driver to travel to.


*All Rights Reserved*

## Ticket Status

| Status | Confirm. # | Departure | Departure Date | Arrival | Arrival Date | Ordered Date | Price |
|---|---|---|---|---|---|---|---|
| No ticket information available. | | | | | | | |

## Ticket Ordering

E-Stop Notice

### Leaving From

Nearby Zip Code: 73099 within 20 ▼ miles of station **Get Locations**

Location Results

| | |
|---|---|
| El Reno (e) | Curbside |
| Oklahoma City Arpt | 7100 TERMINAL DR Ok City Arpt OK 73159 |
| Oklahoma City | 1948 E RENO AVE Oklahoma City OK 73117 |

### Going To

Nearby Zip Code: within 20 ▼ miles of station **Get Locations**

Location Results

Please enter zip code and select 'Get Destinations'

### Leaving On

Depature Date:

It will fill in the Ticket Status section directly below, and will start as "new", move to "pending" and then transition to confirmed. You will receive a reminder with the confirmation once it has gone through (it's pretty quick).

### Ticket Status

| Status | Confirm. # | Departure | Departure Date | Arrival | Arrival Date | Ordered Date | Price |
|---|---|---|---|---|---|---|---|
| Confirmed | 17486108 | Odessa/TX | Fri, 11/25 07:35 PM | Cedar Rapids/IA | Sun, 11/27 12:05 PM | 11-22-2016 14:51:00 | 246.5 |

Once the ticket has been ordered you will receive a notification in your reminders with the bus ticket confirmation.

Above is what it will look like under view ticket orders.


*All Rights Reserved*

# STMS – Student Tracking Management System








All Rights Reserved

You must complete:

- 1st and last name
- Phone number
- Email
- Address
- City
- State
- Zip
- SSN (double check this with 10st)
- Birthdate
- Division
- Driver classification
- Advertiser

**SCHOOL ASSIGNMENT**

School | Start Date | Graduation Date

--

Hotel | Lodging Type | Lodging Start | Lodging End

-- | Double

Extra Charges | No-Lodging Start | No-Lodging End

$

Travel Method | Travel Cost

None | $

License Status | Bus Ticket Amount

None | $

School Remarks

Lodging Remarks

CDL Projection Comments

**ORIENTATION ASSIGNMENT**

Location | Orientation Start | Orientation Grad

--

Hotel | Lodging Type | Lodging Start | Lodging End

-- | Double

Extra Charges | No-Lodging Start | No-Lodging End

$

Travel Method | Travel Cost | HME Eligibility

None | $ | Y - no endorsement or application

Lodging start needs to be the day before they start, and lodging end is the day AFTER they graduate.

If lodging ends for school on 5/12 the lodging will be 5/13. Lodging for orientation starts the same day it ends in school.

***if you need to delete someone's school dates,

they need to be noted in the school remarks unless they were a no show

## Example: Pipeline

Student Tracker - Recruiter Vi

Wayne Selken

RECRUITER: WAYNE SELKEN

| Last Name | First Name | CDL School | CDL Start | CDL Grad | Orientation | Orient Start | Orient Grad | Status | Functions |
|---|---|---|---|---|---|---|---|---|---|
| Dunston | Jenny | Continental | 2017-06-19 | 2017-07-07 | Orientation - OKC | 2017-07-10 | 2017-07-13 | [illegible] | ☑ |
| Laster | Clarence | ASD - Fontana | 2017-06-19 | 2017-06-30 | Orientation - Riverside | 2017-07-03 | 2017-07-07 | [illegible] | ☑ |
| Poole | Stephen | JTECH | 2017-05-27 | 2017-06-23 | Orientation- Jacksonville | 2017-06-26 | 2017-06-28 | [illegible] | ☑ |
| Diete | Nisser | ASD - Fontana | 2017-06-05 | 2017-06-16 | Orientation - Riverside | 2017-06-19 | 2017-06-22 | [illegible] | ☑ |
| Raja | Mohammad | JTECH | 2017-06-05 | 2017-06-30 | Orientation- Jacksonville | 2017-07-03 | 2017-07-06 | [illegible] | ☑ |
| Youman | Joshua | NADTA | 2017-06-12 | 2017-06-28 | Orientation - Cedar Rapids | 2017-06-29 | 2017-07-01 | [illegible] | ☑ |
| Richardson | Herbert | JTECH | 2017-06-12 | 2017-07-07 | Orientation- Jacksonville | 2017-07-10 | 2017-07-12 | [illegible] | ☑ |
| Watkins | Gary S | Hawkeye Community College | 2017-06-12 | 2017-06-16 | Orientation - Cedar Rapids | 2017-06-19 | 2017-06-21 | [illegible] | ☑ |
| Lock | Johnathan | | 0000-00-00 | 0000-00-00 | Orientation- Jacksonville | 2017-06-12 | 2017-06-14 | | ☑ |
| Bergeron | John | CRST Permit Training - CR | 2017-06-19 | 2017-07-12 | Orientation - Cedar Rapids | 2017-07-13 | 2017-07-15 | [illegible] | ☑ |
| Miller | Clarence | CRST Permit Training - CR | 2017-06-19 | 2017-07-12 | Orientation - Cedar Rapids | 2017-07-13 | 2017-07-15 | [illegible] | ☑ |
| Parks | Jermaine | Hawkeye Community College | 2017-06-19 | 2017-06-23 | Orientation - Cedar Rapids | 2017-06-26 | 2017-06-28 | | ☑ |
| Ali | Ali Hasan | Continental | 2017-06-19 | 2017-07-07 | Orientation - OKC | 2017-07-10 | 2017-07-13 | [illegible] | ☑ |
| Sanders | Brimen | | 0000-00-00 | 0000-00-00 | Orientation- Jacksonville | 2017-06-19 | 2017-06-21 | [illegible] | ☑ |
| Lynch | Jeremy | CRST Permit Training - CR | 2017-06-19 | 2017-07-12 | Orientation - Cedar Rapids | 2017-07-13 | 2017-07-15 | [illegible] | ☑ |


All Rights Reserved

**Application Rules**

- If you receive an 800 line call **and the recruiter has not made contact** (spoken to via phone, email or text) – this app is available to take. If they have and are actively working with next action dates set – this is not available to take.
- If applicant calls in on the 800 line and application is in another recruiters new/reapply box (recruiter has not worked) application is available to take
- If you transfer an 800 line call to a recruiter, send 800 line note and they do not call the applicant back by end of shift – this is available to take.
- If a new application is submitted after you have spoken to an applicant and they call the 800 line, if it has not been contacted by the end of shift app is free game regardless of when the recruiter spoke to the applicant. A new application is a call to action!
- No text or emails blasts to other recruiters' buckets! Work with your manager if you want to text others buckets within your own team (you need manager approval to do this). Remind the floor of special projects (hiring events, missed call list, etc). Missed call script: Sorry we just missed your call on our general line! If you have a recruiter, please give them a call. If not, please call xxx-xxx-xxxx! We look forward to hearing from you!
- If a new app comes in with a recruiter's referral code, it needs to go to that recruiter. The name selected in the drop down does NOT count.
- Referral codes will only be honored if the recruiter has a previous note of a conversation in 10S. If there are no notes, the application will be worked accordingly by a recruiter. Driver and school referrals will be dealt with on a case by case basis
- If the recruiter leaves for the day and does nothing with the next action date (that is set for that day) – this app is available to take
- No open notes, app is free game regardless of when the recruiter spoke to the applicant (if called from the 800 line).
- Max future note date is 30 days without a specific reason (suspended license, not 21, etc.). If last attempt resulted in no contact being made, max future note date is 10 days.
- You can go into the actively recruiting bucket and call applicants. No text or email blasts. Targeting recruiters' buckets will **not** be allowed. Phone calls only. The application will only be switched once contact has been made.

**After Hours (Weekends, Holidays, before/after other recruiters shifts)**

- If you have **no** new apps, you can request apps to be moved to you. This should be done 1-2 apps at a time and those apps must be contacted during that shift. No new app hoarding! If contact is **not made**, the original recruiter can still attempt to make contact even though the app has been switched to you. The recruiter that makes contact first will get to keep the app. These need to be switched by a manager!
- 

Manager discretion always applies. Example – a note expires on a "pre-approved processing" app due to the recruiter being out sick that day. The manager may not approve moving this app if a call was taken on the 800 line. Instead, we would encourage you to help your peer by handling the call on their behalf.

******NOTE YOUR APPS AND SET NEXT ACTION DATES: it should always be clear as to what you are doing with that app*******


*All Rights Reserved*

## HELPFUL HINTS

### Charge Back Cheat Sheet

- You need to provide the transportation and lodging costs for all **CONTRACT and REFRESHER** students.


All Rights Reserved

- Transportation and lodging costs
  - If they drove or got a ride, please put that down (do not leave the box blank).
  - We only look at lodging while they are in school – we pay for Orientation lodging.
  - For any rehires that are also contract students – all that is needed is a note saying they are rehires. ***No information besides that has to be provided***
  - Drivers who get a rental car to school are charged a flat **$150**

| ID# | Bus | Lodging | LAST NAME | FIRST NAME | SS # | School | REC |
|---|---|---|---|---|---|---|---|
| 507M | $100.50 | $350.00 | Beecher | Christopher | 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 | Hawkeye Community College | Steve Andersen |
| 391M | $293.00 | $480.00 | Gipson | Eric | 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 | NADTA | Jeff Duncan |
| 394M | $255.00 | $800.00 | Armstrong | Jakhiry | 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 | NADTA | Eric |
| 312M | Drove | $480.00 | Mwelwa | Humphrey | 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 | NADTA | Kelly |

- Lodging costs vary by school and the time they've stayed.
  - We calculate a week as Sunday to Saturday. If the lodging ends **before or on** Wednesday, charge them half of the rate. If their school goes to Thursday & beyond, charge them for a full week.
  - School Costs:
    - ASD = $165/week & $82.50 ½ week
    - Hawkeye = **$160**/week & $80 ½ week
    - **EVERY OTHER SCHOOL** = $160/week & $80 ½ week
    - **Careers World Wide** = $325/flat rate
    - 
  - For example, 12/6/15 to 12/12/15 is one full week.
    - For example, lodging for someone attending CR Permit from 1/1/17 to 1/25/17- (3 ½ weeks). The person would be charged back $560.00, because they spent 3 ½ weeks there.
      - $165 x 3.5 = $560.00

Additional Examples:

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | | | | | | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Stay is 4/2 - 4/25 @ NADTA -

| | |
|---|---|
| Full Weeks: 4/3 - 4/9 | $160 |
| 4/10 - 4/16 | $160 |
| 4/17 - 4/23 | $160 |
| Partial Week Half Rate: | |
| 4/24-4/25 | $80 |
| Total: | $560 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | | | | | | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |

Stay is 4/2 - 4/25 @ Hawekey -

| | |
|---|---|
| Full Weeks: 4/3 - 4/9 | $175 |
| 4/10 - 4/16 | $175 |
| Partial Week- but at full rate (Wednesday stay): | |
| 4/17-4/20 | $175 |
| Total: | $525 |

## Experienced Driver Hiring Cheat Sheet

CRST EXPEDITED

- **Equipment**


All Rights Reserved

- Truck Specs – see R Drive
- All come with Mini Fridge
- Do not come with inverters
  - Have option to add one
- No APU's (Auxiliary Power Unit)
- Governed at 65 MPH (Lease 67)

- **Maintenance**
  - Trucks serviced every 44,000 miles
  - Vehicle Response Team (VRT)
    - 24 hours per day
    - Messages and Phone
    - Set up all maint issues
- **Extra Pay**
  - Layover – Waiting without work
    - $40 per driver per day, first day is 48 hours
  - Breakdown – Waiting for truck/trailer mechanical issues
    - $40 per driver per day, first day is 48 hours
  - Detention – time spent waiting at customer
    - Pays after 6 hours, pending customer agreement
    - Hourly rate for sitting
- **Miles/Freight**
  - Pay all dispatched miles
    - Bobtail, deadhead, loaded
  - Paid vs Driven miles (HUB)
    - Hub miles aren't what is on the odometer
    - Paid miles will come out with dispatch
  - Drop and Hook – 80%
    - Trailer is already loaded, go there and grab it
    - Pick up and delivery
  - No touch freight – 99%
    - Don't have to load or unload trailers'
    - Very rare, will pay if you have to
- **Routes/Fuel**
  - Routes are provided for each load
    - Local directions as well
  - Fuel solutions sent out with each load
    - Where to stop and how much to fuel
  - Tolls – if approved will be reimbursed
    - Will be told whether or not to take the tolls
- **Terminals/Shop Locations**
  - Terminals and Shop Locations
  - Truck and Trailer Services

        - Cedar Rapids, IA
        - Carlisle, PA
        - Oklahoma City, OK
        - Riverside, CA
    - Shop Location only
        - Morton, IL
- **Safety Policies**
    - Safety first mentality
    - Weather – driver choice to shutdown
        - With communication
    - Fatigue – same
    - Cameras - Outward facing only
        - Record only with needed
    - Lead driver Team – for support
    - Safety at each terminal
- **Hometime**
    - Take truck and/or trailer home
        - Pending location and customers
    - Can take hometime 'wherever'
        - Does not have to be their domicile
    - Teams can alternate locations
        - 1 month TN, 1 month TX

# Pay codes:

**ST---Applicants we are putting through school (contract)**

**R----Recent grads or drivers who must go out with a lead driver**

**E----Experienced driver with verifiable driving**

# What will their pay code be????

**Driver has 3 years OTR**

**Driver used to have CDL worked for Swift for 2.5 years but let CDL go and needs full school**

**Driver just graduated from CDL School last week**

**Driver has 5 years' experience with KLLM has been out of the truck the last 6 years and will be taking a one wee class here**

**Driver got his permit here with us and will be under contract the next 10 months**

**Driver has 6 months local work**

**Driver has 1-year OTR and 6 months Regional**

# Rebuttal Sheet

DRIVER NOT INTERESTED IN TEAMS:

- Chance to make more money. Truck is always moving since there are 2 drivers. If there is a weather, traffic, safety, maintenance, etc issue that slows the truck down, you have the ability to make up the missed time/miles up on the back end.
- Teams can be safer. Having someone else on the road with you (especially starting your career) allows you to help problem solve issues on the road that may come up. Your co driver can help you navigate tight locations (drop yards, dock, parking lots, etc). You also have someone on the road with you to help combat fatigue, look at maps/do trip planning and navigate any safety issues that can arise when you are on the road.


*All Rights Reserved*

- CRST has <u>some</u> solo positions in Dedicated and as an Owner/OP. Must have experience will depend on the driver*s domicile. <u>* *Good opportunity to sell a career path with our different CRST companies* *</u>

<u>DRIVER NOT INTERESTED IN OTR (WANTS LOCAL/REGIONAL):</u>

- With local and regional work, you might not make as much money. If you are paid by the mile, you will be getting much shorter runs. CRST's average length of haul is 1,300 miles.
- We guarantee home time.
- Getting OTR experience early in your career will help you down the road.when if you want a tocal/regional position (if CRST doesn't have something that will fit in Dedicated or Select). Career Path at CRST. • Most employers require some experience to be hired on with them. We can hire drivers with ALL experience levels. We can help drivers get that OTR experience. • Opportunity to see the country.

<u>DRIVER NOT INTERESTED IN CRST (HEARD BAD REVIEWS):</u> • Family owned company since 1955.

- Never laid-off a driver.
- We operate in the black (we are a debt free company).
- We are a growing company. Each year we add more employees and drivers.
- We have day 1 health benefits and full benefits (dental, vision, 401K, life insurance). Drivers are covered for medical insurance as soon as they are hired.
- We are the nation's team carrier.
- We have newer equipment. Average age of our tractors are only 14 months. • Bad reviews of CRST from a driver or on the internet? o Gold Rules initiative o Improve dispatcher to driver ratio (from 1 to 100, now 1 to 40). Help DM's build better relationships with drivers.
- Retention Department (added Driver Service Managers and VP of retention). o Open door policy to speak with management.
- Sign on bonuses
- Mileage bonus (Expedited). This is not conditional on safety, fuel, etc.
- Recent pay increase for recent graduates.
- We don't split the pay per mile. We spilt the miles and each driver will get their own rate. If other programs are paying per hour during training, or flat weekly rate, the driver might not make as much.

## NOTES:


All Rights Reserved

**NOTES:**


*All Rights Reserved*

## NOTES:

Proprietary and Confidential
All Rights Reserved

**NOTES:**

**NOTES:**

**NOTES:**


All Rights Reserved

## NOTES:

**NOTES:**


All Rights Reserved

**NOTES:**

**NOTES:**

1.) Applicant Joe Smith's (contract student) MVR shows the following tickets all within the last 3 years:
    - A 10 MPH over speeding ticket
    - 2 seatbelt tickets
    - 5 month suspension
- Is Joe qualified to drive for CRST? YES NO
- Please explain.
-
-

2.) Billy Joel holds a Class A CDL. He has 8 months OTR experience but has been out of the truck for the last 26 months. What does Billy require? (Please circle correct answer)
    - Straight to orientation
    - Extended orientation with a DOT road test
    - One week refresher
    -

3.) What states require a signed release before you can run the documents? (MVR, DAC, etc..)

4.) What written test does a student need to pass in order to obtain a Class A permit?

5.)

6.) You take a phone call from Michael Jackson who tells you he just recently got his driver's license for the first time 12 months ago. Does he qualify? Please explain.

7.)

8.)

9.)

10.) Bob Jones just graduated from trucking school 2 weeks ago. He calls in to ask the starting pay for a recent grad at CRST. What would Bob's starting pay be? In addition, what other benefits would Bob receive as a recent grad?

11.)

12.)

13.) What locations (city, state) does CRST currently hold driver orientation? How many days is orientation at each location?

14.)

15.) You are working the 800 line and Mark Ross calls in. You search Mark in tenstreet and he currently has an application on file from 2 years ago. What is your next step? Please explain.

16.) You are working with student Steven Tyler from New York. After running his MVR you notice Steven's NY license shows an original issue date from 2 months ago. What is your next step?

17.)

18.) You have just sold applicant Karen Carpenter on the CDL program, she states she wants to start truck school next week. Upon running Karen's MVR you find: (all within the last 3 years)

- 5 MPH over speeding ticket
- Distracted driving ticket
- Failure to obey signal ticket
- Does Karen qualify to driver for CRST? YES NO
-

19.) What items does a contract student payback to CRST out of payroll deductions? Please list them below.

20.) What documents does a contract student attending truck school outside of their home state need to obtain their permit and CDL? Please list them below.

21.)

22.) Applicant James Taylor tells you about an accident he had last year involving him rear ending someone who slammed on their brakes in front of him. Does he qualify? Please explain.

23.) Rod Stewart from Las Vegas, NV has filled out an application online. You reach out to Rod; he is interested in obtaining his CDL. You sell him on the program and get him qualified. Where do you send Rod to truck school?

24.)

25.)

26.)

27.) Recent grad Betty Davis has called in on the 800 line, you answer. Upon pre-qualifying Betty and completing the phone application with her you learn she has held 7 jobs in the last year. She also has a 10 month suspension, driving while suspended ticket, and a failure to obey signal ticket all within the last 3 years. Does Betty qualify? Please explain.

28.)

29.) Ronald Johnson has completed a Bayard lead form online. When you call Ronald you learn he holds a CDL and graduated from truck school 5 months ago and has not driven since. What does Ronald require? (Please circle correct answer)

- Straight to orientation
- Extended orientation with DOT road test
- One week refresher

30.) You have just sold applicant Pam Johnson on CRST. Pam graduated truck school 2 months ago, upon graduation she went to work for Swift driving OTR, this is what she had been doing for the last 2 months. She quit Swift yesterday and is ready to straight orientation with CRST next week. What pay code tag will you use for Pam?

31.) Pam's brother Joshua Johnson calls in shorty after you talk to Pam. Josh does not have a CDL and is interested in our program. He tells you he had a careless driving ticket 3 years ago. Does Josh qualify to drive for CRST? Please explain.

32.)

33.) What orientation locations hold extended orientation with a DOT road test? What day of the week does extended orientation start in each location?

34.) You receive an application for Barry Branson. Barry currently does not have a CDL and is interested in our program. Upon telling Barry we run only teams at CRST he immediately is no longer interested. Please list below a couple rebuttals you can use in an effort to sell Barry on team driving.

35.) When you run documents (MVR, DAC, etc...) on an applicant and something on those documents disqualifies the applicant what is your next step in tenstreet?

36.) Applicant John Miller calls in and is interested in the CDL program. While pre-qualifying him he tells you he had a 12 MPH over speeding ticket one month ago, as well as a 5 MPH over speeding ticket 2 years ago. Does John qualify? Please explain.

37.)

38.) Recent grad Tommy Thompson calls in on the 800 line. He has just recently graduated from truck school and is interested in our tuition reimbursement program. Up to how much do we reimburse for truck school? (Please circle correct answer)

- Up to $3600
- Up to $4800
- Up to $6500

39.)What are the 3 types of applicants we hire?

40.) Contract student Sam Samsonite starts at JTech next week. How many points of contact will you have with Sam this week?

41.)Illinois student Sandy Sanderson calls in on the 800 line. She is interested in our CDL program. What does Sandy need before she can start the CDL training with CRST?


All Rights Reserved

42.) You are speaking with recent grad Dan Donaldson. He graduated truck school last week. What are the minimum requirements needed of a truck school for Dan to qualify to go straight into orientation?

43.) You sit down at your desk on a Tuesday morning and you have 14 new applications, 8 reapplies, and a note/reminder to book a student for next week. What should you do first and why?

# What Would You Do?

1) New Application comes in
    a. Call, Email, Text
    b. Call, Email, Drip Text
    c. Call, Text
    d. Text and Email
    e.
2) Reapply Application comes in
    a. Call, Email, Text
    b. Call, Email, Drip Text
    c. Text (only)
    d. Move it to not reachable, no additional contact
    e.
3) New Application comes in how many times would you contact it?
    a. 3
    b. 4
    c. 2
    d. 6
    e.
4) You have attempted to reach an application 4 times, with no success in reaching the applicant. A week later a new application comes in.
    a. Call (only)
    b. Text (only)
    c. Call, Text, Email
    d. Move to not reachable
    e.


*All Rights Reserved*

5) Reapply comes in how many times do you attempt to make contact?
   a. No contact - Move to not reachable
   b. 4
   c. 6
   d. 1

| | | | | | |
|---|---|---|---|---|---|
| Name of School | **Advance School of Driving (ASD)** | | | | |
| ADDRESS | **13946 Jurupa Ave** | CITY | **Fontana** | State | **Califor** |
| PHONE | **909-349-2585** | FAX | **909-349-2852** | ZIP | **92337** |
| SCHOOL OWNER | **Glen Bither** | | | | |
| SCHOOL DIRECTOR | **Vicki MacKay** | E-MAIL ADDRESS | vamackay@cs.com | | |

QUESTIONS

Please list the documents that a new student needs to bring with them to get a Class A CDL from your school.

**Their California Drivers License and NON Laminated Social Security card.**

**CA Residents only - OR already have their CDL.**

How much money do the students need to bring to get their Class A CDL?

| | |
|---|---|
| Permit Fee | ______ |
| Road Test Fee | |
| Endorsement fees | ______ |
| License | ______ |
| CRST Processing Fee | ______ |
| Total cost | ______ |

If a student fails the first exam, is there a waiting period before the student can test again? Are there additional fees to be paid if the student has to retest?
**No addition fees, and no waiting time.**

How long is your training program (In Hours, Days and Weeks) and do you train on the weekends? If a student arrives with a permit, does that change the length of the course?
**Monday-Friday for 2 weeks - 4 Day Orientation**

What day of the week does your program start?
**Monday. Class times are 6:30am - 2:30pm Monday-Friday**

How often do classes start, e.g., every week, every other week?
**Every Monday**

What day of the week will the students graduate?
**Graduation is on Friday**

Is lodging offered at your school, and if so, by whom? CRST/CLS or the school?
**Yes, on campus housing though CRST**

What is the name, address and phone number of the hotel?

| | | | |
|---|---|---|---|
| Name | **Riverside Training Center** | | |
| Address | **5350 Wilson ST** | City **Jurupa Valley** | ST **California** |
| Phone | **951-275-5759** | FAX | **909-621-3971** |

Does the hotel offer breakfast as part of the room charge? **Yes**

Do the hotel rooms have microwaves and refrigerators? **In Lobby**

Meal Program

| | |
|---|---|
| Breakfast | **Paid by CRST** |
| Lunch | **Paid by CRST** |
| Dinner | **Paid by student** |

If coming to the school by bus, how do the students get from the bus station to the hotel?
**When you arrive at the bus station in Riverside, call 951-275-5759 and ask for the CRST shuttle to pick you up at the bus station. The shuttle will take you directly to the CRST training center.**

How do the students get from the hotel to the school?
**The school shuttle will pick them up.**

What takes place during the first day of the program?
**Students will begin school at 6:30am they will fill out paperwork then begin drug screenings and physicals**

Can the school send (fax or e-mail) a daily attendance roster to CRST? Can the school access the Internet to use the CRST software program that tracks attendance and student progress? Can you use Excel spreadsheets received via e-mail from CRST?

**Student attendance is updated every day in STMS**

Can your school train students from other states?

**No, unless they already have a CDL A**

How many tractors does the school use for training? **9**

What type of trailers will the students train on?

| | |
|---|---|
| Van - 48' or 53' | **yes** |
| Flat Bed | **no** |
| Other | |

How many Hours behind the wheel will students get?

| | | | |
|---|---|---|---|
| Range | **20** | Road | **20** |
| | | Total | **40** |

When students test for the Class A CDL, what equipment do they use, what type tractor, what type transmission, and what type trailer? Do they test with equipment that differs from the equipment they use for training?

**Conventional, 10-speed transmissions and 48' trailers**

Do you offer refresher training courses for CDL holders? What is the cost?

**Yes, $500**

# SCHOOL PROFILE

| | | | | | |
|---|---|---|---|---|---|
| Name of School | **Careers World Wide** | | | | |
| ADDRESS | 35 South Main St PO Box 587 | CITY | Keensburg | State | CO |
| PHONE | 303-732-4381 | FAX | | ZIP | 80 |
| SCHOOL OWNER | | | | | |
| SCHOOL DIRECTOR | **POC - Sean Shellman** | E-MAIL ADDRESS | sean.s@cdltrainer.com | | |

QUESTIONS

1. Please list the documents that a new student needs to bring with them to get a Class A CDL from yo school.

2. How much money do the students need to bring to get their Class A CDL?

   Permit Fee ____
   Road Test Fee ____
   Endorsement fees ____
   License ____
   CRST Processing Fee ____
   Total cost ____

3. If a student fails the first exam, is there a waiting period before the student can test again? Are the additional fees to be paid if the student has to retest?

4. How long is your training program
   Can an out of state arrive with an out of state permit and transfer that to your state?
   **3 Week Program**


*All Rights Reserved*

5. What day of the week does your program start?
**Students will report on Sunday**

6. How often do classes start, e.g., every week, every other week?
**Every week**

7. What day of the week will the students graduate?
**Friday**

8. Is lodging offered at your school, and if so, by whom? CRST/CLS or the school?
**Yes - Students are lodged in a 3 bdrm, 2 bath apartment - Bunk beds**

9. What is the name, address and phone number of the hotel?
Name ______
Address ______ City ______ ST ______
Phone ______ FAX ______

10. Does the hotel offer breakfast as part of the room charge? ______

11. Do the hotel rooms have microwaves and refrigerators? ______

12 **Meal Program**
**Breakfast** ______
**Lunch** ______
**Dinner**

13 If coming to the school by bus, how do the students get from the bus station to the hotel?
**Students will be bussed to the Denver Greyhound Station on Saturday ONLY**
**Students will need to call the shuttle at 303-815-7553**

14 How do the students get from the hotel to the school? ______

15 What takes place during the first day of the program?
**Sunday - Students will take their DOT physical and Urinalysis.**
**Students will also start with a study session**

16 Can the school send (fax or e-mail) a daily attendance roster to CRST? Can the school access the Inter to use the CRST software program that tracks attendance and student progress? Can you use Excel spreadsheets received via e-mail from CRST?
**School will email CRST**



17 Can your school train students from other states? ______
List the states

# SCHOOL PROFILE

Name of School **Cedar Rapids NADTA Permit**

ADDRESS 3930 16th Ave. SW CITY Cedar Rapids IA

20 Are all tractors straight conventional with straight 1--speed transmissions?

21 What type of trailers will the students train on?

Van - 48' or 53'
Flat Bed
Other

22 How many Hours behind the wheel will students get? Range ____ Road ____ Total ____

23 When students test for the Class A CDL, what equipment do they use, what type tractor, what type transmission, and what type trailer? Do they test with equipment that differs from the equipment they for training? Do they test with straight 10-speed transmissions and 53' trailers?

24 Do students test at the state DMV testing site or do you use 3rd party testers?

25 Do you offer refresher training courses for CDL holders? What is the cost?

32 **Miscellaneous Comments**

**Recruiter must provide the incoming student with an already provided welcome letter.**

**Sean MUST be included on this email**

**Incoming student must make contact with Sean BEFORE to confirm student arrival**

| | | | | | |
|---|---|---|---|---|---|
| Name of School | **Cedar Rapids NADTA Permit** | | | | |
| ADDRESS | 3930 16th Ave. SW | CITY | Cedar Rapids | IA | |
| PHONE | | FAX | | ZIP | |
| SCHOOL OWNER | | | | | |
| SCHOOL DIRECTOR | **Marty Keppler** | E-MAIL ADDRESS | mkeppler@crst.com | | |

QUESTIONS

1. Please list the documents that a new student needs to bring with them to get a Class A CDL from your school.
**Drivers License , Social Security Card, Birth Certificate (raised seal), Green Card or Passport with I-551 stamp.**

2. How much money do the students need to bring to get their Class A CDL?

| | |
|---|---|
| Permit Fee | |
| Road Test Fee | |
| Endorsement fees | |
| License | |
| CRST Processing Fee | |
| Total cost | |

3. If a student fails the first exam, is there a waiting period before the student can test again? Are there additional fees to be paid if the student has to retest?
**No additional fees. They will have Four attempts at General Knowledge, Air Brakes, and Combinaton**

4. How long is your training program (In Hours, Days and Weeks) and do you train on the weekends? If a student arrives with a permit, does that change the length of the course? Can an out of state arriv with an out of state permit and transfer that to your state?
**Monday-Friday. 1 week with additonal training on the weekends if needed**

5. What day of the week does your program start?
**Monday - Two Welcome Meetings every Sunday Time starts at either 2:30PM or 6:00PM**

6. How often do classes start, e.g., every week, every other week?
**Every Monday**

7. What day of the week will the students graduate?
**Graduation is on Friday**

8. Is lodging offered at your school, and if so, by whom? CRST/CLS or the school?
**Yes, on campus housing though CRST**

9. What is the name, address and phone number of the hotel?
Name **CRST Training Center**
Address **3930 16th Ave. SW** City **Cedar Rapids** ST **Iowa**
Phone FAX

10. Does the hotel offer breakfast as part of the room charge? **Yes**

11. Do the hotel rooms have microwaves and refrigerators? **In Lobby**

12 **Meal Program**
**Breakfast** **Paid by CRST 4am-6am**
**Lunch** **Paid by CRST 12pm-1pm**
**Dinner** **Paid by student**

13 If coming to the school by bus, how do the students get from the bus station to the hotel?
**When you arrive at the bus station in Cedar Rapids, call 1-800-366-8460 and ask for the CRST shuttle to pick you up at the bus station. The shuttle will take you directly to the CRST training center.**

14 How do the students get from the hotel to the school?
**The school shuttle will pick them up.**

15 What takes place during the first day of the program?
**Students who are scheduled to start class will walk to the International Bldg - Start Time 6:4**
**They will attend NADTA Permit for 1 week.**
**Students will need to bring their DL, SSC and BC**

16 Can the school send (fax or e-mail) a daily attendance roster to CRST? Can the school access the Inter to use the CRST software program that tracks attendance and student progress? Can you use Excel spreadsheets received via e-mail from CRST?
**STMS**

17 Can your school train students from other states? **Yes**
List the states

*Proprietary and Confidential*
*All Rights Reserved*

# SCHOOL PROFILE

| | | | | | |
|---|---|---|---|---|---|
| Name of School | **Hawkeye Community College** | | | | |
| ADDRESS | **6433 Hammond Ave** | CITY | **Waterloo** | State | **Iowa** |
| PHONE | **319-296-4286** | FAX | **909-349-2852** | ZIP | **9233** |
| SCHOOL OWNER | | | | | |

Flat Bed ______
Other

22 How many Hours behind the wheel will students get? Range ______ Road ______ Total ______

23 When students test for the Class A CDL, what equipment do they use, what type tractor, what type transmission, and what type trailer? Do they test with equipment that differs from the equipment they for training? Do they test with straight 10-speed transmissions and 53' trailers?

24 Do students test at the state DMV testing site or do you use 3rd party testers?

25 Do you offer refresher training courses for CDL holders? What is the cost?

SCHOOL DIRECTOR **Celeste Turner** E-MAIL ADDRESS Celeste.turner@hawkeyecollege.edu

QUESTIONS

1. Please list the documents that a new student needs to bring with them to get a Class A CDL from your school.
**CDL or CLP, Social Security Card and Medical Card**

2. How much money do the students need to bring to get their Class A CDL?

| | |
|---|---|
| Permit Fee | |
| Road Test Fee | |
| Endorsement fees | |
| License | |
| CRST Processing Fee | |
| Total cost | |

3. If a student fails the first exam, is there a waiting period before the student can test again? Are there additional fees to be paid if the student has to retest?
**No addition fees, a one day waiting period.**

4. How long is your training program (In Hours, Days and Weeks) and do you train on the weekends?
**Monday-Friday for 1 week (refresher students only)**

5. What day of the week does your program start?
**Monday. Class times are 7:00am - 5:00pm Monday-Friday**

6. How often do classes start, e.g., every week, every other week?
**Every Monday**

7. What day of the week will the students graduate?
**Permit - Wednesday** **Class A - Friday**

8. Is lodging offered at your school, and if so, by whom? CRST/CLS or the school?
**Yes, Baymont Inn and Suites though CRST**

9. What is the name, address and phone number of the hotel?

Name **Baymont Inn and Suites**
Address **1945 LaPorte Rd** City **Waterloo** ST **Iowa**
Phone **319-234-7411** FAX

Proprietary and Confidential
All Rights Reserved

10. Does the hotel offer breakfast as part of the room charge? **Yes**

11. Do the hotel rooms have microwaves and refrigerators? **No**

12 Meal Program

| | |
|---|---|
| Breakfast | **Paid by CRST** |
| Lunch | **Paid by CRST** |
| Dinner | **Paid by student** |

13 If coming to the school by bus, how do the students get from the bus station to the hotel?
**When you arrive at the bus station in Waterloo, call First call Taxi @ 319-233-8294 the cost o cab is $10.00. Have them take you to the the Baymont Inn on Laporte Rd**

14 How do the students get from the hotel to the school?
**The school van will transport students to and from the school. They will need to be ready in the hotel lobby of the hotel each day at 6:30 am**

15 What takes place during the first day of the program?
**Students will begin school at 7:00am they will fill out paperwork then begin drug screenings and physicals if needed.**

16 Can the school send (fax or e-mail) a daily attendance roster to CRST? Can the school access the Inter to use the CRST software program that tracks attendance and student progress? Can you use Excel spreadsheets received via e-mail from CRST?
**Student attendance is updated everyday in STMS**

17 Can your school train students from other states?
**Yes**

18 How many tractors does the school use for training? **11**

19 What type of trailers will the students train on?

| | |
|---|---|
| Van - 48' or 53' | **yes** |
| Flat Bed | **no** |
| Other | |

20 How many Hours behind the wheel will students get? Range **20** Road **20** Total **40**


*All Rights Reserved*

# SCHOOL PROFILE

Name of School **J-Tech**

ADDRESS **8813 Western Way** CITY **Jacksonville** State **FL**

PHONE **904-328-5600** FAX ZIP **3225**

SCHOOL OWNER **Non profit**

SCHOOL DIRECTOR **Greg Jones** E-MAIL ADDRESS www.jtech.org

QUESTIONS

1. Please list the documents that a new student needs to bring with them to get a Class A CDL from your school.
**Their Driver License (CDL), Social Security Card and Medical Card**


*All Rights Reserved*

2. How much money do the students need to bring to get their Class A CDL?

| | | |
|---|---|---|
| Permit Fee | **Retest Fee-** | **$10.00** |
| Road Test Fee | | |
| Endorsement fees | | |
| License | | |
| CRST Processing Fee | | |
| Total cost | | |

3. If a student fails the first exam, is there a waiting period before the student can test again? Are there additional fees to be paid if the student has to retest?
**$10.00 addition fees, a one day waiting period.**

4. How long is your training program (In Hours, Days and Weeks) and do you train on the weekends?
**131 Hours Monday though Saturday . End date will be on a Friday - 4 Week Program**

5. What day of the week does your program start?
**Monday- Class starts at 7am**

6. How often do classes start, e.g., every week, every other week?
**Every Week**

7. What day of the week will the students graduate?
**Friday**

8. Is lodging offered at your school, and if so, by whom? CRST/CLS or the school?
**Yes**

9. What is the name, address and phone number of the hotel?

| | | | | | |
|---|---|---|---|---|---|
| Name | **Travelodge** | | | | |
| Address | **1153 Airport Rd** | City | **Jacksonville** | ST | **FL** |
| Phone | **904-741-4600** | FAX | | | |

10. Does the hotel offer breakfast as part of the room charge? **Yes**

11. Do the hotel rooms have microwaves and refrigerators? **Yes**

12 Meal Program

| | |
|---|---|
| Breakfast | **Paid by CRST** |
| Lunch | **Paid by CRST** |
| Dinner | **Paid by student** |

*Proprietary and Confidential*
*All Rights Reserved*

13 If coming to the school by bus, how do the students get from the bus station to the hotel?
**The travelodge provides a shuttle on SUNDAYS only.**
**Students can also call KAB taxi service. Amye Bell 904-576-6341**

14 How do the students get from the hotel to the school?
**Shuttle bus will be provided**

15 What takes place during the first day of the program?
**Drug Screen and Physicals**
**General Knowledge Instruction**

16 Can the school send (fax or e-mail) a daily attendance roster to CRST? Can the school access the Inter to use the CRST software program that tracks attendance and student progress? Can you use Excel spreadsheets received via e-mail from CRST?
**Student attendance is updated everyday in STMS**

17 Can your school train students from other states?
**Out of state students must have CDL- Permits must be residents of Florida**

18 How many tractors does the school use for training? **6**

19 What type of trailers will the students train on?
Van - 48' or 53' **yes**
Flat Bed **no**
Other

20 How many Hours behind the wheel will students get?
Range **20** Road **20**
Total **40**

21 When students test for the Class A CDL, what equipment do they use, what type tractor, what type transmission, and what type trailer? Do they test with equipment that differs from the equipment they for training?
**Conventional, 10-speed transmissions and 53' trailers**

22 Do you offer refresher training courses for CDL holders? What is the cost?
**Not at this time**


*All Rights Reserved*

# EXHIBIT 5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HUCKABY, individually and on behalf of all other persons similarly situated, and on behalf of the general public, | ) Case No. 2:21-cv-07766-ODW-PD |
| Plaintiff, | ) |
| vs. | ) |
| CRST EXPEDITED, INC., an Iowa corporation; CRST INTERNATIONAL, INC., an Iowa corporation; and DOES 1 through 30, inclusive, | ) |
| Defendants. | ) |

THE VIDEOTAPED DEPOSITION HELD REMOTELY OF KEITH HUCKABY

TAKEN MARCH 7, 2022

REPORTED REMOTELY BY:

MARY (RAINEY) STOCKTON, CSR No. 746

Notary Public

Huckaby.

A. Correct.

Q. Mr. Huckaby, I want to discuss some of the things you needed to do to complete the delivery of a load. Okay?

And for these questions, I want to focus on your work at CRST. Okay?

A. Yes.

Q. When delivering the load, you needed to communicate with customers at the pick-up and drop-off location, correct?

A. Correct.

Q. And you needed -- in order to complete the delivery of a load, you needed to get the paperwork from customers, correct?

A. Correct.

Q. This would usually be a Bill of Lading identifying what is in the trailer you were hauling; is that correct?

A. Correct.

Q. Can you deliver the load without getting that paperwork?

A. No.

Q. All right. And often you would need to provide paperwork to customers, correct?

A. No.
Q. Okay. In order to complete the delivery of a load, you needed to communicate with your dispatcher or your driver manager, correct?
A. Correct.
Q. All right. And did you refer to that individual as a dispatcher or a driver manager when you were working at CRST?
A. Both.
Q. Both. Okay. It's the same person, though, correct?
A. Correct.
Q. All right. And your dispatcher was located in Cedar Rapids, Iowa?
A. As far as I know.
Q. Okay. All right. Could you complete the delivery of a load without communicating with your dispatcher?
A. Yes.
Q. Was it necessary to communicate to your dispatcher in order to deliver loads?
MS. BERENJI: Vague and ambiguous.
THE WITNESS: Can you repeat that?
Q. (BY MR. ANDREWSCAVAGE) Yeah. Let me ask it in a better way.

were not in there based on this sample dispatch?
MS. BERENJI: Asked and answered. Calls for speculation.
Q. (BY MR. ANDREWSCAVAGE) You can answer, Mr. Huckaby.
A. I have no idea if they were in there. I don't remember.
Q. So, you don't remember if they were in the dispatch or not?
A. No, I don't.
Q. But you remember the deadhead miles, correct?
A. Yes. Not always, though.
Q. Okay. At the times where there were no deadhead miles, was that because there was no deadheading?
A. Yes.
Q. Did CRST always give you a -- do you see in the middle here, it says: From IDSC expert fuel. And then it says fuel solution. Do see that right here in the middle of the page?
A. Yes.
Q. Did CRST always provide you a fuel solution with your dispatch?
A. I believe they did.
Q. Okay. And what is a fuel solution?

A. I believe that's where you go to fuel.
Q. Okay. And you needed to have fuel in the truck to be able to deliver a load, correct?
A. Correct.
Q. All right. And fueling was part of delivering a load, correct?
A. Correct.
Q. Did you acknowledge that you would accept the load through your Qualcomm?
MS. BERENJI: Objection. Vague and ambiguous.
THE WITNESS: Yes.
Q. (BY MR. ANDREWSCAVAGE) And sometimes you would acknowledge the load, correct? Sometimes -- strike that.
You had a co-driver when you worked for CRST, correct?
A. Correct.
Q. All right. So, sometimes if the dispatch would come in, your co-driver would acknowledge the load, correct?
A. Correct.
Q. And sometimes you would acknowledge the load, correct?
A. Correct.
Q. All right. And you needed to trip plan in

Q. As an over-the-road truck driver, you need to know what the federal hours of service regulations are, correct?
A. Correct.
Q. And you needed to log your time in accordance with those hours of service, correct?
A. Correct.
Q. And in order to safely deliver a load, you need to understand and comply with those DOT rules and regulations; is that correct?
A. Correct.
Q. In order to safely complete the delivery of a load for CRST, you needed to know how to use and safely operate the truck, correct?
A. Correct.
Q. You needed to make sure the truck was in working order each time you went to drive it, correct?
A. Correct.
Q. All right. And so part of that process was conducting what's called a pretrip inspection, correct?
A. Correct.
Q. All right. And pretrip inspections are required by company policy, correct?
A. Correct.
Q. All right. And they're a necessary part of

safely delivering a load, correct?
A. Correct.
Q. How long would a pretrip inspection take?
A. Approximately, 30 minutes.
Q. Okay. What would you do during your pretrip inspection?
MS. BERENJI: Vague and ambiguous.
Q. (BY MR. ANDREWSCAVAGE) You can answer.
A. I'd check the lights, check the tires, oil, fluids, brake pressure. Pretty much everything on the truck and trailer.
Q. How would it work? You would be off duty, correct?
A. On duty.
Q. You'd be on duty for the pretrip.
But you'd be off duty before you came on duty, right?
A. Correct.
Q. All right. And your co-driver would have been on duty at that point, correct?
A. Correct.
Q. All right. So, you come on duty, you would go to the Qualcomm and log as on duty.
A. Correct.
Q. All right. And what federal -- what hours of

MR. ANDREWSCAVAGE: Yeah. I just have a little bit here and then we can stop for a break. Okay?

MS. BERENJI: Okay.

Q. (BY MR. ANDREWSCAVAGE) When you arrived at the destination you were going to, Mr. Huckaby, you needed to unhook your trailer, correct?

A. Correct.

Q. All right. And that was part of completing the delivery of a load?

A. Correct.

Q. And when you arrived at the receiver or your destination point, was there a macro you sent to dispatch through the Qualcomm?

A. Yes, I believe so.

Q. Okay. And did you always acknowledge that you were dropping a load through the Qualcomm?

A. Yes.

Q. And that was part of completing the delivery of a load, as well, correct?

A. Correct.

Q. Did you scale every load?

A. Yes.

Q. And scaling a load was part of completing the delivery of a load, correct?

A. Yes.

Q. If there wasn't a scale at the shipper's property, where would you scale the load?
A. Truck stop.
Q. And why did you scale a load?
A. To make sure I wasn't over.
Q. Because your load has to be 80,000 pounds or under, correct?
A. Correct.
Q. Did you ever haul a load that was over 80,000 pounds?
A. No.
Q. Okay. And making sure that you're under the weight limit is part of completing the delivery of a load safely, correct?
A. Correct.
Q. While delivering your loads for CRST, did you ever stop at DOT weigh stations?
A. Sometimes.
Q. And that was a legal requirement to stop, correct?
A. Correct.
Q. And that was part of legally delivering a load, correct?
A. Correct.
Q. All of these tasks we've talked about, you

the delivery of a load without doing a post-trip inspection"?

A. No. No.

Q. That's -- sorry. I think it's the way I'm asking it. I'm not trying to be difficult. Let me just ask it this way.

Could you complete the delivery of a load without doing a post-trip inspection?

A. No, I couldn't.

Q. Okay. Thank you. How did you log your post-trip inspections?

A. The same as the pretrip.

Q. On duty?

A. Yes.

Q. What would you need to do to complete a post-trip inspection?

A. The same as the pretrip. Checking everything. Lights. Everything on the trailer. Making sure there's nothing wrong with it so if anything comes back, it's not on us.

Q. All right. How long does a post-trip inspection take?

A. 30 minutes.

Q. Could it vary?

A. It should -- it should always be about 30

dispatcher or driver manager through the Qualcomm?

A. Yes.

Q. Okay. And they went over how to read a load when it came in on the Qualcomm?

A. How to do what?

Q. How to read the Qualcomm to understand what the load information is.

A. Yes.

Q. And they went over the information you needed to do to trip plan, correct?

A. I don't remember the trip planning.

Q. During the entire time you were at CRST, you were a team driver, correct?

A. Correct.

Q. What does it mean to be a "team driver"?

A. One of us drives while the other's in the sleeper berth; and vice versa.

Q. And it allows you to get to a destination faster, correct?

A. Correct.

Q. And as a driver, it also allows you to deliver more loads, correct?

A. Correct.

Q. All right. And that could result in increased compensation, correct?

Q. How long were you with the first guy?
A. Maybe a couple of months. Maybe two. Two to three. I can't really remember. Maybe like two or three. It was brief.
Q. You were with Chris the rest of the time you were at CRST?
A. Yes.
Q. So, a little over a year?
A. Yes.
Q. Where was Chris from?
A. Where did he live?
Q. Yeah. Where did he live?
A. In Hemet.
Q. He was from Indiana?
A. No. Hemet, California.
Q. Hemet, California. I'm a California novice. Where is Hemet at?
A. Not far from Riverside.
Q. Okay. How did you get matched with your co-drivers?
A. They give you a list and you call them and then you try to link up with somebody.
Q. Okay. But once you found Chris, you stuck with Chris?
A. Yes.

Q. You got along well?
A. Yes.
Q. You ran as a team together?
A. Yes.
Q. As an over-the-road driver for CRST, you delivered loads throughout the country, correct?
A. Yes.
Q. All right. And it's true you could be out as long as 21 days straight?
A. True.
Q. So, this meant -- and when you were delivering loads, it would be throughout the country, correct?
A. Correct.
Q. So, the majority of your time was spent outside of California; is that correct?
A. Yes.
Q. Were there times when you would spend a whole week outside of California at a time?
A. Possibly.
Q. But it could have happened?
A. Yes.
Q. During those weeks where you were outside of California, for example, you would go off duty, correct, and that would be your own time?
A. Yes.

these slides and review some of the hours of service stuff just to confirm your understanding. Okay?

A. Okay.

Q. I'm going to go, for the record, to Slide 2, which is titled: How can you stay legal? This is a -- I'll go through this really quick. I believe you just -- we just talked about some of this.

Under the hours of service rules, you have 11 hours of driving time, correct?

A. Right.

Q. All right. You have 14 hours on duty, correct?

A. Correct.

Q. All right. Then you have 70 hours that you could drive in eight days; is that correct?

A. Yes.

Q. And you see here, it says: When driving in teams, both drivers are responsible for completing their own logs. Do you see that?

A. Yes.

Q. Okay. And that was true for you; you were responsible for completing your own log and making sure it was accurate when you were driving for CRST, correct?

A. Right.

Q. Your co-driver, for example, Chris -- let's

A. Yes.
Q. And then, finally, the other duty status that we talked about is sleeper berth.
For the record, we're looking at Slide 4, entitled Sleeper Berth.
What is sleeper berth time, Mr. Huckaby?
A. Ten hours in a sleeper.
Q. And what is a sleeper berth, for the record?
A. That is where you go to sleep for your ten hours and to get your time back.
Q. And that counts against your 70-hour clock, right?
A. Correct.
Q. You must be in the sleeper berth to record sleeper time, correct?
A. Correct.
Q. Did you ever record time outside of the sleeper berth as sleeper berth time?
A. No.
Q. For example, if your co-driver was driving and you stopped at a rest stop for a break, would you ever get out of the sleeper berth and go in to, you know, get food?
A. Most of the time, no, because I'd be asleep nine times out of ten.

we on?

THE COURT REPORTER: The last one you marked was Exhibit 35.

MR. ANDREWSCAVAGE: I'm going to go ahead and introduce for the record Exhibit 36.

Exhibit 36 is an 11-page document, Bate stamped CRSTF000294 to CRSTF000304.

(Exhibit No. 36 marked.)

Q. (BY MR. ANDREWSCAVAGE) Mr. Huckaby, I could go ahead and scroll through this; but just looking at the first page, do you recognize this document?

A. It seems familiar.

Q. I'll go ahead and scroll through it real quick and I'll have a few questions about specific pages.

But if you want to stop and read any of the pages, you let me know. Or if you need to go back when I start asking questions, we can go back.

But as I scroll through, my question's going to be -- you said it sounds familiar. What do you think it is or why is it familiar to you? Okay?

A. Okay.

Q. Do you recall what this document is, Mr. Huckaby?

A. I don't know the name of it, but some of the stuff in it does look familiar.

Q. Do you recall this document that was provided to you by CRST before you started working for CRST?
A. Yes.
Q. I want to talk a little bit about compensation. And I want to look first at Point 15 here.
For the record, that's on CRSTF000304.
You see Point 15, it says: When driving as a team, who gets paid for which miles?
A. Yes.
Q. It says: You and your co-driver are paid on split mile method. As part of a team, we want you to work together as a true team; therefore, you'll be paid half of the total miles the truck runs each week. We split the miles; not your pay.
As an example: If you and your co-driver run 6,000 miles a week, you'll be paid 50 percent of the miles or 3,000 miles. Do you see that?
A. Yes.
Q. Okay. And this is referencing split mile pay, correct?
A. Correct.
Q. All right. Under split mile pay, you were paid for half the miles associated with the load, correct?

MS. BERENJI: Objection. The document speaks for itself.

You can answer.

Q. (BY MR. ANDREWSCAVAGE) You can answer, Mr. Huckaby.

A. Yes.

Q. And the mileage associated with the load was used to pay you for the work you performed to deliver the load, correct?

MS. BERENJI: Objection. Lacks foundation.

Q. (BY MR. ANDREWSCAVAGE) You can answer, Mr. Huckaby.

A. Yeah, we get paid for however miles that we drive.

Q. And, Mr. Huckaby, do you remember before we talked about you and your co-drivers don't necessarily drive the same amount of miles when delivering a load?

A. Yes.

Q. All right. I want to take an example to talk about that.

So, say there was 1,000 miles -- dispatched miles with a load of 1,000 miles. Okay?

A. Yes.

Q. All right. I believe you previously testified you would use those miles in trip planning, right, to

Q. (BY MR. ANDREWSCAVAGE) You can answer, Mr. Huckaby.
A. Well, I don't know if we could because we -- not by the miles given. If we actually looked at the actual miles, then maybe; but we never did.
Q. Okay. Mr. Huckaby, what do you understand split mile pay to be?
A. That however many miles that me and my driver -- my co-driver drives, that's what we get paid for and we split it.
Q. It's the miles associated with the load that's provided to you from dispatch, correct?
MS. BERENJI: Objection. Mischaracterizes the prior testimony.
Q. (BY MR. ANDREWSCAVAGE) You can answer, Mr. Huckaby.
A. No. What I got out of it was no matter how many miles we drove. It was not the load. It was going to the load, to pick up the load. So, however many miles that we drove, we got paid for.
Q. The miles associated with the load.
MS. BERENJI: Objection. Mischaracterizes the prior testimony.
Q. (BY MR. ANDREWSCAVAGE) Is that correct?
MS. BERENJI: And asked and answered at this

Q. Okay. And so, your understanding then is that you were paid the split of the miles that the truck drove; is that correct?

A. Yes. That we drove, yes.

Q. You weren't paid for the exact number of miles you drove, correct?

A. We split the miles that we drove, as far as I know. That's all we got paid for.

Q. That the truck drove, right?

A. Yes.

Q. So, for example, we talked about if the load was 1,000 miles; and you drove 400; you would still get paid for 500 miles, correct?

A. Correct.

Q. All right.

A. But that doesn't entail anything else that we did.

Q. Well, it's the pay for delivering the load, correct?

A. No.

MS. BERENJI: Objection. Let me just go ahead and say mischaracterizes his testimony.

Q. (BY MR. ANDREWSCAVAGE) Mr. Huckaby, did you ever get paid if you didn't complete the delivery of a load?



Veritext Legal Solutions
800-336-4000

MS. BERENJI: Calls for speculation.
THE WITNESS: That's a strange question because it's a possibility that you could get paid for not delivering a load.
Q. (BY MR. ANDREWSCAVAGE) Did you ever not get -- did that ever happen to you?
A. I think we did one time because we dropped a trailer somewhere; and somebody else had to come and get that trailer, I think. So, no matter what, you got the miles up until where it was dropped.
Q. You got the miles associated with the pro rata portion of the load that you performed, correct?
A. Correct.
Q. Okay.
A. So, it's not about whether it was dropped at the -- where the receiver were.
Q. But, otherwise, other than that, you had to complete the delivery of a load to get compensated, correct?
MS. BERENJI: Objection. Mischaracterizes the prior testimony. It's an incomplete hypothetical and it's calling for speculation.
Q. (BY MR. ANDREWSCAVAGE) You can answer, Mr. Huckaby.
A. Like I said, as long as the miles driven, yes.

Q. All right. That's not my question, Mr. Huckaby. My question is a little different.

In order to get compensated by CRST, other than the pro rata pay you just talked about, right, you needed to complete the delivery of a load to get compensated, correct?

MS. BERENJI: Objection. Lacks foundation. Assumes facts not in evidence. Calls for speculation. And is mischaracterizing the testimony.

Q. (BY MR. ANDREWSCAVAGE) You can answer, Mr. Huckaby.

A. Yes. The miles that we drove, yes.

Q. The miles that you drove that were associated with the load, correct?

MS. BERENJI: Objection. Mischaracterizes the prior testimony. Asked and answered at this point.

MR. ANDREWSCAVAGE: Respectfully, Shadie, I don't think he's answered the question.

Q. (BY MR. ANDREWSCAVAGE) Mr. Huckaby, you can answer.

MS. BERENJI: He has answered the question. You're mischaracterizing his testimony and you keep trying to get him to answer the --

MR. ANDREWSCAVAGE: Shadie, Shadie, please make your objections. Please don't speak on the record.

MS. BERENJI: Well, you spoke to me directly. So, if you're going to speak me directly, then I'm going to speak to you. You said: Respectfully, Shadie. So, if you're going to address me, then I'm going to address you.

Q. (BY MR. ANDREWSCAVAGE) Mr. Huckaby, you can answer the question.

A. Once again, we were paid for the miles that we drove.

Q. Why do you believe that?

A. Because that's what we believe and that's what we were told. Because if you look and see what it says, it says it's split miles driven. It doesn't say load. It says split miles driven.

MS. BERENJI: Counsel, I noticed -- it looks like you have realtime -- a realtime transcript; is that correct?

MR. ANDREWSCAVAGE: No.

MS. BERENJI: No? Is there realtime capability for this deposition?

MR. ANDREWSCAVAGE: I don't know, Shadie. Why?

MS. BERENJI: Okay. Because if there was, then I wanted to make sure I had asked.

THE COURT REPORTER: No, I wasn't asked to do

that.

MS. BERENJI: Okay.

Q. (BY MR. ANDREWSCAVAGE) Let me go ahead and introduce for the record a document that was previously marked as Exhibit 13.

For the record, Exhibit 13 is a one-page document, Bate stamped CRSTF000055. Do you see this, Mr. Huckaby?

A. Yes.

Q. Do you recognize this document?

A. Yes.

Q. What is it?

A. It's the wages that I was supposed to be paid. It should be 40 cents per mile.

Q. And it's a split mileage rate, correct?

A. Correct.

Q. All right. And did you sign this orientation?

A. I believe it was orientation.

Q. Did anyone explain to you what the split mileage rate was at orientation?

A. Yeah. They said that whatever miles that me and my co-driver drove, that we split the amount.

Q. Did it say anything else?

A. No, that's all I remember.

Q. And you did note the miles associated with the

REPORTER'S CERTIFICATE

I, MARY (RAINEY) STOCKTON, CSR No. 746, Certified Shorthand Reporter, certify: That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony and all objections made were recorded stenographically by me and transcribed by me or under my direction;

That the foregoing is a true and correct record of all testimony given, to the best of my ability;

I further certify that I am not a relative or employee of any attorney or party, nor am I financially interested in the action.

IN WITNESS WHEREOF, I set my hand and seal this 10th day of March, 2022.



MARY (RAINEY) STOCKTON, CSR
Notary Public

My commission expires February 3, 2024

# EXHIBIT 6

subject to the objections sent out in the papers here.

MR. WASSERMAN: Can we get those back, please? Let me see that. Sorry.

Can I see 2?

I will keep them together so when we go through each of them -- perfect. All right. You've got it. Sorry about that.

Q. So, Mr. Brueck, you've been designated as the person most knowledgeable to testify regarding CRST International's relationship with CRST Expedited; correct?

A. Correct.

Q. And are you prepared to testify in that regard?

A. Yes.

Q. Can you please provide me a brief explanation of CRST International's relationship with CRST Expedited?

A. CRST International and CRST Expedited are operating companies within the Admiralty Holdings umbrella. So we are -- CRST Expedited is not a subsidiary of CRST International.

Q. It used to be, though; correct?

A. The way I understand it, yes.

come to CRST to be trained that don't make it to hired status. So I wouldn't know how many per year are hired or trained in California.

Q. Do you know how many drivers are hired in California per year?

A. So, approximately, just based on knowledge that I have from when I was in operations, we probably hire 20 to 30 drivers a week in California. What percentage of those were brand-new students versus experienced hires, I'm not sure.

Q. Are you able to testify regarding the turnover rate at CRST Expedited for its drivers?

A. Yes.

Q. And do you know what that is?

A. Approximately 155 to 160 percent annually is what our company driver turnover is.

Q. You are also the designee for CRST regarding the manner in which drivers are paid after completing CRST Expedited's Driver Training Program; correct?

A. Yes.

Q. And you are prepared to testify in that regard?

A. I am.

Q. Once individuals complete CRST Expedited's

# EXHIBIT 7

CRST

Address of Training Facility:

☐ CRST – Cedar Rapids, IA
3930 16th Ave. SW
Cedar Rapids, IA 52406

☒ CRST – Jurupa Valley, CA (aka Riverside Terminal)
5350 Wilson St.
Jurupa Valley, CA 92507

☐ CRST – Oklahoma City, OK
924 S Morgan Rd
Oklahoma City, 73128

☐ CRST – Jacksonville, FL
8813 Western Way
Jacksonville, FL 32256

Address of Training Material:
CRST – Cedar Rapids, IA
3930 16th Ave SW
Cedar Rapids, IA 52406

Hazardous Materials Training includes:

- General Awareness/ Familiarization Training
- Function – Specific Training
- Safety Training
- Security Awareness Training
- In-Depth Security Training

I certify Keith Huckaby has completed training and testing requirements set forth in the Federal Motor Carrier Safety Regulations (as per Pipeline and Hazardous Materials Safety Regulation 172.700) for Hazardous Material employee. (Hazmat Trainer's Certification Approval Endorsement below).

Date of Hazmat Training: 4/9/19

Hazmat Trainer: Mark C. Stangl, HazMat Admin.
Hazmat Trainer Address: 3930 16th Ave. SW
Cedar Rapids, IA 52406

X ______________________
Ramon Trevino
Terminal Manager

Hazmat Trainer's Signature:

CRST EXPEDITED

## Contingent Offer of Employment

CRST Expedited offers to employ you as an Over-the-Road Driver provided the following conditions are met:

1. You satisfactorily take and pass the company DOT drug and alcohol screening test(s) administered by a company representative and you have not tested positive with another motor carrier.
2. You satisfactorily take and pass the company DOT physical examination administered by a company physician.
3. You satisfactorily take and pass each phase of the company Agility Test.
4. You execute the Promissory Note and Driver Training Agreement if you are a student of a CRST Expedited sponsored Commercial Driver Training School (CDTS).
5. You satisfactorily complete, if applicable, the company sponsored Commercial Driver Training School (CDTS).
6. You obtain a commercial driver's license with a Hazardous Materials endorsement from your state of residence valid for a CMV over 26,000 pounds with air brakes.
7. You satisfactorily take and pass the company Orientation Road Test.
8. You satisfactorily take and pass each of the company written test(s).
9. Your references and/or background check is completed and is acceptable to CRST Expedited.
10. You accept the offered employment in the applicable state.

The terminal personnel will schedule your DOT drug test and physical examination. The results of the drug test and physical examination will be sent directly to CRST Expedited.

Upon receipt of satisfactory results for the above conditions, completion of the driver orientation classes, and acceptance of the offered employment, you will become an employee/contractor of CRST Expedited.

Thank you.

Angela Stastny (signature)
Angela Stastny, Human Resources Director

By signing this document, I acknowledge I have read and understand the contingent offer of employment. By signing this document, I hereby acknowledge I am not an employee of CRST Expedited, nor am I in any way entitled to wages and/or benefits while attending CRST Expedited driver orientation. Any money received from CRST Expedited, during orientation is strictly a payment for expenses and is not to be construed as employee compensation.

Keith Huckaby
Print Name

4/8/19
Today's Date

(signature)
Driver's Signature

# EXHIBIT 8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KEITH HUCKABY, INDIVIDUALLY )
AND ON BEHALF OF ALL OTHER )
PERSONS SIMILARLY SITUATED, )
AND ON BEHALF OF THE GENERAL )
PUBLIC, )
)
Plaintiff, )
)
vs. )No 2:21-cv-07766-ODW-PD
)
CRST EXPEDITED, INC., AN )
IOWA CORPORATION; CRST )
INTERNATIONAL, INC., AN IOWA )
CORPORATION; AND DOES 1 )
THROUGH 30, INCLUSIVE, )
)
Defendants. )
)

DEPOSITION OF CRST EXPEDITED, INC.
BY AND THROUGH CHAD BRUECK
TUESDAY, FEBRUARY 15, 2022
LOS ANGELES, CALIFORNIA

ATKINSON-BAKER, A VERITEXT COMPANY
(800) 288-3376

REPORTED BY: JEANINE CURCIONE
CSR NO. 10223, RPR

FILE NO.: AB 5084431

During that time period from August 9 of 2017 to the present, who has been responsible for developing or creating CRST Expedited policies regarding payment of wages to drivers?

A. It's not a single individual I would say first off, and my tenure from August 2017 was vice president of customer service, and then I was at Pegasus for 16 months from March of 2018 to July of 2019. So my predecessor as president of Expedited Solutions was Cameron Holzer who I believe was president of Expedited the entire remainder prior to me assuming the role.

Q. And so would Cameron have had responsibility for developing or creating policies regarding the payment of wages to drivers?

MR. ANDREWSCAVAGE: Objection. Vague and mischaracterizes testimony. Go ahead.

THE WITNESS: What do you mean by policies relating to payment of wages?

Q. BY MR. HOPPER: So how the drivers are paid. It's my understanding they're paid piece rate by the mile; is that correct?

MR. ANDREWSCAVAGE: Objection. Form. Go ahead, Chad.

THE WITNESS: They're paid by the movement.

Q. BY MR. HOPPER: What does that mean?
A. That means that they are assigned a movement that could be a loaded movement or an empty movement and upon completion of that movement they are paid the wage for that movement.
Q. Okay. But that rate is determined based on their miles; correct?
A. Movement amount is calculated by taking the miles of the trip times the wage rate.
Q. Okay. Is there any other form of compensation that the drivers receive other than this -- sorry. Strike that.
What do you call this? It's called a -- you said paid by the movement. Is there a term we can use throughout the deposition that describes that?
A. We can use load pay.
Q. Load pay. Okay. Do the drivers from that time period from August of 2017 to present, do they get any other wages other than load pay?
A. Yes.
Q. What other wages?
A. Some examples of other compensation are detention pay. They also receive load/unload pay. They receive layover pay, breakdown pay.
Q. Okay. And is there anything else before

herself or assist with the loading or unloading of the equipment, but very rare that that happens.

Q. What's the rate for load and unload pay?

A. It's based on the amount of weight that is loaded or unloaded, and I don't remember the amount per pound or per thousand pounds off the top of my head.

Q. Okay. And layover pay, what is that compensating for?

A. That is excessive time in between loads.

Q. And how is that rate determined?

A. If a driver delivers a load and has to wait more than 48 hours for his or her next load, they are paid at a rate of $100 per 24 hours after that initial 48-hour period.

Q. A hundred dollars for what time frame?

A. Every 24 hours.

Q. And then the breakdown pay, is that for when they break down on the side of the road or something like it that?

A. Yes. It could be that they break down on the side of the road or it could be that their truck is put in the shop for preventative maintenance which happens a lot. They don't have access to the unit. The same policy as the layover pay, 48 hours and then every 24 hours after that.

Q. So are you saying the first 48 hours is compensated at $100 and then it's every 24 hours it's another hundred?
A. Correct.
Q. And that's the same for breakdown pay and for layover pay; correct?
A. That's correct.
Q. What is city work pay?
A. City work is where we ask the driver to pick up and deliver, call it an extremely short load, anything less than 100 miles.
Generally what happens is we have a load that drivers can safely execute in significantly less time than what the customer is calling for, so we'll have drivers drop that load off at one of our terminals and sit there for however long and then ask another driver or another team to come in and make that delivery 50 miles away. So because that movement is so short we pay additional money on top of that.
Q. How much?
A. I don't remember what our current policy is.
Q. Is it like an additional rate per mile or flat payment? How does that work?
A. It's a flat amount.
Q. Flat amount. Okay. And then you said

from point A to point B.

Q. Okay. And where's your office located?

A. Cedar Rapids, Iowa.

Q. Are you working at the corporate headquarters?

A. We have multiple buildings in Cedar Rapids and I work at one of them.

Q. What's the address of your office building?

A. 1332 Edgewood Road Southwest -- I apologize. I don't know the zip code.

Q. That's okay. But that's in Cedar Rapids?

A. That's right.

Q. And does the company have any terminals in California?

A. We do.

Q. Where?

A. Riverside, California. I don't know if it's Riverside or Jurupa Valley officially.

Q. Okay. Any others?

A. No.

Q. Okay. And are there any -- does the company have any terminals in states adjacent to California like Arizona or Nevada?

A. No.

Q. How many employees does CRST Expedited

employ within California?
A. You mean with the California home address?
Q. Yeah, we can start there. So how many truck drivers who are residents of California does CRST Expedited employ?
MR. ANDREWSCAVAGE: I'll object as outside the scope of the 30(b)6 topics and I'll let him answer in his individual capacity, but the topics are focused on policies, practices and procedures.
THE WITNESS: It's been a while since I looked at the official number, but I can say somewhere between 4 and 500 I believe.
Q. BY MR. HOPPER: And to your knowledge is that -- at any given time does the company typically employ 400 to 500 California resident truck drivers?
A. I would say yes.
Q. And the California resident truck drivers, do any of them report to any terminals outside of California to start their work?
MR. ANDREWSCAVAGE: Object as to outside of the 30(b)6 testimony. Chad, if you know in your individual capacity based on your personal knowledge you can answer that question.
THE WITNESS: All of the drivers report to

scope of the 30(b)6 testimony. Misstates prior testimony and vague.

You can answer the question.

THE WITNESS: I would say there are certainly situations where drivers from California are sent to pick up trucks outside the state of California.

Q. BY MR. HOPPER: But that's not the norm; right?

MR. ANDREWSCAVAGE: Same objections.

You can answer if you know based on your personal knowledge, Chad.

THE WITNESS: What do you mean by the norm?

Q. BY MR. HOPPER: I'm saying, you know, every week a driver is not -- I mean, where's the next nearest terminal to California?

A. We don't necessarily have all of our trucks at terminals. We have drivers who leave the organization, leave the truck at a truck stop where we send another driver to pick that truck up. So it's very possible when the driver is first assigned that unit that they are sent to pick up the truck, or they could go to one of our other terminals unfortunately, meaning we may have to provide them rental car to go to Oklahoma City or Cedar Rapids pick up another truck.

Q. Is Oklahoma City the nearest terminal to

California that's outside of California?
A. Yes.
Q. So drivers wouldn't -- on a regular basis, a California resident driver is not going to report to Oklahoma City or Cedar Rapids to begin their trips; correct?
MR. ANDREWSCAVAGE: Objection as outside the scope of the 30(b)6 testimony. Also argumentative. You've asked him this a bunch of times.
You can answer.
THE WITNESS: They don't report to. They seat the truck and get a load.
Q. BY MR. HOPPER: Seat the truck is that what you said?
A. Yes. They seat the truck, log on to the onboard computer, and they're ready for dispatch.
Q. Okay. And they could do that generally from their home. You're saying they can have their truck at their home in California, it could be at the CRST location in Riverside, or there are occasions where they could have to go pick up another truck at a truck stop or another CRST terminal; correct?
MR. ANDREWSCAVAGE: Objection as to the scope of the 30(b)6 topics. Outside the scope. It's vague, misstates testimony.

You can answer, Chad.
THE WITNESS: Yes. And I use the term "home" somewhat loosely because I don't necessarily mean parked in their driveway. They can have it at a local truck or local tow company if that's where they made an agreement to park the truck, but yes.
Q. BY MR. HOPPER: California resident drivers, where do they go to go through orientation?
MR. ANDREWSCAVAGE: Objection as outside the scope of the 30(b)6 topics. You can answer if you know.
THE WITNESS: I believe most of them attend onboarding in Riverside.
Q. BY MR. HOPPER: And there are other trainings that drivers go through at various points like -- I think I saw training materials for hours of service and things like that; is that correct?
A. Without seeing the materials I wouldn't know what you're referring to.
Q. Sure. Okay. Well, we don't have to go into that specific one, but periodically are there had other in-person trainings that the drivers have to go attend?
A. I'm not aware of any other in-person regular

question or I can read it back?

A. No. I think I remember it. I'm not aware of any trainings that have to specifically be done in Riverside.

Q. Okay. Are you aware that the company has policies that apply to drivers -- like has specific policies that apply to drivers based in California?

MR. ANDREWSCAVAGE: Objection. Vague.

THE WITNESS: Not without an example.

Q. BY MR. HOPPER: Sure. Okay. We can look at that when we look at the handbook.

What are the job duties of the drivers?

A. The job duties of the drivers? Is that what you said?

Q. Yeah. What are the drivers' job duties?

A. The drivers are assigned a movement and they have an obligation to determine if they can safely and legally perform that movement, and once they commit to that movement they have a duty to pick that load up safely and deliver it safely.

Q. And as far as what's required to effectuate that task, delivering items safely, what are the responsibilities that the drivers have? So, for example, driving is obviously one of their duties. They also have duties to inspect the vehicle; correct?

A. Yes.
Q. They have to do pre-trip and post-trip inspections; is that correct?
A. That's right.
Q. How often do they have to do pre-trip and post-trip inspections?
A. They have an obligation to follow the FMCSA regulations, and I'm not sure what the regulation actually reads. I know what best practice is to do a pre-and post trip every time you stop the equipment, but I don't know what the regulation specifically says as it relates to pre-and post-trip duties. But I guess to put it generally, I would say -- to your point -- they have to drive the truck and they have an obligation to follow FMCSA regulations.
Q. Do you have any understanding as to how long a proper pre-trip or post trip inspection takes for the driver to complete?
MR. ANDREWSCAVAGE: Objection. Calls for speculation.
THE WITNESS: I don't know if there's a general rule of thumb on how long a pre-and post-trip should take.
Q. BY MR. HOPPER: Okay. Are you aware that the company's safety and operations handbook

states that 10 to 15 minutes is insufficient for a pre-trip or post trip inspection?
A. It says it's insufficient?
Q. Correct.
A. I was not aware.
Q. Do you have any knowledge as to how long a proper inspection should take?
A. I do not.
Q. Do you know if the drivers receive any training on how to perform proper pre-trip and post-trip inspections?
A. I believe that's part of our onboarding and outside of that I can't say for sure.
Q. How are drivers compensated for pre-trip and post-trip inspections?
A. That is part of the load pay.
Q. Okay. So for the load pay, what are all the activities that the load pay is meant to compensate for?
A. I can't give you a list of all of them. I would say there are various on-duty events that are required by federal law under a load that the load pay is intended to compensate for.
Q. Why does the company compensate for some duties in the load pay and then it has separate

compensation for other duties such as loading and unloading and detention and layover and things like that?

A. So layover and breakdown are not on duty. Those are off-duty events or sleeper berth events, so that is not on-duty time. The remainder of the items that you mentioned such as detention and load, unload are very rare events and so are somewhat outside the scope of normal course of business for CRST.

Q. Okay. How are the drivers advised that load pay compensates not just for the miles they're driving but for all the tasks that they may be expected to perform during the course of a trip or movement?

MR. ANDREWSCAVAGE: Objection. Vague. Calls for speculation. You can answer.

THE WITNESS: I don't know.

Q. BY MR. HOPPER: Isn't it true that the company, at least as of 2014, actually advised drivers that the load pay included these -- strike that. We'll cross that I guess when we get to it.

So is it your testimony as you sit here today that it's not communicated to the drivers that the load pay compensates for other activities other than the miles they're driving?

MR. ANDREWSCAVAGE: Objection. Mischaracterizes

testimony. Vague. You can answer, Chad.
THE WITNESS: No. I said I don't know.
Q. BY MR. HOPPER: Okay. So you're not aware -- as you sit here today, you're not aware of any communications that the company provides to drivers advising them that the load pay compensates for all the tasks that are performed during the course of a trip or a movement; correct?
MR. ANDREWSCAVAGE: Objection. Mischaracterizes testimony. You can answer.
THE WITNESS: I'm not aware.
Q. BY MR. HOPPER: Okay. I'm just going to go through some more of these duties. Let me know if they're duties the truck drivers have.
You said loading and unloading is a rare -- that's like a rare duty, but how's it determined when a driver is going to have to load or unload? So in what circumstances do they have to do that?
A. I would say frankly it's so rare for us that either at the time we book the order the customer would tell us that a load/unload is required, or the driver shows up at a facility that we don't go to very often potentially and is told by the company that they're required to help load or unload.

that. Okay.
Giving or receiving receipts for shipments, is that one of the driver responsibilities at CRST?
A. Giving receipts like to a customer after they deliver?
Q. I guess. That's how it was written in the materials.
A. The drivers are required to submit paperwork after every load if that's what you're referencing.
Q. Okay. And the drivers are responsible for fueling the vehicles; correct?
A. Yes.
Q. And there's reference to conditioning the vehicles. Do you know what that's referring to?
A. I do not.
Q. And fueling, how's that compensated? Time spent fueling the vehicle?
A. That is again a component of load pay. You need fuel to run the truck so there's an assumption that you'll need to fuel.
Q. And conditioning, you weren't quite sure what that was referring to; is that right?
A. Correct. I don't know what that means.
Q. Okay. Do the drivers have any responsibility for maintaining the vehicles?

A. In what way?
Q. Mechanical -- do they do any mechanical work on the vehicles? Do they have to clean the vehicles, things like that?
MR. ANDREWSCAVAGE: Objection. Vague. Calls for speculation. You can answer.
THE WITNESS: No. There's no obligation. I think the only obligation would be if they're in an emergency situation and need to get off the roadway safely or something along those lines, but there's no obligations for them to perform maintenance on the vehicle.
Q. BY MR. HOPPER: That brings me to the next thing. You said -- if I understand your testimony correctly, are you saying that if the vehicle becomes disabled then they may have some responsibilities for performing repairs or did I misunderstand that?
MR. ANDREWSCAVAGE: Objection. Mischaracterizes testimony. You can answer.
THE WITNESS: Yeah, I would not envision a driver popping the hood and overhauling the engine. But if it's dumping cooler inside the radiator or something, yes, I would say the driver is required to perform those duties.

Q. BY MR. HOPPER: And are these types of things like getting assistance or remaining in attendance of a disabled vehicle, would that fall under the breakdown pay?
A. When the incident occurs that would start the breakdown clock, that's right.
Q. Okay. From time to time drivers may be required to give breath or urine samples for drug and alcohol tests; correct?
A. That's right.
Q. Is that time compensated?
A. We do not have a specific category for pay for submission of a drug or alcohol test.
Q. If drivers are required to attend safety events are they compensated for that?
A. I can't think of any required safety events that drivers must attend.
Q. Okay. Do the drivers ever have to like -- do they have to hook up or unhook trailers as part of their duties?
A. Yes.
Q. And is that compensated?
A. That would be under the category of load pay.
Q. Do drivers have responsibilities related to

is there some -- I mean, drivers are supposed to plan out their trips I thought. Is that incorrect?
A. There's no requirement that says they have to plan their trips and certainly we find many times where drivers do not do that. From a safety perspective and understanding what can go wrong driving an 80,000-pound truck it's certainly advisable, but there's no one way to do it. There's no trip plan template that drivers must follow and we certainly don't manage and make drivers complete a trip plan.
Q. Okay. But would you agree that it's a best practice to prepare a trip plan?
A. I'm not a truck driver. I know we have a lot of truck drivers who do trip plan and we have a lot who don't.
Q. If a driver does take it upon themselves to plan out their trip, are they compensated for that?
A. There's no specific pay for trip planning.
Q. Okay. Are drivers compensated -- strike that.
Drivers have to prepare daily logs; correct?
A. It's all done on the onboard device. They have an obligation to confirm the daily logs.
Q. And that includes changing their duty

status. For example, if they go from, you know, off duty to on duty, that's something you're saying they can input in the onboard computer?
A. That's correct.
Q. Is there any -- is that compensated through load pay?
A. Yes. The drivers are required by federal law to use logbooks and use them legally.
Q. Okay. Is there another item that drivers have to prepare called a trip report?
A. I don't recognize that term.
Q. And they also have to prepare bills of lading; correct?
A. Yes. That's what we talked about.
Q. Oh, that's not the same as the daily log, is it? Is this different?
A. No. I believe it's the delivery receipt question that you asked earlier.
Q. Oh, right. So are drivers completing bills of lading?
A. Not specifically. That's part of load pay.
Q. Are there times when a driver may be waiting on company premises or at a customer's location waiting to be dispatched?
A. I would say -- I can't think of a scenario

where a driver would have to wait at a customer's location waiting to be dispatched. There certainly are times where a driver may be at a company terminal waiting to be dispatched.

Q. Okay. And are the drivers compensated for that time waiting?

A. No. Assuming they're out of the truck, they would be logging that as off duty. If they're in the truck they're probably in the sleeper berth. If they're in between loads that falls under our layover policy.

Q. I believe that's supposed to be logged as on duty. Are you aware of that, waiting to be dispatched?

A. I don't agree with that.

Q. Okay. Well, we'll take a look. Rest breaks. Are rest breaks compensated?

A. Rest breaks are logged as sleeper berth or off duty so they're not compensated.

Q. Including the mandatory 30-minute rest breaks under the regulations?

MR. ANDREWSCAVAGE: Objection. Vague. You can answer.

THE WITNESS: I don't remember exactly how they have to log that but obviously that's a component of load pay as well.

communication would happen on the onboard device regarding that breakdown.

Q. Time spent waiting at way stations, is that compensated?

A. That would be -- would fall under load pay.

Q. And I think we kind of talked about repairing or maintaining the vehicle, but I don't know if we talked specifically about just cleaning the vehicle, like washing it. Do the drivers wash the vehicles?

A. We've had a truck wash policy off and on over the years where a driver could go to a truck wash facility and get the truck washed, but it was not required or mandated.

Q. Okay. So it's never been mandated that they have to clean the vehicles?

A. No.

Q. So they -- drivers aren't compensated if they take it upon themselves to wash the trucks; correct?

A. There's no additional compensation given to drivers for that.

MR. HOPPER: All right. I'm about to start a subtopic so why don't we take a break now before we get into that. Let's go off the record.

MR. ANDREWSCAVAGE: Objection. Vague. Mischaracterizes testimony. You can answer.
THE WITNESS: I would say that getting a preventative maintenance done under a trip is the minority.
Q. BY MR. HOPPER: Okay. So the majority of the time preventative maintenance is done in between trips; correct?
A. That's correct.
Q. Okay. And that's when the driver is at home and the truck will be -- if they're a California driver the truck would be at the Riverside or Jurupa location?
MR. ANDREWSCAVAGE: Objection. Mischaracterizes testimony. Vague. You can answer.
THE WITNESS: I'm certain there are times when the truck gets services while the driver is at home, but there's no attempt or effort necessarily made to ensure that that happens. If a truck is due for a preventative maintenance, a truck is due for preventative maintenance and we route it into the closest and easiest facility.
Q. BY MR. HOPPER: Which for a California resident driver would be Riverside or Jurupa Valley; right?
A. No.

You need the correct air pressure and it is the only way you can tell. A tire tread depth gauge is the only sure way you can tell if a tire is within DOT limits regarding tread depth. Gloves would help as well as a few old rags for checking fluids under the hood."

Do you know if any of these tools are provided by the company?

A. I do not. I know there is a new hire kit given out at onboarding but I don't know what that contains.

Q. Has the new hire kit been given out to new drivers since 2017?

A. I would say some form of new hire kit has, yes, but what has been in those and how it has changed over the years I don't know.

Q. All right. If a driver had to -- if a driver bought an air pressure gauge and tire tread depth gauge pursuant to this guideline or policy, is that something the driver could submit for reimbursement?

A. No. I don't believe that submission of receipts for tools on the truck is a reimbursable expense.

Q. Bottom paragraph says, "One other thing to remember. If you did your job by looking your truck

over and passing a DOT level 1 or level 2 inspection, you will receive a $25 bonus on your next paycheck."

Is that a bonus that the company gives out to drivers?

A. Yes.

Q. Is there any other separate pay for drivers related to inspecting the vehicle other than the bonus for passing an inspection from the DOT?

MR. ANDREWSCAVAGE: Objection. Mischaracterizes testimony. Mischaracterizes the document. Go ahead and answer.

THE WITNESS: I think it's encompassed in the load pay.

Q. BY MR. HOPPER: Like performing inspections are encompassed in the load pay is what you're saying.

A. That's logged as on duty time and is part of safely and legally delivering a load.

Q. Okay. CRST F505, let's turn to that page. This one talks about roadside inspections. What are roadside inspections?

A. That is where a driver either gets pulled into a scale house and a DOT officer will inspect the equipment and the driver's logbooks and their fitness to drive. This could also occur where a DOT officer

pulls the driver over on the interstate and performs the same function.

Q. Are drivers compensated for time spent waiting for completion of a roadside inspection?

A. That is a component of a driver's job and encompassed in the load pay.

Q. On the next page, CRST F506, kind of midway through the page it has a section for proper pre-trip and post-trip inspections and then for the next few pages through CRST F510 it lists the items that need to be inspected. Is this a true and correct list of all the items that need to be inspected during a proper pre-trip and post-trip inspection?

A. The question again?

Q. Yeah. So there's a list of items -- let's see. Yeah, there's a list of items that need to be inspected during a pre-trip and post trip inspection and it's listed from CRST F506 to CRST F510 and I'm asking if that's a true and correct list of items that need to be inspected during a proper pre-trip and post-trip inspection.

A. I don't know if every one of those things on that list has to be inspected per the federal regulations every pre and post trip.

Q. But again, I mean, I think based on your

Are these duties that are compensated via load pay?

A. Yes. All those additional duties are intended to be encompassed under the additional wage rate.

Q. Including -- so at the bottom it says, "Drivers are expected to supervise the entire loading process" in the last paragraph kind of in the middle of the paragraph. Is that something that would be compensated with the additional load pay premium for hazardous material or is that compensated using the loading/unloading pay that we talked about earlier by weight?

MR. ANDREWSCAVAGE: Objection. Vague. Compound. Go ahead and answer.

THE WITNESS: I believe shipper load and count is generally classified under the driver assist category which is very similar to the driver load/unload.

Q. BY MR. HOPPER: Okay. And I think we talked about this. It's also compensated by weight but it's a different rate; is that correct?

A. Yes, I believe so.

Q. On the next page, CRST F535, it goes on to say that there's some more duties listed here including

statements in here, but yes.

Q. Okay. And look at CRST F553. It describes the rest break rule kind of near the bottom. It says, "Effective July 1, 2013 driver may not drive after 8 hours without a minimum of 30-minute break."

So drivers are required to take a 30-minute break at least every eight hours; is that true?

A. Yes.

Q. And that's what we talked about earlier that you said it's logged as off duty time and compensated -- it's included in the load pay compensation?

A. No. I believe it's logged as off duty or sleeper berth which is both non-compensable time.

Q. But -- okay. So when you say -- so you disagreed with my statement. Which part of my statement is untrue or inaccurate, that it's logged as off duty time or it's included in load pay compensation, or both?

A. The load pay part.

Q. Okay. So it's not part -- the mandatory 30-minute breaks are not part of load pay; correct?

A. Correct. Load pay is intended to be driving and on duty time. The 30-minute break is off duty or sleeper berth.

published -- I think your concern is that -- you mentioned the safety policies. I'm not aware of a separate safety policy handbook that's out there.

My assumption is that the 2021 version of the driver employee handbook for CRST International replaced the safety and operations handbook from Expedited and Dedicated in September of 2020.

Q. Sorry. Where are you getting that this handbook is for CRST International --

A. I'm sorry. I misspoke. It's CRST the Transportation Solution on that very first page.

Q. What is that entity's relation to CRST Expedited?

A. It's the same. CRST Expedited Solutions is still a standalone division.

Q. Okay. So all of the handbooks that we've looked to today, they apply to CRST Expedited drivers in California from -- during the time periods we've looked at from 2016 through 2021; correct?

A. Yes. Drivers who live in California would have received those handbooks we reviewed.

Q. All right. Let's take a look at -- we'll attach as Exhibit 8 a document that's Bates stamped -- it's a document that was filed in another case as an exhibit and it's Bates stamped CRST_B000164 through --

I'm just wondering, in the period we've been talking about in 2017 to the present, do you know if drivers were ever provided with any documents setting forth that these duties, these types of duties would be compensated on a mileage basis?

A. Ask that again.

Q. Yeah. Since August 9, 2017 to present, have drivers received any documents or any other communications stating that they would be compensated for the duties listed here on a milage basis using a mileage guide?

MR. ANDREWSCAVAGE: Objection. Calls for speculation. Lacks foundation. Go ahead.

THE WITNESS: I don't know.

Q. BY MR. HOPPER: And do you have any understanding as to why drivers are not advised -- are no longer advised that the mileage rate is used to compensate for all the duties listed here?

MR. ANDREWSCAVAGE: Objection. Mischaracterizes testimony. He never said that. Vague.

THE WITNESS: Yeah, I said I don't know if they are or are not. I haven't memorized all the driver handbooks.

Q. BY MR. HOPPER: You can take a moment. I'll represent to you I looked through all the

A. I don't recall seeing that form.
Q. And on the next page it says, "CRST Expedited driver wage sheet." I'm not sure if -- so on the front page under wage information it has a box checked other and it says "CRST Expedited pay scale document." And then I don't know if this is the one that it's referring to, but they were next to each other in the document production.
Do you know if on page 2, the CRST F60, do you know if that's the CRST Expedited pay scale document that's referred to on the first page?
A. I would assume so.
Q. Does this appear to be a true and correct copy of a CRST Expedited driver wage sheet that was in effect as of April of 2019 when Mr. Huckaby signed it? It actually says it's effective January 16, 2019 at the top.
A. Yes, that's I was looking for. Oh, January 16. Yes, I would say that was -- oh, 4-10-19. Yes, I would assume that's the wage sheet in effect.
Q. All right. And each column it has in parentheses split miles. Do you see that?
A. I do.
Q. What does split miles refer to?
A. So when there's two drivers on the truck the

load pay per driver is calculated with that mileage basis times the wage rate divided by two.
Q. Do you have any understanding why the wage sheet doesn't use the term "load pay" to inform the drivers that they're being paid by the load and not by the mile?
A. I do not.
Q. Okay. And then right above the signature block it has a hazardous materials endorsement per mile bonus. Is that what we are talking about earlier, the 4-cent increase for hauling hazardous materials?
A. That's correct.
Q. You can set that aside. We'll attach as Exhibit 13 CRST Expedited entry classification/wage verification and it's Bates stamped CRST F55.
(Exhibit 13 was marked for identification by the Reporter.)
Q. BY MR. HOPPER: Have you seen this form before even if you haven't seen the specific information filled in?
A. I believe I've seen this document before.
Q. It's got parentheses January 2019, so does it appear that this split mileage rate was in effect as of January 2019?
A. Yes.

Q. And again, nowhere on this form is it advising the driver that this pay rate refers to all the duties that they would be expected to perform in the general course of business during their trip; correct?

MR. ANDREWSCAVAGE: Objection. The document speaks for itself.

A. I do not see the words "load pay" on this document.

Q. BY MR. HOPPER: We'll attach as Exhibit 14 the CRST Expedited Solutions wage verification form that says it's been revised December 9, 2021. Have you seen this form before?

(Exhibit 14 was marked for identification by the Reporter.)

THE WITNESS: We're talking Number 14; correct?

Q. BY MR. HOPPER: Correct. Exhibit 14.

A. I don't recognize this document.

Q. Do you have any reason to doubt this is an accurate pay scale that's in effect as of December 9, 2021?

A. No. That's the pay scale.

Q. What is mentor pay?

A. A mentor is a more experienced driver who teams up with an inexperienced driver for 21 to 28 days

while that inexperienced driver is learning how to be an over-the-road driver.
Q. Do you see anything on this form that indicates to the driver that they're not being compensated on a mileage basis?
A. What do you mean?
Q. Well, earlier you said the company doesn't pay by the mile; it pays by the load. Do you see anything on this form indicating that?
A. I don't see the words "load pay" on here.
Q. Okay. And it says -- there's a few check boxes at the bottom end of the document and each one of them there's a statement, "My wage rate will be blank cents per mile."
Do you see that?
A. I do.
Q. And again, so as of 2021 the pay is based on the split mileage method; is that correct?
A. The method we described earlier of the wage rate times the miles on the trip divided by two.
Q. Right. And that's the split mile pay. Where it says SMP that's what that's referring to; correct?
A. Yes.
Q. You can set that aside. So now we'll move

on to Exhibit 15. We're going to go through a few of these documents. I don't know -- there aren't any dates on them or anything so just let me know, I guess, if you've seen them.

So Exhibit 15 is a document that says CRST Expedited and every page has a statement on the top that says -- except the first page it says, "Getting started with CRST." So we'll call it a getting started with CRST document. It's Bates stamped CRST F248 through 258.

Have you seen this document before?

(Exhibit 15 was marked for identification by the Reporter.)

THE WITNESS: I won't be able to know which version I've seen, but I'm certain it -- we call it our pre-hire packet. I've seen these documents before.

Q. BY MR. HOPPER: Okay. And I think I have seven versions of this maybe. Do you know when they were revised or anything like that?

A. I do not. These are owned by our recruiting department.

Q. All right. Let's look at CRST F250. It talks about a summary of benefits for driving for CRST Expedited. So CDL classes, so that's something that CRST provides to new drivers, the commercial driver's

A. I don't.
Q. And then at the bottom there's a section that says hours worked and it has 30.5 on this particular paystub. Is that derived from the daily logs that we looked at that are submitted through the ELD?
A. I don't know what that means. I would assume the comment based on unaudited log data would indicate it comes from log data, but I don't know what that number means.
Q. All right. On the next page, CRST F980, there's a column there for scale. What does that represent? And it has 11.00.
A. That is -- our policy is if the load weighs more than -- I believe it's 27,000 pounds or so -- I can't remember the exact number -- that a driver needs to scale it to ensure that they're safe and legal, and then we reimburse fully for the cost of that scale.
Q. So this isn't -- this is the actual amount that's paid for the scale. It's not like an hourly reimbursement or rate or anything like that?
A. That's correct. It's based on the receipt for the scale that they paid and we reimburse that fully.
Q. On CRST F1000, that's the next page, under

There's a code CZ. I couldn't find that one. And it's an amount for $500. Do you know what that relates to?
A. I don't.
Q. Let's skip ahead a couple of pages. It says CRST F1040. There's a memo under non-load-related items, city work. It's the code of CW, amount 50.
So I think earlier you weren't sure what the flat rate was for city work. Does this refresh your memory that city work was paid in a flat rate of $50?
A. Yes. I think that's accurate.
Q. CRST F1041, the next page, code is 6P, amount $300. It says "disc allot." Do you know what that refers to? I couldn't find that code.
A. I do not.
Q. And just -- you know, there's -- on the right of all these pay statements there's a section that says "description of codes" and it's got a bunch of codes listed.
Do you know if there's any other documents that contain additional pay codes other than the pay statements themselves?
A. I do not.
Q. All right. Skipping ahead to CRST F1047, under taxable compensation under pay number it just says seven days and then it's got a wage of a thousand.

Do you know under what circumstances that entry could have been made?

A. There have been very few instances at Expedited where drivers were paid a flat amount per week. Usually that's related to a specific customer paying CRST a flat amount per week or guaranteeing us a certain amount of revenue per week. So that would mostly be related to that.

Q. CRST F1071 there's non-load-related items there. OP referral bonus. Is that just like a bonus for referring another driver to come work for CRST?

A. I'm not sure what OP means, but RB is referral bonus. So my assumption is that, yes, that would be related to referring another driver to come work for us.

Q. And then there's also a code for SA which is settlement advance. What is that? What is a settlement advance?

A. So that is where a driver for one reason or another didn't have a trip pay on the pay day, and so they would call payroll or reach out to payroll and basically ask for a trip to be paid early. And so payroll would do their best estimate on what that trip should pay, and then that trip is then -- when it actually pays the amount that was given as a settlement

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA, 52406
3163 07/05/17 [redacted] PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| [redacted] | XPO DED | SACRAMENTO | CA | XPO LTL | ST LOUIS | MO | 06/28 | 1967 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 983.5 | .0 | .34000 | 334.39 | | | | | | HZ | 39.34 |
| | 983.5 | .0 | | 334.39 | | | | | | | 39.34 |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | PD | 98.35 | 983.5 MI @ $0.100 |
| TOTALS: | | | | | | | 98.35 | |

## DEDUCTIONS

| | ADVANCES | | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS | | | | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | CODE | AMOUNT | | MEMO | TYPE | CODE | AMOUNT | | MEMO |
| | | | | | D | ME | 38.84 | | |
| | | | | | D | DS | 1.38 | | |
| | | | | | D | SL | 35.84 | | |
| TOTALS: | | | | | | | 76.06 | | |

PAY PERIOD: 06/28/17 TO 07/03/17 HRS WORKED: 30.50, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CURR | 373.73 | 98.35 | | 35.84 | 8.93 | 20.68 | 4.84 | 40.22 | .45 CA |
| YTD | 19887.53 | 5542.22 | | 243.42 | 703.22 | 1165.68 | 272.64 | 1085.94 | 72.16 |

EXEMPTIONS = M - 01 CHECK #: COMDATA DEFICIT: NET PAY: 361.12
CR PERDIEM = 98.35 YD PERDIEM = 5479.05
SICK PAY AVAILABLE: 0 HOURS.

### DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

Brueck 2-15-22
25
J Curcione
exhibitsticker.com

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA. 52406
697 10/04/18 PAGE: 01

[redacted]

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| * 7 DAYS * | .0 | .0 | | 1000.00 | | | | | | | |
| | .0 | .0 | | 1000.00 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| TOTALS: | | | | | | | | |

## DEDUCTIONS

| | ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| TOTALS: | | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | D | BZ | 13.00 | | |
| | | | | | D | PE | 5.00 | | |
| | | | | | D | HS | 22.00 | | |
| TOTALS: | | | | | | | 40.00 | | |

PAY PERIOD: 09/26/18 TO 10/02/18 HRS WORKED: 34.00, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CUR | 1000.00 | | | 40.00 | 108.70 | 62.00 | 14.50 | | 37.34 CA |
| YTD | 9138.14 | 3023.20 | | 789.00 | 682.16 | 566.59 | 132.51 | | 162.95 |

EXEMPTIONS = S - 01 CHECK#: COMDATA DEFICIT: NET PAY: 737.46

CR PERDIEM = 0.00 YD PERDIEM = 2824.70

SICK PAY AVAILABLE: 24 HOURS.

### DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

REPORTER'S CERTIFICATE

I, JEANINE CURCIONE, C.S.R. NO. 10223, RPR, in and for the State of California, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth and nothing but the truth and that the witness was requested to read and sign;

That said deposition was taken down by me in shorthand at the time and place therein named, and thereafter reduced to typewriting under my direction, and the same is a true, correct and complete transcript of said proceedings.

I further certify that I am not interested in the event of the action.

Witness my hand this 17th day of February, 2022.

Certified Shorthand
Reporter for the
State of California

# EXHIBIT 9

CRST EXPEDITED

CRST DEDICATED SERVICES

# SAFETY AND OPERATIONS HANDBOOK




## THIS BOOK CONTAINS IMPORTANT DOCUMENTS NEEDED ON YOUR TRUCK

# History and Profile of CRST

In 1955, Herald Smith had vision for the future. With no trucks or customers, Herald and his wife Miriam purchased the authority for Cedar Rapids Steel Transport on borrowed money and set up a business in a refurbished chicken coop they bought for $125. Herald convinced firms in Cedar Rapids he could save them money. He contracted owner/operators who were hauling livestock to Chicago to return with loads of steel. It worked and CRST began to grow. Many acquisitions were made through the years, yet the company remains family-owned.

In November 1997, CRST International announced its transformation from a trucking company to a total transportation company to better serve the needs of its customers. CRST International management restructured the company from five independently functioning companies into one entity to better serve its customers. Now with a single call, customers can arrange the broadest range of services in the industry. This began "The Transportation Solution" - moving from a trucking company to a total transportation company.

CRST International, Inc. is one of the nations leading Transportation and Logistics Companies in the U.S., with annual revenues over $1 billion and a workforce of over 1000 office employees, over 3,500 company drivers, and works with over 1,700 independent contractors. Headquartered in Cedar Rapids, Iowa and with offices across the United States, CRST operates with zero debt, which gives us the ability to reinvest in equipment, technology and human capital–all designed to bring our customers the finest services at a competitive cost.

CRST Expedited is the nation's largest team carrier with one of the newest fleets in the industry. Servicing the lower 48 states and Mexico with more than 1,700 company-owned tractors, 3,500 van trailers, 2,000 team drivers, 350 single drivers, and more than 250 independent contractors. CRST Expedited includes TCTS: Temperature Controlled Team Service – Refrigerated Teams, and CRST Air Cargo Expedited.

CRST Dedicated Services Founded in 1955 offers specialized expertise serving a wide variety of customers across manufacturing, retail, lumber, steel, glass, automotive and LTL sectors. Services include Dry Van, Flatbed, Bulk Container, Team/Solo/Slip-seat, LTL Line haul, Local Delivery, Straight Truck, Tanker, Pups, and Yard Jockey.

CRST Malone is one of the oldest privately held truckload carriers in the industry, having served the flatbed marketplace since 1928. Headquartered in Birmingham, Alabama, CRST Malone is the largest flatbed organization in the nation under one roof. We currently have over 1400 trucks and operate over 90 field offices throughout the contiguous United States. With over 1,200 contractors, CRST Malone is one of the country's largest flatbed carriers, and includes BESL Transfer, a local/regional flatbed carrier.

Specialized Transportation, inc. (STI) has been an asset-based industry leader of specialized supply chain solutions since 1965, formerly as the high value products/logistics division of North American Van Lines. In 2011, STI became a wholly owned subsidiary of CRST International; inc., and provides customized supply chain solutions for products that require high touch support, special handling and equipment, and value added on site services. Supporting the business to business and business to consumer markets, we provide multi-modal logistics supported by an extensive network of distribution centers throughout the U.S. and Canada. The suite of services includes specialized padded van transportation, trade show support, first and final mile logistics, white glove services, transportation management, warehousing, home delivery, and technology tools. We specialize in supporting customers in the Technology, Healthcare, Industrial, Furniture, Store Fixtures, Retail, and Financial Services.

### *The Golden Rule*

Do not ever get into an argument or a hassle with someone on the dock. If there is a problem, call your Fleet Manager.

### *Load Acceptance*

Failure by any company CRST driver to accept a legal dispatch will result in disciplinary action. The driver(s) will be placed at the bottom of the available trucks for dispatch list. The refusal will be documented in the driver performance file.

## FUEL ECONOMY

Small changes in driving habits and watching your speed and avoiding speed fluctuations can have a big impact on your fuel costs.

## TRIP PLANNING

**Why is Trip Planning important?**

- It is the difference between just average income and superlative income.
- *On-time* delivery benefits you (the driver) and the company (CRST), and our customers.
- Implementing a good trip plan helps deal with the unexpected (weather, traffic, breakdowns).
- Always utilize a Motor Carriers' Road Atlas!
- Plan arrival time, delivery time, and scheduled stops; fueling, breaks, showers, etc...
- Calculate the time left on the trip.
- Understand the importance of *banking* hours.

**Our best and most successful drivers are good at communicating.**

- They notify problems and potential problems early.
- They let their FM or dispatch know if early delivery can be accomplished.
    - In order to accomplish early delivery, only plan for necessary stops.

**When do you plan a trip?**

- When you receive a Qualcomm message from dispatch with your next load assignment, you need to begin planning your trip.
- You will need to know how many log hours you and your co-driver have available to make sure you can pick up and deliver the load *on time*.
- Your Trip Plan should be complete before you leave the shipper.
- When you commit to the load, you are expected to have completed the initial planning so you know you can get the load there on time.
- For Load Commitment Calculations use Paid Miles plus 5%. (This gives you error room)

**Key Elements of a Trip Plan: Areas of Concern**

- Hours of Service. Log hours available for each driver: (yours and your co-driver).
- Driving schedule(s).

# Securing High Value Loads:

Securing a load is a very important duty of the driver while the load is in transit. Every stop must be looked at as a threat that the load may be stolen. Loads have been stolen from Truck Stops, Terminals, and Rest Areas at any time, day, or night. Holidays and long weekends are a prime time for a load to be stolen. The driver is the key in securing the load.

- Never drop the load unless you have the load signed for by the consignee.
- Never leave the door to the tractor unlocked.
- Never leave the keys in the ignition even if the doors are locked.
- Never leave the unit running while the unit is left unattended.
- Park the unit in a well-lighted area.
- Park the unit with the trailer so that vandals cannot get to the doors,
- Do not talk to others about the type of cargo you are hauling. This includes other drivers, fuel attendants, as well as security personnel where the unit will be parked.

### *Check Calls:*

If the satellite is not working, please be sure to make at least 2 check-in calls each day (one to be made between the hours of 7:30 a.m. and 10:00 a.m. and the second to be made between the hours of 7:00 p.m. and 10:00 p.m. central time). If the satellite is down you will also need to call in all forms that you normally send over the satellite while under Dispatch (forms 1-10).

### *Advances:*

Advances are issued to drivers for truck related expenses only using the Comchek Advance System. Advances must be authorized by your first shift Fleet Manager and are issued between the hours of **7:30 a.m.** to **3:00 p.m.** (central time) **Monday** through **Friday**. Drivers are responsible for requesting advances for weekend operation before 3:30 p.m. Friday or at time of dispatch on next load. At the time advances are requested, they will be deducted from the load that the driver is currently under. If you are not loaded when you request the advance, then it will come out when the next loaded move pays. Drivers will be allowed cash advances to a maximum of $150.00 per week for expenses related to the operation of the truck. Advances may not be taken on home time. No advance will be given to a driver with a $200.00 deficit or more, or to a driver with $400.00 or more in outstanding advances. **A $4.00 wire charge will be levied on an advance where more than 30% of the money advanced is for personal reasons.**

# Hometime:

CRST is committed to improving the quality of life for our drivers. We realize that one of the most important aspects of "life on the road" is quality home time. CRST will assure that each agreed upon home time is fulfilled.

Your Fleet Manager will get his/her drivers home no later than midnight of the agreed upon date. Home is defined as company terminal or dispatch-approved parking location. Hometime will be allowed in any location in which CRST hires drivers. Contact your Fleet Manager or recruiter for a hiring map.

## TRANSFLO SCANNING

# LOAD DOCUMENTATION:

For ***every trip or load***, there are very important documents which CRST requires and needs for daily operation. The documents which must be submitted and are important for the day to day operation of CRST. Paperwork submitted by the driver(s) is electronically submitted via the TransFlo scanning system to Document Control. These are distributed, and indexed as certain documents, which automatically go to the correct department(s), and would include, but are not limited to the following:

- Trip sheets or bubble sheets (one trip sheet per driver)
- Driver paper logs (if applicable)
- All pages of the Bills of Lading (BOL)
- O. S. & D. reports
- Key Rec Stickers and Delivery receipts
- Shipping orders and Shipping manifests
- Memorandums
- Packing lists and Pallet counts
- Gate passes
- Customs control papers
- U.S. Department of Agriculture Inspections
- Scale receipts
- Tolls
- Receipts for lumpers
- Motel receipts
- Trailer reports
- Accident reports
- Maintenance reports
- Fines and Citations
- Customer satisfactions surveys
- Independent Contractor/Owner Operator fuel receipts
- Truck supplies
- Drivers License
- In-Direct deposit requests
- Driver injury reports
- Federal Random drug tests and D.O.T. Physicals
- D.O.T. inspections
- Vehicle inspections and Equipment condition reports
- Equipment interchange receipts
- Funeral leave
- Immigration papers
- Insurance claims
- Driver evaluations and Lead / Student Compliance Agreement evaluations
- State Permits / Liquor permits
- Pictures of accidents and damaged goods
- Rental car paperwork if paid by the driver and Fuel receipts for rental vehicles
- Safety awards
- Driver safety evaluations
- Child support documents
- Secure tractor/trailer parking
- W-4 forms

- FMLA paperwork
- Logo store order forms

Every trip requires trip sheets (bubble sheets) for the driver (if a team for both drivers), to be filled out with their names, driver id's (not the owner/operator id), tractor and trailer numbers, Bills of Lading numbers, trip date, shipper's name and origin point (city and state), consignee's name and destination point (city and stat) and a list of his/her expenses which they wished to be reimbursed for and also their pay numbers which is the same as the load/trip number.

A trip sheet ensures the driver is paid correctly, and in a timely manner, for the wages and reimbursements for **each** trip. Do not combine loads on one trip sheet. You must scan one TransFlo cover sheet for **each** load.

Please remember the bubbles on the trip sheet feed information about the trip into the computer system. If the bubbles are not filled in correctly, we have to manually key in the information, which consists of everything the drivers fill out on their trip sheets. On any given payroll cut off day, Document Control can see up to 2700 trips with the average of at least 5 to 6 documents for each trip. Never hi-light anything on the paperwork with a marker as this turns black once it is scanned. Each loads' paperwork should be scanned in this order and only has to be scanned once if done properly. <u>Teams can and should scan their paperwork together.</u>

**<u>Do Not</u> Scan multiple trips in the same transmission.** Multiple trips in one transmission will only cause the drivers delay in pay. <u>Drivers are to send in one trip per transmission.</u>

**Nothing should be taped to either the Bills of Lading or Trip sheets**

* Drivers' trip sheet (bubble sheet) and anything this driver is requesting reimbursements for such as:
    - Tolls
    - Lumpers
    - Scale tickets
    - Misc. receipts, motel, cab fares, etc.
    - Vehicle inspections
    - Citations, Warnings

* Co-driver's trip sheets (bubble sheet) and anything this driver is requesting reimbursements for such as:

- Tolls
- Lumpers
- Scale tickets
- Misc. receipts, motel, cab fares, etc.
- Vehicle inspections
- Citations, Warnings

Remember all paperwork from the time the load is picked up to the time the trailer is empty is important and belongs to that load. The majority of our customers require us to send the copy of the Bill(s) of Lading showing the consignee's receiving signature with the freight bill (or for them to have access to that paperwork). If you deliver the load, get their signature unless it is a drop and hook. All

loads delivering into any Wal-Mart or Costco facility will receive "gate stamp stickers". It is imperative that the stickers are scanned in with the rest of the paperwork for that load.
If the drivers elect to use a smart phone application, it becomes the drivers' responsibility to make sure all images are clear and legible. If the images are **not** clear or legible, the paperwork will not be processed for either payroll or billing. Document Control Department then has to find out who the drivers dispatcher is, contact the dispatcher, and have them contact the driver with the loads information, which becomes very time consuming, and can affect the driver's pay as well as CRST's ability to bill the customer. Most of the CRST customers require these images, as proofs of delivery, so make sure all images are clear and legible.

Once you have scanned in your paperwork for the load, you need to have a filling system in your truck (an accordion file works very well). You are to keep 2 months (60 days) worth of paperwork in your truck at all times and 6 months at home. You are *not* to throw away the paperwork for any load that you have moved/delivered.

If you switch trucks, the paperwork is to go with you to your next truck or home if its over 2 months old.

***Expenses must be given to your Fleet Manager at the completion of your trip.***
Enter the layover/breakdown pay **authorized** by your Fleet Manager.

Enter the amount **approved** by your Fleet Manager for lumper expenses. A hand written receipt must be included with your paperwork. The amount, name, and social security number of the lumper must be on the receipt.

Teams **split** physical loading pay. Your pay equals $1.50 per 1000 pounds divided by two. The bill of lading **must** be marked carrier load and initialed by the shipper.

Enter the amount authorized by your Fleet Manager for motel expense. You must include a receipt for motel expense with your paperwork.

If you purchase permits for tractor/trailer enter that amount here. Send a receipt in with your paperwork.

Enter the cost to scale your load. Send the receipt in with your paperwork.

Total the amounts of tolls you paid for this trip and enter that amount here. Send all receipts in with your paperwork. All toll reimbursement must be approved by Dispatch prior to running the toll road. Toll receipts not approved by Dispatch will not be reimbursed.

Enter the work related miscellaneous amount approved by your Fleet Manager. Please explain in the remark section (city work, spotting multiple trailers, etc.).

Other expenses not covered on this trip sheet should be entered here. Please explain in the remark section. Send in all receipts with your paperwork.

- Note: Be sure to scan all pages of each Bill of Lading (BOL). Insure that any delivery verification stamps on the back of any of your BOLs are included in the scan. If the Billing Department does not receive this import piece of information, it can prevent/delay

payment for delivering the load.

The following is a description of each section of the trip sheet. Please use this as a guide when filling out your trip sheet. Reference the numbered trip sheet at the end of this section.

1. Enter **your** four-digit ID number here. You will find the number on your CRST ID card.
   - Enter your lead driver, student driver, or co-driver **partner's** ID number.
2. **Print** your first and last name. **Your** name always appears first on your trip sheet.
   - Print your lead driver, student driver, or co-driver's name.
3. Enter your tractor number.
4. Enter your driver I.D. number and shade the corresponding boxes below.
5. Enter the load number and shade the corresponding boxes below.
6. Check off your pay category.
7. Did you pay category change under this load?
8. Write in your trailer number.
9. Write in your Bill of Lading number.
10. Check and miscellaneous pay boxes and denote payment and approval in box 17.
11. Enter the city and state where the load last delivered.
12. Enter the date you picked up the load.
    - Enter an "X" where you picked up your load. Print the city and state if your pick up was somewhere other than the shipper.
13. Enter the date you delivered or dropped the load
    - Enter an "X" at the location you completed the trip. Print the city and state if you dropped at a terminal/drop lot or relay point.
14. Enter the name of the shipper(s) as it appears on the bill of lading.
    - Enter the city and state of the shipper(s).
15. Enter the name of the consignee(s).
    - Enter the city and state of the consignee(s).
    - Enter the weight for each consignee.
16. This section is a checklist of items needed when you scan your trip documents to CRST
17. This section is for additional remarks to clarify payroll such as type (see #10) or who approved the payroll.

## SAFETY DEPARTMENT POLICIES

# SAFETY MISSION STATEMENT:

At CRST, the safety of our employees and the general public is our #1 priority. Each employee, from office staff to the President, will recognize safety as being everyone's responsibility. CRST will strive to be the safest motor carrier in the industry. This goal will be accomplished through a comprehensive approach to safety, including accountability, education, reward, and recognition.

### *Safety:*

All drivers are expected to comply with federal, state, and local laws, as well as Company policy. Any fines, penalties, assessments, fees or costs levied against the individual driver and the Company, as a result of the driver's failure to comply with any federal, state, or local laws and regulations, will be charged back to the driver.

- Drivers are required to use safety equipment when and where required by shippers and consignees.
- No one may use the satellite (Qualcomm) while driving.
- Safety belts will be worn when seated in the driver or passenger seat and bunk restraints applied while the vehicle is in motion. Movement between the sleeper and the cab of the vehicle is discouraged while the vehicle is in motion due to the risk of injury. The top sleeper bunk is not to be used when the vehicle is in motion.
  - U-turns on a public roadway are a violation of Company policy and will result in immediate termination of employment/lease.
  - Parking on the shoulder next to highways is a violation of company policy.
  - Drivers will avoid parking on entrance/exit ramps.
  - Drivers will access exit ramps at speeds of 10 or more miles an hour below the posted ramp speed.
  - While driving in any parking lot, truck stop, terminal yard, shipper or consignee location, etc, CRST drivers will not exceed 5 MPH.
  - Cell phones may only be used in conjunction with hands free devices while operating the vehicle. Texting, manipulating or use of any other electronic device ( including and not limited to the qualcomm / ELD)while in operation of the vehicle is strictly prohibited under federal law.
  - Right Turn on Red Light in a CMV is illegal in most cities and towns and is discouraged while driving CRST owned or issued equipment.

### *Logs:*

All drivers are expected to comply with part 395 of the Federal Motor Carrier Safety Regulations as well as Company policy. For additional information on the Hours of Service regulations and CRST policy concerning EOBR logs and paper logs, see the CRST HOS Study Guide.

# PRE-TRIP INSPECTIONS:

Pre-trip inspection requirements are probably the most violated mandatory safety rule by the trucking industry today. Unfortunately, most lawyers who handle truck accident cases have no idea what those

inspection requirements are. Most lawyers think a pre-trip inspection is one inspection by the driver before he gets behind the wheel.

**As required by 49 CFR § 392.9, a driver must inspect his truck and cargo:**

- Within the first 50 miles of a trip
- Whenever the driver changes duty status
- When he drives more than three hours or 150 miles

If you ask any experienced truck accident lawyer, it is almost never done, and when it is done, it is usually wrong. If you see a 10-minute inspection on the driver's logbooks, you know that driver is cutting corners. Unfortunately, when it comes to pre-trip inspections of an 80,000-pound tractor-trailer, cutting corners means contributing to a preventable truck accidents.

Why does a 10-minute pre-trip inspection mean that important things are being skipped over?

**Under 49 CFR § 396.11**, every motor carrier must require its drivers to report, and every truck driver must prepare a written pre-trip inspection report at the completion of each day's work on each vehicle operated. The report MUST cover the following at a minimum:

- Service brakes (including trailer brake connections)Parking brakes
- Steering mechanism
- Lighting devices and reflectors
- Horn
- Windshield wipers
- Rear-view mirrors
- Coupling devices
- Wheels and rims
- Emergency equipment

Before driving the truck, the trucker must be satisfied that the vehicle is in safe operating condition. Then he must review the last driver's inspection report and sign it, certifying that any required repairs have been performed.

How Much Time Did the Trucker Really Spend on the Inspection?

Looking at a driver log, the driver only allowed himself 15 minutes to perform a pre-trip inspection of his truck. Many truck accident lawyers have found that truckers typically either spend much less than is actually needed to perform a proper inspection, or falsify the inspection time on the daily long. This situation sets up a fantastic opportunity to impeach the credibility of the driver.

During the deposition, a truck accident lawyer can ask:

- Was a pre-trip inspection completed?
- What did you inspect?
- In what manner did you inspect the various parts and accessories?
- How long did that take you?
- Was this inspection recorded on FMCSA compliant paperwork?
- How often do you perform this inspection?

- When was the last time you reported a vehicle as out-of-service and brought it in for repairs?
- How do you record this downtime on your logbook?
- Is 15 minutes enough to thoroughly inspect these parts and accessories?
- Who within the organization trained you on proper pre-trip inspection procedures?
- Do you believe that 15 minutes is sufficient?

By asking these questions, a truck accident lawyer will either expose the driver with a) submitting a false log for only reporting 15 minutes on the inspection or, b) conducting an improper pre-trip inspection for not thoroughly inspecting the list of parts and accessories under 49 CFR § 396.11.

***Section 396.13 states that before driving a commercial motor vehicle the driver must:***

- Be satisfied that the vehicle is in safe operating condition;
- Review the last vehicle inspection report
- Sign the report, only if defects or deficiencies were noted by the driver who prepared the report, to acknowledge that the driver has reviewed the report and certified that the repairs needed were performed.

**392.7 —Equipment, Inspection and Use:**

***No commercial motor vehicle shall be driven unless the driver thereof shall have satisfied himself/herself that the following parts and accessories are in good working order, nor shall any driver fail to use or make use of such parts and accessories when and as needed:***

- Service brakes, including trailer brake connections
- Parking (hand) brake
- Steering mechanism
- Lighting devices and reflectors
- Tires
- Horn
- Windshield wiper or wipers
- Rear vision mirror or mirrors
- Coupling devices

As a professional truck driver, you are expected to pick up and deliver freight safely and on time. What many drivers forget to think about is the condition of their tractor and trailer. For many it is simply an afterthought, "What could be wrong with my truck"? Even with the best shops, maintenance schedules, and mechanics review, plenty can "go wrong" with your truck. Think about it! You can put 1000 miles on a truck a day. If you have a good week you can put 7000+ a week on the same tractor and trailer, yet some drivers risk their safety, the safety of that car next to you on the interstate or behind you and never check their truck! Is that you? A thousand miles a day on any piece of equipment is a lot of miles! Drivers that never check their truck and are shut down due to simple things like tires, lights, air leaks, and bad brakes. These mistakes will hinder your ability to make money. How can you make money if you are shut down by the DOT at a roadside inspection on the side of the highway? If you and your co-driver check your truck each drive shift from front to back, and top to bottom you can keep moving down the road. The teams that are lazy and do not commit to a proper inspection are sure to be

stopped by the DOT. If you are shut down, the next step will be to wait for roadside service to come out and repair your truck at triple the cost to CRST.

If the issue had been discovered during a proper PTI this could have been avoided. If the company has to send roadside service trucks out to repair a truck, it costs money. Stop and think about this; if you are a customer of CRST, you are expecting good quality service. You expect your freight to be picked up and delivered on time, period! Drivers that do a proper PTI, make more money. In today's economy we must take care of our customers, pick up and deliver their freight safely and on time, 100% of the time.

CRST customers have the capability of viewing the carriers CSA score on internet. CSA is a web page administered by the Federal DOT so anyone with a computer can access a companies safety issues by their DOT number (The number on the side of your tractor). CSA as it pertains to PTI will show the amount of CRST vehicles shut down for Vehicle Out-of-Service violations. Out-of-Service Inspections will be cited by a DOT officer for equipment issues on tires, lights, brakes, frame, suspension etc... Why would a potential customer for CRST risk putting freight on a tractor/trailer if it is potentially going to be sitting on the side of the road?

Have you ever been through a weigh station and notice one company or another's trucks always parked out back behind the weigh station being inspected? DOT officers at every weigh station in the country are sent the same information every month from their home office on what companies seem to have a hard time with drivers inspecting and getting out of service issues repaired. Ever been on a commercial air flight and watch the pilot go around his airplane with a flashlight looking his plane over? Would you not feel more comfortable knowing they are thoroughly examining the plane?

Drivers must perform a Pre-trip Inspection for every tractor or trailer operated during their shift. Any findings must be annotated on the form found on the bottom of the log. All you have to do is get out and inspect your tractor and trailer for items in need of repair; advise maintenance, and your dispatcher what needs to be done and get it fixed. It is that easy and you will probably not be one of the trucks behind the weigh station waiting on roadside service for repairs. You and CRST can be issued a fine for not have your equipment in working condition.

To do a proper Pre-Trip Inspection you will need a few tools. A flashlight is necessary because many times you are going to need to inspect your equipment in the dark. An air pressure gauge would be a good tool. Simply "thumping" the tires is not going to tell you if a tire is in fact, "flat" You need the correct air pressure, and it is the ONLY way you can tell. A tire tread, depth gauge is the only sure way you can tell if a tire is within DOT limits regarding tread depth. Gloves would help as well as a few old rags for checking the fluids under the hood. So, how do you do a good Pre-trip Inspection? See the CRST Inspection Process Checklist:

- Use 392.7 of the FMCSR as a guideline
- Use the "North American Standard Inspection Procedures" to insure you are checking the same items the DOT will look at during a Level I or Level II Inspection.
- Fix the things you can, note the things you cannot, and **never** operate an illegal or unsafe vehicle!

One other thing to remember; if you did your job by looking your truck over and passing a DOT Level I or Level II Inspection you will receive a $25.00 bonus on your next paycheck (make sure you log your PTI at the proper time on your log page, as the times *must* match). A passing inspection is one that is marked "No Violations Noted" or blank under the "Violation" section. If you do not pass and are placed Out-of-Service, be prepared to do a DDC at a terminal in the near future which can cost you fees.

**396.7 — Unsafe Operations Forbidden:**

General: A motor vehicle shall not be operated in such a condition as to likely cause an accident or a breakdown of the vehicle.

Exemption: Any motor vehicle discovered to be in an unsafe condition while being operated on the highway may be continued in operation only to the nearest place where repairs can safely be effected. Such operation shall be conducted only if it is less hazardous to the public than to permit the vehicle to remain on the highway.

# WHAT IS A ROADSIDE INSPECTION?

The roadside inspection is designed to be an on the spot safety check of commercial drivers, and vehicles. These inspections are regulated under the provisions of the Federal Motor Carrier Safety Regulations Section 395.13, and 396.9. The inspections are conducted to ensure that the safety and operational regulations are followed. Drivers must understand the inspection criteria, and prepare to successfully meet the requirements, and pass these inspections.

## *CVSA-Commercial Vehicle Safety Alliance*

The **CVSA** is an association of state, local, provincial, and federal officials responsible for the development, administration, and enforcement of motor carrier safety laws and regulations in the United States, Canada, and Mexico. The inspections are conducted by federal, state, and local Motor Carrier Safety Assistance Program inspectors who have met federal training requirements, and are certified for meeting the performance standards.

**There are *six* different levels of roadside inspections:**

- Level I - Comprehensive Inspection. This is the standard (Truck/Trailer, Cargo, Paperwork, Driver, and Driver's Documents)
- Level II - Walk around (Vehicle Only)
- Level III - Driver Only (Documents relating to driver only)
- Level IV - Special Inspections (one time inspection of selected enforcement items)
- Level V - Special study (vehicle)
- Level VI - NAS (radioactive shipments only)

The typical Level I Inspection will take between 30 and 60 minutes to complete. The inspector will review the drivers' documents, physical condition, and the vehicle operating and safety components.
***Driver and Documents come first:***

- **Commercial Drivers License** (valid / current / restrictions / endorsement)
- **Medical Certificate** (current / valid / long form / waivers)
- **DOT Annual Inspection Form** (current /valid / proper format)
- **Hazardous Materials paperwork** (if applicable)
- **Permit Credentials** (IRP cab card /IFTA / Insurance / valid permits)

- **Driver Physical Condition** (age / fatigued / disqualification sections 383.51 or 391.15 / influence or possession of drugs or alcohol)
- **Driver's Record of Duty Status** (Log current, accurate, violations/errors).

**The inspector will now move on with the vehicle inspection. Listen carefully to the instructions, and procedures.**

All DOT Level I and Level II Inspections are based on the North American Standard Inspection Procedures (see NAS Inspection Procedures). The inspection begins at the front of the unit, proceed along the left side, around the rear, and then proceed along the right side to the front of the unit for completion. This is a complete inspection of the following components, and violations within these areas can possibly place your vehicle Out-of-Service:

- **Brakes**
- **Coupling devices**
- **Exhaust system**
- **Frame**
- **Fuel system**
- **All lighting equipment / All safety equipment**
- **Steering mechanism**
- **Suspension - trailer or freight box body**
- **Tires / wheels – rims - hubs**
- **Windshield - wipers and visibility**
- **Cargo Securement / Hazardous Materials - if applicable**

**Remember, the Pre-Trip Inspection is necessary before you begin your work shift. A proper inspection will prevent a future problem that could cause a breakdown or accident. Think SAFETY, for you, your co-driver, and other persons on the roadways.**

# PROPER PRE-TRIP AND POST TRIP INSPECTIONS:

Approach the truck, look for puddles under the engine compartment, and raise the hood. If there are puddles, you may have an oil or antifreeze leak, which could shut you down!

- Check oil level (make sure you know where to add oil to the engine if needed).
- Coolant level (modern engines will now power down and eventually shut down if there is not enough in the overflow/fill tank).
- Power Steering Fluid check, make sure the fluid level is above the refill mark and the hoses are not leaking.
- Water Pump; make sure it is not leaking.
- Belts; secure not lose, cracked or frayed.
- Windshield Wipers; are they in good shape? Do you have plenty of washer fluid?

**Under the hood, tractor-left side (Steer Axle)**

1. Steering Gear box. Secure? Not leaking and no missing parts?

2. Steering linkage-Mounted and secure?
3. Tie rod-secure and not broken?
4. Cotter Pin-Not missing?

**Under the hood, Front Suspension:**

1. Spring-not cracked or broken, none missing?
2. Mounts-secure and not broken no missing parts or bolts.
3. Shock-mounted and secured, not leaking.
4. U-bolts-secure, not broken.

**Front Brake:**

1. Slack adjuster (single chamber); no more than 1-inch of free travel when pulled by hand.
2. Pins-secure and not missing.
3. Brake Chamber (round can) secure, clamps or bands tight.
4. Hoses/Lines-NOT cracked frayed or rubbing.
5. Brake Drum,-Not cracked no missing pieces.
6. Brake lining (shoes) not less the ¼-inch lining, (CRST replaces them at 3/8 inch).

**Front Wheel:**

1. Rim (inside)-not cracked no non-factory welds.
2. Tire NO RECAPS! (inside of tire)-no cuts, bulges, no fabric or metal showing, no less than 4/32 inch tread (use your tread gauge!) *CRST policy is to replace steer tires if the tread depth is 7/32 or less during a tractor service only*.
3. Wheel seal-not leaking.
4. Rim outside-Not cracked no non-factory welds.
5. Tire (Same is #2) No recaps, cuts or bulges, no fabric or metal showing, no less than 4/32 inch tread.
6. Tire is properly inflated 100 psi (Use the air gauge). A tire that is at 80 lbs or less is flat!
7. Hub Oil Seal (outside)-Not leaking.
8. Lug Nuts-tight, none missing, no streaks extending from the lug nuts (steel wheel-rust streaks/aluminum wheel-black streaks).
9. Valve Stem/Cap-Straight, cap present.

**Side/Under Vehicle (left)**

1. Door/mirror-mounted and secure, no broken or cracked glass.
2. Emergency Equipment-Fire extinguisher fully charged, mounted.
3. Three emergency triangles.
4. No fuel leaks.
5. Drive shaft-secure with no apparent damage.
6. Exhaust System-mounted and secure, no leaks, black marks at exhaust pipe joints,
7. Frame-not cracked no welds, no missing bolts.
8. Battery Box-secure, not leaking fluid.

**Tractor Coupling Area (left)**

1. Air/Electric lines/Glad hands-no cuts, leaks, seals not damaged, not rubbing, or dragging on catwalk.
2. Catwalk is secure.
3. Spare tire mounted to cab correctly and will not come lose (If equipped).

**Left side, Axel 2**

1. Springs, not cracked or broken, none missing.
2. Air Bag, inflated, no cuts and secure, not leaking.
3. Mounts-secure and not broken.
4. U-Bolts, secure and not broken.
5. Shock, secure and not leaking.

**Brake:**

1. Slack Adjuster, This axel should have a "maxi can" brake (parking) no more than 1-inch of free travel pulled by hand.
2. Brake Chamber (the "can") secure, clamps (bands) tight.
3. Hoses/Lines not cracked frayed or rubbing.
4. Drum, not cracked and no missing parts.
5. Brake Linings, not less then ¼ inch lining.

**Wheel:**

1. Rim, (inside) not cracked.
2. Tire, (inside) no cuts bulges, no less than 2/32 inch tread (use your depth gauges).
3. Seal, not leaking.
4. Rim (outside) not cracked.
5. Tire (outside) no cuts bulges, no less than 2/32 inch tread.
6. Tire, proper inflation 100 psi, 80 pounds or less, the tire is flat. 100 of air pressure is required for all tires.
7. Seal, (outside) not leaking.
8. Lug nuts, tight, none missing, no streaks extending from the lug nuts.
9. Tires (duals) No foreign objects lodged between dual tires.
10. Valve Stem/Cap straight and cap present.

**Coupling:**

1. Fifth Wheel mount/platform-not cracked, no welds, bolts not broken or missing.
2. Fifth Wheel Plate-not cracked no foreign objects.
3. Locking Jaw (bobtail) open, in released position.
4. Locking Jaw (with trailer) CLOSED! There is only one-way to be sure the kingpin is locked into the fifth wheel. Get out and get under the trailer with a flashlight. Make sure the jaw of the fifth wheel is completely around the kingpin! Pull tests do not work if you have a high hook! No space or daylight between kingpin and upper plate of the trailer!
5. Mounting Bolts-secure and none missing.

***Repeat: Suspension, Brake & Wheel Axel 3, and Right Side***

***Repeat: Coupling Right Side***

***Repeat: Suspension, Brake & Wheel Axel 2, and Right Side***

***Repeat: Side/Under Vehicle Right Side***

***Repeat: Front Suspension. Brake & Wheel Axel 1, Right Side***

**Inside cab:**

1. Clutch Pedal-1 ½ to 2 inches of free travel.
2. Steering Play-no more than 10 degrees.
3. Gauges: Oil pressure-normal operating range, Water Temperature and Air Pressure - within normal range.
4. Windshield-Not broken, no cracks.
5. Windshield wipers-operational.
6. Lighting indicators-functional.
7. Horn (city-air) at least one horn working.
8. Heater/Defroster-working.
9. Mirrors-not broken, no cracks.

**Trailer Front:**

1. Air/Electric cords/connection-secure, glad hand seals not damaged or leaking air.
2. Header Board-secure, in good repair.
3. Kingpin Apron (plate kingpin is attached to) not cracked or worn.

**Side of Trailer (Left)**

1. In good condition, no missing parts.
2. Handle secure.
3. Door ties-secure.
4. Frame Cross Members-not bent, broken, missing.
5. Air lines/hoses-secure. At least 18 inches off the ground.
6. Sliding Tandem pins-pins are locked in.
7. Tandem slider release bar-secure, in locked position.

***Repeat: Suspension, Brake & Wheel Axel 4, Left Side***

***Repeat: Suspension, Brake & Wheel Axel 5, Left Side***

**Rear of Trailer:**

1. License plate-present, clean secured and current.
2. ICC bumper, good repair, securely mounted.
3. Doors and Hinges-locked/sealed and properly latched, not broken.
4. Lights, clean and proper working order.
5. Mud Flap-present, properly mounted and in good repair.

***Repeat: Suspension, Brake & Wheel Axel 5, and Right Side***

***Repeat: Suspension, Brake & Wheel Axel 4, and Right Side***

***Repeat: Side of Trailer Right Side***

**Lights/Reflectors:**

1. Tractor & Trailer, all working.
2. Clearance lights working.
3. Headlamps working (check high beams as well).

**Satellite:**

Most CRST company trucks are equipped with Qualcomm satellite units. You **must** communicate properly on the satellite. All forms **must** be sent in a specific order. Proper communication on your satellite is a **must** to insure you are maximizing your earning potential. You **must not** send text messages, unless absolutely necessary. Forms **#01 through #10** must be sent in that order for **each** load. The following is a complete list of forms and their purpose:

***With your help in filling out these important macros correctly and quickly, we can avoid delays and make sure out customers are serviced and you get more miles and are paid correctly***

- **Form #01** is your load commitment. After you receive your load assignment, you **must** inform Operations that the load can be picked up and delivered in the time frame requested. If your commitment changes, send this form again **as soon as possible**.
- **Form #02** gives us the time you will arrive at the shipper.
- **Form #03** gives us the time you are relayed onto a load.
- **Form #04** is the form used to notify that you are loaded and leaving the shipper and Pre-Bill info.
- **Form #05** gives us arrival time for multiple pickups.
- **Form #06** gives us departure time for multiple stops.
- **Form #07** gives us the time you arrive at the **destination consigned to**.
- **Form #08** gives us the time you spot the trailer to unload, and the estimated time when you will be unloaded. (This is important for load planning.)
- **Form #09** gives us your empty time at the consignee, and informs of reimbursable expenses.
- **Form #10** is if you **relay the load.** This gives your relay time and informs of reimbursable expenses.
- **Form #11** is the form used to request **any** directions.
- **Form #12** gives us needed information when you drop and hook to a different trailer.
- **Form #13** is used when requesting specific routing for your trip.
- **Form #14** is a **must** if you are **running late** for a delivery.
- **Form #15** requests an advance on your pay (with **your** Fleet Manager only).
- **Form #16** is to **report shutdown** in bad weather/road conditions.
- **Form #17** is your home time request. Teams may request home time at least two **weeks** in advance.
- **Form #18** is your (E.T.A.) to the relay point if you are instructed to relay your load.
- **Form #19** is your estimated time of arrival to the consignee (**check call**). This **must** be sent between 7:30 a.m. and 10:00 a.m. each day you are in route. (This is important for planning)
- **Form #20** is the form used if you are **broke down** or asking for maintenance.
- **Form #21** informs CRST that your tractor/trailer has been involved in a collision.
- **Form #22** informs the Operations Department that you are available for dispatch.
- **Form #23** gives your Fleet Manager hours worked the previous 7 days and available hours.
- **Form #24** Damage report form. Used when picking up equipment, which has previous damage.
- **Form #25** is the maintenance form to report tractor/trailer damage.

- **Form #26** informs where your tractor/trailer is during time off, if it is connected, and where you can be reached. **This is a must.**
- **Form #27** Driver Change
- **Form #28** Three Man Change
- **Form #29** is used to update directions.
- **Form #30** Driver Referral for Recruiting
- **Form #31** is used by students to evaluate their Lead Drivers at the completion of training.
- **Form #32** is a Free Form message.
- **Form #33** is used to notify dispatch that you are shutting down due to weather, fatigue, etc.
- **Form #34** is a message for Lead Drivers to inform dispatch about the status of their student.
- **Form #35** is a High Value Load Compliance macro.
- **Form #36** is an Airfreight Alert to inform dispatch of a stop/delay of an Airfreight or Conway Load.
- **Form #37** is an update fuel levels message.
- **Form #38** is a load lock request.
- **Form #39** is the Driver's Daily Vehicle Inspection Report. Required at the end of driver's shift /workday.
- **Form #40** is a message to Management. An Operations Manager receives the message.
- **Form #41** is a Co-Driver request.
- **Form #43** is a shutdown under a High Value load and reason for stop.
- **Form #44** is a request for E-Log corrections and is received by the Log Department.
- **Form #45** is a Safety Response.
- **Form #50** is a DDC arrival/departure notice.
- **Form #55** is for E-Log signup.
- **Form #56** is a Violation Review form.

# MACROS

This is a list of main Macros you will use on CRST's Qualcomm system, in order, as you progress through each load. Each of these macros serves a very important purpose in tracking the load, and allows your Fleet Manager (FM) to service you and the customer quickly without missing information.

**Macro 1 Load Commit**

This macro tells your FM if you can do pick-up and deliver the load on time. If you cannot, your FM may still ask you to pick up the load and run part of it or they will get the load rescheduled. You must put in the correct pay number for this macro to work properly. You send this for every load you do, no matter how long or short.

**Macro 2 Arrived at Shipper**

This macro tells your FM that you have arrived at the shipper. Please send this once you have arrived on the property of the shipper. You will also send this for every shipper you go to if your load has more than one pick-up. Do not use this macro if you are relaying onto a load. This macro requires that you put in the correct pay number of the load. You must also put in the right trailer number that you pull into the shipper. If you do not have a trailer, please leave this blank so your FM knows you bobtailed in. The arrival time is the local time.

**Macro 3 Relaying onto a Load**

This macro is used when your FM has you relaying onto a load. Relaying means you are picking up your load at a location other than the shipper (a drop yard or terminal). Again, the correct pay number of the load is required for this macro to work. It is very important for you to be accurate with the trailer number you are leaving at the location you pick up from and what trailer number you are leaving with, once you have relayed onto the load. If you are bobtailing in, please make sure to leave the trailer number blank. Make sure you know where you are picking up this load from because we want you to put in the city and state as well as the correct date and local time you have picked up that load.

**Macro 4 Pre-bill / Loaded and Leaving**

This macro is used when you have finished loading at a shipper and are leaving. Use this macro whenever you are leaving a shipper, even if your load has more than one shipper. Send this for every shipper. Once again, the right pay number is required. Your FM must know what trailer you are leaving with and the correct seal # on the trailer. Let us know what shipper number this is, if it is the first or second, etc. Then we want to know how many load locks you have on the trailer and the date and local time you are leaving that shipper. This helps us track for the customer. We ask that you estimate your arrival to the first delivery point. Usually this is the appointment time for that delivery, but it could be sooner if you run ahead of your load. Let us know if you have any placards for hazmat, if you can reload after you deliver, how many pallets, quantity of product on the trailer, and how much it weighs, your bill of lading numbers and finally your driver ID.

**Macro 5 Arrived at a Stop Off**

This macro is used to let your FM know you have arrived at a **delivery** point. Input the correct pay #, the trailer you arrived with, and the delivery number you are at (01 for first deliver, 02 for second delivery, etc). Then put in the city, state of that delivery and the date and local time you actually arrived at that delivery with an estimate of when you think you will be done unloading at that delivery.

**Macro 6 Departed a Stop Off**

This macro is used to let your FM know when you have left a delivery. Input the right pay #, the trailer # you are leaving with, and the delivery number you are leaving. Then just like the #5 Macro, we need to know the city qand state of the delivery; date and local time you are leaving that delivery and finally, who signed the bills at that delivery.

**Macro 7 Arrived at Final Consignee**

This macro is used to let your FM know when you have arrived at the last delivery on the load. Again, we need the correct pay # of the trip, the trailer # you are pulling and the city and state of where the final consignee is. Please input the date an local time that you arrived at the last delivery point. The odometer reading will be captured automatically.

**Macro 8 At Dock Loading**

This macro is used to let your FM know you are at the dock unloading or when you need a lumper. Type in the correct pay #, let us know what delivery # you are at, as well as the city and state of that delivery. Give us an estimate of when you think you will be loaded. If you need a lumper, put in the exact amount needed to pay the lumper and your driver ID.

**Macro 9 Empty at Final Consignee**

This macro tells us your trailer is completely empty and you are done with you load. Do not use this macro if you are relaying off a load. This is our longest macro. Make sure you fill it out right. Let us know the correct pay # of the trip. Then we need to know what trailer number you are pulling out of the consignee. This may not be the same trailer you brought in, but putting in the right trailer # will help us with your next load. If you are bobtailing out of there, leave this line blank. Type in the city, state, date and local time that you were finished being unloaded. Tell us who signed the bills, very important! Check your fuel gauge and let us know how many gallons of fuel you have. The next section is how you will be reimbursed for any trip expenses (tolls, scales, lumper, breakdown, extra stops, etc). Do not forget this part or your FM will not know to reimburse you. The last part of this macro is you telling us how your post-trip inspection goes. We want to know if anything needs repaired. Be thorough! You just finished your last macro.

**Macro 10 Relayed Load**

This macro is similar to the Macro 9. It tells your FM you are relaying off a load. This macro is n ot to be used if you are delivering at the final consignee. You must include the current pay #, the trailer # you are dropping off, and the trailer # you are picking up at that location. If you are bobtailing out of the relay location, leave this line blank. Type in the city and state, the current date and local time you relay off the load. Make sure you leave the bills with the load and tell us the location of those bills with the trailer. Then do not forget to send in any reimbursements by filling in the next section of the macro. We want you to be reimbursed for all of your qualified trip expenses.

### *Helpful Tips for using Macros:*

Trailers:

- If you ever bobtail, make sure to leave the trailer line blank. Sometimes drivers put in 0, NOTHING/NONE, XXXXXX, or 000000. Just leave it blank, it will still process.
- If your trailer has letters with numbers, make sure to include those as well.
- Always make sure you double-check your trailer numbers. Sometimes drivers transpose numbers and it does not match up with the trailer you should have. For example: you should be picking up trailer 234567, but you accidentally pick-up trailer 234576.

Dates and Times

- All times on macros are local times for where you are picking-up or delivering. Do not use Central time unless you are picking up/delivering in Central time zone.
- Make sure your ETA dates and times are as accurate as possible. Your FM uses these times to help plan you on your ext load and the planner needs these as well.
- If you put an ETA showing late due to delays or slow transit, be sure to tell your FM too.
- When you are filling out the arrival and departure times, make sure to let us know when you actually arrived. Sometimes drivers arrive, park, go see the freight office and use the restroom before sending in the macro. While that is fine, make sure to let us know when the truck pulled onto the lot of the customer. It helps us to know when the load arrived.

Bills, Seals, and Signatures

- Make sure you get signatures for every single bill. We only have one or two customers in all of CST that we do not require a signature form. This signature is required to pass on legal responsibility for the load back to the customer.
- Always make sure, if you are relaying off a load, that you leave the bills with the load. The next truck that pulls this load must have them to pass through scales and make the delivery.
- Make sure to note seal numbers on your bills when you get a load. It is for your protection and the company's and tells the customer the load has not been tampered with.

Pay numbers/Trip Numbers

- Pay numbers and trip numbers are the same number. They are interchangeable.
- Make sure to use the right pay number when filling in the macros. It must match identically to what your dispatch says. When relaying off and on a load, please make sure to use the right one.

#3's and #4's

- You will never use a #3 on the same load you use a #4. When relaying onto a load, do not use a #4, just use the #3. When leaving a shipper, only use the #4 and not the #3. If you pick-up a load out of Laredo, only use the #4 Pre-bill. A #3 is for when you relay onto a load from a yard or random location that is not considered a shipper.

# 11-Hour and 14-Hour Rules: FMCSR §395.3 (a) (1) and (2)

**A driver cannot drive after being on duty for a total of 14 hours (no more than 11 of which can be driving) until he/she has ten consecutive hours of rest.**

- Note that the 14 hours is <u>consecutive</u> — it includes *<u>all</u>* "Off-duty" (Lines 1&2), and all "On-duty" (Lines 3&4), time accrued after initially coming on duty.
- 11-hour rule: you may not drive more than 11 hours without a full 10-hour break.
- 14-hour rule: you may not drive after being on-duty for 14 hours without a full 10-hour break, *however; per FMCSR §395.1, a driver may continue to perform non driving activities and not be in violation of the Hours of Service Regulations*:
  - Example: If your day starts at 7 AM, you have to be done driving by 9 PM. Off-Duty, and Sleeper Berth time, less than a full 10 hours during this period, counts towards your 14-hour limit.

# 10-Hour Rest Period: FMCSR §395.1

10 or more consecutive hours of Off-Duty time will restart the 11 and 14-hour clocks.

- A break must be 10 hours in length and made up of Off Duty, (Line 1), Sleeper Berth (Line 2), or any combination of both Lines 1&2. The Sleeper Berth can be used in satisfying the 10 consecutive hour's Off-Duty requirement by combining Sleeper Berth time with any ***<u>legitimate</u>*** Off-Duty time, however; the periods must be consecutive and not broken with any On-Duty or Driving activities. During those 10 hours, you cannot have any Driving (Line 3), or On-Duty, Not Driving (Line 4), time.
- Team drivers may log up to <u>2</u> hours in the passenger seat before or after an 8-hour period in the Sleeper Berth, as Off-Duty time. *The regulation also allows drivers resting in a parked CMV to count that time as Off-Duty.* Rule *Effective 27 Feb 2012*

### *"Passenger Seat" Rule: FMCSR §395.2*

- *<u>Team drivers</u>* may log up to <u>2</u> hours in the passenger seat *<u>before or after</u>* a consecutive 8-hour period in the Sleeper Berth, as Line 1, Off-Duty, in a moving CMV. *The rule also allows drivers resting in a parked CMV to count that time as Off-Duty. Effective 27 Feb 2012*
- This period cannot exceed 2 hours each 10-hour break.

### *"Rest Break" Rule: FMCSR §395.3 (a) (3) (ii)*

- Rule effective 1 July 2013: Driver may not drive after 8 hours without a minimum of 30-minute break, then may complete his 11 hours shift providing he/she does not exceed the 14-hour limit.
- Thirty-Minute Break: If more than 8 consecutive hours on duty have passed since the last off-duty (or sleeper-berth) period of at least half an hour, a driver must take a break of at least 30 minutes before driving.
- Drivers have flexibility in deciding when to take the break.

- FMCSA has also added an exception for drivers of CMVs carrying Division 1.1, 1.2, or 1.3 explosives to allow them to count on-duty time spent attending the CMV, but doing no other on-duty work, toward the break.
- 30 minute break – Utilize the 30 minutes to break your driving shift in half. Find a safe place to stop in the middle of your driving shift to stretch your legs, call home, and get some coffee or a snack. Remember, you cannot perform any work activities during your break.

## EXAMPLE 1: 14-Hour Driving Window

Day 1




**Violations:** There are no violations in this example.

**Explanation:** This is an example of the 14 consecutive-hour "driving window." After 10 consecutive hours off duty, the driver had 14 hours available and started his/her driving window at Midnight on Day 1. At 2:00 p.m., the driver had reached the end of the 14-hour window (10 hours driving; 3 hours on duty; 1 hour off duty). The driver may not drive a CMV once he or she has reached the end of the 14 consecutive-hour period (unless a 16-hour day is available [Section 395.1(o)]), and in this example the driver goes off duty for the required 10 consecutive hours starting at 2:00 p.m. on Day 1.

## EXAMPLE 2: Driving Limit*

Day 1




Day 2




**Violations:** There are no violations in this example.

**Explanation:** This is an example of the maximum of 11 hours of driving within the "driving window." After 10 consecutive hours off duty, the driver had 14 hours available (and 11 hours driving) starting at 10:00 a.m. on Day 1. The driver was on duty for 1 hour, drove for 5 hours, went off duty for 1 hour, drove for another 6 hours between 5:00 p.m. and 11:00 p.m., and was on duty for 1 hour. In this example, the driver drove the maximum 11-hour limit within the 14-hour "driving window" and is therefore in compliance with the rule. Starting at Midnight on Day 2, the driver may not drive a CMV until he/she goes off duty for a minimum of 10 consecutive hours, which is indicated on the log (10 sleeper-berth (S/B) hours). In addition, the 1 hour (1/2 hour minimum) off duty break between 4:00 p.m. and 5:00 p.m. on Day 1 was necessary as the driver may drive only if 8 hours or less have passed since the end of the driver's last off duty period of at least 30 minutes.

**The compliance date for the 30-minute break provision is July 1, 2013.*

ORIGINAL - Submit to carrier
DUPLICATE - Retain in your possession for 8 days

Form 0560061

# DRIVER'S DAILY LOG

NOTE: All entries must be neatly printed in blocks. Use black or blue ink only.

Start Date / Today's Date (Month) (Day) (Year)
If multiple off-duty days, enter end date here: (Month) (Day) (Year)
(Print Last Name, First Initial - Ex. Smith, R)

I certify these entries are true and correct.

(Total Miles Driving Today) (Tractor Number) (Driver ID) (Driver's Signature in Full)

- [ ] CRST Van Expedited, Inc. - 3930 16th Ave. S.W. - Cedar Rapids, IA 52406
- [ ] CRST Malone, Inc. - 1901 Floyd Bradford Rd. - Trussville, AL 35173
- [ ] CRST Dedicated Services, Inc. - 1901 Floyd Bradford Rd. - Trussville, AL 35173

(Co-Driver ID) (Print Co-Driver Name)

| MID-NIGHT 1 2 3 4 5 6 7 8 9 10 11 NOON 1 2 3 4 5 6 7 8 9 10 11 | TOTAL HOURS |
|---|---|
| 1: OFF DUTY | |
| 2: SLEEPER BERTH | |
| 3: DRIVING | |
| 4: ON DUTY (NOT DRIVING) | |
| REMARKS | 24.00 |

Hours Worked Last 7 Days
1.
2.
3.
4.
5.
6.
7.

Yesterday Total Hours (1)

70 Hours Less Total Hours (1) Equals Hrs. Available Today (2)

(2)

(3)

Hours Worked Today

If Hours Worked Today (3) Exceeds Hours Available (2), You are in Violation. Your Reason Must be Entered in "Remarks".

*If you took 34 consecutive hours off duty, you have 60/70 hours available again.

TRAILER NO.

1/4 = 0.25
1/2 = 0.50
3/4 = 0.75

NUMBER OF OFF-DUTY DAYS STARTING TODAY

B/L NO. B/L NO. ☐ Two Vehicle Inspections Completed Shipper & Commodity

---

Start Date / Today's Date (Month) (Day) (Year)
If multiple off-duty days, enter end date here: (Month) (Day) (Year)
(Print Last Name, First Initial - Ex. Smith, R)

I certify these entries are true and correct.

(Total Miles Driving Today) (Tractor Number) (Driver ID) (Driver's Signature in Full)

- [ ] CRST Van Expedited, Inc. - 3930 16th Ave. S.W. - Cedar Rapids, IA 52406
- [ ] CRST Malone, Inc. - 1901 Floyd Bradford Rd. - Trussville, AL 35173
- [ ] CRST Dedicated Services, Inc. - 1901 Floyd Bradford Rd. - Trussville, AL 35173

(Co-Driver ID) (Print Co-Driver Name)

| MID-NIGHT 1 2 3 4 5 6 7 8 9 10 11 NOON 1 2 3 4 5 6 7 8 9 10 11 | TOTAL HOURS |
|---|---|
| 1: OFF DUTY | |
| 2: SLEEPER BERTH | |
| 3: DRIVING | |
| 4: ON DUTY (NOT DRIVING) | |
| REMARKS | 24.00 |

Hours Worked Last 7 Days
1.
2.
3.
4.
5.
6.
7.

Yesterday Total Hours (1)

70 Hours Less Total Hours (1) Equals Hrs. Available Today (2)

(2)

(3)

Hours Worked Today

If Hours Worked Today (3) Exceeds Hours Available (2), You are in Violation. Your Reason Must be Entered in "Remarks".

*If you took 34 consecutive hours off duty, you have 60/70 hours available again.

TRAILER NO.

1/4 = 0.25
1/2 = 0.50
3/4 = 0.75

NUMBER OF OFF-DUTY DAYS STARTING TODAY

B/L NO. B/L NO. ☐ Two Vehicle Inspections Completed Shipper & Commodity

---

# DRIVER'S VEHICLE INSPECTION REPORT

AS REQUIRED BY THE D.O.T. FEDERAL MOTOR CARRIER SAFETY REGULATIONS, I SUBMIT THE FOLLOWING:

DATE: TRACTOR NO.:
TRAILER NO.(S):
- [ ] I detect no defect or deficiency in this motor vehicle as would be likely to affect the safety of its operation or result in its mechanical breakdown.
- [ ] I detect the following defects or deficiencies in this motor vehicle that would be likely to affect the safety of its operation or result in its mechanical breakdown.

INDICATE WHETHER DEFECTS ARE ON TRACTOR OR TRAILER - DESCRIBE DEFECT IN DETAIL

DRIVER'S SIGNATURE:
- [ ] ABOVE DEFECTS CORRECTED
- [ ] ABOVE DEFECTS NEED NOT BE CORRECTED FOR SAFE OPERATION OF VEHICLE

MECHANIC'S SIGNATURE:
DRIVER'S REVIEWING REPAIRS:
DATE:

AS REQUIRED BY THE D.O.T. FEDERAL MOTOR CARRIER SAFETY REGULATIONS, I SUBMIT THE FOLLOWING:

DATE: TRACTOR NO.:
TRAILER NO.(S):
- [ ] I detect no defect or deficiency in this motor vehicle as would be likely to affect the safety of its operation or result in its mechanical breakdown.
- [ ] I detect the following defects or deficiencies in this motor vehicle that would be likely to affect the safety of its operation or result in its mechanical breakdown.

INDICATE WHETHER DEFECTS ARE ON TRACTOR OR TRAILER - DESCRIBE DEFECT IN DETAIL

DRIVER'S SIGNATURE:
- [ ] ABOVE DEFECTS CORRECTED
- [ ] ABOVE DEFECTS NEED NOT BE CORRECTED FOR SAFE OPERATION OF VEHICLE

MECHANIC'S SIGNATURE:
DRIVER'S REVIEWING REPAIRS:
DATE:

Printed & Published by J. J. KELLER & ASSOCIATES, INC.®, Neenah, WI • USA • (800) 327-6868 • jjkeller.com • Printed in the United States XXKELL - 0346001

incidents are one of the most common among drivers, most of which could have been avoided if a ground guide was in place. Always use "G.O.A.L.": Get Out And Look!

- Ground guide must stand in front of the truck, off to one side (usually the passenger side). Stay 5 to 7 feet away from the truck if you are ever directly in front of it.
- Driver must turn off CB and radio and roll the window down.
- Ground guide must yell and signal, "STOP" before the driver makes contact with something. (Any sound and/or signal made by the ground guide means STOP.)
- The driver is responsible for positioning the truck; the ground guide does not direct driver.
- 4-way flashers must always be on and sound the city horn when backing.
- If you do not see your ground guide do not move the truck! If necessary, get out of the truck and locate your ground guide, and reposition the ground guide before you proceed.

It is CRST policy that the driver of the vehicle gets out and looks before backing. Based on experience of the driver and the difficulty of the backing situation, the driver may request the use of a ground guide. This person could be your team partner if it does not violate or interrupt the sleeper-berth rest period, or off duty time. The driver behind the wheel is responsible for a safe backing maneuver. Solo and team drivers, as needed, may ask anyone available to assist him/her in the role of a ground guide.

## BACKING PROCEDURES:

- Be sure the area around you and the area you are going to move into are clear (check for obstructions above, on the ground, both sides, and to the rear).
- Position your Ground Guide 25 feet away from the front of the truck (if available) and check on your hand signals.
- Establish eye contact with the Ground Guide.
- Stop and exit the truck, if necessary, to reassess the situation.
- Always sound your horn in congested areas and use the emergency flashers.
- Use all mirrors to check for obstacles, the alignment of your unit and your progress.
- Never back unless you know what is behind you.
- Get out and check again if you are unsure of the clearance.
- Do not let the clutch slip or drag the brakes (backing should be in low range at an idle).
- Anticipate the path the trailer will follow into the backing space and steer the trailer onto that path.
- There is a delay from the time you turn the steering wheel until the trailer reacts and starts to move in the direction you want to go.
- The more severe the angle, the more room you will need to correct it.
- Backing will be impacted by weather, ground surfaces, weight, and position of the trailer tandems.

### *Turns and Lane Changes:*

Drivers must signal all turns or lane changes at least 100 feet before and during the turn or lane change. Always remain alert for any vehicles that enter the driver's "blind spot" or "No Zone" areas. Do not "back up" if other traffic hinders your completion of the turn.

# Trailer Doors

Many drivers have been hurt opening trailer doors. The doors can suddenly move because cargo has shifted during transport, or the wind catches the door. Check the door before you open it to see if cargo has shifted. Light slaps with your open hand can tell you if cargo is leaning against the door.

- Open the right door first, leaving the left side partially hooked, and look inside.
- Stand to the side of the door as you open it.
- Stay to the side of the door as you walk.
- Watch where you step as you walk around the trailer
- Keep a firm grip on the door until it is secured
- Always latch trailer doors as close to the trailer as possible

### *Handling Tractor Hoods*

Checking under the hood should be part of your daily pre-trip inspection. Lifting and lowering the hood can be hazardous when done wrong. Make sure you are out of strong winds and away from traffic. Use your whole body and avoid reaching and twisting. Use the foothold in the bumper when lowering the hood. Always lift with slow steady pressure. Never jerk the hood.

# Pulling Fifth Wheels

Drivers do many things that require use of the arms, shoulders, and upper body. Long-term damage can occur when common tasks are performed in ways that create unnecessary stress on the body. Brace yourself and use leverage to avoid just pulling with your upper arm. Set the trailer bakes and back up to take the pressure off the fifth wheel when you park. No matter which way you pull the fifth wheel, spread your legs for balance, get a firm grip, pull with firm steady pressure, and never tug or jerk the release. Make sure any damage or maintenance concerns are addressed.

# Landing Gear

Drivers can be hurt when raising or lowering the landing gear. The injuries can be strains, falls, being hit by the handle, or from walking into a handle.

- Make sure you use the right gear (high or low)
- Get a firm grasp on the handle
- Use steady pressure
- Keep your face away from the handle
- Avoid the two finger spin technique
- Brace yourself for balance
- Lower and secure the handle when you have finished
- Address any damage or landing gears needing maintenance

# DIRECTIONS TO TERMINALS

**CRST Cedar Rapids, IA (Corporate, Operations, Maintenance, Safety and Training)**

Address: 3930 16th Ave SW, Cedar Rapids, IA 52401. Phone: 800-366-8460.

Directions: From I-80 take I-380 N to Hwy 30w (toward Tama). Go 2.2 miles to the Edgewood road exit. Turn Right (North) onto Edgewood road and go 1.5 miles to 16th Avenue (Pizza Hut on left). Turn Left at light onto 16th Avenue. Go ¼ mile and turn Right into truck entrance, which is marked with a sign.

**CRST Carlisle, PA (Maintenance, and Training)**
**Safety 800 756 2324 Maint. 800 795 2326**

Address: 1076 Harrisburg Pike, Carlisle, PA. 17016
Directions: From I-81 take Exit 52B, turn West. Proceed past Petro and Love's Truck Stops. Continue past PA Turnpike I-76. Terminal is 1/2 mile on the Right side of the road past the Sheetz's gas station. **Do NOT turn before Sheetz's**, (12'6" Underpass)

**CRST Oklahoma City, OK (Maintenance, and Training).**

Address: 924 S. Morgan Road, Oklahoma City, OK 73128. Phone: 800-366-2328.

Directions: From I-40 take exit 140 (Morgan Rd) turn South. Terminal is ¼ mile on the Left. **Note: Do not follow** GPS coming from South :, it routes thru a very tight residential neighborhood

**CRST Riverside, CA (Maintenance, and Training).**

Address: 5350 Wilson St Jurupa Valley Ca 92509 Phone 951 275-5759

Directions: From I-10 take the Riverside Drive exit South 2.7 miles to Agua Mansa Rd turn right and go 1.6 miles to Wilson St, make a left and go .3 miles and the Terminal is the Left side of road.

**CRST Laredo, TX (Laredo Operations only)**

Address 12025 Mines Road, Laredo, TX 78041. Phone: 800-743-2778

Directions: I-35 to Exit 8. Turn Right on Bob Bullock Loop. Go to 1st light; turn Right on Mines Rd. Go 150 yards to the yard on Right side of road. When leaving, go Right out of yard and follow signs back to I-35. (Combo to driver lounge is 234)

**CRST Morton, IL (Dedicated Services Operations and Maintenance)**

Address: 1945 N. Morton Ave., Morton, IL 61550. Phone: 309-266-2565.

Directions: I-74, Exit 102, go ½ mile north on N. Morton Ave. On Left across from Wal-Mart.

# EXHIBIT 10

# NOTICE TO EMPLOYEE

***Labor Code section 2810.5***

## EMPLOYEE

Employee Name: Company Drivers – California Residents

Start Date: ______________________

## EMPLOYER

Legal Name of Hiring Employer: CRST Expedited, Inc.

Is hiring employer a staffing agency/business (e.g., Temporary Services Agency; Employee Leasing Company; or Professional Employer Organization [PEO])? ☐ Yes x No

Other Names Hiring Employer is "doing business as" (if applicable):

______________________

Physical Address of Hiring Employer's Main Office:
3930 16th Ave SW Cedar Rapids, IA 52406

Hiring Employer's Mailing Address (if different than above):

______________________

Hiring Employer's Telephone Number: 319-396-4400

If the hiring employer is a staffing agency/business (above box checked "Yes"), the following is the other entity for whom this employee will perform work:

Name: ______________________

Physical Address of Main Office: ______________________

Mailing Address: ______________________

Telephone Number: ______________________

## WAGE INFORMATION

Rate(s) of Pay: ______________________ Overtime Rate(s) of Pay: ______________

Rate by (check box): ☐ Hour ☐ Shift ☐ Day ☐ Week ☐ Salary ☐ Piece rate ☐ Commission

X Other (provide specifics): See CRST Expedited Pay Scale Document

Does a written agreement exist providing the rate(s) of pay? (check box) x Yes ☐ No

If yes, are all rate(s) of pay and bases thereof contained in that written agreement? ☐ Yes ☐ No

Allowances, if any, claimed as part of minimum wage (including meal or lodging allowances):

______________________

(If the employee has signed the acknowledgment of receipt below, it does not constitute a "voluntary written agreement" as required under the law between the employer and employee in order to credit any meals or lodging against the minimum wage. Any such voluntary written agreement must be evidenced by a separate document.)

Regular Payday: Tuesday and Thursday

# EXHIBIT 11

DELIVERING PROMISES AND DRIVING SUCCESS

CRST

THE TRANSPORTATION SOLUTION

# DRIVER EMPLOYEE HANDBOOK

# SECTION VI: ADDENDUM FOR EMPLOYEES RESIDING IN CALIFORNIA

## *California Family Rights Act*

The California Family Rights Act ("CFRA") may require employers to provide family and medical leaves of absence to eligible employees. Employees who are CFRA-eligible may have certain rights to take both a pregnancy disability leave ("PDL") and CFRA leave for the birth of a child. There are some differences between FMLA and CFRA, and this Policy explains how such leaves are administered for California employees. Where more than one (1) of the laws applies, leave taken may be counted under more than one (1) law at the same time, to the extent permitted by the applicable law(s). For example, where CFRA leave is also FMLA-qualifying, the leave will count against both FMLA and CFRA entitlements. However, PDL is separate from and does not count against an employee's CFRA leave entitlement.

This policy will be interpreted to comply with the law(s) that apply to a particular leave. If employees have any questions concerning CFRA leave, they should contact Human Resources.

**Eligibility**

Under the CFRA, employees may have a right to an unpaid family care or medical leave (CFRA leave) if they:

1. Have worked for the Company for a total of at least 12 months at any time prior to the commencement of a CFRA leave;
2. Worked for the Company for at least 1,250 hours in the 12-month period before the date they want to begin CFRA leave, to the extent permitted by applicable law; and
3. Work at a location in which the employer has at least fifty (50) employees within a 75 miles radius of the employee's work site.

An employee who is not eligible for CFRA leave at the start of a leave because the employee has not met the 12-month length of service requirement can meet this requirement while on leave because leave to which the employee is otherwise entitled counts toward length of service requirement (but not the 1,250 hours requirement).

**Basic Family and Medical Leave Entitlement**

FMLA provides eligible employees up to 12 workweeks of unpaid leave for certain family and medical reasons during a 12-month period. The Company measures the 12-month period on a rolling basis. CFRA leave may be up to 12 workweeks in a 12-month period, and can be used for the birth, adoption, or foster care placement of a child; or the employee's own serious health condition (except that leave for an employee's disability due to pregnancy, childbirth or related medical condition does not count toward CFRA entitlement) or that of a child, parent, or spouse (including a registered domestic partner, except that leave to care for an employee's registered domestic partner does not count towards FMLA leave). Employees who are CFRA-eligible have certain rights to take both a pregnancy disability leave ("PDL") and a CFRA leave for reason of the birth of a child.

**Definition of Serious Health Condition**

Under the CFRA, a serious health condition is an illness, injury (including, but not limited to, on-the-job injuries), impairment, or physical or mental condition that involves either inpatient care or continuing treatment, including but not limited to, treatment for substance abuse. "Inpatient care" under the CFRA means a stay in a hospital, hospice, or residential health care facility, any subsequent treatment in connection with inpatient care, or any period of incapacity. A person will be considered an "inpatient" when a heath care facility formally admits him or her to the facility with the expectation that he or she will remain at least overnight and occupy a bed, even if it later develops that such person can be discharged or transferred to another facility and does not actually remain overnight.

**Military Exigency Leave**

Military exigency leave does not count against an employee's CFRA leave entitlement. Leave to care for a military service member with a serious illness or injury may count against an employee's CFRA leave entitlement when the service member is the employee's spouse, parent, or child, as provided for under CFRA.

**Bonding Leave**

Employees may take intermittent leave for bonding with a child following birth or placement for adoption or foster care. Birth bonding leave must be taken within one (1) year after the child's birth or placement. Intermittent leave for bonding purposes generally must be taken in two (2)-week increments, but the Company permits two (2) occasions where the leave may be for less than two (2) weeks. Bonding leave is in addition to any time off taken for pregnancy disability leave.

**Employee Responsibilities**

If possible, employees must provide at least thirty (30) days advance notice for foreseeable events (such as the expected birth of a child, employees' own planned medical treatments, or a family member's planned medical treatment). For unforeseeable events, the Company requires that employees provide notice, at least verbally as soon as they learn of the need for leave. Failure to comply with these notice rules is grounds for, and may result in, deferral of the requested leave until compliance with this notice policy is achieved.

The company may require certification from a health care provider before allowing leave to be taken for 1) an employee's pregnancy disability or a serious health condition or 2) a child, parent, or spouse (including a registered domestic partner) who has a serious health condition. When medically necessary, leave may be taken on an intermittent or reduced work schedule.

The company may require second or third certifications from health care providers in the event the Company has reason to doubt the initial certification of an employee's need for leave due to his or her own serious health condition. Recertification of the need for leave due to an employee's or family member's serious health condition may be requested when the original certification has expired.

**Substitution of Paid Leave for Unpaid Leave**

For purposes of this policy, leave is not "unpaid" during any leave time for which an employee is receiving compensation from the State of California under the State Disability Insurance program, while receiving PFL, or worker's compensation. Employees may request, but will not be required, to use accrued paid time off for any time off under this policy for which they are receiving compensation under these programs. Where applicable and permitted by law, employees will be required to use accrued paid time off during any waiting period applicable to these programs.

If leave is unpaid, the following requirements apply:

1. An employee taking CFRA leave due to his or her own serious health condition is required to use any available paid time off in lieu of unpaid leave.
2. An employee taking CFRA leave due to a covered family member's serious health condition or to bond with a newborn child is required to substitute paid time off, other than paid sick time, for any unpaid CFRA leave, but has the option of whether to substitute paid sick time for unpaid leave after other paid time off is exhausted.
3. An employee may elect to substitute accrued sick time for unpaid bonding leave, although other accrued, unused paid time off must be used for that purpose.

Substituting paid for unpaid leave does not extend any leave entitlement(s).

**Job Benefits**

Taking CFRA leave may impact certain benefits and seniority date. More information regarding eligibility for a leave and/or the impact of the leave on seniority and benefits can be obtained by contacting Human Resources.

**Returning to Work**

The CFRA contains a guarantee of reinstatement to the same or to a comparable position at the end of the leave, subject to any defense allowed under the law. If an employee's anticipated return to work date changes and it becomes necessary for the employee to take more or less leave than originally anticipated, the employee must provide the Company with reasonable notice (i.e., within two (2) business days) of the employee's changed circumstances and new return to work date. If employees give the Company unequivocal notice of their intent not to return to work, they will be considered to have voluntarily resigned and the Company's obligation to maintain health benefits (subject to COBRA requirements) and to restore their positions will cease.

## *Pregnancy Disability Leave*

Employees who are disabled by pregnancy, childbirth or related medical conditions are eligible to take a pregnancy disability leave ("PDL"). If affected by pregnancy or a related medical condition, employees also are eligible to transfer to a less strenuous or hazardous position or to less strenuous or hazardous duties, if such a transfer is medically advisable and can be reasonably accommodated. Employees disabled by qualifying conditions may also be entitled to other reasonable accommodations where doing so is medically necessary. In addition, if it is medically advisable to take intermittent leave or work a reduced leave schedule, the Company may require a temporary transfer to an alternative position with equivalent pay and benefits that can better accommodate recurring periods of leave.

**Reasons for Leave**

PDL is for any period(s) of actual disability caused by the employee's pregnancy, childbirth, or related medical condition. Time off needed for prenatal or postnatal care; doctor-ordered bed rest; gestational diabetes; pregnancy-induced hypertension; preeclampsia; childbirth; postpartum depression; loss or end of pregnancy; or recovery from childbirth or loss or end of pregnancy are all covered by this PDL policy.

**Duration of Leave**

An employee is entitled to up to four (4) months of PDL, per pregnancy, while disabled by pregnancy, childbirth, or a related medical condition. PDL does not need to be taken in one (1) continuous period of time but can be taken on an intermittent basis pursuant to the law. For purposes of this policy, "four (4) months" means time off for the number of days the employee would normally work within the four (4) calendar months (one-third of a year, or 17.3 weeks or 122 days) following the commencement date of taking a pregnancy disability leave. For a full time, employee who works five (5) - eight (8) --hour days per week (forty hours per week), "four (4) months" means 88 working and/or paid eight (8)-hour days (693 hours of leave entitlement), based on an average of 22 working days per month for 17.3 weeks in four (4) months times forty hours per week. Employees working a part-time schedule will have their PDL calculated on a pro-rata basis.

**Employee Notice Requirements**

To receive a reasonable accommodation, obtain a transfer, or take a PDL, employees must provide sufficient notice, so the Company can make appropriate plans – thirty (30) days advance notice if the need for the reasonable accommodation, transfer or PDL is foreseeable, or as soon as practicable if the need is an emergency or unforeseeable.

**Medical Certification**

Employees are required to obtain a certification from their health care provider regarding their need for pregnancy disability leave or the medical advisability of an accommodation or a transfer. The certification should include:

1. A description of the requested reasonable accommodation or transfer
2. A statement describing the medical advisability of the reasonable accommodation or transfer because of pregnancy
3. The date on which the need for reasonable accommodation or transfer became or will become medically advisable and the estimated duration of the reasonable accommodation or transfer.

A medical certification indicating disability necessitating a leave is sufficient if it contains:

1. A statement that the employee needs to take pregnancy disability leave because she is disabled by pregnancy, childbirth, or a related medical condition
2. The date on which the employee became disabled because of pregnancy
3. The estimated duration of the leave.

Upon request, Human Resources will provide a medical certification form that can be taken to a health care professional. Employees may be asked to obtain a release to return to work from a health care provider stating that they are able to resume their original job duties with or without a reasonable accommodation.

**Leave is Unpaid**

PDL is unpaid by the Company, but employees may use any accrued paid time off as part of PDL before taking the remainder of leave on an unpaid basis. The company requires, however, the use of any available sick time during PDL. The use of any paid leave will not extend the duration of PDL. The company does encourage employees to contact the EDD regarding eligibility for state disability insurance for the unpaid portion of leave.

**Leave Concurrent with Family and Medical Leave**

For employees who are eligible for leave under the federal Family and Medical Leave Act, PDL will also be designated as time off under the Family and Medical Leave Act. Please refer to the "Family and Medical Leave" policy in this Handbook for additional information.

**Continuation of Health Insurance Benefits**

Employees who participate in the Company's group health insurance plan will continue to participate in the plan while on PDL under the same terms and conditions as if they were working. Employees should make arrangements with Human Resources for payment of their share of the insurance premiums.

**Return to Work**

The Company will place employees returning from PDL to the position they held prior to taking leave if such position is available. If the position is not available, the Company may transfer the employee to a comparable position with regards to location, duties, and pay. However, an employee has no greater right to reinstatement than if she had been continuously employed rather than on leave. For example, if an employee would have been laid off had she not gone on leave, or if the employee's job is eliminated during the leave and no equivalent or comparable job is available, then the employee would not be entitled to reinstatement. Employees who do not return to work on the originally scheduled return date or request in advance an extension of the agreed upon leave with appropriate medical documentation may be deemed to have voluntarily terminated employment with the Company. Failure to notify the Company of 1) the ability to return to work when it occurs or 2) continued absence from work because leave must extend beyond the

maximum time allowed may be deemed a voluntary termination of employment with the Company, unless you are entitled to Family and Medical Leave or other leave pursuant to applicable law.

Taking PDL may impact certain of your benefits and your seniority date. For more information regarding eligibility for a leave and any potential impact of the leave on seniority and benefits, please contact Human Resources.

**Request for Additional Time Off for Baby Bonding**

Any request for baby bonding leave after a disability has ended will be treated as a request for Family and Medical Leave under the California Family Rights Act and/or the federal Family and Medical Leave Act, if eligible for such leave. Please refer to the "Family and Medical Leave" policy in this Handbook for additional information. Employees who are not eligible for leave under the CFRA and/or FMLA should still contact Human Resources to determine what, if any, additional leaves are available.

## *California Paid Sick Leave*

Pursuant to the Healthy Workplaces, Healthy Families Act, the Company provides paid sick leave to employees who work for the Company in California for thirty (30) or more days within a year.

Employees begin accruing paid sick leave at the start of employment. Paid sick leave will accrue at the rate of one (1) hour for every thirty (30) hours worked, up to a total maximum accrual of six (6) days or forty-eight (48) hours. Employees who are exempt from overtime pursuant to the executive, administrative, and professional exemptions under California law are assumed to work forty (40) hours in each workweek unless their normal workweek is less than forty (40) hours, in which case paid sick leave accrues based upon that normal workweek. For purposes of this policy, the year is the consecutive 12-month period beginning on January 1st and ending on December 31st.

Employees can use accrued paid sick leave beginning on the 90th day of employment. Paid sick leave may be used in a minimum increment of two (2) hours. An exempt employee may use up to five (5) days or forty (40) hours of paid sick leave in any year. [C23]A non-exempt employee may use up to three (3) days or twenty-four (24) hours of paid sick leave in any year.

Paid sick leave may be used for the following reasons:

1. For diagnosis, care, or treatment of an existing health condition of, or preventive care for, an employee or an employee's family member (meaning a child (including biological, adopted, or foster child, stepchild, legal ward, or a child to whom the employee stands in loco parentis, all regardless of age or dependency status); spouse; registered domestic partner; parent (including biological, adoptive, or foster parent, stepparent, or legal guardian of an employee or the employee's spouse or registered domestic partner, or a person who stood in loco parentis when the employee was a minor child); grandparent; grandchild; or a sibling); or
2. For an employee who is a victim of domestic violence, sexual assault, or stalking.
3. To obtain or attempt to obtain a temporary restraining order, restraining order, or other injunctive relief.
4. To help ensure the health, safety, or welfare of the victim or the victim's child.
5. To seek medical attention for injuries caused by domestic violence, sexual assault, or stalking.
6. To obtain services from a domestic violence shelter, program, or rape crisis center as a result of domestic violence, sexual assault, or stalking.
7. To obtain psychological counseling related to an experience of domestic violence, sexual assault, or stalking; or

8. To participate in safety planning and take other actions to increase safety from future domestic violence, sexual assault, or stalking, including temporary or permanent relocation.

Employees will be notified of their available paid sick leave on each itemized wage statement.

Notice to Human Resources may be given orally or in writing. If the need for paid sick leave is foreseeable, the employee must provide reasonable advance notification. If the need for paid sick leave is unforeseeable, the employee must provide notice of the need for the leave as soon as practicable.

Eligible employees will receive payment for paid sick leave, at the same wage as the employee normally earns during regular work hours unless otherwise required by applicable law, by next regular payroll period after the leave was taken. Use of paid sick leave is not considered hours worked for purposes of calculating overtime.

Accrued paid sick leave carries over from year to year but is subject to the accrual cap of six (6) days or forty-eight (48 hours). Once the accrual cap is reached, paid sick leave will stop accruing until some paid sick leave is used. Accrued but unused paid sick leave under this policy will not be paid at separation.

Retaliation or discrimination against an employee who requests paid sick days or uses paid sick days, or both, is prohibited, and employees may file a complaint with the Labor Commissioner against an employer who retaliates or discriminates against the employee.

Employee that believed they have been denied paid sick leave for a covered reason should contact Human Resources immediately for an individualized review.

### *Crime Victims' Leave*

If an employee is a victim of a felony, or the employee's spouse, domestic partner, child, step-child, sibling, step-sibling, parent or step-parent is a victim of a felony, the Company will provide time off to a California employee to attend judicial proceedings related to a crime. The Company requires that where feasible, in advance of taking leave, the employee provide it with a copy of the notice of each scheduled proceeding that is provided to the victim by the agency responsible for providing notice. If advance notice is not possible, the employee is required to provide the Company with a copy of the notice within a reasonable time.

No employee who is absent from work pursuant to this provision will be discharged or otherwise discriminated against in compensation or other terms, conditions, or privileges of employment, because of such absence. Such leave is unpaid. Employees taking leave under this policy may elect to apply PTO time to such leave.

### *Leave for Organ and Bone Marrow Donation*

The Company will grant a California employee the following paid leaves of absence for the purpose of organ or bone marrow donation:

- A leave of absence of up to five (5) days in any one (1) year period for the purpose of donating the employee's bone marrow to another person.
- A leave of absence of up to 30 days in any one (1) year period for the purpose of the employee donating his or her organ to another person.

The one (1) year period is measured from the date the employee's leave begins and consists of 12 consecutive months. A leave of absence for the purpose of organ or bone marrow donation will be provided with pay, however, if an employee has earned and unused PTO time available, the employee is required to first use up to five (5) days of PTO time for a bone marrow donation and up to two (2) weeks of PTO time for organ donation.

In order to receive a leave of absence pursuant to this policy, the employee must provide written verification to Human Resources that he or she is an organ or bone marrow donor and that there is a medical necessity for the donation of the organ or bone marrow.

Any leave taken for the donation of an organ or bone marrow will not constitute a break in service for purposes of the employee's right to salary adjustments, sick leave, PTO, annual leave, or seniority. During any leave taken under this policy, the Company will maintain and pay for coverage under any group health plan, for the full duration of this leave. Leave provided under this policy may be taken in one (1) or more periods.

Leave taken under this policy will not run concurrently with any leave taken pursuant to the federal Family and Medical Leave Act or the California Family Rights Act.

Upon expiration of a leave of absence authorized by this policy, the Company will restore the employee to the position held by the employee when the leave began or to a position with equivalent seniority status, employee benefits, pay, and other terms and conditions of employment. The Company may decline to restore an employee because of reasons unrelated to the exercise of rights under this policy by the employee.

### *Leave for Educational/Daycare Purposes*

California employees will be granted time off without pay for up to 40 hours per calendar year, but no more than eight (8) hours in any calendar month, for an employee who is a parent, stepparent, foster parent, grandparent, or a person who stands in loco parentis to one (1) or more children in kindergarten or grades one(1) through 12, or attending a licensed day care provider, o participate in the activities of schools or licensed child daycare facilities attended by their children, to find, enroll or re-enroll a child in a school or licensed daycare provider, or to address a child care provider or school emergency. Employees must substitute accrued PTO, for purposes of a planned absence under this Section.

Employees wishing to take time off under this Section must provide their supervisors with reasonable notice of the planned absence. If both parents of a child are employed by the Company at the same worksite, the request for time off under this Section will be granted to the first parent to provide notice of the need for time off. The request from the second parent will be accommodated if possible. The Company may request that the employee provide documentation from the school or daycare provider as proof of participation in the school or daycare related activities on a specific date and at a particular time.

Employees who are parents or guardians of a child may take time off to appear in school in connection with disciplinary action/suspension by the school. The employee must provide reasonable notice before taking time off.

The Company prohibits discrimination against an employee for taking time off under this policy.

### *Volunteer Firefighter, Reserve Peace Officer, and Emergency Rescue Personnel*

Nonexempt California employees will be granted time off without pay to perform emergency duties as a volunteer firefighter, reserve peace officer, or emergency rescue personnel (which includes an officer, employee, or member of a disaster medical response entity sponsored or requested by the State). Such employees also are entitled for leave of up to 14 days per calendar year to attend fire, law enforcement, or emergency rescue training. Exempt employees who work any portion of a workweek in which they also perform such emergency duties or training will receive their full salary for that workweek. Otherwise, exempt employees will be granted time off without pay. Employees may substitute PTO pay for any unpaid portion of leave to perform such emergency duties or training.

2021 CRST The Transportation Solution, Inc. Proprietary and Confidential

The Company prohibits discrimination against an employee because he or she takes time off under this policy.

### *Civil Air Patrol Leave*

Any California employee who has been employed for at least 90 days and who is a volunteer member of the California Wing of the Civil Auxiliary of the United States Air force may be granted up to ten (10) days leave each calendar year to respond to an emergency operation mission. Each single mission may not exceed three (3) days unless approved by the Company. Non-exempt employees will not be paid for time off taken except to the extent they choose to use accrued PTO time for that purpose. Exempt employees will be paid only if they have performed Company-related work during that same work week; if they have not performed any Company-related work during that same work week, they will not be paid for the time off, except to the extent they choose to use accrued PTO time for that purpose. Upon return from leave the employee will be reinstated to the same position or to an equivalent position with equivalent pay, benefits, and other employment terms, to the extent required by law. However, the employee shall have no greater rights to reinstatement or to other benefits and conditions of employment than if he/she had not taken the leave.

### *Adult Literacy Education*

The Company will reasonably accommodate and assist any employee who reveals a problem of illiteracy and requests assistance from the Company in enrolling in an adult literacy education program, provided that the reasonable accommodation does not impose an undue hardship on the Company. For purposes of this policy, Company assistance includes, but is not limited to, providing the employee with the locations of local literacy education programs, or arranging for a literacy education provider to visit the jobsite.

The Company will make reasonable efforts to safeguard the privacy of the employee as to the fact that he or she has a problem with illiteracy. Any leave requested under this policy will be unpaid.

An employee who reveals a problem of illiteracy and who satisfactorily performs his or her work will not be subject to termination of employment because of the disclosure of illiteracy.

### *Military Leave*

All employees are eligible for military service leave to the extent permitted by state and federal law. An employee requesting such leave must promptly submit to management a copy of the employee's induction papers or orders.

An employee may use accrued PTO time at the beginning of an unpaid military duty leave. All employee benefits cease during the unpaid portion of a military duty leave unless otherwise required by law, although the employee may continue his or her participation in group health care plans sponsored by the Company pursuant to COBRA by electing to do so and by paying the full premiums. If, however, the military service is for 30 or fewer days, health benefits may continue, and the employee will not be required to pay more than the employee would be required to pay if he or she were actively employed. Upon being released from active duty, an employee may be eligible to reenter the Company's health care plan(s).

Returning service members are treated as if they had been continuously employed and will be re-instated in accordance with the applicable state or federal law governing the leave. In order to be reinstated to employment, an employee must report back to the Company within specified periods after the conclusion of his or her military service.

### *Military Spouse Leave*

An employee whose spouse is a member of the Armed Forces, National Guard, or Reserves who has been deployed during a period of military conflict may be eligible to take up to ten (10) days of unpaid leave while

his or her spouse is on leave from deployment. In order to be eligible for such leave, the employee must work an average of 20 or more hours per week and must provide the Company with notice of his or her request for leave within two (2) business days of receiving official notice that his or her spouse will be on leave from deployment. For more information, please contact Human Resources.

### *Drug and Alcohol Rehabilitation Leave*

The Company will reasonably accommodate any employee who wishes to voluntarily enter and participate in an alcohol or drug rehabilitation program, provided that this reasonable accommodation does not impose an undue hardship on the Company. However, the Company reserves the right to terminate an employee who, because of the employees' current use of alcohol or drugs, is unable to perform his or her duties or cannot perform the duties in a manner that would not endanger his or her health or safety or the health or safety of others.

The Company will make reasonable efforts to safeguard the privacy of an employee requesting or taking drug and alcohol rehabilitation leave as to the fact that he or she has enrolled in a drug or alcohol rehabilitation program.

Such time off will be without pay, but an employee may use his or her available sick leave.

### *Witness Leave*

Employees will be granted unpaid leave to act as witnesses upon presentation of a copy of a subpoena or other court order to their supervisor or management. The employee may use any accrued vacation, holiday leave, and sick leave while on witness duty leave.

Employees will be paid their normal wage or salary if required by a subpoena to appear in court on Company business, upon presentation of a copy of a subpoena or other court order to their supervisors or management. However, employees will not be paid for their time off if summoned to appear in court because of a subpoena on matters not pertaining to Company business or matters where they are personally involved in the legal action.

### *Domestic Violence/Sexual Assault/Stalking Leave*

An employee who is a victim of domestic violence, stalking, or sexual assault may take unpaid time off to obtain judicial relief (including to seek a restraining or other court order), seek medical attention, obtain services from a domestic violence shelter, program, or rape crisis center , to obtain psychological counseling, or to participate in safety planning related to domestic violence, sexual assault, or stalking, in order to help ensure the health, safety, or welfare of the employee or his or her child. If you need time off because of domestic violence, stalking, or sexual assault, you should notify management as soon as possible so that arrangements can be made to accommodate your absence. If advance notice is not possible, you must provide appropriate written certification of the reason for your absence upon your return to work. Employees may elect to use vacation time or paid sick time for this leave. The Company will attempt to reasonably accommodate an employee to address safety as a result of domestic violence, sexual assault, or stalking.

The Company will make reasonable efforts to maintain the confidentiality of any employee requesting time off on account of domestic violence, stalking, or sexual assault. The Company prohibits retaliation or discrimination against any employee for exercising his or her right to take this leave and/or for his or her status as a victim of domestic violence, sexual assault, or stalking.

2021 CRST The Transportation Solution, Inc. Proprietary and Confidential

### *Paid Family Leave Income Replacement Benefits*

An employee who is off work to care for a child, spouse, parent, registered domestic partner, grandparent, grandchild, sibling, or parent-in-law with a serious health condition, or to bond with a new child, may be eligible to receive benefits through the California "Paid Family Leave" income replacement ("PFL") program, which is administered by the Employment Development Department ("EDD").

These benefits are financed solely through employee contributions to the PFL program. That program is solely responsible for determining if an employee is eligible for such benefits. There generally is a waiting period during which time no PFL benefits are available. The EDD can provide additional information about any applicable waiting period.

Employees who need to take time off work to care for a child, spouse, parent, registered domestic partner, grandparent, grandchild, sibling, or parent-in-law with a serious health condition or to bond with a new child may contact Human Resources for information about the EDD's PFL program and how to apply for benefits. Employees also may contact their local EDD office for further information. Employees should maintain regular contact with Human Resources while absent from work, so the company may monitor employees' return-to-work status. In addition, employees should contact Human Resources when ready to return to work, so the employee may determine what positions, if any, are open.

When an employee applies for PFL benefits, Human Resources will determine if the employee has any accrued but unused paid time off, other than sick time, available. If the employee has accrued but unused paid time off, other than sick time, available, then the employee will be required to use up to two (2) weeks of such time before becoming eligible for PFL benefits.

Employees taking time off work to care for a child, spouse, parent, registered domestic partner, grandparent, grandchild, sibling, or parent-in-law with a serious health condition or to bond with a new child are not guaranteed job reinstatement unless they qualify for such reinstatement under federal or California family and medical leave laws. Any time off for Paid Family Leave purposes will run concurrently with other leaves of absence, such as Family and Medical Leave/California Family Rights Act Leave, if applicable. Please see the "Family and Medical Leave/California Family Rights Act" policy for eligibility requirements.

### *Overtime*

Any California non-exempt employee who works overtime will be compensated in accordance with state and federal overtime requirements. For all hours worked in excess of eight (8) hours in one (1) day or forty (40) hours in one (1) week, or for the first eight (8) hours on the seventh consecutive day in the same workweek, employees will be paid at one and one-half (1½) times their regular rate of pay. Employees will be paid double-time for hours worked in excess of 12 in any workday or in excess of eight (8) on the seventh consecutive day of the workweek. There may be exceptions to these standards where allowed by law.

Overtime pay is based on actual hours worked. Vacations, holidays, sick days, or any leave of absence will not be considered hours worked for purposes of performing overtime calculations.

Failure to work scheduled overtime or overtime worked without prior authorization from a supervisor or Human Resources may result in disciplinary action, up to and including possible termination of employment.

An alternative work schedule has been adopted in California for non-exempt Technician employees (See Human Resources for details), which alters the Overtime Policy outlined above.

### *Meal and Rest Break Policy*

All California employees (except those who are paid on a salary basis) who work more than five (5) hours in a workday are required to take at least a 30-minute meal break. The meal period must begin within the first

five (5) hours of the beginning of the shift. When a work period of not more than six (6) hours will complete the day's work, the meal period can be waived by mutual consent of employer and employee if the waiver is in writing and can be revoked by the employee at any time. Employees who work shifts of more than ten (10) hours are entitled to a second meal period but may waive the second meal if the first meal period has not been waived and the shift will be completed in less than 12 hours. Any waiver of the second meal period must be in writing and submitted before the second meal period.

**Meal periods are provided as follows:**

| Shift Length | Number of 30 Minute Meal Periods | Timing of 30 Minute Meal Period | Waiver Allowed |
|---|---|---|---|
| 5 hours or less | 0 | | |
| More than 5 hours but no more than 6 hours | 1 | No later than the end of the fifth hour of work | Yes, by mutual agreement |
| More than 5 hours but no more than 10 hours | 1 | No later than the end of the fifth hour of work | No |
| More than 10 hours but no more than 12 hours | 2 | First meal period no later than the end of the fifth hour of work<br>Second meal period no later than the end of the tenth hour of work | Yes, the second meal period may be waived by mutual agreement if the first meal period was taken and not waived |
| More than 12 hours but no more than 15 hours | 2 | First meal period no later than the end of the fifth hour of work<br>Second meal period no later than the end of the tenth hour of work | No |

Management will be responsible for scheduling the employees' meal period, but it should begin no later than the end of the fifth hour of work. For example, an employee who begins working at 8:00 a.m. must begin his or her meal period no later than 1:00 p.m. Employees entitled to a second meal period should schedule it, so it begins no later than the end of their tenth hour of work Employees are encouraged to take their meal periods; they are not expected to work during their meal periods.

During a meal period, employees are relieved of all duties and should not work during this time. When taking a meal period, employees should completely stop working for at least thirty (30) minutes. Employees

are prohibited from working "off the clock" during their meal period. Those employees who use a time clock must clock out for their meal periods. Employees are expected to clock back in and promptly return to work at the end of any meal period. Employees who record their time manually must accurately record their meal periods by recording the beginning and end of each work period. Unless otherwise directed by Human Resources in writing, approval from or notification to Human Resources when taking a meal period is not required.

Employees must notify their supervisor or the Human Resources department immediately if their meal period is interrupted, is taken late, or if they are unable to take a full 30 minutes. Employees may not skip any meal periods in order to shorten their workday.

**Rest Breaks**

The Company authorizes and permits all non-exempt employees to take rest periods. Rest periods are based on an employees' total daily hours worked and will be provided at a rate of ten (10) minutes net rest time per four (4) hours worked or major fraction thereof. Therefore, the Company will provide rest periods as follows:

| Shift Length | Number of 10 Minute Rest Periods |
|---|---|
| Less than 3.5 hours | 0 |
| From 3.5 hours up to 6 hours | 1 |
| More than 6 hours up to 10 hours | 2 |
| More than 10 hours up to 14 hours | 3 |

Rest breaks should be taken as close to the middle of each work period as is practical. Employees are encouraged to take their rest breaks; they are not expected to and should not work during their rest breaks. Non-exempt employees are paid for all rest break periods. Accordingly, employees do not need to clock out when taking a rest break. Employees may not combine their rest periods with any meal periods and may not skip rest periods, so they can leave work early.

Employees that are unable to take a ten (10) minute rest period, or that have their rest period interrupted, must inform their immediate supervisor or the Human Resources department immediately.

**General Requirements for Rest Periods and Meal Breaks.**

All rest breaks and meal periods must be taken outside employees' work areas. Employees should not visit or socialize with employees who are working while taking their rest break or meal period. Employees may leave the premises during meal periods. Employees are required to notify Human Resources immediately if they believe they are being pressured or coerced by any manager, supervisor, or other employee to forego any portion of a provided rest break or meal period.

## *Paid Sick Leave Benefits (Employees Working in Oakland, California)*

The Company provides paid sick leave benefits to the following employees:

Any employee (including part-time employees) who works in Oakland, California for at least two (2) hours per week.

Employees will accrue paid sick leave at the rate of one (1) hour for every 30 hours worked within the geographic boundaries of Oakland, California. Employees begin to accrue paid sick leave on their first day of

work. However, employees are not eligible to use paid sick leave benefits during their first 90 days of employment.

Employees may accrue up to 72 hours of paid sick leave. Once an employee has accrued 72 hours of paid sick leave, the employee will not accrue any additional sick leave until the employee uses some of the paid sick leave and the total accrued drops below 72 hours. Accrued but unused sick leave will carry over into the following year, subject to the 72-hour cap on accrued hours. In no event may an employees' total accrued sick leave benefits exceed 72 hours.

Eligible employees may use sick leave for diagnosis, care, or treatment of an existing health condition of, or preventive care for, an employee or an employees' family member. As used in this policy, family member means child; parent; legal guardian or ward; sibling; grandparent; grandchild; and spouse, registered domestic partner under any state or local law, or designated person. The aforementioned child, parent, sibling, grandparent, and grandchild relationships include not only biological relationships but also relationships resulting from adoption; step-relationships; and foster care relationships. "Child" includes a child of a domestic partner and a child of a person standing in loco parentis. If the Employee has no spouse or registered domestic partner, the Employee may designate, within 30 days of hire and once every year, one (1) person as to whom the Employee may use paid sick leave to aid or care for that person in lieu of a spouse or registered domestic partner. Paid sick leave may also be used by an employee who is a victim of domestic violence, sexual assault, or stalking to obtain relief, including medical attention and psychological counseling. Paid Sick Leave Benefits can be used in minimum increments of one (1) hour.

Sick leave may not be used for vacation or personal time off.

If an employee wishes to take sick leave, he or she must comply with the following:

**Notify Supervisor as Soon as Practicable**

The employee must contact his or her supervisor as far in advance as is practicable. Where feasible, employees should provide notice to their supervisor not less than **2 hours** prior to the start of the shift, so that proper arrangements can be made to handle the employees' work in his or her absence. If the employee is unable to give notice prior to the start of the shift because of a sudden illness, emergency, accident, or it is otherwise impracticable, employees should notify their supervisor as soon as possible. Leaving a message with another employee does not satisfy this responsibility. Employees are also responsible for informing their supervisor of the absence and the anticipated date of return to work. Where an employee fails to call in two (2) hours prior to the beginning of the shift, he or she must provide a satisfactory explanation as to why it was impracticable to do so.

**Medical Certification**

The Company may require employees who are absent more than three (3) consecutive work days due to their own illness, or to care for an ill family member, or in cases of suspected fraud or abuse, to provide appropriate medical documentation from a healthcare provider. Sick employees do not need to disclose any medical conditions regarding the employees' illness. In the case of drivers, the health care provider must certify that the employee is fit to return to commercial driving. The Company will reimburse employees any costs in excess of $5 to obtain medical documentation from a healthcare provider if the employee did not otherwise seek medical attention for their or their family member's illness. For absences lasting less than three (3) consecutive workdays, the Company may require employees to confirm that the employees' use of paid sick leave was for a reason covered under this policy but shall not require a doctor's note.

An employee's failure to contact his or her supervisor or to provide appropriate medical certification when requested may result in a denial of sick leave benefits until the employee provides the appropriate documentation.

Employees are not entitled to a pay-out of unused sick leave when they leave the Company. Sick leave does not count as "hours worked" for purposes of calculating an employees' eligibility for overtime during the week in which the absence occurs. Any employee who attempts to use paid sick leave for a non-medical, non-qualified absence may be subject to discipline, up to and including termination.

Paid sick leave will be paid at the employees' regular wage. Full time salaried employees will be paid eight (8) hours sick pay in lieu of salary for each day of sick leave.

# EXHIBIT 12

**From:** Scott Nelson <snelson@CRST.com>
**Sent:** Tuesday, November 19, 2019 2:23 PM
**To:** keefe107@yahoo.com
**Subject:** FW: Annual Mandatory PWE Training for Drivers

Your login is khuckaby1096
Please see below and complete. State of Ca is requiring this to be completed. Thanks Scott

**From:** Jamie Bateman <jbateman@crst.com>
**Sent:** Monday, November 18, 2019 2:49 PM
**To:** First Shift Dispatch <1dispatch@crst.com>
**Cc:** Marcus Schneider <MSchneider@crst.com>; Perry Moser <pmoser@crst.com>
**Subject:** Annual Mandatory PWE Training for Drivers

Drivers who reside in California, Connecticut, Delaware, New York and Maine are now required by their state to complete a 1-hour PWE training session. Each driver will be paid $12 for completing the course.

I have attached the list of drivers that are required to complete the training. On this list you will also find their Username that they will use to login.

To complete the training:

1. Turn on the computer or smartphone volume and go to https://lms.traliant.com
2. Enter your Username - **first initial last name and last four digits of your Social Security Number.** Example:
3. Enter the Passcode **crstcrst**
4. Click LOGIN (LOGIN).




3. The course will display. Click PLAY ▶ (PLAY).
4. The course window will open. Follow the on-screen instructions and select NEXT (Next)or Continue (Continue)to progress through the course.

Jamie Bateman
Student Manager
CRST Expedited
3930 16th Avenue SW
Cedar Rapids, IA 52404
Direct: 319-731-6309
Ext: 6309
Fax: (319) 739-4199
studentmanagers@crst.com
jbateman@crst.com

CRST Values Safety; Make Safety Part of Everything You Do!

This email (including any attachments) is covered by the Electronic Communications Privacy Act, 18USC,2520 - 2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error and then delete it. Thank you.

---

**From:** Keith Huckaby <keefe107@yahoo.com>
**Sent:** Saturday, November 23, 2019 9:01 AM
**To:** Scott Nelson
**Subject:** Fw: Course Certificate
**Attachments:** Certificate_5dd8c7d9b1793.pdf

EXTERNAL EMAIL - This email is from keefe107@yahoo.com who is outside of the organization.

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "donotreply@traliant.com" <donotreply@traliant.com>
**To:** "KEITH HUCKABY" <keefe107@yahoo.com>
**Sent:** Fri, Nov 22, 2019 at 11:47 PM
**Subject:** Course Certificate
Hello KEITH HUCKABY,

Congratulations on completing: Preventing Discrimination & Harassment: Employees - Industrial - CA Edition V2.31.
Your Certificate of Completion is attached which you can print out at any time.

If you have any questions or would like to speak to us directly, please email us at Support@Traliant.com

Sincerely,

The Traliant Customer Success team

55,600
Points

# CERTIFICATE

## of Completion

THIS CERTIFICATE IS PROUDLY PRESENTED TO

***KEITH HUCKABY***

For Successful Completion of

***Preventing Discrimination & Harassment: Employees - Industrial - CA Edition V2.31***

November 23, 2019
DATE

Michael Pallatta
Michael Pallatta, CEO

CRST INTERNATIONAL

TRALIANT

# EXHIBIT 13

# 2019 W-2 and EARNINGS SUMMARY

**W-2** Employee Reference Copy — Wage and Tax Statement **2019**

Copy C for employee's records. OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 0000003344 VRI | 1750 | LCH3 | AC S 3836 |

c Employer's name, address, and ZIP code
CRST EXPEDITED INC
PO BOX 68
CEDAR RAPIDS, IA 52406

(CORRECTED STATEMENT)

e/f Employee's name, address, and ZIP code
KEITH H HUCKABY
[redacted]

| | |
|---|---|
| b Employer's FED ID number [redacted] | a Employee's SSA number [redacted] |
| 1 Wages, tips, other comp. 22914.81 | 2 Federal income tax withheld 2183.17 |
| 3 Social security wages 22914.81 | 4 Social security tax withheld 1420.69 |
| 5 Medicare wages and tips 22914.81 | 6 Medicare tax withheld 332.29 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 L 1510.70 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |
| 15 State CA Employer's state ID no. 804-1092 1 | 16 State wages, tips, etc. 22914.81 |
| 17 State income tax 628.39 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | | |
|---|---|---|---|
| GROSS PAY | 22,914.81 | SOCIAL SECURITY TAX WITHHELD BOX 04 OF W-2 | 1,420.69 |
| FED. INCOME TAX WITHHELD BOX 02 OF W-2 | 2,183.17 | MEDICARE TAX WITHHELD BOX 06 OF W-2 | 332.29 |
| STATE INCOME TAX BOX 17 OF W-2 | 628.39 | SUI/SDI BOX 14 OF W-2 | 0.00 |
| LOCAL INCOME TAX BOX 19 OF W-2 | 0.00 | | |

To change your employee W-4 profile information
file a new W-4 with your payroll department

KEITH H HUCKABY
[redacted]

Social Security Number: [redacted]

(CORRECTED STATEMENT)

© 2019 ADP, LLC

PAGE 01 OF 01

**W-2** Federal Filing Copy — Wage and Tax Statement **2019**

Copy B to be filed with employee's Federal Income Tax Return. OMB No. 1545-0008

| | | | |
|---|---|---|---|
| 1 Wages, tips, other comp. 22914.81 | 2 Federal income tax withheld 2183.17 | | |
| 3 Social security wages 22914.81 | 4 Social security tax withheld 1420.69 | | |
| 5 Medicare wages and tips 22914.81 | 6 Medicare tax withheld 332.29 | | |
| d Control number 0000003344 VRI | Dept. 1750 | Corp. LCH3 | Employer use only A 3836 |

c Employer's name, address, and ZIP code
CRST EXPEDITED INC
PO BOX 68
CEDAR RAPIDS, IA 52406

(CORRECTED STATEMENT)

| | |
|---|---|
| b Emplo[redacted]ber | a Employee's SSA number [redacted] |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 L 1510.70 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |

e/f Employee's name, address and ZIP code
KEITH H HUCKABY
[redacted]

| | |
|---|---|
| 15 State CA Employer's state ID no. [redacted] 1 | 16 State wages, tips, etc. 22914.81 |
| 17 State income tax 628.39 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** CA. State Filing Copy — Wage and Tax Statement **2019**

Copy 2 to be filed with employee's State Income Tax Return. OMB No. 1545-0008

| | | | |
|---|---|---|---|
| 1 Wages, tips, other comp. 22914.81 | 2 Federal income tax withheld 2183.17 | | |
| 3 Social security wages 22914.81 | 4 Social security tax withheld 1420.69 | | |
| 5 Medicare wages and tips 22914.81 | 6 Medicare tax withheld 332.29 | | |
| d Control number 0000003344 VRI | Dept. 1750 | Corp. LCH3 | Employer use only A 3836 |

c Employer's name, address, and ZIP code
CRST EXPEDITED INC
PO BOX 68
CEDAR RAPIDS, IA 52406

(CORRECTED STATEMENT)

| | |
|---|---|
| b Employer's FED ID number [redacted] | a Employee's SSA number [redacted] |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a L 1510.70 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |

e/f Employee's name, address and ZIP code
KEITH H HUCKABY
[redacted]

| | |
|---|---|
| 15 State CA Employer's state ID no. [redacted] 1 | 16 State wages, tips, etc. 22914.81 |
| 17 State income tax 628.39 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** City or Local Filing Copy — Wage and Tax Statement **2019**

Copy 2 to be filed with employee's City or Local Income Tax Return. OMB No. 1545-0008

| | | | |
|---|---|---|---|
| 1 Wages, tips, other comp. 22914.81 | 2 Federal income tax withheld 2183.17 | | |
| 3 Social security wages 22914.81 | 4 Social security tax withheld 1420.69 | | |
| 5 Medicare wages and tips 22914.81 | 6 Medicare tax withheld 332.29 | | |
| d Control number 0000003344 VRI | Dept. 1750 | Corp. LCH3 | Employer use only A 3836 |

c Employer's name, address, and ZIP code
CRST EXPEDITED INC
PO BOX 68
CEDAR RAPIDS, IA 52406

(CORRECTED STATEMENT)

| | |
|---|---|
| b Employer's FED ID number [redacted] | a Employee's SSA number [redacted] |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a L 1510.70 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |

e/f Employee's name, address and ZIP code
KEITH H HUCKABY
[redacted]

| | |
|---|---|
| 15 State CA Employer's state ID no. [redacted] 1 | 16 State wages, tips, etc. 22914.81 |
| 17 State income tax 628.39 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

## Employee Reference Copy

**W-2** Wage and Tax Statement **2020**

Copy C for employee's records. OMB No. 1545-0008

| | |
|---|---|
| d Control number: 0000003344 VRI | Dept. 1750 |
| Corp. LCH3 | Employer use only: AC S 3369 |
| c Employer's name, address, and ZIP code: CRST EXPEDITED INC, 201 1ST STREET SE STE 400, CEDAR RAPIDS, IA 52401 | |
| e/f Employee's name, address, and ZIP code: KEITH H HUCKABY [redacted] | |
| b Employer's FED ID number: [redacted] | a Employee's SSA number: [redacted] |
| 1 Wages, tips, other comp.: 30351.89 | 2 Federal income tax withheld: 3248.94 |
| 3 Social security wages: 30351.89 | 4 Social security tax withheld: 1881.85 |
| 5 Medicare wages and tips: 30351.89 | 6 Medicare tax withheld: 440.08 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |
| 15 State CA, Employer's state ID no. 804-1092 1 | 16 State wages, tips, etc.: 30351.89 |
| 17 State income tax: 1016.55 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

## 2020 W-2 and EARNINGS SUMMARY

This summary is being included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | | |
|---|---|---|---|
| GROSS PAY | 30,351.89 | SOCIAL SECURITY TAX WITHHELD BOX 04 OF W-2 | 1,881.85 |
| FED. INCOME TAX WITHHELD BOX 02 OF W-2 | 3,248.94 | MEDICARE TAX WITHHELD BOX 06 OF W-2 | 440.08 |
| STATE INCOME TAX BOX 17 OF W-2 | 1,016.55 | SUI/SDI BOX 14 OF W-2 | 0.00 |
| LOCAL INCOME TAX BOX 19 OF W-2 | 0.00 | | |

To change your employee W-4 profile information
file a new W-4 with your payroll department

KEITH H HUCKABY
[redacted]

Social Security Number: [redacted]

© 2020 ADP, Inc.

PAGE 01 OF 01

## Federal Filing Copy

| | |
|---|---|
| 1 Wages, tips, other comp.: 30351.89 | 2 Federal income tax withheld: 3248.94 |
| 3 Social security wages: 30351.89 | 4 Social security tax withheld: 1881.85 |
| 5 Medicare wages and tips: 30351.89 | 6 Medicare tax withheld: 440.08 |
| d Control number: 0000003344 VRI, Dept. 1750 | Corp. LCH3, Employer use only: A 3369 |
| c Employer's name, address, and ZIP code: CRST EXPEDITED INC, 201 1ST STREET SE STE 400, CEDAR RAPIDS, IA 52401 | |
| b Employ[redacted]ber | a Employee's SSA number [redacted] |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b / 12c / 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |
| e/f Employee's name, address and ZIP code: KEITH H HUCKABY [redacted] | |
| 15 State CA, Employer's state ID no. [redacted] 1 | 16 State wages, tips, etc.: 30351.89 |
| 17 State income tax: 1016.55 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** Wage and Tax Statement **2020** OMB No. 1545-0008

Copy B to be filed with employee's Federal Income Tax Return.

## CA. State Filing Copy

| | |
|---|---|
| 1 Wages, tips, other comp.: 30351.89 | 2 Federal income tax withheld: 3248.94 |
| 3 Social security wages: 30351.89 | 4 Social security tax withheld: 1881.85 |
| 5 Medicare wages and tips: 30351.89 | 6 Medicare tax withheld: 440.08 |
| d Control number: 0000003344 VRI, Dept. 1750 | Corp. LCH3, Employer use only: A 3369 |
| c Employer's name, address, and ZIP code: CRST EXPEDITED INC, 201 1ST STREET SE STE 400, CEDAR RAPIDS, IA 52401 | |
| b Employ[redacted]ber | a Employe[redacted] |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b / 12c / 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |
| e/f Employee's name, address and ZIP code: KEITH H HUCKABY [redacted] | |
| 15 State CA, Employer's state ID no. [redacted] 1 | 16 State wages, tips, etc.: 30351.89 |
| 17 State income tax: 1016.55 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** Wage and Tax Statement **2020** OMB No. 1545-0008

Copy 2 to be filed with employee's State Income Tax Return.

## City or Local Filing Copy

| | |
|---|---|
| 1 Wages, tips, other comp.: 30351.89 | 2 Federal income tax withheld: 3248.94 |
| 3 Social security wages: 30351.89 | 4 Social security tax withheld: 1881.85 |
| 5 Medicare wages and tips: 30351.89 | 6 Medicare tax withheld: 440.08 |
| d Control number: 0000003344 VRI, Dept. 1750 | Corp. LCH3, Employer use only: A 3369 |
| c Employer's name, address, and ZIP code: CRST EXPEDITED INC, 201 1ST STREET SE STE 400, CEDAR RAPIDS, IA 52401 | |
| b Employer's FED ID number [redacted] | a Employee's SSA number [redacted] |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b / 12c / 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |
| e/f Employee's name, address and ZIP code: KEITH H HUCKABY [redacted] | |
| 15 State CA, Employer's state ID no. [redacted] 1 | 16 State wages, tips, etc.: 30351.89 |
| 17 State income tax: 1016.55 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** Wage and Tax Statement **2020** OMB No. 1545-0008

Copy 2 to be filed with employee's City or Local Income Tax Return.

# EXHIBIT 14

CRST®

# Training Guide



## Becoming a Professional Driver

## Basic Driving Skills

While you are out on the road for the next 28 days you will be talking about many things. Most important is your basic driving skills. You and your lead driver should cover the following topics in week one. Take a look at the list a couple times over the week and check them off as you practice them. Talk to your lead driver about anything you are unsure of or need more work on.



- Lane Control
- Turns
- Following Distance
- Ramp Speeds
- Road Signs
- Shifting (up and down)
- Safety cushion around truck
- Entering and exiting interstates
- Roadside Parking
- Scaling
- Backing

Important Note!!
Many of you will be asked to take a post training road test. The above skills are the things that the safety trainer will be watching. Practice, Practice, Practice!!

**Lane Control**

Having a good grasp of the size of your vehicle and understanding the path it will take can help you maintain control of your vehicle and ensure that you are in your own lane at all times. The average lane width on an Interstate or 4 lane highway is 12 feet and your truck/trailer is only 8.5 feet wide. Visualizing this can be helpful. In some urban areas the lanes can reduce to 11 feet. Drifting usually happens when you are trying to multitask and are not paying 100% attention to what you are doing. It can also happen when you are fatigued.

## Basic Driving Skills (Continued)

### Turns

Setting yourself up for the turn is key. After that you will need to select the appropriate speed and gear for the turn. Remember to not shift while turning and to keep an eye on your trailers path at all times. Keep your eyes moving and know where any obstacles are or where they may come from.

### Following Distance

When on the interstate or highway in ideal weather conditions you should maintain at least an 8 second following distance from the vehicle in front of you. As conditions worsen you will need to adjust your following distance accordingly. Remember, it is always better to be safe than sorry.

### Ramp Speeds

Decreasing your speed before the steer tires hit the exit ramp is essential. CRST's policy is to proceed at 10mph under the posted speed limit for the ramp. For some ramps this can still be too fast. The posted speed limits are intended for cars and some curves can be extreme. Some lead drivers suggest cutting the speed limit in half.

### Road Signs

Road signs are posted for many different reasons and contain a lot of useful information. Scanning all of them at all times will help you catch information on exits, truck restrictions, construction information, and much more. Being aware of your surroundings and reading the information posted can ensure you are in the correct lane for an upcoming exit or keep you from entering a truck restricted zone which will save you both time and money.

### Shifting (Up and Down)

Shifting can be the most challenging part of getting started in truck driving. Shift slowly and smoothly while keeping an eye on your tachometer. Start learning to listen to the engine so you can hear when to shift. Eventually, you will be able to focus the majority of your attention on the road and no so much on your gauges! Remember, its better to shift at lower RPM's and to not over rev your engine.

## Basic Driving Skills (Continued)

**Safety Cushion Around Truck**
Maintaining a safety cushion is easiest when you are aware of your surroundings at all times. Know what is in front, behind, to the left, to the right, and under your truck. When you are in a parking lot, scan the area for any low lying or bent poles, cement barriers, fencing, and other vehicles. When you are on the road, look ahead of your vehicle for potential objects in the road or slow moving vehicles and look for cars approaching quickly from behind. Knowing where the other vehicles are around you can help you make quick decisions when the situation requires.

**Entering and Exiting Interstates**
When entering the interstate or highway, get up to the speed of traffic as quickly and smoothly as possible. Merge into the flow of traffic and take some time to get familiar with the vehicles around you and their intentions. Only consider changing lanes after you have had a chance to get acquainted with the flow of traffic.
When exiting the interstate, get into the appropriate lane 2 miles before the exit. Begin slowing down well in advance and make sure you have slowed to the posted speed limit for the exit by the time your steer tires hit the ramp. Continue to slow to AT LEAST 10 mph under the posted speed limit for the exit ramp.

**Roadside Parking**
It is CRST's policy that you can never park on the side of a road or an exit ramp. It creates a huge hazard for other vehicles on the road and has the potential to create or add to high speed car accidents. If your vehicle breaks down and you are stuck on the side of the road, make sure to pull over as far as possible and turn your hazards on( 4 way flashers). Place your orange caution triangles behind the vehicle and notify maintenance/dispatch right away.

**Scaling**
Plan to scale every load. Make sure that you are under the legal weight limit of 80,000 lbs gross and that you are not exceeding 12,500 lbs on your steers or 34,000 lbs drives or tandems. Also make sure that your tandems are set for a legal length in ALL the states you will be traveling through.

**DOT Scaling**
Make sure to follow all posted instructions. If you have done your pre-trip inspections properly, kept your log books current, and are able to follow the posted instructions you should be ok. Keep in mind they may be checking med cards, licenses, and permits on the vehicle at this time.

# Basic Driving Skills (Continued)

## Backing

Backing is a huge part of driving a truck. You will need to back into docks, parking spaces, alleys, and more. Take lots of time to ask questions and practice in your 28 days. Your lead driver is there to help you and guide you through the process of learning and gaining confidence in backing. Remember to always use a ground guide

### Backing (45 Degree )

**Set up**

As you are driving up to the space you intend to back into, you will need to keep the left side of your tractor and trailer 2-4 feet from the trailers on your left. Staying out 2-4 ft will allow you enough space for the overhang of a 53ft trailer. Be sure the tractor and trailer are straight and perpendicular to the trailers on your left.




Look the area over as you are pulling forward. Look for any possible hazards i.e., pallets, chock blocks, people, foreign debris that could cut your tires, etc. Stop when your left shoulder is in the center of the space you intend to back into. Look the space over again for any hazards.

Draw an imaginary line down the center of the space and extend it out into the available space you have to maneuver. Look to the right and see if you can locate a reference point along that line that will help you stay centered. Figure out what half of the available space you have would be and draw another imaginary line. Shift into 1st gear.

**Helpful Hints!**

When you are drawing your imaginary line, look for anything you can use for a guide i.e., paint lines, cracks in the pavement, trailer beside you that is straight, etc.

**Backing Up**

In 1st gear, pull forward at idle speed until your left shoulder is one space past the space you are backing into. Check the right mirror and if everything is clear, steer quickly all the way to the right and continue moving at idle speed. Continue moving until tractor is at the 12:00 position or ½ your available space.

## Basic Driving Skills (Continued)




**Backing (45 Degree) Continued**

When the tractor is at the 12:00 position steer as quickly as you can all the way to the left. Continue at idle speed until the tractor reaches the 9:00 position, steer quickly and straighten the steer tires, and stop. If trailer doors need to be opened, do so at this time, walk up the right side and look again for hazards. Turn on 4-ways, sound horn if needed and check both mirrors before and while you are backing.
As you are backing do not let the front of the trailer go past the right of the reference point in the center of your space.




- If a pull –up is required, steer toward the reference point you established earlier.
- Use idle speed in 1st gear
- This will assist in getting the unit straight and in the center of your space.
- Complete the 45 with a straight back checking both mirrors quickly and often.

**Helpful Hints!**

Watch the left side of your trailer and don't let it get farther than 2 ½ - 3 feet from the obstacle on the left. Based on where the tandems are positioned, you will need to adjust your steering to do this. If you are in doubt get out and look!!

# Basic Driving Skills (Continued)

## Backing (90 Degree)

As you know there are some locations where you just don't have room to set-up for a 45 degree back. As you are approaching the area you intend to back into, Get The Big Picture and look for obstacles that will prevent you from setting up for 45 degree back. If you determine a 45 degree back will not be possible, get yourself set up for a 90 degree back.




### Set-up

When you set-up for a 90, you want your tractor and trailer straight and 5 ft out from and perpendicular with the trailers on your left.

Stop with your left shoulder in the center of the space you intend to back into. Examine the area for hazards as we discussed earlier. You also stop so you can establish the reference point like you did for the 45.

### Backing Up

If the area is clear pull forward in 1st gear. Pull forward until the rear of your trailer is approximately 10 ft past the space you intend to back into and you are 5 ft from the trailers on your left. When you are 10 ft past the space and 5 ft out quickly turn the steering wheel all the way to the right then stop. Open the trailer doors at this time.




Turn on your 4-way flashers, sound horn if needed, check both mirrors and begin to back. Continue checking mirrors quickly and often during your movement (Do not focus only on the left side.)

Continue backing, watching the left side to see that it is headed into the space. Do not let your left side get more than 2 ½ - 3 ft from the obstacle on your left as your trailer begins to enter the space. Based on where the tandems are positioned, you will need to adjust your steering to keep this distance.

## Basic Driving Skills (Continued)




**Backing (90 Degree) Continued**

Back until the tractor and trailer are at a 90 degree angle to each other and then quickly turn you steering wheel all the way to the left.

Do not let the front of your trailer go beyond the center of your space --- use your reference point you established earlier. If a pull up is required, steer toward the reference point you established earlier. Use 1st gear for your pull ups

**Helpful Hints!**

Use caution when pulling forward, your focus will be on the rear of your trailer and where 10 ft past the space is. Do not forget about the front, the left , and the right side.

After the pull up, use the straight back to complete your backing maneuver checking both mirrors quickly and often, **Get out and Look as often as necessary**.

**When possible, avoid backing! If you must back...**

**Key 1. Aim High In Steering**
Choose the safest location possible
**Key 2. Get The Big Picture**
Search for all potential hazards
**Key 3. Keep Your Eyes Moving**
Scan; do not fixate
**Key 4. Leave Yourself An Out**
Surround yourself with space
**Key 5. Make Sure They See You**
Use warning devices - Seek eye contact

## Relaying Loads

A relay is when two trucks meet up and swap trailers/loads. Both trucks may have loads or just one may have a load and the teams swap trailers. It just depends on why the relay is taking place. The terminology we commonly use is 1-4-1 relay.

Relays are used for a lot of different reasons. These reasons include:

- To get a team more miles
- To save a load that is in jeopardy of delivering late
- To help get another team home for hometime
- To repower a load from a broken down truck
- To get a truck or trailer serviced
- To stack freight in an area that is overbooked

Your DM should explain to you why you are relaying off of or onto a load. If not, feel free to ask so they can explain. This is a common activity for drivers, so don't be surprised if you don't complete a load and you end up relaying off of it or onto another load. Understand that there are a lot of demands by drivers to get to different areas of the country and that is one of the reasons why we do relays.

You may be asked to relay at a terminal or at a truck stop. Either way, always make sure your equipment and the customer's load is secured and safe with seals intact.

## Drop and Hook Freight

Drop and hook loads are the best kind of loads. What does drop and hook mean? Very simply, you never have to sit and wait to get unloaded. When you pick up a load, the trailer is already loaded. When you deliver your load at the consignee, all you do is unhook from the trailer, get the bills signed and off you go. It is one of the best ways that a driver can keep rolling and making money. CRST has a lot of drop-and- hook freight. Customers that do drop-and-hook freight are Conway, R&L, McMaster, Schenker and many more!



## Hours of Service Defined

"Hours of Service", "Drivers Duty Status Register", and "HOS" all refer to the same thing, your log book. Every driver must have one when on a truck and it must be current to the last "change of duty". What does all this mean? Why all the rules, and why all the confusion? Simple, The DOT regulates how long a driver can drive, the length and frequency of his time in the bunk, and off duty time to protect YOU and the driving public.!

It's easy to get confused with hours of service rules so we will list the ones that directly affect you and your ability to drive!

**1.** No driver may drive over 11 hours. After reaching 11 hours-the driver must have 10 in the bunk or off duty (MUST be in the bunk if the truck is being driven by your co-driver to be able to drive again in 10 hours)
**2.** No driver may drive after having been on duty 14 hours (the total of line 3 & 4) with out 10 hours off duty or in the bunk (Again, in the bunk if your co-driver is driving) This rule confuses some drivers, Put simply if you started your shift at 6:00/AM in the morning, you must STOP driving 14 hours later IF you have not driven over 11 hours, in this example you must STOP driving at 8:00/PM even if you have not driven 11 hours.
**3.** No driver may drive after having been on duty 70 hours in 8 days. Keep in mind, 70 hours would be the total of line 3 and 4 of your log book as these are the lines you count every day on your recap section to make sure you do not drive after obtaining 70 hours in 8 days.
**4.** Your 70 hours reset to 0 IF you have had 34 hours either off duty, or a combination of the sleeper berth AND off duty-you CANNOT go to any other line (on duty not driving or driving line) to get a reset. Your co driver CAN drive (if he has the hours of course) but you need to be on line 2 (sleeper) and in the sleeper getting your rest!




The rules do not stipulate "DAY" or "24 Hour period" as some drivers also get confused with these issues. Keep in mind, With satellites on each truck, if the truck moves, someone MUST be on line 3 showing driving it (THE PERSON DRIVING THE TRUCK!) even if it's across town or 5 blocks down to the truck stop from where you delivered, if you drive the tractor, LOG IT THAT WAY!

All these rules need to be followed so you are not shut down on the road with an upset dispatcher, or worse an upset customer! If you have any questions about logging, stop by any terminal during business hours and ask a trainer to pull up your log file on the computer so he can print it up and go over it with you.

# Life on the Road

## Managing Your Money

As a OTR driver you will be getting paid based on the miles you run and that can be affected greatly by when a load delivers. It is important that you have good money management skills to be successful. Here are some tips from experienced truck drivers:

- Buy food and supplies from grocery stores to keep on the truck. Truck stops will charge more for the same items and this will get very expensive. Plan ahead and avoid buying unnecessary items.
- Have an inverter installed by an authorized CRST shop. Note: only a CRST shop can install an inverter. This will allow you to have a refrigerator in your truck. Purchase food items that can be stored and used. Plan your menu to spend your money wisely.
- Limit the amount of money you request on an advance. Advances are to be used for business related expenses. If you receive an advance and do not have an authorized expense, the funds will be deducted from your next paycheck. Use advances for authorized expenses, such as tolls to avoid digging yourself a hole!
- Save some money each week for future needs. Begin this habit while you are in training and it will become second nature to you! When you are getting paid by the mile, your pay will fluctuate depending on the number of trips you turn in. Some weeks will pay 3-4 trips while the next pay check may be none at all. Learn to save and budget for the periods when no trips will be processed so you can still afford road and home expenses.
- Avoid impulse shopping. This type of buying will cost you more. It also occurs when you are bored and not when you really need the item. Take the time and make good decisions on what you are buying with your money.
- Set a budget. This can be a simple budget for the expenses you have on the road. Determine in advance how much you will spend each week on food and other items.



**Helpful COMDATA Hints!**

Consider setting up automatic deposit into your bank account. If someone at home is paying the bills, this will be especially helpful. If you need to pay bills while on the road, plan ahead and bring envelopes and stamps.

# EXHIBIT 15

DELIVERING PROMISES AND DRIVING SUCCESS

CRST

THE TRANSPORTATION SOLUTION

**Job Description:**

- Class A Driver

**Job Summary:**

- Drive a commercial motor vehicle to pick up and deliver freight in safe and timely manner

**Job Responsibilities:**

- Perform all duties in accordance with the company policies and procedures and in compliance with the federal regulations for safe operation of a Commercial Motor Vehicle (CMV).
- Conduct a pre-trip and post-trip inspections of equipment as outlines by the FMCSA.
- Couple, uncouple, and all activities associated with the interchanging of equipment, including raising and lowering landing gear.
- Communicates with Operations personnel in a timely manner regarding dispatch instructions, equipment issues, transit delays and Cargo overages, shortages, and damages.
- Communicates and presents themselves in a professional manner.
- Reports ALL accidents and incidents involving driver or equipment to the accident hotlines and law enforcement agencies immediately once safe.
- Report any violations received by law enforcement of from DOT inspections in a CMV or in personal conveyance immediately to your Driver Manager immediately.
- Properly maintains compliant records of duty status with established regulations from the FMCSA.

**Competencies and Critical Skills:**

- Drives for results with an appropriate level of urgency.
- Commands a professional presence.
- Maximizes relationships, fosters collaboration, and builds trust.
- Communicates effectively, listens, and writes effectively, ability to read and interpret documents such as safety rules, operation instructions, and procedural manuals in the English language. Ability to read and comprehend simple instructions, short correspondence, and memos, and ability to write simple correspondence in the English language in accordance with section 391.11 of the FMCSA regulations.
- With proper training, must be able to operate a combination Class A vehicle safely and correctly in all types of circumstances, including intercity, close confines, highways, secondary roadways, etc.
- With proper training must also operate combination, Class A vehicles in differing and changing
- climates and weather conditions
- With proper training must also operate combination, Class A vehicles in differing and changing climates and weather conditions.
- Ability to read maps, chart routes, and follow routing instructions.
- Ability to add and subtract two-digit numbers and to multiply and divide with 10's and 100's. Ability to perform these operations using units of American money and weight and measurements, volume, and distance.
- Ability to carry out detailed but uninvolved written or oral instructions. Ability to deal with problems involving a few variables and has a basic mechanical aptitude.

**Physical Requirements:**

- Must pass DOT Regulated drug screenings, DOT physicals, and background test.
- Must pass an agility Post Offer/Pre-Placement Test (POET) based on customer requirements.
- Must be able to lift, push, pull, and carry unassisted up to 75 lb. containers, tarps, and cargo as required, including overhead, repeatedly, and for extended periods of time and across distances 75 feet or more.
- While performing the duties of this position, the employee must occasionally load, unload and secure cargo and related duties. Activities expected to be performed as a regular part of the job for a significant portion of an average day: standing, sitting, bending, reaching, stooping, kneeling, seeing, handling, pushing, pulling, and lifting.

DELIVERING PROMISES AND DRIVING SUCCESS

CRST

THE TRANSPORTATION SOLUTION

- Must be able to perform duties that require the driver to repeatedly bend at the waist, neck, wrist, and shoulder, twist and rotate hands, elbows, and forearms.
- Must have the ability to perform these duties outdoors and in adverse weather and climate conditions. May require working in hot and cold temperature extremes, with exposure to dust, dirt, fumes, moderate noise, and vibration of vehicle
- Have the ability to drive semi-tractors and trailers, Class A vehicles, understand brake operations, and satisfactorily perform all required in cab duties required to safely operate a commercial motor vehicle.
- Must be able to perform all necessary functions to conduct a proper and complete DOT required safety inspection, including but not limited to getting under tractor and trailer to perform such required duties.
- Must be able to climb in and out of commercial vehicles and trailers, 4 feet above the ground, numerous times a day. Ability to grasp and grip repeatedly and operate foot pedal
- Must be able to climb to a height of 4 to 10 feet, balancing and accelerated physical activity in awkward positions.
- Must be able to mount snow chains on tires
- Ability to unload using such devices as a manual floor jack, electrical floor jack, hand dollies, rollers, or other devices as deemed necessary.

**Mental Requirements and Prolonged Activities:**

- Sitting
- Seeing
- Concentrating
- Problem Solving

**Additional Notes:**

- This position does not manage others.

**Qualification Requirements:**

To perform this job successfully, an individual most be able to perform each essential duty satisfactorily. The requirements listed above are representative of the knowledge, skills, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions of the job.

# EXHIBIT 16

Native File Placeholder

| Description | DepotID | Activity | CoDriver | Confirmed | DistanceDriven | Doc | DriverID | Duration | Edit | location | Logid | odometer | OrigLogID | SensorFailure | Starttime | State | TimeZone | Tractorid | TrailerID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 240 | 1 | 7 mi E of Calexico, CA | 103063702 | 9757907 | 0 | False | 2019-04-12 09:01:00.000 | CA | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | -1 | | IY33D | 240 | 2 | 7 mi E of Calexico, CA | 103063742 | 9757907 | 103063702 | False | 2019-04-12 09:01:00.000 | CA | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 2051 | | IY33D | 214 | 0 | 1 mi WSW of Gila Bend, AZ | 103071035 | 9759535 | 0 | False | 2019-04-12 13:01:00.000 | AZ | Central Daylight Time | 124400 | |
| OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 23 | 0 | 1 mi NW of Willcox, AZ | 103071737 | 9761586 | 0 | False | 2019-04-12 16:35:00.000 | AZ | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 0 | | IY33D | 49 | 0 | 1 mi NW of Willcox, AZ | 103072992 | 9761586 | 0 | False | 2019-04-12 16:58:00.000 | AZ | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 1833 | | IY33D | 127 | 0 | 21 mi WSW of Lordsburg, NM | 103076012 | 9761586 | 0 | False | 2019-04-12 17:47:00.000 | NM | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 47 | 0 | 9 mi WSW of Las Cruces, NM | 103077280 | 9763419 | 0 | False | 2019-04-12 19:54:00.000 | NM | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 0 | | IY33D | 36 | 0 | 9 mi WSW of Las Cruces, NM | 103078000 | 9763419 | 0 | False | 2019-04-12 20:41:00.000 | NM | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 1912 | | IY33D | 158 | 0 | 1 mi E of Anthony, TX | 103081218 | 9763419 | 0 | False | 2019-04-12 21:17:00.000 | TX | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 5 | 0 | 20 mi E of Van Horn, TX | 103081396 | 9765331 | 0 | False | 2019-04-12 23:55:00.000 | TX | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 4 | 0 | 20 mi E of Van Horn, TX | 103081398 | 9765339 | 0 | False | 2019-04-13 00:00:00.000 | TX | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 298 | 0 | 20 mi E of Van Horn, TX | 103086347 | 9765339 | 0 | False | 2019-04-13 00:04:00.000 | TX | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 422 | 1 | 10 mi NW of Del Rio, TX | 103095637 | -1 | 0 | False | 2019-04-13 05:02:00.000 | TX | Central Daylight Time | | |
| Sleeper | 1 | 2 | | True | -1 | | IY33D | 422 | 2 | 10 mi NW of Del Rio, TX | 103097152 | -1 | 103095637 | False | 2019-04-13 05:02:00.000 | TX | Central Daylight Time | | |
| OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 58 | 1 | 8 mi NNE of Laredo, TX | 103097123 | 9769948 | 0 | False | 2019-04-13 12:04:00.000 | TX | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | -1 | | IY33D | 58 | 2 | 8 mi NNE of Laredo, TX | 103097150 | 9769948 | 103097123 | False | 2019-04-13 12:04:00.000 | TX | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 3125 | | IY33D | 300 | 0 | 7 mi N of Laredo, TX | 103103479 | 9769993 | 0 | False | 2019-04-13 13:02:00.000 | TX | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 36 | 0 | 4 mi W of Katy, TX | 103104180 | 9773118 | 0 | False | 2019-04-13 18:02:00.000 | TX | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 7 | | IY33D | 145 | 0 | 4 mi W of Katy, TX | 103106723 | 9773118 | 0 | False | 2019-04-13 18:38:00.000 | TX | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 2192 | | IY33D | 76 | 0 | 8 mi WSW of Vinton, LA | 103107730 | 9773125 | 0 | False | 2019-04-13 21:03:00.000 | LA | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 27 | 0 | 5 mi WNW of Crowley, LA | 103108126 | 9775317 | 0 | False | 2019-04-13 22:19:00.000 | LA | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 635 | | IY33D | 74 | 0 | 5 mi WNW of Crowley, LA | 103109536 | 9775317 | 0 | False | 2019-04-13 22:46:00.000 | LA | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 216 | | IY33D | 37 | 0 | 11 mi WNW of Addis, LA | 103109537 | 9775952 | 0 | False | 2019-04-14 00:00:00.000 | LA | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 17 | 0 | 2 mi WSW of Port Allen, LA | 103109753 | 9776168 | 0 | False | 2019-04-14 00:37:00.000 | LA | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 653 | 0 | 2 mi WSW of Port Allen, LA | 103118741 | 9776168 | 0 | False | 2019-04-14 00:54:00.000 | LA | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 733 | 0 | 2 mi N of Moss Point, MS | 103197067 | 9777858 | 0 | True | 2019-04-14 11:47:00.000 | MS | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 1440 | 0 | 8 mi S of Stone Mountain, GA | 103197068 | 9781725 | 0 | False | 2019-04-15 00:00:00.000 | GA | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 1440 | 0 | 7 mi SSE of Smyrna, GA | 103197069 | -1 | 0 | False | 2019-04-16 00:00:00.000 | GA | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 45 | 0 | 6 mi ENE of Newton, MS | 103197070 | 9785408 | 0 | False | 2019-04-17 00:00:00.000 | MS | Central Daylight Time | 124400 | |
| OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 6 | 0 | 4 mi SW of Morton, MS | 103197220 | 9786179 | 0 | False | 2019-04-17 00:45:00.000 | MS | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 653 | | IY33D | 69 | 0 | 4 mi SW of Morton, MS | 103198485 | 9786179 | 0 | False | 2019-04-17 00:51:00.000 | MS | Central Daylight Time | 124400 | |
| OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 14 | 0 | 2 mi ESE of Vicksburg, MS | 103198692 | 9786832 | 0 | False | 2019-04-17 02:00:00.000 | MS | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 0 | | IY33D | 6 | 0 | 2 mi ESE of Vicksburg, MS | 103198759 | 9786888 | 0 | False | 2019-04-17 02:14:00.000 | MS | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 1608 | | IY33D | 145 | 0 | 1 mi ESE of Delta, LA | 103201423 | 9786888 | 0 | False | 2019-04-17 02:20:00.000 | LA | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 35 | 0 | 1 mi NW of Haughton, LA | 103202302 | 9788496 | 0 | False | 2019-04-17 04:45:00.000 | LA | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 14 | | IY33D | 41 | 0 | 1 mi NW of Haughton, LA | 103203047 | 9788496 | 0 | False | 2019-04-17 05:20:00.000 | LA | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 521 | | IY33D | 29 | 0 | 1 mi SE of Waskom, TX | 103203958 | 9788510 | 0 | False | 2019-04-17 06:01:00.000 | TX | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 72 | 0 | 4 mi S of Marshall, TX | 103206444 | 9789031 | 0 | False | 2019-04-17 06:30:00.000 | TX | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 2877 | | IY33D | 279 | 0 | 4 mi S of Marshall, TX | 103215861 | 9789031 | 0 | False | 2019-04-17 07:42:00.000 | TX | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 92 | 0 | 2 mi WSW of Cisco, TX | 103218933 | 9791908 | 0 | False | 2019-04-17 12:21:00.000 | TX | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 607 | 0 | 2 mi WSW of Cisco, TX | 103235905 | 9791908 | 0 | False | 2019-04-17 13:53:00.000 | TX | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 48 | 0 | 7 mi W of Deming, NM | 103235907 | 9797140 | 0 | False | 2019-04-18 00:00:00.000 | NM | Central Daylight Time | 124400 | |
| OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 20 | 0 | 2 mi ESE of Lordsburg, NM | 103236306 | 9798495 | 0 | False | 2019-04-18 00:48:00.000 | NM | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 6 | | IY33D | 31 | 0 | 2 mi ESE of Lordsburg, NM | 103236797 | 9798495 | 0 | False | 2019-04-18 01:08:00.000 | NM | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 2082 | | IY33D | 184 | 0 | 34 mi S of Duncan, AZ | 103240025 | 9798501 | 0 | False | 2019-04-18 01:39:00.000 | AZ | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 78 | 0 | 2 mi SSE of Eloy, AZ | 103241659 | 9800583 | 0 | False | 2019-04-18 04:43:00.000 | AZ | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 2094 | | IY33D | 196 | 0 | 2 mi SSE of Eloy, AZ | 103247676 | 9800583 | 0 | False | 2019-04-18 06:01:00.000 | AZ | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 24 | 0 | 18 mi WSW of Quartzsite, AZ | 103248594 | 9802677 | 0 | False | 2019-04-18 09:17:00.000 | AZ | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 5 | | IY33D | 5 | 0 | 18 mi WSW of Quartzsite, AZ | 103248647 | 9802677 | 0 | False | 2019-04-18 09:41:00.000 | AZ | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 1548 | | IY33D | 178 | 0 | 4 mi E of Blythe, CA | 103254523 | 9802682 | 0 | False | 2019-04-18 09:46:00.000 | CA | Central Daylight Time | 124400 | |
| OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 5 | 0 | 1 mi SSE of Calimesa, CA | 103254593 | 9804230 | 0 | False | 2019-04-18 12:44:00.000 | CA | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 186 | 0 | 1 mi SSE of Calimesa, CA | 103260638 | 9804230 | 0 | False | 2019-04-18 12:49:00.000 | CA | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 10431 | 0 | 4 mi WSW of Grand Terrace, CA | 103490865 | -1 | 0 | False | 2019-04-18 15:55:00.000 | CA | Central Daylight Time | | |
| OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 134 | 1 | 4 mi WSW of Grand Terrace, CA | 103523232 | 9805448 | 0 | False | 2019-04-25 21:46:00.000 | CA | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | -1 | | IY33D | 134 | 2 | 4 mi WSW of Grand Terrace, CA | 103530920 | 9805448 | 103523232 | False | 2019-04-25 21:46:00.000 | CA | Central Daylight Time | 124400 | |
| OnDuty | 1 | 4 | 830SD | True | 0 | 79000065: 79000065 | IY33D | 1440 | 1 | 3 mi S of Los Angeles, CA | 103530919 | 9806001 | 0 | False | 2019-04-26 00:00:00.000 | CA | Central Daylight Time | 124400 | 810539 |
| Sleeper | 1 | 2 | 830SD | True | -1 | 79000065: 79000065 | IY33D | 1440 | 2 | 3 mi S of Los Angeles, CA | 103530922 | 9806001 | 103530919 | False | 2019-04-26 00:00:00.000 | CA | Central Daylight Time | 124400 | 810539 |
| OnDuty | 1 | 4 | 830SD | True | 0 | 79000065: 79000065 | IY33D | 85 | 1 | 34 mi W of Needles, CA | 103530924 | 9808611 | 0 | False | 2019-04-27 00:00:00.000 | CA | Central Daylight Time | 124400 | 810539 |
| Sleeper | 1 | 2 | 830SD | True | -1 | 79000065: 79000065 | IY33D | 85 | 2 | 34 mi W of Needles, CA | 103530934 | 9808611 | 103530924 | False | 2019-04-27 00:00:00.000 | CA | Central Daylight Time | 124400 | 810539 |
| OnDuty | 1 | 4 | 830SD | True | 0 | 79000065: 79000065 | IY33D | 9 | 0 | 17 mi N of Lake Havasu City, AZ | 103531076 | 9809201 | 0 | False | 2019-04-27 01:25:00.000 | AZ | Central Daylight Time | 124400 | 810539 |
| Driving | 1 | 3 | 830SD | True | 2454 | 79000065: 79000065 | IY33D | 241 | 0 | 17 mi N of Lake Havasu City, AZ | 103534541 | 9809201 | 0 | False | 2019-04-27 01:34:00.000 | AZ | Central Daylight Time | 124400 | 810539 |
| OffDuty | 1 | 1 | 830SD | True | 0 | 79000065: 79000065 | IY33D | 57 | 0 | 1 mi ESE of Winslow, AZ | 103535482 | 9811655 | 0 | False | 2019-04-27 05:35:00.000 | AZ | Central Daylight Time | 124400 | 810539 |
| Driving | 1 | 3 | 830SD | True | 1044 | 79000065: 79000065 | IY33D | 101 | 0 | 1 mi ESE of Winslow, AZ | 103537505 | 9811655 | 0 | False | 2019-04-27 06:32:00.000 | AZ | Central Daylight Time | 124400 | 810539 |
| OffDuty | 1 | 1 | 830SD | True | 0 | 79000065: 79000065 | IY33D | 31 | 0 | 62 mi NNE of St. Johns, AZ | 103538492 | 9812699 | 0 | False | 2019-04-27 08:13:00.000 | AZ | Central Daylight Time | 124400 | 810539 |
| Driving | 1 | 3 | 830SD | True | 2772 | 79000065: 79000065 | IY33D | 263 | 0 | 62 mi NNE of St. Johns, AZ | 103544433 | 9812705 | 0 | False | 2019-04-27 08:44:00.000 | AZ | Central Daylight Time | 124400 | 810539 |
| Sleeper | 1 | 2 | 830SD | True | 0 | 79000065: 79000065 | IY33D | 8 | 0 | 2 mi E of Santa Rosa, NM | 103544626 | 9815477 | 0 | False | 2019-04-27 13:07:00.000 | NM | Central Daylight Time | 124400 | 810539 |
| Sleeper | 1 | 2 | 830SD | True | 0 | 79000065: 79000065 | IY33D | 645 | 0 | 2 mi E of Santa Rosa, NM | 103556338 | 9815477 | 0 | False | 2019-04-27 13:15:00.000 | NM | Central Daylight Time | 124400 | 810539 |
| Sleeper | 1 | 2 | 830SD | True | 0 | 79000065: 79000065 | IY33D | 78 | 0 | 4 mi SW of Vinita, OK | 103556339 | 9820324 | 0 | False | 2019-04-28 00:00:00.000 | OK | Central Daylight Time | 124400 | 810539 |
| OnDuty | 1 | 4 | 830SD | True | 0 | 79000065: 79000065 | IY33D | 10 | 0 | 6 mi SSW of Joplin, MO | 103556487 | 9821840 | 0 | False | 2019-04-28 01:18:00.000 | MO | Central Daylight Time | 124400 | 810539 |
| Driving | 1 | 3 | 830SD | True | 1535 | 79000065: 79000065 | IY33D | 155 | 0 | 6 mi SSW of Joplin, MO | 103558153 | 9821840 | 0 | False | 2019-04-28 01:28:00.000 | MO | Central Daylight Time | 124400 | 810539 |
| OffDuty | 1 | 1 | 830SD | True | 0 | 79000065: 79000065 | IY33D | 81 | 0 | 2 mi SW of Waynesville, MO | 103558935 | 9823375 | 0 | False | 2019-04-28 04:03:00.000 | MO | Central Daylight Time | 124400 | 810539 |
| Driving | 1 | 3 | 830SD | True | 1353 | 79000065: 79000065 | IY33D | 131 | 0 | 2 mi SW of Waynesville, MO | 103560486 | 9823375 | 0 | False | 2019-04-28 05:24:00.000 | MO | Central Daylight Time | 124400 | 810539 |
| Driving | 1 | 3 | 830SD | True | 0 | 79000065: 79000065 | IY33D | 150 | 0 | 2 mi WSW of East St. Louis, IL | 103562991 | 9824728 | 0 | False | 2019-04-28 07:35:00.000 | IL | Central Daylight Time | 124400 | 810539 |
| Driving | 1 | 3 | 830SD | True | 1723 | 79000065: 79000065 | IY33D | 13 | 0 | 5 mi WSW of West Terre Haute, IN | 103563285 | 9824728 | 0 | False | 2019-04-28 10:05:00.000 | IN | Central Daylight Time | 124400 | 810539 |
| OffDuty | 1 | 1 | 830SD | True | 0 | 79000065: 79000065 | IY33D | 22 | 0 | 5 mi ESE of Terre Haute, IN | 103563688 | 9826451 | 0 | False | 2019-04-28 10:18:00.000 | IN | Central Daylight Time | 124400 | 810539 |
| Driving | 1 | 3 | 830SD | True | 1050 | 79000065: 79000065 | IY33D | 104 | 0 | 5 mi ESE of Terre Haute, IN | 103565539 | 9826451 | 0 | False | 2019-04-28 10:40:00.000 | IN | Central Daylight Time | 124400 | 810539 |
| OnDuty | 1 | 4 | 830SD | True | 0 | 79000065: 79000065 | IY33D | 8 | 0 | 12 mi WSW of New Castle, IN | 103565576 | 9827501 | 0 | False | 2019-04-28 12:24:00.000 | IN | Central Daylight Time | 124400 | 810539 |
| Sleeper | 1 | 2 | 830SD | True | 0 | 79000065: 79000065 | IY33D | 688 | 0 | 12 mi WSW of New Castle, IN | 103602350 | 9827501 | 0 | False | 2019-04-28 12:32:00.000 | IN | Central Daylight Time | 124400 | 810539 |
| Sleeper | 1 | 2 | 830SD | True | 0 | 79018162: 002681297 | IY33D | 1261 | 0 | 4 mi N of Grove City, OH | 103602351 | 9829464 | 0 | False | 2019-04-29 00:00:00.000 | OH | Central Daylight Time | 124400 | 899043 |
| OnDuty | 1 | 4 | 830SD | True | 0 | 79018162: 002681297 | IY33D | 5 | 0 | 2 mi NW of Florence, KY | 103602532 | 9830763 | 0 | False | 2019-04-29 21:01:00.000 | KY | Central Daylight Time | 124400 | 899043 |
| Driving | 1 | 3 | 830SD | True | 12 | 79018162: 002681297 | IY33D | 8 | 0 | 2 mi NW of Florence, KY | 103602667 | 9830763 | 0 | False | 2019-04-29 21:06:00.000 | KY | Central Daylight Time | 124400 | 899043 |
| OnDuty | 1 | 4 | 830SD | True | 0 | 79018162: 002681297 | IY33D | 21 | 0 | 1 mi W of Florence, KY | 103603176 | 9830775 | 0 | False | 2019-04-29 21:14:00.000 | KY | Central Daylight Time | 124400 | 899043 |
| Driving | 1 | 3 | 830SD | True | 0 | 79018162: 002681297 | IY33D | 23 | 0 | 1 mi W of Florence, KY | 103603541 | 9830781 | 0 | False | 2019-04-29 21:35:00.000 | KY | Central Daylight Time | 124400 | 899043 |
| Driving | 1 | 3 | 830SD | True | 280 | 79018162: 002681297 | IY33D | 18 | 0 | 2 mi NE of Lawrenceburg, IN | 103603939 | 9830781 | 0 | False | 2019-04-29 21:58:00.000 | IN | Central Daylight Time | 124400 | 899043 |
| Driving | 1 | 3 | 830SD | True | 690 | 79018162: 002681297 | IY33D | 69 | 0 | 12 mi NNE of Greendale, IN | 103605160 | 9831061 | 0 | False | 2019-04-29 22:16:00.000 | IN | Central Daylight Time | 124400 | 899043 |
| Sleeper | 1 | 2 | 830SD | True | 0 | 79018162: 002681297 | IY33D | 12 | 0 | 5 mi NNW of Shelbyville, IN | 103605340 | 9831751 | 0 | False | 2019-04-29 23:25:00.000 | IN | Central Daylight Time | 124400 | 899043 |
| Sleeper | 1 | 2 | 830SD | True | 0 | 79018162: 002681297 | IY33D | 23 | 0 | 5 mi NNW of Shelbyville, IN | 103624727 | 9831751 | 0 | False | 2019-04-29 23:37:00.000 | IN | Central Daylight Time | 124400 | 899043 |
| Sleeper | 1 | 2 | 830SD | True | 0 | 79018162: 002681297 | IY33D | 793 | 0 | 7 mi NW of Shelbyville, IN | 103624729 | 9831751 | 0 | False | 2019-04-30 00:00:00.000 | IN | Central Daylight Time | 124400 | 899043 |
| OnDuty | 1 | 4 | 830SD | True | 0 | 79018162: 002681297 | IY33D | 10 | 0 | 3 mi N of Des Moines, IA | 103625122 | 9836753 | 0 | False | 2019-04-30 13:13:00.000 | IA | Central Daylight Time | 124400 | 899043 |
| Driving | 1 | 3 | 830SD | True | 5 | 79018162: 002681297 | IY33D | 131 | 0 | 3 mi N of Des Moines, IA | 103629396 | 9836753 | 0 | False | 2019-04-30 13:23:00.000 | IA | Central Daylight Time | 124400 | 899043 |
| Driving | 1 | 3 | 830SD | True | 2915 | 79018162: 002681297 | IY33D | 161 | 0 | 2 mi SSE of Omaha, NE | 103634182 | 9836758 | 0 | False | 2019-04-30 15:34:00.000 | NE | Central Daylight Time | 124400 | 899043 |
| OffDuty | 1 | 1 | 830SD | True | 0 | 79018162: 002681297 | IY33D | 31 | 0 | 14 mi E of Gibbon, NE | 103635152 | 9839673 | 0 | False | 2019-04-30 18:15:00.000 | NE | Central Daylight Time | 124400 | 899043 |
| Driving | 1 | 3 | 830SD | True | 1932 | 79018162: 002681297 | IY33D | 186 | 0 | 14 mi E of Gibbon, NE | 103639603 | 9839680 | 0 | False | 2019-04-30 18:46:00.000 | NE | Central Daylight Time | 124400 | 899043 |
| OffDuty | 1 | 1 | 830SD | True | 0 | 79018162: 002681297 | IY33D | 33 | 0 | 19 mi WSW of Ogallala, NE | 103640328 | 9841612 | 0 | False | 2019-04-30 21:52:00.000 | NE | Central Daylight Time | 124400 | 899043 |
| Driving | 1 | 3 | 830SD | True | 0 | 79018162: 002681297 | IY33D | 95 | 0 | 19 mi WSW of Ogallala, NE | 103642253 | 9841618 | 0 | False | 2019-04-30 22:25:00.000 | NE | Central Daylight Time | 124400 | 899043 |
| Driving | 1 | 3 | 830SD | True | 0 | 79018162: 002681297 | IY33D | 15 | 0 | 5 mi WSW of Kimball, NE | 103642254 | 9841618 | 0 | False | 2019-05-01 00:00:00.000 | NE | Central Daylight Time | 124400 | 899043 |
| Driving | 1 | 3 | 830SD | True | 1329 | 79018162: 002681297 | IY33D | 27 | 0 | 1 mi E of Pine Bluffs, WY | 103642769 | 9841618 | 0 | False | 2019-05-01 00:15:00.000 | WY | Central Daylight Time | 124400 | 899043 |
| Sleeper | 1 | 2 | 830SD | True | 0 | 79018162: 002681297 | IY33D | 20 | 0 | 16 mi E of Cheyenne, WY | 103643149 | 9842947 | 0 | False | 2019-05-01 00:42:00.000 | WY | Central Daylight Time | 124400 | 899043 |
| Sleeper | 1 | 2 | 830SD | True | 0 | 79018162: 002681297 | IY33D | 630 | 0 | 16 mi E of Cheyenne, WY | 103659888 | 9842954 | 0 | False | 2019-05-01 01:02:00.000 | WY | Central Daylight Time | 124400 | 899043 |
| OnDuty | 1 | 4 | 830SD | True | 0 | 79018162: 002681297 | IY33D | 8 | 0 | Snowville, UT | 103660197 | 9848174 | 0 | False | 2019-05-01 11:32:00.000 | UT | Central Daylight Time | 124400 | 899043 |
| Driving | 1 | 3 | 830SD | True | 6 | 79018162: 002681297 | IY33D | 9 | 0 | Snowville, UT | 103660430 | 9848174 | 0 | False | 2019-05-01 11:40:00.000 | UT | Central Daylight Time | 124400 | 899043 |
| Driving | 1 | 3 | 830SD | True | 1876 | 79018162: 002681297 | IY33D | 169 | 0 | 33 mi WSW of Malad City, ID | 103666257 | 9848180 | 0 | False | 2019-05-01 11:49:00.000 | ID | Central Daylight Time | 124400 | 899043 |
| OffDuty | 1 | 1 | 830SD | True | 0 | 79018162: 002681297 | IY33D | 42 | 0 | 2 mi ENE of Mountain Home, ID | 103667663 | 9850056 | 0 | False | 2019-05-01 14:38:00.000 | ID | Central Daylight Time | 124400 | 899043 |
| Driving | 1 | 3 | 830SD | True | 292 | 79018162: 002681297 | IY33D | 92 | 0 | 2 mi ENE of Mountain Home, ID | 103670488 | 9850056 | 0 | False | 2019-05-01 15:20:00.000 | ID | Central Daylight Time | 124400 | 899043 |
| Driving | 1 | 3 | 830SD | True | 2554 | 79018162: 002681297 | IY33D | 196 | 0 | 2 mi SE of Ontario, OR | 103675864 | 9850348 | 0 | False | 2019-05-01 16:52:00.000 | OR | Central Daylight Time | 124400 | 899043 |
| OffDuty | 1 | 1 | 830SD | True | 0 | 79018162: 002681297 | IY33D | 26 | 0 | 7 mi SE of Hermiston, OR | 103676534 | 9852902 | 0 | False | 2019-05-01 20:08:00.000 | OR | Central Daylight Time | 124400 | 899043 |
| Driving | 1 | 3 | 830SD | True | 1026 | 79018162: 002681297 | IY33D | 101 | 0 | 6 mi SE of Hermiston, OR | 103678837 | 9852902 | 0 | False | 2019-05-01 20:34:00.000 | OR | Central Daylight Time | 124400 | 899043 |
| Sleeper | 1 | 2 | 830SD | True | 0 | 79018162: 002681297 | IY33D | 105 | 0 | 2 mi ENE of The Dalles, OR | 103706751 | 9853928 | 0 | False | 2019-05-01 22:15:00.000 | OR | Central Daylight Time | 124400 | 899043 |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 927 | 0 | 5 mi WNW of Fairview, OR | 103706753 | 9854710 | 0 | False | 2019-05-02 00:00:00.000 | OR | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 2728 | | IY33D | 288 | 0 | 4 mi N of Hubbard, OR | 103714874 | 9855400 | 0 | False | 2019-05-02 15:27:00.000 | OR | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 34 | 0 | 10 mi SSE of Ashland, OR | 103715598 | 9858128 | 0 | False | 2019-05-02 20:15:00.000 | OR | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 12 | | IY33D | 10 | 0 | 10 mi SSE of Ashland, OR | 103715799 | 9858128 | 0 | False | 2019-05-02 20:49:00.000 | OR | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 560 | | IY33D | 63 | 0 | 19 mi N of Yreka, CA | 103717265 | 9858140 | 0 | False | 2019-05-02 20:59:00.000 | CA | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 12 | 0 | 2 mi SSE of Weed, CA | 103717557 | 9858700 | 0 | False | 2019-05-02 22:02:00.000 | CA | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 528 | | IY33D | 106 | 0 | 2 mi SSE of Weed, CA | 103720143 | 9858705 | 0 | False | 2019-05-02 22:14:00.000 | CA | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 635 | | IY33D | 36 | 0 | 7 mi NNW of Red Bluff, CA | 103720145 | 9859233 | 0 | False | 2019-05-03 00:00:00.000 | CA | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 28 | 0 | 2 mi SSW of Corning, CA | 103720686 | 9859868 | 0 | False | 2019-05-03 00:36:00.000 | CA | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 764 | | IY33D | 90 | 0 | 2 mi SSW of Corning, CA | 103722120 | 9859868 | 0 | False | 2019-05-03 01:04:00.000 | CA | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 19 | 0 | 16 mi NW of Woodland, CA | 103722404 | 9860632 | 0 | False | 2019-05-03 02:34:00.000 | CA | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 1267 | 0 | 16 mi NW of Woodland, CA | 103810160 | 9860632 | 0 | False | 2019-05-03 02:53:00.000 | CA | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 1440 | 0 | 4 mi WSW of Grand Terrace, CA | 103810161 | 9865795 | 0 | False | 2019-05-04 00:00:00.000 | CA | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 1440 | 0 | 4 mi WSW of Grand Terrace, CA | 103810163 | 9865795 | 0 | False | 2019-05-05 00:00:00.000 | CA | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 606 | 0 | 4 mi WSW of Grand Terrace, CA | 103810164 | 9865795 | 0 | False | 2019-05-06 00:00:00.000 | CA | Central Daylight Time | 124400 | |
| OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 7 | 0 | 4 mi WSW of Fontana, CA | 103810444 | 9866043 | 0 | False | 2019-05-06 10:06:00.000 | CA | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 287 | | IY33D | 253 | 0 | 4 mi WSW of Fontana, CA | 103818261 | 9866043 | 0 | False | 2019-05-06 10:13:00.000 | CA | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 2113 | | IY33D | 17 | 0 | 19 mi NNW of Lake Havasu City, AZ | 103818766 | 9866330 | 0 | False | 2019-05-06 14:26:00.000 | AZ | Central Daylight Time | 124400 | |
| OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 46 | 1 | 17 mi N of Lake Havasu City, AZ | 103819972 | 9868443 | 0 | False | 2019-05-06 14:43:00.000 | AZ | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | -1 | | IY33D | 46 | 2 | 17 mi N of Lake Havasu City, AZ | 103820058 | 9868443 | 103819972 | False | 2019-05-06 14:43:00.000 | AZ | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 1753 | | IY33D | 175 | 0 | 17 mi N of Lake Havasu City, AZ | 103824402 | 9868448 | 0 | False | 2019-05-06 15:29:00.000 | AZ | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 18 | 0 | 10 mi WNW of Flagstaff, AZ | 103824857 | 9870201 | 0 | False | 2019-05-06 18:24:00.000 | AZ | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 224 | | IY33D | 32 | 0 | 10 mi WNW of Flagstaff, AZ | 103825549 | 9870201 | 0 | False | 2019-05-06 18:42:00.000 | AZ | Central Daylight Time | 124400 | |
| OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 10 | 0 | 1 mi N of Williams, AZ | 103825659 | 9870425 | 0 | False | 2019-05-06 19:14:00.000 | AZ | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 114 | 0 | 1 mi N of Williams, AZ | 103827943 | 9870425 | 0 | False | 2019-05-06 19:24:00.000 | AZ | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 97 | 0 | 1 mi N of Williams, AZ | 103829803 | 9870431 | 0 | False | 2019-05-06 21:18:00.000 | AZ | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 19 | 0 | 1 mi N of Williams, AZ | 103830035 | 9870431 | 0 | False | 2019-05-06 22:55:00.000 | AZ | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 46 | 0 | 1 mi NNW of Williams, AZ | 103830942 | 9870525 | 0 | False | 2019-05-06 23:14:00.000 | AZ | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 19 | 0 | 1 mi N of Williams, AZ | 103830943 | 9870525 | 0 | False | 2019-05-07 00:00:00.000 | AZ | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 6 | 1 | 1 mi N of Williams, AZ | 103831007 | 9870531 | 0 | False | 2019-05-07 00:19:00.000 | AZ | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | -1 | | IY33D | 6 | 2 | 1 mi N of Williams, AZ | 103839093 | -1 | 103831007 | False | 2019-05-07 00:19:00.000 | AZ | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 479 | 0 | 1 mi WNW of Williams, AZ | 103839738 | 9870550 | 0 | False | 2019-05-07 00:25:00.000 | AZ | Central Daylight Time | 124400 | |
| OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 6 | 0 | 1 mi NW of Milan, NM | 103840002 | 9873340 | 0 | False | 2019-05-07 08:24:00.000 | NM | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 1161 | | IY33D | 112 | 0 | 1 mi NW of Milan, NM | 103843917 | 9873340 | 0 | False | 2019-05-07 08:30:00.000 | NM | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 35 | 0 | 13 mi SE of Edgewood, NM | 103845130 | 9874501 | 0 | False | 2019-05-07 10:22:00.000 | NM | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 12 | | IY33D | 165 | 0 | 13 mi SE of Edgewood, NM | 103850533 | 9874501 | 0 | False | 2019-05-07 10:57:00.000 | NM | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 0 | | IY33D | 130 | 0 | 22 mi WSW of Adrian, TX | 103854759 | 9874513 | 0 | False | 2019-05-07 13:42:00.000 | TX | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 31 | 0 | 21 mi NNE of Clarendon, TX | 103855693 | 9874513 | 0 | False | 2019-05-07 15:52:00.000 | TX | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 6 | | IY33D | 43 | 0 | 21 mi NNE of Clarendon, TX | 103856850 | 9877633 | 0 | False | 2019-05-07 16:23:00.000 | TX | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 1677 | | IY33D | 126 | 0 | 8 mi W of Erick, OK | 103860055 | 9877639 | 0 | False | 2019-05-07 17:06:00.000 | OK | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 6 | 0 | 2 mi SSE of El Reno, OK | 103860201 | 9879316 | 0 | False | 2019-05-07 19:12:00.000 | OK | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 282 | 0 | 2 mi SSE of El Reno, OK | 103871941 | 9879316 | 0 | False | 2019-05-07 19:18:00.000 | OK | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 326 | 0 | 2 mi SSE of Clarksville, AR | 103871942 | 9881479 | 0 | False | 2019-05-08 00:00:00.000 | AR | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 6 | | IY33D | 69 | 0 | 3 mi ENE of West Memphis, AR | 103873554 | 9884462 | 0 | False | 2019-05-08 05:26:00.000 | AR | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 1268 | | IY33D | 55 | 0 | 18 mi SSW of Hayti, MO | 103875103 | 9884468 | 0 | False | 2019-05-08 06:35:00.000 | MO | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 23 | 0 | 9 mi SSE of Sikeston, MO | 103875923 | 9885736 | 0 | False | 2019-05-08 07:30:00.000 | MO | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 1000 | | IY33D | 97 | 0 | 9 mi SSE of Sikeston, MO | 103879035 | 9885736 | 0 | False | 2019-05-08 07:53:00.000 | MO | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 57 | 0 | 10 mi W of Ste. Genevieve, MO | 103881148 | 9886736 | 0 | False | 2019-05-08 09:30:00.000 | MO | Central Daylight Time | 124400 | |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Driving | 1 | 3 | 830SD | True | 1547 | | IY33D | 215 | 0 | 10 mi W of Ste. Genevieve, MO | 103888550 | 9886736 | 0 | False | 2019-05-08 10:27:00.000 | MO | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 969 | | IY33D | 40 | 0 | 11 mi WNW of Keokuk, IA | 103890068 | 9888283 | 0 | False | 2019-05-08 14:02:00.000 | IA | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 15 | 0 | 2 mi NE of Mount Pleasant, IA | 103890483 | 9889252 | 0 | False | 2019-05-08 14:42:00.000 | IA | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 1199 | | IY33D | 127 | 0 | 2 mi NE of Mount Pleasant, IA | 103894321 | 9889252 | 0 | False | 2019-05-08 14:57:00.000 | IA | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 6 | 0 | 2 mi ESE of Evansdale, IA | 103894478 | 9890451 | 0 | False | 2019-05-08 17:04:00.000 | IA | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 410 | 0 | 2 mi ESE of Evansdale, IA | 103927627 | 9890451 | 0 | False | 2019-05-08 17:10:00.000 | IA | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | 79084052: 18391 | IY33D | 1153 | 0 | 1 mi SSE of South St. Paul, MN | 103937245 | 9893124 | 0 | False | 2019-05-09 00:00:00.000 | MN | Central Daylight Time | 124400 | 812031 |
| OnDuty | 1 | 4 | 830SD | True | 0 | 79084052: 18391 | IY33D | 5 | 0 | 2 mi WNW of Osceola, IA | 103937406 | 9896324 | 0 | False | 2019-05-09 19:13:00.000 | IA | Central Daylight Time | 124400 | 812031 |
| Driving | 1 | 3 | 830SD | True | 0 | 79084052: 18391 | IY33D | 36 | 0 | 2 mi WNW of Osceola, IA | 103938237 | 9896324 | 0 | False | 2019-05-09 19:18:00.000 | IA | Central Daylight Time | 124400 | 812031 |
| Driving | 1 | 3 | 830SD | True | 1484 | 79084052: 18391 | IY33D | 128 | 0 | 22 mi NNE of Bethany, MO | 103941086 | 9896324 | 0 | False | 2019-05-09 19:54:00.000 | MO | Central Daylight Time | 124400 | 812031 |
| Driving | 1 | 3 | 830SD | True | 541 | 79084052: 18391 | IY33D | 67 | 0 | 3 mi SSE of Kansas City, KS | 103942429 | 9897808 | 0 | False | 2019-05-09 22:02:00.000 | KS | Central Daylight Time | 124400 | 812031 |
| OffDuty | 1 | 1 | 830SD | True | 0 | 79084052: 18391 | IY33D | 17 | 0 | 3 mi S of Ottawa, KS | 103942814 | 9898349 | 0 | False | 2019-05-09 23:09:00.000 | KS | Central Daylight Time | 124400 | 812031 |
| Driving | 1 | 3 | 830SD | True | 6 | 79084052: 18391 | IY33D | 34 | 0 | 3 mi S of Ottawa, KS | 103944456 | 9898349 | 0 | False | 2019-05-09 23:26:00.000 | KS | Central Daylight Time | 124400 | 812031 |
| Driving | 1 | 3 | 830SD | True | 994 | 79084052: 18391 | IY33D | 63 | 0 | 14 mi S of Osage City, KS | 103944459 | 9898355 | 0 | False | 2019-05-10 00:00:00.000 | KS | Central Daylight Time | 124400 | 812031 |
| OffDuty | 1 | 1 | 830SD | True | 0 | 79084052: 18391 | IY33D | 34 | 0 | 9 mi SSE of Marion, KS | 103945111 | 9899349 | 0 | False | 2019-05-10 01:03:00.000 | KS | Central Daylight Time | 124400 | 812031 |
| Driving | 1 | 3 | 830SD | True | 994 | 79084052: 18391 | IY33D | 154 | 0 | 9 mi SSE of Marion, KS | 103947601 | 9899349 | 0 | False | 2019-05-10 01:37:00.000 | KS | Central Daylight Time | 124400 | 812031 |
| Driving | 1 | 3 | 830SD | True | 809 | 79084052: 18391 | IY33D | 112 | 0 | 20 mi N of Ponca City, OK | 103949595 | 9900343 | 0 | False | 2019-05-10 04:11:00.000 | OK | Central Daylight Time | 124400 | 812031 |
| Sleeper | 1 | 2 | 830SD | True | 0 | 79084052: 18391 | IY33D | 227 | 0 | 12 mi SSW of Perry, OK | 103955955 | 9901152 | 0 | False | 2019-05-10 06:03:00.000 | OK | Central Daylight Time | 124400 | 812031 |
| Sleeper | 1 | 2 | 830SD | True | 0 | 79084052: 18391 | IY33D | 850 | 0 | 12 mi SSW of Perry, OK | 104003132 | 9901152 | 0 | False | 2019-05-10 09:50:00.000 | OK | Central Daylight Time | 124400 | 812031 |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 1254 | 0 | 4 mi NNW of Moore, OK | 104003146 | 9901910 | 0 | False | 2019-05-11 00:00:00.000 | OK | Central Daylight Time | 124400 | |
| OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 7 | 0 | 1 mi SE of Tucumcari, NM | 104003299 | 9905651 | 0 | False | 2019-05-11 20:54:00.000 | NM | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 5 | | IY33D | 179 | 0 | 1 mi SE of Tucumcari, NM | 104006379 | 9905651 | 0 | False | 2019-05-11 21:01:00.000 | NM | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 2269 | | IY33D | 63 | 0 | 2 mi NNW of Albuquerque, NM | 104006382 | 9905656 | 0 | False | 2019-05-12 00:00:00.000 | NM | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 88 | 0 | 23 mi ESE of Grants, NM | 104007280 | 9907925 | 0 | False | 2019-05-12 01:03:00.000 | NM | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 6 | | IY33D | 119 | 0 | 23 mi ESE of Grants, NM | 104008368 | 9907925 | 0 | False | 2019-05-12 02:31:00.000 | NM | Central Daylight Time | 124400 | |
| OnDuty | 1 | 4 | 830SD | True | 0 | | IY33D | 5 | 0 | 62 mi NNE of St. Johns, AZ | 104008423 | 9907931 | 0 | False | 2019-05-12 04:30:00.000 | AZ | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | 830SD | True | 0 | | IY33D | 22 | 0 | 62 mi NNE of St. Johns, AZ | 104008658 | 9909011 | 0 | False | 2019-05-12 04:35:00.000 | AZ | Central Daylight Time | 124400 | |
| Driving | 1 | 3 | 830SD | True | 0 | | IY33D | 110 | 0 | 62 mi NNE of St. Johns, AZ | 104009977 | 9909018 | 0 | False | 2019-05-12 04:57:00.000 | AZ | Central Daylight Time | 124400 | |
| Sleeper | 1 | 2 | 830SD | True | 0 | | IY33D | 667 | 0 | 14 mi WNW of Winslow, AZ | 104020828 | 9909018 | 0 | False | 2019-05-12 06:47:00.000 | AZ | Central Daylight Time | 124400 | |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 52530 | 0 | 4 mi WSW of Grand Terrace, CA | 105141792 | -1 | 0 | False | 2019-05-12 17:54:00.000 | CA | Central Daylight Time | | |
| OffDuty | 1 | 1 | FQ89D | True | 0 | | IY33D | 16 | 0 | 5 mi N of Riverside, CA | 105142071 | 3715685 | 0 | False | 2019-06-18 05:24:00.000 | CA | Central Daylight Time | 103048 | |
| OnDuty | 1 | 4 | FQ89D | True | 0 | | IY33D | 9 | 0 | 5 mi N of Riverside, CA | 105142234 | 3715685 | 0 | False | 2019-06-18 05:40:00.000 | CA | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | FQ89D | True | 503 | | IY33D | 71 | 0 | 5 mi N of Riverside, CA | 105143724 | 3715685 | 0 | False | 2019-06-18 05:49:00.000 | CA | Central Daylight Time | 103048 | |
| OffDuty | 1 | 1 | FQ89D | True | 0 | | IY33D | 51 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105144876 | 3716188 | 0 | False | 2019-06-18 07:00:00.000 | CA | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | FQ89D | True | 432 | | IY33D | 80 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105147406 | 3716189 | 0 | False | 2019-06-18 07:51:00.000 | CA | Central Daylight Time | 103048 | |
| OnDuty | 1 | 4 | FQ89D | True | 0 | | IY33D | 39 | 0 | 4 mi SE of Rancho Cucamonga, CA | 105148475 | 3716621 | 0 | False | 2019-06-18 09:11:00.000 | CA | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | FQ89D | True | 1244 | | IY33D | 141 | 0 | 4 mi SE of Rancho Cucamonga, CA | 105152765 | 3716623 | 0 | False | 2019-06-18 09:50:00.000 | CA | Central Daylight Time | 103048 | |
| OffDuty | 1 | 1 | FQ89D | True | 0 | | IY33D | 32 | 0 | 41 mi N of Twentynine Palms, CA | 105153695 | 3717867 | 0 | False | 2019-06-18 12:11:00.000 | CA | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | FQ89D | True | 2681 | | IY33D | 265 | 0 | 41 mi N of Twentynine Palms, CA | 105161163 | 3717867 | 0 | False | 2019-06-18 12:43:00.000 | CA | Central Daylight Time | 103048 | |
| Sleeper | 1 | 2 | FQ89D | True | 0 | | IY33D | 730 | 0 | 1 mi NNW of Williams, AZ | 105174729 | 3720548 | 0 | False | 2019-06-18 17:08:00.000 | AZ | Central Daylight Time | 103048 | |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 79300234: 6406797 | IY33D | 9 | 0 | 5 mi ESE of Amarillo, TX | 105174920 | 3727040 | 0 | False | 2019-06-19 05:18:00.000 | TX | Central Daylight Time | 103048 | 899027 |
| Driving | 1 | 3 | FQ89D | True | 1747 | 79300234: 6406797 | IY33D | 171 | 0 | 5 mi ESE of Amarillo, TX | 105179551 | 3727040 | 0 | False | 2019-06-19 05:27:00.000 | TX | Central Daylight Time | 103048 | 899027 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 79300234: 6406797 | IY33D | 34 | 0 | 5 mi E of Clinton, OK | 105180379 | 3728787 | 0 | False | 2019-06-19 08:18:00.000 | OK | Central Daylight Time | 103048 | 899027 |
| Driving | 1 | 3 | FQ89D | True | 1929 | 79300234: 6406797 | IY33D | 204 | 0 | 5 mi E of Clinton, OK | 105186761 | 3728788 | 0 | False | 2019-06-19 08:52:00.000 | OK | Central Daylight Time | 103048 | 899027 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 79300234: 6406797 | IY33D | 31 | 0 | 5 mi WSW of Catoosa, OK | 105187706 | 3730717 | 0 | False | 2019-06-19 12:16:00.000 | OK | Central Daylight Time | 103048 | 899027 |
| Driving | 1 | 3 | FQ89D | True | 2846 | 79300234: 6406797 | IY33D | 266 | 0 | 5 mi WSW of Catoosa, OK | 105195602 | 3730717 | 0 | False | 2019-06-19 12:47:00.000 | OK | Central Daylight Time | 103048 | 899027 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 79300234: 6406797 | IY33D | 26 | 0 | 4 mi NE of Rolla, MO | 105196099 | 3733563 | 0 | False | 2019-06-19 17:13:00.000 | MO | Central Daylight Time | 103048 | 899027 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 79300234: 6406797 | IY33D | 792 | 0 | 4 mi NE of Rolla, MO | 105211166 | 3733563 | 0 | False | 2019-06-19 17:39:00.000 | MO | Central Daylight Time | 103048 | 899027 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 0000: 00000000 | IY33D | 2 | 0 | 4 mi S of Niles, OH | 105211236 | 3740460 | 0 | False | 2019-06-20 06:51:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 181 | 0000: 00000000 | IY33D | 26 | 0 | 4 mi S of Niles, OH | 105211901 | 3740461 | 0 | False | 2019-06-20 06:53:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 0000: 00000000 | IY33D | 6 | 0 | 1 mi W of Lordstown, OH | 105211993 | 3740642 | 0 | False | 2019-06-20 07:19:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 8 | 0000: 00000000 | IY33D | 16 | 0 | 1 mi W of Lordstown, OH | 105212341 | 3740642 | 0 | False | 2019-06-20 07:25:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 0000: 00000000 | IY33D | 18 | 0 | 1 mi W of Lordstown, OH | 105212751 | 3740645 | 0 | False | 2019-06-20 07:41:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 378 | 0000: 00000000 | IY33D | 63 | 0 | 1 mi W of Lordstown, OH | 105213731 | 3740646 | 0 | False | 2019-06-20 07:59:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 0000: 00000000 | IY33D | 2 | 0 | 3 mi NNW of Streetsboro, OH | 105213763 | 3741024 | 0 | False | 2019-06-20 09:02:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 6 | 0000: 00000000 | IY33D | 16 | 0 | 3 mi NNW of Streetsboro, OH | 105214400 | 3741024 | 0 | False | 2019-06-20 09:04:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 0000: 00000000 | IY33D | 0 | 0 | 3 mi NNW of Streetsboro, OH | 105214401 | 3741028 | 0 | False | 2019-06-20 09:20:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 0000: 00000000 | IY33D | 117 | 0 | 3 mi NNW of Streetsboro, OH | 105221999 | 3741028 | 0 | False | 2019-06-20 09:20:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 53 | 0000: 00000000 | IY33D | 23 | 0 | 3 mi NNW of Streetsboro, OH | 105222071 | 3741028 | 0 | False | 2019-06-20 11:17:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 0000: 00000000 | IY33D | 8 | 0 | 1 mi WNW of Streetsboro, OH | 105222073 | 3741081 | 0 | False | 2019-06-20 11:40:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 0000: 00000000 | IY33D | 4 | 0 | 1 mi WNW of Streetsboro, OH | 105222077 | 3741081 | 0 | False | 2019-06-20 11:48:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 1589 | 0000: 00000000 | IY33D | 195 | 0 | 1 mi NW of Streetsboro, OH | 105227124 | 3741082 | 0 | False | 2019-06-20 11:52:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 0000: 00000000 | IY33D | 11 | 0 | 2 mi SW of Upper Arlington, OH | 105227257 | 3742671 | 0 | False | 2019-06-20 15:07:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 5 | 0000: 00000000 | IY33D | 9 | 0 | 2 mi SW of Upper Arlington, OH | 105227440 | 3742671 | 0 | False | 2019-06-20 15:18:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 0000: 00000000 | IY33D | 32 | 0 | 2 mi SW of Upper Arlington, OH | 105228612 | 3742676 | 0 | False | 2019-06-20 15:27:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 1930 | 0000: 00000000 | IY33D | 206 | 0 | 2 mi SW of Upper Arlington, OH | 105234332 | 3742676 | 0 | False | 2019-06-20 15:59:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 0000: 00000000 | IY33D | 17 | 0 | 6 mi W of Mooresville, IN | 105234541 | 3744606 | 0 | False | 2019-06-20 19:25:00.000 | IN | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 0 | 0000: 00000000 | IY33D | 0 | 0 | 6 mi W of Mooresville, IN | 105234581 | 3744606 | 0 | False | 2019-06-20 19:42:00.000 | IN | Central Daylight Time | 103048 | 000000 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 0000: 00000000 | IY33D | 703 | 0 | 6 mi W of Mooresville, IN | 105247443 | 3744606 | 0 | False | 2019-06-20 19:42:00.000 | IN | Central Daylight Time | 103048 | 000000 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 0: 0 | IY33D | 21 | 0 | 2 mi W of Stroud, OK | 105248065 | 3751280 | 0 | False | 2019-06-21 07:25:00.000 | OK | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 2000 | 0: 0 | IY33D | 206 | 0 | 2 mi W of Stroud, OK | 105254515 | 3751280 | 0 | False | 2019-06-21 07:46:00.000 | OK | Central Daylight Time | 103048 | 0 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 0: 0 | IY33D | 32 | 0 | 1 mi NNW of Erick, OK | 105255538 | 3753280 | 0 | False | 2019-06-21 11:12:00.000 | OK | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 2828 | 0: 0 | IY33D | 271 | 0 | 1 mi NNW of Erick, OK | 105263981 | 3753280 | 0 | False | 2019-06-21 11:44:00.000 | OK | Central Daylight Time | 103048 | 0 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 0: 0 | IY33D | 12 | 2 | 2 mi E of Santa Rosa, NM | 105264464 | 3756108 | 105264395 | False | 2019-06-21 16:15:00.000 | | Central Daylight Time | 103048 | 0 |
| OnDuty | 1 | 4 | FQ89D | False | 0 | 0: 0 | IY33D | 12 | 1 | 2 mi E of Santa Rosa, NM | 105264395 | 3756108 | 0 | False | 2019-06-21 16:15:00.000 | NM | Central Daylight Time | 103048 | 0 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 0: 0 | IY33D | 12 | 0 | 2 mi E of Santa Rosa, NM | 105264552 | 3756108 | 0 | False | 2019-06-21 16:27:00.000 | NM | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 1761 | 0: 0 | IY33D | 173 | 0 | 2 mi E of Santa Rosa, NM | 105268898 | 3756108 | 0 | False | 2019-06-21 16:39:00.000 | NM | Central Daylight Time | 103048 | 0 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 0: 0 | IY33D | 718 | 0 | 17 mi ESE of Grants, NM | 105280915 | 3757869 | 0 | False | 2019-06-21 19:32:00.000 | NM | Central Daylight Time | 103048 | 0 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 0: 0 | IY33D | 0 | 0 | 3 mi S of Rialto, CA | 105280917 | 3764841 | 0 | False | 2019-06-22 07:30:00.000 | CA | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 45 | 0: 0 | IY33D | 17 | 0 | 3 mi S of Rialto, CA | 105281255 | 3764841 | 0 | False | 2019-06-22 07:30:00.000 | CA | Central Daylight Time | 103048 | 0 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | | IY33D | 4179 | 0 | 4 mi WSW of Grand Terrace, CA | 105352457 | -1 | 0 | False | 2019-06-22 07:47:00.000 | CA | Central Daylight Time | 103048 | |
| OnDuty | 1 | 4 | FQ89D | True | 0 | | IY33D | 3 | 0 | 4 mi WSW of Grand Terrace, CA | 105352510 | 3764886 | 0 | False | 2019-06-25 05:26:00.000 | CA | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | FQ89D | True | 505 | | IY33D | 70 | 0 | 4 mi WSW of Grand Terrace, CA | 105354142 | 3764886 | 0 | False | 2019-06-25 05:29:00.000 | CA | Central Daylight Time | 103048 | |
| OffDuty | 1 | 1 | FQ89D | True | 0 | | IY33D | 34 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105354897 | 3765391 | 0 | False | 2019-06-25 06:39:00.000 | CA | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | FQ89D | True | 2 | | IY33D | 4 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105355177 | 3765391 | 0 | False | 2019-06-25 07:13:00.000 | CA | Central Daylight Time | 103048 | |
| OnDuty | 1 | 4 | FQ89D | True | 0 | | IY33D | 30 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105355776 | 3765393 | 0 | False | 2019-06-25 07:17:00.000 | CA | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | FQ89D | True | 1414 | | IY33D | 173 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105361362 | 3765394 | 0 | False | 2019-06-25 07:47:00.000 | CA | Central Daylight Time | 103048 | |
| OnDuty | 1 | 4 | FQ89D | True | 0 | | IY33D | 7 | 0 | 29 mi ESE of Barstow, CA | 105361571 | 3766808 | 0 | False | 2019-06-25 10:40:00.000 | CA | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | FQ89D | True | 1367 | | IY33D | 144 | 0 | 29 mi ESE of Barstow, CA | 105366322 | 3766808 | 0 | False | 2019-06-25 10:47:00.000 | CA | Central Daylight Time | 103048 | |
| Sleeper | 1 | 2 | FQ89D | True | 0 | | IY33D | 635 | 0 | 17 mi N of Lake Havasu City, AZ | 105382805 | 3768175 | 0 | False | 2019-06-25 13:11:00.000 | AZ | Central Daylight Time | 103048 | |
| OnDuty | 1 | 4 | FQ89D | True | 0 | | IY33D | 5 | 0 | 8 mi W of Albuquerque, NM | 105382878 | 3773193 | 0 | False | 2019-06-25 23:46:00.000 | NM | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | FQ89D | True | 2999 | | IY33D | 320 | 0 | 8 mi W of Albuquerque, NM | 105388581 | 3773194 | 0 | False | 2019-06-25 23:51:00.000 | NM | Central Daylight Time | 103048 | |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 000000: 000000 | IY33D | 21 | 0 | 4 mi ESE of Amarillo, TX | 105389005 | 3776193 | 0 | False | 2019-06-26 05:11:00.000 | TX | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 4 | 000000: 000000 | IY33D | 10 | 0 | 5 mi ESE of Amarillo, TX | 105389296 | 3776193 | 0 | False | 2019-06-26 05:32:00.000 | TX | Central Daylight Time | 103048 | 000000 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 000000: 000000 | IY33D | 44 | 0 | 4 mi ESE of Amarillo, TX | 105390360 | 3776197 | 0 | False | 2019-06-26 05:42:00.000 | TX | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 2669 | 000000: 000000 | IY33D | 267 | 0 | 4 mi ESE of Amarillo, TX | 105398716 | 3776197 | 0 | False | 2019-06-26 06:26:00.000 | TX | Central Daylight Time | 103048 | 000000 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 000000: 000000 | IY33D | 698 | 0 | 5 mi SSE of Edmond, OK | 105418699 | 3778866 | 0 | False | 2019-06-26 10:53:00.000 | OK | Central Daylight Time | 103048 | 000000 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 000000: 000000 | IY33D | 7 | 0 | 2 mi SE of Greenville, IL | 105418853 | 3784269 | 0 | False | 2019-06-26 22:31:00.000 | IL | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 3023 | 000000: 000000 | IY33D | 312 | 0 | 2 mi SE of Greenville, IL | 105424521 | 3784270 | 0 | False | 2019-06-26 22:38:00.000 | IL | Central Daylight Time | 103048 | 000000 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 000000: 000000 | IY33D | 9 | 0 | 2 mi ENE of Springdale, OH | 105424580 | 3787293 | 0 | False | 2019-06-27 03:50:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 000000: 000000 | IY33D | 16 | 0 | 2 mi ENE of Springdale, OH | 105424860 | 3787293 | 0 | False | 2019-06-27 03:59:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 2 | 000000: 000000 | IY33D | 2 | 0 | 2 mi ENE of Springdale, OH | 105424956 | 3787295 | 0 | False | 2019-06-27 04:15:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 000000: 000000 | IY33D | 4 | 0 | 2 mi NE of Springdale, OH | 105424974 | 3787297 | 0 | False | 2019-06-27 04:17:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 13 | 000000: 000000 | IY33D | 25 | 0 | 2 mi NE of Springdale, OH | 105425568 | 3787297 | 0 | False | 2019-06-27 04:21:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 000000: 000000 | IY33D | 33 | 0 | 2 mi NE of Springdale, OH | 105426192 | 3787310 | 0 | False | 2019-06-27 04:46:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 746 | 000000: 000000 | IY33D | 86 | 0 | 2 mi NE of Springdale, OH | 105428335 | 3787310 | 0 | False | 2019-06-27 05:19:00.000 | OH | Central Daylight Time | 103048 | 000000 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 000000: 000000 | IY33D | 31 | 0 | 9 mi ESE of Shelbyville, IN | 105429403 | 3788056 | 0 | False | 2019-06-27 06:45:00.000 | IN | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 1775 | 000000: 000000 | IY33D | 180 | 0 | 9 mi ESE of Shelbyville, IN | 105435053 | 3788056 | 0 | False | 2019-06-27 07:16:00.000 | IN | Central Daylight Time | 103048 | 000000 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 000000: 000000 | IY33D | 723 | 0 | 2 mi NNE of Effingham, IL | 105456020 | 3789831 | 0 | False | 2019-06-27 10:16:00.000 | IL | Central Daylight Time | 103048 | 000000 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 000000: 000000 | IY33D | 9 | 0 | 5 mi SW of Bethany, OK | 105456211 | 3795974 | 0 | False | 2019-06-27 22:19:00.000 | OK | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 2224 | 000000: 000000 | IY33D | 223 | 0 | 5 mi SW of Bethany, OK | 105460240 | 3795975 | 0 | False | 2019-06-27 22:28:00.000 | OK | Central Daylight Time | 103048 | 000000 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 000000: 000000 | IY33D | 33 | 0 | 9 mi S of Panhandle, TX | 105460762 | 3798199 | 0 | False | 2019-06-28 02:11:00.000 | TX | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 1375 | 000000: 000000 | IY33D | 140 | 0 | 9 mi S of Panhandle, TX | 105463136 | 3798199 | 0 | False | 2019-06-28 02:44:00.000 | TX | Central Daylight Time | 103048 | 000000 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 000000: 000000 | IY33D | 42 | 0 | 1 mi SE of Tucumcari, NM | 105463956 | 3799574 | 0 | False | 2019-06-28 05:04:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 1859 | 000000: 000000 | IY33D | 178 | 0 | 1 mi SE of Tucumcari, NM | 105468881 | 3799574 | 0 | False | 2019-06-28 05:46:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 000000: 000000 | IY33D | 23 | 0 | 8 mi W of Albuquerque, NM | 105469544 | 3801433 | 0 | False | 2019-06-28 08:44:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 1117 | 000000: 000000 | IY33D | 112 | 0 | 8 mi W of Albuquerque, NM | 105473397 | 3801433 | 0 | False | 2019-06-28 09:07:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 000000: 000000 | IY33D | 730 | 0 | 18 mi E of Gallup, NM | 105493117 | 3802546 | 0 | False | 2019-06-28 10:59:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 000000: 000000 | IY33D | 14 | 0 | 4 mi WSW of Grand Terrace, CA | 105493354 | 3808935 | 0 | False | 2019-06-28 23:09:00.000 | CA | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 833 | 000000: 000000 | IY33D | 129 | 0 | 4 mi WSW of Grand Terrace, CA | 105495763 | 3808935 | 0 | False | 2019-06-28 23:23:00.000 | CA | Central Daylight Time | 103048 | 000000 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 79330502: 6521745 | IY33D | 17 | 0 | 2 mi NE of Chino, CA | 105496015 | 3809768 | 0 | False | 2019-06-29 01:32:00.000 | CA | Central Daylight Time | 103048 | 310971 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 79330502: 6521745 | IY33D | 30 | 0 | 2 mi NE of Chino, CA | 105496484 | 3809768 | 0 | False | 2019-06-29 01:49:00.000 | CA | Central Daylight Time | 103048 | 310971 |
| Driving | 1 | 3 | FQ89D | True | 177 | 79330502: 6521745 | IY33D | 27 | 0 | 2 mi NE of Chino, CA | 105496954 | 3809768 | 0 | False | 2019-06-29 02:19:00.000 | CA | Central Daylight Time | 103048 | 310971 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 79330502: 6521745 | IY33D | 7 | 0 | 4 mi WSW of Grand Terrace, CA | 105496960 | 3809945 | 0 | False | 2019-06-29 02:46:00.000 | CA | Central Daylight Time | 103048 | 310971 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 79330502: 6521745 | IY33D | 4392 | 0 | 4 mi WSW of Grand Terrace, CA | 105572980 | 3809945 | 0 | False | 2019-06-29 02:53:00.000 | CA | Central Daylight Time | 103048 | 310971 |
| Sleeper | 1 | 2 | | True | 0 | 0: 0 | IY33D | 4 | 0 | 4 mi WSW of Grand Terrace, CA | 105572981 | 3809945 | 0 | False | 2019-07-02 04:05:00.000 | CA | Central Daylight Time | 103048 | 0 |
| OnDuty | 1 | 4 | | True | 0 | 0: 0 | IY33D | 2 | 0 | 4 mi WSW of Grand Terrace, CA | 105573007 | 3809945 | 0 | False | 2019-07-02 04:09:00.000 | CA | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | | True | 706 | 0: 0 | IY33D | 92 | 0 | 4 mi WSW of Grand Terrace, CA | 105574695 | 3809945 | 0 | False | 2019-07-02 04:11:00.000 | CA | Central Daylight Time | 103048 | 0 |
| OnDuty | 1 | 4 | | True | 0 | 0: 0 | IY33D | 61 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105575917 | 3810651 | 0 | False | 2019-07-02 05:43:00.000 | CA | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | | True | 10 | 0: 0 | IY33D | 23 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105576580 | 3810652 | 0 | False | 2019-07-02 06:44:00.000 | CA | Central Daylight Time | 103048 | 0 |
| OnDuty | 1 | 4 | | True | 0 | 0: 0 | IY33D | 17 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105576854 | 3810662 | 0 | False | 2019-07-02 07:07:00.000 | CA | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | | True | 922 | 0: 0 | IY33D | 122 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105580415 | 3810662 | 0 | False | 2019-07-02 07:24:00.000 | CA | Central Daylight Time | 103048 | 0 |
| OffDuty | 1 | 1 | | True | 0 | 0: 0 | IY33D | 9 | 0 | 10 mi NNE of Victorville, CA | 105580550 | 3811584 | 0 | False | 2019-07-02 09:26:00.000 | CA | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | | True | 2 | 0: 0 | IY33D | 2 | 0 | 10 mi NNE of Victorville, CA | 105580629 | 3811585 | 0 | False | 2019-07-02 09:35:00.000 | CA | Central Daylight Time | 103048 | 0 |
| OffDuty | 1 | 1 | | True | 0 | 0: 0 | IY33D | 3 | 0 | 10 mi NNE of Victorville, CA | 105580741 | 3811587 | 0 | False | 2019-07-02 09:37:00.000 | CA | Central Daylight Time | 103048 | 0 |
| OnDuty | 1 | 4 | | True | 0 | 0: 0 | IY33D | 5 | 0 | 10 mi NNE of Victorville, CA | 105580891 | 3811588 | 0 | False | 2019-07-02 09:40:00.000 | CA | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | | True | 1 | 0: 0 | IY33D | 12 | 0 | 10 mi NNE of Victorville, CA | 105581248 | 3811588 | 0 | False | 2019-07-02 09:45:00.000 | CA | Central Daylight Time | 103048 | 0 |
| OffDuty | 1 | 1 | | True | 0 | 0: 0 | IY33D | 5 | 0 | 10 mi NNE of Victorville, CA | 105581382 | 3811589 | 0 | False | 2019-07-02 09:57:00.000 | CA | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | | True | 394 | 0: 0 | IY33D | 79 | 0 | 10 mi NNE of Victorville, CA | 105583821 | 3811590 | 0 | False | 2019-07-02 10:02:00.000 | CA | Central Daylight Time | 103048 | 0 |
| OffDuty | 1 | 1 | | True | 0 | 0: 0 | IY33D | 32 | 0 | 19 mi ESE of Barstow, CA | 105584860 | 3811984 | 0 | False | 2019-07-02 11:21:00.000 | CA | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | | True | 1469 | 0: 0 | IY33D | 153 | 0 | 19 mi ESE of Barstow, CA | 105589339 | 3811985 | 0 | False | 2019-07-02 11:53:00.000 | CA | Central Daylight Time | 103048 | 0 |
| Sleeper | 1 | 2 | | True | 0 | 0: 0 | IY33D | 27 | 2 | 17 mi N of Lake Havasu City, AZ | 105590279 | 3813454 | 105590258 | False | 2019-07-02 14:26:00.000 | | Central Daylight Time | 103048 | 0 |
| OnDuty | 1 | 4 | | False | 0 | 0: 0 | IY33D | 27 | 1 | 17 mi N of Lake Havasu City, AZ | 105590258 | 3813454 | 0 | False | 2019-07-02 14:26:00.000 | AZ | Central Daylight Time | 103048 | 0 |
| Sleeper | 1 | 2 | | True | 0 | 0: 0 | IY33D | 7 | 0 | 17 mi N of Lake Havasu City, AZ | 105590349 | 3813454 | 0 | False | 2019-07-02 14:53:00.000 | AZ | Central Daylight Time | 103048 | 0 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 0: 0 | IY33D | 589 | 0 | 17 mi N of Lake Havasu City, AZ | 105603051 | 3813454 | 0 | False | 2019-07-02 15:00:00.000 | AZ | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 2790 | 79356621: 6530617 | IY33D | 294 | 0 | 8 mi W of Albuquerque, NM | 105607849 | 3818479 | 0 | False | 2019-07-03 00:49:00.000 | NM | Central Daylight Time | 103048 | 810650 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 79356621: 6530617 | IY33D | 33 | 0 | 17 mi E of Vega, TX | 105608585 | 3821269 | 0 | False | 2019-07-03 05:43:00.000 | TX | Central Daylight Time | 103048 | 810650 |
| Driving | 1 | 3 | FQ89D | True | 215 | 79356621: 6530617 | IY33D | 30 | 0 | 17 mi E of Vega, TX | 105609227 | 3821269 | 0 | False | 2019-07-03 06:16:00.000 | TX | Central Daylight Time | 103048 | 810650 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 79356621: 6530617 | IY33D | 12 | 0 | 5 mi ESE of Amarillo, TX | 105609475 | 3821484 | 0 | False | 2019-07-03 06:46:00.000 | TX | Central Daylight Time | 103048 | 810650 |
| Driving | 1 | 3 | FQ89D | True | 4 | 79356621: 6530617 | IY33D | 4 | 0 | 5 mi ESE of Amarillo, TX | 105609576 | 3821484 | 0 | False | 2019-07-03 06:58:00.000 | TX | Central Daylight Time | 103048 | 810650 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 79356621: 6530617 | IY33D | 29 | 0 | 4 mi ESE of Amarillo, TX | 105610334 | 3821488 | 0 | False | 2019-07-03 07:02:00.000 | TX | Central Daylight Time | 103048 | 810650 |
| Driving | 1 | 3 | FQ89D | True | 2668 | 79356621: 6530617 | IY33D | 261 | 0 | 4 mi ESE of Amarillo, TX | 105618088 | 3821488 | 0 | False | 2019-07-03 07:31:00.000 | TX | Central Daylight Time | 103048 | 810650 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 79356621: 6530617 | IY33D | 677 | 0 | 5 mi SSE of Edmond, OK | 105634273 | 3824156 | 0 | False | 2019-07-03 11:52:00.000 | OK | Central Daylight Time | 103048 | 810650 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 79356621: 6530617 | IY33D | 5 | 0 | 2 mi SE of Greenville, IL | 105634373 | 3829571 | 0 | False | 2019-07-03 23:09:00.000 | IL | Central Daylight Time | 103048 | 810650 |
| Driving | 1 | 3 | FQ89D | True | 1773 | 79356621: 6530617 | IY33D | 180 | 0 | 2 mi SE of Greenville, IL | 105637107 | 3829571 | 0 | False | 2019-07-03 23:14:00.000 | IL | Central Daylight Time | 103048 | 810650 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 0: 0 | IY33D | 18 | 0 | 3 mi NNW of Mooresville, IN | 105637377 | 3831344 | 0 | False | 2019-07-04 02:14:00.000 | IN | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 1261 | 0: 0 | IY33D | 135 | 0 | 3 mi NNW of Mooresville, IN | 105639206 | 3831344 | 0 | False | 2019-07-04 02:32:00.000 | IN | Central Daylight Time | 103048 | 0 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OnDuty | 1 | 4 | FQ89D | True | 0 | 0: 0 | IY33D | 13 | 0 | 2 mi NE of Springdale, OH | 105639347 | 3832605 | 0 | False | 2019-07-04 04:47:00.000 | OH | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 4 | 0: 0 | IY33D | 11 | 0 | 2 mi NE of Springdale, OH | 105639539 | 3832605 | 0 | False | 2019-07-04 05:00:00.000 | OH | Central Daylight Time | 103048 | 0 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 0: 0 | IY33D | 7 | 0 | 2 mi ENE of Springdale, OH | 105639601 | 3832609 | 0 | False | 2019-07-04 05:11:00.000 | OH | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 3 | 0: 0 | IY33D | 6 | 0 | 2 mi ENE of Springdale, OH | 105639689 | 3832609 | 0 | False | 2019-07-04 05:18:00.000 | OH | Central Daylight Time | 103048 | 0 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 0: 0 | IY33D | 6 | 0 | 2 mi NE of Springdale, OH | 105639757 | 3832612 | 0 | False | 2019-07-04 05:24:00.000 | OH | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 1 | 0: 0 | IY33D | 2 | 0 | 2 mi NE of Springdale, OH | 105639777 | 3832612 | 0 | False | 2019-07-04 05:30:00.000 | OH | Central Daylight Time | 103048 | 0 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 0: 0 | IY33D | 14 | 0 | 2 mi NE of Springdale, OH | 105639961 | 3832613 | 0 | False | 2019-07-04 05:32:00.000 | OH | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 2 | 0: 0 | IY33D | 2 | 0 | 2 mi NE of Springdale, OH | 105639994 | 3832614 | 0 | False | 2019-07-04 05:46:00.000 | OH | Central Daylight Time | 103048 | 0 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 0: 0 | IY33D | 2 | 0 | 2 mi NE of Springdale, OH | 105640007 | 3832616 | 0 | False | 2019-07-04 05:48:00.000 | OH | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 0 | 0: 0 | IY33D | 1 | 0 | 2 mi NE of Springdale, OH | 105640014 | 3832616 | 0 | False | 2019-07-04 05:50:00.000 | OH | Central Daylight Time | 103048 | 0 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 0: 0 | IY33D | 33 | 0 | 2 mi NE of Springdale, OH | 105640527 | 3832616 | 0 | False | 2019-07-04 05:51:00.000 | OH | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 1264 | 0: 0 | IY33D | 128 | 0 | 2 mi NE of Springdale, OH | 105642654 | 3832616 | 0 | False | 2019-07-04 06:24:00.000 | OH | Central Daylight Time | 103048 | 0 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 0: 0 | IY33D | 17 | 0 | 3 mi NNW of Mooresville, IN | 105642963 | 3833880 | 0 | False | 2019-07-04 08:32:00.000 | IN | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 1783 | 0: 0 | IY33D | 182 | 0 | 3 mi NNW of Mooresville, IN | 105646431 | 3833880 | 0 | False | 2019-07-04 08:49:00.000 | IN | Central Daylight Time | 103048 | 0 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 0: 0 | IY33D | 724 | 0 | 2 mi SE of Greenville, IL | 105656260 | 3835663 | 0 | False | 2019-07-04 11:51:00.000 | IL | Central Daylight Time | 103048 | 0 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 0: 0 | IY33D | 13 | 0 | 5 mi E of Clinton, OK | 105656376 | 3842007 | 0 | False | 2019-07-04 23:55:00.000 | OK | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 1896 | 79356621: 6530617 | IY33D | 191 | 0 | 5 mi E of Clinton, OK | 105658137 | 3842008 | 0 | False | 2019-07-05 00:08:00.000 | OK | Central Daylight Time | 103048 | 810650 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 79356621: 6530617 | IY33D | 27 | 0 | 10 mi WSW of Amarillo, TX | 105658367 | 3843904 | 0 | False | 2019-07-05 03:19:00.000 | TX | Central Daylight Time | 103048 | 810650 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 79356621: 6530617 | IY33D | 32 | 0 | 10 mi WSW of Amarillo, TX | 105658590 | 3843905 | 0 | False | 2019-07-05 03:46:00.000 | TX | Central Daylight Time | 103048 | 810650 |
| Driving | 1 | 3 | FQ89D | True | 1011 | 79356621: 6530617 | IY33D | 102 | 0 | 10 mi WSW of Amarillo, TX | 105659555 | 3843905 | 0 | False | 2019-07-05 04:18:00.000 | TX | Central Daylight Time | 103048 | 810650 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 79356621: 6530617 | IY33D | 35 | 0 | 1 mi SE of Tucumcari, NM | 105660071 | 3844916 | 0 | False | 2019-07-05 06:00:00.000 | NM | Central Daylight Time | 103048 | 810650 |
| Driving | 1 | 3 | FQ89D | True | 1859 | 79356621: 6530617 | IY33D | 180 | 0 | 1 mi SE of Tucumcari, NM | 105663809 | 3844917 | 0 | False | 2019-07-05 06:35:00.000 | NM | Central Daylight Time | 103048 | 810650 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 79356621: 6530617 | IY33D | 4 | 0 | 8 mi W of Albuquerque, NM | 105663887 | 3846776 | 0 | False | 2019-07-05 09:35:00.000 | NM | Central Daylight Time | 103048 | 810650 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 79356621: 6530617 | IY33D | 24 | 0 | 8 mi W of Albuquerque, NM | 105664432 | 3846776 | 0 | False | 2019-07-05 09:39:00.000 | NM | Central Daylight Time | 103048 | 810650 |
| Driving | 1 | 3 | FQ89D | True | 1517 | 79356621: 6530617 | IY33D | 147 | 0 | 8 mi W of Albuquerque, NM | 105667659 | 3846776 | 0 | False | 2019-07-05 10:03:00.000 | NM | Central Daylight Time | 103048 | 810650 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 79356621: 6530617 | IY33D | 682 | 0 | 62 mi NNE of St. Johns, AZ | 105680030 | 3848293 | 0 | False | 2019-07-05 12:30:00.000 | AZ | Central Daylight Time | 103048 | 810650 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 79356621: 6530617 | IY33D | 3 | 0 | 5 mi N of Riverside, CA | 105680047 | 3854286 | 0 | False | 2019-07-05 23:52:00.000 | CA | Central Daylight Time | 103048 | 810650 |
| Driving | 1 | 3 | FQ89D | True | 507 | 79356621: 6530617 | IY33D | 68 | 0 | 5 mi N of Riverside, CA | 105680854 | 3854286 | 0 | False | 2019-07-05 23:55:00.000 | CA | Central Daylight Time | 103048 | 810650 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 0: 0 | IY33D | 12 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105680938 | 3854793 | 0 | False | 2019-07-06 01:03:00.000 | CA | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 500 | 0: 0 | IY33D | 65 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105681749 | 3854794 | 0 | False | 2019-07-06 01:15:00.000 | CA | Central Daylight Time | 103048 | 0 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 0: 0 | IY33D | 36 | 0 | 5 mi N of Riverside, CA | 105682050 | 3855294 | 0 | False | 2019-07-06 02:20:00.000 | CA | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 2 | 0: 0 | IY33D | 3 | 0 | 5 mi N of Riverside, CA | 105682076 | 3855294 | 0 | False | 2019-07-06 02:56:00.000 | CA | Central Daylight Time | 103048 | 0 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 0: 0 | IY33D | 3144 | 0 | 4 mi WSW of Grand Terrace, CA | 105714753 | 3855296 | 0 | False | 2019-07-06 02:59:00.000 | CA | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 1 | 079381211: 6557247 | IY33D | 1 | 0 | 4 mi WSW of Grand Terrace, CA | 105714899 | 3855296 | 0 | False | 2019-07-08 07:23:00.000 | CA | Central Daylight Time | 103048 | 810325 |
| OnDuty | 1 | 4 | FQ89D | False | 0 | 079381211: 6557247 | IY33D | 1002 | 1 | 4 mi WSW of Grand Terrace, CA | 105736183 | 3855297 | 0 | False | 2019-07-08 07:24:00.000 | CA | Central Daylight Time | 103048 | 810325 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 079381211: 6557247 | IY33D | 1002 | 2 | 4 mi WSW of Grand Terrace, CA | 105739563 | 3855297 | 105736183 | False | 2019-07-08 07:24:00.000 | | Central Daylight Time | 103048 | 810325 |
| Driving | 1 | 3 | FQ89D | True | 1 | 79381211: 6557247 | IY33D | 1 | 0 | 4 mi WSW of Grand Terrace, CA | 105736224 | 3855299 | 0 | False | 2019-07-09 00:06:00.000 | CA | Central Daylight Time | 103048 | 810325 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 79381211: 6557247 | IY33D | 255 | 0 | 4 mi WSW of Grand Terrace, CA | 105739560 | 3855300 | 0 | False | 2019-07-09 00:07:00.000 | CA | Central Daylight Time | 103048 | 810325 |
| Sleeper | 1 | 2 | | True | 0 | 79381211: 6557247 | IY33D | 15 | 0 | 4 mi WSW of Grand Terrace, CA | 105739749 | 3855300 | 0 | False | 2019-07-09 04:22:00.000 | CA | Central Daylight Time | 103048 | 810325 |
| Driving | 1 | 3 | | True | 1 | 79381211: 6557247 | IY33D | 0 | 0 | 4 mi WSW of Grand Terrace, CA | 105739764 | 3855300 | 0 | False | 2019-07-09 04:37:00.000 | CA | Central Daylight Time | 103048 | 810325 |
| OffDuty | 1 | 1 | | True | 0 | 79381211: 6557247 | IY33D | 1 | 0 | 4 mi WSW of Grand Terrace, CA | 105739769 | 3855301 | 0 | False | 2019-07-09 04:37:00.000 | CA | Central Daylight Time | 103048 | 810325 |
| Driving | 1 | 3 | | True | 499 | 79381211: 6557247 | IY33D | 60 | 0 | 4 mi WSW of Grand Terrace, CA | 105740768 | 3855301 | 0 | False | 2019-07-09 04:38:00.000 | CA | Central Daylight Time | 103048 | 810325 |
| OnDuty | 1 | 4 | | True | 0 | 79381211: 6557247 | IY33D | 32 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105741337 | 3855800 | 0 | False | 2019-07-09 05:38:00.000 | CA | Central Daylight Time | 103048 | 810325 |
| Driving | 1 | 3 | | True | 0 | 79381211: 6557247 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105741524 | 3855800 | 0 | False | 2019-07-09 06:10:00.000 | CA | Central Daylight Time | 103048 | 810325 |
| OnDuty | 1 | 4 | | True | 0 | 79381211: 6557247 | IY33D | 19 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105741791 | 3855800 | 0 | False | 2019-07-09 06:11:00.000 | CA | Central Daylight Time | 103048 | 810325 |
| Driving | 1 | 3 | | True | 1664 | 79381211: 6557247 | IY33D | 194 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105747039 | 3855801 | 0 | False | 2019-07-09 06:30:00.000 | CA | Central Daylight Time | 103048 | 810325 |
| OffDuty | 1 | 1 | | True | 0 | 79381211: 6557247 | IY33D | 37 | 0 | 41 mi N of Twentynine Palms, CA | 105748087 | 3857465 | 0 | False | 2019-07-09 09:44:00.000 | CA | Central Daylight Time | 103048 | 810325 |
| Driving | 1 | 3 | | True | 1152 | 79381211: 6557247 | IY33D | 119 | 0 | 41 mi N of Twentynine Palms, CA | 105751695 | 3857465 | 0 | False | 2019-07-09 10:21:00.000 | CA | Central Daylight Time | 103048 | 810325 |
| Sleeper | 1 | 2 | | True | 0 | 79381211: 6557247 | IY33D | 10 | 0 | 17 mi N of Lake Havasu City, AZ | 105752031 | 3858617 | 0 | False | 2019-07-09 12:20:00.000 | AZ | Central Daylight Time | 103048 | 810325 |
| OffDuty | 1 | 1 | | True | 0 | 79381211: 6557247 | IY33D | 701 | 0 | 17 mi N of Lake Havasu City, AZ | 105769723 | -1 | 0 | False | 2019-07-09 12:30:00.000 | AZ | Central Daylight Time | | 810325 |
| OnDuty | 1 | 4 | FQ89D | False | 0 | 79382042: 6580830 | IY33D | 9 | 1 | 8 mi W of Albuquerque, NM | 105769890 | 3863637 | 0 | False | 2019-07-10 00:11:00.000 | NM | Central Daylight Time | 103048 | 311210 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 79382042: 6580830 | IY33D | 9 | 2 | 8 mi W of Albuquerque, NM | 105814225 | 3863637 | 105769890 | False | 2019-07-10 00:11:00.000 | | Central Daylight Time | 103048 | 311210 |
| Driving | 1 | 3 | FQ89D | True | 1854 | 79382042: 6580830 | IY33D | 195 | 0 | 8 mi W of Albuquerque, NM | 105773363 | 3863637 | 0 | False | 2019-07-10 00:20:00.000 | NM | Central Daylight Time | 103048 | 311210 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 79382042: 6580830 | IY33D | 47 | 0 | 1 mi SE of Tucumcari, NM | 105774225 | 3865491 | 0 | False | 2019-07-10 03:35:00.000 | NM | Central Daylight Time | 103048 | 311210 |
| Driving | 1 | 3 | FQ89D | True | 942 | 79382042: 6580830 | IY33D | 93 | 0 | 1 mi SE of Tucumcari, NM | 105776150 | 3865491 | 0 | False | 2019-07-10 04:22:00.000 | NM | Central Daylight Time | 103048 | 311210 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 79382042: 6580830 | IY33D | 27 | 0 | 17 mi E of Vega, TX | 105776838 | 3866433 | 0 | False | 2019-07-10 05:55:00.000 | TX | Central Daylight Time | 103048 | 311210 |
| Driving | 1 | 3 | FQ89D | True | 212 | 79382042: 6580830 | IY33D | 24 | 0 | 17 mi E of Vega, TX | 105777452 | 3866433 | 0 | False | 2019-07-10 06:22:00.000 | TX | Central Daylight Time | 103048 | 311210 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 79382042: 6580830 | IY33D | 12 | 0 | 4 mi ESE of Amarillo, TX | 105777747 | 3866645 | 0 | False | 2019-07-10 06:46:00.000 | TX | Central Daylight Time | 103048 | 311210 |
| Driving | 1 | 3 | FQ89D | True | 4 | 79382042: 6580830 | IY33D | 6 | 0 | 5 mi ESE of Amarillo, TX | 105778075 | 3866646 | 0 | False | 2019-07-10 06:58:00.000 | TX | Central Daylight Time | 103048 | 311210 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 79382042: 6580830 | IY33D | 20 | 0 | 5 mi ESE of Amarillo, TX | 105778486 | 3866650 | 0 | False | 2019-07-10 07:04:00.000 | TX | Central Daylight Time | 103048 | 311210 |
| Driving | 1 | 3 | FQ89D | True | 2661 | 79382042: 6580830 | IY33D | 264 | 0 | 5 mi ESE of Amarillo, TX | 105787270 | 3866650 | 0 | False | 2019-07-10 07:24:00.000 | TX | Central Daylight Time | 103048 | 311210 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 79382042: 6580830 | IY33D | 709 | 0 | 5 mi SSE of Edmond, OK | 105807053 | 3869311 | 0 | False | 2019-07-10 11:48:00.000 | OK | Central Daylight Time | 103048 | 311210 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 79382042: 6580830 | IY33D | 4 | 0 | 2 mi SE of Greenville, IL | 105807143 | 3874719 | 0 | False | 2019-07-10 23:37:00.000 | IL | Central Daylight Time | 103048 | 311210 |
| Driving | 1 | 3 | FQ89D | True | 3028 | 79382042: 6580830 | IY33D | 320 | 0 | 2 mi SE of Greenville, IL | 105812691 | 3874719 | 0 | False | 2019-07-10 23:41:00.000 | IL | Central Daylight Time | 103048 | 311210 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 79382042: 6580830 | IY33D | 5 | 0 | 2 mi NE of Springdale, OH | 105812782 | 3877747 | 0 | False | 2019-07-11 05:01:00.000 | OH | Central Daylight Time | 103048 | 311210 |
| Driving | 1 | 3 | FQ89D | True | 1 | 79382042: 6580830 | IY33D | 1 | 0 | 2 mi NE of Springdale, OH | 105812900 | 3877747 | 0 | False | 2019-07-11 05:06:00.000 | OH | Central Daylight Time | 103048 | 311210 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 79382042: 6580830 | IY33D | 15 | 0 | 2 mi NE of Springdale, OH | 105813083 | 3877748 | 0 | False | 2019-07-11 05:07:00.000 | OH | Central Daylight Time | 103048 | 311210 |
| Driving | 1 | 3 | FQ89D | True | 1 | 79382042: 6580830 | IY33D | 1 | 0 | 2 mi NE of Springdale, OH | 105813234 | 3877748 | 0 | False | 2019-07-11 05:22:00.000 | OH | Central Daylight Time | 103048 | 311210 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 79382042: 6580830 | IY33D | 15 | 0 | 2 mi NE of Springdale, OH | 105813444 | 3877749 | 0 | False | 2019-07-11 05:23:00.000 | OH | Central Daylight Time | 103048 | 311210 |
| Driving | 1 | 3 | FQ89D | True | 4 | 79382042: 6580830 | IY33D | 5 | 0 | 2 mi NE of Springdale, OH | 105813681 | 3877749 | 0 | False | 2019-07-11 05:38:00.000 | OH | Central Daylight Time | 103048 | 311210 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 79382042: 6580830 | IY33D | 27 | 2 | 2 mi ENE of Springdale, OH | 105814310 | 3877753 | 105814210 | False | 2019-07-11 05:43:00.000 | | Central Daylight Time | 103048 | 311210 |
| OnDuty | 1 | 4 | FQ89D | False | 0 | 79382042: 6580830 | IY33D | 27 | 1 | 2 mi ENE of Springdale, OH | 105814210 | 3877753 | 0 | False | 2019-07-11 05:43:00.000 | OH | Central Daylight Time | 103048 | 311210 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 79382042: 6580830 | IY33D | 8 | 0 | 2 mi ENE of Springdale, OH | 105814336 | 3877753 | 0 | False | 2019-07-11 06:10:00.000 | OH | Central Daylight Time | 103048 | 311210 |
| Driving | 1 | 3 | FQ89D | True | 1262 | 79382042: 6580830 | IY33D | 138 | 0 | 2 mi ENE of Springdale, OH | 105818336 | 3877753 | 0 | False | 2019-07-11 06:18:00.000 | OH | Central Daylight Time | 103048 | 311210 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 79382042: 6580830 | IY33D | 32 | 0 | 3 mi NNW of Mooresville, IN | 105819231 | 3879015 | 0 | False | 2019-07-11 08:36:00.000 | IN | Central Daylight Time | 103048 | 311210 |
| Driving | 1 | 3 | FQ89D | True | 1768 | 79382042: 6580830 | IY33D | 172 | 0 | 3 mi S of Plainfield, IN | 105824612 | 3879015 | 0 | False | 2019-07-11 09:08:00.000 | IN | Central Daylight Time | 103048 | 311210 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 79382042: 6580830 | IY33D | 731 | 0 | 2 mi SE of Greenville, IL | 105843185 | 3880783 | 0 | False | 2019-07-11 12:00:00.000 | IL | Central Daylight Time | 103048 | 311210 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 000000: 000000 | IY33D | 4 | 0 | 5 mi E of Clinton, OK | 105843291 | 3887230 | 0 | False | 2019-07-12 00:11:00.000 | OK | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 2899 | 000000: 000000 | IY33D | 283 | 0 | 5 mi E of Clinton, OK | 105848993 | 3887231 | 0 | False | 2019-07-12 00:15:00.000 | OK | Central Daylight Time | 103048 | 000000 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 000000: 000000 | IY33D | 22 | 0 | 2 mi ESE of Tucumcari, NM | 105849402 | 3890130 | 0 | False | 2019-07-12 04:58:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 4 | 000000: 000000 | IY33D | 5 | 0 | 2 mi ESE of Tucumcari, NM | 105849521 | 3890130 | 0 | False | 2019-07-12 05:20:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 000000: 000000 | IY33D | 35 | 0 | 1 mi SE of Tucumcari, NM | 105850224 | 3890134 | 0 | False | 2019-07-12 05:25:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 1856 | 000000: 000000 | IY33D | 178 | 0 | 1 mi SE of Tucumcari, NM | 105855151 | 3890134 | 0 | False | 2019-07-12 06:00:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 000000: 000000 | IY33D | 12 | 0 | 8 mi W of Albuquerque, NM | 105855458 | 3891990 | 0 | False | 2019-07-12 08:58:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 1 | 000000: 000000 | IY33D | 0 | 0 | 8 mi W of Albuquerque, NM | 105855650 | 3891990 | 0 | False | 2019-07-12 09:10:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 000000: 000000 | IY33D | 15 | 0 | 8 mi W of Albuquerque, NM | 105855944 | 3891991 | 0 | False | 2019-07-12 09:10:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 1847 | 000000: 000000 | IY33D | 177 | 0 | 8 mi W of Albuquerque, NM | 105861920 | 3891991 | 0 | False | 2019-07-12 09:25:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 000000: 000000 | IY33D | 646 | 0 | 44 mi NNW of St. Johns, AZ | 105878359 | 3893838 | 0 | False | 2019-07-12 12:22:00.000 | AZ | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 1 | 000000: 000000 | IY33D | 1 | 0 | 4 mi WSW of Grand Terrace, CA | 105878459 | 3899476 | 0 | False | 2019-07-12 23:08:00.000 | CA | Central Daylight Time | 103048 | 000000 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 000000: 000000 | IY33D | 11 | 0 | 5 mi N of Riverside, CA | 105878555 | 3899477 | 0 | False | 2019-07-12 23:09:00.000 | CA | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 550 | 000000: 000000 | IY33D | 90 | 0 | 5 mi N of Riverside, CA | 105880247 | 3899477 | 0 | False | 2019-07-12 23:20:00.000 | CA | Central Daylight Time | 103048 | 000000 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 79389053: 6612432 | IY33D | 11 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105880349 | 3900027 | 0 | False | 2019-07-13 00:50:00.000 | CA | Central Daylight Time | 103048 | 311233 |
| Driving | 1 | 3 | FQ89D | True | 514 | 79389053: 6612432 | IY33D | 66 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105881496 | 3900027 | 0 | False | 2019-07-13 01:01:00.000 | CA | Central Daylight Time | 103048 | 311233 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | | IY33D | 4474 | 0 | 5 mi N of Riverside, CA | 105954459 | -1 | 0 | False | 2019-07-13 02:07:00.000 | CA | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | FQ89D | True | 499 | | IY33D | 61 | 0 | 5 mi N of Riverside, CA | 105955614 | 3900541 | 0 | False | 2019-07-16 04:41:00.000 | CA | Central Daylight Time | 103048 | |
| OffDuty | 1 | 1 | FQ89D | True | 0 | | IY33D | 29 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105956180 | 3901040 | 0 | False | 2019-07-16 05:42:00.000 | CA | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | FQ89D | True | 3 | | IY33D | 8 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105956489 | 3901041 | 0 | False | 2019-07-16 06:11:00.000 | CA | Central Daylight Time | 103048 | |
| OnDuty | 1 | 4 | FQ89D | True | 0 | | IY33D | 9 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105956572 | 3901044 | 0 | False | 2019-07-16 06:19:00.000 | CA | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | FQ89D | True | 6 | | IY33D | 18 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105957050 | 3901044 | 0 | False | 2019-07-16 06:28:00.000 | CA | Central Daylight Time | 103048 | |
| OnDuty | 1 | 4 | FQ89D | True | 0 | | IY33D | 5 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105957125 | 3901050 | 0 | False | 2019-07-16 06:46:00.000 | CA | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | FQ89D | True | 1658 | | IY33D | 174 | 0 | 2 mi ESE of Santa Fe Springs, CA | 105962120 | 3901050 | 0 | False | 2019-07-16 06:51:00.000 | CA | Central Daylight Time | 103048 | |
| OffDuty | 1 | 1 | FQ89D | True | 0 | | IY33D | 34 | 0 | 41 mi N of Twentynine Palms, CA | 105963049 | 3902708 | 0 | False | 2019-07-16 09:45:00.000 | CA | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | FQ89D | True | 1151 | | IY33D | 122 | 0 | 41 mi N of Twentynine Palms, CA | 105967039 | 3902708 | 0 | False | 2019-07-16 10:19:00.000 | CA | Central Daylight Time | 103048 | |
| OnDuty | 1 | 4 | FQ89D | True | 0 | | IY33D | 3 | 0 | 17 mi N of Lake Havasu City, AZ | 105967118 | 3903859 | 0 | False | 2019-07-16 12:21:00.000 | AZ | Central Daylight Time | 103048 | |
| Sleeper | 1 | 2 | FQ89D | True | 0 | | IY33D | 627 | 0 | 17 mi N of Lake Havasu City, AZ | 105983932 | 3903859 | 0 | False | 2019-07-16 12:24:00.000 | AZ | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | FQ89D | True | 3002 | | IY33D | 302 | 0 | 8 mi W of Albuquerque, NM | 105988910 | 3908881 | 0 | False | 2019-07-16 22:51:00.000 | NM | Central Daylight Time | 103048 | |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 79389329: 6634961 | IY33D | 44 | 0 | 4 mi ESE of Amarillo, TX | 105989752 | 3911883 | 0 | False | 2019-07-17 03:53:00.000 | TX | Central Daylight Time | 103048 | 812136 |
| Driving | 1 | 3 | FQ89D | True | 1106 | 79389329: 6634961 | IY33D | 125 | 0 | 4 mi ESE of Amarillo, TX | 105992517 | 3911883 | 0 | False | 2019-07-17 04:37:00.000 | TX | Central Daylight Time | 103048 | 812136 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 79389329: 6634961 | IY33D | 43 | 0 | 1 mi NNW of Erick, OK | 105993752 | 3912989 | 0 | False | 2019-07-17 06:42:00.000 | OK | Central Daylight Time | 103048 | 812136 |
| Driving | 1 | 3 | FQ89D | True | 951 | 79389329: 6634961 | IY33D | 94 | 0 | 1 mi NNW of Erick, OK | 105996584 | 3912990 | 0 | False | 2019-07-17 07:25:00.000 | OK | Central Daylight Time | 103048 | 812136 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 79389329: 6634961 | IY33D | 19 | 0 | 4 mi N of Hinton, OK | 105997069 | 3913941 | 0 | False | 2019-07-17 08:59:00.000 | OK | Central Daylight Time | 103048 | 812136 |
| Driving | 1 | 3 | FQ89D | True | 619 | 79389329: 6634961 | IY33D | 72 | 0 | 4 mi N of Hinton, OK | 105999247 | 3913941 | 0 | False | 2019-07-17 09:18:00.000 | OK | Central Daylight Time | 103048 | 812136 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 79389329: 6634961 | IY33D | 773 | 0 | 5 mi SSE of Edmond, OK | 106020352 | 3914560 | 0 | False | 2019-07-17 10:30:00.000 | OK | Central Daylight Time | 103048 | 812136 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 79389329: 6634961 | IY33D | 4 | 0 | 9 mi WSW of Casey, IL | 106020427 | 3920724 | 0 | False | 2019-07-17 23:23:00.000 | IL | Central Daylight Time | 103048 | 812136 |
| Driving | 1 | 3 | FQ89D | True | 2279 | 79389329: 6634961 | IY33D | 235 | 0 | 9 mi WSW of Casey, IL | 106024410 | 3920724 | 0 | False | 2019-07-17 23:27:00.000 | IL | Central Daylight Time | 103048 | 812136 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 0: 0 | IY33D | 12 | 0 | 2 mi NE of Springdale, OH | 106024493 | 3923003 | 0 | False | 2019-07-18 03:22:00.000 | OH | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 8 | 0: 0 | IY33D | 17 | 0 | 2 mi NE of Springdale, OH | 106024874 | 3923003 | 0 | False | 2019-07-18 03:34:00.000 | OH | Central Daylight Time | 103048 | 0 |
| OnDuty | 1 | 4 | FQ89D | True | 0 | 0: 0 | IY33D | 8 | 0 | 2 mi ENE of Springdale, OH | 106024907 | 3923011 | 0 | False | 2019-07-18 03:51:00.000 | OH | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 2 | 0: 0 | IY33D | 14 | 0 | 2 mi ENE of Springdale, OH | 106025144 | 3923011 | 0 | False | 2019-07-18 03:59:00.000 | OH | Central Daylight Time | 103048 | 0 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 0: 0 | IY33D | 15 | 0 | 2 mi NE of Springdale, OH | 106025352 | 3923013 | 0 | False | 2019-07-18 04:13:00.000 | OH | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 746 | 0: 0 | IY33D | 87 | 0 | 2 mi NE of Springdale, OH | 106027022 | 3923014 | 0 | False | 2019-07-18 04:28:00.000 | OH | Central Daylight Time | 103048 | 0 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 0: 0 | IY33D | 49 | 0 | 9 mi ESE of Shelbyville, IN | 106028095 | 3923760 | 0 | False | 2019-07-18 05:55:00.000 | IN | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 2954 | 0: 0 | IY33D | 292 | 0 | 9 mi ESE of Shelbyville, IN | 106036785 | 3923760 | 0 | False | 2019-07-18 06:44:00.000 | IN | Central Daylight Time | 103048 | 0 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 0: 0 | IY33D | 721 | 0 | 2 mi N of Fenton, MO | 106055170 | 3926714 | 0 | False | 2019-07-18 11:36:00.000 | MO | Central Daylight Time | 103048 | 0 |
| Driving | 1 | 3 | FQ89D | True | 676 | 0: 0 | IY33D | 70 | 0 | 2 mi S of Sayre, OK | 106056447 | 3932887 | 0 | False | 2019-07-18 23:37:00.000 | OK | Central Daylight Time | 103048 | 0 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 000000: 000000 | IY33D | 16 | 0 | 19 mi NNE of Clarendon, TX | 106056684 | 3933563 | 0 | False | 2019-07-19 00:47:00.000 | TX | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 1185 | 000000: 000000 | IY33D | 119 | 0 | 19 mi NNE of Clarendon, TX | 106058646 | 3933563 | 0 | False | 2019-07-19 01:03:00.000 | TX | Central Daylight Time | 103048 | 000000 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 000000: 000000 | IY33D | 55 | 0 | 9 mi WSW of Adrian, TX | 106059484 | 3934748 | 0 | False | 2019-07-19 03:02:00.000 | TX | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 1106 | 000000: 000000 | IY33D | 118 | 0 | 9 mi WSW of Adrian, TX | 106061540 | 3934748 | 0 | False | 2019-07-19 03:57:00.000 | TX | Central Daylight Time | 103048 | 000000 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 000000: 000000 | IY33D | 21 | 0 | 2 mi E of Santa Rosa, NM | 106061919 | 3935854 | 0 | False | 2019-07-19 05:55:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 907 | 000000: 000000 | IY33D | 92 | 0 | 2 mi E of Santa Rosa, NM | 106064240 | 3935854 | 0 | False | 2019-07-19 06:16:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 000000: 000000 | IY33D | 32 | 0 | 5 mi SSE of Edgewood, NM | 106065136 | 3936761 | 0 | False | 2019-07-19 07:48:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 384 | 000000: 000000 | IY33D | 41 | 0 | 5 mi SSE of Edgewood, NM | 106066361 | 3936761 | 0 | False | 2019-07-19 08:20:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 000000: 000000 | IY33D | 8 | 2 | 8 mi W of Albuquerque, NM | 106066562 | 3937145 | 106066556 | False | 2019-07-19 09:01:00.000 | | Central Daylight Time | 103048 | 000000 |
| OnDuty | 1 | 4 | FQ89D | False | 0 | 000000: 000000 | IY33D | 8 | 1 | 8 mi W of Albuquerque, NM | 106066556 | 3937145 | 0 | False | 2019-07-19 09:01:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| OffDuty | 1 | 1 | FQ89D | True | 0 | 000000: 000000 | IY33D | 3 | 0 | 8 mi W of Albuquerque, NM | 106066643 | 3937145 | 0 | False | 2019-07-19 09:09:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| Driving | 1 | 3 | FQ89D | True | 2180 | 000000: 000000 | IY33D | 214 | 0 | 8 mi W of Albuquerque, NM | 106073594 | 3937145 | 0 | False | 2019-07-19 09:12:00.000 | NM | Central Daylight Time | 103048 | 000000 |
| Sleeper | 1 | 2 | FQ89D | True | 0 | 000000: 000000 | IY33D | 731 | 0 | 6 mi NE of Holbrook, AZ | 106091669 | 3939325 | 0 | False | 2019-07-19 12:46:00.000 | AZ | Central Daylight Time | 103048 | 000000 |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 1 | 0 | 5 mi N of Riverside, CA | 106091686 | 3944634 | 0 | False | 2019-07-20 00:57:00.000 | CA | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | | True | 949 | | IY33D | 106 | 0 | 5 mi N of Riverside, CA | 106093446 | 3944634 | 0 | False | 2019-07-20 00:58:00.000 | CA | Central Daylight Time | 103048 | |
| OnDuty | 1 | 4 | | True | 0 | | IY33D | 6 | 0 | 5 mi N of Riverside, CA | 106093457 | 3945583 | 0 | False | 2019-07-20 02:44:00.000 | CA | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | | True | 507 | | IY33D | 65 | 0 | 5 mi N of Riverside, CA | 106094485 | 3945583 | 0 | False | 2019-07-20 02:50:00.000 | CA | Central Daylight Time | 103048 | |
| OnDuty | 1 | 4 | | True | 0 | | IY33D | 17 | 0 | 2 mi ESE of Santa Fe Springs, CA | 106094679 | 3946090 | 0 | False | 2019-07-20 03:55:00.000 | CA | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | | True | 8 | | IY33D | 17 | 0 | 2 mi ESE of Santa Fe Springs, CA | 106094946 | 3946090 | 0 | False | 2019-07-20 04:12:00.000 | CA | Central Daylight Time | 103048 | |
| OnDuty | 1 | 4 | | True | 0 | | IY33D | 12 | 0 | 2 mi ESE of Santa Fe Springs, CA | 106095084 | 3946098 | 0 | False | 2019-07-20 04:29:00.000 | CA | Central Daylight Time | 103048 | |
| Driving | 1 | 3 | | True | 501 | | IY33D | 75 | 0 | 2 mi ESE of Santa Fe Springs, CA | 106096332 | 3946098 | 0 | False | 2019-07-20 04:41:00.000 | CA | Central Daylight Time | 103048 | |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 437 | 0 | 5 mi N of Riverside, CA | 106105451 | 3946599 | 0 | False | 2019-07-20 05:56:00.000 | CA | Central Daylight Time | 103048 | |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 47814 | 0 | 5 mi N of Riverside, CA | 107029372 | -1 | 0 | False | 2019-07-20 13:13:00.000 | CA | Central Daylight Time | | |
| OffDuty | 1 | 1 | FC71D | True | 0 | | IY33D | 1 | 0 | 1 mi S of Brighton, CO | 107029395 | 4412410 | 0 | False | 2019-08-22 18:07:00.000 | CO | Central Daylight Time | 102179 | |
| OffDuty | 1 | 1 | FC71D | True | 0 | | IY33D | 51 | 0 | 1 mi S of Brighton, CO | 107030599 | 4412410 | 0 | False | 2019-08-22 18:08:00.000 | CO | Central Daylight Time | 102179 | |
| OffDuty | 1 | 1 | FC71D | True | 0 | | IY33D | 864 | 0 | Hudson, CO | 107045533 | 4412550 | 0 | False | 2019-08-22 18:59:00.000 | CO | Central Daylight Time | 102179 | |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 1 | 0 | Hudson, CO | 107045535 | 4412550 | 0 | False | 2019-08-23 09:23:00.000 | CO | Central Daylight Time | 102179 | |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 7 | 0 | Hudson, CO | 107045721 | -1 | 0 | False | 2019-08-23 09:24:00.000 | CO | Central Daylight Time | | |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 1282 | 0 | Hudson, CO | 107070554 | 4412556 | 0 | False | 2019-08-23 09:31:00.000 | CO | Central Daylight Time | 102179 | |
| Driving | 1 | 3 | FC71D | True | 319 | 10015555: 10015555 | IY33D | 59 | 0 | Hudson, CO | 107071439 | 4412558 | 0 | False | 2019-08-24 06:53:00.000 | CO | Central Daylight Time | 102179 | 310449 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10015555: 10015555 | IY33D | 32 | 0 | 4 mi NE of Boulder, CO | 107071965 | 4412877 | 0 | False | 2019-08-24 07:52:00.000 | CO | Central Daylight Time | 102179 | 310449 |
| Driving | 1 | 3 | FC71D | True | 0 | 10015555: 10015555 | IY33D | 1 | 0 | 4 mi NE of Boulder, CO | 107071995 | 4412878 | 0 | False | 2019-08-24 08:24:00.000 | CO | Central Daylight Time | 102179 | 310449 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OffDuty | 1 | 1 | FC71D | True | 0 | 10015555: 10015555 | IY33D | 26 | 0 | 5 mi NE of Boulder, CO | 107072435 | 4412878 | 0 | False | 2019-08-24 08:25:00.000 | CO | Central Daylight Time | 102179 | 310449 |
| Driving | 1 | 3 | FC71D | True | 2628 | 10015555: 10015555 | IY33D | 337 | 0 | 5 mi NE of Boulder, CO | 107078759 | 4412880 | 0 | False | 2019-08-24 08:51:00.000 | CO | Central Daylight Time | 102179 | 310449 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10015555: 10015555 | IY33D | 34 | 0 | 5 mi SE of Fruita, CO | 107079279 | 4415508 | 0 | False | 2019-08-24 14:28:00.000 | CO | Central Daylight Time | 102179 | 310449 |
| Driving | 1 | 3 | FC71D | True | 2195 | 10015555: 10015555 | IY33D | 217 | 0 | 5 mi SE of Fruita, CO | 107082485 | 4415508 | 0 | False | 2019-08-24 15:02:00.000 | CO | Central Daylight Time | 102179 | 310449 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10015555: 10015555 | IY33D | 607 | 0 | 1 mi N of Richfield, UT | 107088605 | 4417703 | 0 | False | 2019-08-24 18:39:00.000 | UT | Central Daylight Time | 102179 | 310449 |
| Driving | 1 | 3 | FC71D | True | 398 | 10015555: 10015555 | IY33D | 615 | 0 | 2 mi WSW of Hemet, CA | 107095972 | 4423222 | 0 | False | 2019-08-25 04:46:00.000 | CA | Central Daylight Time | 102179 | 310449 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10015555: 10015555 | IY33D | 1134 | 0 | 4 mi WSW of Grand Terrace, CA | 107108708 | 4423620 | 0 | False | 2019-08-25 15:01:00.000 | CA | Central Daylight Time | 102179 | 310449 |
| Driving | 1 | 3 | FC71D | True | 129 | 10015555: 10015555 | IY33D | 59 | 0 | 4 mi WSW of Grand Terrace, CA | 107110091 | 4423621 | 0 | False | 2019-08-26 09:55:00.000 | CA | Central Daylight Time | 102179 | 310449 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10015555: 10015555 | IY33D | 47 | 0 | 5 mi SE of Rancho Cucamonga, CA | 107111185 | 4423750 | 0 | False | 2019-08-26 10:54:00.000 | CA | Central Daylight Time | 102179 | 310449 |
| Driving | 1 | 3 | FC71D | True | 170 | 10015555: 10015555 | IY33D | 69 | 0 | 5 mi SE of Rancho Cucamonga, CA | 107112745 | 4423750 | 0 | False | 2019-08-26 11:41:00.000 | CA | Central Daylight Time | 102179 | 310449 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10015555: 10015555 | IY33D | 8 | 0 | 4 mi WSW of Grand Terrace, CA | 107112785 | 4423920 | 0 | False | 2019-08-26 12:50:00.000 | CA | Central Daylight Time | 102179 | 310449 |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 1912 | 0 | 4 mi WSW of Grand Terrace, CA | 107151652 | -1 | 0 | False | 2019-08-26 12:58:00.000 | CA | Central Daylight Time | 102179 | |
| Driving | 1 | 3 | FC71D | False | 813 | 0000000: | IY33D | 795 | 1 | 4 mi WSW of Grand Terrace, CA | 107166397 | 4423921 | 0 | False | 2019-08-27 20:50:00.000 | CA | Central Daylight Time | 102179 | 000000 |
| OffDuty | 1 | 1 | 102179D | True | 0 | 0000000: | IY33D | 795 | 2 | 4 mi WSW of Grand Terrace, CA | 107201697 | 4423921 | 107166397 | False | 2019-08-27 20:50:00.000 | CA | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10012879: 6959640 | IY33D | 1013 | 0 | 5 mi N of Riverside, CA | 107188742 | 4424726 | 0 | False | 2019-08-28 10:05:00.000 | CA | Central Daylight Time | 102179 | 810564 |
| Driving | 1 | 3 | FC71D | True | 2585 | 10012879: 6959640 | IY33D | 255 | 0 | 5 mi SE of Tucson, AZ | 107193256 | 4430182 | 0 | False | 2019-08-29 06:58:00.000 | AZ | Central Daylight Time | 102179 | 810564 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10012879: 6959640 | IY33D | 55 | 0 | 9 mi WSW of Las Cruces, NM | 107194679 | 4432767 | 0 | False | 2019-08-29 07:13:00.000 | NM | Central Daylight Time | 102179 | 810564 |
| Driving | 1 | 3 | FC71D | True | 2961 | 10012879: 6959640 | IY33D | 282 | 0 | 9 mi WSW of Las Cruces, NM | 107203216 | 4432767 | 0 | False | 2019-08-29 08:08:00.000 | NM | Central Daylight Time | 102179 | 810564 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10012879: 6959640 | IY33D | 30 | 0 | 1 mi E of Fort Stockton, TX | 107204115 | 4435728 | 0 | False | 2019-08-29 12:50:00.000 | | Central Daylight Time | 102179 | 810564 |
| Driving | 1 | 3 | FC71D | True | 858 | 10012879: 6959640 | IY33D | 83 | 0 | 2 mi E of Fort Stockton, TX | 107206485 | 4435728 | 0 | False | 2019-08-29 13:20:00.000 | TX | Central Daylight Time | 102179 | 810564 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10012879: 6959640 | IY33D | 34 | 0 | 26 mi ESE of Iraan, TX | 107207432 | 4436586 | 0 | False | 2019-08-29 14:43:00.000 | TX | Central Daylight Time | 102179 | 810564 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10012879: 6959640 | IY33D | 1245 | 0 | 26 mi WNW of Sonora, TX | 107231839 | 4436873 | 0 | False | 2019-08-29 15:17:00.000 | TX | Central Daylight Time | 102179 | 810564 |
| Sleeper | 1 | 2 | | True | 0 | 10018558: 000000 | IY33D | 0 | 0 | 4 mi W of Seguin, TX | 107231841 | 4439345 | 0 | False | 2019-08-30 12:02:00.000 | TX | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 | | True | 0 | 10018558: 000000 | IY33D | 74 | 0 | 4 mi W of Seguin, TX | 107233792 | -1 | 0 | False | 2019-08-30 12:02:00.000 | TX | Central Daylight Time | | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10018558: 000000 | IY33D | 927 | 0 | 4 mi W of Seguin, TX | 107251341 | 4439754 | 0 | False | 2019-08-30 13:16:00.000 | TX | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 1940 | 0000000: 0000000 | IY33D | 200 | 0 | 8 mi NW of Bayou La Batre, AL | 107254158 | 4446378 | 0 | False | 2019-08-31 04:43:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 0000000: 0000000 | IY33D | 352 | 0 | 4 mi WNW of Montgomery, AL | 107260852 | 4448318 | 0 | False | 2019-08-31 08:03:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 88 | 0000000: 0000000 | IY33D | 23 | 0 | 4 mi WNW of Montgomery, AL | 107261631 | 4448318 | 0 | False | 2019-08-31 13:55:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 0000000: 0000000 | IY33D | 1066 | 0 | 3 mi SW of Montgomery, AL | 107274937 | 4448406 | 0 | False | 2019-08-31 14:18:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 74 | 00000000: 00000000 | IY33D | 39 | 0 | 3 mi SW of Montgomery, AL | 107275507 | 4448406 | 0 | False | 2019-09-01 08:04:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 84 | 0 | 5 mi WNW of Montgomery, AL | 107276790 | 4448477 | 0 | False | 2019-09-01 08:43:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 6 | 00000000: 0000000 | IY33D | 13 | 0 | 4 mi WNW of Montgomery, AL | 107277054 | 4448488 | 0 | False | 2019-09-01 10:07:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 22 | 0 | 4 mi WNW of Montgomery, AL | 107277284 | 4448494 | 0 | False | 2019-09-01 10:20:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 7 | 00000000: 0000000 | IY33D | 8 | 0 | 4 mi WNW of Montgomery, AL | 107277396 | 4448495 | 0 | False | 2019-09-01 10:42:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 50 | 0 | 4 mi WNW of Montgomery, AL | 107278129 | 4448502 | 0 | False | 2019-09-01 10:50:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 101 | 00000000: 0000000 | IY33D | 29 | 0 | 4 mi WNW of Montgomery, AL | 107278635 | 4448502 | 0 | False | 2019-09-01 11:40:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 86 | 0 | 3 mi SW of Montgomery, AL | 107279776 | 4448603 | 0 | False | 2019-09-01 12:09:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 577 | 0 | 3 mi SW of Montgomery, AL | 107286160 | 4448603 | 0 | False | 2019-09-01 13:35:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 | | True | 0 | 00000000: 0000000 | IY33D | 0 | 0 | 3 mi SW of Montgomery, AL | 107286164 | 4448603 | 0 | False | 2019-09-01 23:12:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 | | True | 0 | 00000000: 0000000 | IY33D | 8 | 0 | 3 mi SW of Montgomery, AL | 107286226 | -1 | 0 | False | 2019-09-01 23:12:00.000 | AL | Central Daylight Time | | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 549 | 0 | 3 mi SW of Montgomery, AL | 107290086 | 4448608 | 0 | False | 2019-09-01 23:20:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 66 | 00000000: 0000000 | IY33D | 27 | 0 | 3 mi SW of Montgomery, AL | 107290470 | 4448608 | 0 | False | 2019-09-02 08:29:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 12 | 0 | 6 mi SSW of Millbrook, AL | 107290538 | 4448674 | 0 | False | 2019-09-02 08:56:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 5 | 00000000: 0000000 | IY33D | 28 | 0 | 6 mi SSW of Millbrook, AL | 107290940 | 4448675 | 0 | False | 2019-09-02 09:08:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 53 | 0 | 5 mi WNW of Montgomery, AL | 107291507 | 4448679 | 0 | False | 2019-09-02 09:36:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 4 | 00000000: 0000000 | IY33D | 13 | 0 | 5 mi WNW of Montgomery, AL | 107291892 | 4448679 | 0 | False | 2019-09-02 10:29:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 8 | 0 | 5 mi WNW of Montgomery, AL | 107291910 | 4448683 | 0 | False | 2019-09-02 10:42:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 2 | 00000000: 0000000 | IY33D | 10 | 0 | 5 mi WNW of Montgomery, AL | 107292104 | 4448683 | 0 | False | 2019-09-02 10:50:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 31 | 0 | 5 mi WNW of Montgomery, AL | 107292433 | 4448685 | 0 | False | 2019-09-02 11:00:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 2 | 00000000: 0000000 | IY33D | 5 | 0 | 4 mi WNW of Montgomery, AL | 107292591 | 4448688 | 0 | False | 2019-09-02 11:31:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 8 | 0 | 4 mi WNW of Montgomery, AL | 107292619 | 4448690 | 0 | False | 2019-09-02 11:36:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 10 | 00000000: 0000000 | IY33D | 19 | 0 | 4 mi WNW of Montgomery, AL | 107293036 | 4448690 | 0 | False | 2019-09-02 11:44:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 31 | 0 | 4 mi WNW of Montgomery, AL | 107293502 | 4448697 | 0 | False | 2019-09-02 12:03:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 203 | 00000000: 0000000 | IY33D | 38 | 0 | 4 mi WNW of Montgomery, AL | 107294068 | 4448703 | 0 | False | 2019-09-02 12:34:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 4150 | 0 | 13 mi SSW of Montgomery, AL | 107364598 | 4448906 | 0 | False | 2019-09-02 13:12:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 289 | 00000000: 0000000, 000( | IY33D | 70 | 0 | 13 mi SSW of Montgomery, AL | 107366432 | 4449980 | 0 | False | 2019-09-05 10:22:00.000 | AL | Central Daylight Time | 102179 | 000000, 00000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 00000000: 0000000, 000( | IY33D | 71 | 0 | 3 mi SW of Montgomery, AL | 107368275 | 4450269 | 0 | False | 2019-09-05 11:32:00.000 | AL | Central Daylight Time | 102179 | 000000, 00000 |
| Driving | 1 | 3 | FC71D | True | 116 | 00000000: 0000000, 000( | IY33D | 19 | 0 | 3 mi SW of Montgomery, AL | 107368865 | 4450269 | 0 | False | 2019-09-05 12:43:00.000 | AL | Central Daylight Time | 102179 | 000000, 00000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 00000000: 0000000, 000( | IY33D | 1230 | 0 | 14 mi SSW of Montgomery, AL | 107392485 | 4450385 | 0 | False | 2019-09-05 13:02:00.000 | AL | Central Daylight Time | 102179 | 000000, 00000 |
| Driving | 1 | 3 | FC71D | True | 553 | 00000000: 0000000 | IY33D | 81 | 0 | 14 mi SSW of Montgomery, AL | 107394621 | 4450386 | 0 | False | 2019-09-06 09:32:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 13 | 0 | 2 mi ENE of Clanton, AL | 107394993 | 4450939 | 0 | False | 2019-09-06 10:53:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 15 | 0 | 2 mi ENE of Clanton, AL | 107395471 | 4450939 | 0 | False | 2019-09-06 11:06:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 562 | 00000000: 0000000 | IY33D | 75 | 0 | 2 mi ENE of Clanton, AL | 107397577 | 4450939 | 0 | False | 2019-09-06 11:21:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 4 | 0 | 5 mi SSW of Bessemer, AL | 107397695 | 4451501 | 0 | False | 2019-09-06 12:36:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 1546 | 00000000: 0000000 | IY33D | 163 | 0 | 5 mi SSW of Bessemer, AL | 107402025 | 4451501 | 0 | False | 2019-09-06 12:40:00.000 | AL | Central Daylight Time | 102179 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 33 | 0 | 11 mi SSW of Lewisburg, TN | 107402915 | 4453047 | 0 | False | 2019-09-06 15:23:00.000 | TN | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 242 | 00000000: 0000000 | IY33D | 28 | 0 | 11 mi SSW of Lewisburg, TN | 107403660 | 4453047 | 0 | False | 2019-09-06 15:56:00.000 | TN | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 70 | 0 | 8 mi SSE of Spring Hill, TN | 107405238 | 4453289 | 0 | False | 2019-09-06 16:24:00.000 | TN | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 1494 | 00000000: 0000000 | IY33D | 184 | 0 | 8 mi SSE of Spring Hill, TN | 107409149 | 4453289 | 0 | False | 2019-09-06 17:34:00.000 | TN | Central Daylight Time | 102179 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 13 | 0 | 6 mi NNE of Madisonville, KY | 107409410 | 4454783 | 0 | False | 2019-09-06 20:38:00.000 | KY | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 805 | 00000000: 0000000 | IY33D | 107 | 0 | 6 mi NNE of Madisonville, KY | 107411234 | 4454783 | 0 | False | 2019-09-06 20:51:00.000 | KY | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 00000000: 0000000 | IY33D | 1085 | 0 | 11 mi S of Vincennes, IN | 107429624 | 4455588 | 0 | False | 2019-09-06 22:38:00.000 | IN | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 973 | 10021892: 7039797 | IY33D | 92 | 0 | 13 mi SSW of Harlan, IA | 107431036 | 4461974 | 0 | False | 2019-09-07 16:43:00.000 | IA | Central Daylight Time | 102179 | 312062 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10021892: 7039797 | IY33D | 29 | 0 | 2 mi NNW of Sergeant Bluff, IA | 107431402 | 4462947 | 0 | False | 2019-09-07 18:15:00.000 | IA | Central Daylight Time | 102179 | 312062 |
| Driving | 1 | 3 | FC71D | True | 2076 | 10021892: 7039797 | IY33D | 203 | 0 | 2 mi NNW of Sergeant Bluff, IA | 107434132 | 4462947 | 0 | False | 2019-09-07 18:44:00.000 | IA | Central Daylight Time | 102179 | 312062 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10021892: 7039797 | IY33D | 50 | 0 | 25 mi NNW of Platte, SD | 107434683 | 4465023 | 0 | False | 2019-09-07 22:07:00.000 | SD | Central Daylight Time | 102179 | 312062 |
| Driving | 1 | 3 | FC71D | True | 2203 | 10021892: 7039797 | IY33D | 218 | 0 | 25 mi NNW of Platte, SD | 107436645 | 4465024 | 0 | False | 2019-09-07 22:57:00.000 | SD | Central Daylight Time | 102179 | 312062 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10021892: 7039797 | IY33D | 18 | 0 | 1 mi NE of Box Elder, SD | 107436759 | 4467222 | 0 | False | 2019-09-08 02:35:00.000 | SD | Central Daylight Time | 102179 | 312062 |
| Driving | 1 | 3 | FC71D | True | 1130 | 10021892: 7039797 | IY33D | 131 | 0 | 1 mi NE of Box Elder, SD | 107438376 | 4467222 | 0 | False | 2019-09-08 02:53:00.000 | | Central Daylight Time | 102179 | 312062 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10021892: 7039797 | IY33D | 640 | 0 | 54 mi S of Ekalaka, MT | 107445792 | 4468352 | 0 | False | 2019-09-08 05:04:00.000 | MT | Central Daylight Time | 102179 | 312062 |
| Driving | 1 | 3 | FC71D | True | 4255 | 10021892: 7039797 | IY33D | 455 | 0 | 19 mi S of Plains, MT | 107450743 | 4474560 | 0 | False | 2019-09-08 15:44:00.000 | MT | Central Daylight Time | 102179 | 312062 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10021892: 7039797 | IY33D | 4 | 0 | 2 mi S of Renton, WA | 107450766 | 4478815 | 0 | False | 2019-09-08 23:19:00.000 | WA | Central Daylight Time | 102179 | 312062 |
| Driving | 1 | 3 | FC71D | True | 4 | 10021892: 7039797 | IY33D | 13 | 0 | 2 mi S of Renton, WA | 107450869 | 4478815 | 0 | False | 2019-09-08 23:23:00.000 | WA | Central Daylight Time | 102179 | 312062 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10021892: 7039797 | IY33D | 5 | 0 | 2 mi S of Renton, WA | 107450893 | 4478819 | 0 | False | 2019-09-08 23:36:00.000 | WA | Central Daylight Time | 102179 | 312062 |
| Driving | 1 | 3 | FC71D | True | 3 | 10021892: 7039797 | IY33D | 1 | 0 | 2 mi S of Renton, WA | 107450904 | 4478819 | 0 | False | 2019-09-08 23:41:00.000 | WA | Central Daylight Time | 102179 | 312062 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10021892: 7039797 | IY33D | 31 | 0 | 2 mi S of Renton, WA | 107451159 | 4478822 | 0 | False | 2019-09-08 23:42:00.000 | WA | Central Daylight Time | 102179 | 312062 |
| Driving | 1 | 3 | FC71D | True | 833 | 10021892: 7039797, 100: | IY33D | 100 | 0 | 2 mi S of Renton, WA | 107451933 | 4478822 | 0 | False | 2019-09-09 00:13:00.000 | WA | Central Daylight Time | 102179 | 312062, 00000 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10021892: 7039797, 100: | IY33D | 49 | 0 | 5 mi SE of Chehalis, WA | 107452281 | 4479655 | 0 | False | 2019-09-09 01:53:00.000 | WA | Central Daylight Time | 102179 | 312062, 00000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 1612 | 0 | 5 mi SE of Chehalis, WA | 107480815 | -1 | 0 | False | 2019-09-09 02:42:00.000 | WA | Central Daylight Time | 102179 | |
| Driving | 1 | 3 | FC71D | True | 208 | 10016233: 7026374 | IY33D | 25 | 0 | Troutdale, OR | 107481179 | 4483913 | 0 | False | 2019-09-10 05:34:00.000 | OR | Central Daylight Time | 102179 | 810555 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10016233: 7026374 | IY33D | 43 | 0 | 3 mi S of Happy Valley, OR | 107482061 | 4484121 | 0 | False | 2019-09-10 05:59:00.000 | OR | Central Daylight Time | 102179 | 810555 |
| Driving | 1 | 3 | FC71D | True | 899 | 10016233: 7026374 | IY33D | 138 | 0 | 3 mi S of Happy Valley, OR | 107485277 | 4484123 | 0 | False | 2019-09-10 06:42:00.000 | OR | Central Daylight Time | 102179 | 810555 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10016233: 7026374 | IY33D | 2 | 0 | 11 mi E of Mill City, OR | 107485303 | 4485022 | 0 | False | 2019-09-10 09:00:00.000 | OR | Central Daylight Time | 102179 | 810555 |
| Driving | 1 | 3 | FC71D | True | 1290 | 10016233: 7026374 | IY33D | 168 | 0 | 12 mi ESE of Mill City, OR | 107489543 | 4485022 | 0 | False | 2019-09-10 09:02:00.000 | OR | Central Daylight Time | 102179 | 810555 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10016233: 7026374 | IY33D | 45 | 0 | 36 mi SSE of Prineville, OR | 107490725 | 4486312 | 0 | False | 2019-09-10 11:50:00.000 | OR | Central Daylight Time | 102179 | 810555 |
| Driving | 1 | 3 | FC71D | True | 711 | 10016233: 7026374 | IY33D | 73 | 0 | 36 mi SSE of Prineville, OR | 107492617 | 4486312 | 0 | False | 2019-09-10 12:35:00.000 | OR | Central Daylight Time | 102179 | 810555 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10016233: 7026374 | IY33D | 14 | 0 | 14 mi WSW of Burns, OR | 107492953 | 4487023 | 0 | False | 2019-09-10 13:48:00.000 | OR | Central Daylight Time | 102179 | 810555 |
| Driving | 1 | 3 | FC71D | True | 1313 | 10016233: 7026374 | IY33D | 160 | 0 | 14 mi WSW of Burns, OR | 107497145 | 4487023 | 0 | False | 2019-09-10 14:02:00.000 | OR | Central Daylight Time | 102179 | 810555 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10016233: 7026374 | IY33D | 15 | 0 | 1 mi W of Vale, OR | 107497573 | 4488336 | 0 | False | 2019-09-10 16:42:00.000 | OR | Central Daylight Time | 102179 | 810555 |
| Driving | 1 | 3 | FC71D | True | 724 | 10016233: 7026374 | IY33D | 86 | 0 | 1 mi W of Vale, OR | 107499523 | 4488336 | 0 | False | 2019-09-10 16:57:00.000 | OR | Central Daylight Time | 102179 | 810555 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10016233: 7026374 | IY33D | 724 | 0 | 3 mi SSE of Boise City, ID | 107512038 | 4489060 | 0 | False | 2019-09-10 18:23:00.000 | ID | Central Daylight Time | 102179 | 810555 |
| Driving | 1 | 3 | FC71D | True | 682 | 10016233: 7026374 | IY33D | 73 | 0 | 2 mi NW of Laramie, WY | 107514976 | 4496058 | 0 | False | 2019-09-11 06:27:00.000 | WY | Central Daylight Time | 102179 | 810555 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10016233: 7026374 | IY33D | 26 | 0 | 16 mi E of Cheyenne, WY | 107514987 | 4496740 | 0 | False | 2019-09-11 07:40:00.000 | WY | Central Daylight Time | 102179 | 810555 |
| Driving | 1 | 3 | FC71D | True | 1542 | 10016233: 7026374 | IY33D | 151 | 0 | 16 mi E of Cheyenne, WY | 107519053 | 4496740 | 0 | False | 2019-09-11 08:06:00.000 | WY | Central Daylight Time | 102179 | 810555 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10016233: 7026374 | IY33D | 35 | 0 | 1 mi SSE of Ogallala, NE | 107520117 | 4498282 | 0 | False | 2019-09-11 10:37:00.000 | NE | Central Daylight Time | 102179 | 810555 |
| Driving | 1 | 3 | FC71D | True | 1753 | 10016233: 7026374 | IY33D | 167 | 0 | 1 mi SSE of Ogallala, NE | 107524833 | 4498282 | 0 | False | 2019-09-11 11:12:00.000 | NE | Central Daylight Time | 102179 | 810555 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10016233: 7026374 | IY33D | 39 | 0 | 14 mi E of Gibbon, NE | 107525904 | 4500035 | 0 | False | 2019-09-11 13:59:00.000 | NE | Central Daylight Time | 102179 | 810555 |
| Driving | 1 | 3 | FC71D | True | 2375 | 10016233: 7026374 | IY33D | 233 | 0 | 14 mi E of Gibbon, NE | 107531693 | 4500035 | 0 | False | 2019-09-11 14:38:00.000 | NE | Central Daylight Time | 102179 | 810555 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10016233: 7026374 | IY33D | 764 | 0 | 24 mi ENE of Atlantic, IA | 107545434 | 4502410 | 0 | False | 2019-09-11 18:31:00.000 | IA | Central Daylight Time | 102179 | 810555 |
| Driving | 1 | 3 | FC71D | True | 1628 | 10016233: 7026374, 100: | IY33D | 161 | 0 | 2 mi NNW of Upper Sandusky, OH | 107549427 | 4508953 | 0 | False | 2019-09-12 07:15:00.000 | OH | Central Daylight Time | 102179 | 810555, 311278 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10016233: 7026374, 100: | IY33D | 31 | 0 | 1 mi N of Hubbard, OH | 107550272 | 4510581 | 0 | False | 2019-09-12 09:56:00.000 | OH | Central Daylight Time | 102179 | 810555, 311278 |
| Driving | 1 | 3 | FC71D | True | 2179 | 10016233: 7026374, 100: | IY33D | 210 | 0 | 1 mi N of Hubbard, OH | 107555969 | 4510583 | 0 | False | 2019-09-12 10:27:00.000 | OH | Central Daylight Time | 102179 | 810555, 311278 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10016233: 7026374, 100: | IY33D | 10 | 0 | 3 mi NNW of Milton, PA | 107556209 | 4512762 | 0 | False | 2019-09-12 13:57:00.000 | PA | Central Daylight Time | 102179 | 810555, 311278 |
| Driving | 1 | 3 | FC71D | True | 1 | 10016233: 7026374, 100: | IY33D | 7 | 0 | 3 mi NNW of Milton, PA | 107556481 | 4512762 | 0 | False | 2019-09-12 14:07:00.000 | PA | Central Daylight Time | 102179 | 810555, 311278 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10016233: 7026374, 100: | IY33D | 3 | 0 | 3 mi NNW of Milton, PA | 107556530 | 4512763 | 0 | False | 2019-09-12 14:14:00.000 | PA | Central Daylight Time | 102179 | 810555, 311278 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10016233: 7026374, 100: | IY33D | 36 | 0 | 3 mi NNW of Milton, PA | 107557438 | 4512763 | 0 | False | 2019-09-12 14:17:00.000 | PA | Central Daylight Time | 102179 | 810555, 311278 |
| Driving | 1 | 3 | FC71D | True | 842 | 10016233: 7026374, 100: | IY33D | 107 | 0 | 3 mi NNW of Milton, PA | 107560252 | 4512767 | 0 | False | 2019-09-12 14:53:00.000 | PA | Central Daylight Time | 102179 | 810555, 311278 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10016233: 7026374, 100: | IY33D | 10 | 0 | 2 mi SE of Avoca, PA | 107560505 | 4513609 | 0 | False | 2019-09-12 16:40:00.000 | PA | Central Daylight Time | 102179 | 810555, 311278 |
| Driving | 1 | 3 | FC71D | True | 6 | 10016233: 7026374, 100: | IY33D | 9 | 0 | 2 mi SE of Avoca, PA | 107560704 | 4513609 | 0 | False | 2019-09-12 16:50:00.000 | PA | Central Daylight Time | 102179 | 810555, 311278 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10016233: 7026374, 100: | IY33D | 4 | 0 | 2 mi SE of Avoca, PA | 107560764 | 4513615 | 0 | False | 2019-09-12 16:59:00.000 | PA | Central Daylight Time | 102179 | 810555, 311278 |
| Driving | 1 | 3 | FC71D | True | 744 | 10016233: 7026374, 100: | IY33D | 100 | 0 | 2 mi SE of Avoca, PA | 107563218 | 4513616 | 0 | False | 2019-09-12 17:03:00.000 | PA | Central Daylight Time | 102179 | 810555, 311278 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10016233: 7026374, 100: | IY33D | 718 | 0 | 3 mi E of Milton, PA | 107575015 | 4514360 | 0 | False | 2019-09-12 18:43:00.000 | PA | Central Daylight Time | 102179 | 810555, 311278 |
| Driving | 1 | 3 | FC71D | True | 755 | 10023522: 893108 | IY33D | 86 | 0 | 9 mi WSW of Casey, IL | 107577069 | 4521298 | 0 | False | 2019-09-13 06:41:00.000 | IL | Central Daylight Time | 102179 | 311278 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10023522: 893108 | IY33D | 217 | 0 | 2 mi SE of Greenville, IL | 107582788 | 4522053 | 0 | False | 2019-09-13 08:07:00.000 | IL | Central Daylight Time | 102179 | 311278 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10023522: 893108 | IY33D | 984 | 0 | 3 mi SW of Boonville, MO | 107603159 | 4523994 | 0 | False | 2019-09-13 11:44:00.000 | MO | Central Daylight Time | 102179 | 311278 |
| Driving | 1 | 3 | FC71D | True | 3094 | 10023522: 893108 | IY33D | 380 | 0 | 16 mi ENE of Dodge City, KS | 107609615 | 4528216 | 0 | False | 2019-09-14 04:08:00.000 | KS | Central Daylight Time | 102179 | 311278 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10023522: 893108 | IY33D | 9 | 0 | 2 mi ESE of Tucumcari, NM | 107609686 | 4531305 | 0 | False | 2019-09-14 10:28:00.000 | NM | Central Daylight Time | 102179 | 311278 |
| Driving | 1 | 3 | FC71D | True | 3 | 10023522: 893108 | IY33D | 2 | 0 | 2 mi ESE of Tucumcari, NM | 107609760 | 4531306 | 0 | False | 2019-09-14 10:37:00.000 | NM | Central Daylight Time | 102179 | 311278 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10023522: 893108 | IY33D | 32 | 0 | 2 mi ESE of Tucumcari, NM | 107610356 | 4531309 | 0 | False | 2019-09-14 10:39:00.000 | NM | Central Daylight Time | 102179 | 311278 |
| Driving | 1 | 3 | FC71D | True | 2569 | 10023522: 893108 | IY33D | 241 | 0 | 2 mi ESE of Tucumcari, NM | 107615206 | 4531309 | 0 | False | 2019-09-14 11:11:00.000 | NM | Central Daylight Time | 102179 | 311278 |
| Sleeper | 1 | 2 | FC71D | False | 0 | 10023522: 893108 | IY33D | 25 | 1 | 1 mi NNW of Milan, NM | 107615605 | 4533878 | 0 | False | 2019-09-14 15:12:00.000 | NM | Central Daylight Time | 102179 | 311278 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10023522: 893108 | IY33D | 23 | 2 | 1 mi NNW of Milan, NM | 107627222 | 4533878 | 107615605 | False | 2019-09-14 15:12:00.000 | NM | Central Daylight Time | 102179 | 311278 |
| Driving | 1 | 3 | FC71D | True | 2 | 10023522: 893108 | IY33D | 1 | 2 | 1 mi NNW of Milan, NM | 107627223 | 4533880 | 107615605 | False | 2019-09-14 15:35:00.000 | NM | Central Daylight Time | 102179 | 311278 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10023522: 893108 | IY33D | 1 | 2 | 1 mi NNW of Milan, NM | 107627224 | 4533882 | 107615605 | False | 2019-09-14 15:36:00.000 | NM | Central Daylight Time | 102179 | 311278 |
| Driving | 1 | 3 | FC71D | True | 144 | 10023522: 893108 | IY33D | 18 | 0 | 1 mi NNW of Milan, NM | 107615910 | 4533882 | 0 | False | 2019-09-14 15:37:00.000 | NM | Central Daylight Time | 102179 | 311278 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10023522: 893108 | IY33D | 2591 | 0 | 1 mi NNW of Milan, NM | 107649105 | 4534026 | 0 | False | 2019-09-14 15:55:00.000 | NM | Central Daylight Time | 102179 | 311278 |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 0 | 0 | 1 mi ENE of Tolleson, AZ | 107649110 | 4538176 | 0 | False | 2019-09-16 11:06:00.000 | AZ | Central Daylight Time | 102179 | |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 3316 | 0 | 1 mi ENE of Tolleson, AZ | 107719720 | -1 | 0 | False | 2019-09-16 11:06:00.000 | AZ | Central Daylight Time | | |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 915 | 0 | 1 mi ENE of Tolleson, AZ | 107737421 | 4538301 | 0 | False | 2019-09-18 18:22:00.000 | AZ | Central Daylight Time | 102179 | |
| Driving | 1 | 3 | FC71D | True | 65 | 10025889: 1131scd1d | IY33D | 33 | 0 | 1 mi ENE of Tolleson, AZ | 107738236 | 4538301 | 0 | False | 2019-09-19 09:37:00.000 | AZ | Central Daylight Time | 102179 | 311223 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10025889: 1131scd1d | IY33D | 17 | 0 | 5 mi ESE of Tolleson, AZ | 107738723 | 4538366 | 0 | False | 2019-09-19 10:10:00.000 | AZ | Central Daylight Time | 102179 | 311223 |
| Driving | 1 | 3 | FC71D | True | 1806 | 10025889: 1131scd1d | IY33D | 210 | 0 | 5 mi ESE of Tolleson, AZ | 107744638 | 4538366 | 0 | False | 2019-09-19 10:27:00.000 | AZ | Central Daylight Time | 102179 | 311223 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10025889: 1131scd1d | IY33D | 16 | 0 | 1 mi NNW of Williams, AZ | 107745121 | 4540172 | 0 | False | 2019-09-19 13:57:00.000 | AZ | Central Daylight Time | 102179 | 311223 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10025889: 1131scd1d | IY33D | 1897 | 0 | 1 mi N of Williams, AZ | 107786407 | 4540175 | 0 | False | 2019-09-19 14:13:00.000 | AZ | Central Daylight Time | 102179 | 311223 |
| Driving | 1 | 3 | FC71D | True | 0 | 10025889: 1131scd1d | IY33D | 0 | 0 | 3 mi NNE of Loma Linda, CA | 107786446 | 4545187 | 0 | False | 2019-09-20 21:50:00.000 | CA | Central Daylight Time | 102179 | 311223 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10025889: 1131scd1d | IY33D | 5 | 0 | 3 mi NNE of Loma Linda, CA | 107786498 | 4545187 | 0 | False | 2019-09-20 21:50:00.000 | CA | Central Daylight Time | 102179 | 311223 |
| Driving | 1 | 3 | FC71D | True | 1 | 10025889: 1131scd1d | IY33D | 4 | 0 | 3 mi NNE of Loma Linda, CA | 107786604 | 4545187 | 0 | False | 2019-09-20 21:55:00.000 | CA | Central Daylight Time | 102179 | 311223 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10025889: 1131scd1d | IY33D | 7 | 0 | 3 mi NNE of Loma Linda, CA | 107786700 | 4545188 | 0 | False | 2019-09-20 21:59:00.000 | CA | Central Daylight Time | 102179 | 311223 |
| Driving | 1 | 3 | FC71D | True | 1440 | 10025889: 1131scd1d | IY33D | 194 | 0 | 3 mi NNE of Loma Linda, CA | 107789660 | 4545188 | 0 | False | 2019-09-20 22:06:00.000 | CA | Central Daylight Time | 102179 | 311223 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10025889: 1131scd1d | IY33D | 4 | 0 | 4 mi WSW of Grand Terrace, CA | 107789754 | 4546628 | 0 | False | 2019-09-21 01:20:00.000 | CA | Central Daylight Time | 102179 | 311223 |
| Driving | 1 | 3 | FC71D | True | 3 | 10025889: 1131scd1d | IY33D | 17 | 0 | 4 mi WSW of Grand Terrace, CA | 107790086 | 4546628 | 0 | False | 2019-09-21 01:24:00.000 | CA | Central Daylight Time | 102179 | 311223 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10025889: 1131scd1d | IY33D | 234 | 0 | 4 mi WSW of Grand Terrace, CA | 107792772 | 4546631 | 0 | False | 2019-09-21 01:41:00.000 | CA | Central Daylight Time | 102179 | 311223 |
| Driving | 1 | 3 | FC71D | True | 10 | 10025889: 1131scd1d | IY33D | 27 | 0 | 4 mi WSW of Grand Terrace, CA | 107793237 | 4546631 | 0 | False | 2019-09-21 05:35:00.000 | CA | Central Daylight Time | 102179 | 311223 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10025889: 1131scd1d | IY33D | 8 | 0 | 4 mi WSW of Grand Terrace, CA | 107793286 | 4546636 | 0 | False | 2019-09-21 06:02:00.000 | CA | Central Daylight Time | 102179 | 311223 |
| Driving | 1 | 3 | FC71D | True | 3 | 10025889: 1131scd1d | IY33D | 7 | 0 | 4 mi WSW of Grand Terrace, CA | 107793433 | 4546637 | 0 | False | 2019-09-21 06:10:00.000 | CA | Central Daylight Time | 102179 | 311223 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10025889: 1131scd1d | IY33D | 10 | 0 | 4 mi WSW of Grand Terrace, CA | 107793557 | 4546638 | 0 | False | 2019-09-21 06:17:00.000 | CA | Central Daylight Time | 102179 | 311223 |
| Driving | 1 | 3 | FC71D | True | 501 | 10025889: 1131scd1d | IY33D | 63 | 0 | 5 mi N of Riverside, CA | 107794609 | 4546641 | 0 | False | 2019-09-21 06:27:00.000 | CA | Central Daylight Time | 102179 | 311223 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OnDuty | 1 | 4 | FC71D | True | 0 | 10025889: 1131scd1d | IY33D | 8 | 0 | 2 mi ESE of Santa Fe Springs, CA | 107794647 | 4547142 | 0 | False | 2019-09-21 07:30:00.000 | CA | Central Daylight Time | 102179 | 311223 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10025889: 1131scd1d | IY33D | 77 | 0 | 2 mi ESE of Santa Fe Springs, CA | 107796095 | 4547143 | 0 | False | 2019-09-21 07:38:00.000 | CA | Central Daylight Time | 102179 | 311223 |
| Driving | 1 | 3 | FC71D | True | 560 | 10025889: 1131scd1d | IY33D | 86 | 0 | 2 mi ESE of Santa Fe Springs, CA | 107797975 | 4547143 | 0 | False | 2019-09-21 08:55:00.000 | CA | Central Daylight Time | 102179 | 311223 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10025889: 1131scd1d | IY33D | 13 | 0 | 4 mi WSW of Grand Terrace, CA | 107797937 | 4547700 | 0 | False | 2019-09-21 10:21:00.000 | CA | Central Daylight Time | 102179 | 311223 |
| Driving | 1 | 3 | FC71D | True | 1 | 10025889: 1131scd1d | IY33D | 10 | 0 | 4 mi WSW of Grand Terrace, CA | 107798155 | 4547700 | 0 | False | 2019-09-21 10:34:00.000 | CA | Central Daylight Time | 102179 | 311223 |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 5623 | 0 | 4 mi WSW of Grand Terrace, CA | 107892430 | -1 | 0 | False | 2019-09-21 10:44:00.000 | CA | Central Daylight Time | 102179 | |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 1 | 0 | 4 mi WSW of Grand Terrace, CA | 107892432 | 4548771 | 0 | False | 2019-09-25 08:27:00.000 | CA | Central Daylight Time | 102179 | |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 653 | 0 | 4 mi WSW of Grand Terrace, CA | 107910531 | -1 | 0 | False | 2019-09-25 08:28:00.000 | CA | Central Daylight Time | | |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 836 | 0 | 4 mi WSW of Grand Terrace, CA | 107926562 | 4548775 | 0 | False | 2019-09-25 19:21:00.000 | CA | Central Daylight Time | 102179 | |
| Driving | 1 | 3 | FC71D | True | 2 | 10025077: 7182214 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 107926763 | 4550042 | 0 | False | 2019-09-26 09:17:00.000 | CA | Central Daylight Time | 102179 | 810646 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10025077: 7182214 | IY33D | 6 | 0 | 2 mi ESE of Santa Fe Springs, CA | 107926766 | 4550044 | 0 | False | 2019-09-26 09:19:00.000 | CA | Central Daylight Time | 102179 | 810646 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10025077: 7182214 | IY33D | 4 | 0 | 2 mi ESE of Santa Fe Springs, CA | 107926870 | 4550044 | 0 | False | 2019-09-26 09:25:00.000 | CA | Central Daylight Time | 102179 | 810646 |
| Driving | 1 | 3 | FC71D | True | 1668 | 10025077: 7182214 | IY33D | 230 | 0 | 2 mi ESE of Santa Fe Springs, CA | 107933254 | 4550045 | 0 | False | 2019-09-26 09:29:00.000 | CA | Central Daylight Time | 102179 | 810646 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10025077: 7182214 | IY33D | 32 | 0 | 41 mi N of Twentynine Palms, CA | 107934097 | 4551713 | 0 | False | 2019-09-26 13:19:00.000 | CA | Central Daylight Time | 102179 | 810646 |
| Driving | 1 | 3 | FC71D | True | 1658 | 10025077: 7182214 | IY33D | 170 | 0 | 41 mi N of Twentynine Palms, CA | 107938772 | 4551713 | 0 | False | 2019-09-26 13:51:00.000 | CA | Central Daylight Time | 102179 | 810646 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10025077: 7182214 | IY33D | 17 | 0 | 9 mi E of Kingman, AZ | 107939170 | 4553371 | 0 | False | 2019-09-26 16:41:00.000 | AZ | Central Daylight Time | 102179 | 810646 |
| Driving | 1 | 3 | FC71D | True | 2200 | 10025077: 7182214 | IY33D | 222 | 0 | 9 mi E of Kingman, AZ | 107944246 | 4553371 | 0 | False | 2019-09-26 16:58:00.000 | AZ | Central Daylight Time | 102179 | 810646 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10025077: 7182214 | IY33D | 702 | 0 | 9 mi WNW of Holbrook, AZ | 107955897 | 4555571 | 0 | False | 2019-09-26 20:40:00.000 | AZ | Central Daylight Time | 102179 | 810646 |
| Driving | 1 | 3 | FC71D | True | 1133 | 10025077: 7182214 | IY33D | 120 | 0 | 3 mi N of Meade Center townshi, KS | 107959067 | 4562239 | 0 | False | 2019-09-27 08:22:00.000 | KS | Central Daylight Time | 102179 | 810646 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10025077: 7182214 | IY33D | 18 | 0 | 17 mi E of Pratt, KS | 107959553 | 4563372 | 0 | False | 2019-09-27 10:22:00.000 | KS | Central Daylight Time | 102179 | 810646 |
| Driving | 1 | 3 | FC71D | True | 2035 | 10025077: 7182214 | IY33D | 216 | 0 | 17 mi E of Pratt, KS | 107965417 | 4563372 | 0 | False | 2019-09-27 10:40:00.000 | KS | Central Daylight Time | 102179 | 810646 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10025077: 7182214 | IY33D | 32 | 0 | 3 mi S of Ottawa, KS | 107966236 | 4565407 | 0 | False | 2019-09-27 14:16:00.000 | KS | Central Daylight Time | 102179 | 810646 |
| Driving | 1 | 3 | FC71D | True | 1121 | 10025077: 7182214 | IY33D | 134 | 0 | 3 mi S of Ottawa, KS | 107969617 | 4565407 | 0 | False | 2019-09-27 14:48:00.000 | KS | Central Daylight Time | 102179 | 810646 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10025077: 7182214 | IY33D | 12 | 0 | 10 mi SE of Higginsville, MO | 107969754 | 4566528 | 0 | False | 2019-09-27 17:02:00.000 | MO | Central Daylight Time | 102179 | 810646 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10025077: 7182214 | IY33D | 4 | 0 | 10 mi SE of Higginsville, MO | 107969813 | 4566528 | 0 | False | 2019-09-27 17:14:00.000 | MO | Central Daylight Time | 102179 | 810646 |
| Driving | 1 | 3 | FC71D | True | 1413 | 10025077: 7182214 | IY33D | 142 | 0 | 10 mi SE of Higginsville, MO | 107973135 | 4566528 | 0 | False | 2019-09-27 17:18:00.000 | MO | Central Daylight Time | 102179 | 810646 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10025077: 7182214 | IY33D | 763 | 0 | 2 mi W of Wright City, MO | 107985170 | 4567941 | 0 | False | 2019-09-27 19:40:00.000 | MO | Central Daylight Time | 102179 | 810646 |
| Driving | 1 | 3 | FC71D | True | 1724 | 10025077: 7182214, 100 | IY33D | 165 | 0 | 2 mi N of Monroe township, IN | 107989243 | 4574010 | 0 | False | 2019-09-28 08:23:00.000 | IN | Central Daylight Time | 102179 | 810646, 811263 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10025077: 7182214, 100 | IY33D | 1 | 0 | 2 mi SE of Greenville, IL | 107989244 | 4575734 | 0 | False | 2019-09-28 11:08:00.000 | IL | Central Daylight Time | 102179 | 810646, 811263 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10025077: 7182214, 100 | IY33D | 22 | 0 | 2 mi SE of Greenville, IL | 107989342 | 4575734 | 0 | False | 2019-09-28 11:09:00.000 | IL | Central Daylight Time | 102179 | 810646, 811263 |
| Driving | 1 | 3 | FC71D | True | 1940 | 10025077: 7182214, 100 | IY33D | 197 | 0 | 2 mi SE of Greenville, IL | 107993336 | 4575735 | 0 | False | 2019-09-28 11:31:00.000 | IL | Central Daylight Time | 102179 | 810646, 811263 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10025077: 7182214, 100 | IY33D | 34 | 0 | 3 mi SW of Boonville, MO | 107993925 | 4577675 | 0 | False | 2019-09-28 14:48:00.000 | MO | Central Daylight Time | 102179 | 810646, 811263 |
| Driving | 1 | 3 | FC71D | True | 2181 | 10025077: 7182214, 100 | IY33D | 237 | 0 | 3 mi SW of Boonville, MO | 107997966 | 4577675 | 0 | False | 2019-09-28 15:22:00.000 | MO | Central Daylight Time | 102179 | 810646, 811263 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10025077: 7182214, 100 | IY33D | 9 | 0 | 3 mi W of Emporia, KS | 107998083 | 4579856 | 0 | False | 2019-09-28 19:19:00.000 | KS | Central Daylight Time | 102179 | 810646, 811263 |
| Driving | 1 | 3 | FC71D | True | 431 | 10025077: 7182214, 100 | IY33D | 46 | 0 | 3 mi W of Emporia, KS | 107998736 | 4579856 | 0 | False | 2019-09-28 19:28:00.000 | KS | Central Daylight Time | 102179 | 810646, 811263 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10025077: 7182214, 100 | IY33D | 698 | 0 | 9 mi SSE of Marion, KS | 108005850 | 4580287 | 0 | False | 2019-09-28 20:14:00.000 | KS | Central Daylight Time | 102179 | 810646, 811263 |
| Driving | 1 | 3 | FC71D | True | 1120 | 10025077: 7182214, 100 | IY33D | 109 | 0 | 8 mi W of Albuquerque, NM | 108007387 | 4586749 | 0 | False | 2019-09-29 07:52:00.000 | NM | Central Daylight Time | 102179 | 810646, 811263 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10025077: 7182214, 100 | IY33D | 24 | 0 | 18 mi E of Gallup, NM | 108007729 | 4587869 | 0 | False | 2019-09-29 09:41:00.000 | NM | Central Daylight Time | 102179 | 810646, 811263 |
| Driving | 1 | 3 | FC71D | True | 1245 | 10025077: 7182214, 100 | IY33D | 120 | 0 | 18 mi E of Gallup, NM | 108009550 | 4587869 | 0 | False | 2019-09-29 10:05:00.000 | NM | Central Daylight Time | 102179 | 810646, 811263 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10025077: 7182214, 100 | IY33D | 44 | 0 | 9 mi WNW of Holbrook, AZ | 108010299 | 4589114 | 0 | False | 2019-09-29 12:05:00.000 | AZ | Central Daylight Time | 102179 | 810646, 811263 |
| Driving | 1 | 3 | FC71D | True | 1154 | 10025077: 7182214, 100 | IY33D | 111 | 0 | 9 mi WNW of Holbrook, AZ | 108011877 | 4589114 | 0 | False | 2019-09-29 12:49:00.000 | AZ | Central Daylight Time | 102179 | 810646, 811263 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10025077: 7182214, 100 | IY33D | 47 | 0 | 1 mi N of Williams, AZ | 108012630 | 4590268 | 0 | False | 2019-09-29 14:40:00.000 | AZ | Central Daylight Time | 102179 | 810646, 811263 |
| Driving | 1 | 3 | FC71D | True | 2707 | 10025077: 7182214, 100 | IY33D | 272 | 0 | 1 mi N of Williams, AZ | 108016316 | 4590268 | 0 | False | 2019-09-29 15:27:00.000 | AZ | Central Daylight Time | 102179 | 810646, 811263 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10025077: 7182214, 100 | IY33D | 9 | 0 | 41 mi N of Twentynine Palms, CA | 108016353 | 4592975 | 0 | False | 2019-09-29 19:59:00.000 | CA | Central Daylight Time | 102179 | 810646, 811263 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10026158: 7207872 | IY33D | 2121 | 0 | 41 mi N of Twentynine Palms, CA | 108051248 | -1 | 0 | False | 2019-09-29 20:08:00.000 | CA | Central Daylight Time | 102179 | 811263 |
| Driving | 1 | 3 | FC71D | True | 1792 | 10026158: 7207872, 100 | IY33D | 187 | 0 | 5 mi SW of Barstow, CA | 108056377 | 4598251 | 0 | False | 2019-10-01 07:29:00.000 | CA | Central Daylight Time | 102179 | 811263, 310570 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10026158: 7207872, 100 | IY33D | 16 | 0 | 17 mi N of Lake Havasu City, AZ | 108056680 | 4600043 | 0 | False | 2019-10-01 10:36:00.000 | AZ | Central Daylight Time | 102179 | 811263, 310570 |
| Driving | 1 | 3 | FC71D | True | 1776 | 10026158: 7207872, 100 | IY33D | 183 | 0 | 17 mi N of Lake Havasu City, AZ | 108061918 | 4600043 | 0 | False | 2019-10-01 10:52:00.000 | AZ | Central Daylight Time | 102179 | 811263, 310570 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10026158: 7207872, 100 | IY33D | 35 | 0 | 10 mi WNW of Flagstaff, AZ | 108062787 | 4601819 | 0 | False | 2019-10-01 13:55:00.000 | AZ | Central Daylight Time | 102179 | 811263, 310570 |
| Driving | 1 | 3 | FC71D | True | 934 | 10028915: 7219531 | IY33D | 106 | 0 | 10 mi WNW of Flagstaff, AZ | 108065581 | 4601820 | 0 | False | 2019-10-01 14:30:00.000 | AZ | Central Daylight Time | 102179 | 310570 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10028915: 7219531 | IY33D | 17 | 0 | 9 mi WNW of Holbrook, AZ | 108065811 | 4602754 | 0 | False | 2019-10-01 16:16:00.000 | AZ | Central Daylight Time | 102179 | 310570 |
| Driving | 1 | 3 | FC71D | True | 1247 | 10028915: 7219531 | IY33D | 131 | 0 | 9 mi WNW of Holbrook, AZ | 108068824 | 4602754 | 0 | False | 2019-10-01 16:33:00.000 | AZ | Central Daylight Time | 102179 | 310570 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10028915: 7219531 | IY33D | 701 | 0 | 18 mi E of Gallup, NM | 108080846 | 4604001 | 0 | False | 2019-10-01 18:44:00.000 | NM | Central Daylight Time | 102179 | 310570 |
| Driving | 1 | 3 | FC71D | True | 169 | 10028915: 7219531 | IY33D | 19 | 0 | 15 mi SW of Reno township, KS | 108081288 | 4610774 | 0 | False | 2019-10-02 06:25:00.000 | KS | Central Daylight Time | 102179 | 310570 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10028915: 7219531 | IY33D | 22 | 0 | 1 mi S of South Hutchinson, KS | 108081810 | 4610943 | 0 | False | 2019-10-02 06:44:00.000 | KS | Central Daylight Time | 102179 | 310570 |
| Driving | 1 | 3 | FC71D | True | 1354 | 10028915: 7219531 | IY33D | 143 | 0 | 1 mi S of South Hutchinson, KS | 108085753 | 4610943 | 0 | False | 2019-10-02 07:06:00.000 | KS | Central Daylight Time | 102179 | 310570 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10028915: 7219531 | IY33D | 19 | 0 | 15 mi SSE of Osage City, KS | 108086240 | 4612297 | 0 | False | 2019-10-02 09:29:00.000 | KS | Central Daylight Time | 102179 | 310570 |
| Driving | 1 | 3 | FC71D | True | 2273 | 10028915: 7219531 | IY33D | 223 | 0 | 15 mi SSE of Osage City, KS | 108092638 | 4612297 | 0 | False | 2019-10-02 09:48:00.000 | KS | Central Daylight Time | 102179 | 310570 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10028915: 7219531 | IY33D | 33 | 0 | 5 mi WNW of Macon, MO | 108093536 | 4614570 | 0 | False | 2019-10-02 13:31:00.000 | MO | Central Daylight Time | 102179 | 310570 |
| Driving | 1 | 3 | FC71D | True | 2245 | 10028915: 7219531 | IY33D | 252 | 0 | 5 mi WNW of Macon, MO | 108100307 | 4614571 | 0 | False | 2019-10-02 14:04:00.000 | MO | Central Daylight Time | 102179 | 310570 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10028915: 7219531 | IY33D | 1385 | 0 | 13 mi S of Western township, IL | 108130413 | 4616816 | 0 | False | 2019-10-02 18:16:00.000 | IL | Central Daylight Time | 102179 | 310570 |
| Sleeper | 1 | 2 | | True | 0 | 10028915: 7219531 | IY33D | 1 | 0 | 5 mi NE of LaSalle township, IL | 108130415 | 4617758 | 0 | False | 2019-10-03 17:21:00.000 | IL | Central Daylight Time | 102179 | 310570 |
| Sleeper | 1 | 2 | | True | 0 | 10028915: 7219531 | IY33D | 47 | 0 | 5 mi NE of LaSalle township, IL | 108131496 | -1 | 0 | False | 2019-10-03 17:22:00.000 | IL | Central Daylight Time | | 310570 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10028915: 7219531 | IY33D | 879 | 0 | 5 mi NE of LaSalle township, IL | 108147244 | 4617903 | 0 | False | 2019-10-03 18:09:00.000 | IL | Central Daylight Time | 102179 | 310570 |
| Driving | 1 | 3 | FC71D | True | 30 | 10028666: 7257460 | IY33D | 22 | 0 | 5 mi NE of LaSalle township, IL | 108147822 | 4617903 | 0 | False | 2019-10-04 08:48:00.000 | IL | Central Daylight Time | 102179 | 310701 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10028666: 7257460 | IY33D | 9 | 0 | 4 mi NE of LaSalle township, IL | 108148057 | 4617933 | 0 | False | 2019-10-04 09:10:00.000 | IL | Central Daylight Time | 102179 | 310701 |
| Driving | 1 | 3 | FC71D | True | 10 | 10028666: 7257460 | IY33D | 6 | 0 | 4 mi NE of LaSalle township, IL | 108148202 | 4617933 | 0 | False | 2019-10-04 09:19:00.000 | IL | Central Daylight Time | 102179 | 310701 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10028666: 7257460 | IY33D | 13 | 0 | 4 mi NE of LaSalle township, IL | 108148537 | 4617943 | 0 | False | 2019-10-04 09:25:00.000 | IL | Central Daylight Time | 102179 | 310701 |
| Driving | 1 | 3 | FC71D | True | 1564 | 10028666: 7257460 | IY33D | 153 | 0 | 4 mi NE of LaSalle township, IL | 108152698 | 4617943 | 0 | False | 2019-10-04 09:38:00.000 | IL | Central Daylight Time | 102179 | 310701 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10028666: 7257460 | IY33D | 12 | 0 | 1 mi SW of Tiffin, IA | 108152998 | 4619507 | 0 | False | 2019-10-04 12:11:00.000 | IA | Central Daylight Time | 102179 | 310701 |
| Driving | 1 | 3 | FC71D | True | 2639 | 10028666: 7257460 | IY33D | 254 | 0 | 1 mi SW of Tiffin, IA | 108159487 | 4619507 | 0 | False | 2019-10-04 12:23:00.000 | IA | Central Daylight Time | 102179 | 310701 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10028666: 7257460 | IY33D | 32 | 0 | 13 mi S of Cameron, MO | 108160184 | 4622146 | 0 | False | 2019-10-04 16:37:00.000 | MO | Central Daylight Time | 102179 | 310701 |
| Driving | 1 | 3 | FC71D | True | 1542 | 10028666: 7257460 | IY33D | 173 | 0 | 13 mi S of Cameron, MO | 108163999 | 4622146 | 0 | False | 2019-10-04 17:09:00.000 | MO | Central Daylight Time | 102179 | 310701 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10028666: 7257460 | IY33D | 737 | 0 | 3 mi W of Emporia, KS | 108174972 | 4623688 | 0 | False | 2019-10-04 20:02:00.000 | KS | Central Daylight Time | 102179 | 310701 |
| Driving | 1 | 3 | FC71D | True | 1119 | 10028666: 7257460 | IY33D | 110 | 0 | 8 mi W of Albuquerque, NM | 108177108 | 4630580 | 0 | False | 2019-10-05 08:19:00.000 | NM | Central Daylight Time | 102179 | 310701 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10028666: 7257460 | IY33D | 21 | 0 | 17 mi E of Gallup, NM | 108177388 | 4631699 | 0 | False | 2019-10-05 10:09:00.000 | | Central Daylight Time | 102179 | 310701 |
| Driving | 1 | 3 | FC71D | True | 1243 | 10028666: 7257460 | IY33D | 120 | 0 | 18 mi E of Gallup, NM | 108179774 | 4631699 | 0 | False | 2019-10-05 10:30:00.000 | NM | Central Daylight Time | 102179 | 310701 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10028666: 7257460 | IY33D | 25 | 0 | 9 mi WNW of Holbrook, AZ | 108180223 | 4632942 | 0 | False | 2019-10-05 12:30:00.000 | AZ | Central Daylight Time | 102179 | 310701 |
| Driving | 1 | 3 | FC71D | True | 1153 | 10028666: 7257460 | IY33D | 111 | 0 | 9 mi WNW of Holbrook, AZ | 108182274 | 4632942 | 0 | False | 2019-10-05 12:55:00.000 | AZ | Central Daylight Time | 102179 | 310701 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10028666: 7257460 | IY33D | 33 | 0 | 1 mi N of Williams, AZ | 108182837 | 4634095 | 0 | False | 2019-10-05 14:46:00.000 | AZ | Central Daylight Time | 102179 | 310701 |
| Driving | 1 | 3 | FC71D | True | 2703 | 10028666: 7257460 | IY33D | 262 | 0 | 1 mi N of Williams, AZ | 108187012 | 4634095 | 0 | False | 2019-10-05 15:19:00.000 | AZ | Central Daylight Time | 102179 | 310701 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10028666: 7257460 | IY33D | 14 | 0 | 41 mi N of Twentynine Palms, CA | 108187205 | 4636798 | 0 | False | 2019-10-05 19:41:00.000 | | Central Daylight Time | 102179 | 310701 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10028666: 7257460 | IY33D | 1729 | 0 | 41 mi N of Twentynine Palms, CA | 108207009 | 4636798 | 0 | False | 2019-10-05 19:55:00.000 | CA | Central Daylight Time | 102179 | 310701 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10028951: 7263727 | IY33D | 4 | 0 | 2 mi ESE of Santa Fe Springs, CA | 108207017 | 4641021 | 0 | False | 2019-10-07 00:44:00.000 | CA | Central Daylight Time | 102179 | 312102 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10028951: 7263727 | IY33D | 500 | 0 | 2 mi ESE of Santa Fe Springs, CA | 108213388 | 4641022 | 0 | False | 2019-10-07 00:48:00.000 | CA | Central Daylight Time | 102179 | 312102 |
| Driving | 1 | 3 | FC71D | True | 1154 | 10028951: 7263727 | IY33D | 112 | 0 | 1 mi NNW of Williams, AZ | 108216102 | 4645379 | 0 | False | 2019-10-07 09:08:00.000 | AZ | Central Daylight Time | 102179 | 312102 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10028951: 7263727 | IY33D | 21 | 0 | 9 mi WNW of Holbrook, AZ | 108216591 | 4646533 | 0 | False | 2019-10-07 11:00:00.000 | AZ | Central Daylight Time | 102179 | 312102 |
| Driving | 1 | 3 | FC71D | True | 2265 | 10028951: 7263727 | IY33D | 228 | 0 | 9 mi WNW of Holbrook, AZ | 108222374 | 4646533 | 0 | False | 2019-10-07 11:21:00.000 | AZ | Central Daylight Time | 102179 | 312102 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10028951: 7263727 | IY33D | 34 | 0 | 18 mi NW of Bosque Farms, NM | 108223133 | 4648798 | 0 | False | 2019-10-07 15:09:00.000 | NM | Central Daylight Time | 102179 | 312102 |
| Driving | 1 | 3 | FC71D | True | 2909 | 10028951: 7263727 | IY33D | 286 | 0 | 18 mi NW of Bosque Farms, NM | 108228994 | 4648798 | 0 | False | 2019-10-07 15:43:00.000 | NM | Central Daylight Time | 102179 | 312102 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10028951: 7263727 | IY33D | 662 | 0 | 1 mi N of Dalhart, TX | 108238238 | -1 | 0 | False | 2019-10-07 20:29:00.000 | TX | Central Daylight Time | 102179 | 312102 |
| Driving | 1 | 3 | FC71D | True | 3398 | 10028951: 7263727 | IY33D | 358 | 0 | 14 mi N of Bethany, MO | 108247725 | 4657960 | 0 | False | 2019-10-08 07:31:00.000 | MO | Central Daylight Time | 102179 | 312102 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10028951: 7263727 | IY33D | 37 | 0 | 4 mi NE of LaSalle township, IL | 108248845 | 4661358 | 0 | False | 2019-10-08 13:29:00.000 | IL | Central Daylight Time | 102179 | 312102 |
| Driving | 1 | 3 | FC71D | True | 81 | 10028951: 7263727 | IY33D | 7 | 0 | 4 mi NE of LaSalle township, IL | 108249005 | 4661364 | 0 | False | 2019-10-08 14:06:00.000 | IL | Central Daylight Time | 102179 | 312102 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10028951: 7263727 | IY33D | 29 | 0 | 3 mi N of Peru, IL | 108249726 | 4661445 | 0 | False | 2019-10-08 14:13:00.000 | IL | Central Daylight Time | 102179 | 312102 |
| Driving | 1 | 3 | FC71D | True | 14 | 10028951: 7263727 | IY33D | 6 | 0 | 3 mi N of Peru, IL | 108249864 | 4661446 | 0 | False | 2019-10-08 14:42:00.000 | IL | Central Daylight Time | 102179 | 312102 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10028951: 7263727 | IY33D | 6 | 0 | 2 mi N of Peru, IL | 108250009 | 4661460 | 0 | False | 2019-10-08 14:48:00.000 | IL | Central Daylight Time | 102179 | 312102 |
| Driving | 1 | 3 | FC71D | True | 72 | 10028951: 7263727 | IY33D | 19 | 0 | 2 mi N of Peru, IL | 108250572 | 4661460 | 0 | False | 2019-10-08 14:54:00.000 | IL | Central Daylight Time | 102179 | 312102 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10028951: 7263727 | IY33D | 827 | 0 | 5 mi NE of LaSalle township, IL | 108265754 | 4661532 | 0 | False | 2019-10-08 15:13:00.000 | IL | Central Daylight Time | 102179 | 312102 |
| Driving | 1 | 3 | FC71D | True | 21 | 10032630: 7286913 | IY33D | 5 | 0 | 5 mi NE of LaSalle township, IL | 108265834 | 4661534 | 0 | False | 2019-10-09 05:00:00.000 | IL | Central Daylight Time | 102179 | 792236 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10032630: 7286913 | IY33D | 10 | 0 | 4 mi NE of LaSalle township, IL | 108266006 | 4661555 | 0 | False | 2019-10-09 05:05:00.000 | IL | Central Daylight Time | 102179 | 792236 |
| Driving | 1 | 3 | FC71D | True | 36 | 10032630: 7286913 | IY33D | 52 | 0 | 4 mi NE of LaSalle township, IL | 108266918 | 4661555 | 0 | False | 2019-10-09 05:15:00.000 | IL | Central Daylight Time | 102179 | 792236 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10032630: 7286913 | IY33D | 1 | 0 | 5 mi NE of LaSalle township, IL | 108266938 | 4661591 | 0 | False | 2019-10-09 06:07:00.000 | IL | Central Daylight Time | 102179 | 792236 |
| Driving | 1 | 3 | FC71D | True | 1058 | 10032630: 7286913 | IY33D | 109 | 0 | 5 mi NE of LaSalle township, IL | 108269454 | 4661591 | 0 | False | 2019-10-09 06:08:00.000 | IL | Central Daylight Time | 102179 | 792236 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10032630: 7286913 | IY33D | 30 | 0 | 10 mi WSW of Eldridge, IA | 108270192 | 4662649 | 0 | False | 2019-10-09 07:57:00.000 | IA | Central Daylight Time | 102179 | 792236 |
| Driving | 1 | 3 | FC71D | True | 1183 | 10032630: 7286913 | IY33D | 116 | 0 | 10 mi WSW of Eldridge, IA | 108273299 | 4662649 | 0 | False | 2019-10-09 08:27:00.000 | IA | Central Daylight Time | 102179 | 792236 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10032630: 7286913 | IY33D | 53 | 0 | 3 mi ESE of Newton, IA | 108275137 | 4663832 | 0 | False | 2019-10-09 10:23:00.000 | IA | Central Daylight Time | 102179 | 792236 |
| Driving | 1 | 3 | FC71D | True | 1527 | 10032630: 7286913 | IY33D | 148 | 0 | 3 mi ESE of Newton, IA | 108279099 | 4663832 | 0 | False | 2019-10-09 11:16:00.000 | IA | Central Daylight Time | 102179 | 792236 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10032630: 7286913 | IY33D | 11 | 0 | 9 mi S of Bethany township, MO | 108279435 | 4665359 | 0 | False | 2019-10-09 13:44:00.000 | MO | Central Daylight Time | 102179 | 792236 |
| Driving | 1 | 3 | FC71D | True | 471 | 10032630: 7286913 | IY33D | 43 | 0 | 9 mi S of Bethany township, MO | 108280567 | 4665359 | 0 | False | 2019-10-09 13:55:00.000 | MO | Central Daylight Time | 102179 | 792236 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10032630: 7286913 | IY33D | 11 | 0 | 8 mi NNE of Kearney, MO | 108280827 | 4665830 | 0 | False | 2019-10-09 14:38:00.000 | MO | Central Daylight Time | 102179 | 792236 |
| Driving | 1 | 3 | FC71D | True | 1490 | 10032630: 7286913 | IY33D | 159 | 0 | 8 mi NNE of Kearney, MO | 108284818 | 4665830 | 0 | False | 2019-10-09 14:49:00.000 | MO | Central Daylight Time | 102179 | 792236 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10032630: 7286913 | IY33D | 714 | 0 | 3 mi W of Emporia, KS | 108297500 | 4667320 | 0 | False | 2019-10-09 17:28:00.000 | KS | Central Daylight Time | 102179 | 792236 |
| Driving | 1 | 3 | FC71D | True | 962 | 10032630: 7286913 | IY33D | 103 | 0 | 13 mi SE of Edgewood, NM | 108299536 | 4673749 | 0 | False | 2019-10-10 05:22:00.000 | NM | Central Daylight Time | 102179 | 792236 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10032630: 7286913 | IY33D | 14 | 0 | 17 mi ESE of Grants, NM | 108300254 | 4674711 | 0 | False | 2019-10-10 07:05:00.000 | NM | Central Daylight Time | 102179 | 792236 |
| Driving | 1 | 3 | FC71D | True | 62 | 10032630: 7286913 | IY33D | 16 | 0 | 17 mi ESE of Grants, NM | 108300780 | 4674711 | 0 | False | 2019-10-10 07:19:00.000 | NM | Central Daylight Time | 102179 | 792236 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10032630: 7286913 | IY33D | 6 | 0 | 12 mi ESE of Grants, NM | 108300781 | 4674773 | 0 | False | 2019-10-10 07:35:00.000 | NM | Central Daylight Time | 102179 | 792236 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10032630: 7286913 | IY33D | 6 | 0 | 12 mi ESE of Grants, NM | 108300945 | 4674773 | 0 | False | 2019-10-10 07:41:00.000 | NM | Central Daylight Time | 102179 | 792236 |
| Driving | 1 | 3 | FC71D | True | 23 | 10032630: 7286913 | IY33D | 23 | 0 | 12 mi ESE of Grants, NM | 108301573 | 4674773 | 0 | False | 2019-10-10 07:47:00.000 | NM | Central Daylight Time | 102179 | 792236 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10032630: 7286913 | IY33D | 8 | 0 | 11 mi ESE of Grants, NM | 108301667 | 4674796 | 0 | False | 2019-10-10 08:10:00.000 | NM | Central Daylight Time | 102179 | 792236 |
| Driving | 1 | 3 | FC71D | True | 1797 | 10032630: 7286913 | IY33D | 213 | 0 | 11 mi ESE of Grants, NM | 108307547 | 4674796 | 0 | False | 2019-10-10 08:18:00.000 | NM | Central Daylight Time | 102179 | 792236 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10032630: 7286913 | IY33D | 14 | 0 | 9 mi WNW of Holbrook, AZ | 108307963 | 4676593 | 0 | False | 2019-10-10 11:51:00.000 | AZ | Central Daylight Time | 102179 | 792236 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10032630: 7286913 | IY33D | 33 | 0 | 9 mi WNW of Holbrook, AZ | 108308853 | 4676595 | 0 | False | 2019-10-10 12:05:00.000 | AZ | Central Daylight Time | 102179 | 792236 |
| Driving | 1 | 3 | FC71D | True | 2707 | 10032630: 7286913 | IY33D | 267 | 0 | 10 mi WNW of Holbrook, AZ | 108316164 | 4676595 | 0 | False | 2019-10-10 12:38:00.000 | AZ | Central Daylight Time | 102179 | 792236 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10032630: 7286913 | IY33D | 739 | 0 | 17 mi N of Lake Havasu City, AZ | 108329355 | 4679302 | 0 | False | 2019-10-10 17:05:00.000 | AZ | Central Daylight Time | 102179 | 792236 |
| Driving | 1 | 3 | FC71D | True | 1678 | 10032630: 7286913, 100 | IY33D | 211 | 0 | 2 mi ESE of Santa Fe Springs, CA | 108333846 | 4682131 | 0 | False | 2019-10-11 05:24:00.000 | CA | Central Daylight Time | 102179 | 792236, 180502 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10032630: 7286913, 100 | IY33D | 15 | 0 | 44 mi N of Yucca Valley, CA | 108334207 | 4683808 | 0 | False | 2019-10-11 08:55:00.000 | | Central Daylight Time | 102179 | 792236, 180502 |
| Driving | 1 | 3 | FC71D | True | 2303 | 10032630: 7286913, 100 | IY33D | 235 | 0 | 41 mi N of Twentynine Palms, CA | 108340380 | 4683809 | 0 | False | 2019-10-11 09:10:00.000 | CA | Central Daylight Time | 102179 | 792236, 180502 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10032630: 7286913, 100 | IY33D | 36 | 0 | 38 mi W of Williams, AZ | 108341414 | 4686112 | 0 | False | 2019-10-11 13:05:00.000 | AZ | Central Daylight Time | 102179 | 792236, 180502 |
| Driving | 1 | 3 | FC71D | True | 1558 | 10032630: 7286913, 100 | IY33D | 164 | 0 | 38 mi W of Williams, AZ | 108345378 | 4686112 | 0 | False | 2019-10-11 13:41:00.000 | AZ | Central Daylight Time | 102179 | 792236, 180502 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10032630: 7286913, 100 | IY33D | 629 | 0 | 9 mi WNW of Holbrook, AZ | 108356400 | 4687670 | 0 | False | 2019-10-11 16:25:00.000 | AZ | Central Daylight Time | 102179 | 792236, 180502 |
| Sleeper | 1 | 2 | | True | 0 | 10032872: 7308967 | IY33D | 1 | 0 | 16 mi NE of Dalhart, TX | 108356401 | 4693001 | 0 | False | 2019-10-12 02:54:00.000 | TX | Central Daylight Time | 102179 | 180502 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10032872: 7308967 | IY33D | 4 | 0 | 16 mi NE of Dalhart, TX | 108356451 | 4693001 | 0 | False | 2019-10-12 02:55:00.000 | TX | Central Daylight Time | 102179 | 180502 |
| Sleeper | 1 | 2 | | True | 0 | 10032872: 7308967 | IY33D | 3213 | 0 | 16 mi NE of Dalhart, TX | 108399368 | -1 | 0 | False | 2019-10-12 02:59:00.000 | TX | Central Daylight Time | | 180502 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10034695: 598a6020937( | IY33D | 86 | 0 | 5 mi ESE of Amarillo, TX | 108401796 | 4693010 | 0 | False | 2019-10-14 08:32:00.000 | TX | Central Daylight Time | 102179 | 812107 |
| Driving | 1 | 3 | FC71D | True | 8 | 10034695: 598a6020937( | IY33D | 11 | 0 | 5 mi ESE of Amarillo, TX | 108402045 | 4693010 | 0 | False | 2019-10-14 09:58:00.000 | TX | Central Daylight Time | 102179 | 812107 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10034695: 598a6020937( | IY33D | 1 | 0 | 5 mi ESE of Amarillo, TX | 108402067 | 4693018 | 0 | False | 2019-10-14 10:09:00.000 | TX | Central Daylight Time | 102179 | 812107 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10034695: 598a6020937( | IY33D | 7 | 0 | 5 mi ESE of Amarillo, TX | 108402224 | 4693018 | 0 | False | 2019-10-14 10:10:00.000 | TX | Central Daylight Time | 102179 | 812107 |
| Driving | 1 | 3 | FC71D | True | 57 | 10034695: 598a6020937( | IY33D | 9 | 0 | 5 mi ESE of Amarillo, TX | 108402510 | 4693018 | 0 | False | 2019-10-14 10:17:00.000 | TX | Central Daylight Time | 102179 | 812107 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10034695: 598a6020937( | IY33D | 2 | 0 | 2 mi S of Amarillo, TX | 108402530 | 4693075 | 0 | False | 2019-10-14 10:26:00.000 | TX | Central Daylight Time | 102179 | 812107 |
| Driving | 1 | 3 | FC71D | True | 0 | 10034695: 598a6020937( | IY33D | 3 | 0 | 2 mi S of Amarillo, TX | 108402599 | 4693075 | 0 | False | 2019-10-14 10:28:00.000 | TX | Central Daylight Time | 102179 | 812107 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10034695: 598a6020937( | IY33D | 3 | 0 | 2 mi S of Amarillo, TX | 108402661 | 4693075 | 0 | False | 2019-10-14 10:31:00.000 | TX | Central Daylight Time | 102179 | 812107 |
| Driving | 1 | 3 | FC71D | True | 2 | 10034695: 598a6020937( | IY33D | 1 | 0 | 2 mi S of Amarillo, TX | 108402708 | 4693075 | 0 | False | 2019-10-14 10:34:00.000 | TX | Central Daylight Time | 102179 | 812107 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10034695: 598a6020937( | IY33D | 27 | 0 | 2 mi S of Amarillo, TX | 108403419 | 4693077 | 0 | False | 2019-10-14 10:35:00.000 | TX | Central Daylight Time | 102179 | 812107 |
| Driving | 1 | 3 | FC71D | True | 0 | 10034695: 598a6020937( | IY33D | 1 | 0 | 2 mi S of Amarillo, TX | 108403473 | 4693077 | 0 | False | 2019-10-14 11:02:00.000 | TX | Central Daylight Time | 102179 | 812107 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10034695: 598a6020937( | IY33D | 82 | 0 | 2 mi S of Amarillo, TX | 108405550 | 4693077 | 0 | False | 2019-10-14 11:03:00.000 | TX | Central Daylight Time | 102179 | 812107 |
| Driving | 1 | 3 | FC71D | True | 2105 | 10034695: 598a6020937( | IY33D | 208 | 0 | 2 mi S of Amarillo, TX | 108410960 | 4693078 | 0 | False | 2019-10-14 12:25:00.000 | TX | Central Daylight Time | 102179 | 812107 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10034695: 598a6020937( | IY33D | 7 | 0 | 4 mi N of Hinton, OK | 108411118 | 4695183 | 0 | False | 2019-10-14 15:53:00.000 | OK | Central Daylight Time | 102179 | 812107 |
| Driving | 1 | 3 | FC71D | True | 658 | 10034695: 598a6020937( | IY33D | 71 | 0 | 4 mi N of Hinton, OK | 108412940 | 4695184 | 0 | False | 2019-10-14 16:00:00.000 | OK | Central Daylight Time | 102179 | 812107 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10034695: 598a6020937( | IY33D | 14 | 0 | 7 mi S of Choctaw, OK | 108412942 | 4695842 | 0 | False | 2019-10-14 17:11:00.000 | OK | Central Daylight Time | 102179 | 812107 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10034695: 598a6020937( | IY33D | 33 | 0 | 7 mi S of Choctaw, OK | 108413717 | 4695844 | 0 | False | 2019-10-14 17:25:00.000 | OK | Central Daylight Time | 102179 | 812107 |
| Driving | 1 | 3 | FC71D | True | 1517 | 10034695: 598a6020937( | IY33D | 147 | 0 | 7 mi S of Choctaw, OK | 108416508 | 4695844 | 0 | False | 2019-10-14 17:58:00.000 | OK | Central Daylight Time | 102179 | 812107 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10034695: 598a6020937( | IY33D | 6 | 0 | 5 mi W of Muldrow, OK | 108416523 | 4697361 | 0 | False | 2019-10-14 20:25:00.000 | OK | Central Daylight Time | 102179 | 812107 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10034695: 598a6020937( | IY33D | 23 | 0 | 5 mi W of Muldrow, OK | 108416883 | 4697361 | 0 | False | 2019-10-14 20:31:00.000 | OK | Central Daylight Time | 102179 | 812107 |
| Driving | 1 | 3 | FC71D | True | 1500 | 10034695: 598a6020937( | IY33D | 150 | 0 | 5 mi W of Muldrow, OK | 108419090 | 4697361 | 0 | False | 2019-10-14 20:54:00.000 | OK | Central Daylight Time | 102179 | 812107 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10034695: 598a6020937( | IY33D | 728 | 0 | 6 mi SSE of Conway, AR | 108433126 | 4698861 | 0 | False | 2019-10-14 23:24:00.000 | AR | Central Daylight Time | 102179 | 812107 |
| Driving | 1 | 3 | FC71D | True | 1826 | 10034695: 598a6020937( | IY33D | 178 | 0 | 8 mi ENE of Abingdon, VA | 108437866 | 4705726 | 0 | False | 2019-10-15 11:32:00.000 | VA | Central Daylight Time | 102179 | 812107 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OffDuty | 1 | 1 | FC71D | True | 0 | 10034695: 598a6020937 | IY33D | 10 | 0 | 13 mi SE of Craigsville, VA | 108438147 | 4707552 | 0 | False | 2019-10-15 14:30:00.000 | VA | Central Daylight Time | 102179 | 812107 |
| Driving | 1 | 3 | FC71D | True | 2014 | 10034695: 598a6020937 | IY33D | 254 | 0 | 13 mi SE of Craigsville, VA | 108444319 | 4707552 | 0 | False | 2019-10-15 14:40:00.000 | VA | Central Daylight Time | 102179 | 812107 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10034695: 598a6020937 | IY33D | 11 | 0 | 6 mi NE of Laurel, MD | 108444575 | 4709566 | 0 | False | 2019-10-15 18:54:00.000 | MD | Central Daylight Time | 102179 | 812107 |
| Driving | 1 | 3 | FC71D | True | 0 | 10034695: 598a6020937 | IY33D | 1 | 0 | 6 mi NE of Laurel, MD | 108444576 | 4709566 | 0 | False | 2019-10-15 19:05:00.000 | MD | Central Daylight Time | 102179 | 812107 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10034695: 598a6020937 | IY33D | 5 | 0 | 6 mi NE of Laurel, MD | 108444681 | 4709566 | 0 | False | 2019-10-15 19:06:00.000 | MD | Central Daylight Time | 102179 | 812107 |
| Driving | 1 | 3 | FC71D | True | 4 | 10034695: 598a6020937 | IY33D | 5 | 0 | 6 mi NE of Laurel, MD | 108444810 | 4709567 | 0 | False | 2019-10-15 19:11:00.000 | MD | Central Daylight Time | 102179 | 812107 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10034695: 598a6020937 | IY33D | 33 | 0 | 6 mi NE of Laurel, MD | 108445523 | 4709571 | 0 | False | 2019-10-15 19:16:00.000 | MD | Central Daylight Time | 102179 | 812107 |
| Driving | 1 | 3 | FC71D | True | 1165 | 10034695: 598a6020937 | IY33D | 146 | 0 | 6 mi NE of Laurel, MD | 108448075 | 4709572 | 0 | False | 2019-10-15 19:49:00.000 | MD | Central Daylight Time | 102179 | 812107 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10034695: 598a6020937 | IY33D | 31 | 0 | East Hanover townshi, PA | 108448477 | 4710737 | 0 | False | 2019-10-15 22:15:00.000 | PA | Central Daylight Time | 102179 | 812107 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10034695: 598a6020937 | IY33D | 150 | 0 | East Hanover townshi, PA | 108450683 | 4710737 | 0 | False | 2019-10-15 22:46:00.000 | PA | Central Daylight Time | 102179 | 812107 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10036679: 21222288 | IY33D | 662 | 0 | East Hanover townshi, PA | 108464667 | 4710737 | 0 | False | 2019-10-16 01:16:00.000 | PA | Central Daylight Time | 102179 | 554205 |
| Driving | 1 | 3 | FC71D | True | 3301 | 10036679: 21222288 | IY33D | 344 | 0 | 6 mi WSW of Lamar township, PA | 108473578 | 4712940 | 0 | False | 2019-10-16 12:18:00.000 | PA | Central Daylight Time | 102179 | 554205 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10036679: 21222288 | IY33D | 10 | 0 | 5 mi ESE of Crane township, OH | 108473668 | 4716241 | 0 | False | 2019-10-16 18:02:00.000 | OH | Central Daylight Time | 102179 | 554205 |
| Driving | 1 | 3 | FC71D | True | 804 | 10036679: 21222288 | IY33D | 88 | 0 | 5 mi ESE of Crane township, OH | 108475784 | 4716241 | 0 | False | 2019-10-16 18:12:00.000 | OH | Central Daylight Time | 102179 | 554205 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10036679: 21222288 | IY33D | 43 | 0 | 1 mi N of Van Wert, OH | 108476623 | 4717045 | 0 | False | 2019-10-16 19:40:00.000 | OH | Central Daylight Time | 102179 | 554205 |
| Driving | 1 | 3 | FC71D | True | 1045 | 10036679: 21222288 | IY33D | 132 | 0 | 1 mi N of Van Wert, OH | 108479180 | 4717045 | 0 | False | 2019-10-16 20:23:00.000 | OH | Central Daylight Time | 102179 | 554205 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10036679: 21222288 | IY33D | 13 | 0 | 1 mi NNE of Center township, IN | 108479375 | 4718090 | 0 | False | 2019-10-16 22:35:00.000 | IN | Central Daylight Time | 102179 | 554205 |
| Driving | 1 | 3 | FC71D | True | 412 | 10036679: 21222288 | IY33D | 52 | 0 | 1 mi NNE of Center township, IN | 108480316 | 4718090 | 0 | False | 2019-10-16 22:48:00.000 | IN | Central Daylight Time | 102179 | 554205 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10036679: 21222288 | IY33D | 720 | 0 | 3 mi SW of Washington township, IN | 108494843 | 4718502 | 0 | False | 2019-10-16 23:40:00.000 | IN | Central Daylight Time | 102179 | 554205 |
| Driving | 1 | 3 | FC71D | True | 3152 | 10036679: 21222288, 10 | IY33D | 312 | 0 | 2 mi W of Lakeville, MN | 108503287 | 4723980 | 0 | False | 2019-10-17 11:40:00.000 | MN | Central Daylight Time | 102179 | 554205, 310493 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10036679: 21222288, 10 | IY33D | 14 | 0 | 11 mi S of Harlan, IA | 108503459 | 4727132 | 0 | False | 2019-10-17 16:52:00.000 | IA | Central Daylight Time | 102179 | 554205, 310493 |
| Driving | 1 | 3 | FC71D | True | 1058 | 10036679: 21222288, 10 | IY33D | 119 | 0 | 11 mi S of Harlan, IA | 108506328 | 4727132 | 0 | False | 2019-10-17 17:06:00.000 | IA | Central Daylight Time | 102179 | 554205, 310493 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10036679: 21222288, 10 | IY33D | 34 | 0 | 6 mi W of Lincoln, NE | 108507065 | 4728190 | 0 | False | 2019-10-17 19:05:00.000 | NE | Central Daylight Time | 102179 | 554205, 310493 |
| Driving | 1 | 3 | FC71D | True | 654 | 10036679: 21222288, 10 | IY33D | 68 | 0 | 6 mi W of Lincoln, NE | 108508394 | 4728190 | 0 | False | 2019-10-17 19:39:00.000 | NE | Central Daylight Time | 102179 | 554205, 310493 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10036679: 21222288, 10 | IY33D | 36 | 0 | 3 mi S of Aurora, NE | 108509059 | 4728844 | 0 | False | 2019-10-17 20:47:00.000 | NE | Central Daylight Time | 102179 | 554205, 310493 |
| Driving | 1 | 3 | FC71D | True | 1067 | 10036679: 21222288, 10 | IY33D | 98 | 0 | 3 mi S of Aurora, NE | 108510785 | 4728844 | 0 | False | 2019-10-17 21:23:00.000 | NE | Central Daylight Time | 102179 | 554205, 310493 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10036679: 21222288, 10 | IY33D | 677 | 0 | 6 mi SE of Cozad, NE | 108522894 | 4729911 | 0 | False | 2019-10-17 23:01:00.000 | NE | Central Daylight Time | 102179 | 554205, 310493 |
| Driving | 1 | 3 | FC71D | True | 1251 | 10035399: 7356156 | IY33D | 134 | 0 | 1 mi WSW of Evanston, WY | 108526655 | 4736368 | 0 | False | 2019-10-18 10:18:00.000 | WY | Central Daylight Time | 102179 | 310493 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10035399: 7356156 | IY33D | 27 | 0 | 2 mi W of Springville, UT | 108527780 | 4737619 | 0 | False | 2019-10-18 12:32:00.000 | UT | Central Daylight Time | 102179 | 310493 |
| Driving | 1 | 3 | FC71D | True | 2008 | 10035399: 7356156 | IY33D | 188 | 0 | 2 mi W of Springville, UT | 108533004 | 4737619 | 0 | False | 2019-10-18 12:59:00.000 | UT | Central Daylight Time | 102179 | 310493 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10035399: 7356156 | IY33D | 9 | 0 | 3 mi N of Cedar City, UT | 108532199 | 4739627 | 0 | False | 2019-10-18 16:07:00.000 | UT | Central Daylight Time | 102179 | 310493 |
| Driving | 1 | 3 | FC71D | True | 600 | 10035399: 7356156 | IY33D | 63 | 0 | 3 mi N of Cedar City, UT | 108533677 | 4739627 | 0 | False | 2019-10-18 16:16:00.000 | UT | Central Daylight Time | 102179 | 310493 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10035399: 7356156 | IY33D | 34 | 0 | 3 mi S of St. George, UT | 108534378 | 4740227 | 0 | False | 2019-10-18 17:19:00.000 | UT | Central Daylight Time | 102179 | 310493 |
| Driving | 1 | 3 | FC71D | True | 2102 | 10035399: 7356156 | IY33D | 238 | 0 | 3 mi S of St. George, UT | 108539268 | 4740228 | 0 | False | 2019-10-18 17:53:00.000 | UT | Central Daylight Time | 102179 | 310493 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10035399: 7356156 | IY33D | 2314 | 0 | 59 mi ENE of Barstow, CA | 108571347 | 4742330 | 0 | False | 2019-10-18 21:51:00.000 | CA | Central Daylight Time | 102179 | 310493 |
| Sleeper | 1 | 2 | | True | 0 | 0000000: 00000 | IY33D | 1 | 0 | 5 mi N of Riverside, CA | 108571349 | 4745952 | 0 | False | 2019-10-20 12:25:00.000 | CA | Central Daylight Time | 102179 | 00000 |
| Sleeper | 1 | 2 | | True | 0 | 0000000: 00000 | | 3705 | 0 | 5 mi N of Riverside, CA | 108635741 | -1 | 0 | False | 2019-10-20 12:26:00.000 | CA | Central Daylight Time | | 00000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 0000000: 00000, 100369 | IY33D | 343 | 0 | 4 mi WSW of Grand Terrace, CA | 108641832 | 4745956 | 0 | False | 2019-10-23 02:11:00.000 | CA | Central Daylight Time | 102179 | 00000, 810662 |
| Driving | 1 | 3 | FC71D | True | 1735 | 0000000: 00000, 100369 | IY33D | 176 | 0 | 5 mi SW of Barstow, CA | 108646953 | 4748020 | 0 | False | 2019-10-23 07:54:00.000 | CA | Central Daylight Time | 102179 | 00000, 810662 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 0000000: 00000, 100369 | IY33D | 16 | 0 | 17 mi N of Lake Havasu City, AZ | 108647013 | 4749755 | 0 | False | 2019-10-23 10:50:00.000 | AZ | Central Daylight Time | 102179 | 00000, 810662 |
| Driving | 1 | 3 | FC71D | True | 1559 | 0000000: 00000, 100369 | IY33D | 160 | 0 | 17 mi N of Lake Havasu City, AZ | 108651401 | 4749755 | 0 | False | 2019-10-23 11:06:00.000 | AZ | Central Daylight Time | 102179 | 00000, 810662 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 0000000: 00000, 100369 | IY33D | 36 | 0 | 1 mi N of Williams, AZ | 108652429 | 4751314 | 0 | False | 2019-10-23 13:46:00.000 | AZ | Central Daylight Time | 102179 | 00000, 810662 |
| Driving | 1 | 3 | FC71D | True | 3018 | 0000000: 00000, 100369 | IY33D | 282 | 0 | 1 mi N of Williams, AZ | 108659594 | 4751314 | 0 | False | 2019-10-23 14:22:00.000 | AZ | Central Daylight Time | 102179 | 00000, 810662 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 0000000: 00000, 100369 | IY33D | 683 | 0 | 17 mi ESE of Grants, NM | 108671265 | 4754332 | 0 | False | 2019-10-23 19:04:00.000 | NM | Central Daylight Time | 102179 | 00000, 810662 |
| Driving | 1 | 3 | FC71D | True | 1356 | 0000000: 00000, 100369 | IY33D | 136 | 0 | 1 mi S of South Hutchinson, KS | 108674282 | 4760656 | 0 | False | 2019-10-24 06:27:00.000 | KS | Central Daylight Time | 102179 | 00000, 810662, 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 0000000: 00000, 100369 | IY33D | 19 | 0 | 15 mi SSE of Osage City, KS | 108674745 | 4762012 | 0 | False | 2019-10-24 08:43:00.000 | KS | Central Daylight Time | 102179 | 00000, 810662, 000000 |
| Driving | 1 | 3 | FC71D | True | 2429 | 0000000: 00000, 100369 | IY33D | 235 | 0 | 15 mi SSE of Osage City, KS | 108681503 | 4762012 | 0 | False | 2019-10-24 09:02:00.000 | KS | Central Daylight Time | 102179 | 00000, 810662, 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 0000000: 00000, 100369 | IY33D | 35 | 0 | 5 mi WNW of Macon, MO | 108682397 | 4764441 | 0 | False | 2019-10-24 12:57:00.000 | MO | Central Daylight Time | 102179 | 00000, 810662, 000000 |
| Driving | 1 | 3 | FC71D | True | 3023 | 0000000: 00000, 100369 | IY33D | 283 | 0 | 5 mi WNW of Macon, MO | 108689599 | 4764441 | 0 | False | 2019-10-24 13:32:00.000 | MO | Central Daylight Time | 102179 | 00000, 810662, 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 0000000: 00000, 100369 | IY33D | 783 | 0 | 4 mi NE of LaSalle township, IL | 108702763 | 4767464 | 0 | False | 2019-10-24 18:15:00.000 | IL | Central Daylight Time | 102179 | 00000, 810662, 000000 |
| Driving | 1 | 3 | FC71D | True | 23 | 10036965: 00000, 10038 | IY33D | 23 | 0 | 5 mi NE of LaSalle township, IL | 108703278 | 4767626 | 0 | False | 2019-10-25 07:18:00.000 | IL | Central Daylight Time | 102179 | 000000, 311586 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10036965: 00000, 10038 | IY33D | 4 | 0 | 4 mi NE of LaSalle township, IL | 108703363 | 4767649 | 0 | False | 2019-10-25 07:41:00.000 | IL | Central Daylight Time | 102179 | 000000, 311586 |
| Driving | 1 | 3 | FC71D | True | 3 | 10036965: 00000, 10038 | IY33D | 3 | 0 | 4 mi NE of LaSalle township, IL | 108703423 | 4767649 | 0 | False | 2019-10-25 07:45:00.000 | IL | Central Daylight Time | 102179 | 000000, 311586 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10036965: 00000, 10038 | IY33D | 12 | 0 | 4 mi NE of LaSalle township, IL | 108703703 | 4767652 | 0 | False | 2019-10-25 07:48:00.000 | IL | Central Daylight Time | 102179 | 000000, 311586 |
| Driving | 1 | 3 | FC71D | True | 3963 | 10036965: 00000, 10038 | IY33D | 368 | 0 | 4 mi NE of LaSalle township, IL | 108714526 | 4767652 | 0 | False | 2019-10-25 08:00:00.000 | IL | Central Daylight Time | 102179 | 000000, 311586 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10036965: 00000, 10038 | IY33D | 37 | 0 | 6 mi NE of Grand River township, MO | 108715420 | 4771615 | 0 | False | 2019-10-25 14:08:00.000 | MO | Central Daylight Time | 102179 | 000000, 311586 |
| Driving | 1 | 3 | FC71D | True | 2469 | 10036965: 00000, 10038 | IY33D | 250 | 0 | 6 mi NE of Grand River township, MO | 108721513 | 4771615 | 0 | False | 2019-10-25 14:45:00.000 | MO | Central Daylight Time | 102179 | 000000, 311586 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10036965: 00000, 10038 | IY33D | 735 | 0 | 1 mi E of Newton, KS | 108732698 | 4774084 | 0 | False | 2019-10-25 18:55:00.000 | KS | Central Daylight Time | 102179 | 000000, 311586 |
| Driving | 1 | 3 | FC71D | True | 870 | 10038431: 7422157, 100 | IY33D | 84 | 0 | 17 mi ESE of Grants, NM | 108734307 | 4780767 | 0 | False | 2019-10-26 07:03:00.000 | NM | Central Daylight Time | 102179 | 311586, 792184 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10038431: 7422157, 100 | IY33D | 25 | 0 | 5 mi WSW of Gallup, NM | 108734777 | 4781637 | 0 | False | 2019-10-26 08:34:00.000 | NM | Central Daylight Time | 102179 | 311586, 792184 |
| Driving | 1 | 3 | FC71D | True | 2157 | 10038431: 7422157, 100 | IY33D | 200 | 0 | 5 mi WSW of Gallup, NM | 108738907 | 4781637 | 0 | False | 2019-10-26 08:59:00.000 | NM | Central Daylight Time | 102179 | 311586, 792184 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10038431: 7422157, 100 | IY33D | 21 | 0 | 1 mi N of Williams, AZ | 108739377 | 4783794 | 0 | False | 2019-10-26 12:19:00.000 | AZ | Central Daylight Time | 102179 | 311586, 792184 |
| Driving | 1 | 3 | FC71D | True | 985 | 10038431: 7422157, 100 | IY33D | 93 | 0 | 1 mi N of Williams, AZ | 108741251 | 4783794 | 0 | False | 2019-10-26 12:40:00.000 | AZ | Central Daylight Time | 102179 | 311586, 792184 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10038431: 7422157, 100 | IY33D | 37 | 0 | 15 mi E of Kingman, AZ | 108741932 | 4784779 | 0 | False | 2019-10-26 14:13:00.000 | AZ | Central Daylight Time | 102179 | 311586, 792184 |
| Driving | 1 | 3 | FC71D | True | 2660 | 10038431: 7422157, 100 | IY33D | 251 | 0 | 15 mi E of Kingman, AZ | 108746065 | 4784779 | 0 | False | 2019-10-26 14:50:00.000 | AZ | Central Daylight Time | 102179 | 311586, 792184 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10038431: 7422157, 100 | IY33D | 703 | 0 | 6 mi WSW of Hesperia, CA | 108753504 | 4787439 | 0 | False | 2019-10-26 19:01:00.000 | CA | Central Daylight Time | 102179 | 311586, 792184 |
| Driving | 1 | 3 | FC71D | True | 3539 | 10038677: 7429709 | IY33D | 345 | 0 | 1 mi N of Williams, AZ | 108758409 | 4792812 | 0 | False | 2019-10-27 06:44:00.000 | AZ | Central Daylight Time | 102179 | 792184 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10038677: 7429709 | IY33D | 10 | 0 | 5 mi W of Albuquerque, NM | 108758544 | 4796351 | 0 | False | 2019-10-27 12:29:00.000 | NM | Central Daylight Time | 102179 | 792184 |
| Driving | 1 | 3 | FC71D | True | 442 | 10038677: 7429709 | IY33D | 48 | 0 | 5 mi W of Albuquerque, NM | 108759211 | 4796351 | 0 | False | 2019-10-27 12:39:00.000 | NM | Central Daylight Time | 102179 | 792184 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10038677: 7429709 | IY33D | 36 | 0 | 9 mi SE of Edgewood, NM | 108759683 | 4796793 | 0 | False | 2019-10-27 13:27:00.000 | NM | Central Daylight Time | 102179 | 792184 |
| Driving | 1 | 3 | FC71D | True | 1406 | 10038677: 7429709 | IY33D | 132 | 0 | 12 mi SE of Edgewood, NM | 108761462 | 4796793 | 0 | False | 2019-10-27 14:03:00.000 | NM | Central Daylight Time | 102179 | 792184 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10038677: 7429709 | IY33D | 30 | 0 | 2 mi ESE of Tucumcari, NM | 108761849 | 4798199 | 0 | False | 2019-10-27 16:15:00.000 | NM | Central Daylight Time | 102179 | 792184 |
| Driving | 1 | 3 | FC71D | True | 955 | 10038677: 7429709 | IY33D | 98 | 0 | 2 mi SE of Tucumcari, NM | 108763146 | 4798200 | 0 | False | 2019-10-27 16:45:00.000 | NM | Central Daylight Time | 102179 | 792184 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10038677: 7429709 | IY33D | 12 | 0 | Dalhart, TX | 108763215 | 4799155 | 0 | False | 2019-10-27 18:23:00.000 | TX | Central Daylight Time | 102179 | 792184 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10038677: 7429709 | IY33D | 682 | 0 | Dalhart, TX | 108768974 | 4799155 | 0 | False | 2019-10-27 18:35:00.000 | TX | Central Daylight Time | 102179 | 792184 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10038677: 7429709, 100 | IY33D | 11 | 0 | 5 mi WNW of Macon, MO | 108769104 | 4805813 | 0 | False | 2019-10-28 05:57:00.000 | MO | Central Daylight Time | 102179 | 792184, 311578 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10038677: 7429709, 100 | IY33D | 6 | 0 | 5 mi WNW of Macon, MO | 108769158 | 4805813 | 0 | False | 2019-10-28 06:08:00.000 | MO | Central Daylight Time | 102179 | 792184, 311578 |
| Driving | 1 | 3 | FC71D | True | 1349 | 10038677: 7429709, 100 | IY33D | 135 | 0 | 5 mi WNW of Macon, MO | 108771365 | 4805813 | 0 | False | 2019-10-28 06:14:00.000 | MO | Central Daylight Time | 102179 | 792184, 311578 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10038677: 7429709, 100 | IY33D | 17 | 0 | 1 mi S of South Jacksonville, IL | 108771732 | 4807162 | 0 | False | 2019-10-28 08:29:00.000 | IL | Central Daylight Time | 102179 | 792184, 311578 |
| Driving | 1 | 3 | FC71D | True | 1640 | 10038677: 7429709, 100 | IY33D | 158 | 0 | 1 mi S of South Jacksonville, IL | 108775776 | 4807162 | 0 | False | 2019-10-28 08:46:00.000 | IL | Central Daylight Time | 102179 | 792184, 311578 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10038677: 7429709, 100 | IY33D | 12 | 0 | 1 mi NNE of Dwight, IL | 108776124 | 4808802 | 0 | False | 2019-10-28 11:24:00.000 | IL | Central Daylight Time | 102179 | 792184, 311578 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10038677: 7429709, 100 | IY33D | 20 | 0 | 1 mi NNE of Dwight, IL | 108776627 | 4808803 | 0 | False | 2019-10-28 11:36:00.000 | IL | Central Daylight Time | 102179 | 792184, 311578 |
| Driving | 1 | 3 | FC71D | True | 813 | 10038677: 7429709, 100 | IY33D | 123 | 0 | 1 mi NNE of Dwight, IL | 108779859 | 4808803 | 0 | False | 2019-10-28 11:56:00.000 | IL | Central Daylight Time | 102179 | 792184, 311578 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10038677: 7429709, 100 | IY33D | 8 | 0 | 3 mi SE of East Chicago, IN | 108779910 | 4809616 | 0 | False | 2019-10-28 13:59:00.000 | IN | Central Daylight Time | 102179 | 792184, 311578 |
| Driving | 1 | 3 | FC71D | True | 7 | 10038677: 7429709, 100 | IY33D | 10 | 0 | 3 mi SE of East Chicago, IN | 108780266 | 4809616 | 0 | False | 2019-10-28 14:07:00.000 | IN | Central Daylight Time | 102179 | 792184, 311578 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10038677: 7429709, 100 | IY33D | 7 | 0 | 3 mi SSE of East Chicago, IN | 108780354 | 4809623 | 0 | False | 2019-10-28 14:17:00.000 | IN | Central Daylight Time | 102179 | 792184, 311578 |
| Driving | 1 | 3 | FC71D | True | 984 | 10038677: 7429709, 100 | IY33D | 121 | 0 | 3 mi SSE of East Chicago, IN | 108783343 | 4809623 | 0 | False | 2019-10-28 14:24:00.000 | IN | Central Daylight Time | 102179 | 792184, 311578 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10038677: 7429709, 100 | IY33D | 2 | 0 | 4 mi NE of LaSalle township, IL | 108783424 | 4810607 | 0 | False | 2019-10-28 16:25:00.000 | IL | Central Daylight Time | 102179 | 792184, 311578 |
| Driving | 1 | 3 | FC71D | True | 83 | 10038677: 7429709, 100 | IY33D | 15 | 0 | 4 mi NE of LaSalle township, IL | 108783900 | 4810607 | 0 | False | 2019-10-28 16:27:00.000 | IL | Central Daylight Time | 102179 | 792184, 311578 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10038677: 7429709, 100 | IY33D | 7 | 0 | 2 mi N of Peru, IL | 108783929 | 4810690 | 0 | False | 2019-10-28 16:42:00.000 | IL | Central Daylight Time | 102179 | 792184, 311578 |
| Driving | 1 | 3 | FC71D | True | 16 | 10038677: 7429709, 100 | IY33D | 6 | 0 | 2 mi N of Peru, IL | 108784150 | 4810690 | 0 | False | 2019-10-28 16:49:00.000 | IL | Central Daylight Time | 102179 | 792184, 311578 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10038677: 7429709, 100 | IY33D | 42 | 0 | 3 mi N of Peru, IL | 108784976 | 4810706 | 0 | False | 2019-10-28 16:55:00.000 | IL | Central Daylight Time | 102179 | 792184, 311578 |
| Driving | 1 | 3 | FC71D | True | 77 | 10038677: 7429709, 100 | IY33D | 13 | 0 | 3 mi N of Peru, IL | 108785275 | 4810706 | 0 | False | 2019-10-28 17:37:00.000 | IL | Central Daylight Time | 102179 | 792184, 311578 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10040913: 7454556 | IY33D | 1020 | 0 | 5 mi NE of LaSalle township, IL | 108802850 | -1 | 0 | False | 2019-10-28 17:50:00.000 | IL | Central Daylight Time | 102179 | 311578 |
| Sleeper | 1 | 2 | | True | 0 | 10040913: 7454556 | IY33D | 0 | 0 | 5 mi NE of LaSalle township, IL | 108802856 | 4810783 | 0 | False | 2019-10-29 10:50:00.000 | IL | Central Daylight Time | 102179 | 311578 |
| Sleeper | 1 | 2 | | True | 0 | 10040913: 7454556 | IY33D | 240 | 0 | 5 mi NE of LaSalle township, IL | 108809574 | -1 | 0 | False | 2019-10-29 10:50:00.000 | IL | Central Daylight Time | | 311578 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10040913: 7454556 | IY33D | 907 | 0 | 5 mi NE of LaSalle township, IL | 108826177 | 4811163 | 0 | False | 2019-10-29 14:50:00.000 | IL | Central Daylight Time | 102179 | 311578 |
| Driving | 1 | 3 | FC71D | True | 1070 | 10040913: 7454556 | IY33D | 126 | 0 | 4 mi NE of LaSalle township, IL | 108828884 | 4811239 | 0 | False | 2019-10-30 05:57:00.000 | IL | Central Daylight Time | 102179 | 311578 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10040913: 7454556 | IY33D | 25 | 0 | 10 mi WSW of Eldridge, IA | 108829586 | 4812309 | 0 | False | 2019-10-30 08:03:00.000 | IA | Central Daylight Time | 102179 | 311578 |
| Driving | 1 | 3 | FC71D | True | 2026 | 10040913: 7454556 | IY33D | 195 | 0 | 10 mi WSW of Eldridge, IA | 108834914 | 4812309 | 0 | False | 2019-10-30 08:28:00.000 | IA | Central Daylight Time | 102179 | 311578 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10040913: 7454556 | IY33D | 45 | 0 | 2 mi WNW of Osceola, IA | 108836120 | 4814335 | 0 | False | 2019-10-30 11:43:00.000 | IA | Central Daylight Time | 102179 | 311578 |
| Driving | 1 | 3 | FC71D | True | 1798 | 10040913: 7454556 | IY33D | 180 | 0 | 2 mi WNW of Osceola, IA | 108841152 | 4814335 | 0 | False | 2019-10-30 12:28:00.000 | IA | Central Daylight Time | 102179 | 311578 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10040913: 7454556 | IY33D | 10 | 0 | 6 mi NNW of Eudora, KS | 108841369 | 4816133 | 0 | False | 2019-10-30 15:28:00.000 | KS | Central Daylight Time | 102179 | 311578 |
| Driving | 1 | 3 | FC71D | True | 1012 | 10040913: 7454556 | IY33D | 103 | 0 | 6 mi NNW of Eudora, KS | 108843962 | 4816133 | 0 | False | 2019-10-30 15:38:00.000 | KS | Central Daylight Time | 102179 | 311578 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10040913: 7454556 | IY33D | 738 | 0 | 18 mi S of Council Grove, KS | 108856700 | 4817145 | 0 | False | 2019-10-30 17:21:00.000 | KS | Central Daylight Time | 102179 | 311578 |
| Driving | 1 | 3 | FC71D | True | 1359 | 10040913: 7454556 | IY33D | 140 | 0 | 8 mi W of Albuquerque, NM | 108859475 | 4823898 | 0 | False | 2019-10-31 05:39:00.000 | NM | Central Daylight Time | 102179 | 311578 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10040913: 7454556 | IY33D | 44 | 0 | 5 mi WSW of Gallup, NM | 108860620 | 4825257 | 0 | False | 2019-10-31 07:59:00.000 | NM | Central Daylight Time | 102179 | 311578 |
| Driving | 1 | 3 | FC71D | True | 1422 | 10040913: 7454556 | IY33D | 138 | 0 | 6 mi WSW of Gallup, NM | 108865291 | 4825260 | 0 | False | 2019-10-31 08:43:00.000 | NM | Central Daylight Time | 102179 | 311578 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10040913: 7454556 | IY33D | 27 | 0 | 18 mi WNW of Winslow, AZ | 108866498 | 4826682 | 0 | False | 2019-10-31 11:01:00.000 | AZ | Central Daylight Time | 102179 | 311578 |
| Driving | 1 | 3 | FC71D | True | 2895 | 10040913: 7454556 | IY33D | 282 | 0 | 18 mi WNW of Winslow, AZ | 108874904 | 4826682 | 0 | False | 2019-10-31 11:28:00.000 | AZ | Central Daylight Time | 102179 | 311578 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10040913: 7454556 | IY33D | 32 | 0 | 34 mi W of Needles, CA | 108875678 | 4829577 | 0 | False | 2019-10-31 16:10:00.000 | CA | Central Daylight Time | 102179 | 311578 |
| Driving | 1 | 3 | FC71D | True | 779 | 10040913: 7454556 | IY33D | 74 | 0 | 34 mi W of Needles, CA | 108877441 | 4829577 | 0 | False | 2019-10-31 16:42:00.000 | CA | Central Daylight Time | 102179 | 311578 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10040913: 7454556 | IY33D | 853 | 0 | 29 mi ESE of Barstow, CA | 108891752 | 4830356 | 0 | False | 2019-10-31 17:56:00.000 | CA | Central Daylight Time | 102179 | 311578 |
| Driving | 1 | 3 | FC71D | True | 1 | 10041080: 7473283 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 108891828 | 4832148 | 0 | False | 2019-11-01 08:09:00.000 | CA | Central Daylight Time | 102179 | 310380 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10041080: 7473283 | IY33D | 9 | 0 | 2 mi ESE of Santa Fe Springs, CA | 108892036 | 4832149 | 0 | False | 2019-11-01 08:12:00.000 | CA | Central Daylight Time | 102179 | 310380 |
| Driving | 1 | 3 | FC71D | True | 48 | 10041080: 7473283 | IY33D | 36 | 0 | 2 mi ESE of Santa Fe Springs, CA | 108892926 | 4832150 | 0 | False | 2019-11-01 08:21:00.000 | CA | Central Daylight Time | 102179 | 310380 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10041080: 7473283 | IY33D | 3 | 0 | 1 mi ESE of Pico Rivera, CA | 108892947 | 4832198 | 0 | False | 2019-11-01 08:57:00.000 | CA | Central Daylight Time | 102179 | 310380 |
| Driving | 1 | 3 | FC71D | True | 1042 | 10041080: 7473283 | IY33D | 132 | 0 | 1 mi ESE of Pico Rivera, CA | 108896813 | 4832198 | 0 | False | 2019-11-01 09:00:00.000 | CA | Central Daylight Time | 102179 | 310380 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10041080: 7473283 | IY33D | 44 | 0 | 5 mi SW of Barstow, CA | 108898085 | 4833240 | 0 | False | 2019-11-01 11:12:00.000 | CA | Central Daylight Time | 102179 | 310380 |
| Driving | 1 | 3 | FC71D | True | 4430 | 10041080: 7473283 | IY33D | 428 | 0 | 5 mi SW of Barstow, CA | 108910074 | 4833242 | 0 | False | 2019-11-01 11:56:00.000 | CA | Central Daylight Time | 102179 | 310380 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10041080: 7473283 | IY33D | 1 | 0 | 10 mi WNW of Holbrook, AZ | 108910088 | 4837672 | 0 | False | 2019-11-01 19:04:00.000 | AZ | Central Daylight Time | 102179 | 310380 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10041080: 7473283 | IY33D | 677 | 0 | 10 mi WNW of Holbrook, AZ | 108919788 | 4837672 | 0 | False | 2019-11-01 19:05:00.000 | AZ | Central Daylight Time | 102179 | 310380 |
| Driving | 1 | 3 | FC71D | True | 1875 | 10041080: 7473283, 100 | IY33D | 197 | 0 | 1 mi E of Liberal, KS | 108923260 | 4843995 | 0 | False | 2019-11-02 06:22:00.000 | KS | Central Daylight Time | 102179 | 310380, 811319 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10041080: 7473283, 100 | IY33D | 17 | 0 | 1 mi S of South Hutchinson, KS | 108923553 | 4845870 | 0 | False | 2019-11-02 09:39:00.000 | KS | Central Daylight Time | 102179 | 310380, 811319 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10041080: 7473283, 100 | IY33D | 33 | 0 | 1 mi S of South Hutchinson, KS | 108924096 | 4845873 | 0 | False | 2019-11-02 09:56:00.000 | KS | Central Daylight Time | 102179 | 310380, 811319 |
| Driving | 1 | 3 | FC71D | True | 1551 | 10041080: 7473283, 100 | IY33D | 154 | 0 | 1 mi S of South Hutchinson, KS | 108927367 | 4845873 | 0 | False | 2019-11-02 10:29:00.000 | KS | Central Daylight Time | 102179 | 310380, 811319 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10041080: 7473283, 100 | IY33D | 18 | 0 | 10 mi SW of Ottawa, KS | 108927753 | 4847424 | 0 | False | 2019-11-02 13:03:00.000 | KS | Central Daylight Time | 102179 | 310380, 811319 |
| Driving | 1 | 3 | FC71D | True | 2835 | 10041080: 7473283, 100 | IY33D | 274 | 0 | 10 mi SW of Ottawa, KS | 108932758 | 4847424 | 0 | False | 2019-11-02 13:21:00.000 | KS | Central Daylight Time | 102179 | 310380, 811319 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10041080: 7473283, 100 | IY33D | 7 | 0 | 10 mi W of Newton, IA | 108932780 | 4850259 | 0 | False | 2019-11-02 17:55:00.000 | IA | Central Daylight Time | 102179 | 310380, 811319 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10041080: 7473283, 100 | IY33D | 733 | 0 | 10 mi W of Newton, IA | 108940582 | 4850259 | 0 | False | 2019-11-02 18:02:00.000 | IA | Central Daylight Time | 102179 | 310380, 811319 |
| Driving | 1 | 3 | FC71D | False | 10468 | 10040831: 7477491 | IY33D | 1181 | 1 | 14 mi N of Bethany, MO | 108954068 | 4856202 | 0 | False | 2019-11-03 05:15:00.000 | MO | Central Standard Time | 102179 | 811319 |
| OffDuty | 1 | 1 | 102179D | True | 0 | 10040831: 7477491 | IY33D | 1181 | 2 | 14 mi N of Bethany, MO | 110180583 | 4856202 | 108954068 | False | 2019-11-03 05:15:00.000 | MO | Central Standard Time | 102179 | 811319 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10040831: 7477491 | IY33D | 717 | 0 | 5 mi WSW of Gallup, NM | 108966068 | 4866667 | 0 | False | 2019-11-04 00:56:00.000 | NM | Central Standard Time | 102179 | 811319 |
| Driving | 1 | 3 | FC71D | True | 3 | 10040831: 7477491 | IY33D | 3 | 0 | 3 mi SE of San Fernando, CA | 108966208 | 4873320 | 0 | False | 2019-11-04 12:53:00.000 | CA | Central Standard Time | 102179 | 811319 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10040831: 7477491 | IY33D | 10 | 0 | 3 mi SE of San Fernando, CA | 108966432 | 4873323 | 0 | False | 2019-11-04 12:56:00.000 | CA | Central Standard Time | 102179 | 811319 |
| Driving | 1 | 3 | FC71D | True | 105 | 10040831: 7477491 | IY33D | 19 | 0 | 3 mi SE of San Fernando, CA | 108967033 | 4873323 | 0 | False | 2019-11-04 13:06:00.000 | CA | Central Standard Time | 102179 | 811319 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10040831: 7477491 | IY33D | 9 | 0 | 3 mi WSW of Burbank, CA | 108967232 | 4873428 | 0 | False | 2019-11-04 13:25:00.000 | CA | Central Standard Time | 102179 | 811319 |
| Driving | 1 | 3 | FC71D | True | 960 | 10040831: 7477491 | IY33D | 113 | 0 | 3 mi WSW of Burbank, CA | 108969996 | 4873428 | 0 | False | 2019-11-04 13:34:00.000 | CA | Central Standard Time | 102179 | 811319 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10040831: 7477491 | IY33D | 1241 | 0 | 1 mi WSW of Hemet, CA | 108992818 | -1 | 0 | False | 2019-11-04 15:27:00.000 | CA | Central Standard Time | 102179 | 811319 |
| Sleeper | 1 | 2 | | True | 0 | 10040831: 7477491 | IY33D | 0 | 0 | 5 mi N of Riverside, CA | 108992822 | 4874740 | 0 | False | 2019-11-05 12:08:00.000 | CA | Central Standard Time | 102179 | 811319 |
| Sleeper | 1 | 2 | | True | 0 | 10040831: 7477491 | IY33D | 3481 | 0 | 5 mi N of Riverside, CA | 109069086 | -1 | 0 | False | 2019-11-05 12:08:00.000 | CA | Central Standard Time | | 811319 |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 597 | 0 | 4 mi WSW of Grand Terrace, CA | 109079034 | 4874744 | 0 | False | 2019-11-07 22:09:00.000 | CA | Central Standard Time | 102179 | |
| Driving | 1 | 3 | FC71D | True | 12 | 10044124: 7532029 | IY33D | 14 | 0 | 2 mi ESE of Santa Fe Springs, CA | 109079384 | 4875856 | 0 | False | 2019-11-08 08:06:00.000 | CA | Central Standard Time | 102179 | 890590 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10044124: 7532029 | IY33D | 15 | 0 | 2 mi SE of Santa Fe Springs, CA | 109079726 | 4875868 | 0 | False | 2019-11-08 08:20:00.000 | CA | Central Standard Time | 102179 | 890590 |
| Driving | 1 | 3 | FC71D | True | 0 | 10044124: 7532029 | IY33D | 1 | 0 | 2 mi SE of Santa Fe Springs, CA | 109079760 | 4875870 | 0 | False | 2019-11-08 08:35:00.000 | CA | Central Standard Time | 102179 | 890590 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10044124: 7532029 | IY33D | 5 | 0 | 2 mi SE of Santa Fe Springs, CA | 109079890 | 4875870 | 0 | False | 2019-11-08 08:36:00.000 | CA | Central Standard Time | 102179 | 890590 |
| Driving | 1 | 3 | FC71D | True | 1090 | 10044124: 7532029 | IY33D | 151 | 0 | 2 mi SE of Santa Fe Springs, CA | 109084011 | 4875870 | 0 | False | 2019-11-08 08:41:00.000 | CA | Central Standard Time | 102179 | 890590 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10044124: 7532029 | IY33D | 25 | 0 | 5 mi SW of Barstow, CA | 109084705 | 4876960 | 0 | False | 2019-11-08 11:12:00.000 | CA | Central Standard Time | 102179 | 890590 |
| Driving | 1 | 3 | FC71D | True | 2173 | 10044124: 7532029 | IY33D | 220 | 0 | 5 mi SW of Barstow, CA | 109090724 | 4876960 | 0 | False | 2019-11-08 11:37:00.000 | CA | Central Standard Time | 102179 | 890590 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10044124: 7532029 | IY33D | 32 | 0 | 3 mi NE of Kingman, AZ | 109091535 | 4879133 | 0 | False | 2019-11-08 15:17:00.000 | AZ | Central Standard Time | 102179 | 890590 |
| Driving | 1 | 3 | FC71D | True | 2270 | 10044124: 7532029 | IY33D | 225 | 0 | 3 mi NE of Kingman, AZ | 109096456 | 4879133 | 0 | False | 2019-11-08 15:49:00.000 | AZ | Central Standard Time | 102179 | 890590 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10044124: 7532029 | IY33D | 14 | 0 | 9 mi WNW of Holbrook, AZ | 109097891 | 4881403 | 0 | False | 2019-11-08 19:34:00.000 | AZ | Central Standard Time | 102179 | 890590 |
| Driving | 1 | 3 | FC71D | True | 499 | 10044124: 7532029 | IY33D | 49 | 0 | 9 mi WNW of Holbrook, AZ | 109097892 | 4881404 | 0 | False | 2019-11-08 19:48:00.000 | AZ | Central Standard Time | 102179 | 890590 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10044124: 7532029 | IY33D | 699 | 0 | 44 mi NNW of St. Johns, AZ | 109108466 | 4881903 | 0 | False | 2019-11-08 20:37:00.000 | AZ | Central Standard Time | 102179 | 890590 |
| Driving | 1 | 3 | FC71D | True | 953 | 10044124: 7532029 | IY33D | 100 | 0 | 24 mi S of Kinsley, KS | 109110638 | 4888648 | 0 | False | 2019-11-09 08:16:00.000 | KS | Central Standard Time | 102179 | 890590 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10044124: 7532029 | IY33D | 28 | 0 | 7 mi SW of Reno township, KS | 109111305 | 4889601 | 0 | False | 2019-11-09 09:56:00.000 | | Central Standard Time | 102179 | 890590 |
| Driving | 1 | 3 | FC71D | True | 2436 | 10044124: 7532029 | IY33D | 278 | 0 | 7 mi SW of Reno township, KS | 109116889 | 4889605 | 0 | False | 2019-11-09 10:24:00.000 | KS | Central Standard Time | 102179 | 890590 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OffDuty | 1 | 1 | FC71D | True | 0 | 10044124: 7532029 | IY33D | 34 | 0 | 1 mi WNW of Kearney, MO | 109117540 | 4892041 | 0 | False | 2019-11-09 15:02:00.000 | MO | Central Standard Time | 102179 | 890590 |
| Driving | 1 | 3 | FC71D | True | 1207 | 10044124: 7532029 | IY33D | 123 | 0 | 1 mi WNW of Kearney, MO | 109119683 | 4892041 | 0 | False | 2019-11-09 15:36:00.000 | MO | Central Standard Time | 102179 | 890590 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10044124: 7532029 | IY33D | 26 | 0 | 5 mi WNW of Macon, MO | 109120049 | 4893248 | 0 | False | 2019-11-09 17:39:00.000 | MO | Central Standard Time | 102179 | 890590 |
| Driving | 1 | 3 | FC71D | True | 1300 | 10044124: 7532029 | IY33D | 132 | 0 | 5 mi WNW of Macon, MO | 109122099 | 4893248 | 0 | False | 2019-11-09 18:05:00.000 | MO | Central Standard Time | 102179 | 890590 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10044124: 7532029 | IY33D | 695 | 0 | 2 mi E of Carthage township, IL | 109129460 | 4894548 | 0 | False | 2019-11-09 20:17:00.000 | IL | Central Standard Time | 102179 | 890590 |
| Driving | 1 | 3 | FC71D | True | 2475 | 10044124: 7532029, 100 | IY33D | 246 | 0 | 1 mi WNW of Kearney, MO | 109133163 | 4900738 | 0 | False | 2019-11-10 07:52:00.000 | MO | Central Standard Time | 102179 | 890590, 792055 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10044124: 7532029, 100 | IY33D | 40 | 0 | 1 mi S of South Hutchinson, KS | 109133785 | 4903213 | 0 | False | 2019-11-10 11:58:00.000 | KS | Central Standard Time | 102179 | 890590, 792055 |
| Driving | 1 | 3 | FC71D | True | 1269 | 10044124: 7532029, 100 | IY33D | 125 | 0 | 1 mi S of South Hutchinson, KS | 109135658 | 4903217 | 0 | False | 2019-11-10 12:38:00.000 | KS | Central Standard Time | 102179 | 890590, 792055 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10044124: 7532029, 100 | IY33D | 37 | 0 | 21 mi S of Dodge City, KS | 109136238 | 4904486 | 0 | False | 2019-11-10 14:43:00.000 | KS | Central Standard Time | 102179 | 890590, 792055 |
| Driving | 1 | 3 | FC71D | True | 2458 | 10044124: 7532029, 100 | IY33D | 265 | 0 | 21 mi S of Dodge City, KS | 109139631 | 4904486 | 0 | False | 2019-11-10 15:20:00.000 | KS | Central Standard Time | 102179 | 890590, 792055 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10044124: 7532029, 100 | IY33D | 690 | 0 | 1 mi NNE of Logan, NM | 109146163 | 4906944 | 0 | False | 2019-11-10 19:45:00.000 | NM | Central Standard Time | 102179 | 890590, 792055 |
| Driving | 1 | 3 | FC71D | True | 1664 | 10043917: 7540485 | IY33D | 159 | 0 | 8 mi E of Kingman, AZ | 109149537 | 4913617 | 0 | False | 2019-11-11 07:15:00.000 | AZ | Central Standard Time | 102179 | 792055 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10043917: 7540485 | IY33D | 13 | 0 | 41 mi N of Twentynine Palms, CA | 109149818 | 4915281 | 0 | False | 2019-11-11 09:54:00.000 | CA | Central Standard Time | 102179 | 792055 |
| Driving | 1 | 3 | FC71D | True | 570 | 10043917: 7540485 | IY33D | 55 | 0 | 41 mi N of Twentynine Palms, CA | 109151270 | 4915281 | 0 | False | 2019-11-11 10:07:00.000 | CA | Central Standard Time | 102179 | 792055 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10043917: 7540485 | IY33D | 22 | 0 | 5 mi SW of Barstow, CA | 109151889 | 4915851 | 0 | False | 2019-11-11 11:02:00.000 | CA | Central Standard Time | 102179 | 792055 |
| Driving | 1 | 3 | FC71D | True | 1098 | 10043917: 7540485 | IY33D | 128 | 0 | 5 mi SW of Barstow, CA | 109155364 | 4915852 | 0 | False | 2019-11-11 11:24:00.000 | CA | Central Standard Time | 102179 | 792055 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10043917: 7540485 | IY33D | 16 | 0 | 2 mi ESE of Santa Fe Springs, CA | 109155398 | 4916948 | 0 | False | 2019-11-11 13:32:00.000 | CA | Central Standard Time | 102179 | 792055 |
| Driving | 1 | 3 | FC71D | True | 5 | 10043917: 7540485 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 109155480 | 4916948 | 0 | False | 2019-11-11 13:48:00.000 | CA | Central Standard Time | 102179 | 792055 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10043917: 7540485 | IY33D | 31 | 0 | 2 mi ESE of Santa Fe Springs, CA | 109156171 | 4916953 | 0 | False | 2019-11-11 13:51:00.000 | CA | Central Standard Time | 102179 | 792055 |
| Driving | 1 | 3 | FC71D | True | 426 | 10043917: 7540485 | IY33D | 58 | 0 | 2 mi ESE of Santa Fe Springs, CA | 109157841 | 4916953 | 0 | False | 2019-11-11 14:22:00.000 | CA | Central Standard Time | 102179 | 792055 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10043917: 7540485 | IY33D | 8 | 0 | 3 mi WSW of Burbank, CA | 109157878 | 4917379 | 0 | False | 2019-11-11 15:20:00.000 | CA | Central Standard Time | 102179 | 792055 |
| Driving | 1 | 3 | FC71D | True | 779 | 10043917: 7540485 | IY33D | 104 | 0 | 3 mi WSW of Burbank, CA | 109160138 | 4917379 | 0 | False | 2019-11-11 15:28:00.000 | CA | Central Standard Time | 102179 | 792055 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10043917: 7540485 | IY33D | 10 | 0 | 4 mi NNW of Perris, CA | 109160341 | 4918158 | 0 | False | 2019-11-11 17:12:00.000 | CA | Central Standard Time | 102179 | 792055 |
| Driving | 1 | 3 | FC71D | True | 224 | 10043917: 7540485 | IY33D | 37 | 0 | 4 mi NNW of Perris, CA | 109194081 | 4918158 | 0 | False | 2019-11-11 17:22:00.000 | | Central Standard Time | 102179 | 792055 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10043917: 7540485 | IY33D | 2308 | 0 | 1 mi WSW of Hemet, CA | 109205396 | -1 | 0 | False | 2019-11-11 17:59:00.000 | CA | Central Standard Time | 102179 | 792055 |
| Driving | 1 | 3 | FC71D | True | 2401 | 10046758: 7559283 | IY33D | 229 | 0 | 1 mi N of Williams, AZ | 109212028 | 4922924 | 0 | False | 2019-11-13 08:27:00.000 | AZ | Central Standard Time | 102179 | 311261 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10046758: 7559283 | IY33D | 33 | 0 | 18 mi E of Gallup, NM | 109212967 | 4925325 | 0 | False | 2019-11-13 12:16:00.000 | NM | Central Standard Time | 102179 | 311261 |
| Driving | 1 | 3 | FC71D | True | 2980 | 10046758: 7559283 | IY33D | 274 | 0 | 18 mi E of Gallup, NM | 109220161 | 4925325 | 0 | False | 2019-11-13 12:49:00.000 | NM | Central Standard Time | 102179 | 311261 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10046758: 7559283 | IY33D | 4 | 0 | 2 mi ESE of Tucumcari, NM | 109220257 | 4928305 | 0 | False | 2019-11-13 17:23:00.000 | NM | Central Standard Time | 102179 | 311261 |
| Driving | 1 | 3 | FC71D | True | 956 | 10046758: 7559283 | IY33D | 124 | 0 | 2 mi ESE of Tucumcari, NM | 109223373 | 4928306 | 0 | False | 2019-11-13 17:27:00.000 | NM | Central Standard Time | 102179 | 311261 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10046758: 7559283 | IY33D | 711 | 0 | Dalhart, TX | 109236219 | 4929262 | 0 | False | 2019-11-13 19:31:00.000 | TX | Central Standard Time | 102179 | 311261 |
| Driving | 1 | 3 | FC71D | True | 1159 | 10046758: 7559283 | IY33D | 114 | 0 | 1 mi WSW of Osceola, IA | 109239415 | 4935951 | 0 | False | 2019-11-14 07:22:00.000 | IA | Central Standard Time | 102179 | 311261 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10046758: 7559283 | IY33D | 32 | 0 | 16 mi SSW of Belle Plaine, IA | 109240246 | 4937110 | 0 | False | 2019-11-14 09:16:00.000 | IA | Central Standard Time | 102179 | 311261 |
| Driving | 1 | 3 | FC71D | True | 1950 | 10046758: 7559283 | IY33D | 190 | 0 | 16 mi SSW of Belle Plaine, IA | 109245753 | 4937110 | 0 | False | 2019-11-14 09:48:00.000 | IA | Central Standard Time | 102179 | 311261 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10046758: 7559283 | IY33D | 9 | 0 | 4 mi NE of LaSalle township, IL | 109245983 | 4939060 | 0 | False | 2019-11-14 12:58:00.000 | IL | Central Standard Time | 102179 | 311261 |
| Driving | 1 | 3 | FC71D | True | 6 | 10046758: 7559283 | IY33D | 3 | 0 | 4 mi NE of LaSalle township, IL | 109246057 | 4939060 | 0 | False | 2019-11-14 13:07:00.000 | IL | Central Standard Time | 102179 | 311261 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10046758: 7559283 | IY33D | 4 | 0 | 4 mi NE of LaSalle township, IL | 109246168 | 4939066 | 0 | False | 2019-11-14 13:10:00.000 | IL | Central Standard Time | 102179 | 311261 |
| Driving | 1 | 3 | FC71D | True | 15 | 10046758: 7559283 | IY33D | 8 | 0 | 4 mi NE of LaSalle township, IL | 109246580 | 4939066 | 0 | False | 2019-11-14 13:14:00.000 | IL | Central Standard Time | 102179 | 311261 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10046758: 7559283 | IY33D | 8 | 0 | 5 mi NE of LaSalle township, IL | 109246632 | 4939081 | 0 | False | 2019-11-14 13:22:00.000 | IL | Central Standard Time | 102179 | 311261 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10046758: 7559283 | IY33D | 79 | 0 | 5 mi NE of LaSalle township, IL | 109249254 | 4939081 | 0 | False | 2019-11-14 13:30:00.000 | IL | Central Standard Time | 102179 | 311261 |
| Driving | 1 | 3 | FC71D | True | 70 | 10046758: 7559283 | IY33D | 10 | 0 | 5 mi NE of LaSalle township, IL | 109249260 | 4939081 | 0 | False | 2019-11-14 14:49:00.000 | IL | Central Standard Time | 102179 | 311261 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10046758: 7559283 | IY33D | 33 | 0 | 4 mi NE of LaSalle township, IL | 109249965 | 4939151 | 0 | False | 2019-11-14 14:59:00.000 | | Central Standard Time | 102179 | 311261 |
| Driving | 1 | 3 | FC71D | True | 73 | 10046758: 7559283 | IY33D | 12 | 0 | 3 mi N of Peru, IL | 109250350 | 4939151 | 0 | False | 2019-11-14 15:32:00.000 | IL | Central Standard Time | 102179 | 311261 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10046758: 7559283 | IY33D | 974 | 0 | 5 mi NE of LaSalle township, IL | 109268639 | 4939224 | 0 | False | 2019-11-14 15:44:00.000 | IL | Central Standard Time | 102179 | 311261 |
| Driving | 1 | 3 | FC71D | True | 24 | 10046758: 7559283, 100 | IY33D | 5 | 0 | 5 mi NE of LaSalle township, IL | 109268751 | 4939224 | 0 | False | 2019-11-15 07:58:00.000 | IL | Central Standard Time | 102179 | 311261, 311709 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10046758: 7559283, 100 | IY33D | 67 | 0 | 4 mi NE of LaSalle township, IL | 109270464 | 4939248 | 0 | False | 2019-11-15 08:03:00.000 | IL | Central Standard Time | 102179 | 311261, 311709 |
| Driving | 1 | 3 | FC71D | True | 2509 | 10046758: 7559283, 100 | IY33D | 234 | 0 | 4 mi NE of LaSalle township, IL | 109276787 | 4939252 | 0 | False | 2019-11-15 09:10:00.000 | IL | Central Standard Time | 102179 | 311261, 311709 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10046758: 7559283, 100 | IY33D | 25 | 0 | 2 mi WNW of Altoona, IA | 109277528 | 4941761 | 0 | False | 2019-11-15 13:04:00.000 | IA | Central Standard Time | 102179 | 311261, 311709 |
| Driving | 1 | 3 | FC71D | True | 1692 | 10046758: 7559283, 100 | IY33D | 163 | 0 | 2 mi WNW of Altoona, IA | 109281787 | 4941761 | 0 | False | 2019-11-15 13:29:00.000 | IA | Central Standard Time | 102179 | 311261, 311709 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10046758: 7559283, 100 | IY33D | 40 | 0 | 13 mi S of Cameron, MO | 109282772 | 4943453 | 0 | False | 2019-11-15 16:12:00.000 | MO | Central Standard Time | 102179 | 311261, 311709 |
| Driving | 1 | 3 | FC71D | True | 1975 | 10046758: 7559283, 100 | IY33D | 212 | 0 | 13 mi S of Cameron, MO | 109287521 | 4943453 | 0 | False | 2019-11-15 16:52:00.000 | MO | Central Standard Time | 102179 | 311261, 311709 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10046758: 7559283, 100 | IY33D | 720 | 0 | 9 mi SSE of Marion, KS | 109298606 | 4945428 | 0 | False | 2019-11-15 20:24:00.000 | KS | Central Standard Time | 102179 | 311261, 311709 |
| Driving | 1 | 3 | FC71D | True | 2197 | 10046839: 7587651, 100 | IY33D | 205 | 0 | 8 mi W of Albuquerque, NM | 109303047 | 4951967 | 0 | False | 2019-11-16 08:24:00.000 | NM | Central Standard Time | 102179 | 311709, 811701 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10046839: 7587651, 100 | IY33D | 20 | 0 | 6 mi NE of Holbrook, AZ | 109303364 | 4954164 | 0 | False | 2019-11-16 11:49:00.000 | AZ | Central Standard Time | 102179 | 311709, 811701 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10046839: 7587651, 100 | IY33D | 6 | 0 | 6 mi NE of Holbrook, AZ | 109303491 | 4954164 | 0 | False | 2019-11-16 12:09:00.000 | AZ | Central Standard Time | 102179 | 311709, 811701 |
| Driving | 1 | 3 | FC71D | True | 1821 | 10046839: 7587651, 100 | IY33D | 179 | 0 | 6 mi NE of Holbrook, AZ | 109307101 | 4954164 | 0 | False | 2019-11-16 12:15:00.000 | AZ | Central Standard Time | 102179 | 311709, 811701 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10046839: 7587651, 100 | IY33D | 32 | 0 | 16 mi SSE of Dewey-Humboldt, AZ | 109307626 | 4955985 | 0 | False | 2019-11-16 15:14:00.000 | AZ | Central Standard Time | 102179 | 311709, 811701 |
| Driving | 1 | 3 | FC71D | True | 2167 | 10046839: 7587651, 100 | IY33D | 227 | 0 | 16 mi SSE of Dewey-Humboldt, AZ | 109311283 | 4955985 | 0 | False | 2019-11-16 15:46:00.000 | AZ | Central Standard Time | 102179 | 311709, 811701 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10046839: 7587651, 100 | IY33D | 7 | 0 | 8 mi W of Blythe, CA | 109311307 | 4958152 | 0 | False | 2019-11-16 19:33:00.000 | CA | Central Standard Time | 102179 | 311709, 811701 |
| Driving | 1 | 3 | FC71D | True | 6 | 10046839: 7587651, 100 | IY33D | 15 | 0 | 8 mi W of Blythe, CA | 109311524 | 4958152 | 0 | False | 2019-11-16 19:40:00.000 | CA | Central Standard Time | 102179 | 311709, 811701 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10046839: 7587651, 100 | IY33D | 744 | 0 | 8 mi W of Blythe, CA | 109319451 | 4958158 | 0 | False | 2019-11-16 19:55:00.000 | CA | Central Standard Time | 102179 | 311709, 811701 |
| Driving | 1 | 3 | FC71D | True | 1638 | 10047118: 7594523 | IY33D | 163 | 0 | 38 mi W of Williams, AZ | 109321693 | 4964295 | 0 | False | 2019-11-17 08:19:00.000 | AZ | Central Standard Time | 102179 | 811701 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10047118: 7594523 | IY33D | 19 | 0 | 3 mi W of Holbrook, AZ | 109322012 | 4965933 | 0 | False | 2019-11-17 11:02:00.000 | AZ | Central Standard Time | 102179 | 811701 |
| Driving | 1 | 3 | FC71D | True | 2319 | 10047118: 7594523 | IY33D | 215 | 0 | 3 mi W of Holbrook, AZ | 109325156 | 4965933 | 0 | False | 2019-11-17 11:21:00.000 | AZ | Central Standard Time | 102179 | 811701 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10047118: 7594523 | IY33D | 36 | 0 | 5 mi W of Albuquerque, NM | 109325660 | 4968252 | 0 | False | 2019-11-17 14:56:00.000 | NM | Central Standard Time | 102179 | 811701 |
| Driving | 1 | 3 | FC71D | True | 1846 | 10047118: 7594523 | IY33D | 174 | 0 | 5 mi W of Albuquerque, NM | 109327960 | 4968252 | 0 | False | 2019-11-17 15:32:00.000 | NM | Central Standard Time | 102179 | 811701 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10047118: 7594523 | IY33D | 32 | 0 | 2 mi ESE of Tucumcari, NM | 109328549 | 4970098 | 0 | False | 2019-11-17 18:26:00.000 | NM | Central Standard Time | 102179 | 811701 |
| Driving | 1 | 3 | FC71D | True | 957 | 10047118: 7594523 | IY33D | 106 | 0 | 2 mi ESE of Tucumcari, NM | 109329423 | 4970098 | 0 | False | 2019-11-17 18:58:00.000 | NM | Central Standard Time | 102179 | 811701 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10047118: 7594523 | IY33D | 712 | 0 | Dalhart, TX | 109336940 | 4971055 | 0 | False | 2019-11-17 20:44:00.000 | TX | Central Standard Time | 102179 | 811701 |
| Driving | 1 | 3 | FC71D | True | 2177 | 10047118: 7594523 | IY33D | 222 | 0 | 1 mi WSW of Osceola, IA | 109342157 | 4977746 | 0 | False | 2019-11-18 08:36:00.000 | IA | Central Standard Time | 102179 | 811701 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10047118: 7594523 | IY33D | 19 | 0 | 10 mi WSW of Eldridge, IA | 109342649 | 4979923 | 0 | False | 2019-11-18 12:18:00.000 | IA | Central Standard Time | 102179 | 811701 |
| Driving | 1 | 3 | FC71D | True | 1072 | 10047118: 7594523 | IY33D | 107 | 0 | 10 mi WSW of Eldridge, IA | 109345240 | 4979923 | 0 | False | 2019-11-18 12:37:00.000 | IA | Central Standard Time | 102179 | 811701 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10047118: 7594523 | IY33D | 6 | 0 | 4 mi NE of LaSalle twp, IL | 109345362 | 4980995 | 0 | False | 2019-11-18 14:24:00.000 | IL | Central Standard Time | 102179 | 811701 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10047118: 7594523 | IY33D | 5 | 0 | 4 mi NE of LaSalle twp, IL | 109345482 | 4980995 | 0 | False | 2019-11-18 14:30:00.000 | IL | Central Standard Time | 102179 | 811701 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10047118: 7594523 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 109345488 | 4980995 | 0 | False | 2019-11-18 14:35:00.000 | IL | Central Standard Time | 102179 | 811701 |
| Sleeper | 1 | 2 | | True | 0 | 10047118: 7594523 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 109345493 | 4980995 | 0 | False | 2019-11-18 14:35:00.000 | IL | Central Standard Time | 102179 | 811701 |
| Sleeper | 1 | 2 | | True | 0 | 10047118: 7594523 | IY33D | 121 | 0 | 4 mi NE of LaSalle twp, IL | 109348255 | -1 | 0 | False | 2019-11-18 14:35:00.000 | IL | Central Standard Time | | 811701 |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 713 | 0 | 5 mi NE of LaSalle twp, IL | 109358747 | -1 | 0 | False | 2019-11-18 16:36:00.000 | IL | Central Standard Time | 102179 | |
| Sleeper | 1 | 2 | | True | 0 | 10053674: 7609785 | IY33D | 0 | 0 | 5 mi NE of LaSalle twp, IL | 109358748 | 4981224 | 0 | False | 2019-11-19 04:29:00.000 | IL | Central Standard Time | 102179 | 811849 |
| Sleeper | 1 | 2 | | True | 0 | 10053674: 7609785 | IY33D | 222 | 0 | 5 mi NE of LaSalle twp, IL | 109363213 | -1 | 0 | False | 2019-11-19 04:29:00.000 | IL | Central Standard Time | | 811849 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10053674: 7609785 | IY33D | 711 | 0 | 4 mi NE of LaSalle twp, IL | 109381091 | 4981249 | 0 | False | 2019-11-19 08:11:00.000 | IL | Central Standard Time | 102179 | 811849 |
| Driving | 1 | 3 | FC71D | True | 3484 | 10053674: 7609785 | IY33D | 371 | 0 | 3 mi SSW of Hutchinson, KS | 109388458 | 4988019 | 0 | False | 2019-11-19 20:02:00.000 | KS | Central Standard Time | 102179 | 811849 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10053674: 7609785 | IY33D | 53 | 0 | 24 mi NE of Logan, NM | 109388959 | 4991503 | 0 | False | 2019-11-20 02:13:00.000 | NM | Central Standard Time | 102179 | 811849 |
| Driving | 1 | 3 | FC71D | True | 488 | 10053674: 7609785 | IY33D | 52 | 0 | 24 mi NE of Logan, NM | 109388960 | 4991503 | 0 | False | 2019-11-20 03:06:00.000 | NM | Central Standard Time | 102179 | 811849 |
| OnDuty | 1 | 4 | FC71D | False | 0 | 10053674: 7609785 | IY33D | 37 | 1 | 2 mi ESE of Tucumcari, NM | 109389705 | 4991991 | 0 | False | 2019-11-20 03:58:00.000 | NM | Central Standard Time | 102179 | 811849 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10053674: 7609785 | IY33D | 37 | 2 | 2 mi ESE of Tucumcari, NM | 109416598 | 4991991 | 109389705 | False | 2019-11-20 03:58:00.000 | | Central Standard Time | 102179 | 811849 |
| Driving | 1 | 3 | FC71D | True | 1184 | 10053674: 7609785 | IY33D | 118 | 0 | 2 mi ESE of Tucumcari, NM | 109392113 | 4991991 | 0 | False | 2019-11-20 04:35:00.000 | NM | Central Standard Time | 102179 | 811849 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10053674: 7609785 | IY33D | 29 | 0 | 28 mi NE of Estancia, NM | 109392767 | 4993175 | 0 | False | 2019-11-20 06:33:00.000 | NM | Central Standard Time | 102179 | 811849 |
| Driving | 1 | 3 | FC71D | True | 790 | 10053674: 7609785 | IY33D | 85 | 0 | 28 mi NE of Estancia, NM | 109394960 | 4993175 | 0 | False | 2019-11-20 07:02:00.000 | NM | Central Standard Time | 102179 | 811849 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10053674: 7609785 | IY33D | 697 | 0 | 17 mi WSW of Albuquerque, NM | 109413291 | 4993965 | 0 | False | 2019-11-20 08:27:00.000 | NM | Central Standard Time | 102179 | 811849 |
| Driving | 1 | 3 | FC71D | True | 740 | 10053674: 7609785 | IY33D | 91 | 0 | 5 mi SW of Barstow, CA | 109415144 | 5000663 | 0 | False | 2019-11-20 20:04:00.000 | CA | Central Standard Time | 102179 | 811849 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10053674: 7609785 | IY33D | 2 | 0 | 4 mi NW of Jurupa Valley, CA | 109415145 | 5001403 | 0 | False | 2019-11-20 21:35:00.000 | CA | Central Standard Time | 102179 | 811849 |
| Driving | 1 | 3 | FC71D | True | 1 | 10053674: 7609785 | IY33D | 5 | 0 | 4 mi NW of Jurupa Valley, CA | 109415234 | 5001403 | 0 | False | 2019-11-20 21:37:00.000 | CA | Central Standard Time | 102179 | 811849 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10053674: 7609785 | IY33D | 2 | 0 | 4 mi NW of Jurupa Valley, CA | 109415260 | 5001404 | 0 | False | 2019-11-20 21:42:00.000 | CA | Central Standard Time | 102179 | 811849 |
| Driving | 1 | 3 | FC71D | True | 666 | 10053674: 7609785 | IY33D | 73 | 0 | 4 mi NW of Jurupa Valley, CA | 109416563 | 5001404 | 0 | False | 2019-11-20 21:44:00.000 | CA | Central Standard Time | 102179 | 811849 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10053674: 7609785 | IY33D | 10 | 0 | 3 mi WSW of Burbank, CA | 109416680 | 5002070 | 0 | False | 2019-11-20 22:57:00.000 | CA | Central Standard Time | 102179 | 811849 |
| Driving | 1 | 3 | FC71D | True | 971 | 10053674: 7609785 | IY33D | 104 | 0 | 3 mi WSW of Burbank, CA | 109418321 | 5002070 | 0 | False | 2019-11-20 23:07:00.000 | CA | Central Standard Time | 102179 | 811849 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10053674: 7609785 | IY33D | 515 | 0 | 1 mi WSW of Hemet, CA | 109428231 | 5003040 | 0 | False | 2019-11-21 00:51:00.000 | CA | Central Standard Time | 102179 | 811849 |
| Sleeper | 1 | 2 | | True | 0 | 10053674: 7609785 | IY33D | 0 | 0 | 1 mi WSW of Hemet, CA | 109428232 | 5003040 | 0 | False | 2019-11-21 09:26:00.000 | CA | Central Standard Time | 102179 | 811849 |
| Sleeper | 1 | 2 | | True | 0 | 10053674: 7609785 | IY33D | 1054 | 0 | 1 mi WSW of Hemet, CA | 109451123 | -1 | 0 | False | 2019-11-21 09:26:00.000 | CA | Central Standard Time | | 811849 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10050654: 7645051 | IY33D | 1 | 0 | 1 mi WSW of Hemet, CA | 109451130 | 5003755 | 0 | False | 2019-11-22 03:00:00.000 | CA | Central Standard Time | 102179 | 811472 |
| Sleeper | 1 | 2 | | True | 0 | 10050654: 7645051 | IY33D | 0 | 0 | 1 mi WSW of Hemet, CA | 109451131 | 5003755 | 0 | False | 2019-11-22 03:01:00.000 | CA | Central Standard Time | 102179 | 811472 |
| Sleeper | 1 | 2 | | True | 0 | 10050654: 7645051 | IY33D | 186 | 0 | 1 mi WSW of Hemet, CA | 109454036 | -1 | 0 | False | 2019-11-22 03:01:00.000 | CA | Central Standard Time | | 811472 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10050654: 7645051 | IY33D | 354 | 0 | 2 mi ESE of Santa Fe Springs, CA | 109464459 | 5005251 | 0 | False | 2019-11-22 06:07:00.000 | CA | Central Standard Time | 102179 | 811472 |
| Driving | 1 | 3 | FC71D | True | 0 | 10050654: 7645051 | IY33D | 0 | 0 | 5 mi SW of Barstow, CA | 109464516 | 5006348 | 0 | False | 2019-11-22 12:01:00.000 | CA | Central Standard Time | 102179 | 811472 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10050654: 7645051 | IY33D | 3 | 0 | 5 mi SW of Barstow, CA | 109464536 | 5006348 | 0 | False | 2019-11-22 12:01:00.000 | CA | Central Standard Time | 102179 | 811472 |
| Driving | 1 | 3 | FC71D | True | 3509 | 10050654: 7645051 | IY33D | 336 | 0 | 5 mi SW of Barstow, CA | 109473883 | 5006348 | 0 | False | 2019-11-22 12:04:00.000 | CA | Central Standard Time | 102179 | 811472 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10050654: 7645051 | IY33D | 30 | 0 | 10 mi WNW of Flagstaff, AZ | 109474696 | 5009857 | 0 | False | 2019-11-22 17:40:00.000 | AZ | Central Standard Time | 102179 | 811472 |
| Driving | 1 | 3 | FC71D | True | 2576 | 10050654: 7645051 | IY33D | 247 | 0 | 10 mi WNW of Flagstaff, AZ | 109479710 | 5009857 | 0 | False | 2019-11-22 18:10:00.000 | AZ | Central Standard Time | 102179 | 811472 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10050654: 7645051 | IY33D | 6 | 0 | 4 mi NW of Grants, NM | 109479814 | 5012433 | 0 | False | 2019-11-22 22:17:00.000 | NM | Central Standard Time | 102179 | 811472 |
| Driving | 1 | 3 | FC71D | True | 298 | 10050654: 7645051 | IY33D | 33 | 0 | 4 mi NW of Grants, NM | 109480411 | 5012433 | 0 | False | 2019-11-22 22:23:00.000 | NM | Central Standard Time | 102179 | 811472 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10050654: 7645051 | IY33D | 680 | 0 | 10 mi SE of Grants, NM | 109491473 | 5012731 | 0 | False | 2019-11-22 22:56:00.000 | | Central Standard Time | 102179 | 811472 |
| Driving | 1 | 3 | FC71D | True | 1068 | 10050654: 7645051, 100 | IY33D | 106 | 0 | 3 mi SSW of Hutchinson, KS | 109494004 | 5019009 | 0 | False | 2019-11-23 10:16:00.000 | KS | Central Standard Time | 102179 | 811472, 810836 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10050654: 7645051, 100 | IY33D | 12 | 0 | 3 mi W of Emporia, KS | 109494128 | 5020077 | 0 | False | 2019-11-23 12:02:00.000 | KS | Central Standard Time | 102179 | 811472, 810836 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10050654: 7645051, 100 | IY33D | 0 | 0 | 3 mi W of Emporia, KS | 109494129 | 5020077 | 0 | False | 2019-11-23 12:14:00.000 | KS | Central Standard Time | 102179 | 811472, 810836 |
| Driving | 1 | 3 | FC71D | True | 3328 | 10050654: 7645051, 100 | IY33D | 318 | 0 | 3 mi W of Emporia, KS | 109500118 | 5020077 | 0 | False | 2019-11-23 12:14:00.000 | KS | Central Standard Time | 102179 | 811472, 810836 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10050654: 7645051, 100 | IY33D | 31 | 0 | 9 mi S of La Grange, MO | 109500681 | 5023405 | 0 | False | 2019-11-23 17:32:00.000 | MO | Central Standard Time | 102179 | 811472, 810836 |
| Driving | 1 | 3 | FC71D | True | 2338 | 10050654: 7645051, 100 | IY33D | 235 | 0 | 9 mi S of La Grange, MO | 109503900 | 5023405 | 0 | False | 2019-11-23 18:03:00.000 | MO | Central Standard Time | 102179 | 811472, 810836 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10050654: 7645051, 100 | IY33D | 802 | 0 | 5 mi NE of LaSalle twp, IL | 109513060 | 5025743 | 0 | False | 2019-11-23 21:58:00.000 | IL | Central Standard Time | 102179 | 811472, 810836 |
| Driving | 1 | 3 | FC71D | True | 1873 | 10050401: 7655533 | IY33D | 190 | 0 | 3 mi SSW of Hutchinson, KS | 109515774 | 5032583 | 0 | False | 2019-11-24 11:20:00.000 | KS | Central Standard Time | 102179 | 810836 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10050401: 7655533 | IY33D | 22 | 0 | 1 mi E of Liberal, KS | 109516034 | 5034456 | 0 | False | 2019-11-24 14:30:00.000 | KS | Central Standard Time | 102179 | 810836 |
| Driving | 1 | 3 | FC71D | True | 2104 | 10050401: 7655533 | IY33D | 224 | 0 | 1 mi E of Liberal, KS | 109519214 | 5034456 | 0 | False | 2019-11-24 14:52:00.000 | KS | Central Standard Time | 102179 | 810836 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10050401: 7655533 | IY33D | 9 | 0 | 2 mi ESE of Tucumcari, NM | 109519329 | 5036560 | 0 | False | 2019-11-24 18:36:00.000 | NM | Central Standard Time | 102179 | 810836 |
| Driving | 1 | 3 | FC71D | True | 2 | 10050401: 7655533 | IY33D | 1 | 0 | 2 mi ESE of Tucumcari, NM | 109519340 | 5036560 | 0 | False | 2019-11-24 18:45:00.000 | NM | Central Standard Time | 102179 | 810836 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10050401: 7655533 | IY33D | 32 | 0 | 2 mi ESE of Tucumcari, NM | 109519723 | 5036562 | 0 | False | 2019-11-24 18:46:00.000 | NM | Central Standard Time | 102179 | 810836 |
| Driving | 1 | 3 | FC71D | True | 2292 | 10050401: 7655533 | IY33D | 225 | 0 | 2 mi ESE of Tucumcari, NM | 109521989 | 5036562 | 0 | False | 2019-11-24 19:18:00.000 | NM | Central Standard Time | 102179 | 810836 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10050401: 7655533 | IY33D | 665 | 0 | 21 mi NW of Los Lunas, NM | 109530806 | 5038854 | 0 | False | 2019-11-24 23:03:00.000 | | Central Standard Time | 102179 | 810836 |
| Driving | 1 | 3 | FC71D | True | 1225 | 10050401: 7655533 | IY33D | 163 | 0 | 5 mi SW of Barstow, CA | 109535053 | 5045231 | 0 | False | 2019-11-25 10:08:00.000 | CA | Central Standard Time | 102179 | 810836 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10050401: 7655533 | IY33D | 7 | 0 | 4 mi S of Compton, CA | 109535206 | 5046456 | 0 | False | 2019-11-25 12:51:00.000 | CA | Central Standard Time | 102179 | 810836 |
| Driving | 1 | 3 | FC71D | True | 121 | 10050401: 7655533 | IY33D | 37 | 0 | 4 mi S of Compton, CA | 109536220 | 5046456 | 0 | False | 2019-11-25 12:58:00.000 | CA | Central Standard Time | 102179 | 810836 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10050401: 7655533 | IY33D | 6 | 0 | 4 mi NNE of Gardena, CA | 109536303 | 5046577 | 0 | False | 2019-11-25 13:35:00.000 | CA | Central Standard Time | 102179 | 810836 |
| Driving | 1 | 3 | FC71D | True | 710 | 10050401: 7655533 | IY33D | 90 | 0 | 4 mi NNE of Gardena, CA | 109538647 | 5046577 | 0 | False | 2019-11-25 13:41:00.000 | CA | Central Standard Time | 102179 | 810836 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10050401: 7655533 | IY33D | 10 | 0 | 4 mi NNW of Perris, CA | 109538887 | 5047287 | 0 | False | 2019-11-25 15:11:00.000 | CA | Central Standard Time | 102179 | 810836 |
| Driving | 1 | 3 | FC71D | True | 250 | 10050401: 7655533 | IY33D | 45 | 0 | 4 mi NNW of Perris, CA | 109539932 | 5047287 | 0 | False | 2019-11-25 15:21:00.000 | CA | Central Standard Time | 102179 | 810836 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10050401: 7655533 | IY33D | 3 | 0 | 1 mi WSW of Hemet, CA | 109539997 | 5047537 | 0 | False | 2019-11-25 16:06:00.000 | CA | Central Standard Time | 102179 | 810836 |
| Driving | 1 | 3 | FC71D | True | 1 | 10050401: 7655533 | IY33D | 1 | 0 | 1 mi WSW of Hemet, CA | 109540190 | 5047537 | 0 | False | 2019-11-25 16:09:00.000 | CA | Central Standard Time | 102179 | 810836 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10050401: 7655533 | IY33D | 8 | 0 | 1 mi WSW of Hemet, CA | 109540221 | 5047538 | 0 | False | 2019-11-25 16:10:00.000 | CA | Central Standard Time | 102179 | 810836 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10050401: 7655533 | IY33D | 16 | 0 | 1 mi WSW of Hemet, CA | 109540688 | 5047538 | 0 | False | 2019-11-25 16:18:00.000 | CA | Central Standard Time | 102179 | 810836 |
| Driving | 1 | 3 | FC71D | True | 17 | 10050401: 7655533 | IY33D | 3 | 0 | 1 mi WSW of Hemet, CA | 109540763 | 5047538 | 0 | False | 2019-11-25 16:34:00.000 | CA | Central Standard Time | 102179 | 810836 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10050401: 7655533 | IY33D | 32 | 0 | 1 mi WSW of Hemet, CA | 109541449 | 5047555 | 0 | False | 2019-11-25 16:37:00.000 | CA | Central Standard Time | 102179 | 810836 |
| Driving | 1 | 3 | FC71D | True | 17 | 10050401: 7655533 | IY33D | 9 | 0 | 1 mi WSW of Hemet, CA | 109561355 | 5047555 | 0 | False | 2019-11-25 17:09:00.000 | | Central Standard Time | 102179 | 810836 |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 1500 | 0 | 1 mi WSW of Hemet, CA | 109569637 | -1 | 0 | False | 2019-11-25 17:18:00.000 | CA | Central Standard Time | 102179 | |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 0 | 0 | 5 mi N of Riverside, CA | 109569640 | 5048003 | 0 | False | 2019-11-26 18:18:00.000 | CA | Central Standard Time | 102179 | |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 9271 | 0 | 5 mi N of Riverside, CA | 109698196 | -1 | 0 | False | 2019-11-26 18:18:00.000 | CA | Central Standard Time | | |
| Sleeper | 1 | 2 | | True | 0 | 10055271: 7696813 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 109698208 | 5049669 | 0 | False | 2019-12-03 04:49:00.000 | CA | Central Standard Time | 102179 | 811091 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10055271: 7696813 | IY33D | 6 | 0 | 2 mi ESE of Santa Fe Springs, CA | 109698305 | 5049669 | 0 | False | 2019-12-03 04:50:00.000 | CA | Central Standard Time | 102179 | 811091 |
| Driving | 1 | 3 | FC71D | True | 2 | 10055271: 7696813 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 109698365 | 5049669 | 0 | False | 2019-12-03 04:56:00.000 | CA | Central Standard Time | 102179 | 811091 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10055271: 7696813 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 109698386 | 5049671 | 0 | False | 2019-12-03 04:59:00.000 | CA | Central Standard Time | 102179 | 811091 |
| Driving | 1 | 3 | FC71D | True | 1 | 10055271: 7696813 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 109698408 | 5049671 | 0 | False | 2019-12-03 05:00:00.000 | CA | Central Standard Time | 102179 | 811091 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10055271: 7696813 | IY33D | 7 | 0 | 2 mi ESE of Santa Fe Springs, CA | 109698538 | 5049672 | 0 | False | 2019-12-03 05:01:00.000 | CA | Central Standard Time | 102179 | 811091 |
| Driving | 1 | 3 | FC71D | True | 1071 | 10055271: 7696813 | IY33D | 133 | 0 | 2 mi ESE of Santa Fe Springs, CA | 109701499 | 5049672 | 0 | False | 2019-12-03 05:08:00.000 | CA | Central Standard Time | 102179 | 811091 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10055271: 7696813 | IY33D | 11 | 0 | 5 mi SW of Barstow, CA | 109701624 | 5050743 | 0 | False | 2019-12-03 07:21:00.000 | CA | Central Standard Time | 102179 | 811091 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10055271: 7696813 | IY33D | 7 | 0 | 5 mi SW of Barstow, CA | 109701766 | 5050743 | 0 | False | 2019-12-03 07:32:00.000 | CA | Central Standard Time | 102179 | 811091 |
| Driving | 1 | 3 | FC71D | True | 565 | 10055271: 7696813 | IY33D | 65 | 0 | 5 mi SW of Barstow, CA | 109703589 | 5050743 | 0 | False | 2019-12-03 07:39:00.000 | CA | Central Standard Time | 102179 | 811091 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10055271: 7696813 | IY33D | 49 | 0 | 41 mi N of Twentynine Palms, CA | 109705064 | 5051308 | 0 | False | 2019-12-03 08:44:00.000 | CA | Central Standard Time | 102179 | 811091 |
| Driving | 1 | 3 | FC71D | True | 2670 | 10055271: 7696813 | IY33D | 270 | 0 | 41 mi N of Twentynine Palms, CA | 109713136 | 5051308 | 0 | False | 2019-12-03 09:33:00.000 | CA | Central Standard Time | 102179 | 811091 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10055271: 7696813 | IY33D | 17 | 0 | 1 mi N of Williams, AZ | 109713604 | 5053978 | 0 | False | 2019-12-03 14:03:00.000 | AZ | Central Standard Time | 102179 | 811091 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Driving | 1 | 3 | FC71D | True | 1620 | 10055271: 7696813 | IY33D | 157 | 0 | 1 mi N of Williams, AZ | 109718079 | 5053978 | 0 | False | 2019-12-03 14:20:00.000 | AZ | Central Standard Time | 102179 | 811091 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10055271: 7696813 | IY33D | 715 | 0 | 44 mi NNW of St. Johns, AZ | 109732084 | 5055598 | 0 | False | 2019-12-03 16:57:00.000 | AZ | Central Standard Time | 102179 | 811091 |
| Driving | 1 | 3 | FC71D | True | 938 | 10055271: 7696813 | IY33D | 99 | 0 | 24 mi S of Kinsley, KS | 109734397 | 5062222 | 0 | False | 2019-12-04 04:52:00.000 | KS | Central Standard Time | 102179 | 811091 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10055271: 7696813 | IY33D | 13 | 0 | 3 mi SSW of Hutchinson, KS | 109734693 | 5063160 | 0 | False | 2019-12-04 06:31:00.000 | KS | Central Standard Time | 102179 | 811091 |
| Driving | 1 | 3 | FC71D | True | 0 | 10055271: 7696813 | IY33D | 0 | 0 | 3 mi SSW of Hutchinson, KS | 109734704 | 5063160 | 0 | False | 2019-12-04 06:44:00.000 | KS | Central Standard Time | 102179 | 811091 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10055271: 7696813 | IY33D | 15 | 0 | 3 mi SSW of Hutchinson, KS | 109735051 | 5063160 | 0 | False | 2019-12-04 06:44:00.000 | KS | Central Standard Time | 102179 | 811091 |
| Driving | 1 | 3 | FC71D | True | 1050 | 10055271: 7696813 | IY33D | 110 | 0 | 3 mi SSW of Hutchinson, KS | 109738044 | 5063161 | 0 | False | 2019-12-04 06:59:00.000 | KS | Central Standard Time | 102179 | 811091 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10055271: 7696813 | IY33D | 17 | 0 | 5 mi W of Emporia, KS | 109738627 | 5064211 | 0 | False | 2019-12-04 08:49:00.000 | KS | Central Standard Time | 102179 | 811091 |
| Driving | 1 | 3 | FC71D | True | 1699 | 10055271: 7696813 | IY33D | 162 | 0 | 3 mi W of Emporia, KS | 109743937 | 5064211 | 0 | False | 2019-12-04 09:06:00.000 | KS | Central Standard Time | 102179 | 811091 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10055271: 7696813 | IY33D | 36 | 0 | 6 mi NE of Grand River twp, MO | 109745079 | 5065910 | 0 | False | 2019-12-04 11:48:00.000 | MO | Central Standard Time | 102179 | 811091 |
| Driving | 1 | 3 | FC71D | True | 1439 | 10055271: 7696813 | IY33D | 135 | 0 | 6 mi NE of Grand River twp, MO | 109749666 | 5065910 | 0 | False | 2019-12-04 12:24:00.000 | MO | Central Standard Time | 102179 | 811091 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10055271: 7696813 | IY33D | 19 | 0 | 2 mi WNW of Altoona, IA | 109750243 | 5067349 | 0 | False | 2019-12-04 14:39:00.000 | IA | Central Standard Time | 102179 | 811091 |
| Driving | 1 | 3 | FC71D | True | 1426 | 10055271: 7696813 | IY33D | 136 | 0 | 2 mi WNW of Altoona, IA | 109754325 | 5067349 | 0 | False | 2019-12-04 14:58:00.000 | IA | Central Standard Time | 102179 | 811091 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10055271: 7696813 | IY33D | 13 | 0 | 10 mi WSW of Eldridge, IA | 109754503 | 5068775 | 0 | False | 2019-12-04 17:14:00.000 | IA | Central Standard Time | 102179 | 811091 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10055271: 7696813 | IY33D | 763 | 0 | 10 mi WSW of Eldridge, IA | 109769772 | 5068775 | 0 | False | 2019-12-04 17:27:00.000 | IA | Central Standard Time | 102179 | 811091 |
| Driving | 1 | 3 | FC71D | True | 1060 | 10057362: 7723824 | IY33D | 117 | 0 | 4 mi NE of LaSalle twp, IL | 109772765 | 5069893 | 0 | False | 2019-12-05 06:10:00.000 | IL | Central Standard Time | 102179 | 811022 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10057362: 7723824 | IY33D | 36 | 0 | 10 mi WSW of Eldridge, IA | 109773843 | 5070953 | 0 | False | 2019-12-05 08:07:00.000 | IA | Central Standard Time | 102179 | 811022 |
| Driving | 1 | 3 | FC71D | True | 6 | 10057362: 7723824 | IY33D | 4 | 0 | 10 mi WSW of Eldridge, IA | 109774050 | 5070953 | 0 | False | 2019-12-05 08:43:00.000 | IA | Central Standard Time | 102179 | 811022 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10057362: 7723824 | IY33D | 6 | 0 | 11 mi WSW of Eldridge, IA | 109774202 | 5070959 | 0 | False | 2019-12-05 08:47:00.000 | IA | Central Standard Time | 102179 | 811022 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10057362: 7723824 | IY33D | 3 | 0 | 11 mi WSW of Eldridge, IA | 109774301 | 5070959 | 0 | False | 2019-12-05 08:53:00.000 | IA | Central Standard Time | 102179 | 811022 |
| Driving | 1 | 3 | FC71D | True | 3067 | 10057362: 7723824 | IY33D | 286 | 0 | 11 mi WSW of Eldridge, IA | 109783493 | 5070959 | 0 | False | 2019-12-05 08:56:00.000 | IA | Central Standard Time | 102179 | 811022 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10057362: 7723824 | IY33D | 35 | 0 | 13 mi S of Cameron, MO | 109784581 | 5074026 | 0 | False | 2019-12-05 13:42:00.000 | MO | Central Standard Time | 102179 | 811022 |
| Driving | 1 | 3 | FC71D | True | 2532 | 10057362: 7723824 | IY33D | 251 | 0 | 13 mi S of Cameron, MO | 109791668 | 5074026 | 0 | False | 2019-12-05 14:17:00.000 | MO | Central Standard Time | 102179 | 811022 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10057362: 7723824 | IY33D | 1 | 0 | 3 mi SSW of Hutchinson, KS | 109791691 | 5076558 | 0 | False | 2019-12-05 18:28:00.000 | KS | Central Standard Time | 102179 | 811022 |
| Driving | 1 | 3 | FC71D | True | 0 | 10057362: 7723824 | IY33D | 0 | 0 | 3 mi SSW of Hutchinson, KS | 109791706 | 5076558 | 0 | False | 2019-12-05 18:29:00.000 | KS | Central Standard Time | 102179 | 811022 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10057362: 7723824 | IY33D | 642 | 0 | 3 mi SSW of Hutchinson, KS | 109803986 | 5076558 | 0 | False | 2019-12-05 18:29:00.000 | KS | Central Standard Time | 102179 | 811022 |
| Driving | 1 | 3 | FC71D | True | 2161 | 10057362: 7723824 | IY33D | 208 | 0 | 8 mi W of Albuquerque, NM | 109809305 | 5082305 | 0 | False | 2019-12-06 05:11:00.000 | NM | Central Standard Time | 102179 | 811022 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10057362: 7723824 | IY33D | 20 | 0 | 6 mi NE of Holbrook, AZ | 109809911 | 5084466 | 0 | False | 2019-12-06 08:39:00.000 | AZ | Central Standard Time | 102179 | 811022 |
| Driving | 1 | 3 | FC71D | True | 2258 | 10057362: 7723824 | IY33D | 214 | 0 | 6 mi NE of Holbrook, AZ | 109816906 | 5084466 | 0 | False | 2019-12-06 08:59:00.000 | AZ | Central Standard Time | 102179 | 811022 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10057362: 7723824 | IY33D | 32 | 0 | 15 mi E of Kingman, AZ | 109817884 | 5086724 | 0 | False | 2019-12-06 12:33:00.000 | AZ | Central Standard Time | 102179 | 811022 |
| Driving | 1 | 3 | FC71D | True | 1965 | 10057362: 7723824 | IY33D | 195 | 0 | 15 mi E of Kingman, AZ | 109823850 | 5086724 | 0 | False | 2019-12-06 13:05:00.000 | AZ | Central Standard Time | 102179 | 811022 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10057362: 7723824 | IY33D | 702 | 0 | 24 mi ESE of Barstow, CA | 109837790 | 5088689 | 0 | False | 2019-12-06 16:20:00.000 | CA | Central Standard Time | 102179 | 811022 |
| Driving | 1 | 3 | FC71D | True | 1002 | 10057439: 7731811 | IY33D | 108 | 0 | 6 mi NW of Madera, CA | 109839433 | 5094285 | 0 | False | 2019-12-07 04:02:00.000 | CA | Central Standard Time | 102179 | 811934 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10057439: 7731811 | IY33D | 37 | 0 | 4 mi N of Delano, CA | 109840050 | 5095287 | 0 | False | 2019-12-07 05:50:00.000 | CA | Central Standard Time | 102179 | 811934 |
| Driving | 1 | 3 | FC71D | True | 2157 | 10057439: 7731811 | IY33D | 223 | 0 | 4 mi N of Delano, CA | 109845080 | 5095287 | 0 | False | 2019-12-07 06:27:00.000 | CA | Central Standard Time | 102179 | 811934 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10057439: 7731811 | IY33D | 32 | 0 | 41 mi N of Twentynine Palms, CA | 109845818 | 5097444 | 0 | False | 2019-12-07 10:10:00.000 | CA | Central Standard Time | 102179 | 811934 |
| Driving | 1 | 3 | FC71D | True | 2884 | 10057439: 7731811 | IY33D | 284 | 0 | 41 mi N of Twentynine Palms, CA | 109852348 | 5097444 | 0 | False | 2019-12-07 10:42:00.000 | CA | Central Standard Time | 102179 | 811934 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10057439: 7731811 | IY33D | 758 | 0 | 10 mi WNW of Flagstaff, AZ | 109863170 | 5100328 | 0 | False | 2019-12-07 15:26:00.000 | AZ | Central Standard Time | 102179 | 811934 |
| Driving | 1 | 3 | FC71D | True | 1429 | 10057439: 7731811 | IY33D | 155 | 0 | 10 mi SW of Goodwell, OK | 109864899 | 5106862 | 0 | False | 2019-12-08 04:04:00.000 | OK | Central Standard Time | 102179 | 811934 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10057439: 7731811 | IY33D | 30 | 0 | 25 mi SE of Dodge City, KS | 109865300 | 5108291 | 0 | False | 2019-12-08 06:39:00.000 | KS | Central Standard Time | 102179 | 811934 |
| Driving | 1 | 3 | FC71D | True | 1032 | 10057439: 7731811 | IY33D | 104 | 0 | 25 mi SE of Dodge City, KS | 109866849 | 5108291 | 0 | False | 2019-12-08 07:09:00.000 | KS | Central Standard Time | 102179 | 811934 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10057439: 7731811 | IY33D | 11 | 0 | 3 mi SSW of Hutchinson, KS | 109867018 | 5109323 | 0 | False | 2019-12-08 08:53:00.000 | KS | Central Standard Time | 102179 | 811934 |
| Driving | 1 | 3 | FC71D | True | 4 | 10057439: 7731811 | IY33D | 3 | 0 | 3 mi SSW of Hutchinson, KS | 109867078 | 5109323 | 0 | False | 2019-12-08 09:04:00.000 | KS | Central Standard Time | 102179 | 811934 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10057439: 7731811 | IY33D | 15 | 0 | 3 mi SSW of Hutchinson, KS | 109867357 | 5109327 | 0 | False | 2019-12-08 09:07:00.000 | KS | Central Standard Time | 102179 | 811934 |
| Driving | 1 | 3 | FC71D | True | 2745 | 10057439: 7731811 | IY33D | 260 | 0 | 3 mi SSW of Hutchinson, KS | 109871928 | 5109328 | 0 | False | 2019-12-08 09:22:00.000 | KS | Central Standard Time | 102179 | 811934 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10057439: 7731811 | IY33D | 32 | 0 | 6 mi NE of Grand River twp, MO | 109872439 | 5112073 | 0 | False | 2019-12-08 13:42:00.000 | MO | Central Standard Time | 102179 | 811934 |
| Driving | 1 | 3 | FC71D | True | 963 | 10057439: 7731811 | IY33D | 90 | 0 | 6 mi NE of Grand River twp, MO | 109874018 | 5112073 | 0 | False | 2019-12-08 14:14:00.000 | MO | Central Standard Time | 102179 | 811934 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10057439: 7731811 | IY33D | 1106 | 0 | 10 mi N of Osceola, IA | 109890554 | 5113036 | 0 | False | 2019-12-08 15:44:00.000 | IA | Central Standard Time | 102179 | 811934 |
| Sleeper | 1 | 2 | | True | 0 | 10057439: 7731811 | IY33D | 340 | 0 | 5 mi NE of LaSalle twp, IL | 109899979 | -1 | 0 | False | 2019-12-09 10:10:00.000 | IL | Central Standard Time | | 811934 |
| Sleeper | 1 | 2 | | True | 0 | 10057439: 7731811 | IY33D | 1 | 0 | 5 mi NE of LaSalle twp, IL | 109899992 | 5116271 | 0 | False | 2019-12-09 15:50:00.000 | IL | Central Standard Time | 102179 | 811934 |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 753 | 0 | 5 mi NE of LaSalle twp, IL | 109913629 | -1 | 0 | False | 2019-12-09 15:51:00.000 | IL | Central Standard Time | 102179 | |
| Driving | 1 | 3 | FC71D | True | 2 | 10058056: 7756764 | IY33D | 2 | 0 | 5 mi NE of LaSalle twp, IL | 109913659 | 5116271 | 0 | False | 2019-12-10 04:24:00.000 | IL | Central Standard Time | 102179 | 811856 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10058056: 7756764 | IY33D | 4 | 0 | 5 mi NE of LaSalle twp, IL | 109913820 | 5116273 | 0 | False | 2019-12-10 04:26:00.000 | IL | Central Standard Time | 102179 | 811856 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058056: 7756764 | IY33D | 12 | 0 | 5 mi NE of LaSalle twp, IL | 109913952 | 5116273 | 0 | False | 2019-12-10 04:30:00.000 | IL | Central Standard Time | 102179 | 811856 |
| Driving | 1 | 3 | FC71D | True | 21 | 10058056: 7756764 | IY33D | 10 | 0 | 5 mi NE of LaSalle twp, IL | 109914101 | 5116273 | 0 | False | 2019-12-10 04:42:00.000 | IL | Central Standard Time | 102179 | 811856 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058056: 7756764 | IY33D | 9 | 0 | 4 mi NE of LaSalle twp, IL | 109914270 | 5116294 | 0 | False | 2019-12-10 04:52:00.000 | IL | Central Standard Time | 102179 | 811856 |
| Driving | 1 | 3 | FC71D | True | 11 | 10058056: 7756764 | IY33D | 7 | 0 | 4 mi NE of LaSalle twp, IL | 109914430 | 5116294 | 0 | False | 2019-12-10 05:01:00.000 | IL | Central Standard Time | 102179 | 811856 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058056: 7756764 | IY33D | 12 | 0 | 4 mi NE of LaSalle twp, IL | 109914652 | 5116305 | 0 | False | 2019-12-10 05:08:00.000 | IL | Central Standard Time | 102179 | 811856 |
| Driving | 1 | 3 | FC71D | True | 1 | 10058056: 7756764 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 109914677 | 5116305 | 0 | False | 2019-12-10 05:20:00.000 | IL | Central Standard Time | 102179 | 811856 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058056: 7756764 | IY33D | 6 | 0 | 4 mi NE of LaSalle twp, IL | 109914775 | 5116306 | 0 | False | 2019-12-10 05:21:00.000 | IL | Central Standard Time | 102179 | 811856 |
| Driving | 1 | 3 | FC71D | True | 7 | 10058056: 7756764 | IY33D | 4 | 0 | 4 mi NE of LaSalle twp, IL | 109914845 | 5116306 | 0 | False | 2019-12-10 05:27:00.000 | IL | Central Standard Time | 102179 | 811856 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058056: 7756764 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 109914868 | 5116313 | 0 | False | 2019-12-10 05:31:00.000 | IL | Central Standard Time | 102179 | 811856 |
| Driving | 1 | 3 | FC71D | True | 5 | 10058056: 7756764 | IY33D | 4 | 0 | 4 mi NE of LaSalle twp, IL | 109914967 | 5116313 | 0 | False | 2019-12-10 05:32:00.000 | IL | Central Standard Time | 102179 | 811856 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058056: 7756764 | IY33D | 9 | 0 | 4 mi NE of LaSalle twp, IL | 109915110 | 5116318 | 0 | False | 2019-12-10 05:36:00.000 | IL | Central Standard Time | 102179 | 811856 |
| Driving | 1 | 3 | FC71D | True | 261 | 10058056: 7756764 | IY33D | 30 | 0 | 4 mi NE of LaSalle twp, IL | 109915725 | 5116318 | 0 | False | 2019-12-10 05:45:00.000 | IL | Central Standard Time | 102179 | 811856 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058056: 7756764 | IY33D | 12 | 0 | 2 mi N of Princeton, IL | 109916034 | 5116579 | 0 | False | 2019-12-10 06:15:00.000 | IL | Central Standard Time | 102179 | 811856 |
| Driving | 1 | 3 | FC71D | True | 793 | 10058056: 7756764 | IY33D | 77 | 0 | 2 mi N of Princeton, IL | 109918213 | 5116579 | 0 | False | 2019-12-10 06:27:00.000 | IL | Central Standard Time | 102179 | 811856 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10058056: 7756764 | IY33D | 22 | 0 | 10 mi WSW of Eldridge, IA | 109918713 | 5117372 | 0 | False | 2019-12-10 07:44:00.000 | IA | Central Standard Time | 102179 | 811856 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058056: 7756764 | IY33D | 10 | 0 | 10 mi WSW of Eldridge, IA | 109919053 | 5117372 | 0 | False | 2019-12-10 08:06:00.000 | IA | Central Standard Time | 102179 | 811856 |
| Driving | 1 | 3 | FC71D | True | 2348 | 10058056: 7756764 | IY33D | 216 | 0 | 10 mi WSW of Eldridge, IA | 109926120 | 5117372 | 0 | False | 2019-12-10 08:16:00.000 | IA | Central Standard Time | 102179 | 811856 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058056: 7756764 | IY33D | 33 | 0 | 21 mi NNE of Bethany twp, MO | 109927230 | 5119720 | 0 | False | 2019-12-10 11:52:00.000 | MO | Central Standard Time | 102179 | 811856 |
| Driving | 1 | 3 | FC71D | True | 3198 | 10058056: 7756764 | IY33D | 308 | 0 | 21 mi NNE of Bethany twp, MO | 109936467 | 5119720 | 0 | False | 2019-12-10 12:25:00.000 | MO | Central Standard Time | 102179 | 811856 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10058056: 7756764 | IY33D | 730 | 0 | 4 mi ESE of Hutchinson, KS | 109950513 | 5122918 | 0 | False | 2019-12-10 17:33:00.000 | KS | Central Standard Time | 102179 | 811856 |
| Driving | 1 | 3 | FC71D | True | 1051 | 10058056: 7756764 | IY33D | 100 | 0 | 4 mi NW of Grants, NM | 109953120 | 5129402 | 0 | False | 2019-12-11 05:43:00.000 | NM | Central Standard Time | 102179 | 811856 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058056: 7756764 | IY33D | 15 | 0 | 47 mi N of St. Johns, AZ | 109953535 | 5130453 | 0 | False | 2019-12-11 07:23:00.000 | AZ | Central Standard Time | 102179 | 811856 |
| Driving | 1 | 3 | FC71D | True | 1695 | 10058056: 7756764 | IY33D | 160 | 0 | 47 mi N of St. Johns, AZ | 109958270 | 5130453 | 0 | False | 2019-12-11 07:38:00.000 | AZ | Central Standard Time | 102179 | 811856 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058056: 7756764 | IY33D | 43 | 0 | 1 mi N of Williams, AZ | 109959590 | 5132148 | 0 | False | 2019-12-11 10:18:00.000 | AZ | Central Standard Time | 102179 | 811856 |
| Driving | 1 | 3 | FC71D | True | 3214 | 10058056: 7756764 | IY33D | 302 | 0 | 1 mi N of Williams, AZ | 109969759 | 5132148 | 0 | False | 2019-12-11 11:01:00.000 | AZ | Central Standard Time | 102179 | 811856 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10058056: 7756764 | IY33D | 8 | 0 | 5 mi SW of Barstow, CA | 109970055 | 5135362 | 0 | False | 2019-12-11 16:03:00.000 | CA | Central Standard Time | 102179 | 811856 |
| Driving | 1 | 3 | FC71D | True | 1 | 10058056: 7756764 | IY33D | 3 | 0 | 5 mi SW of Barstow, CA | 109970202 | 5135362 | 0 | False | 2019-12-11 16:11:00.000 | CA | Central Standard Time | 102179 | 811856 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10058056: 7756764 | IY33D | 836 | 0 | 5 mi SW of Barstow, CA | 109987441 | 5135363 | 0 | False | 2019-12-11 16:14:00.000 | CA | Central Standard Time | 102179 | 811856 |
| Driving | 1 | 3 | FC71D | True | 1078 | 10058056: 7756764, 100 | IY33D | 152 | 0 | 2 mi ESE of Santa Fe Springs, CA | 109991917 | 5136439 | 0 | False | 2019-12-12 06:10:00.000 | CA | Central Standard Time | 102179 | 811856, 311366 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10058056: 7756764, 100 | IY33D | 8 | 0 | 5 mi SW of Barstow, CA | 109992012 | 5137517 | 0 | False | 2019-12-12 08:42:00.000 | CA | Central Standard Time | 102179 | 811856, 311366 |
| Driving | 1 | 3 | FC71D | True | 0 | 10058056: 7756764, 100 | IY33D | 0 | 0 | 5 mi SW of Barstow, CA | 109992020 | 5137517 | 0 | False | 2019-12-12 08:50:00.000 | CA | Central Standard Time | 102179 | 811856, 311366 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058056: 7756764, 100 | IY33D | 11 | 0 | 5 mi SW of Barstow, CA | 109992399 | 5137517 | 0 | False | 2019-12-12 08:50:00.000 | CA | Central Standard Time | 102179 | 811856, 311366 |
| Driving | 1 | 3 | FC71D | True | 2137 | 10058056: 7756764, 100 | IY33D | 214 | 0 | 5 mi SW of Barstow, CA | 109999471 | 5137517 | 0 | False | 2019-12-12 09:01:00.000 | CA | Central Standard Time | 102179 | 811856, 311366 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058056: 7756764, 100 | IY33D | 34 | 0 | 3 mi NE of Kingman, AZ | 110000506 | 5139654 | 0 | False | 2019-12-12 12:35:00.000 | AZ | Central Standard Time | 102179 | 811856, 311366 |
| Driving | 1 | 3 | FC71D | True | 2717 | 10058056: 7756764, 100 | IY33D | 265 | 0 | 3 mi NE of Kingman, AZ | 110008006 | 5139654 | 0 | False | 2019-12-12 13:09:00.000 | AZ | Central Standard Time | 102179 | 811856, 311366 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10058056: 7756764, 100 | IY33D | 685 | 0 | 44 mi NNW of St. Johns, AZ | 110020807 | 5142371 | 0 | False | 2019-12-12 17:34:00.000 | AZ | Central Standard Time | 102179 | 811856, 311366 |
| Driving | 1 | 3 | FC71D | True | 937 | 10058285: 7779182 | IY33D | 100 | 0 | 24 mi S of Kinsley, KS | 110022936 | 5149000 | 0 | False | 2019-12-13 04:59:00.000 | KS | Central Standard Time | 102179 | 311366 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058285: 7779182 | IY33D | 2 | 0 | 3 mi SSW of Hutchinson, KS | 110022966 | 5149937 | 0 | False | 2019-12-13 06:39:00.000 | KS | Central Standard Time | 102179 | 311366 |
| Driving | 1 | 3 | FC71D | True | 1 | 10058285: 7779182 | IY33D | 1 | 0 | 3 mi SSW of Hutchinson, KS | 110022976 | 5149937 | 0 | False | 2019-12-13 06:41:00.000 | KS | Central Standard Time | 102179 | 311366 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058285: 7779182 | IY33D | 21 | 0 | 3 mi SSW of Hutchinson, KS | 110023523 | 5149938 | 0 | False | 2019-12-13 06:42:00.000 | KS | Central Standard Time | 102179 | 311366 |
| Driving | 1 | 3 | FC71D | True | 887 | 10058285: 7779182 | IY33D | 89 | 0 | 3 mi SSW of Hutchinson, KS | 110025854 | 5149938 | 0 | False | 2019-12-13 07:03:00.000 | KS | Central Standard Time | 102179 | 311366 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058285: 7779182 | IY33D | 12 | 0 | 18 mi S of Council Grove, KS | 110026212 | 5150825 | 0 | False | 2019-12-13 08:32:00.000 | KS | Central Standard Time | 102179 | 311366 |
| Driving | 1 | 3 | FC71D | True | 1862 | 10058285: 7779182 | IY33D | 179 | 0 | 18 mi S of Council Grove, KS | 110031817 | 5150825 | 0 | False | 2019-12-13 08:44:00.000 | KS | Central Standard Time | 102179 | 311366 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058285: 7779182 | IY33D | 35 | 0 | 6 mi NE of Grand River twp, MO | 110032882 | 5152687 | 0 | False | 2019-12-13 11:43:00.000 | MO | Central Standard Time | 102179 | 311366 |
| Driving | 1 | 3 | FC71D | True | 2860 | 10058285: 7779182 | IY33D | 271 | 0 | 6 mi NE of Grand River twp, MO | 110041059 | 5152687 | 0 | False | 2019-12-13 12:18:00.000 | MO | Central Standard Time | 102179 | 311366 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10058285: 7779182 | IY33D | 987 | 0 | 10 mi WSW of Eldridge, IA | 110059759 | 5155547 | 0 | False | 2019-12-13 16:49:00.000 | IA | Central Standard Time | 102179 | 311366 |
| Sleeper | 1 | 2 | | False | 0 | 10058064: 7801711 | IY33D | 72 | 1 | 5 mi NE of LaSalle twp, IL | 110061528 | -1 | 0 | False | 2019-12-14 09:16:00.000 | IL | Central Standard Time | | 8111525 |
| Sleeper | 1 | 2 | | True | 0 | 10058064: 7801711 | IY33D | 59 | 2 | 5 mi NE of LaSalle twp, IL | 110068789 | -1 | 110061528 | False | 2019-12-14 09:16:00.000 | | Central Standard Time | | 8111525 |
| Driving | 1 | 3 | | True | 13 | 10058064: 7801711 | IY33D | 12 | 2 | 4 mi NE of LaSalle twp, IL | 110068788 | 5156645 | 110061528 | False | 2019-12-14 10:15:00.000 | | Central Standard Time | 102179 | 8111525 |
| Sleeper | 1 | 2 | | True | 0 | 10058064: 7801711 | IY33D | 1 | 2 | 5 mi NE of LaSalle twp, IL | 110068787 | -1 | 110061528 | False | 2019-12-14 10:27:00.000 | | Central Standard Time | | 8111525 |
| Sleeper | 1 | 2 | | True | 0 | 10058064: 7801711 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 110061534 | 5156658 | 0 | False | 2019-12-14 10:28:00.000 | IL | Central Standard Time | 102179 | 8111525 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10058064: 7801711 | IY33D | 3 | 0 | 4 mi NE of LaSalle twp, IL | 110061592 | 5156658 | 0 | False | 2019-12-14 10:28:00.000 | IL | Central Standard Time | 102179 | 8111525 |
| Driving | 1 | 3 | FC71D | True | 3396 | 10058064: 7801711 | IY33D | 325 | 0 | 4 mi NE of LaSalle twp, IL | 110068602 | 5156658 | 0 | False | 2019-12-14 10:31:00.000 | IL | Central Standard Time | 102179 | 8111525 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058064: 7801711 | IY33D | 14 | 0 | 21 mi NNE of Bethany twp, MO | 110068863 | 5160054 | 0 | False | 2019-12-14 15:56:00.000 | MO | Central Standard Time | 102179 | 8111525 |
| Driving | 1 | 3 | FC71D | True | 723 | 10058064: 7801711 | IY33D | 70 | 0 | 21 mi NNE of Bethany twp, MO | 110070195 | 5160054 | 0 | False | 2019-12-14 16:10:00.000 | MO | Central Standard Time | 102179 | 8111525 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058064: 7801711 | IY33D | 35 | 0 | 13 mi S of Cameron, MO | 110070773 | 5160777 | 0 | False | 2019-12-14 17:20:00.000 | MO | Central Standard Time | 102179 | 8111525 |
| Driving | 1 | 3 | FC71D | True | 2487 | 10058064: 7801711 | IY33D | 249 | 0 | 13 mi S of Cameron, MO | 110074353 | 5160777 | 0 | False | 2019-12-14 17:55:00.000 | MO | Central Standard Time | 102179 | 8111525 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10058064: 7801711 | IY33D | 705 | 0 | 4 mi ESE of Hutchinson, KS | 110082517 | 5163264 | 0 | False | 2019-12-14 22:04:00.000 | KS | Central Standard Time | 102179 | 8111525 |
| Driving | 1 | 3 | FC71D | True | 2748 | 10058064: 7801711 | IY33D | 260 | 0 | 4 mi NW of Grants, NM | 110086665 | 5169761 | 0 | False | 2019-12-15 09:49:00.000 | NM | Central Standard Time | 102179 | 8111525 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10058064: 7801711 | IY33D | 35 | 0 | 1 mi N of Williams, AZ | 110087094 | 5172509 | 0 | False | 2019-12-15 14:09:00.000 | AZ | Central Standard Time | 102179 | 8111525 |
| Driving | 1 | 3 | FC71D | True | 3223 | 10058064: 7801711 | IY33D | 323 | 0 | 1 mi N of Williams, AZ | 110091450 | 5172509 | 0 | False | 2019-12-15 14:44:00.000 | AZ | Central Standard Time | 102179 | 8111525 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10058064: 7801711 | IY33D | 13 | 0 | 5 mi SW of Barstow, CA | 110091512 | 5175732 | 0 | False | 2019-12-15 20:07:00.000 | CA | Central Standard Time | 102179 | 8111525 |
| Driving | 1 | 3 | FC71D | True | 0 | 10058064: 7801711 | IY33D | 0 | 0 | 5 mi SW of Barstow, CA | 110091513 | 5175733 | 0 | False | 2019-12-15 20:20:00.000 | CA | Central Standard Time | 102179 | 8111525 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10058064: 7801711 | IY33D | 137 | 0 | 5 mi SW of Barstow, CA | 110092958 | 5175733 | 0 | False | 2019-12-15 20:20:00.000 | CA | Central Standard Time | 102179 | 8111525 |
| Sleeper | 1 | 2 | | True | 0 | 10058064: 7801711 | IY33D | 0 | 0 | 4 mi S of Compton, CA | 110092960 | 5176908 | 0 | False | 2019-12-15 22:37:00.000 | CA | Central Standard Time | 102179 | 8111525 |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 1897 | 0 | 4 mi S of Compton, CA | 110127968 | -1 | 0 | False | 2019-12-15 22:37:00.000 | CA | Central Standard Time | | |
| Sleeper | 1 | 2 | | True | 0 | 10065488: 7811976 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110127980 | 5179477 | 0 | False | 2019-12-17 06:14:00.000 | CA | Central Standard Time | 102179 | 810741 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10065488: 7811976 | IY33D | 11 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110128232 | 5179477 | 0 | False | 2019-12-17 06:15:00.000 | CA | Central Standard Time | 102179 | 810741 |
| Driving | 1 | 3 | FC71D | True | 1 | 10065488: 7811976 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110128264 | 5179477 | 0 | False | 2019-12-17 06:26:00.000 | CA | Central Standard Time | 102179 | 810741 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065488: 7811976 | IY33D | 12 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110128508 | 5179478 | 0 | False | 2019-12-17 06:28:00.000 | CA | Central Standard Time | 102179 | 810741 |
| Driving | 1 | 3 | FC71D | True | 6 | 10065488: 7811976 | IY33D | 6 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110128645 | 5179478 | 0 | False | 2019-12-17 06:40:00.000 | CA | Central Standard Time | 102179 | 810741 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065488: 7811976 | IY33D | 5 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110128722 | 5179484 | 0 | False | 2019-12-17 06:46:00.000 | CA | Central Standard Time | 102179 | 810741 |
| Driving | 1 | 3 | FC71D | True | 1072 | 10065488: 7811976 | IY33D | 136 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110132546 | 5179484 | 0 | False | 2019-12-17 06:51:00.000 | CA | Central Standard Time | 102179 | 810741 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065488: 7811976 | IY33D | 20 | 0 | 5 mi SW of Barstow, CA | 110133174 | 5180556 | 0 | False | 2019-12-17 09:07:00.000 | CA | Central Standard Time | 102179 | 810741 |
| Driving | 1 | 3 | FC71D | True | 2097 | 10065488: 7811976 | IY33D | 226 | 0 | 5 mi SW of Barstow, CA | 110140801 | 5180556 | 0 | False | 2019-12-17 09:27:00.000 | CA | Central Standard Time | 102179 | 810741 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065488: 7811976 | IY33D | 38 | 0 | 1 mi W of Kingman, AZ | 110141967 | 5182653 | 0 | False | 2019-12-17 13:13:00.000 | AZ | Central Standard Time | 102179 | 810741 |
| Driving | 1 | 3 | FC71D | True | 2339 | 10065488: 7811976 | IY33D | 236 | 0 | 1 mi W of Kingman, AZ | 110148761 | 5182653 | 0 | False | 2019-12-17 13:51:00.000 | AZ | Central Standard Time | 102179 | 810741 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10065488: 7811976 | IY33D | 839 | 0 | 3 mi W of Holbrook, AZ | 110166254 | 5184992 | 0 | False | 2019-12-17 17:47:00.000 | AZ | Central Standard Time | 102179 | 810741 |
| Driving | 1 | 3 | FC71D | True | 1477 | 10065488: 7811976 | IY33D | 161 | 0 | 3 mi N of Meade Center twp, KS | 110171621 | 5191533 | 0 | False | 2019-12-18 07:46:00.000 | KS | Central Standard Time | 102179 | 810741 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10065488: 7811976 | IY33D | 17 | 0 | 3 mi SSW of Hutchinson, KS | 110172009 | 5193007 | 0 | False | 2019-12-18 10:27:00.000 | KS | Central Standard Time | 102179 | 810741 |
| Driving | 1 | 3 | FC71D | True | 2534 | 10065488: 7811976 | IY33D | 261 | 0 | 3 mi SSW of Hutchinson, KS | 110180430 | 5193008 | 0 | False | 2019-12-18 10:44:00.000 | KS | Central Standard Time | 102179 | 810741 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065488: 7811976 | IY33D | 34 | 0 | 13 mi S of Cameron, MO | 110181497 | 5195542 | 0 | False | 2019-12-18 15:05:00.000 | MO | Central Standard Time | 102179 | 810741 |
| Driving | 1 | 3 | FC71D | True | 2251 | 10065488: 7811976 | IY33D | 215 | 0 | 13 mi S of Cameron, MO | 110187324 | 5195542 | 0 | False | 2019-12-18 15:39:00.000 | MO | Central Standard Time | 102179 | 810741 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10065488: 7811976 | IY33D | 10 | 0 | 15 mi SSW of Belle Plaine, IA | 110187434 | 5197793 | 0 | False | 2019-12-18 19:14:00.000 | IA | Central Standard Time | 102179 | 810741 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10065488: 7811976 | IY33D | 633 | 0 | 15 mi SSW of Belle Plaine, IA | 110199436 | 5197793 | 0 | False | 2019-12-18 19:24:00.000 | IA | Central Standard Time | 102179 | 810741 |
| Driving | 1 | 3 | FC71D | True | 19 | 10065242: 7833598, 100 | IY33D | 7 | 0 | 5 mi NE of LaSalle twp, IL | 110199610 | 5199692 | 0 | False | 2019-12-19 05:57:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 5 | 0 | 4 mi NE of LaSalle twp, IL | 110200270 | 5199711 | 0 | False | 2019-12-19 06:04:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| Driving | 1 | 3 | FC71D | True | 8 | 10065242: 7833598, 100 | IY33D | 6 | 0 | 4 mi NE of LaSalle twp, IL | 110200272 | 5199713 | 0 | False | 2019-12-19 06:12:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 31 | 0 | 4 mi NE of LaSalle twp, IL | 110200758 | 5199721 | 0 | False | 2019-12-19 06:18:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| Driving | 1 | 3 | FC71D | True | 1 | 10065242: 7833598, 100 | IY33D | 5 | 0 | 4 mi NE of LaSalle twp, IL | 110200928 | 5199721 | 0 | False | 2019-12-19 06:49:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 4 | 0 | 4 mi NE of LaSalle twp, IL | 110201029 | 5199722 | 0 | False | 2019-12-19 06:54:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| Driving | 1 | 3 | FC71D | True | 3 | 10065242: 7833598, 100 | IY33D | 4 | 0 | 4 mi NE of LaSalle twp, IL | 110201121 | 5199722 | 0 | False | 2019-12-19 06:58:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 4 | 0 | 4 mi NE of LaSalle twp, IL | 110201220 | 5199725 | 0 | False | 2019-12-19 07:00:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| Driving | 1 | 3 | FC71D | True | 17 | 10065242: 7833598, 100 | IY33D | 7 | 0 | 4 mi NE of LaSalle twp, IL | 110201446 | 5199725 | 0 | False | 2019-12-19 07:04:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 1 | 0 | 5 mi NE of LaSalle twp, IL | 110201469 | 5199742 | 0 | False | 2019-12-19 07:11:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| Driving | 1 | 3 | FC71D | True | 1 | 10065242: 7833598, 100 | IY33D | 0 | 0 | 5 mi NE of LaSalle twp, IL | 110201497 | 5199742 | 0 | False | 2019-12-19 07:12:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 6 | 0 | 5 mi NE of LaSalle twp, IL | 110201671 | 5199743 | 0 | False | 2019-12-19 07:12:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| Driving | 1 | 3 | FC71D | True | 1 | 10065242: 7833598, 100 | IY33D | 7 | 0 | 5 mi NE of LaSalle twp, IL | 110201894 | 5199743 | 0 | False | 2019-12-19 07:18:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 1 | 0 | 5 mi NE of LaSalle twp, IL | 110201910 | 5199744 | 0 | False | 2019-12-19 07:25:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| Driving | 1 | 3 | FC71D | True | 2 | 10065242: 7833598, 100 | IY33D | 2 | 0 | 5 mi NE of LaSalle twp, IL | 110202005 | 5199744 | 0 | False | 2019-12-19 07:26:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 7 | 0 | 5 mi NE of LaSalle twp, IL | 110202241 | 5199746 | 0 | False | 2019-12-19 07:28:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| Driving | 1 | 3 | FC71D | True | 1 | 10065242: 7833598, 100 | IY33D | 1 | 0 | 5 mi NE of LaSalle twp, IL | 110202318 | 5199746 | 0 | False | 2019-12-19 07:35:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 2 | 0 | 5 mi NE of LaSalle twp, IL | 110202349 | 5199746 | 0 | False | 2019-12-19 07:36:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| Driving | 1 | 3 | FC71D | True | 1 | 10065242: 7833598, 100 | IY33D | 1 | 0 | 5 mi NE of LaSalle twp, IL | 110202366 | 5199747 | 0 | False | 2019-12-19 07:38:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 7 | 0 | 5 mi NE of LaSalle twp, IL | 110202579 | 5199748 | 0 | False | 2019-12-19 07:39:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| Driving | 1 | 3 | FC71D | True | 1 | 10065242: 7833598, 100 | IY33D | 4 | 0 | 5 mi NE of LaSalle twp, IL | 110202687 | 5199748 | 0 | False | 2019-12-19 07:46:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 9 | 0 | 5 mi NE of LaSalle twp, IL | 110202965 | 5199749 | 0 | False | 2019-12-19 07:50:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| Driving | 1 | 3 | FC71D | True | 2459 | 10065242: 7833598, 100 | IY33D | 238 | 0 | 5 mi NE of LaSalle twp, IL | 110210228 | 5199749 | 0 | False | 2019-12-19 07:59:00.000 | IL | Central Standard Time | 102179 | 180321, 811694 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 34 | 0 | 2 mi WNW of Altoona, IA | 110211170 | 5202208 | 0 | False | 2019-12-19 11:57:00.000 | IA | Central Standard Time | 102179 | 180321, 811694 |
| Driving | 1 | 3 | FC71D | True | 1522 | 10065242: 7833598, 100 | IY33D | 148 | 0 | 2 mi WNW of Altoona, IA | 110215941 | 5202208 | 0 | False | 2019-12-19 12:31:00.000 | IA | Central Standard Time | 102179 | 180321, 811694 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 13 | 0 | 2 mi NE of Cameron, MO | 110216135 | 5203730 | 0 | False | 2019-12-19 14:59:00.000 | MO | Central Standard Time | 102179 | 180321, 811694 |
| Driving | 1 | 3 | FC71D | True | 1792 | 10065242: 7833598, 100 | IY33D | 197 | 0 | 2 mi NE of Cameron, MO | 110221608 | 5203730 | 0 | False | 2019-12-19 15:12:00.000 | MO | Central Standard Time | 102179 | 180321, 811694 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 10 | 0 | 18 mi S of Council Grove, KS | 110221690 | 5205522 | 0 | False | 2019-12-19 18:29:00.000 | KS | Central Standard Time | 102179 | 180321, 811694 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 702 | 0 | 18 mi S of Council Grove, KS | 110234367 | 5205522 | 0 | False | 2019-12-19 18:39:00.000 | KS | Central Standard Time | 102179 | 180321, 811694 |
| Driving | 1 | 3 | FC71D | True | 1164 | 10065242: 7833598, 100 | IY33D | 115 | 0 | 12 mi SE of Edgewood, NM | 110237475 | 5211716 | 0 | False | 2019-12-20 06:21:00.000 | NM | Central Standard Time | 102179 | 180321, 811694 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 23 | 0 | 4 mi NW of Grants, NM | 110238057 | 5212880 | 0 | False | 2019-12-20 08:16:00.000 | NM | Central Standard Time | 102179 | 180321, 811694 |
| Driving | 1 | 3 | FC71D | True | 2751 | 10065242: 7833598, 100 | IY33D | 256 | 0 | 4 mi NW of Grants, NM | 110245942 | 5212880 | 0 | False | 2019-12-20 08:39:00.000 | NM | Central Standard Time | 102179 | 180321, 811694 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 36 | 0 | 1 mi N of Williams, AZ | 110247109 | 5215631 | 0 | False | 2019-12-20 12:55:00.000 | AZ | Central Standard Time | 102179 | 180321, 811694 |
| Driving | 1 | 3 | FC71D | True | 969 | 10065242: 7833598, 100 | IY33D | 97 | 0 | 1 mi N of Williams, AZ | 110250064 | 5215631 | 0 | False | 2019-12-20 13:31:00.000 | AZ | Central Standard Time | 102179 | 180321, 811694 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 14 | 0 | 15 mi E of Kingman, AZ | 110250483 | 5216600 | 0 | False | 2019-12-20 15:08:00.000 | AZ | Central Standard Time | 102179 | 180321, 811694 |
| Driving | 1 | 3 | FC71D | True | 1703 | 10065242: 7833598, 100 | IY33D | 167 | 0 | 15 mi E of Kingman, AZ | 110255107 | 5216600 | 0 | False | 2019-12-20 15:22:00.000 | AZ | Central Standard Time | 102179 | 180321, 811694 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10065242: 7833598, 100 | IY33D | 1149 | 0 | 41 mi N of Twentynine Palms, CA | 110276937 | 5218303 | 0 | False | 2019-12-20 18:09:00.000 | CA | Central Standard Time | 102179 | 180321, 811694 |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 7421 | 0 | 5 mi N of Riverside, CA | 110358096 | -1 | 0 | False | 2019-12-21 13:18:00.000 | CA | Central Standard Time | | |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 2 | 0 | 4 mi WSW of Grand Terrace, CA | 110358130 | 5221607 | 0 | False | 2019-12-26 16:59:00.000 | CA | Central Standard Time | 102179 | |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 0 | 0 | 4 mi WSW of Grand Terrace, CA | 110358133 | 5221607 | 0 | False | 2019-12-26 17:01:00.000 | CA | Central Standard Time | 102179 | |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 15 | 0 | 4 mi WSW of Grand Terrace, CA | 110358300 | -1 | 0 | False | 2019-12-26 17:01:00.000 | CA | Central Standard Time | | |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 3 | 0 | 4 mi WSW of Grand Terrace, CA | 110358339 | 5221608 | 0 | False | 2019-12-26 17:16:00.000 | CA | Central Standard Time | 102179 | |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 0 | 0 | 4 mi WSW of Grand Terrace, CA | 110358340 | 5221608 | 0 | False | 2019-12-26 17:19:00.000 | CA | Central Standard Time | 102179 | |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 68 | 0 | 4 mi WSW of Grand Terrace, CA | 110359178 | -1 | 0 | False | 2019-12-26 17:19:00.000 | CA | Central Standard Time | | |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 541 | 0 | 1 mi WSW of Hemet, CA | 110363791 | 5221979 | 0 | False | 2019-12-26 18:27:00.000 | CA | Central Standard Time | 102179 | |
| Sleeper | 1 | 2 | | True | 0 | 10068505: 00000 | IY33D | 163 | 0 | 1 mi WSW of Hemet, CA | 110365349 | -1 | 0 | False | 2019-12-27 03:28:00.000 | CA | Central Standard Time | | 0000 |
| Sleeper | 1 | 2 | | True | 0 | 10068505: 00000 | IY33D | 0 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110365350 | 5223288 | 0 | False | 2019-12-27 06:11:00.000 | CA | Central Standard Time | 102179 | 0000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10068505: 00000 | IY33D | 181 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110368296 | 5223288 | 0 | False | 2019-12-27 06:11:00.000 | CA | Central Standard Time | 102179 | 0000 |
| Sleeper | 1 | 2 | | True | 0 | 10068505: 00000 | IY33D | 33 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110368908 | -1 | 0 | False | 2019-12-27 09:12:00.000 | CA | Central Standard Time | | 0000 |
| Sleeper | 1 | 2 | | True | 0 | 10068505: 00000 | IY33D | 0 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110368913 | 5223296 | 0 | False | 2019-12-27 09:45:00.000 | CA | Central Standard Time | 102179 | 0000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10068505: 00000 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110368941 | 5223296 | 0 | False | 2019-12-27 09:45:00.000 | CA | Central Standard Time | 102179 | 0000 |
| Driving | 1 | 3 | FC71D | True | 2 | 10068505: 00000 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110368957 | 5223296 | 0 | False | 2019-12-27 09:46:00.000 | CA | Central Standard Time | 102179 | 0000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10068505: 00000 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110368983 | 5223298 | 0 | False | 2019-12-27 09:47:00.000 | CA | Central Standard Time | 102179 | 0000 |
| Driving | 1 | 3 | FC71D | True | 1070 | 10068505: 00000 | IY33D | 133 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110371953 | 5223298 | 0 | False | 2019-12-27 09:49:00.000 | CA | Central Standard Time | 102179 | 0000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10068505: 00000 | IY33D | 13 | 0 | 5 mi SW of Barstow, CA | 110372227 | 5224368 | 0 | False | 2019-12-27 12:02:00.000 | CA | Central Standard Time | 102179 | 0000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10068505: 00000 | IY33D | 14 | 0 | 5 mi SW of Barstow, CA | 110372479 | 5224368 | 0 | False | 2019-12-27 12:15:00.000 | CA | Central Standard Time | 102179 | 0000 |
| Driving | 1 | 3 | FC71D | True | 2264 | 10068505: 00000 | IY33D | 229 | 0 | 5 mi SW of Barstow, CA | 110377026 | 5224368 | 0 | False | 2019-12-27 12:29:00.000 | CA | Central Standard Time | 102179 | 0000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10068505: 00000 | IY33D | 38 | 0 | 15 mi E of Kingman, AZ | 110377674 | 5226632 | 0 | False | 2019-12-27 16:18:00.000 | AZ | Central Standard Time | 102179 | 0000 |
| Driving | 1 | 3 | FC71D | True | 2170 | 10068505: 00000 | IY33D | 240 | 0 | 15 mi E of Kingman, AZ | 110381156 | 5226632 | 0 | False | 2019-12-27 16:56:00.000 | AZ | Central Standard Time | 102179 | 0000 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10068505: 00000 | IY33D | 9 | 0 | 3 mi W of Holbrook, AZ | 110381183 | 5228802 | 0 | False | 2019-12-27 20:56:00.000 | AZ | Central Standard Time | 102179 | 0000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10068505: 00000 | IY33D | 700 | 0 | 3 mi W of Holbrook, AZ | 110388580 | 5228802 | 0 | False | 2019-12-27 21:05:00.000 | AZ | Central Standard Time | 102179 | 0000 |
| Driving | 1 | 3 | FC71D | True | 1474 | 10068505: 00000 | IY33D | 161 | 0 | 3 mi N of Meade Center twp, KS | 110390959 | 5235324 | 0 | False | 2019-12-28 08:45:00.000 | KS | Central Standard Time | 102179 | 0000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10068505: 00000 | IY33D | 18 | 0 | 3 mi SSW of Hutchinson, KS | 110391176 | 5236798 | 0 | False | 2019-12-28 11:26:00.000 | KS | Central Standard Time | 102179 | 0000 |
| Driving | 1 | 3 | FC71D | True | 4 | 10068505: 00000 | IY33D | 3 | 0 | 3 mi SSW of Hutchinson, KS | 110391217 | 5236798 | 0 | False | 2019-12-28 11:44:00.000 | KS | Central Standard Time | 102179 | 0000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10068505: 00000 | IY33D | 17 | 0 | 3 mi SSW of Hutchinson, KS | 110391444 | 5236802 | 0 | False | 2019-12-28 11:47:00.000 | KS | Central Standard Time | 102179 | 0000 |
| Driving | 1 | 3 | FC71D | True | 2399 | 10068505: 00000 | IY33D | 242 | 0 | 3 mi SSW of Hutchinson, KS | 110394980 | 5236802 | 0 | False | 2019-12-28 12:04:00.000 | KS | Central Standard Time | 102179 | 0000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10068505: 00000 | IY33D | 35 | 0 | 1 mi WNW of Kearney, MO | 110395384 | 5239201 | 0 | False | 2019-12-28 16:06:00.000 | MO | Central Standard Time | 102179 | 0000 |
| Driving | 1 | 3 | FC71D | True | 2060 | 10068505: 00000 | IY33D | 212 | 0 | 1 mi WNW of Kearney, MO | 110397590 | 5239201 | 0 | False | 2019-12-28 16:41:00.000 | MO | Central Standard Time | 102179 | 0000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10068505: 00000 | IY33D | 748 | 0 | 3 mi ESE of Newton, IA | 110402189 | 5241261 | 0 | False | 2019-12-28 20:13:00.000 | IA | Central Standard Time | 102179 | 0000 |
| Driving | 1 | 3 | FC71D | True | 2405 | 10068505: 00000, 10069 | IY33D | 233 | 0 | 1 mi W of Kearney, MO | 110404706 | 5247783 | 0 | False | 2019-12-29 08:41:00.000 | MO | Central Standard Time | 102179 | 0000, 310466 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10068505: 00000, 10069 | IY33D | 11 | 0 | 3 mi SSW of Hutchinson, KS | 110404815 | 5250188 | 0 | False | 2019-12-29 12:34:00.000 | KS | Central Standard Time | 102179 | 0000, 310466 |
| Driving | 1 | 3 | FC71D | True | 5 | 10068505: 00000, 10069 | IY33D | 2 | 0 | 3 mi SSW of Hutchinson, KS | 110404838 | 5250188 | 0 | False | 2019-12-29 12:45:00.000 | KS | Central Standard Time | 102179 | 0000, 310466 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10068505: 00000, 10069 | IY33D | 32 | 0 | 3 mi SSW of Hutchinson, KS | 110405147 | 5250193 | 0 | False | 2019-12-29 12:47:00.000 | KS | Central Standard Time | 102179 | 0000, 310466 |
| Driving | 1 | 3 | FC71D | True | 2518 | 10068505: 00000, 10069 | IY33D | 270 | 0 | 3 mi SSW of Hutchinson, KS | 110407993 | 5250193 | 0 | False | 2019-12-29 13:19:00.000 | KS | Central Standard Time | 102179 | 0000, 310466 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10068505: 00000, 10069 | IY33D | 5 | 0 | 10 mi SW of Goodwell, OK | 110408033 | 5252711 | 0 | False | 2019-12-29 17:49:00.000 | OK | Central Standard Time | 102179 | 0000, 310466 |
| Driving | 1 | 3 | FC71D | True | 1455 | 10068505: 00000, 10069 | IY33D | 151 | 0 | 10 mi SW of Goodwell, OK | 110409788 | 5252711 | 0 | False | 2019-12-29 17:54:00.000 | OK | Central Standard Time | 102179 | 0000, 310466 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10068505: 00000, 10069 | IY33D | 702 | 0 | 2 mi ESE of Tucumcari, NM | 110415584 | 5254166 | 0 | False | 2019-12-29 20:25:00.000 | NM | Central Standard Time | 102179 | 0000, 310466 |
| Driving | 1 | 3 | FC71D | True | 1151 | 10069090: 7879162 | IY33D | 115 | 0 | 17 mi N of Lake Havasu City, AZ | 110418174 | 5260996 | 0 | False | 2019-12-30 08:07:00.000 | AZ | Central Standard Time | 102179 | 310466 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10069090: 7879162 | IY33D | 20 | 0 | 41 mi N of Twentynine Palms, CA | 110418614 | 5262147 | 0 | False | 2019-12-30 10:02:00.000 | CA | Central Standard Time | 102179 | 310466 |
| Driving | 1 | 3 | FC71D | True | 562 | 10069090: 7879162 | IY33D | 51 | 0 | 41 mi N of Twentynine Palms, CA | 110419619 | 5262147 | 0 | False | 2019-12-30 10:22:00.000 | CA | Central Standard Time | 102179 | 310466 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10069090: 7879162 | IY33D | 24 | 0 | 5 mi SW of Barstow, CA | 110420128 | 5262709 | 0 | False | 2019-12-30 11:13:00.000 | CA | Central Standard Time | 102179 | 310466 |
| Driving | 1 | 3 | FC71D | True | 1080 | 10069090: 7879162 | IY33D | 139 | 0 | 5 mi SW of Barstow, CA | 110423129 | 5262709 | 0 | False | 2019-12-30 11:37:00.000 | CA | Central Standard Time | 102179 | 310466 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10069090: 7879162 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110423164 | 5263789 | 0 | False | 2019-12-30 13:56:00.000 | CA | Central Standard Time | 102179 | 310466 |
| Driving | 1 | 3 | FC71D | True | 419 | 10069090: 7879162 | IY33D | 62 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110424491 | 5263789 | 0 | False | 2019-12-30 13:58:00.000 | CA | Central Standard Time | 102179 | 310466 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10069090: 7879162 | IY33D | 3 | 0 | 3 mi WSW of Burbank, CA | 110424528 | 5264208 | 0 | False | 2019-12-30 15:00:00.000 | CA | Central Standard Time | 102179 | 310466 |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 23929 | 0 | 3 mi WSW of Burbank, CA | 110845587 | -1 | 0 | False | 2019-12-30 15:03:00.000 | CA | Central Standard Time | | |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10075947: 7998873 | IY33D | 109 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110848176 | 5317092 | 0 | False | 2020-01-16 05:52:00.000 | CA | Central Standard Time | 102179 | 311404 |
| Sleeper | 1 | 2 | | True | 0 | 10075947: 7998873 | IY33D | 0 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110848177 | 5317092 | 0 | False | 2020-01-16 07:41:00.000 | CA | Central Standard Time | 102179 | 311404 |
| Sleeper | 1 | 2 | | True | 0 | 10075947: 7998873 | IY33D | 19 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110848726 | -1 | 0 | False | 2020-01-16 07:41:00.000 | CA | Central Standard Time | | 311404 |
| Sleeper | 1 | 2 | | True | 0 | 10075947: 7998873 | IY33D | 0 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110848731 | 5317096 | 0 | False | 2020-01-16 08:00:00.000 | CA | Central Standard Time | 102179 | 311404 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10075947: 7998873 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110848736 | 5317096 | 0 | False | 2020-01-16 08:00:00.000 | CA | Central Standard Time | 102179 | 311404 |
| Driving | 1 | 3 | FC71D | True | 3 | 10075947: 7998873 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110848841 | 5317096 | 0 | False | 2020-01-16 08:01:00.000 | CA | Central Standard Time | 102179 | 311404 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10075947: 7998873 | IY33D | 7 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110848996 | 5317099 | 0 | False | 2020-01-16 08:04:00.000 | CA | Central Standard Time | 102179 | 311404 |
| Driving | 1 | 3 | FC71D | True | 1260 | 10075947: 7998873 | IY33D | 160 | 0 | 2 mi ESE of Santa Fe Springs, CA | 110853799 | 5317099 | 0 | False | 2020-01-16 08:11:00.000 | CA | Central Standard Time | 102179 | 311404 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10075947: 7998873 | IY33D | 7 | 0 | 3 mi N of Coachella, CA | 110853818 | 5318359 | 0 | False | 2020-01-16 10:51:00.000 | CA | Central Standard Time | 102179 | 311404 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10075947: 7998873 | IY33D | 14 | 0 | 3 mi N of Coachella, CA | 110854250 | 5318359 | 0 | False | 2020-01-16 10:58:00.000 | CA | Central Standard Time | 102179 | 311404 |
| Driving | 1 | 3 | FC71D | True | 0 | 10075947: 7998873 | IY33D | 2 | 0 | 3 mi N of Coachella, CA | 110854477 | 5318363 | 0 | False | 2020-01-16 11:12:00.000 | CA | Central Standard Time | 102179 | 311404 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10075947: 7998873 | IY33D | 9 | 0 | 3 mi N of Coachella, CA | 110854592 | 5318363 | 0 | False | 2020-01-16 11:14:00.000 | CA | Central Standard Time | 102179 | 311404 |
| Driving | 1 | 3 | FC71D | True | 1 | 10075947: 7998873 | IY33D | 1 | 0 | 3 mi N of Coachella, CA | 110854618 | 5318363 | 0 | False | 2020-01-16 11:23:00.000 | CA | Central Standard Time | 102179 | 311404 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10075947: 7998873 | IY33D | 6 | 0 | 3 mi N of Coachella, CA | 110854767 | 5318364 | 0 | False | 2020-01-16 11:24:00.000 | CA | Central Standard Time | 102179 | 311404 |
| Driving | 1 | 3 | FC71D | True | 2004 | 10075947: 7998873 | IY33D | 205 | 0 | 3 mi N of Coachella, CA | 110860952 | 5318364 | 0 | False | 2020-01-16 11:30:00.000 | CA | Central Standard Time | 102179 | 311404 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10075947: 7998873 | IY33D | 35 | 0 | 13 mi WNW of Buckeye, AZ | 110861903 | 5320368 | 0 | False | 2020-01-16 14:55:00.000 | AZ | Central Standard Time | 102179 | 311404 |
| Driving | 1 | 3 | FC71D | True | 2175 | 10075947: 7998873 | IY33D | 238 | 0 | 13 mi WNW of Buckeye, AZ | 110867678 | 5320368 | 0 | False | 2020-01-16 15:30:00.000 | AZ | Central Standard Time | 102179 | 311404 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10075947: 7998873 | IY33D | 723 | 0 | 14 mi ENE of Benson, AZ | 110878953 | 5322543 | 0 | False | 2020-01-16 19:28:00.000 | AZ | Central Standard Time | 102179 | 311404 |
| Driving | 1 | 3 | FC71D | True | 1097 | 10075947: 7998873 | IY33D | 111 | 0 | 8 mi W of Abilene, TX | 110882004 | 5329530 | 0 | False | 2020-01-17 07:31:00.000 | TX | Central Standard Time | 102179 | 311404 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10075947: 7998873 | IY33D | 17 | 0 | 14 mi S of Mineral Wells, TX | 110882513 | 5330627 | 0 | False | 2020-01-17 09:22:00.000 | TX | Central Standard Time | 102179 | 311404 |
| Driving | 1 | 3 | FC71D | True | 2486 | 10075947: 7998873 | IY33D | 255 | 0 | 14 mi S of Mineral Wells, TX | 110890065 | 5330627 | 0 | False | 2020-01-17 09:39:00.000 | TX | Central Standard Time | 102179 | 311404 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10075947: 7998873 | IY33D | 37 | 0 | 6 mi WNW of Wake Village, TX | 110891110 | 5333113 | 0 | False | 2020-01-17 13:54:00.000 | TX | Central Standard Time | 102179 | 311404 |
| Driving | 1 | 3 | FC71D | True | 1 | 10075947: 7998873 | IY33D | 1 | 0 | 6 mi WNW of Wake Village, TX | 110891312 | 5333113 | 0 | False | 2020-01-17 14:31:00.000 | TX | Central Standard Time | 102179 | 311404 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10075947: 7998873 | IY33D | 11 | 0 | 6 mi WNW of Wake Village, TX | 110891448 | 5333114 | 0 | False | 2020-01-17 14:32:00.000 | TX | Central Standard Time | 102179 | 311404 |
| Driving | 1 | 3 | FC71D | True | 2410 | 10075947: 7998873 | IY33D | 244 | 0 | 6 mi WNW of Wake Village, TX | 110897059 | 5333114 | 0 | False | 2020-01-17 14:43:00.000 | TX | Central Standard Time | 102179 | 311404 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10075947: 7998873 | IY33D | 489 | 0 | 3 mi NE of Newport, AR | 110904201 | 5335524 | 0 | False | 2020-01-17 18:47:00.000 | AR | Central Standard Time | 102179 | 311404 |
| Sleeper | 1 | 2 | | True | 0 | 10075709: 8018121 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 110904202 | 5340361 | 0 | False | 2020-01-18 02:56:00.000 | IL | Central Standard Time | 102179 | 312041 |
| Sleeper | 1 | 2 | | True | 0 | 10075709: 8018121 | IY33D | 27 | 0 | 4 mi NE of LaSalle twp, IL | 110904475 | -1 | 0 | False | 2020-01-18 02:56:00.000 | IL | Central Standard Time | | 312041 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10075709: 8018121 | IY33D | 414 | 0 | 5 mi NE of LaSalle twp, IL | 110910578 | 5340384 | 0 | False | 2020-01-18 03:23:00.000 | IL | Central Standard Time | 102179 | 312041 |
| Sleeper | 1 | 2 | | True | 0 | 10075709: 8018121 | IY33D | 45 | 0 | 5 mi NE of LaSalle twp, IL | 110911408 | -1 | 0 | False | 2020-01-18 10:17:00.000 | IL | Central Standard Time | | 312041 |
| Sleeper | 1 | 2 | | True | 0 | 10075709: 8018121 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 110911415 | 5340408 | 0 | False | 2020-01-18 11:02:00.000 | IL | Central Standard Time | 102179 | 312041 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10075709: 8018121 | IY33D | 10 | 0 | 4 mi NE of LaSalle twp, IL | 110911607 | 5340408 | 0 | False | 2020-01-18 11:02:00.000 | IL | Central Standard Time | 102179 | 312041 |
| Driving | 1 | 3 | FC71D | True | 2143 | 10075709: 8018121 | IY33D | 231 | 0 | 4 mi NE of LaSalle twp, IL | 110916283 | 5340408 | 0 | False | 2020-01-18 11:12:00.000 | IL | Central Standard Time | 102179 | 312041 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10075709: 8018121 | IY33D | 46 | 0 | 2 mi NNE of Pontoon Beach, IL | 110917390 | 5342551 | 0 | False | 2020-01-18 15:03:00.000 | IL | Central Standard Time | 102179 | 312041 |
| Driving | 1 | 3 | FC71D | True | 1064 | 10075709: 8018121 | IY33D | 118 | 0 | 2 mi NNE of Pontoon Beach, IL | 110919154 | 5342553 | 0 | False | 2020-01-18 15:49:00.000 | IL | Central Standard Time | 102179 | 312041 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10075709: 8018121 | IY33D | 16 | 0 | 7 mi N of Fulton, MO | 110919377 | 5343617 | 0 | False | 2020-01-18 17:47:00.000 | MO | Central Standard Time | 102179 | 312041 |
| Driving | 1 | 3 | FC71D | True | 1 | 10075709: 8018121 | IY33D | 1 | 0 | 7 mi N of Fulton, MO | 110919489 | 5343617 | 0 | False | 2020-01-18 18:03:00.000 | MO | Central Standard Time | 102179 | 312041 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10075709: 8018121 | IY33D | 7 | 0 | 6 mi N of Fulton, MO | 110919498 | 5343618 | 0 | False | 2020-01-18 18:04:00.000 | MO | Central Standard Time | 102179 | 312041 |
| Driving | 1 | 3 | FC71D | True | 902 | 10075709: 8018121 | IY33D | 94 | 0 | 6 mi N of Fulton, MO | 110920839 | 5343619 | 0 | False | 2020-01-18 18:11:00.000 | MO | Central Standard Time | 102179 | 312041 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10075709: 8018121 | IY33D | 41 | 0 | 18 mi NNE of Warrensburg, MO | 110921408 | 5344521 | 0 | False | 2020-01-18 19:45:00.000 | MO | Central Standard Time | 102179 | 312041 |
| Driving | 1 | 3 | FC71D | True | 797 | 10075709: 8018121 | IY33D | 95 | 0 | 18 mi NNE of Warrensburg, MO | 110922465 | 5344521 | 0 | False | 2020-01-18 20:26:00.000 | MO | Central Standard Time | 102179 | 312041 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10075709: 8018121 | IY33D | 10 | 0 | 2 mi SSE of Olathe, KS | 110922570 | 5345318 | 0 | False | 2020-01-18 22:01:00.000 | KS | Central Standard Time | 102179 | 312041 |
| Driving | 1 | 3 | FC71D | True | 891 | 10075709: 8018121 | IY33D | 92 | 0 | 2 mi SSE of Olathe, KS | 110923393 | 5345318 | 0 | False | 2020-01-18 22:11:00.000 | KS | Central Standard Time | 102179 | 312041 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10075709: 8018121 | IY33D | 782 | 0 | 3 mi W of Emporia, KS | 110931451 | 5346209 | 0 | False | 2020-01-18 23:43:00.000 | KS | Central Standard Time | 102179 | 312041 |
| Driving | 1 | 3 | FC71D | True | 1335 | 10075709: 8018121 | IY33D | 127 | 0 | 8 mi W of Albuquerque, NM | 110933405 | 5353014 | 0 | False | 2020-01-19 12:45:00.000 | NM | Central Standard Time | 102179 | 312041 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10075709: 8018121 | IY33D | 15 | 0 | 6 mi WSW of Gallup, NM | 110933598 | 5354349 | 0 | False | 2020-01-19 14:52:00.000 | NM | Central Standard Time | 102179 | 312041 |
| Driving | 1 | 3 | FC71D | True | 1395 | 10075709: 8018121 | IY33D | 131 | 0 | 6 mi WSW of Gallup, NM | 110935434 | 5354349 | 0 | False | 2020-01-19 15:07:00.000 | NM | Central Standard Time | 102179 | 312041 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10075709: 8018121 | IY33D | 14 | 0 | 17 mi WNW of Winslow, AZ | 110935611 | 5355744 | 0 | False | 2020-01-19 17:18:00.000 | AZ | Central Standard Time | 102179 | 312041 |
| Driving | 1 | 3 | FC71D | True | 1692 | 10075709: 8018121 | IY33D | 163 | 0 | 18 mi WNW of Winslow, AZ | 110937569 | 5355744 | 0 | False | 2020-01-19 17:32:00.000 | AZ | Central Standard Time | 102179 | 312041 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10075709: 8018121 | IY33D | 33 | 0 | 15 mi E of Kingman, AZ | 110937916 | 5357436 | 0 | False | 2020-01-19 20:15:00.000 | AZ | Central Standard Time | 102179 | 312041 |
| Driving | 1 | 3 | FC71D | True | 2259 | 10075709: 8018121 | IY33D | 227 | 0 | 15 mi E of Kingman, AZ | 110939985 | 5357436 | 0 | False | 2020-01-19 20:48:00.000 | AZ | Central Standard Time | 102179 | 312041 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 000000: 0000000 | IY33D | 597 | 0 | 5 mi SW of Barstow, CA | 110949324 | 5359695 | 0 | False | 2020-01-20 00:35:00.000 | CA | Central Standard Time | 102179 | 0000000 |
| OffDuty | 1 | 1 | | True | 0 | 000000: 0000000 | IY33D | 4468 | 0 | 4 mi WSW of Grand Terrace, CA | 111044959 | -1 | 0 | False | 2020-01-20 10:32:00.000 | CA | Central Standard Time | | 0000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 000000: 0000000, 00000 | IY33D | 12 | 0 | 4 mi WSW of Grand Terrace, CA | 111045415 | 5362474 | 0 | False | 2020-01-23 13:00:00.000 | CA | Central Standard Time | 102179 | 0000000, 00000000 |
| Sleeper | 1 | 2 | | True | 0 | 000000: 0000000, 00000 | IY33D | 0 | 0 | 4 mi WSW of Grand Terrace, CA | 111045418 | 5362474 | 0 | False | 2020-01-23 13:12:00.000 | CA | Central Standard Time | 102179 | 0000000, 00000000 |
| OffDuty | 1 | 1 | | True | 0 | 000000: 0000000, 00000 | IY33D | 1026 | 0 | 4 mi WSW of Grand Terrace, CA | 111065467 | -1 | 0 | False | 2020-01-23 13:12:00.000 | CA | Central Standard Time | | 0000000, 00000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10079537: 0000000, 100 | IY33D | 181 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111069843 | 5364145 | 0 | False | 2020-01-24 06:18:00.000 | CA | Central Standard Time | 102179 | 000000, 311911 |
| Sleeper | 1 | 2 | | True | 0 | 10079537: 0000000, 100 | IY33D | 0 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111069845 | 5364145 | 0 | False | 2020-01-24 09:19:00.000 | CA | Central Standard Time | 102179 | 000000, 311911 |
| Sleeper | 1 | 2 | | True | 0 | 10079537: 0000000, 100 | IY33D | 11 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111070222 | -1 | 0 | False | 2020-01-24 09:19:00.000 | CA | Central Standard Time | | 000000, 311911 |
| Sleeper | 1 | 2 | | True | 0 | 10079537: 0000000, 100 | IY33D | 1 | 0 | 2 mi SE of Santa Fe Springs, CA | 111070229 | 5364149 | 0 | False | 2020-01-24 09:30:00.000 | CA | Central Standard Time | 102179 | 000000, 311911 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10079537: 0000000, 100 | IY33D | 0 | 0 | 2 mi SE of Santa Fe Springs, CA | 111070246 | 5364149 | 0 | False | 2020-01-24 09:31:00.000 | CA | Central Standard Time | 102179 | 000000, 311911 |
| Driving | 1 | 3 | FC71D | True | 1 | 10079537: 0000000, 100 | IY33D | 2 | 0 | 2 mi SE of Santa Fe Springs, CA | 111070309 | 5364150 | 0 | False | 2020-01-24 09:31:00.000 | CA | Central Standard Time | 102179 | 000000, 311911 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10079537: 0000000, 100 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111070346 | 5364151 | 0 | False | 2020-01-24 09:33:00.000 | CA | Central Standard Time | 102179 | 000000, 311911 |
| Driving | 1 | 3 | FC71D | True | 659 | 10079537: 0000000, 100 | IY33D | 105 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111073581 | 5364152 | 0 | False | 2020-01-24 09:35:00.000 | CA | Central Standard Time | 102179 | 000000, 311911 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10079537: 0000000, 100 | IY33D | 10 | 0 | 9 mi WSW of Hesperia, CA | 111073904 | 5364811 | 0 | False | 2020-01-24 11:20:00.000 | CA | Central Standard Time | 102179 | 000000, 311911 |
| Driving | 1 | 3 | FC71D | True | 413 | 10079537: 0000000, 100 | IY33D | 45 | 0 | 9 mi WSW of Hesperia, CA | 111075386 | 5364811 | 0 | False | 2020-01-24 11:30:00.000 | CA | Central Standard Time | 102179 | 000000, 311911 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10079537: 0000000, 100 | IY33D | 4 | 0 | 5 mi SW of Barstow, CA | 111075463 | 5365224 | 0 | False | 2020-01-24 12:15:00.000 | CA | Central Standard Time | 102179 | 000000, 311911 |
| Driving | 1 | 3 | FC71D | True | 3 | 10079537: 0000000, 100 | IY33D | 14 | 0 | 5 mi SW of Barstow, CA | 111075896 | 5365224 | 0 | False | 2020-01-24 12:19:00.000 | CA | Central Standard Time | 102179 | 000000, 311911 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10079537: 0000000, 100 | IY33D | 53 | 0 | 5 mi SW of Barstow, CA | 111077486 | 5365227 | 0 | False | 2020-01-24 12:33:00.000 | CA | Central Standard Time | 102179 | 000000, 311911 |
| Driving | 1 | 3 | FC71D | True | 0 | 10079537: 0000000, 100 | IY33D | 0 | 0 | 5 mi SW of Barstow, CA | 111077553 | 5365228 | 0 | False | 2020-01-24 13:26:00.000 | CA | Central Standard Time | 102179 | 000000, 311911 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10079537: 0000000, 100 | IY33D | 12 | 0 | 5 mi SW of Barstow, CA | 111077874 | 5365228 | 0 | False | 2020-01-24 13:26:00.000 | CA | Central Standard Time | 102179 | 000000, 311911 |
| Driving | 1 | 3 | FC71D | True | 1643 | 10079537: 0000000, 100 | IY33D | 166 | 0 | 5 mi SW of Barstow, CA | 111082782 | 5365228 | 0 | False | 2020-01-24 13:38:00.000 | CA | Central Standard Time | 102179 | 000000, 311911 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10079537: 0000000, 100 | IY33D | 6 | 0 | 17 mi NNW of Lake Havasu City, AZ | 111082904 | 5366871 | 0 | False | 2020-01-24 16:24:00.000 | AZ | Central Standard Time | 102179 | 000000, 311911 |
| Driving | 1 | 3 | FC71D | True | 2508 | 10079537: 0000000, 100 | IY33D | 244 | 0 | 17 mi NNW of Lake Havasu City, AZ | 111088595 | 5366871 | 0 | False | 2020-01-24 16:30:00.000 | AZ | Central Standard Time | 102179 | 000000, 311911 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10079537: 0000000, 100 | IY33D | 718 | 0 | 2 mi ESE of Winslow, AZ | 111099456 | 5369379 | 0 | False | 2020-01-24 20:34:00.000 | AZ | Central Standard Time | 102179 | 000000, 311911 |
| Driving | 1 | 3 | FC71D | True | 1476 | 10079537: 0000000, 100 | IY33D | 151 | 0 | 3 mi N of Meade Center twp, KS | 111102834 | 5376187 | 0 | False | 2020-01-25 08:32:00.000 | KS | Central Standard Time | 102179 | 000000, 311911, 811585 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10079537: 0000000, 100 | IY33D | 9 | 0 | 3 mi SSW of Hutchinson, KS | 111103043 | 5377663 | 0 | False | 2020-01-25 11:03:00.000 | KS | Central Standard Time | 102179 | 000000, 311911, 811585 |
| Driving | 1 | 3 | FC71D | True | 1 | 10079537: 0000000, 100 | IY33D | 1 | 0 | 3 mi SSW of Hutchinson, KS | 111103057 | 5377663 | 0 | False | 2020-01-25 11:12:00.000 | KS | Central Standard Time | 102179 | 000000, 311911, 811585 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10079537: 0000000, 100 | IY33D | 17 | 0 | 3 mi SSW of Hutchinson, KS | 111103395 | 5377664 | 0 | False | 2020-01-25 11:13:00.000 | KS | Central Standard Time | 102179 | 000000, 311911, 811585 |
| Driving | 1 | 3 | FC71D | True | 2537 | 10079537: 0000000, 100 | IY33D | 244 | 0 | 3 mi SSW of Hutchinson, KS | 111108296 | 5377664 | 0 | False | 2020-01-25 11:30:00.000 | KS | Central Standard Time | 102179 | 000000, 311911, 811585 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10079537: 0000000, 100 | IY33D | 35 | 0 | 13 mi S of Cameron, MO | 111108944 | 5380201 | 0 | False | 2020-01-25 15:34:00.000 | MO | Central Standard Time | 102179 | 000000, 311911, 811585 |
| Driving | 1 | 3 | FC71D | True | 2611 | 10079537: 0000000, 100 | IY33D | 247 | 0 | 13 mi S of Cameron, MO | 111112924 | 5380201 | 0 | False | 2020-01-25 16:09:00.000 | MO | Central Standard Time | 102179 | 000000, 311911, 811585 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10079537: 0000000, 100 | IY33D | 718 | 0 | 1 mi SSW of Tiffin, IA | 111119937 | 5382812 | 0 | False | 2020-01-25 20:16:00.000 | IA | Central Standard Time | 102179 | 000000, 311911, 811585 |
| Driving | 1 | 3 | FC71D | True | 1620 | 10079342: 8070171 | IY33D | 157 | 0 | 3 mi S of Ottawa, KS | 111122264 | 5389398 | 0 | False | 2020-01-26 08:14:00.000 | KS | Central Standard Time | 102179 | 811585 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10079342: 8070171 | IY33D | 9 | 0 | 3 mi SSW of Hutchinson, KS | 111122412 | 5391018 | 0 | False | 2020-01-26 10:51:00.000 | KS | Central Standard Time | 102179 | 811585 |
| Driving | 1 | 3 | FC71D | True | 1 | 10079342: 8070171 | IY33D | 1 | 0 | 3 mi SSW of Hutchinson, KS | 111122423 | 5391018 | 0 | False | 2020-01-26 11:00:00.000 | KS | Central Standard Time | 102179 | 811585 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10079342: 8070171 | IY33D | 16 | 0 | 3 mi SSW of Hutchinson, KS | 111122704 | 5391019 | 0 | False | 2020-01-26 11:01:00.000 | KS | Central Standard Time | 102179 | 811585 |
| Driving | 1 | 3 | FC71D | True | 2056 | 10079342: 8070171 | IY33D | 210 | 0 | 3 mi SSW of Hutchinson, KS | 111125989 | 5391019 | 0 | False | 2020-01-26 11:17:00.000 | KS | Central Standard Time | 102179 | 811585 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10079342: 8070171 | IY33D | 38 | 0 | Hooker, OK | 111126503 | 5393075 | 0 | False | 2020-01-26 14:47:00.000 | OK | Central Standard Time | 102179 | 811585 |
| Driving | 1 | 3 | FC71D | True | 1852 | 10079342: 8070171 | IY33D | 191 | 0 | Hooker, OK | 111129162 | 5393075 | 0 | False | 2020-01-26 15:25:00.000 | OK | Central Standard Time | 102179 | 811585 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OffDuty | 1 | 1 | FC71D | True | 0 | 10079342: 8070171 | IY33D | 18 | 0 | 2 mi ESE of Tucumcari, NM | 111129388 | 5394927 | 0 | False | 2020-01-26 18:36:00.000 | NM | Central Standard Time | 102179 | 811585 |
| Driving | 1 | 3 | FC71D | True | 823 | 10079342: 8070171 | IY33D | 79 | 0 | 2 mi ESE of Tucumcari, NM | 111130219 | 5394928 | 0 | False | 2020-01-26 18:54:00.000 | NM | Central Standard Time | 102179 | 811585 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10079342: 8070171 | IY33D | 704 | 0 | 23 mi W of Santa Rosa, NM | 111137397 | 5395751 | 0 | False | 2020-01-26 20:13:00.000 | NM | Central Standard Time | 102179 | 811585 |
| Driving | 1 | 3 | FC71D | True | 5 | 000000: 000000 | IY33D | 2 | 0 | 41 mi N of Twentynine Palms, CA | 111137488 | 5402888 | 0 | False | 2020-01-27 07:57:00.000 | CA | Central Standard Time | 102179 | 0000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 000000: 000000 | IY33D | 11 | 0 | 41 mi N of Twentynine Palms, CA | 111137744 | 5402893 | 0 | False | 2020-01-27 07:59:00.000 | CA | Central Standard Time | 102179 | 0000000 |
| Driving | 1 | 3 | FC71D | True | 561 | 000000: 000000 | IY33D | 56 | 0 | 41 mi N of Twentynine Palms, CA | 111139264 | 5402893 | 0 | False | 2020-01-27 08:10:00.000 | CA | Central Standard Time | 102179 | 0000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 000000: 000000 | IY33D | 7 | 0 | 5 mi SW of Barstow, CA | 111139422 | 5403454 | 0 | False | 2020-01-27 09:06:00.000 | CA | Central Standard Time | 102179 | 0000000 |
| Driving | 1 | 3 | FC71D | True | 1074 | 000000: 000000 | IY33D | 147 | 0 | 5 mi SW of Barstow, CA | 111143538 | 5403454 | 0 | False | 2020-01-27 09:13:00.000 | CA | Central Standard Time | 102179 | 0000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 000000: 000000 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111143581 | 5404528 | 0 | False | 2020-01-27 11:40:00.000 | CA | Central Standard Time | 102179 | 0000000 |
| Driving | 1 | 3 | FC71D | True | 5 | 000000: 000000 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111143666 | 5404528 | 0 | False | 2020-01-27 11:42:00.000 | CA | Central Standard Time | 102179 | 0000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 000000: 000000 | IY33D | 5 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111143779 | 5404533 | 0 | False | 2020-01-27 11:45:00.000 | CA | Central Standard Time | 102179 | 0000000 |
| Driving | 1 | 3 | FC71D | True | 1 | 000000: 000000 | IY33D | 5 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111143932 | 5404533 | 0 | False | 2020-01-27 11:50:00.000 | CA | Central Standard Time | 102179 | 0000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 000000: 000000 | IY33D | 4 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111144058 | 5404534 | 0 | False | 2020-01-27 11:55:00.000 | CA | Central Standard Time | 102179 | 0000000 |
| Driving | 1 | 3 | FC71D | True | 419 | 000000: 000000 | IY33D | 59 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111145643 | 5404534 | 0 | False | 2020-01-27 11:59:00.000 | CA | Central Standard Time | 102179 | 0000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 000000: 000000 | IY33D | 6 | 0 | 3 mi WSW of Burbank, CA | 111145783 | 5404953 | 0 | False | 2020-01-27 12:58:00.000 | CA | Central Standard Time | 102179 | 0000000 |
| Driving | 1 | 3 | FC71D | True | 552 | 000000: 000000 | IY33D | 69 | 0 | 3 mi WSW of Burbank, CA | 111147610 | 5404953 | 0 | False | 2020-01-27 13:04:00.000 | CA | Central Standard Time | 102179 | 0000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 000000: 000000 | IY33D | 4 | 0 | 4 mi SE of Rancho Cucamonga, CA | 111147797 | 5405505 | 0 | False | 2020-01-27 14:13:00.000 | CA | Central Standard Time | 102179 | 0000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 000000: 000000 | IY33D | 5 | 0 | 4 mi SE of Rancho Cucamonga, CA | 111147799 | 5405505 | 0 | False | 2020-01-27 14:17:00.000 | CA | Central Standard Time | 102179 | 0000000 |
| OffDuty | 1 | 1 | | True | 0 | 000000: 000000 | IY33D | 2319 | 0 | 4 mi SE of Rancho Cucamonga, CA | 111195152 | -1 | 0 | False | 2020-01-27 14:22:00.000 | CA | Central Standard Time | | 0000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10082004: 8088755 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111195186 | 5407396 | 0 | False | 2020-01-29 05:01:00.000 | CA | Central Standard Time | 102179 | 480496 |
| Driving | 1 | 3 | FC71D | True | 2 | 10082004: 8088755 | IY33D | 6 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111195333 | 5407396 | 0 | False | 2020-01-29 05:03:00.000 | CA | Central Standard Time | 102179 | 480496 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10082004: 8088755 | IY33D | 8 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111195391 | 5407398 | 0 | False | 2020-01-29 05:09:00.000 | CA | Central Standard Time | 102179 | 480496 |
| Driving | 1 | 3 | FC71D | True | 5 | 10082004: 8088755 | IY33D | 5 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111195502 | 5407399 | 0 | False | 2020-01-29 05:17:00.000 | CA | Central Standard Time | 102179 | 480496 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10082004: 8088755 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111195519 | 5407404 | 0 | False | 2020-01-29 05:22:00.000 | CA | Central Standard Time | 102179 | 480496 |
| Driving | 1 | 3 | FC71D | True | 1 | 10082004: 8088755 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111195578 | 5407404 | 0 | False | 2020-01-29 05:23:00.000 | CA | Central Standard Time | 102179 | 480496 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10082004: 8088755 | IY33D | 5 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111195658 | 5407405 | 0 | False | 2020-01-29 05:25:00.000 | CA | Central Standard Time | 102179 | 480496 |
| Driving | 1 | 3 | FC71D | True | 1073 | 10082004: 8088755 | IY33D | 130 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111198635 | 5407405 | 0 | False | 2020-01-29 05:30:00.000 | CA | Central Standard Time | 102179 | 480496 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10082004: 8088755 | IY33D | 32 | 0 | 5 mi SW of Barstow, CA | 111199512 | 5408478 | 0 | False | 2020-01-29 07:40:00.000 | CA | Central Standard Time | 102179 | 480496 |
| Driving | 1 | 3 | FC71D | True | 565 | 10082004: 8088755 | IY33D | 58 | 0 | 5 mi SW of Barstow, CA | 111201158 | 5408479 | 0 | False | 2020-01-29 08:12:00.000 | CA | Central Standard Time | 102179 | 480496 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10082004: 8088755 | IY33D | 25 | 0 | 41 mi N of Twentynine Palms, CA | 111201941 | 5409044 | 0 | False | 2020-01-29 09:10:00.000 | CA | Central Standard Time | 102179 | 480496 |
| Driving | 1 | 3 | FC71D | True | 3964 | 10082004: 8088755 | IY33D | 390 | 0 | 41 mi N of Twentynine Palms, CA | 111213414 | 5409044 | 0 | False | 2020-01-29 09:35:00.000 | CA | Central Standard Time | 102179 | 480496 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10082004: 8088755 | IY33D | 709 | 0 | 6 mi NE of Holbrook, AZ | 111227308 | 5413008 | 0 | False | 2020-01-29 16:05:00.000 | AZ | Central Standard Time | 102179 | 480496 |
| Driving | 1 | 3 | FC71D | True | 1263 | 10082004: 8088755 | IY33D | 151 | 0 | 25 mi SE of Dodge City, KS | 111230310 | 5419893 | 0 | False | 2020-01-30 03:54:00.000 | KS | Central Standard Time | 102179 | 480496 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10082004: 8088755 | IY33D | 11 | 0 | 3 mi SSW of Hutchinson, KS | 111230447 | 5421156 | 0 | False | 2020-01-30 06:25:00.000 | KS | Central Standard Time | 102179 | 480496 |
| Driving | 1 | 3 | FC71D | True | 0 | 10082004: 8088755 | IY33D | 1 | 0 | 3 mi SSW of Hutchinson, KS | 111230454 | 5421156 | 0 | False | 2020-01-30 06:36:00.000 | KS | Central Standard Time | 102179 | 480496 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10082004: 8088755 | IY33D | 13 | 0 | 3 mi SSW of Hutchinson, KS | 111230767 | 5421156 | 0 | False | 2020-01-30 06:37:00.000 | KS | Central Standard Time | 102179 | 480496 |
| Driving | 1 | 3 | FC71D | True | 1617 | 10082004: 8088755 | IY33D | 159 | 0 | 3 mi SSW of Hutchinson, KS | 111235306 | 5421156 | 0 | False | 2020-01-30 06:50:00.000 | KS | Central Standard Time | 102179 | 480496 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10082004: 8088755 | IY33D | 35 | 0 | 3 mi S of Ottawa, KS | 111236291 | 5422773 | 0 | False | 2020-01-30 09:29:00.000 | KS | Central Standard Time | 102179 | 480496 |
| Driving | 1 | 3 | FC71D | True | 3183 | 10082004: 8088755 | IY33D | 322 | 0 | 3 mi S of Ottawa, KS | 111246139 | 5422773 | 0 | False | 2020-01-30 10:04:00.000 | KS | Central Standard Time | 102179 | 480496 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10082004: 8088755 | IY33D | 11 | 0 | 15 mi SSW of Belle Plaine, IA | 111246276 | 5425956 | 0 | False | 2020-01-30 15:26:00.000 | IA | Central Standard Time | 102179 | 480496 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10082004: 8088755 | IY33D | 187 | 0 | 15 mi SSW of Belle Plaine, IA | 111251194 | 5425956 | 0 | False | 2020-01-30 15:37:00.000 | IA | Central Standard Time | 102179 | 480496 |
| Sleeper | 1 | 2 | | True | 0 | 10082004: 8088755 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 111251197 | 5427837 | 0 | False | 2020-01-30 18:44:00.000 | IL | Central Standard Time | 102179 | 480496 |
| Sleeper | 1 | 2 | | True | 0 | 10082004: 8088755 | IY33D | 116 | 0 | 4 mi NE of LaSalle twp, IL | 111253743 | -1 | 0 | False | 2020-01-30 18:44:00.000 | IL | Central Standard Time | | 480496 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10082004: 8088755 | IY33D | 604 | 0 | 5 mi NE of LaSalle twp, IL | 111263229 | 5427860 | 0 | False | 2020-01-30 20:40:00.000 | IL | Central Standard Time | 102179 | 480496 |
| Sleeper | 1 | 2 | | True | 0 | 10081790: 00000000, 10 | IY33D | 0 | 0 | 5 mi NE of LaSalle twp, IL | 111263234 | 5427860 | 0 | False | 2020-01-31 06:44:00.000 | IL | Central Standard Time | 102179 | 000000, 811718 |
| Sleeper | 1 | 2 | | True | 0 | 10081790: 00000000, 10 | IY33D | 25 | 0 | 5 mi NE of LaSalle twp, IL | 111263772 | -1 | 0 | False | 2020-01-31 06:44:00.000 | IL | Central Standard Time | | 000000, 811718 |
| Sleeper | 1 | 2 | | True | 0 | 10081790: 00000000, 10 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 111263798 | 5427879 | 0 | False | 2020-01-31 07:09:00.000 | IL | Central Standard Time | 102179 | 000000, 811718 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10081790: 00000000, 10 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 111263817 | 5427879 | 0 | False | 2020-01-31 07:10:00.000 | IL | Central Standard Time | 102179 | 000000, 811718 |
| Driving | 1 | 3 | FC71D | True | 4 | 10081790: 00000000, 10 | IY33D | 4 | 0 | 4 mi NE of LaSalle twp, IL | 111263898 | 5427879 | 0 | False | 2020-01-31 07:10:00.000 | IL | Central Standard Time | 102179 | 000000, 811718 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10081790: 00000000, 10 | IY33D | 5 | 0 | 4 mi NE of LaSalle twp, IL | 111264046 | 5427883 | 0 | False | 2020-01-31 07:14:00.000 | IL | Central Standard Time | 102179 | 000000, 811718 |
| Driving | 1 | 3 | FC71D | True | 2363 | 10081790: 00000000, 10 | IY33D | 240 | 0 | 4 mi NE of LaSalle twp, IL | 111271125 | 5427883 | 0 | False | 2020-01-31 07:19:00.000 | IL | Central Standard Time | 102179 | 000000, 811718 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10081790: 00000000, 10 | IY33D | 39 | 0 | 2 mi ENE of St. Charles, MO | 111272387 | 5430246 | 0 | False | 2020-01-31 11:19:00.000 | MO | Central Standard Time | 102179 | 000000, 811718 |
| Driving | 1 | 3 | FC71D | True | 3578 | 10081790: 00000000, 10 | IY33D | 373 | 0 | 2 mi ENE of St. Charles, MO | 111282973 | 5430246 | 0 | False | 2020-01-31 11:58:00.000 | MO | Central Standard Time | 102179 | 000000, 811718 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10081790: 00000000, 10 | IY33D | 749 | 0 | 18 mi S of Council Grove, KS | 111294958 | 5433824 | 0 | False | 2020-01-31 18:11:00.000 | KS | Central Standard Time | 102179 | 000000, 811718 |
| Driving | 1 | 3 | FC71D | True | 4425 | 10081790: 00000000, 10 | IY33D | 418 | 0 | 8 mi W of Albuquerque, NM | 111303447 | 5440475 | 0 | False | 2020-02-01 06:40:00.000 | NM | Central Standard Time | 102179 | 000000, 811718 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10081790: 00000000, 10 | IY33D | 39 | 0 | 15 mi E of Kingman, AZ | 111304220 | 5444900 | 0 | False | 2020-02-01 13:38:00.000 | AZ | Central Standard Time | 102179 | 000000, 811718 |
| Driving | 1 | 3 | FC71D | True | 2259 | 10081790: 00000000, 10 | IY33D | 214 | 0 | 15 mi E of Kingman, AZ | 111308022 | 5444900 | 0 | False | 2020-02-01 14:17:00.000 | AZ | Central Standard Time | 102179 | 000000, 811718 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10081790: 00000000, 10 | IY33D | 18 | 0 | 5 mi SW of Barstow, CA | 111308299 | 5447159 | 0 | False | 2020-02-01 17:51:00.000 | CA | Central Standard Time | 102179 | 000000, 811718 |
| Sleeper | 1 | 2 | | True | 0 | 10081790: 00000000, 10 | IY33D | 0 | 0 | 5 mi SW of Barstow, CA | 111308300 | 5447159 | 0 | False | 2020-02-01 18:09:00.000 | CA | Central Standard Time | 102179 | 000000, 811718 |
| Sleeper | 1 | 2 | | True | 0 | 10081790: 00000000, 10 | IY33D | 150 | 0 | 5 mi SW of Barstow, CA | 111310477 | -1 | 0 | False | 2020-02-01 18:09:00.000 | CA | Central Standard Time | | 000000, 811718 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10081790: 00000000, 10 | IY33D | 1 | 0 | 3 mi SE of San Fernando, CA | 111310503 | 5448372 | 0 | False | 2020-02-01 20:39:00.000 | CA | Central Standard Time | 102179 | 000000, 811718 |
| Sleeper | 1 | 2 | | True | 0 | 10081790: 00000000, 10 | IY33D | 1 | 0 | 3 mi SE of San Fernando, CA | 111310506 | 5448372 | 0 | False | 2020-02-01 20:40:00.000 | CA | Central Standard Time | 102179 | 000000, 811718 |
| Sleeper | 1 | 2 | | True | 0 | 10081790: 00000000, 10 | IY33D | 88 | 0 | 3 mi SE of San Fernando, CA | 111311561 | -1 | 0 | False | 2020-02-01 20:41:00.000 | CA | Central Standard Time | | 000000, 811718 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10081790: 00000000, 10 | IY33D | 689 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111318573 | 5448785 | 0 | False | 2020-02-01 22:09:00.000 | CA | Central Standard Time | 102179 | 000000, 811718 |
| Driving | 1 | 3 | FC71D | True | 3332 | 10081999: 8120953 | IY33D | 312 | 0 | 62 mi NNE of St. Johns, AZ | 111323730 | 5455149 | 0 | False | 2020-02-02 09:38:00.000 | AZ | Central Standard Time | 102179 | 811335 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10081999: 8120953 | IY33D | 32 | 0 | 2 mi ESE of Tucumcari, NM | 111324238 | 5458481 | 0 | False | 2020-02-02 14:50:00.000 | NM | Central Standard Time | 102179 | 811335 |
| Driving | 1 | 3 | FC71D | True | 0 | 10081999: 8120953 | IY33D | 0 | 0 | 2 mi ESE of Tucumcari, NM | 111324248 | 5458481 | 0 | False | 2020-02-02 15:22:00.000 | NM | Central Standard Time | 102179 | 811335 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10081999: 8120953 | IY33D | 10 | 0 | 2 mi ESE of Tucumcari, NM | 111324411 | 5458481 | 0 | False | 2020-02-02 15:22:00.000 | NM | Central Standard Time | 102179 | 811335 |
| Driving | 1 | 3 | FC71D | True | 3072 | 10081999: 8120953 | IY33D | 313 | 0 | 2 mi ESE of Tucumcari, NM | 111327947 | 5458481 | 0 | False | 2020-02-02 15:32:00.000 | NM | Central Standard Time | 102179 | 811335 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10081999: 8120953 | IY33D | 688 | 0 | 23 mi SSE of Kinsley, KS | 111335329 | 5461553 | 0 | False | 2020-02-02 20:45:00.000 | KS | Central Standard Time | 102179 | 811335 |
| Driving | 1 | 3 | FC71D | True | 1052 | 10081999: 8120953 | IY33D | 104 | 0 | 10 mi WSW of Eldridge, IA | 111338076 | 5467998 | 0 | False | 2020-02-03 08:13:00.000 | IA | Central Standard Time | 102179 | 811335 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10081999: 8120953 | IY33D | 5 | 0 | 4 mi NE of LaSalle twp, IL | 111338171 | 5469050 | 0 | False | 2020-02-03 09:57:00.000 | IL | Central Standard Time | 102179 | 811335 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10081999: 8120953 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 111338194 | 5469050 | 0 | False | 2020-02-03 10:02:00.000 | IL | Central Standard Time | 102179 | 811335 |
| Sleeper | 1 | 2 | | True | 0 | 10081999: 8120953 | IY33D | 118 | 0 | 4 mi NE of LaSalle twp, IL | 111341549 | -1 | 0 | False | 2020-02-03 10:03:00.000 | IL | Central Standard Time | | 811335 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10081999: 8120953 | IY33D | 904 | 0 | 5 mi NE of LaSalle twp, IL | 111358383 | 5469210 | 0 | False | 2020-02-03 12:01:00.000 | IL | Central Standard Time | 102179 | 811335 |
| Sleeper | 1 | 2 | | True | 0 | 10084213: 8129682 | IY33D | 0 | 0 | 5 mi NE of LaSalle twp, IL | 111358385 | 5469210 | 0 | False | 2020-02-04 03:05:00.000 | IL | Central Standard Time | 102179 | 810492 |
| Sleeper | 1 | 2 | | True | 0 | 10084213: 8129682 | IY33D | 54 | 0 | 5 mi NE of LaSalle twp, IL | 111358977 | -1 | 0 | False | 2020-02-04 03:05:00.000 | IL | Central Standard Time | | 810492 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10084213: 8129682 | IY33D | 240 | 0 | 4 mi NE of LaSalle twp, IL | 111363433 | 5469237 | 0 | False | 2020-02-04 03:59:00.000 | IL | Central Standard Time | 102179 | 810492 |
| Sleeper | 1 | 2 | | True | 0 | 10084213: 8129682 | IY33D | 0 | 0 | 3 mi ESE of Newton, IA | 111363434 | 5471447 | 0 | False | 2020-02-04 07:59:00.000 | IA | Central Standard Time | 102179 | 810492 |
| Sleeper | 1 | 2 | | True | 0 | 10084213: 8129682 | IY33D | 81 | 0 | 3 mi ESE of Newton, IA | 111365638 | -1 | 0 | False | 2020-02-04 07:59:00.000 | IA | Central Standard Time | | 810492 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10084213: 8129682 | IY33D | 353 | 0 | 2 mi NNW of Osceola, IA | 111375556 | 5472304 | 0 | False | 2020-02-04 09:20:00.000 | IA | Central Standard Time | 102179 | 810492 |
| Driving | 1 | 3 | FC71D | True | 3916 | 10084213: 8129682 | IY33D | 405 | 0 | 3 mi SSW of Hutchinson, KS | 111384488 | 5475907 | 0 | False | 2020-02-04 15:13:00.000 | KS | Central Standard Time | 102179 | 810492 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10084213: 8129682 | IY33D | 32 | 0 | 2 mi ESE of Tucumcari, NM | 111385017 | 5479823 | 0 | False | 2020-02-04 21:58:00.000 | NM | Central Standard Time | 102179 | 810492 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10084213: 8129682 | IY33D | 11 | 0 | 2 mi ESE of Tucumcari, NM | 111385193 | 5479823 | 0 | False | 2020-02-04 22:30:00.000 | NM | Central Standard Time | 102179 | 810492 |
| Driving | 1 | 3 | FC71D | True | 0 | 10084213: 8129682 | IY33D | 1 | 0 | 2 mi ESE of Tucumcari, NM | 111385218 | 5479823 | 0 | False | 2020-02-04 22:41:00.000 | NM | Central Standard Time | 102179 | 810492 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10084213: 8129682 | IY33D | 4 | 0 | 2 mi ESE of Tucumcari, NM | 111385305 | 5479823 | 0 | False | 2020-02-04 22:42:00.000 | NM | Central Standard Time | 102179 | 810492 |
| Driving | 1 | 3 | FC71D | True | 0 | 10084213: 8129682 | IY33D | 0 | 0 | 2 mi ESE of Tucumcari, NM | 111385421 | 5479823 | 0 | False | 2020-02-04 22:46:00.000 | NM | Central Standard Time | 102179 | 810492 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10084213: 8129682 | IY33D | 16 | 0 | 2 mi ESE of Tucumcari, NM | 111385571 | 5479823 | 0 | False | 2020-02-04 22:46:00.000 | NM | Central Standard Time | 102179 | 810492 |
| Driving | 1 | 3 | FC71D | True | 1937 | 10084213: 8129682 | IY33D | 194 | 0 | 2 mi ESE of Tucumcari, NM | 111388193 | 5479824 | 0 | False | 2020-02-04 23:02:00.000 | NM | Central Standard Time | 102179 | 810492 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10084213: 8129682 | IY33D | 679 | 0 | 17 mi WSW of Albuquerque, NM | 111404545 | 5481761 | 0 | False | 2020-02-05 02:16:00.000 | NM | Central Standard Time | 102179 | 810492 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10084213: 8129682 | IY33D | 8 | 0 | 5 mi SW of Barstow, CA | 111404805 | 5488361 | 0 | False | 2020-02-05 13:35:00.000 | CA | Central Standard Time | 102179 | 810492 |
| Driving | 1 | 3 | FC71D | True | 727 | 10084213: 8129682 | IY33D | 81 | 0 | 5 mi SW of Barstow, CA | 111407299 | 5488361 | 0 | False | 2020-02-05 13:43:00.000 | CA | Central Standard Time | 102179 | 810492 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10084213: 8129682 | IY33D | 5 | 0 | 4 mi NW of Jurupa Valley, CA | 111407385 | 5489088 | 0 | False | 2020-02-05 15:04:00.000 | CA | Central Standard Time | 102179 | 810492 |
| Driving | 1 | 3 | FC71D | True | 1 | 10084213: 8129682 | IY33D | 4 | 0 | 4 mi NW of Jurupa Valley, CA | 111407558 | 5489088 | 0 | False | 2020-02-05 15:09:00.000 | CA | Central Standard Time | 102179 | 810492 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10084213: 8129682 | IY33D | 2 | 0 | 4 mi NW of Jurupa Valley, CA | 111407572 | 5489089 | 0 | False | 2020-02-05 15:13:00.000 | CA | Central Standard Time | 102179 | 810492 |
| Driving | 1 | 3 | FC71D | True | 560 | 10084213: 8129682 | IY33D | 67 | 0 | 4 mi NW of Jurupa Valley, CA | 111409358 | 5489089 | 0 | False | 2020-02-05 15:15:00.000 | CA | Central Standard Time | 102179 | 810492 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10084213: 8129682 | IY33D | 1 | 0 | 3 mi WSW of Burbank, CA | 111409362 | 5489649 | 0 | False | 2020-02-05 16:22:00.000 | CA | Central Standard Time | 102179 | 810492 |
| OffDuty | 1 | 1 | | True | 0 | 10084213: 8129682 | IY33D | 2276 | 0 | 3 mi WSW of Burbank, CA | 111455785 | -1 | 0 | False | 2020-02-05 16:23:00.000 | CA | Central Standard Time | | 810492 |
| Sleeper | 1 | 2 | | True | 0 | 10084466: 8160038 | IY33D | 0 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111455792 | 5491939 | 0 | False | 2020-02-07 06:19:00.000 | CA | Central Standard Time | 102179 | 792170 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10084466: 8160038 | IY33D | 5 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111455869 | 5491939 | 0 | False | 2020-02-07 06:19:00.000 | CA | Central Standard Time | 102179 | 792170 |
| Driving | 1 | 3 | FC71D | True | 2 | 10084466: 8160038 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111455916 | 5491939 | 0 | False | 2020-02-07 06:24:00.000 | CA | Central Standard Time | 102179 | 792170 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10084466: 8160038 | IY33D | 22 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111456383 | 5491941 | 0 | False | 2020-02-07 06:26:00.000 | CA | Central Standard Time | 102179 | 792170 |
| Driving | 1 | 3 | FC71D | True | 2 | 10084466: 8160038 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111456408 | 5491941 | 0 | False | 2020-02-07 06:48:00.000 | CA | Central Standard Time | 102179 | 792170 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10084466: 8160038 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111456476 | 5491943 | 0 | False | 2020-02-07 06:49:00.000 | CA | Central Standard Time | 102179 | 792170 |
| Driving | 1 | 3 | FC71D | True | 1071 | 10084466: 8160038 | IY33D | 128 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111459681 | 5491943 | 0 | False | 2020-02-07 06:51:00.000 | CA | Central Standard Time | 102179 | 792170 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10084466: 8160038 | IY33D | 4 | 0 | 5 mi SW of Barstow, CA | 111459814 | 5493014 | 0 | False | 2020-02-07 08:59:00.000 | CA | Central Standard Time | 102179 | 792170 |
| Driving | 1 | 3 | FC71D | True | 0 | 10084466: 8160038 | IY33D | 1 | 0 | 5 mi SW of Barstow, CA | 111459833 | 5493014 | 0 | False | 2020-02-07 09:03:00.000 | CA | Central Standard Time | 102179 | 792170 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10084466: 8160038 | IY33D | 9 | 0 | 5 mi SW of Barstow, CA | 111460103 | 5493014 | 0 | False | 2020-02-07 09:04:00.000 | CA | Central Standard Time | 102179 | 792170 |
| Driving | 1 | 3 | FC71D | True | 2 | 10084466: 8160038 | IY33D | 3 | 0 | 5 mi SW of Barstow, CA | 111460229 | 5493014 | 0 | False | 2020-02-07 09:13:00.000 | CA | Central Standard Time | 102179 | 792170 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10084466: 8160038 | IY33D | 24 | 0 | 5 mi SW of Barstow, CA | 111460960 | 5493016 | 0 | False | 2020-02-07 09:16:00.000 | CA | Central Standard Time | 102179 | 792170 |
| Driving | 1 | 3 | FC71D | True | 2266 | 10084466: 8160038 | IY33D | 232 | 0 | 5 mi SW of Barstow, CA | 111468174 | 5493016 | 0 | False | 2020-02-07 09:40:00.000 | CA | Central Standard Time | 102179 | 792170 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10084466: 8160038 | IY33D | 43 | 0 | 15 mi E of Kingman, AZ | 111469401 | 5495282 | 0 | False | 2020-02-07 13:32:00.000 | AZ | Central Standard Time | 102179 | 792170 |
| Driving | 1 | 3 | FC71D | True | 2588 | 10084466: 8160038 | IY33D | 244 | 0 | 15 mi E of Kingman, AZ | 111475796 | 5495282 | 0 | False | 2020-02-07 14:15:00.000 | AZ | Central Standard Time | 102179 | 792170 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10084466: 8160038 | IY33D | 375 | 0 | 44 mi NNW of St. Johns, AZ | 111482626 | 5497870 | 0 | False | 2020-02-07 18:19:00.000 | AZ | Central Standard Time | 102179 | 792170 |
| Sleeper | 1 | 2 | | True | 0 | 10084466: 8160038, 100 | IY33D | 0 | 0 | 2 mi ESE of Tucumcari, NM | 111482628 | 5501529 | 0 | False | 2020-02-08 00:34:00.000 | NM | Central Standard Time | 102179 | 792170, 811818 |
| Sleeper | 1 | 2 | | True | 0 | 10084466: 8160038, 100 | IY33D | 103 | 0 | 2 mi ESE of Tucumcari, NM | 111484024 | -1 | 0 | False | 2020-02-08 00:34:00.000 | NM | Central Standard Time | | 792170, 811818 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10084466: 8160038, 100 | IY33D | 318 | 0 | 1 mi W of Dalhart, TX | 111488417 | 5502459 | 0 | False | 2020-02-08 02:17:00.000 | TX | Central Standard Time | 102179 | 792170, 811818 |
| Driving | 1 | 3 | FC71D | True | 2681 | 10084466: 8160038, 100 | IY33D | 260 | 0 | 3 mi SSW of Hutchinson, KS | 111494146 | 5505446 | 0 | False | 2020-02-08 07:35:00.000 | KS | Central Standard Time | 102179 | 792170, 811818 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10084466: 8160038, 100 | IY33D | 31 | 0 | 2 mi NE of Cameron, MO | 111494724 | 5508127 | 0 | False | 2020-02-08 11:55:00.000 | MO | Central Standard Time | 102179 | 792170, 811818 |
| Driving | 1 | 3 | FC71D | True | 3977 | 10084466: 8160038, 100 | IY33D | 372 | 0 | 2 mi NE of Cameron, MO | 111501177 | 5508128 | 0 | False | 2020-02-08 12:26:00.000 | MO | Central Standard Time | 102179 | 792170, 811818 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10084466: 8160038, 100 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 111501179 | 5512105 | 0 | False | 2020-02-08 18:38:00.000 | IL | Central Standard Time | 102179 | 792170, 811818 |
| OffDuty | 1 | 1 | | True | 0 | 10084466: 8160038, 100 | IY33D | 4 | 0 | 4 mi NE of LaSalle twp, IL | 111501241 | -1 | 0 | False | 2020-02-08 18:39:00.000 | IL | Central Standard Time | | 792170, 811818 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10084466: 8160038, 100 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 111501284 | 5512105 | 0 | False | 2020-02-08 18:43:00.000 | IL | Central Standard Time | 102179 | 792170, 811818 |
| Sleeper | 1 | 2 | | True | 0 | 10084466: 8160038, 100 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 111501285 | 5512105 | 0 | False | 2020-02-08 18:45:00.000 | IL | Central Standard Time | 102179 | 792170, 811818 |
| Sleeper | 1 | 2 | | True | 0 | 10084466: 8160038, 100 | IY33D | 67 | 0 | 4 mi NE of LaSalle twp, IL | 111502262 | -1 | 0 | False | 2020-02-08 18:45:00.000 | IL | Central Standard Time | | 792170, 811818 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10084466: 8160038, 100 | IY33D | 5 | 0 | 5 mi NE of LaSalle twp, IL | 111502343 | 5512136 | 0 | False | 2020-02-08 19:52:00.000 | IL | Central Standard Time | 102179 | 792170, 811818 |
| Sleeper | 1 | 2 | | True | 0 | 10084466: 8160038, 100 | IY33D | 0 | 0 | 5 mi NE of LaSalle twp, IL | 111502344 | 5512136 | 0 | False | 2020-02-08 19:57:00.000 | IL | Central Standard Time | 102179 | 792170, 811818 |
| Sleeper | 1 | 2 | | True | 0 | 10084466: 8160038, 100 | IY33D | 9 | 0 | 5 mi NE of LaSalle twp, IL | 111502461 | -1 | 0 | False | 2020-02-08 19:57:00.000 | IL | Central Standard Time | | 792170, 811818 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10084466: 8160038, 100 | IY33D | 667 | 0 | 5 mi NE of LaSalle twp, IL | 111508620 | 5512136 | 0 | False | 2020-02-08 20:06:00.000 | IL | Central Standard Time | 102179 | 792170, 811818 |
| Driving | 1 | 3 | FC71D | True | 1842 | 10084286: 8173877 | IY33D | 192 | 0 | 3 mi SSW of Hutchinson, KS | 111511433 | 5518779 | 0 | False | 2020-02-09 07:13:00.000 | KS | Central Standard Time | 102179 | 811818 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10084286: 8173877 | IY33D | 16 | 0 | 1 mi E of Liberal, KS | 111511667 | 5520621 | 0 | False | 2020-02-09 10:25:00.000 | KS | Central Standard Time | 102179 | 811818 |
| Driving | 1 | 3 | FC71D | True | 2067 | 10084286: 8173877 | IY33D | 218 | 0 | 1 mi E of Liberal, KS | 111514960 | 5520621 | 0 | False | 2020-02-09 10:41:00.000 | KS | Central Standard Time | 102179 | 811818 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10084286: 8173877 | IY33D | 37 | 0 | 2 mi ESE of Tucumcari, NM | 111515532 | 5522688 | 0 | False | 2020-02-09 14:19:00.000 | NM | Central Standard Time | 102179 | 811818 |
| Driving | 1 | 3 | FC71D | True | 1 | 10084286: 8173877 | IY33D | 2 | 0 | 2 mi ESE of Tucumcari, NM | 111515558 | 5522688 | 0 | False | 2020-02-09 14:56:00.000 | NM | Central Standard Time | 102179 | 811818 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10084286: 8173877 | IY33D | 19 | 0 | 2 mi ESE of Tucumcari, NM | 111515815 | 5522689 | 0 | False | 2020-02-09 14:58:00.000 | NM | Central Standard Time | 102179 | 811818 |
| Driving | 1 | 3 | FC71D | True | 2312 | 10084286: 8173877 | IY33D | 218 | 0 | 2 mi ESE of Tucumcari, NM | 111518706 | 5522689 | 0 | False | 2020-02-09 15:17:00.000 | NM | Central Standard Time | 102179 | 811818 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10084286: 8173877 | IY33D | 386 | 0 | 17 mi ESE of Grants, NM | 111522270 | 5525001 | 0 | False | 2020-02-09 18:55:00.000 | NM | Central Standard Time | 102179 | 811818 |
| Sleeper | 1 | 2 | | True | 0 | 10084286: 8173877 | IY33D | 0 | 0 | 5 mi SW of Kingman, AZ | 111522271 | 5529152 | 0 | False | 2020-02-10 01:21:00.000 | AZ | Central Standard Time | 102179 | 811818 |
| Sleeper | 1 | 2 | | True | 0 | 10084286: 8173877 | IY33D | 93 | 0 | 5 mi SW of Kingman, AZ | 111522920 | -1 | 0 | False | 2020-02-10 01:21:00.000 | AZ | Central Standard Time | | 811818 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10084286: 8173877 | IY33D | 126 | 0 | 33 mi W of Needles, CA | 111524204 | 5530066 | 0 | False | 2020-02-10 02:54:00.000 | CA | Central Standard Time | 102179 | 811818 |
| Driving | 1 | 3 | FC71D | True | 1072 | 10084286: 8173877 | IY33D | 122 | 0 | 5 mi SW of Barstow, CA | 111525884 | 5531194 | 0 | False | 2020-02-10 05:00:00.000 | CA | Central Standard Time | 102179 | 811818 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10084286: 8173877 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111525933 | 5532266 | 0 | False | 2020-02-10 07:02:00.000 | CA | Central Standard Time | 102179 | 811818 |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 1380 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111553599 | -1 | 0 | False | 2020-02-10 07:05:00.000 | CA | Central Standard Time | | |
| Sleeper | 1 | 2 | | True | 0 | 10087949: 8185486 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111553611 | 5534965 | 0 | False | 2020-02-11 06:05:00.000 | CA | Central Standard Time | 102179 | 310617 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10087949: 8185486 | IY33D | 99 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111555866 | 5534965 | 0 | False | 2020-02-11 06:06:00.000 | CA | Central Standard Time | 102179 | 310617 |
| Driving | 1 | 3 | FC71D | True | 5 | 10087949: 8185486 | IY33D | 8 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111556047 | 5534966 | 0 | False | 2020-02-11 07:45:00.000 | CA | Central Standard Time | 102179 | 310617 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10087949: 8185486 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111556136 | 5534971 | 0 | False | 2020-02-11 07:53:00.000 | CA | Central Standard Time | 102179 | 310617 |
| Driving | 1 | 3 | FC71D | True | 1074 | 10087949: 8185486 | IY33D | 132 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111559761 | 5534971 | 0 | False | 2020-02-11 07:56:00.000 | CA | Central Standard Time | 102179 | 310617 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10087949: 8185486 | IY33D | 28 | 0 | 5 mi SW of Barstow, CA | 111560567 | 5536045 | 0 | False | 2020-02-11 10:08:00.000 | CA | Central Standard Time | 102179 | 310617 |
| Driving | 1 | 3 | FC71D | True | 2204 | 10087949: 8185486 | IY33D | 232 | 0 | 5 mi SW of Barstow, CA | 111567527 | 5536045 | 0 | False | 2020-02-11 10:36:00.000 | CA | Central Standard Time | 102179 | 310617 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10087949: 8185486 | IY33D | 40 | 0 | 9 mi E of Kingman, AZ | 111568664 | 5538249 | 0 | False | 2020-02-11 14:28:00.000 | AZ | Central Standard Time | 102179 | 310617 |
| Driving | 1 | 3 | FC71D | True | 2336 | 10087949: 8185486 | IY33D | 228 | 0 | 9 mi E of Kingman, AZ | 111574307 | 5538249 | 0 | False | 2020-02-11 15:08:00.000 | AZ | Central Standard Time | 102179 | 310617 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10087949: 8185486 | IY33D | 328 | 0 | 6 mi NE of Holbrook, AZ | 111580202 | 5540585 | 0 | False | 2020-02-11 18:56:00.000 | AZ | Central Standard Time | 102179 | 310617 |
| Sleeper | 1 | 2 | | True | 0 | 10087949: 8185486 | IY33D | 120 | 0 | 23 mi NE of Estancia, NM | 111581807 | -1 | 0 | False | 2020-02-12 00:24:00.000 | NM | Central Standard Time | | 310617 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10087949: 8185486 | IY33D | 371 | 0 | 2 mi ESE of Tucumcari, NM | 111589147 | 5544591 | 0 | False | 2020-02-12 02:24:00.000 | NM | Central Standard Time | 102179 | 310617 |
| Sleeper | 1 | 2 | | True | 0 | 10087949: 8185486 | IY33D | 79 | 0 | Pratt, KS | 111591549 | -1 | 0 | False | 2020-02-12 08:35:00.000 | KS | Central Standard Time | | 310617 |
| Sleeper | 1 | 2 | | True | 0 | 10087949: 8185486 | IY33D | 0 | 0 | 3 mi SSW of Hutchinson, KS | 111591558 | 5548518 | 0 | False | 2020-02-12 09:54:00.000 | KS | Central Standard Time | 102179 | 310617 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sleeper | 1 | 2 | FC71D | True | 0 | 10087949: 8185486 | IY33D | 21 | 0 | 3 mi SSW of Hutchinson, KS | 111592125 | 5548518 | 0 | False | 2020-02-12 09:54:00.000 | KS | Central Standard Time | 102179 | 310617 |
| Driving | 1 | 3 | FC71D | True | 1340 | 10087949: 8185486 | IY33D | 149 | 0 | 3 mi SSW of Hutchinson, KS | 111596921 | 5548518 | 0 | False | 2020-02-12 10:15:00.000 | KS | Central Standard Time | 102179 | 310617 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10087949: 8185486 | IY33D | 21 | 0 | 16 mi N of Burlington, KS | 111597537 | 5549858 | 0 | False | 2020-02-12 12:44:00.000 | KS | Central Standard Time | 102179 | 310617 |
| Driving | 1 | 3 | FC71D | True | 1908 | 10087949: 8185486 | IY33D | 205 | 0 | 16 mi N of Burlington, KS | 111603217 | 5549858 | 0 | False | 2020-02-12 13:05:00.000 | KS | Central Standard Time | 102179 | 310617 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10087949: 8185486 | IY33D | 34 | 0 | 3 mi SW of Boonville, MO | 111604035 | 5551766 | 0 | False | 2020-02-12 16:30:00.000 | MO | Central Standard Time | 102179 | 310617 |
| Driving | 1 | 3 | FC71D | True | 2709 | 10087949: 8185486 | IY33D | 294 | 0 | 3 mi SW of Boonville, MO | 111610107 | 5551766 | 0 | False | 2020-02-12 17:04:00.000 | MO | Central Standard Time | 102179 | 310617 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10087949: 8185486 | IY33D | 9 | 0 | 2 mi SSE of West Lincoln twp, IL | 111610238 | 5554475 | 0 | False | 2020-02-12 21:58:00.000 | IL | Central Standard Time | 102179 | 310617 |
| Sleeper | 1 | 2 | | True | 0 | 10087949: 8185486 | IY33D | 0 | 0 | 2 mi SSE of West Lincoln twp, IL | 111610239 | 5554475 | 0 | False | 2020-02-12 22:07:00.000 | IL | Central Standard Time | 102179 | 310617 |
| Sleeper | 1 | 2 | | True | 0 | 10087949: 8185486 | IY33D | 131 | 0 | 2 mi SSE of West Lincoln twp, IL | 111612195 | -1 | 0 | False | 2020-02-12 22:07:00.000 | IL | Central Standard Time | | 310617 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10087705: 8204241 | IY33D | 270 | 0 | 5 mi NE of LaSalle twp, IL | 111615689 | 5555498 | 0 | False | 2020-02-13 00:18:00.000 | IL | Central Standard Time | 102179 | 312024 |
| Sleeper | 1 | 2 | | True | 0 | 10087705: 8204241 | IY33D | 0 | 0 | 5 mi NE of LaSalle twp, IL | 111615690 | 5555498 | 0 | False | 2020-02-13 04:48:00.000 | IL | Central Standard Time | 102179 | 312024 |
| Sleeper | 1 | 2 | | True | 0 | 10087705: 8204241 | IY33D | 36 | 0 | 5 mi NE of LaSalle twp, IL | 111616191 | -1 | 0 | False | 2020-02-13 04:48:00.000 | IL | Central Standard Time | | 312024 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10087705: 8204241 | IY33D | 378 | 0 | 4 mi NE of LaSalle twp, IL | 111625790 | 5555521 | 0 | False | 2020-02-13 05:24:00.000 | IL | Central Standard Time | 102179 | 312024 |
| Sleeper | 1 | 2 | | True | 0 | 10087705: 8204241 | IY33D | 0 | 0 | 3 mi SW of Boonville, MO | 111625791 | 5559190 | 0 | False | 2020-02-13 11:42:00.000 | MO | Central Standard Time | 102179 | 312024 |
| Sleeper | 1 | 2 | | True | 0 | 10087705: 8204241 | IY33D | 46 | 0 | 3 mi SW of Boonville, MO | 111627103 | -1 | 0 | False | 2020-02-13 11:42:00.000 | MO | Central Standard Time | | 312024 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10087705: 8204241 | IY33D | 297 | 0 | 18 mi NNE of Warrensburg, MO | 111635745 | 5559638 | 0 | False | 2020-02-13 12:28:00.000 | MO | Central Standard Time | 102179 | 312024 |
| Driving | 1 | 3 | FC71D | True | 2468 | 10087705: 8204241 | IY33D | 265 | 0 | 3 mi SSW of Hutchinson, KS | 111641565 | 5562363 | 0 | False | 2020-02-13 17:25:00.000 | KS | Central Standard Time | 102179 | 312024 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10087705: 8204241 | IY33D | 39 | 0 | 10 mi SW of Goodwell, OK | 111642314 | 5564831 | 0 | False | 2020-02-13 21:50:00.000 | OK | Central Standard Time | 102179 | 312024 |
| Driving | 1 | 3 | FC71D | True | 1458 | 10087705: 8204241 | IY33D | 153 | 0 | 10 mi SW of Goodwell, OK | 111644957 | 5564831 | 0 | False | 2020-02-13 22:29:00.000 | OK | Central Standard Time | 102179 | 312024 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10087705: 8204241 | IY33D | 26 | 0 | 2 mi ESE of Tucumcari, NM | 111645323 | 5566289 | 0 | False | 2020-02-14 01:02:00.000 | NM | Central Standard Time | 102179 | 312024 |
| Driving | 1 | 3 | FC71D | True | 0 | 10087705: 8204241 | IY33D | 1 | 0 | 2 mi ESE of Tucumcari, NM | 111645336 | 5566289 | 0 | False | 2020-02-14 01:28:00.000 | NM | Central Standard Time | 102179 | 312024 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10087705: 8204241 | IY33D | 22 | 0 | 2 mi ESE of Tucumcari, NM | 111645604 | 5566289 | 0 | False | 2020-02-14 01:29:00.000 | NM | Central Standard Time | 102179 | 312024 |
| Driving | 1 | 3 | FC71D | True | 1942 | 10087705: 8204241 | IY33D | 203 | 0 | 2 mi ESE of Tucumcari, NM | 111648367 | 5566289 | 0 | False | 2020-02-14 01:51:00.000 | NM | Central Standard Time | 102179 | 312024 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10087705: 8204241 | IY33D | 676 | 0 | 17 mi WSW of Albuquerque, NM | 111666274 | 5568231 | 0 | False | 2020-02-14 05:14:00.000 | NM | Central Standard Time | 102179 | 312024 |
| Driving | 1 | 3 | FC71D | True | 728 | 10087705: 8204241 | IY33D | 90 | 0 | 5 mi SW of Barstow, CA | 111668382 | 5574835 | 0 | False | 2020-02-14 16:30:00.000 | CA | Central Standard Time | 102179 | 312024 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10087705: 8204241 | IY33D | 4 | 0 | 4 mi NW of Jurupa Valley, CA | 111668462 | 5575563 | 0 | False | 2020-02-14 18:00:00.000 | CA | Central Standard Time | 102179 | 312024 |
| Driving | 1 | 3 | FC71D | True | 1 | 10087705: 8204241 | IY33D | 5 | 0 | 4 mi NW of Jurupa Valley, CA | 111668578 | 5575564 | 0 | False | 2020-02-14 18:04:00.000 | CA | Central Standard Time | 102179 | 312024 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10087705: 8204241 | IY33D | 3 | 0 | 4 mi NW of Jurupa Valley, CA | 111668635 | 5575565 | 0 | False | 2020-02-14 18:09:00.000 | CA | Central Standard Time | 102179 | 312024 |
| Driving | 1 | 3 | FC71D | True | 609 | 10087705: 8204241 | IY33D | 111 | 0 | 4 mi NW of Jurupa Valley, CA | 111671125 | 5575565 | 0 | False | 2020-02-14 18:12:00.000 | CA | Central Standard Time | 102179 | 312024 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10087705: 8204241 | IY33D | 1 | 0 | 3 mi WSW of Burbank, CA | 111671132 | 5576174 | 0 | False | 2020-02-14 20:03:00.000 | CA | Central Standard Time | 102179 | 312024 |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 7610 | 0 | 3 mi WSW of Burbank, CA | 111807137 | -1 | 0 | False | 2020-02-14 20:04:00.000 | CA | Central Standard Time | | |
| Sleeper | 1 | 2 | FC71D | True | 0 | 0000000: | IY33D | 219 | 0 | 5 mi SW of Barstow, CA | 111810958 | 5580323 | 0 | False | 2020-02-20 02:54:00.000 | CA | Central Standard Time | 102179 | 000000 |
| Sleeper | 1 | 2 | | True | 0 | 0000000: | IY33D | 0 | 0 | 8 mi E of Kingman, AZ | 111810959 | 5582519 | 0 | False | 2020-02-20 06:33:00.000 | AZ | Central Standard Time | 102179 | 000000 |
| Sleeper | 1 | 2 | | True | 0 | 0000000: | IY33D | 32 | 0 | 8 mi E of Kingman, AZ | 111811799 | -1 | 0 | False | 2020-02-20 06:33:00.000 | AZ | Central Standard Time | | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 0000000: | IY33D | 345 | 0 | 39 mi E of Kingman, AZ | 111822327 | 5582838 | 0 | False | 2020-02-20 07:05:00.000 | AZ | Central Standard Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 2547 | 0000000: | IY33D | 241 | 0 | 4 mi NW of Grants, NM | 111829366 | 5586308 | 0 | False | 2020-02-20 12:50:00.000 | NM | Central Standard Time | 102179 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 0000000: | IY33D | 48 | 0 | 2 mi ESE of Tucumcari, NM | 111830561 | 5588855 | 0 | False | 2020-02-20 16:51:00.000 | NM | Central Standard Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 3922 | 0000000: | IY33D | 400 | 0 | 2 mi ESE of Tucumcari, NM | 111838424 | 5588856 | 0 | False | 2020-02-20 17:39:00.000 | NM | Central Standard Time | 102179 | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10089957: 8263829 | IY33D | 252 | 0 | 3 mi SSW of Hutchinson, KS | 111842068 | 5592778 | 0 | False | 2020-02-21 00:19:00.000 | KS | Central Standard Time | 102179 | 311055 |
| Sleeper | 1 | 2 | | True | 0 | 10089957: 8263829 | IY33D | 1 | 0 | 8 mi NNE of Kearney, MO | 111842071 | 5595261 | 0 | False | 2020-02-21 04:31:00.000 | MO | Central Standard Time | 102179 | 311055 |
| Sleeper | 1 | 2 | | True | 0 | 10089957: 8263829 | IY33D | 44 | 0 | 8 mi NNE of Kearney, MO | 111842786 | -1 | 0 | False | 2020-02-21 04:32:00.000 | MO | Central Standard Time | | 311055 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10089957: 8263829 | IY33D | 446 | 0 | 9 mi S of Bethany twp, MO | 111855079 | 5595732 | 0 | False | 2020-02-21 05:16:00.000 | MO | Central Standard Time | 102179 | 311055 |
| Driving | 1 | 3 | FC71D | True | 1044 | 10089957: 8263829 | IY33D | 98 | 0 | 5 mi NE of LaSalle twp, IL | 111858065 | 5599479 | 0 | False | 2020-02-21 12:42:00.000 | IL | Central Standard Time | 102179 | 311055 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10089957: 8263829 | IY33D | 29 | 0 | 10 mi WSW of Eldridge, IA | 111858902 | 5600523 | 0 | False | 2020-02-21 14:20:00.000 | IA | Central Standard Time | 102179 | 311055 |
| Driving | 1 | 3 | FC71D | True | 3224 | 10089957: 8263829 | IY33D | 306 | 0 | 10 mi WSW of Eldridge, IA | 111866883 | 5600523 | 0 | False | 2020-02-21 14:49:00.000 | IA | Central Standard Time | 102179 | 311055 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10089957: 8263829 | IY33D | 41 | 0 | 1 mi WNW of Kearney, MO | 111867819 | 5603747 | 0 | False | 2020-02-21 19:55:00.000 | MO | Central Standard Time | 102179 | 311055 |
| Driving | 1 | 3 | FC71D | True | 2412 | 10089957: 8263829 | IY33D | 244 | 0 | 1 mi WNW of Kearney, MO | 111872045 | 5603748 | 0 | False | 2020-02-21 20:36:00.000 | MO | Central Standard Time | 102179 | 311055 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10089957: 8263829 | IY33D | 402 | 0 | 3 mi SSW of Hutchinson, KS | 111877799 | 5606159 | 0 | False | 2020-02-22 00:40:00.000 | KS | Central Standard Time | 102179 | 311055 |
| Sleeper | 1 | 2 | | True | 0 | 10089957: 8263829 | IY33D | 0 | 0 | 2 mi ESE of Tucumcari, NM | 111877800 | 5610079 | 0 | False | 2020-02-22 07:22:00.000 | NM | Central Standard Time | 102179 | 311055 |
| Sleeper | 1 | 2 | | True | 0 | 10089957: 8263829 | IY33D | 40 | 0 | 2 mi ESE of Tucumcari, NM | 111878590 | -1 | 0 | False | 2020-02-22 07:22:00.000 | NM | Central Standard Time | | 311055 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10089957: 8263829 | IY33D | 242 | 0 | 20 mi WSW of Tucumcari, NM | 111884133 | 5610304 | 0 | False | 2020-02-22 08:02:00.000 | NM | Central Standard Time | 102179 | 311055 |
| Driving | 1 | 3 | FC71D | True | 1464 | 10089957: 8263829 | IY33D | 144 | 0 | 4 mi NW of Grants, NM | 111887286 | 5612635 | 0 | False | 2020-02-22 12:04:00.000 | NM | Central Standard Time | 102179 | 311055 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10089957: 8263829 | IY33D | 17 | 0 | 6 mi NE of Holbrook, AZ | 111887639 | 5614099 | 0 | False | 2020-02-22 14:28:00.000 | AZ | Central Standard Time | 102179 | 311055 |
| Driving | 1 | 3 | FC71D | True | 3065 | 10089957: 8263829 | IY33D | 304 | 0 | 6 mi NE of Holbrook, AZ | 111892885 | 5614099 | 0 | False | 2020-02-22 14:45:00.000 | AZ | Central Standard Time | 102179 | 311055 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10089957: 8263829 | IY33D | 34 | 0 | 1 mi WNW of Needles, CA | 111893417 | 5617164 | 0 | False | 2020-02-22 19:49:00.000 | CA | Central Standard Time | 102179 | 311055 |
| Driving | 1 | 3 | FC71D | True | 1476 | 10089957: 8263829 | IY33D | 159 | 0 | 1 mi WNW of Needles, CA | 111895400 | 5617164 | 0 | False | 2020-02-22 20:23:00.000 | CA | Central Standard Time | 102179 | 311055 |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 3968 | 0 | 3 mi WSW of Barstow, CA | 111963240 | -1 | 0 | False | 2020-02-22 23:02:00.000 | CA | Central Standard Time | 102179 | |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 0 | 0 | 1 mi WSW of Hemet, CA | 111963242 | 5620907 | 0 | False | 2020-02-25 17:10:00.000 | CA | Central Standard Time | 102179 | |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 776 | 0 | 1 mi WSW of Hemet, CA | 111976909 | -1 | 0 | False | 2020-02-25 17:10:00.000 | CA | Central Standard Time | | |
| Sleeper | 1 | 2 | | True | 0 | 10092974: 8300097 | IY33D | 0 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111976916 | 5622241 | 0 | False | 2020-02-26 06:06:00.000 | CA | Central Standard Time | 102179 | 811298 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10092974: 8300097 | IY33D | 7 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111977075 | 5622241 | 0 | False | 2020-02-26 06:06:00.000 | CA | Central Standard Time | 102179 | 811298 |
| Driving | 1 | 3 | FC71D | True | 5 | 10092974: 8300097 | IY33D | 5 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111977183 | 5622241 | 0 | False | 2020-02-26 06:13:00.000 | CA | Central Standard Time | 102179 | 811298 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092974: 8300097 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111977232 | 5622246 | 0 | False | 2020-02-26 06:18:00.000 | CA | Central Standard Time | 102179 | 811298 |
| Driving | 1 | 3 | FC71D | True | 1073 | 10092974: 8300097 | IY33D | 130 | 0 | 2 mi ESE of Santa Fe Springs, CA | 111980639 | 5622246 | 0 | False | 2020-02-26 06:21:00.000 | CA | Central Standard Time | 102179 | 811298 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092974: 8300097 | IY33D | 10 | 0 | 5 mi SW of Barstow, CA | 111980866 | 5623319 | 0 | False | 2020-02-26 08:31:00.000 | CA | Central Standard Time | 102179 | 811298 |
| Driving | 1 | 3 | FC71D | True | 2 | 10092974: 8300097 | IY33D | 7 | 0 | 5 mi SW of Barstow, CA | 111981055 | 5623319 | 0 | False | 2020-02-26 08:41:00.000 | CA | Central Standard Time | 102179 | 811298 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092974: 8300097 | IY33D | 28 | 0 | 5 mi SW of Barstow, CA | 111981936 | 5623321 | 0 | False | 2020-02-26 08:48:00.000 | CA | Central Standard Time | 102179 | 811298 |
| Driving | 1 | 3 | FC71D | True | 2273 | 10092974: 8300097 | IY33D | 230 | 0 | 5 mi SW of Barstow, CA | 111989460 | 5623321 | 0 | False | 2020-02-26 09:16:00.000 | CA | Central Standard Time | 102179 | 811298 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092974: 8300097 | IY33D | 34 | 0 | 15 mi E of Kingman, AZ | 111990475 | 5625594 | 0 | False | 2020-02-26 13:06:00.000 | AZ | Central Standard Time | 102179 | 811298 |
| Driving | 1 | 3 | FC71D | True | 2929 | 10092974: 8300097 | IY33D | 275 | 0 | 15 mi E of Kingman, AZ | 111998468 | 5625594 | 0 | False | 2020-02-26 13:40:00.000 | AZ | Central Standard Time | 102179 | 811298 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10092974: 8300097 | IY33D | 345 | 0 | 62 mi NNE of St. Johns, AZ | 112005421 | 5628523 | 0 | False | 2020-02-26 18:15:00.000 | AZ | Central Standard Time | 102179 | 811298 |
| Sleeper | 1 | 2 | | True | 0 | 10092974: 8300097 | IY33D | 0 | 0 | 2 mi ESE of Tucumcari, NM | 112005422 | 5631866 | 0 | False | 2020-02-27 00:00:00.000 | NM | Central Standard Time | 102179 | 811298 |
| Sleeper | 1 | 2 | | True | 0 | 10092974: 8300097 | IY33D | 102 | 0 | 2 mi ESE of Tucumcari, NM | 112007064 | -1 | 0 | False | 2020-02-27 00:00:00.000 | NM | Central Standard Time | | 811298 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10092974: 8300097 | IY33D | 322 | 0 | 1 mi W of Dalhart, TX | 112012533 | 5632797 | 0 | False | 2020-02-27 01:42:00.000 | TX | Central Standard Time | 102179 | 811298 |
| Driving | 1 | 3 | FC71D | True | 1341 | 10092974: 8300097 | IY33D | 131 | 0 | 3 mi SSW of Hutchinson, KS | 112016617 | 5635789 | 0 | False | 2020-02-27 07:04:00.000 | KS | Central Standard Time | 102179 | 811298 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092974: 8300097 | IY33D | 19 | 0 | 16 mi N of Burlington, KS | 112017147 | 5637130 | 0 | False | 2020-02-27 09:15:00.000 | KS | Central Standard Time | 102179 | 811298 |
| Driving | 1 | 3 | FC71D | True | 1928 | 10092974: 8300097 | IY33D | 197 | 0 | 16 mi N of Burlington, KS | 112023417 | 5637130 | 0 | False | 2020-02-27 09:34:00.000 | KS | Central Standard Time | 102179 | 811298 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092974: 8300097 | IY33D | 33 | 0 | 3 mi SW of Boonville, MO | 112024515 | 5639058 | 0 | False | 2020-02-27 12:51:00.000 | MO | Central Standard Time | 102179 | 811298 |
| Driving | 1 | 3 | FC71D | True | 1924 | 10092974: 8300097 | IY33D | 187 | 0 | 3 mi SW of Boonville, MO | 112029902 | 5639058 | 0 | False | 2020-02-27 13:24:00.000 | MO | Central Standard Time | 102179 | 811298 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092974: 8300097 | IY33D | 14 | 0 | 2 mi SE of Greenville, IL | 112030288 | 5640982 | 0 | False | 2020-02-27 16:31:00.000 | IL | Central Standard Time | 102179 | 811298 |
| Driving | 1 | 3 | FC71D | True | 0 | 10092974: 8300097 | IY33D | 0 | 0 | 2 mi SE of Greenville, IL | 112030298 | 5640982 | 0 | False | 2020-02-27 16:45:00.000 | IL | Central Standard Time | 102179 | 811298 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092974: 8300097 | IY33D | 6 | 0 | 2 mi SE of Greenville, IL | 112030422 | 5640982 | 0 | False | 2020-02-27 16:45:00.000 | IL | Central Standard Time | 102179 | 811298 |
| Driving | 1 | 3 | FC71D | True | 1027 | 10092974: 8300097 | IY33D | 103 | 0 | 2 mi SE of Greenville, IL | 112033076 | 5640982 | 0 | False | 2020-02-27 16:51:00.000 | IL | Central Standard Time | 102179 | 811298 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10092974: 8300097 | IY33D | 5 | 0 | 13 mi S of Paris, IL | 112033080 | 5642009 | 0 | False | 2020-02-27 18:34:00.000 | IL | Central Standard Time | 102179 | 811298 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10092974: 8300097 | IY33D | 4 | 0 | 13 mi S of Paris, IL | 112033165 | 5642009 | 0 | False | 2020-02-27 18:39:00.000 | IL | Central Standard Time | 102179 | 811298 |
| Sleeper | 1 | 2 | | True | 0 | 10092974: 8300097 | IY33D | 0 | 0 | 13 mi S of Paris, IL | 112033183 | 5642009 | 0 | False | 2020-02-27 18:43:00.000 | IL | Central Standard Time | 102179 | 811298 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10092974: 8300097 | IY33D | 0 | 0 | 13 mi S of Paris, IL | 112033186 | 5642009 | 0 | False | 2020-02-27 18:43:00.000 | IL | Central Standard Time | 102179 | 811298 |
| Sleeper | 1 | 2 | | True | 0 | 10092974: 8300097 | IY33D | 147 | 0 | 13 mi S of Paris, IL | 112036315 | -1 | 0 | False | 2020-02-27 18:43:00.000 | IL | Central Standard Time | | 811298 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10092974: 8300097 | IY33D | 58 | 0 | 2 mi NW of Adams twp ., IN | 112037423 | 5643551 | 0 | False | 2020-02-27 21:10:00.000 | IN | Central Standard Time | 102179 | 811298 |
| Sleeper | 1 | 2 | | True | 0 | 10092974: 8300097 | IY33D | 0 | 0 | 2 mi NE of Springdale, OH | 112037425 | 5644001 | 0 | False | 2020-02-27 22:08:00.000 | OH | Central Standard Time | 102179 | 811298 |
| Sleeper | 1 | 2 | | True | 0 | 10092974: 8300097 | IY33D | 98 | 0 | 2 mi NE of Springdale, OH | 112039179 | -1 | 0 | False | 2020-02-27 22:08:00.000 | OH | Central Standard Time | | 811298 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10092974: 8300097 | IY33D | 336 | 0 | 2 mi NNE of Moraine, OH | 112044254 | 5644388 | 0 | False | 2020-02-27 23:46:00.000 | OH | Central Standard Time | 102179 | 811298 |
| Sleeper | 1 | 2 | | True | 0 | 10092974: 8300097, 100 | IY33D | 0 | 0 | 2 mi NNE of Moraine, OH | 112044255 | 5644389 | 0 | False | 2020-02-28 05:22:00.000 | OH | Central Standard Time | 102179 | 811298, 791329 |
| Sleeper | 1 | 2 | | True | 0 | 10092974: 8300097, 100 | IY33D | 51 | 0 | 2 mi NNE of Moraine, OH | 112045337 | -1 | 0 | False | 2020-02-28 05:22:00.000 | OH | Central Standard Time | | 811298, 791329 |
| Sleeper | 1 | 2 | | True | 0 | 10092974: 8300097, 100 | IY33D | 0 | 0 | 2 mi NE of Springdale, OH | 112045342 | 5644768 | 0 | False | 2020-02-28 06:13:00.000 | OH | Central Standard Time | 102179 | 811298, 791329 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10092974: 8300097, 100 | IY33D | 1 | 0 | 2 mi NE of Springdale, OH | 112045351 | 5644768 | 0 | False | 2020-02-28 06:13:00.000 | OH | Central Standard Time | 102179 | 811298, 791329 |
| Driving | 1 | 3 | FC71D | True | 5 | 10092974: 8300097, 100 | IY33D | 4 | 0 | 2 mi NE of Springdale, OH | 112045478 | 5644769 | 0 | False | 2020-02-28 06:14:00.000 | OH | Central Standard Time | 102179 | 811298, 791329 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092974: 8300097, 100 | IY33D | 15 | 0 | 2 mi NE of Springdale, OH | 112045830 | 5644774 | 0 | False | 2020-02-28 06:18:00.000 | OH | Central Standard Time | 102179 | 811298, 791329 |
| Driving | 1 | 3 | FC71D | True | 5 | 10092974: 8300097, 100 | IY33D | 5 | 0 | 2 mi NE of Springdale, OH | 112045967 | 5644774 | 0 | False | 2020-02-28 06:33:00.000 | OH | Central Standard Time | 102179 | 811298, 791329 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092974: 8300097, 100 | IY33D | 1 | 0 | 2 mi NE of Springdale, OH | 112045986 | 5644779 | 0 | False | 2020-02-28 06:38:00.000 | OH | Central Standard Time | 102179 | 811298, 791329 |
| Driving | 1 | 3 | FC71D | True | 4 | 10092974: 8300097, 100 | IY33D | 3 | 0 | 2 mi NE of Springdale, OH | 112046064 | 5644779 | 0 | False | 2020-02-28 06:39:00.000 | OH | Central Standard Time | 102179 | 811298, 791329 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092974: 8300097, 100 | IY33D | 2 | 0 | 2 mi NE of Springdale, OH | 112046120 | 5644783 | 0 | False | 2020-02-28 06:42:00.000 | OH | Central Standard Time | 102179 | 811298, 791329 |
| Driving | 1 | 3 | FC71D | True | 1 | 10092974: 8300097, 100 | IY33D | 1 | 0 | 2 mi NE of Springdale, OH | 112046152 | 5644783 | 0 | False | 2020-02-28 06:44:00.000 | OH | Central Standard Time | 102179 | 811298, 791329 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092974: 8300097, 100 | IY33D | 5 | 0 | 2 mi NE of Springdale, OH | 112046280 | 5644784 | 0 | False | 2020-02-28 06:45:00.000 | OH | Central Standard Time | 102179 | 811298, 791329 |
| Driving | 1 | 3 | FC71D | True | 3015 | 10092974: 8300097, 100 | IY33D | 298 | 0 | 2 mi NE of Springdale, OH | 112055058 | 5644784 | 0 | False | 2020-02-28 06:50:00.000 | OH | Central Standard Time | 102179 | 811298, 791329 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092974: 8300097, 100 | IY33D | 5 | 0 | 2 mi SE of Greenville, IL | 112055241 | 5647799 | 0 | False | 2020-02-28 11:48:00.000 | IL | Central Standard Time | 102179 | 811298, 791329 |
| Driving | 1 | 3 | FC71D | True | 0 | 10092974: 8300097, 100 | IY33D | 0 | 0 | 2 mi SE of Greenville, IL | 112055265 | 5647799 | 0 | False | 2020-02-28 11:53:00.000 | IL | Central Standard Time | 102179 | 811298, 791329 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092974: 8300097, 100 | IY33D | 10 | 0 | 2 mi SE of Greenville, IL | 112055591 | 5647799 | 0 | False | 2020-02-28 11:53:00.000 | IL | Central Standard Time | 102179 | 811298, 791329 |
| Driving | 1 | 3 | FC71D | True | 2 | 10092974: 8300097, 100 | IY33D | 2 | 0 | 2 mi SE of Greenville, IL | 112055652 | 5647799 | 0 | False | 2020-02-28 12:03:00.000 | IL | Central Standard Time | 102179 | 811298, 791329 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092974: 8300097, 100 | IY33D | 40 | 0 | 2 mi SE of Greenville, IL | 112056887 | 5647801 | 0 | False | 2020-02-28 12:05:00.000 | IL | Central Standard Time | 102179 | 811298, 791329 |
| Driving | 1 | 3 | FC71D | True | 3140 | 10092974: 8300097, 100 | IY33D | 324 | 0 | 2 mi SE of Greenville, IL | 112066343 | 5647801 | 0 | False | 2020-02-28 12:45:00.000 | IL | Central Standard Time | 102179 | 811298, 791329 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10092974: 8300097, 100 | IY33D | 206 | 0 | 2 mi SSE of Olathe, KS | 112070801 | 5650941 | 0 | False | 2020-02-28 18:09:00.000 | KS | Central Standard Time | 102179 | 811298, 791329 |
| OffDuty | 1 | 1 | | True | 0 | 10092974: 8300097, 100 | IY33D | 1 | 0 | 3 mi SSW of Hutchinson, KS | 112070814 | -1 | 0 | False | 2020-02-28 21:35:00.000 | KS | Central Standard Time | | 811298, 791329 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10092974: 8300097, 100 | IY33D | 0 | 0 | 3 mi SSW of Hutchinson, KS | 112070818 | 5652888 | 0 | False | 2020-02-28 21:36:00.000 | KS | Central Standard Time | 102179 | 811298, 791329 |
| Sleeper | 1 | 2 | | True | 0 | 10092974: 8300097, 100 | IY33D | 0 | 0 | 3 mi SSW of Hutchinson, KS | 112070825 | 5652888 | 0 | False | 2020-02-28 21:36:00.000 | KS | Central Standard Time | 102179 | 811298, 791329 |
| Sleeper | 1 | 2 | | True | 0 | 10092974: 8300097, 100 | IY33D | 124 | 0 | 3 mi SSW of Hutchinson, KS | 112072814 | -1 | 0 | False | 2020-02-28 21:36:00.000 | KS | Central Standard Time | | 811298, 791329 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10092974: 8300097, 100 | IY33D | 240 | 0 | 21 mi S of Dodge City, KS | 112076374 | 5654139 | 0 | False | 2020-02-28 23:40:00.000 | KS | Central Standard Time | 102179 | 811298, 791329 |
| Sleeper | 1 | 2 | | True | 0 | 10092504: 8317870, 100 | IY33D | 0 | 0 | 24 mi NE of Logan, NM | 112076376 | 5656336 | 0 | False | 2020-02-29 03:40:00.000 | NM | Central Standard Time | 102179 | 791329, 311889 |
| Sleeper | 1 | 2 | | True | 0 | 10092504: 8317870, 100 | IY33D | 45 | 0 | 24 mi NE of Logan, NM | 112076655 | -1 | 0 | False | 2020-02-29 03:40:00.000 | NM | Central Standard Time | | 791329, 311889 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10092504: 8317870, 100 | IY33D | 200 | 0 | 2 mi NE of Tucumcari, NM | 112080248 | 5656785 | 0 | False | 2020-02-29 04:25:00.000 | NM | Central Standard Time | 102179 | 791329, 311889 |
| Driving | 1 | 3 | FC71D | True | 4790 | 10092504: 8317870, 100 | IY33D | 469 | 0 | 8 mi W of Albuquerque, NM | 112089878 | 5658663 | 0 | False | 2020-02-29 07:45:00.000 | NM | Central Standard Time | 102179 | 791329, 311889 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092504: 8317870, 100 | IY33D | 33 | 0 | 4 mi N of Buckeye, AZ | 112090455 | 5663453 | 0 | False | 2020-02-29 15:34:00.000 | AZ | Central Standard Time | 102179 | 791329, 311889 |
| Driving | 1 | 3 | FC71D | True | 1270 | 10092504: 8317870, 100 | IY33D | 122 | 0 | 4 mi N of Buckeye, AZ | 112092700 | 5663453 | 0 | False | 2020-02-29 16:07:00.000 | AZ | Central Standard Time | 102179 | 791329, 311889 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10092504: 8317870, 100 | IY33D | 7 | 0 | 8 mi W of Blythe, CA | 112092742 | 5664723 | 0 | False | 2020-02-29 18:09:00.000 | CA | Central Standard Time | 102179 | 791329, 311889 |
| Driving | 1 | 3 | FC71D | True | 5 | 10092504: 8317870, 100 | IY33D | 19 | 0 | 8 mi W of Blythe, CA | 112093035 | 5664724 | 0 | False | 2020-02-29 18:16:00.000 | CA | Central Standard Time | 102179 | 791329, 311889 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10092504: 8317870, 100 | IY33D | 415 | 0 | 8 mi W of Blythe, CA | 112097952 | 5664729 | 0 | False | 2020-02-29 18:35:00.000 | CA | Central Standard Time | 102179 | 791329, 311889 |
| Sleeper | 1 | 2 | | True | 0 | 10092504: 8317870 | IY33D | 0 | 0 | 5 mi SW of Barstow, CA | 112097953 | 5667949 | 0 | False | 2020-03-01 01:30:00.000 | CA | Central Standard Time | 102179 | 791329 |
| Sleeper | 1 | 2 | | True | 0 | 10092504: 8317870 | IY33D | 126 | 0 | 5 mi SW of Barstow, CA | 112098905 | -1 | 0 | False | 2020-03-01 01:30:00.000 | CA | Central Standard Time | | 791329 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10092504: 8317870 | IY33D | 303 | 0 | 25 mi W of Needles, CA | 112102124 | 5669166 | 0 | False | 2020-03-01 03:36:00.000 | CA | Central Standard Time | 102179 | 791329 |
| Driving | 1 | 3 | FC71D | True | 1835 | 10092504: 8317870 | IY33D | 176 | 0 | 1 mi ESE of Winslow, AZ | 112104835 | 5672113 | 0 | False | 2020-03-01 08:39:00.000 | AZ | Central Standard Time | 102179 | 791329 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092504: 8317870 | IY33D | 20 | 0 | 4 mi NW of Grants, NM | 112105126 | 5673948 | 0 | False | 2020-03-01 11:35:00.000 | NM | Central Standard Time | 102179 | 791329 |
| Driving | 1 | 3 | FC71D | True | 2545 | 10092504: 8317870 | IY33D | 238 | 0 | 4 mi NW of Grants, NM | 112108645 | 5673948 | 0 | False | 2020-03-01 11:55:00.000 | NM | Central Standard Time | 102179 | 791329 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092504: 8317870 | IY33D | 33 | 0 | 2 mi ESE of Tucumcari, NM | 112109106 | 5676493 | 0 | False | 2020-03-01 15:53:00.000 | NM | Central Standard Time | 102179 | 791329 |
| Driving | 1 | 3 | FC71D | True | 1 | 10092504: 8317870 | IY33D | 1 | 0 | 2 mi ESE of Tucumcari, NM | 112109199 | 5676493 | 0 | False | 2020-03-01 16:26:00.000 | NM | Central Standard Time | 102179 | 791329 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10092504: 8317870 | IY33D | 12 | 0 | 2 mi ESE of Tucumcari, NM | 112109264 | 5676494 | 0 | False | 2020-03-01 16:27:00.000 | NM | Central Standard Time | 102179 | 791329 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10092504: 8317870 | IY33D | 7 | 0 | 2 mi ESE of Tucumcari, NM | 112109354 | 5676494 | 0 | False | 2020-03-01 16:39:00.000 | NM | Central Standard Time | 102179 | 791329 |
| Driving | 1 | 3 | FC71D | True | 2067 | 10092504: 8317870 | IY33D | 219 | 0 | 2 mi ESE of Tucumcari, NM | 112112035 | 5676494 | 0 | False | 2020-03-01 16:46:00.000 | NM | Central Standard Time | 102179 | 791329 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10092504: 8317870 | IY33D | 7 | 0 | 1 mi SE of Liberal, KS | 112112039 | 5678561 | 0 | False | 2020-03-01 20:25:00.000 | KS | Central Standard Time | 102179 | 791329 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10092504: 8317870 | IY33D | 4 | 0 | 1 mi SE of Liberal, KS | 112112078 | 5678561 | 0 | False | 2020-03-01 20:32:00.000 | KS | Central Standard Time | 102179 | 791329 |
| Sleeper | 1 | 2 | | True | 0 | 10092504: 8317870 | IY33D | 0 | 0 | 1 mi SE of Liberal, KS | 112112083 | 5678561 | 0 | False | 2020-03-01 20:36:00.000 | KS | Central Standard Time | 102179 | 791329 |
| Sleeper | 1 | 2 | | True | 0 | 10092504: 8317870 | IY33D | 183 | 0 | 1 mi SE of Liberal, KS | 112113679 | -1 | 0 | False | 2020-03-01 20:36:00.000 | KS | Central Standard Time | | 791329 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10092504: 8317870 | IY33D | 591 | 0 | 3 mi SSW of Hutchinson, KS | 112121409 | 5680419 | 0 | False | 2020-03-01 23:39:00.000 | KS | Central Standard Time | 102179 | 791329 |
| Driving | 1 | 3 | FC71D | True | 1055 | 000000: 00000 | IY33D | 103 | 0 | 10 mi WSW of Eldridge, IA | 112124368 | 5686044 | 0 | False | 2020-03-02 09:30:00.000 | IA | Central Standard Time | 102179 | 00000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 000000: 00000 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 112124447 | 5687099 | 0 | False | 2020-03-02 11:13:00.000 | IL | Central Standard Time | 102179 | 00000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 000000: 00000 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 112124448 | 5687099 | 0 | False | 2020-03-02 11:15:00.000 | IL | Central Standard Time | 102179 | 00000 |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 1074 | 0 | 4 mi NE of LaSalle twp, IL | 112144690 | -1 | 0 | False | 2020-03-02 11:16:00.000 | IL | Central Standard Time | | |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10096052: 8343659 | IY33D | 3 | 0 | 4 mi NE of LaSalle twp, IL | 112144740 | 5687312 | 0 | False | 2020-03-03 05:10:00.000 | IL | Central Standard Time | 102179 | 810822 |
| Sleeper | 1 | 2 | | True | 0 | 10096052: 8343659 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 112144741 | 5687312 | 0 | False | 2020-03-03 05:13:00.000 | IL | Central Standard Time | 102179 | 810822 |
| OffDuty | 1 | 1 | | True | 0 | 10096052: 8343659 | IY33D | 133 | 0 | 4 mi NE of LaSalle twp, IL | 112147510 | -1 | 0 | False | 2020-03-03 05:13:00.000 | IL | Central Standard Time | | 810822 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10096052: 8343659 | IY33D | 687 | 0 | 4 mi NE of LaSalle twp, IL | 112165858 | 5687316 | 0 | False | 2020-03-03 07:26:00.000 | IL | Central Standard Time | 102179 | 810822 |
| Driving | 1 | 3 | FC71D | True | 2062 | 10096052: 8343659 | IY33D | 217 | 0 | 3 mi SSW of Hutchinson, KS | 112169997 | 5693980 | 0 | False | 2020-03-03 18:53:00.000 | KS | Central Standard Time | 102179 | 810822 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10096052: 8343659 | IY33D | 45 | 0 | Hooker, OK | 112170656 | 5696042 | 0 | False | 2020-03-03 22:30:00.000 | OK | Central Standard Time | 102179 | 810822 |
| Driving | 1 | 3 | FC71D | True | 1856 | 10096052: 8343659 | IY33D | 202 | 0 | Hooker, OK | 112173538 | 5696043 | 0 | False | 2020-03-03 23:15:00.000 | OK | Central Standard Time | 102179 | 810822 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10096052: 8343659 | IY33D | 22 | 0 | 2 mi ESE of Tucumcari, NM | 112173851 | 5697899 | 0 | False | 2020-03-04 02:37:00.000 | NM | Central Standard Time | 102179 | 810822 |
| Driving | 1 | 3 | FC71D | True | 1380 | 10096052: 8343659 | IY33D | 141 | 0 | 2 mi ESE of Tucumcari, NM | 112176192 | 5697899 | 0 | False | 2020-03-04 02:59:00.000 | NM | Central Standard Time | 102179 | 810822 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10096052: 8343659 | IY33D | 15 | 0 | 13 mi SE of Edgewood, NM | 112176499 | 5699279 | 0 | False | 2020-03-04 05:20:00.000 | NM | Central Standard Time | 102179 | 810822 |
| Driving | 1 | 3 | FC71D | True | 567 | 10096052: 8343659 | IY33D | 60 | 0 | 13 mi SE of Edgewood, NM | 112177860 | 5699279 | 0 | False | 2020-03-04 05:35:00.000 | NM | Central Standard Time | 102179 | 810822 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sleeper | 1 | 2 | FC71D | True | 0 | 10096052: 8343659 | IY33D | 678 | 0 | 17 mi WSW of Albuquerque, NM | 112198018 | 5699846 | 0 | False | 2020-03-04 06:35:00.000 | NM | Central Standard Time | 102179 | 810822 |
| Driving | 1 | 3 | FC71D | True | 1080 | 10096052: 8343659 | IY33D | 140 | 0 | 5 mi SW of Barstow, CA | 112201614 | 5706444 | 0 | False | 2020-03-04 17:53:00.000 | CA | Central Standard Time | 102179 | 810822 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10096052: 8343659 | IY33D | 4 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112201654 | 5707524 | 0 | False | 2020-03-04 20:13:00.000 | CA | Central Standard Time | 102179 | 810822 |
| Driving | 1 | 3 | FC71D | True | 423 | 10096052: 8343659 | IY33D | 71 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112203041 | 5707524 | 0 | False | 2020-03-04 20:17:00.000 | CA | Central Standard Time | 102179 | 810822 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10096052: 8343659 | IY33D | 1 | 0 | 3 mi WSW of Burbank, CA | 112203047 | 5707947 | 0 | False | 2020-03-04 21:28:00.000 | CA | Central Standard Time | 102179 | 810822 |
| OffDuty | 1 | 1 |  | False | 0 | 10096052: 8343659 | IY33D | 1967 | 1 | 3 mi WSW of Burbank, CA | 112246417 | -1 | 0 | False | 2020-03-04 21:29:00.000 | CA | Central Standard Time |  | 810822 |
| OffDuty | 1 | 1 |  | True | 0 | 10096052: 8343659 | IY33D | 8 | 2 | 3 mi WSW of Burbank, CA | 112246505 | -1 | 112246417 | False | 2020-03-04 21:29:00.000 |  | Central Standard Time |  | 810822 |
| OffDuty | 1 | 1 |  | True | 0 | 10096052: 8343659 | IY33D | 1958 | 2 | 3 mi WSW of Burbank, CA | 112246859 | -1 | 112246417 | False | 2020-03-04 21:37:00.000 | CA | Central Standard Time |  | 810822 |
| OffDuty | 1 | 1 |  | True | 0 | 10096290: 8376753 | IY33D | 1 | 2 | 3 mi WSW of Burbank, CA | 112246503 | -1 | 112246417 | False | 2020-03-06 06:15:00.000 |  | Central Standard Time |  | 811714 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10096290: 8376753 | IY33D | 185 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112251289 | 5710226 | 0 | False | 2020-03-06 06:16:00.000 | CA | Central Standard Time | 102179 | 811714 |
| OffDuty | 1 | 1 |  | True | 0 | 10096290: 8376753 | IY33D | 0 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112246433 | 5710226 | 0 | False | 2020-03-06 06:16:00.000 | CA | Central Standard Time | 102179 | 811714 |
| Driving | 1 | 3 | FC71D | True | 1079 | 10096290: 8376753 | IY33D | 130 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112255462 | 5710229 | 0 | False | 2020-03-06 09:21:00.000 | CA | Central Standard Time | 102179 | 811714 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10096290: 8376753 | IY33D | 28 | 0 | 5 mi SW of Barstow, CA | 112256419 | 5711308 | 0 | False | 2020-03-06 11:31:00.000 | CA | Central Standard Time | 102179 | 811714 |
| Driving | 1 | 3 | FC71D | True | 2205 | 10096290: 8376753 | IY33D | 230 | 0 | 5 mi SW of Barstow, CA | 112263600 | 5711308 | 0 | False | 2020-03-06 11:59:00.000 | CA | Central Standard Time | 102179 | 811714 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10096290: 8376753 | IY33D | 32 | 0 | 8 mi E of Kingman, AZ | 112264489 | 5713513 | 0 | False | 2020-03-06 15:49:00.000 | AZ | Central Standard Time | 102179 | 811714 |
| Driving | 1 | 3 | FC71D | True | 2666 | 10096290: 8376753 | IY33D | 260 | 0 | 8 mi E of Kingman, AZ | 112270760 | 5713513 | 0 | False | 2020-03-06 16:21:00.000 | AZ | Central Standard Time | 102179 | 811714 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10096290: 8376753 | IY33D | 387 | 0 | 44 mi NNW of St. Johns, AZ | 112276699 | 5716179 | 0 | False | 2020-03-06 20:41:00.000 | AZ | Central Standard Time | 102179 | 811714 |
| Sleeper | 1 | 2 |  | True | 0 | 10096290: 8376753 | IY33D | 0 | 0 | 2 mi ESE of Tucumcari, NM | 112276700 | 5719851 | 0 | False | 2020-03-07 03:08:00.000 | NM | Central Standard Time | 102179 | 811714 |
| Sleeper | 1 | 2 |  | True | 0 | 10096290: 8376753 | IY33D | 101 | 0 | 2 mi ESE of Tucumcari, NM | 112278048 | -1 | 0 | False | 2020-03-07 03:08:00.000 | NM | Central Standard Time |  | 811714 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10096290: 8376753 | IY33D | 330 | 0 | 1 mi W of Dalhart, TX | 112284354 | 5720782 | 0 | False | 2020-03-07 04:49:00.000 | TX | Central Standard Time | 102179 | 811714 |
| Driving | 1 | 3 | FC71D | True | 2825 | 10096290: 8376753 | IY33D | 284 | 0 | 3 mi SSW of Hutchinson, KS | 112290257 | 5723777 | 0 | False | 2020-03-07 10:19:00.000 | KS | Central Standard Time | 102179 | 811714 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10096290: 8376753 | IY33D | 39 | 0 | 2 mi NE of Cameron, MO | 112290973 | 5726602 | 0 | False | 2020-03-07 15:03:00.000 | MO | Central Standard Time | 102179 | 811714 |
| Driving | 1 | 3 | FC71D | True | 3909 | 10096290: 8376753 | IY33D | 371 | 0 | 2 mi NE of Cameron, MO | 112296817 | 5726602 | 0 | False | 2020-03-07 15:42:00.000 | MO | Central Standard Time | 102179 | 811714 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10096290: 8376753 | IY33D | 0 | 0 | 3 mi N of Peru, IL | 112296818 | 5730511 | 0 | False | 2020-03-07 21:53:00.000 | IL | Central Standard Time | 102179 | 811714 |
| Sleeper | 1 | 2 |  | True | 0 | 10096290: 8376753 | IY33D | 48 | 0 | 3 mi N of Peru, IL | 112297369 | -1 | 0 | False | 2020-03-07 21:53:00.000 | IL | Central Standard Time |  | 811714 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10096290: 8376753 | IY33D | 5 | 0 | 5 mi NE of LaSalle twp, IL | 112297423 | 5730579 | 0 | False | 2020-03-07 22:41:00.000 | IL | Central Standard Time | 102179 | 811714 |
| Sleeper | 1 | 2 |  | True | 0 | 10096290: 8376753 | IY33D | 1 | 0 | 5 mi NE of LaSalle twp, IL | 112297424 | 5730579 | 0 | False | 2020-03-07 22:46:00.000 | IL | Central Standard Time | 102179 | 811714 |
| Sleeper | 1 | 2 |  | True | 0 | 10096290: 8376753 | IY33D | 252 | 0 | 5 mi NE of LaSalle twp, IL | 112299687 | -1 | 0 | False | 2020-03-07 22:47:00.000 | IL | Central Standard Time |  | 811714 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10096290: 8376753, 1009 | IY33D | 696 | 0 | 4 mi NE of LaSalle twp, IL | 112309300 | 5732495 | 0 | False | 2020-03-08 03:59:00.000 | IL | Central Daylight Time | 102179 | 811714, 810888 |
| Driving | 1 | 3 | FC71D | True | 1846 | 10096290: 8376753, 1009 | IY33D | 203 | 0 | 3 mi SSW of Hutchinson, KS | 112312394 | 5739184 | 0 | False | 2020-03-08 15:35:00.000 | KS | Central Daylight Time | 102179 | 811714, 810888 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10096290: 8376753, 1009 | IY33D | 13 | 0 | 1 mi E of Liberal, KS | 112312395 | 5741030 | 0 | False | 2020-03-08 18:58:00.000 | KS | Central Daylight Time | 102179 | 811714, 810888 |
| Driving | 1 | 3 | FC71D | True | 2073 | 10096290: 8376753, 1009 | IY33D | 221 | 0 | 1 mi E of Liberal, KS | 112314923 | 5741030 | 0 | False | 2020-03-08 19:11:00.000 | KS | Central Daylight Time | 102179 | 811714, 810888 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10096290: 8376753, 1009 | IY33D | 37 | 0 | 2 mi ESE of Tucumcari, NM | 112315203 | 5743103 | 0 | False | 2020-03-08 22:52:00.000 | NM | Central Daylight Time | 102179 | 811714, 810888 |
| Driving | 1 | 3 | FC71D | True | 1 | 10096290: 8376753, 1009 | IY33D | 2 | 0 | 2 mi ESE of Tucumcari, NM | 112315215 | 5743104 | 0 | False | 2020-03-08 23:29:00.000 | NM | Central Daylight Time | 102179 | 811714, 810888 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10096290: 8376753, 1009 | IY33D | 26 | 0 | 2 mi ESE of Tucumcari, NM | 112315446 | 5743105 | 0 | False | 2020-03-08 23:31:00.000 | NM | Central Daylight Time | 102179 | 811714, 810888 |
| Driving | 1 | 3 | FC71D | True | 2322 | 10096290: 8376753, 1009 | IY33D | 230 | 0 | 2 mi ESE of Tucumcari, NM | 112317228 | 5743105 | 0 | False | 2020-03-08 23:57:00.000 | NM | Central Daylight Time | 102179 | 811714, 810888 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10095970: 8387026 | IY33D | 208 | 0 | 17 mi ESE of Grants, NM | 112320109 | 5745427 | 0 | False | 2020-03-09 03:47:00.000 | NM | Central Daylight Time | 102179 | 810888 |
| Sleeper | 1 | 2 |  | True | 0 | 10095970: 8387026 | IY33D | 0 | 0 | 1 mi ESE of Winslow, AZ | 112320112 | 5747485 | 0 | False | 2020-03-09 07:15:00.000 | AZ | Central Daylight Time | 102179 | 810888 |
| Sleeper | 1 | 2 |  | True | 0 | 10095970: 8387026 | IY33D | 36 | 0 | 1 mi ESE of Winslow, AZ | 112321201 | -1 | 0 | False | 2020-03-09 07:15:00.000 | AZ | Central Daylight Time |  | 810888 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10095970: 8387026 | IY33D | 386 | 0 | 22 mi E of Flagstaff, AZ | 112331493 | 5747847 | 0 | False | 2020-03-09 07:51:00.000 | AZ | Central Daylight Time | 102179 | 810888 |
| Driving | 1 | 3 | FC71D | True | 1103 | 10095970: 8387026 | IY33D | 115 | 0 | 5 mi SW of Barstow, CA | 112334704 | 5751638 | 0 | False | 2020-03-09 14:17:00.000 | CA | Central Daylight Time | 102179 | 810888 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10095970: 8387026 | IY33D | 0 | 0 | 2 mi S of Los Angeles, CA | 112334708 | 5752741 | 0 | False | 2020-03-09 16:12:00.000 | CA | Central Daylight Time | 102179 | 810888 |
| Sleeper | 1 | 2 |  | True | 0 | 10095970: 8387026 | IY33D | 666 | 0 | 2 mi S of Los Angeles, CA | 112345752 | -1 | 0 | False | 2020-03-09 16:12:00.000 | CA | Central Daylight Time |  | 810888 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10095970: 8387026 | IY33D | 1389 | 0 | 1 mi WSW of Hemet, CA | 112377419 | 5753944 | 0 | False | 2020-03-10 03:18:00.000 | CA | Central Daylight Time | 102179 | 810888 |
| Sleeper | 1 | 2 |  | True | 0 | 10098610: 8407727 | IY33D | 1 | 0 | 1 mi WSW of Hemet, CA | 112377421 | 5753944 | 0 | False | 2020-03-11 02:27:00.000 | CA | Central Daylight Time | 102179 | 480461 |
| Sleeper | 1 | 2 |  | True | 0 | 10098610: 8407727 | IY33D | 173 | 0 | 1 mi WSW of Hemet, CA | 112380456 | -1 | 0 | False | 2020-03-11 02:28:00.000 | CA | Central Daylight Time |  | 480461 |
| Sleeper | 1 | 2 |  | True | 0 | 10098610: 8407727 | IY33D | 0 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112380462 | 5755243 | 0 | False | 2020-03-11 05:21:00.000 | CA | Central Daylight Time | 102179 | 480461 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10098610: 8407727 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112380470 | 5755243 | 0 | False | 2020-03-11 05:21:00.000 | CA | Central Daylight Time | 102179 | 480461 |
| Driving | 1 | 3 | FC71D | True | 2 | 10098610: 8407727 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112380498 | 5755243 | 0 | False | 2020-03-11 05:22:00.000 | CA | Central Daylight Time | 102179 | 480461 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10098610: 8407727 | IY33D | 9 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112380681 | 5755245 | 0 | False | 2020-03-11 05:23:00.000 | CA | Central Daylight Time | 102179 | 480461 |
| Driving | 1 | 3 | FC71D | True | 7 | 10098610: 8407727 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112380686 | 5755245 | 0 | False | 2020-03-11 05:32:00.000 | CA | Central Daylight Time | 102179 | 480461 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10098610: 8407727 | IY33D | 9 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112380862 | 5755252 | 0 | False | 2020-03-11 05:34:00.000 | CA | Central Daylight Time | 102179 | 480461 |
| Driving | 1 | 3 | FC71D | True | 1082 | 10098610: 8407727 | IY33D | 134 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112384292 | 5755252 | 0 | False | 2020-03-11 05:43:00.000 | CA | Central Daylight Time | 102179 | 480461 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10098610: 8407727 | IY33D | 12 | 0 | 5 mi SW of Barstow, CA | 112384446 | 5756334 | 0 | False | 2020-03-11 07:57:00.000 | CA | Central Daylight Time | 102179 | 480461 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10098610: 8407727 | IY33D | 12 | 0 | 5 mi SW of Barstow, CA | 112384817 | 5756334 | 0 | False | 2020-03-11 08:09:00.000 | CA | Central Daylight Time | 102179 | 480461 |
| Driving | 1 | 3 | FC71D | True | 2277 | 10098610: 8407727 | IY33D | 238 | 0 | 5 mi SW of Barstow, CA | 112392287 | 5756334 | 0 | False | 2020-03-11 08:21:00.000 | CA | Central Daylight Time | 102179 | 480461 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10098610: 8407727 | IY33D | 35 | 0 | 15 mi E of Kingman, AZ | 112393334 | 5758611 | 0 | False | 2020-03-11 12:19:00.000 | AZ | Central Daylight Time | 102179 | 480461 |
| Driving | 1 | 3 | FC71D | True | 2602 | 10098610: 8407727 | IY33D | 256 | 0 | 15 mi E of Kingman, AZ | 112401131 | 5758611 | 0 | False | 2020-03-11 12:54:00.000 | AZ | Central Daylight Time | 102179 | 480461 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10098610: 8407727 | IY33D | 9 | 0 | 44 mi NNW of St. Johns, AZ | 112401204 | 5761213 | 0 | False | 2020-03-11 17:10:00.000 | AZ | Central Daylight Time | 102179 | 480461 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10098610: 8407727 | IY33D | 374 | 0 | 44 mi NNW of St. Johns, AZ | 112409022 | 5761213 | 0 | False | 2020-03-11 17:19:00.000 | AZ | Central Daylight Time | 102179 | 480461 |
| Sleeper | 1 | 2 |  | True | 0 | 10098610: 8407727 | IY33D | 0 | 0 | 2 mi ESE of Tucumcari, NM | 112409025 | 5764887 | 0 | False | 2020-03-11 23:33:00.000 | NM | Central Daylight Time | 102179 | 480461 |
| Sleeper | 1 | 2 |  | True | 0 | 10098610: 8407727 | IY33D | 101 | 0 | 2 mi ESE of Tucumcari, NM | 112410658 | -1 | 0 | False | 2020-03-11 23:33:00.000 | NM | Central Daylight Time |  | 480461 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10098610: 8407727 | IY33D | 315 | 0 | 1 mi W of Dalhart, TX | 112415855 | 5765819 | 0 | False | 2020-03-12 01:14:00.000 | TX | Central Daylight Time | 102179 | 480461 |
| Driving | 1 | 3 | FC71D | True | 1055 | 10098610: 8407727 | IY33D | 111 | 0 | 3 mi SSW of Hutchinson, KS | 112418672 | 5768814 | 0 | False | 2020-03-12 06:29:00.000 | KS | Central Daylight Time | 102179 | 480461 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10098610: 8407727 | IY33D | 10 | 0 | 3 mi W of Emporia, KS | 112418944 | 5769869 | 0 | False | 2020-03-12 08:20:00.000 | KS | Central Daylight Time | 102179 | 480461 |
| Driving | 1 | 3 | FC71D | True | 1637 | 10098610: 8407727 | IY33D | 153 | 0 | 3 mi W of Emporia, KS | 112423465 | 5769869 | 0 | False | 2020-03-12 08:30:00.000 | KS | Central Daylight Time | 102179 | 480461 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10098610: 8407727 | IY33D | 32 | 0 | 2 mi NE of Cameron, MO | 112424426 | 5771506 | 0 | False | 2020-03-12 11:03:00.000 | MO | Central Daylight Time | 102179 | 480461 |
| Driving | 1 | 3 | FC71D | True | 3987 | 10098610: 8407727 | IY33D | 375 | 0 | 2 mi NE of Cameron, MO | 112435563 | 5771506 | 0 | False | 2020-03-12 11:35:00.000 | MO | Central Daylight Time | 102179 | 480461 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10098610: 8407727 | IY33D | 5 | 0 | 4 mi NE of LaSalle twp, IL | 112435693 | 5775493 | 0 | False | 2020-03-12 17:50:00.000 | IL | Central Daylight Time | 102179 | 480461 |
| Sleeper | 1 | 2 |  | True | 0 | 10098610: 8407727 | IY33D | 113 | 0 | 4 mi NE of LaSalle twp, IL | 112438570 | -1 | 0 | False | 2020-03-12 17:55:00.000 | IL | Central Daylight Time |  | 480461 |
| Sleeper | 1 | 2 |  | True | 0 | 10098610: 8407727 | IY33D | 2 | 0 | 5 mi NE of LaSalle twp, IL | 112438598 | 5775515 | 0 | False | 2020-03-12 19:48:00.000 | IL | Central Daylight Time | 102179 | 480461 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10098610: 8407727 | IY33D | 631 | 0 | 5 mi NE of LaSalle twp, IL | 112448843 | 5775515 | 0 | False | 2020-03-12 19:50:00.000 | IL | Central Daylight Time | 102179 | 480461 |
| Sleeper | 1 | 2 |  | True | 0 | 10099304: 000000, 1009 | IY33D | 4 | 2 | 5 mi NE of LaSalle twp, IL | 112462328 | -1 | 112450246 | False | 2020-03-13 06:21:00.000 |  | Central Daylight Time |  | 0000000, 310586 |
| Sleeper | 1 | 2 |  | False | 0 | 10099304: 000000, 1009 | IY33D | 44 | 1 | 5 mi NE of LaSalle twp, IL | 112450246 | -1 | 0 | False | 2020-03-13 06:21:00.000 | IL | Central Daylight Time |  | 0000000, 310586 |
| Driving | 1 | 3 |  | True | 1 | 10099304: 000000, 1009 | IY33D | 4 | 2 | 5 mi NE of LaSalle twp, IL | 112462327 | 5775516 | 112450246 | False | 2020-03-13 06:25:00.000 |  | Central Daylight Time | 102179 | 0000000, 310586 |
| Sleeper | 1 | 2 |  | True | 0 | 10099304: 000000, 1009 | IY33D | 36 | 2 | 5 mi NE of LaSalle twp, IL | 112462326 | -1 | 112450246 | False | 2020-03-13 06:29:00.000 |  | Central Daylight Time |  | 0000000, 310586 |
| Sleeper | 1 | 2 |  | True | 0 | 10099304: 000000, 1009 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 112450247 | 5775541 | 0 | False | 2020-03-13 07:05:00.000 | IL | Central Daylight Time | 102179 | 0000000, 310586 |
| OnDuty | 1 | 4 |  | True | 0 | 10099304: 000000, 1009 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 112450248 | 5775541 | 0 | False | 2020-03-13 07:05:00.000 | IL | Central Daylight Time | 102179 | 0000000, 310586 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10099304: 000000, 1009 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 112450250 | 5775541 | 0 | False | 2020-03-13 07:06:00.000 | IL | Central Daylight Time | 102179 | 0000000, 310586 |
| Driving | 1 | 3 | FC71D | True | 3 | 10099304: 000000, 1009 | IY33D | 4 | 0 | 4 mi NE of LaSalle twp, IL | 112450253 | 5775541 | 0 | False | 2020-03-13 07:07:00.000 | IL | Central Daylight Time | 102179 | 0000000, 310586 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10099304: 000000, 1009 | IY33D | 5 | 0 | 4 mi NE of LaSalle twp, IL | 112450254 | 5775544 | 0 | False | 2020-03-13 07:11:00.000 | IL | Central Daylight Time | 102179 | 0000000, 310586 |
| Driving | 1 | 3 | FC71D | True | 1880 | 10099304: 000000, 1009 | IY33D | 182 | 0 | 4 mi NE of LaSalle twp, IL | 112455228 | 5775544 | 0 | False | 2020-03-13 07:16:00.000 | IL | Central Daylight Time | 102179 | 0000000, 310586 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10099304: 000000, 1009 | IY33D | 15 | 0 | 14 mi SSW of Belle Plaine, IA | 112455517 | 5777424 | 0 | False | 2020-03-13 10:18:00.000 | IA | Central Daylight Time | 102179 | 0000000, 310586 |
| Driving | 1 | 3 | FC71D | True | 2263 | 10099304: 000000, 1009 | IY33D | 212 | 0 | 14 mi SSW of Belle Plaine, IA | 112462305 | 5777424 | 0 | False | 2020-03-13 10:33:00.000 | IA | Central Daylight Time | 102179 | 0000000, 310586 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10099304: 000000, 1009 | IY33D | 33 | 0 | 13 mi S of Cameron, MO | 112463254 | 5779687 | 0 | False | 2020-03-13 14:05:00.000 | MO | Central Daylight Time | 102179 | 0000000, 310586 |
| Driving | 1 | 3 | FC71D | True | 2551 | 10099304: 000000, 1009 | IY33D | 251 | 0 | 13 mi S of Cameron, MO | 112470020 | 5779687 | 0 | False | 2020-03-13 14:38:00.000 | MO | Central Daylight Time | 102179 | 0000000, 310586 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10099304: 000000, 1009 | IY33D | 444 | 0 | 3 mi SSW of Hutchinson, KS | 112477887 | 5782238 | 0 | False | 2020-03-13 18:49:00.000 | KS | Central Daylight Time | 102179 | 0000000, 310586 |
| Sleeper | 1 | 2 |  | True | 0 | 10099304: 000000, 1009 | IY33D | 0 | 0 | 2 mi ESE of Tucumcari, NM | 112477888 | 5786168 | 0 | False | 2020-03-14 02:13:00.000 | NM | Central Daylight Time | 102179 | 0000000, 310586 |
| Sleeper | 1 | 2 |  | True | 0 | 10099304: 000000, 1009 | IY33D | 5 | 0 | 2 mi ESE of Tucumcari, NM | 112477948 | -1 | 0 | False | 2020-03-14 02:13:00.000 | NM | Central Daylight Time |  | 0000000, 310586 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10099304: 000000, 1009 | IY33D | 248 | 0 | 2 mi ESE of Tucumcari, NM | 112480959 | 5786169 | 0 | False | 2020-03-14 02:18:00.000 | NM | Central Daylight Time | 102179 | 0000000, 310586 |
| Driving | 1 | 3 | FC71D | True | 1697 | 10099304: 000000, 1009 | IY33D | 161 | 0 | 17 mi ESE of Grants, NM | 112483597 | 5788498 | 0 | False | 2020-03-14 06:26:00.000 | NM | Central Daylight Time | 102179 | 0000000, 310586 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10099304: 000000, 1009 | IY33D | 15 | 0 | 6 mi NE of Holbrook, AZ | 112483914 | 5790195 | 0 | False | 2020-03-14 09:07:00.000 | AZ | Central Daylight Time | 102179 | 0000000, 310586 |
| Driving | 1 | 3 | FC71D | True | 2343 | 10099304: 000000, 1009 | IY33D | 230 | 0 | 6 mi NE of Holbrook, AZ | 112488819 | 5790195 | 0 | False | 2020-03-14 09:22:00.000 | AZ | Central Daylight Time | 102179 | 0000000, 310586 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10099304: 000000, 1009 | IY33D | 31 | 0 | 8 mi E of Kingman, AZ | 112489418 | 5792538 | 0 | False | 2020-03-14 13:12:00.000 | AZ | Central Daylight Time | 102179 | 0000000, 310586 |
| Driving | 1 | 3 | FC71D | True | 2203 | 10099304: 000000, 1009 | IY33D | 223 | 0 | 9 mi E of Kingman, AZ | 112493617 | 5792538 | 0 | False | 2020-03-14 13:43:00.000 | AZ | Central Daylight Time | 102179 | 0000000, 310586 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10099304: 000000, 1009 | IY33D | 22 | 0 | 5 mi SW of Barstow, CA | 112494049 | 5794741 | 0 | False | 2020-03-14 17:26:00.000 | CA | Central Daylight Time | 102179 | 0000000, 310586 |
| Sleeper | 1 | 2 |  | True | 0 | 10099304: 000000, 1009 | IY33D | 0 | 0 | 5 mi SW of Barstow, CA | 112494050 | 5794741 | 0 | False | 2020-03-14 17:48:00.000 | CA | Central Daylight Time | 102179 | 0000000, 310586 |
| Sleeper | 1 | 2 |  | True | 0 | 10099304: 000000, 1009 | IY33D | 147 | 0 | 5 mi SW of Barstow, CA | 112496439 | -1 | 0 | False | 2020-03-14 17:48:00.000 | CA | Central Daylight Time |  | 0000000, 310586 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10099304: 000000, 1009 | IY33D | 5 | 0 | 3 mi SE of San Fernando, CA | 112496517 | 5795963 | 0 | False | 2020-03-14 20:15:00.000 | CA | Central Daylight Time | 102179 | 0000000, 310586 |
| Sleeper | 1 | 2 |  | True | 0 | 10099304: 000000, 1009 | IY33D | 0 | 0 | 3 mi SE of San Fernando, CA | 112496518 | 5795963 | 0 | False | 2020-03-14 20:20:00.000 | CA | Central Daylight Time | 102179 | 0000000, 310586 |
| OffDuty | 1 | 1 |  | True | 0 |  | IY33D | 4769 | 0 | 3 mi SE of San Fernando, CA | 112579839 | -1 | 0 | False | 2020-03-14 20:20:00.000 | CA | Central Daylight Time |  |  |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 271 | 0 | 1 mi WSW of Hemet, CA | 112585751 | 5797821 | 0 | False | 2020-03-18 03:49:00.000 | CA | Central Daylight Time | 102179 | 810386 |
| OffDuty | 1 | 1 |  | True | 0 | 10105375: 8463186 | IY33D | 0 | 0 | 1 mi WSW of Hemet, CA | 112585754 | 5797821 | 0 | False | 2020-03-18 08:20:00.000 | CA | Central Daylight Time | 102179 | 810386 |
| OffDuty | 1 | 1 |  | True | 0 | 10105375: 8463186 | IY33D | 176 | 0 | 1 mi WSW of Hemet, CA | 112591408 | -1 | 0 | False | 2020-03-18 08:20:00.000 | CA | Central Daylight Time |  | 810386 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112591432 | 5799121 | 0 | False | 2020-03-18 11:16:00.000 | CA | Central Daylight Time | 102179 | 810386 |
| Driving | 1 | 3 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112591499 | 5799121 | 0 | False | 2020-03-18 11:17:00.000 | CA | Central Daylight Time | 102179 | 810386 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 8 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112591702 | 5799121 | 0 | False | 2020-03-18 11:18:00.000 | CA | Central Daylight Time | 102179 | 810386 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 11 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112592079 | 5799121 | 0 | False | 2020-03-18 11:26:00.000 | CA | Central Daylight Time | 102179 | 810386 |
| Driving | 1 | 3 | FC71D | True | 7 | 10105375: 8463186 | IY33D | 9 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112592466 | 5799121 | 0 | False | 2020-03-18 11:37:00.000 | CA | Central Daylight Time | 102179 | 810386 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112592524 | 5799128 | 0 | False | 2020-03-18 11:46:00.000 | CA | Central Daylight Time | 102179 | 810386 |
| Driving | 1 | 3 | FC71D | True | 1076 | 10105375: 8463186 | IY33D | 126 | 0 | 2 mi ESE of Santa Fe Springs, CA | 112596552 | 5799128 | 0 | False | 2020-03-18 11:49:00.000 | CA | Central Daylight Time | 102179 | 810386 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 26 | 0 | 5 mi SW of Barstow, CA | 112597379 | 5800204 | 0 | False | 2020-03-18 13:55:00.000 | CA | Central Daylight Time | 102179 | 810386 |
| Driving | 1 | 3 | FC71D | True | 2277 | 10105375: 8463186 | IY33D | 235 | 0 | 5 mi SW of Barstow, CA | 112604160 | 5800204 | 0 | False | 2020-03-18 14:21:00.000 | CA | Central Daylight Time | 102179 | 810386 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 35 | 0 | 15 mi E of Kingman, AZ | 112605108 | 5802481 | 0 | False | 2020-03-18 18:16:00.000 | AZ | Central Daylight Time | 102179 | 810386 |
| Driving | 1 | 3 | FC71D | True | 1199 | 10105375: 8463186 | IY33D | 174 | 0 | 15 mi E of Kingman, AZ | 112609033 | 5802481 | 0 | False | 2020-03-18 18:51:00.000 | AZ | Central Daylight Time | 102179 | 810386 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 5 | 0 | 10 mi WNW of Flagstaff, AZ | 112609034 | 5803679 | 0 | False | 2020-03-18 21:45:00.000 | AZ | Central Daylight Time | 102179 | 810386 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 530 | 0 | 10 mi WNW of Flagstaff, AZ | 112618199 | 5803679 | 0 | False | 2020-03-18 21:50:00.000 | AZ | Central Daylight Time | 102179 | 810386 |
| Sleeper | 1 | 2 |  | True | 0 | 10105375: 8463186 | IY33D | 0 | 0 | 2 mi ESE of Tucumcari, NM | 112618200 | 5808770 | 0 | False | 2020-03-19 06:40:00.000 | NM | Central Daylight Time | 102179 | 810386 |
| Sleeper | 1 | 2 |  | True | 0 | 10105375: 8463186 | IY33D | 128 | 0 | 2 mi ESE of Tucumcari, NM | 112621634 | -1 | 0 | False | 2020-03-19 06:40:00.000 | NM | Central Daylight Time |  | 810386 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 134 | 0 | 20 mi N of Cactus, TX | 112625973 | 5810034 | 0 | False | 2020-03-19 08:48:00.000 | TX | Central Daylight Time | 102179 | 810386 |
| Driving | 1 | 3 | FC71D | True | 1480 | 10105375: 8463186 | IY33D | 151 | 0 | 3 mi N of Meade Center twp, KS | 112631157 | 5811217 | 0 | False | 2020-03-19 11:02:00.000 | KS | Central Daylight Time | 102179 | 810386 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 11 | 0 | 3 mi SSW of Hutchinson, KS | 112631487 | 5812697 | 0 | False | 2020-03-19 13:33:00.000 | KS | Central Daylight Time | 102179 | 810386 |
| Driving | 1 | 3 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 0 | 0 | 3 mi SSW of Hutchinson, KS | 112631489 | 5812697 | 0 | False | 2020-03-19 13:44:00.000 | KS | Central Daylight Time | 102179 | 810386 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 16 | 0 | 3 mi SSW of Hutchinson, KS | 112632119 | 5812697 | 0 | False | 2020-03-19 13:44:00.000 | KS | Central Daylight Time | 102179 | 810386 |
| Driving | 1 | 3 | FC71D | True | 1345 | 10105375: 8463186 | IY33D | 141 | 0 | 3 mi SSW of Hutchinson, KS | 112636705 | 5812697 | 0 | False | 2020-03-19 14:00:00.000 | KS | Central Daylight Time | 102179 | 810386 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 41 | 0 | 16 mi N of Burlington, KS | 112637893 | 5814042 | 0 | False | 2020-03-19 16:21:00.000 | KS | Central Daylight Time | 102179 | 810386 |
| Driving | 1 | 3 | FC71D | True | 3259 | 10105375: 8463186 | IY33D | 320 | 0 | 16 mi N of Burlington, KS | 112645115 | 5814042 | 0 | False | 2020-03-19 17:02:00.000 | KS | Central Daylight Time | 102179 | 810386 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 20 | 0 | 4 mi S of Bellefontaine Nghbrs, MO | 112645425 | 5817301 | 0 | False | 2020-03-19 22:22:00.000 | MO | Central Daylight Time | 102179 | 810386 |
| Driving | 1 | 3 | FC71D | True | 24 | 10105375: 8463186 | IY33D | 11 | 0 | 4 mi S of Bellefontaine Nghbrs, MO | 112645621 | 5817301 | 0 | False | 2020-03-19 22:42:00.000 | MO | Central Daylight Time | 102179 | 810386 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 2 | 0 | 4 mi S of Bellefontaine Nghbrs, MO | 112645651 | 5817325 | 0 | False | 2020-03-19 22:53:00.000 | MO | Central Daylight Time | 102179 | 810386 |
| Driving | 1 | 3 | FC71D | True | 38 | 10105375: 8463186 | IY33D | 14 | 0 | 2 mi S of Bellefontaine Nghbrs, MO | 112645855 | 5817325 | 0 | False | 2020-03-19 22:55:00.000 | MO | Central Daylight Time | 102179 | 810386 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 0 | 0 | 3 mi SE of Jennings, MO | 112645856 | 5817363 | 0 | False | 2020-03-19 23:09:00.000 | MO | Central Daylight Time | 102179 | 810386 |
| Driving | 1 | 3 | FC71D | True | 4 | 10105375: 8463186 | IY33D | 2 | 0 | 3 mi SE of Jennings, MO | 112645927 | 5817363 | 0 | False | 2020-03-19 23:09:00.000 | MO | Central Daylight Time | 102179 | 810386 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10105375: 8463186 | IY33D | 0 | 0 | 3 mi SE of Jennings, MO | 112645928 | 5817367 | 0 | False | 2020-03-19 23:11:00.000 | MO | Central Daylight Time | 102179 | 810386 |
| Sleeper | 1 | 2 |  | True | 0 | 10105375: 8463186 | IY33D | 59 | 0 | 3 mi SE of Jennings, MO | 112646932 | -1 | 0 | False | 2020-03-19 23:11:00.000 | MO | Central Daylight Time |  | 810386 |
| Sleeper | 1 | 2 |  | True | 0 | 00000: 00000 | IY33D | 0 | 0 | 3 mi SE of Jennings, MO | 112646939 | 5817369 | 0 | False | 2020-03-20 00:10:00.000 | MO | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 00000: 00000 | IY33D | 423 | 0 | 3 mi SE of Jennings, MO | 112653372 | 5817369 | 0 | False | 2020-03-20 00:10:00.000 | MO | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 |  | True | 0 | 00000: 00000 | IY33D | 39 | 0 | 3 mi SE of Jennings, MO | 112654285 | -1 | 0 | False | 2020-03-20 07:13:00.000 | MO | Central Daylight Time |  | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 00000: 00000 | IY33D | 2 | 0 | 2 mi S of Bellefontaine Nghbrs, MO | 112654358 | 5817401 | 0 | False | 2020-03-20 07:52:00.000 | MO | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 |  | True | 0 | 00000: 00000 | IY33D | 1 | 0 | 2 mi S of Bellefontaine Nghbrs, MO | 112654361 | 5817401 | 0 | False | 2020-03-20 07:54:00.000 | MO | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 |  | True | 0 | 00000: 00000 | IY33D | 72 | 0 | 2 mi S of Bellefontaine Nghbrs, MO | 112656404 | -1 | 0 | False | 2020-03-20 07:55:00.000 | MO | Central Daylight Time |  | 000000 |
| Sleeper | 1 | 2 |  | True | 0 | 00000: 00000 | IY33D | 0 | 0 | 11 mi N of Troy, MO | 112656414 | 5818053 | 0 | False | 2020-03-20 09:07:00.000 | MO | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 00000: 00000 | IY33D | 16 | 0 | 11 mi N of Troy, MO | 112656910 | 5818053 | 0 | False | 2020-03-20 09:07:00.000 | MO | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 4493 | 00000: 00000 | IY33D | 457 | 0 | 11 mi N of Troy, MO | 112671500 | 5818053 | 0 | False | 2020-03-20 09:23:00.000 | MO | Central Daylight Time | 102179 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 00000: 00000 | IY33D | 59 | 0 | 20 mi S of Central City, NE | 112673134 | 5822546 | 0 | False | 2020-03-20 17:00:00.000 | NE | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 2068 | 00000: 00000 | IY33D | 193 | 0 | 20 mi S of Central City, NE | 112678010 | 5822547 | 0 | False | 2020-03-20 17:59:00.000 | NE | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 00000: 00000 | IY33D | 2 | 0 | 1 mi SSE of Ogallala, NE | 112678045 | 5824615 | 0 | False | 2020-03-20 21:12:00.000 | NE | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 5 | 00000: 00000 | IY33D | 4 | 0 | 1 mi SSE of Ogallala, NE | 112678099 | 5824615 | 0 | False | 2020-03-20 21:14:00.000 | NE | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 00000: 00000 | IY33D | 311 | 0 | 1 mi SSE of Ogallala, NE | 112683174 | 5824620 | 0 | False | 2020-03-20 21:18:00.000 | NE | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 |  | True | 0 | 10101735: 8494824 | IY33D | 70 | 0 | 1 mi SE of Rawlins, WY | 112684347 | -1 | 0 | False | 2020-03-21 02:29:00.000 | WY | Central Daylight Time |  | 810394 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10101735: 8494824 | IY33D | 339 | 0 | 23 mi ESE of Superior, WY | 112689735 | 5828495 | 0 | False | 2020-03-21 03:39:00.000 | WY | Central Daylight Time | 102179 | 810394 |
| Driving | 1 | 3 | FC71D | True | 1347 | 10101735: 8494824 | IY33D | 137 | 0 | 4 mi E of Wendover, UT | 112692700 | 5831861 | 0 | False | 2020-03-21 09:18:00.000 | UT | Central Daylight Time | 102179 | 810394 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10101735: 8494824 | IY33D | 21 | 0 | Carlin, NV | 112693214 | 5833208 | 0 | False | 2020-03-21 11:35:00.000 | NV | Central Daylight Time | 102179 | 810394 |
| Driving | 1 | 3 | FC71D | True | 2353 | 10101735: 8494824 | IY33D | 223 | 0 | Carlin, NV | 112697866 | 5833208 | 0 | False | 2020-03-21 11:56:00.000 | NV | Central Daylight Time | 102179 | 810394 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10101735: 8494824 | IY33D | 43 | 0 | 1 mi NW of Fernley, NV | 112698790 | 5835561 | 0 | False | 2020-03-21 15:39:00.000 | NV | Central Daylight Time | 102179 | 810394 |
| Driving | 1 | 3 | FC71D | True | 614 | 10101735: 8494824 | IY33D | 81 | 0 | 1 mi NW of Fernley, NV | 112700347 | 5835562 | 0 | False | 2020-03-21 16:22:00.000 | NV | Central Daylight Time | 102179 | 810394 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10101735: 8494824 | IY33D | 3 | 0 | 3 mi NE of Truckee, CA | 112700384 | 5836174 | 0 | False | 2020-03-21 17:43:00.000 | CA | Central Daylight Time | 102179 | 810394 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Driving | 1 | 3 | FC71D | True | 1072 | 10101735: 8494824 | IY33D | 117 | 0 | 3 mi NE of Truckee, CA | 112702389 | 5836174 | 0 | False | 2020-03-21 17:46:00.000 | CA | Central Daylight Time | 102179 | 810394 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10101735: 8494824 | IY33D | 11 | 0 | 5 mi SSE of Sacramento, CA | 112702561 | 5837246 | 0 | False | 2020-03-21 19:43:00.000 | CA | Central Daylight Time | 102179 | 810394 |
| Driving | 1 | 3 | FC71D | True | 3 | 10101735: 8494824 | IY33D | 2 | 0 | 5 mi SSE of Sacramento, CA | 112702569 | 5837248 | 0 | False | 2020-03-21 19:54:00.000 | CA | Central Daylight Time | 102179 | 810394 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10101735: 8494824 | IY33D | 8 | 0 | 5 mi SSE of Sacramento, CA | 112702669 | 5837251 | 0 | False | 2020-03-21 19:56:00.000 | CA | Central Daylight Time | 102179 | 810394 |
| Driving | 1 | 3 | FC71D | True | 1 | 10101735: 8494824 | IY33D | 2 | 0 | 5 mi SSE of Sacramento, CA | 112702713 | 5837251 | 0 | False | 2020-03-21 20:04:00.000 | CA | Central Daylight Time | 102179 | 810394 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10101735: 8494824 | IY33D | 2 | 0 | 5 mi SSE of Sacramento, CA | 112702723 | 5837252 | 0 | False | 2020-03-21 20:06:00.000 | CA | Central Daylight Time | 102179 | 810394 |
| Driving | 1 | 3 | FC71D | True | 632 | 10101735: 8494824 | IY33D | 73 | 0 | 5 mi SSE of Sacramento, CA | 112703943 | 5837252 | 0 | False | 2020-03-21 20:08:00.000 | CA | Central Daylight Time | 102179 | 810394 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10101735: 8494824 | IY33D | 347 | 0 | 12 mi E of Grass Valley, CA | 112707747 | 5837884 | 0 | False | 2020-03-21 21:21:00.000 | CA | Central Daylight Time | 102179 | 810394 |
| Sleeper | 1 | 2 | | True | 0 | 10101735: 8494824 | IY33D | 0 | 0 | 20 mi W of Carlin, NV | 112707748 | 5841082 | 0 | False | 2020-03-22 03:08:00.000 | NV | Central Daylight Time | 102179 | 810394 |
| Sleeper | 1 | 2 | | True | 0 | 10101735: 8494824 | IY33D | 0 | 2 | 20 mi W of Carlin, NV | 112708999 | -1 | 112708222 | False | 2020-03-22 03:08:00.000 | | Central Daylight Time | | 810394 |
| Sleeper | 1 | 2 | | True | 0 | 10101735: 8494824 | IY33D | 51 | 2 | 20 mi W of Carlin, NV | 112710623 | -1 | 112708222 | False | 2020-03-22 03:08:00.000 | NV | Central Daylight Time | | 810394 |
| Sleeper | 1 | 2 | | False | 0 | 10101735: 8494824 | IY33D | 52 | 1 | 20 mi W of Carlin, NV | 112708222 | -1 | 0 | False | 2020-03-22 03:08:00.000 | NV | Central Daylight Time | | 810394 |
| Sleeper | 1 | 2 | | True | 0 | 10101735: 8494824 | IY33D | 1 | 2 | 20 mi W of Carlin, NV | 112708997 | -1 | 112708222 | False | 2020-03-22 03:59:00.000 | | Central Daylight Time | | 810394 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10101735: 8494824 | IY33D | 320 | 0 | 7 mi NE of Elko, NV | 112711764 | 5841602 | 0 | False | 2020-03-22 04:00:00.000 | NV | Central Daylight Time | 102179 | 810394 |
| Driving | 1 | 3 | FC71D | True | 2085 | 10101735: 8494824 | IY33D | 209 | 0 | 1 mi E of Evanston, WY | 112715269 | 5844644 | 0 | False | 2020-03-22 09:20:00.000 | WY | Central Daylight Time | 102179 | 810394 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10101735: 8494824 | IY33D | 11 | 0 | 1 mi SE of Rawlins, WY | 112715435 | 5846729 | 0 | False | 2020-03-22 12:49:00.000 | WY | Central Daylight Time | 102179 | 810394 |
| Driving | 1 | 3 | FC71D | True | 0 | 10101735: 8494824 | IY33D | 0 | 0 | 1 mi SE of Rawlins, WY | 112715552 | 5846729 | 0 | False | 2020-03-22 13:00:00.000 | WY | Central Daylight Time | 102179 | 810394 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10101735: 8494824 | IY33D | 14 | 0 | 1 mi SE of Rawlins, WY | 112715700 | 5846729 | 0 | False | 2020-03-22 13:00:00.000 | WY | Central Daylight Time | 102179 | 810394 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10101735: 8494824 | IY33D | 4 | 0 | 1 mi SE of Rawlins, WY | 112715778 | 5846729 | 0 | False | 2020-03-22 13:14:00.000 | WY | Central Daylight Time | 102179 | 810394 |
| Driving | 1 | 3 | FC71D | True | 1544 | 10101735: 8494824 | IY33D | 159 | 0 | 1 mi SSE of Rawlins, WY | 112718263 | 5846729 | 0 | False | 2020-03-22 13:18:00.000 | WY | Central Daylight Time | 102179 | 810394 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10101735: 8494824 | IY33D | 31 | 0 | 6 mi E of Cheyenne, WY | 112718710 | 5848273 | 0 | False | 2020-03-22 15:57:00.000 | WY | Central Daylight Time | 102179 | 810394 |
| Driving | 1 | 3 | FC71D | True | 2933 | 10101735: 8494824 | IY33D | 278 | 0 | 6 mi E of Cheyenne, WY | 112722504 | 5848273 | 0 | False | 2020-03-22 16:28:00.000 | WY | Central Daylight Time | 102179 | 810394 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10101735: 8494824 | IY33D | 8 | 0 | 17 mi N of Holdrege, NE | 112722525 | 5851206 | 0 | False | 2020-03-22 21:06:00.000 | NE | Central Daylight Time | 102179 | 810394 |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 1914 | 0 | 17 mi N of Holdrege, NE | 112756239 | -1 | 0 | False | 2020-03-22 21:14:00.000 | NE | Central Daylight Time | 102179 | |
| Sleeper | 1 | 2 | | True | 0 | 10102766: 8504712 | IY33D | 0 | 0 | 5 mi NE of LaSalle twp, IL | 112756240 | 5857122 | 0 | False | 2020-03-24 05:08:00.000 | IL | Central Daylight Time | 102179 | 310821 |
| Sleeper | 1 | 2 | | True | 0 | 10102766: 8504712 | IY33D | 42 | 0 | 5 mi NE of LaSalle twp, IL | 112757061 | -1 | 0 | False | 2020-03-24 05:08:00.000 | IL | Central Daylight Time | | 310821 |
| Sleeper | 1 | 2 | | True | 0 | 10102766: 8504712 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 112757071 | 5857145 | 0 | False | 2020-03-24 05:50:00.000 | IL | Central Daylight Time | 102179 | 310821 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10102766: 8504712 | IY33D | 41 | 0 | 4 mi NE of LaSalle twp, IL | 112757926 | 5857145 | 0 | False | 2020-03-24 05:51:00.000 | IL | Central Daylight Time | 102179 | 310821 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10102766: 8504712 | IY33D | 7 | 2 | 4 mi NE of LaSalle twp, IL | 112759099 | 5857145 | 112758063 | False | 2020-03-24 06:32:00.000 | IL | Central Daylight Time | 102179 | 310821 |
| Driving | 1 | 3 | FC71D | False | 10 | 10102766: 8504712 | IY33D | 7 | 1 | 4 mi NE of LaSalle twp, IL | 112758063 | 5857145 | 0 | False | 2020-03-24 06:32:00.000 | IL | Central Daylight Time | 102179 | 310821 |
| OnDuty | 1 | 4 | FC71D | False | 0 | 10102766: 8504712 | IY33D | 5 | 1 | 4 mi NE of LaSalle twp, IL | 112758162 | 5857155 | 0 | False | 2020-03-24 06:39:00.000 | IL | Central Daylight Time | 102179 | 310821 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10102766: 8504712 | IY33D | 5 | 2 | 4 mi NE of LaSalle twp, IL | 112758755 | 5857155 | 112758162 | False | 2020-03-24 06:39:00.000 | | Central Daylight Time | 102179 | 310821 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10102766: 8504712 | IY33D | 4 | 2 | 4 mi NE of LaSalle twp, IL | 112758747 | 5857155 | 112758256 | False | 2020-03-24 06:44:00.000 | | Central Daylight Time | 102179 | 310821 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10102766: 8504712 | IY33D | 4 | 1 | 4 mi NE of LaSalle twp, IL | 112758256 | 5857155 | 0 | False | 2020-03-24 06:44:00.000 | IL | Central Daylight Time | 102179 | 310821 |
| Sleeper | 1 | 2 | | True | 0 | 10102766: 8504712 | IY33D | 16 | 0 | 4 mi NE of LaSalle twp, IL | 112758620 | -1 | 0 | False | 2020-03-24 06:48:00.000 | IL | Central Daylight Time | | 310821 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10102766: 8504712 | IY33D | 31 | 0 | 4 mi NE of LaSalle twp, IL | 112759371 | 5857160 | 0 | False | 2020-03-24 07:04:00.000 | IL | Central Daylight Time | 102179 | 310821 |
| Driving | 1 | 3 | FC71D | True | 3911 | 10102766: 8504712 | IY33D | 374 | 0 | 4 mi NE of LaSalle twp, IL | 112771213 | 5857168 | 0 | False | 2020-03-24 07:35:00.000 | IL | Central Daylight Time | 102179 | 310821 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10102766: 8504712 | IY33D | 14 | 0 | 6 mi NE of Grand River twp, MO | 112771451 | 5861079 | 0 | False | 2020-03-24 13:49:00.000 | MO | Central Daylight Time | 102179 | 310821 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10102766: 8504712 | IY33D | 38 | 0 | 6 mi NE of Grand River twp, MO | 112772653 | 5861079 | 0 | False | 2020-03-24 14:03:00.000 | MO | Central Daylight Time | 102179 | 310821 |
| Driving | 1 | 3 | FC71D | True | 2762 | 10102766: 8504712 | IY33D | 265 | 0 | 6 mi NE of Grand River twp, MO | 112779352 | 5861079 | 0 | False | 2020-03-24 14:41:00.000 | MO | Central Daylight Time | 102179 | 310821 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10102766: 8504712 | IY33D | 684 | 0 | 3 mi SSW of Hutchinson, KS | 112791688 | 5863841 | 0 | False | 2020-03-24 19:06:00.000 | KS | Central Daylight Time | 102179 | 310821 |
| Driving | 1 | 3 | FC71D | True | 632 | 0000000: 0000000 | IY33D | 68 | 0 | 17 mi ESE of Grants, NM | 112793391 | 5870094 | 0 | False | 2020-03-25 06:30:00.000 | NM | Central Daylight Time | 102179 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 0000000: 0000000 | IY33D | 29 | 0 | 18 mi E of Gallup, NM | 112794128 | 5870726 | 0 | False | 2020-03-25 07:38:00.000 | NM | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 3341 | 0000000: 0000000 | IY33D | 320 | 0 | 18 mi E of Gallup, NM | 112805077 | 5870726 | 0 | False | 2020-03-25 08:07:00.000 | NM | Central Daylight Time | 102179 | 000000 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 0000000: 0000000 | IY33D | 17 | 0 | 15 mi E of Kingman, AZ | 112805520 | 5874067 | 0 | False | 2020-03-25 13:27:00.000 | AZ | Central Daylight Time | 102179 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 0000000: 0000000 | IY33D | 36 | 0 | 15 mi E of Kingman, AZ | 112806731 | 5874067 | 0 | False | 2020-03-25 13:44:00.000 | AZ | Central Daylight Time | 102179 | 000000 |
| Driving | 1 | 3 | FC71D | True | 2270 | 0000000: 0000000 | IY33D | 227 | 0 | 15 mi E of Kingman, AZ | 112813446 | 5874067 | 0 | False | 2020-03-25 14:20:00.000 | AZ | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 0000000: 0000000 | IY33D | 465 | 0 | 5 mi SW of Barstow, CA | 112822889 | 5876337 | 0 | False | 2020-03-25 18:07:00.000 | CA | Central Daylight Time | 102179 | 000000 |
| Sleeper | 1 | 2 | | True | 0 | 00000: 00000 | IY33D | 0 | 0 | 5 mi N of Riverside, CA | 112822892 | 5879058 | 0 | False | 2020-03-26 01:52:00.000 | CA | Central Daylight Time | 102179 | 00000 |
| OffDuty | 1 | 1 | | True | 0 | 00000: 00000 | IY33D | 30 | 0 | 5 mi N of Riverside, CA | 112823311 | -1 | 0 | False | 2020-03-26 01:52:00.000 | CA | Central Daylight Time | | 00000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 00000: 00000 | IY33D | 344 | 0 | 5 mi N of Riverside, CA | 112829985 | 5879058 | 0 | False | 2020-03-26 02:22:00.000 | CA | Central Daylight Time | 102179 | 00000 |
| OffDuty | 1 | 1 | | True | 0 | 00000: 00000 | IY33D | 1 | 0 | 5 mi N of Riverside, CA | 112829990 | 5879058 | 0 | False | 2020-03-26 06:06:00.000 | CA | Central Daylight Time | 102179 | 00000 |
| OffDuty | 1 | 1 | | True | 0 | 00000: 00000 | IY33D | 26 | 0 | 5 mi N of Riverside, CA | 112830802 | -1 | 0 | False | 2020-03-26 08:07:00.000 | CA | Central Daylight Time | | 00000 |
| OffDuty | 1 | 1 | | True | 0 | 00000: 00000 | IY33D | 1 | 0 | 4 mi WSW of Grand Terrace, CA | 112830821 | 1256569 | 0 | False | 2020-03-26 08:33:00.000 | CA | Central Daylight Time | 148505 | 00000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 00000: 00000 | IY33D | 35 | 0 | 4 mi WSW of Grand Terrace, CA | 112831878 | 1256569 | 0 | False | 2020-03-26 08:34:00.000 | CA | Central Daylight Time | 148505 | 00000 |
| Driving | 1 | 3 | FC71D | True | 374 | 00000: 00000 | IY33D | 48 | 0 | 5 mi N of Riverside, CA | 112833487 | 1256570 | 0 | False | 2020-03-26 09:09:00.000 | CA | Central Daylight Time | 148505 | 00000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 00000: 00000 | IY33D | 6453 | 0 | 1 mi WSW of Hemet, CA | 112962440 | 1256944 | 0 | False | 2020-03-26 10:00:00.000 | CA | Central Daylight Time | 148505 | 00000 |
| OffDuty | 1 | 1 | | True | 0 | 00000: 00000 | IY33D | 3 | 0 | 1 mi WSW of Hemet, CA | 112962497 | -1 | 0 | False | 2020-03-30 21:33:00.000 | CA | Central Daylight Time | | 00000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 00000: 00000 | IY33D | 1 | 0 | 1 mi WSW of Hemet, CA | 112962506 | 1256944 | 0 | False | 2020-03-30 21:36:00.000 | CA | Central Daylight Time | 148505 | 00000 |
| OffDuty | 1 | 1 | | True | 0 | 00000: 00000 | IY33D | 204 | 0 | 1 mi WSW of Hemet, CA | 112965260 | -1 | 0 | False | 2020-03-30 21:37:00.000 | CA | Central Daylight Time | | 00000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10105267: 8552488 | IY33D | 682 | 0 | 4 mi NW of Jurupa Valley, CA | 112980532 | 1258569 | 0 | False | 2020-03-31 01:01:00.000 | CA | Central Daylight Time | 148505 | 811444 |
| Driving | 1 | 3 | FC71D | True | 1962 | 10105267: 8552488 | IY33D | 195 | 0 | 62 mi NNE of St. Johns, AZ | 112986683 | 1264505 | 0 | False | 2020-03-31 12:23:00.000 | AZ | Central Daylight Time | 148505 | 811444 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10105267: 8552488 | IY33D | 24 | 0 | 12 mi SE of Edgewood, NM | 112987324 | 1266467 | 0 | False | 2020-03-31 15:38:00.000 | NM | Central Daylight Time | 148505 | 811444 |
| Driving | 1 | 3 | FC71D | True | 1389 | 10105267: 8552488 | IY33D | 130 | 0 | 12 mi SE of Edgewood, NM | 112991126 | 1266467 | 0 | False | 2020-03-31 16:02:00.000 | NM | Central Daylight Time | 148505 | 811444 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10105267: 8552488 | IY33D | 32 | 0 | 2 mi ESE of Tucumcari, NM | 112991874 | 1267856 | 0 | False | 2020-03-31 18:12:00.000 | NM | Central Daylight Time | 148505 | 811444 |
| Driving | 1 | 3 | FC71D | True | 2 | 10105267: 8552488 | IY33D | 3 | 0 | 2 mi ESE of Tucumcari, NM | 112991966 | 1267856 | 0 | False | 2020-03-31 18:44:00.000 | NM | Central Daylight Time | 148505 | 811444 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10105267: 8552488 | IY33D | 19 | 0 | 2 mi ESE of Tucumcari, NM | 112992383 | 1267858 | 0 | False | 2020-03-31 18:47:00.000 | NM | Central Daylight Time | 148505 | 811444 |
| Driving | 1 | 3 | FC71D | True | 2892 | 10105267: 8552488 | IY33D | 307 | 0 | 2 mi ESE of Tucumcari, NM | 112998423 | 1267858 | 0 | False | 2020-03-31 19:06:00.000 | NM | Central Daylight Time | 148505 | 811444 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10105267: 8552488 | IY33D | 10 | 0 | 25 mi SE of Dodge City, KS | 112998537 | 1270750 | 0 | False | 2020-04-01 00:13:00.000 | KS | Central Daylight Time | 148505 | 811444 |
| Sleeper | 1 | 2 | | True | 0 | 10105267: 8552488 | IY33D | 0 | 0 | 25 mi SE of Dodge City, KS | 112998539 | 1270750 | 0 | False | 2020-04-01 00:23:00.000 | KS | Central Daylight Time | 148505 | 811444 |
| Sleeper | 1 | 2 | | True | 0 | 10105267: 8552488 | IY33D | 105 | 0 | 25 mi SE of Dodge City, KS | 113000039 | -1 | 0 | False | 2020-04-01 00:23:00.000 | KS | Central Daylight Time | | 811444 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10105267: 8552488 | IY33D | 684 | 0 | 3 mi SSW of Hutchinson, KS | 113017286 | 1271787 | 0 | False | 2020-04-01 02:08:00.000 | KS | Central Daylight Time | 148505 | 811444 |
| Sleeper | 1 | 2 | | True | 0 | 10105267: 8552488 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 113017294 | 1278466 | 0 | False | 2020-04-01 13:32:00.000 | IL | Central Daylight Time | 148505 | 811444 |
| Sleeper | 1 | 2 | | True | 0 | 10105267: 8552488 | IY33D | 57 | 0 | 4 mi NE of LaSalle twp, IL | 113019246 | -1 | 0 | False | 2020-04-01 13:32:00.000 | IL | Central Daylight Time | | 811444 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10105267: 8552488 | IY33D | 4 | 0 | 3 mi N of Peru, IL | 113019363 | 1278545 | 0 | False | 2020-04-01 14:29:00.000 | IL | Central Daylight Time | 148505 | 811444 |
| Sleeper | 1 | 2 | | True | 0 | 10105267: 8552488 | IY33D | 0 | 0 | 3 mi N of Peru, IL | 113019367 | 1278545 | 0 | False | 2020-04-01 14:33:00.000 | IL | Central Daylight Time | 148505 | 811444 |
| Sleeper | 1 | 2 | | True | 0 | 10105267: 8552488 | IY33D | 101 | 0 | 3 mi N of Peru, IL | 113022331 | -1 | 0 | False | 2020-04-01 14:33:00.000 | IL | Central Daylight Time | | 811444 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10105267: 8552488 | IY33D | 723 | 0 | 5 mi NE of LaSalle twp, IL | 113036352 | 1278624 | 0 | False | 2020-04-01 16:14:00.000 | IL | Central Daylight Time | 148505 | 811444 |
| Sleeper | 1 | 2 | | True | 0 | 10108017: 8575345 | IY33D | 1 | 0 | 5 mi NE of LaSalle twp, IL | 113036355 | 1278624 | 0 | False | 2020-04-02 04:17:00.000 | IL | Central Daylight Time | 148505 | 811304 |
| Sleeper | 1 | 2 | | True | 0 | 10108017: 8575345 | IY33D | 26 | 0 | 5 mi NE of LaSalle twp, IL | 113036853 | -1 | 0 | False | 2020-04-02 04:18:00.000 | IL | Central Daylight Time | | 811304 |
| Sleeper | 1 | 2 | | True | 0 | 10108017: 8575345 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 113036860 | 1278643 | 0 | False | 2020-04-02 04:44:00.000 | IL | Central Daylight Time | 148505 | 811304 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10108017: 8575345 | IY33D | 6 | 0 | 4 mi NE of LaSalle twp, IL | 113036957 | 1278643 | 0 | False | 2020-04-02 04:44:00.000 | IL | Central Daylight Time | 148505 | 811304 |
| Driving | 1 | 3 | FC71D | True | 10 | 10108017: 8575345 | IY33D | 7 | 0 | 4 mi NE of LaSalle twp, IL | 113037090 | 1278643 | 0 | False | 2020-04-02 04:50:00.000 | IL | Central Daylight Time | 148505 | 811304 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10108017: 8575345 | IY33D | 8 | 0 | 4 mi NE of LaSalle twp, IL | 113037215 | 1278653 | 0 | False | 2020-04-02 04:57:00.000 | IL | Central Daylight Time | 148505 | 811304 |
| Driving | 1 | 3 | FC71D | True | 1063 | 10108017: 8575345 | IY33D | 118 | 0 | 4 mi NE of LaSalle twp, IL | 113039727 | 1278653 | 0 | False | 2020-04-02 05:05:00.000 | IL | Central Daylight Time | 148505 | 811304 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10108017: 8575345 | IY33D | 25 | 0 | 10 mi WSW of Eldridge, IA | 113040461 | 1279716 | 0 | False | 2020-04-02 07:03:00.000 | IA | Central Daylight Time | 148505 | 811304 |
| Driving | 1 | 3 | FC71D | True | 3089 | 10108017: 8575345 | IY33D | 306 | 0 | 10 mi WSW of Eldridge, IA | 113049964 | 1279716 | 0 | False | 2020-04-02 07:28:00.000 | IA | Central Daylight Time | 148505 | 811304 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10108017: 8575345 | IY33D | 37 | 0 | 13 mi S of Cameron, MO | 113050976 | 1282805 | 0 | False | 2020-04-02 12:34:00.000 | MO | Central Daylight Time | 148505 | 811304 |
| Driving | 1 | 3 | FC71D | True | 2298 | 10108017: 8575345 | IY33D | 228 | 0 | 13 mi S of Cameron, MO | 113057626 | 1282805 | 0 | False | 2020-04-02 13:11:00.000 | MO | Central Daylight Time | 148505 | 811304 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10108017: 8575345 | IY33D | 0 | 0 | 8 mi W of Newton, KS | 113057632 | 1285103 | 0 | False | 2020-04-02 16:59:00.000 | KS | Central Daylight Time | 148505 | 811304 |
| Sleeper | 1 | 2 | | True | 0 | 10108017: 8575345 | IY33D | 0 | 0 | 8 mi W of Newton, KS | 113057637 | 1285103 | 0 | False | 2020-04-02 16:59:00.000 | KS | Central Daylight Time | 148505 | 811304 |
| Sleeper | 1 | 2 | | True | 0 | 10108017: 8575345 | IY33D | 38 | 0 | 8 mi W of Newton, KS | 113058697 | -1 | 0 | False | 2020-04-02 16:59:00.000 | KS | Central Daylight Time | | 811304 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10108017: 8575345 | IY33D | 675 | 0 | 3 mi SSW of Hutchinson, KS | 113070905 | 1285354 | 0 | False | 2020-04-02 17:37:00.000 | KS | Central Daylight Time | 148505 | 811304 |
| Driving | 1 | 3 | FC71D | True | 633 | 10108017: 8575345 | IY33D | 73 | 0 | 17 mi ESE of Grants, NM | 113072114 | 1291610 | 0 | False | 2020-04-03 04:52:00.000 | NM | Central Daylight Time | 148505 | 811304 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10108017: 8575345 | IY33D | 24 | 0 | 18 mi E of Gallup, NM | 113072609 | 1292243 | 0 | False | 2020-04-03 06:05:00.000 | NM | Central Daylight Time | 148505 | 811304 |
| Driving | 1 | 3 | FC71D | True | 3341 | 10108017: 8575345 | IY33D | 327 | 0 | 18 mi E of Gallup, NM | 113082351 | 1292243 | 0 | False | 2020-04-03 06:29:00.000 | NM | Central Daylight Time | 148505 | 811304 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10108017: 8575345 | IY33D | 31 | 0 | 15 mi E of Kingman, AZ | 113083365 | 1295584 | 0 | False | 2020-04-03 11:56:00.000 | AZ | Central Daylight Time | 148505 | 811304 |
| Driving | 1 | 3 | FC71D | True | 2268 | 10108017: 8575345 | IY33D | 235 | 0 | 15 mi E of Kingman, AZ | 113091054 | 1295584 | 0 | False | 2020-04-03 12:27:00.000 | AZ | Central Daylight Time | 148505 | 811304 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10108017: 8575345 | IY33D | 8 | 0 | 5 mi SW of Barstow, CA | 113091271 | 1297852 | 0 | False | 2020-04-03 16:22:00.000 | CA | Central Daylight Time | 148505 | 811304 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10108017: 8575345 | IY33D | 14 | 0 | 5 mi SW of Barstow, CA | 113091688 | 1297853 | 0 | False | 2020-04-03 16:30:00.000 | CA | Central Daylight Time | 148505 | 811304 |
| Sleeper | 1 | 2 | | True | 0 | 10108017: 8575345 | IY33D | 0 | 0 | 5 mi SW of Barstow, CA | 113091690 | 1297853 | 0 | False | 2020-04-03 16:44:00.000 | CA | Central Daylight Time | 148505 | 811304 |
| Sleeper | 1 | 2 | | True | 0 | 10108017: 8575345 | IY33D | 120 | 0 | 5 mi SW of Barstow, CA | 113094838 | -1 | 0 | False | 2020-04-03 16:44:00.000 | CA | Central Daylight Time | | 811304 |
| Sleeper | 1 | 2 | | True | 0 | 10108017: 8575345 | IY33D | 0 | 0 | 5 mi N of Riverside, CA | 113094842 | 1298679 | 0 | False | 2020-04-03 18:44:00.000 | CA | Central Daylight Time | 148505 | 811304 |
| Driving | 1 | 3 | | True | 2 | 10108017: 8575345 | IY33D | 2 | 0 | 5 mi N of Riverside, CA | 113094899 | 1298679 | 0 | False | 2020-04-03 18:44:00.000 | CA | Central Daylight Time | 148505 | 811304 |
| Sleeper | 1 | 2 | | True | 0 | 10108017: 8575345 | IY33D | 1 | 0 | 4 mi WSW of Grand Terrace, CA | 113094939 | 1298681 | 0 | False | 2020-04-03 18:46:00.000 | CA | Central Daylight Time | 148505 | 811304 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10108017: 8575345 | IY33D | 329 | 0 | 4 mi WSW of Grand Terrace, CA | 113101185 | 1298681 | 0 | False | 2020-04-03 18:47:00.000 | CA | Central Daylight Time | 148505 | 811304 |
| Sleeper | 1 | 2 | | True | 0 | 10107894: 8591560 | IY33D | 27 | 0 | 4 mi WSW of Grand Terrace, CA | 113101525 | -1 | 0 | False | 2020-04-04 00:16:00.000 | CA | Central Daylight Time | | 180466 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10107894: 8591560 | IY33D | 346 | 0 | 4 mi NW of Jurupa Valley, CA | 113105614 | 1298783 | 0 | False | 2020-04-04 00:43:00.000 | CA | Central Daylight Time | 148505 | 180466 |
| Driving | 1 | 3 | FC71D | True | 2 | 10107894: 8591560 | IY33D | 1 | 0 | 9 mi E of Kingman, AZ | 113105693 | 1301712 | 0 | False | 2020-04-04 06:29:00.000 | AZ | Central Daylight Time | 148505 | 180466 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10107894: 8591560 | IY33D | 6 | 0 | 8 mi E of Kingman, AZ | 113105747 | 1301714 | 0 | False | 2020-04-04 06:30:00.000 | AZ | Central Daylight Time | 148505 | 180466 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10107894: 8591560 | IY33D | 13 | 0 | 8 mi E of Kingman, AZ | 113105905 | 1301714 | 0 | False | 2020-04-04 06:36:00.000 | AZ | Central Daylight Time | 148505 | 180466 |
| Driving | 1 | 3 | FC71D | True | 3006 | 10107894: 8591560 | IY33D | 290 | 0 | 8 mi E of Kingman, AZ | 113112169 | 1301714 | 0 | False | 2020-04-04 06:49:00.000 | AZ | Central Daylight Time | 148505 | 180466 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10107894: 8591560 | IY33D | 12 | 0 | 62 mi NNE of St. Johns, AZ | 113112302 | 1304720 | 0 | False | 2020-04-04 11:39:00.000 | AZ | Central Daylight Time | 148505 | 180466 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10107894: 8591560 | IY33D | 33 | 0 | 62 mi NNE of St. Johns, AZ | 113113023 | 1304720 | 0 | False | 2020-04-04 11:51:00.000 | AZ | Central Daylight Time | 148505 | 180466 |
| Driving | 1 | 3 | FC71D | True | 3346 | 10107894: 8591560 | IY33D | 312 | 0 | 62 mi NNE of St. Johns, AZ | 113119075 | 1304720 | 0 | False | 2020-04-04 12:24:00.000 | AZ | Central Daylight Time | 148505 | 180466 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10107894: 8591560 | IY33D | 2 | 0 | 2 mi ESE of Tucumcari, NM | 113119104 | 1308066 | 0 | False | 2020-04-04 17:36:00.000 | NM | Central Daylight Time | 148505 | 180466 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10107894: 8591560 | IY33D | 692 | 0 | 2 mi ESE of Tucumcari, NM | 113126254 | 1308066 | 0 | False | 2020-04-04 17:38:00.000 | NM | Central Daylight Time | 148505 | 180466 |
| Driving | 1 | 3 | FC71D | True | 3234 | 10107894: 8591560 | IY33D | 303 | 0 | 1 mi WNW of Kearney, MO | 113129916 | 1314405 | 0 | False | 2020-04-05 05:10:00.000 | MO | Central Daylight Time | 148505 | 180466 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10107894: 8591560 | IY33D | 31 | 0 | 10 mi WSW of Eldridge, IA | 113130384 | 1317639 | 0 | False | 2020-04-05 10:13:00.000 | IA | Central Daylight Time | 148505 | 180466 |
| Driving | 1 | 3 | FC71D | True | 1057 | 10107894: 8591560 | IY33D | 102 | 0 | 10 mi WSW of Eldridge, IA | 113131897 | 1317639 | 0 | False | 2020-04-05 10:44:00.000 | IA | Central Daylight Time | 148505 | 180466 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10107894: 8591560 | IY33D | 8 | 0 | 4 mi NE of LaSalle twp, IL | 113132005 | 1318696 | 0 | False | 2020-04-05 12:26:00.000 | IL | Central Daylight Time | 148505 | 180466 |
| Driving | 1 | 3 | FC71D | True | 90 | 10107894: 8591560 | IY33D | 19 | 0 | 4 mi NE of LaSalle twp, IL | 113132242 | 1318696 | 0 | False | 2020-04-05 12:34:00.000 | IL | Central Daylight Time | 148505 | 180466 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10107894: 8591560 | IY33D | 0 | 0 | 3 mi N of Peru, IL | 113132244 | 1318786 | 0 | False | 2020-04-05 12:53:00.000 | IL | Central Daylight Time | 148505 | 180466 |
| Sleeper | 1 | 2 | | True | 0 | 10107894: 8591560 | IY33D | 0 | 0 | 3 mi N of Peru, IL | 113132245 | 1318786 | 0 | False | 2020-04-05 12:53:00.000 | IL | Central Daylight Time | 148505 | 180466 |
| Sleeper | 1 | 2 | | True | 0 | 10107894: 8591560 | IY33D | 129 | 0 | 3 mi N of Peru, IL | 113133982 | -1 | 0 | False | 2020-04-05 12:53:00.000 | IL | Central Daylight Time | | 180466 |
| Sleeper | 1 | 2 | | True | 0 | 10107894: 8591560 | IY33D | 0 | 0 | 5 mi NE of LaSalle twp, IL | 113133992 | 1318861 | 0 | False | 2020-04-05 15:02:00.000 | IL | Central Daylight Time | 148505 | 180466 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10107894: 8591560 | IY33D | 2166 | 0 | 5 mi NE of LaSalle twp, IL | 113170006 | 1318861 | 0 | False | 2020-04-05 15:02:00.000 | IL | Central Daylight Time | 148505 | 180466 |
| Sleeper | 1 | 2 | | True | 0 | 10109248: 8604917 | IY33D | 70 | 0 | 5 mi NE of LaSalle twp, IL | 113170984 | -1 | 0 | False | 2020-04-07 03:08:00.000 | IL | Central Daylight Time | | 812103 |
| Sleeper | 1 | 2 | | True | 0 | 10109248: 8604917 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 113170985 | 1318884 | 0 | False | 2020-04-07 04:18:00.000 | IL | Central Daylight Time | 148505 | 812103 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10109248: 8604917 | IY33D | 5 | 0 | 4 mi NE of LaSalle twp, IL | 113171055 | 1318884 | 0 | False | 2020-04-07 04:19:00.000 | IL | Central Daylight Time | 148505 | 812103 |
| Driving | 1 | 3 | FC71D | True | 1 | 10109248: 8604917 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 113171087 | 1318884 | 0 | False | 2020-04-07 04:24:00.000 | IL | Central Daylight Time | 148505 | 812103 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10109248: 8604917 | IY33D | 5 | 0 | 4 mi NE of LaSalle twp, IL | 113171170 | 1318885 | 0 | False | 2020-04-07 04:26:00.000 | IL | Central Daylight Time | 148505 | 812103 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10109248: 8604917 | IY33D | 3 | 0 | 4 mi NE of LaSalle twp, IL | 113171212 | 1318885 | 0 | False | 2020-04-07 04:31:00.000 | IL | Central Daylight Time | 148505 | 812103 |
| Driving | 1 | 3 | FC71D | True | 1058 | 10109248: 8604917 | IY33D | 114 | 0 | 4 mi NE of LaSalle twp, IL | 113173500 | 1318885 | 0 | False | 2020-04-07 04:34:00.000 | IL | Central Daylight Time | 148505 | 812103 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10109248: 8604917 | IY33D | 19 | 0 | 10 mi WSW of Eldridge, IA | 113173881 | 1319943 | 0 | False | 2020-04-07 06:28:00.000 | IA | Central Daylight Time | 148505 | 812103 |
| Driving | 1 | 3 | FC71D | True | 2282 | 10109248: 8604917 | IY33D | 214 | 0 | 10 mi WSW of Eldridge, IA | 113180222 | 1319943 | 0 | False | 2020-04-07 06:47:00.000 | IA | Central Daylight Time | 148505 | 812103 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10109248: 8604917 | IY33D | 32 | 0 | 5 mi ENE of Lamoni, IA | 113181141 | 1322225 | 0 | False | 2020-04-07 10:21:00.000 | IA | Central Daylight Time | 148505 | 812103 |
| Driving | 1 | 3 | FC71D | True | 3363 | 10109248: 8604917 | IY33D | 322 | 0 | 5 mi ENE of Lamoni, IA | 113191104 | 1322225 | 0 | False | 2020-04-07 10:53:00.000 | IA | Central Daylight Time | 148505 | 812103 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10109248: 8604917 | IY33D | 418 | 0 | 3 mi SSW of Hutchinson, KS | 113200438 | 1325588 | 0 | False | 2020-04-07 16:15:00.000 | KS | Central Daylight Time | 148505 | 812103 |
| Sleeper | 1 | 2 | | True | 0 | 10109248: 8604917 | IY33D | 17 | 0 | 2 mi ESE of Tucumcari, NM | 113200737 | -1 | 0 | False | 2020-04-07 23:13:00.000 | NM | Central Daylight Time | | 812103 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10109248: 8604917 | IY33D | 241 | 0 | 2 mi ESE of Tucumcari, NM | 113204015 | 1329510 | 0 | False | 2020-04-07 23:30:00.000 | NM | Central Daylight Time | 148505 | 812103 |
| Driving | 1 | 3 | FC71D | True | 1694 | 10109248: 8604917 | IY33D | 167 | 0 | 17 mi ESE of Grants, NM | 113206869 | 1331836 | 0 | False | 2020-04-08 03:31:00.000 | NM | Central Daylight Time | 148505 | 812103 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10109248: 8604917 | IY33D | 19 | 0 | 6 mi NE of Holbrook, AZ | 113207339 | 1333530 | 0 | False | 2020-04-08 06:18:00.000 | AZ | Central Daylight Time | 148505 | 812103 |
| Driving | 1 | 3 | FC71D | True | 2270 | 10109248: 8604917 | IY33D | 217 | 0 | 6 mi NE of Holbrook, AZ | 113214274 | 1333530 | 0 | False | 2020-04-08 06:37:00.000 | AZ | Central Daylight Time | 148505 | 812103 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10109248: 8604917 | IY33D | 37 | 0 | 15 mi E of Kingman, AZ | 113215548 | 1335800 | 0 | False | 2020-04-08 10:14:00.000 | AZ | Central Daylight Time | 148505 | 812103 |
| Driving | 1 | 3 | FC71D | True | 2273 | 10109248: 8604917 | IY33D | 234 | 0 | 15 mi E of Kingman, AZ | 113223327 | 1335800 | 0 | False | 2020-04-08 10:51:00.000 | AZ | Central Daylight Time | 148505 | 812103 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10109248: 8604917 | IY33D | 5 | 0 | 5 mi SW of Barstow, CA | 113223328 | 1338073 | 0 | False | 2020-04-08 14:45:00.000 | CA | Central Daylight Time | 148505 | 812103 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10109248: 8604917 | IY33D | 127 | 0 | 5 mi SW of Barstow, CA | 113227216 | 1338073 | 0 | False | 2020-04-08 14:50:00.000 | CA | Central Daylight Time | 148505 | 812103 |
| Sleeper | 1 | 2 | | True | 0 | 10109248: 8604917 | IY33D | 0 | 0 | Santa Fe Springs, CA | 113227217 | 1339124 | 0 | False | 2020-04-08 16:57:00.000 | CA | Central Daylight Time | 148505 | 812103 |
| Sleeper | 1 | 2 | | True | 0 | 10109248: 8604917 | IY33D | 24 | 0 | Santa Fe Springs, CA | 113227794 | -1 | 0 | False | 2020-04-08 16:57:00.000 | CA | Central Daylight Time | | 812103 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10109248: 8604917 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113227838 | 1339160 | 0 | False | 2020-04-08 17:21:00.000 | CA | Central Daylight Time | 148505 | 812103 |
| Sleeper | 1 | 2 | | True | 0 | 10109248: 8604917 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113227839 | 1339160 | 0 | False | 2020-04-08 17:22:00.000 | CA | Central Daylight Time | 148505 | 812103 |
| Sleeper | 1 | 2 | | True | 0 | 10109248: 8604917 | IY33D | 806 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113242865 | -1 | 0 | False | 2020-04-08 17:23:00.000 | CA | Central Daylight Time | | 812103 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 000000: | IY33D | 189 | 0 | 2 mi ENE of Los Angeles, CA | 113248675 | 1341792 | 0 | False | 2020-04-09 06:49:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| Sleeper | 1 | 2 | | True | 0 | 000000: | IY33D | 1 | 0 | 2 mi ENE of Los Angeles, CA | 113248680 | 1341792 | 0 | False | 2020-04-09 09:58:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| Sleeper | 1 | 2 | | True | 0 | 000000: | IY33D | 73 | 0 | 2 mi ENE of Los Angeles, CA | 113250998 | -1 | 0 | False | 2020-04-09 09:59:00.000 | CA | Central Daylight Time | | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 000000: | IY33D | 149 | 0 | 4 mi WSW of Grand Terrace, CA | 113255751 | 1342323 | 0 | False | 2020-04-09 11:12:00.000 | CA | Central Daylight Time | 148505 | 000000 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Driving | 1 | 3 | FC71D | True | 745 | 000000: | IY33D | 89 | 0 | 4 mi S of Rialto, CA | 113258462 | 1342428 | 0 | False | 2020-04-09 13:41:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 000000: | IY33D | 21 | 0 | 5 mi SW of Barstow, CA | 113259041 | 1343173 | 0 | False | 2020-04-09 15:10:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| Driving | 1 | 3 | FC71D | True | 932 | 000000: | IY33D | 102 | 0 | 5 mi SW of Barstow, CA | 113262071 | 1343173 | 0 | False | 2020-04-09 15:31:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 000000: | IY33D | 12 | 0 | 74 mi WNW of Needles, CA | 113262219 | 1344105 | 0 | False | 2020-04-09 17:13:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| Driving | 1 | 3 | FC71D | True | 1838 | 000000: | IY33D | 192 | 0 | 74 mi WNW of Needles, CA | 113266809 | 1344106 | 0 | False | 2020-04-09 17:25:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 000000: | IY33D | 32 | 0 | 3 mi S of St. George, UT | 113267392 | 1345944 | 0 | False | 2020-04-09 20:37:00.000 | UT | Central Daylight Time | 148505 | 000000 |
| Driving | 1 | 3 | FC71D | True | 1850 | 000000: | IY33D | 188 | 0 | 3 mi S of St. George, UT | 113270389 | 1345944 | 0 | False | 2020-04-09 21:09:00.000 | UT | Central Daylight Time | 148505 | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10113386: 2511460 | IY33D | 624 | 0 | 14 mi SE of Oak City, UT | 113281725 | 1347794 | 0 | False | 2020-04-10 00:17:00.000 | UT | Central Daylight Time | 148505 | 810138 |
| Driving | 1 | 3 | FC71D | True | 1337 | 10113386: 2511460 | IY33D | 134 | 0 | 16 mi E of Cheyenne, WY | 113285873 | 1353492 | 0 | False | 2020-04-10 10:41:00.000 | WY | Central Daylight Time | 148505 | 810138 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10113386: 2511460 | IY33D | 12 | 0 | 19 mi WSW of Ogallala, NE | 113286496 | 1354829 | 0 | False | 2020-04-10 12:55:00.000 | NE | Central Daylight Time | 148505 | 810138 |
| Driving | 1 | 3 | FC71D | True | 1935 | 10113386: 2511460 | IY33D | 195 | 0 | 19 mi WSW of Ogallala, NE | 113291728 | 1354829 | 0 | False | 2020-04-10 13:07:00.000 | NE | Central Daylight Time | 148505 | 810138 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10113386: 2511460 | IY33D | 36 | 0 | 14 mi E of Gibbon, NE | 113292647 | 1356764 | 0 | False | 2020-04-10 16:22:00.000 | NE | Central Daylight Time | 148505 | 810138 |
| Driving | 1 | 3 | FC71D | True | 2967 | 10113386: 2511460 | IY33D | 292 | 0 | 14 mi E of Gibbon, NE | 113298816 | 1356764 | 0 | False | 2020-04-10 16:58:00.000 | NE | Central Daylight Time | 148505 | 810138 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10113386: 2511460 | IY33D | 701 | 0 | 2 mi WNW of Altoona, IA | 113308109 | 1359731 | 0 | False | 2020-04-10 21:50:00.000 | IA | Central Daylight Time | 148505 | 810138 |
| Sleeper | 1 | 2 | | True | 0 | 10113386: 2511460, 101 | IY33D | 0 | 0 | 4 mi S of Liberty twp__, OH | 113308111 | 1365924 | 0 | False | 2020-04-11 09:31:00.000 | OH | Central Daylight Time | 148505 | 810138, 180609 |
| OffDuty | 1 | 1 | | True | 0 | 10113386: 2511460, 101 | IY33D | 99 | 0 | 4 mi S of Liberty twp__, OH | 113309974 | -1 | 0 | False | 2020-04-11 09:31:00.000 | OH | Central Daylight Time | | 810138, 180609 |
| Sleeper | 1 | 2 | | True | 0 | 10113386: 2511460, 101 | IY33D | 0 | 0 | 2 mi NNW of Upper Sandusky, OH | 113309976 | 1366230 | 0 | False | 2020-04-11 11:10:00.000 | OH | Central Daylight Time | 148505 | 810138, 180609 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10113386: 2511460, 101 | IY33D | 2 | 0 | 2 mi NNW of Upper Sandusky, OH | 113310001 | 1366230 | 0 | False | 2020-04-11 11:10:00.000 | OH | Central Daylight Time | 148505 | 810138, 180609 |
| Driving | 1 | 3 | FC71D | True | 680 | 10113386: 2511460, 101 | IY33D | 83 | 0 | 2 mi NNW of Upper Sandusky, OH | 113311475 | 1366230 | 0 | False | 2020-04-11 11:12:00.000 | OH | Central Daylight Time | 148505 | 810138, 180609 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10113386: 2511460, 101 | IY33D | 2 | 0 | 2 mi NNW of Mifflin twp, OH | 113311523 | 1366908 | 0 | False | 2020-04-11 12:35:00.000 | OH | Central Daylight Time | 148505 | 810138, 180609 |
| Driving | 1 | 3 | FC71D | True | 138 | 10113386: 2511460, 101 | IY33D | 23 | 0 | 2 mi NNW of Mifflin twp, OH | 113311970 | 1366908 | 0 | False | 2020-04-11 12:37:00.000 | OH | Central Daylight Time | 148505 | 810138, 180609 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10113386: 2511460, 101 | IY33D | 8 | 0 | 2 mi NE of Truro twp, OH | 113312130 | 1367046 | 0 | False | 2020-04-11 13:00:00.000 | OH | Central Daylight Time | 148505 | 810138, 180609 |
| Driving | 1 | 3 | FC71D | True | 9 | 10113386: 2511460, 101 | IY33D | 4 | 0 | 2 mi NE of Truro twp, OH | 113312234 | 1367046 | 0 | False | 2020-04-11 13:08:00.000 | OH | Central Daylight Time | 148505 | 810138, 180609 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10113386: 2511460, 101 | IY33D | 11 | 0 | 3 mi NE of Truro twp, OH | 113312437 | 1367055 | 0 | False | 2020-04-11 13:12:00.000 | OH | Central Daylight Time | 148505 | 810138, 180609 |
| Driving | 1 | 3 | FC71D | True | 240 | 10113386: 2511460, 101 | IY33D | 37 | 0 | 3 mi NE of Truro twp, OH | 113313080 | 1367055 | 0 | False | 2020-04-11 13:23:00.000 | OH | Central Daylight Time | 148505 | 810138, 180609 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10113386: 2511460, 101 | IY33D | 155 | 0 | 2 mi SSW of Union twp ., OH | 113315842 | 1367295 | 0 | False | 2020-04-11 14:00:00.000 | OH | Central Daylight Time | 148505 | 810138, 180609 |
| Driving | 1 | 3 | FC71D | True | 201 | 10113386: 2511460, 101 | IY33D | 31 | 0 | 2 mi SSW of Union twp ., OH | 113316317 | 1367295 | 0 | False | 2020-04-11 16:35:00.000 | OH | Central Daylight Time | 148505 | 810138, 180609 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10113386: 2511460, 101 | IY33D | 1 | 0 | 2 mi NE of Truro twp, OH | 113316319 | 1367496 | 0 | False | 2020-04-11 17:06:00.000 | OH | Central Daylight Time | 148505 | 810138, 180609 |
| Driving | 1 | 3 | FC71D | True | 9 | 10113386: 2511460, 101 | IY33D | 4 | 0 | 2 mi NE of Truro twp, OH | 113316375 | 1367496 | 0 | False | 2020-04-11 17:07:00.000 | OH | Central Daylight Time | 148505 | 810138, 180609 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10113386: 2511460, 101 | IY33D | 12 | 0 | 3 mi NE of Truro twp, OH | 113316581 | 1367505 | 0 | False | 2020-04-11 17:11:00.000 | OH | Central Daylight Time | 148505 | 810138, 180609 |
| Driving | 1 | 3 | FC71D | True | 2818 | 10113386: 2511460, 101 | IY33D | 294 | 0 | 3 mi NE of Truro twp, OH | 113320192 | 1367505 | 0 | False | 2020-04-11 17:23:00.000 | OH | Central Daylight Time | 148505 | 810138, 180609 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10113386: 2511460, 101 | IY33D | 10 | 0 | 13 mi S of Paris, IL | 113320234 | 1370323 | 0 | False | 2020-04-11 22:17:00.000 | IL | Central Daylight Time | 148505 | 810138, 180609 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10113386: 2511460, 101 | IY33D | 4 | 0 | 13 mi S of Paris, IL | 113320262 | 1370323 | 0 | False | 2020-04-11 22:27:00.000 | IL | Central Daylight Time | 148505 | 810138, 180609 |
| Driving | 1 | 3 | FC71D | True | 1024 | 10113386: 2511460, 101 | IY33D | 104 | 0 | 13 mi S of Paris, IL | 113321140 | 1370323 | 0 | False | 2020-04-11 22:31:00.000 | IL | Central Daylight Time | 148505 | 810138, 180609 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10113037: 04000000000 | IY33D | 613 | 0 | 2 mi SE of Greenville, IL | 113326484 | 1371347 | 0 | False | 2020-04-12 00:15:00.000 | IL | Central Daylight Time | 148505 | 180609 |
| Driving | 1 | 3 | FC71D | True | 1552 | 10113037: 04000000000 | IY33D | 181 | 0 | 1 mi E of Pratt, KS | 113329097 | 1376939 | 0 | False | 2020-04-12 10:28:00.000 | KS | Central Daylight Time | 148505 | 180609 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10113037: 04000000000 | IY33D | 17 | 0 | Hooker, OK | 113329247 | 1378491 | 0 | False | 2020-04-12 13:29:00.000 | OK | Central Daylight Time | 148505 | 180609 |
| Driving | 1 | 3 | FC71D | True | 1854 | 10113037: 04000000000 | IY33D | 194 | 0 | Hooker, OK | 113331728 | 1378491 | 0 | False | 2020-04-12 13:46:00.000 | OK | Central Daylight Time | 148505 | 180609 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10113037: 04000000000 | IY33D | 32 | 0 | 2 mi ESE of Tucumcari, NM | 113332048 | 1380345 | 0 | False | 2020-04-12 17:00:00.000 | NM | Central Daylight Time | 148505 | 180609 |
| Driving | 1 | 3 | FC71D | True | 2 | 10113037: 04000000000 | IY33D | 4 | 0 | 2 mi ESE of Tucumcari, NM | 113332138 | 1380345 | 0 | False | 2020-04-12 17:32:00.000 | NM | Central Daylight Time | 148505 | 180609 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10113037: 04000000000 | IY33D | 14 | 0 | 2 mi ESE of Tucumcari, NM | 113332258 | 1380347 | 0 | False | 2020-04-12 17:36:00.000 | NM | Central Daylight Time | 148505 | 180609 |
| Driving | 1 | 3 | FC71D | True | 2321 | 10113037: 04000000000 | IY33D | 226 | 0 | 2 mi ESE of Tucumcari, NM | 113334640 | 1380347 | 0 | False | 2020-04-12 17:50:00.000 | NM | Central Daylight Time | 148505 | 180609 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10113037: 04000000000 | IY33D | 644 | 0 | 17 mi ESE of Grants, NM | 113341570 | 1382668 | 0 | False | 2020-04-12 21:36:00.000 | NM | Central Daylight Time | 148505 | 180609 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10113037: 04000000000 | IY33D | 12 | 0 | 5 mi SW of Barstow, CA | 113341724 | 1388889 | 0 | False | 2020-04-13 08:20:00.000 | CA | Central Daylight Time | 148505 | 180609 |
| Driving | 1 | 3 | FC71D | True | 1183 | 10113037: 04000000000 | IY33D | 130 | 0 | 5 mi SW of Barstow, CA | 113345446 | 1388889 | 0 | False | 2020-04-13 08:32:00.000 | CA | Central Daylight Time | 148505 | 180609 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10113037: 04000000000 | IY33D | 7 | 0 | 2 mi SW of Compton, CA | 113345596 | 1390072 | 0 | False | 2020-04-13 10:42:00.000 | CA | Central Daylight Time | 148505 | 180609 |
| Driving | 1 | 3 | FC71D | True | 1 | 10113037: 04000000000 | IY33D | 5 | 0 | 2 mi SW of Compton, CA | 113345740 | 1390072 | 0 | False | 2020-04-13 10:49:00.000 | CA | Central Daylight Time | 148505 | 180609 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10113037: 04000000000 | IY33D | 3 | 0 | 2 mi SW of Compton, CA | 113345829 | 1390073 | 0 | False | 2020-04-13 10:54:00.000 | CA | Central Daylight Time | 148505 | 180609 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10113037: 04000000000 | IY33D | 113 | 0 | 2 mi SW of Compton, CA | 113349415 | 1390073 | 0 | False | 2020-04-13 10:57:00.000 | CA | Central Daylight Time | 148505 | 180609 |
| Driving | 1 | 3 | FC71D | True | 169 | 10113037: 04000000000 | IY33D | 36 | 0 | 2 mi SW of Compton, CA | 113350618 | 1390073 | 0 | False | 2020-04-13 12:50:00.000 | CA | Central Daylight Time | 148505 | 180609 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10113037: 04000000000 | IY33D | 25 | 0 | 2 mi SE of Santa Fe Springs, CA | 113351267 | 1390242 | 0 | False | 2020-04-13 13:26:00.000 | CA | Central Daylight Time | 148505 | 180609 |
| Driving | 1 | 3 | FC71D | True | 425 | 10113037: 04000000000 | IY33D | 57 | 0 | 2 mi SE of Santa Fe Springs, CA | 113352879 | 1390244 | 0 | False | 2020-04-13 13:51:00.000 | CA | Central Daylight Time | 148505 | 180609 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10113037: 04000000000 | IY33D | 1 | 0 | 3 mi WSW of Burbank, CA | 113352881 | 1390669 | 0 | False | 2020-04-13 14:48:00.000 | CA | Central Daylight Time | 148505 | 180609 |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 5163 | 0 | 3 mi WSW of Burbank, CA | 113470032 | -1 | 0 | False | 2020-04-13 14:49:00.000 | CA | Central Daylight Time | | |
| OffDuty | 1 | 1 | FC71D | True | 0 | 0000000: 000000 | IY33D | 222 | 0 | 1 mi WSW of Hemet, CA | 113475028 | 1392410 | 0 | False | 2020-04-17 04:52:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| OffDuty | 1 | 1 | | True | 0 | 0000000: 000000 | IY33D | 0 | 0 | 1 mi WSW of Hemet, CA | 113475029 | 1392410 | 0 | False | 2020-04-17 08:34:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| OffDuty | 1 | 1 | | True | 0 | 0000000: 000000 | IY33D | 209 | 0 | 1 mi WSW of Hemet, CA | 113481919 | -1 | 0 | False | 2020-04-17 08:34:00.000 | CA | Central Daylight Time | | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 0000000: 000000 | IY33D | 65 | 0 | 1 mi N of Compton, CA | 113483954 | 1393389 | 0 | False | 2020-04-17 12:03:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 0000000: 000000 | IY33D | 2 | 0 | 1 mi N of Compton, CA | 113484015 | 1393390 | 0 | False | 2020-04-17 13:08:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 0000000: 000000 | IY33D | 0 | 0 | 1 mi N of Compton, CA | 113484025 | 1393393 | 0 | False | 2020-04-17 13:10:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| OffDuty | 1 | 1 | | True | 0 | 0000000: 000000 | IY33D | 0 | 0 | 1 mi N of Compton, CA | 113484026 | 1393393 | 0 | False | 2020-04-17 13:10:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| OffDuty | 1 | 1 | | True | 0 | 0000000: 000000 | IY33D | 816 | 0 | 1 mi N of Compton, CA | 113502450 | -1 | 0 | False | 2020-04-17 13:10:00.000 | CA | Central Daylight Time | | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10118207: t87hlx109010 | IY33D | 1 | 0 | 2 mi SE of Inglewood, CA | 113502452 | 1395654 | 0 | False | 2020-04-18 02:46:00.000 | CA | Central Daylight Time | 148505 | 810904 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10118207: t87hlx109010 | IY33D | 3 | 0 | 2 mi SE of Inglewood, CA | 113502512 | 1395654 | 0 | False | 2020-04-18 02:47:00.000 | CA | Central Daylight Time | 148505 | 810904 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10118207: t87hlx109010 | IY33D | 9 | 0 | 2 mi SE of Inglewood, CA | 113502581 | 1395654 | 0 | False | 2020-04-18 02:50:00.000 | CA | Central Daylight Time | 148505 | 810904 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10118207: t87hlx109010 | IY33D | 136 | 0 | 2 mi SE of Inglewood, CA | 113504332 | 1395654 | 0 | False | 2020-04-18 02:59:00.000 | CA | Central Daylight Time | 148505 | 810904 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10118207: t87hlx109010 | IY33D | 25 | 0 | 5 mi SW of Barstow, CA | 113504630 | 1396877 | 0 | False | 2020-04-18 05:15:00.000 | CA | Central Daylight Time | 148505 | 810904 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10118207: t87hlx109010 | IY33D | 220 | 0 | 5 mi SW of Barstow, CA | 113508580 | 1396877 | 0 | False | 2020-04-18 05:40:00.000 | CA | Central Daylight Time | 148505 | 810904 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10118207: t87hlx109010 | IY33D | 31 | 0 | 9 mi E of Kingman, AZ | 113509284 | 1399088 | 0 | False | 2020-04-18 09:20:00.000 | AZ | Central Daylight Time | 148505 | 810904 |
| Driving | 1 | 3 | FC71D | True | 4406 | 10118207: t87hlx109010 | IY33D | 416 | 0 | 9 mi E of Kingman, AZ | 113518177 | 1399088 | 0 | False | 2020-04-18 09:51:00.000 | AZ | Central Daylight Time | 148505 | 810904 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10118207: t87hlx109010 | IY33D | 33 | 0 | 17 mi WSW of Albuquerque, NM | 113518742 | 1403494 | 0 | False | 2020-04-18 16:47:00.000 | NM | Central Daylight Time | 148505 | 810904 |
| Driving | 1 | 3 | FC71D | True | 1941 | 10118207: t87hlx109010 | IY33D | 192 | 0 | 17 mi WSW of Albuquerque, NM | 113521848 | 1403494 | 0 | False | 2020-04-18 17:20:00.000 | NM | Central Daylight Time | 148505 | 810904 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10118207: t87hlx109010 | IY33D | 696 | 0 | 2 mi ESE of Tucumcari, NM | 113528566 | 1405435 | 0 | False | 2020-04-18 20:32:00.000 | NM | Central Daylight Time | 148505 | 810904 |
| Driving | 1 | 3 | FC71D | True | 2407 | 10118207: t87hlx109010 | IY33D | 228 | 0 | 1 mi WNW of Kearney, MO | 113531943 | 1411778 | 0 | False | 2020-04-19 08:08:00.000 | MO | Central Daylight Time | 148505 | 810904 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10118207: t87hlx109010 | IY33D | 32 | 0 | 15 mi SSW of Belle Plaine, IA | 113532385 | 1414185 | 0 | False | 2020-04-19 11:56:00.000 | IA | Central Daylight Time | 148505 | 810904 |
| Driving | 1 | 3 | FC71D | True | 1873 | 10118207: t87hlx109010 | IY33D | 179 | 0 | 15 mi SSW of Belle Plaine, IA | 113535145 | 1414185 | 0 | False | 2020-04-19 12:28:00.000 | IA | Central Daylight Time | 148505 | 810904 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10118207: t87hlx109010 | IY33D | 13 | 0 | 5 mi NE of LaSalle twp, IL | 113535258 | 1416058 | 0 | False | 2020-04-19 15:27:00.000 | IL | Central Daylight Time | 148505 | 810904 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10118207: t87hlx109010 | IY33D | 4 | 0 | 5 mi NE of LaSalle twp, IL | 113535313 | 1416058 | 0 | False | 2020-04-19 15:40:00.000 | IL | Central Daylight Time | 148505 | 810904 |
| Driving | 1 | 3 | FC71D | True | 1016 | 10118207: t87hlx109010 | IY33D | 111 | 0 | 5 mi NE of LaSalle twp, IL | 113536815 | 1416058 | 0 | False | 2020-04-19 15:44:00.000 | IL | Central Daylight Time | 148505 | 810904 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10118207: t87hlx109010 | IY33D | 3 | 0 | 1 mi NNE of Elk Grove Village, IL | 113536852 | 1417074 | 0 | False | 2020-04-19 17:35:00.000 | IL | Central Daylight Time | 148505 | 810904 |
| Driving | 1 | 3 | FC71D | True | 1 | 10118207: t87hlx109010 | IY33D | 1 | 0 | 1 mi NNE of Elk Grove Village, IL | 113536879 | 1417074 | 0 | False | 2020-04-19 17:38:00.000 | IL | Central Daylight Time | 148505 | 810904 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10118207: t87hlx109010 | IY33D | 10 | 0 | 1 mi NNE of Elk Grove Village, IL | 113537026 | 1417075 | 0 | False | 2020-04-19 17:39:00.000 | IL | Central Daylight Time | 148505 | 810904 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10118207: t87hlx109010 | IY33D | 2 | 0 | 1 mi NNE of Elk Grove Village, IL | 113537054 | 1417075 | 0 | False | 2020-04-19 17:49:00.000 | IL | Central Daylight Time | 148505 | 810904 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10118207: t87hlx109010 | IY33D | 4 | 0 | 1 mi NNE of Elk Grove Village, IL | 113537102 | 1417075 | 0 | False | 2020-04-19 17:51:00.000 | IL | Central Daylight Time | 148505 | 810904 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10118207: t87hlx109010 | IY33D | 0 | 0 | 1 mi NNE of Elk Grove Village, IL | 113537103 | 1417075 | 0 | False | 2020-04-19 17:55:00.000 | IL | Central Daylight Time | 148505 | 810904 |
| Sleeper | 1 | 2 | | True | 0 | 10118207: t87hlx109010 | IY33D | 20 | 0 | 1 mi NNE of Elk Grove Village, IL | 113537362 | -1 | 0 | False | 2020-04-19 17:55:00.000 | IL | Central Daylight Time | | 810904 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10118207: t87hlx109010 | IY33D | 852 | 0 | 1 mi NNE of Elk Grove Village, IL | 113546642 | 1417080 | 0 | False | 2020-04-19 18:15:00.000 | IL | Central Daylight Time | 148505 | 810904 |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 0 | 0 | 5 mi NE of LaSalle twp, IL | 113546643 | 1418009 | 0 | False | 2020-04-20 08:27:00.000 | IL | Central Daylight Time | 148505 | |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 65 | 0 | 5 mi NE of LaSalle twp, IL | 113548479 | -1 | 0 | False | 2020-04-20 08:27:00.000 | IL | Central Daylight Time | | |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 72 | 0 | 5 mi NE of LaSalle twp, IL | 113550617 | 1418152 | 0 | False | 2020-04-20 09:32:00.000 | IL | Central Daylight Time | 148505 | |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 1 | 0 | 5 mi NE of LaSalle twp, IL | 113550619 | 1418152 | 0 | False | 2020-04-20 10:44:00.000 | IL | Central Daylight Time | 148505 | |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 80 | 0 | 5 mi NE of LaSalle twp, IL | 113552962 | -1 | 0 | False | 2020-04-20 10:45:00.000 | IL | Central Daylight Time | | |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 967 | 0 | 5 mi NE of LaSalle twp, IL | 113571183 | -1 | 0 | False | 2020-04-20 12:05:00.000 | IL | Central Daylight Time | 148505 | |
| Sleeper | 1 | 2 | | True | 0 | 10115698: 8688614 | IY33D | 0 | 0 | 5 mi NE of LaSalle twp, IL | 113571185 | 1418300 | 0 | False | 2020-04-21 04:12:00.000 | IL | Central Daylight Time | 148505 | 180607 |
| Sleeper | 1 | 2 | | True | 0 | 10115698: 8688614 | IY33D | 50 | 0 | 5 mi NE of LaSalle twp, IL | 113571929 | -1 | 0 | False | 2020-04-21 04:12:00.000 | IL | Central Daylight Time | | 180607 |
| Sleeper | 1 | 2 | | True | 0 | 10115698: 8688614 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 113571930 | 1418323 | 0 | False | 2020-04-21 05:02:00.000 | IL | Central Daylight Time | 148505 | 180607 |
| OnDuty | 1 | 4 | | True | 0 | 10115698: 8688614 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 113571938 | 1418323 | 0 | False | 2020-04-21 05:02:00.000 | IL | Central Daylight Time | 148505 | 180607 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10115698: 8688614 | IY33D | 3 | 0 | 4 mi NE of LaSalle twp, IL | 113571978 | 1418323 | 0 | False | 2020-04-21 05:03:00.000 | IL | Central Daylight Time | 148505 | 180607 |
| Driving | 1 | 3 | FC71D | True | 11 | 10115698: 8688614 | IY33D | 9 | 0 | 4 mi NE of LaSalle twp, IL | 113572145 | 1418323 | 0 | False | 2020-04-21 05:06:00.000 | IL | Central Daylight Time | 148505 | 180607 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10115698: 8688614 | IY33D | 4 | 0 | 4 mi NE of LaSalle twp, IL | 113572190 | 1418334 | 0 | False | 2020-04-21 05:15:00.000 | IL | Central Daylight Time | 148505 | 180607 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10115698: 8688614 | IY33D | 3 | 0 | 4 mi NE of LaSalle twp, IL | 113572252 | 1418334 | 0 | False | 2020-04-21 05:19:00.000 | IL | Central Daylight Time | 148505 | 180607 |
| Driving | 1 | 3 | FC71D | True | 4 | 10115698: 8688614 | IY33D | 5 | 0 | 4 mi NE of LaSalle twp, IL | 113572344 | 1418334 | 0 | False | 2020-04-21 05:22:00.000 | IL | Central Daylight Time | 148505 | 180607 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10115698: 8688614 | IY33D | 6 | 0 | 4 mi NE of LaSalle twp, IL | 113572447 | 1418338 | 0 | False | 2020-04-21 05:27:00.000 | IL | Central Daylight Time | 148505 | 180607 |
| Driving | 1 | 3 | FC71D | True | 1097 | 10115698: 8688614 | IY33D | 121 | 0 | 4 mi NE of LaSalle twp, IL | 113575222 | 1418338 | 0 | False | 2020-04-21 05:33:00.000 | IL | Central Daylight Time | 148505 | 180607 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10115698: 8688614 | IY33D | 27 | 0 | 10 mi WSW of Eldridge, IA | 113575957 | 1419435 | 0 | False | 2020-04-21 07:34:00.000 | IA | Central Daylight Time | 148505 | 180607 |
| Driving | 1 | 3 | FC71D | True | 2364 | 10115698: 8688614 | IY33D | 223 | 0 | 10 mi WSW of Eldridge, IA | 113583173 | 1419436 | 0 | False | 2020-04-21 08:01:00.000 | IA | Central Daylight Time | 148505 | 180607 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10115698: 8688614 | IY33D | 32 | 0 | 21 mi NNE of Bethany twp, MO | 113584307 | 1421800 | 0 | False | 2020-04-21 11:44:00.000 | MO | Central Daylight Time | 148505 | 180607 |
| Driving | 1 | 3 | FC71D | True | 3113 | 10115698: 8688614 | IY33D | 297 | 0 | 21 mi NNE of Bethany twp, MO | 113593187 | 1421800 | 0 | False | 2020-04-21 12:16:00.000 | MO | Central Daylight Time | 148505 | 180607 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10115698: 8688614 | IY33D | 1 | 0 | 14 mi E of Hutchinson, KS | 113593188 | 1424913 | 0 | False | 2020-04-21 17:13:00.000 | KS | Central Daylight Time | 148505 | 180607 |
| OffDuty | 1 | 1 | | True | 0 | 10115698: 8688614 | IY33D | 27 | 0 | 14 mi E of Hutchinson, KS | 113593915 | -1 | 0 | False | 2020-04-21 17:14:00.000 | KS | Central Daylight Time | | 180607 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10115698: 8688614 | IY33D | 710 | 0 | 3 mi SSW of Hutchinson, KS | 113606535 | 1425070 | 0 | False | 2020-04-21 17:41:00.000 | KS | Central Daylight Time | 148505 | 180607 |
| Driving | 1 | 3 | FC71D | True | 2765 | 10115698: 8688614 | IY33D | 258 | 0 | 4 mi NW of Grants, NM | 113613878 | 1431552 | 0 | False | 2020-04-22 05:35:00.000 | NM | Central Daylight Time | 148505 | 180607 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10115698: 8688614 | IY33D | 31 | 0 | 1 mi N of Williams, AZ | 113614894 | 1434317 | 0 | False | 2020-04-22 09:49:00.000 | AZ | Central Daylight Time | 148505 | 180607 |
| Driving | 1 | 3 | FC71D | True | 3241 | 10115698: 8688614 | IY33D | 321 | 0 | 1 mi N of Williams, AZ | 113625331 | 1434317 | 0 | False | 2020-04-22 10:20:00.000 | AZ | Central Daylight Time | 148505 | 180607 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10115698: 8688614 | IY33D | 110 | 0 | 5 mi SW of Barstow, CA | 113628314 | 1437558 | 0 | False | 2020-04-22 15:41:00.000 | CA | Central Daylight Time | 148505 | 180607 |
| Sleeper | 1 | 2 | | True | 0 | 10115698: 8688614 | IY33D | 0 | 0 | 4 mi NW of Jurupa Valley, CA | 113628322 | 1438283 | 0 | False | 2020-04-22 17:31:00.000 | CA | Central Daylight Time | 148505 | 180607 |
| Sleeper | 1 | 2 | | True | 0 | 10115698: 8688614 | IY33D | 700 | 0 | 4 mi NW of Jurupa Valley, CA | 113641696 | -1 | 0 | False | 2020-04-22 17:31:00.000 | CA | Central Daylight Time | | 180607 |
| Sleeper | 1 | 2 | | True | 0 | 10117251: 8707809 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113641702 | 1441123 | 0 | False | 2020-04-23 05:11:00.000 | CA | Central Daylight Time | 148505 | 811479 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10117251: 8707809 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113641723 | 1441123 | 0 | False | 2020-04-23 05:12:00.000 | CA | Central Daylight Time | 148505 | 811479 |
| Driving | 1 | 3 | FC71D | True | 1 | 10117251: 8707809 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113641756 | 1441123 | 0 | False | 2020-04-23 05:13:00.000 | CA | Central Daylight Time | 148505 | 811479 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10117251: 8707809 | IY33D | 4 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113641797 | 1441124 | 0 | False | 2020-04-23 05:14:00.000 | CA | Central Daylight Time | 148505 | 811479 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10117251: 8707809 | IY33D | 5 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113641895 | 1441124 | 0 | False | 2020-04-23 05:18:00.000 | CA | Central Daylight Time | 148505 | 811479 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10117251: 8707809 | IY33D | 6 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113642008 | 1441124 | 0 | False | 2020-04-23 05:23:00.000 | CA | Central Daylight Time | 148505 | 811479 |
| Driving | 1 | 3 | FC71D | True | 1084 | 10117251: 8707809 | IY33D | 146 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113645794 | 1441124 | 0 | False | 2020-04-23 05:29:00.000 | CA | Central Daylight Time | 148505 | 811479 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10117251: 8707809 | IY33D | 7 | 0 | 5 mi SW of Barstow, CA | 113645836 | 1442208 | 0 | False | 2020-04-23 07:55:00.000 | CA | Central Daylight Time | 148505 | 811479 |
| Driving | 1 | 3 | FC71D | True | 2 | 10117251: 8707809 | IY33D | 2 | 0 | 5 mi SW of Barstow, CA | 113646091 | 1442208 | 0 | False | 2020-04-23 08:02:00.000 | CA | Central Daylight Time | 148505 | 811479 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10117251: 8707809 | IY33D | 13 | 0 | 5 mi SW of Barstow, CA | 113646288 | 1442210 | 0 | False | 2020-04-23 08:04:00.000 | CA | Central Daylight Time | 148505 | 811479 |
| Driving | 1 | 3 | FC71D | True | 0 | 10117251: 8707809 | IY33D | 0 | 0 | 5 mi SW of Barstow, CA | 113646457 | 1442210 | 0 | False | 2020-04-23 08:17:00.000 | CA | Central Daylight Time | 148505 | 811479 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10117251: 8707809 | IY33D | 12 | 0 | 5 mi SW of Barstow, CA | 113646641 | 1442210 | 0 | False | 2020-04-23 08:17:00.000 | CA | Central Daylight Time | 148505 | 811479 |
| Driving | 1 | 3 | FC71D | True | 2278 | 10117251: 8707809 | IY33D | 235 | 0 | 5 mi SW of Barstow, CA | 113654002 | 1442210 | 0 | False | 2020-04-23 08:29:00.000 | CA | Central Daylight Time | 148505 | 811479 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10117251: 8707809 | IY33D | 31 | 0 | 15 mi E of Kingman, AZ | 113654996 | 1444488 | 0 | False | 2020-04-23 12:24:00.000 | AZ | Central Daylight Time | 148505 | 811479 |
| Driving | 1 | 3 | FC71D | True | 2601 | 10117251: 8707809 | IY33D | 247 | 0 | 15 mi E of Kingman, AZ | 113662411 | 1444488 | 0 | False | 2020-04-23 12:55:00.000 | AZ | Central Daylight Time | 148505 | 811479 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10117251: 8707809 | IY33D | 400 | 0 | 44 mi NNW of St. Johns, AZ | 113670396 | 1447089 | 0 | False | 2020-04-23 17:02:00.000 | AZ | Central Daylight Time | 148505 | 811479 |
| Sleeper | 1 | 2 | | True | 0 | 10117251: 8707809 | IY33D | 92 | 0 | 2 mi ESE of Tucumcari, NM | 113671740 | -1 | 0 | False | 2020-04-23 23:42:00.000 | NM | Central Daylight Time | | 811479 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10117251: 8707809 | IY33D | 323 | 0 | 1 mi W of Dalhart, TX | 113676686 | 1451699 | 0 | False | 2020-04-24 01:14:00.000 | TX | Central Daylight Time | 148505 | 811479 |
| Driving | 1 | 3 | FC71D | True | 2693 | 10117251: 8707809 | IY33D | 260 | 0 | 3 mi SSW of Hutchinson, KS | 113684741 | 1454700 | 0 | False | 2020-04-24 06:37:00.000 | KS | Central Daylight Time | 148505 | 811479 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10117251: 8707809 | IY33D | 37 | 0 | 2 mi NE of Cameron, MO | 113685992 | 1457393 | 0 | False | 2020-04-24 10:57:00.000 | MO | Central Daylight Time | 148505 | 811479 |
| Driving | 1 | 3 | FC71D | True | 3995 | 10117251: 8707809 | IY33D | 373 | 0 | 2 mi NE of Cameron, MO | 113697158 | 1457393 | 0 | False | 2020-04-24 11:34:00.000 | MO | Central Daylight Time | 148505 | 811479 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10117251: 8707809 | IY33D | 7 | 0 | 4 mi NE of LaSalle twp, IL | 113697317 | 1461388 | 0 | False | 2020-04-24 17:47:00.000 | IL | Central Daylight Time | 148505 | 811479 |
| Sleeper | 1 | 2 | | True | 0 | 10117251: 8707809 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 113697320 | 1461388 | 0 | False | 2020-04-24 17:54:00.000 | IL | Central Daylight Time | 148505 | 811479 |
| Sleeper | 1 | 2 | | True | 0 | 10117251: 8707809 | IY33D | 786 | 0 | 4 mi NE of LaSalle twp, IL | 113710627 | -1 | 0 | False | 2020-04-24 17:54:00.000 | IL | Central Daylight Time | | 811479 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10117003: 8725993 | IY33D | 4 | 0 | 5 mi NE of LaSalle twp, IL | 113710688 | 1461581 | 0 | False | 2020-04-25 07:00:00.000 | IL | Central Daylight Time | 148505 | 810010 |
| Sleeper | 1 | 2 | | True | 0 | 10117003: 8725993 | IY33D | 0 | 0 | 5 mi NE of LaSalle twp, IL | 113710690 | 1461581 | 0 | False | 2020-04-25 07:04:00.000 | IL | Central Daylight Time | 148505 | 810010 |
| Sleeper | 1 | 2 | | True | 0 | 10117003: 8725993 | IY33D | 32 | 0 | 5 mi NE of LaSalle twp, IL | 113711299 | -1 | 0 | False | 2020-04-25 07:04:00.000 | IL | Central Daylight Time | | 810010 |
| Sleeper | 1 | 2 | | True | 0 | 10117003: 8725993 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 113711304 | 1461610 | 0 | False | 2020-04-25 07:36:00.000 | IL | Central Daylight Time | 148505 | 810010 |
| OnDuty | 1 | 4 | | True | 0 | 10117003: 8725993 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 113711315 | 1461610 | 0 | False | 2020-04-25 07:37:00.000 | IL | Central Daylight Time | 148505 | 810010 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10117003: 8725993 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 113711355 | 1461610 | 0 | False | 2020-04-25 07:38:00.000 | IL | Central Daylight Time | 148505 | 810010 |
| Driving | 1 | 3 | FC71D | True | 2 | 10117003: 8725993 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 113711400 | 1461610 | 0 | False | 2020-04-25 07:40:00.000 | IL | Central Daylight Time | 148505 | 810010 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10117003: 8725993 | IY33D | 8 | 0 | 4 mi NE of LaSalle twp, IL | 113711555 | 1461612 | 0 | False | 2020-04-25 07:41:00.000 | IL | Central Daylight Time | 148505 | 810010 |
| Driving | 1 | 3 | FC71D | True | 3 | 10117003: 8725993 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 113711611 | 1461612 | 0 | False | 2020-04-25 07:49:00.000 | IL | Central Daylight Time | 148505 | 810010 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10117003: 8725993 | IY33D | 5 | 0 | 4 mi NE of LaSalle twp, IL | 113711712 | 1461615 | 0 | False | 2020-04-25 07:51:00.000 | IL | Central Daylight Time | 148505 | 810010 |
| Driving | 1 | 3 | FC71D | True | 3 | 10117003: 8725993 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 113711766 | 1461615 | 0 | False | 2020-04-25 07:56:00.000 | IL | Central Daylight Time | 148505 | 810010 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10117003: 8725993 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 113711787 | 1461618 | 0 | False | 2020-04-25 07:58:00.000 | IL | Central Daylight Time | 148505 | 810010 |
| Driving | 1 | 3 | FC71D | True | 1 | 10117003: 8725993 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 113711803 | 1461618 | 0 | False | 2020-04-25 08:00:00.000 | IL | Central Daylight Time | 148505 | 810010 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10117003: 8725993 | IY33D | 4 | 0 | 4 mi NE of LaSalle twp, IL | 113711901 | 1461619 | 0 | False | 2020-04-25 08:01:00.000 | IL | Central Daylight Time | 148505 | 810010 |
| Driving | 1 | 3 | FC71D | True | 3409 | 10117003: 8725993 | IY33D | 324 | 0 | 4 mi NE of LaSalle twp, IL | 113719192 | 1461619 | 0 | False | 2020-04-25 08:05:00.000 | IL | Central Daylight Time | 148505 | 810010 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10117003: 8725993 | IY33D | 32 | 0 | 21 mi NNE of Bethany twp, MO | 113719894 | 1465028 | 0 | False | 2020-04-25 13:29:00.000 | MO | Central Daylight Time | 148505 | 810010 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Driving | 1 | 3 | FC71D | True | 3269 | 10117003: 8725993 | IY33D | 311 | 0 | 21 mi NNE of Bethany twp, MO | 113725240 | 1465028 | 0 | False | 2020-04-25 14:01:00.000 | MO | Central Daylight Time | 148505 | 810010 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10117003: 8725993 | IY33D | 699 | 0 | 3 mi SSW of Hutchinson, KS | 113732403 | 1468297 | 0 | False | 2020-04-25 19:12:00.000 | KS | Central Daylight Time | 148505 | 810010 |
| Driving | 1 | 3 | FC71D | True | 1466 | 10117003: 8725993 | IY33D | 136 | 0 | 4 mi NW of Grants, NM | 113734180 | 1474779 | 0 | False | 2020-04-26 06:51:00.000 | NM | Central Daylight Time | 148505 | 810010 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10117003: 8725993 | IY33D | 20 | 0 | 6 mi NE of Holbrook, AZ | 113734432 | 1476245 | 0 | False | 2020-04-26 09:07:00.000 | AZ | Central Daylight Time | 148505 | 810010 |
| Driving | 1 | 3 | FC71D | True | 2270 | 10117003: 8725993 | IY33D | 214 | 0 | 6 mi NE of Holbrook, AZ | 113737502 | 1476245 | 0 | False | 2020-04-26 09:27:00.000 | AZ | Central Daylight Time | 148505 | 810010 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10117003: 8725993 | IY33D | 31 | 0 | 15 mi E of Kingman, AZ | 113737928 | 1478515 | 0 | False | 2020-04-26 13:01:00.000 | AZ | Central Daylight Time | 148505 | 810010 |
| Driving | 1 | 3 | FC71D | True | 2268 | 10117003: 8725993 | IY33D | 226 | 0 | 15 mi E of Kingman, AZ | 113740827 | 1478516 | 0 | False | 2020-04-26 13:32:00.000 | AZ | Central Daylight Time | 148505 | 810010 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10117003: 8725993 | IY33D | 6 | 0 | 5 mi SW of Barstow, CA | 113740900 | 1480784 | 0 | False | 2020-04-26 17:18:00.000 | CA | Central Daylight Time | 148505 | 810010 |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 2157 | 0 | 5 mi SW of Barstow, CA | 113778137 | -1 | 0 | False | 2020-04-26 17:24:00.000 | CA | Central Daylight Time | | |
| OffDuty | 1 | 1 | | True | 0 | 10121139: 8734243 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113778144 | 1484383 | 0 | False | 2020-04-28 05:21:00.000 | CA | Central Daylight Time | 148505 | 180650 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10121139: 8734243 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113778154 | 1484383 | 0 | False | 2020-04-28 05:22:00.000 | CA | Central Daylight Time | 148505 | 180650 |
| Driving | 1 | 3 | FC71D | True | 0 | 10121139: 8734243 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113778195 | 1484383 | 0 | False | 2020-04-28 05:23:00.000 | CA | Central Daylight Time | 148505 | 180650 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10121139: 8734243 | IY33D | 5 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113778290 | 1484383 | 0 | False | 2020-04-28 05:24:00.000 | CA | Central Daylight Time | 148505 | 180650 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10121139: 8734243 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113778327 | 1484383 | 0 | False | 2020-04-28 05:29:00.000 | CA | Central Daylight Time | 148505 | 180650 |
| Driving | 1 | 3 | FC71D | True | 1080 | 10121139: 8734243 | IY33D | 135 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113781608 | 1484384 | 0 | False | 2020-04-28 05:31:00.000 | CA | Central Daylight Time | 148505 | 180650 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10121139: 8734243 | IY33D | 22 | 0 | 5 mi SW of Barstow, CA | 113782197 | 1485464 | 0 | False | 2020-04-28 07:46:00.000 | CA | Central Daylight Time | 148505 | 180650 |
| Driving | 1 | 3 | FC71D | True | 2278 | 10121139: 8734243 | IY33D | 235 | 0 | 5 mi SW of Barstow, CA | 113789699 | 1485465 | 0 | False | 2020-04-28 08:08:00.000 | CA | Central Daylight Time | 148505 | 180650 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10121139: 8734243 | IY33D | 33 | 0 | 15 mi E of Kingman, AZ | 113790937 | 1487743 | 0 | False | 2020-04-28 12:03:00.000 | AZ | Central Daylight Time | 148505 | 180650 |
| Driving | 1 | 3 | FC71D | True | 2601 | 10121139: 8734243 | IY33D | 253 | 0 | 15 mi E of Kingman, AZ | 113798628 | 1487744 | 0 | False | 2020-04-28 12:36:00.000 | AZ | Central Daylight Time | 148505 | 180650 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10121139: 8734243 | IY33D | 373 | 0 | 44 mi NNW of St. Johns, AZ | 113807168 | 1490345 | 0 | False | 2020-04-28 16:49:00.000 | AZ | Central Daylight Time | 148505 | 180650 |
| Sleeper | 1 | 2 | | True | 0 | 10121139: 8734243 | IY33D | 94 | 0 | 2 mi ESE of Tucumcari, NM | 113808658 | -1 | 0 | False | 2020-04-28 23:02:00.000 | NM | Central Daylight Time | | 180650 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10121139: 8734243 | IY33D | 322 | 0 | 1 mi W of Dalhart, TX | 113814001 | 1494955 | 0 | False | 2020-04-29 00:36:00.000 | TX | Central Daylight Time | 148505 | 180650 |
| Driving | 1 | 3 | FC71D | True | 2694 | 10121139: 8734243 | IY33D | 264 | 0 | 3 mi SSW of Hutchinson, KS | 113822142 | 1497957 | 0 | False | 2020-04-29 05:58:00.000 | KS | Central Daylight Time | 148505 | 180650 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10121139: 8734243 | IY33D | 36 | 0 | 2 mi NE of Cameron, MO | 113823239 | 1500651 | 0 | False | 2020-04-29 10:22:00.000 | MO | Central Daylight Time | 148505 | 180650 |
| Driving | 1 | 3 | FC71D | True | 3998 | 10121139: 8734243 | IY33D | 387 | 0 | 2 mi NE of Cameron, MO | 113835671 | 1500651 | 0 | False | 2020-04-29 10:58:00.000 | MO | Central Daylight Time | 148505 | 180650 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10121139: 8734243 | IY33D | 5 | 0 | 4 mi NE of LaSalle twp, IL | 113835786 | 1504649 | 0 | False | 2020-04-29 17:25:00.000 | IL | Central Daylight Time | 148505 | 180650 |
| Sleeper | 1 | 2 | | True | 0 | 10121139: 8734243 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 113835788 | 1504649 | 0 | False | 2020-04-29 17:30:00.000 | IL | Central Daylight Time | 148505 | 180650 |
| Sleeper | 1 | 2 | | True | 0 | 10121139: 8734243 | IY33D | 130 | 0 | 4 mi NE of LaSalle twp, IL | 113839129 | -1 | 0 | False | 2020-04-29 17:30:00.000 | IL | Central Daylight Time | | 180650 |
| Sleeper | 1 | 2 | | True | 0 | 10121139: 8734243 | IY33D | 0 | 0 | 5 mi NE of LaSalle twp, IL | 113839134 | 1504670 | 0 | False | 2020-04-29 19:40:00.000 | IL | Central Daylight Time | 148505 | 180650 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10121139: 8734243 | IY33D | 484 | 0 | 5 mi NE of LaSalle twp, IL | 113847853 | 1504670 | 0 | False | 2020-04-29 19:40:00.000 | IL | Central Daylight Time | 148505 | 180650 |
| Sleeper | 1 | 2 | | True | 0 | 10120889: 8753473 | IY33D | 64 | 0 | 5 mi NE of LaSalle twp, IL | 113848994 | -1 | 0 | False | 2020-04-30 03:44:00.000 | IL | Central Daylight Time | | 811987 |
| Sleeper | 1 | 2 | | True | 0 | 10120889: 8753473 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 113849006 | 1504693 | 0 | False | 2020-04-30 04:48:00.000 | IL | Central Daylight Time | 148505 | 811987 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10120889: 8753473 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 113849028 | 1504693 | 0 | False | 2020-04-30 04:49:00.000 | IL | Central Daylight Time | 148505 | 811987 |
| Sleeper | 1 | 2 | | True | 0 | 10120889: 8753473 | IY33D | 138 | 0 | 4 mi NE of LaSalle twp, IL | 113852027 | -1 | 0 | False | 2020-04-30 04:50:00.000 | IL | Central Daylight Time | | 811987 |
| Sleeper | 1 | 2 | | True | 0 | 10120889: 8753473 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 113852029 | 1504694 | 0 | False | 2020-04-30 07:08:00.000 | IL | Central Daylight Time | 148505 | 811987 |
| OnDuty | 1 | 4 | | True | 0 | 10120889: 8753473 | IY33D | 5 | 0 | 4 mi NE of LaSalle twp, IL | 113852156 | 1504694 | 0 | False | 2020-04-30 07:08:00.000 | IL | Central Daylight Time | 148505 | 811987 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10120889: 8753473 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 113852198 | 1504694 | 0 | False | 2020-04-30 07:13:00.000 | IL | Central Daylight Time | 148505 | 811987 |
| Driving | 1 | 3 | FC71D | True | 19 | 10120889: 8753473 | IY33D | 8 | 0 | 4 mi NE of LaSalle twp, IL | 113852472 | 1504694 | 0 | False | 2020-04-30 07:15:00.000 | IL | Central Daylight Time | 148505 | 811987 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10120889: 8753473 | IY33D | 21 | 0 | 5 mi NE of LaSalle twp, IL | 113853054 | 1504713 | 0 | False | 2020-04-30 07:23:00.000 | IL | Central Daylight Time | 148505 | 811987 |
| Driving | 1 | 3 | FC71D | True | 3987 | 10120889: 8753473 | IY33D | 383 | 0 | 5 mi NE of LaSalle twp, IL | 113865739 | 1504713 | 0 | False | 2020-04-30 07:44:00.000 | IL | Central Daylight Time | 148505 | 811987 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10120889: 8753473 | IY33D | 33 | 0 | 2 mi NE of Cameron, MO | 113866692 | 1508700 | 0 | False | 2020-04-30 14:07:00.000 | MO | Central Daylight Time | 148505 | 811987 |
| Driving | 1 | 3 | FC71D | True | 2693 | 10120889: 8753473 | IY33D | 260 | 0 | 2 mi NE of Cameron, MO | 113873876 | 1508700 | 0 | False | 2020-04-30 14:40:00.000 | MO | Central Daylight Time | 148505 | 811987 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10120889: 8753473 | IY33D | 733 | 0 | 3 mi SSW of Hutchinson, KS | 113887720 | 1511393 | 0 | False | 2020-04-30 19:00:00.000 | KS | Central Daylight Time | 148505 | 811987 |
| Driving | 1 | 3 | FC71D | True | 3733 | 10120889: 8753473 | IY33D | 351 | 0 | 4 mi NW of Grants, NM | 113898915 | 1517876 | 0 | False | 2020-05-01 07:13:00.000 | NM | Central Daylight Time | 148505 | 811987 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10120889: 8753473 | IY33D | 35 | 0 | 15 mi E of Kingman, AZ | 113900011 | 1521609 | 0 | False | 2020-05-01 13:04:00.000 | AZ | Central Daylight Time | 148505 | 811987 |
| Driving | 1 | 3 | FC71D | True | 2270 | 10120889: 8753473 | IY33D | 227 | 0 | 15 mi E of Kingman, AZ | 113906508 | 1521609 | 0 | False | 2020-05-01 13:39:00.000 | AZ | Central Daylight Time | 148505 | 811987 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10120889: 8753473 | IY33D | 1086 | 0 | 5 mi SW of Barstow, CA | 113926025 | 1523879 | 0 | False | 2020-05-01 17:26:00.000 | CA | Central Daylight Time | 148505 | 811987 |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 3940 | 0 | 1 mi WSW of Hemet, CA | 113986822 | -1 | 0 | False | 2020-05-02 11:32:00.000 | CA | Central Daylight Time | | |
| OffDuty | 1 | 1 | | True | 0 | 10123135: 8777181 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113986835 | 1528197 | 0 | False | 2020-05-05 05:12:00.000 | CA | Central Daylight Time | 148505 | 180244 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10123135: 8777181 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113986848 | 1528197 | 0 | False | 2020-05-05 05:13:00.000 | CA | Central Daylight Time | 148505 | 180244 |
| Driving | 1 | 3 | FC71D | True | 1 | 10123135: 8777181 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113986901 | 1528197 | 0 | False | 2020-05-05 05:14:00.000 | CA | Central Daylight Time | 148505 | 180244 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10123135: 8777181 | IY33D | 8 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113987049 | 1528198 | 0 | False | 2020-05-05 05:15:00.000 | CA | Central Daylight Time | 148505 | 180244 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10123135: 8777181 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113987086 | 1528198 | 0 | False | 2020-05-05 05:23:00.000 | CA | Central Daylight Time | 148505 | 180244 |
| Driving | 1 | 3 | FC71D | True | 5 | 10123135: 8777181 | IY33D | 6 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113987207 | 1528198 | 0 | False | 2020-05-05 05:25:00.000 | CA | Central Daylight Time | 148505 | 180244 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10123135: 8777181 | IY33D | 6 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113987363 | 1528203 | 0 | False | 2020-05-05 05:31:00.000 | CA | Central Daylight Time | 148505 | 180244 |
| Driving | 1 | 3 | FC71D | True | 1 | 10123135: 8777181 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113987401 | 1528203 | 0 | False | 2020-05-05 05:37:00.000 | CA | Central Daylight Time | 148505 | 180244 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10123135: 8777181 | IY33D | 4 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113987478 | 1528204 | 0 | False | 2020-05-05 05:38:00.000 | CA | Central Daylight Time | 148505 | 180244 |
| Driving | 1 | 3 | FC71D | True | 1077 | 10123135: 8777181 | IY33D | 124 | 0 | 2 mi ESE of Santa Fe Springs, CA | 113990597 | 1528204 | 0 | False | 2020-05-05 05:42:00.000 | CA | Central Daylight Time | 148505 | 180244 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10123135: 8777181 | IY33D | 10 | 0 | 5 mi SW of Barstow, CA | 113990887 | 1529281 | 0 | False | 2020-05-05 07:46:00.000 | CA | Central Daylight Time | 148505 | 180244 |
| Driving | 1 | 3 | FC71D | True | 1 | 10123135: 8777181 | IY33D | 0 | 0 | 5 mi SW of Barstow, CA | 113990911 | 1529281 | 0 | False | 2020-05-05 07:56:00.000 | CA | Central Daylight Time | 148505 | 180244 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10123135: 8777181 | IY33D | 22 | 0 | 5 mi SW of Barstow, CA | 113991534 | 1529282 | 0 | False | 2020-05-05 07:56:00.000 | CA | Central Daylight Time | 148505 | 180244 |
| Driving | 1 | 3 | FC71D | True | 2276 | 10123135: 8777181 | IY33D | 227 | 0 | 5 mi SW of Barstow, CA | 113998770 | 1529282 | 0 | False | 2020-05-05 08:18:00.000 | CA | Central Daylight Time | 148505 | 180244 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10123135: 8777181 | IY33D | 33 | 0 | 15 mi E of Kingman, AZ | 113999902 | 1531558 | 0 | False | 2020-05-05 12:05:00.000 | AZ | Central Daylight Time | 148505 | 180244 |
| Driving | 1 | 3 | FC71D | True | 2937 | 10123135: 8777181 | IY33D | 281 | 0 | 15 mi E of Kingman, AZ | 114008278 | 1531558 | 0 | False | 2020-05-05 12:38:00.000 | AZ | Central Daylight Time | 148505 | 180244 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10123135: 8777181 | IY33D | 353 | 0 | 62 mi NNE of St. Johns, AZ | 114015918 | 1534495 | 0 | False | 2020-05-05 17:19:00.000 | AZ | Central Daylight Time | 148505 | 180244 |
| Sleeper | 1 | 2 | | True | 0 | 10123135: 8777181 | IY33D | 101 | 0 | 2 mi ESE of Tucumcari, NM | 114017479 | -1 | 0 | False | 2020-05-05 23:12:00.000 | NM | Central Daylight Time | | 180244 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10123135: 8777181 | IY33D | 324 | 0 | 1 mi W of Dalhart, TX | 114023369 | 1538778 | 0 | False | 2020-05-06 00:53:00.000 | TX | Central Daylight Time | 148505 | 180244 |
| Driving | 1 | 3 | FC71D | True | 4207 | 10123135: 8777181 | IY33D | 397 | 0 | 3 mi SSW of Hutchinson, KS | 114035924 | 1541778 | 0 | False | 2020-05-06 06:17:00.000 | KS | Central Daylight Time | 148505 | 180244 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10123135: 8777181 | IY33D | 37 | 0 | 2 mi WNW of Altoona, IA | 114037113 | 1545985 | 0 | False | 2020-05-06 12:54:00.000 | IA | Central Daylight Time | 148505 | 180244 |
| Driving | 1 | 3 | FC71D | True | 2480 | 10123135: 8777181 | IY33D | 231 | 0 | 2 mi WNW of Altoona, IA | 114043805 | 1545985 | 0 | False | 2020-05-06 13:31:00.000 | IA | Central Daylight Time | 148505 | 180244 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10123135: 8777181 | IY33D | 10 | 0 | 4 mi NE of LaSalle twp, IL | 114044092 | 1548465 | 0 | False | 2020-05-06 17:22:00.000 | IL | Central Daylight Time | 148505 | 180244 |
| Driving | 1 | 3 | FC71D | True | 20 | 10123135: 8777181 | IY33D | 14 | 0 | 4 mi NE of LaSalle twp, IL | 114044662 | 1548465 | 0 | False | 2020-05-06 17:32:00.000 | IL | Central Daylight Time | 148505 | 180244 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10123135: 8777181 | IY33D | 17 | 0 | 5 mi NE of LaSalle twp, IL | 114044991 | 1548485 | 0 | False | 2020-05-06 17:46:00.000 | IL | Central Daylight Time | 148505 | 180244 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10123135: 8777181 | IY33D | 655 | 0 | 5 mi NE of LaSalle twp, IL | 114058136 | 1548485 | 0 | False | 2020-05-06 18:03:00.000 | IL | Central Daylight Time | 148505 | 180244 |
| Sleeper | 1 | 2 | | True | 0 | 10122980: 8799077 | IY33D | 1 | 0 | 5 mi NE of LaSalle twp, IL | 114058137 | 1548485 | 0 | False | 2020-05-07 04:58:00.000 | IL | Central Daylight Time | 148505 | 811169 |
| Sleeper | 1 | 2 | | True | 0 | 10122980: 8799077 | IY33D | 54 | 0 | 5 mi NE of LaSalle twp, IL | 114059248 | -1 | 0 | False | 2020-05-07 04:59:00.000 | IL | Central Daylight Time | | 811169 |
| Sleeper | 1 | 2 | | True | 0 | 10122980: 8799077 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 114059250 | 1548507 | 0 | False | 2020-05-07 05:53:00.000 | IL | Central Daylight Time | 148505 | 811169 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10122980: 8799077 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 114059325 | 1548507 | 0 | False | 2020-05-07 05:53:00.000 | IL | Central Daylight Time | 148505 | 811169 |
| Sleeper | 1 | 2 | | True | 0 | 10122980: 8799077 | IY33D | 6 | 0 | 4 mi NE of LaSalle twp, IL | 114059514 | -1 | 0 | False | 2020-05-07 05:55:00.000 | IL | Central Daylight Time | | 811169 |
| Sleeper | 1 | 2 | | True | 0 | 10122980: 8799077 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 114059545 | 1548510 | 0 | False | 2020-05-07 06:01:00.000 | IL | Central Daylight Time | 148505 | 811169 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10122980: 8799077 | IY33D | 7 | 0 | 4 mi NE of LaSalle twp, IL | 114059723 | 1548510 | 0 | False | 2020-05-07 06:03:00.000 | IL | Central Daylight Time | 148505 | 811169 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10122980: 8799077 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 114059764 | 1548510 | 0 | False | 2020-05-07 06:10:00.000 | IL | Central Daylight Time | 148505 | 811169 |
| Driving | 1 | 3 | FC71D | True | 3 | 10122980: 8799077 | IY33D | 4 | 0 | 4 mi NE of LaSalle twp, IL | 114059872 | 1548510 | 0 | False | 2020-05-07 06:12:00.000 | IL | Central Daylight Time | 148505 | 811169 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10122980: 8799077 | IY33D | 3 | 0 | 4 mi NE of LaSalle twp, IL | 114059925 | 1548513 | 0 | False | 2020-05-07 06:16:00.000 | IL | Central Daylight Time | 148505 | 811169 |
| Driving | 1 | 3 | FC71D | True | 3413 | 10122980: 8799077 | IY33D | 321 | 0 | 4 mi NE of LaSalle twp, IL | 114070011 | 1548513 | 0 | False | 2020-05-07 06:19:00.000 | IL | Central Daylight Time | 148505 | 811169 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10122980: 8799077 | IY33D | 33 | 0 | 21 mi NNE of Bethany twp, MO | 114071261 | 1551926 | 0 | False | 2020-05-07 11:40:00.000 | MO | Central Daylight Time | 148505 | 811169 |
| Driving | 1 | 3 | FC71D | True | 3277 | 10122980: 8799077 | IY33D | 332 | 0 | 21 mi NNE of Bethany twp, MO | 114081208 | 1551926 | 0 | False | 2020-05-07 12:13:00.000 | MO | Central Daylight Time | 148505 | 811169 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10122980: 8799077 | IY33D | 731 | 0 | 3 mi SSW of Hutchinson, KS | 114094837 | 1555203 | 0 | False | 2020-05-07 17:45:00.000 | KS | Central Daylight Time | 148505 | 811169 |
| Driving | 1 | 3 | FC71D | True | 2768 | 10122980: 8799077 | IY33D | 260 | 0 | 4 mi NW of Grants, NM | 114102251 | 1561695 | 0 | False | 2020-05-08 05:56:00.000 | NM | Central Daylight Time | 148505 | 811169 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10122980: 8799077 | IY33D | 17 | 0 | 1 mi N of Williams, AZ | 114102813 | 1564463 | 0 | False | 2020-05-08 10:16:00.000 | AZ | Central Daylight Time | 148505 | 811169 |
| Driving | 1 | 3 | FC71D | True | 977 | 10122980: 8799077 | IY33D | 97 | 0 | 1 mi N of Williams, AZ | 114106373 | 1564463 | 0 | False | 2020-05-08 10:33:00.000 | AZ | Central Daylight Time | 148505 | 811169 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10122980: 8799077 | IY33D | 35 | 0 | 15 mi E of Kingman, AZ | 114107427 | 1565440 | 0 | False | 2020-05-08 12:10:00.000 | AZ | Central Daylight Time | 148505 | 811169 |
| Driving | 1 | 3 | FC71D | True | 2272 | 10122980: 8799077 | IY33D | 227 | 0 | 15 mi E of Kingman, AZ | 114114164 | 1565440 | 0 | False | 2020-05-08 12:45:00.000 | AZ | Central Daylight Time | 148505 | 811169 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10122980: 8799077 | IY33D | 315 | 0 | 5 mi SW of Barstow, CA | 114121538 | 1567712 | 0 | False | 2020-05-08 16:32:00.000 | CA | Central Daylight Time | 148505 | 811169 |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 4821 | 0 | 1 mi WSW of Hemet, CA | 114199689 | -1 | 0 | False | 2020-05-08 21:47:00.000 | CA | Central Daylight Time | | |
| OffDuty | 1 | 1 | | True | 0 | 10127722: 8826186 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114199712 | 1571281 | 0 | False | 2020-05-12 06:08:00.000 | CA | Central Daylight Time | 148505 | 899021 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10127722: 8826186 | IY33D | 7 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114199893 | 1571281 | 0 | False | 2020-05-12 06:09:00.000 | CA | Central Daylight Time | 148505 | 899021 |
| Driving | 1 | 3 | FC71D | True | 5 | 10127722: 8826186 | IY33D | 6 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114200040 | 1571281 | 0 | False | 2020-05-12 06:16:00.000 | CA | Central Daylight Time | 148505 | 899021 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10127722: 8826186 | IY33D | 4 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114200134 | 1571286 | 0 | False | 2020-05-12 06:22:00.000 | CA | Central Daylight Time | 148505 | 899021 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10127722: 8826186 | IY33D | 9 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114200367 | 1571286 | 0 | False | 2020-05-12 06:26:00.000 | CA | Central Daylight Time | 148505 | 899021 |
| Driving | 1 | 3 | FC71D | True | 4 | 10127722: 8826186 | IY33D | 6 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114200557 | 1571286 | 0 | False | 2020-05-12 06:35:00.000 | CA | Central Daylight Time | 148505 | 899021 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10127722: 8826186 | IY33D | 4 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114200653 | 1571290 | 0 | False | 2020-05-12 06:41:00.000 | CA | Central Daylight Time | 148505 | 899021 |
| Driving | 1 | 3 | FC71D | True | 1078 | 10127722: 8826186 | IY33D | 125 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114204502 | 1571290 | 0 | False | 2020-05-12 06:45:00.000 | CA | Central Daylight Time | 148505 | 899021 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10127722: 8826186 | IY33D | 4 | 0 | 5 mi SW of Barstow, CA | 114204588 | 1572368 | 0 | False | 2020-05-12 08:50:00.000 | CA | Central Daylight Time | 148505 | 899021 |
| Driving | 1 | 3 | FC71D | True | 0 | 10127722: 8826186 | IY33D | 0 | 0 | 5 mi SW of Barstow, CA | 114204601 | 1572369 | 0 | False | 2020-05-12 08:54:00.000 | CA | Central Daylight Time | 148505 | 899021 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10127722: 8826186 | IY33D | 15 | 0 | 5 mi SW of Barstow, CA | 114205008 | 1572369 | 0 | False | 2020-05-12 08:54:00.000 | CA | Central Daylight Time | 148505 | 899021 |
| Driving | 1 | 3 | FC71D | True | 0 | 10127722: 8826186 | IY33D | 0 | 0 | 5 mi SW of Barstow, CA | 114205044 | 1572369 | 0 | False | 2020-05-12 09:09:00.000 | CA | Central Daylight Time | 148505 | 899021 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10127722: 8826186 | IY33D | 18 | 0 | 5 mi SW of Barstow, CA | 114205720 | 1572369 | 0 | False | 2020-05-12 09:09:00.000 | CA | Central Daylight Time | 148505 | 899021 |
| Driving | 1 | 3 | FC71D | True | 2278 | 10127722: 8826186 | IY33D | 230 | 0 | 5 mi SW of Barstow, CA | 114213200 | 1572369 | 0 | False | 2020-05-12 09:27:00.000 | CA | Central Daylight Time | 148505 | 899021 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10127722: 8826186 | IY33D | 36 | 0 | 15 mi E of Kingman, AZ | 114214290 | 1574647 | 0 | False | 2020-05-12 13:17:00.000 | AZ | Central Daylight Time | 148505 | 899021 |
| Driving | 1 | 3 | FC71D | True | 2941 | 10127722: 8826186 | IY33D | 284 | 0 | 15 mi E of Kingman, AZ | 114222033 | 1574647 | 0 | False | 2020-05-12 13:53:00.000 | AZ | Central Daylight Time | 148505 | 899021 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10127722: 8826186 | IY33D | 323 | 0 | 62 mi NNE of St. Johns, AZ | 114228299 | 1577588 | 0 | False | 2020-05-12 18:37:00.000 | AZ | Central Daylight Time | 148505 | 899021 |
| Sleeper | 1 | 2 | | True | 0 | 10127722: 8826186 | IY33D | 107 | 0 | 2 mi ESE of Tucumcari, NM | 114229932 | -1 | 0 | False | 2020-05-13 00:00:00.000 | NM | Central Daylight Time | | 899021 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10127722: 8826186 | IY33D | 331 | 0 | 1 mi W of Dalhart, TX | 114236699 | 1581874 | 0 | False | 2020-05-13 01:47:00.000 | TX | Central Daylight Time | 148505 | 899021 |
| Driving | 1 | 3 | FC71D | True | 1348 | 10127722: 8826186 | IY33D | 139 | 0 | 3 mi SSW of Hutchinson, KS | 114241049 | 1584880 | 0 | False | 2020-05-13 07:18:00.000 | KS | Central Daylight Time | 148505 | 899021 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10127722: 8826186 | IY33D | 20 | 0 | 16 mi N of Burlington, KS | 114241671 | 1586228 | 0 | False | 2020-05-13 09:37:00.000 | KS | Central Daylight Time | 148505 | 899021 |
| Driving | 1 | 3 | FC71D | True | 1879 | 10127722: 8826186 | IY33D | 184 | 0 | 16 mi N of Burlington, KS | 114247822 | 1586228 | 0 | False | 2020-05-13 09:57:00.000 | KS | Central Daylight Time | 148505 | 899021 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10127722: 8826186 | IY33D | 35 | 0 | 15 mi NNE of Bethany twp, MO | 114248934 | 1588107 | 0 | False | 2020-05-13 13:01:00.000 | MO | Central Daylight Time | 148505 | 899021 |
| Driving | 1 | 3 | FC71D | True | 3470 | 10127722: 8826186 | IY33D | 331 | 0 | 15 mi NNE of Bethany twp, MO | 114258396 | 1588107 | 0 | False | 2020-05-13 13:36:00.000 | MO | Central Daylight Time | 148505 | 899021 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10127722: 8826186 | IY33D | 804 | 0 | 5 mi NE of LaSalle twp, IL | 114275225 | 1591577 | 0 | False | 2020-05-13 19:07:00.000 | IL | Central Daylight Time | 148505 | 899021 |
| Driving | 1 | 3 | FC71D | True | 3987 | 10127330: 8843985 | IY33D | 386 | 0 | 5 mi NE of LaSalle twp, IL | 114287868 | 1593552 | 0 | False | 2020-05-14 08:31:00.000 | IL | Central Daylight Time | 148505 | 311698 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10127330: 8843985 | IY33D | 33 | 0 | 2 mi NE of Cameron, MO | 114288752 | 1597539 | 0 | False | 2020-05-14 14:57:00.000 | MO | Central Daylight Time | 148505 | 311698 |
| Driving | 1 | 3 | FC71D | True | 2694 | 10127330: 8843985 | IY33D | 268 | 0 | 2 mi NE of Cameron, MO | 114295797 | 1597539 | 0 | False | 2020-05-14 15:30:00.000 | MO | Central Daylight Time | 148505 | 311698 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10127330: 8843985 | IY33D | 705 | 0 | 3 mi SSW of Hutchinson, KS | 114309077 | 1600233 | 0 | False | 2020-05-14 19:58:00.000 | KS | Central Daylight Time | 148505 | 311698 |
| Driving | 1 | 3 | FC71D | True | 3732 | 10127330: 8843985 | IY33D | 346 | 0 | 4 mi NW of Grants, NM | 114320294 | 1606718 | 0 | False | 2020-05-15 07:43:00.000 | NM | Central Daylight Time | 148505 | 311698 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10127330: 8843985 | IY33D | 13 | 0 | 15 mi E of Kingman, AZ | 114320492 | 1610450 | 0 | False | 2020-05-15 13:29:00.000 | AZ | Central Daylight Time | 148505 | 311698 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10127330: 8843985 | IY33D | 32 | 0 | 15 mi E of Kingman, AZ | 114321453 | 1610450 | 0 | False | 2020-05-15 13:42:00.000 | AZ | Central Daylight Time | 148505 | 311698 |
| Driving | 1 | 3 | FC71D | True | 2270 | 10127330: 8843985 | IY33D | 228 | 0 | 15 mi E of Kingman, AZ | 114328020 | 1610450 | 0 | False | 2020-05-15 14:14:00.000 | AZ | Central Daylight Time | 148505 | 311698 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10127330: 8843985 | IY33D | 1140 | 0 | 5 mi SW of Barstow, CA | 114349914 | 1612720 | 0 | False | 2020-05-15 18:02:00.000 | CA | Central Daylight Time | 148505 | 311698 |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 0 | 0 | 4 mi WSW of Grand Terrace, CA | 114349917 | 1615575 | 0 | False | 2020-05-16 13:02:00.000 | CA | Central Daylight Time | 148505 | |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 3901 | 0 | 4 mi WSW of Grand Terrace, CA | 114411990 | -1 | 0 | False | 2020-05-16 13:02:00.000 | CA | Central Daylight Time | | |
| OffDuty | 1 | 1 | | True | 0 | 0000000: 000000 | IY33D | 0 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114411998 | 1617259 | 0 | False | 2020-05-19 06:03:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 0000000: 000000 | IY33D | 8 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114412212 | 1617259 | 0 | False | 2020-05-19 06:03:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 0000000: 000000 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114412262 | 1617259 | 0 | False | 2020-05-19 06:11:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| Driving | 1 | 3 | FC71D | True | 1 | 0000000: 000000 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114412315 | 1617260 | 0 | False | 2020-05-19 06:14:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 0000000: 000000 | IY33D | 5 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114412431 | 1617261 | 0 | False | 2020-05-19 06:16:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 0000000: 000000 | IY33D | 226 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114419412 | 1617261 | 0 | False | 2020-05-19 06:21:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| OffDuty | 1 | 1 | | True | 0 | 0000000: 000000 | IY33D | 2 | 2 | 2 mi ESE of Santa Fe Springs, CA | 114457285 | -1 | 114422722 | False | 2020-05-19 10:07:00.000 | | Central Daylight Time | | 000000 |
| OffDuty | 1 | 1 | | False | 0 | 0000000: 000000 | IY33D | 101 | 1 | 2 mi ESE of Santa Fe Springs, CA | 114422722 | -1 | 0 | False | 2020-05-19 10:07:00.000 | CA | Central Daylight Time | | 000000 |
| OffDuty | 1 | 1 | | True | 0 | 0000000: 000000 | IY33D | 95 | 2 | 2 mi ESE of Santa Fe Springs, CA | 114457846 | -1 | 114422722 | False | 2020-05-19 10:09:00.000 | CA | Central Daylight Time | | 000000 |
| OffDuty | 1 | 1 | | True | 0 | 0000000: 000000 | IY33D | 4 | 2 | 2 mi ESE of Santa Fe Springs, CA | 114457283 | -1 | 114422722 | False | 2020-05-19 11:44:00.000 | | Central Daylight Time | | 000000 |
| OffDuty | 1 | 1 | | True | 0 | 0000000: 000000 | IY33D | 0 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114422723 | 1617966 | 0 | False | 2020-05-19 11:48:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 0000000: 000000 | IY33D | 553 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114438066 | 1617966 | 0 | False | 2020-05-19 11:48:00.000 | CA | Central Daylight Time | 148505 | 000000 |
| OffDuty | 1 | 1 | | True | 0 | 0000000: 000000 | IY33D | 3 | 2 | 2 mi ESE of Santa Fe Springs, CA | 114457288 | -1 | 114457056 | False | 2020-05-19 21:01:00.000 | | Central Daylight Time | | 000000 |
| OffDuty | 1 | 1 | | False | 0 | 0000000: 000000 | IY33D | 843 | 1 | 2 mi ESE of Santa Fe Springs, CA | 114457056 | -1 | 0 | False | 2020-05-19 21:01:00.000 | CA | Central Daylight Time | | 000000 |
| OffDuty | 1 | 1 | | True | 0 | 0000000: 000000 | IY33D | 96 | 2 | 2 mi ESE of Santa Fe Springs, CA | 114457849 | -1 | 114457056 | False | 2020-05-19 21:04:00.000 | CA | Central Daylight Time | | 000000 |
| OffDuty | 1 | 1 | | True | 0 | 0000000: 000000 | IY33D | 588 | 2 | 2 mi ESE of Santa Fe Springs, CA | 114457310 | -1 | 114457056 | False | 2020-05-19 22:40:00.000 | | Central Daylight Time | | 000000 |
| OffDuty | 1 | 1 | | True | 0 | 10131031: 8882659 | IY33D | 109 | 2 | 2 mi ESE of Santa Fe Springs, CA | 114457850 | -1 | 114457056 | False | 2020-05-20 08:28:00.000 | | Central Daylight Time | | 180474 |
| OffDuty | 1 | 1 | | True | 0 | 10131031: 8882659 | IY33D | 11 | 2 | 2 mi ESE of Santa Fe Springs, CA | 114457316 | -1 | 114457056 | False | 2020-05-20 10:17:00.000 | | Central Daylight Time | | 180474 |
| OffDuty | 1 | 1 | | True | 0 | 10131031: 8882659 | IY33D | 35 | 2 | 2 mi ESE of Santa Fe Springs, CA | 114457854 | -1 | 114457056 | False | 2020-05-20 10:28:00.000 | | Central Daylight Time | | 180474 |
| OffDuty | 1 | 1 | | True | 0 | 10131031: 8882659 | IY33D | 1 | 2 | 2 mi ESE of Santa Fe Springs, CA | 114457314 | -1 | 114457056 | False | 2020-05-20 11:03:00.000 | | Central Daylight Time | | 180474 |
| OffDuty | 1 | 1 | | True | 0 | 10131031: 8882659 | IY33D | 0 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114457059 | 1620118 | 0 | False | 2020-05-20 11:04:00.000 | CA | Central Daylight Time | 148505 | 180474 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10131031: 8882659 | IY33D | 23 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114457939 | 1620118 | 0 | False | 2020-05-20 11:04:00.000 | CA | Central Daylight Time | 148505 | 180474 |
| Driving | 1 | 3 | FC71D | True | 5 | 10131031: 8882659 | IY33D | 5 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114458165 | 1620118 | 0 | False | 2020-05-20 11:27:00.000 | CA | Central Daylight Time | 148505 | 180474 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10131031: 8882659 | IY33D | 8 | 0 | 2 mi SE of Santa Fe Springs, CA | 114458402 | 1620123 | 0 | False | 2020-05-20 11:32:00.000 | CA | Central Daylight Time | 148505 | 180474 |
| Driving | 1 | 3 | FC71D | True | 1 | 10131031: 8882659 | IY33D | 1 | 0 | 2 mi SE of Santa Fe Springs, CA | 114458476 | 1620123 | 0 | False | 2020-05-20 11:40:00.000 | CA | Central Daylight Time | 148505 | 180474 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10131031: 8882659 | IY33D | 12 | 0 | 2 mi SE of Santa Fe Springs, CA | 114458851 | 1620124 | 0 | False | 2020-05-20 11:41:00.000 | CA | Central Daylight Time | 148505 | 180474 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Driving | 1 | 3 | FC71D | True | 1080 | 10131031: 8882659 | IY33D | 126 | 0 | 2 mi SE of Santa Fe Springs, CA | 114462908 | 1620124 | 0 | False | 2020-05-20 11:53:00.000 | CA | Central Daylight Time | 148505 | 180474 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10131031: 8882659 | IY33D | 28 | 0 | 5 mi SW of Barstow, CA | 114463820 | 1621204 | 0 | False | 2020-05-20 13:59:00.000 | CA | Central Daylight Time | 148505 | 180474 |
| Driving | 1 | 3 | FC71D | True | 2276 | 10131031: 8882659 | IY33D | 230 | 0 | 5 mi SW of Barstow, CA | 114470712 | 1621204 | 0 | False | 2020-05-20 14:27:00.000 | CA | Central Daylight Time | 148505 | 180474 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10131031: 8882659 | IY33D | 32 | 0 | 15 mi E of Kingman, AZ | 114471545 | 1623480 | 0 | False | 2020-05-20 18:17:00.000 | AZ | Central Daylight Time | 148505 | 180474 |
| Driving | 1 | 3 | FC71D | True | 2602 | 10131031: 8882659 | IY33D | 251 | 0 | 15 mi E of Kingman, AZ | 114476997 | 1623481 | 0 | False | 2020-05-20 18:49:00.000 | AZ | Central Daylight Time | 148505 | 180474 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10131031: 8882659 | IY33D | 353 | 0 | 44 mi NNW of St. Johns, AZ | 114483020 | 1626083 | 0 | False | 2020-05-20 23:00:00.000 | AZ | Central Daylight Time | 148505 | 180474 |
| Sleeper | 1 | 2 | | True | 0 | 10131031: 8882659 | IY33D | 105 | 0 | 2 mi ESE of Tucumcari, NM | 114485270 | -1 | 0 | False | 2020-05-21 04:53:00.000 | NM | Central Daylight Time | | 180474 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10131031: 8882659 | IY33D | 223 | 0 | 1 mi W of Dalhart, TX | 114491855 | 1630695 | 0 | False | 2020-05-21 06:38:00.000 | TX | Central Daylight Time | 148505 | 180474 |
| Driving | 1 | 3 | FC71D | True | 1043 | 10131031: 8882659 | IY33D | 110 | 0 | 25 mi SE of Dodge City, KS | 114495566 | 1632658 | 0 | False | 2020-05-21 10:21:00.000 | KS | Central Daylight Time | 148505 | 180474 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10131031: 8882659 | IY33D | 2 | 0 | 3 mi SSW of Hutchinson, KS | 114495651 | 1633701 | 0 | False | 2020-05-21 12:11:00.000 | KS | Central Daylight Time | 148505 | 180474 |
| Driving | 1 | 3 | FC71D | True | 0 | 10131031: 8882659 | IY33D | 0 | 0 | 3 mi SSW of Hutchinson, KS | 114495660 | 1633701 | 0 | False | 2020-05-21 12:13:00.000 | KS | Central Daylight Time | 148505 | 180474 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10131031: 8882659 | IY33D | 12 | 0 | 3 mi SSW of Hutchinson, KS | 114496047 | 1633701 | 0 | False | 2020-05-21 12:13:00.000 | KS | Central Daylight Time | 148505 | 180474 |
| Driving | 1 | 3 | FC71D | True | 2424 | 10131031: 8882659 | IY33D | 243 | 0 | 3 mi SSW of Hutchinson, KS | 114503695 | 1633701 | 0 | False | 2020-05-21 12:25:00.000 | KS | Central Daylight Time | 148505 | 180474 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10131031: 8882659 | IY33D | 35 | 0 | 1 mi NNW of Oak Grove, MO | 114504632 | 1636125 | 0 | False | 2020-05-21 16:28:00.000 | MO | Central Daylight Time | 148505 | 180474 |
| Driving | 1 | 3 | FC71D | True | 2671 | 10131031: 8882659 | IY33D | 263 | 0 | 1 mi NNW of Oak Grove, MO | 114511004 | 1636125 | 0 | False | 2020-05-21 17:03:00.000 | MO | Central Daylight Time | 148505 | 180474 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10131031: 8882659 | IY33D | 635 | 0 | 2 mi SE of Greenville, IL | 114522827 | 1638796 | 0 | False | 2020-05-21 21:26:00.000 | IL | Central Daylight Time | 148505 | 180474 |
| Driving | 1 | 3 | FC71D | True | 1227 | 10131031: 8882659, 101 | IY33D | 117 | 0 | 4 mi SSW of Lost Creek twp, IN | 114526664 | 1643630 | 0 | False | 2020-05-22 08:01:00.000 | IN | Central Daylight Time | 148505 | 180474, 810657 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10131031: 8882659, 101 | IY33D | 9 | 0 | 2 mi SE of Greenville, IL | 114526723 | 1644857 | 0 | False | 2020-05-22 09:58:00.000 | IL | Central Daylight Time | 148505 | 180474, 810657 |
| Driving | 1 | 3 | FC71D | True | 1 | 10131031: 8882659, 101 | IY33D | 0 | 0 | 2 mi SE of Greenville, IL | 114526725 | 1644857 | 0 | False | 2020-05-22 10:07:00.000 | IL | Central Daylight Time | 148505 | 180474, 810657 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10131031: 8882659, 101 | IY33D | 10 | 0 | 2 mi SE of Greenville, IL | 114527044 | 1644858 | 0 | False | 2020-05-22 10:07:00.000 | IL | Central Daylight Time | 148505 | 180474, 810657 |
| Driving | 1 | 3 | FC71D | True | 1924 | 10131031: 8882659, 101 | IY33D | 196 | 0 | 2 mi SE of Greenville, IL | 114534150 | 1644858 | 0 | False | 2020-05-22 10:17:00.000 | IL | Central Daylight Time | 148505 | 180474, 810657 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10131031: 8882659, 101 | IY33D | 34 | 0 | 3 mi SW of Boonville, MO | 114535304 | 1646782 | 0 | False | 2020-05-22 13:33:00.000 | MO | Central Daylight Time | 148505 | 180474, 810657 |
| Driving | 1 | 3 | FC71D | True | 3173 | 10131031: 8882659, 101 | IY33D | 309 | 0 | 3 mi SW of Boonville, MO | 114544100 | 1646782 | 0 | False | 2020-05-22 14:07:00.000 | MO | Central Daylight Time | 148505 | 180474, 810657 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10131031: 8882659, 101 | IY33D | 720 | 0 | 3 mi SSW of Hutchinson, KS | 114556040 | 1649955 | 0 | False | 2020-05-22 19:16:00.000 | KS | Central Daylight Time | 148505 | 180474, 810657 |
| Driving | 1 | 3 | FC71D | True | 2764 | 10130418: 8861861, 101 | IY33D | 257 | 0 | 4 mi NW of Grants, NM | 114561494 | 1656440 | 0 | False | 2020-05-23 07:16:00.000 | NM | Central Daylight Time | 148505 | 810657, 480525 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10130418: 8861861, 101 | IY33D | 18 | 0 | 1 mi N of Williams, AZ | 114561981 | 1659204 | 0 | False | 2020-05-23 11:33:00.000 | AZ | Central Daylight Time | 148505 | 810657, 480525 |
| Driving | 1 | 3 | FC71D | True | 975 | 10130418: 8861861, 101 | IY33D | 97 | 0 | 1 mi N of Williams, AZ | 114564016 | 1659204 | 0 | False | 2020-05-23 11:51:00.000 | AZ | Central Daylight Time | 148505 | 810657, 480525 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10130418: 8861861, 101 | IY33D | 32 | 0 | 15 mi E of Kingman, AZ | 114564596 | 1660179 | 0 | False | 2020-05-23 13:28:00.000 | AZ | Central Daylight Time | 148505 | 810657, 480525 |
| Driving | 1 | 3 | FC71D | True | 2270 | 10130418: 8861861, 101 | IY33D | 217 | 0 | 15 mi E of Kingman, AZ | 114569007 | 1660179 | 0 | False | 2020-05-23 14:00:00.000 | AZ | Central Daylight Time | 148505 | 810657, 480525 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10130418: 8861861, 101 | IY33D | 312 | 0 | 5 mi SW of Barstow, CA | 114573693 | 1662449 | 0 | False | 2020-05-23 17:37:00.000 | CA | Central Daylight Time | 148505 | 810657, 480525 |
| Sleeper | 1 | 2 | | True | 0 | 10130418: 8861861, 101 | IY33D | 0 | 0 | 5 mi SW of Barstow, CA | 114573694 | 1664754 | 0 | False | 2020-05-23 22:49:00.000 | CA | Central Daylight Time | 148505 | 810657, 480525 |
| Sleeper | 1 | 2 | | True | 0 | 10130418: 8861861, 101 | IY33D | 25 | 0 | 5 mi SW of Barstow, CA | 114574005 | -1 | 0 | False | 2020-05-23 22:49:00.000 | CA | Central Daylight Time | | 810657, 480525 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10130418: 8861861, 101 | IY33D | 403 | 0 | 5 mi SW of Barstow, CA | 114577709 | 1664754 | 0 | False | 2020-05-23 23:14:00.000 | CA | Central Daylight Time | 148505 | 810657, 480525 |
| Driving | 1 | 3 | FC71D | True | 1974 | 10130418: 8861861, 101 | IY33D | 189 | 0 | 1 mi N of Williams, AZ | 114580013 | 1668012 | 0 | False | 2020-05-24 05:57:00.000 | AZ | Central Daylight Time | 148505 | 810657, 480525 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10130418: 8861861, 101 | IY33D | 15 | 0 | 62 mi NNE of St. Johns, AZ | 114580265 | 1669986 | 0 | False | 2020-05-24 09:06:00.000 | AZ | Central Daylight Time | 148505 | 810657, 480525 |
| Driving | 1 | 3 | FC71D | True | 1512 | 10130418: 8861861, 101 | IY33D | 143 | 0 | 62 mi NNE of St. Johns, AZ | 114582586 | 1669986 | 0 | False | 2020-05-24 09:21:00.000 | AZ | Central Daylight Time | 148505 | 810657, 480525 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10130418: 8861861, 101 | IY33D | 32 | 0 | 8 mi W of Albuquerque, NM | 114583045 | 1671498 | 0 | False | 2020-05-24 11:44:00.000 | NM | Central Daylight Time | 148505 | 810657, 480525 |
| Driving | 1 | 3 | FC71D | True | 1853 | 10130418: 8861861, 101 | IY33D | 177 | 0 | 8 mi W of Albuquerque, NM | 114585855 | 1671498 | 0 | False | 2020-05-24 12:16:00.000 | NM | Central Daylight Time | 148505 | 810657, 480525 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10130418: 8861861, 101 | IY33D | 16 | 0 | 2 mi ESE of Tucumcari, NM | 114586051 | 1673351 | 0 | False | 2020-05-24 15:13:00.000 | NM | Central Daylight Time | 148505 | 810657, 480525 |
| Driving | 1 | 3 | FC71D | True | 1255 | 10130418: 8861861, 101 | IY33D | 125 | 0 | 2 mi ESE of Tucumcari, NM | 114587660 | 1673351 | 0 | False | 2020-05-24 15:29:00.000 | NM | Central Daylight Time | 148505 | 810657, 480525 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10130418: 8861861, 101 | IY33D | 670 | 0 | 20 mi NNW of Cactus, TX | 114593103 | 1674606 | 0 | False | 2020-05-24 17:34:00.000 | TX | Central Daylight Time | 148505 | 810657, 480525 |
| Driving | 1 | 3 | FC71D | True | 2025 | 10131007: 8898174 | IY33D | 204 | 0 | 1 mi WSW of Osceola, IA | 114594926 | 1680922 | 0 | False | 2020-05-25 04:44:00.000 | IA | Central Daylight Time | 148505 | 480525 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10131007: 8898174 | IY33D | 26 | 0 | 10 mi WSW of Eldridge, IA | 114595261 | 1682947 | 0 | False | 2020-05-25 08:08:00.000 | IA | Central Daylight Time | 148505 | 480525 |
| Driving | 1 | 3 | FC71D | True | 1084 | 10131007: 8898174 | IY33D | 124 | 0 | 10 mi WSW of Eldridge, IA | 114597161 | 1682947 | 0 | False | 2020-05-25 08:34:00.000 | IA | Central Daylight Time | 148505 | 480525 |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 1248 | 0 | 5 mi NE of LaSalle twp, IL | 114612430 | -1 | 0 | False | 2020-05-25 10:38:00.000 | IL | Central Daylight Time | 148505 | |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 0 | 0 | 5 mi NE of LaSalle twp, IL | 114612431 | 1684031 | 0 | False | 2020-05-26 07:26:00.000 | IL | Central Daylight Time | 148505 | |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 629 | 0 | 5 mi NE of LaSalle twp, IL | 114630299 | -1 | 0 | False | 2020-05-26 07:26:00.000 | IL | Central Daylight Time | | |
| Sleeper | 1 | 2 | | True | 0 | | IY33D | 1 | 0 | 5 mi NE of LaSalle twp, IL | 114630312 | 1684175 | 0 | False | 2020-05-26 17:55:00.000 | IL | Central Daylight Time | 148505 | |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 621 | 0 | 5 mi NE of LaSalle twp, IL | 114641059 | 1684175 | 0 | False | 2020-05-26 17:56:00.000 | IL | Central Daylight Time | 148505 | |
| Sleeper | 1 | 2 | | True | 0 | 10134200: 8920719 | IY33D | 76 | 0 | 5 mi NE of LaSalle twp, IL | 114642614 | -1 | 0 | False | 2020-05-27 04:17:00.000 | IL | Central Daylight Time | | 812019 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10134200: 8920719 | IY33D | 3 | 0 | 4 mi NE of LaSalle twp, IL | 114642657 | 1684198 | 0 | False | 2020-05-27 05:33:00.000 | IL | Central Daylight Time | 148505 | 812019 |
| Driving | 1 | 3 | FC71D | True | 4 | 10134200: 8920719 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 114642716 | 1684198 | 0 | False | 2020-05-27 05:36:00.000 | IL | Central Daylight Time | 148505 | 812019 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10134200: 8920719 | IY33D | 6 | 0 | 4 mi NE of LaSalle twp, IL | 114642843 | 1684202 | 0 | False | 2020-05-27 05:38:00.000 | IL | Central Daylight Time | 148505 | 812019 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10134200: 8920719 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 114642876 | 1684202 | 0 | False | 2020-05-27 05:44:00.000 | IL | Central Daylight Time | 148505 | 812019 |
| Driving | 1 | 3 | FC71D | True | 19 | 10134200: 8920719 | IY33D | 11 | 0 | 4 mi NE of LaSalle twp, IL | 114643163 | 1684202 | 0 | False | 2020-05-27 05:46:00.000 | IL | Central Daylight Time | 148505 | 812019 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10134200: 8920719 | IY33D | 13 | 0 | 5 mi NE of LaSalle twp, IL | 114643462 | 1684221 | 0 | False | 2020-05-27 05:57:00.000 | IL | Central Daylight Time | 148505 | 812019 |
| Driving | 1 | 3 | FC71D | True | 3454 | 10134200: 8920719 | IY33D | 365 | 0 | 5 mi NE of LaSalle twp, IL | 114654628 | 1684221 | 0 | False | 2020-05-27 06:10:00.000 | IL | Central Daylight Time | 148505 | 812019 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10134200: 8920719 | IY33D | 31 | 0 | 5 mi NNW of Rochester, MN | 114655579 | 1687675 | 0 | False | 2020-05-27 12:15:00.000 | MN | Central Daylight Time | 148505 | 812019 |
| Driving | 1 | 3 | FC71D | True | 901 | 10134200: 8920719 | IY33D | 102 | 0 | 5 mi NNW of Rochester, MN | 114658725 | 1687677 | 0 | False | 2020-05-27 12:46:00.000 | MN | Central Daylight Time | 148505 | 812019 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10134200: 8920719 | IY33D | 9 | 0 | 1 mi ESE of Coon Rapids, MN | 114658973 | 1688578 | 0 | False | 2020-05-27 14:28:00.000 | MN | Central Daylight Time | 148505 | 812019 |
| Driving | 1 | 3 | FC71D | True | 1 | 10134200: 8920719 | IY33D | 1 | 0 | 1 mi ESE of Coon Rapids, MN | 114658999 | 1688579 | 0 | False | 2020-05-27 14:37:00.000 | MN | Central Daylight Time | 148505 | 812019 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10134200: 8920719 | IY33D | 5 | 0 | 1 mi ESE of Coon Rapids, MN | 114659179 | 1688580 | 0 | False | 2020-05-27 14:38:00.000 | MN | Central Daylight Time | 148505 | 812019 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10134200: 8920719 | IY33D | 8 | 0 | 1 mi ESE of Coon Rapids, MN | 114659427 | 1688580 | 0 | False | 2020-05-27 14:43:00.000 | MN | Central Daylight Time | 148505 | 812019 |
| Driving | 1 | 3 | FC71D | True | 592 | 10134200: 8920719 | IY33D | 78 | 0 | 1 mi ESE of Coon Rapids, MN | 114661763 | 1688580 | 0 | False | 2020-05-27 14:51:00.000 | MN | Central Daylight Time | 148505 | 812019 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10134200: 8920719 | IY33D | 1112 | 0 | 4 mi S of St. Cloud, MN | 114687535 | 1689172 | 0 | False | 2020-05-27 16:09:00.000 | MN | Central Daylight Time | 148505 | 812019 |
| Driving | 1 | 3 | FC71D | True | 37 | 000000: 000000 | IY33D | 11 | 0 | 4 mi S of St. Cloud, MN | 114688066 | 1689172 | 0 | False | 2020-05-28 10:41:00.000 | MN | Central Daylight Time | 148505 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 000000: 000000 | IY33D | 37 | 0 | 7 mi SSE of St. Cloud, MN | 114689295 | 1689209 | 0 | False | 2020-05-28 10:52:00.000 | MN | Central Daylight Time | 148505 | 000000 |
| Driving | 1 | 3 | FC71D | True | 44 | 000000: 000000 | IY33D | 22 | 0 | 7 mi SSE of St. Cloud, MN | 114690043 | 1689209 | 0 | False | 2020-05-28 11:29:00.000 | MN | Central Daylight Time | 148505 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 000000: 000000 | IY33D | 14 | 0 | 4 mi S of St. Cloud, MN | 114690480 | 1689253 | 0 | False | 2020-05-28 11:51:00.000 | MN | Central Daylight Time | 148505 | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 000000: 000000 | IY33D | 1176 | 0 | 4 mi S of St. Cloud, MN | 114718136 | 1689253 | 0 | False | 2020-05-28 12:05:00.000 | MN | Central Daylight Time | 148505 | 000000 |
| Sleeper | 1 | 2 | | True | 0 | 10136660: 000068795 | IY33D | 11 | 0 | 7 mi SSE of St. Cloud, MN | 114718408 | -1 | 0 | False | 2020-05-29 07:41:00.000 | MN | Central Daylight Time | | 812031 |
| Sleeper | 1 | 2 | | True | 0 | 10136660: 000068795 | IY33D | 1 | 0 | 7 mi SSE of St. Cloud, MN | 114718419 | 1689293 | 0 | False | 2020-05-29 07:52:00.000 | MN | Central Daylight Time | 148505 | 812031 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10136660: 000068795 | IY33D | 0 | 0 | 7 mi SSE of St. Cloud, MN | 114718432 | 1689293 | 0 | False | 2020-05-29 07:53:00.000 | MN | Central Daylight Time | 148505 | 812031 |
| Sleeper | 1 | 2 | | True | 0 | 10136660: 000068795 | IY33D | 237 | 0 | 7 mi SSE of St. Cloud, MN | 114726190 | 1689293 | 0 | False | 2020-05-29 07:53:00.000 | MN | Central Daylight Time | 148505 | 812031 |
| Driving | 1 | 3 | | True | 35 | 10136660: 000068795 | IY33D | 9 | 0 | 7 mi SSE of St. Cloud, MN | 114726489 | 1689293 | 0 | False | 2020-05-29 11:50:00.000 | MN | Central Daylight Time | 148505 | 812031 |
| OnDuty | 1 | 4 | | True | 0 | 10136660: 000068795 | IY33D | 0 | 0 | 5 mi S of St. Cloud, MN | 114726490 | 1689328 | 0 | False | 2020-05-29 11:59:00.000 | MN | Central Daylight Time | 148505 | 812031 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10136660: 000068795 | IY33D | 1 | 0 | 5 mi S of St. Cloud, MN | 114726491 | 1689328 | 0 | False | 2020-05-29 11:59:00.000 | MN | Central Daylight Time | 148505 | 812031 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10136660: 000068795 | IY33D | 1 | 0 | 5 mi S of St. Cloud, MN | 114726522 | 1689328 | 0 | False | 2020-05-29 12:00:00.000 | MN | Central Daylight Time | 148505 | 812031 |
| Driving | 1 | 3 | FC71D | True | 0 | 10136660: 000068795 | IY33D | 1 | 0 | 4 mi S of St. Cloud, MN | 114726554 | 1689328 | 0 | False | 2020-05-29 12:01:00.000 | MN | Central Daylight Time | 148505 | 812031 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10136660: 000068795 | IY33D | 2 | 0 | 4 mi S of St. Cloud, MN | 114726619 | 1689328 | 0 | False | 2020-05-29 12:02:00.000 | MN | Central Daylight Time | 148505 | 812031 |
| Driving | 1 | 3 | FC71D | True | 2 | 10136660: 000068795 | IY33D | 1 | 0 | 4 mi S of St. Cloud, MN | 114726670 | 1689328 | 0 | False | 2020-05-29 12:04:00.000 | MN | Central Daylight Time | 148505 | 812031 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10136660: 000068795 | IY33D | 11 | 0 | 5 mi S of St. Cloud, MN | 114727057 | 1689330 | 0 | False | 2020-05-29 12:05:00.000 | MN | Central Daylight Time | 148505 | 812031 |
| Driving | 1 | 3 | FC71D | True | 1617 | 10136660: 000068795 | IY33D | 163 | 0 | 4 mi S of St. Cloud, MN | 114732111 | 1689330 | 0 | False | 2020-05-29 12:16:00.000 | MN | Central Daylight Time | 148505 | 812031 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10136660: 000068795 | IY33D | 15 | 0 | 3 mi ENE of Albert Lea, MN | 114732522 | 1690947 | 0 | False | 2020-05-29 14:59:00.000 | MN | Central Daylight Time | 148505 | 812031 |
| Driving | 1 | 3 | FC71D | True | 1 | 10136660: 000068795 | IY33D | 2 | 0 | 3 mi ENE of Albert Lea, MN | 114732570 | 1690947 | 0 | False | 2020-05-29 15:14:00.000 | MN | Central Daylight Time | 148505 | 812031 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10136660: 000068795 | IY33D | 7 | 0 | 3 mi ENE of Albert Lea, MN | 114732772 | 1690948 | 0 | False | 2020-05-29 15:16:00.000 | MN | Central Daylight Time | 148505 | 812031 |
| Driving | 1 | 3 | FC71D | True | 2010 | 10136660: 000068795 | IY33D | 190 | 0 | 3 mi ENE of Albert Lea, MN | 114738222 | 1690948 | 0 | False | 2020-05-29 15:23:00.000 | MN | Central Daylight Time | 148505 | 812031 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10136660: 000068795 | IY33D | 38 | 0 | 24 mi ENE of Atlantic, IA | 114739360 | 1692958 | 0 | False | 2020-05-29 18:33:00.000 | IA | Central Daylight Time | 148505 | 812031 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10136660: 000068795 | IY33D | 720 | 0 | 24 mi ENE of Atlantic, IA | 114752200 | 1692958 | 0 | False | 2020-05-29 19:11:00.000 | IA | Central Daylight Time | 148505 | 812031 |
| Driving | 1 | 3 | FC71D | True | 1176 | 10136660: 000068795 | IY33D | 110 | 0 | 8 mi E of Rawlins, WY | 114754561 | 1700162 | 0 | False | 2020-05-30 07:11:00.000 | WY | Central Daylight Time | 148505 | 812031 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10136660: 000068795 | IY33D | 13 | 0 | 2 mi NW of Rock Springs, WY | 114754867 | 1701338 | 0 | False | 2020-05-30 09:01:00.000 | WY | Central Daylight Time | 148505 | 812031 |
| Driving | 1 | 3 | FC71D | True | 2255 | 10136660: 000068795 | IY33D | 230 | 0 | 2 mi NW of Rock Springs, WY | 114760197 | 1701338 | 0 | False | 2020-05-30 09:14:00.000 | WY | Central Daylight Time | 148505 | 812031 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10136660: 000068795 | IY33D | 47 | 0 | 2 mi W of Springville, UT | 114761138 | 1703593 | 0 | False | 2020-05-30 13:04:00.000 | UT | Central Daylight Time | 148505 | 812031 |
| Driving | 1 | 3 | FC71D | True | 1991 | 10136660: 000068795 | IY33D | 203 | 0 | 2 mi W of Springville, UT | 114765119 | 1703593 | 0 | False | 2020-05-30 13:51:00.000 | UT | Central Daylight Time | 148505 | 812031 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10136660: 000068795 | IY33D | 19 | 0 | 3 mi N of Cedar City, UT | 114765384 | 1705584 | 0 | False | 2020-05-30 17:14:00.000 | UT | Central Daylight Time | 148505 | 812031 |
| Driving | 1 | 3 | FC71D | True | 596 | 10136660: 000068795 | IY33D | 64 | 0 | 3 mi N of Cedar City, UT | 114766560 | 1705584 | 0 | False | 2020-05-30 17:33:00.000 | UT | Central Daylight Time | 148505 | 812031 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10136660: 000068795 | IY33D | 452 | 0 | 3 mi S of St. George, UT | 114772195 | 1706180 | 0 | False | 2020-05-30 18:37:00.000 | UT | Central Daylight Time | 148505 | 812031 |
| Sleeper | 1 | 2 | | True | 0 | 10136660: 000068795, 1( | IY33D | 28 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114772388 | -1 | 0 | False | 2020-05-31 02:09:00.000 | CA | Central Daylight Time | | 812031, 180675 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10136660: 000068795, 1( | IY33D | 160 | 0 | 2 mi ESE of Santa Fe Springs, CA | 114773777 | 1710293 | 0 | False | 2020-05-31 02:37:00.000 | CA | Central Daylight Time | 148505 | 812031, 180675 |
| Driving | 1 | 3 | FC71D | True | 2287 | 10136660: 000068795, 1( | IY33D | 233 | 0 | 5 mi SW of Barstow, CA | 114776886 | 1711378 | 0 | False | 2020-05-31 05:17:00.000 | CA | Central Daylight Time | 148505 | 812031, 180675 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10136660: 000068795, 1( | IY33D | 54 | 0 | 15 mi E of Kingman, AZ | 114777734 | 1713665 | 0 | False | 2020-05-31 09:10:00.000 | AZ | Central Daylight Time | 148505 | 812031, 180675 |
| Driving | 1 | 3 | FC71D | True | 3968 | 10136660: 000068795, 1( | IY33D | 376 | 0 | 15 mi E of Kingman, AZ | 114783769 | 1713665 | 0 | False | 2020-05-31 10:04:00.000 | AZ | Central Daylight Time | 148505 | 812031, 180675 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10136660: 000068795, 1( | IY33D | 688 | 0 | 17 mi ESE of Grants, NM | 114791358 | 1717633 | 0 | False | 2020-05-31 16:20:00.000 | NM | Central Daylight Time | 148505 | 812031, 180675 |
| Driving | 1 | 3 | FC71D | True | 1622 | 10134451: 8938731 | IY33D | 160 | 0 | 3 mi SSW of Hutchinson, KS | 114793694 | 1723905 | 0 | False | 2020-06-01 03:48:00.000 | KS | Central Daylight Time | 148505 | 180675 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10134451: 8938731 | IY33D | 20 | 0 | 3 mi S of Ottawa, KS | 114794091 | 1725527 | 0 | False | 2020-06-01 06:28:00.000 | KS | Central Daylight Time | 148505 | 180675 |
| Driving | 1 | 3 | FC71D | True | 2123 | 10134451: 8938731 | IY33D | 201 | 0 | 3 mi S of Ottawa, KS | 114799597 | 1725527 | 0 | False | 2020-06-01 06:48:00.000 | KS | Central Daylight Time | 148505 | 180675 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10134451: 8938731 | IY33D | 34 | 0 | 10 mi N of Osceola, IA | 114800595 | 1727650 | 0 | False | 2020-06-01 10:09:00.000 | IA | Central Daylight Time | 148505 | 180675 |
| Driving | 1 | 3 | FC71D | True | 2957 | 10134451: 8938731 | IY33D | 281 | 0 | 10 mi N of Osceola, IA | 114808970 | 1727650 | 0 | False | 2020-06-01 10:43:00.000 | IA | Central Daylight Time | 148505 | 180675 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10134451: 8938731 | IY33D | 5 | 0 | 4 mi NE of LaSalle twp, IL | 114809080 | 1730607 | 0 | False | 2020-06-01 15:24:00.000 | IL | Central Daylight Time | 148505 | 180675 |
| Driving | 1 | 3 | FC71D | True | 5 | 10134451: 8938731 | IY33D | 13 | 0 | 4 mi NE of LaSalle twp, IL | 114809460 | 1730607 | 0 | False | 2020-06-01 15:29:00.000 | IL | Central Daylight Time | 148505 | 180675 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10134451: 8938731 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 114809462 | 1730612 | 0 | False | 2020-06-01 15:42:00.000 | IL | Central Daylight Time | 148505 | 180675 |
| OnDuty | 1 | 4 | | True | 0 | 10134451: 8938731 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 114809466 | 1730612 | 0 | False | 2020-06-01 15:42:00.000 | IL | Central Daylight Time | 148505 | 180675 |
| Sleeper | 1 | 2 | | True | 0 | 10134451: 8938731 | IY33D | 136 | 0 | 4 mi NE of LaSalle twp, IL | 114812692 | -1 | 0 | False | 2020-06-01 15:42:00.000 | IL | Central Daylight Time | | 180675 |
| Sleeper | 1 | 2 | | True | 0 | 10134451: 8938731 | IY33D | 0 | 0 | 5 mi NE of LaSalle twp, IL | 114812694 | 1730628 | 0 | False | 2020-06-01 17:58:00.000 | IL | Central Daylight Time | 148505 | 180675 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10134451: 8938731 | IY33D | 710 | 0 | 5 mi NE of LaSalle twp, IL | 114824558 | -1 | 0 | False | 2020-06-01 17:58:00.000 | IL | Central Daylight Time | 148505 | 180675 |
| Driving | 1 | 3 | FC71D | True | 3 | 10134451: 8938731, 101 | IY33D | 5 | 0 | 4 mi NE of LaSalle twp, IL | 114824798 | 1730652 | 0 | False | 2020-06-02 05:48:00.000 | IL | Central Daylight Time | 148505 | 180675, 810141 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10134451: 8938731, 101 | IY33D | 6 | 0 | 4 mi NE of LaSalle twp, IL | 114824830 | 1730655 | 0 | False | 2020-06-02 05:53:00.000 | IL | Central Daylight Time | 148505 | 180675, 810141 |
| Driving | 1 | 3 | FC71D | True | 3050 | 10134451: 8938731, 101 | IY33D | 291 | 0 | 4 mi NE of LaSalle twp, IL | 114833481 | 1730655 | 0 | False | 2020-06-02 05:59:00.000 | IL | Central Daylight Time | 148505 | 180675, 810141 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10134451: 8938731, 101 | IY33D | 3 | 0 | 2 mi WNW of Osceola, IA | 114833607 | 1733705 | 0 | False | 2020-06-02 10:50:00.000 | IA | Central Daylight Time | 148505 | 180675, 810141 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10134451: 8938731, 101 | IY33D | 0 | 0 | 2 mi WNW of Osceola, IA | 114833619 | 1733705 | 0 | False | 2020-06-02 10:53:00.000 | IA | Central Daylight Time | 148505 | 180675, 810141 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10134451: 8938731, 101 | IY33D | 33 | 0 | 2 mi WNW of Osceola, IA | 114834702 | 1733705 | 0 | False | 2020-06-02 10:53:00.000 | IA | Central Daylight Time | 148505 | 180675, 810141 |
| Driving | 1 | 3 | FC71D | True | 3639 | 10134451: 8938731, 101 | IY33D | 356 | 0 | 2 mi WNW of Osceola, IA | 114845697 | 1733705 | 0 | False | 2020-06-02 11:26:00.000 | IA | Central Daylight Time | 148505 | 180675, 810141 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10134451: 8938731, 101 | IY33D | 738 | 0 | 3 mi SSW of Hutchinson, KS | 114859920 | 1737344 | 0 | False | 2020-06-02 17:22:00.000 | KS | Central Daylight Time | 148505 | 180675, 810141 |
| Driving | 1 | 3 | FC71D | True | 2765 | 10137435: 8961360 | IY33D | 262 | 0 | 4 mi NW of Grants, NM | 114867518 | 1743832 | 0 | False | 2020-06-03 05:40:00.000 | NM | Central Daylight Time | 148505 | 810141 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10137435: 8961360 | IY33D | 16 | 0 | 1 mi N of Williams, AZ | 114868028 | 1746597 | 0 | False | 2020-06-03 10:02:00.000 | AZ | Central Daylight Time | 148505 | 810141 |
| Driving | 1 | 3 | FC71D | True | 976 | 10137435: 8961360 | IY33D | 96 | 0 | 1 mi N of Williams, AZ | 114871346 | 1746597 | 0 | False | 2020-06-03 10:18:00.000 | AZ | Central Daylight Time | 148505 | 810141 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10137435: 8961360 | IY33D | 34 | 0 | 15 mi E of Kingman, AZ | 114872343 | 1747573 | 0 | False | 2020-06-03 11:54:00.000 | AZ | Central Daylight Time | 148505 | 810141 |
| Driving | 1 | 3 | FC71D | True | 2269 | 10137435: 8961360 | IY33D | 220 | 0 | 15 mi E of Kingman, AZ | 114878791 | 1747574 | 0 | False | 2020-06-03 12:28:00.000 | AZ | Central Daylight Time | 148505 | 810141 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10137435: 8961360 | IY33D | 8 | 0 | 5 mi SW of Barstow, CA | 114878938 | 1749843 | 0 | False | 2020-06-03 16:08:00.000 | CA | Central Daylight Time | 148505 | 810141 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10137435: 8961360 | IY33D | 317 | 0 | 5 mi SW of Barstow, CA | 114886861 | 1749843 | 0 | False | 2020-06-03 16:16:00.000 | CA | Central Daylight Time | 148505 | 810141 |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 7683 | 0 | 1 mi WSW of Hemet, CA | 115035068 | -1 | 0 | False | 2020-06-03 21:33:00.000 | CA | Central Daylight Time | | |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140627: 9013483 | IY33D | 7 | 0 | 3 mi WSW of Burbank, CA | 115035223 | 1753905 | 0 | False | 2020-06-09 05:36:00.000 | CA | Central Daylight Time | 148505 | 306024 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140627: 9013483 | IY33D | 32 | 0 | 3 mi WSW of Burbank, CA | 115036175 | 1753905 | 0 | False | 2020-06-09 05:43:00.000 | CA | Central Daylight Time | 148505 | 306024 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140627: 9013483 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115036191 | 1754185 | 0 | False | 2020-06-09 06:15:00.000 | CA | Central Daylight Time | 148505 | 306024 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140627: 9013483 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115036216 | 1754185 | 0 | False | 2020-06-09 06:16:00.000 | CA | Central Daylight Time | 148505 | 306024 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140627: 9013483 | IY33D | 117 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115039160 | 1754186 | 0 | False | 2020-06-09 06:17:00.000 | CA | Central Daylight Time | 148505 | 306024 |
| OffDuty | 1 | 1 | | True | 0 | 10140627: 9013483 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115039187 | 1754186 | 0 | False | 2020-06-09 08:14:00.000 | CA | Central Daylight Time | 148505 | 306024 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140627: 9013483 | IY33D | 118 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115042623 | 1754186 | 0 | False | 2020-06-09 08:15:00.000 | CA | Central Daylight Time | 148505 | 306024 |
| Driving | 1 | 3 | FC71D | True | 4 | 10140627: 9013483 | IY33D | 4 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115042711 | 1754186 | 0 | False | 2020-06-09 10:13:00.000 | CA | Central Daylight Time | 148505 | 306024 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140627: 9013483 | IY33D | 8 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115043009 | 1754190 | 0 | False | 2020-06-09 10:17:00.000 | CA | Central Daylight Time | 148505 | 306024 |
| Driving | 1 | 3 | FC71D | True | 4 | 10140627: 9013483 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115043098 | 1754190 | 0 | False | 2020-06-09 10:25:00.000 | CA | Central Daylight Time | 148505 | 306024 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140627: 9013483 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115043149 | 1754194 | 0 | False | 2020-06-09 10:28:00.000 | CA | Central Daylight Time | 148505 | 306024 |
| Driving | 1 | 3 | FC71D | True | 1079 | 10140627: 9013483 | IY33D | 118 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115047229 | 1754194 | 0 | False | 2020-06-09 10:30:00.000 | CA | Central Daylight Time | 148505 | 306024 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140627: 9013483 | IY33D | 11 | 0 | 5 mi SW of Barstow, CA | 115047417 | 1755273 | 0 | False | 2020-06-09 12:28:00.000 | CA | Central Daylight Time | 148505 | 306024 |
| Driving | 1 | 3 | FC71D | True | 0 | 10140627: 9013483 | IY33D | 0 | 0 | 5 mi SW of Barstow, CA | 115047682 | 1755273 | 0 | False | 2020-06-09 12:39:00.000 | CA | Central Daylight Time | 148505 | 306024 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10140627: 9013483 | IY33D | 9 | 0 | 5 mi SW of Barstow, CA | 115047736 | 1755273 | 0 | False | 2020-06-09 12:39:00.000 | CA | Central Daylight Time | 148505 | 306024 |
| Driving | 1 | 3 | FC71D | True | 1 | 10140627: 9013483 | IY33D | 0 | 0 | 5 mi SW of Barstow, CA | 115047745 | 1755273 | 0 | False | 2020-06-09 12:48:00.000 | CA | Central Daylight Time | 148505 | 306024 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140627: 9013483 | IY33D | 19 | 0 | 5 mi SW of Barstow, CA | 115048302 | 1755274 | 0 | False | 2020-06-09 12:48:00.000 | CA | Central Daylight Time | 148505 | 306024 |
| Driving | 1 | 3 | FC71D | True | 2281 | 10140627: 9013483 | IY33D | 225 | 0 | 5 mi SW of Barstow, CA | 115054803 | 1755274 | 0 | False | 2020-06-09 13:07:00.000 | CA | Central Daylight Time | 148505 | 306024 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140627: 9013483 | IY33D | 35 | 0 | 15 mi E of Kingman, AZ | 115055742 | 1757555 | 0 | False | 2020-06-09 16:52:00.000 | AZ | Central Daylight Time | 148505 | 306024 |
| Driving | 1 | 3 | FC71D | True | 2943 | 10140627: 9013483 | IY33D | 275 | 0 | 15 mi E of Kingman, AZ | 115062218 | 1757555 | 0 | False | 2020-06-09 17:27:00.000 | AZ | Central Daylight Time | 148505 | 306024 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10140627: 9013483 | IY33D | 359 | 0 | 62 mi NNE of St. Johns, AZ | 115068344 | 1760498 | 0 | False | 2020-06-09 22:02:00.000 | AZ | Central Daylight Time | 148505 | 306024 |
| Sleeper | 1 | 2 | | True | 0 | 10140627: 9013483 | IY33D | 0 | 0 | 2 mi ESE of Tucumcari, NM | 115068351 | 1763858 | 0 | False | 2020-06-10 04:01:00.000 | NM | Central Daylight Time | 148505 | 306024 |
| Sleeper | 1 | 2 | | True | 0 | 10140627: 9013483 | IY33D | 102 | 0 | 2 mi ESE of Tucumcari, NM | 115070459 | -1 | 0 | False | 2020-06-10 04:01:00.000 | NM | Central Daylight Time | | 306024 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10140627: 9013483 | IY33D | 178 | 0 | 1 mi W of Dalhart, TX | 115075466 | 1764794 | 0 | False | 2020-06-10 05:43:00.000 | TX | Central Daylight Time | 148505 | 306024 |
| Driving | 1 | 3 | FC71D | True | 1486 | 10140627: 9013483 | IY33D | 151 | 0 | 3 mi N of Meade Center twp, KS | 115080107 | 1766321 | 0 | False | 2020-06-10 08:41:00.000 | KS | Central Daylight Time | 148505 | 306024 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140627: 9013483 | IY33D | 31 | 0 | 3 mi SSW of Hutchinson, KS | 115081200 | 1767807 | 0 | False | 2020-06-10 11:12:00.000 | KS | Central Daylight Time | 148505 | 306024 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Driving | 1 | 3 | FC71D | True | 4479 | 10140627: 9013483 | IY33D | 420 | 0 | 3 mi SSW of Hutchinson, KS | 115093304 | 1767807 | 0 | False | 2020-06-10 11:43:00.000 | KS | Central Daylight Time | 148505 | 306024 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10140627: 9013483 | IY33D | 625 | 0 | 3 mi ESE of Newton, IA | 115105417 | 1772286 | 0 | False | 2020-06-10 18:43:00.000 | IA | Central Daylight Time | 148505 | 306024 |
| Sleeper | 1 | 2 | | True | 0 | 10140341: 9029553 | IY33D | 0 | 0 | 5 mi NE of LaSalle twp, IL | 115105418 | 1774529 | 0 | False | 2020-06-11 05:08:00.000 | IL | Central Daylight Time | 148505 | 811122 |
| Sleeper | 1 | 2 | | True | 0 | 10140341: 9029553 | IY33D | 26 | 0 | 5 mi NE of LaSalle twp, IL | 115105968 | -1 | 0 | False | 2020-06-11 05:08:00.000 | IL | Central Daylight Time | | 811122 |
| Sleeper | 1 | 2 | | True | 0 | 10140341: 9029553 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 115105981 | 1774549 | 0 | False | 2020-06-11 05:34:00.000 | IL | Central Daylight Time | 148505 | 811122 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10140341: 9029553 | IY33D | 9 | 0 | 4 mi NE of LaSalle twp, IL | 115106159 | 1774549 | 0 | False | 2020-06-11 05:34:00.000 | IL | Central Daylight Time | 148505 | 811122 |
| Driving | 1 | 3 | FC71D | True | 7 | 10140341: 9029553 | IY33D | 4 | 0 | 4 mi NE of LaSalle twp, IL | 115106255 | 1774549 | 0 | False | 2020-06-11 05:43:00.000 | IL | Central Daylight Time | 148505 | 811122 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10140341: 9029553 | IY33D | 3 | 0 | 4 mi NE of LaSalle twp, IL | 115106329 | 1774556 | 0 | False | 2020-06-11 05:47:00.000 | IL | Central Daylight Time | 148505 | 811122 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140341: 9029553 | IY33D | 8 | 0 | 4 mi NE of LaSalle twp, IL | 115106498 | 1774556 | 0 | False | 2020-06-11 05:50:00.000 | IL | Central Daylight Time | 148505 | 811122 |
| Driving | 1 | 3 | FC71D | True | 1065 | 10140341: 9029553 | IY33D | 108 | 0 | 4 mi NE of LaSalle twp, IL | 115109734 | 1774556 | 0 | False | 2020-06-11 05:58:00.000 | IL | Central Daylight Time | 148505 | 811122 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10140341: 9029553 | IY33D | 18 | 0 | 10 mi WSW of Eldridge, IA | 115110040 | 1775621 | 0 | False | 2020-06-11 07:46:00.000 | IA | Central Daylight Time | 148505 | 811122 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140341: 9029553 | IY33D | 0 | 0 | 10 mi WSW of Eldridge, IA | 115110068 | 1775621 | 0 | False | 2020-06-11 08:04:00.000 | IA | Central Daylight Time | 148505 | 811122 |
| Driving | 1 | 3 | FC71D | True | 2367 | 10140341: 9029553 | IY33D | 220 | 0 | 10 mi WSW of Eldridge, IA | 115117450 | 1775621 | 0 | False | 2020-06-11 08:04:00.000 | IA | Central Daylight Time | 148505 | 811122 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140341: 9029553 | IY33D | 33 | 0 | 21 mi NNE of Bethany twp, MO | 115118491 | 1777988 | 0 | False | 2020-06-11 11:44:00.000 | MO | Central Daylight Time | 148505 | 811122 |
| Driving | 1 | 3 | FC71D | True | 3274 | 10140341: 9029553 | IY33D | 313 | 0 | 21 mi NNE of Bethany twp, MO | 115128088 | 1777988 | 0 | False | 2020-06-11 12:17:00.000 | MO | Central Daylight Time | 148505 | 811122 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10140341: 9029553 | IY33D | 723 | 0 | 3 mi SSW of Hutchinson, KS | 115142505 | 1781262 | 0 | False | 2020-06-11 17:30:00.000 | KS | Central Daylight Time | 148505 | 811122 |
| Driving | 1 | 3 | FC71D | True | 1469 | 10140341: 9029553 | IY33D | 141 | 0 | 4 mi NW of Grants, NM | 115146151 | 1787756 | 0 | False | 2020-06-12 05:33:00.000 | NM | Central Daylight Time | 148505 | 811122 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140341: 9029553 | IY33D | 20 | 0 | 6 mi NE of Holbrook, AZ | 115146694 | 1789225 | 0 | False | 2020-06-12 07:54:00.000 | AZ | Central Daylight Time | 148505 | 811122 |
| Driving | 1 | 3 | FC71D | True | 1304 | 10140341: 9029553 | IY33D | 122 | 0 | 6 mi NE of Holbrook, AZ | 115150615 | 1789225 | 0 | False | 2020-06-12 08:14:00.000 | AZ | Central Daylight Time | 148505 | 811122 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140341: 9029553 | IY33D | 61 | 0 | 1 mi N of Williams, AZ | 115152603 | 1790529 | 0 | False | 2020-06-12 10:16:00.000 | AZ | Central Daylight Time | 148505 | 811122 |
| Driving | 1 | 3 | FC71D | True | 3245 | 10140341: 9029553 | IY33D | 309 | 0 | 1 mi N of Williams, AZ | 115162099 | 1790529 | 0 | False | 2020-06-12 11:17:00.000 | AZ | Central Daylight Time | 148505 | 811122 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10140341: 9029553 | IY33D | 7 | 0 | 5 mi SW of Barstow, CA | 115162274 | 1793774 | 0 | False | 2020-06-12 16:26:00.000 | CA | Central Daylight Time | 148505 | 811122 |
| Sleeper | 1 | 2 | | True | 0 | 10140341: 9029553 | IY33D | 260 | 0 | 5 mi SW of Barstow, CA | 115168707 | -1 | 0 | False | 2020-06-12 16:33:00.000 | CA | Central Daylight Time | | 811122 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10140341: 9029553 | IY33D | 199 | 0 | 5 mi SW of Barstow, CA | 115172691 | 1793779 | 0 | False | 2020-06-12 20:53:00.000 | CA | Central Daylight Time | 148505 | 811122 |
| Sleeper | 1 | 2 | | True | 0 | 10140641: 9043703 | IY33D | 0 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115172692 | 1795112 | 0 | False | 2020-06-13 00:12:00.000 | CA | Central Daylight Time | 148505 | 311828 |
| Sleeper | 1 | 2 | | True | 0 | 10140641: 9043703 | IY33D | 28 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115173140 | -1 | 0 | False | 2020-06-13 00:12:00.000 | CA | Central Daylight Time | | 311828 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10140641: 9043703 | IY33D | 475 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115180811 | 1795119 | 0 | False | 2020-06-13 00:40:00.000 | CA | Central Daylight Time | 148505 | 311828 |
| Sleeper | 1 | 2 | | True | 0 | 10140641: 9043703 | IY33D | 0 | 0 | 17 mi W of Williams, AZ | 115180815 | 1799268 | 0 | False | 2020-06-13 08:35:00.000 | AZ | Central Daylight Time | 148505 | 311828 |
| Sleeper | 1 | 2 | | True | 0 | 10140641: 9043703 | IY33D | 24 | 0 | 17 mi W of Williams, AZ | 115181361 | -1 | 0 | False | 2020-06-13 08:35:00.000 | AZ | Central Daylight Time | | 311828 |
| Sleeper | 1 | 2 | | True | 0 | 10140641: 9043703 | IY33D | 1 | 0 | 1 mi N of Williams, AZ | 115181362 | 1799460 | 0 | False | 2020-06-13 08:59:00.000 | AZ | Central Daylight Time | 148505 | 311828 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10140641: 9043703 | IY33D | 23 | 0 | 1 mi N of Williams, AZ | 115181811 | 1799460 | 0 | False | 2020-06-13 09:00:00.000 | AZ | Central Daylight Time | 148505 | 311828 |
| Driving | 1 | 3 | FC71D | True | 3377 | 10140641: 9043703 | IY33D | 312 | 0 | 1 mi N of Williams, AZ | 115188546 | 1799460 | 0 | False | 2020-06-13 09:23:00.000 | AZ | Central Daylight Time | 148505 | 311828 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140641: 9043703 | IY33D | 37 | 0 | 17 mi WSW of Albuquerque, NM | 115189219 | 1802837 | 0 | False | 2020-06-13 14:35:00.000 | NM | Central Daylight Time | 148505 | 311828 |
| Driving | 1 | 3 | FC71D | True | 1944 | 10140641: 9043703 | IY33D | 180 | 0 | 17 mi WSW of Albuquerque, NM | 115192506 | 1802837 | 0 | False | 2020-06-13 15:12:00.000 | NM | Central Daylight Time | 148505 | 311828 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140641: 9043703 | IY33D | 21 | 0 | 2 mi ESE of Tucumcari, NM | 115192881 | 1804781 | 0 | False | 2020-06-13 18:12:00.000 | NM | Central Daylight Time | 148505 | 311828 |
| Driving | 1 | 3 | FC71D | True | 1256 | 10140641: 9043703 | IY33D | 124 | 0 | 2 mi ESE of Tucumcari, NM | 115194818 | 1804781 | 0 | False | 2020-06-13 18:33:00.000 | NM | Central Daylight Time | 148505 | 311828 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10140641: 9043703 | IY33D | 677 | 0 | 20 mi NNW of Cactus, TX | 115202170 | 1806037 | 0 | False | 2020-06-13 20:37:00.000 | TX | Central Daylight Time | 148505 | 311828 |
| Driving | 1 | 3 | FC71D | True | 3068 | 10140641: 9043703 | IY33D | 288 | 0 | 1 mi WSW of Osceola, IA | 115206195 | 1812349 | 0 | False | 2020-06-14 07:54:00.000 | IA | Central Daylight Time | 148505 | 311828 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140641: 9043703 | IY33D | 3 | 0 | 4 mi NE of LaSalle twp, IL | 115206240 | 1815417 | 0 | False | 2020-06-14 12:42:00.000 | IL | Central Daylight Time | 148505 | 311828 |
| Driving | 1 | 3 | FC71D | True | 90 | 10140641: 9043703 | IY33D | 23 | 0 | 4 mi NE of LaSalle twp, IL | 115206553 | 1815417 | 0 | False | 2020-06-14 12:45:00.000 | IL | Central Daylight Time | 148505 | 311828 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10140641: 9043703 | IY33D | 37 | 0 | 3 mi N of Peru, IL | 115207060 | 1815507 | 0 | False | 2020-06-14 13:08:00.000 | IL | Central Daylight Time | 148505 | 311828 |
| Driving | 1 | 3 | FC71D | True | 75 | 10140641: 9043703 | IY33D | 12 | 0 | 3 mi N of Peru, IL | 115207252 | 1815507 | 0 | False | 2020-06-14 13:45:00.000 | IL | Central Daylight Time | 148505 | 311828 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10140641: 9043703 | IY33D | 1089 | 0 | 5 mi NE of LaSalle twp, IL | 115220983 | 1815582 | 0 | False | 2020-06-14 13:57:00.000 | IL | Central Daylight Time | 148505 | 311828 |
| Sleeper | 1 | 2 | | True | 0 | 10140641: 9043703 | IY33D | 190 | 0 | 5 mi NE of LaSalle twp, IL | 115226779 | -1 | 0 | False | 2020-06-15 08:06:00.000 | IL | Central Daylight Time | | 311828 |
| Sleeper | 1 | 2 | | True | 0 | 10140641: 9043703 | IY33D | 1 | 0 | 5 mi NE of LaSalle twp, IL | 115226783 | 1815688 | 0 | False | 2020-06-15 11:16:00.000 | IL | Central Daylight Time | 148505 | 311828 |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 1320 | 0 | 5 mi NE of LaSalle twp, IL | 115256050 | -1 | 0 | False | 2020-06-15 11:17:00.000 | IL | Central Daylight Time | 148505 | |
| Driving | 1 | 3 | FC71D | True | 3397 | 10141798: 9063713 | IY33D | 317 | 0 | 5 mi NE of LaSalle twp, IL | 115266029 | 1815731 | 0 | False | 2020-06-16 09:17:00.000 | IL | Central Daylight Time | 148505 | 180221 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10141798: 9063713 | IY33D | 42 | 0 | 21 mi NNE of Bethany twp, MO | 115267207 | 1819128 | 0 | False | 2020-06-16 14:34:00.000 | MO | Central Daylight Time | 148505 | 180221 |
| Driving | 1 | 3 | FC71D | True | 3268 | 10141798: 9063713 | IY33D | 317 | 0 | 21 mi NNE of Bethany twp, MO | 115275135 | 1819128 | 0 | False | 2020-06-16 15:16:00.000 | MO | Central Daylight Time | 148505 | 180221 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10141798: 9063713 | IY33D | 718 | 0 | 3 mi SSW of Hutchinson, KS | 115289901 | 1822396 | 0 | False | 2020-06-16 20:33:00.000 | KS | Central Daylight Time | 148505 | 180221 |
| Driving | 1 | 3 | FC71D | True | 3732 | 10141798: 9063713, 101 | IY33D | 350 | 0 | 4 mi NW of Grants, NM | 115301302 | 1828880 | 0 | False | 2020-06-17 08:31:00.000 | NM | Central Daylight Time | 148505 | 180221, 810771 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10141798: 9063713, 101 | IY33D | 32 | 0 | 15 mi E of Kingman, AZ | 115302253 | 1832612 | 0 | False | 2020-06-17 14:21:00.000 | AZ | Central Daylight Time | 148505 | 180221, 810771 |
| Driving | 1 | 3 | FC71D | True | 2269 | 10141798: 9063713, 101 | IY33D | 214 | 0 | 15 mi E of Kingman, AZ | 115308119 | 1832612 | 0 | False | 2020-06-17 14:53:00.000 | AZ | Central Daylight Time | 148505 | 180221, 810771 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10141798: 9063713, 101 | IY33D | 6 | 0 | 5 mi SW of Barstow, CA | 115308255 | 1834881 | 0 | False | 2020-06-17 18:27:00.000 | CA | Central Daylight Time | 148505 | 180221, 810771 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10141798: 9063713, 101 | IY33D | 934 | 0 | 5 mi SW of Barstow, CA | 115329452 | 1834881 | 0 | False | 2020-06-17 18:33:00.000 | CA | Central Daylight Time | 148505 | 180221, 810771 |
| Driving | 1 | 3 | FC71D | True | 3376 | 10143252: 9074969 | IY33D | 316 | 0 | 1 mi N of Williams, AZ | 115339710 | 1839592 | 0 | False | 2020-06-18 10:07:00.000 | AZ | Central Daylight Time | 148505 | 810771 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10143252: 9074969 | IY33D | 33 | 0 | 17 mi WSW of Albuquerque, NM | 115340772 | 1842968 | 0 | False | 2020-06-18 15:23:00.000 | NM | Central Daylight Time | 148505 | 810771 |
| Driving | 1 | 3 | FC71D | True | 1944 | 10143252: 9074969 | IY33D | 184 | 0 | 17 mi WSW of Albuquerque, NM | 115345501 | 1842968 | 0 | False | 2020-06-18 15:56:00.000 | NM | Central Daylight Time | 148505 | 810771 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10143252: 9074969 | IY33D | 16 | 0 | 2 mi ESE of Tucumcari, NM | 115345896 | 1844912 | 0 | False | 2020-06-18 19:00:00.000 | NM | Central Daylight Time | 148505 | 810771 |
| Driving | 1 | 3 | FC71D | True | 1256 | 10143252: 9074969 | IY33D | 123 | 0 | 2 mi ESE of Tucumcari, NM | 115348627 | 1844912 | 0 | False | 2020-06-18 19:16:00.000 | NM | Central Daylight Time | 148505 | 810771 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10143252: 9074969 | IY33D | 672 | 0 | 20 mi NNW of Cactus, TX | 115362358 | 1846168 | 0 | False | 2020-06-18 21:19:00.000 | TX | Central Daylight Time | 148505 | 810771 |
| Driving | 1 | 3 | FC71D | True | 1193 | 10143399: 9091612 | IY33D | 113 | 0 | 1 mi WSW of Osceola, IA | 115365994 | 1852485 | 0 | False | 2020-06-19 08:31:00.000 | IA | Central Daylight Time | 148505 | 810044 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10143399: 9091612 | IY33D | 29 | 0 | 15 mi SSW of Belle Plaine, IA | 115366877 | 1853678 | 0 | False | 2020-06-19 10:24:00.000 | IA | Central Daylight Time | 148505 | 810044 |
| Driving | 1 | 3 | FC71D | True | 1885 | 10143399: 9091612 | IY33D | 179 | 0 | 15 mi SSW of Belle Plaine, IA | 115372507 | 1853678 | 0 | False | 2020-06-19 10:53:00.000 | IA | Central Daylight Time | 148505 | 810044 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10143399: 9091612 | IY33D | 16 | 0 | 4 mi NE of LaSalle twp, IL | 115372945 | 1855563 | 0 | False | 2020-06-19 13:52:00.000 | IL | Central Daylight Time | 148505 | 810044 |
| Driving | 1 | 3 | FC71D | True | 2 | 10143399: 9091612 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 115373015 | 1855563 | 0 | False | 2020-06-19 14:08:00.000 | IL | Central Daylight Time | 148505 | 810044 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10143399: 9091612 | IY33D | 3 | 0 | 4 mi NE of LaSalle twp, IL | 115373079 | 1855565 | 0 | False | 2020-06-19 14:09:00.000 | IL | Central Daylight Time | 148505 | 810044 |
| Driving | 1 | 3 | FC71D | True | 2 | 10143399: 9091612 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 115373174 | 1855566 | 0 | False | 2020-06-19 14:12:00.000 | IL | Central Daylight Time | 148505 | 810044 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10143399: 9091612 | IY33D | 4 | 0 | 4 mi NE of LaSalle twp, IL | 115373227 | 1855568 | 0 | False | 2020-06-19 14:13:00.000 | IL | Central Daylight Time | 148505 | 810044 |
| Driving | 1 | 3 | FC71D | True | 2 | 10143399: 9091612 | IY33D | 6 | 0 | 4 mi NE of LaSalle twp, IL | 115373461 | 1855568 | 0 | False | 2020-06-19 14:17:00.000 | IL | Central Daylight Time | 148505 | 810044 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10143399: 9091612 | IY33D | 3 | 0 | 4 mi NE of LaSalle twp, IL | 115373514 | 1855570 | 0 | False | 2020-06-19 14:23:00.000 | IL | Central Daylight Time | 148505 | 810044 |
| Driving | 1 | 3 | FC71D | True | 6 | 10143399: 9091612 | IY33D | 4 | 0 | 4 mi NE of LaSalle twp, IL | 115373647 | 1855570 | 0 | False | 2020-06-19 14:26:00.000 | IL | Central Daylight Time | 148505 | 810044 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10143399: 9091612 | IY33D | 9 | 0 | 4 mi NE of LaSalle twp, IL | 115373919 | 1855576 | 0 | False | 2020-06-19 14:30:00.000 | IL | Central Daylight Time | 148505 | 810044 |
| Driving | 1 | 3 | FC71D | True | 18 | 10143399: 9091612 | IY33D | 11 | 0 | 4 mi NE of LaSalle twp, IL | 115374249 | 1855576 | 0 | False | 2020-06-19 14:39:00.000 | IL | Central Daylight Time | 148505 | 810044 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10143399: 9091612 | IY33D | 7 | 0 | 5 mi NE of LaSalle twp, IL | 115374418 | 1855594 | 0 | False | 2020-06-19 14:50:00.000 | IL | Central Daylight Time | 148505 | 810044 |
| Driving | 1 | 3 | FC71D | True | 0 | 10143399: 9091612 | IY33D | 1 | 0 | 5 mi NE of LaSalle twp, IL | 115374441 | 1855595 | 0 | False | 2020-06-19 14:57:00.000 | IL | Central Daylight Time | 148505 | 810044 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10143399: 9091612 | IY33D | 53 | 0 | 5 mi NE of LaSalle twp, IL | 115375971 | 1855595 | 0 | False | 2020-06-19 14:58:00.000 | IL | Central Daylight Time | 148505 | 810044 |
| Driving | 1 | 3 | FC71D | True | 3056 | 10143399: 9091612 | IY33D | 320 | 0 | 5 mi NE of LaSalle twp, IL | 115383422 | 1855595 | 0 | False | 2020-06-19 15:51:00.000 | IL | Central Daylight Time | 148505 | 810044 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10143399: 9091612 | IY33D | 668 | 0 | 1 mi WSW of Osceola, IA | 115394568 | 1858651 | 0 | False | 2020-06-19 21:11:00.000 | IA | Central Daylight Time | 148505 | 810044 |
| Driving | 1 | 3 | FC71D | True | 1254 | 10143399: 9091612 | IY33D | 126 | 0 | 20 mi NNW of Cactus, TX | 115397322 | 1864959 | 0 | False | 2020-06-20 08:19:00.000 | TX | Central Daylight Time | 148505 | 810044 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10143399: 9091612 | IY33D | 21 | 0 | 2 mi ESE of Tucumcari, NM | 115397806 | 1866213 | 0 | False | 2020-06-20 10:25:00.000 | NM | Central Daylight Time | 148505 | 810044 |
| Driving | 1 | 3 | FC71D | True | 2326 | 10143399: 9091612 | IY33D | 220 | 0 | 2 mi ESE of Tucumcari, NM | 115402908 | 1866214 | 0 | False | 2020-06-20 10:46:00.000 | NM | Central Daylight Time | 148505 | 810044 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10143399: 9091612 | IY33D | 38 | 0 | 17 mi ESE of Grants, NM | 115403643 | 1868540 | 0 | False | 2020-06-20 14:26:00.000 | NM | Central Daylight Time | 148505 | 810044 |
| Driving | 1 | 3 | FC71D | True | 2991 | 10143399: 9091612 | IY33D | 274 | 0 | 17 mi ESE of Grants, NM | 115408416 | 1868540 | 0 | False | 2020-06-20 15:04:00.000 | NM | Central Daylight Time | 148505 | 810044 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10143399: 9091612 | IY33D | 431 | 0 | 1 mi N of Williams, AZ | 115413617 | 1871531 | 0 | False | 2020-06-20 19:38:00.000 | AZ | Central Daylight Time | 148505 | 810044 |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 5935 | 0 | 4 mi NW of Jurupa Valley, CA | 115534508 | -1 | 0 | False | 2020-06-21 02:49:00.000 | CA | Central Daylight Time | | |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10147040: 9132591 | IY33D | 5 | 0 | 3 mi WSW of Burbank, CA | 115534602 | 1878095 | 0 | False | 2020-06-25 05:44:00.000 | CA | Central Daylight Time | 148505 | 310748 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10147040: 9132591 | IY33D | 36 | 0 | 3 mi WSW of Burbank, CA | 115535465 | 1878095 | 0 | False | 2020-06-25 05:49:00.000 | CA | Central Daylight Time | 148505 | 310748 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10147040: 9132591 | IY33D | 12 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115535747 | 1878376 | 0 | False | 2020-06-25 06:25:00.000 | CA | Central Daylight Time | 148505 | 310748 |
| Driving | 1 | 3 | FC71D | True | 2 | 10147040: 9132591 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115535842 | 1878376 | 0 | False | 2020-06-25 06:37:00.000 | CA | Central Daylight Time | 148505 | 310748 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10147040: 9132591 | IY33D | 8 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115536025 | 1878378 | 0 | False | 2020-06-25 06:39:00.000 | CA | Central Daylight Time | 148505 | 310748 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10147040: 9132591 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115536092 | 1878378 | 0 | False | 2020-06-25 06:47:00.000 | CA | Central Daylight Time | 148505 | 310748 |
| Driving | 1 | 3 | FC71D | True | 1083 | 10147040: 9132591 | IY33D | 138 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115540374 | 1878378 | 0 | False | 2020-06-25 06:49:00.000 | CA | Central Daylight Time | 148505 | 310748 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10147040: 9132591 | IY33D | 9 | 0 | 5 mi SW of Barstow, CA | 115540455 | 1879461 | 0 | False | 2020-06-25 09:07:00.000 | CA | Central Daylight Time | 148505 | 310748 |
| Driving | 1 | 3 | FC71D | True | 1 | 10147040: 9132591 | IY33D | 2 | 0 | 5 mi SW of Barstow, CA | 115540541 | 1879461 | 0 | False | 2020-06-25 09:16:00.000 | CA | Central Daylight Time | 148505 | 310748 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10147040: 9132591 | IY33D | 5 | 0 | 5 mi SW of Barstow, CA | 115541371 | 1879462 | 0 | False | 2020-06-25 09:18:00.000 | CA | Central Daylight Time | 148505 | 310748 |
| Driving | 1 | 3 | FC71D | True | 2276 | 10147040: 9132591 | IY33D | 224 | 0 | 5 mi SW of Barstow, CA | 115548852 | 1879462 | 0 | False | 2020-06-25 09:45:00.000 | CA | Central Daylight Time | 148505 | 310748 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10147040: 9132591 | IY33D | 35 | 0 | 15 mi E of Kingman, AZ | 115549945 | 1881738 | 0 | False | 2020-06-25 13:29:00.000 | AZ | Central Daylight Time | 148505 | 310748 |
| Driving | 1 | 3 | FC71D | True | 2936 | 10147040: 9132591 | IY33D | 278 | 0 | 15 mi E of Kingman, AZ | 115557865 | 1881738 | 0 | False | 2020-06-25 14:04:00.000 | AZ | Central Daylight Time | 148505 | 310748 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10147040: 9132591 | IY33D | 348 | 0 | 62 mi NNE of St. Johns, AZ | 115565210 | 1884674 | 0 | False | 2020-06-25 18:42:00.000 | AZ | Central Daylight Time | 148505 | 310748 |
| Sleeper | 1 | 2 | | True | 0 | 10147040: 9132591 | IY33D | 1 | 0 | 2 mi ESE of Tucumcari, NM | 115565214 | 1888024 | 0 | False | 2020-06-26 00:30:00.000 | NM | Central Daylight Time | 148505 | 310748 |
| Sleeper | 1 | 2 | | True | 0 | 10147040: 9132591 | IY33D | 99 | 0 | 2 mi ESE of Tucumcari, NM | 115566964 | -1 | 0 | False | 2020-06-26 00:31:00.000 | NM | Central Daylight Time | | 310748 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10147040: 9132591 | IY33D | 326 | 0 | 1 mi W of Dalhart, TX | 115573054 | 1888957 | 0 | False | 2020-06-26 02:10:00.000 | TX | Central Daylight Time | 148505 | 310748 |
| Driving | 1 | 3 | FC71D | True | 4 | 10147040: 9132591 | IY33D | 3 | 0 | 3 mi SSW of Hutchinson, KS | 115573147 | 1891956 | 0 | False | 2020-06-26 07:36:00.000 | KS | Central Daylight Time | 148505 | 310748 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10147040: 9132591 | IY33D | 2 | 0 | 3 mi SSW of Hutchinson, KS | 115573201 | 1891960 | 0 | False | 2020-06-26 07:39:00.000 | KS | Central Daylight Time | 148505 | 310748 |
| Driving | 1 | 3 | FC71D | True | 2689 | 10147040: 9132591 | IY33D | 256 | 0 | 3 mi SSW of Hutchinson, KS | 115581122 | 1891960 | 0 | False | 2020-06-26 07:41:00.000 | KS | Central Daylight Time | 148505 | 310748 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10147040: 9132591 | IY33D | 36 | 0 | 2 mi NE of Cameron, MO | 115582142 | 1894649 | 0 | False | 2020-06-26 11:57:00.000 | MO | Central Daylight Time | 148505 | 310748 |
| Driving | 1 | 3 | FC71D | True | 3989 | 10147040: 9132591 | IY33D | 367 | 0 | 2 mi NE of Cameron, MO | 115592494 | 1894649 | 0 | False | 2020-06-26 12:33:00.000 | MO | Central Daylight Time | 148505 | 310748 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10147040: 9132591 | IY33D | 9 | 0 | 4 mi NE of LaSalle twp, IL | 115592674 | 1898638 | 0 | False | 2020-06-26 18:40:00.000 | IL | Central Daylight Time | 148505 | 310748 |
| Driving | 1 | 3 | FC71D | True | 2 | 10147040: 9132591 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 115592713 | 1898638 | 0 | False | 2020-06-26 18:49:00.000 | IL | Central Daylight Time | 148505 | 310748 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10147040: 9132591 | IY33D | 3 | 0 | 4 mi NE of LaSalle twp, IL | 115592759 | 1898640 | 0 | False | 2020-06-26 18:50:00.000 | IL | Central Daylight Time | 148505 | 310748 |
| Driving | 1 | 3 | FC71D | True | 1 | 10147040: 9132591 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 115592815 | 1898640 | 0 | False | 2020-06-26 18:53:00.000 | IL | Central Daylight Time | 148505 | 310748 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10147040: 9132591 | IY33D | 9 | 0 | 4 mi NE of LaSalle twp, IL | 115593015 | 1898643 | 0 | False | 2020-06-26 18:55:00.000 | IL | Central Daylight Time | 148505 | 310748 |
| Driving | 1 | 3 | FC71D | True | 12 | 10147040: 9132591 | IY33D | 10 | 0 | 4 mi NE of LaSalle twp, IL | 115593273 | 1898644 | 0 | False | 2020-06-26 19:04:00.000 | IL | Central Daylight Time | 148505 | 310748 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10147040: 9132591 | IY33D | 10 | 0 | 4 mi NE of LaSalle twp, IL | 115593512 | 1898656 | 0 | False | 2020-06-26 19:14:00.000 | IL | Central Daylight Time | 148505 | 310748 |
| Driving | 1 | 3 | FC71D | True | 18 | 10147040: 9132591 | IY33D | 6 | 0 | 4 mi NE of LaSalle twp, IL | 115593643 | 1898656 | 0 | False | 2020-06-26 19:24:00.000 | IL | Central Daylight Time | 148505 | 310748 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10147040: 9132591 | IY33D | 6 | 0 | 5 mi NE of LaSalle twp, IL | 115593761 | 1898674 | 0 | False | 2020-06-26 19:30:00.000 | IL | Central Daylight Time | 148505 | 310748 |
| Driving | 1 | 3 | FC71D | True | 1 | 10147040: 9132591 | IY33D | 1 | 0 | 5 mi NE of LaSalle twp, IL | 115593788 | 1898674 | 0 | False | 2020-06-26 19:36:00.000 | IL | Central Daylight Time | 148505 | 310748 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10147040: 9132591 | IY33D | 736 | 0 | 5 mi NE of LaSalle twp, IL | 115606564 | 1898675 | 0 | False | 2020-06-26 19:37:00.000 | IL | Central Daylight Time | 148505 | 310748 |
| Driving | 1 | 3 | FC71D | True | 2675 | 000000: 000000 | IY33D | 275 | 0 | 3 mi SSW of Hutchinson, KS | 115612760 | 1905349 | 0 | False | 2020-06-27 07:53:00.000 | KS | Central Daylight Time | 148505 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 000000: 000000 | IY33D | 34 | 0 | 20 mi NNW of Cactus, TX | 115613462 | 1908024 | 0 | False | 2020-06-27 12:28:00.000 | TX | Central Daylight Time | 148505 | 000000 |
| Driving | 1 | 3 | FC71D | True | 1252 | 000000: 000000 | IY33D | 130 | 0 | 20 mi NNW of Cactus, TX | 115615999 | 1908024 | 0 | False | 2020-06-27 13:02:00.000 | TX | Central Daylight Time | 148505 | 000000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 000000: 000000 | IY33D | 24 | 0 | 2 mi ESE of Tucumcari, NM | 115616462 | 1909276 | 0 | False | 2020-06-27 15:12:00.000 | NM | Central Daylight Time | 148505 | 000000 |
| Driving | 1 | 3 | FC71D | True | 2552 | 000000: 000000 | IY33D | 246 | 0 | 2 mi ESE of Tucumcari, NM | 115621264 | 1909276 | 0 | False | 2020-06-27 15:36:00.000 | NM | Central Daylight Time | 148505 | 000000 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 000000: 000000 | IY33D | 637 | 0 | 4 mi NW of Grants, NM | 115629111 | 1911828 | 0 | False | 2020-06-27 19:42:00.000 | NM | Central Daylight Time | 148505 | 000000 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 00000: 00000 | IY33D | 11 | 0 | 5 mi SW of Barstow, CA | 115629188 | 1917828 | 0 | False | 2020-06-28 06:19:00.000 | CA | Central Daylight Time | 148505 | 00000 |
| Driving | 1 | 3 | FC71D | True | 730 | 00000: 00000 | IY33D | 79 | 0 | 5 mi SW of Barstow, CA | 115630398 | 1917828 | 0 | False | 2020-06-28 06:30:00.000 | CA | Central Daylight Time | 148505 | 00000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 00000: 00000 | IY33D | 4 | 0 | 4 mi NW of Jurupa Valley, CA | 115630437 | 1918558 | 0 | False | 2020-06-28 07:49:00.000 | CA | Central Daylight Time | 148505 | 00000 |
| Driving | 1 | 3 | FC71D | True | 627 | 00000: 00000 | IY33D | 72 | 0 | 4 mi NW of Jurupa Valley, CA | 115631553 | 1918558 | 0 | False | 2020-06-28 07:53:00.000 | CA | Central Daylight Time | 148505 | 00000 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 00000: 00000 | IY33D | 1 | 0 | 3 mi WSW of Burbank, CA | 115631568 | 1919185 | 0 | False | 2020-06-28 09:05:00.000 | CA | Central Daylight Time | 148505 | 00000 |
| OffDuty | 1 | 1 | | True | 0 | 00000: 00000 | IY33D | 0 | 0 | 3 mi WSW of Burbank, CA | 115631570 | 1919185 | 0 | False | 2020-06-28 09:06:00.000 | CA | Central Daylight Time | 148505 | 00000 |
| OffDuty | 1 | 1 | | True | 0 | 00000: 00000 | IY33D | 70 | 0 | 3 mi WSW of Burbank, CA | 115632779 | -1 | 0 | False | 2020-06-28 09:06:00.000 | CA | Central Daylight Time | | 00000 |
| OffDuty | 1 | 1 | | True | 0 | 00000: 00000 | IY33D | 0 | 0 | 5 mi N of Riverside, CA | 115632780 | 1919818 | 0 | False | 2020-06-28 10:16:00.000 | CA | Central Daylight Time | 148505 | 00000 |
| Driving | 1 | 3 | | True | 3 | 00000: 00000 | IY33D | 3 | 0 | 5 mi N of Riverside, CA | 115632827 | 1919818 | 0 | False | 2020-06-28 10:16:00.000 | CA | Central Daylight Time | 148505 | 00000 |
| OffDuty | 1 | 1 | | True | 0 | 00000: 00000 | IY33D | 0 | 0 | 4 mi WSW of Grand Terrace, CA | 115632828 | 1919821 | 0 | False | 2020-06-28 10:19:00.000 | CA | Central Daylight Time | 148505 | 00000 |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 2581 | 0 | 4 mi WSW of Grand Terrace, CA | 115678863 | -1 | 0 | False | 2020-06-28 10:19:00.000 | CA | Central Daylight Time | | |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10154163: 9168227 | IY33D | 5 | 0 | 3 mi WSW of Burbank, CA | 115678959 | 1921229 | 0 | False | 2020-06-30 05:20:00.000 | CA | Central Daylight Time | 148505 | 811509 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10154163: 9168227 | IY33D | 35 | 0 | 3 mi WSW of Burbank, CA | 115679633 | 1921229 | 0 | False | 2020-06-30 05:25:00.000 | CA | Central Daylight Time | 148505 | 811509 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10154163: 9168227 | IY33D | 287 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115687957 | 1921510 | 0 | False | 2020-06-30 06:00:00.000 | CA | Central Daylight Time | 148505 | 811509 |
| Driving | 1 | 3 | FC71D | True | 1 | 10154163: 9168227 | IY33D | 0 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115688016 | 1921510 | 0 | False | 2020-06-30 10:47:00.000 | CA | Central Daylight Time | 148505 | 811509 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10154163: 9168227 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115688027 | 1921511 | 0 | False | 2020-06-30 10:47:00.000 | CA | Central Daylight Time | 148505 | 811509 |
| Driving | 1 | 3 | FC71D | True | 4 | 10154163: 9168227 | IY33D | 5 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115688201 | 1921511 | 0 | False | 2020-06-30 10:49:00.000 | CA | Central Daylight Time | 148505 | 811509 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10154163: 9168227 | IY33D | 8 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115688450 | 1921515 | 0 | False | 2020-06-30 10:54:00.000 | CA | Central Daylight Time | 148505 | 811509 |
| Driving | 1 | 3 | FC71D | True | 2 | 10154163: 9168227 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115688527 | 1921516 | 0 | False | 2020-06-30 11:02:00.000 | CA | Central Daylight Time | 148505 | 811509 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10154163: 9168227 | IY33D | 27 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115689352 | 1921518 | 0 | False | 2020-06-30 11:04:00.000 | CA | Central Daylight Time | 148505 | 811509 |
| Driving | 1 | 3 | FC71D | True | 1078 | 10154163: 9168227 | IY33D | 132 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115693499 | 1921518 | 0 | False | 2020-06-30 11:31:00.000 | CA | Central Daylight Time | 148505 | 811509 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10154163: 9168227 | IY33D | 8 | 0 | 5 mi SW of Barstow, CA | 115693690 | 1922596 | 0 | False | 2020-06-30 13:43:00.000 | CA | Central Daylight Time | 148505 | 811509 |
| Driving | 1 | 3 | FC71D | True | 0 | 10154163: 9168227 | IY33D | 1 | 0 | 5 mi SW of Barstow, CA | 115693704 | 1922596 | 0 | False | 2020-06-30 13:51:00.000 | CA | Central Daylight Time | 148505 | 811509 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10154163: 9168227 | IY33D | 24 | 0 | 5 mi SW of Barstow, CA | 115694498 | 1922596 | 0 | False | 2020-06-30 13:52:00.000 | CA | Central Daylight Time | 148505 | 811509 |
| Driving | 1 | 3 | FC71D | True | 2274 | 10154163: 9168227 | IY33D | 228 | 0 | 5 mi SW of Barstow, CA | 115700734 | 1922596 | 0 | False | 2020-06-30 14:16:00.000 | CA | Central Daylight Time | 148505 | 811509 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10154163: 9168227 | IY33D | 32 | 0 | 15 mi E of Kingman, AZ | 115701534 | 1924870 | 0 | False | 2020-06-30 18:04:00.000 | AZ | Central Daylight Time | 148505 | 811509 |
| Driving | 1 | 3 | FC71D | True | 2183 | 10154163: 9168227 | IY33D | 225 | 0 | 15 mi E of Kingman, AZ | 115706203 | 1924870 | 0 | False | 2020-06-30 18:36:00.000 | AZ | Central Daylight Time | 148505 | 811509 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10154163: 9168227 | IY33D | 409 | 0 | 3 mi W of Holbrook, AZ | 115713239 | 1927053 | 0 | False | 2020-06-30 22:21:00.000 | AZ | Central Daylight Time | 148505 | 811509 |
| Sleeper | 1 | 2 | | True | 0 | 10154163: 9168227 | IY33D | 0 | 0 | 2 mi ESE of Tucumcari, NM | 115713240 | 1931156 | 0 | False | 2020-07-01 05:10:00.000 | NM | Central Daylight Time | 148505 | 811509 |
| Sleeper | 1 | 2 | | True | 0 | 10154163: 9168227 | IY33D | 14 | 0 | 2 mi ESE of Tucumcari, NM | 115713499 | -1 | 0 | False | 2020-07-01 05:10:00.000 | NM | Central Daylight Time | | 811509 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10154163: 9168227 | IY33D | 219 | 0 | 2 mi ESE of Tucumcari, NM | 115719150 | 1931157 | 0 | False | 2020-07-01 05:24:00.000 | NM | Central Daylight Time | 148505 | 811509 |
| Driving | 1 | 3 | FC71D | True | 753 | 10154163: 9168227 | IY33D | 79 | 0 | Hooker, OK | 115721523 | 1933019 | 0 | False | 2020-07-01 09:03:00.000 | OK | Central Daylight Time | 148505 | 811509 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OnDuty | 1 | 4 | FC71D | True | 0 | 10154163: 9168227 | IY33D | 7 | 0 | 17 mi NE of Meade Center twp, KS | 115721596 | 1933772 | 0 | False | 2020-07-01 10:22:00.000 | KS | Central Daylight Time | 148505 | 811509 |
| Driving | 1 | 3 | FC71D | True | 1319 | 10154163: 9168227 | IY33D | 136 | 0 | 17 mi NE of Meade Center twp, KS | 115725682 | 1933772 | 0 | False | 2020-07-01 10:29:00.000 | KS | Central Daylight Time | 148505 | 811509 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10154163: 9168227 | IY33D | 32 | 0 | 3 mi SSW of Hutchinson, KS | 115726530 | 1935091 | 0 | False | 2020-07-01 12:45:00.000 | KS | Central Daylight Time | 148505 | 811509 |
| Driving | 1 | 3 | FC71D | True | 4022 | 10154163: 9168227 | IY33D | 387 | 0 | 3 mi SSW of Hutchinson, KS | 115737045 | 1935091 | 0 | False | 2020-07-01 13:17:00.000 | KS | Central Daylight Time | 148505 | 811509 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10154163: 9168227 | IY33D | 676 | 0 | 5 mi WNW of Warrenton, MO | 115749839 | 1939113 | 0 | False | 2020-07-01 19:44:00.000 | MO | Central Daylight Time | 148505 | 811509 |
| Driving | 1 | 3 | FC71D | True | 1687 | 10149380: 9188733 | IY33D | 172 | 0 | 2 mi NE of Springdale, OH | 115754481 | 1943203 | 0 | False | 2020-07-02 07:00:00.000 | OH | Central Daylight Time | 148505 | 812127 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10149380: 9188733 | IY33D | 22 | 0 | 5 mi S of Brazil, IN | 115755189 | 1944890 | 0 | False | 2020-07-02 09:52:00.000 | IN | Central Daylight Time | 148505 | 812127 |
| Driving | 1 | 3 | FC71D | True | 1343 | 10149380: 9188733 | IY33D | 128 | 0 | 5 mi S of Brazil, IN | 115758927 | 1944890 | 0 | False | 2020-07-02 10:14:00.000 | IN | Central Daylight Time | 148505 | 812127 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10149380: 9188733 | IY33D | 10 | 0 | 2 mi SE of Greenville, IL | 115759216 | 1946233 | 0 | False | 2020-07-02 12:22:00.000 | IL | Central Daylight Time | 148505 | 812127 |
| Driving | 1 | 3 | FC71D | True | 1 | 10149380: 9188733 | IY33D | 2 | 0 | 2 mi SE of Greenville, IL | 115759266 | 1946233 | 0 | False | 2020-07-02 12:32:00.000 | IL | Central Daylight Time | 148505 | 812127 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10149380: 9188733 | IY33D | 34 | 0 | 2 mi SE of Greenville, IL | 115760331 | 1946234 | 0 | False | 2020-07-02 12:34:00.000 | IL | Central Daylight Time | 148505 | 812127 |
| Driving | 1 | 3 | FC71D | True | 3142 | 10149380: 9188733 | IY33D | 310 | 0 | 2 mi SE of Greenville, IL | 115768259 | 1946234 | 0 | False | 2020-07-02 13:08:00.000 | IL | Central Daylight Time | 148505 | 812127 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10149380: 9188733 | IY33D | 642 | 0 | 2 mi SSE of Olathe, KS | 115779668 | 1949376 | 0 | False | 2020-07-02 18:18:00.000 | KS | Central Daylight Time | 148505 | 812127 |
| Driving | 1 | 3 | FC71D | True | 1383 | 10149380: 9188733 | IY33D | 137 | 0 | 2 mi ESE of Tucumcari, NM | 115781830 | 1955247 | 0 | False | 2020-07-03 05:00:00.000 | NM | Central Daylight Time | 148505 | 812127 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10149380: 9188733 | IY33D | 18 | 0 | 13 mi SE of Edgewood, NM | 115782204 | 1956630 | 0 | False | 2020-07-03 07:17:00.000 | NM | Central Daylight Time | 148505 | 812127 |
| Driving | 1 | 3 | FC71D | True | 1976 | 10149380: 9188733 | IY33D | 186 | 0 | 13 mi SE of Edgewood, NM | 115786497 | 1956630 | 0 | False | 2020-07-03 07:35:00.000 | NM | Central Daylight Time | 148505 | 812127 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10149380: 9188733 | IY33D | 32 | 0 | 62 mi NNE of St. Johns, AZ | 115787242 | 1958606 | 0 | False | 2020-07-03 10:41:00.000 | AZ | Central Daylight Time | 148505 | 812127 |
| Driving | 1 | 3 | FC71D | True | 3503 | 10149380: 9188733 | IY33D | 327 | 0 | 62 mi NNE of St. Johns, AZ | 115793549 | 1958606 | 0 | False | 2020-07-03 11:13:00.000 | AZ | Central Daylight Time | 148505 | 812127 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10149380: 9188733 | IY33D | 376 | 0 | 17 mi N of Lake Havasu City, AZ | 115799632 | 1962109 | 0 | False | 2020-07-03 16:40:00.000 | AZ | Central Daylight Time | 148505 | 812127 |
| Sleeper | 1 | 2 | | True | 0 | 10149380: 9188733 | IY33D | 1 | 0 | 3 mi WSW of Burbank, CA | 115799633 | 1965182 | 0 | False | 2020-07-03 22:56:00.000 | CA | Central Daylight Time | 148505 | 812127 |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 4713 | 0 | 3 mi WSW of Burbank, CA | 115861795 | -1 | 0 | False | 2020-07-03 22:57:00.000 | CA | Central Daylight Time | | |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10152980: 9211069 | IY33D | 8 | 0 | 3 mi WSW of Burbank, CA | 115861901 | 1967222 | 0 | False | 2020-07-07 05:30:00.000 | CA | Central Daylight Time | 148505 | 811584 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10152980: 9211069 | IY33D | 36 | 0 | 3 mi WSW of Burbank, CA | 115862615 | 1967222 | 0 | False | 2020-07-07 05:38:00.000 | CA | Central Daylight Time | 148505 | 811584 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10152980: 9211069 | IY33D | 294 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115870942 | 1967503 | 0 | False | 2020-07-07 06:14:00.000 | CA | Central Daylight Time | 148505 | 811584 |
| Driving | 1 | 3 | FC71D | True | 3 | 10152980: 9211069 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115871101 | 1967503 | 0 | False | 2020-07-07 11:08:00.000 | CA | Central Daylight Time | 148505 | 811584 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10152980: 9211069 | IY33D | 7 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115871311 | 1967506 | 0 | False | 2020-07-07 11:11:00.000 | CA | Central Daylight Time | 148505 | 811584 |
| Driving | 1 | 3 | FC71D | True | 2 | 10152980: 9211069 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115871575 | 1967506 | 0 | False | 2020-07-07 11:18:00.000 | CA | Central Daylight Time | 148505 | 811584 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10152980: 9211069 | IY33D | 8 | 0 | 2 mi SE of Santa Fe Springs, CA | 115871631 | 1967508 | 0 | False | 2020-07-07 11:21:00.000 | CA | Central Daylight Time | 148505 | 811584 |
| Driving | 1 | 3 | FC71D | True | 5 | 10152980: 9211069 | IY33D | 7 | 0 | 2 mi SE of Santa Fe Springs, CA | 115871809 | 1967508 | 0 | False | 2020-07-07 11:29:00.000 | CA | Central Daylight Time | 148505 | 811584 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10152980: 9211069 | IY33D | 13 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115872161 | 1967513 | 0 | False | 2020-07-07 11:36:00.000 | CA | Central Daylight Time | 148505 | 811584 |
| Driving | 1 | 3 | FC71D | True | 4 | 10152980: 9211069 | IY33D | 4 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115872321 | 1967513 | 0 | False | 2020-07-07 11:49:00.000 | CA | Central Daylight Time | 148505 | 811584 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10152980: 9211069 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115872374 | 1967517 | 0 | False | 2020-07-07 11:53:00.000 | CA | Central Daylight Time | 148505 | 811584 |
| Driving | 1 | 3 | FC71D | True | 1076 | 10152980: 9211069 | IY33D | 126 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115876009 | 1967517 | 0 | False | 2020-07-07 11:56:00.000 | CA | Central Daylight Time | 148505 | 811584 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10152980: 9211069 | IY33D | 1 | 0 | 5 mi SW of Barstow, CA | 115876020 | 1968593 | 0 | False | 2020-07-07 14:02:00.000 | CA | Central Daylight Time | 148505 | 811584 |
| Driving | 1 | 3 | FC71D | True | 0 | 10152980: 9211069 | IY33D | 0 | 0 | 5 mi SW of Barstow, CA | 115876136 | 1968593 | 0 | False | 2020-07-07 14:03:00.000 | CA | Central Daylight Time | 148505 | 811584 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10152980: 9211069 | IY33D | 10 | 0 | 5 mi SW of Barstow, CA | 115876377 | 1968593 | 0 | False | 2020-07-07 14:03:00.000 | CA | Central Daylight Time | 148505 | 811584 |
| Driving | 1 | 3 | FC71D | True | 2 | 10152980: 9211069 | IY33D | 4 | 0 | 5 mi SW of Barstow, CA | 115876494 | 1968593 | 0 | False | 2020-07-07 14:13:00.000 | CA | Central Daylight Time | 148505 | 811584 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10152980: 9211069 | IY33D | 27 | 0 | 5 mi SW of Barstow, CA | 115877367 | 1968595 | 0 | False | 2020-07-07 14:17:00.000 | CA | Central Daylight Time | 148505 | 811584 |
| Driving | 1 | 3 | FC71D | True | 2276 | 10152980: 9211069 | IY33D | 234 | 0 | 5 mi SW of Barstow, CA | 115883223 | 1968595 | 0 | False | 2020-07-07 14:44:00.000 | CA | Central Daylight Time | 148505 | 811584 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10152980: 9211069 | IY33D | 37 | 0 | 15 mi E of Kingman, AZ | 115883988 | 1970871 | 0 | False | 2020-07-07 18:38:00.000 | AZ | Central Daylight Time | 148505 | 811584 |
| Driving | 1 | 3 | FC71D | True | 1326 | 10152980: 9211069 | IY33D | 136 | 0 | 15 mi E of Kingman, AZ | 115886884 | 1970871 | 0 | False | 2020-07-07 19:15:00.000 | AZ | Central Daylight Time | 148505 | 811584 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10152980: 9211069 | IY33D | 489 | 0 | 2 mi E of Flagstaff, AZ | 115894969 | 1972197 | 0 | False | 2020-07-07 21:31:00.000 | AZ | Central Daylight Time | 148505 | 811584 |
| Sleeper | 1 | 2 | | True | 0 | 10152980: 9211069 | IY33D | 0 | 0 | 2 mi ESE of Tucumcari, NM | 115894973 | 1977155 | 0 | False | 2020-07-08 05:40:00.000 | NM | Central Daylight Time | 148505 | 811584 |
| Sleeper | 1 | 2 | | True | 0 | 10152980: 9211069 | IY33D | 4 | 0 | 2 mi ESE of Tucumcari, NM | 115895069 | -1 | 0 | False | 2020-07-08 05:40:00.000 | NM | Central Daylight Time | | 811584 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10152980: 9211069 | IY33D | 180 | 0 | 2 mi ESE of Tucumcari, NM | 115900000 | 1977157 | 0 | False | 2020-07-08 05:44:00.000 | NM | Central Daylight Time | 148505 | 811584 |
| Driving | 1 | 3 | FC71D | True | 610 | 10152980: 9211069 | IY33D | 68 | 0 | 20 mi NNW of Cactus, TX | 115902061 | 1978410 | 0 | False | 2020-07-08 08:44:00.000 | TX | Central Daylight Time | 148505 | 811584 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10152980: 9211069 | IY33D | 30 | 0 | Hooker, OK | 115902931 | 1979020 | 0 | False | 2020-07-08 09:52:00.000 | OK | Central Daylight Time | 148505 | 811584 |
| Driving | 1 | 3 | FC71D | True | 2070 | 10152980: 9211069 | IY33D | 209 | 0 | Hooker, OK | 115909162 | 1979020 | 0 | False | 2020-07-08 10:22:00.000 | OK | Central Daylight Time | 148505 | 811584 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10152980: 9211069 | IY33D | 35 | 0 | 3 mi SSW of Hutchinson, KS | 115910278 | 1981090 | 0 | False | 2020-07-08 13:51:00.000 | KS | Central Daylight Time | 148505 | 811584 |
| Driving | 1 | 3 | FC71D | True | 166 | 10152980: 9211069 | IY33D | 18 | 0 | 3 mi SSW of Hutchinson, KS | 115910827 | 1981090 | 0 | False | 2020-07-08 14:26:00.000 | KS | Central Daylight Time | 148505 | 811584 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10152980: 9211069 | IY33D | 10 | 0 | 15 mi E of Hutchinson, KS | 115911041 | 1981256 | 0 | False | 2020-07-08 14:44:00.000 | KS | Central Daylight Time | 148505 | 811584 |
| Driving | 1 | 3 | FC71D | True | 3127 | 10152980: 9211069 | IY33D | 306 | 0 | 15 mi E of Hutchinson, KS | 115919209 | 1981256 | 0 | False | 2020-07-08 14:54:00.000 | KS | Central Daylight Time | 148505 | 811584 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10152980: 9211069 | IY33D | 849 | 0 | 15 mi NNE of Bethany twp, MO | 115937503 | 1984383 | 0 | False | 2020-07-08 20:00:00.000 | MO | Central Daylight Time | 148505 | 811584 |
| Driving | 1 | 3 | FC71D | True | 2 | 10153825: 9231901 | IY33D | 2 | 0 | 1 mi ESE of Coon Rapids, MN | 115937589 | 1987838 | 0 | False | 2020-07-09 10:09:00.000 | MN | Central Daylight Time | 148505 | 180406 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10153825: 9231901 | IY33D | 5 | 0 | 1 mi ESE of Coon Rapids, MN | 115937758 | 1987840 | 0 | False | 2020-07-09 10:11:00.000 | MN | Central Daylight Time | 148505 | 180406 |
| Driving | 1 | 3 | FC71D | True | 4 | 10153825: 9231901 | IY33D | 2 | 0 | 1 mi ESE of Coon Rapids, MN | 115937878 | 1987840 | 0 | False | 2020-07-09 10:16:00.000 | MN | Central Daylight Time | 148505 | 180406 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10153825: 9231901 | IY33D | 2 | 0 | 1 mi ESE of Coon Rapids, MN | 115937882 | 1987844 | 0 | False | 2020-07-09 10:18:00.000 | MN | Central Daylight Time | 148505 | 180406 |
| Driving | 1 | 3 | FC71D | True | 3 | 10153825: 9231901 | IY33D | 2 | 0 | 1 mi ESE of Coon Rapids, MN | 115937948 | 1987844 | 0 | False | 2020-07-09 10:20:00.000 | MN | Central Daylight Time | 148505 | 180406 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10153825: 9231901 | IY33D | 14 | 0 | 1 mi ESE of Coon Rapids, MN | 115938388 | 1987847 | 0 | False | 2020-07-09 10:22:00.000 | MN | Central Daylight Time | 148505 | 180406 |
| Driving | 1 | 3 | FC71D | True | 1110 | 10153825: 9231901 | IY33D | 134 | 0 | 1 mi ESE of Coon Rapids, MN | 115942735 | 1987847 | 0 | False | 2020-07-09 10:36:00.000 | MN | Central Daylight Time | 148505 | 180406 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10153825: 9231901 | IY33D | 22 | 0 | 3 mi ENE of Albert Lea, MN | 115943334 | 1988957 | 0 | False | 2020-07-09 12:50:00.000 | MN | Central Daylight Time | 148505 | 180406 |
| Driving | 1 | 3 | FC71D | True | 1571 | 10153825: 9231901 | IY33D | 152 | 0 | 3 mi ENE of Albert Lea, MN | 115947803 | 1988958 | 0 | False | 2020-07-09 13:12:00.000 | MN | Central Daylight Time | 148505 | 180406 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10153825: 9231901 | IY33D | 17 | 0 | 3 mi WNW of Clive, IA | 115948212 | 1990529 | 0 | False | 2020-07-09 15:44:00.000 | IA | Central Daylight Time | 148505 | 180406 |
| Driving | 1 | 3 | FC71D | True | 2 | 10153825: 9231901 | IY33D | 1 | 0 | 3 mi WNW of Clive, IA | 115948239 | 1990529 | 0 | False | 2020-07-09 16:01:00.000 | IA | Central Daylight Time | 148505 | 180406 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10153825: 9231901 | IY33D | 33 | 0 | 3 mi WNW of Clive, IA | 115949179 | 1990531 | 0 | False | 2020-07-09 16:02:00.000 | IA | Central Daylight Time | 148505 | 180406 |
| Driving | 1 | 3 | FC71D | True | 2426 | 10153825: 9231901 | IY33D | 230 | 0 | 3 mi WNW of Clive, IA | 115954972 | 1990531 | 0 | False | 2020-07-09 16:35:00.000 | IA | Central Daylight Time | 148505 | 180406 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10153825: 9231901 | IY33D | 631 | 0 | 3 mi S of Ottawa, KS | 115966201 | 1992957 | 0 | False | 2020-07-09 20:25:00.000 | KS | Central Daylight Time | 148505 | 180406 |
| Driving | 1 | 3 | FC71D | True | 1383 | 10153825: 9231901 | IY33D | 133 | 0 | 2 mi ESE of Tucumcari, NM | 115969761 | 1998515 | 0 | False | 2020-07-10 06:56:00.000 | NM | Central Daylight Time | 148505 | 180406 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10153825: 9231901 | IY33D | 25 | 0 | 13 mi SE of Edgewood, NM | 115970521 | 1999898 | 0 | False | 2020-07-10 09:09:00.000 | NM | Central Daylight Time | 148505 | 180406 |
| Driving | 1 | 3 | FC71D | True | 2639 | 10153825: 9231901 | IY33D | 246 | 0 | 13 mi SE of Edgewood, NM | 115977941 | 1999898 | 0 | False | 2020-07-10 09:34:00.000 | NM | Central Daylight Time | 148505 | 180406 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10153825: 9231901 | IY33D | 37 | 0 | 6 mi NE of Holbrook, AZ | 115979144 | 2002537 | 0 | False | 2020-07-10 13:40:00.000 | AZ | Central Daylight Time | 148505 | 180406 |
| Driving | 1 | 3 | FC71D | True | 2835 | 10153825: 9231901 | IY33D | 266 | 0 | 6 mi NE of Holbrook, AZ | 115986274 | 2002537 | 0 | False | 2020-07-10 14:17:00.000 | AZ | Central Daylight Time | 148505 | 180406 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10153825: 9231901 | IY33D | 357 | 0 | 17 mi N of Lake Havasu City, AZ | 115993632 | 2005372 | 0 | False | 2020-07-10 18:43:00.000 | AZ | Central Daylight Time | 148505 | 180406 |
| Sleeper | 1 | 2 | | True | 0 | 10153825: 9231901, 101 | IY33D | 0 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115993633 | 2008184 | 0 | False | 2020-07-11 00:40:00.000 | CA | Central Daylight Time | 148505 | 180406, 810543 |
| OffDuty | 1 | 1 | | True | 0 | 10153825: 9231901, 101 | IY33D | 34 | 0 | 2 mi ESE of Santa Fe Springs, CA | 115994276 | -1 | 0 | False | 2020-07-11 00:40:00.000 | CA | Central Daylight Time | | 180406, 810543 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10153825: 9231901, 101 | IY33D | 3 | 0 | 3 mi WSW of Burbank, CA | 115994320 | 2008455 | 0 | False | 2020-07-11 01:14:00.000 | CA | Central Daylight Time | 148505 | 180406, 810543 |
| OffDuty | 1 | 1 | | True | 0 | 10153825: 9231901, 101 | IY33D | 0 | 0 | 3 mi WSW of Burbank, CA | 115994322 | 2008455 | 0 | False | 2020-07-11 01:17:00.000 | CA | Central Daylight Time | 148505 | 180406, 810543 |
| OffDuty | 1 | 1 | | True | 0 | 10153825: 9231901, 101 | IY33D | 586 | 0 | 3 mi WSW of Burbank, CA | 116004747 | -1 | 0 | False | 2020-07-11 01:17:00.000 | CA | Central Daylight Time | | 180406, 810543 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10153825: 9231901, 101 | IY33D | 20 | 0 | 3 mi WSW of Burbank, CA | 116005112 | 2010462 | 0 | False | 2020-07-11 11:03:00.000 | CA | Central Daylight Time | 148505 | 180406, 810543 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10153825: 9231901, 101 | IY33D | 9 | 0 | 1 mi SW of Santa Fe Springs, CA | 116005422 | 2010716 | 0 | False | 2020-07-11 11:23:00.000 | CA | Central Daylight Time | 148505 | 180406, 810543 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10153825: 9231901, 101 | IY33D | 6 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116005449 | 2010743 | 0 | False | 2020-07-11 11:32:00.000 | CA | Central Daylight Time | 148505 | 180406, 810543 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10153825: 9231901, 101 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116005467 | 2010743 | 0 | False | 2020-07-11 11:38:00.000 | CA | Central Daylight Time | 148505 | 180406, 810543 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10153825: 9231901, 101 | IY33D | 10 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116005716 | 2010744 | 0 | False | 2020-07-11 11:39:00.000 | CA | Central Daylight Time | 148505 | 180406, 810543 |
| Driving | 1 | 3 | FC71D | True | 4 | 10153825: 9231901, 101 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116005811 | 2010744 | 0 | False | 2020-07-11 11:49:00.000 | CA | Central Daylight Time | 148505 | 180406, 810543 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10153825: 9231901, 101 | IY33D | 11 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116006041 | 2010748 | 0 | False | 2020-07-11 11:52:00.000 | CA | Central Daylight Time | 148505 | 180406, 810543 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10153825: 9231901, 101 | IY33D | 4 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116006135 | 2010748 | 0 | False | 2020-07-11 12:03:00.000 | CA | Central Daylight Time | 148505 | 180406, 810543 |
| Driving | 1 | 3 | FC71D | True | 3 | 10153825: 9231901, 101 | IY33D | 5 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116006257 | 2010748 | 0 | False | 2020-07-11 12:07:00.000 | CA | Central Daylight Time | 148505 | 180406, 810543 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10153825: 9231901, 101 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116006315 | 2010751 | 0 | False | 2020-07-11 12:12:00.000 | CA | Central Daylight Time | 148505 | 180406, 810543 |
| Driving | 1 | 3 | FC71D | True | 1076 | 10153825: 9231901, 101 | IY33D | 128 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116008974 | 2010751 | 0 | False | 2020-07-11 12:15:00.000 | CA | Central Daylight Time | 148505 | 180406, 810543 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10153825: 9231901, 101 | IY33D | 22 | 0 | 5 mi SW of Barstow, CA | 116009456 | 2011827 | 0 | False | 2020-07-11 14:23:00.000 | CA | Central Daylight Time | 148505 | 180406, 810543 |
| Driving | 1 | 3 | FC71D | True | 2273 | 10153825: 9231901, 101 | IY33D | 216 | 0 | 5 mi SW of Barstow, CA | 116013526 | 2011827 | 0 | False | 2020-07-11 14:45:00.000 | CA | Central Daylight Time | 148505 | 180406, 810543 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10153825: 9231901, 101 | IY33D | 32 | 0 | 15 mi E of Kingman, AZ | 116014097 | 2014100 | 0 | False | 2020-07-11 18:21:00.000 | AZ | Central Daylight Time | 148505 | 180406, 810543 |
| Driving | 1 | 3 | FC71D | True | 1897 | 10153825: 9231901, 101 | IY33D | 180 | 0 | 15 mi E of Kingman, AZ | 116017054 | 2014100 | 0 | False | 2020-07-11 18:53:00.000 | AZ | Central Daylight Time | 148505 | 180406, 810543 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10153825: 9231901, 101 | IY33D | 665 | 0 | 1 mi ESE of Winslow, AZ | 116024944 | 2015997 | 0 | False | 2020-07-11 21:53:00.000 | AZ | Central Daylight Time | 148505 | 180406, 810543 |
| Driving | 1 | 3 | FC71D | True | 2070 | 10154106: 9252069 | IY33D | 209 | 0 | Hooker, OK | 116028400 | 2022241 | 0 | False | 2020-07-12 08:58:00.000 | OK | Central Daylight Time | 148505 | 810543 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10154106: 9252069 | IY33D | 19 | 0 | 3 mi SSW of Hutchinson, KS | 116028671 | 2024311 | 0 | False | 2020-07-12 12:27:00.000 | KS | Central Daylight Time | 148505 | 810543 |
| Driving | 1 | 3 | FC71D | True | 0 | 10154106: 9252069 | IY33D | 0 | 0 | 3 mi SSW of Hutchinson, KS | 116028677 | 2024311 | 0 | False | 2020-07-12 12:46:00.000 | KS | Central Daylight Time | 148505 | 810543 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10154106: 9252069 | IY33D | 11 | 0 | 3 mi SSW of Hutchinson, KS | 116028860 | 2024311 | 0 | False | 2020-07-12 12:46:00.000 | KS | Central Daylight Time | 148505 | 810543 |
| Driving | 1 | 3 | FC71D | True | 1343 | 10154106: 9252069 | IY33D | 130 | 0 | 3 mi SSW of Hutchinson, KS | 116030847 | 2024311 | 0 | False | 2020-07-12 12:57:00.000 | KS | Central Daylight Time | 148505 | 810543 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10154106: 9252069 | IY33D | 35 | 0 | 16 mi N of Burlington, KS | 116031364 | 2025654 | 0 | False | 2020-07-12 15:07:00.000 | KS | Central Daylight Time | 148505 | 810543 |
| Driving | 1 | 3 | FC71D | True | 2699 | 10154106: 9252069 | IY33D | 251 | 0 | 16 mi N of Burlington, KS | 116035017 | 2025654 | 0 | False | 2020-07-12 15:42:00.000 | KS | Central Daylight Time | 148505 | 810543 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10154106: 9252069 | IY33D | 354 | 0 | 3 mi WNW of Clive, IA | 116038896 | 2028353 | 0 | False | 2020-07-12 19:53:00.000 | IA | Central Daylight Time | 148505 | 810543 |
| Sleeper | 1 | 2 | | True | 0 | 10154106: 9252069 | IY33D | 0 | 0 | 3 mi SE of East Chicago, IN | 116038897 | 2031921 | 0 | False | 2020-07-13 01:47:00.000 | IN | Central Daylight Time | 148505 | 810543 |
| Sleeper | 1 | 2 | | True | 0 | 10154106: 9252069 | IY33D | 124 | 0 | 3 mi SE of East Chicago, IN | 116039900 | -1 | 0 | False | 2020-07-13 01:47:00.000 | IN | Central Daylight Time | | 810543 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10154106: 9252069 | IY33D | 391 | 0 | 5 mi NE of LaSalle twp, IL | 116047735 | 2032880 | 0 | False | 2020-07-13 03:51:00.000 | IL | Central Daylight Time | 148505 | 810543 |
| Sleeper | 1 | 2 | | True | 0 | 10154106: 9252069 | IY33D | 0 | 0 | 5 mi NE of LaSalle twp, IL | 116047736 | 2032880 | 0 | False | 2020-07-13 10:22:00.000 | IL | Central Daylight Time | 148505 | 810543 |
| Sleeper | 1 | 2 | | True | 0 | 10154106: 9252069 | IY33D | 63 | 0 | 5 mi NE of LaSalle twp, IL | 116049616 | -1 | 0 | False | 2020-07-13 10:22:00.000 | IL | Central Daylight Time | | 810543 |
| Sleeper | 1 | 2 | | True | 0 | 10154106: 9252069 | IY33D | 1 | 0 | 5 mi NE of LaSalle twp, IL | 116049625 | 2033025 | 0 | False | 2020-07-13 11:25:00.000 | IL | Central Daylight Time | 148505 | 810543 |
| Sleeper | 1 | 2 | FC71D | True | 0 | | IY33D | 1136 | 0 | 5 mi NE of LaSalle twp, IL | 116073445 | -1 | 0 | False | 2020-07-13 11:26:00.000 | IL | Central Daylight Time | 148505 | |
| Sleeper | 1 | 2 | | True | 0 | 10156672: 9260274 | IY33D | 9 | 0 | 5 mi NE of LaSalle twp, IL | 116073640 | -1 | 0 | False | 2020-07-14 06:22:00.000 | IL | Central Daylight Time | | 811887 |
| Sleeper | 1 | 2 | | True | 0 | 10156672: 9260274 | IY33D | 1 | 0 | 5 mi NE of LaSalle twp, IL | 116073644 | 2033025 | 0 | False | 2020-07-14 06:31:00.000 | IL | Central Daylight Time | 148505 | 811887 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10156672: 9260274 | IY33D | 1 | 0 | 5 mi NE of LaSalle twp, IL | 116073668 | 2033025 | 0 | False | 2020-07-14 06:32:00.000 | IL | Central Daylight Time | 148505 | 811887 |
| Driving | 1 | 3 | FC71D | True | 19 | 10156672: 9260274 | IY33D | 7 | 0 | 5 mi NE of LaSalle twp, IL | 116073827 | 2033025 | 0 | False | 2020-07-14 06:33:00.000 | IL | Central Daylight Time | 148505 | 811887 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10156672: 9260274 | IY33D | 8 | 0 | 4 mi NE of LaSalle twp, IL | 116074029 | 2033044 | 0 | False | 2020-07-14 06:40:00.000 | IL | Central Daylight Time | 148505 | 811887 |
| Driving | 1 | 3 | FC71D | True | 1 | 10156672: 9260274 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 116074077 | 2033044 | 0 | False | 2020-07-14 06:48:00.000 | IL | Central Daylight Time | 148505 | 811887 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10156672: 9260274 | IY33D | 8 | 0 | 4 mi NE of LaSalle twp, IL | 116074273 | 2033045 | 0 | False | 2020-07-14 06:50:00.000 | IL | Central Daylight Time | 148505 | 811887 |
| Driving | 1 | 3 | FC71D | True | 3412 | 10156672: 9260274 | IY33D | 321 | 0 | 4 mi NE of LaSalle twp, IL | 116083937 | 2033045 | 0 | False | 2020-07-14 06:58:00.000 | IL | Central Daylight Time | 148505 | 811887 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10156672: 9260274 | IY33D | 36 | 0 | 21 mi NNE of Bethany twp, MO | 116085008 | 2036457 | 0 | False | 2020-07-14 12:19:00.000 | MO | Central Daylight Time | 148505 | 811887 |
| Driving | 1 | 3 | FC71D | True | 3270 | 10156672: 9260274 | IY33D | 316 | 0 | 21 mi NNE of Bethany twp, MO | 116094018 | 2036457 | 0 | False | 2020-07-14 12:55:00.000 | MO | Central Daylight Time | 148505 | 811887 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10156672: 9260274 | IY33D | 725 | 0 | 3 mi SSW of Hutchinson, KS | 116108033 | 2039727 | 0 | False | 2020-07-14 18:11:00.000 | KS | Central Daylight Time | 148505 | 811887 |
| Driving | 1 | 3 | FC71D | True | 1467 | 10156672: 9260274 | IY33D | 138 | 0 | 4 mi NW of Grants, NM | 116111694 | 2046214 | 0 | False | 2020-07-15 06:16:00.000 | NM | Central Daylight Time | 148505 | 811887 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10156672: 9260274 | IY33D | 26 | 0 | 6 mi NE of Holbrook, AZ | 116112461 | 2047681 | 0 | False | 2020-07-15 08:34:00.000 | AZ | Central Daylight Time | 148505 | 811887 |
| Driving | 1 | 3 | FC71D | True | 2271 | 10156672: 9260274 | IY33D | 213 | 0 | 6 mi NE of Holbrook, AZ | 116119547 | 2047681 | 0 | False | 2020-07-15 09:00:00.000 | AZ | Central Daylight Time | 148505 | 811887 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10156672: 9260274 | IY33D | 35 | 0 | 15 mi E of Kingman, AZ | 116120625 | 2049952 | 0 | False | 2020-07-15 12:33:00.000 | AZ | Central Daylight Time | 148505 | 811887 |
| Driving | 1 | 3 | FC71D | True | 2271 | 10156672: 9260274 | IY33D | 220 | 0 | 15 mi E of Kingman, AZ | 116126940 | 2049952 | 0 | False | 2020-07-15 13:08:00.000 | AZ | Central Daylight Time | 148505 | 811887 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10156672: 9260274 | IY33D | 851 | 0 | 5 mi SW of Barstow, CA | 116144597 | 2052223 | 0 | False | 2020-07-15 16:48:00.000 | CA | Central Daylight Time | 148505 | 811887 |
| Driving | 1 | 3 | FC71D | True | 4408 | 10156530: 9279041 | IY33D | 411 | 0 | 8 mi E of Kingman, AZ | 116156999 | 2056089 | 0 | False | 2020-07-16 06:59:00.000 | AZ | Central Daylight Time | 148505 | 810318 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10156530: 9279041 | IY33D | 34 | 0 | 17 mi WSW of Albuquerque, NM | 116157996 | 2060497 | 0 | False | 2020-07-16 13:50:00.000 | NM | Central Daylight Time | 148505 | 810318 |
| Driving | 1 | 3 | FC71D | True | 1939 | 10156530: 9279041 | IY33D | 180 | 0 | 17 mi WSW of Albuquerque, NM | 116162851 | 2060498 | 0 | False | 2020-07-16 14:24:00.000 | NM | Central Daylight Time | 148505 | 810318 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10156530: 9279041 | IY33D | 697 | 0 | 2 mi ESE of Tucumcari, NM | 116176230 | 2062437 | 0 | False | 2020-07-16 17:24:00.000 | NM | Central Daylight Time | 148505 | 810318 |
| Driving | 1 | 3 | FC71D | True | 2405 | 10156530: 9279041, 101 | IY33D | 223 | 0 | 1 mi W of Kearney, MO | 116181915 | 2068776 | 0 | False | 2020-07-17 05:01:00.000 | MO | Central Daylight Time | 148505 | 810318, 180788 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10156530: 9279041, 101 | IY33D | 32 | 0 | 15 mi SSW of Belle Plaine, IA | 116182930 | 2071181 | 0 | False | 2020-07-17 08:44:00.000 | IA | Central Daylight Time | 148505 | 810318, 180788 |
| Driving | 1 | 3 | FC71D | True | 1881 | 10156530: 9279041, 101 | IY33D | 176 | 0 | 15 mi SSW of Belle Plaine, IA | 116188672 | 2071181 | 0 | False | 2020-07-17 09:16:00.000 | IA | Central Daylight Time | 148505 | 810318, 180788 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10156530: 9279041, 101 | IY33D | 6 | 0 | 4 mi NE of LaSalle twp, IL | 116188840 | 2073062 | 0 | False | 2020-07-17 12:12:00.000 | IL | Central Daylight Time | 148505 | 810318, 180788 |
| Driving | 1 | 3 | FC71D | True | 1 | 10156530: 9279041, 101 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 116188921 | 2073062 | 0 | False | 2020-07-17 12:18:00.000 | IL | Central Daylight Time | 148505 | 810318, 180788 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10156530: 9279041, 101 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 116188961 | 2073063 | 0 | False | 2020-07-17 12:20:00.000 | IL | Central Daylight Time | 148505 | 810318, 180788 |
| Driving | 1 | 3 | FC71D | True | 4 | 10156530: 9279041, 101 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 116189032 | 2073063 | 0 | False | 2020-07-17 12:22:00.000 | IL | Central Daylight Time | 148505 | 810318, 180788 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10156530: 9279041, 101 | IY33D | 9 | 0 | 4 mi NE of LaSalle twp, IL | 116189289 | 2073067 | 0 | False | 2020-07-17 12:24:00.000 | IL | Central Daylight Time | 148505 | 810318, 180788 |
| Driving | 1 | 3 | FC71D | True | 2 | 10156530: 9279041, 101 | IY33D | 3 | 0 | 4 mi NE of LaSalle twp, IL | 116189362 | 2073067 | 0 | False | 2020-07-17 12:33:00.000 | IL | Central Daylight Time | 148505 | 810318, 180788 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10156530: 9279041, 101 | IY33D | 4 | 0 | 4 mi NE of LaSalle twp, IL | 116189462 | 2073069 | 0 | False | 2020-07-17 12:36:00.000 | IL | Central Daylight Time | 148505 | 810318, 180788 |
| Driving | 1 | 3 | FC71D | True | 19 | 10156530: 9279041, 101 | IY33D | 13 | 0 | 4 mi NE of LaSalle twp, IL | 116189903 | 2073069 | 0 | False | 2020-07-17 12:40:00.000 | IL | Central Daylight Time | 148505 | 810318, 180788 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10156530: 9279041, 101 | IY33D | 12 | 0 | 5 mi NE of LaSalle twp, IL | 116190303 | 2073088 | 0 | False | 2020-07-17 12:53:00.000 | IL | Central Daylight Time | 148505 | 810318, 180788 |
| Driving | 1 | 3 | FC71D | True | 1 | 10156530: 9279041, 101 | IY33D | 1 | 0 | 5 mi NE of LaSalle twp, IL | 116190330 | 2073088 | 0 | False | 2020-07-17 13:05:00.000 | IL | Central Daylight Time | 148505 | 810318, 180788 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10156530: 9279041, 101 | IY33D | 40 | 0 | 5 mi NE of LaSalle twp, IL | 116191599 | 2073089 | 0 | False | 2020-07-17 13:06:00.000 | IL | Central Daylight Time | 148505 | 810318, 180788 |
| Driving | 1 | 3 | FC71D | True | 2205 | 10156530: 9279041, 101 | IY33D | 212 | 0 | 5 mi NE of LaSalle twp, IL | 116197422 | 2073089 | 0 | False | 2020-07-17 13:46:00.000 | IL | Central Daylight Time | 148505 | 810318, 180788 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10156530: 9279041, 101 | IY33D | 460 | 0 | 3 mi ESE of Newton, IA | 116206698 | 2075294 | 0 | False | 2020-07-17 17:18:00.000 | IA | Central Daylight Time | 148505 | 810318, 180788 |
| Sleeper | 1 | 2 | | True | 0 | 10156530: 9279041, 101 | IY33D | 10 | 0 | 3 mi SSW of Hutchinson, KS | 116206873 | -1 | 0 | False | 2020-07-18 00:58:00.000 | KS | Central Daylight Time | | 810318, 180788, 810763, 810763, 810763, 810763 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10156530: 9279041, 101 | IY33D | 240 | 0 | 3 mi SSW of Hutchinson, KS | 116210181 | 2079772 | 0 | False | 2020-07-18 01:08:00.000 | KS | Central Daylight Time | 148505 | 810318, 180788, 810763, 810763, 810763, 810763 |
| Driving | 1 | 3 | FC71D | True | 1860 | 10156530: 9279041, 101 | IY33D | 192 | 0 | Hooker, OK | 116213490 | 2081840 | 0 | False | 2020-07-18 05:08:00.000 | OK | Central Daylight Time | 148505 | 810318, 180788, 810763, 810763, 810763, 810763 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10156530: 9279041, 101 | IY33D | 11 | 0 | 2 mi ESE of Tucumcari, NM | 116213741 | 2083700 | 0 | False | 2020-07-18 08:20:00.000 | NM | Central Daylight Time | 148505 | 810318, 180788, 810763, 810763, 810763, 810763 |
| Driving | 1 | 3 | FC71D | True | 0 | 10156530: 9279041, 101 | IY33D | 0 | 0 | 2 mi ESE of Tucumcari, NM | 116213745 | 2083700 | 0 | False | 2020-07-18 08:31:00.000 | NM | Central Daylight Time | 148505 | 810318, 180788, 810763, 810763, 810763, 810763 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10156530: 9279041, 101 | IY33D | 24 | 0 | 2 mi ESE of Tucumcari, NM | 116214292 | 2083700 | 0 | False | 2020-07-18 08:31:00.000 | NM | Central Daylight Time | 148505 | 810318, 180788, 810763, 810763, 810763, 810763 |
| Driving | 1 | 3 | FC71D | True | 1945 | 10156530: 9279041, 101 | IY33D | 183 | 0 | 2 mi ESE of Tucumcari, NM | 116218251 | 2083701 | 0 | False | 2020-07-18 08:55:00.000 | NM | Central Daylight Time | 148505 | 810318, 180788, 810763, 810763, 810763, 810763 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10156530: 9279041, 101 | IY33D | 32 | 0 | 17 mi WSW of Albuquerque, NM | 116218904 | 2085646 | 0 | False | 2020-07-18 11:58:00.000 | NM | Central Daylight Time | 148505 | 810318, 180788, 810763, 810763, 810763, 810763 |
| Driving | 1 | 3 | FC71D | True | 2453 | 10156530: 9279041, 101 | IY33D | 229 | 0 | 17 mi WSW of Albuquerque, NM | 116223343 | 2085646 | 0 | False | 2020-07-18 12:30:00.000 | NM | Central Daylight Time | 148505 | 810318, 180788, 810763, 810763, 810763, 810763 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10156530: 9279041, 101 | IY33D | 17 | 0 | 1 mi ESE of Winslow, AZ | 116223694 | 2088099 | 0 | False | 2020-07-18 16:19:00.000 | AZ | Central Daylight Time | 148505 | 810318, 180788, 810763, 810763, 810763, 810763 |
| Sleeper | 1 | 2 | | True | 0 | 10156530: 9279041, 101 | IY33D | 0 | 0 | 1 mi ESE of Winslow, AZ | 116223697 | 2088099 | 0 | False | 2020-07-18 16:36:00.000 | AZ | Central Daylight Time | 148505 | 810318, 180788, 810763, 810763, 810763, 810763 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sleeper | 1 | 2 | | True | 0 | 10156530: 9279041, 101! | IY33D | 366 | 0 | 1 mi ESE of Winslow, AZ | 116229665 | -1 | 0 | False | 2020-07-18 16:36:00.000 | AZ | Central Daylight Time | | 810318, 180788, 810763, 810763, 810763, 810763 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10156530: 9279041, 101! | IY33D | 9 | 0 | 29 mi ESE of Barstow, CA | 116229774 | 2091917 | 0 | False | 2020-07-18 22:42:00.000 | CA | Central Daylight Time | 148505 | 810318, 180788, 810763, 810763, 810763, 810763 |
| OffDuty | 1 | 1 | | True | 0 | 10156530: 9279041, 101! | IY33D | 0 | 0 | 29 mi ESE of Barstow, CA | 116229781 | 2091917 | 0 | False | 2020-07-18 22:51:00.000 | CA | Central Daylight Time | 148505 | 810318, 180788, 810763, 810763, 810763, 810763 |
| OffDuty | 1 | 1 | | True | 0 | 10156530: 9279041, 101! | IY33D | 1982 | 0 | 29 mi ESE of Barstow, CA | 116256322 | -1 | 0 | False | 2020-07-18 22:51:00.000 | CA | Central Daylight Time | | 810318, 180788, 810763, 810763, 810763, 810763 |
| OffDuty | 1 | 1 | | True | 0 | 10159358: 1536350, 101! | IY33D | 0 | 0 | 5 mi N of Riverside, CA | 116256325 | 2096910 | 0 | False | 2020-07-20 07:53:00.000 | CA | Central Daylight Time | 148505 | 810763, 810763 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10159358: 1536350, 101! | IY33D | 0 | 0 | 5 mi N of Riverside, CA | 116256332 | 2096910 | 0 | False | 2020-07-20 07:53:00.000 | CA | Central Daylight Time | 148505 | 810763, 810763 |
| OffDuty | 1 | 1 | | True | 0 | 10159358: 1536350, 101! | IY33D | 0 | 0 | 5 mi N of Riverside, CA | 116256333 | 2096910 | 0 | False | 2020-07-20 07:53:00.000 | CA | Central Daylight Time | 148505 | 810763, 810763 |
| Driving | 1 | 3 | | True | 2 | 10159358: 1536350, 101! | IY33D | 1 | 0 | 5 mi N of Riverside, CA | 116256373 | 2096910 | 0 | False | 2020-07-20 07:53:00.000 | CA | Central Daylight Time | 148505 | 810763, 810763 |
| OnDuty | 1 | 4 | | True | 0 | 10159358: 1536350, 101! | IY33D | 1 | 0 | 4 mi WSW of Grand Terrace, CA | 116256375 | 2096912 | 0 | False | 2020-07-20 07:54:00.000 | CA | Central Daylight Time | 148505 | 810763, 810763 |
| OnDuty | 1 | 4 | | True | 0 | 10159358: 1536350, 101! | IY33D | 0 | 0 | 4 mi WSW of Grand Terrace, CA | 116256380 | 2096912 | 0 | False | 2020-07-20 07:55:00.000 | CA | Central Daylight Time | 148505 | 810763, 810763 |
| OnDuty | 1 | 4 | | True | 0 | 10159358: 1536350, 101! | IY33D | 1 | 0 | 4 mi WSW of Grand Terrace, CA | 116256400 | 2096912 | 0 | False | 2020-07-20 07:55:00.000 | CA | Central Daylight Time | 148505 | 810763, 810763 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10159358: 1536350, 101! | IY33D | 0 | 0 | 4 mi WSW of Grand Terrace, CA | 116256404 | 2096912 | 0 | False | 2020-07-20 07:56:00.000 | CA | Central Daylight Time | 148505 | 810763, 810763 |
| Driving | 1 | 3 | FC71D | True | 3 | 10159358: 1536350, 101! | IY33D | 4 | 0 | 4 mi WSW of Grand Terrace, CA | 116256477 | 2096912 | 0 | False | 2020-07-20 07:56:00.000 | CA | Central Daylight Time | 148505 | 810763, 810763 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10159358: 1536350, 101! | IY33D | 4 | 0 | 4 mi WSW of Grand Terrace, CA | 116256575 | 2096915 | 0 | False | 2020-07-20 08:00:00.000 | CA | Central Daylight Time | 148505 | 810763, 810763 |
| OffDuty | 1 | 1 | | True | 0 | 10159358: 1536350, 101! | IY33D | 54 | 0 | 4 mi WSW of Grand Terrace, CA | 116258063 | -1 | 0 | False | 2020-07-20 08:04:00.000 | CA | Central Daylight Time | | 810763, 810763 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10159358: 1536350, 101! | IY33D | 3 | 0 | 4 mi WSW of Grand Terrace, CA | 116258117 | 2096915 | 0 | False | 2020-07-20 08:58:00.000 | CA | Central Daylight Time | 148505 | 810763, 810763 |
| Driving | 1 | 3 | FC71D | True | 0 | 10159358: 1536350, 101! | IY33D | 0 | 0 | 4 mi WSW of Grand Terrace, CA | 116258151 | 2096915 | 0 | False | 2020-07-20 09:01:00.000 | CA | Central Daylight Time | 148505 | 810763, 810763 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10159358: 1536350, 101! | IY33D | 3 | 0 | 4 mi WSW of Grand Terrace, CA | 116258247 | 2096915 | 0 | False | 2020-07-20 09:01:00.000 | CA | Central Daylight Time | 148505 | 810763, 810763 |
| Driving | 1 | 3 | FC71D | True | 1 | 10159358: 1536350, 101! | IY33D | 1 | 0 | 4 mi WSW of Grand Terrace, CA | 116258261 | 2096915 | 0 | False | 2020-07-20 09:04:00.000 | CA | Central Daylight Time | 148505 | 810763, 810763 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10159358: 1536350, 101! | IY33D | 0 | 0 | 5 mi N of Riverside, CA | 116258274 | 2096916 | 0 | False | 2020-07-20 09:05:00.000 | CA | Central Daylight Time | 148505 | 810763, 810763 |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 14241 | 0 | 5 mi N of Riverside, CA | 116561794 | -1 | 0 | False | 2020-07-20 09:05:00.000 | CA | Central Daylight Time | | |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10163364: 9386998 | IY33D | 101 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116564364 | 2143861 | 0 | False | 2020-07-30 06:26:00.000 | CA | Central Daylight Time | 148505 | 180681 |
| Driving | 1 | 3 | FC71D | True | 3 | 10163364: 9386998 | IY33D | 4 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116564467 | 2143862 | 0 | False | 2020-07-30 08:07:00.000 | CA | Central Daylight Time | 148505 | 180681 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10163364: 9386998 | IY33D | 4 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116564577 | 2143865 | 0 | False | 2020-07-30 08:11:00.000 | CA | Central Daylight Time | 148505 | 180681 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10163364: 9386998 | IY33D | 5 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116564747 | 2143865 | 0 | False | 2020-07-30 08:15:00.000 | CA | Central Daylight Time | 148505 | 180681 |
| Driving | 1 | 3 | FC71D | True | 1082 | 10163364: 9386998 | IY33D | 126 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116568701 | 2143865 | 0 | False | 2020-07-30 08:20:00.000 | CA | Central Daylight Time | 148505 | 180681 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10163364: 9386998 | IY33D | 9 | 0 | 5 mi SW of Barstow, CA | 116568784 | 2144947 | 0 | False | 2020-07-30 10:26:00.000 | CA | Central Daylight Time | 148505 | 180681 |
| Driving | 1 | 3 | FC71D | True | 1 | 10163364: 9386998 | IY33D | 3 | 0 | 5 mi SW of Barstow, CA | 116568874 | 2144947 | 0 | False | 2020-07-30 10:35:00.000 | CA | Central Daylight Time | 148505 | 180681 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10163364: 9386998 | IY33D | 19 | 0 | 5 mi SW of Barstow, CA | 116569468 | 2144948 | 0 | False | 2020-07-30 10:38:00.000 | CA | Central Daylight Time | 148505 | 180681 |
| Driving | 1 | 3 | FC71D | True | 2277 | 10163364: 9386998 | IY33D | 219 | 0 | 5 mi SW of Barstow, CA | 116575903 | 2144948 | 0 | False | 2020-07-30 10:57:00.000 | CA | Central Daylight Time | 148505 | 180681 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10163364: 9386998 | IY33D | 34 | 0 | 15 mi E of Kingman, AZ | 116576954 | 2147225 | 0 | False | 2020-07-30 14:36:00.000 | AZ | Central Daylight Time | 148505 | 180681 |
| Driving | 1 | 3 | FC71D | True | 2938 | 10163364: 9386998 | IY33D | 274 | 0 | 15 mi E of Kingman, AZ | 116583563 | 2147225 | 0 | False | 2020-07-30 15:10:00.000 | AZ | Central Daylight Time | 148505 | 180681 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10163364: 9386998 | IY33D | 347 | 0 | 62 mi NNE of St. Johns, AZ | 116590151 | 2150163 | 0 | False | 2020-07-30 19:44:00.000 | AZ | Central Daylight Time | 148505 | 180681 |
| Sleeper | 1 | 2 | | True | 0 | 10163364: 9386998 | IY33D | 1 | 0 | 2 mi ESE of Tucumcari, NM | 116590153 | 2153519 | 0 | False | 2020-07-31 01:31:00.000 | NM | Central Daylight Time | 148505 | 180681 |
| Sleeper | 1 | 2 | | True | 0 | 10163364: 9386998 | IY33D | 92 | 0 | 2 mi ESE of Tucumcari, NM | 116591650 | -1 | 0 | False | 2020-07-31 01:32:00.000 | NM | Central Daylight Time | | 180681 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10163364: 9386998 | IY33D | 313 | 0 | 1 mi W of Dalhart, TX | 116597978 | 2154452 | 0 | False | 2020-07-31 03:04:00.000 | TX | Central Daylight Time | 148505 | 180681 |
| Driving | 1 | 3 | FC71D | True | 2694 | 10163364: 9386998 | IY33D | 264 | 0 | 3 mi SSW of Hutchinson, KS | 116606052 | 2157456 | 0 | False | 2020-07-31 08:17:00.000 | KS | Central Daylight Time | 148505 | 180681 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10163364: 9386998 | IY33D | 32 | 0 | 2 mi NE of Cameron, MO | 116606945 | 2160150 | 0 | False | 2020-07-31 12:41:00.000 | MO | Central Daylight Time | 148505 | 180681 |
| Driving | 1 | 3 | FC71D | True | 3995 | 10163364: 9386998 | IY33D | 366 | 0 | 2 mi NE of Cameron, MO | 116616506 | 2160150 | 0 | False | 2020-07-31 13:13:00.000 | MO | Central Daylight Time | 148505 | 180681 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10163364: 9386998 | IY33D | 8 | 0 | 4 mi NE of LaSalle twp, IL | 116616695 | 2164145 | 0 | False | 2020-07-31 19:19:00.000 | IL | Central Daylight Time | 148505 | 180681 |
| Driving | 1 | 3 | FC71D | True | 2 | 10163364: 9386998 | IY33D | 2 | 0 | 4 mi NE of LaSalle twp, IL | 116616738 | 2164145 | 0 | False | 2020-07-31 19:27:00.000 | IL | Central Daylight Time | 148505 | 180681 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10163364: 9386998 | IY33D | 3 | 0 | 4 mi NE of LaSalle twp, IL | 116616788 | 2164147 | 0 | False | 2020-07-31 19:29:00.000 | IL | Central Daylight Time | 148505 | 180681 |
| Driving | 1 | 3 | FC71D | True | 4 | 10163364: 9386998 | IY33D | 3 | 0 | 4 mi NE of LaSalle twp, IL | 116616862 | 2164147 | 0 | False | 2020-07-31 19:32:00.000 | IL | Central Daylight Time | 148505 | 180681 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10163364: 9386998 | IY33D | 6 | 0 | 4 mi NE of LaSalle twp, IL | 116617001 | 2164151 | 0 | False | 2020-07-31 19:35:00.000 | IL | Central Daylight Time | 148505 | 180681 |
| Driving | 1 | 3 | FC71D | True | 3 | 10163364: 9386998 | IY33D | 3 | 0 | 4 mi NE of LaSalle twp, IL | 116617068 | 2164151 | 0 | False | 2020-07-31 19:41:00.000 | IL | Central Daylight Time | 148505 | 180681 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10163364: 9386998 | IY33D | 5 | 0 | 4 mi NE of LaSalle twp, IL | 116617170 | 2164154 | 0 | False | 2020-07-31 19:44:00.000 | IL | Central Daylight Time | 148505 | 180681 |
| Driving | 1 | 3 | FC71D | True | 3 | 10163364: 9386998 | IY33D | 3 | 0 | 4 mi NE of LaSalle twp, IL | 116617240 | 2164154 | 0 | False | 2020-07-31 19:49:00.000 | IL | Central Daylight Time | 148505 | 180681 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10163364: 9386998 | IY33D | 1 | 0 | 4 mi NE of LaSalle twp, IL | 116617243 | 2164157 | 0 | False | 2020-07-31 19:52:00.000 | IL | Central Daylight Time | 148505 | 180681 |
| Sleeper | 1 | 2 | | True | 0 | 10163364: 9386998 | IY33D | 0 | 0 | 4 mi NE of LaSalle twp, IL | 116617245 | 2164157 | 0 | False | 2020-07-31 19:53:00.000 | IL | Central Daylight Time | 148505 | 180681 |
| Sleeper | 1 | 2 | | True | 0 | 10163364: 9386998 | IY33D | 71 | 0 | 4 mi NE of LaSalle twp, IL | 116618628 | -1 | 0 | False | 2020-07-31 19:53:00.000 | IL | Central Daylight Time | | 180681 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10163364: 9386998 | IY33D | 654 | 0 | 5 mi NE of LaSalle twp, IL | 116629448 | 2164175 | 0 | False | 2020-07-31 21:04:00.000 | IL | Central Daylight Time | 148505 | 180681 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10163039: 9402867 | IY33D | 8 | 0 | 3 mi SSW of Hutchinson, KS | 116629474 | 2170856 | 0 | False | 2020-08-01 07:58:00.000 | KS | Central Daylight Time | 148505 | 480488 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10163039: 9402867 | IY33D | 4 | 0 | 3 mi SSW of Hutchinson, KS | 116629560 | 2170856 | 0 | False | 2020-08-01 08:06:00.000 | KS | Central Daylight Time | 148505 | 480488 |
| Driving | 1 | 3 | FC71D | True | 3932 | 10163039: 9402867 | IY33D | 400 | 0 | 3 mi SSW of Hutchinson, KS | 116637762 | 2170856 | 0 | False | 2020-08-01 08:10:00.000 | KS | Central Daylight Time | 148505 | 480488 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10163039: 9402867 | IY33D | 49 | 0 | 2 mi ESE of Tucumcari, NM | 116638658 | 2174788 | 0 | False | 2020-08-01 14:50:00.000 | NM | Central Daylight Time | 148505 | 480488 |
| Driving | 1 | 3 | FC71D | True | 2 | 10163039: 9402867 | IY33D | 1 | 0 | 2 mi ESE of Tucumcari, NM | 116638686 | 2174788 | 0 | False | 2020-08-01 15:39:00.000 | NM | Central Daylight Time | 148505 | 480488 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10163039: 9402867 | IY33D | 23 | 0 | 2 mi ESE of Tucumcari, NM | 116639059 | 2174790 | 0 | False | 2020-08-01 15:40:00.000 | NM | Central Daylight Time | 148505 | 480488 |
| Driving | 1 | 3 | FC71D | True | 2557 | 10163039: 9402867 | IY33D | 241 | 0 | 2 mi ESE of Tucumcari, NM | 116642884 | 2174790 | 0 | False | 2020-08-01 16:03:00.000 | NM | Central Daylight Time | 148505 | 480488 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10163039: 9402867 | IY33D | 633 | 0 | 4 mi NW of Grants, NM | 116649982 | 2177347 | 0 | False | 2020-08-01 20:04:00.000 | NM | Central Daylight Time | 148505 | 480488 |
| Driving | 1 | 3 | FC71D | True | 1215 | 10163039: 9402867 | IY33D | 125 | 0 | 5 mi SW of Barstow, CA | 116651598 | 2183362 | 0 | False | 2020-08-02 06:37:00.000 | CA | Central Daylight Time | 148505 | 480488 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10163039: 9402867 | IY33D | 5 | 0 | 3 mi SE of San Fernando, CA | 116651644 | 2184577 | 0 | False | 2020-08-02 08:42:00.000 | CA | Central Daylight Time | 148505 | 480488 |
| Driving | 1 | 3 | FC71D | True | 106 | 10163039: 9402867 | IY33D | 25 | 0 | 3 mi SE of San Fernando, CA | 116652011 | 2184577 | 0 | False | 2020-08-02 08:47:00.000 | CA | Central Daylight Time | 148505 | 480488 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10163039: 9402867 | IY33D | 1 | 0 | 3 mi WSW of Burbank, CA | 116652013 | 2184683 | 0 | False | 2020-08-02 09:12:00.000 | CA | Central Daylight Time | 148505 | 480488 |
| OffDuty | 1 | 1 | | True | 0 | 10163039: 9402867 | IY33D | 0 | 0 | 3 mi WSW of Burbank, CA | 116652014 | 2184683 | 0 | False | 2020-08-02 09:13:00.000 | CA | Central Daylight Time | 148505 | 480488 |
| OffDuty | 1 | 1 | | True | 0 | | IY33D | 2696 | 0 | 3 mi WSW of Burbank, CA | 116699379 | -1 | 0 | False | 2020-08-02 09:13:00.000 | CA | Central Daylight Time | | |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10166619: 9425048 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116699417 | 2186969 | 0 | False | 2020-08-04 06:09:00.000 | CA | Central Daylight Time | 148505 | 811615 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10166619: 9425048 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116699459 | 2186969 | 0 | False | 2020-08-04 06:11:00.000 | CA | Central Daylight Time | 148505 | 811615 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10166619: 9425048 | IY33D | 196 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116704446 | 2186970 | 0 | False | 2020-08-04 06:12:00.000 | CA | Central Daylight Time | 148505 | 811615 |
| Driving | 1 | 3 | FC71D | True | 1 | 10166619: 9425048 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116704509 | 2186970 | 0 | False | 2020-08-04 09:28:00.000 | CA | Central Daylight Time | 148505 | 811615 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10166619: 9425048 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116704513 | 2186971 | 0 | False | 2020-08-04 09:29:00.000 | CA | Central Daylight Time | 148505 | 811615 |
| Driving | 1 | 3 | FC71D | True | 7 | 10166619: 9425048 | IY33D | 7 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116704736 | 2186971 | 0 | False | 2020-08-04 09:30:00.000 | CA | Central Daylight Time | 148505 | 811615 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10166619: 9425048 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116704812 | 2186978 | 0 | False | 2020-08-04 09:37:00.000 | CA | Central Daylight Time | 148505 | 811615 |
| Driving | 1 | 3 | FC71D | True | 3 | 10166619: 9425048 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116704909 | 2186978 | 0 | False | 2020-08-04 09:40:00.000 | CA | Central Daylight Time | 148505 | 811615 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10166619: 9425048 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116704929 | 2186981 | 0 | False | 2020-08-04 09:43:00.000 | CA | Central Daylight Time | 148505 | 811615 |
| Driving | 1 | 3 | FC71D | True | 1 | 10166619: 9425048 | IY33D | 4 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116705056 | 2186982 | 0 | False | 2020-08-04 09:44:00.000 | CA | Central Daylight Time | 148505 | 811615 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10166619: 9425048 | IY33D | 8 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116705308 | 2186983 | 0 | False | 2020-08-04 09:48:00.000 | CA | Central Daylight Time | 148505 | 811615 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10166619: 9425048 | IY33D | 4 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116705438 | 2186983 | 0 | False | 2020-08-04 09:56:00.000 | CA | Central Daylight Time | 148505 | 811615 |
| Driving | 1 | 3 | FC71D | True | 1085 | 10166619: 9425048 | IY33D | 140 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116709675 | 2186983 | 0 | False | 2020-08-04 10:00:00.000 | CA | Central Daylight Time | 148505 | 811615 |
| OnDuty | 1 | 4 | FC71D | True | 0 | 10166619: 9425048 | IY33D | 10 | 0 | 5 mi SW of Barstow, CA | 116709758 | 2188068 | 0 | False | 2020-08-04 12:20:00.000 | CA | Central Daylight Time | 148505 | 811615 |
| Driving | 1 | 3 | FC71D | True | 1 | 10166619: 9425048 | IY33D | 3 | 0 | 5 mi SW of Barstow, CA | 116709830 | 2188069 | 0 | False | 2020-08-04 12:30:00.000 | CA | Central Daylight Time | 148505 | 811615 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10166619: 9425048 | IY33D | 18 | 0 | 5 mi SW of Barstow, CA | 116710305 | 2188070 | 0 | False | 2020-08-04 12:33:00.000 | CA | Central Daylight Time | 148505 | 811615 |
| Driving | 1 | 3 | FC71D | True | 2279 | 10166619: 9425048 | IY33D | 228 | 0 | 5 mi SW of Barstow, CA | 116716683 | 2188070 | 0 | False | 2020-08-04 12:51:00.000 | CA | Central Daylight Time | 148505 | 811615 |
| OffDuty | 1 | 1 | FC71D | True | 0 | 10166619: 9425048 | IY33D | 37 | 0 | 15 mi E of Kingman, AZ | 116717681 | 2190349 | 0 | False | 2020-08-04 16:39:00.000 | AZ | Central Daylight Time | 148505 | 811615 |
| Driving | 1 | 3 | FC71D | True | 2891 | 10166619: 9425048 | IY33D | 269 | 0 | 15 mi E of Kingman, AZ | 116724146 | 2190349 | 0 | False | 2020-08-04 17:16:00.000 | AZ | Central Daylight Time | 148505 | 811615 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10166619: 9425048 | IY33D | 358 | 0 | 57 mi NNE of St. Johns, AZ | 116729260 | 2193240 | 0 | False | 2020-08-04 21:45:00.000 | AZ | Central Daylight Time | 148505 | 811615 |
| Sleeper | 1 | 2 | | True | 0 | 10166619: 9425048 | IY33D | 0 | 0 | 2 mi ESE of Tucumcari, NM | 116729261 | 2196654 | 0 | False | 2020-08-05 03:43:00.000 | NM | Central Daylight Time | 148505 | 811615 |
| Sleeper | 1 | 2 | | True | 0 | 10166619: 9425048 | IY33D | 93 | 0 | 2 mi ESE of Tucumcari, NM | 116730843 | -1 | 0 | False | 2020-08-05 03:43:00.000 | NM | Central Daylight Time | | 811615 |
| Sleeper | 1 | 2 | FC71D | True | 0 | 10166619: 9425048 | IY33D | 180 | 0 | 1 mi W of Dalhart, TX | 116735579 | 2197589 | 0 | False | 2020-08-05 05:16:00.000 | TX | Central Daylight Time | 148505 | 811615 |
| Driving | 1 | 3 | FC71D | False | 1485 | 10166619: 9425048 | IY33D | 155 | 0 | 3 mi N of Meade Center twp, KS | 116740287 | 2199112 | 0 | False | 2020-08-05 08:16:00.000 | KS | Central Daylight Time | 148505 | 811615 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10166619: 9425048 | IY33D | 18 | 0 | 3 mi SSW of Hutchinson, KS | 116740831 | 2200597 | 0 | False | 2020-08-05 10:51:00.000 | KS | Central Daylight Time | 148505 | 811615 |
| Driving | 1 | 3 | FC71D | False | 2697 | 10166619: 9425048 | IY33D | 280 | 0 | 3 mi SSW of Hutchinson, KS | 116749276 | 2200597 | 0 | False | 2020-08-05 11:09:00.000 | KS | Central Daylight Time | 148505 | 811615 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10166619: 9425048 | IY33D | 31 | 0 | 2 mi NE of Cameron, MO | 116750121 | 2203294 | 0 | False | 2020-08-05 15:49:00.000 | MO | Central Daylight Time | 148505 | 811615 |
| Driving | 1 | 3 | FC71D | False | 1356 | 10166619: 9425048 | IY33D | 131 | 0 | 2 mi NE of Cameron, MO | 116753357 | 2203294 | 0 | False | 2020-08-05 16:20:00.000 | MO | Central Daylight Time | 148505 | 811615 |
| Sleeper | 1 | 2 | FC71D | False | 0 | 10166619: 9425048 | IY33D | 703 | 0 | 3 mi WNW of Clive, IA | 116766459 | 2204650 | 0 | False | 2020-08-05 18:31:00.000 | IA | Central Daylight Time | 148505 | 811615 |
| Driving | 1 | 3 | FC71D | False | 3412 | 10166309: 9444853 | IY33D | 316 | 0 | 4 mi NE of LaSalle twp, IL | 116775110 | 2207353 | 0 | False | 2020-08-06 06:14:00.000 | IL | Central Daylight Time | 148505 | 811741 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10166309: 9444853 | IY33D | 37 | 0 | 21 mi NNE of Bethany twp, MO | 116776176 | 2210765 | 0 | False | 2020-08-06 11:30:00.000 | MO | Central Daylight Time | 148505 | 811741 |
| Driving | 1 | 3 | FC71D | False | 3272 | 10166309: 9444853 | IY33D | 310 | 0 | 21 mi NNE of Bethany twp, MO | 116784516 | 2210765 | 0 | False | 2020-08-06 12:07:00.000 | MO | Central Daylight Time | 148505 | 811741 |
| Sleeper | 1 | 2 | FC71D | False | 0 | 10166309: 9444853 | IY33D | 717 | 0 | 3 mi SSW of Hutchinson, KS | 116797541 | 2214037 | 0 | False | 2020-08-06 17:17:00.000 | KS | Central Daylight Time | 148505 | 811741 |
| Driving | 1 | 3 | FC71D | False | 1467 | 10166309: 9444853 | IY33D | 138 | 0 | 4 mi NW of Grants, NM | 116800762 | 2220525 | 0 | False | 2020-08-07 05:14:00.000 | NM | Central Daylight Time | 148505 | 811741 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10166309: 9444853 | IY33D | 19 | 0 | 6 mi NE of Holbrook, AZ | 116801208 | 2221992 | 0 | False | 2020-08-07 07:32:00.000 | AZ | Central Daylight Time | 148505 | 811741 |
| Driving | 1 | 3 | FC71D | False | 2272 | 10166309: 9444853 | IY33D | 211 | 0 | 6 mi NE of Holbrook, AZ | 116807134 | 2221992 | 0 | False | 2020-08-07 07:51:00.000 | AZ | Central Daylight Time | 148505 | 811741 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10166309: 9444853 | IY33D | 32 | 0 | 15 mi E of Kingman, AZ | 116808029 | 2224264 | 0 | False | 2020-08-07 11:22:00.000 | AZ | Central Daylight Time | 148505 | 811741 |
| Driving | 1 | 3 | FC71D | False | 2271 | 10166309: 9444853 | IY33D | 216 | 0 | 15 mi E of Kingman, AZ | 116814638 | 2224264 | 0 | False | 2020-08-07 11:54:00.000 | AZ | Central Daylight Time | 148505 | 811741 |
| Sleeper | 1 | 2 | FC71D | False | 0 | 10166309: 9444853 | IY33D | 373 | 0 | 5 mi SW of Barstow, CA | 116823588 | 2226535 | 0 | False | 2020-08-07 15:30:00.000 | CA | Central Daylight Time | 148505 | 811741 |
| Sleeper | 1 | 2 | | False | 0 | 10166309: 9444853 | IY33D | 0 | 0 | 1 mi WSW of Hemet, CA | 116823590 | 2228807 | 0 | False | 2020-08-07 21:43:00.000 | CA | Central Daylight Time | 148505 | 811741 |
| OffDuty | 1 | 1 | | False | 0 | 10166309: 9444853 | IY33D | 4668 | 0 | 1 mi WSW of Hemet, CA | 116898855 | -1 | 0 | False | 2020-08-07 21:43:00.000 | CA | Central Daylight Time | | 811741 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 5 | 0 | 1 mi WSW of Hemet, CA | 116898917 | 2228807 | 0 | False | 2020-08-11 03:31:00.000 | CA | Central Daylight Time | 148505 | 180365 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 108 | 0 | 1 mi WSW of Hemet, CA | 116900632 | 2228807 | 0 | False | 2020-08-11 03:36:00.000 | CA | Central Daylight Time | 148505 | 180365 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 9 | 0 | 3 mi WSW of Burbank, CA | 116900779 | 2229833 | 0 | False | 2020-08-11 05:24:00.000 | CA | Central Daylight Time | 148505 | 180365 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 33 | 0 | 3 mi WSW of Burbank, CA | 116901333 | 2229833 | 0 | False | 2020-08-11 05:33:00.000 | CA | Central Daylight Time | 148505 | 180365 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116901361 | 2230114 | 0 | False | 2020-08-11 06:06:00.000 | CA | Central Daylight Time | 148505 | 180365 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116901408 | 2230114 | 0 | False | 2020-08-11 06:09:00.000 | CA | Central Daylight Time | 148505 | 180365 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 153 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116904852 | 2230115 | 0 | False | 2020-08-11 06:11:00.000 | CA | Central Daylight Time | 148505 | 180365 |
| Driving | 1 | 3 | FC71D | False | 1 | 10169680: 9477589 | IY33D | 1 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116904886 | 2230115 | 0 | False | 2020-08-11 08:44:00.000 | CA | Central Daylight Time | 148505 | 180365 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 2 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116904902 | 2230116 | 0 | False | 2020-08-11 08:45:00.000 | CA | Central Daylight Time | 148505 | 180365 |
| Driving | 1 | 3 | FC71D | False | 2 | 10169680: 9477589 | IY33D | 3 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116904997 | 2230116 | 0 | False | 2020-08-11 08:47:00.000 | CA | Central Daylight Time | 148505 | 180365 |
| OnDuty | 1 | 4 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 8 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116905216 | 2230118 | 0 | False | 2020-08-11 08:50:00.000 | CA | Central Daylight Time | 148505 | 180365 |
| Driving | 1 | 3 | FC71D | False | 1083 | 10169680: 9477589 | IY33D | 148 | 0 | 2 mi ESE of Santa Fe Springs, CA | 116909220 | 2230119 | 0 | False | 2020-08-11 08:58:00.000 | CA | Central Daylight Time | 148505 | 180365 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 33 | 0 | 5 mi SW of Barstow, CA | 116910073 | 2231202 | 0 | False | 2020-08-11 11:26:00.000 | CA | Central Daylight Time | 148505 | 180365 |
| Driving | 1 | 3 | FC71D | False | 1 | 10169680: 9477589 | IY33D | 2 | 0 | 5 mi SW of Barstow, CA | 116910137 | 2231202 | 0 | False | 2020-08-11 11:59:00.000 | CA | Central Daylight Time | 148505 | 180365 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 19 | 0 | 5 mi SW of Barstow, CA | 116910624 | 2231203 | 0 | False | 2020-08-11 12:01:00.000 | CA | Central Daylight Time | 148505 | 180365 |
| Driving | 1 | 3 | FC71D | False | 2280 | 10169680: 9477589 | IY33D | 224 | 0 | 5 mi SW of Barstow, CA | 116916167 | 2231203 | 0 | False | 2020-08-11 12:20:00.000 | CA | Central Daylight Time | 148505 | 180365 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 34 | 0 | 15 mi E of Kingman, AZ | 116917006 | 2233483 | 0 | False | 2020-08-11 16:04:00.000 | AZ | Central Daylight Time | 148505 | 180365 |
| Driving | 1 | 3 | FC71D | False | 2942 | 10169680: 9477589 | IY33D | 276 | 0 | 15 mi E of Kingman, AZ | 116923038 | 2233483 | 0 | False | 2020-08-11 16:38:00.000 | AZ | Central Daylight Time | 148505 | 180365 |
| Sleeper | 1 | 2 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 638 | 0 | 62 mi NNE of St. Johns, AZ | 116933876 | 2236425 | 0 | False | 2020-08-11 21:14:00.000 | AZ | Central Daylight Time | 148505 | 180365 |
| Driving | 1 | 3 | FC71D | False | 1486 | 10169680: 9477589 | IY33D | 149 | 0 | 3 mi N of Meade Center twp, KS | 116937780 | 2242241 | 0 | False | 2020-08-12 07:52:00.000 | KS | Central Daylight Time | 148505 | 180365 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 17 | 0 | 3 mi SSW of Hutchinson, KS | 116938289 | 2243727 | 0 | False | 2020-08-12 10:21:00.000 | KS | Central Daylight Time | 148505 | 180365 |
| Driving | 1 | 3 | FC71D | False | 3 | 10169680: 9477589 | IY33D | 2 | 0 | 3 mi SSW of Hutchinson, KS | 116938567 | 2243728 | 0 | False | 2020-08-12 10:38:00.000 | KS | Central Daylight Time | 148505 | 180365 |
| OnDuty | 1 | 4 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 8 | 0 | 3 mi SSW of Hutchinson, KS | 116938600 | 2243731 | 0 | False | 2020-08-12 10:40:00.000 | KS | Central Daylight Time | 148505 | 180365 |
| Driving | 1 | 3 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 0 | 0 | 3 mi SSW of Hutchinson, KS | 116938747 | 2243731 | 0 | False | 2020-08-12 10:48:00.000 | KS | Central Daylight Time | 148505 | 180365 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 6 | 0 | 3 mi SSW of Hutchinson, KS | 116938828 | 2243731 | 0 | False | 2020-08-12 10:48:00.000 | KS | Central Daylight Time | 148505 | 180365 |
| Driving | 1 | 3 | FC71D | False | 1626 | 10169680: 9477589 | IY33D | 161 | 0 | 3 mi SSW of Hutchinson, KS | 116943487 | 2243731 | 0 | False | 2020-08-12 10:54:00.000 | KS | Central Daylight Time | 148505 | 180365 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 135 | 0 | 3 mi S of Ottawa, KS | 116947215 | 2245357 | 0 | False | 2020-08-12 13:35:00.000 | KS | Central Daylight Time | 148505 | 180365 |
| Driving | 1 | 3 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 1 | 0 | 3 mi S of Ottawa, KS | 116947273 | 2245357 | 0 | False | 2020-08-12 15:50:00.000 | KS | Central Daylight Time | 148505 | 180365 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 29 | 0 | 3 mi S of Ottawa, KS | 116948012 | 2245357 | 0 | False | 2020-08-12 15:51:00.000 | KS | Central Daylight Time | 148505 | 180365 |
| Driving | 1 | 3 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 0 | 0 | 3 mi S of Ottawa, KS | 116948026 | 2245357 | 0 | False | 2020-08-12 16:20:00.000 | KS | Central Daylight Time | 148505 | 180365 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 16 | 0 | 3 mi S of Ottawa, KS | 116948408 | 2245357 | 0 | False | 2020-08-12 16:20:00.000 | KS | Central Daylight Time | 148505 | 180365 |
| Driving | 1 | 3 | FC71D | False | 1604 | 10169680: 9477589 | IY33D | 158 | 0 | 3 mi S of Ottawa, KS | 116952203 | 2245358 | 0 | False | 2020-08-12 16:36:00.000 | KS | Central Daylight Time | 148505 | 180365 |
| Sleeper | 1 | 2 | FC71D | False | 0 | 10169680: 9477589 | IY33D | 1185 | 0 | 15 mi NNE of Bethany twp, MO | 116978336 | 2246962 | 0 | False | 2020-08-12 19:14:00.000 | MO | Central Daylight Time | 148505 | 180365 |
| Driving | 1 | 3 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 1 | 0 | 12 mi SSE of St. Cloud, MN | 116978543 | 2250994 | 0 | False | 2020-08-13 14:59:00.000 | MN | Central Daylight Time | 148505 | 311381 |
| OnDuty | 1 | 4 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 9 | 0 | 12 mi SSE of St. Cloud, MN | 116978622 | 2250994 | 0 | False | 2020-08-13 15:00:00.000 | MN | Central Daylight Time | 148505 | 311381 |
| Driving | 1 | 3 | FC71D | False | 272 | 10171561: 000086708 | IY33D | 35 | 0 | 12 mi SSE of St. Cloud, MN | 116979613 | 2250994 | 0 | False | 2020-08-13 15:09:00.000 | MN | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 75 | 0 | 8 mi SW of St. Joseph, MN | 116981476 | 2251266 | 0 | False | 2020-08-13 15:44:00.000 | MN | Central Daylight Time | 148505 | 311381 |
| Driving | 1 | 3 | FC71D | False | 3 | 10171561: 000086708 | IY33D | 6 | 0 | 8 mi SW of St. Joseph, MN | 116981645 | 2251266 | 0 | False | 2020-08-13 16:59:00.000 | MN | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 73 | 0 | 8 mi SW of St. Joseph, MN | 116983386 | 2251269 | 0 | False | 2020-08-13 17:05:00.000 | MN | Central Daylight Time | 148505 | 311381 |
| Driving | 1 | 3 | FC71D | False | 195 | 10171561: 000086708 | IY33D | 27 | 0 | 8 mi SW of St. Joseph, MN | 116984011 | 2251269 | 0 | False | 2020-08-13 18:18:00.000 | MN | Central Daylight Time | 148505 | 311381 |
| Sleeper | 1 | 2 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 708 | 0 | 4 mi S of St. Cloud, MN | 116996264 | 2251464 | 0 | False | 2020-08-13 18:45:00.000 | MN | Central Daylight Time | 148505 | 311381 |
| Driving | 1 | 3 | FC71D | False | 631 | 10171561: 000086708 | IY33D | 63 | 0 | 9 mi SSE of Marion, KS | 116997970 | 2258130 | 0 | False | 2020-08-14 06:33:00.000 | KS | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 12 | 0 | 3 mi SSW of Hutchinson, KS | 116998287 | 2258761 | 0 | False | 2020-08-14 07:36:00.000 | KS | Central Daylight Time | 148505 | 311381 |
| Driving | 1 | 3 | FC71D | False | 4 | 10171561: 000086708 | IY33D | 2 | 0 | 3 mi SSW of Hutchinson, KS | 116998345 | 2258761 | 0 | False | 2020-08-14 07:48:00.000 | KS | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 15 | 0 | 3 mi SSW of Hutchinson, KS | 116998766 | 2258765 | 0 | False | 2020-08-14 07:50:00.000 | KS | Central Daylight Time | 148505 | 311381 |
| Driving | 1 | 3 | FC71D | False | 3694 | 10171561: 000086708 | IY33D | 372 | 0 | 3 mi SSW of Hutchinson, KS | 117009452 | 2258765 | 0 | False | 2020-08-14 08:05:00.000 | KS | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 38 | 0 | Logan, NM | 117010428 | 2262459 | 0 | False | 2020-08-14 14:17:00.000 | NM | Central Daylight Time | 148505 | 311381 |
| Driving | 1 | 3 | FC71D | False | 242 | 10171561: 000086708 | IY33D | 28 | 0 | Logan, NM | 117011212 | 2262459 | 0 | False | 2020-08-14 14:55:00.000 | NM | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 9 | 0 | 2 mi ESE of Tucumcari, NM | 117011452 | 2262701 | 0 | False | 2020-08-14 15:23:00.000 | NM | Central Daylight Time | 148505 | 311381 |
| Driving | 1 | 3 | FC71D | False | 1947 | 10171561: 000086708 | IY33D | 191 | 0 | 2 mi ESE of Tucumcari, NM | 117015971 | 2262702 | 0 | False | 2020-08-14 15:32:00.000 | NM | Central Daylight Time | 148505 | 311381 |
| Sleeper | 1 | 2 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 629 | 0 | 17 mi WSW of Albuquerque, NM | 117026120 | 2264649 | 0 | False | 2020-08-14 18:43:00.000 | NM | Central Daylight Time | 148505 | 311381 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Driving | 1 | 3 | FC71D | False | 1472 | 10171561: 000086708 | IY33D | 142 | 0 | 4 mi NW of Grants, NM | 117028299 | 2265275 | 0 | False | 2020-08-15 05:12:00.000 | NM | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 24 | 0 | 6 mi NE of Holbrook, AZ | 117028685 | 2266747 | 0 | False | 2020-08-15 07:34:00.000 | AZ | Central Daylight Time | 148505 | 311381 |
| Driving | 1 | 3 | FC71D | False | 2277 | 10171561: 000086708 | IY33D | 214 | 0 | 6 mi NE of Holbrook, AZ | 117032822 | 2266748 | 0 | False | 2020-08-15 07:58:00.000 | AZ | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 35 | 0 | 15 mi E of Kingman, AZ | 117033515 | 2269025 | 0 | False | 2020-08-15 11:32:00.000 | AZ | Central Daylight Time | 148505 | 311381 |
| Driving | 1 | 3 | FC71D | False | 2275 | 10171561: 000086708 | IY33D | 219 | 0 | 15 mi E of Kingman, AZ | 117037794 | 2269025 | 0 | False | 2020-08-15 12:07:00.000 | AZ | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 16 | 0 | 5 mi SW of Barstow, CA | 117038103 | 2271300 | 0 | False | 2020-08-15 15:46:00.000 | CA | Central Daylight Time | 148505 | 311381 |
| Driving | 1 | 3 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 1 | 0 | 5 mi SW of Barstow, CA | 117038115 | 2271300 | 0 | False | 2020-08-15 16:02:00.000 | CA | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 26 | 0 | 5 mi SW of Barstow, CA | 117038599 | 2271300 | 0 | False | 2020-08-15 16:03:00.000 | CA | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 137 | 0 | 5 mi SW of Barstow, CA | 117041055 | 2271301 | 0 | False | 2020-08-15 16:29:00.000 | CA | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 6 | 0 | 2 mi NNE of Santa Fe Springs, CA | 117041073 | 2272342 | 0 | False | 2020-08-15 18:46:00.000 | CA | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 0 | 0 | 2 mi NNE of Santa Fe Springs, CA | 117041176 | 2272342 | 0 | False | 2020-08-15 18:52:00.000 | CA | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 18 | 0 | 2 mi NNE of Santa Fe Springs, CA | 117041390 | 2272343 | 0 | False | 2020-08-15 18:52:00.000 | CA | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 14 | 0 | 2 mi NNE of Santa Fe Springs, CA | 117041617 | 2272343 | 0 | False | 2020-08-15 19:10:00.000 | CA | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 3 | 0 | 1 mi NNE of Santa Fe Springs, CA | 117041636 | 2272366 | 0 | False | 2020-08-15 19:24:00.000 | CA | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 5 | 0 | 1 mi NNE of Santa Fe Springs, CA | 117041747 | 2272366 | 0 | False | 2020-08-15 19:27:00.000 | CA | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 6 | 0 | 1 mi NNE of Santa Fe Springs, CA | 117041832 | 2272369 | 0 | False | 2020-08-15 19:32:00.000 | CA | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 145 | 0 | 1 mi NNE of Santa Fe Springs, CA | 117044066 | 2272369 | 0 | False | 2020-08-15 19:38:00.000 | CA | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | FC71D | False | 0 | 10171561: 000086708 | IY33D | 2 | 0 | 1 mi WSW of Hemet, CA | 117044070 | 2273612 | 0 | False | 2020-08-15 22:03:00.000 | CA | Central Daylight Time | 148505 | 311381 |
| OffDuty | 1 | 1 | | False | 0 | 10171561: 000086708 | IY33D | 0 | 0 | 1 mi WSW of Hemet, CA | 117044071 | 2273612 | 0 | False | 2020-08-15 22:05:00.000 | CA | Central Daylight Time | 148505 | 311381 |

# EXHIBIT 17

Native File Placeholder

## Driver Logs

| Date | Driver | First Name | Last Name | City | State | Phone | Driving | Off Duty | On Duty | Sleeper | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/11/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 4/12/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.73 | 9.80 | 0.38 | 4.08 | 24.00 |
| 4/13/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.92 | 1.05 | 0.00 | 13.03 | 24.00 |
| 4/14/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.62 | 0.00 | 0.00 | 23.38 | 24.00 |
| 4/15/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 4/16/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 4/17/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.48 | 1.78 | 0.33 | 12.40 | 24.00 |
| 4/18/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.90 | 9.78 | 0.42 | 3.90 | 24.00 |
| 4/19/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 4/20/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 4/21/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 4/22/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 4/23/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 4/24/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 4/25/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 21.77 | 0.00 | 2.23 | 24.00 |
| 4/26/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 4/27/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.08 | 1.47 | 0.15 | 12.30 | 24.00 |
| 4/28/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.22 | 1.72 | 0.30 | 12.77 | 24.00 |
| 4/29/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 1.97 | 0.00 | 0.43 | 21.60 | 24.00 |
| 4/30/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.55 | 1.07 | 0.17 | 13.22 | 24.00 |
| 5/1/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.15 | 1.13 | 0.13 | 12.58 | 24.00 |
| 5/2/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 7.78 | 0.77 | 0.00 | 15.45 | 24.00 |
| 5/3/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 2.10 | 0.47 | 0.00 | 21.43 | 24.00 |
| 5/4/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 5/5/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 5/6/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 7.95 | 5.67 | 0.28 | 10.10 | 24.00 |
| 5/7/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.60 | 1.42 | 0.10 | 12.88 | 24.00 |
| 5/8/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.05 | 1.58 | 0.00 | 12.37 | 24.00 |
| 5/9/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 4.42 | 0.28 | 0.08 | 19.22 | 24.00 |
| 5/10/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 5.48 | 0.57 | 0.00 | 17.95 | 24.00 |
| 5/11/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 2.98 | 0.00 | 0.12 | 20.90 | 24.00 |
| 5/12/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 4.87 | 7.93 | 0.08 | 11.12 | 24.00 |
| 5/13/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/14/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/15/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/16/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/17/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/18/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/19/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/20/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/21/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/22/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/23/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/24/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/25/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/26/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/27/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/28/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/29/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/30/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/31/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/1/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/2/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/3/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/4/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/5/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/6/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/7/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/8/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/9/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/10/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/11/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/12/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/13/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/14/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/15/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/16/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/17/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/18/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.28 | 7.05 | 0.80 | 6.87 | 24.00 |
| 6/19/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.68 | 0.52 | 1.15 | 11.65 | 24.00 |
| 6/20/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 13.53 | 1.03 | 0.63 | 8.80 | 24.00 |
| 6/21/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 18.25 | 0.93 | 0.35 | 4.47 | 24.00 |
| 6/22/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.28 | 23.72 | 24.00 |
| 6/23/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 6/24/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 6/25/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 6.67 | 0.57 | 0.75 | 16.02 | 24.00 |
| 6/26/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 11.17 | 0.73 | 0.47 | 11.63 | 24.00 |
| 6/27/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.25 | 0.85 | 0.30 | 12.60 | 24.00 |
| 6/28/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.97 | 1.25 | 0.62 | 12.17 | 24.00 |
| 6/29/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 1.98 | 0.50 | 0.40 | 21.12 | 24.00 |
| 6/30/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 7/1/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 7/2/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 8.05 | 0.82 | 1.42 | 13.72 | 24.00 |
| 7/3/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.58 | 1.03 | 0.28 | 12.10 | 24.00 |
| 7/4/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.02 | 1.62 | 0.30 | 12.07 | 24.00 |
| 7/5/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.42 | 1.52 | 0.70 | 11.37 | 24.00 |
| 7/6/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 2.18 | 0.00 | 0.80 | 21.02 | 24.00 |
| 7/7/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 7/8/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.02 | 0.00 | 0.00 | 23.98 | 24.00 |
| 7/9/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 6.25 | 12.13 | 0.85 | 4.77 | 24.00 |
| 7/10/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.02 | 1.57 | 0.60 | 11.82 | 24.00 |
| 7/11/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.30 | 1.12 | 0.58 | 12.00 | 24.00 |
| 7/12/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 11.40 | 0.58 | 1.07 | 10.95 | 24.00 |
| 7/13/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 1.93 | 0.00 | 0.18 | 21.88 | 24.00 |
| 7/14/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/15/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 7/16/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 7.53 | 1.05 | 0.28 | 15.13 | 24.00 |
| 7/17/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 9.28 | 1.77 | 0.07 | 12.88 | 24.00 |
| 7/18/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.58 | 1.07 | 0.33 | 12.02 | 24.00 |
| 7/19/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.52 | 2.25 | 0.00 | 11.23 | 24.00 |
| 7/20/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 4.38 | 10.78 | 0.58 | 8.25 | 24.00 |
| 7/21/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/22/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/23/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/24/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/25/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/26/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/27/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/28/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/29/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/30/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/31/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/1/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/2/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/3/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/4/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/5/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/6/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/7/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/8/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/9/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/10/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/11/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/12/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/13/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/14/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/15/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/16/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/17/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/18/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/19/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/20/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/21/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/22/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/23/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 9.40 | 0.00 | 14.60 | 24.00 |
| 8/24/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.23 | 1.53 | 0.00 | 12.23 | 24.00 |
| 8/25/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.25 | 0.00 | 0.00 | 13.75 | 24.00 |
| 8/26/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 2.13 | 0.78 | 0.13 | 20.95 | 24.00 |
| 8/27/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 3.17 | 0.00 | 20.83 | 24.00 |
| 8/28/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 10.08 | 0.00 | 13.92 | 24.00 |
| 8/29/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.33 | 1.42 | 0.57 | 11.68 | 24.00 |
| 8/30/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 8/31/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 3.72 | 0.00 | 0.00 | 20.28 | 24.00 |
| 9/1/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 1.48 | 0.00 | 3.20 | 19.32 | 24.00 |
| 9/2/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 2.33 | 0.00 | 1.87 | 19.80 | 24.00 |
| 9/3/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 9/4/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 9/5/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 1.48 | 1.18 | 0.00 | 21.33 | 24.00 |
| 9/6/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.63 | 1.08 | 0.22 | 12.07 | 24.00 |
| 9/7/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 5.97 | 0.83 | 0.48 | 16.72 | 24.00 |
| 9/8/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 12.58 | 0.45 | 0.30 | 10.67 | 24.00 |
| 9/9/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 1.67 | 0.22 | 0.82 | 21.30 | 24.00 |
| 9/10/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.83 | 1.98 | 0.00 | 11.18 | 24.00 |
| 9/11/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.40 | 1.23 | 0.43 | 11.93 | 24.00 |
| 9/12/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 9.90 | 0.93 | 0.63 | 12.53 | 24.00 |
| 9/13/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 1.43 | 0.00 | 3.62 | 18.95 | 24.00 |
| 9/14/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.70 | 0.53 | 0.15 | 12.62 | 24.00 |
| 9/15/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 9/16/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 9/17/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 9/18/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 9/19/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 4.05 | 0.00 | 0.55 | 19.40 | 24.00 |
| 9/20/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 2.05 | 0.12 | 0.00 | 21.83 | 24.00 |
| 9/21/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 4.83 | 1.80 | 0.13 | 17.23 | 24.00 |
| 9/22/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 9/23/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 9/24/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 9/25/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 9/26/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.40 | 0.88 | 0.10 | 12.62 | 24.00 |
| 9/27/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.20 | 0.90 | 0.20 | 12.70 | 24.00 |
| 9/28/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.75 | 1.08 | 0.02 | 12.15 | 24.00 |
| 9/29/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.20 | 1.92 | 0.15 | 11.73 | 24.00 |
| 9/30/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 10/1/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.12 | 0.58 | 0.55 | 12.75 | 24.00 |
| 10/2/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.62 | 1.23 | 0.00 | 12.15 | 24.00 |
| 10/3/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 10/4/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.13 | 0.88 | 0.22 | 12.77 | 24.00 |
| 10/5/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.05 | 4.87 | 0.77 | 8.32 | 24.00 |
| 10/6/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 10/7/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.43 | 9.70 | 0.35 | 3.52 | 24.00 |
| 10/8/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 6.50 | 1.20 | 0.00 | 16.30 | 24.00 |
| 10/9/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.53 | 1.93 | 0.00 | 11.53 | 24.00 |
| 10/10/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.37 | 1.02 | 0.33 | 12.28 | 24.00 |
| 10/11/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.17 | 0.85 | 0.00 | 12.98 | 24.00 |
| 10/12/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 10/13/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 10/14/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.02 | 2.93 | 0.37 | 10.68 | 24.00 |
| 10/15/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 9.73 | 2.22 | 0.52 | 11.53 | 24.00 |
| 10/16/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.27 | 2.20 | 0.17 | 11.37 | 24.00 |
| 10/17/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 9.95 | 0.57 | 0.83 | 12.65 | 24.00 |
| 10/18/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.38 | 0.72 | 0.45 | 12.45 | 24.00 |
| 10/19/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 10/20/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/21/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 10/22/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 10/23/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.30 | 0.87 | 0.00 | 12.83 | 24.00 |
| 10/24/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.90 | 0.90 | 0.00 | 12.20 | 24.00 |
| 10/25/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.73 | 0.68 | 0.20 | 12.38 | 24.00 |
| 10/26/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.47 | 1.38 | 0.00 | 12.15 | 24.00 |
| 10/27/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.38 | 1.27 | 0.20 | 12.15 | 24.00 |
| 10/28/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.68 | 1.65 | 0.55 | 12.12 | 24.00 |
| 10/29/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 10/30/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.07 | 1.33 | 0.00 | 12.60 | 24.00 |
| 10/31/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.57 | 1.72 | 0.00 | 11.72 | 24.00 |
| 11/1/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.98 | 0.80 | 0.15 | 13.07 | 24.00 |
| 11/2/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.42 | 1.13 | 0.12 | 12.33 | 24.00 |
| 11/3/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 18.75 | 0.00 | 5.25 | 24.00 |
| 11/4/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 2.25 | 1.25 | 0.00 | 20.50 | 24.00 |
| 11/5/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 11/6/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 11/7/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 11/8/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 11.00 | 0.85 | 0.67 | 11.48 | 24.00 |
| 11/9/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.55 | 1.47 | 0.00 | 11.98 | 24.00 |
| 11/10/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.60 | 0.62 | 0.67 | 12.12 | 24.00 |
| 11/11/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.07 | 1.17 | 0.50 | 13.27 | 24.00 |
| 11/12/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 11/13/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.45 | 0.62 | 0.00 | 12.93 | 24.00 |
| 11/14/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 5.62 | 1.30 | 0.13 | 16.95 | 24.00 |
| 11/15/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.23 | 2.20 | 0.00 | 11.57 | 24.00 |
| 11/16/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.43 | 0.63 | 0.45 | 12.48 | 24.00 |
| 11/17/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.97 | 1.45 | 0.00 | 11.58 | 24.00 |
| 11/18/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 5.48 | 0.42 | 0.08 | 18.02 | 24.00 |
| 11/19/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 3.97 | 0.00 | 0.00 | 20.03 | 24.00 |
| 11/20/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.17 | 1.98 | 0.23 | 11.62 | 24.00 |
| 11/21/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.85 | 0.00 | 0.00 | 23.15 | 24.00 |
| 11/22/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.27 | 0.60 | 0.05 | 13.08 | 24.00 |
| 11/23/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 5.68 | 5.82 | 0.20 | 12.30 | 24.00 |
| 11/24/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.67 | 0.90 | 0.15 | 12.28 | 24.00 |
| 11/25/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 5.80 | 0.92 | 0.13 | 17.15 | 24.00 |
| 11/26/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 5.70 | 0.00 | 18.30 | 24.00 |
| 11/27/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 11/28/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 11/29/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 11/30/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 12/1/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 12/2/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 12/3/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.48 | 6.05 | 0.30 | 7.17 | 24.00 |
| 12/4/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.70 | 1.45 | 0.43 | 11.42 | 24.00 |
| 12/5/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 16.48 | 1.28 | 0.05 | 6.18 | 24.00 |
| 12/6/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 15.47 | 0.87 | 0.00 | 7.67 | 24.00 |
| 12/7/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.25 | 1.15 | 0.00 | 12.60 | 24.00 |
| 12/8/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.20 | 1.47 | 0.00 | 12.33 | 24.00 |
| 12/9/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 12/10/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.98 | 1.73 | 0.43 | 10.85 | 24.00 |
| 12/11/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.42 | 0.97 | 0.00 | 13.62 | 24.00 |
| 12/12/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.70 | 0.57 | 0.13 | 12.60 | 24.00 |
| 12/13/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.67 | 1.17 | 0.00 | 12.17 | 24.00 |
| 12/14/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.93 | 0.82 | 0.00 | 12.25 | 24.00 |
| 12/15/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 12.00 | 0.58 | 0.22 | 11.20 | 24.00 |
| 12/16/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 12/17/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.10 | 1.25 | 0.00 | 12.65 | 24.00 |
| 12/18/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.62 | 0.57 | 0.45 | 12.37 | 24.00 |
| 12/19/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.52 | 1.80 | 0.38 | 11.30 | 24.00 |
| 12/20/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.58 | 1.22 | 0.00 | 12.20 | 24.00 |
| 12/21/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 10.70 | 0.00 | 13.30 | 24.00 |
| 12/22/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 12/23/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 12/24/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 12/25/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 12/26/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 16.98 | 0.00 | 7.02 | 24.00 |
| 12/27/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.05 | 1.12 | 0.15 | 12.68 | 24.00 |
| 12/28/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.30 | 1.17 | 0.00 | 12.53 | 24.00 |
| 12/29/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.93 | 0.80 | 0.00 | 12.27 | 24.00 |
| 12/30/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 6.12 | 9.72 | 0.00 | 8.17 | 24.00 |
| 12/31/2019 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/1/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/2/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/3/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/4/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/5/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/6/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/7/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/8/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/9/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/10/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/11/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/12/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/13/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/14/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/15/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/16/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.15 | 6.90 | 0.27 | 6.68 | 24.00 |
| 1/17/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.18 | 0.90 | 0.18 | 12.73 | 24.00 |
| 1/18/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.52 | 2.00 | 0.00 | 11.48 | 24.00 |
| 1/19/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.22 | 1.03 | 0.00 | 12.75 | 24.00 |
| 1/20/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.58 | 13.47 | 0.00 | 9.95 | 24.00 |
| 1/21/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/22/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/23/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 13.00 | 0.00 | 11.00 | 24.00 |
| 1/24/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.80 | 1.25 | 0.00 | 12.95 | 24.00 |
| 1/25/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.72 | 1.02 | 0.00 | 12.27 | 24.00 |
| 1/26/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.63 | 1.35 | 0.00 | 12.02 | 24.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/27/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 5.68 | 10.28 | 0.00 | 8.03 | 24.00 |
| 1/28/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 1/29/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.85 | 6.20 | 0.00 | 7.95 | 24.00 |
| 1/30/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.55 | 0.80 | 0.37 | 12.28 | 24.00 |
| 1/31/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.28 | 0.73 | 0.00 | 12.98 | 24.00 |
| 2/1/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.53 | 0.65 | 0.00 | 12.82 | 24.00 |
| 2/2/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.42 | 0.70 | 0.00 | 12.88 | 24.00 |
| 2/3/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 1.73 | 0.08 | 0.00 | 22.18 | 24.00 |
| 2/4/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 7.73 | 0.78 | 0.27 | 15.22 | 24.00 |
| 2/5/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 4.80 | 7.73 | 0.00 | 11.47 | 24.00 |
| 2/6/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 2/7/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.18 | 8.05 | 0.00 | 5.77 | 24.00 |
| 2/8/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.53 | 0.58 | 0.00 | 12.88 | 24.00 |
| 2/9/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.50 | 1.20 | 0.00 | 12.30 | 24.00 |
| 2/10/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 2.03 | 0.05 | 0.00 | 21.92 | 24.00 |
| 2/11/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.00 | 1.18 | 0.00 | 12.82 | 24.00 |
| 2/12/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.80 | 0.92 | 0.00 | 12.28 | 24.00 |
| 2/13/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 5.93 | 0.65 | 0.00 | 17.42 | 24.00 |
| 2/14/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 7.87 | 4.85 | 0.00 | 11.28 | 24.00 |
| 2/15/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 2/16/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 2/17/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 2/18/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 2/19/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 2/20/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.37 | 3.70 | 0.00 | 9.93 | 24.00 |
| 2/21/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.45 | 1.17 | 0.00 | 12.38 | 24.00 |
| 2/22/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.78 | 0.85 | 0.00 | 12.37 | 24.00 |
| 2/23/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 2/24/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 2/25/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 6.83 | 0.00 | 17.17 | 24.00 |
| 2/26/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.78 | 7.35 | 0.00 | 5.87 | 24.00 |
| 2/27/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.40 | 1.10 | 0.08 | 12.42 | 24.00 |
| 2/28/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.78 | 1.15 | 0.00 | 12.07 | 24.00 |
| 2/29/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.17 | 0.55 | 0.12 | 13.17 | 24.00 |
| 3/1/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.57 | 1.00 | 0.32 | 12.12 | 24.00 |
| 3/2/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 1.72 | 0.03 | 0.00 | 22.25 | 24.00 |
| 3/3/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 4.37 | 2.97 | 0.00 | 16.67 | 24.00 |
| 3/4/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.48 | 3.13 | 0.07 | 11.32 | 24.00 |
| 3/5/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 3/6/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.33 | 10.35 | 0.00 | 3.32 | 24.00 |
| 3/7/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.92 | 0.65 | 0.00 | 12.43 | 24.00 |
| 3/8/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 7.15 | 1.27 | 0.00 | 15.58 | 24.00 |
| 3/9/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 5.70 | 0.00 | 0.00 | 18.30 | 24.00 |
| 3/10/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 3/11/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.52 | 0.93 | 0.50 | 12.05 | 24.00 |
| 3/12/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.65 | 0.70 | 0.00 | 12.65 | 24.00 |
| 3/13/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.88 | 0.63 | 0.28 | 12.20 | 24.00 |
| 3/14/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.23 | 0.77 | 0.00 | 13.00 | 24.00 |
| 3/15/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 3/16/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 3/17/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 3/18/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.08 | 8.72 | 0.22 | 5.98 | 24.00 |
| 3/19/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.65 | 1.47 | 0.03 | 11.85 | 24.00 |
| 3/20/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.90 | 0.98 | 0.00 | 12.12 | 24.00 |
| 3/21/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.58 | 1.10 | 0.37 | 11.95 | 24.00 |
| 3/22/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.77 | 0.77 | 0.37 | 12.10 | 24.00 |
| 3/23/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 3/24/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.65 | 0.63 | 0.23 | 12.48 | 24.00 |
| 3/25/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.25 | 1.08 | 0.28 | 12.38 | 24.00 |
| 3/26/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.85 | 20.78 | 0.00 | 2.37 | 24.00 |
| 3/27/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 3/28/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 3/29/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 3/30/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 3/31/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.37 | 2.27 | 0.00 | 11.37 | 24.00 |
| 4/1/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.22 | 0.00 | 0.00 | 23.78 | 24.00 |
| 4/2/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.98 | 1.03 | 0.13 | 11.85 | 24.00 |
| 4/3/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.62 | 0.92 | 0.13 | 12.33 | 24.00 |
| 4/4/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.05 | 0.80 | 0.30 | 12.85 | 24.00 |
| 4/5/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 7.07 | 0.65 | 0.00 | 16.28 | 24.00 |
| 4/6/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 4/7/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.87 | 0.90 | 0.08 | 12.15 | 24.00 |
| 4/8/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.30 | 0.93 | 0.08 | 12.68 | 24.00 |
| 4/9/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.23 | 0.88 | 0.20 | 13.68 | 24.00 |
| 4/10/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.63 | 0.80 | 0.00 | 12.57 | 24.00 |
| 4/11/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.42 | 3.22 | 0.17 | 11.20 | 24.00 |
| 4/12/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.33 | 0.77 | 0.28 | 12.62 | 24.00 |
| 4/13/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 3.80 | 11.60 | 0.25 | 8.35 | 24.00 |
| 4/14/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 4/15/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 4/16/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 4/17/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 4/18/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.13 | 10.40 | 0.00 | 3.47 | 24.00 |
| 4/19/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 8.65 | 0.88 | 0.25 | 14.22 | 24.00 |
| 4/20/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 4/21/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.92 | 1.58 | 0.12 | 11.38 | 24.00 |
| 4/22/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.65 | 0.52 | 0.00 | 13.83 | 24.00 |
| 4/23/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.72 | 0.68 | 0.42 | 12.18 | 24.00 |
| 4/24/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.55 | 0.62 | 0.00 | 12.83 | 24.00 |
| 4/25/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.68 | 0.77 | 0.13 | 12.42 | 24.00 |
| 4/26/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.60 | 0.85 | 0.00 | 13.55 | 24.00 |
| 4/27/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 4/28/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.40 | 0.98 | 0.08 | 12.53 | 24.00 |
| 4/29/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.85 | 0.60 | 0.00 | 12.55 | 24.00 |
| 4/30/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 10.85 | 0.90 | 0.03 | 12.22 | 24.00 |
| 5/1/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 9.63 | 0.58 | 0.00 | 13.78 | 24.00 |
| 5/2/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 12.47 | 0.00 | 11.53 | 24.00 |
| 5/3/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/4/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/5/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 11.03 | 6.15 | 0.13 | 6.68 | 24.00 |
| 5/6/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.70 | 0.78 | 0.28 | 12.23 | 24.00 |
| 5/7/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.95 | 0.60 | 0.03 | 12.42 | 24.00 |
| 5/8/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 9.73 | 3.08 | 0.00 | 11.18 | 24.00 |
| 5/9/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/10/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/11/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 5/12/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 11.40 | 7.15 | 0.07 | 5.38 | 24.00 |
| 5/13/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.90 | 0.92 | 0.00 | 12.18 | 24.00 |
| 5/14/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.90 | 0.55 | 0.00 | 12.55 | 24.00 |
| 5/15/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 9.57 | 0.53 | 0.22 | 13.68 | 24.00 |
| 5/16/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 5/17/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 5/18/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 5/19/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.03 | 17.78 | 0.13 | 6.05 | 24.00 |
| 5/20/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.22 | 12.65 | 0.13 | 1.00 | 24.00 |
| 5/21/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.27 | 0.82 | 0.00 | 12.92 | 24.00 |
| 5/22/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.53 | 0.57 | 0.15 | 12.75 | 24.00 |
| 5/23/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 9.52 | 0.83 | 0.00 | 13.65 | 24.00 |
| 5/24/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.57 | 1.05 | 0.00 | 12.38 | 24.00 |
| 5/25/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 5.47 | 0.43 | 0.00 | 18.10 | 24.00 |
| 5/26/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 5/27/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 9.32 | 1.05 | 0.18 | 13.45 | 24.00 |
| 5/28/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.55 | 0.85 | 0.00 | 22.60 | 24.00 |
| 5/29/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 6.10 | 1.23 | 0.02 | 16.65 | 24.00 |
| 5/30/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.12 | 1.32 | 0.00 | 12.57 | 24.00 |
| 5/31/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.15 | 0.90 | 0.00 | 12.95 | 24.00 |
| 6/1/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.92 | 0.90 | 0.00 | 12.18 | 24.00 |
| 6/2/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.87 | 0.15 | 0.55 | 12.43 | 24.00 |
| 6/3/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 9.63 | 3.42 | 0.00 | 10.95 | 24.00 |
| 6/4/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/5/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/6/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/7/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/8/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/9/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.73 | 11.15 | 0.15 | 1.97 | 24.00 |
| 6/10/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 9.52 | 0.52 | 0.00 | 13.97 | 24.00 |
| 6/11/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.75 | 0.68 | 0.35 | 12.22 | 24.00 |
| 6/12/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 9.53 | 1.35 | 0.00 | 13.12 | 24.00 |
| 6/13/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.27 | 0.97 | 0.00 | 12.77 | 24.00 |
| 6/14/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 5.38 | 0.67 | 0.00 | 17.95 | 24.00 |
| 6/15/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 6/16/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.57 | 0.70 | 0.00 | 12.73 | 24.00 |
| 6/17/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 9.40 | 0.63 | 0.00 | 13.97 | 24.00 |
| 6/18/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.38 | 0.82 | 0.00 | 12.80 | 24.00 |
| 6/19/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.60 | 1.92 | 0.15 | 11.33 | 24.00 |
| 6/20/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.33 | 0.98 | 0.00 | 12.68 | 24.00 |
| 6/21/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 21.18 | 0.00 | 2.82 | 24.00 |
| 6/22/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/23/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/24/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/25/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.73 | 7.68 | 0.28 | 5.30 | 24.00 |
| 6/26/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.77 | 0.95 | 0.05 | 12.23 | 24.00 |
| 6/27/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.85 | 0.97 | 0.00 | 12.18 | 24.00 |
| 6/28/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 2.57 | 14.93 | 0.18 | 6.32 | 24.00 |
| 6/29/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 6/30/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 9.88 | 12.43 | 0.03 | 1.65 | 24.00 |
| 7/1/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.03 | 0.53 | 0.12 | 13.32 | 24.00 |
| 7/2/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.20 | 1.10 | 0.00 | 12.70 | 24.00 |
| 7/3/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.83 | 1.88 | 0.00 | 11.28 | 24.00 |
| 7/4/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/5/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/6/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/7/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 8.78 | 12.60 | 0.13 | 2.48 | 24.00 |
| 7/8/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.02 | 1.25 | 0.00 | 12.73 | 24.00 |
| 7/9/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 8.72 | 1.55 | 0.00 | 13.73 | 24.00 |
| 7/10/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.75 | 1.03 | 0.00 | 12.22 | 24.00 |
| 7/11/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 8.87 | 12.17 | 0.18 | 2.78 | 24.00 |
| 7/12/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 9.83 | 1.08 | 0.00 | 13.08 | 24.00 |
| 7/13/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 24.00 | 24.00 |
| 7/14/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.77 | 0.73 | 0.13 | 12.37 | 24.00 |
| 7/15/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 9.52 | 1.02 | 0.00 | 13.47 | 24.00 |
| 7/16/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 9.85 | 0.57 | 0.00 | 13.58 | 24.00 |
| 7/17/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.53 | 1.57 | 0.18 | 11.72 | 24.00 |
| 7/18/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.47 | 2.02 | 0.00 | 11.52 | 24.00 |
| 7/19/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/20/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.15 | 23.82 | 0.03 | 0.00 | 24.00 |
| 7/21/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/22/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/23/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/24/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/25/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/26/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/27/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/28/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/29/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 7/30/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.43 | 9.08 | 0.22 | 4.27 | 24.00 |
| 7/31/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.68 | 0.68 | 0.08 | 12.55 | 24.00 |
| 8/1/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.70 | 1.27 | 0.13 | 11.90 | 24.00 |
| 8/2/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 2.50 | 14.88 | 0.00 | 6.62 | 24.00 |
| 8/3/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 8/4/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 10.92 | 10.53 | 0.30 | 2.25 | 24.00 |
| 8/5/2020 | IY33 | KEITH | HUCKABY | LOS ANGELES | CA | | 3232453112 | 0.00 | 0.00 | 0.00 | 5.27 | 5.27 |

# EXHIBIT 18

Q. You are the designee of CRST Expedited to testify regarding Topics No. 1a, 1e, 1f, 2, 3, and 4, as set forth in this Second Amended Notice; correct?

MR. TAYLOR: What were the numbers, again, you said, Robert? I'm sorry.

MR. WASSERMAN: 1a, 1c, 1f, 2, 3, and 4.

MR. TAYLOR: Not 1a, b or c. Would be e and f of 1 and then 2, 3, 4.

MR. WASSERMAN: 3 is the schools.

MR. TAYLOR: 3, 4, and then -- yeah.

MR. WASSERMAN: Okay. How about 1 generally, the driver training program?

MR. TAYLOR: Well, the subtopic recruiting, part of that will be Jenny.

MR. WASSERMAN: Okay.

MR. TAYLOR: The other three are the collection part.

MR. WASSERMAN: And that will be our next --

MR. TAYLOR: Yeah.

Q. Okay. Are you prepared to testify regarding CRST Expedited's policies, procedures, and practices regarding the recruitment of individuals to obtain commercial driver's license for CRST

Expedited?

A. Yes.

Q. Are you prepared to testify regarding the representations made by CRST Expedited on its website, over the radio, television, and in print regarding the benefits of a career as a professional truck driver?

A. Yes.

Q. Are you prepared to testify regarding the training, services, and costs advanced to drivers under CRST Expedited's preemployment Driver Training Agreement and Driver Employment Contract?

A. Yes.

Q. Are you prepared to testify regarding CRST Expedited's use of trucking schools in California?

A. Yes.

Q. And are you prepared to testify regarding CRST Expedited's Pre-Employment Driver Training Agreement and Driver Employment Contract and the terms thereof?

A. Yes.

Q. As the designee of CRST Expedited, can you please tell me the names of the driver training schools and educational facilities throughout California with which CRST Expedited is affiliated?

drivers. And there's lots of ways to dice that information, but, again, that's outside of my expertise.

Q. So you testified earlier that Exhibit 17 is the current packet that recruiters send to interested drivers. How long has this been the current version?

A. We just updated the pay sheet in August, because we updated our pay.

Q. And that appears at 1647?

A. Yes.

Q. This is a little off of your topic, but since you seem to be aware on the issue, are you able to confirm that although the pay rates have changed, contract drivers have been paid less than recent graduates and prepaid students since May of 2013 to the present?

A. Yes. Their rate is lower.

Q. I'm going to mark 18 and 19.

(Exhibits 18 and 19 were marked for identification by the reporter.)

Q. Do you know what these are?

A. These are our recruiter training manuals.

Q. And 19 is the current recruiter training manual; right?

A. Yes.

Jennifer Abernathy
September 14, 2017

Q. And do you know how long this has been effective?

A. Likely, changes were made -- updated in January of '17 and then again in the spring as we added a new school. So we update it as needed for relevancy but refreshed the beginning of 2017.

Q. And same question regarding Exhibit 18, the effective dates?

A. Yeah. I would assume this is from 2013. I don't know when it was refreshed, whether it was '14 or '15, but, yes, this one was used in 2013.

Q. Exhibits 18 and 19 together compromise the recruiting manual and policies relating to recruitment of drivers for CRST Expedited from 2013 to present?

A. Correct.

Q. And you are familiar with both of these?

A. Yes.

Q. They are to be used by recruiters in recruiting drivers to drive for CRST Expedited?

A. Correct. They are utilized in the initial training of our recruiters to have an understanding of processes. We have ongoing training that doesn't have a structure to it, which is called coaching and observing those behaviors; but by and large, this is

a process-oriented training, yes.

Q. Did you play a role in the development or revision of these?

A. Revisions, yes. Development, no.

Q. As the designee of CRST on the topic, everything in here is accurate and correct?

A. Yes.

Q. Are recruiters told to delineate between the average earning of all CRST earnings and the average earnings of the first 10 months for a new driver?

A. I don't know if I understand your question.

Q. Earlier, we were talking about the average earnings, and within the manual -- and we won't go into detail -- there are some representations made about just that, average earnings, and your career with CRST and what you can do.

I'm just wondering if recruiters are -- what they are representing is the average for the drivers across the board, or if it is specifically limited to first 10 months?

A. It is likely the average across the board. If it is in any type of list, like, on the pay sheet, it has 25 cents per mile and then miles earned. That's obviously for someone at that rate of pay,

CRST®
EXPEDITED



# Recruiting Manual

EXHIBIT: 19
DATE: 9-14-17
L. WINSLOW-HAIDSIAK

## Table of Contents

Section 1 –Basics – Pg. 3

- Transportation Terminology (Pg. 3-8)
- Recruiting Flow Chart (Pg. 9)

Section 2 – Types of Applicants –Pg. 10

- Types of Drivers – Overview (Pg. 10)
- S/T Information (Pg. 11-14)
- R Code and Refresher Information (Pg. 15-19)
- E Code and Lead Driver Information (Pg. 20-22)
- Pay Scale and Sign On Bonuses (Pg. 23-24)

Section 3 – Call Flow – Pg. 25

- Call Flow Chart (Pg. 25)
- Applicant Assessment (Pg. 26)
- Phone Tips (Pg. 27)
- Voicemail Tips (Pg. 28)
- Phone Score Card (Pg. 29-30)

Section 4 – Selling –Pg. 31

- Selling Points (Pg. 31-36)
- Rebuttals (Pg. 37)

Section 5 – Hiring Guidelines – Pg. 38

- Hiring Map (Pg. 38-39)
- MVR Guidelines (Pg. 40-41)
- Criminal Guidelines (Pg. 42-43)
- FCRA Information (Pg. 44)
- Country Roadways (Pg. 45)

Section 6 – Systems – Pg. 46

- Tenstreet (Pg. 46)
- STMS (Pg. 47-48)
- Greyhound ordering (Pg. 49-51)
- Application Rules (Pg. 51)
- Application Transfer Process (Pg. 52-57)
- Prioritizing your day (Pg. 58)

Section 1: Basics

## Transportation Terminology

**Abandonment**
A proceeding where a driver abandons his equipment in an unauthorized location.

**Air Ride Suspension**
Suspension which supports the load on air-filled rubber bags rather than steel springs. Compressed air is supplied by the same engine-driven air compressor and reservoir tanks, which provide air to the air brake system.

**Airfreight**
Package and LTL loads that one associates moving some portion with an air carrier.

**American Trucking Associations, Inc. (ATA)**
A national federation of independent and autonomous state trucking associations; each association represents various classes and types of trucking operations, and numerous independent and autonomous conferences, each of which represents a special class or type of truck operation.

**Backhaul**
Freight picked up after the initial destination allowing the driver to get back to his point of origin without undue deadhead miles.

**Bill of Lading**
An itemized list of goods contained in a shipment also showing the origin and destination of the commodity.

**Blind Spot**
Areas around a commercial vehicle that is not visible to the driver either through the windshield, side windows or mirrors.

**Bobtail**
Tractor cab driven without a trailer.

**Broker**
A person who, for compensation, arranges, or offers to arrange, the transportation of property by an authorized motor carrier.

**Bunk**
See Sleeper.

**Cab**
Portion of truck where the driver sits; tractor.

**Cab Over**
A vehicle with a substantial part of its engine located under the cab.

**Cargo**
The freight carried by a vehicle.

**Carrier**
An individual, partnership, or corporation engaged in the business of transporting goods or persons.

**Cartage (local)**
Pick up or delivery of freight within the commercial zone of a city by a local carrier acting as an agent for the shipper of an over-the-road carrier.

**CDL**
Commercial Driver's License.

**Collision (As defined by CRST)**
An event involving a vehicle that the company believes the costs associated with will be greater than or equal to $500.00.

**Comchek**
Form used to obtain cash through outside vendor.

**Consignee**
The individual or organization to which freight is consigned.

**Container (Shipping Container)**
Standard-sized rectangular box used to transport freight by ship, rail and highway. International shipping containers are 20 or 40 feet long, conform to International Standards Organization (ISO) standards and are designed to fit in ships' holds. Containers are transported on public roads atop a container chassis towed by a tractor. Domestic containers, up to 53 feet long and of lighter construction, are designed for rail and highway use only.

**Contract Carrier**
A company that engages in for-hire transportation of property under individual contracts or agreements.

**Conventional Cab**
Truck with a hood tractor; engine sets out in front like a car.

**Covered Wagon**
A flatbed trailer that has removable sides and a tarp covering the trailer.

**DAC**
A nation-wide, automated verification system of truck driver's employment records.

**DDC**
Defensive Driving Course - a class designed to identify and correct driver performance deficiencies.

**Dead Head**
Movement of unladed equipment over the highway (i.e. an empty trailer).

**Dedicated**
Dedicated drivers work for only one customer; a dedicated load is then a load to one particular lane or customer.

**Detention (Demurrage)**
A charge made for a vehicle held by or for the consignor or consignee for loading or unloading, or for forwarding directions or for any other purpose.

**Dispatching:**
The scheduling and control of truck pickup and delivery.

**DOT**
Department of Transportation; federal department handling safety and economic regulations affecting interstate commerce.

**DOT Inspection**
A random, thorough inspection of the tractor, trailer, cargo, bills, license/permits, and driver logs performed by a certified state or federal inspector.

**DOT Reportable Collision**
Any collision in which a vehicle is towed from the scene, in which an injured party is immediately removed from the scene and taken away for further medical treatment, or involves a fatality.

**Doubles (Twins, Twin Trailers)**
Combination of a tractor and two semi-trailers connected in tandem by a converter dolly.

**Dry Van**

The most frequently used trailers in the U.S, providing the best protection for material that cannot get wet.

**Employment Verification**
Request for confirmation of employment for loans, hire, etc.

**Fifth Wheel**
Device used to connect a tractor to a semi-trailer.

**Flatbed**
Truck or trailer without sides and top.

**For Hire Carrier**
Company in the business of transporting freight belonging to others (See Private Carrier).

**Freight**
Any commodity being transported.

**FSC (Fuel Surcharge)**
Surcharge imposed by carriers when fuel prices rise above certain levels.

**Grade**
Steepness of a grade, expressed as a percentage. Example: A vehicle climbing a 5% grade rises 5 feet for every 100 feet of forward travel.

**HAZMAT**
Hazardous material; any substance (liquid, solid, gas) that poses a risk to persons, property, or the environment when it is not properly contained.

**Incident (As defined by CRST)**
A collision the company believes will cost less than $500.00.

**Independent Contractor**
Also known as an Owner/Operator; individual owner of one unit who contracts to lease equipment and services to a carrier.

**Intermodal**
Transportation system connecting or including different modes of transportation. Also known as "multimodal."

**Interstate**
Between states.

**Intrastate**
Within a state.

**Jackknife**
To place the trailer at a very sharp angle to the tractor.

**Jake Brake**
Device used to assist brakes in slowing the vehicle. The most common type of engine retarder on over-the-road trucks manipulates the engine's valves to create engine drag. (This type is commonly referred to as "Jake Brake" because the predominant manufacturer is Jacobs Vehicle Equipment Co.)

**Just In Time (JIT)**
When a manufacturer orders a raw material or product the day that it will be used in the manufacturing process.

**Kingpin:**
Anchor pin at the center of a semi-trailer's upper coupler, which is captured by the locking jaws of a tractor's fifth wheel to attach the tractor to the semi-trailer.

**Landing Gear**
Retracting legs, which support the front of a semi-trailer when it is not coupled to a tractor.

**Layover**
Eight hours or more rest; or any off-duty period away from home.

**Less-Than-Truck Load (LTL)**
A quantity of freight less than that required for the application of a truckload rate.

**Liability Insurance**
Coverage for damages sustained by the other party in an accident. This policy would cover property and/or personal injury damage suffered by the other party in which liability is assessed to the insured.

**Line Haul**
Movement of freight between cities, excluding pickup and delivery service.

**Live Load**
When a driver helps or watches the shipper load the trailer.

**Load Locks**
Braces that are placed to keep a load from shifting in the trailer.

**Log Book**
A book carried by truck drivers that contains daily records of hours, route, etc.

**Logistics**
Any service that involves the movement of products from raw material to the production cycle to final sales.

**LTL Carrier**
A trucking company that consolidates less-than-truckload cargo for multiple destinations on one vehicle.

**Lumper**
Someone who is hired to load or unload a truck.

**MRO (Medical Review Officer)**
Physician that follows-up on drug test results following either a positive result or when the subject is taking prescription drugs.

**MVR (Motor Vehicle Record)**
Record of all persons having a driver's license; tells type of license, number of collisions, types and number of tickets, etc.

**OOIDA**
The **O**wner-**O**perator **I**ndependent **D**rivers **A**ssociation is the international trade association representing the interests of independent owner-operators and professional drivers. The OOIDA actively lobbies federal, state, and local governments, the courts, other associations, and private businesses on all aspects of highway safety and transportation policy.

**OS & D (Over, Short & Damage)**
Department at CRST that handles loads with overage, shortage, or damage.

**Owner/Operator**
Trucker who owns and operates his own truck(s).

**P&D**
Pickup and Delivery.

**Pallet**
A small wooden, paper, or metal platform, usually with a top and bottom, on which packaged goods are placed to facilitate movement by some type of freight handling equipment.

**Pedal Runs**

Loads that run on a consistent or regular time schedule that have several different stops to different consignees.

**Physical Damage Insurance**

Insurance coverage that an operator could have on their own equipment for damage to that equipment that could be sustained in an accident.

**Piggyback**

Intermodal transportation system where trailers are carried by rail.

**Rate**

The figure state in cents, dollars and cents, or fraction thereof, to be used in computing the charge for transportation services.

**Reefer**

Refrigerated truck or trailer designed for hauling perishables.

**Rehire**

Driver who rejoins the company 31+ days from the termination date.

**Reinstatement**

Driver who rejoins the company 1-30 days from termination date, and retains original hire date.

**RGN (Removable Goose Neck) Trailer**

A specialized drop-deck trailer that "breaks apart" at the front of the trailer allowing the front deck of the trailer to be lowered almost flush with ground level. The "goose neck" stays hooked to the tractor's fifth wheel after the trailer deck has been lowered either mechanically or with hydraulics and the trailer broken apart. This equipment is designed to allow oversized equipment that moves under its own power to "drive on" the trailer rather than using a crane or ramp. RGNs are used to haul earth moving equipment, large troop carriers, cranes, etc. to facilities or sites that do no have the unloading capabilities to "lift off" the load

**Rig**

Truck; tractor-semi trailer; truck and full trailer; or other combination.

**Runaway Truck Ramp**

Emergency area adjacent to a steep downgrade that a heavy truck can steer into after losing braking power. Usually two or three lanes wide and several hundred feet long, the ramp is a soft, gravel-filled pathway, which absorbs the truck's forward momentum, bringing it to a safe stop. Depending on the surrounding terrain, the ramp may be level or run up or down hill.

**Satellite**

Communication system in CRST tractors; can communicate with and track them at anytime day or night via satellite hookup.

**Semi**

Semi-trailer; used loosely in referring to tractor and semi-trailer unit.

**Shuttle Runs**

When a truck moves a trailer around a small geographic area such as a city.

**Sleeper**

Truck cab with sleeping compartment.

**Sliding Fifth Wheel**

Fifth wheel mounted to a mechanism that allows it to be moved back and forth for the purpose of adjusting the distribution of weight on the tractor's axles. Also provides the capability to vary vehicle combination lengths.

**Slip-Seating**

This is the practice of numerous drivers sharing a single tractor not assigned to any specific driver. Slip seat drivers can very easily drive a different tractor every day.

**Spread Axle (Spread Tandem)**
Tandem axle assembly is spaced further apart than the standard spacing of 54 inches. The U.S. Federal Bridge Formula favors trailer axles with an eight or nine foot spread by allowing higher weight than on tandems with standard spacing.

**Step Deck Trailer**
An open trailer with a standard flatbed section at the front and a dropped section in the rear, used to transport taller cargo.

**Straight Truck**
All axles are attached to a single frame.

**Tank Trailer or Tanker**
Chemicals, milk, or oil is hauled in a tanker.

**Tarp**
Used to cover exposed freight. Standard sizes include 4', 6', and 8'.

**TCA**
Truckload Carriers Association; a conference of the American Trucking Association that has only carriers who handle truckload quantities as members.

**Team**
Two or more drivers assigned to one truck.

**Terminal**
A building for the handling and temporary storage of freight pending transfer between locations.

**Tractor Trailer**
Tractor and semi-trailer combination.

**Trip Sheet**
A form of statement, carried by the truck driver, showing essential details of all shipments loaded in the truck; a transcript of the lading.

**Truckload Carrier**
A trucking company that dedicates trailers to a single shipper's cargo, as opposed to a LTL (Less-Than-Truckload) carrier who transports the consolidated cargo of several shippers and makes multiple deliveries.

**Truckload Carrier Association (TCA)**
The association represents dry van, refrigerated, flatbed, intermodal container and end-dump carriers operating in the 48 contiguous states as well as Alaska, Mexico, and Canada.

**Truckload**
a) Quantity of freight required to fill a truck.
b) When used in connection with freight rates, the quantity of freight necessary to qualify a shipment for a truckload rate.

**TWIC Card**
This is the Transportation Worker Identification Card, used by a driver to get in and out of ports without an escort.

**Yard Jockey (Yard Dog)**
Person who operates a yard tractor.

**Yard Tractor (Yard Mule or Yard Dog)**
Special tractor used to move trailers around a terminal, warehouse, distribution center, etc.

As a Driver Recruiter for CRST Expedited, it is your job to offer employment to new and experienced drivers and help us meet and exceed CRST Expedited hiring goals. You are an important part of the growth of CRST as we continue to be a profitable company.

Recruiting, training, and hiring a driver is an involved process, one that you are a part of from beginning to end.

As a recruiter, it will be your job to take applications from multiple sources (phones, internet, faxes, walk-ins, etc.) and then work to qualify the applicant to begin our program, either as a student or as an experienced driver.

Qualifying an applicant entails asking questions, running and reviewing reports, and using a little bit of intuition. After all, you are the one that will be putting drivers into CRST trucks. These are the very same trucks that share the road with you, your friends, and your families. You want to put the very best and safest possible driver behind the wheel.

The diagram to the right illustrates the basic process that you will use to qualify these candidates as students and drivers. While there is a lot to each step, the final outcome will either put the candidate in our program or will result in a DMS (Doesn't Meet Standards).

It will be primarily up to you, based on our guidelines, to make that final decision on where the candidate ends up.






CRST001727

CRSTF392259

Section 2: Types of Applicants

## 3 Types of Applicants

1. **Student – S/T (Contract Student, signs the 10 month contract)**
2. **Non contract – R code**
3. **Experienced – E code**

At CRST, we categorize applicants at one of three pay codes. Experienced drivers are E-codes, Non-Contract Students are R-codes, and Contract Students are ST.

- **E-Code.** This pay code is assigned to experienced drivers and is followed by the months of experience the driver has worked as an OTR (Over-The-Road) truck driver. If you are working with an experienced driver that has been driving for 4 years and 3 months, you would code the driver as an E51...experienced with 51 months of credited driving experience. For a driver to be an E-code and go straight into orientation, they must have a minimum of 3 months of recent OTR experience with a single carrier. They are not required to attend school. When they complete orientation, they are immediately assigned their Co-Driver and can begin driving team for us.
- **R-Code.** This pay code is assigned to drivers that are experienced but have not driven in a while; also assigned to drivers that have recently graduated truck school or that have completed school more than 90 days ago, but have not driven anywhere to gain experience. R-codes are treated the same as an E-code, if the driver has past experience we can work with. In our example above, if the driver had 4 years and 3 months of older experience that we credited, the pay code would be R51. If the driver does not have any past experience, the driver would be coded as an R00. Drivers with an R-code are sometimes required to attend a refresher course, which is typically 5 days. They do not have to attend a full school. This will be followed by orientation and then 28 days out on the road with a trainer. Once their 28 days training period is completed, they are assigned their Co-Driver and can begin driving team for us.
- **ST.** This is what every contract Student is coded as. Drivers with an ST-code must attend full school, followed by orientation and then 28 days out on the road with a trainer. Once their 28 days training period is completed, they are assigned their Co-Driver and can begin driving team for us. They also sign the 10 month contract.

****NOTE:**
**Paperwork to run: depending on applicant type**

**S/T : Run MVR and Widescreen (if they have criminal charges)**
**R code: Run MVR, CDLIS, Transportation Employment, Widescreen (if they have criminal)**
**E code: Run MVR, CDLIS, Transportation Employment, Widescreen (if they have criminal)**

## Selling to a S/T: (Contract Student)

What can we offer them?

- Company sponsored training program
- We will pay the tuition for you to train and get your CDL Class A
- You sign a 10 month contract to work for us
- For the 10 months you will run as an OTR (all 48 states) team driver
- Home time: 3-4 weeks out, 3-4 days home (earn a day home for every week out)
- Co-driver will live within a 200 mile radius of you

Run through qualifying questions

- Where do they live? Are they in the hiring zone?
- 21 or older?
- How long have you held your license? Including time with permit
- Any moving violations, suspensions, or accidents in the last 3 years?
- Any felony or misdemeanors convictions in your lifetime?
- Every failed a drug or alcohol test?
- Any DUI's?
- Work history?

Where will we send the S/T for school? (Will be based on where they live)

****Student will attend a 3-4 week CDL program (location based on where they live).**

****Upon graduation they will attend a 3-4 day orientation at one of our orientation locations.**

**** Upon completion of orientation they will go out with a lead driver for 21-28 days and then be matched with their co-driver, running up to 2 weeks before their first home time.**

- CR Permit – Cedar Rapids, Iowa (Can take all states)
  - 3.5 week program
  - Lodged at the training center
  - Breakfast/Lunch provided Mon-Fri
  - Orientation location: Cedar Rapids (3 days)

- JTech – Jacksonville, Florida (Florida residents only)
  - 4 week program
  - Lodged at the Travelodge Inn and Suites
  - Breakfast/Lunch provided Mon-Fri
  - Orientation: Jacksonville, FL (3 days)

- ASD – Advance School of Driving – Riverside, California (CA residents only)
  - 2 week program
  - Lodged at the training center
  - Breakfast/Lunch provided Mon- Fri
  - Orientation Location: Riverside, CA (4 days)

- ADTA – American Driver Training Academy – Opelika, Alabama (AL and GA residents only)
  - 4 week program
  - Lodged at the Magnuson Hotel
  - Breakfast/Lunch provided Mon-Fri
  - Orientation: Oklahoma City, OK (4 days)

- Continental – Dallas, Texas (TX residents only)
  - 4 week program
  - Lodged at the Magnuson Grand Hotel
  - Breakfast/Lunch provided Mon-Fri
  - Orientation: Oklahoma City, OK (4 days)

- Coast to Coast – Marine City, Michigan (MI residents only)
  - 3 week program
  - Lodged at the Clair Inn
  - Breakfast/Lunch provided Mon-Fri
  - Orientation: Cedar Rapids, IA (3 days)
- CWW – Careers World Wide – Denver, Colorado (can except all states)
  - Need management approval before sending (space is limited)
  - 3 week program
  - Breakfast/Lunch provided Mon-Fri
  - Lodged on site, school owns apartments
  - Orientation: Oklahoma City, OK (4 days)

- After selling the program and where the student would attend school – begin phone application. <u>Do not forget to read the FCRA script before running the documents!</u>

- Set firm follow up with applicant on next steps

## School Placement Cheat Sheet

| Where can I send my recruit? | Where can my recruit stay? | Additional notes |
|---|---|---|
| | | |
| CR Permit | On-Site Hotel - Permit Training | Must have Bith Certificate - Pristine |
| Permit-3.5 Weeks | | Condition, Raised Seal - Social Security Card |
| Cedar Rapids Orientation - 3 Days | On-Site - Cedar Rapids ORT | Valid Drivers License |
| Thursday Orientation | | Valid Passport in place of no BC or SSC |
| | | |
| Hawkeye | Baymont Inn | Wednesday and Saturday Shuttle |
| Illinois Permit Students/With Permit - 2.5 Wks | | 2.5 weeks scheduled in STMS for IL |
| | | IL Permit MUST have IL CLP in hand |
| One Week Refresher | | |
| Cedar Rapids Orientation-3 Days | On-Site - Cedar Rapids ORT | Mollie coordinates shuttles |
| Monday and Thursday Orientation | | Recruiter coordinates rental to IL |
| Thursday Ext Ort | | |
| | | |
| ASD - CA Residents only | On-Site Hotel - ASD | Documents needed |
| One Week Refresher | | Proof of Citizenship, Legal Residency, Presence |
| Permit - 2 Weeks | | Proof of Residency (Domicile) |
| Riverside Orientation - 4 Days | On-Site Riverside ORT | |
| Monday Orientation ONLY | | |
| Monday Ext Ort- Road Test | | |
| | | |
| Continental - Texas residents only | Magnuson Grand Hotel | One week wait time if |
| Permit 3 Weeks | | student fails tests |
| Oklahoma City Orientation - 4 Days | Ramada - Oklahoma City, OK | Expect prolonged training |
| Monday Orientation ONLY | | Mollie coordinates Rentals to Ort |
| | | |
| J-Tech - FL Residents | Travelodge Inn & Suites | No GA Residents |
| One Week Refresher | J-Tech Grads - Travelodge for Ort | |
| Permit - 4 week student | | |
| Jacksonville Orientation - 3 Days | | |
| Monday and Wednesday Orientation | | Straight to Ort should be scheduled for |
| Monday Ext Ort/Straight to Ort | Comfort Suites Jacksonville, FL | Wednesday Ort |
| | | |
| ADTA - AL an GA Students ONLY | Magnuson Hotel | |
| Permit - 4 Weeks | | Students cannot drive themselves unless |

| | | |
|---|---|---|
| One Week Refresher Accepted | | they are communting too and from class. |
| Oklahoma City Orientation - 4 Days | Ramada - Oklahoma City, OK | |
| Monday Orientation ONLY | | Mollie corrdinates Rentals to Ort |
| | | |
| Coast to Coast - MI Students ONLY | Clair Inn | |
| Permit - 3 Weeks | | |
| One Week Refresher Accepted | | Mollie corrdinates Rentals to Ort |
| Cedar Rapids Orientation - 3 Days | On-Site - Cedar Rapids ORT | If less than two students graduate |
| Monday and Thursday Orientation | | Recruiter will need to coordinate bus |
| | | |
| Careers World Wide - Colorado - Mgt Approval | 3 BRM Apartment | |
| Permit - 3 Weeks | | |
| Oklahoma City Orientation - 4 Days | Ramada - Oklahoma City, OK | Mollie corrdinates Rentals to Ort |
| Monday Orientation ONLY | | |

THERE IS A CHANGE WITH YOUR STUDENT'S ORIENTATION SCHEDULE- PLEASE COMMUNICATE THIS INFORMATION TO YOUR MANAGER

PRIOR TO YOUR STUDENTS GRADUATION

Updated 06/07/:

## Selling an R-Code (Recent Grad or CDL holder that has no recent driving experience)

What can we offer them?

- Tuition Reimbursement (up to $4800)
- $1500 sign on bonus
- A foot in the door to the trucking industry. Not many companies hire recent graduates

Run through qualifying questions

- Where do they live? Are they in the hiring zone?
- 21 or older?
- How long have you held your license? Including time with permit
- Any moving violations, suspensions, or accidents in the last 3 years?
- Any felony or misdemeanors convictions in your lifetime?
- Every failed a drug or alcohol test?
- Any DUI's?
- Work history?

Where will we send the R code for orientation? (Will be based on where they live)

****Recent grad will attend a 3-4 day orientation (location based on where they live).**

**** Upon completion of orientation they will go out with a lead driver for 21-28 days and then be matched with their co-driver, running up to 2 weeks before their first home time.**

- Cedar Rapids, Iowa Orientation
  - Cedar Rapids holds orientation twice a week. (3 days)
    - Monday-Wednesday
    - Thursday- Saturday
  - Breakfast/Lunch provided
  - Transportation/Lodging is covered by CRST
  - Driver will stay at the Training Center

- Jacksonville, Florida Orientation
  - Jacksonville holds orientation twice per week (3 days)
    - Monday-Wednesday
    - Wednesday – Friday
  - Breakfast/Lunch provided
  - Transportation/Lodging provided by CRST
  - Driver will stay at the Travelodge Inn and Suites

- Riverside, California Orientation
    - Only holds one orientation per week (4 days)
        - Monday – Thursday
    - Breakfast/Lunch provided
    - Travel/Lodging provided by CRST
    - Driver will stay at the Training Center

- Oklahoma City, Oklahoma Orientation
    - Only holds one orientation per week (4 days)
        - Monday-Thursday
        - Travel/Lodging provided by CRST
        - Driver will stay at the Ramada Inn

- After selling the program to the recent grad – begin phone application. Do not forget to read the FCRA script before running the documents!

- Set firm follow up with applicant on next steps

## How do I determine of an R code needs a refresher or just extended orientation?

### Refresher Guidelines

Depending on a CDL A holder's experience they may require a one week refresher course or orientation with an extended road test.

If the applicant requires a one week refresher course the cost is $500 and the applicant would be a non-contract student. (R code)

Please see below to determin whether applicant needs the one week refresher course, or just an orientation with extended road test.

### Recent Grads

(See below to determine -- Refresher or Orientation with Extended Road Test?)

| Out of school | Required |
|---|---|
| 0 – 60 days | Refresher not required; straight into orientation |
| 60 days to 1 year | DOT Road test required, if fail then return for a one week refresher |
| 1 year + | One week refresher, if fail then return as contract student. |

Please note that some schools have extensive training programs and can go for much longer than the typical 120 hours. In some of these cases, safety may approve the applicant being out of school for up to 90 days and still able to go directly into orientation.

### Past Experience

If applicant has 3 months or more OTR experience (recent) then they would go straight to orientation with a regular road test (not extended)

(See below to determine -- Refresher or Orientation with Extended Road Test?)

**1 – 5 months Total Truck Driving Experience**

| Out of Truck | Required |
|---|---|
| 0 – 11 months | Refresher not required; straight into orientation |
| 12 – 23 months | DOT Road test required, if fail then one week refresher |
| 24+ months | One week refresher, if fail then return as contract student. |

**6 – 12 months Total Truck Driving Experience**

| Out of Truck | Required |
|---|---|

| | |
|---|---|
| 0 – 23 months | Refresher not required; straight into orientation |
| 24 – 35 months | DOT Road test required, if fail then one week refresher |
| 36+ months | One week refresher, if fail then return as contract student. |

**12+ months Total Truck Driving Experience**

| Out of Truck | Required |
|---|---|
| 0 – 36 months | Refresher not required; straight into orientation |
| 36+ months | DOT Road test required, if fail then one week refresher |

**Orientation with Extended Road Test Required ("Extended Orientation"):**

**Orientation (Extend Road Test) When and Where?**

When booking into STMS, select "Extended" Orientation site option.

**Cedar Rapids:**

Orientation: Thurs – Saturday.

Extended Road Test: Report to NADTA Sunday AM for Road Test. If road test is not passed, NADTA instructor will determine if one additional attempt is needed, or if a One Week Refresher is required.

**Riverside:**

Orientation: Monday – Thursday.

Road Test: Report to ASD on Thursday (or at orientation completion) for refresher/practice time and/or Road Test. Road tests will be completed Thursday and/or Friday. If road test is not passed, ASD instructor will determine if a second attempt will be made, or if a One Week Refresher is required.

**Jacksonville:**

Orientation: Mon – Wed

Road Test: Report for Road Test Thursday for refresher/practice time and/or road test. Road tests will be completed Thursday and/or Friday. If road test is not passed, JTech instructor will determine if a second attempt will be made, or if a One Week Refresher is required.

**OKC:**

Cannot send to OKC if extended road test is required.

**One Week Refresh:**

**Cedar Rapids:**

One week refresher Mon-Fri. Orientation: Following Mon-Wed

**Jacksonville:**

One week refresher Mon-Fri. Orientation: Following Mon-Wed

**Riverside:**

One week refresher Mon-Fri. Orientation: Following Mon-Thurs

**Credit for Previous Driving Experience**

If a driver has previous OTR time, we will consider that with regards to what their final E-code or R-code will be. The biggest rule of thumb to follow is that it must be tractor-trailer experience, meaning conventional or day-cab tractors and pulling 48' or 53' trailers. Safety may occasionally consider shorter trailers as well, so make certain you are asking these questions of the applicant and then discussing with safety any that may fall outside of the standard requirement. **We generally give 100% credit for previous OTR time; 50% for regional experience; and 25% for local driving experience**, depending on when the experience occurred and the type of equipment. This is a critical item that should be discussed with any applicants with previous driving experience.

# Remember – When In Doubt, Ask!

## Selling an E-Code (Experienced Driver)

What can we offer them?

- Lead driving (train the next generation of drivers!)
- $1500 sign on bonus
- Longest length of haul in the industry (average 1400 miles)

Run through qualifying questions

- Where do they live? Are they in the hiring zone?
- 21 or older?
- How long have you held your license? Including time with permit
- Any moving violations, suspensions, or accidents in the last 3 years?
- Any felony or misdemeanors convictions in your lifetime?
- Every failed a drug or alcohol test?
- Any DUI's?
- Work history?

Where will we send the R code for orientation? (Will be based on where they live)

****Experienced driver will attend a 3-4 day orientation (location based on where they live).**

**** Upon completion of the driver will be paired up with their co-driver and begin their schedule of 3-4 weeks ago, 3-4 days home.**

- Cedar Rapids, Iowa Orientation
  - Cedar Rapids holds orientation twice a week. (3 days)
    - Monday-Wednesday
    - Thursday- Saturday
  - Breakfast/Lunch provided
  - Transportation/Lodging is covered by CRST
  - Driver will stay at the Training Center

- Jacksonville, Florida Orientation
  - Jacksonville holds orientation twice per week (3 days)
    - Monday-Wednesday
    - Wednesday – Friday
  - Breakfast/Lunch provided
  - Transportation/Lodging provided by CRST
  - Driver will stay at the Travelodge Inn and Suites

- Riverside, California Orientation
  - Only holds one orientation per week (4 days)

        - Monday – Thursday
    - Breakfast/Lunch provided
    - Travel/Lodging provided by CRST
    - Driver will stay at the Training Center

- Oklahoma City, Oklahoma Orientation
    - Only holds one orientation per week (4 days)
        - Monday-Thursday
        - Travel/Lodging provided by CRST
        - Driver will stay at the Ramada Inn

- After selling the program to the experience driver – begin phone application. <u>Do not forget to read the FCRA script before running the documents!</u>

- Set firm follow up with applicant on next steps

**Lead Drivers or TYP (Train Your Partner)**

CRST relies on hiring students to continue to grow the company. But students are in need of lead drivers to train them. Lead drivers are able to make more money than a normal driver because they are actually training new drivers on the road. Because of their increased responsibilities, CRST looks at additional qualifications for these drivers.

- A minimum of 6 months recent over-the-road experience.
- Acceptable winter driving experience – 4 months is required. Winter driving is defined as between the months of December 1st and March 31st.
- Cannot have a CSA score above 80 pts.
- No DOT preventable accidents within past 12 months.
- No more than 1 preventable (non DOT) accident in the past 12 months.
- No incidents or vehicle out-of-service inspections within past 3 months.
- No more than one incident or vehicle out-of-service inspections within past 6 months.
- No more than two incidents or vehicle out-of-service inspections within past 12 months
- No driver out-of-service inspections within past 6 months.
- No more than 2 roadside inspections with violations within past 6 months.
- No moving violations within past 6 months.
- No more than 2 moving violations within past 12 months
- No more than 2 serious moving violations within 24 months (all serious violations will be reviewed).
- No serious safety violations within past 12 months – some examples are:
  - Speed 11 mph or more over posted
  - Improper or erratic lane changes
  - Following to close
  - Driving a CMV without a CDL
  - Driving a CMV without CDL in possession
  - Driving a CMV without the proper class CDL
  - Leaving the scene of an accident
- Cannot have been a Second Wave Student in the last 6 months.
- Cannot have been on the Watch List in the past 6 months.
- Acceptable logging record.

***Remember, when in doubt, ask!***

# Pay Scale

| 1st 28 Days with Trainer: This pay scale applies to all drivers with no experience who need to go out with a trainer for OTR training. | | | | |
|---|---|---|---|---|
| | | Projected Gross Weekly Earnings | | |
| Contract Students and Recent Graduates | Split Mileage Pay Scale | 3,200 miles/wk | 3,650 miles/wk | 4,100 miles/wk |
| 1st 28 Days with a Trainer | $0.25 | $400 | $455 | $515 |
| **Contract Students:** This pay scale applies to contract students in the CRST sponsored training program. It does not apply to those who have prepaid their training costs (see below). | | | | |
| Length of Experience (completed months) | Split Mileage Pay Scale | 4,000 miles/wk | 5,000 miles/wk | 6,000 miles/wk |
| 2 months | $0.25 | $500 | $625 | $750 |
| 3-5 months | $0.30 | $600 | $750 | $900 |
| 6-11 months | $0.33 | $660 | $825 | $990 |
| *Note: At the start of 13th month, all drivers fall under the Experienced Pay Table. (see below)* | | | | |
| **Recent Graduates and Prepaid Students:** This pay scale applies to drivers with a CDL who need OTR training with a lead driver. It also includes those who prepaid their training costs. | | | | |
| Length of Experience (completed months) | Split Mileage Pay Scale | 4,000 miles/wk | 5,000 miles/wk | 6,000 miles/wk |
| 0-3 months | $0.33 | $660 | $825 | $990 |
| 4-5 months | $0.34 | $680 | $850 | $1020 |
| 6-11 months | $0.35 | $700 | $875 | $1050 |
| *Note: At the start of 13th month, all drivers fall under the Experienced Pay Table. (see below)* | | | | |
| **Experienced Drivers:** This pay scale applies to experienced drivers who do not require tuition reimbursement assistance and who do not need OTR training with a lead driver. | | | | |
| Length of Experience (completed months) | Split Mileage Pay Scale | 4,000 miles/wk | 5,000 miles/wk | 6,000 miles/wk |
| 3 months | $0.33 | $660 | $825 | $990 |
| 4-5 months | $0.35 | $700 | $875 | $1050 |
| 6-11 months | $0.36 | $720 | $900 | $1,080 |
| 12-17 months | $0.38 | $760 | $950 | $1,140 |
| 18-23 months | $0.40 | $800 | $1,000 | $1,200 |
| 24-30 months | $0.41 | $820 | $1,025 | $1,230 |
| 31-42 months | $0.42 | $840 | $1,050 | $1,260 |
| 43-54 months | $0.43 | $860 | $1,075 | $1,290 |
| 55-72 months | $0.44 | $880 | $1,100 | $1,290 |
| 73+ months | $0.46 | $920 | $1,150 | $1,380 |
| | | | | |

## Sign On Bonuses

As a recruiter, you will want to have incentives you can use to sell your applicants on coming to CRST. A big part of that are sign-on bonuses and other monetary payments that can be used to get them to commit to CRST. On the subject of sign-on bonuses, CRST will normally provide these bonuses to students and drivers to encourage them to hire on with us. Sign on bonuses are additional lump sum payments (paid out over a certain amount of time) and generally help to alleviate down time between jobs or careers. ** *The military bonus is paid to veterans who are able to supply a DD214. You must attach the DD214 to their tenstreet file.*

| Driver Type | Total Amount | Payment Breakdown |
|---|---|---|
| Expedited Refreshers & Non-Contract | $1,500 | $150 at hire<br>$150 at 60 days<br>$200 at 120 days<br>$500 at 180 days<br>$500 at 365 days |
| Experienced Drivers | $1,500 | $200 at hire<br>$300 at 60 days<br>$400 at 120 days<br>$600 at 180 days |
| Independent Contractors **Only Leads/Teams | $1500 | $500 at hire, $500 30 days, $500 60 days |
| Military Bonus *** | $500 | Total at time of hire |

## Section 3: Call Flow

# Call and Application flow

### Phase 1: Introduction:

**A.) Who are we?** CRST.
**B.) Who am I?** Give the applicant your name
**C.) Who am I speaking with?** Get the caller's name and spelling too, if needed.
**D.) How can I help you get a job with CRST?** Find out if they have a Class A CDL, need training or have experience. Plant the seed that we want to hire the caller.
**E.) Where are they calling from?** Find out their location too.

***Start phone app if not already in Tenstreet! This includes every call, even if they don't qualify or they are not interested.**

Be warm, welcoming and professional!

Example: "Thank you for calling CRST Recruiting, this is ________, who am I speaking with? How can I get you started in a career with CRST? Do you have a Class A CDL, or are you looking to get one with us?"

**EVERY caller needs to be entered into Tenstreet!**

### Phase 2: What Type Of Career CRST Can Offer You:

**-Based on above questions D and E, give applicant *brief* overview of what we have to offer them.** Hit the high points of our program, selling point of CRST and pay. Make sure to mention we do OTR, team driving! Sell them on what we can offer!
**-Ask applicant if the are interested.** If so, proceed to Phase 3! If they are not interested, find out why. GIVE THEM A REBUTTAL. Try and resell them on our program.

**Emphasize CRST's selling points!**
**Give a rebuttal!**

### Phase 3: Pre-qualify:

**-Get to the major qualifying questions.** Update app while asking questions.
-Criminal
-Accidents
-Violations
-Drug/Alcohol
**-Assess if applicant appears to qualify.** If applicant appears to meet our guidelines, move to Phase 4! If they do not, end call.
*****Management needs to review ALL criminal before approval/denial.*****

**ALL criminal is reviewed by management on a case by case basis!**

### Phase 4: Close The Deal!:

**-Offer the applicant the earliest time to get started.** Try and get them to start next week, not push it out.
**-Create urgency.** Tell the applicant we have a "few" spots open. Our school and orientation will fill up quickly. We can only schedule a couple of weeks out.
**-Do a firm follow of next steps.** Set a specific time and date to follow up with applicant. Treat it like an appointment. Give a clear picture of what is next (finalize app, run reports, travel, etc)

**Get start date from applicant!**
**Firm follow up!**

# Applicant Assessment

**The objective is know what type of applicant you have on the phone and if they will even qualify.**

Getting this quick evaluation done as early in the call will help you know where to direct the call (programs, selling points, rebuttals, etc) and help you assess whether to spend time on the applicant or not.

**Here are things we need to quickly assess with an applicant, and some approaches to doing this quickly and effectively:**

1.) **What type of applicant is on the phone?** Knowing if the applicant is a student, recent grad, R-code or if they are experienced will help you determine where to steer the call. You then be able to describe out program for each level. Also, this allows you to identify the selling points to use for each.

    E.G. "Do you have a Class A CDL, or are you looking to get one with our company?". If the applicant has one, "how long have you had your Class A CDL, have you been working with a company using your CDL recently".

2.) **Does the applicant meet our basic qualifications?** Working a smooth way to get to qualification questions will help you determine if the applicant is going to even qualify. Get to the criminal, moving violations, accidents and failed/refused drug or alcohol questions early on in the call. From these answers, you should know if the applicant is worth spending additional time on.

3.) **When does the applicant want to get started?** Find out how quickly the applicant is interested in school or orientation. <u>Steer them into coming in ASAP.</u> If they don't want to get started for weeks, or months, then we don't need to spend a whole lot of time on that call. We can give them some information and follow up at a future date.

In recruiting, we spend a lot of time not making contact with applicants. It is imperative that when we get an applicant on the phone, we utilize that time efficiently. At the end of every call we should have answers to each of these questions and know what direction we are going with the applicant.

# PHONE TIPS

1. **Your tone of voice matters more than you think.** If your tone of voice is flat and lacks any sense of enthusiasm, how do you expect the other person to ever show interest in your call?
2. **Use the person's name.** People always love to hear their name, so use it. In a typical telephone call, I want to use the other person's name (almost universally that means the person's *first* name) three times.
3. **Show the same level of respect to the gatekeeper or other any other person who answers the phone as you would show to the person you're looking to talk to.**
4. **Use descriptive words that paint a picture when you're talking.** Remember, the other person can't see you, so it means the picture you paint has to come with the words you say and how you say it.
5. **Always have the person's name on a piece of paper in front of you as you call.** Last thing you want to do is to accidently forget who you're calling just as they answer
6. **If the phone call is important, stand up when you make it.** It's amazing how much energy and focus you'll have if you stand to make an important phone call.
7. **Never be the first person to hang-up the telephone.** Always allow the other person to disconnect first. You never know when the other person might just share with you one more important piece of information.
8. **Don't be distracted by email or other items popping up on your computer while you're making a call.** Be focused. Because you can't see them, it's easy to become distracted with your eyes. Allowing yourself to become distracted may easily cause you to miss a key point.
9. **Always answer the telephone with both enthusiasm and at a pace (words per minute) that allows the other party to know exactly who it is they're talking to.** Too many times people who answer many phone calls each day get into a habit of answering quickly, resulting in their words slurring together, making it hard for the other party to hear who they're talking to.
10. **Keep a mirror on your desk to allow you to see yourself talking.** It's amazing how much energy you'll put into a phone call when you can see yourself.
11. **Talk with your hands, as it allows you to convey more energy in your voice.** Use a high-quality headset to allow you to talk with your hands.
12. **Always ensure a solid follow up.** Applicant should hang up the call knowing exactly what the next steps are and when they can expect to hear from you next.



**Voicemail tips:**

- Stand out. Be unique and personable
- Leave the number twice
- State value
- Use the person's name
- Needs to be 20 seconds or less. Optimal is 8 to 14 seconds
- Ask for a call back
- Have a positive attitude
- Be clear
- Create urgency
- Do not leave the same voicemail twice. Create a new, urgent way for them to call

## Phone Score Card

### Phone skills:

1. **Phone etiquette- 25 points**
    a. Recruiter introduce themselves with their name. **10 points**
    b. Use the applicant's name during the call. **5 points**
    c. Recruiter should be polite, friendly, and welcoming. **10 points**

2. **Job knowledge- 10 points**
    a. Answer any job related questions that the applicant has. **5 points**
    b. Give accurate information about company/program. **5 points**

3. **Rebuttal- 10 points**
    a. If the applicant is not interested in something we have to offer, the recruiter will give at least 1 rebuttal. **10 points**

4. **Call flow- 30 points**
    a. Recruiter will control the conversation. **10 points**
    b. Recruiter will complete and applicant assessment in the first 4 minutes of the call (are they interested in our program, do they pre-qualify, and establish when they looking to start). **10 points**
    c. Complete pre-qualifying questions (military, age, length of license, suspension, accidents, violations, criminal, fail/refuse a drug or alcohol test). **10 points**
5. **Selling- 10 points**
    a. Find the applicant's "hot button items" and sell to these. Ex: "why are you interested in getting in to the trucking industry?" **5 points**
    b. Get bite sized commitments throughout the call. Ex: "does this sound like something you would be interested in doing?" **5 points**

6. **Wrap-up call- 15 points**
    a. Re-cap the next steps for the recruiter and the applicant. **5 points**
    b. Set a firm/specific follow up. **10 points**

Point Deductions:
-20 points if applicant is not in 10st
-20 points for not following FCRA guidelines
-20 points for sending a pre-qualified and interested driver to the website (unless they are in CA or WA)

# Example: Phone Score Card

Phone Coaching Score Card

Recruiter Name:
Date:
Date of call:
Call time:

| Skill Category | Possible | Total: | Comments: |
|---|---|---|---|
| Phone Etiquette | 25 | | |
| Job Knowledge | 10 | | |
| Rebuttal | 10 | | |
| Call Flow | 30 | | |
| Selling | 10 | | |
| Wrap-up call | 15 | | |
| Total: | 100 | | |

| | | |
|---|---|---|
| Deductions (20 each) | | Applicant not in 10st<br>ot following FCRA guideli<br>Sending applicant to websi |

Overall Call Scor

Scoring

| | |
|---|---|
| 90 to 100 points- | Above expectations |
| 80 to 90 points- | Meets expectations |
| 60 to 80 points- | Below expectations |
| 0 to 60 points- | Need additional training |

Page 1

Phone Coaching Score Card

Recruiter Name:
Date:
Date of call:
Call time:

| Skill Category | Possible | Total: | Comments: |
|---|---|---|---|
| Phone Etiquette | 25 | | |
| Job Knowledge | 10 | | |
| Rebuttal | 10 | | |
| Call Flow | 30 | | |
| Selling | 10 | | |
| Wrap-up call | 15 | | |
| Total: | 100 | | |

| | | |
|---|---|---|
| Deductions | | Applicant not in 10st<br>ot following FCRA guideli |

**Section 4: Call Flow**

**Company Team Selling Points**

CRST Expedited, Inc. has opportunities for everyone, including:

- Individuals who need training in order to obtain a Class A CDL
- Recent graduates of accredited trucking schools
- Experienced drivers, trainers (lead drivers)
- Owner-operators, lease-purchase independent contractors
- Experienced drivers who would like to train their spouse or friend

Advantages to driving in a team environment:

- Both drivers are able to earn a higher income than if they were driving solo
- Able to run more miles, giving you more confidence as you gain more experience
- Safer because you have another set of eyes and ears in the truck
- Co-driver to assist you with trip planning, navigating and sharing the workload

CDL classes begin every Monday. CRST will pre-pay for all your school expenses. Including transportation to the school, lodging and give you breakfast and lunch. As long as you complete a 10 month driving contract you do not have to repay that tuition. CRST will **not** deduct the cost of your schooling like other companies.

Great driver benefits include:

- Medical coverage (Medical Bridge, followed by Blue Cross at 60 days)
- 401k retirement plan after only 90 days
- Paid vacations
- Blue Shield PPO including dental and vision,
- Free life insurance
- Twice-a-week paydays for Expedited
- Per Diem tax benefit
- Internet payroll access
- Accident and disability insurance and more!

We have the industry's longest length of haul at 1500 miles! That means fewer stops for the team which results in more loads!

99% no-touch! assigned equipment. 80% drop & hook. And we pay you for your miles whether your truck is loaded or empty.

We also have a great career path! You can become a trainer in as little as 6 months. As a trainer you make an extra $0.08/mile on top of your normal pay rate while training a student.

## Experienced drivers – selling points to be a Lead Driver

There are *many* other companies that have driver trainers/Lead Drivers. Ask if they have trained before, and even if they haven't, discuss these points to gain success in recruiting experienced hires to become lead drivers!

1. The driver gets their own truck. They have a student driver on board for 28 days, and then release them to upgrade to be a codriver.
2. 8 cpm lead driver bonus when a student is on the truck. Many of their prospective team mates are recent graduates, you may as well get paid to train them. You get to train the next generation of truck drivers.
3. Think back to when you first learned how to drive a truck. Everyone has something that they wish someone would have taught them, now is your chance to pass that crucial information along.
4. 5-day cushion – while you get to know student's skill level, we give you slower runs so that you can stay up with them to work on their driving skills. At 5-days, most people are comfortable enough to start team driving.
5. Put up or shut up – if you're tired of other truck drivers being lousy, unsafe, and inconsiderate on the roads and in truck stops, train them how to be more like you.
6. Resistance: I don't want to drive with someone who has no driving experience. Push back: New students are more scared of the truck than anything, and they are very willing to listen to a pro tell them how to operate and make money. Many of the most serious accidents happen because experienced drivers aren't afraid of the truck anymore and make unsafe decisions, such as being the first drivers out of a truck stop after a road opens. Those are the people you see in the ditch most often. You can start a student off right so they don't become a super trucker.
7. Resistance: I don't know CRST or how you operate, so I don't want to train yet"
   Push back: We want you to train our students to be safe, professional drivers. That's 90% of the job. We already know that you're safe and professional, that's why we're hiring you. The rest is CRST policy and how to use a Qualcomm. Your FM is there to help you learn the policies, and you take a 2 day course about how to be a lead driver at CRST. Learning the Qualcomm is very easy.
8. The additional responsibility is another notch in your belt and looks good on your resume. We expect the student to be at a certain proficiency level when they upgrade at 28 days. The 2 day Lead Driver Class explains what all you need to train the student, and every student brings a training packet to the truck with what skills she or he must master before upgrading.
9. Specialized support team – In addition to lead driver class, we have a Lead Driver Manager and a Lead Driver Coordinator in the Safety department to support you over the road, there is a Student Coordinator who is completely responsible for finding students for lead drivers, and a Student to Codriver Coordinator to help your student transition from Student to Codriver at the end of 28 days. Your Fleet Manager is also very motivated to help you succeed – they are graded on your success and happiness as well

# Career Path – CRST companies and selling points

## Start here, Stay here!

## CRST Expedited (Company, LP, Lead, and Select)

### Company Driver

- No experience needed!
- OTR team driving position
- Home time: 3-4 weeks out, 3-4 days home
- Offer company sponsored CDL training with a 10 month contract
- Average weekly miles 4000-6000
- Team driving allows for higher income (more miles!) and a safer driving experience
- Friendliest freight in the industry – 99% no-touch and 80% drop and hook
- Great career path!

### Lead Driver

- 6 months OTR experience, including a winter
- Add .8 CPM to your pay!
- Help recent grads learn what it is like to be an OTR truck driver
- A rewarding position and potential to earn more money!

### Lease Purchase

- Must have 6 months recent OTR experience
- Contractors earn 70% of the revenue and 97% fuel surcharge
- $0 money down and no credit check
- Guaranteed bumper to bumper maintenance program
- Buyout option of $5000 upon the completion of lease term
- Fuel discounts
- Flexible home time
- No forced dispatch

### Select (XPO)

- Must be with co-driver for at least 2 months
- Weekly home time!
- Dedicated lane
- Preferential treatment for planning
- Consistent/Guaranteed miles (4000-6000 miles per week)

- #1 one Expedited customer
- Newer trucks

## CRST Dedicated Services

- Driving experience preferred
- Dedicated to one customer
- Multiple accounts available
- Flatbed, Specialty, Van, Doubles
- Average pay 60 to 70K depending on account
- Most accounts require 6 months experience, but students welcome on CAT dedicated
- Daily/Weekly home time

## CRST - Gardner Trucking

- Up to 50 cents per mile
- Hiring areas: mainly CA
- Daily/Weekly home time
- Van, flatbed, doubles, and reefer work available
- Flatbed pay bonus
- Safety bonuses
- Hourly and by the load work available

## CRST Malone – Flatbed Division (Lease purchase or Owner Operators)

- Minimum 8 months flat bed experience required
- Hiring areas: most of the mid-west and east coast, no west coast
- $0 down and no credit check
- Guaranteed bumper to bumper maintenance program
- 2012-2015 trucks available for lease
- 75% of gross line haul and 100% fuel surcharge
- No forced dispatch
- Flexible home time

## CRST STI – Specialized Transportation

- 12 months OTR experience required
- Hiring areas: same as Expedited
- White glove service
- Solo and team positions available

- Five specialty division create an environment for longevity and opportunities for advancement
- No force dispatch
- Home time : out at least 3-4 weeks and then driver decides home time
- Fuel discounts and free EZ pass
- Safety bonuses offered
- In house lease purchase program

## CRST – BESL Transfer Company

- Minimum 1 year heavy haul experience
- Hiring areas: IL, IN, OH, PA, KY, TN, WV, VA, SC, central FL
- No forced dispatch
- Discounted permits
- Terminal pay
- Rider program
- Fuel discount program
- Lease purchase program
- Pay: 74% of the line haul, 100% fuel surcharge, 100% detention, and 100% tarping

## CRST – Pegasus Transportation

- 9-12 months experience required
- Hiring areas: MI, IN, OH, KY, PA, NJ, NC, SC, GA, FL, TX, WA, and CA
- Dedicated routes available for solo and team drivers
- High-quality equipment
- Pet policy and rider programs
- 24/7 staff support
- Weekly home time
- Team average miles 4500 and solo average miles 2900
- Competitive pay and top-level benefits

**Experienced drivers – selling points to be a Lead Driver**

There are *many* other companies that have driver trainers/Lead Drivers. Ask if they have trained before, and even if they haven't, discuss these points to gain success in recruiting experienced hires to become lead drivers!

10. The driver gets their own truck. They have a student driver on board for 28 days, and then release them to upgrade to be a codriver.
11. 8 cpm lead driver bonus when a student is on the truck. Many of their prospective team mates are recent graduates, you may as well get paid to train them. You get to train the next generation of truck drivers.
12. Think back to when you first learned how to drive a truck. Everyone has something that they wish someone would have taught them, now is your chance to pass that crucial information along.
13. 5-day cushion – while you get to know student's skill level, we give you slower runs so that you can stay up with them to work on their driving skills. At 5-days, most people are comfortable enough to start team driving.
14. Put up or shut up – if you're tired of other truck drivers being lousy, unsafe, and inconsiderate on the roads and in truck stops, train them how to be more like you.
15. Resistance: I don't want to drive with someone who has no driving experience. Push back: New students are more scared of the truck than anything, and they are very willing to listen to a pro tell them how to operate and make money. Many of the most serious accidents happen because experienced drivers aren't afraid of the truck anymore and make unsafe decisions, such as being the first drivers out of a truck stop after a road opens. Those are the people you see in the ditch most often. You can start a student off right so they don't become a super trucker.
16. Resistance: I don't know CRST or how you operate, so I don't want to train yet"
Push back: We want you to train our students to be safe, professional drivers. That's 90% of the job. We already know that you're safe and professional, that's why we're hiring you. The rest is CRST policy and how to use a Qualcomm. Your FM is there to help you learn the policies, and you take a 2 day course about how to be a lead driver at CRST. Learning the Qualcomm is very easy.
17. The additional responsibility is another notch in your belt and looks good on your resume. We expect the student to be at a certain proficiency level when they upgrade at 28 days. The 2 day Lead Driver Class explains what all you need to train the student, and every student brings a training packet to the truck with what skills she or he must master before upgrading.
18. Specialized support team – In addition to lead driver class, we have a Lead Driver Manager and a Lead Driver Coordinator in the Safety department to support you over the road, there is a Student Coordinator who is completely responsible for finding students for lead drivers, and a Student to Codriver Coordinator to help your student transition from Student to Codriver at the end of 28 days. Your Fleet Manager is also very motivated to help you succeed – they are graded on your success and happiness as well

## Rebuttal Sheet

**DRIVER NOT INTERESTED IN TEAMS:**

- Chance to make more money. Truck is always moving since there are 2 drivers. If there is a weather, traffic, safety, maintenance, etc issue that slows the truck down, you have the ability to make up the missed time/miles up on the back end.
- Teams can be safer. Having someone else on the road with you (especially starting your career) allows you to help problem solve issues on the road that may come up. Your co driver can help you navigate tight locations (drop yards, dock, parking lots, etc). You also have someone on the road with you to help combat fatigue, look at maps/do trip planning and navigate any safety issues that can arise when you are on the road.
- CRST has some solo positions in Dedicated and as an Owner/OP. Must have experience will depend on the driver's domicile. **Good opportunity to sell a career path with our different CRST companies**

**DRIVER NOT INTERESTED IN OTR (WANTS LOCAL/REGIONAL):**

- With local and regional work, you might not make as much money. If you are paid by the mile, you will be getting much shorter runs. CRST's average length of haul is 1,300 miles.
- We guarantee home time.
- Getting OTR experience early in your career will help you down the road when if you want a local/regional position (if CRST doesn't have something that will fit in Dedicated or Select). Career Path at CRST.
- Most employers require some experience to be hired on with them. We can hire drivers with **ALL** experience levels. We can help drivers get that OTR experience.
- Opportunity to see the country.

**DRIVER NOT INTERESTED IN CRST (HEARD BAD REVIEWS):**

- Family owned company since 1955.
- Never laid-off a driver.
- We operate in the black (we are a debt free company).
- We are a growing company. Each year we add more employees and drivers.
- We have day 1 health benefits and full benefits (dental, vision, 401K, life insurance). Drivers are covered for medical insurance as soon as they are hired.
- We are the nation's #1 team carrier.
- We have newer equipment. Average age of our tractors are only 14 months.
- Bad reviews of CRST from a driver or on the internet?
    - Gold Rules initiative
    - Improve dispatcher to driver ratio (from 1 to 100, now 1 to 40). Help DM's build better relationships with drivers.
    - Retention Department (added Driver Service Managers and VP of retention).
    - Open door policy to speak with management.
- Sign on bonuses
- Mileage bonus (Expedited). This is not conditional on safety, fuel, etc.
- Recent pay increase for recent graduates.
- We don't split the pay per mile. We spilt the miles and each driver will get their own rate. If other programs are paying per hour during training, or flat weekly rate, the driver might not make as much.

## Section 5: Hiring Guidelines

Hiring Map Expeditied

Hiring Map 20/10

## CRST hiring Guidelines-At A Glance

**License qualification: must hold a license for a minimum of 18 months (time with permit included)**

**Regular Moving Violations**

NO MORE than 3 in 3 years, with *NO MORE than 1 of the 3 items listed in RED in a 3 year period*
****Also those in RED must be 3 years old if they held a Class A CDL at the time of the violation**

- Driving without license
- Driving with a suspended license
- Failure to obey signal (red light violation)
- Driving in carpool/HOV lane illegally
- Speeding
- Speeding in school zone
- -Distracted Driving (cell use/texting)**
  -15-18 MPH Speeding**
  -Speeding in a Work/Construction zone
- **Seat belt ticket (none in the last 6 months and no more than 1 in the last 3 years)**
- **11-14 over speed must be at least 6 months old (only applies to CDL holders)**

**DMS for 3 years**

-Improper/erratic lane change
-Following too closely
-No license for type of vehicle
-Railroad crossing violation

-Driving CMV while suspended
-19+ speeding ticket
-Leaving the scene of acc

**DMS for 5 years**

- Careless/Reckless/Negligent driving/Inattentive
- DUI/DWI/OWI/OUI
  - -If driver has 1 DUI it MUST be 5 years old
  - -If driver has 2 DUI's... First one MUST be at least 15 years old/Second MUST be 5 years
- Violations of regulation 383.51 resulting in 60 Day Suspension (CDL holder)

**DMS FOREVER**

- No DUI or refusal ever if in a CMV
- Has more than 2 DUI's
- Violations of regulation 383.51 resulting in 120 Day Suspension (CDL holder)

**Work History Requirement**

- No more than 3 jobs in the last 12 months and no more than 6 jobs in the last 3 years
  **exceptions on a case by case basis

**Accidents**

- *Safety/Management Approval on ALL *At Fault* accidents in the last 3 years/leaving the scene of an accident*
- Need accident report/insurance claim on all accidents that show on MVR in the last 3 years
- Loss of Control (if stayed on roadway) must be 12 months old

- No rollover, rear end, or ran off roadway accidents in the last 3 years (POV)
  - Rear end and loss of control with proof of under $1500 in damage will be reviewed case by case
- No at fault intersection or lane change accident in the last 2 years
- No jackknife accidents in the last 2 years
- No roll over accidents EVER in a CMV
  -Roll over accidents in a personal vehicle will be considered *after 3 years with a copy of the accident report*
- *Any preventable DOT recordable (an accident involving injury or requiring tow-away of vehicle) needs approval from the safety department*
- No at fault fatal accidents ever. All non-preventable fatal accidents require an accident report and safety approval
- NO MORE than 2 preventable accidents in the last 3 years

**High Risk Insurance (SR22 or FR44)**

- Will not be considered eligible for hire until this insurance program is complete (case by case)

**Suspensions**

- No single suspension greater than 12 consecutive months in the last 3 years. Would be eligible if suspension was on former license and applicant held valid license in another state during the suspension period.
- Cannot have a total of 15 months of total suspension time in the last 3 years
- For non-CDL holders, applicants cannot have more than 5 suspension periods in the last 3 years
- For CDL holders, applicants cannot have more than 2 actual suspension periods in the last 3 years
- If an applicant has a suspended license from another state, that suspension would have to be resolved before the applicant can attend school or orientation

**Safety will review all applicants for demonstrated patterns of habitual offenses. Habitual offenders will generally be denied employment until they can demonstrate an extended period of safe driving. Contact safety if you have any questions about whether or not an applicant would be disqualified because of this.**

***Remember, when in doubt, ask!***

**CONSIDERATION OF CRIMINAL OFFENSES**

All criminal offenses will require Management approval. Multiple offenses of the same crime or different crimes will be reviewed on a case-by-case basis, considering the entire record of the candidate/employee.

## RECRUITING CRIMINAL BACKGROUND SCRIPTING

**Q:** Is my criminal conviction acceptable?

**A:** All applications are reviewed on a case by case basis by management.

**Q:** Why is my application denied?

**A:** Every application is reviewed by management on a case by case basis. At this time management has declined your application due to better qualified candidates.

**Q:** Why are others more qualified? What can I do to be considered?

**A:** I can not disclose why the other applicants are more qualified. I would suggest gaining more driving experience and reapplying at a later date.

### QUESTIONS TO CONSIDER WHEN APPLICANT DISCLOSES CRIMINAL CONVICTIONS

- Describe, in detail, the nature of the offense for which you were convicted (detail the specific conduct that resulted in the conviction).
- What are the circumstances surrounding the offense? Age at the time of conviction and/or release?
- How long has it been since the offense for which you were convicted occurred?
- How old were you at the time the offense was committed?
- How long were you incarcerated for this offense?
- How long since you were released from incarceration?
- How old were you at the time of your release from incarceration?
- Have you committed any other offenses for which you were convicted?
- Have you undertaken any type of rehabilitation (e.g., drug treatment, behavioral modification/anger management, treatment for alcoholism, therapeutic counseling) since your conviction?
- Detail your work history since your release from incarceration-have you performed any driving work or work for a trucking or transportation company? Get all details.
- What rehabilitation efforts have been put forth since the conviction?
- What does your driving history look like over the past 3 years? (accidents? tickets?)
- Is there anyone that could give you a character or employment reference? Whom and can you get the reference for us?

Asking similar questions in different ways can result in a better understanding and reveal inconsistencies/consistencies in information provided. Further questions may include discussion of specific dates to clarify the timeline of events.

**Script for Verbal Notification Regarding Background Reports** (mandatory to read before running any reports if non-intelli app)

*One of the requirements of our employment process is to advise you that CRST may obtain background reports about you from HireRight, a consumer reporting agency. These background reports may contain employment history, motor vehicle records, and criminal background checks.*

*You have the right to obtain from HireRight within 60 days, a free copy of any of the background reports we obtain. You also have the right to dispute with HireRight, the accuracy or completeness of the information contained in the background reports. To request a free copy of any reports or to dispute the report, you can contact HireRight by phone at 800-381-0645 or by mail at:*

*HireRight*

*PO Box 33181*

*Tulsa, OK 74153*

*Please be aware that HireRight does not make any employment decisions for CRST and will not be able to provide you with any information regarding any decision made by CRST.*

**Script is within Tenstreet**



**FCRA Flow chart**

**Country roadways**

## Section 6: Systems

### Application System - Tenstreet






**STMS – Student Tracking Management System**






**Example: Pipeline**

Student Tracker - Recruiter Vi

Wayne Sokes

| Last Name | First Name | CDL School | CDL Start | CDL End | Orientation | Orient Start | Orient End | Status | Functions |
|---|---|---|---|---|---|---|---|---|---|
| Dunstan | Jimmy | Continental | 2017-06-18 | 2017-07-07 | Orientation - OKC | 2017-07-10 | 2017-07-13 | Pre-CDL School | |
| Lacter | Clarence | ASD - Fontana | 2017-06-19 | 2017-06-30 | Orientation - Riverside | 2017-07-03 | 2017-07-07 | Pre-CDL School | |
| Poole | Stephen | JTECH | 2017-05-22 | 2017-06-22 | Orientation- Jacksonville | 2017-06-26 | 2017-06-28 | CDL School | |
| Blece | Wiser | ASD - Fontana | 2017-06-05 | 2017-06-16 | Orientation - Riverside | 2017-06-19 | 2017-06-22 | CDL School | |
| Raja | Mohammed | JTECH | 2017-06-05 | 2017-06-30 | Orientation- Jacksonville | 2017-07-03 | 2017-07-06 | CDL School | |
| Youman | Joshua | HACSTA | 2017-06-12 | 2017-06-28 | Orientation - Cedar Rapids | 2017-06-29 | 2017-07-05 | CDL School | |
| Richardson | Herbert | JTECH | 2017-06-12 | 2017-07-07 | Orientation- Jacksonville | 2017-07-10 | 2017-07-12 | CDL School | |
| Watkins | Gary S | Hawkeye Community College | 2017-06-12 | 2017-06-16 | Orientation - Cedar Rapids | 2017-06-19 | 2017-06-21 | CDL School | |
| Lock | Johnathan | | 0000-00-00 | 0000-00-00 | Orientation- Jacksonville | 2017-06-12 | 2017-06-14 | Training Complete | |
| Bergeron | John | CRST Permit Training - CR | 2017-06-19 | 2017-07-12 | Orientation - Cedar Rapids | 2017-07-13 | 2017-07-15 | Pre-CDL School | |
| Miller | Clarence | CRST Permit Training - CR | 2017-06-19 | 2017-07-12 | Orientation - Cedar Rapids | 2017-07-13 | 2017-07-15 | Pre-CDL School | |
| Parks | Jermaine | Hawkeye Community College | 2017-06-19 | 2017-06-23 | Orientation - Cedar Rapids | 2017-06-26 | 2017-06-28 | Pre-CDL School | |
| Ali | Ali Hasan | Continental | 2017-06-19 | 2017-07-07 | Orientation - OKC | 2017-07-10 | 2017-07-13 | Pre-CDL School | |
| Sanders | Rohnan | | 0000-00-00 | 0000-00-00 | Orientation- Jacksonville | 2017-06-19 | 2017-06-21 | Pre-Orientation | |
| Lynch | Jeremy | CRST Permit Training - CR | 2017-06-19 | 2017-07-12 | Orientation - Cedar Rapids | 2017-07-13 | 2017-07-15 | Pre-CDL School | |

## Ordering Greyhound Ticket Through Tenstreet

The first step is tagging the location the applicant is headed to. (Even if they are attending school first you need to tag the orientation location)




Now, change APP VIEW to Travel View Ticket Order




The form comes pre-populated with the zip code from their app. You can select the mile radius and/or change the zip. If you have tagged a location, the "going to" section will come up with pre-populated locations. Select a departure date, pick your ticket and BOOK! You can override the pre-populated cities by entering the zip code of the location you want the driver to travel to.




It will fill in the Ticket Status section directly below, and will start as "new", move to "pending" and then transition to confirmed. You will receive a reminder with the confirmation once it has gone through (it's pretty quick).

Here is an example of what it looks like when the ticket order returns

| Ticket Status | | | | | | | |
|---|---|---|---|---|---|---|---|
| Status | Confirm. # | Departure | Departure Date | Arrival | Arrival Date | Ordered Date | Price |
| Confirmed | 17486108 | Odessa/TX | Fri, 11/25 07:35 PM | Cedar Rapids/IA | Sun, 11/27 12:05 PM | 11-22-2016 14:51:00 | 246.5 |

**Application Rules**

- If you receive an 800 line call **and the recruiter has not made contact** (spoken to via phone, email or text) – this app is available to take. If they have and are actively working with next action dates set – this is not available to take.
- If the recruiter leaves for the day and does nothing with the next action date (that is set for that day) – this app is available to take
- If applicant calls in on the 800 line and application is in another recruiters new/reapply box (recruiter has not worked) application is available to take
- If you transfer an 800 line call to a recruiter, send 800 line note and they do not call the applicant back by end of shift – this is available to take.
- No text or emails blasts to other recruiters buckets! Work with your manager if you want to text others buckets within your own team (you need manager approval to do this)
- If a new app is left in recruiters new box from the previous day (5pm or earlier) and another recruiter wants to work it is free game, provided that recruiter does not have any new or reapply of their own

**After Hours (Weekends, Holidays, before/after other recruiters shifts)**

- If you have **no** new apps, you can request apps to be moved to you. This should be done 1-2 apps at a time and those apps must be contacted during that shift. No new app hoarding!

Manager discretion always applies. Example – a note expires on a "pre-approved processing" app due to the recruiter being out sick that day. The manager may not approve moving this app if a call was taken on the 800 line. Instead, we would encourage you to help your peer by handling the call on their behalf.

******NOTE YOUR APPS AND SET NEXT ACTION DATES: it should always be clear as to what you are doing with that app*******

## Expedited Options

**Check List:**

- Proven successful team driving
- Good safety record
- Same co-driver for at least 2 months
- 90% or better on time delivery
- No home time issues
- Speed 1 or 2 team

**Expedited Lease Purchase/Owner Operator**

Drivers can come over as **lead driver** or a **pre made team** if:

**Lead**
- Successful lead driver on the company side
- Trained at least one driver on the company side

**Teams**
- Neither driver is under contract
- One of the drivers is out of contract and buys out co-drivers contract (if they are bringing their current co-driver and he/she is under contract the fee is $6500 charged at $350 a week).

**Hiring Area:**




**Pay: 70% of Line Haul 97% Fuel Surcharge**

**Check List:**

- 6 months Over the Road driving
- Not under contract
- Lead certified
- Deficit free
- Take little to no advances
- Successful company driver/team

## Malone (Flatbed Options) (Birmingham)

Founded in 1928, **CRST Malone, Inc.** is one of the oldest, privately held **flatbed** carriers in the industry. Headquartered in Birmingham, Alabama, we have more than 1,400 owner/operators and more than 50 field offices in the U.S. and Canada. **Solo and Team Driving options are available.**

**Hiring Area:**



Late Model Freightliners, Payments Much Lower than Dealer Financing, 100% Pass-Through Fuel Surcharge, $0 Down, No Credit Check

**Pay: 75% of Line Haul 100% Fuel Surcharge**

**Check List:**

- 6 months Over the Road driving experience w 8 months minimum flat bed experience
- Not under contract
- 25 years of age
- No issues with advances or currently in a deficit
- Clean Safety Record
- Must meet all of the minimum guidelines outlined by the Federal Motor Carrier Safety Regulations (Will be reviewed by Ryan and Recruiting Department)

## CRST Dedicated Services, Inc.

Founded in 1955, CRST is one of the largest asset-based, family owned transportation companies in the nation. They offer a range of services—from a totally dedicated fleet to a single-source transportation network.

**Team driving, solo options are available in certain markets (4500-5500 average miles per week)**

**Hiring Area:**






CRST001772

CRSTF392304

**Check List:**

- Proven successful team driving
- Good safety record
- Same co-driver for at least 2 months
- 90% or better on time delivery
- No home time issues
- Not under contract
- 6 months continuous driving in Expedited

## Specialized Transportation, Inc (Fort Wayne)

For over 60 year CRST Specialized Transportation has safely pad wrapped & handled High Value products for many of the fortune 500 companies throughout the US and Canada. Some examples of "Special Products" are computers, medical equipment, copiers, fine art work, & exhibit/tradeshow displays offering multiple opportunities for advancements. Our five specialty divisions create an environment for longevity, generating a low 24% turnover rate. **Solo and Team Driving options are available.**



**Hiring Area:**
Benefits: 12¢ Off Fuel Cards, State of the Art Fuel-Saving Trailers, Lower Miles, Lower Weight, Less Wear and Tear, FREE EZ pass, Bridges, Tolls, NY, OK, FL pass

**Pay: Pay on all miles, loaded and empty, fuel surcharge on all miles; safety bonus on all miles.**

**Check List:**

- 1 year of Over the Road driving experience (recent) winter and mountain driving.
- Not under contract
- Driver must have High Standards with regards to: Safety, Quality Performance, Motor Vehicle Record, Appearance, and Employment Stability.
- Be willing to drive all 48 states, & available for 3-4 weeks at a time
- Will be reviewed by Ryan and Recruiting Department

## Pegasus Transportation (Louisville)

The most recent addition to the CRST family of companies, Pegasus Transportation is a leading provider of **temperature controlled and just-in-time truckload services**. Based out of Louisville, KY, we have developed a long tradition of on time deliveries, responsive customer service and competitive pricing. Advanced technology supports our company fleet and professional drivers assuring customer satisfaction. **Team driving, solo options are available in certain markets.**

**Hiring Area:**



**Check List:**

- Proven successful team driving
- Good safety record
- Same co-driver for at least 2 months
- 90% or better on time delivery
- No home time issues
- Not under contract
- 6 months continuous driving in Expedited

## How to Prioritize your Day:

Priority #1

- Log into 800 line and get in READY status

Priority #2

- Glance and clean up reminders (this should only take a few minutes)
  - Close out all *new application received* reminders for those applications in new and reapply status (do NOT close out *new application received* under any other status other than new and reapply, you will need to click on these later and work them) additional info below in the reminder process.

Priority #3

- Check voicemail and write down all information

Priority #4

- Begin calling through all new applications, as well as reapply
  - Ensure notes and follow up dates are set for those that do not answer

Priority #5

- Call back voicemail messages

Priority #6

- Begin working through reminders/follow ups. You will need to work you best at keeping your reminders under 50. Please see below (reminder process) for tips on how this can be done.

****Please be sure that during this time you use your multitasking abilities. Ensure you stay in READY status and take any phone call that comes in on the 800 line. Be sure that when you are away from your desk or dealing with a driver issue at your desk you are putting yourself in NOT READY. When done, place yourself back into READY status.

****Also ensure you are frequently refreshing your new and reapply buckets in tenstreet and working any new application that comes in. No new applications should be left by the end of your working day, and very minimal reapplies.

# EXHIBIT 19

we are setting up the load into our computer system, and then we pass that on -- I also have oversight of the planning department, who then their job is to take the freight that our customer service team books into the system and assign the trucks to go pick up the loads. So we have trucks and loads all over the country, and so their job is to make the most efficient plans possible to minimize cost, keep drivers moving, all of those types of things, and I just run our system as efficiently as possible.

Q. And so are you familiar with the variables that you can change to make trips more and less efficient?

A. I am, yes.

Q. Okay.

A. Uh-huh.

Q. And what is your knowledge of CRST Expedited's compensation of its drivers based on?

A. It is based on -- The main component of driver compensation is miles driven. That's the main component of compensation. There are also other accessorial charges -- or not charges -- compensation that occurs, layover pay, breakdown pay, those types of things.



adbd32d6-3322-4c39-bfeb-ac0a69235f33

than Google Maps or PCMiler, whatever those types of programs are.

Q. And is the dispatched miles what you use to charge your customer?

A. The customer sometimes has the preference of saying, we would like to use this routing software instead, so there are different routing softwares that we use in rating -- in rating loads based on customer preference, but what we do is then we calculate using their mileage and coming to a line-haul rate. So we're more focused on the dollars amount, what are the rates -- what would the rate be on our routing software, and then sometimes we come up -- we come up with the overall amount to charge for the load and then use their routing guide or routing software. But in terms of the overall charge for the load, we measure our rate per mile based on our software.

Q. Okay. And so the drivers are -- are they ever compensated based on mileage that's calculated by something other than the Rand McNally MileMaker?

A. No.

Q. In the next paragraph, paragraph 8, it says that, the mileage-based compensation formula is designed to cover all driving and nondriving on-duty

work, including the time traveling from a load destination to the next load pickup location.

A. Uh-huh.

Q. Can you explain what is encompassed by on-duty work?

A. So the main components of on-duty work would be pretrip and post-trip inspections where the drivers are required to inspect their equipment before driving, DOT inspections where a driver may be driving down the road and get pulled into a scale house or a -- or pulled over by a DOT officer. Federally mandated drug tests are on-duty work. Actively engaging in loading and unloading or assisting in one of those would be classified as on-duty work, and any safety-related training events, such as a -- if a driver gets into an accident, we would bring them into a terminal for some safety training, potentially a road test, those types of things. Those are classified as on-duty as well. There obviously are a number of different on-duty events that could happen that are safety related, and I'm not sure I could provide you an exhaustive list of those.

Q. Sure. When you say here, including the time traveling from a load destination to the next

at CRST.
Q. Okay. In the last paragraph, paragraph 10, you describe the split-miles system --
A. Yes.
Q. -- and you indicate that each member of that team could work a different number of hours than their co-drivers, but they both get paid the same amount of split miles, correct?
A. Yes.
Q. All right. And that means that one driver could work more on-duty hours than the other driver but get paid the same amount, correct?
A. Yes.
Q. Okay. And is the split-mileage formula intended to cover -- to compensate the drivers for all on-duty hours?
A. Yes.
Q. And when you use the term on-duty hours, you're using it to refer to driving, is that correct?
A. No. There's a difference between driving and on-duty hours.
Q. Okay. And in this context are you using it when you say that -- in paragraph 7, for example, that -- sorry -- paragraph 8, the mileage-based compensation formula is designed to cover all driving

and nondriving on-duty work, correct?
A. Yes.
Q. Okay. So the mileage-based compensation formula is intended to cover driving, pretrip inspections, post-trip inspections, Department of Transportation inspections, federally mandated drug tests, loading and unloading, safety-related training and road tests. Is there any other type of on-duty time with which you're familiar?
A. Those are the main -- those are the main components of on-duty -- on-duty time, yes.
Q. Okay. Do you consider your CRST Expedited drivers in teams to be continuously on duty?
A. No.
Q. Okay. And then on the last page, 4, of this document --
A. (Witness complies.)
Q. -- can you describe the detention pay policy to me?
A. So detention pay is where a driver arrives at a loading or unloading location, and they are held longer than, I guess, reasonable. Unfortunately, reasonable varies by customer, so we have different agreements with different customers in regards to detention pay where -- When we negotiate business

# EXHIBIT 20

Revision 5/17/2019

EXPEDITED



# Recruiting Manual

Copyright ©CRST Recruiting

**R-----Recent grads or drivers who must go out with a lead driver**

**E----Experienced driver with verifiable driving**

# What will be their pay code????

**Driver has 3 years OTR**

**Driver used to have CDL worked for Swift for 2.5 years but let CDL go and needs full school**

**Driver just graduated from CDL School last week**

**Driver has 5 years' experience with KLLM has been out of the truck the last 6 years and will be taking a one wee class here**

**Driver got his permit here with us and will be under contract the next 10 months**

**Driver has 6 months local work**

**Driver has 1-year OTR and 6 months Regional**

## Rebuttal Sheet

DRIVER NOT INTERESTED IN TEAMS:

- Chance to make more money. Truck is always moving since there are 2 drivers. If there is a weather, traffic, safety, maintenance, etc issue that slows the truck down, you have the ability to make up the missed time/miles up on the back end. Team drivers have more average miles than solo drivers, so it *is* in fact more money!

## Not Interested in Teams

- Chance to make more money (wheels always moving!)
- Teams are safer, especially for less experienced drivers
- Always work in teams (industry in high-demand)

## Not Interested in OTR

- Great opportunity to start your career with the experience that most carriers look for in applicants
- If paid by the mile, OTR is the best "bang for your buck", with longer hauls/miles than Local & regional work
- Garunteed home time (& you can take home time anywhere!)

## Heard Bad Reviews of CRST

- Day 1 benefits-- we've got you covered from the get-go
- Improved driver-dispatcher ratio, so driver's have more personal attention
- An industry leader in team driving
- Operational and growing since 1955


All Rights Reserved

# EXHIBIT 21

DELIVERING PROMISES AND DRIVING SUCCESS

CRST

THE TRANSPORTATION SOLUTION



# Recruiting Manual

Copyright ©CRST Recruiting

- Travel/Lodging provided by CRST
- Driver will stay at the Training Center
-

- Oklahoma City, Oklahoma Orientation (currently under construction)
  - Only holds one orientation per week (4 days)
    - Monday-Thursday
    - Travel/Lodging provided by CRST
    - Driver will stay at the Ramada Inn
  -
- After selling the program to the recent grad – begin phone application. Do not forget to read the FCRA script before running the documents!
-
- Set firm follow up with applicant on next steps

**Questions to ask:**

- **Why did you get your CDL?**
- **How long have you had a CDL?**
- **What are you looking for?**
- **What does your experience look like?**

**What to talk about:**

- **No contract**
- **Tuition reimbursement**
- **Miles = money**
- **Co-drive with a friend (this gets you a referral)**
- **Sell to their needs from questions above**

**Career path:**

- **Lead driver (teach the next generation)**
- **Asset Light**
- **Asset Heavy**
- **CRST RECRUITER**

*Proprietary and Confidential*
*All Rights Reserved*

# EXHIBIT 22

that section? This driver's remaining $0.12/mile was converted from taxable income to $0.10/mile non-taxable income with Per Diem. So, the $1.45 came from calculating the 14.5 split miles multiplied by the $0.10 = **$1.45.**

- **The itemized Per Diem Section will never show a rate since its standard at $0.10/per mile for every driver.**
- **If you have further questions about Per Diem consult the Per Diem Explained Document in the Student Driver Handbook.**

Section 3:

- This section identifies how many total miles you ran as a truck for the week as well as the miles each driver will be paid out. It also provides the progress this driver has made on their CDL Training Repayment Agreement.
  - The total movement miles for the **Truck** for this pay period was 1069 miles. The total paid miles for the **Driver** were 534.5. Based off this example it's for a truck that had two drivers on the truck.
  - The remainder of this section involves the CDL Training Repayment Agreement. This is a section of the pay roll stub that has caused some confusion. Don't stress if it doesn't make sense. We are here to walk you through it if needed!
    - The CDL Training Repayment Agreement may not be included on all pay stubs. If you prepaid for training, it would not appear.
    - If you signed up for the Repay by the Miles plan, The expectation is that you pay $0.06/mile of your payroll back until you meet the 100,000 total mile threshold.
    - The 100,000 total mile threshold is based off the total miles the **Tractor** runs.
    - Since the total miles is based off what the truck runs, your payment is based off the total miles ran by the truck. In this instance the truck ran 1069 miles. Because the conversion is not based off split miles, it shows at 1069 miles multiplied by $0.03/mile. It's a bit confusing but essentially, it's the same as if you were charged your 534.5 paid miles x 0.06/mile.
      - EX: 1069 x 0.03 = $32.07
      - 534.5 x 0.06 = $32.07
    - Why does CRST convert it this way?
      - We do this because on your total repayment agreement the 100,000-mile threshold is total miles by the truck. It creates an easier calculation to identify when a driver meets qualification to waive the remaining money owed on their CDL repayment.
- After the initial $3,000 is repaid and the 100,000-mile threshold has been satisfied, the AMT WAIVED UPON Satisfaction that shows as "Hold" for $2,750 will be waived.
- **Should a driver quit they are responsible for the total remaining balance of both cdl training repayment, and the amount waived on satisfaction. The hold section is only waived if driver completes the CDL Training Repayment Agreement.**

# EXHIBIT 23

Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
Rebecca Brown (SBN 315338)
rbrown@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
Tel: (626) 795-4700
Fax: (626) 795-4790

Charles Andrewscavage (Admitted *Pro Hac Vice*)
candrewscavage@scopelitis.com
Jared S. Kramer (Admitted *Pro Hac Vice*)
jskramer@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, IL 60603
Tel: (312) 255-7200
Fax: (312) 422-1224

James H. Hanson (Admitted *Pro Hac Vice*)
jhanson@scopelitis.com
SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Tel: (317) 637-1777
Fax: (317) 687-2414

Attorneys for Defendants, CRST EXPEDITED, INC.; and CRST International, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HUCKABY, individually and on behalf of all other persons similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>CRST EXPEDITED, INC., an Iowa corporation; CRST INTERNATIONAL, INC., an Iowa corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:21-cv-07766-ODW-PD<br><br>**DEFENDANT CRST EXPEDITED, INC.'S RESPONSES TO PLAINTIFF'S INTERROGATORIES (SET ONE)** |

Defendant, CRST Expedited, Inc. (CRST),[1] under Federal Rule of Civil Procedure 33, responds to Plaintiff Keith Huckaby's Interrogatories, Set One, as follows:

## OBJECTIONS TO DEFINITIONS

A. CRST objects to Plaintiff's definition of the term "Identify" as unduly burdensome to the extent it requires CRST to provide the address, telephone number, fax number, and email address of any CRST employee. CRST will interpret Identify to mean identify CRST employees' names. Plaintiff should only contact CRST employees through counsel of record in this matter.

B. CRST objects to Plaintiff's definition of "DEFENDANT" or "DEFENDANT's" as overbroad and unduly burdensome because it requires CRST to obtain documents from "all agents," "independent contractors or other representatives of the entity." This would require CRST to obtain documents from third parties over which CRST has no control. CRST will interpret "Defendant" or "Defendants" to mean CRST and its employees.

C. CRST objects to the definition of "CONSUMER REPORT" to the extent it includes any document that falls outside of the definition of the term Consumer Report as it is used in the Fair Credit Reporting Act or the California Investigative Consumer Reporting Agencies Act. CRST will interpret Consumer Report in the manner commonly understood under those statutes.

## OBJECTIONS AND RESPONSES TO INTERROGATORIES

1. IDENTIFY each current or former employee of DEFENDANT who had a residential address in California and/or was assigned or associated with a terminal in California, and worked as a truck driver for DEFENDANT at any time from August 9, 2017 to present.

[1] As a result of a corporate restructuring, CRST International, Inc. merged into CRST Expedited, Inc. d/b/a/ CRST The Transportation Solution, Inc. on January 2, 2021 and, effective on the date of that merger, ceased to exist.

**RESPONSE:** CRST objects to the phrases "assigned or associated with a California terminal" as vague and ambiguous. CRST will interpret these phrases as referring to any individual for whom CRST designates a California terminal as their home terminal. CRST does not designate drivers to any terminal, and all driver dispatching is done from Cedar Rapids, Iowa. As a result, CRST will respond to Interrogatory 1 by identifying each truck driver with a California residential address that it employed during the relevant period. Due to privacy concerns, CRST also objects to producing contact information for putative class members until after the parties negotiate and the Court enters a protective order that will govern the disclosure of putative class member contact information. Subject to these objections, CRST employed approximately 4,351 California resident drivers between August 9, 2017 and September 7, 2021.

2. IDENTIFY each current or former employee of DEFENDANT who was compensated on a piece-rate basis in the State of California at any time from August 9, 2017 to the present.

**RESPONSE:** CRST objects to the term "employee" as overbroad. CRST employed plaintiff as a truck driver and CRST will interpret the term employee to mean employee truck drivers. CRST also objects to Interrogatory 2 as overbroad to the extent it seeks information related to non-California residents. CRST will interpret Interrogatory 2 as requesting information related to California resident employee drivers. Subject to those objections, CRST states that it compensates its employee drivers for delivering a load. CRST's load based compensation is calculated by multiplying a predetermined number of miles associated with the load by the driver's mileage rate. This per-load compensation compensates a driver for all normal duties associated with the load, including taking the necessary rest breaks to safely deliver the load. Because CRST's load based compensation

applied to each California resident employee driver since August 9, 2017, CRST refers Plaintiff to its answer in response to Interrogatory 1.

3. IDENTIFY each person residing in California who applied for a job with DEFENDANTS in the State of California and who executed DEFENDANTS' DISCLOSURE AND AUTHORIZATION FORM provided by DEFENDANT from August 9, 2016 to present.

**RESPONSE:** CRST objects to Interrogatory 3 as overbroad and unduly burdensome to the extent it requires CRST to search through each applicant's file in order to compile a list that is responsive to Interrogatory 3. CRST will not perform that manual search. CRST objects to the definition of "Disclosure and Authorization Form" because it artificially limits the way individuals provided CRST with their consent to obtain the relevant reports. As described in detail in CRST's response to Interrogatory 17, individuals during the relevant period provided CRST with proper authorization both verbally and in writing. CRST also objects to identifying non-driver applicants. As explained below, the process for driver employees and non-driver employees was entirely separate and distinct. Plaintiff does not have standing to pursue any claim on behalf of non-drivers. Given that, the information is not relevant, and it is overly burdensome to ask CRST to produce information related to non-drivers.

CRST also objects to producing contact information for driver putative class members until after the parties negotiate and the Court enters a protective order that will govern the disclosure of putative class member contact information. Subject to these objections, CRST states that it is investigating whether it can generate a report that accurately identifies each individual necessary to respond to Interrogatory 3. When CRST completes its investigation, it will supplement its answer to this interrogatory**.**

**Signature as to Answers to Interrogatory Nos. 1-2, 6-12 and 21**

I affirm under the penalties of perjury that I have read Defendant CRST Expedited, Inc.'s Responses to Plaintiff's Interrogatory Nos. 1-2, 6-12 and 21, know their contents, and am informed and believe that the foregoing responses are true based on my knowledge, on information reflected in documents and on information supplied by others.

**CRST Expedited, Inc.**

**By:** [signature]

**Printed Name:** Chad Brueck

**Title:** President – Expedited Solutions

**Date:** February 10, 2022

# EXHIBIT 24

**From:** Gretchen Wanek
**Sent:** Friday, May 10, 2019 2:01 PM
**To:** flaco988@gmail.com
**Subject:** Dedicated Caterpillar/Class A/Up to $4000 Sign-On!/CRST-GREAT HOMETIME-GREAT PAY!!

Hello Juan,

This is Gretchen with CRST Dedicated Services. Thank you for taking the time to inquire about a Class A driving job. Here are some details on that position:

- This team position delivers repair parts to Caterpillar distribution centers pulling a 53' dry van.
- All freight is drop and hook, no touch and we pay on all miles empty and loaded.
- You can team with someone you know and **your team gets a <u>$8000.00 Retention/Sign-On Bonus</u>**!
- **We can match you with a co-driver and give you a <u>$1000.00 Sign-On Bonus</u>!**
- 10-14 days out, followed by 2-3 days home.
- **If you live close to** Morton, IL; Spokane, WA; Denver, CO; Clayton, OH; York, PA; Arvin, CA; Atlanta, GA; Waco, TX; Miami, FL or Corinth, MS you will most likely get on a weekly turn sometime after starting. Plan on approximately 30-60 days to work with your Driver Manager to get situated in a **home weekly lane** when we are able to accommodate that.
- Our trucks are getting an average of 5,500 miles per week. Our top teams are getting over 6,000 miles per week!
- You can earn up to .51/mile, depending on your location and experience.
- 2015/2016 Manual Cascadias

Please apply by clicking on this link: **<u>APPLY NOW!</u>** and I will give you a call after I process your application.

***<u>Benefits include:</u>***

- **Medical/Dental/Vision Coverage**
- **401K Retirement Plan**
- **Paid Vacation**
- **Life Insurance**
- **Per Diem Tax Benefit**
- **Com Data**
- ***Accident and disability insurance***

Thank you, and I look forward to working with you!

**GRETCHEN WANEK** | **Senior Driver Recruiter**
CRST Dedicated | <u>www.drivecrst.com</u>

# EXHIBIT 25

**From:** DJ Fleetwood
**Sent:** Friday, September 16, 2022 2:25 PM
**To:** quasar9871@gmail.com
**Subject:** Expedited OTR Home Weekly- Was good talkin w/ you again
**Attachments:** 2022 Driver Benefit Info..pdf

Here is the team pay scale below. Can get on a dedicated/select loop lanes which would keep yal running. GOAL is 5-6k/ jus split the miles and keep wheels rollin. Great money opportunity right here boss man! We would do a 2.5 day Oreit in Dal, TX. I would provide the transpo and lodging. Then yal would get your truck and be ready to get to work. Let me know if any questions! I attached the benefit info also good sir. Thank you much! App is below-

Link is below for the app

OTR PAY SCALE-Compensation:

| Months Completed | New Pay Rate as of May 5th | TIPS Eligible |
|---|---|---|
| 0 | $0.36 | No |
| 1 | $0.40 | No |
| 2 | $0.40 | No |
| 3 | $0.45 | No |
| 4 | $0.45 | No |
| 5 | $0.45 | No |
| 6 | $0.50 | No |
| 7 | $0.50 | No |
| 8 | $0.50 | No |
| 9 | $0.50 | No |
| 10 | $0.50 | No |
| 11 | $0.50 | No |
| 12 | $0.60 | Yes |
| 24 | $0.61 | Yes |
| 36 | $0.62 | Yes |
| 48 | $0.63 | Yes |
| 60 | $0.64 | Yes |
| 72 | $0.65 | Yes |

**DJ Fleetwood**
***Driver Recruiting –***
***CRST The Transportation Solution, Inc.***
**Cedar Rapids, IA 52404**
**Direct: 319.739.4923**
**Efax: 319-390-6701**
**Text Line- 319.657.5200**
djfleetwood@crst.com
www.CRST.COM

CLICK TO APPLY:

https://intelliapp.driverapponline.com/c/crst?r=djfleetwood

DELIVERING PROMISES AND DRIVING SUCCESS

CRST

THE TRANSPORTATION SOLUTION

-Time is a created thing. To say " I don't have time" is like saying, "I don't want to"- LT-

CRST Values Safety; Make Safety Part of Everything You Do!

This email (including any attachments) is covered by the Electronic Communications Privacy Act, 18USC,2520-2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in

# EXHIBIT 26

**From:** Tim Higgins
**Sent:** Tuesday, January 29, 2019 4:20 PM
**To:** leonardlmoore@gmail.com
**Subject:** CRST Dedicated Services: CAT Account Information

**Importance:** High

Hi Leonard

This is Tim with CRST Dedicated Services.

This team driving position is on one of our Dedicated accounts hauling for Caterpillar (CAT) Logistics.

- We offer WEEKLY home time in your area. This would have you returning home on a weekly basis for your reset.
- Our team trucks average a minimum of 5,200 and 5,800 miles per week. Our top teams are over 6,000 miles per week.
- This delivers repair parts to Caterpillar distribution centers in a dry van environment.
- All Caterpillar freight is drop and hook, no-touch, no live load/unload. We utilize back haul freight to get you to your next Caterpillar load.

Our pay scale is based on your level of tractor trailer experience. We offer competitive starting pay, sign on bonuses and a full benefits package (day one health benefits).

Please give me a call with any questions you may have about this account. I may be reached directly at **(319)390-2823.**
**CLICK HERE to fill out a full application.**

https://intelliapp.driverapponline.com/c/crstdedicatedservicesinc?r=Thiggins

I look forward to speaking with you!

**Tim Higgins**
Senior Recruiter, Driver Development
CRST Dedicated Services, Inc.
3930 16th Ave SW
Cedar Rapids, IA 52404
Direct: (319) 390-2823
Toll Free: (866) 325-2778
Fax: (319) 731-6478



Confidential 

# EXHIBIT 27

**From:** Emily Arbore
**Sent:** Thursday, April 25, 2019 3:49 PM
**To:** ajsingh0822@gmail.com
**Subject:** Pay Scale

**1st 28 days with lead driver:** $30 cents/mile -$750-900/week.
**Month 1:** $0.31 cents/mile: $775-$930/week
**Month 2:** $0.32 cents/mile:$800-$960/week
**Month 3** :$0.33 cents/mile: $825-$990/week.
**Month 4**: $0.34 cents/mile:$850-$1,020/week.
**Month 5**: $0.35 cents/mile:$875-$1,050/week
**Month 6**: $0.36 cents/mile:$900-$1,080/week
**Month 7**: $0.37 cents/mile:$925-$1,110/week
**Month 8**: $0.38 cents/mile:$950-$1,140/week
**Month 9**: $0.39 cents/mile:$975-$1,160/week
**Month 10**: $0.40 cents/mile:$1000-$1,200/week

This scale is on a 5000-6000 mile average for the week. Remember miles are split with your partner, but you get your own pay rate. (This scale is with the miles already split so these dollar amounts do not change).

*Emily Arbore*
*Driver Development - Recruiter*
*CRST Expedited*
*1332 Edgewood Rd SW*
*Cedar Rapids, IA 52406*
*Direct: 319-390-2645*
*Fax: 319-731-9230*
*Earbore@crst.com*
*www.joincrst.com*

# EXHIBIT 28

**From:** Brandon MeLo <bmelo1982@gmail.com>
**Sent:** Thursday, July 8, 2021 10:17 AM
**To:** Dustin Valentine
**Subject:** Re: Payment

EXTERNAL EMAIL - This email is from bmelo1982@gmail.com who is outside of the organization.
Oh I got you thanks again.

On Thu, Jul 8, 2021, 11:10 AM Dustin Valentine <dvalentine@crst.com> wrote:

You get paid full pay for half the miles of the truck

Dustin Valentine, 1st shift DM

CRST |Expedited Solution|

1332 Edgewood RD Sw

Cedar Rapids, IA 52404

www.crst.com

This email (including any attachments) is covered by the Electronic Communications Privacy Act, 18USC,2520-2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error and then delete it. Thank you.

**From:** Brandon MeLo <bmelo1982@gmail.com>
**Sent:** Thursday, July 8, 2021 10:02 AM
**To:** Dustin Valentine <dvalentine@CRST.com>
**Subject:** Payment

EXTERNAL EMAIL - This email is from bmelo1982@gmail.com who is outside of the organization.

What's the difference between total movement miles and total paid miles?I drove a load from Cali to Pennsylvania.

# EXHIBIT 29

**From:** Andre Peters
**Sent:** Wednesday, September 22, 2021 8:23 AM
**Subject:** Payroll Reminder

**Importance:** High

**BCC :** adam.jsmith805@gmail.com;alexander-hawkins@hotmail.com;bynumcourtney145@icloud.com;collinsmitch32@gmail.com;cruzsantanafranciscoxavier@gmail.com;dariusgreen155@gmail.com;FASTTRACK72@YAHOO.COM;hagoodtiffany@yahoo.com;inverted81@gmail.com;jaycastaneda446@gmail.com;JORDANLAYFIELD5@GMAIL.COM;kerrilcombs@gmail.com;kyleridgill62@gmail.com;loumass@gmail.com;mikanzisspinella@gmail.com;probieautomatic11720@gmail.com;randkcombs@gmail.com;raycl5665@hotmail.com;redondomonica888@gmail.com;shacarree@gmail.com;silverheart.a.e@gmail.com

Hey all!

Just wanted to send quick reminder out to the fleet to remind on how monitoring pay, breakdown, etc. is paid. Please see below for a table of different compensation types we have, how they are earned, and the format I need the earning type to be communicated in. As always, if you have any questions, let me know!

| **Earning Type** | **Amount** | **Description** |
|---|---|---|
| Layover | $75/24 hours | Paid when you are laid over with no freight or waiting to pick up a load. Paid only in 24-hour increments. (Example: 60 hours of layover = $150) |
| Monitoring | $7.50/hr | Paid when you are under a **PHARMA MONITORED** load and stopped/shutdown waiting for delivery appointment, shipper to open, weather, etc. |
| Detention | $7.50/hr after 2 hours at shipper/consignee | Paid when you are at a shipper/consignee for more than two hours **AFTER** a pickup/delivery appointment time. |
| Breakdown | $7.50/hr after 4 hours | Paid when you are broken down for more than 4 hours. This can apply to the **TRUCK** or **TRAILER**. The first four hours do not pay. |
| City work | $15/hr | Paid on any load where **TOTAL MILES** are less than 100. |
| Stop Pay | $10/stop | Paid on any multi-stop order for stops **BETWEEN** the pickup and delivery. (Example: Load has one pick up and four stops to deliver = $30/driver) |
| Base Pay | $0.75/mile | Paid on ALL MILES (loaded, empty, or bobtail) |

The earning types above that **ARE NOT** highlighted in green **MUST** be sent to me via email in the format below immediately after it occurs, or it will **not be paid**. Those highlighted in green are automatically added.

Load #: ________________ (if applicable)

Start time and end time of down time: _____________ (i.e. – 02/21 16:37 – 02/22 03:00)

Location of down time: _____________ (i.e. – TA I-40 Oklahoma City, OK)

Reason for down time: ____________ (i.e. – weather, breakdown, waiting for appointment, waiting for next load, etc.)

Andre Peters, Senior Driver Manager – Pharmaceutical OTR
CRST The Transportation Solution, Inc. – Expedited Solutions
1332 Edgewood Rd SW, Cedar Rapids, IA 52404
Direct: 319.739.4974
After hours: 502.212.0626
www.CRST.com
DELIVERING PROMISES AND DRIVING SUCCESS
CRST
THE TRANSPORTATION SOLUTION

*This email (including any attachments) is covered by the Electronic Communications Privacy Act, 18USC,2520-2521. It is confidential and may be illegal privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to sender that you have received the message in error and then delete it. Thank you.*

# EXHIBIT 30

Getting Started with CRST!

## CRST Expedited Pay – Effective 1/1/18

| | | | | |
|---|---|---|---|---|
| **Contract Students:** This pay scale applies to contract students in the CRST sponsored training program. | | | | |
| **Length of Experience** | **Split Mileage Pay Scale** | **4,000 miles/wk** | **5,000 miles/wk** | **6,000 miles/wk** |
| **Month 0** | **$0.30** | **$600** | **$750** | **$900** |
| **Month 1** | **$0.31** | **$620** | **$775** | **$930** |
| **Month 2** | **$0.32** | **$640** | **$800** | **$960** |
| **Month 3** | **$0.33** | **$660** | **$825** | **$990** |
| **Month 4** | **$0.34** | **$680** | **$850** | **$1,020** |
| **Month 5** | **$0.35** | **$700** | **$875** | **$1,050** |
| **Month 6** | **$0.36** | **$720** | **$900** | **$1,080** |
| **Month 7** | **$0.37** | **$740** | **$925** | **$1,110** |
| **Month 8** | **$0.38** | **$760** | **$950** | **$1,140** |
| **Month 9** | **$0.39** | **$780** | **$975** | **$1,170** |
| **Month 10** | **$0.40** | **$800** | **$1,000** | **$1,200** |
| **Month 11** | **$0.41** | **$820** | **$1,025** | **$1,230** |
| *Note: At the 12th month, all drivers fall under the Experienced Pay Table. (see below)* | | | | |

| | | | | |
|---|---|---|---|---|
| **Recent Graduates and Prepaid Students:** This pay scale applies to drivers with a CDL who need OTR training with a lead driver. It also includes those who prepaid their training costs. | | | | |
| **Length of Experience** | **Split Mileage Pay Scale** | **4,000 miles/wk** | **5,000 miles/wk** | **6,000 miles/wk** |
| **0-2 Months** | **$0.35** | **$700** | **$875** | **$1,050** |
| *Note: At the 3rd month, all recent graduates fall under the Experienced Pay Table. (see below)* | | | | |

| | | | | |
|---|---|---|---|---|
| **Experienced Drivers:** This pay scale applies to experienced drivers who do not require tuition reimbursement assistance and who do not need OTR training with a lead driver. | | | | |
| **Length of Experience** | **Split Mileage Pay Scale** | **4,000 miles/wk** | **5,000 miles/wk** | **6,000 miles/wk** |
| **Month 3** | **$0.36** | **$720** | **$900** | **$1,080** |
| **Month 4** | **$0.37** | **$740** | **$925** | **$1,110** |
| **Month 5-6** | **$0.38** | **$760** | **$950** | **$1,140** |
| **Month 7-8** | **$0.39** | **$780** | **$975** | **$1,170** |
| **Month 9-10** | **$0.40** | **$800** | **$1,000** | **$1,200** |
| **Month 11** | **$0.41** | **$820** | **$1,025** | **$1,230** |
| **Month 12-17** | **$0.42** | **$840** | **$1,050** | **$1,260** |
| **Month 18-29** | **$0.43** | **$860** | **$1,075** | **$1,290** |
| **Month 30-41** | **$0.44** | **$880** | **$1,100** | **$1,320** |
| **Month 42-53** | **$0.45** | **$900** | **$1,125** | **$1,350** |
| **Month 54-71** | **$0.46** | **$920** | **$1,150** | **$1,380** |
| **Month 72-95** | **$0.47** | **$940** | **$1,175** | **$1,410** |
| **Month 96+** | **$0.48** | **$960** | **$1,200** | **$1,440** |

# EXHIBIT 31

# CRST Expedited Solutions Wage Verification

## Expedited Pay Scale

This pay scale applies to all drivers in the Expedited Fleet.
The wage verification rate refers to the driver's experience, i.e., the credit given when hired.
Pay rates are based on Split Mile Pay (SMP).

| Length of Experience | Pay Scale *(Split Mileage)* | Mentor Pay* | Combined Rate** |
|---|---|---|---|
| Month 0 | $0.36 | X | $0.36 |
| Months 1-2 | $0.40 | X | $0.40 |
| Months 3-5 | $0.45 | X | $0.45 |
| Months 6-11 | $0.50 | $0.10 | $0.60 |
| Months 12-23 | $0.60 | $0.10 | $0.70 |
| Months 24-35 | $0.61 | $0.10 | $0.71 |
| Months 36-47 | $0.62 | $0.10 | $0.72 |
| Months 48-59 | $0.63 | $0.10 | $0.73 |
| Months 60-71 | $0.64 | $0.10 | $0.74 |
| Months 72 & Up | $0.65 | $0.10 | $0.75 |
| *Drivers eligible to review for Mentor at 6 months recent OTR experience. **Combined Rate is base pay plus Mentor pay added. | | | |
| **Hazardous Materials (HazMat) Endorsement Per Mile Bonus - which applies when a driver receives a load booked as a HazMat: $0.04 cpm** | | | |

NAME __EDWARD TORRES______________________________________

ONBOARDING DATE __XFER FROM DEDICATED WEST_______________

**Total months of eligible experience/Pay Code** E06

| | |
|---|---|
| _____ | I am a new driver who has signed a Financial Agreement in school. I will be in the OTR training program with a Driver Mentor. My wage rate will be ________ cents per mile. I will split miles with my Mentor and/or Co-driver. |

| | |
|---|---|
| _____ | I am a driver who came to CRST with my CDL but have no or little recent experience, and I will be in the OTR training program with a Driver Mentor. My wage rate will be ________ cents per mile. I will split miles with my Mentor and/or Co-driver. |

| | |
|---|---|
| __x__ | I am a driver with recent qualifying experience. My wage rate will be _.50_ cents per mile. I will split miles with my Co-driver and/or Student trainee (if I am a Mentor). |
| **Approved for Mentor? Yes / No** | **Combined wage rate with Mentor bonus: ________** |

**Driver Signature** **Date** **Reviewer Signature** **Date**

Revision effective May 2, 2021

# EXHIBIT 32

# CRST EXPEDITED SOLUTIONS WAGE VERIFICATION

## Expedited Pay Scale

This pay scale applies to all drivers in the Expedited Fleet.
The wage verification rate refers to the driver's experience, i.e., the credit given when hired.
Pay rates are based on Split Mile Pay (SMP).

| Length of Experience | Pay Scale *(Split Mileage)* | Mentor Pay* | Combined Rate** |
|---|---|---|---|
| Month 0 | $0.36 | X | $0.36 |
| Months 1-2 | $0.40 | X | $0.40 |
| Months 3-5 | $0.45 | X | $0.45 |
| Months 6-11 | $0.50 | $0.20 | $0.70 |
| Months 12-23 | $0.60 | $0.20 | $0.80 |
| Months 24-35 | $0.61 | $0.20 | $0.81 |
| Months 36-47 | $0.62 | $0.20 | $0.82 |
| Months 48-59 | $0.63 | $0.20 | $0.83 |
| Months 60-71 | $0.64 | $0.20 | $0.84 |
| Months 72 & Up | $0.65 | $0.20 | $0.85 |

*Drivers eligible to review for Mentor at 6 months recent OTR experience.
**Combined Rate is base pay plus Mentor pay added.

**Hazardous Materials (HazMat) Endorsement Per Mile Bonus - which applies when a driver receives a load booked as a HazMat: $0.04 cpm**

**NAME**

**ONBOARDING DATE** ______________________________

**Total months of eligible experience/Pay Code** ______________

| | |
|---|---|
| ______ | I am a new driver who has signed a Financial Agreement in school. I will be in the OTR training program with a Driver Mentor. My wage rate will be cents per mile. I will split miles with my Mentor and/or Co-driver. |

| | |
|---|---|
| ______ | I am a driver who came to CRST with my CDL but have no or little recent experience, and I will be in the OTR training program with a Driver Mentor. My wage rate will be ________ cents per mile. I will split miles with my Mentor and/or Co-driver. |
| | |

| | |
|---|---|
| ______ | I am a driver with recent qualifying experience. My wage rate will be ________ cents per mile. I will split miles with my Co-driver and/or Student trainee (if I am a Mentor). |
| **Approved for Mentor? Yes / No** | **Combined wage rate with Mentor bonus: ________** |

______________________________________________ ____________
**Driver Signature** **Date**

Revised 12/9/21- JH

# EXHIBIT 33

**CRST EXPEDITED ENTRY CLASSIFICATION/WAGE VERIFICATION (JANUARY 2019)**
**(Rxx – Non - Contract Student)**

NAME Keith Huckaby

All periods of employment and unemployment should be listed in chronological order. Those references that are to be used in computing experienced driver pay rates should be checked in the right-hand column.

| EMPLOYMENT/UNEMPLOYMENT | FROM | TO | MONTHS |
|---|---|---|---|
| 1. Western Express | 1/19 | 3/19 | 2 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| Total months of eligible experience | | | R02 |

**Entry Classification Code & Pay Rate.** The entry classification refers to the driver's experience, i.e., the credit given when hired. Pay rates are based on Split Mile Pay (SMP) unless otherwise noted.

| Length of Experience | Entry Classification | Split Mileage Rate<br>Rxx (non-contract) – Effective 1/15/2019 |
|---|---|---|
| Month 0-2 | 0-2 | .40 |
| Month 3-6 | 3-6 | .40 |
| Month 7-11 | 7-11 | .41 |
| Month 12-17 | 12-17 | .42 |
| Month 18-29 | 18-29 | .43 |
| Month 30-41 | 30-41 | .44 |
| Month 42-53 | 42-53 | .45 |
| Month 54-71 | 54-71 | .46 |
| Month 72-95 | 72-95 | .47 |
| Month 96+ | 96+ | .48 |

ANY WAGE RATE GREATER THAN $0.43/MILE MUST BE APPROVED BY A RECRUITING MANAGER

✓ **Rxx.** I am a recent graduate or inexperienced driver, and I will be in the OTR training program with a lead driver. My wage rate will be .40 when I am assigned to a tractor. See Note 1.

Keith Huy — Driver Signature | 4/10/19 — Date | JT — Reviewer Signature | 4/10/19 — Date

Note 1. "Assigned to a tractor" means: 1. Operations has assigned me to a tractor; 2. Operations has assigned me a lead driver (trainer); and 3. Operations intends to place me in the tractor the day I am assigned.

# EXHIBIT 34

CRST

## Entry-Level Driver Training Requirement Certificate

I certify (Print Name) Keith Huckaby has completed training requirements set forth in the Federal Motor Carrier Safety Regulations for Entry-Level Driver Training in accordance with 49 CFR 380.503. (Training Manager Certification Approval Endorsement below)

The above driver has completed training in:

1. Driver Qualification Requirements
2. Hours of Service of Drivers
3. Driver Wellness
4. Whistle Blower Protection Requirements

**CRST Hazardous Materials (HM) Transportation and Security Awareness Training**

**CRST Expedited Hazardous Materials Security Plan**

- **Why is Hazardous Materials Security Awareness Training important?**
- **Prevention: Is there anything I can do?**
- **How has regulatory thinking changed since 9/11?**
- **Who is a threat?**
- **What are the potential targets?**
- **CRST Hazardous Materials Transportation and Security Awareness Final Exam.**

By my signature at the bottom of this page, I acknowledge that I have received training in the topics listed above, which is my initial certification, and that I must recertify by company policy every two years.

- I acknowledge I have been informed and given a copy of the company's Hazardous Materials Security Plan, which is in my copy of the CRST Driver Over-the-Road Handbook. I have read and understand the procedures contained therein and I accept the policy as a working document that I will support and follow in my daily work.
- I acknowledge I have read the list of disqualifying criminal offenses for the Hazardous Materials Endorsement located in my CRST Driver Over-the-Road Handbook. I understand that I will be disqualified from holding a Hazardous Materials Endorsement and may be disqualified for employment if I am wanted or under indictment in any civilian or military jurisdiction for a felony listed in Part A or B until the want or warrant is released.
- Convicted means any plea of guilty or nolo contendere or any finding of guilt.

(Training Manager Certification Approval Endorsement below)

****** Certification Approval Endorsement ******

Mark Stangl 3930 16th Ave. SW, Cedar Rapids, IA 52406

Hazmat Manager Signature Address of Training Facility

## Proper Backing Procedure and the Use of Ground Guides Policy

Backing a truck is an acquired skill and can be a difficult task. One must be consciously aware of every fixed object, truck/vehicle, and person behind and to the sides of the unit while backing up. Backing accidents and incidents are one of the most common among drivers, most of which could have been avoided if a ground guide was in place. Always use "G.O.A.L.": Get Out And Look!

- Driver must turn off CB and radio and roll the windows down.
- 4-way flashers must always be on during any maneuvering event, and sound the city horn when backing.
- The driver is responsible for positioning the truck; the ground guide does not direct driver.
- Ground guide must stand in front of the truck, or off to one side (usually the passenger side), and stay 5 to 7 feet away from the truck if ever directly in front of it. If you do not see your ground guide do not move the truck! If necessary, get out of the truck, locate your ground guide, and reposition the ground guide before you proceed.
- The ground guide must yell and signal, "STOP" before the driver makes contact with something. (Any sound and/or signal made by the ground guide means "STOP".)

Keith Huckaby 4/11/19

Print Name Hire Date

[redacted]1096

Driver's Signature Social Security Number

# EXHIBIT 35

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HUCKABY, individually and on behalf of all aggrieved employees and the general public,<br><br>Plaintiff,<br><br>Vs.<br><br>CRST EXPEDITED, INC., an Iowa corporation; CRST INTERNATIONAL, INC., an Iowa corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO: 2:21-CV-07766-ODW-PD |

ORAL AND VIDEOTAPED DEPOSITION OF
PHIL REGES
MAY 23, 2023
(REMOTELY REPORTED)

9:34 A.M. TO 4:18 P.M.

REPORTED BY: TARA L. CUNHA, CSR 13788

understanding as to what this wage sheet means with respect to drivers at -- truck drivers at CRST?
A. I do.
MR. ANDREWSCAVAGE: Objection. Objection. Vague.
BY MR. KONECKY:
Q. I'm sorry. Did you say yes or no or something else?
A. I do, yes.
Q. What's your understanding?
A. This is on a -- so per load, there's estimated miles on every load, and then the driver gets paid based on the estimated miles for that load times this cents per mile.
Q. Is -- is that pay structure true for all of the CRST Expedited Team drivers?
A. Can you clarify your question?
Q. Is that structure where there is an estimated number of miles that are driven, and then there is a rate per mile -- for example, 30 cents or 35 cents or down, at least on this document, 48 cents for 96 plus months.
Is that the way in which the CRST pays its Team employee drivers?
MR. ANDREWSCAVAGE: Objection. Vague and

mischaracterizes the testimony.
You can answer.
THE WITNESS: I would say, typically, yes, that is the way that most drivers are paid, yes.
BY MR. KONECKY:
Q. Okay. What's reflected here in Exhibit 2?
MR. ANDREWSCAVAGE: Objection. Mischaracterizes the testimony.
You can answer.
THE WITNESS: What -- that's -- can you rephrase that as a question?
BY MR. KONECKY:
Q. Sure. Exhibit 2 illustrates the way in which CRST Expedited pays its Team employee drivers; is that correct?
MR. ANDREWSCAVAGE: Objection. Vague. Mischaracterizes the testimony.
You can answer.
THE WITNESS: I don't think that's the way that it -- it's not representing the way that they're paid, no.
BY MR. KONECKY:
Q. Okay. In what way is Exhibit 2 not representing the way in which CRST Expedited pays its Team employee drivers?

A. I think -- I believe that we are one of the larger Team carriers out there as far as single provider.

Q. And what does that allow you to do that other trucking companies might not be able to do?

A. Drivers have to take a 10-hour mandatory break in between shifts, and if we have two drivers, then we can have two drivers take shifts and take turns driving.

Q. So you're able to move freight quicker than other companies over long distances?

A. Hypothetically, yes.

Q. Is that something you put your -- CRST Expedited puts itself out to its customer as having that capacity to quickly move freight from point A to point B and, as a distinguishing factor, to move it quickly than -- more quickly than your competitors?

A. I would assume we do, so then, yes.

Q. And is that something, to your understanding, that your customers are paying CRST for that capacity to move freight quickly from point --

MR. ANDREWSCAVAGE: Objection.

BY MR. KONECKY:

Q. -- A to point B?

MR. ANDREWSCAVAGE: Objection. Vague and ambiguous. Calls for speculation.

training associated with it.
Q. Okay. Going to share -- well, let me ask you. As you -- can you walk through each of those four classifications and tell me which each applies -- what type of activity each would apply to?
MR. ANDREWSCAVAGE: Objection. Vague and ambiguous. Maybe lacks foundation.
You can answer.
THE WITNESS: So the -- the four lines of logging are on duty means doing company work, on duty driving means driving, off-duty means off-duty, and sleeper berth means that they're in the sleeper.
BY MR. KONECKY:
Q. And what is included in doing company work?
MR. ANDREWSCAVAGE: Objection. Vague and ambiguous. Lacks foundation.
You can answer.
THE WITNESS: Doing company work is doing things related to company work.
BY MR. KONECKY:
Q. So what is -- that would include, I take it, pre- and post-trip inspections?
A. I think the FMCSA guidelines says they have to log on duty when they're doing a pre- and post-trip, yes.

A. Are you asking specifically how it's supposed to be logged, or what's your question?

Q. Well, we'll start with that. How is it supposed to be logged? Do you know?

A. I don't.

Q. Do you know whether it's considered to be company time or company work that is weighing the vehicles or the trailers?

MR. ANDREWSCAVAGE: Objection. Vague and ambiguous. Lacks foundations.

You can answer.

THE WITNESS: Company work for a driver is anything that happens underneath a load. So they -- if they are at what we would consider needs to be weighed at a weigh station -- or a scale house before they go to -- or sorry -- a weigh station before they go out on the road, they are performing duties associated with that load so that -- that load is company work, so yes.

BY MR. KONECKY:

Q. Well, does -- would -- would this -- I think the same would hold true for pre- and post-trip inspections then?

A. So --

Q. Is that correct?

A. Part of being -- doing a pre- and post-trip is

part of that load, so yes.

Q. What about -- well, is fueling part of the load?

MR. ANDREWSCAVAGE: Objection. Lacks foundation. Asked and answered.

You can answer.

THE WITNESS: So, I mean, I don't -- I don't know how to answer that. Without -- without fuel, a driver can't go anywhere, and the truck can't move, so they can't complete a load, so they can't get paid. So if you consider that part of the load, then, sure, but I --

BY MR. KONECKY:

Q. Well, I'm just wondering whether you, as the vice president of operations, considers fueling to be part of the load for the driver.

MR. ANDREWSCAVAGE: Vague and --

THE WITNESS: Fueling --

MR. ANDREWSCAVAGE: Vague and ambiguous. Asked and answered.

You can answer in your personal capacity.

THE WITNESS: Yeah. Personally, it's -- that is something that must be done to complete a load most of the time.

BY MR. KONECKY:

Q. What about going to a customer location to either get a load loaded on or unloaded off the vehicle or the trailer? Is that something that generally has to be done to complete a load?

A. Generally speaking, yes.

Q. And I think the -- there are times where the driver will participate in the loading and the unloading, or there will be times where the driver won't physically be doing the loading or the unloading; is that correct?

MR. ANDREWSCAVAGE: Objection. Compound.

You can answer.

THE WITNESS: There are certain times when a driver could be asked to load or unload, and there are times when a driver will not be asked to do so.

BY MR. KONECKY:

Q. And when they're asked to load or unload, is that part operationally of the load or something that needs to be done in order for the load to be completed and the driver to be paid?

MR. ANDREWSCAVAGE: Objection. Lacks foundation.

You can answer.

THE WITNESS: If a -- if a -- if there's no load on the trailer, then there's no load. So part of

that they are free to do whatever they want.

BY MR. KONECKY:

Q. Well, is a driver always free to do whatever they want when they're in a customer location, even if they're waiting rather than actually physically loading or unloading the merchandise?

A. I -- I can't answer that question in this capacity. Just -- it's not specific. They. . .

Q. Well, are there times where a customer might need or request a driver to stay with the vehicle, even if they're not -- the driver's not the one that's physically doing the loading or unloading, but to stay with the vehicle during that process?

MR. ANDREWSCAVAGE: Objection. Lacks foundation. Calls for speculation.

(Simultaneous crosstalk.)

THE WITNESS: Then the driver is not free to do whatever they want.

BY MR. KONECKY:

Q. Understood. But in that situation, does that happen? In other words, do drivers, as part of their job, find themselves at customer locations in which the customer might need them to stay with the vehicle, maybe to move it, maybe to be available to do something else during the loading and unloading process, even if the

Q. To the extent it does happen, it would be considered company time or on-duty time for CRST?

MR. ANDREWSCAVAGE: Objection. Lacks foundations. Calls for speculation.

THE WITNESS: Again, I don't know how that's logged. I don't know.

BY MR. KONECKY:

Q. And you don't know how drivers, if at all, are informed to log that kind of activity?

A. I do not.

Q. Is there a training department at CRST?

A. Yes.

Q. What's it called for lack of -- I mean, I called it training, but is there a specific name for it?

A. Right. It's -- it's part of our safety group. I don't know what the specific department is.

Q. Do you know if there's a particular person or persons that have ownership or -- over -- over training of drivers, orientation of drivers?

A. Yes.

Q. Who would that be or who -- who are those people?

A. They're, again, part of our safety team. We have safety trainers, and I believe there's a manager in there. And then I believe there's a -- I think there's

MR. ANDREWSCAVAGE: Objection. Lacks foundation. Lacks personal knowledge. Asked and answered.

You can answer the question again.

THE WITNESS: That's -- that's the wrong side of the calculation for driver pay. Their miles has nothing do with a pre- and post-trip inspection. Their load pay and their -- or their -- their estimated miles -- if it's a Team, its split miles or estimated split miles for the team is multiplied by their rate for that, and their rate builds in all that other stuff.

BY MR. KONECKY:

Q. Okay. So how does the -- so when you say "the rate," you're talking about, you know, the 35 cents a mile or the 37 a mile or whatever -- whatever it is that was back on that -- Exhibits 1 and 2, correct?

A. Yes. Yes.

Q. Okay. So okay. So how are pre- and post-trip inspections included into that mileage rate?

A. I don't --

MR. ANDREWSCAVAGE: Objection. Mischaracterizes the testimony.

You can answer.

THE WITNESS: I have -- I have no idea.

BY MR. KONECKY:

Q. Do you know if there's any formula or any mechanism for including pre- and post-trip inspections in determining what the mileage rate is?
MR. ANDREWSCAVAGE: Objection. Asked and answered. Vague and ambiguous.
You can answer.
THE WITNESS: I have no idea.
BY MR. KONECKY:
Q. If somebody -- what -- do you have trips that are -- just picking a number -- a thousand miles?
MR. ANDREWSCAVAGE: Objection. Calls for speculation.
THE WITNESS: I would venture to guess yes.
BY MR. KONECKY:
Q. And is everybody going to be doing the same number of pre- and post-trip inspections during that -- the same thousand-mile trip?
MR. ANDREWSCAVAGE: Objection. Calls for speculation.
You can answer.
THE WITNESS: What do you mean by "everybody"?
BY MR. KONECKY:
Q. Well, let's say driver Joe drives that trip -- what -- what's a trip that a driver -- a California resident would do?

your knowledge and your experience for the past 13 years at CRST, do you have any understanding of about how many pre- and post-trip inspections, what the range is that might reasonably occur in that period of time?

MR. ANDREWSCAVAGE: Objection. Calls for speculation. Asked and answered.

THE WITNESS: I have no idea.

BY MR. KONECKY:

Q. But you know it would be more than one, right?

A. I don't know that.

Q. Do you know of any monetary value that's placed on the time spent on a pre- or post-trip inspection?

MR. ANDREWSCAVAGE: Objection. Vague and ambiguous.

THE WITNESS: Again, drivers are -- are paid by the load on a rate-per-mile basis that is split. They get paid on that load, and to do the pre- and post-trip on that load is what's expected. And it's -- I don't believe that's a CRST-only expectation. I still think that's an FMCSA thing. So they have to do that to be able to drive so that it should be within their scope of their normal business practices and what they're doing. And that's what they're compensated for.

BY MR. KONECKY:

THE WITNESS: I have no idea.

BY MR. KONECKY:

Q. What time of that 42 cents is designated to time spent at weigh stations?

MR. ANDREWSCAVAGE: Objection. Asked and answered.

THE WITNESS: No idea.

BY MR. KONECKY:

Q. Any idea what time -- what percentage of the mileage rate or what component of the mileage rate is designed to account for time waiting at a customer site?

MR. ANDREWSCAVAGE: Objection. Asked and answered.

THE WITNESS: Time waiting at a customer, depending on the time and depending on the customer, is compensated separately than the mileage rate.

BY MR. KONECKY:

Q. So does that mileage rate ever include time waiting at a customer site?

MR. ANDREWSCAVAGE: Objection. Asked and answered. Lacks foundation. Lacks personal knowledge.

You can answer.

THE WITNESS: The normal course of action for a driver includes going to get a load, which is included in the mileage rate.

CERTIFICATE OF REPORTER

I, Tara L. Cunha, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition, PHIL REGES, was by duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause; that the testimony of said witness was taken down in shorthand by me, a Certified Shorthand Reporter and a disinterested person, at the time and place herein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the outcome of this cause, and that I am not related to any of the parties thereto.

I hereto declare under penalty of perjury that the foregoing is true and correct to the best of my ability utilizing the Zoom/Internet connections. I have hereunto set my hand on May 30th, 2023.

Tara L. Cunha, CSR No. 13788

# EXHIBIT 36

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HUCKABY, individually and on behalf of all aggrieved employees and the general public,<br><br>Plaintiffs,<br><br>Vs.<br><br>CSRT EXPEDITED, INC., an Iowa corporation; CRST INTERNATIONAL, INC., an Iowa corporation; and DOES 1 through 30, Inclusive;<br><br>Defendants. | )<br>)<br>)<br>)CASE NO: 2:21-cv-07766-ODW-PD<br>)<br>) |

ORAL AND VIDEOTAPED DEPOSITION OF
SCOTT NELSON
MAY 25, 2023
(REMOTELY REPORTED)

9:04 A.M. TO 1:31 P.M.

REPORTED BY: TARA L. CUNHA, CSR 13788

at CRST for about 26 years, so the policies always been the same on how we pay our drivers.

Q. You're currently -- what's your current position?

A. Driver manager.

Q. And how long have you been a driver manager?

A. For 26 years. Since 1996.

Q. Have you always been a driver manager for employee drivers?

A. Yes.

Q. For Team drivers or Solo drivers or -- or both?

A. Team.

Q. And what has the pay policy, to your understanding, been for employee Team drivers of CRST over the past 26 years?

A. We pay the drivers -- we quote them the miles that they get paid, and then we pay them a rate per mile to deliver the load.

Q. Any other component of the pay that you're aware of?

A. Can you clarify what --

Q. Any -- any other mechanism by which CRST pays its employee drivers?

MR. ANDREWSCAVAGE: Objection. Vague and

MR. ANDREWSCAVAGE: Objection. Calls for speculation. Lacks foundation.
You can answer.
THE WITNESS: I mean, every driver wants to keep busy and -- and maximize their time on the road, so they -- they want as many loads as possible, yes.
BY MR. KONECKY:
Q. And they want to maximize -- is -- am I also correct, based on your experience over the last 26 years at CRST, that the drivers don't just want to maximize their time on the road, but they want to maximize the amount of time that they are driving or that the vehicle is moving as opposed to time that the vehicle is not moving?
MR. ANDREWSCAVAGE: Objection. Mischaracterizes testimony. Compound. Calls for speculation. Lacks foundation. Vague and ambiguous.
You can answer.
THE WITNESS: Yes. They -- they want to maximize how many loads they're -- they're running in the time that they're out there.
BY MR. KONECKY:
Q. And specifically, the time that they're moving the vehicle as opposed to other times; is that correct?
MR. ANDREWSCAVAGE: Objection. Asked and

answered. Asked and answered. He's answered it twice now.

THE WITNESS: Yes.

BY MR. KONECKY:

Q. And is that because, to your understanding, that there's -- that -- that the drivers are paid based on moving, based on the -- on the moving part of the load?

MR. ANDREWSCAVAGE: Objection. Mischaracterizes the testimony. Asked and answered. Vague. Ambiguous. Lacks foundation. Calls for speculation.

THE WITNESS: No. I mean, there's different parts of the -- I mean, they're not always going to be moving. There's other things they have to do to pick up and deliver freight, so they want to maximize how many loads they do in the time that they're out there.

BY MR. KONECKY:

Q. Well, they're not always go to be moving, but their pay is tied to how many miles they are moving, correct?

MR. ANDREWSCAVAGE: Objection. Mischaracterizes the testimony. Asked and answered. Calls for speculation. Vague and ambiguous. Lacks foundation.

CERTIFICATE OF REPORTER

I, Tara L. Cunha, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition, SCOTT NELSON, was by duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause; that the testimony of said witness was taken down in shorthand by me, a Certified Shorthand Reporter and a disinterested person, at the time and place herein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the outcome of this cause, and that I am not related to any of the parties thereto.

I hereto declare under penalty of perjury that the foregoing is true and correct to the best of my ability utilizing the Zoom/Internet connections. I have hereunto set my hand on June 8, 2023.

______________________________

Tara L. Cunha, CSR No. 13788

# EXHIBIT 37

# SAFETY POLICIES

## SAFETY MISSION STATEMENT

At CRST Expedited, Inc., the safety of our employees and the general public is our #1 priority. Each employee, from office staff to the President, will recognize safety as being everyone's responsibility. CRST Expedited, Inc. will strive to be the safest motor carrier in the industry. This goal will be accomplished through a comprehensive approach to safety, including accountability, education, reward, and recognition.

## SAFETY

All drivers are expected to comply with federal, state, and local laws, as well as Company policy. Any fines, penalties, assessments, fees or costs levied against the individual driver and the Company, as a result of the driver's failure to comply with any federal, state, or local laws and regulations, will be charged back to the driver.

- **Drivers are required to use safety equipment when and where required by shippers and consignees.**
- **No one may use the satellite (QUALCOMM) while driving.**
- **Safety belts will be worn when seated in the driver or passenger seat and bunk restraints applied while the vehicle is in motion. Movement between the sleeper and the cab of the vehicle is discouraged while the vehicle is in motion due to the risk of injury. The top sleeper bunk is not to be used when the vehicle is in motion.**
- **U-turns on a public roadway are a violation of Company policy and will result in immediate termination of employment/lease.**
- **Parking on the shoulder next to highways is a violation of company policy.**
- **Drivers will avoid parking on entrance/exit ramps.**
- **Drivers will access exit ramps at speeds of 10 or more miles an hour below the posted ramp speed.**
- **While driving in any parking lot, truck stop, terminal yard, shipper or consignee location, etc, CRST drivers will not exceed 5 MPH.**
- **Cell phones and hands free devices are not to be used while operating the truck.**
- **Right Turn on Red Light in a CMV is illegal in most cities and towns and is discouraged while driving CRST owned or issues equipment.**

## CDL POLICY

All drivers are required to have a Class A Commercial Drivers License (**CDL**) with HAZMAT endorsement. The **CDL** must be from the state in which the driver resides. The driver's state of residence is determined through their W-4 tax document, i.e., whichever state you are telling the IRS that you are going to file income taxes in, is the state in which you will be required to obtain a **CDL**. If a driver moves from one state to another, a new **CDL** must be obtained per Federal Motor Carrier Regulations within 30 days.

# EXHIBIT 38

CRST EXPEDITED, INC. *PAYROLL STATEMENT*

PO BOX 68
CEDAR RAPIDS, IA. 52406
1699 05/01/18 PAGE: 01

[redacted]

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| [redacted] | FEDEX GROUN | PHOENIX | AZ | FEDEX GROUND | HAGERSTOWN | MD | 04/24 | 2209 |
| | ARCBEST LOG | NASHVILLE | TN | ZULILY NV FC | MCCARRAN | NV | 04/17 | 2127 |
| | GARDNER TRU | SACRAMENTO | CA | RAYDEN INDUS | RIVERSIDE | CA | 04/19 | 0433 |
| | ECHOLOG%FIS | SAN BERNARDT | CA | MATTEL NORTH | PHOENIX | AZ | 04/23 | 0317 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODES | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 1104.5 | .0 | .35000 | 386.58 | | | | | | | |
| | 1063.5 | 78.5 | .35000 | 399.71 | | | | | | MP | 30.00 |
| | 216.5 | 68.0 | .35000 | 99.58 | | | | | | | |
| | 158.5 | 12.5 | .35000 | 59.86 | | | | | | | |
| | 2543.0 | 159.0 | | 945.73 | | | | | | | 30.00 |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODES | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | PD | 110.45 | 1104.5 MI @ $0.100 |
| | | | | | | PD | 114.20 | 1142.0 MT @ $0.100 |
| | | | | | | PD | 28.45 | 284.5 MT @ $0.100 |
| | | | | | | PD | 17.10 | 171.0 MT @ $0.100 |
| TOTALS: | | | | | | | 270.20 | |

## DEDUCTIONS

| ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|
| TOTALS: | | | | | | |

## NON-LOAD RELATED ITEMS

| EARNINGS/REIMBURSEMENTS TYPE | CODE | AMOUNT | | MEMO | DEDUCTIONS TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | D | DS | 1.38 | | 042518 |
| | | | | | D | ME | 39.94 | | 042518 |
| | | | | | D | DS | 1.38 | | |
| | | | | | D | ME | 39.94 | | |
| | | | | | D | M1 | 8.51 | | |
| TOTALS: | | | | | | | 91.15 | | |

PAY PERIOD: 04/25/18 TO 04/29/18 HRS WORKED: 49.00, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED W/H | FICA W/H | MEDICARE W/H | PRE-TAX INS | STATE W/H |
|---|---|---|---|---|---|---|---|---|---|
| CUR | 975.73 | 270.20 | | | 84.37 | 54.84 | 12.83 | 91.15 | 27.59 CA |
| YTD | 11594.08 | 3661.37 | | 81.15- | 1100.11 | 670.09 | 156.73 | 786.31 | 321.15 |

EXEMPTIONS - S - 01 CHECK #: COMDATA DEFICIT: NET PAY: 975.15

CR PERDIEM 270.20 YD PERDIEM 3288.45

SICK PAY AVAILABLE: 24 HOURS.

### DESCRIPTION OF CODES

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BO | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

# EXHIBIT 39

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| [redacted] | | | 9/20/2020 - 9/26/2020 | 10/2/2020 |

## Loads

**09/20/2020 - 09/21/2020 LOUISVILLE, KY - MONROE, OH**

Order: [redacted]
Tractor[redacted]
Total Movement Miles: 123

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 123.0 | 44.0 | 54.12 |
| Empty | - | | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$54.12** |

**09/21/2020 - 09/21/2020 CINCINNATI, OH - FINDLAY, OH**

Order: [redacted]
Tracto[redacted]
Total Movement Miles: 146

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 146.0 | 44.0 | 64.24 |
| Per Diem | | | 0.00 |
| **Total** | | | **$64.24** |

**09/22/2020 - 09/22/2020 SHEPHERDSVILLE, KY - LAWRENCEBURG, IN**

Order: [redacted]
Tractor[redacted]
Total Movement Miles: 114

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | | |
| Empty | 114.0 | 44.0 | 50.16 |
| Per Diem | | | 0.00 |
| **Total** | | | **$50.16** |

**09/23/2020 - 09/23/2020 INDIANAPOLIS, IN - ERLANGER, KY**

Order: [redacted]
Tractor[redacted]
Total Movement Miles: 111

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 111.0 | 44.0 | 48.84 |
| Per Diem | | | 0.00 |
| **Total** | | | **$48.84** |

**09/22/2020 - 09/23/2020 LAWRENCEBURG, IN - INDIANAPOLIS, IN**

Order: [redacted]
Tractor[redacted]
Total Movement Miles: 94

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 94.0 | 44.0 | 41.36 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$41.36** |

**09/21/2020 - 09/22/2020 FINDLAY, OH - SHEPHERDSVILLE, KY**

Order: [redacted]
Tractor[redacted]
Total Movement Miles: 270

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 270.0 | 44.0 | 118.80 |
| Empty | - | -- | -- |
| Per Diem | | | 0.00 |
| **Total** | | | **$118.80** |

**09/21/2020 - 09/21/2020 MONROE, OH - CINCINNATI, OH**

Order: [redacted]
Tractor[redacted]
Total Movement Miles: 17

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 17.0 | 44.0 | 7.48 |
| Per Diem | | | 0.00 |
| **Total** | | | **$7.48** |

**09/19/2020 - 09/20/2020 MOORESVILLE, IN - LOUISVILLE, KY**

Order: [redacted]
Tractor[redacted]
Total Movement Miles: 122

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 122.0 | 44.0 | 53.68 |
| Per Diem | | | 0.00 |
| **Total** | | | **$53.68** |

**Current Pay Cycle Totals**

| | |
|---|---|
| Total Movement Miles | 997 |
| Total Paid Miles | 997 |

## Other Earnings/Deductions

**Earnings**

| Description | Units | Rate | Amount |
|---|---|---|---|
| **Total** | | | **$0.00** |

**Deduction: Taxes**

| Description | Amount |
|---|---|
| FEDERAL | 10.61 |
| STATE | 5.87 |
| SOCIAL SECURITY | 27.20 |
| MEDICARE | 6.36 |
| **Total** | **$50.04** |

**Deduction: Before Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

**Deduction: After Taxes**

| Description | Amount |
|---|---|
| **Total** | **$0.00** |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 438.68 | 0.00 | 0.00 | 438.68 | 50.04 | 0.00 | 0.00 |
| YTD: | 17373.41 | 659.00 | 0.00 | 17330.16 | 3494.47 | 0.00 | 0.00 |

# EXHIBIT 40

CRST
CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Regular | | 0.00 | $0.00 |
| Overtime | - | 0.00 | $0.00 |
| Sick | See Other Earnings | | |
| Vacation | See Other Earnings | | |

| Name: | Pay ID: | Last 4 SSN: | Pay Week: | Pay Date: |
|---|---|---|---|---|
| [redacted] | | | 10/4/2020 - 10/10/2020 | 10/16/2020 |

## Loads

10/09/2020 DES MOINES, IA - CEDAR
10/11/2020 RAPIDS, IA
Order: [redacted]
Tractor [redacted]
Total Movement Miles:
113

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 56.5 | 44.0 | 24.86 |
| Per Diem | | | 0.00 |
| Total | | | $24.86 |

10/03/2020 BLOOMINGTON, CA
10/03/2020 RIVERSIDE, CA
Order: [redacted]
Tractor [redacted]
Total Movement Miles:
11

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 11.0 | 44.0 | 4.84 |
| Per Diem | | | 0.00 |
| Total | | | $4.84 |

Current Pay Cycle Totals

| | |
|---|---|
| Total Movement Miles | 124 |
| Total Paid Miles | 67.5 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| Total | | | $0.00 |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 0.00 |
| STATE | 0.00 |
| SOCIAL SECURITY | 1.84 |
| MEDICARE | 0.43 |
| Total | $2.27 |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| Total | $0.00 |

Deduction: After Taxes

| Description | Amount |
|---|---|
| ADVANCE | 254.00 |
| Total | $254.00 |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 29.70 | 0.00 | 0.00 | 29.70 | 2.27 | 0.00 | 254.00 |
| YTD: | 18372.87 | 659.00 | 0.00 | 18329.62 | 3678.93 | 0.00 | 254.00 |

**Net Pay**
**$-226.57**

# EXHIBIT 41

CRST

CRST Expedited, Inc.
1332 Edgewood Road SW Cedar Rapids, IA 52406
1-800-733-9362

| Name: | Pay ID: | Last 4 SSN: |
|---|---|---|
| VAUGHN LINSON | VLINSON | 5794 |

| Pay Week: | Pay Date: | On Duty Driving: | On Duty Not Driving: | Hourly Rate: | Remaining Sick Time: |
|---|---|---|---|---|---|
| 10/9/2022 - 10/15/2022 | 10/21/2022 | 31h 5m | 2h 51m | 11.92 | 0 hours |

## Loads

**10/13/2022 - 10/15/2022 — SANTA FE SPRINGS, CA - LA SALLE, IL**

Order: 55226739
Tractor: 623389
Total Movement Miles: 1921

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 960.5 | 40.0 | 384.20 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| Total | | | $384.20 |

**10/13/2022 - 10/13/2022 — FONTANA, CA - SANTA FE SPRINGS, CA**

Order: 55226739
Tractor: 623389
Total Movement Miles: 40

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 20.0 | 40.0 | 8.00 |
| Per Diem | | | 0.00 |
| Total | | | $8.00 |

**10/10/2022 - 10/13/2022 — RIVERSIDE, CA - FONTANA, CA**

Order: 55226739
Tractor: 623389
Total Movement Miles: 10

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 5.0 | 36.0 | 1.80 |
| Per Diem | | | 0.00 |
| Total | | | $1.80 |

**10/09/2022 - 10/09/2022 — RIVERSIDE, CA - RIVERSIDE, CA**

Order: 55215991
Tractor: 105274
Total Movement Miles: 0

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | 0.0 | 0.0 | 0.00 |
| Empty | -- | -- | -- |
| Per Diem | | | 0.00 |
| Total | | | $0.00 |

**10/07/2022 - 10/09/2022 — LOS ANGELES, CA - RIVERSIDE, CA**

Order: 55215991
Tractor: 105274
Total Movement Miles: 53

| Pay Detail | Miles | Rate | Total |
|---|---|---|---|
| Loaded | -- | -- | -- |
| Empty | 26.5 | 40.0 | 10.60 |
| Per Diem | | | 0.00 |
| Total | | | $10.60 |

| Current Pay Cycle Totals | |
|---|---|
| Total Movement Miles | 2024 |
| Total Paid Miles | 1012 |

## CDL Training Repayment Agreement

Payments-Current Pay Period

| Description | Units/Total Miles | Rate | Amount |
|---|---|---|---|
| CDL TRAINING REPAYMENT | 2024.0000 | 0.030 | $60.72 |

CDL Training Repayment Status

| Description | Status | Original Amount | Total Paid | Remaining Balance |
|---|---|---|---|---|
| CDL TRAINING REPAYMENT | Hold | $3000.00 | $60.72 | $2939.28 |
| AMT WAIVED UPON SATISFACTION | Hold | $2750.00 | | $2750.00 |

## Other Earnings/Deductions

Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| Total | | | $0.00 |

Deduction: Taxes

| Description | Amount |
|---|---|
| FEDERAL | 0.00 |
| STATE | 4.90 |
| SOCIAL SECURITY | 25.09 |
| MEDICARE | 5.87 |
| Total | $35.86 |

Deduction: Before Taxes

| Description | Amount |
|---|---|
| Total | $0.00 |

Deduction: After Taxes

| Description | Amount |
|---|---|
| Total | $0.00 |

## Summary

| | Earnings | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | Order Pay | Other | Per Diem | Gross | Taxes | Before Tax | After Tax |
| Current: | 404.60 | 0.00 | 0.00 | 404.60 | 35.86 | 0.00 | 0.00 |
| YTD: | 404.60 | 618.75 | 0.00 | 3723.35 | 368.71 | 0.00 | 60.72 |

**Net Pay**

**$308.02**

# EXHIBIT 42

CRST EXPEDITED, INC. **PAYROLL STATEMENT**

PO BOX 68
CEDAR RAPIDS, IA. 52406
2023 04/18/19

HUCKABY, KEITH H.
[redacted]
PAGE: 01

## TRIP INFORMATION

| PAY NUMBER | CUSTOMER | ORIGIN | ST | CUSTOMER | DESTINATION | ST | PICKUP | MILES |
|---|---|---|---|---|---|---|---|---|
| 78902218 | CAT LOG%JON | CALEXICO | CA | CAT MEXICO | LAREDO | TX | 04/11 | 1213 |
| 78911733A | LITHONIA | LAREDO | TX | ACUITY BRAND | CONYERS | GA | 04/12 | 1122 |

## TAXABLE COMPENSATION

| PAY NUMBER | SPLIT MILES LOADED | SPLIT MILES EMPTY | RATE | WAGE | LOAD UNLOAD | BREAK DOWN | LAYOVER | EXTRA STOPS | USER ID | MISC CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 78902218 | 606.5 | 83.5 | .40000 | 276.00 | | | | | | | |
| 78911733A | 561.0 | .0 | .40000 | 224.40 | | | | | | | |
| | 1167.5 | 83.5 | | 500.40 | | | | | | | |

## NON-TAXABLE REIMBURSEMENTS & COMPENSATION

| PAY NUMBER | PAY NUMBER | TOLLS | SCALE | PHONE | MOTEL | MISC CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|---|---|
| 78902218 | 78902218 | | | | | | | |
| 78911733A | 78911733 | | | | | | | |
| TOTALS: | | | | | | | | |

## DEDUCTIONS

| ADVANCES NUMBER | ADVANCES AMOUNT | WIRE CHARGE | ADVANCE DATE | CODE | AMOUNT | MEMO |
|---|---|---|---|---|---|---|
| TOTALS: | | | | | | |

## NON-LOAD RELATED ITEMS

EARNINGS/REIMBURSEMENTS

| TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|
| E | SB | 200.00 | | SIGN ON BONUS |
| E | SZ | 96.00 | | |
| TOTALS: | | 296.00 | | |

DEDUCTIONS

| TYPE | CODE | AMOUNT | | MEMO |
|---|---|---|---|---|

PAY PERIOD: 04/10/19 TO 04/16/19 HRS WORKED: 20.00, BASED ON UNAUDITED LOG DATA.

| | EARNINGS | REIMB. | 401K | DEDUCTIONS | FED WH | FICA WH | MEDICARE WH | PRE-TAX WH | STATE WH |
|---|---|---|---|---|---|---|---|---|---|
| CUR | 796.40 | | | | 54.00 | 49.38 | 11.55 | | 9.64 CA |
| YTD | 796.40 | | | | 54.00 | 49.38 | 11.55 | | 9.64 |

EXEMPTIONS = S - 01 CHECK#. COMDATA DEFICIT. NET PAY. 671.83

YOUR TAKE HOME PAY WOULD HAVE INCREASED $10.48 USING PERDIEM THIS PAYROLL.

SICK PAY AVAILABLE: 24 HOURS.

**DESCRIPTION OF CODES**

| CODE | TAXABLE EARNINGS |
|---|---|
| BE | BEREAVEMENT |
| BK | BREAKDOWN |
| CW | CITY WORK |
| DB | DOT INSPEC BONUS |
| FL | FLAT PAYROLL |
| FX | TAXABLE EARNING |
| LD | LIGHT DUTY |
| LH | LOAD-UNLOAD HELP |
| LO | LAYOVER |
| LT | LEAD DRIVER PAY |
| LU | LOAD-UNLOAD |
| MI | MILEAGE ADJUST |
| MM | MISSED MILES |
| MP | MISC PAY |
| OR | OUT OF ROUTE |
| RB | REFERRAL BONUS |
| SB | SIGN ON BONUS |
| SF | BONUS MILES |
| SZ | ORIENTATION TRAINING |
| TQ | LEAD DRIVER TRAINING |
| VA | VACATION |
| WB | WALMART GIFT CERT |
| XS | EXTRA STOP |
| 2F | DETENTION |

| CODE | REIMBURSEMENTS |
|---|---|
| AA | VOID NET PAY |
| LM | LUMPER |
| MO | MOTEL |
| MS | MISC |
| PD | PER DIEM |
| PF | PERMITS |
| RT | REPAIR-WASH TRAC |
| RV | REPAIR-WASH TRLR |
| SC | SCALE |
| TO | TOLLS |
| VD | VOID DIRECT PAY |
| 3Z | HAZMAT ENDORSEMENT |

| CODE | DEDUCTIONS |
|---|---|
| AD | ADVANCE |
| AR | DEFICIT AMT |
| AZ | SUPPLEMENT ACCIDENT |
| BG | PHYS/DRUG SCREEN |
| BZ | BUS |
| CD | CDL LICENSE |
| CH | RENTAL CAR |
| DS | DENTAL INSURANCE |
| DT | DRUG TEST |
| DU | LOGO STORE |
| FD | FINE DEDUCTION |
| FE | FED EXP,UPS, ETC |
| FY | TRAINING DEDUCTION |
| GA | GARNISHMENT ADM FEE |
| HS | HOUSING |
| JA | INVERTER INSTALL |
| JB | CB INSTALL |
| JC | RADIO/CD INSTALL |
| JD | ANTENNA |
| JE | MATTRESS |
| JG | OUT OF FUEL CHARGE |
| JH | MISC/KEYS-LOCKOUT |
| KC | 401K REPAYMENT |
| K4 | 401K |
| KZ | REFRESHER COURSE |
| LS | SCHOOL CONT. BALANCE |
| ME | PRE-TAX INSURANC |
| M1 | VISION INSURANCE |
| MJ | PRE-TAX INSURANC |
| MC | MISC CHARGE |
| NC | PARTIAL BACK MED INS |
| NB | PARTIAL BACK MED INS |
| P4 | PREVIOUS DEFICIT |
| PP | PASSENGER PROGRAM |
| PQ | PRE-EMP ADVANCE |
| PY | PHYSICAL |
| SA | SETTLEMENT ADVANCE |
| SL | SUPPLEMENTAL LIFE INS |
| UW | UNITED WAY |
| WC | WIRE CHARGE |
| ZA | GARNISHMENT |
| ZB | GARNISHMENT |
| ZC | GARNISHMENT |
| ZD | GARNISHMENT |
| ZE | GARNISHMENT |
| ZF | GARNISHMENT |
| ZG | GARNISHMENT |
| ZH | GARNISHMENT |
| 4M | MAP PAK |
| 7E | RENTAL CAR |

# EXHIBIT 43

JOB FT-MN20
PROGRAM PTB200

CRST EXPEDITED, INC.
TRACTOR MILES BY UNIT
FOR THE MONTH OF APRIL 2019

PAGE 2051
DATE 05/07/19

| TRACTOR OWNER# | TRIP NUMBER | END DATE LOAD NUM | TRIP ORIGIN/DESTINATION | TOTAL TRIP MILES | ST | LD | ST | LD | ST | LD | ST | LD | LAST UPDATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 124400<br>O-638R | 839052 | 04/11/19<br>78926991 | RIVERSIDE, CA<br>CALEXICO, CA | 171 | CA | 171 | | | | | | | AUTO 04/12/19 |
| 124400<br>O-638R | 844487 | 04/13/19<br>78938367 | LAREDO, TX<br>LAREDO, TX | 1,710 | NM | 298 | TX | 1412 | | | | | AUTO 04/15/19 |
| 124400<br>O-638R | 844488 | 04/14/19<br>78911733 | LAREDO, TX<br>CONYERS, GA | 1,695 | AL<br>TX | 271<br>976 | GA | 119 | LA | 251 | MS | 78 | AUTO 04/15/19 |
| 124400<br>O-638R | 850976 | 04/13/19<br>78902218 | CALEXICO, CA<br>LAREDO, TX | 1,213 | AZ | 372 | CA | 53 | NM | 165 | TX | 623 | AUTO 04/17/19 |
| 124400<br>O-638R | 850977 | 04/16/19<br>78949461 | CONYERS, GA<br>ADAIRSVILLE, GA | 92 | GA | 92 | | | | | | | AUTO 04/17/19 |
| 124400<br>O-638R | 856448 | 04/18/19<br>78935107 | ADAIRSVILLE, GA<br>CYPRESS, CA | 2,218 | AL<br>LA | 238<br>192 | AZ<br>MS | 392<br>154 | CA<br>NM | 219<br>164 | GA<br>TX | 36<br>823 | AUTO 04/19/19 |
| 124400<br>O-638R | 856449 | 04/18/19<br>78968564 | CYPRESS, CA<br>RIVERSIDE, CA | 43 | CA | 43 | | | | | | | AUTO 04/19/19 |
| 124400<br>O-638R | 875356 | 04/26/19<br>79014225 | RIVERSIDE, CA<br>LOS ANGELES, CA | 61 | CA | 61 | | | | | | | AUTO 04/27/19 |
| 124400<br>O-638R | 875357 | 04/26/19<br>79014780 | LOS ANGELES, CA<br>COMPTON, CA | 11 | CA | 11 | | | | | | | AUTO 04/27/19 |
| 124400<br>O-638R | 875358 | 04/26/19<br>79014786 | COMPTON, CA<br>CITY OF INDUSTRY, CA | 23 | CA | 23 | | | | | | | AUTO 04/27/19 |
| 124400<br>O-638R | 877690 | 04/28/19<br>79000065 | CITY OF INDUSTRY, CA<br>NEW ALBANY, OH | 2,329 | AZ<br>MO<br>TX | 359<br>293<br>177 | CA<br>NM | 257<br>373 | IL<br>OH | 160<br>192 | IN<br>OK | 157<br>361 | AUTO 04/29/19 |
| 124400<br>O-638R | 881166 | 04/29/19<br>79022317 | NEW ALBANY, OH<br>FLORENCE, KY | 154 | KY | 14 | OH | 140 | | | | | AUTO 04/30/19 |
| * TOTALS BY STATE FOR TRACTOR NO. 124400 * | | | | 15,358 | AL<br>FL<br>IN<br>MO<br>NJ<br>PA<br>WY | 509<br>690<br>313<br>293<br>351<br>817<br>52 | AZ<br>GA<br>KY<br>MS<br>NM<br>SC | 1482<br>360<br>14<br>232<br>1395<br>199 | CA<br>IA<br>LA<br>NC<br>OH<br>TX | 1076<br>454<br>443<br>181<br>797<br>4011 | CO<br>IL<br>MD<br>NE<br>OK<br>VA | 299<br>322<br>62<br>454<br>361<br>191 | |
| 124431<br>O-2225 | 825283 | 04/05/19<br>78890881 | OKLAHOMA CITY, OK<br>OKLAHOMA CITY, OK | 33 | OK | 33 | | | | | | | AUTO 04/06/19 |

# EXHIBIT 44

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HUCKABY, individually and on behalf of all other persons similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>CRST EXPEDITED, INC., an Iowa corporation; CRST INTERNATIONAL, INC., an Iowa corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-07766-ODW-PD |

ZOOM DEPOSITION OF
EDUARDO ALDANA

Taken on behalf of the Defendants, CRST EXPEDITED, INC., dba and kna CRST The Transportation Solution, Inc., at Honolulu, Hawaii, Commencing at 9:30 a.m. Pacific Time, on December 18, 2023, pursuant to notice.

BEFORE:
SHEILA MOORE, RPR, RMR, CMRS, CRR, CSR No. 501

A. Yes.
MS. BERENJI: Vague and ambiguous.
Q. And when you delivered those loads, did you turn in the paperwork for the loads that you could get paid?
A. After the miles driven, yes.
Q. That wasn't my question. Let me ask my question again.
A. All right.
Q. Did you get paid when you turned in the paperwork for the delivery of the load?
MS. BERENJI: Objection, vague and ambiguous, lacks foundation.
Q. Mr. Aldana --
A. Oh, okay. I got paid for the miles driven involving that load.
Q. You got paid when the load was delivered, correct?
A. Yes.
Q. And the number of miles that were associated with that load, along with the -- with your pay per mile, determined how much you got paid for the delivery of the load, correct?
MS. BERENJI: Vague and ambiguous.
THE WITNESS: I don't understand. Can you

A. Can you repeat that? Drive where?
Q. Do you have to drive in order to driver a load?
A. Yes.
MS. BERENJI: Vague and ambiguous.
Q. Do you ever have to fuel while you're delivering a load?
A. Yes.
Q. And why do you have to fuel while you're -- while you're delivering a load?
MS. BERENJI: Vague and ambiguous.
THE WITNESS: If it's a 2,000-mile trip or whatever, you have to call it in. They tell you where it fuel up and what they want -- there's certain spots that they want you to fill up within the trip. So they tell you where it fill up based on the fuel that the truck has when you reported it. So if it's a 2,000 mile trip, it would take up to 1,200 miles that you have to fill up within that trip frame.
BY MR. HANSON:
Q. So in order to complete the delivery you would have to get fuel, correct?
A. Maybe two times, yes, depending on the miles on the trip.
Q. When you go to pick up the load, do you ever

and hook or live unload from the QualComm.
Q. Okay. Did you get the paperwork signed by the receiver of the goods that they had been received?
A. Most of the time -- I don't really recall. Sometimes you just hand them the paper, they didn't really sign it at all. You didn't get a copy or anything. I believe -- no, no, I take it back. You had to have a copy because you had to submit it in with your paperwork.
Q. You had to submit it with your paperwork for the load?
A. Yeah. Unless they didn't give you paperwork. When we submitted the miles that we drove for the load, for the particular unload, there was paperwork, the copy that saying it was delivered and they wanted that for the records, so we submitted it through an application. Forgot what it's called, but it was submitted through with that paperwork when you submitted the miles that you had driven during that particular run.
Q. You just said you submitted the miles you had driven for the load. You didn't actually submit anything regarding the mileage related to the load you had just delivered, did you?
A. No. So how we do it, it was -- it was -- you

had -- I forgot what they called it, but it was a paperwork that CRST would provide you and you would fill it out and you put it in, both your driver information, and the co-driver information, and that would -- there was -- you would put the total miles driven for that particular run, and if there was any dead head miles. Dead head miles was if I had an empty trailer and I was driving two hours to pick up the next delivery, that's dead head miles. You're getting paid for dead head miles within that trip.

So all that paperwork, you filled it out, gave all the miles that you had driven for that particular route, that particular run.

Q. So you claim that you wrote down the mileage that you actually drove during the course of making deliveries?

A. Yes; on the paperwork that the CRST gives you to submit.

Q. When you received your pay for the loads, was the mileage that you wrote down included on the pay statements?

A. I don't recall that.

MS. BERENJI: Objection.

Q. We'll look at some pay statements and we'll look at some dispatch records.

required in order to get the load delivered?

MS. BERENJI: Vague and ambiguous.

THE WITNESS: Can you rephrase that, please?

BY MR. HANSON:

Q. We talked about various tasks, and I may not have the complete list, but we talked about getting the dispatch, doing the trip planning, fueling, driving, completing the paperwork related to the load, waiting to load or unload at a particular location, doing the drop and hook, dealing with the receiver -- or dealing with the shipper, as well as the receiver.

Were all of those things tasks that were required in order to get the load delivered?

A. Yes.

MS. BERENJI: Vague and ambiguous, compound.

Q. You said yes, those were all tasks that you had to complete in order to deliver a load?

A. Yes, they're part of the load.

Q. You knew your work as a truck driver was all governed by the department of transportation's hours of service regulations, correct?

MS. BERENJI: Vague and ambiguous.

THE WITNESS: Yes.

take 30 minutes before your eight-hour.
BY MR. HANSON:
Q. Go ahead. Finish your answer. Go ahead.
A. If most of the time if me and my co-driver were at the shipper and we waiting for two or three hours, in the meantime I would -- either me and him, we put ourselves in off duty. That way we get our 30-minute breaks out of the way and we could just deep driving the rest of the time that we have permitted on our 11-hour.
Q. And when you were taking that 30-minute break you weren't working, correct?
MS. BERENJI: Objection, calls for a legal conclusion, mischaracterizes prior testimony.
THE WITNESS: Not all the time. Unless it happens that you're taking the 30-minute break and your shipper tells you have a green light saying that your truck, your load is ready and you have to go in and sign some paperwork.
So we sometimes we'd go inside and get our paperwork and that's when we -- yes. If that answers your question.
BY MR. HANSON:
Q. But it wouldn't require both of you to go in, correct?

have certain limits on the number of hours that you could drive in a day, or a 24-hour period?
A. You said if we had restrictions on the hours that we could drive?
Q. Yes.
A. It was 14 hours on duty driving. So it was either 14 hours on duty or 11 hours, or whatever kicked in first.
Q. So the 11 hours related to driving time, correct?
A. Correct.
Q. And the 14 hours related to the total hours on duty, driving and non-driving, correct?
A. Correct.
Q. And when you hit those limits, in order to drive again you would have to take a ten-hour break, correct?
A. Correct.
Q. You were the one that actually logged your time, correct?
A. Not necessarily. The QualComm, the device would log everything. We just had to certify if it was correct, but we didn't physically have to do it ourselves.
Q. But you had to log in to say that you were the

gives us -- I'm not sure how many time, but it would put yourself on duty where -- automatically by itself. But you could put it -- you could put it in yourself, too, or put yourself on duty right away. You could put it in whatever line, option it gave you to fill out if it was either on duty, fueling, or maybe even shower.

I forgot the list of the things that you could do on duty, but automatically once you stop the truck it puts you on duty. It's not on drive mode anymore.

BY MR. HANSON:

Q. It puts you on the on duty/not driving line, correct?

A. Yes.

MS. BERENJI: Lacks foundation.

Q. And that's what your experience was, correct?

A. Yes.

Q. If you didn't deliver the road, would you have been paid?

A. No.

MS. BERENJI: Calls for speculation.

Q. But you only got paid once the load was delivered, correct?

A. Not necessarily. If I could answer something

for that, I could give you an example.

Q. Go ahead.

A. There was times that we didn't necessarily take the whole -- we'd pick up a load, like, from the shipper and we just stage it at a certain yard. So we just got paid for whatever miles driven for that particular. We didn't necessarily take all the -- the runs into the receiving. Sometimes we just stage them at a yard, the yard, or we gave it to another truck. We switch off. We met up with another driver and we switch it off and we just got paid for whatever miles that we drove on that particular whatever -- they -- they told how many miles were given. It might have been 200 miles, for example, and that's what we got paid for.

Q. I'm sorry, go ahead.

A. And whoever has -- whoever has the rest of the run and finishes it off will get the rest of the miles for that particular run.

Q. So that was -- that was a run that included two different trucks on a delivery, correct?

MS. BERENJI: Lacks foundation, vague and ambiguous.

THE WITNESS: Yes.

BY MR. HANSON:

When I asked my driver manager he said we paid zip code to zip code. So sometimes that's how it works.

Q. Yeah.

MR. HANSON: Can you read that question back to him, please?

(Record read.)

THE WITNESS: Correct.

MS. BERENJI: Did you get the objection as well?

(Record read.)

BY MR. HANSON:

Q. And you said correct, right?

A. Yes, I did, I said correct.

Q. Just a couple quick questions for you that I don't think I've covered, is on the pre-trip inspections that you did, how long does it take to do a pre-trip?

A. Minimum at least 15 minutes to cover the whole truck and trailer. It could take up to a half-hour, depending, but I would give myself about 30 minutes to do so.

Q. But you could get it down in 15?

MS. BERENJI: Objection.

THE WITNESS: Sometimes, depending. Not every time. Anything from 15 to 30

CERTIFICATE

I, Sheila Moore, Certified Shorthand Reporter, do Hereby certify:

That the foregoing deposition was taken before me on the date and at the time shorthand and was thereafter reduced to typewriting; that the foregoing represents, to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter.

That pursuant to Rule 30(e) of the Hawaii Rules of Civil Procedure, a request for an opportunity to review and make changes to this transcript:

_X_ Was made by the deponent or a party (and/or their attorney) prior to the completion of the deposition.

___ Was NOT made by the deponent or a party (and/or their attorney) prior to the completion of the deposition.

___ Was waived.

I further certify that I am not an attorney for any of the parties thereto, nor in any way concerned with the cause.

Dated this 18th day of January, 2024, in Honolulu, Hawaii.



Sheila Moore, CSR No. 501

# EXHIBIT 45

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HUCKABY, individually and on behalf of all other persons similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>CRST EXPEDITED, INC., an Iowa corporation; CRST INTERNATIONAL, INC., an Iowa corporation; and DOES 1 through 30, inclusive,<br><br>Defendants.<br>___________________________________ | Case No. 2:21-cv-07766-ODW-PD |

VIDEOTAPED DEPOSITION OF JOHNNIE LEE MCGLOTHEN
Hemet, CALIFORNIA
Thursday, January 11, 2024

Reported by:
Gideon Choi (Appearing via videoconference)
CSR No. 13258

terminal.

BY MR. ANDREWSCAVAGE:

Q And none of your dispatchers are at the California terminal; correct?

A No.

Q Do you have any interactions with CRST employees at the terminal?

MR. KONECKY: Objection. Vague.

THE WITNESS: No.

MR. ANDREWSCAVAGE: Josh, do you want to finish? Do you need to finish your objection or are you good?

MR. KONECKY: No.

MR. ANDREWSCAVAGE: Okay.

MR. KONECKY: I'll just -- Mr. McGlothen, slow down just a little bit just in case I have an objection and let me get it out.

THE WITNESS: Okay. All right. Thank you.

MR. KONECKY: Sure. No problem. Thank you.

BY MR. ANDREWSCAVAGE:

Q Mr. McGlothen, as an interstate truck driver, you're subject to the Department of Transportation hours of service regulations; correct?

A Correct.

Q And you understand that as an interstate truck driver, it's your obligation to accurately record your hours

of service?

A Correct.

Q And during the time that you drive for CRST, do you accurately record your hours of service?

A Yes.

Q So I want to talk about some of the things that require a driver -- strike that.

I want to talk about some of the tasks that a driver must perform in order to deliver a load; okay?

A Okay.

Q When delivering a load, you obviously need to drive the truck; correct?

A When delivering -- could you repeat that, please?

Q Sure. When you deliver a load, when you're going from Santa Fe to Illinois, you obviously need to drive the truck from Santa Fe to Illinois; correct?

A Right.

Q But there are other tasks that you need to perform in order to deliver the load; correct?

A Right.

Q Is one of those tasks that you need to get paperwork from the customers, for example?

A Yes.

Q Okay. What paperwork do you need to get from the customers?

A It's a manifest.
Q And can you deliver a load without getting the manifest?
A Only if they instruct you to go and they send you one. Most of the time, the manifest is always there.
Q And when it is there, you need that manifest to deliver the load; correct?
A You need it.
MR. KONECKY: Objection.
BY MR. ANDREWSCAVAGE:
Q Mr. McGlothen, could you just repeat your answer? I didn't catch it.
A Yes, you need it.
Q All right. In order to deliver the load, you also need to communicate with your dispatcher; correct?
A No.
Q No? Do you need to get your load instructions and receive the load from your dispatcher?
A All of that is set on a tablet with all the instructions.
Q Okay. But that comes from your dispatcher; correct?
A From the dispatcher.
MR. KONECKY: Objection. Calls for speculation. Vague.
///

A Okay. Once you accept it, then they're going to send you field stops.
Q Okay.
A And then they're going to send you a route.
Q Okay.
A Then you plan your trip, where you're going to take your breaks, and if you take a break, you only take a break and that's it.
Q Could you perform the delivery of a load without trip planning?
A You can, but it's not --
Q Go ahead, Mr. McGlothen.
A You can, but they advise to plan your trip. They advise you to plan your trip.
Q Do you plan your trips?
A Yes.
Q And why do you plan your trips?
A That's the company's policy.
Q And in traveling from Santa Fe to Illinois, would you need to refuel your trick in order to deliver a load?
A Yes.
Q And you just talked about figuring out where you're going to take your breaks, so would you look to see where rest areas are in order to stop to deliver a load?
A Yes. I know, yes, you plan your load with the rest

area and the truck stops.
Q And in order to deliver a load, you need to know how to use and safely operate a truck; is that correct?
A Yes.
Q And as part of that doing what's called a pre-trip inspection?
A Yes.
Q What's a pre-trip inspection, Mr. McGlothen?
A A pre-trip inspection is before you start your truck, you have to check all your equipment -- your tires, your brakes, your lights, your fire extinguisher, your mud flaps. You have to check all the equipment in order to do a proper pre-trip.
Q And doing a proper pre-trip is part of company policy; correct?
A Yes.
Q It's also required by Federal law?
A Yes.
Q Do you always do a pre-trip?
A Yes.
Q So you would need to do a pre-trip in order to deliver a load, each pre-trip, for example?
A Yes.
Q Okay. About how long does it take you to conduct a pre-trip inspection?

A 20 minutes.
Q At the end of your shift, you also need to do something called a post-trip inspection; correct?
A Correct.
Q And what's a post-trip inspection?
A It's the same as the pre-trip.
Q And do you perform one each time at the end of your shift?
A Yes.
Q And about how long does it take you to perform your post-trip?
A It's about the same amount of time.
Q And, again, you need to perform post-trip inspections in order to safely deliver a load; correct?
A Yes.
Q Any given shift -- in a given trip -- strike that.
In a given shift, right, from the time you come on duty to the time you go off duty, how many inspections do you do?
MR. KONECKY: Objection. Vague.
THE WITNESS: Every time --
MR. ANDREWSCAVAGE: You can answer. You can answer, Mr. McGlothen.
THE WITNESS: Every time you make a stop, you're supposed to do a walk-around and check your equipment. If you need

arrive at the facility in Illinois, do you have to ever unhook your trailer?

A All the time.

Q Okay. And that's part of delivering a load; correct?

MR. KONECKY: Objection. Vague.

THE WITNESS: Yes.

BY MR. ANDREWSCAVAGE:

Q Do you have to scale your loads?

A Yes.

Q Do you scale every load?

A Yes.

Q Where do you scale your loads at?

A Wherever there's a CAT scan.

Q Is there a CAT scan at the terminal in Jurupa Valley?

A No.

Q Is there any fueling at the terminal in Jurupa Valley?

A No.

Q And scaling a load is part of safely delivering a load; correct?

MR. KONECKY: Objection as to form.

MR. ANDREWSCAVAGE: You can answer. You can answer, Mr. McGlothen.

Maven.
Q Over the Maven. And before you did it over the Maven, back in the day, did you fill out sort of a form and scan it in, like a trans flow form?
A You did a trans flow.
Q Okay. And you do that for each load; correct?
A Yes.
Q I'm going to go ahead -- well, let's move on for a minute. We talked a little bit about hours of service, Mr. McGlothen. Can you tell me, do you understand when I say the 14- and 11-hour rule, do you know what that is?
A 14 and 11?
Q Yes.
A You can drive 11 hours, but you have a 14-hour clock.
Q And it's true under the Federal hours of service, you need to log your time for 24 hours a day; correct?
A You log what? What are you saying?
Q Sure. As a -- well, let me step back for a second. There are four duty statuses under the Federal hours of service; correct?
MR. KONECKY: Objection. Calls for a legal conclusion. Vague.
MR. ANDREWSCAVAGE: You can answer.
THE WITNESS: I don't understand what you're talking

A When you go in the sleeper berth, you stay in the sleeper berth until it's time for you to start driving again. If for some reason you have to go to the bathroom, you stay in sleeper berth.
Q Okay. And do you ever make a note of the time where you record a sleeper berth but you're actually outside of the berth?
A No.
Q What do you do when you're in the sleeper berth?
A You sleep.
Q Do you ever -- do you have a cell phone?
A Do I ever talk on the phone?
Q Yeah. Do you ever talk on the phone while you're in the sleeper berth?
A No. I'm sleeping, unless --
Q Are you finished with your answer, Mr. McGlothen?
A Yes. I'm sleeping in the sleeper berth.
Q Okay. Do you ever do any personal tasks in the sleeper berth like read or, you know, e-mail anybody or anything like that?
MR. KONECKY: Objection. Vague.
MR. ANDREWSCAVAGE: You can answer.
THE WITNESS: CRST calls you sometimes when you're in the sleeper berth --
///

MR. ANDREWSCAVAGE: You can answer.
THE WITNESS: We get caught in traffic sometimes an hour, two hours, an accident, and we do not change from driving to on duty.
BY MR. ANDREWSCAVAGE:
Q So you -- sorry.
A You never know when the traffic is going to move an inch or two.
Q So time spent in traffic or stopped for an accident is always driving time on the log; correct?
A Right.
Q What about time spent waiting to get to a fuel island, do you log that as driving?
A No, that is logged on duty, fueling.
Q The time spent when you're actually fueling, right, when you're out of the truck fueling the truck?
A When you pull into the line -- when you pull into the line, you have to accommodate for the time, so you have to go on duty, fueling.
Q Okay. What if there is a little bit of traffic getting to the fuel pump and you're driving the truck to get to the fuel pump in that traffic, how do you log that time?
A When you pull up -- when you're in line, you're still on driving until you get to where you can stop. If there are two or three trucks in front of you, you're on

when you're driving, Maven kicks in "driving in motion". It don't say anything about on duty. It says "driving in motion" which means you're moving.

BY MR. ANDREWSCAVAGE:

Q Okay. Let me take that down. So all times that you're driving, Mr. McGlothen, for the company, your status is driving; correct?

A When you're driving, your status is driving.

Q And all other times when you're performing work that you're not driving, that's logged as "on duty not driving"; correct?

MR. KONECKY: Objection. Same objections. Vague. Calls for legal conclusion. Overbroad.

MR. ANDREWSCAVAGE: You can answer.

THE WITNESS: You're on duty.

BY MR. ANDREWSCAVAGE:

Q Okay. And then when you're not performing work, you're either off duty or in sleeper berth; correct?

A You're off duty or sleeper berth.

Q Okay. And that's consistent with how you log your time?

A Yes.

Q Mr. McGlothen, do you ever -- have you ever made mistakes when you're logging your times such that you had to fix them?

Q Is there an online portal you can log on to to access your wage statements?
A Yes.
Q Have you ever done that?
A About six years ago.
Q Okay. So you understand that you're compensated by load?
MR. KONECKY: Objection. Vague.
THE WITNESS: You're compensated by miles. We get paid by the miles.
BY MR. ANDREWSCAVAGE:
Q But the estimated miles associated with the load; correct?
MR. KONECKY: Objection. Vague and ambiguous.
MR. ANDREWSCAVAGE: You can answer.
THE WITNESS: I don't know.
BY MR. ANDREWSCAVAGE:
Q Sorry. Let me rephrase it. You get paid by the computerized miles that are associated with the load times your wage rate; correct?
MR. KONECKY: Objection. Vague and ambiguous.
THE WITNESS: You keep mentioning wages. What wages are you talking about?
BY MR. ANDREWSCAVAGE:
Q Let me ask you this, Mr. McGlothen. Let me change

BY MR. ANDREWSCAVAGE:
Q And part of getting the load delivered may be sitting in traffic; correct?
A I don't know.
Q And part of getting the load delivered is doing a pre-trip and post-trip inspection; correct?
MR. KONECKY: Objection as to form.
THE WITNESS: Correct.
BY MR. ANDREWSCAVAGE:
Q Part of getting a load delivered is dropping a load; correct?
MR. KONECKY: Objection as to form.
MR. ANDREWSCAVAGE: You can answer. You can answer, Mr. McGlothen.
THE WITNESS: You have to drop it.
BY MR. ANDREWSCAVAGE:
Q And it's true that if the load is short enough, you may get paid for miles associated with the load and never drive a mile; correct?
A I don't understand that.
MR. KONECKY: Calls for speculation.
BY MR. ANDREWSCAVAGE:
Q Sure. Let's go back to the 500 -- let's say a load is 500 miles; right?
A Okay.

Q And you were in the sleeper berth and your teammate is on duty; okay?

A Okay.

Q And say that load is delivered while you're in sleeper berth and you don't drive at all during that load. You still will be compensated for that load; correct?

MR. KONECKY: Objection. Incomplete hypothetical.

MR. ANDREWSCAVAGE: You can answer.

MR. KONECKY: Calls for speculation.

MR. ANDREWSCAVAGE: You can answer.

THE WITNESS: Yes.

MR. ANDREWSCAVAGE: Okay. Let's take a quick break, guys. I hate to do this, but I think I'm almost done. I just want to check and then come back. I have a few more questions, but I think I'm almost done.

THE VIDEOGRAPHER: Okay. The time is 10:36 a.m., and we are now off the record.

(Recess taken from 10:36 a.m. to 10:46 a.m.)

THE VIDEOGRAPHER: The time is 10:46 a.m. We are now back on the record.

BY MR. ANDREWSCAVAGE:

Q Mr. McGlothen, thank you. You understand you're still under oath?

A Yes.

Q I just have a few more questions.

CERTIFICATION

OF

CERTIFIED SHORTHAND REPORTER

I, the undersigned, a Certified Shorthand Reporter of the State of California do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is and accurate transcription thereof.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney of any of the parties.

IN WITNESS HEREOF, I have my name



Gideon Choi, CSR

Certificate No. 13258

Dated: January 22, 2024

# EXHIBIT 46

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KEITH HUCKABY, individually
and on behalf of all other
persons similarly situated,
and on behalf of the general
public,

Plaintiff, Case No.
V. 2:21-cv-07766-ODW-PD
CRST EXPEDITED, INC., an Iowa
corporation; CRST INTERNATIONAL,
INC., an Iowa corporation; and DOES 1
through 30, inclusive,

Defendants.

*************************************
ZOOM VIDEOTAPED DEPOSITION OF
ANTHONY T. AKINS
Tuesday, January 16, 2024
12:00 p.m. EST
**************************************

TAKEN BY:
ANDREW IRELAND, ESQ.
ATTORNEY FOR DEFENDANT

REPORTED BY:
BELLE VIVIENNE, RPR, CRR, NJ-CRR,
WA/CO/NM-CCR
NATIONALLY CERTIFIED REALTIME
COURT REPORTER
VERITEXT LEGAL SOLUTIONS
JOB NO. 6380131
866.299.5127

that I have a question, we get a straight answer to it, and we'll get to miles here today, too. I can assure you that.

A. I'm going to say no there. My answer to the question is no.

Q. I'm sorry, could you say that again?

A. I said my -- the question -- my answer is no.

Q. Okay. What does it mean to be an over-the-road driver?

MR. PILLER: Objection, vague and ambiguous, calls for speculation.

BY MR. IRELAND:

Q. You can -- you can answer the question.

A. It means to drive from states to state.

Q. So you deliver --

A. -- and get paid by the miles.

Q. So you deliver loads for CRST's customers across the country as an over-the-road driver?

A. Uh-huh.

MR. PILLER: Objection, asked and answered.
BY MR. IRELAND:
Q. And you were also subject to the Department of Transportation's hours of service regulations?
A. Yes.
Q. And -- so as part of delivering the load, you were also required to communicate with CRST's customers?
A. Well, as part of the -- taking the load there, we had to go -- go to a customer, you have to sign in, sign out, you have to sit sometimes, yes.
Q. Uh-huh. And you also had to accept certain paperwork?
A. Yes, to get out, you need paperwork.
Q. Uh-huh. You had to fill out paperwork too, correct?
A. Yes.
Q. Consistent with the hours of service, you were required to accurately log your time at CRST, correct?

take the exhibit down for now.
A. Uh-huh.
Q. Now, when delivering a load, you need to be communicating with the customers at the pick-up and drop-off locations; is that right?
A. Yes.
Q. And I think you stated earlier you need to get paperwork from customers?
A. Yes.
Q. This would usually be a bill of lading identifying what it is in the trailer that you have?
A. Yes.
Q. And can you deliver the load without doing that activity?
A. No, you mostly have to have paperwork.
Q. Uh-huh. And do you need to provide paperwork to the customers?
A. Yes.
Q. And that's a necessary part of delivering a load?
MR. PILLER: Objection, vague

word.
MR. PILLER: He said "not for each load."
Is that right?
A. Go ahead.
BY MR. IRELAND:
Q. Did you trip plan for at least some loads?
A. You said that I trip planned or the Qualcomm, the trip plan -- what are -- I'm trying to see --
Q. I'm asking if you engaged in trip planning in order to deliver certain loads?
A. I mean, I would have to, you know, know where I'm going and how to get there, how many miles it take to get there and which directions I'm going to get there, yes.
Q. Did you need to fuel the truck in order to deliver a load?
A. Of course, I would have to fuel the truck in order to -- need diesel to travel.
Q. Uh-huh. And often the trip

California to New Jersey, yes, I would have to figure out where, you know -- where I might have to fuel up or -- yes.
Q. Uh-huh. Uh-huh.
A. How many times I might have to fuel up and where.
Q. Do you also have to think about where the rest areas are along the route?
A. Yes.
Q. And for all of this, you needed to log your hours of time according to the Federal hours of service, correct?
A. Yes.
Q. And in order to safely deliver a load, you'd need to understand and comply with those regulations?
A. So you asking me a question just there?
Q. Yes.
(Cross talk.)
A. Say it again. Say it one more time.
BY MR. IRELAND:

rephrase here.
A. Yeah, rephrase it.
Q. Maybe it's helpful.
Before you started driving, you would perform inspections of the truck; is that correct?
A. I would do my inspections, yes.
Q. Uh-huh. And that's called a "pretrip inspection"?
A. Yes.
Q. And that's required by CRST policy, right?
A. It's required just to make -- for my safety to make sure that me and the other drivers are safe.
Q. So it's a necessary part of safely delivering any load?
MR. PILLER: Objection, vague and ambiguous.
A. It's necessary part of making sure everybody's safe.
BY MR. IRELAND:
Q. Right. In delivering a load?

MR. PILLER: Objection, asked and answered, vague and ambiguous.

BY MR. IRELAND:

Q. You can answer.

A. To make sure everybody's safe. I don't -- I thought I answered it already.

Q. How long would a pretrip inspection take you?

A. It could take from 10, 15 minutes to 20, 25 minutes, 30 minutes --

(Reporter clarification.)

A. I'm sorry. I said it could take from 10 to 15 minutes or 20 to 35 minutes. It's causing the situation of what's going on or what's wrong, if anything's wrong or, you know, something broke or whatever, you smell something, something's leaking.

BY MR. IRELAND:

Q. So it would vary from trip to trip?

A. Yes.

MR. PILLER: Objection, vague.

BY MR. IRELAND:

get my objection out.
Objection, vague and ambiguous.
Go ahead.
A. It's to make sure that everything is safe, the truck is safe, the truck is -- is in good condition to move forward.
BY MR. IRELAND:
Q. And how long would a post-trip inspection take?
A. It could take -- it's a big truck. You got to check everything, you got -- especially if you -- if you was driving the truck and you felt something was wrong, you, you know -- so you have to -- it could take from 10, 15 minutes to 20, 25, 30 minutes, or more, because of how much you know about the truck.
Q. So it would vary from day-to-day?
MR. PILLER: Objection, vague.
(Cross talk.)
A. Say it again. Repeat yourself.
(Reporter clarification.)

MR. PILLER: Same objections.
A. Take a break, that's a requirement as you traveling. I'm traveling from states to state, I have to -- I have to relieve myself and -- and so it's necessary. It is necessary.
BY MR. IRELAND:
Q. When you arrived at a destination, did you have to unhook the trailer?
A. Yes.
Q. And that's part of delivering a load, right?
A. That's part of getting from point A to point B, yes, you got to uncouple the trailer.
Q. When you arrived at the receiver, was there a macro you'd send to dispatch through your Qualcomm?
A. Yes.
Q. Do you remember what that was?
A. No, I don't.
Q. Did you always acknowledge you were dropping a load through the

Qualcomm?
A. I don't -- I don't remember.
Q. Do you remember if you had ever done that?
A. I don't remember.
Q. Did you scale each load?
A. Yeah, we scaled -- we scaled loads.
Q. Would you scale at the shipper's property?
A. We scale at the truck stops mostly.
Q. Why would you scale a load?
A. We would scale to make sure that it's not overloaded, too much weight on the axles, certain axles.
Q. Did you ever haul a load that was over 80,000 pounds?
A. I'm not sure. I don't --
Q. You said you don't know?
(Reporter clarification.)
A. I said I believe with CRST, yes, it was one, I have, yes.
BY MR. IRELAND:
Q. Okay. Did you ever stop at

(Cross talk.)
A. That's part of getting from one destination to another, getting out of one state to another state, you have to go through these -- these channels.
BY MR. IRELAND:
Q. Maybe a little bit of a different subject here. I know we talked about dispatchers a bit already.
Did you have a driver manager?
A. I did. I don't remember any names. I really don't remember any names, but, yes.
Q. That's okay.
Where was your driver manager located?
A. I have not the slightest idea if it was in Iowa or California. I don't know where they were located in the state.
Q. Okay. And where was your dispatcher located; do you recall?
A. I just said I have no idea where they were located in Iowa or in

this?
A. Recognize the -- the form?
Q. What's on your screen.
A. Oh, yeah, I read that, yes.
Q. Do you recognize it?
A. Yes.
Q. Did you go over this at orientation?
A. I don't remember.
Q. Do you remember attending orientation?
A. Yes.
Q. Okay. Can you tell me what the 11-hour driving rule is?
(Cross talk.)
A. The 11 hours -- the 11 hours that you -- a driver can't proceed over within that -- that day.
Q. Okay. And what is the 14-hour on-duty rule?
MR. PILLER: Objection, calls for a legal conclusion.
A. The 14 hours is for the whole day, I believe, something like that. I don't really remember that too

well. I mean, 14 hours for the -- from -- you can't go past the 14 within the whole day, something like that.

BY MR. IRELAND:

Q. Okay. And that is essentially your workday, right?

MR. PILLER: Objection, vague and ambiguous, calls for a legal conclusion.

A. What's -- what's my workday?

BY MR. IRELAND:

Q. The -- the 14-hour rule that -- that window, that is your workday?

MR. PILLER: Same objections.

A. That's what it's saying. I believe that's what the paper is saying.

BY MR. IRELAND:

Q. I'm asking though your understanding is {sic}.

MR. PILLER: Same objections, it's vague, vague as to the term "workday."

BY MR. IRELAND:

Q. Just to restate, do you

understand that that 14-hour period was your workday?

MR. PILLER: Same objections.

A. No, I don't.

BY MR. IRELAND:

Q. When you say no, you don't, is it that you don't understand the question --

(Cross talk.)

A. -- like I said, between 11 and 14, the 70.

BY MR. IRELAND:

Q. What do you mean by that?

A. You drive 11 hours a day, you got 14 hours to mingle with and you got 70 hours a week, right?

Q. Well, and that's what I'm asking you. So in a day, right, you have 14 hours?

A. Uh-huh.

Q. So that's -- that's your workday; is that right?

MR. PILLER: Same objections, vague and ambiguous, calls for a legal conclusion.

A. To my -- the paper, no, no, I don't.
Q. But you did recognize the earlier slide?
A. Yeah, I know this -- not the slide. I recognize the -- the 11 hours and the 14 hours and the 70, yeah, I recognize that as the driver.
Q. Okay. Let's talk about on-duty time.
On-duty time would cover any work time; is that correct?
MR. PILLER: Objection, vague and ambiguous, calls for a legal conclusion.
Go ahead.
A. Would it? I don't -- are you waiting on me or I'm waiting on you?
BY MR. IRELAND:
Q. I'm waiting on you. I figured that you had more to say there, but --
A. Oh. No, I don't.
Q. Okay. So you don't recall what on-duty time is --

A. That's it.

BY MR. IRELAND:

Q. How did you log your time when you were in the sleeper berth?

A. I don't remember. I just went -- I mean, we clocked out. When you log off, you log off and I think automatically they put you in sleeper berth.

Q. Okay. I'm going to go to slide 4.

A. Okay.

Q. Fair to say that that's still off-duty time when you're in the sleeper berth, right?

MR. PILLER: Objection, calls for a legal conclusion, vague.

A. Still in the truck, the truck's still moving.

BY MR. IRELAND:

Q. Right. When you were in the sleeper berth, your co-driver was driving, right?

A. Co-driver was driving, right.

the paperwork at the booth when you -- to get in the building, and then once you get in the building, sometimes you got to go, you got to park and go in into the office and get more paperwork, so it could take hours. It could take anything from 30 minutes to hours. It's cause of how busy they are. They make you wait. You got to wait until they call you and all kind of stuff.

Q. Uh-huh.

THE WITNESS: I'm sorry, ma'am, my -- my -- I know my speech. Sometimes my mother don't understand me, so I try to speak slow and clear for you.

THE COURT REPORTER: Thank you.

BY MR. IRELAND:

Q. That's okay.

Do you remember how you logged that time?

A. I don't.

Q. Whether it be --

A. What time?

Q. The time that you spent

doing that paperwork, would that be on-duty time?

A. I would -- I tell you before, I don't -- I don't remember that, you know, so I don't --

Q. Okay. We talked a little bit about fueling earlier.

How long -- how long did it take you to fuel your truck?

A. When it comes to fueling, it's kind of -- it's kind of -- you got to wait in line sometimes. It take --

(Reporter clarification.)

A. I said it would be a long line at truck stops sometimes, so you got to wait in the line. Then when you get there, you fuel -- so it could take minutes to an hour or more.

BY MR. IRELAND:

Q. How often was it a few minutes?

A. I'm not sure of that. How can I give a number for that, how often?

Q. Percentage of time.

A. I'm not sure.

Q. How about how often was it for more than an hour?

A. Probably -- I'm not sure. It's probably -- it was probably -- I could tell you the percentage. It's -- for more than an hour, it's probably like 40 percent of -- of the time.

Q. But you don't recall the other time -- the percentage of time -- the percentage of instances for the other amounts of time?

A. All I know it was, yes, just give you a percentage --

(Reporter clarification.)

A. No. I said, no, all I know, and then I said yes. All I -- the only thing I can give is a percentage for those there. That's all I could give is a percentage. That's all I said.

BY MR. IRELAND:

Q. Okay. How much time did you spend communicating with dispatch?

A. What do you mean by that? Like every day?

Q. How much time for a typical

were being paid specific to each load?

MR. PILLER: Objection, vague and ambiguous, asked and answered, assumes facts.

A. I understood I was -- I was getting paid for the miles I was driven though. I got paid, this what I received.

BY MR. IRELAND:

Q. But there's no column that says, I was paid for miles driven; is that right?

MR. PILLER: Objection, argumentative, document speaks for itself.

A. It's a column for miles.

BY MR. IRELAND:

Q. That's right. There's a spot that says "Total Movement Miles," right, here on the third box? And then there's "Total Paid Miles," right? That means it's something different.

A. Yeah, I don't understand that part. That part, I don't understand.

CERTIFICATION

I, BELLE VIVIENNE, a Nationally Certified Realtime Reporter, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 19th day of January 2024.

BELLE VIVIENNE, CRR, CCR, RPR

*  *  *

# EXHIBIT 47

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

---o0o---

KEITH HUCKABY, individually
and on behalf of all other
persons similarly situated,
and on behalf of the general public,

Plaintiffs,

vs.

CRST EXPEDITED, INC., an
Iowa corporation; CRST
INTERNATIONAL, INC., an Iowa
corporation; and DOES 1
through 30, inclusive,

Defendants.

__________________________/

No. 2:21-cv-07766-ODW-PD

REMOTE VIDEOTAPED DEPOSITION OF EDWARD RAINWATER, JR.

February 9, 2024

Reported by:
ERIN F. ROBINSON, RPR, CRR
CSR NO. 12199

a 53-foot trailer.

Do you see that?

A. Yes, that's the first sentence there.

Q. And do you agree with that description of the job, that your job as an over-the-road driver was to pick up, transport and deliver products in a safe, professional, courteous and timely manner?

MR. KONECKY: Objection, overbroad, and compound and vague. You can answer.

THE WITNESS: I agree with the description.

BY MR. KRAMER:

Q. The paragraph below says, the driver is the single direct contact responsible for good public relations with the motoring public and with the existing and prospective clients and customers.

The driver must be able to communicate orally and in writing with others including company representatives, fellow drivers and customers.

The driver must be able to read, write and do basic math to properly complete bills of lading, trip sheets, logs, accident and cargo claims paperwork. The driver must be able to read

and understand maps.

Do you agree that to be a driver for CRST, and to deliver loads you needed to communicate with customers?

A. Yes, yes, communication skills are required, and I agree with that.

Q. And it also requires communicating with your co-driver and team driving environment, right?

A. Yes, while teamed we must communicate with each other and coordinate.

Q. And in order to deliver loads as a driver, you also need to communicate with your dispatcher, your driver manager as CRST calls them, right?

A. Yes, usually through Maven, or at that time it was Qualcomm, text messages.

Q. And in addition to communication, you're required to pick up and accept certain paperwork in order to safely deliver loads, right?

A. Yes, bills of lading, et cetera.

Q. And in addition to bills of lading, you had to pick up and complete, I think, what are called trip sheets or sometimes referred to as bubble sheets, right?

A. Yes, for pay issues, we'd have to take

care of that, for the personnel and payroll.
Q. And you need to submit those -- that paperwork in order to be paid for delivery of the load?
A. That's correct, in the packet also we'd have to have those BOLs, the paperwork as well.
Q. When you say BOL, that's a bill of lading?
A. Bill of lading, yes.
Q. In the event there's an accident, you're going to have to fill out paperwork related to an accident claim, right?
A. That's correct, yes.
Q. And if there's damage to cargo, you might have to fill out paperwork related to the cargo claim, right?
A. Yes, an OS & D, overage shortage and damage form, there's a procedure for that separately.
Q. Depending on the circumstances, you need to complete all that paperwork in order to complete delivery of a load as a driver for CRST, right?
MR. KONECKY: Objection --
THE WITNESS: As the circumstances require, as an example, overage shortage and

damage may not apply.

BY MR. KRAMER:

Q. And as you indicated, by checking those boxes there, all of that was explained to you at the time you applied for the job, right?

MR. KONECKY: Objection as to form.

THE WITNESS: All of the items that we discussed so far on this description, yes.

BY MR. KRAMER:

Q. Okay. So the paragraph below that says the driver must know and understand Department of Transportation rules and regulations pertaining to over-the-road drivers, equipment, and cargo listed in the Federal Motor Carrier Safety Regulations. The driver must understand and comply with company policies and procedures.

So in other words, to deliver loads you needed to understand and follow many DOT rules and regulations, right?

A. That's right.

Q. And as an over-the-road truck driver that includes federal hours of service regulations, right?

A. Yes, that's right.

Q. And to do that, part of what you need to

MR. KONECKY: Objection, vague, calls for speculation.

THE WITNESS: No, in all the time I was working with CRST, I don't recall ever having anybody in California as dispatcher. It's always been Cedar Rapids.

BY MR. KRAMER:

Q. We talked briefly before that you worked as a team driver for CRST, right?

A. Yes, CRST business model is based on the co-driver or team operation.

Q. So that means you're out over the road with a co-driver, and you're switching off driving in order to deliver loads, right?

A. Yes, that's correct.

Q. And so when working in a team, you and your co-driver don't always drive an equal amount of miles for each load you deliver, right?

A. That is something that the team has to determine. The way I operate it is not the same as the way most of my co-drivers before did, which is one of the reasons why I'm still with the company and still working.

Q. So you can only speak to the way that you operate and not necessarily how other teams

decided to split up the trips, right?

A. That is correct. The objective has been to balance the workload and hours because of hours of service requirements per FMCSA. It helps keep the truck moving if you balance the hours out.

Q. I understand. Would the number of miles that you and your co-driver drive for a particular load vary based on factors like traffic or weather delays?

A. It will vary some depending on those factors you mentioned.

Q. Okay. As a very experienced driver, you're familiar with hours of service regulations, right?

A. Yes, I am.

Q. And those regulations require you to log your time in one of four duty statuses, 24 hours a day, seven days a week, right?

A. That's correct, yes.

Q. And so the four duty statuses, I want to just cover quickly. The first is off duty, right?

A. Right.

Q. The second is sleeper berth, correct?

A. Correct.

Q. And then the third is on-duty driving?

MR. KONECKY: Objection, overbroad, compound.

THE WITNESS: All time inspecting, pre-trip post-trip inspections, servicing, fuelling, or conditioning of a commercial motor vehicle, that would be logged on duty, yes.

BY MR. KRAMER:

Q. Did you ever log that time off duty?

MR. KONECKY: Vague and ambiguous.

THE WITNESS: No, I have to log fuelling pre-trips and post-trips per FMCSA rules and regulations.

BY MR. KRAMER:

Q. Do you see where it says all time repairing obtaining assistance or remaining in attendance of a disabled CMV?

A. Yes, I do.

Q. Would you log that time as on duty not driving?

MR. KONECKY: Objection, vague and ambiguous, overbroad, compound.

THE WITNESS: I would not log all the time for the repair or obtaining assistance. While remaining in attendance, I would disable CMV as on duty.

I would log some time on duty, per FMCSA rules to acquire the repair or the assistance for the disabled CMV, then place myself off duty to conserve my 70 hours or the remains of my 70-hour hours of service.

BY MR. KRAMER:

Q. And what would you be doing when you logged off duty under those circumstances?

A. Again, I'd hop over to the passenger seat, out of the driver's seat and, again, be using my cell phone predominantly to watch YouTube videos. I'm a YouTuber at heart.

Q. And if you wanted to leave the truck to get something to eat or do something else to pass the time while waiting for the repair, could you have done that?

MR. KONECKY: Objection. Incomplete hypothetical. Overbroad, calls for speculation.

THE WITNESS: In those circumstances, where I would need to grab something to eat, I would have some food with me up front, snacks, things like that.

I'd also have enough drinks, so in that specific case, no, I wouldn't place myself anything other than off duty and do personal

full pressure, air pressure is good, tires are good, lights are good.

Making sure that if I do have a trailer, I'd have to do a quick walk around on the trailer that I'm hooked, which I would have already been hooked to already, before going on home time.

Q. And how long would the pre-trip inspection typically take?

A. It would take up to 30 minutes in some cases, typical for me, been doing it so many years, I could get it done in 15 or less.

Q. So it would vary between 15 and 30 minutes approximately?

A. On average about 20 minutes, yes.

Q. And you logged that time as on duty not driving?

A. I would flag it, yes, I'd have an on-duty for a pre-trip, but I wouldn't log all of that.

Q. Okay. So there's a portion of the pre-trip that you would log as off duty?

A. That's correct.

Q. Which portion?

A. About half of it.

Q. Did the amount that you would log off duty vary?

satisfy FMCSA rules and regulations. But we would not log anything more than what was absolutely minimum required.

BY MR. KRAMER:

Q. When you say flag it, what do you mean by that?

A. It would show up on the log as an on duty change in status, and when that change of status is put in the comment would show on duty for the pre-trip.

The time would only be about 10, maybe 12 minutes for the most part, although we were actually completing the task in its full entirety, which could take 22 to 29, maybe 30 minutes.

Q. And so you're saying that after logging on duty for 10 or 12 minutes, in the middle of pre-trip you would go into the truck, log off duty, and then complete the rest of the pre-trip while you were off duty?

A. Yes, and the reason for that is because we aren't being paid for that on duty time.

Q. And you didn't flag that you were logging that rest of that off duty time -- withdrawn. Let me try to rephrase that.

The time that you logged off duty, but you

A. Let me think. All of the paperwork which would include the bubble sheet and sending that in using the app for pay purposes, just that would be 15 minutes.
Q. Okay. And would that sometimes vary?
A. And would that what? What was that?
Q. Would the amount of time you spent filling out paperwork vary from load to load?
A. Most of the time, 15 minutes would take care of it. There are exceptions where it would take close to 40 minutes.
An example would be what I call a milk run, expediters on the West Coast, California, Oregon, Washington, there's five stops on that, but they hit the Maven back to back.
So there's a lot of paperwork for each one of those legs, instead of it being one solid job all the way through.
Q. Okay. And about how long would it take you to fuel your truck?
A. To fuel my truck start to finish would be 30 minutes.
Q. Okay. And did that ever vary?
A. Yes.
Q. Would it vary depending on how many people

the job back in 2004. I had a good idea of what I was getting into, in other words.

BY MR. KRAMER:

Q. So is your testimony that you believe that for the past 20 years your pay, you received pay only for driving, but not for any of those other tasks because your pay was calculated using a per mile rate?

A. Yes, that's correct.

Q. And so for the past 20 years, you felt that you haven't been paid for all those other tasks that you've had to complete in order to deliver each load you've hauled for CRST; is that your testimony?

MR. KONECKY: Asked and answered, argumentative.

THE WITNESS: Let me think. Yes, I would say that.

BY MR. KRAMER:

Q. Did you ever tell someone that you weren't being paid for all this other work?

A. I mentioned it to at least one other individual that I recall, I'm trying to recall the driver's name, but yeah, it was a senior driver, he'd been around for at least 15, I think 20 years

REPORTER'S CERTIFICATE

I, ERIN F. ROBINSON, a Shorthand Reporter, State of California, do hereby certify:

That EDWARD RAINWATER, JR., in the foregoing deposition named, was present and by me sworn as a witness in the above-entitled action at the time and place therein specified;

That said deposition was taken before me at said time and place, and was taken down in shorthand by me, a Certified Shorthand Reporter of the State of California, and was thereafter transcribed into typewriting, and that the foregoing transcript constitutes a full, true and correct report of said deposition and of the proceedings that took place;

IN WITNESS WHEREOF, I have hereunder subscribed my hand this 22nd day of February 2024.

ERIN F. ROBINSON, CSR NO. 12199
State of California

# EXHIBIT 48

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HUCKABY, individually and on behalf of all other persons similarly situated, and on behalf of the general public, | Case No. 2:21-cv-07766-ODW-PD |
| Plaintiff, | |
| v. | |
| CRST EXPEDITED, INC., an Iowa corporation; CRST INTERNATIONAL, INC., an Iowa corporation; and DOES 1 through 30, inclusive, | |
| Defendants. | |

The video recorded deposition of ANTONIO ACOSTA-GARCIA, called for examination, taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure of the United States District Courts, taken before Annette Brewer, Certified Shorthand Reporter, in and for the County of Cook and State of Illinois, on March 21, 2024, at 11:00 a.m. CST.

A. No, sir, I don't recollect it being in May. I can't recall the actual date.
Q. You just don't remember the specific date, but you do remember submitting an application at some point?
A. Yes.
Q. In 2019?
Sorry, was that a yes?
A. Yes.
Q. I will turn to the second page of the document where it says over-the-road driver job description. Do you see that?
A. Hm-hm.
Q. Then at the top of the next page below the description you see where it says have you reviewed the job description above. And it indicates yes.
A. Yes.
Q. And then below that it says do you understand the requirements. And it indicates yes.
A. Yes.
Q. And then it says can you perform the requirements of this job with or without reasonable accomodation. And it says yes?

A. Yes.
Q. So I just want to ask you a few questions about the job description, your understanding of it.
When you applied for a job at CRST back in 2019 and 2020 and again in 2022, did you understand that the job you were applying for was to be an over-the-road truck driver as it says here?
A. Yes.
Q. In the first sentence of the description it says an over-the-road driver must be able to pick up, transport and deliver products in a safe, professional, courteous and timely manner.
Did you understand that that was going to be your job if you are hired at CRST?
A. Yes.
Q. Then it says, the driver is a single direct contact responsible for good public relations with the motoring public and with existing and prospective clients and customers. The driver must be able to communicate orally and in writing with others, including company representatives, fellow drivers and customers. The driver must be able to read, write and do basic math to properly complete bills of lading, trip sheets, logs, accident, and

Q. Aside from where you mentioned that you didn't have to drive a manual transmission and that you weren't responsible for actually loading or unloading trailers, is there anything in this job description that is different than the job that you performed when you were hired?

A. I can't recall.

Q. So we talked about several different aspects of being a driver for CRST. You had to communicate with your driver manager, DM, and with customers, you had to pick up the route, submit paperwork, follow DOT regulation, log your time in accordance with those regulations, to operate the tractor/trailer, to drive tractor/trailer, know how to do to inspections, pre-trip and post-trip inspections, drop and hook trailers, fuel the truck, and also take breaks when needed.

All of those are activities that you needed to do in order to safely deliver loads when you were working as a driver for CRST, right?

MR. KONECKY: Objection as to form, compound.

BY MR. KRAMER:

Q. You can answer.

A. Correct, all of those are required to

A. Well, basically it would just mean we were able to drive further since after I finished my driving shift he or she could continue to drive afterwards depending on how many hours they had.

Q. Aside from the month of December 2022 were you working with a co-driver during the other approximately three months?

A. Yes. The first month, so September to -- I want to say about the beginning of November I was spent -- it was spent with my mentor. So I don't think he would be -- even though we were a team driver I don't think he was really considered my team driver since he was just teaching me how to drive. And then after that time I think I was sent even with a co-driver for about a week afterward because my co-driver, Sarah, had some issues with two or three multiple trucks where she had been stranded out there somewhere in like East Coast. And she had to make it back. She made it back sometime the beginning of November. And that's when I started driving with her. I can't recall exact dates for that.

Q. When you were working in a team with a co-driver did you and your co-driver always drive in equal amount of miles when you were delivering a

Q. When you say looked into it, what do you mean?
A. Gone online and researched it.
Q. Researched the hours of service regulations specifically?
A. Yes.
Q. And it is it your understanding that you are required under federal laws to comply with the hours of service regulations as a driver?
A. Yes.
Q. And that was also required under CRST company policy, right?
A. Correct.
MR. KONECKY: Objection. Form.
BY MR. KRAMER:
Q. And so there are a total of four duty statuses that you need to log your time under according to those regulations, right?
A. I am not sure of the amount of statuses, but yes.
Q. So one option is off duty, right?
A. Right.
Q. The other is sleeper berth?
A. Correct.

the miles that we drive.
Q. And what would that understanding be based on, your understanding that you weren't paid for time spent fueling or doing other work besides driving?
A. Understanding that it would be cents per mile. So the more miles we put in the more we get paid. And if we wasted time while we were fueling to go on duty or the time that we spent getting loaded or unloaded, on duty it would be time that we wouldn't have to put more miles on the road.
Q. So that understanding was based on the fact that the pay you received for each load was calculated by multiplying the number of miles associated with a load by your cents per mile rate? Is that what you are saying?
A. It wouldn't be for the load. It would be just the amount of miles that the truck was moving. So we would be -- we were told from the beginning that we would only be getting paid for the movement miles of the truck, not by the load.
Q. And who told you that?
A. Will told us that during orientation. Basically a phrase that is commonly used is the

wheels aren't turning, you aren't earning. We were also told that -- I was also told that by my mentor, a lot of the other drivers. He's, like, man, don't worry about all that, just get the miles because that is what you are getting paid for.

Q. A friend of yours told you that?

A. No, no, not a friend. The drivers.

Q. Other drivers told you that?

A. Right.

Q. Aside from Will is there anyone else at the company that told you that?

A. Will, my mentor, Adrieonna, Lindsey and various other driver as well as both of my co-drivers that I ended up driving with after my mentor. And they were in the same class that I was in while at the school of driving.

Q. So your understanding was that you didn't receive any pay for anything other than driving. Is that your testimony?

A. Correct. We only got paid for the movement miles for the truck and nothing else. We didn't get compensated for anything else.

Q. If you go down to line 4 where it says all times from the time a driver begins to work or is

required to be in readiness for work until the driver is relieved from work and responsibility for performing work that is not actually driving, is on duty time.

Is that your understanding of what on duty time is?

MR. KONECKY: Objection. Vague, ambiguous, argumentative, asked and answered.

BY MR. KRAMER:

Q. You can answer.

A. Correct, that's what technically on duty time would be. However, that's not how we were trained or how we were taught.

Q. And what do you mean by that?

MR. KONECKY: Objection. Asked and answered. Talking about this for awhile now, Jared.

MR. KRAMER: Well --

BY THE WITNESS:

A. Can I answer for you, like how it states right there for that section of it? Is that all time at the plant, the terminal facility or the client property or even while at CRST yards, you know, technically we should be on duty for any time that they are loading us or unloading us or we're waiting

for repairs or anything like that. But that doesn't maximize our time on the road. So we were always told to just be off duty because it saves us time off of our 70-hour clock that we can use to get more miles when we were able to get out there on the road.

BY MR. KRAMER:

Q. So whenever you are at a plant terminal facility you would log that time as on -- as off duty even if you weren't relived from duty?

A. Correct.

Q. Is that what you are saying?

A. Correct.

Q. What about time spent performing pre- and post-trip inspection?

A. That would be the only time that we would actually log on duty just because if we were to get overruled by DOT where they need to --

Q. You are on mute.

A. Yeah, I got an incoming call. But I blocked it.

But yeah, the pre-trip and post-trip was the only parts that we logged on duty in case we got pulled over for inspection by a DOT officer. They could see that we had done our pre-trip and

do to begin your shift?
A. I would start my pre-trip.
Q. Okay. And you said you would log your pre-trips as on duty?
A. Yeah, pre-trips get logged on duty.
Q. What is the pre-trip?
A. A pre-trip is usually an amount of about 15 minutes which we take to go over the truck which would be opening the hood, checking the lights, checking the fluid levels under the hood, reviewing our tires, making sure they are at the proper psi as required by DOT regulations, also checking our tires for any I guess any bulges or any torn tread or rubber from the tire. Just making sure they are in proper condition as well as the undercarriage and suspension of hydraulic. Looking at our airlines, electric lines, our trailer doors, our trailer making sure there's no holes in the side of the trailer, anything like that.
Q. And you said they would typically take about 15 minutes; is that right?
A. Right.
Q. Would that amount of time ever vary?
A. No. It was for the most part around 15

Q. Do you know whether other teams conduct any inspections in the same way?
A. I can't say for other teams. I didn't really talk to anybody else while I was there, just the occasional driver sometimes at the terminal. But we never get into it on how they did their pre-trip and post-trip inspections. But as far as with my mentor with Sarah, Anthony and Dwayne Brown, that's how we operated because that's the way we were taught. It was my pre-trip would be considered their post-trip, their pre-trip would be considered my post-trip.
Q. For any given load do you know about how long you would spend having to fill out paperwork?
A. Probably about 15 minutes of filling out the little trip sheet that they would have us fill out and making sure the fine info on the tablet to make sure that it matched the paperwork that we received.
Q. So altogether that would be about 15 minutes?
A. Right.
Q. And was all that time always logged off duty?

just go and check on them and they would always be filling out their paperwork. For the most part it was off duty.

Q. And you said for the most part it was off duty. So there may have been times where maybe they were still logged on as on duty but didn't change their status?

A. No. I just said for the most part because I can't say, you know, 100 percent of the time I was right there watching them fill out their paperwork. But I know that we were taught be off duty while you do your paperwork because any time that you lose right there it's less time that you get driving and less miles that you get paid for.

Q. About how long did it take you to fuel your truck on average?

A. That would depend on what time of the day we would go and fuel. But on average it would take between 15 and 40 minutes to fuel.

Q. So it would vary any time in that range?

A. Yeah, more than likely if you were driving at night you wouldn't run into too many people at the pumps and it would take 15 minutes. But during the day there's usually two trucks at

Q. And did you sometimes have to scale your loads in order to deliver a load?

A. It was the common -- whoever picked up the load would usually go and scale, just to make sure we were at the DOT regulations for the weight on our axles.

Q. Do you know about how often that occurred?

A. Whenever we would start I guess a new trip or pick up a different load. That's when it would usually get scaled.

Q. So you think you had to scale about every load that you picked up?

A. Yeah, every load would need to be scaled because they all had different weights. So we had to make sure our axles were within the range that we were permitted by the DOT.

Q. How would you log your time when you were scaling a load?

A. It would get logged off duty because we more than likely be stopping at a truck stop and so we would be logged off duty while we were on the scale and then going around to park and then going inside to get the scale ticket.

Q. About how long did it take to scale a load on average?
A. Probably about 15 minutes. And I am including the times that it takes for us to go inside and get the scale ticket.
Q. Did that amount of time ever vary?
A. No, it's usually about 15 minutes.
Q. Did you notate on your logs when you were scaling a load?
A. No, because we'd be under off duty just to save the time whatever time was, you know, those 15 minutes. So we could use our 14-hour clock which didn't count against our driving time and use -- we wouldn't want to use up the time that we had available so we could be on the road driving.
Q. And you understood that technically that time should have been logged on duty?
A. I perfectly understood that it wasn't what the DOT wanted. But again like I said, that's the way that my mentor had been taught and that's the way that he taught me. And basically the understanding was, hey, if you are not making miles you are not earning money, so whatever time you can save anywhere else you have to keep on driving and

CERTIFICATE

OF

CERTIFIED SHORTHAND REPORTER

I, ANNETTE BREWER, a Certified Shorthand Reporter of the State of Illinois, CSR License No. 84-4121, do hereby certify:

That previous to the commencement of the examination of the aforesaid witness, the witness was duly sworn by me to testify the whole truth concerning the matters herein;

That the foregoing deposition transcript was reported stenographically by me, was thereafter reduced to typewriting under my personal direction and constitutes a true and accurate record of the testimony given and the proceedings had at the aforesaid deposition;

That the said deposition was taken before me at the time and place specified;

That I am not a relative or employee or attorney or counsel for any of the parties herein, nor a relative or employee of such attorney or counsel for any of the parties hereto, nor am I

interested directly or indirectly in the outcome of this action.

IN WITNESS WHEREOF, I do hereunto set my hand at Chicago, Illinois, this 3rd day of April 2024.



ANNETTE BREWER

CSR License No. 84-4121

# EXHIBIT 49

# DRIVER EMPLOYEE HANDBOOK

CRST EXPEDITED

CRST DEDICATED SERVICES

# SECTION II: PAYROLL AND LEAVES

## BEREAVEMENT LEAVE

A employee who has completed three (3) months of employment and who is absent from work due to a death in the immediate family, shall be entitled to a maximum of three (3) days with pay at the rate of $40 per day to attend the funeral provided the following are met:

- The compensable day or days must fall within the employee's regularly scheduled work week;
- The employee must attend or make a bona fide effort to attend the funeral;
- The employee is not on leave of absence, vacation, or bona fide lay off at time of death in the immediate family; and
- The employee must provide CRST with satisfactory proof of relative's death, submit a trip sheet, and the employee must continue employment with CRST after such death.

An employee who will be absent for funeral leave shall notify the Operations Manager and/or his/her Driver Manager in advance. For purposes of the Funeral Leave benefit, immediate family shall mean an employee's mother, father, spouse, children, brothers, sisters, brother and sisters having one parent in common, and those relationships generally called "step" (provided the persons in such relation have lived, or have been raised, in the family home and have continued an active family relationship).

## FAMILY MEDICAL LEAVE ACT (FMLA) /LEAVE OF ABSENCE POLICIES

CRST understands that employees may need time off for various reasons. An employee may or may not be eligible for time off under the Family Medical Leave Act (FMLA) depending upon many factors, as outlined below.

### *Eligibility*

CRST employees are eligible for unpaid FMLA leave if they have worked for CRST:

- A minimum of 12 months and
- A minimum of 1250 hours during the previous 12 months.

### *Qualifying Events*

- Birth of a child and to care for a newborn;
- Placement with employee of a child for adoption or foster care;
- To care for the employee's spouse, child or parent with a serious health condition;
- Employees unable to perform the functions of the employee's position due to a serious health condition.
- A serious health condition is an illness, injury, impairment, or physical or mental condition that involves either (1) the individual being admitted to a medical care facility with the expectation that the or she will remain at least overnight, or (2) continuing treatment by a health care provider for a condition that either prevents the employee from performing the functions of the employee's job, or prevents the qualified family member from participating in school or other daily activities.
- Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of more than three consecutive calendar days combined with at least two visits to a health care provider or one visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.

### Compensation

Employees may qualify for short term disability benefits. If any portion of the leave is unpaid, the employee must use any accrued vacation. Any vacation accrued while on leave must also be used and this time will be counted towards the leave length entitlement.

### Length of Leave

- Up to a maximum of 12 weeks in a rolling 12-month period;
- Paid and unpaid time off will be used concurrently;

FMLA leaves may be taken intermittently where there is a medical need for intermittent leave and the medical need can best be accommodated through an intermittent or reduced leave schedule. CRST requires certification from a healthcare provider of the need for intermittent leave. CRST may require re-certification every 30 days or after the minimum period expected in the original certification (whichever is longer) unless the employee requires an extension, or the circumstances described by the previous certification has changed, or CRST has received information that cast doubts on the original validation of certification.

For employees who have a qualifying event, but do not qualify for FMLA leave time, please consult with the Human Resources department for further details.

### Medical Certification

Employees are required to provide certification to support a leave request and subsequent re-certification on a reasonable basis. The certification must be returned within 15 days after the employee gives notice of his or her intent to take FMLA leave. Failure to return this certification in a timely manner may result in delays in securing authorization for leave, and failure to return the certification at all will preclude the employee from taking FMLA leave.

### Benefit Preservation

Employees will continue to be eligible for all benefits while on FMLA, and will continue to accrue vacation. Employees will be required to reimburse CRST for insurance premiums that were not paid during the unpaid leave. Once the leave expires, benefits will end in accordance with the benefit policies. COBRA will be extended to employees who qualify.

### Intermittent Leave

FMLA leave does not necessarily have to be taken all at once. If an employee's request for intermittent leave is foreseeable based on planned medical treatment, you may be required to transfer temporarily to an alternative position (with equivalent pay and benefits) in order to better accommodate repeated periods of absence.

### Applying for Short Term Disability (STD) and/or FMLA (Family Leave Act)

CRST partners with Principal Absence Management (Principal) to manage STD and FMLA. In order to apply for STD and/or FMLA, employees must contact Principal at 1-877-734-3652 or go to https://Principal.absencemgmnt.com. Principal will provide employees all applicable forms to complete for the leave. In return, Principal will assign one point of contact who will manage the leave from start to finish.

Employees are eligible for a maximum of 26 weeks of disability payout or until the disability ends, whichever comes first. The maximum weekly payable benefit is $200. Once Principal receives the applicable approval, employee pay will be processed by Principal. These checks will be manual, paper checks that are processed weekly and sent to employee's home address until the disability benefit ends or a maximum of 26 weeks, whichever comes first.


Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

If an employee participates in CRST health benefits, premiums will NOT be deducted from the disability check from Principal. Therefore, it is the employee's responsibility to ensure weekly benefit premiums are paid directly to CRST. Employees can pay CRST for benefit premiums via check or credit card, whichever method is most convenient. To arrange for benefit payments, contact the HR Service Center at 866-934-4895 or via email at hr@crst.com. If benefit premiums are delinquent more than six (6 weeks), benefit coverage will be terminated.

To find a complete description of STD or any benefit plans CRST offers, view the Summary Plan Documents on the CHIP Employee Home Page. All Coverage is subject to the detailed plan guidelines.

Below are key reminders regarding STD and FMLA:

- STD benefits begin on the eighth day of your illness/leave. Employees may utilize accrued vacation time until STD begins. If no accrued time is available, time off will be unpaid.
- FMLA and STD time off runs concurrent for time off tracking purposes.
- For birth of a child, once STD exhausts and an employee want to take additional FMLA, accrued vacation time may be utilized. This time would count towards FMLA hours.
- Employees must provide a return to work form (also known as General Medical Clearance Form) to Principal from the treating doctor to be able to return to work. This form must also be returned to the CRST Safety Medical Team for the employee's applicable company. An employee will be unable to return to work without this form.
- If employee is on intermittent leave, he/she must notify both Principal and immediate Supervisor regarding time off.

If there are any questions regarding the summary of information outlined above, call the HR Service Center at 866-934-4895 or HR@crst.com. To follow up on claim status with Principal, call 1-877-734-3652 or https://Principal.absencemgmnt.com.

### *Return from FMLA*

An eligible employee on FMLA leave must submit to the Company a medical release indicating that the employee is able to return to work. Failure to submit such a release will preclude the employee from being restored to his or her employment with the Company. The Company has the right to seek a second and third opinion at its expense. The employee on FMLA leave must notify Principal periodically of his/her status and intention to return to work.

An employee returning from FMLA shall be returned to his/her previous position of employment or be restored to an equivalent position with equivalent employment benefits, pay, and other terms and conditions of employment.

### *Additional FMLA Policies/Rules*

All questions regarding leaves should be directed to Principal Absence Management. It is the policy of the Company not to discharge or discriminate against any employee for exercising his or her rights under the Federal Family and Medical Leave Act. If an employee thinks that he/she has been treated unfairly, the employee should contact the Human Resources department or a member of management.

Refer to http://www.wagehour.dol.gov for additional information on employee rights and responsibilities under FMLA.

### *Military Leave of Absence*

**Military Family Leave Entitlements**: Eligible employees with a spouse, son, daughter, or parent on active duty or call to active duty status in the National Guard or Reserves in support of a contingency operation

Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

may use their 12-week leave entitlement to address certain qualifying exigencies. Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings.

FMLA also includes a special leave entitlement that permits eligible employees to take up to 26 weeks of leave to care for a covered service member during a single 12-month period. A covered service member is a current member of the Armed Forces, including a member of the National Guard or Reserves, who has a serious injury or illness incurred in the line of duty on active duty that may render the service member medically unfit to perform his or her duties for which the service member is undergoing medical treatment, recuperation, or therapy; or is in outpatient status; or is on the temporary disability retired list.

**Military Reserve Leave**: An employee who remains in the active military reserve will be allowed time off work for the required reserve training. This time will be without Company compensation, but count as time worked for vacation accrual purposes. Consequently, it will not result in loss of vacation time or compensation. The employee may use vacation for military duty. The Company will pay the normal Company group insurance contributions during the leave of absence for military reserve training. Employees will be required to reimburse CRST for insurance premiums that were not paid during the unpaid LOA.

## Jury Duty

When receiving notice to report for jury selection or jury duty, you must notify your Driver Manager immediately. CRST does not provide any compensation for time served on a jury or time spent undergoing the jury selection process.

## Vacation Time

The Company grants Vacation to eligible employees to provide them with the flexibility to meet both their work and personal needs. The Company believes that this time is valuable for employees not only to make their work experience with the Company personally satisfying, but also to enhance their productivity. Eligible employees can use Vacation for any reason (e.g., vacation, illness, medical appointments, personal business).

Employees must complete the anniversary year and have worked a minimum of 60% of the working days of that year in order to earn vacation. CRST employees shall receive vacation in accordance with the following schedule unless otherwise prohibited by applicable state law:

| Completed Years of Service | Earned Vacation Time | Payout Amount per Week of Vacation |
|---|---|---|
| One (1) | One (1) Week | $300 |
| Two (2) – Nine (9) | Two (2) Weeks | 1/52 of the employee's earnings for the most recent calendar year proceeding the vacation period, with a minimum guarantee of $300 per week. |
| Ten (10) Plus | Thee (3) Weeks | 1/52 of the employee's earnings for the most recent calendar year proceeding the vacation period, with a minimum guarantee of $300 per week. |

The time for taking a vacation will be determined on the basis of length of service with CRST, consistent with the efficient operation of company business. Employees shall make requests for vacation time to their Driver Manager and contact Driver Payroll for the payment of vacation pay.

Vacation not taken within 12 months from the date it is earned is lost unless prohibited by your residence state law. Earned but unused vacation pay will not be paid upon termination of employment except as


Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential

required by applicable State law, or unless otherwise determined by management. If you are an employee that resides in California, all unused accrued vacation is considered wages earned and will be paid to the employee upon termination.

## Personal Illness

If an employee becomes ill while on the road, CRST will advance the employee sufficient monies to return home at the request of the employee. Advances shall be deducted from the employee's pay. After the employee has recovered, the employee will be responsible for travel to pick up an available unit without pay.

After an employee has been unable to work three (3) consecutive days because of a non-job related illness or injury, the employee may be required to present a doctor's release and/or a return to work physical before returning to duty.

## Rehires

Former employees with good work records, satisfactory safety, OS&D, and personnel records may be rehired by CRST. Employees must complete and submit a new driver application form to Driver Recruiting for consideration.

Employee Re-Hire: 1-Day Orientation requirements:

- If employee is, less than 30 days off a CRST truck – reinstate – no orientation required.
- If employee is more than 30 days off a CRST truck, full orientation is required.

## Wage Policy and Philosophy

The Company's compensation philosophy is to compensate employees in a manner which supports and develops a high performance workforce. To ensure all compensation decisions are consistent with CRST's mission, vision and values, each position has a designated pay range based on job evaluation standards.

## Compensation

Your starting wage with CRST is based on verifiable, similar experience. This is determined by driver development and safety prior to the completion of orientation. Employees will be asked to sign a wage rate sheet, which lists employers and length of service verified at each.

Outlined below are pay classifications for CRST student and experienced professional drivers (employees). CRST has five (5) main classes of driver pay, depending upon total driving experience.

The categories are:

- Contract Student for those drivers trained through CRST schools/training program.
- Non-contract student for those drivers trained outside of CRST schools/training program.
- Co-Driver status for drivers who run in a team operation.
- Lead Driver status for drivers who have qualified to train Students.
- Independent Contractors/Lease Purchase who run in solo or team operations.

CRST gives credit for driving experience gained outside the Company. The pay scale length of experience includes previous driving experience, prior to CRST, which is credited at the time of hire, plus experience as a CRST driver.

*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

### *Per Diem Program:*

CRST has long recognized that its employees incur travel expenses while performing their duties for the company. Such personal expenses include meals, showers, laundering and other necessary living expenses. CRST intends that the compensation paid to employees include amounts needed for such necessary expenses and that the expense reimbursement component of the employees' compensation is identified as "per diem".

Per diems are paid in an amount that reflects the anticipated expenses of the employees and are paid in accordance with guidelines established by the Internal Revenue Service as an "accountable plan". All driving positions that require the employee to be away from home over night on a regular basis are considered as receiving per diems to meet the anticipated expenses of the employee. Per Diem payments made to employees following the accountable plan requirements of the IRS are not included in employees taxable wage base and are not subject to employment or withholding taxes.

It is the policy of CRST to identify all anticipated expenses as nontaxable Per Diem payments. The purpose of the CRST Per Diem program is to maximize employee take home pay, through per diem reimbursements. The program puts more money in the employees' pockets and is designed to lead to increased employee satisfaction, morale, and retention.

### *Wage Garnishments:*

CRST Driver Payroll may receive a Wage Withholding Notice from a state or county agency directing us to withhold a certain amount from your payroll. All orders state CRST is "required to deduct these amounts from the employee's income until further notice." CRST does not deduct any voluntary garnishment notices.

### *Compensation Disputes:*

Compensation disputes, unless otherwise prohibited, will follow the first four (4) steps outlined under "Problem Solving Procedure". However, the decision of the Vice President of Operations will be final.

All employees should submit a compensation dispute within ten (10) days after reasonable knowledge of the occurrence of the dispute. Each decision will be based on individual circumstances, and are not necessarily precedent setting.

## WORKERS' COMPENSATION

Workers' Compensation provides payment for medical expenses, wage loss, and disability to an employee injured on the job. The injury must occur in the course and scope of employment. No action will be taken to initiate a claim on the employees' behalf until the Workers' Compensation Department has been notified.

Employees are assumed to be 'on the job' when they are physically in the truck and/or performing duties required of them as a employee, including but not limited to, making check calls, loading/unloading, and performing pre-trip inspections. Employees are not 'on the job' when they are commuting in a personal vehicle to and from work.

The Workers' Compensation Department must be notified before authorization for medical treatment will be given. The Company will designate medical providers for treatment for any work related injury (except for emergency situations). If you decide to go to a doctor other than the one we suggest, you risk paying the medical costs yourself. The Workers' Compensation Department has access to obtaining qualified doctors anywhere in the United States.

Each Workers' Compensation claim will be investigated thoroughly. In the event a claim is deemed compensatory, you will be paid by CRST based on the laws of the state in which you were hired. Your weekly benefits will be a percentage of your gross average weekly wage. There is also a maximum amount


*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

you will be entitled to. This means the weekly benefits may be significantly less than your net pay. You should also note there is a minimum waiting period of three (3) to seven (7) days (depending on the state Workers' Compensation laws) before the weekly benefits goes into effect. The calculation of your weekly benefit and the waiting period is not a policy set by CRST but rather by state laws. The Company will offer modified duty work to employees who sustain work injuries if the treating physician feels the employee is capable of modified duty work. Injured employees will be offered modified duty work that will meet their physical capabilities. Modified duty work is intended to be temporary only.

If your claim is investigated and found to be fraudulent, benefits will be denied and internal disciplinary actions will be taken. If deemed appropriate, legal action may also be taken. It is the employee's responsibility to pay for their portion of the insurance premiums while on Worker's Compensation that would normally be handled through payroll deduction. Payments should be made to CRST and sent to the attention of the Human Resources Department. Failure to do so may result in the loss of coverage.

In accordance with the provisions of Federal Family and Medical Leave Act (FMLA), Workers' Compensation time off is applied toward FMLA leave allowance, if eligible for FMLA. Contact the Workers' Compensation Department with any questions or to report an injury at866-799-2778

*Copyright © 2016 CRST Expedited & CRST Dedicated Proprietary and Confidential*

# EXHIBIT 50

DELIVERING PROMISES AND DRIVING SUCCESS

CRST

THE TRANSPORTATION SOLUTION

# DRIVER EMPLOYEE HANDBOOK

# SECTION II: PAYROLL AND LEAVES

## ACTIONS INCONSISTENT WITH LEAVE

If an employee takes actions during absences or leave time that are inconsistent with an intention to return to employment with the Company, such as accepting employment with another employer, the employee will be deemed to have voluntarily terminated employment with the Company, unless otherwise mandated by law. Likewise, if an employees' leave expires and he or she does not contact the Human Resources representative regarding a date to return to work, the employee will be deemed to have voluntarily terminated employment, unless otherwise mandated by law.

## COMPENSATION

Unless otherwise permitted by applicable law, Employees have been hired to work up to a maximum of a 14-hour work shift before taking at least 10 consecutive hours off duty (inside or outside the sleeper berth) before beginning another maximum 14-hour work shift. The Company relies upon the driver's hours of service records in determining the hours worked, and drivers are under an obligation under federal law and Company policy to accurately record their hours of service. Drivers will use the timekeeping system provided by the Company usually in the form of the electronic logging device (or paper logs in the absence of an ELD) to accurately record all hours worked each day. All time logged or time that should have been logged as on-duty (driving and non-driving) will be the hours of work each workday and each workweek.

While taking the 10-hour break, drivers have no duty or responsibility for the load or equipment. When taking a break when the truck is not moving, the truck should be parked in a safe and legal location. Drivers are to log their 10-hour breaks as off-duty (while outside the sleeper berth) or off-duty sleeper berth (while inside the sleeper berth). Whenever any work is performed for the Company, that time will be logged as on-duty (driving or not driving).

In order for the Company to accurately account for all hours worked, employees are also required to record the start of the workday before beginning any work and record the end of workday upon completion of all work. This must be done at the beginning and end of each work shift.

- Employees start of day is defined as when he/she begin productive work for the Company. Generally, this time will correspond with the first on-duty log entry for each day.
- Likewise, employees are required to record the end of the workday and may not perform any work after this recorded time. The end of day is defined as when he/she complete productive work for the Company at the end of each work shift. This time will correspond with the last off-duty log entry for each day.

Any failure to record all work hours will result in discipline, up to and including termination. It is a violation of the Policy to under-report work hours, just as it is to over-report work hours. No exceptions or deviations are allowed. No one may require, ask, or allow a driver to work "off- the-clock" or on a driver's "own time" *under any circumstances.*

Specific details regarding the following topics (included but not limited to) will be outlined in employee's individual wage/compensation sheet provided in Orientation:
Pay Periods/Paydays;
Method of Compensation;
Driver Status;
Paid Time Off/Benefits;

Per Diem Program

### *Wage Garnishments:*

The Company Driver Payroll may receive a Wage Withholding Notice from a state or county agency directing the Company to withhold a certain amount from an employee's payroll. All orders state the Company is "required to deduct these amounts from the employee's income until further notice." The Company does not deduct any voluntary garnishment notices.

### *Compensation Disputes:*

Compensation disputes, unless otherwise prohibited, will follow the steps outlined under "Problem Solving Procedure". However, the decision of the Vice President of Operations will be final.

All employees should submit a compensation dispute within ten (10) days after reasonable knowledge of the occurrence of the dispute. Each decision will be based on individual circumstances and are not necessarily precedent setting.

## EMPLOYEE CLASSIFICATIONS

### *Employment Eligibility Verification Compliance Policy*

In compliance with the Immigration Reform and Control Act of 1986 ("IRCA") and any other applicable federal, state, or local laws, the Company is committed to employing only those who are authorized to work in the US and will not discriminate on the basis of national origin or citizenship in hiring, recruiting, or terminating employees.

Each new employee, as a condition of employment, must complete the Employment Eligibility Verification Form I-9 and present acceptable documentation authorized by USCIS proving identity and employment authorization no later than the third day after starting employment.

Employees may present employment authorization documents that will expire. The Company tracks expiring employment authorization dates. Employees with expiring employment authorization dates are notified in advance of expiration and on the day of expiration. Reverification on the Form I-9 Section 3 is conducted by the Company's Human Resources Department. Employees with expiring work authorization must present evidence of continuing employment authorization no later than the day on which the current work authorization expires. The document(s) will be reviewed to determine if they appear to be genuine and related to the person who has presented them. Employees who do not present continuing work authorization by the date their current authorization expires will be terminated as of the expiration date.

When the Company rehires an individual within three (3) years of the date of the initial execution of the Form I–9, it may inspect the previously completed Form I-9 to determine whether the individual is still eligible to work. If so, the Company will update the Form I–9 to reflect the date of rehire. However, if upon inspection of the Form I–9, the Company determines that the individual's employment authorization has expired, the Company will reverify the Form I–9, otherwise the individual may no longer be employed.

## FAMILY MEDICAL LEAVE ACT (FMLA) /LEAVE OF ABSENCE POLICIES

### *Basic Leave Entitlement*

The Company provides up to 12 weeks of unpaid, job-protected leave to eligible employees for the following reasons:

- for incapacity due to pregnancy, prenatal medical care or child birth;

• to care for the employee's child after birth, or placement for adoption or foster care;

• to care for the employee's spouse, son, daughter, or parent, who has a serious health condition; or

• for a serious health condition that makes the employee unable to perform the employee's job.

### *Military Family Leave Entitlements*

Eligible employees whose spouse, son, daughter, or parent is on covered active duty or call to covered active duty status may use their 12-week leave entitlement to address certain qualifying exigencies. Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings.

FMLA also includes a special leave entitlement that permits eligible employees to take up to 26 weeks of leave to care for a covered service member during a single 12-month period. A covered service member is: one (1) a current member of the Armed Forces, including a member of the National Guard or Reserves, who is undergoing medical treatment, recuperation or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness*; or (2) a veteran who was discharged or released under conditions other than dishonorable at any time during the five (5)year period prior to the first date the eligible employee takes FMLA leave to care for the covered veteran, and who is undergoing medical treatment, recuperation, or therapy for a serious injury or illness.*

*The FMLA definitions of "serious injury or illness" for current service members and veterans are distinct from the FMLA definition of "serious health condition".

### *Benefits and Protections*

During FMLA leave, the Company will maintain the employee's health coverage under any "group health plan" on the same terms as if the employee had continued to work. Employees must pay their portion of any insurance premium while on leave. The Company may require employees who are able to return to work but fail to do so following expiration of their leave to reimburse it for insurance premium payments made on behalf of the employee during leave.

Upon return from FMLA leave, most employees will be restored to their original or equivalent positions with equivalent pay, benefits, and other employment terms, unless the employee is designated a "key employee." "Key employees" may have limited reinstatement rights.

Use of FMLA leave will not result in the loss of any employment benefit that accrued prior to the start of an employee's leave. Consistent with the other kinds of unpaid leaves offered by the Company, paid leave will not accrue during unpaid portions of an employee's FMLA leave. As such, the employee will not receive holidays, bereavement leave, or jury duty pay during unpaid FMLA leave.

### *Eligibility Requirements*

Employees are eligible if they have worked for the Company for at least 12 months, have 1,250 hours of service with the Company in the previous 12 months, and if at least 50 employees are employed by the Company within 75 miles of where the Employee works.

### *Definition of Serious Health Condition*

A serious health condition is an illness, injury, impairment, or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents the employee from performing the functions of the employee's job or prevents the qualified family member from participating in school or other daily activities.

Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of more than three (3) consecutive calendar days combined with at least two (2) visits to a health care provider or one (1) visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.

### *Use of Leave*

An employee may take a maximum of 12 weeks of FMLA leave in a 12-month period, or 26 weeks for specific military family leave-related situations explained above. The Company uses a rolling 12-month period for purposes of calculating FMLA leave.

An employee does not need to use this leave entitlement in one (1) block. Leave can be taken intermittently or on a reduced leave schedule when medically necessary. Employees must make reasonable efforts to schedule leave for planned medical treatment so as not to unduly disrupt the Company's operations. Leave due to qualifying exigencies may also be taken on an intermittent basis.

The Company may ask employees taking leave intermittently or on a reduced schedule for planned medical treatments to transfer temporarily to a different position with the same pay and benefits that more effectively accommodates the leave. The Company may request the same of employees who take family leave on a reduced schedule per an agreement with the Company.

### *Substitution of Paid Leave for Unpaid Leave*

The Company requires employees to use all accrued PTO for FMLA in the event that Short Term Disability (STD) is not applicable (i.e. – caring for a family member). Employees must comply with the Company's normal paid leave policies when using PTO concurrently with FMLA leave. Once an employee exhausts his or her PTO benefits, or if no paid leave benefits are available, the FMLA leave is without pay.

### *Employee Responsibilities*

Employees must provide 30 days' notice of the need to take FMLA leave when the need is foreseeable. When 30 days' notice is not possible, the employee must provide notice as soon as practicable and generally must comply with the Company's normal call-in procedures.

Employees must provide sufficient information for the Company to determine if the leave may qualify for FMLA protection and the anticipated timing and duration of the leave. Sufficient information may include that the employee is unable to perform job functions, the family member is unable to perform daily activities, the need for hospitalization or continuing treatment by a health care provider, or circumstances supporting the need for military family leave. Employees also must inform the Company if the requested leave is for a reason for which FMLA leave was previously taken or certified.

Employees also may be required to provide a certification and periodic recertification supporting the need for leave, consistent with any applicable state law. In certain circumstances, the Company may request a second or third medical opinion, which it will obtain at its own expense.

The Company may also require documentation confirming family relationship, foster care, or adoption for employees taking family leave. If the employee fails to timely provide the appropriate certification, the Company may delay or deny approval for leave. Absences that occur after leave is denied may result in disciplinary action pursuant to the Company's attendance policy.

Employees must contact Human Resources at least two (2) days before expiration of their FMLA leave to indicate whether they are able or intend to return to work. If the leave was taken for a serious medical condition of the employee, the Company will require a return to work certification from the Employee's health care provider.

### The Company's Responsibilities

The Company will inform employees requesting leave whether they are eligible under FMLA. If they are, the notice will specify any additional information required, as well as the employees' rights and responsibilities. If they are not eligible, the Company will provide the employee with a reason for the ineligibility.

The Company will also inform employees if leave will be designated as FMLA-protected and the amount of leave counted against the employee's leave entitlement. The Company will also notify the employee if it determines that the leave is not FMLA-protected.

### Unlawful Acts

FMLA makes it unlawful for any employer to:

• interfere with, restrain, or deny the exercise of any right provided under FMLA; and

• discharge or discriminate against any person for opposing any practice made unlawful by FMLA or for involvement in any proceeding under or relating to FMLA.

### Additional FMLA Policies/Rules

The Company partners with MetLife to manage STD and FMLA. All questions regarding leaves should be directed to MetLife. It is the policy of the Company not to discharge or discriminate against any employee for exercising his or her rights under the Federal Family and Medical Leave Act. If an employee thinks that he/she has been treated unfairly, the employee should contact the Human Resources department or a member of management.

Refer to http://www.wagehour.dol.gov for additional information on employee rights and responsibilities under FMLA.

### Applying for Short Term Disability (STD) and/or FMLA (Family Leave Act)

To apply for STD and/or FMLA, employees must contact MetLife at 888-463-1922 or go to www.metlife.com/mybenefits. MetLife will provide employees all applicable forms to complete for the leave. In return, MetLife will assign one (1) point of contact who will manage the leave from start to finish.

Employees are eligible for a maximum of 12 weeks of disability payout or until the disability ends, whichever comes first. Once MetLife receives the applicable approval, employee pay will be processed by MetLife. These checks will be manual, paper checks that are processed weekly and sent to employee's home address until the disability benefit ends or a maximum of 12 weeks, whichever comes first.

If an employee participates in the Company health benefits, premiums will NOT be deducted from the disability check from MetLife. Therefore, it is the employee's responsibility to ensure weekly benefit premiums are paid directly to the Company. Employees can pay the Company for benefit premiums via check or credit card, whichever method is most convenient. To arrange for benefit payments, contact the HR Service Center at 866-934-4895 or via email at hr@crst.com. If benefit premiums are delinquent more than six (6) weeks), steps will be taken to terminate coverage.

To find a complete description of STD or any benefit plans the Company offers, view the Summary Plan Documents on the CHIP Employee Home Page. All coverage is subject to the detailed plan guidelines.

Below are key reminders regarding STD and FMLA:

- STD benefits begin on the eighth day of the employee's illness/leave. Employees must utilize accrued vacation time until STD begins. If no accrued time is available, time off will be unpaid.
- FMLA and STD runs concurrently (at the same time) for tracking purposes.

- For birth of a child, once STD exhausts and an employee wants to take additional bonding time under FMLA, accrued vacation time will be utilized. This time counts towards FMLA hours.
- 48 hours prior to Employee returning to work, he/she must provide a return to work form (also known as General Medical Clearance Form) to MetLife from the treating doctor. An employee will be unable to return to work without this form.
- If an employee is on intermittent leave, he/she must notify both MetLife and immediate supervisor regarding time off within two (2) days from the date of first absence. Failure to notify MetLife regarding intermittent time off will result in disciplinary action.

If there are any questions regarding the summary of information outlined above, call the HR Service Center at 866-934-4895 or HR@crst.com. To follow up on claim status with MetLife, call 888-463-1922 or go to www.metlife.com/mybenefits.

### *Supervisor and Driver Manager Reporting Responsibility*

All Supervisors and Driver Managers at the Company have a responsibility to adhere to federal and local employment laws. Supervisors and Driver Managers must ensure prompt and proper notification to Human Resources if he/she is notified that an employee (or the employee's family member) has a potential medical concern that would qualify the employee for FMLA (Family Medical Leave Act).

**Military Reserve Leave**: An employee who remains in the active military reserve will be allowed time off work for the required reserve training. This time will be without Company compensation but count as time worked for PTO accrual purposes. Consequently, it will not result in loss of PTO time or compensation. The employee may use PTO for military duty. The Company will pay the normal Company group insurance contributions during the leave of absence for military reserve training. Employees will be required to reimburse the Company for insurance premiums that were not paid during the unpaid LOA.

An employee requesting such leave must promptly submit to management a copy of the employee's induction papers or orders. Returning service members are treated as if they had been continuously employed and will be re-instated in accordance with the applicable state or federal law governing the leave. To be reinstated to employment, an employee must report back to the Company within specified periods after the conclusion of his or her military service.

## Jury Duty

When receiving notice to report for jury selection or jury duty, an employee must notify his/her Driver Manager immediately. The Company does not provide any compensation for time served on a jury or time spent undergoing the jury selection process unless required by applicable state law.

## Lactation/Nursing Mothers Break Policy

The Company will provide reasonable break time for all employees to express breast milk for their nursing child for one (1) year from the birth of the child. Procedures are as follows:

1. Impacted employees should alert their manager of the need to express milk after the birth of a child.
2. The manager will inform the employee of the designated lactation location and will address the scheduling of the lactation location if multiple employees need the facility.
3. Employees will be provided up to two (2) 30-minute paid break periods to express milk. For non-exempt (hourly) employees, this does not include the unpaid lunch break. Any time needed beyond that will be unpaid.

- Time spent expressing milk which exceeds an employee's otherwise paid break allotment will not be compensated. Impacted employees will be given the opportunity to make up any unpaid time spent expressing milk but will not be required to do so.

At the end of 12 months from the date of the birth of the child, the lactation room will remain available for employees to utilize for purposes of expressing milk; however, the employee will need to coordinate break periods with management.

## Personal Illness

If an employee becomes ill while on the road, the Company may advance the employee sufficient monies to return home at the request of the employee. Advances shall be deducted from the employee's pay. After the employee has recovered, the employee will be responsible for travel to pick up an available unit without pay.

After an employee has been unable to work three (3) consecutive days because of a non-job related illness or injury, the employee may be required to present a doctor's release and/or a return to work physical before returning to duty.

## Rehires

Former employees with good work records, satisfactory safety, OS&D, and personnel records may be rehired by the Company. Employees must complete and submit a new driver application form to Driver Recruiting for consideration.

## Time Off For Voting

If an employee does not have sufficient time outside of working hours to vote in a statewide election, the employee may take off enough working time to enable him or her to vote. Such time off shall be taken at the beginning or the end of the regular working shift, whichever allows for more free time, and the time taken off shall be combined with the voting time available outside of working hours. Under these circumstances, an employee will be allowed a maximum of two (2) hours on the Election Day without loss of pay. Where possible, the employee shall give his or her supervisor at least two (2) days' notice that time off to vote is needed. Employees are encouraged but not required to use absentee ballot voting to avoid the need of taking time off to vote.

## Workers' Compensation

Workers' Compensation provides payment for medical expenses, wage loss, and disability to an employee injured on the job. The injury must occur in the course and scope of employment. No action will be taken to initiate a claim on the employees' behalf until the Workers' Compensation Department has been notified.

Employees are assumed to be 'on the job' when they are physically in the truck and/or performing duties required of them as an employee. Employees are not 'on the job' when they are commuting in a personal vehicle to and from work.

The Workers' Compensation Department must be notified before authorization for medical treatment will be given. The Company will designate medical providers for treatment for any work-related injury (except for emergency situations). If the employee decides to go to a doctor other than the company suggested doctor, the employee risks paying the medical costs. The Workers' Compensation Department has access to obtaining qualified doctors anywhere in the United States.

Each Workers' Compensation claim will be investigated thoroughly. In the event a claim is deemed compensatory, the employee will be compensated based on the laws of the state in which he/she were hired.

The calculation of the employee's weekly benefit and any waiting period is not a policy set by the Company but rather by state laws.

The Company will offer modified duty work to employees who sustain work injuries if the treating physician feels the employee requires modified duty work. Injured employees will be offered modified duty work that will meet their physical capabilities. Modified duty work is intended to be temporary only. The employee's refusal to accept the work may disqualify the employee from receiving the weekly wage benefits during the period of the refusal, in accordance with applicable law.

If the employees' claim is investigated and found to be fraudulent, benefits will be denied, and internal disciplinary actions will be taken. If deemed appropriate, legal action may also be taken. It is the employee's responsibility to pay for their portion of the insurance premiums while on Worker's Compensation that would normally be handled through payroll deduction. Payments should be made to the Company and sent to the attention of the Human Resources Department. Failure to do so may result in the loss of coverage.

Neither the Company nor the insurance carrier will be liable for the payment of Workers Compensation benefits for injuries that occur during an employee's voluntary participation in any off-duty recreational, social, or athletic activity sponsored by the Company.

In accordance with the provisions of Federal Family and Medical Leave Act (FMLA), Workers' Compensation time off is concurrently applied toward FMLA leave allowance, if eligible for FMLA. Contact the Workers' Compensation Department with any questions or to report an injury at 866-799-2778

2021 CRST The Transportation Solution, Inc. Proprietary and Confidential

# EXHIBIT 51

DELIVERING PROMISES AND DRIVING SUCCESS

CRST®

THE TRANSPORTATION SOLUTION

# DRIVER EMPLOYEE HANDBOOK

# SECTION II: PAYROLL AND LEAVES

## ACTIONS INCONSISTENT WITH LEAVE

If an employee takes actions during absences or leave time that are inconsistent with an intention to return to employment with the Company, such as accepting employment with another employer, the employee will be deemed to have voluntarily terminated employment with the Company, unless otherwise mandated by law. Likewise, if an employees' leave expires and he or she does not contact the Human Resources representative regarding a date to return to work, the employee will be deemed to have voluntarily terminated employment, unless otherwise mandated by law.

## COMPENSATION

Unless otherwise permitted by applicable law, Employees have been hired to work up to a maximum of a 14-hour work shift before taking at least 10 consecutive hours off duty (inside or outside the sleeper berth) before beginning another maximum 14-hour work shift. The Company relies upon the driver's hours of service records as captured by the electronic logging device to ensure DOT compliance. Company policy requires employees to accurately record their hours of service. Drivers will use the timekeeping system provided by the Company, which may be the electronic logging device or an alternate device/system to accurately record all hours worked each day to ensure compliance with applicable wage and hour laws. All time recorded or time that was or should have been logged as on-duty (driving and non-driving) will be the hours of work each workday and each workweek, both for purposes of DOT and wage and hour compliance.

While taking the 10-hour (or any off-duty) break, drivers have no duty or responsibility for the load or equipment. When taking a break when the truck is not moving, the truck should be parked in a safe and legal location. Drivers are to log their 10-hour breaks as off-duty (while outside the sleeper berth) or off-duty sleeper berth (while inside the sleeper berth). Whenever any work is performed for the Company, that time must be logged as on-duty (driving or not driving) and/or recorded by the alternate timekeeping device/system.

In order for the Company to accurately account for all hours worked, drivers are required to record the start of the workday *before* beginning any work and record the end of workday upon completion of all work. This must be done at the beginning and end of each work shift so that all hours of work can be captured.

Drivers start of the workday is defined as when the driver begins productive work for the Company. Generally, this time will correspond with the first on-duty log entry for each day. A driver should therefore log into their timekeeping device and/or ELD before beginning any work for the day.

Likewise, drivers are required to record the end of their workday and may not perform any work after this recorded time. The end of the workday is defined as when the driver completes productive work for the Company at the end of each work shift. This time will correspond with the last off-duty timekeeping and/or log entry for each day.

Any time inaccurately recorded will be changed to show the proper duty status so that it can be properly included in the hours of work in each workweek.

Employees must clock-out for breaks lasting 30 minutes or more. During these unpaid breaks you are completely relieved of duties and must clock back in before performing any work. Employees should not clock out for breaks lasting less than 30 minutes.

Any failure to record all work hours will result in discipline, up to and including termination. It is a violation of the Policy to under-report work hours, just as it is to over-report work hours, or report time for others. No exceptions or deviations are allowed. Employees are prohibited from performing any work without recording

*Copyright © 2023 CRST The Transportation Solution, Inc.*

their time for both payroll, i.e., "working off-the-clock" and DOT compliance purposes. No employees are authorized to work off-the-clock and no employee is authorized to require another to perform work off-the-clock. Any off-the-clock work performed must be promptly reported to your Leader, Driver Payroll, or Human Resources. Retaliation against employees who make compensation/timekeeping complaints is strictly prohibited.

Specific details regarding the following topics (included but not limited to) will be outlined in employee's individual wage/compensation sheet provided in onboarding:

- Pay Periods/Paydays;
- Method of Compensation;
- Driver Status;
- Paid Time Off/Benefits.

### *Activity Based Compensation*

For employees paid based on activity, i.e., the designated mileage rate as compensation for completing a trip and delivering a load, the employee is required to perform various job functions and the mileage-based pay is designed to compensate an employee for all hours worked by the employee performing those job functions in completing the trip and delivering the load. These hours worked includes all time logged as on-duty, both driving and non-driving, and all time that could or should have been logged as on-duty, including but not limited to, receiving the dispatch, trip planning for the load, pre-trip and post-trip inspections of the equipment and/or the load, driving, fueling, on-duty breaks, dealing with customers, waiting to load and unload, loading and unloading, and completing and returning paperwork for the load, unless otherwise noted. The mileage-based pay formula describes the basis for the employee's compensation; it does not define the work for which employees are compensated. In other words, the mileage-based pay is intended to compensate drivers for all of the work they perform for the Company, not just the time they spend driving.

At the time a load is dispatched, the employee is given all necessary information for the delivery of the load. For example, the employee is provided, among other things, the names and addresses of the shipper and the receiver of the load, a description of the freight to be delivered, the pick-up and delivery appointment times, and the total compensable miles, loaded and empty, for the trip. The compensable miles are not actual miles, but rather are defined as all dispatched miles, loaded and empty, origin to destination, shortest route, as determined by the computerized mileage guide used by the Company, which will be PC Miler, Rand McNally, or other mileage guide used by the Company. An employee will therefore know, even before accepting the dispatch for the load, what they will be paid for completing the trip and delivering the load.

### *Wage Garnishments*

The Company Driver Payroll may receive a Wage Withholding Notice from a state or county agency directing the Company to withhold a certain amount from an employee's payroll. All orders state the Company is "required to deduct these amounts from the employee's income until further notice." The Company does not deduct any voluntary garnishment notices.

### *Compensation Disputes*

Compensation disputes, unless otherwise prohibited, will follow the steps outlined under "Problem Solving Procedure." However, the decision of the Vice President of Operations will be final.

All employees should submit a compensation dispute within ten (10) days after reasonable knowledge of the occurrence of the dispute. Each decision will be based on individual circumstances and are not necessarily precedent setting.

Copyright © 2023 CRST The Transportation Solution, Inc.

## EMPLOYEE CLASSIFICATIONS

### *Employment Eligibility Verification Compliance Policy*

In compliance with the Immigration Reform and Control Act of 1986 ("IRCA") and any other applicable federal, state, or local laws, the Company is committed to employing only those who are authorized to work in the US and will not discriminate on the basis of national origin or citizenship in hiring, recruiting, or terminating employees.

Each new employee, as a condition of employment, must complete the Employment Eligibility Verification Form I-9 and present acceptable documentation authorized by USCIS proving identity and employment authorization no later than the third day after starting employment.

Employees may present employment authorization documents that will expire. The Company tracks expiring employment authorization dates. Employees with expiring employment authorization dates are notified in advance of expiration and on the day of expiration. Reverification on the Form I-9 Section 3 is conducted by the Company's Human Resources Department. Employees with expiring work authorization must present evidence of continuing employment authorization no later than the day on which the current work authorization expires. The document(s) will be reviewed to determine if they appear to be genuine and related to the person who has presented them. Employees who do not present continuing work authorization by the date their current authorization expires will be terminated as of the expiration date.

When the Company rehires an individual within three (3) years of the date of the initial execution of the Form I–9, it may inspect the previously completed Form I-9 to determine whether the individual is still eligible to work. If so, the Company will update the Form I–9 to reflect the date of rehire. However, if upon inspection of the Form I–9, the Company determines that the individual's employment authorization has expired, the Company will reverify the Form I–9, otherwise the individual may no longer be employed.

### *Active Employees*

Active employees are defined as employees working; on a protected FMLA or State equivalent Leave of Absence; and/or on a temporary or short-term Company/HR approved Personal Leave. Employees not meeting the definition of Active status will be moved to either Inactive status or employment will be separated. Inactive status will change employment and benefit status and eligibility.

## LEAVE OF ABSENCE POLICIES

### *Basic Leave Entitlement*

The Company provides up to 12 weeks of unpaid, job-protected leave to eligible employees for the following reasons:

- for incapacity due to pregnancy, prenatal medical care or childbirth;
- to care for the employee's child after birth, or placement for adoption or foster care;
- to care for the employee's spouse, son, daughter, or parent, who has a serious health condition; or
- for a serious health condition that makes the employee unable to perform the employee's job.

### *Military Family Leave Entitlements*

Eligible employees whose spouse, son, daughter, or parent is on covered active duty or call to covered active-duty status may use their 12-week leave entitlement to address certain qualifying exigencies. Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing

Copyright © 2023 CRST The Transportation Solution, Inc.

# EXHIBIT 52

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KEITH HUCKABY, individually
and on behalf of all other
persons similarly situated,
and on behalf of the general
public,

Plaintiff, Case No.
V. 2:21-cv-07766-ODW-PD
CRST EXPEDITED, INC., an Iowa
corporation; CRST INTERNATIONAL,
INC., an Iowa corporation; and DOES 1
through 30, inclusive,

Defendants.

*************************************
ZOOM VIDEOTAPED DEPOSITION OF
VAUGHN LINSON
Wednesday, July 10, 2024
9:00 a.m. EST
**************************************

TAKEN BY:
JIM HANSON, ESQ.
ATTORNEY FOR DEFENDANT

REPORTED BY:
BELLE VIVIENNE, RPR, CRR, NJ-CRR,
WA/CO/NM-CCR
NATIONALLY CERTIFIED REALTIME
COURT REPORTER
VERITEXT LEGAL SOLUTIONS
JOB NO. 6793879
866.299.5127

would pull a 53-foot trailer, correct?

A. Not necessarily, but, yes, the sleeper, the tractor did have a sleeper, but the size of the trailer -- the size of the trailer was -- could vary, 48 to 56, whatever it might be. It just depended on whatever the assignment was.

Q. You were going to pull whatever trailers CRST assigned you to with the load, correct?

A. Whatever -- wait, say it one more time. I'm trying to understand.

Q. When you would get an assignment for a load to be delivered, you would pull whatever trailer that -- that load was in, correct?

MS. BERENJI: Vague and ambiguous.

(Cross talk.)

A. For the most part, but sometimes it was a trailer. Sometimes it wasn't. Sometimes you would bobtail. Sometimes you would have to take an empty container to go do other things, if

that's what you're asking. So it wasn't always necessarily what they told me to do. It was other things that came along with it for -- for example, sometimes the -- the -- the trailer that they would ask me to go get would be broken so I would have to take it to another location to get it repaired. So it was -- so -- or sometimes I didn't get an assigned trailer, but I would need to go get an empty trailer in order to -- to take it to wherever I was taking the -- the assigned trailer to, to swap it out if that makes sense.

BY MR. HANSON:

Q. Right. So you would take an empty, drop it and pick up a loaded trailer that you were going to take to deliver, correct?

A. Or -- or vice versa, yes; or it could be the other way around also. It could be I'm taking a full trailer to pick up an empty trailer, or sometimes I wouldn't have a trailer. I would have to go obtain a trailer.

happened, would you call your dispatcher to let him know that that's -- that you were going to be late on the pickup?

A. If it had -- so when it happened with my trainer, then I was the novice and I didn't -- I wasn't experienced, he would communicate with the dispatcher. When my -- when I went on my own with my co-driver and we went together, one of us would express that -- whatever delays or situations might had occurred and let them know that we'll be behind for whatever reason.

Q. And the dispatcher would work out the arrangements for you to make the pickup whenever it would be or the delivery whenever the delivery date had to be adjusted, correct?

A. I don't know what they did. I can't say. All I can say is they would just tell us to get there when we can. So I can't say -- I don't know what they -- on that end, like -- it was like Charlie's Angels. I just talked to people on -- on -- on the Maven system or

on the phone, but I -- so I don't know what --

(Reporter clarification.)

A. The Maven system.

BY MR. HANSON:

Q. You mentioned Maven system. That's the electronic logging device that's in the truck -- truck, correct?

A. Correct, sir.

Q. Now, did at any time on any of those loads where you were going to be late making the pickup or late making the delivery, did -- were you ever told not to complete the pickup or the delivery?

MS. BERENJI: Vague and ambiguous.

A. Hello?

BY MR. HANSON:

Q. You can answer.

A. You -- you went out. You cut out, I'm sorry. What did you say, sir?

Q. Whenever you were going to be late for a pickup, did anyone ever say to you, don't make that pickup?

MS. BERENJI: Objeciton, vague and ambiguous.

A. You're saying off duty outside of the truck. What do you mean by that? Are you saying like if I get out of the truck? Are you saying like if I'm not driving? You said -- because you're using the term "outside of the truck" and I'm trying to understand, like, you mean when I -- when I park my -- when I park the tractor and take a couple days off from home? You're saying outside of the truck. That's why I'm kind of lost. I apologize.

BY MR. HANSON:

Q. You -- you're not working and you're outside the truck, correct?

A. No, that -- just because I'm outside of the truck doesn't mean I'm not working. That's why I'm -- that's why I'm lost at, like, no, I could -- I could be fueling. I could be doing a pre-trip like you just said. I could be doing a post-trip. I could be washing the windows, checking the tires. I could

be -- I could have a trailer that's damaged and I'm going over there to deal with that. So, no, I'm not -- so that doesn't necessarily not mean I'm not in the truck and I'm not working. I -- I can't get into that notion, no, that's not true.

Q. If you're doing all these things you just mentioned, the fueling, checking the trailer for damage, anything like that --

A. Uh-huh.

Q. -- you would log that as on duty not driving, correct?

MS. BERENJI: Objection, vague and ambiguous, compound.

A. No, not necessarily, like I said before. If you stop for a certain amount of time, it does it on its own. So, like, if I stop and I'm parked for 10, 15 minutes, it automatically going to take you to wherever it takes you. Like I said, I don't want to sit here and say what it puts you on, but it does something, whether it be off duty, break

MS. BERENJI: Vague and ambiguous.

A. -- in order to drive, all I had to do --

THE COURT REPORTER: Hold on please. There's an objection just take a pause when he asks a question please, Counsel.

THE WITNESS: Okay, I'm sorry.

THE COURT REPORTER: It's okay. You're not used to this. It's fine.

Go on, Ms. Berenji.

MS. BERENJI: Vague and ambiguous.

A. No, in order to drive, we need to do pre-trip and post-trip inspection. The load has nothing to do with pre-trip/post-trip.

BY MR. HANSON:

Q. So in order to get a load delivered, you have to drive, correct?

A. In order to get something -- in order to get a load delivered, yes, I have to drive, but the pre-trip/post-trip is not required to get a load delivered.

wait for the load to be unloaded before you could leave, correct?

A. Yes.

(Reporter clarification.)

MS. BERENJI: Vague and ambiguous.

BY MR. HANSON:

Q. When you got to a destination to deliver the load to the customer, did you have to get paperwork completed with the load?

A. Yes. You would have to get -- when you -- it's not -- when you drop the trailer, you would have to get like a bill of lading or whatever it might be. Because like -- like -- because like I say, you're -- you're saying "load," but it's not always a load. It can be -- it can just be a trailer, can be an empty trailer, but you still need paperwork and stuff to drop -- just an empty trailer. So it's not always a load. That -- that's why I say you're saying, load, load, load, but it's not always a load. Sometimes it's just

an empty trailer.
Q. Well, you would get a delivery receipt for whatever you delivered, correct?
A. Whatever -- whatever I -- whatever trailer I dropped, I would get some type of paperwork, yes.
Q. And you'd have to get a delivery receipt signed, correct?
A. Whatever -- whatever trailer I dropped, I would get some type of paperwork. It's -- because it's going to be different things. You're not going to get the same -- like you're got going to a get a bill of lading for an empty trailer because there's no bill. So you're not going to get a BOL for that.
Q. Did you ever have to stand on a dock and watch a load being put into the trailer or taken out of the trailer?
A. No, sir, because most of the time that -- that -- that would be a live load, and usually when it comes to live loads, you have to sit in your truck.
So it has been occasions

where we had live loads and had to sit there for six, seven, eight hours when they loaded or unloaded the truck -- while they unloaded the trailer. They -- most of the time, they don't want you sitting on the docks for safety reasons, whatever.

Q. Okay. I'm going to share the screen with you.

Do you see in front of you a document that says, "Commercial driver's license training and repayment agreement"?

A. Yes, sir.

Q. And do you recall signing a document like this --

(Cross talk.)

BY MR. HANSON:

Q. -- that required you to either repay for the cost of the tuition for the truck driving school, or to work it off by working a certain amount of time for CRST?

MS. BERENJI: Counsel, can you give me the Bates stamp numbers or

A. I would -- to begin driving, I would do whatever I need to do, whether it be post-trip, pre-trip, fueling, washing windows, before I started driving to my destination.

BY MR. HANSON:

Q. And if you happened to need fuel, you would stop and get fuel at that time that you changed truck drivers, correct?

A. No, sir. So that's what I was telling you earlier when you talk about pre-trip planning, back to that. So the Maven system, along the way they have comp cards and the comp cards are open at certain gas stations. So along the Maven system, they tell you where to stop to get gas to where to fuel and stuff like that.

So if I overshoot and I don't get fuel at a particular location, then I run short on fuel, I got to call or contact somebody to open up the card because they already have the blueprint of which direction I'm supposed to go.

So they -- they have it printed out to where, okay, at this exit on Arizona, get off and it's a low -- Love's fueling and the card is open for that particular spot. If I don't stop there and I go somewhere else, the card's not going to be open, so they really want you to stop along the -- where they tell you to stop at according to the Maven system, if that makes sense.

Q. On the directions that they've given you to get the load to where it's to be delivered, correct?

A. No, the route that you'll be driving to get to the destination where you're going, they have maps and gas stations that you should stop at.

Q. Right.

And that route that you're going is in order to get the load delivered, correct?

MS. BERENJI: Objection --

(Cross talk.)

MS. BERENJI: -- asked and answered, mischaracterizes the

do it, absolutely, sir.
Q. Do they recommend it or do they require it?
A. They -- yeah, I could say they require it, absolutely.
Q. And we talked about fueling. That's one of the things you have to do in order to drive, correct, especially distances we're talking about?
A. If you run out -- to avoid running out of fuel, yes, I would need to fuel to drive.
Q. In the course of the trips that you drove, you had to do paperwork related to those loads, correct?
MS. BERENJI: Vague and ambiguous, incomplete hypothetical.
A. I had to do paperwork -- paperwork was handled, but I really didn't do much paperwork, just some signatures and log sheets and put them in the Maven system, take pictures through the Maven system.
BY MR. HANSON:
Q. Right. It didn't require

THE WITNESS: I'm sorry.

THE COURT REPORTER: -- really respect that I'm here.

THE WITNESS: I'm sorry.

BY MR. HANSON:

Q. Mr. Linson, you got paid for delivering that loaded trailer from Santa Fe Springs to St. Louis, correct?

A. No, sir. Like I was -- like I said earlier, if I wouldn't have delivered the loaded trailer, I still would have gotten paid. I got paid to drive whatever the -- whatever. As long as the wheels was turning, I was making money. Actually, I did not get paid when the trailer was delivered because I'm not driving. I'm stopping. So, therefore, I actually -- my pay stops if you want to be technical because if the wheels are not turning, I'm not earning. That's their motto.

Q. Where did you hear that phrase, "When the wheels aren't turning, I'm not earning??

A. I heard it in orientation.

I heard it in my -- my -- my -- my trainer. I heard it throughout the whole process. If the the wheels' not turning, you're not earning.

(Cross talk.)

A. Correct. That's the motto. That's their motto.

BY MR. HANSON:

Q. And -- and the fact of the matter is, if you're moving a load, you're -- it -- the wheels of the truck have to be moving in order to get the load delivered, correct?

A. No, sir, because like you -- like you just pointed out, the loads is empty trailers which means it's not anything in them and I'm still getting paid because the wheels are turning.

Q. Well, look down at the Santa Fe Springs to St. Louis one.

A. Okay. That -- that says the trailer was loaded.

Q. And the -- and the wheels had to be moving in order for that load to get delivered from Santa Fe Springs to

St. Louis, Missouri, correct?
A. Sir, I had to drive that loaded trailer from Santa Fe Springs to St. Louis, and regardless if it would have made it or not, I still would have got paid.
Q. But we're talking about this specific load.
A. Right.
Q. You see it was loaded. It moved the 897 miles and if the wheels hadn't been turning, that load could not have been delivered from Santa Fe to St. Louis, correct?
A. If I wouldn't have drove that truck, somebody else would have drove it, if that's what you're asking. But my particular duty was to drive that particular loaded trailer to its destination.
Q. And the wheels had to be turning in order for that to get done, correct?
A. Well, naturally it --
THE COURT REPORTER: Sorry,

naturally what?

A. It wouldn't be teleported there so -- so a truck had to take it there.

BY MR. HANSON:

Q. Right. All the loads that CRST delivers involve moving loaded trailers from one location to another, correct?

A. No, sir --

MS. BERENJI: Objection.

A. -- because -- no, sir, because you just -- right here you're saying loads and it's empty trailers, so no. You keep asking that. It says load -- empty trailers. If you look right here where you're showing me your reference, most of these trailers are empty.

BY MR. HANSON:

Q. Mr. Linson, let me ask you -- let me move to a different one. We'll make it a little easier for you.

A. Most of those trailers are empty too.

THE COURT REPORTER: I'm sorry, I don't have the question.

MR. HANSON: I haven't asked it yet.

THE COURT REPORTER: Something about working.

MS. BERENJI: And I'll just state for the record that counsel is scrolling through the documents and when he said "most of those are empty too," he was referring to CRSTF397717.

A. Most of those are empty too.

(Cross talk.)

(Reporter clarification.)

A. Under -- the document he's showing under "Loads," most of those are empty as well.

BY MR. HANSON:

Q. All right. Mr. Linson, I'm looking at CRST 397715.

A. Most of those are empty, sir.

Q. Right.

A. You have two loaded trailers, three empty trailers. So

you're saying driving consists of loaded trailers. No. They have loads as you see how they're -- documented it are empty trailers as well. So it's not necessarily that I'm dropping loads. I'm moving trailers. Because most of the loads as documented under here, you're talking about your documents, is showing that they're empty trailers too, so it's not always about loads.

Q. Right.

On this one, pay statement, the Bates number is 397715.

A. Yes, sir.

Q. You took a load from Santa Fe Springs to Macon, Georgia, 2175 miles between you and your co-driver, correct?

A. I drove a loaded trailer to -- from Santa Fe Springs to Macon, Georgia, yes, sir.

Q. And the return load was from Atlanta, Georgia, to Adelanto, California, both loaded; 1038 miles was your part of the 2076-mile trip, correct?

A. It says from Atlanta,

CERTIFICATION

I, BELLE VIVIENNE, a Nationally Certified Realtime Reporter, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 14th day of July 2024.

BELLE VIVIENNE, CRR, CCR, RPR

* * *