Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
Phone: 626-795-4700 | Fax: 626-795-4790

Charles Andrewscavage, *pro hac vice*
candrewscavage@scopelitis.com
Jared S. Kramer, *pro hac vice*
jskramer@scopelitis.com
Megan R. Escobosa, *pro hac vice*
mescobosa@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, IL 60603
Phone: 312-255-7200 | Fax: 312-422-1224

James H. Hanson, *pro hac vice*
jhanson@scopelitis.com
Andrew J. Ireland, *pro hac vice*
aireland@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Phone: 317-637-1777 | Fax: 317-687-2414

*Attorneys for Defendants,*
*CRST EXPEDITED, INC. d/b/a and k/n/a CRST The Transportation Solution, Inc.*

(Additional counsel listed on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HUCKABY, individually and on behalf of all other persons similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>CRST EXPEDITED, INC., an Iowa corporation; CRST INTERNATIONAL, INC., an Iowa corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:21-cv-07766-ODW-PD<br><br>**NOTICE OF SETTLEMENT**<br><br>Pre-Trial Conference: January 5, 2026<br>Trial Date: January 20, 2026 |

1 | Shadie L. Berenji (SBN 235021)
2 | **Berenji Law Firm, APC**
3 | 707 Wilshire Blvd., Suite 4375, Los Angeles, California 90017
  | Phone: 310-855-3270
  | Fax: 310-855-3751
4 | berenji@employeejustice.law

5 | Joshua G. Konecky (SBN 182897)
  | **SCHNEIDER WALLACE**
6 | **COTTRELL KIM LLP**
  | 2000 Powell Street, Suite 1400
7 | Emeryville, CA 94608
  | Phone: 415-421-7100
8 | Fax: 415-421-7105
  | jkonecky@schneiderwallace.com

*Class Counsel*

## **NOTICE OF SETTLEMENT**

Defendants, CRST Expedited, Inc. and CRST International, Inc., along with Plaintiff, Keith Huckaby (together, the "Parties"), respectfully submit this Notice of Settlement to report to the Court that they have reached a class action settlement of all claims asserted in this case on behalf of Plaintiff and the certified class. If approved by the Court, the settlement will resolve this case in its entirety.

The Parties have executed a term sheet summarizing the principal terms of the settlement and intend to work expeditiously over the coming weeks to memorialize the settlement terms in a long-form settlement agreement. The Parties anticipate that they will finalize the long-form settlement agreement, and Plaintiff will file an unopposed motion seeking preliminary approval of the settlement within 90 days of this Notice.

In light of the settlement, the Parties respectfully request that the Court vacate all pending deadlines in this case, including the January 5, 2026 final pre-trial conference, the January 13, 2026 hearing on the Parties' motions in limine, the January 20, 2026 trial date, and all other related deadlines.

**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C**

Dated: December 18, 2025   /s/ *Jared S. Kramer*
JARED S. KRAMER
Attorney for Defendants,
CRST EXPEDITED, INC. and
CRST INTERNATIONAL, INC.

**BERENJI LAW FIRM, APC**

Dated: December 18, 2025   /s/ *Shadie L. Berenji (w/permission)*
SHADIE L. BERENJI
Class Counsel

|     |     |
| --- | --- |
| Dated: December 18, 2025 | **SCHNEIDER WALLACE COTTRELL KIM LLP**<br><br>  /s/ *Joshua Konecky (w/permission)*<br>JOSHUA KONECKY<br>Class Counsel |

4931-9099-3283, v. 7