Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
Phone: 626-795-4700 | Fax: 626-795-4790

James H. Hanson, *pro hac vice*
jhanson@scopelitis.com
Andrew J. Ireland, *pro Hac Vice*
aireland@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Phone: 317-637-1777 | Fax: 317-687-2414

Charles Andrewscavage, *pro hac vice*
candrewscavage@scopelitis.com
Jared S. Kramer, *pro hac vice*
jskramer@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, IL 60603
Phone: 312-255-7200 | Fax: 312-422-1224

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH HUCKABY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CRST EXPEDITED, INC., an Iowa corporation; CRST INTERNATIONAL, INC., an Iowa corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:21-cv-07766-ODW-PD<br><br>**DECLARATION OF CHARLES ANDREWSCAVAGE REGARDING DEFENDANTS' CLASS ACTION FAIRNESS ACT SETTLEMENT NOTICE** |

I, Charles Andrewscavage, declare as follows:

1. I am one of the attorneys representing the Defendants in this case. Unless otherwise indicated, the following facts are based upon my personal knowledge, and, if called as a witness in this proceeding, I would be competent to testify to the same.

2. On March 26, 2026, with the aid of attorneys and staff acting under my direction, I served on all federal and state officials required to be notified of the settlement in this case, the Class Action Fairness Act Settlement Notice (the CAFA Notice) along with a thumb drive containing .PDF versions of the following as required by 28 U.S.C. § 1715:

a. Class Action Complaint, identified as **Exhibit A**;

b. First Amended Complaint, identified as **Exhibit B**;

c. Second Amended Complaint, identified as **Exhibit C**;

d. Plaintiff's Notice of Motion and Motion for Preliminary Approval of Class Action and PAGA Settlement, and the declarations and exhibits in support thereof, including the Settlement Agreement, proposed notice to class members, and proposed preliminary approval order, collectively identified as **Exhibit D**;

e. A list of class members and their states of residence, identified as **Exhibit E**.

3. A true and accurate copy of the CAFA Notice (without the referenced documents) is attached hereto as **Exhibit 1.**

4. My staff confirmed that, as of March 30, 2026, each federal and state official served received the CAFA Notice.

5. The hearing on Plaintiffs' motion for preliminary approval of the settlement is currently set for April 20, 2026. No hearing regarding the final approval of the settlement has been scheduled; there is no final judgment or notice of dismissal pursuant to the Parties' settlement of the action or any written judicial opinion pertaining to the proposed settlement.

I declare under the penalty for perjury of the laws of the United States of America that the foregoing representations are true and correct.

Dated: April 3, 2026

Respectfully submitted,

/s/ *Charles Andrewscavage*

Charles Andrewscavage

*Attorney for Defendants*