Shadie L. Berenji (SBN 235021)
**Berenji Law Firm, APC**
707 Wilshire Blvd., Suite 4375,
Los Angeles, California 90017
Phone: 310-855-3270
Fax: 310-855-3751
berenji@employeejustice.law

Joshua G. Konecky (SBN 182897)
**SCHNEIDER WALLACE COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Phone: 415-421-7100
Fax: 415-421-7105
jkonecky@schneiderwallace.com

*Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KEITH HUCKABY, individually and on behalf of all other persons similarly situated, and on behalf of the general public,

Plaintiff,

v.

CRST EXPEDITED, INC., an Iowa corporation; CRST INTERNATIONAL, INC., an Iowa corporation; and DOES 1 through 30, inclusive,

Defendants.

Case No. 2:21-cv-07766-ODW-PD

**DECLARATION OF JOSHUA G. KONECKY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT; MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS; AND MOTION FOR SERVICE AWARD**

**Date:** November 16, 2026
**Time:** 1:30 p.m.
**Location:**
First Street U.S. Courthouse
350 W. 1st Street, Courtroom 5D, 8th Floor,
Los Angeles, CA 90012

Complaint Filed: August 9, 2021

I, Joshua G. Konecky, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and one of the Court-appointed class counsel in the above-captioned case. I am familiar with the file, the documents, and the history related to this case. The following statements are based on my personal knowledge and review of the files. If called on to do so, I could and would testify competently thereto.

2. I am submitting this declaration in support of Plaintiff's Motions for Final Approval of the Class Action and PAGA Settlement, Plaintiff's Motion for Reasonable Attorneys' Fees and Costs, and Plaintiff's Motion for a Service Award to the Class Representative.

3. A true and correct copy of the Settlement Agreement and Release of Claims ("Settlement Agreement"), preliminarily approved by the Court on June 4, 2026 (ECF No. 186), is attached as Exhibit A to the declaration of our co-class counsel, Shadie Berenji. Ms. Berenji's declaration discusses the procedural history of the case, the claims and defenses asserted, the potential outcomes and risks of the claims, the extensive work we did as class counsel to prosecute the claims, and the factors we weighed in reaching a settlement of this matter. Ms. Berenji's declaration also discusses the value of the Settlement to the class and how it favorably compares to class action and PAGA settlements in other comparable litigation.

4. I have reviewed Ms. Berenji's declaration in detail. To avoid redundancy, I will not repeat Ms. Berenji's attestations here. However, I do readily adopt them as my own.

5. The purpose of this declaration is to provide the Court with information specific to Schneider Wallace Cottrell Kim as co-class counsel in this matter. In this declaration, I provide information on the firm's qualifications and experience, billing rates, billing practices, resulting lodestar, and out-of-pocket costs. As discussed below, I also have attached true and correct copies of our contemporaneously maintained billing records (**<u>Exhibit B1 and B2</u>**), our ledger of out-of-pocket costs (**<u>Exhibit CC</u>**), and a sampling of

previous court decisions that have consistently approved the firm's billing rates over the years (**Exhibits C-BB**).

## Qualifications and Experience of Counsel

6. On March 20, 2023, the Court appointed Schneider Wallace Cottrell Konecky as co-class counsel in this matter. *See* ECF No. 83. In July 2025, the firm named changed to Schneider Wallace Cottrell Kim. This name change coincided with my transition from a firm partner to Of Counsel with the firm, as I also became a private mediator for employment disputes. As Of Counsel with the firm, I have continued to work on a select few matters of particular significance to me, of which this case is one. I have continued to dedicate myself to this case as Of Counsel in the same capacity as while I was a firm partner.

7. Schneider Wallace Cottrell Kim LLP is a leading private plaintiff firm in complex high-stakes litigation. Founded in 1993, the firm has always specialized in employment cases, although in more recent years it also has grown and expanded to other areas as well. The firm's partners and attorneys have litigated major class actions and complex cases, have won several prestigious awards, and sit on important boards and committees in the legal community. The Recorder has listed the firm as one of the "top 10 go-to plaintiffs' employment firms in Northern California." More details on the work, experience and accomplishments of the firm can be found at www.schneiderwallace.com.

8. When I joined the firm in 2004, I helped to build the class action and wage-and-hour practice into the major practice area it is today. I have practiced class action litigation since 1997, and I have litigated specifically in the wage-and-hour field since 2002. Over these nearly thirty years, I have gained substantial experience and expertise in class action and wage-and-hour cases. I have tried wage-and-hour class and PAGA actions, litigated contested class certification motions in some twenty or more cases, argued in the Ninth Circuit and California Court of Appeal, and negotiated numerous class action settlements, both before and after contested motions for class certification.

9. In 2013, the Daily Journal recognized me as a top labor and employment attorney in California and I have been on the Northern California Super Lawyers list every year from 2011-2025.

10. A representative list of class action and multi-plaintiff cases I have handled as a litigator can be found on my curriculum vitae, attached as **Exhibit A** to this declaration.

11. Through the many employment class action cases that I have litigated and observed, I have gained substantial experience in the procedure and substantive law applicable to wage-and-hour cases, including significant cases in the transportation industry. I believe that my experience with these cases over the years has allowed me to develop, not just the skills to litigate and try such cases successfully, but also to have good judgment in terms of understanding the strength, value, and risks of them when it comes time to making decisions regarding settlement and whether a potential settlement provides fair value at various stages of the litigation.

12. I took an active role in the management and supervision of the work in this case and participated directly in the major projects of the case once we were appointed co-class counsel. I worked closely with our co-counsel to develop and implement strategy across our teams, defended several of the class member depositions, took several of the CRST manager depositions, worked very closely with Plaintiff's two experts; defended their depositions; and took the deposition of CRST's expert. I also closely reviewed and edited the multitude of briefs and pleadings in the case, including the cross-motions for summary judgment, CRST's motion for decertification, CRST's motion for reconsideration, the pre-trial submissions, and the various mediation briefs. This all gave me a very firm understanding and appreciation of the various factual, legal, and procedural issues at play throughout the litigation. In turn, I collaborated closely with Ms. Berenji during each of the four mediations to ultimately negotiate what we believe is an excellent class action and PAGA settlement for the CRST drivers.

13. The other partner to work on this case from our firm was Nathan B. Piller. Mr.

Piller earned his Juris Doctor from University of California, Berkeley School of Law (Boalt Hall) in May 2014. While at Boalt, he received the distinction of "high honors" in several courses, served as Editor in Chief of the Berkeley Journal of Entertainment and Sports Law, and represented low-income families in appeals hearings before the Social Security Administration while working as a law clerk for the East Bay Community Law Center. He graduated summa cum laude from the University of California Los Angeles, where he also worked as a radio broadcaster. Mr. Piller took a lead role in preparing and managing the legal briefing, mediation briefing, discovery, and pre-trial submissions for the case. He also took a manager deposition and defended a class member deposition, and interfaced with CRST's counsel on a variety of issues. Mr. Piller's efficient and comprehensive management of many of the substantive projects was critical for the ultimate prosecution of this matter.

14. We also relied on team of skilled and dedicated attorneys to assist with discovery, trial preparation, class outreach, and to thoroughly review the hundreds of gigabits of ESI produced by CRST. This work was necessary to secure the evidentiary foundation to evaluate and support our class-wide merits and damages claims, as well as to effectively respond to CRST's counterarguments and withstand their staunch defense throughout the case. A brief description of the associates and staff attorneys who have worked on this matter and whose time is included in this fee petition are as follows:

15. Ryan Bonner was the E-Discovery Manager at our firm for much of the case. Mr. Bonner has over 10 years' experience in civil litigation and electronic document review. Mr. Bonner graduated from Southwestern Law School in 2012 where he served as the President of the Black Law Students Association and won the National Black Law Students International Negotiation Competition in 2011.

16. Frank Jerome White is an associate attorney at the firm who took a lead role in researching and drafting many of the motions in limine ultimately filed with the Court. Mr. White received his BA from the University of Chicago and his Juris Doctor degree

from the University of Pennsylvania Law School in 2016. Mr. White has extensive experience representing plaintiffs in complex civil litigation. Prior to joining Schneider Wallace, Mr. White represented employees, consumers, and personal injury victims at another nationally recognized plaintiff's firm and before that served as a legal aid attorney in Virginia.

17. Justin Proctor worked on the E-discovery team reviewing and evaluating numerous documents and ESI to help us prepare for discovery, motion practice, and trial in this matter. Mr. Proctor graduated from the University of Chicago with a Bachelor of Arts in Philosophy, received his JD from the Temple University Beasley School of Law, and was admitted to the California State Bar in 2017. Upon graduation from Temple, he was awarded the Harry R. Kozart Memorial Award for achievement in products liability.

18. Sarah McCracken was an associate attorney with the firm who assisted with the preparation and review of fact and expert discovery. Ms. McCracken holds a B.A. from the University of California, San Diego, and received her Juris Doctorate *magna cum laude* from UC College of the Law, San Francisco (formerly UC Hastings College of the Law) in 2016.

19. Amanda Marshall worked on class outreach and discovery. She received her Juris Doctor degree from Paul M Hebert School of Law located on the campus of Louisiana State University in May 2022.

20. Brendan Kelly worked on the E-discovery team reviewing and evaluating numerous documents and ESI to help us prepare for discovery, motion practice, and trial in this matter. Mr. Kelly graduated from the University of Houston Law Center in 1995 and received his license to practice law in 1995.

21. Christopher Craig also worked on the E-discovery team reviewing and evaluating numerous documents and ESI to help us prepare for discovery, motion practice, and trial in this matter. Mr. Craig served as a commissioned officer in the United States Marine Corps prior to attending law school at the Texas A&M University School of Law.

Before joining the firm, Mr. Craig represented plaintiffs in personal injury cases including wrongful death, workers compensation and non-subscriber claims. Mr. Craig has extensive training in electronic discovery review platforms and retrieval applications.

22. James A. Maher, Jr., was on the ESI review team and during a portion of the case was also the E-Discovery Manager. Mr. Maher specializes in the discovery process for complex multi-district class action litigation in the state and federal courts throughout the United States. He reviewed and evaluated numerous documents and ESI to help us prepare for discovery, motion practice, and trial in this matter.

23. James Dion graduated from the University of California, Hastings College of the Law, in 2017. His practice primarily focuses on complex litigation, with an emphasis on E-discovery matters. Mr. Dion worked on the E-discovery team reviewing and evaluating numerous documents and ESI to help us prepare for discovery, motion practice, and trial in this matter.

24. Jason Hoggard is a graduate of the University of Arizona, College of Law. Mr. Hoggard began his post-collegiate career as an attorney with the Small Business Administration Office of Disaster Assistance in Atlanta, Georgia, and over the years has worked in technology patent ligation, residential mortgage back security litigation, and off-label drug litigation. Mr. Hoggard worked on the E-discovery team reviewing and evaluating numerous documents and ESI to help us prepare for discovery, motion practice, and trial in this matter.

25. In addition to the attorneys, we relied on a team of highly skilled paralegals, law clerks and outreach specialists to conduct substantive and lengthy interviews of nearly 100 Class Members about the experiences working for CRST. This work was substantial and proved critical to our understanding of the facts, development of the claims, and preparation for the potential trial that was scheduled to begin shortly after we reached the Settlement. We also relied on paralegals and law clerks to support our legal staff in the preparation of the extensive discovery and numerous legal briefs that were served and

submitted in this matter. All of this work was critical to the successful outcome of the case.

**Billing Detail, Billing Practices and Lodestar**

26. The lawyers and non-lawyer staff at Schneider Wallace Cottrell Kim LLP are instructed and trained to record their time in tenth-of-an-hour increments, and do so as contemporaneously as possible with the expenditure of the time.

27. Attached as **Exhibit B1** to this declaration is a PDF copy of spreadsheet in Microsoft Excel format showing, in chronological order, the individual billing entries for the attorneys and non-attorney staff whose time we are presenting for this fee petition. I personally exported these billing entries directly from the firm's billing software for the case on or about April 20, 2026.

28. Before exporting the billing entries shown in **Exhibit B1**, I went through the entries in our system to remove and/or reduce the time claimed in some as a matter of billing judgment. In this respect, I went through three levels of review. First, I removed various billing entries in their entirety if in my judgment they were unnecessarily duplicative, redundant, or administrative in nature. This resulted in writing off approximately 203.2 hours that equated to a lodestar write-off of $147,165. Second, I also reduced the time claimed on certain entries when in my judgment it was too much to be claiming for the particular task. Here, I reduced our time by another 15.9 hours and corresponding lodestar of $17,085. Finally, I removed any billers who billed 10 or less hours in the case. This resulted in the removal of another 38.50 hours with a corresponding lodestar of $21,374.

29. In total, I reduced our lodestar by approximately $185,624 and 257.60 hours through these individualized deductions. Attached as **Exhibit B2** to this declaration is a PDF copy of a spreadsheet in Microsoft Excel format showing the totals for each billing and the billing judgment deductions described in the previous paragraph.

30. As shown in the summary charts below, our firm's billing records from

November 21, 2022 through April 20, 2026, after the billing judgment reductions described above, show 4,439.40 hours with a corresponding lodestar of $3,659,564.50. This does not include work performed after April 20, 2026, such as our work with the Settlement Administrator on ensuring accurate and consistent effectuation of the notice program; our work on the motion for final approval, the motion for attorneys' fees and costs, and the motion for a service award for Mr. Huckaby's efforts, and our future work in ensuring full implementation of the Settlement. From April 21, 2026, through October 19, 2026 (the date of this declaration), our billing software shows another 80.70 hours and corresponding lodestar of $90,677, which are not included in the billing summary below.

31. Ms. Berenji's declaration documents that, after the exercise of billing judgment, her firm billed approximately 2,931.40 hours for a corresponding lodestar of $3,026,900.00. Again, this does not include work on the current motions or future work. The total hours and lodestar for our firms combined, after the exercise of billing judgment and not including work on the current motions or future work, is **7,370.80 hours** for a combined lodestar of **$6,686,464.50**.

32. We are requesting attorneys' fees in the amount of $4,833,333.33, which is one-third the Gross Settlement Amount. An award of attorneys' fees in this amount would result in a negative multiplier of approximately 0.72. Thus, we would need to do an across-the-board cut of our fees of nearly 28%, on top of the other billing judgment reductions described above, for the fee request to equal out with our lodestar.

33. Below are summary tables showing the hours and lodestar described above, which are further documented in the billing records attached as **Exhibits B1 and B2** to this declaration and Exhibit B to Ms. Berenji's declaration.

| Biller | Bar Date | Rate | Hours | Lodestar |
|---|---|---|---|---|
| ***Partners*** | | | | |
| Joshua Konecky | 1996 | $1,350 | 680.30 | $918,405 |
| Nathan Piller | 2014 | $1,200 | 764 | $916,800 |
| | | | | |
| ***Associates / Staff Attorneys*** | | | | |
| Ryan Bonner | 2015 | $950 | 44.3 | $42,085 |
| Frank White | 2016 | $900 | 44.4 | $39,960 |
| Justin Proctor | 2017 | $825 | 122.2 | $100,815 |
| Sarah McCracken | 2016 | $775 | 20 | $15,500 |
| Amanda Marshall | 2023 | $750 | 14.2 | $10,650 |
| Brendan Kelly | 1995 | $650 | 185.9 | $120,835 |
| Christopher Craig | 1994 | $650 | 769 | $499,850 |
| James Dion | 2017 | $650 | 529.1 | $343,915 |
| James Maher | 2006 | $650 | 379.3 | $246,545 |
| Jason Hoggard | 2003 | $650 | 150.7 | $97,955 |
| | | | | |
| ***Paralegals / Law Clerks / Outreach Specialists*** | | | | |
| Kelle Wintner | N/A | $550 | 67.4 | $37,070 |
| Lourdes Castro | N/A | $500 | 11 | $5,500 |
| Jolanda Greene | N/A | $400 | 209.3 | $83,720 |
| Katherine Kussler | N/A | $385 | 29.7 | $11,434.50 |
| Martha Lara | N/A | $450 | 10.9 | $4,905 |
| Pranav Garigipati | N/A | $440 | 43.4 | $19,096 |

| | | | | |
|---|---|---|---|---|
| Talal Al-Hindi | N/A | $400 | 113.3 | $45,320 |
| Thomas Barnett | N/A | $400 | 221.1 | $88,440 |
| Michael Garcia | N/A | $360 | 29.9 | $10,764 |
| | | | | |
| **TOTAL** | | | **4,439.40** | **$3,659,564.50** |

**TOTAL**

| Biller | Hours | Lodestar |
|---|---|---|
| Berenji Law Firm APC | 2,931.40 | $3,026,900.00 |
| Schneider Wallace Cottrell Kim LLP | 4,439.40 | $3,659,564.50 |
| **TOTAL** | **7,370.80** | **$6,686,464.50** |
| **(Blended rate = $907.16** | | |

34. Again, the hours and lodestar figures reported above come after making reductions for billing judgment. They also do not include time spent on the instant motions for final approval, attorneys' fees and costs, and a service award, or work that will be performed during the settlement implementation process.

**Billing Rates**

35. Our lodestar for this case is based on our law firm's customary rates for employees who worked on the case. We set the billing rates of our attorneys and paralegals/law clerks on an annual basis through a process of continual monitoring of prevailing market rates charged by both defense and plaintiffs' law firms, for individuals with similar levels of skill and experience who are doing comparable work as our attorneys and staff. We gather this information from surveys, the review of other fee applications, and conversations with attorneys and experts who survey attorney rates. We set the billing rates for our firm to be consistent with the prevailing market rates in the private sector for attorneys and staff of comparable skill, qualifications and experience.

36. Ms. Berenji's declaration attaches excerpts from the 2025 Real Rate Report

compiled by Wolters Kluwer, the 2025 edition of the Brightflag survey of Hourly Rates in Am Law® 100 Firms, and a 2023 article in Bloomberg Law News (Strom, Roy, "*Rising Rates Are Law Firms' Salve as Layoffs and Pay Cuts Surge*," Bloomberg Law News 2023-01-19), all of which show that our firm's rates are comparable to partner and associate rates of litigators in the Los Angeles market. I do not repeat Ms. Berenji's discussion of those surveys here. I do note, however, that the federal and state courts have regularly approved our rates. These orders illustrate that the high quality of the firm's work commands rates in the third quartile or higher.

37. Attached to this declaration as **Exhibit C through Exhibit BB** are illustrative (but non-exhaustive) examples of the Courts approving our firm's rates over the years: **Exhibit C**, *Griffin v City of Los Angeles*, 2026 WL 1747212, *4-6 (C.D. Cal. June 11, 2026)(finding in contested fee petition that SWCK's rates are reasonable and consistent with the 2025 Real Rate Report for litigation attorneys in the Los Angeles area); **Exhibit D**, *Lopez v. Eurofins Scientific, Inc., et al.*, ECF 90, Case No. 3:21-cv-08652-LB (N.D. Cal., Feb. 15, 2024), at 3:19-21 (finding on lodestar cross-check that "SWCK's hourly rates are reasonable" and awarding fees at one third the gross settlement amount); **Exhibit E**, *Curran v. City of Oakland*, 2025 WL 3485360, *6 (N.D. Cal. Dec. 4, 2025)(finding in Americans with Disabilities Act case that SWCK's 2025 hourly rates "are reasonable and within the range of market rates charged by attorneys with similar skill and experience handling similarly complex litigation in this district."); **Exhibit F**, *Beissel v. W. Flyer Express, LLC*, 2023 WL 7288735, at *3 (W.D. Okla. Nov. 3, 2023) (awarding one-third fee award, plus costs, and finding "the fee award is further supported by a lodestar crosscheck, whereby [the Court] finds that the hourly rates of Schneider Wallace Cottrell Konecky LLP [] are reasonable, and that the estimated hours expended are reasonable"); **Exhibit G**, *Wright v. Frontier Mgmt. LLC*, No. 2:19-cv-01767-JAMCKD, ECF 103 (E.D. Cal. Mar. 9, 2023), at 2:11-23 (approving a one-third fee award resulting in a 1.46 multiplier and finding "Class Counsel's hourly rates are within the prevailing range of

hourly rates charged by attorneys providing similar services in class action, wage-and-hour cases in California"); **Exhibit H**, *Huddleston v. John Christner Trucking LLC*, No. 4:17-cv-00549-GKF-CDL, ECF 285 (N.D. Okla. Oct. 31, 2022), at 2 (approving a one-third fee award and finding "Class Counsel have extensive experience, reputation, and ability that propelled the excellent result obtained for the Class Members" and "the requested fee award is consistent with consumer and wage and hour class and collective action litigation in this Circuit and across the country"); **Exhibit I**, *Ramirez, et al. v. Rite Aid Corporation, et al.*, No. 2:20-cv-03531-GW-SKx, ECF 72, at 6 (C.D. Cal. May 19, 2022) (finding hourly rates of Schneider Wallace Cottrell Konecky are reasonable); **Exhibit J**, *Amaraut v. Sprint/United Mgmt. Co.*, Case 3:19-cv-00411-WQH-AHG, ECF 207, at *12, 17 (S.D. Cal. Aug. 5, 2021), (approving fees at one-third the gross settlement amount, for lodestar-multiplier of 1.56, and finding the hourly rates of SWCK to be reasonable); **Exhibit K**, *Villafan v. Broadspectrum Downstream Servs., Inc., et al.*, Case No. 3:18-cv-06741-LB, ECF 150, at 16-17 (N.D. Cal. Apr. 8, 2021) (awarding one-third fee award, plus costs, and holding that SWCK's "billing rates are normal and customary (and thus reasonable) for lawyers of comparable experience doing similar work."); **Exhibit L**, *Soto, et al. v. O.C. Commc'ns, Inc., et al.*, Case No. 3:17-cv-00251-VC, ECF 305 (N.D. Cal. Oct. 23, 2019) (approving a one-third fee award in wage-and-hour class and collective action settlement, and finding that "the hourly rates of Schneider Wallace Cottrell Konecky Wotkyns LLP and Berger Montague PC are reasonable[.]"). **Exhibit M**, *Helmick v. Air Methods Corp.*, No. RG13-665373, at 6 (Alameda Cty. Sup Ct. Oct. 19, 2020)(finding hourly rates of SWCK to be reasonable); **Exhibit N**, *Shaw v. AMN Healthcare, Inc.*, Case No. 3:16-cv-02816 JCS, at 2 (N.D. Cal. May 31, 2019) (approving SWCK's 2018 rates); **Exhibit O**, *Bartoni v. Am. Med. Response W.*, Alameda Superior Court, Case No. RG 08-382130 (Sept. 13, 2019) (approving 2018 rates in a contested fee application); **Exhibit P**, *Knapp v. Art.com, Inc.*, No. 3:16-cv-00768-WHO (N.D. Cal. October 24, 2018) (approving 2018 rates); **Exhibit Q**, *Janssen v. Square, Inc.*, Case No.

CGC-16-549980, Superior Court of California, County of San Francisco, Order dated September 26, 2018 (approving 2018 rates); **Exhibit R**, *Marine v. Interstate Distributor Co*., Case No. RG07358277, Superior Court of California, County of Alameda, Order dated November 19, 2016 (approving 2016 rates); **Exhibit S**, *Villalpando v. Exel Direct Inc*., 2016 WL 7740854, at *1 (N.D. Cal. Dec. 12, 2016) (approving 2016 rates and observing that "the hourly rates of Lead Counsel Schneider Wallace Cottrell Konecky Wotkyns, [] have consistently and recently been approved as reasonable by the courts."); **Exhibit T**, *Carnes v. Atria Senior Living Inc*., Case No. 14-cv-02727-VC, ECF 115, at 4-5 (N.D. Cal. July 12, 2016); **Exhibit U**, *Meza v. S.S. Skikos, Inc*., Case No. 3:15-cv-01889-TEH, ECF 58, at 4 (N.D. Cal. May 25, 2016); **Exhibit V**, *Jeter-Polk v. Casual Male Store, LLC*, Case No. EDCV 14-891-VAP (DTBx), ECF 60, at 17 (C.D. Cal. June 29, 2016); **Exhibit W**, *Perez, et al., v. rue21*, Case No. CISCV167815. Superior Court of California, County of Santa Cruz, Order filed March 22, 2013 (approving 2013 rates); **Exhibit X**, *Williams, et al. v. H&R Block Enterprises, Inc*., Case No. RG08366506, Superior Court of California, County of Alameda, Order filed November 8, 2012 (approving 2012 rates); **Exhibit Y**, *Ortiz, et al., v. Home Depot U.S.A., Inc*., Case No.: 5:09-cv-03485-LHK (N.D. Cal.), Order filed February 2, 2012 (approving 2011 rates); **Exhibit Z**, *Wren v. RGIS Inventory Specialists*, 2011 WL 1230826, at *22 (N.D. Cal. 2011) (approving 2010 rates of Schneider Wallace Cottrell Brayton Konecky), **Exhibit AA**, *Bond-Hatch v. Quest Diagnostics, Inc*., Case No. CGC-06-450274, Superior Court of California, County of San Francisco, Order filed April 28, 2011 (approving 2011 rates); **Exhibit BB**, *National Federation of the Blind v. Target Corporation*, Case No. C 06-01802 (N.D. Cal.), Order filed August 3, 2009 (approving our firm's 2009 rates in a contested fee petition).

**Contingency Risk**

38. Schneider Wallace Cottrell Kim LLP takes its cases on a contingent fee basis. The firm relies on awards of attorneys' fees and costs to continue working for the enforcement of labor standards. Indeed, we did not charge Mr. Huckaby or any Class

Members any fees or costs to litigate and bring this case to a successful conclusion. In addition, as referenced herein, the firm has to date incurred approximately $284,711.59 in out-of-pocket costs, which we have not yet recouped. During the years of this litigation, we also had to forego requests by other prospective clients to bring other cases with merit to ensure that we could continue to adequately and successfully represent the Plaintiff and Class Members in this matter.

39. This case carried a significant risk of no recovery at all for either the employees or the attorneys representing them. When we do succeed in vindicating statutory and employment rights on behalf of a class of employees, such as in this case, the firm depends upon the recovery of reasonable fees. Otherwise, we could not continue to represent employees who are denied wages, but whose cases may be time-consuming and difficult to prove.

40. Litigating a class action through a contested motion for class certification, a motion for decertification, and summary judgment, carries numerous and substantial risks, such as how discovery will proceed, the way witnesses will testify, the way the case law will develop, and the way a Court may decide any number of issues. Additionally, this case presented several particularly difficult and complex questions of law and fact, such as how California law might apply to the particular mileage-based piece rate plan here; whether the previous decision in *Cole v CRST* would negate our claims; whether and how California law might apply extraterritorially; and how the competing expert testimony might bear upon the measure of damages should we succeed on liability. We faced the prospect of recovering nothing, despite investing thousands of hours and significant out-of-pocket costs. In the face of this uncertainty, we remained committed to the cause and ultimately secured a substantial Settlement for the Class and PAGA Members.

41. While we are not seeking our full lodestar, we did invest many hours and effort into the case. We also believe that we skillfully resolved it in a very beneficial way for the

Class and PAGA Members, despite the very real risks. We respectfully request attorneys' fees at one-third the Gross Settlement Amount as reasonable compensation for the work performed, benefits achieved, and risks undertaken.

**Reimbursement of Attorneys' Costs and Expenses**

42. The Settlement also provides that Plaintiff may seek for reimbursement of out-of-pocket costs not to exceed $410,000.

43. The expenses incurred by our firm consist of expert witness fees, mediation fees, ESI document storage, court reporter fees, court filing fees, computer legal research (specific to this case), travel costs, copying and printing costs, and postage.

44. The legal research charges correspond to the actual costs incurred in conducting legal research specific to this case, rather than a pro-rata or other share of our firm's generalized legal research costs.

45. **Exhibit CC** is a true and correct copy of ledger prepared by the firm's accounting department identifying the individual charges incurred and billed by our firm. The charges total $284,711,59. The current amount is about $9,056.59 more than the $275,655 primarily due to several charges from the vendor handling the original class notice that we erroneously omitted from our previous report. Additionally, our co-counsel Shadie Berenji has documented that her firm incurred $118,182.13. The total out-of-pocket costs incurred by both of our firms combined is $402,893.72. Accordingly, we are seeking $410,000 in reimbursement for our out-of-pocket costs and expenses.

**EXHIBITS**

46. **Exhibit A** is a true and correct copy of my curriculum vitae.

47. **Exhibit B1** is a true and correct PDF copy of spreadsheet in Microsoft Excel format showing, in chronological order, the individual billing entries for the attorneys and non-attorney staff whose time we are presenting for this fee petition, which I exported directly from the firm's billing software for the case on or about April 20, 2026.

48. **Exhibit B2** is a true and correct PDF copy of a spreadsheet in Microsoft Excel

format showing the totals for each biller in Exhibit B1 and the billing judgment deductions described in Paragraph 28 above.

49. **Exhibit C through Exhibit BB** are true and correct copies of the court orders approving our firm rates that are described in Paragraph 37 above.

50. **Exhibit CC** is a true and correct copy of a ledger of the out-of-pocket costs incurred by our firm in prosecuting this case that our accounting department ran for me.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and is based upon my personal knowledge. Executed on October 19, 2026, in Berkeley, California.

*/s/ Joshua G. Konecky*
Joshua G. Konecky

# EXHIBIT A

# JOSHUA KONECKY

## EDUCATION & FELLOWSHIPS

**New York University School of Law**, New York, NY, J.D., May 1995
Arthur Garfield Hays Fellow
Constitutional Law Teaching Assistant

**Haverford College**, Haverford, PA, B.A., May 1990
*Magna Cum Laude*
Highest Honors in Major (Chemistry); Phi Beta Kappa Society; Phi Upsilon Society (National Chemistry Society)

**Fulbright Scholar**, Buenos Aires, Argentina, Spring & Summer 2002
*Lecturing and Research Scholar.* Presented lectures and seminars to lawyers, judges, scholars, students, government officials and community members regarding disability access and civil rights laws in the United States. Conducted interviews and research concerning laws, policies and experiences of people with disabilities in Argentina.

**Straus Institute for Dispute Resolution, Pepperdine University School of Law**, August 2011
Completion of 42 hours of training in Mediating the Litigated Case.

## EXPERIENCE

**Konecky Mediation**, Berkeley, CA **3/25-present**

*Mediator.* Facilitate settlements in a variety of civil cases, including wage-and-hour and other employment matters.

**Schneider Wallace Cottrell Kim LLP**, San Francisco, CA **7/25-present**

*Of Counsel.* Work on select class action case in the Central District of California as well as lead counsel in business litigation in Delaware Chancery Court.

**Schneider Wallace Cottrell Konecky LLP**, San Francisco, CA **5/04-7/25**

*Partner.* Managed class action litigation in federal and state court, including cases in wage and hour, disability access, employment discrimination, and other civil litigation; Daily Journal's top 75 employment attorneys in California (2013); "Super Lawyer" for Northern California (2011-2025); Finalist – Consumer Attorney of the Year, Consumer Attorneys of California (2010).

### Representative Cases

*Helmick, et al., v. Air Methods Corporation* (Case No. RG13665373) (Superior Court of California) ($78,500,000 plus interest and injunctive relief settlement achieved after class liability judgment and damages trial in class action on behalf of 494 flight nurses and paramedics presenting claims for denial of daily overtime and meal and rest periods).

*Lim, et al. v. TForce* (Case No.: 19-cv-04390-JAK-AGR) (C.D. Cal.) ($15,500,000 class action settlement for unreimbursed expenses and lost wages on behalf of approximately 1,500 "last mile" delivery drivers claiming they were misclassified as independent contractors rather than employees).

*Julian, et al., v. Swift Transportation Co. Inc.* (Case No. CV-16-00576 PHX-ROS;) (D. Ariz.) (summary judgment granted on liability, 36 F.Supp. 3d 932, and summary judgment subsequently awarded on damages in collective action for unpaid minimum wage on behalf of trainees of a major trucking company; collective action settlement later reached for $14,000,000).

*Hose, et al., v Washington Inventory Service, Inc., et al.* (Case No. 14-cv-2869 WQH) (S.D. Cal.) (collective action settlement of $7,015,516, for unpaid minimum wage, negotiated with alleged successor-in-interest company and bankruptcy estate of original employing entity, after named plaintiff and counsel petitioned U.S. Bankruptcy Trustee to establish a Committee of Unsecured Creditors, and after filing nearly 14,000 individual arbitrations based on the original employer's mandatory arbitration program).

*Judd, et al., v KeyPoint Government Solutions, Inc.* (Case No.: 18-cv-00327-RM-STV) (D. Col.) (collective action settlement under Fair Labor Standards Act of $1,500,000 for unpaid overtime for approximately 330 background check investigators, approximately 300 of which were compelled to individual arbitration based on the defendant's mandatory arbitration agreement).

*Shaw, et al., v. AMN Services, LLC & Kaiser Foundation Hospitals* (Case No. 3:16-cv-02816 JCS) (N.D. Cal.) (class certification granted on contested motion brought on behalf of traveling nurses asserting claims for denial of overtime, meal periods, and rest breaks; class settlement later achieved for $20,000,000).

*Bartoni, et al., v. American Medical Response* (Case No. RG08382130) (Superior Court of California) (final approval of class action settlement for $17,000,000 on behalf of paramedics and dispatches asserting claims for denial of meal and rest periods during 12-hour shifts; settlement achieved after court granted contested motion for class certification).

*Ortiz, et al., v. Valley Relocation and Storage, et al.* (Case No. CGC-14-542925) (Superior Court of California, County of San Francisco) (class action trial on behalf of workers asserting that employer denied them employment rights and benefits by misclassifying them as "independent contractors" rather than "employees," culminating in final statement of decision after trial on employee status in favor of the plaintiff class).

*Villalpando v. Exel Direct, Inc.* (Case No. 3:12-cv-04137 JCS, 2015 WL 5179486) (N.D. Cal.) (final approval of class action settlement for $13,500,000 on behalf of 386 individuals alleging denial of employment rights and benefits after court granted summary judgment in favor of the certified plaintiff class on the issue of whether they were misclassified as "independent contractors" instead of "employees").

*Mitchel v. Acosta Sales & Marketing* (Case No. 2:11-CV-01796 GAF (OPx) (C.D.Cal.) (final approval of collective and class action settlement of $9,900,000 to resolve off-the-clock overtime claims on behalf of approximately 4,500 part time and 1,500 full time merchandisers under FLSA and California law).

*Perez v. rue21, Inc.* (Case No. CISCV167815) (Santa Cruz Superior Court) (final approval of class action settlement of $2.75 million for missed meal and rest periods to retail store level employees working primarily on a part-time basis in approximately 30 stores in California).

*Ortiz v. Home Depot USA, Inc.* (Case No. 5:09-cv-03485-LHK) (N.D. Cal.) (final approval of innovative class action settlement achieved before significant litigation that created new procedures for providing sign language interpreters, accessible technology and effective interactive process to deaf workers).

*Sosa v. Dreyer's Grand Ice Cream, Inc.* (Case No. RG08424366) (Alameda County Superior Court) (final approval of class action settlement of $13.5 million for unpaid donning and doffing time and noncompliant meal periods, resulting in average settlement awards of $8,500 each for the nonexempt workers at Dreyer's facility in Bakersfield, California).

*Bond-Hatch v. Quest Diagnostics, Inc.* (Case No. CGC-06-450274) (San Francisco County Superior Court) ($9,000,000 class settlement for off-the-clock work & missed breaks for approximately 4,000 phlebotomists).

*Hollands v. Lincare* (Case No. CGC07-465052) (San Francisco County Superior Court) (final approval granted for $3.4 million class settlement providing average individual awards of over $10,000 for approximately 200 class members based on alleged misclassification for overtime).

*Piper, et al. v. RGIS* (Case Nos. C-06-05778 and C-07-00032) (N.D. Cal.) (final approval of class settlement requiring injunctive relief and $27 Million settlement fund to remedy off-the-clock and meal period violations on behalf of FLSA opt-in and Rule 23 opt out class covering approximately 62,000 class members).

*National Federation of the Blind v. Target* (Case No. C-06-01802 MHP) (N.D. Cal) (final approval of class action settlement to make target.com website accessible to legally blind consumers in the United States and establishing a damages fund of $6 million).

*Carlson v. eHarmony* (Case No. BC 371958) (Los Angeles County Superior Court) (final approval of a class action settlement for Internet dating site to change policies and ensure equal access to gays and lesbians as well as establishing a damages fund of $2 million to pay full statutory damages to class members under the Unruh Civil Rights Act).

*Turner et al., v. Association of American Medical Colleges (AAMC)* (Case No. RG-166148) (San Francisco Superior Court) (class action bench trial on behalf of individuals with learning disabilities seeking reasonable accommodations on the MCAT for medical school admissions, culminating in trial court's statement of decision in favor of the plaintiff class, but reversed on appeal based on holding that underlying statute did not provide right of action).

*Chau v. CVS RX Services, Inc.* (Case No. BC349224) (Los Angeles County Superior Court) (final approval of $19.75 million class action settlement for failure to pay overtime to nearly 2,000 pharmacists).

*Satchell v. FedEx Express, Inc.* (Case No. 03-02659 SI) (N.D. Cal.) (final approval of $55.5 million class action settlement addressing race discrimination within FedEx and covering nearly 24,000 class members).

*Herring v. Hewitt Associates, LLC* (Case No. 06-cv-00267) (D.N.J.) (final approval of $4.9 million settlement for misclassification of approximately 1,000 benefits analysts).

*Bates v. United Parcel Service, Inc.* (2004 WL 2370633) (N.D. Cal.) (final approval of national class action settlement providing accommodations and equal opportunities to deaf employees of UPS).

*Jimenez v. Perot Systems Corp.* (Case No. RG07335321) (Alameda County Superior Court) (final approval of $5.8 million class action settlement for miscalculation of overtime on behalf of nearly 2,000 hospital technology workers).

*Gomez v. Perot Systems Corp.* (Case No. CV0803337) (Alameda County Superior Court) (final approval of $3 million class action settlement for failure to pay on-call time to approximately 1,300 hospital technical workers).

*Reed v. CALSTAR* (Case No. RG04155105) (Alameda County Superior Court) (final approval of $3.5 million class action settlement on behalf of a class of 113 flight nurses for improper on-duty meal periods and failure to pay overtime).

*Campos v. San Francisco State University,* C-97-02326 MCC (N.D. Cal) (final approval of class action settlement remedying disability access violations).

*Rogers v. AccentCare, Inc.* (Case No. RG05237683) (Alameda County Superior Court) (final approval of class action settlement for unpaid travel time on behalf of home caregivers).

*McMaster v. BCI Coca-Cola Bottling Co.* (Case No. RG04173735) (Alameda County Superior Court) (final approval of $3.9 million class action settlement for unpaid drive time for nearly 900 Coca-Cola account managers).

*Portugal v. Macy's West, Inc.* (Case No. BC 324247) (Los Angeles County Superior Court) (final approval of class action settlement of $3.25 million challenging misclassification of 154 security managers).

*Taormina v. Siebel Systems, Inc.* (Case No. RG05219031) (Alameda County Superior Court) (final approval of $2.7 million class action settlement for misclassification of Siebel's 92 inside sales employees).

*Joseph v. The Limited, Inc.* (Case No. CGC 04-437118) (San Francisco County Superior Court) (final approval of $450,000 class action settlement for failure to provide meal and rest periods to class of 180 employees of The Limited stores).

*Rios v. Siemens Corp.* (Case No. C05-04697 PJH) (N.D. Cal.) (final approval of $375,000 class action settlement for failure to pay accrued vacation pay upon end of employment).

*DeSoto v. Sears, Roebuck & Co.* (Case No. RG0309669) (Alameda County Superior Court) and *Lenahan v. Sears, Roebuck & Co.* (Case No. 3-02-CV-000045 (SRC) (TJB)) (final approval of $15 million class action settlement for failure to pay more than 16,000 Sears drivers for all hours worked).

*McClain et al., v. Lufkin Industries, Inc.* (Civil Action No. 9:97-CV-063) (E.D. Texas) (Title VII class action challenging discrimination in promotions and compensation on behalf of African American and Latino employees, culminating in judgment in favor of the employees, later affirmed in part, reversed in part, and remanded for further proceedings. *See McClain v. Lufkin Industries,* 519 F.3d 264 (5th Cir. 2008)).

## PUBLICATIONS

Piller, N., Konecky, J., Joyner, L. "Power in Numbers." Forum, Employment Law Consumer Attorneys of California (2020).

Konecky, J. & Joyner, L. "How to resolve small damages claims: Arbitration and the new normal." Forum, Civil Rights Consumer Attorneys of California (2018).

Contributing Editor, Unruh Civil Rights Act Chapter of the California Practice Guide, Civil Procedure Before Trial, "Claims and Defenses," (2012).

Konecky, J. "Facts and Myths About Learning Disabilities and Standardized Testing: Private Enforcement of the Legal Right to Reasonable Testing Accommodations." The Verdict (Summer 2004).

Wolinsky, S., Konecky, J. & Aubrejuan, A. "The Legal Rights of Students with Learning Disabilities in the United States." In Vogel, Susan A. (Ed.), Learning Disabilities in Higher Education and Beyond, York Press (2003).

Konecky, J. & Wolinsky, S. "Through the Maze: Legal Issues and Disability Rights." Learning Disabilities: A Multi-Disciplinary Journal, Vol. 10, No. 2 (2000).

## LECTURES & SEMINARS

**Beard Class Action Conference, Mass Arbitrations,** New York, NY **9/20**
Panel speaker addressing procedure, practice and ethical issues as attorneys begin to litigate mass arbitrations instead of class and representative actions in court given the prevalence of arbitration agreements with pre-dispute class action waivers (MCLE event).

**Practising Law Institute, California Employment Law Update,** San Francisco, CA **9/14**
Panel speaker on case law development and procedural considerations for claims brought under the California Private Attorneys General Act of 2004 in federal and state court (MCLE event).

**Mediation and Settlement of Wage-and-Hour Disputes,** San Francisco, CA **10/13**
Moderator of panel discussing approaches and considerations for ensuring fair and reasonable class action settlements (MCLE event).

**ACI 18th National Forum on Wage & Hour Claims and Class Actions,** New York, NY **5/13**
Panel speaker addressing case law developments and practice points pertaining to class and collective actions in the wage and hour context (MCLE event).

**Class Action Litigation and Management,** Los Angeles, CA **4/13**
Panel speaker on "Changing Classes: Statistical Differences and Damages after Dukes" (MCLE event).

**Association of Business Trial Lawyers,** Fresno, CA **3/13**
Panel speaker with state appellate court justice, federal magistrate judge and practitioners providing update on class action law (MCLE event).

**Federal Practice Primer & Insights from the Bench,** San Francisco, CA **10/12**
Chair of panel comprised of federal court practitioners and federal magistrate judge addressing practice and procedure in federal court; sponsored by San Francisco Trial Lawyers Association (MCLE event).

**Wage & Hour 101,** Costa Mesa, CA **10/12**
Panel presentation on key aspects of State and federal wage and hour law; 25th Annual Employment Law Conference of the California Employment Lawyers Association (MCLE event).

**In House Counsel Webinar Series, Miller Law Group,** San Francisco, CA **06/12**
"*Dukes v. Wal-Mart*: One Year Later." Webinar for in-house counsel on the status and changing landscape of class action litigation in both federal and state courts.

**Stanford University Law School,** Palo Alto, CA **03/08**
Guest lecturer on mediation strategies for Alternative Dispute Resolution law school class.

**Bridgeport Continuing Education,** San Francisco, CA **07/07**
"Wage and Hour Class Actions." Presentation on case developments applicable to wage and hour class and collective actions in state and federal court (MCLE event).

**San Francisco Trial Lawyers Speaker Series,** San Francisco, CA **11/06**
"How to Spot a Wage and Hour Class Action." Presentation on recent trends in wage and hour class actions and how to identify potential class actions from within one's current case load. (MCLE event).

**Annual Employment Law Conference (CELA),** Long Beach, CA **9/06**
Moderator for panel addressing various legal and evidentiary issues in the representation of employees during minimum wage and overtime disputes (MCLE event).

**Developments in Wage and Hour Law (CELA),** San Francisco, CA **7/06**
Moderated and presented on panels to employment attorneys on developing areas in wage and hour law, sponsored by the California Employment Lawyers Association (MCLE event).

**Latest Developments in Wage and Hour Law (CELA),** San Francisco, CA **7/05**
Presentation to employment attorneys on developing areas in wage and hour law and cases pending before the Supreme Court, sponsored by the California Employment Lawyers Association (MCLE event).

**How to Spot a Wage and Hour Case – California Regional TLA Conference**, Santa Barbara, Cal. **7/05**
Presentation to California trial lawyers on wage and hour litigation in California (MCLE event).

**Critical Issues in Employment Litigation – Advanced Course of Study (CEB)**, SF, Cal. **5/05**
Presentation to plaintiff and defense employment attorneys on developments in wage and hour law, including class actions, Proposition 64, meal and rest breaks, commissions, bonus plans and exemptions (MCLE event).

**Is Your Website Accessible? Legal Ethical and Technical Considerations in Creating Greater Access for People with Disabilities (BASF)**, San Francisco, California. **5/04**
Seminar presented to attorneys and website designers regarding the legal requirements and disputes with respect to the accessibility of websites to people with disabilities, sponsored by the Disability Rights Committee of The Bar Association of San Francisco (MCLE event).

**Critical Issues in Employment Litigation – Advanced Course of Study (CEB)**, SF, Cal. **5/04**
Presentation to plaintiff and defense employment attorneys on current trends in minimum wage and overtime class actions, sponsored by the Continuing Education of the Bar (MCLE event).

**Seminar in Public Administration and the Law**, San Francisco State University, California **3/04**
Taught class to graduate students in School of Public Administration addressing separation of powers and federalism, including a discussion of the same-sex marriage debate and recent Supreme Court cases concerning enforcement of the Americans with Disabilities Act against State governments.

## OTHER LEGAL EXPERIENCE

**Legal Aid Society of San Francisco**, San Francisco, CA **9/98-1/11**

*Volunteer Supervising Attorney.* Provide direction and supervision in employment and labor law to law students who serve as counselors to workers seeking legal advice and assistance on minimum wage and overtime, discrimination, disability and union issues.

**Saperstein, Goldstein, Demchak & Baller**, Oakland, CA **8/02-5/04**

*Associate.* Participated in all aspects of class action litigation on behalf of plaintiffs in federal and state court. Major practice areas were: race and gender employment discrimination; enforcement of minimum wage and overtime protections; and access for people with disabilities in public accommodations and government programs.

**Disability Rights Advocates**, Oakland, CA **9/97-1/02**

*Staff Attorney and Skadden Public Interest Law Fellow.* Participated in all aspects of class action litigation in federal court seeking equal access and opportunities for people with disabilities. Major practice areas included: access to school facilities and educational programs; policies for reasonable accommodations and accurate assessments on admissions tests and professional screening exams; reasonable accommodations in the employment setting; and access to public accommodations.

**Law Clerk to the Honorable Lawrence K. Karlton**, U. S. District Court, Sacramento, CA **9/95-8/97**

Federal clerkship involving all aspects of the civil docket and various criminal matters. Major tasks included: drafting orders, opinions, jury instructions and pretrial memoranda in civil and criminal matters; conducting extensive legal research; managing the civil docket; and supervising and teaching law students.

# EXHIBIT B1

## Billing Detail for Huckaby, Keith v. CRST Expedited, Inc. from Inception to 04/20/2026:

| Date | Timekeeper | Classification | Title | Hourly Rate ($) | Hours | Amount | Description | Activity Code |
|---|---|---|---|---|---|---|---|---|
| 11/21/2022 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | analysis of Huckabee v CRST order and request to join as co-counsel; and prepare list of questions to potential co-counsel re same | Case Development / Analysis |
| 11/23/2022 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | case evaluation call w/ potential co-counsel in Huckaby v CRST | Case Development / Analysis |
| 11/28/2022 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | review/analyze case folder for Huckaby v CRST | Case Development / Analysis |
| 12/01/2022 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ 600.00 | Reviewed key documents from existing wage/hour case to determine whether to co-counsel. | Case Development / Analysis |
| 12/09/2022 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review/comment on proposed notice/opt out procedures for class notice; comm w/ co-counsel re same | Case Development / Analysis |
| 12/29/2022 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | analyze settlement agreement in no-poach / 2802 case and determine if any need to seek clarity on release; comm w/ co-counsel re same | Case Development / Analysis |
| 01/03/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | telecon w/ co-counsel re expert work, data, and mediation prep | Case Development / Analysis |
| 01/03/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.8 | $ 960.00 | Conference with co-counsel re strategy for communications with expert witnesses and strategy for reports | Experts (incl comm and reports) |
| 01/04/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | draft crp to co-counsel re game plan for appointment as counsel for class | Case Development / Analysis |
| 01/04/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | draft new case memo / analysis | Case Development / Analysis |
| 01/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | telecon w/ o-c re case introduction | Comm w Opposing Counsel |
| 01/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ 1,755.00 | zoom meeting w/ expert and co-counsel re damages analysis | Experts (incl comm and reports) |
| 01/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel re D's discovery for P's phone records; response to same; strategy | Discovery |
| 01/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.9 | $ 1,215.00 | complete new case memo and related materials | Case Development / Analysis |
| 01/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | zoom call w/ expert re damages analysis; mediation prep | Experts (incl comm and reports) |
| 01/24/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ 1,755.00 | zoom meeting w/ expert and co-counsel re damages analysis | Experts (incl comm and reports) |
| 01/27/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | conf w/ co-counsel re prep for mediation and mediation brief | Settlement |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/27/2023 | Tyler Smith (TBS) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.1 | $ 605.00 | SUPERIOR COURT/PAGA CASE: Create file in Clarra; Create folder in SharePoint; Move PNC entries over to Clarra; Move files from PNC in SharePoint to Client Folder | Case / Document Administration |
| 01/27/2023 | Brianda Rodriguez (BCR) | Paralegals / Law Clerks | Outreach Specialist | $ 350.00 | 0.2 | $ 70.00 | SUPERIOR COURT/PAGA CASE: Email from TBS re new matter opened with details for the case. | Case / Document Administration |
| 01/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.5 | $ 2,025.00 | zoom call w/ expert re calculations for mediation | Experts (incl comm and reports) |
| 01/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | draft / edit mediation brief | Settlement |
| 01/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.7 | $ 2,295.00 | draft/revise mediation brief | Settlement |
| 01/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.3 | $ 3,105.00 | con't drafting/revising portions of mediation brief | Settlement |
| 01/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | telecon w/ Berenji re mediation brief and damages model | Settlement |
| 02/03/2023 | Benita Harris (BHH) | Paralegals / Law Clerks | Docketing Specialist | $ 275.00 | 0.2 | $ 55.00 | inputted mediation date into firms' case management platform | Settlement |
| 02/03/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.1 | $ 1,485.00 | telecon w/ expert and co-counsel re damages analysis | Experts (incl comm and reports) |
| 02/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | draft crp to o-c re damages analysis and mediation | Comm w Opposing Counsel |
| 02/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | revise email to o-c re mediation data and damages analysis | Comm w Opposing Counsel |
| 02/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | review/analyze of expert's damages workup; recommend adjustments; prepare version for o-c and comm w Shadie Berenji re same | Experts (incl comm and reports) |
| 02/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ nbp re prep for mediation | Settlement |
| 02/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | draft crp to mediator re damages analysis | Settlement |
| 02/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel re settlement prep | Settlement |
| 02/06/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Conference with JGK re strategy for initial demand at mediation. | Settlement |
| 02/06/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ 1,320.00 | Reviewed and analyzed mediation brief, damages analysis, prior court orders and other key docs in preparation for mediation | Settlement |
| 02/07/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 5.7 | $ 6,840.00 | Attended mediation | Settlement |
| 02/08/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 3.3 | $ 4,455.00 | attend first part of mediation via zoom | Settlement |
| 02/08/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | attend end part of mediation session and f/u call w/ co-counsel re next steps | Settlement |
| 02/09/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | review case info on Ayala trial and comm w/ co-counsel re same | Case Development / Analysis |
| 02/14/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | meet w/ C Andrewscavage re case comparison and possible future settlement discussions | Comm w Opposing Counsel |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/15/2023 | Benita Harris (BHH) | Paralegals / Law Clerks | Docketing Specialist | $ 275.00 | 0.2 | $ 55.00 | inputted deadline into firm's case management re: research the case pleadings and documentsx | Case / Document Administration |
| 02/15/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | research ayala case / trial status; draft memo re research assignment re montoya settlement | Case Development / Analysis |
| 02/15/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1 | $ 1,200.00 | Researched analogous cases to find comparable settlement values; prepared memo to JGK and co-counsel re same | Settlement |
| 02/16/2023 | Benita Harris (BHH) | Paralegals / Law Clerks | Docketing Specialist | $ 275.00 | 1.4 | $ 385.00 | inputted into firms case management platform trial date and deadlines | Case / Document Administration |
| 02/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.9 | $ 1,215.00 | meet w/ Shadie and NBP re case planning; long and short term tasks to prepare discovery, get experts, and have what is necessary for trial | Case Development / Analysis |
| 02/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | review case materials from Leuzinger v CRST | Case Development / Analysis |
| 02/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | review/analyze pleadings and case materials for next phase of planning | Case Development / Analysis |
| 02/16/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1 | $ 1,200.00 | Conference with co-counsel re strategy for trial preparation and expert | Case Development / Analysis |
| 02/17/2023 | Benita Harris (BHH) | Paralegals / Law Clerks | Docketing Specialist | $ 275.00 | 0.4 | $ 110.00 | revised and added deadlines re: discovery fact and expert cut off for trial | Case / Document Administration |
| 02/17/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Conference with co-counsel re recent authority to support opp to D's motion for reconsideration of order granting class cert. | Class Certification |
| 02/21/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | draft memo re to-do items and projects; team meeting re same | Case Development / Analysis |
| 02/22/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.7 | $ 542.50 | prepare notice of recent authority re: D's motion for reconsideration of class cert order & comms w/JGK re same; research/determine if there are any local rules or standing orders to follow re same | Class Certification |
| 03/07/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | team meeting re expert search and discovery | Case Development / Analysis |
| 03/07/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | research Ayala v US Xpress case history | Case Development / Analysis |
| 03/08/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 1 | $ 775.00 | drafting stip for appointment as co-counsel of record; Konecky decl ISO same | Pleadings and Motions Re: Pleadings |
| 03/09/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | telecon w/ Sean Chasworth re expert report | Experts (incl comm and reports) |
| 03/10/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ co-counsel re expert reports; prep and org re same | Case Development / Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/10/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ | 1,350.00 | meet w/ [REDACT NAME] re potential industry experts; experience in similar case; strategy and planning | Case Development / Analysis |
| 03/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ S Berenji re class member testimony and D's docs on mileage rate versus pay by load issue | Case Development / Analysis |
| 03/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | review/analyze Cole v CRST decision and comm w/ co-counsel re questions on same | Case Development / Analysis |
| 03/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | research re potential industry experts | Experts (incl comm and reports) |
| 03/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | draft crp to potential experts; telecon to same; update to co-counsel re same | Experts (incl comm and reports) |
| 03/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ | 945.00 | revise/edit papers re class counsel appointment | Pleadings and Motions Re: Pleadings |
| 03/14/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | analysis of crst handbook and compare same to version in Cole v CRST | Case Development / Analysis |
| 03/14/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | review/analysis of expert reports and CM depo transcripts in Ayala v USXpress | Case Development / Analysis |
| 03/14/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.1 | $ | 1,485.00 | meet w/ expert and co-counsel re expert report and discovery f/u | Experts (incl comm and reports) |
| 03/14/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ | 1,080.00 | review/analysis of case materials for circulation to industry expert | Experts (incl comm and reports) |
| 03/14/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.2 | $ | 1,620.00 | initial mtg w potential industry expert | Experts (incl comm and reports) |
| 03/14/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ | 720.00 | Conference with expert witness on damages re expert report | Experts (incl comm and reports) |
| 03/14/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ | 600.00 | Conference with co-counsel re expert report for damages and potential industry expert. | Experts (incl comm and reports) |
| 03/14/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.1 | $ | 77.50 | review team/co-counsel comms re trial prep strategy | Case Development / Analysis |
| 03/15/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | comm w/ potential industry expert re scope of services/work | Experts (incl comm and reports) |
| 03/15/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ expert re qualcom data for analysis | Experts (incl comm and reports) |
| 03/15/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.2 | $ | 155.00 | meeting w/team re expert retention & trial prep strategy | Case Development / Analysis |
| 03/17/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | f/u call w/ SB and NBP re expert reports and analysis | Experts (incl comm and reports) |
| 03/17/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ | 1,755.00 | zoom call w/ industry expert re analysis and report | Experts (incl comm and reports) |
| 03/17/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ | 1,320.00 | Conference with industry expert re expert report | Experts (incl comm and reports) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/17/2023 | Tyler Smith (TBS) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.5 | $ | 275.00 | Pull misc. docket docs from Scanned Docs folder and save to OneDrive for uploading to expert; generate upload link; send email to expert (Viscelli) with OneDrive link. | Case / Document Administration |
| 03/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.6 | $ | 2,160.00 | review/analyze "Data Driven" by Levy for application to case | Case Development / Analysis |
| 03/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.3 | $ | 3,105.00 | review/analysis and comments/suggested edits and questions to Viscelli expert report | Experts (incl comm and reports) |
| 03/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ | 945.00 | zoom call w/ damages expert re progress on and questions re calculations for expert report | Experts (incl comm and reports) |
| 03/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | f/u with SB and NBP re expert reports and analysis | Experts (incl comm and reports) |
| 03/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | telecon w/ viscelli re expert report | Experts (incl comm and reports) |
| 03/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ | 810.00 | review/comment on draft industry expert report | Experts (incl comm and reports) |
| 03/20/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ | 720.00 | Conference with damages expert re strategy for drafting report | Experts (incl comm and reports) |
| 03/20/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ | 480.00 | Conference with JGK and co-counsel re strategy for industry expert report | Experts (incl comm and reports) |
| 03/20/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.3 | $ | 1,560.00 | Reviewed draft report of industry expert Viscelli; prepared memo to JGK and co-counsel re analysis of same | Experts (incl comm and reports) |
| 03/21/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ | 1,755.00 | meet w/ Dr. Viscelli re expert analysis / review and report | Experts (incl comm and reports) |
| 03/21/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1 | $ | 1,200.00 | Conference with industry expert re expert report | Experts (incl comm and reports) |
| 03/22/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ staff re assessing/organizing doc / data production | Discovery |
| 03/27/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 1.1 | $ | 852.50 | compare expert's discovery wishlist w/discovery already propounded by co-counsel; identify subjects/areas for additional RFPs | Case Development / Analysis |
| 03/27/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.4 | $ | 310.00 | re - addtl discovery - review D's supp & amended supp RFP responses to ID areas where follow up is or is not needed based on D's agreements on doc production post-class cert order | Case Development / Analysis |
| 03/27/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.5 | $ | 387.50 | compare docs requested/agreed to be produced w/discovery issued in previous OTR cases (e.g., Julian, Freitas) to determine if there may be additional areas for RFPs to propound; email JGK re 30(b)(6) transcript & initial impressions re discovery strategy | Case Development / Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/27/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.8 | $ 620.00 | review & analyze D's ROG responses, initial disclosures, & depo testimony re potential addtl areas for discovery requests & potential witnesses to depose | Discovery |
| 03/28/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | meet w/ nbp and sam re discovery f/u, new discovery, and expert consulting / reprots | Case Development / Analysis |
| 03/28/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.7 | $ 2,295.00 | zoom meeting w/ Sean Chasworth re expert report and analysis | Experts (incl comm and reports) |
| 03/28/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ 1,080.00 | Conference with damages expert re expert report | Experts (incl comm and reports) |
| 03/28/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 1.2 | $ 930.00 | draft class outreach letter; circulate to JGK w/questions, comments re same | Class Outreach and Contact |
| 03/28/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.8 | $ 620.00 | draft & send memo to JGK re discovery propounded, items we already have/D has agreed to produce, and areas for potential follow up or deposition | Discovery |
| 03/29/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ co-counsel and sam re discovery and case management strategy | Discovery |
| 03/29/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ sam re meet and confer letter to o-c on discovery | Discovery |
| 03/29/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | revise/edit meet and confer crp to o-c; review and comment on new discovery requests | Discovery |
| 03/29/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | draft additional discovery requests for trial | Discovery |
| 03/29/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | draft crp to co-counsel re discovery and case management m/c | Discovery |
| 03/29/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ sam and co-counsel re discovery meet and confer; depositions; and class outreach letter | Discovery |
| 03/29/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 3 | $ 2,325.00 | finish reviewing complete depo transcript of PMK re potential additional discovery requests | Case Development / Analysis |
| 03/29/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.3 | $ 232.50 | read full Brueck & Huckaby depo transcripts to identify potential additional discovery requests | Case Development / Analysis |
| 03/29/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.6 | $ 465.00 | draft meet and confer email to O/C; circulate to JGK, co-counsel | Comm w Opposing Counsel |
| 03/29/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.1 | $ 77.50 | further comms w/co-counsel, JGK re additional RFPs | Discovery |
| 03/29/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 2 | $ 1,550.00 | draft additional RFPs | Discovery |
| 03/29/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.6 | $ 465.00 | draft additional RFPs | Discovery |
| 03/29/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.2 | $ 155.00 | comms w/co-c re additional discovery to propound | Discovery |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/30/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.3 | $ 195.00 | Attended document review on-boarding with J. Konecky and R. Bonner | Discovery |
| 03/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ possible administrator re class outreach administration | Class Outreach and Contact |
| 03/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | meet w/ ESI team re ESI doc review and parameters / process for same | Discovery |
| 03/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ SAM re additional discovery requests to propound | Discovery |
| 03/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | review/analyze and comment on draft report outline from viscelli | Experts (incl comm and reports) |
| 03/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.7 | $ 2,295.00 | meet w/ Dr. Viscelli and co-counsel re expert analysis and report of CRST work rules/conditions | Experts (incl comm and reports) |
| 03/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | follow-up w/ SB and nbp re expert analysis and damages calcs | Experts (incl comm and reports) |
| 03/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | telecon w/ expert re miles driven by CRST drivers and analysis re same | Experts (incl comm and reports) |
| 03/30/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Meeting with document review team re strategy for document review project in preparation for trial | Discovery |
| 03/30/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.7 | $ 2,040.00 | Conference with industry expert re expert report and analysis | Experts (incl comm and reports) |
| 03/30/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Conference with co-counsel re strategy for further communications with damages expert and revisions to report | Experts (incl comm and reports) |
| 03/30/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.4 | $ 380.00 | Onboarding Meeting with JHK and doc review team | Discovery |
| 03/30/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 1.3 | $ 1,235.00 | Review of Motion for Class Certification and Opposition for upcoming Document/ESI review project | Discovery |
| 03/30/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.3 | $ 232.50 | meeting re doc review & analysis for trial prep | Case Development / Analysis |
| 03/30/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.2 | $ 155.00 | comms w/TBS & JGK re serve addtl RFPs | Discovery |
| 03/30/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.6 | $ 465.00 | draft notice of inspection for Irvine facility; circulate to JGK & co-counsel | Discovery |
| 03/30/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 1.2 | $ 930.00 | continue drafting additional RFPs; circulate to JGK & co-counsel | Discovery |
| 03/30/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.1 | $ 77.50 | comms w/JGK & co-counsel re addtl discovery to propound | Discovery |
| 03/30/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.7 | $ 542.50 | draft addtl RFPs per conversation w/JGK & co-counsel | Discovery |
| 03/30/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.2 | $ 155.00 | call w/JGK re additional discovery requests and investigation | Discovery |
| 03/31/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.4 | $ 310.00 | finalize & serve 2nd set RFPs | Discovery |
| 04/03/2023 | Benita Harris (BHH) | Paralegals / Law Clerks | Docketing Specialist | $ 275.00 | 0.4 | $ 110.00 | inputted into firms case management platform re: deadline for D to respond to P's RFP's Set 1 | Case / Document Administration |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/03/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ expert and co-counsel re expert report | Experts (incl comm and reports) |
| 04/04/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ nbp re viscelli report - scope and issues to address | Experts (incl comm and reports) |
| 04/04/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | further comments on viscelli report | Experts (incl comm and reports) |
| 04/04/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.7 | $ | 2,295.00 | review/analyze and comment on draft viscelli report; draft suggested edits to same | Experts (incl comm and reports) |
| 04/04/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.5 | $ | 1,800.00 | Conference with damages expert re report | Experts (incl comm and reports) |
| 04/04/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.3 | $ | 1,560.00 | propose edits/revisiosn for expert report of industry expert and prepared email analysis to JGK and co-counsel. | Experts (incl comm and reports) |
| 04/04/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Conference with JGK re comments for expert report of industry expert | Experts (incl comm and reports) |
| 04/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ co-counsel re case scheduling / management issues; D's request to change CMO; experts | Case Development / Analysis |
| 04/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | draft memo to team re case management and discovery issues | Discovery |
| 04/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | review/comment on viscelli expert report | Expert Discovery |
| 04/05/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Conference with SAM re strategy for preparing memo to staff re document review project to prepare for trial | Discovery |
| 04/05/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.8 | $ | 960.00 | draft proposed revisions to industry expert report | Experts (incl comm and reports) |
| 04/05/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.3 | $ | 232.50 | meeting w/NBP re preparing memo for ESI review team & case strategy | Discovery |
| 04/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.1 | $ | 1,485.00 | review/analyze of chasworth damages report; draft comments to co-counsel re same; draft proposed edit re same | Experts (incl comm and reports) |
| 04/06/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Communications with co-counsel re strategy for responding to OC's proposal to postpone trial date | Case Development / Analysis |
| 04/06/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Communications with co-counsel re revisions to industry expert report. | Experts (incl comm and reports) |
| 04/06/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.4 | $ | 1,680.00 | proposed revisions to expert report of damages expert; prepared email memo to JGK and co-counsel re strategy for same. | Experts (incl comm and reports) |
| 04/06/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 1.2 | $ | 930.00 | draft memo for ESI team re nature of case & docs/info to search for; circulate to JGK, NBP | Discovery |
| 04/07/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2 | $ | 2,700.00 | telecom w/ co-counsel, joined by S Chasworth, re expert reports and analysis | Experts (incl comm and reports) |
| 04/07/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.3 | $ | 1,560.00 | Revised memo to document review team re ESI review | Discovery |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/07/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.4 | $ 2,880.00 | Revised damages expert report; prepared memo to JGK and co-counsel re strategy for same | Experts (incl comm and reports) |
| 04/07/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.3 | $ 2,760.00 | Conference with JGK, co-counsel and damages expert re proposed revisions to damages expert report | Experts (incl comm and reports) |
| 04/09/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | review/edit next drafts of expert reports | Experts (incl comm and reports) |
| 04/10/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | review/analyze court order re D's mtn for reconsideration | Class Certification |
| 04/10/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review reports/comm w/ co-counsel re expert reports | Experts (incl comm and reports) |
| 04/10/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | zoom meeting w/ Chasworth and co-counsel re expert report and calculations | Experts (incl comm and reports) |
| 04/10/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ 600.00 | Reviewed for final industry expert report; conference with expert re same | Experts (incl comm and reports) |
| 04/10/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ 600.00 | Reviewed and proposed revisions to damages expert report; Conference with damages expert re same | Experts (incl comm and reports) |
| 04/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 650.00 | 0.2 | $ 130.00 | team meeting re discovery and case developmente | Case Development / Analysis |
| 04/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 650.00 | 0.2 | $ 130.00 | comm w/ co-counsel re D's request to change case management schedule and items to consider for m/c re same | Case Development / Analysis |
| 04/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 650.00 | 0.2 | $ 130.00 | review D's proposed changes to class notice | CLASS |
| 04/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 650.00 | 0.1 | $ 65.00 | draft crp to o-c re case management schedule and class notice edits | Comm w Opposing Counsel |
| 04/11/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.3 | $ 232.50 | team meeting re legal research, analysis & memo on construing pay policy (mileage pay); & depositions | Case Development / Analysis |
| 04/12/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Reviewed/coded documents (CRSTF001846-CRSTF015733) | ESI / Doc Review and Analysis |
| 04/12/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed/coded documents (CRSTF016794-CRSTF018824) | ESI / Doc Review and Analysis |
| 04/12/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed/coded documents (CRSTF018828-CRSTF020266) | ESI / Doc Review and Analysis |
| 04/12/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Reviewed/coded documents (CRSTF020479-CRSTF026582) | ESI / Doc Review and Analysis |
| 04/13/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Coordinate access to document database. | ESI / Doc Review and Analysis |
| 04/13/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed/coded documents, batch LD00001 (CRSTF022553-CRSTF027365) | ESI / Doc Review and Analysis |
| 04/13/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Reviewed/coded documents batch LD00001 (CRSTF027368-CRSTF038311) | ESI / Doc Review and Analysis |
| 04/13/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed/coded documents batch LD00001 (CRSTF038966-CRSTF043757) | ESI / Doc Review and Analysis |
| 04/13/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed/coded documents, batch LD00002 (CRSTF043801-CRSTF051016) | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/13/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed/coded documents, batch LD00002 (CRSTF051018-CRSTF059403) | ESI / Doc Review and Analysis |
| 04/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ 1,755.00 | revise/edit D's redline of class notice; draft memo to team re same and next strategic steps on discovery/case management | Case Development / Analysis |
| 04/13/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with co-counsel re strategy for pre-trial discovery of class member witnesses | Discovery |
| 04/14/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.1 | $ 1,365.00 | Review Relativity Documents. Then begin document review, review up to doc CRSTF072257 | ESI / Doc Review and Analysis |
| 04/14/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ 1,430.00 | Continue review of Huckaby docs. @ CRSTF079212 Straight relevance review. | ESI / Doc Review and Analysis |
| 04/14/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Complete Review of batch, turn in 1st batch. | ESI / Doc Review and Analysis |
| 04/14/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Check out batch LD00005 begin review of documents @ CRSTF111499 | ESI / Doc Review and Analysis |
| 04/14/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Continue document review CRSTF115192 | ESI / Doc Review and Analysis |
| 04/14/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed/coded documents, batch LD00002 (CRSTF061103 -CRSTF063323) | ESI / Doc Review and Analysis |
| 04/14/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Reviewed/coded documents, batch LD00002 (CRSTF063585-CRSTF066280) | ESI / Doc Review and Analysis |
| 04/14/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed/coded documents, batch LD00002 (CRSTF066286-CRSTF067034) | ESI / Doc Review and Analysis |
| 04/14/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed/coded documents, batch LD00002 (CRSTF043973-CRSTF05103) | ESI / Doc Review and Analysis |
| 04/14/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Reviewed/coded documents, batch LD00004 (CRSTF085205-CRSTF095900) | ESI / Doc Review and Analysis |
| 04/14/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with JGK and co-counsel re strategy for meet and confer re D proposal to extend trial dates and discovery deadlines | Case Development / Analysis |
| 04/17/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Continue Document Review CRSTF118085 | ESI / Doc Review and Analysis |
| 04/17/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Complete batch, CRSTF116899 check in, start new batch | ESI / Doc Review and Analysis |
| 04/17/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Begin new batch. at CRSTF147252 | ESI / Doc Review and Analysis |
| 04/17/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.5 | $ 325.00 | Reviewed/coded documents, batch LD00006 (CRSTF122307-CRSTF138574) | ESI / Doc Review and Analysis |
| 04/17/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed/coded documents, batch LD00004 (CRSTF095586-CRSTF098730) | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/17/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed/coded documents, batch LD00004 (CRSTF098771-CRSTF099762) | ESI / Doc Review and Analysis |
| 04/17/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Reviewed/coded documents, batch LD00004 (CRSTF099897-CRSTF092708) | ESI / Doc Review and Analysis |
| 04/17/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed/coded documents, batch LD00004 (CRSTF092716-CRSTF102116) | ESI / Doc Review and Analysis |
| 04/17/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed/coded documents, batch LD00004 (CRSTF102169-CRSTF103823) | ESI / Doc Review and Analysis |
| 04/18/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.7 | $ 1,755.00 | CRSTF153906 | ESI / Doc Review and Analysis |
| 04/18/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Continue Document Review CRSTF154467 | ESI / Doc Review and Analysis |
| 04/18/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.4 | $ 260.00 | Continue Review, at CRSTF147391 | ESI / Doc Review and Analysis |
| 04/18/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.8 | $ 520.00 | Resume work on document review | ESI / Doc Review and Analysis |
| 04/18/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Continue Document Review CRSTF154648 | ESI / Doc Review and Analysis |
| 04/18/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed/coded documents, batch LD00006 (CRSTF124661-CRSTF128568) | ESI / Doc Review and Analysis |
| 04/18/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed/coded documents, batch LD00006 (CRSTF128568-CRSTF130790) | ESI / Doc Review and Analysis |
| 04/18/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed/coded documents, batch LD00006 (CRSTF130794-CRSTF137524) | ESI / Doc Review and Analysis |
| 04/18/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Reviewed/coded documents, batch LD00006 (CRSTF140393-CRSTF139673) | ESI / Doc Review and Analysis |
| 04/18/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed/coded documents, batch LD00006 (CRSTF139695-CRSTF132589) | ESI / Doc Review and Analysis |
| 04/18/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Reviewed/coded documents, batch LD00008 (CRSTF155291-CRSTF156255) | ESI / Doc Review and Analysis |
| 04/18/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | check in w/ doc review team re ESI review | Discovery |
| 04/19/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.5 | $ 325.00 | Complete batch at doc number CRSTF155284 | ESI / Doc Review and Analysis |
| 04/19/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Continue Document Review CRSTF173062 | ESI / Doc Review and Analysis |
| 04/19/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Continue document review CRSTF154806 | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/19/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ 455.00 | Meeting with senior counsel on review progress | ESI / Doc Review and Analysis |
| 04/19/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Continue document review CRSTF180946 | ESI / Doc Review and Analysis |
| 04/19/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Continue Document Review CRSTF184150 | ESI / Doc Review and Analysis |
| 04/19/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Reviewed/coded documents, batch LD00008 (CRSTF156339-CRSTF165832) | ESI / Doc Review and Analysis |
| 04/19/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.2 | $ 130.00 | Attended meeting with J. Konecky, R. Bonner re document review | ESI / Doc Review and Analysis |
| 04/19/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Reviewed/coded documents, batch LD00008 (CRSTF156346-CRSTF156983) | ESI / Doc Review and Analysis |
| 04/19/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed/coded documents, batch LD00008 (CRSTF157049-CRSTF160720) | ESI / Doc Review and Analysis |
| 04/19/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed/coded documents, batch LD00008 (CRSTF160770-CRSTF164670) | ESI / Doc Review and Analysis |
| 04/19/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Reviewed/coded documents, batch LD00008 (CRSTF155872-CRSTF156193) | ESI / Doc Review and Analysis |
| 04/19/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | review, analyze and respond to crp from o-c re depositions, fact discovery, discovery | Comm w Opposing Counsel |
| 04/19/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | ESI doc review team meeting re status of review and identification of hot docs | Discovery |
| 04/19/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.4 | $ 380.00 | Huckaby Document Review Update with JGK | ESI / Doc Review and Analysis |
| 04/19/2023 | Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ 775.00 | 0.9 | $ 697.50 | draft depo notices; circulate to JGK | Discovery |
| 04/20/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Continue Work on Document Review Project. Complete work on first batch of the day, check out next batch. | ESI / Doc Review and Analysis |
| 04/20/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 6.1 | $ 3,965.00 | Continue document review project | ESI / Doc Review and Analysis |
| 04/20/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed/coded documents, batch LD00008 (CRSTF165859-CRSTF156781) | ESI / Doc Review and Analysis |
| 04/20/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed/coded documents, batch LD00008 (CRSTF156784-CRSTF163616) | ESI / Doc Review and Analysis |
| 04/20/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed/coded documents, batch LD00010 (CRSTF189234-CRSTF198739) | ESI / Doc Review and Analysis |
| 04/20/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Reviewed/coded documents, batch LD00010 (CRSTF198745-CRSTF200271) | ESI / Doc Review and Analysis |
| 04/20/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed/coded documents, batch LD00010 (CRSTF200323-CRSTF196127) | ESI / Doc Review and Analysis |
| 04/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | revise and edit class outreach letter for trial | Class Outreach and Contact |
| 04/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | review/check revisions to proposed class notice and draft crp to o-c re same | Comm w Opposing Counsel |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/21/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 3 | $ 1,950.00 | Continuing review of new document batch CRSTF222034 | ESI / Doc Review and Analysis |
| 04/21/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ 1,495.00 | Complete Batch LD00011 @ doc CRSTF222750 Turn in batch and check out LD00012 work up to CRSTF227927 | ESI / Doc Review and Analysis |
| 04/21/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.1 | $ 1,365.00 | Continue Review of Current Document Set CRSTF233635 | ESI / Doc Review and Analysis |
| 04/21/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed/coded documents, batch LD00013 (CRSTF239816-CRSTF247252) | ESI / Doc Review and Analysis |
| 04/21/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed/coded documents, batch LD00013 (CRSTF247369-CRSTF258011) | ESI / Doc Review and Analysis |
| 04/21/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed/coded documents, batch LD00010 (CRSTF190234-CRSTF190995) | ESI / Doc Review and Analysis |
| 04/21/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Reviewed/coded documents, batch LD00010 (CRSTF191181-CRSTF196188) | ESI / Doc Review and Analysis |
| 04/21/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed/coded documents, batch LD00010 (CRSTF196200-CRSTF200726) | ESI / Doc Review and Analysis |
| 04/21/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w staff re data and doc review | ESI / Doc Review and Analysis |
| 04/21/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | draft crp to JND and co-counsel re class letter outreach; procedures and edits re same | ESI / Doc Review and Analysis |
| 04/24/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Complete batch at document CRSTF237311<br><br>Review and check in batch, check out new batch | ESI / Doc Review and Analysis |
| 04/24/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Continue document review CRSTF272907 | ESI / Doc Review and Analysis |
| 04/24/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ 1,495.00 | Continue review of assigned documents CRSTF283481 | ESI / Doc Review and Analysis |
| 04/24/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed/coded documents, batch LD00013 (CRSTF238868-CRSTF239497) | ESI / Doc Review and Analysis |
| 04/24/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed/coded documents, batch LD00013 (CRSTF239545-CRSTF264472) | ESI / Doc Review and Analysis |
| 04/24/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed/coded documents, batch LD00013 (CRSTF264473-CRSTF250158) | ESI / Doc Review and Analysis |
| 04/24/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed/coded documents, batch LD00013 (CRSTF250165-CRSTF265104) | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/24/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | Reviewed/coded documents, batch LD00015 (CRSTF284566-CRSTF286427) | ESI / Doc Review and Analysis |
| 04/24/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | pre- and post- telecon w/ nbp re m/c with o-c on case sked and depos | Case Development / Analysis |
| 04/24/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | meet and confer w/ o-c re depositions and case schedule | Comm w Opposing Counsel |
| 04/24/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ 720.00 | Meet and confer videoconference re dispute over pretrial depositions and D's proposal to extend schedule; conference with JGK re strategy for same | Comm w Opposing Counsel |
| 04/24/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.6 | $ 240.00 | Emails with partners regarding class member mailing project, trial witness outreach from incoming calls, meeting planning and class list. | Class Outreach and Contact |
| 04/25/2023 | Benita Harris (BHH) | Paralegals / Law Clerks | Docketing Specialist | $ 275.00 | 0.1 | $ 27.50 | reviewed bates stamped documents and confirmed deadlines in firms case management platform | Case / Document Administration |
| 04/25/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Complete review of document set with doc CRSTF284505 | ESI / Doc Review and Analysis |
| 04/25/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ 1,560.00 | Check out and begin work on next batch of documents. CRSTF305403 | ESI / Doc Review and Analysis |
| 04/25/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.8 | $ 520.00 | Continue Review of Assigned Documents CRSTF307798 | ESI / Doc Review and Analysis |
| 04/25/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Continue review of documents | ESI / Doc Review and Analysis |
| 04/25/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.8 | $ 520.00 | Continue Document Review CRSTF311552 | ESI / Doc Review and Analysis |
| 04/25/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.5 | $ 325.00 | Continue Document Review CRSTF310257 | ESI / Doc Review and Analysis |
| 04/25/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed/coded documents, batch LD00017 (CRSTF316655-CRSTF320242) | ESI / Doc Review and Analysis |
| 04/25/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed/coded documents, batch LD00015 (CRSTF287999--CRSTF289331) | ESI / Doc Review and Analysis |
| 04/25/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed/coded documents, batch LD00015 (CRSTF289358-CRSTF287364) | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/25/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Reviewed/coded documents, batch LD00015 (CRSTF287391-CRSTF299823) | ESI / Doc Review and Analysis |
| 04/25/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed/coded documents, batch LD00015 (CRSTF299985-CRSTF301464) | ESI / Doc Review and Analysis |
| 04/25/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | team meeting re ESI and doc review projects | Case Development / Analysis |
| 04/25/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | team meeting re class outreach | Class Outreach and Contact |
| 04/25/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | review and assess doc productions; com w/ staff and doc review team re same | Discovery |
| 04/25/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.3 | $ 285.00 | Updating Saved Seaarch Batches on Relativity to include Inclusive Emails | ESI / Doc Review and Analysis |
| 04/25/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.3 | $ 285.00 | Updating new batches for Document Review on Relativity (search mileage w/5 pay) | Rev-Analysis |
| 04/25/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Teams meeting re case class outreach for discovery / depos | Class Outreach and Contact |
| 04/25/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 3.1 | $ 1,240.00 | Downloading, fling and analyzing class list. Reporting to partners. Meeting with outreach lead and partners regarding trial witness outreach assignment. | Class Outreach and Contact |
| 04/26/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Complete review of documents CRSTF315861 | ESI / Doc Review and Analysis |
| 04/26/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.6 | $ 1,690.00 | Continue review of documents, new set. CRSTF026207 | ESI / Doc Review and Analysis |
| 04/26/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.8 | $ 520.00 | Continue Document Review, @ CRSTF029178 | ESI / Doc Review and Analysis |
| 04/26/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Complete Batch, check in batch, start new Batch, continue till doument CRSTF065315 | ESI / Doc Review and Analysis |
| 04/26/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed/coded documents, batch LD00017 (CRSTF323274-CRSTF327609) | ESI / Doc Review and Analysis |
| 04/26/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Reviewed/coded documents, batch LD00017 (CRSTF316647-CRSTF316258) | ESI / Doc Review and Analysis |
| 04/26/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed/coded documents, batch LD00017 (CRSTF316647-CRSTF316258) | ESI / Doc Review and Analysis |
| 04/26/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed/coded documents, batch LD00017 (CRSTF315894-CRSTF319719) | ESI / Doc Review and Analysis |
| 04/26/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Reviewed/coded documents MP00002 (CRSTF032809-CRSTF029263) | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/26/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | review updated class list and data set up for tracking interview responses; comm w/ administrator of outreach letter; comm w/ staff re same | Class Outreach and Contact |
| 04/27/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.1 | $ 1,365.00 | Continue document review. CRSTF066540 | ESI / Doc Review and Analysis |
| 04/27/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Complete batch at doc CRSTF069647 Check in batch, check out new batch. Reach CRSTF087847 in new batch | ESI / Doc Review and Analysis |
| 04/27/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Continue document review. CRSTF089753 | ESI / Doc Review and Analysis |
| 04/27/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Complete batch at document # CRSTF092826 | ESI / Doc Review and Analysis |
| 04/27/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Continue Document Review CRSTF093016 | ESI / Doc Review and Analysis |
| 04/27/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed/coded documents MP00004 (CRSTF070818-CRSTF083137) | ESI / Doc Review and Analysis |
| 04/27/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed/coded documents MP00002 (CRSTF033508-CRSTF038417) | ESI / Doc Review and Analysis |
| 04/27/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed/coded documents MP00002 (CRSTF038418-CRSTF033433) | ESI / Doc Review and Analysis |
| 04/27/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed/coded documents MP00004 (CRSTF069650-CRSTF070905) | ESI / Doc Review and Analysis |
| 04/27/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed/coded documents MP00004 (CRSTF086700-CRSTF087559) | ESI / Doc Review and Analysis |
| 04/28/2023 | Benita Harris (BHH) | Paralegals / Law Clerks | Docketing Specialist | $ 275.00 | 0.2 | $ 55.00 | reviewed correspondence and updated deadline in firms case management platform re; D's deadline to respond to RFP's set 2 | Case / Document Administration |
| 04/28/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Continue Review of Assigned Documents CRSTF113232 | ESI / Doc Review and Analysis |
| 04/28/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Complete Batch at CRSTF113654, check in Batch, Start new Batch work new batch to CRSTF129652 | ESI / Doc Review and Analysis |
| 04/28/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Continue review of documents CRSTF134513 | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/28/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ 1,560.00 | Continue review of documents, @ CRSTF100137 | ESI / Doc Review and Analysis |
| 04/28/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed/coded documents MP00004 CRSTF071006-CRSTF087556) | ESI / Doc Review and Analysis |
| 04/28/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Reviewed/coded documents MP00007 (CRSTF114627-CRSTF114891) | ESI / Doc Review and Analysis |
| 04/28/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed/coded documents MP00007 (CRSTF114892-CRSTF120640)) | ESI / Doc Review and Analysis |
| 04/28/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed/coded documents MP00007 (CRSTF120645-CRSTF123590) | ESI / Doc Review and Analysis |
| 04/28/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed/coded documents MP00009 (CRSTF136041-CRSTF142030) | ESI / Doc Review and Analysis |
| 05/01/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Continue Document Review CRSTF135773 | ESI / Doc Review and Analysis |
| 05/01/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2 | $ 1,300.00 | Complete batch of assigned documents. @ CRSTF136040 | ESI / Doc Review and Analysis |
| 05/01/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ 1,495.00 | Continue document review CRSTF161748 | ESI / Doc Review and Analysis |
| 05/01/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ 1,495.00 | Complete batch @ CRSTF167510 Turn in batch | ESI / Doc Review and Analysis |
| 05/01/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Reviewed/coded documents MP00009 (CRSTF142300-CRSTF143468) | ESI / Doc Review and Analysis |
| 05/01/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed/coded documents MP00009 (CRSTF143470-CRSTF149934) | ESI / Doc Review and Analysis |
| 05/01/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed/coded documents MP00009 (CRSTF150461-CRSTF145982) | ESI / Doc Review and Analysis |
| 05/01/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed/coded documents MP00011 (CRSTF167512 CRSTF188076) | ESI / Doc Review and Analysis |
| 05/01/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed/coded documents MP00011 (CRSTF188084-CRSTF187302) | ESI / Doc Review and Analysis |
| 05/01/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.5 | $ 2,025.00 | revise/edit D's proposed request to modify scheduling order; draft memo to team re same and considerations/strategy | Case Development / Analysis |
| 05/01/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | review/analysis of class cert briefing to respond to D's suggestions re layover time not included | Class Certification |
| 05/01/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w tbs and jnd re outreach letter to CRST drivers | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/01/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ A Choi at JND re class outreach mailing | Class Outreach and Contact |
| 05/01/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.4 | $ 1,890.00 | draft crp to o-c re response to D's arguments on class composition, layover time, and case schedule | Comm w Opposing Counsel |
| 05/01/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Drafted email to co-counsel re strategy for determining whether to stipulate to extending case schedule; communications with JGK re same | Case Development / Analysis |
| 05/02/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2 | $ 1,300.00 | Continue Review @ doc CRSTF208121 | ESI / Doc Review and Analysis |
| 05/02/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Complete Batch at Doc CRSTF216881 | ESI / Doc Review and Analysis |
| 05/02/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ 1,560.00 | Continue Review of Assigned Documents CRSTF197786 | ESI / Doc Review and Analysis |
| 05/02/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Begin review of new batch of documents CRSTF262717 | ESI / Doc Review and Analysis |
| 05/02/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.5 | $ 325.00 | CRSTF263271 | ESI / Doc Review and Analysis |
| 05/02/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Document Review - Miles + Pay - MP00015. | ESI / Doc Review and Analysis |
| 05/02/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.4 | $ 260.00 | Document Review - Miles + Pay - MP00013. | ESI / Doc Review and Analysis |
| 05/02/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Miles + Pay - MP00015. | ESI / Doc Review and Analysis |
| 05/02/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.2 | $ 130.00 | Review ESI Memo | ESI / Doc Review and Analysis |
| 05/02/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Miles + Pay - MP00013. | ESI / Doc Review and Analysis |
| 05/02/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed/coded documents MP00014 (CRSTF243122-CRSTF243386) | ESI / Doc Review and Analysis |
| 05/02/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Reviewed/coded documents MP00011 (CRSTF173035-CRSTF188301) | ESI / Doc Review and Analysis |
| 05/02/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed/coded documents MP00011 (CRSTF188323-CRSTF188449) | ESI / Doc Review and Analysis |
| 05/02/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed/coded documents MP00014 (CRSTF232901-CRSTF235217) | ESI / Doc Review and Analysis |
| 05/02/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Reviewed/coded documents MP00014 (CRSTF242597-CRSTF243118) | ESI / Doc Review and Analysis |
| 05/02/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ co-counsel re case schedule m/c | Case Development / Analysis |
| 05/02/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | team meeting re deadlines and assignments | Case Development / Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/02/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.8 | $ 2,430.00 | revise/edit letter to o-c re merits/case management schedule/discovery/class composition and claims | Comm w Opposing Counsel |
| 05/02/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | further draft crp to o-c re scope of class; claims; case management and discovery issues | Comm w Opposing Counsel |
| 05/02/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | communications with co-counsel re strategy for responding to D's proposal to extend case deadlines and dispute re class notice | Case Development / Analysis |
| 05/03/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | CRSTF263409 | ESI / Doc Review and Analysis |
| 05/03/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2 | $ 1,300.00 | Continue review CRSTF266385 | ESI / Doc Review and Analysis |
| 05/03/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | CRSTF267164 | ESI / Doc Review and Analysis |
| 05/03/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Continue review of assigned documents. CRSTF318973 | ESI / Doc Review and Analysis |
| 05/03/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Complete review of document batch. @ CRSTF276202 | ESI / Doc Review and Analysis |
| 05/03/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Document Review - Miles + Pay - MP00018. | ESI / Doc Review and Analysis |
| 05/03/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Document Review - Miles + Pay - MP00015. | ESI / Doc Review and Analysis |
| 05/03/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Document Review - Miles + Pay - MP00018. | ESI / Doc Review and Analysis |
| 05/03/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed/coded documents MP00014 (CRSTF235218-CRSTF243400) | ESI / Doc Review and Analysis |
| 05/03/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed/coded documents MP00017 (CRSTF276369CRSTF276203) | ESI / Doc Review and Analysis |
| 05/03/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Reviewed/coded documents MP00017 (CRSTF276373-CRSTF276472) | ESI / Doc Review and Analysis |
| 05/03/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed/coded documents MP00017 (CRSTF276632-CRSTF281237) | ESI / Doc Review and Analysis |
| 05/03/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Reviewed/coded documents MP00017 (CRSTF290798-CRSTF290802) | ESI / Doc Review and Analysis |
| 05/03/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Reviewed/coded documents MP00020 (CRSTF322879-CRSTF324850) | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/03/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.9 | $ | 1,215.00 | meet w/ co-counsel and nbp re case strategy involving d's request for continuance; overlapping litigation; discovery; Experts (incl comm and reports) | Case Development / Analysis |
| 05/03/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | prepare template for rfps directed at D's expert and instructions to staff re details to complete | Discovery |
| 05/03/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ | 810.00 | review/analyze Song rebuttal report | Experts (incl comm and reports) |
| 05/03/2023 | Lourdes Castro (LEC) | Paralegals / Law Clerks | Jr. Paralegal | $ 500.00 | 0.5 | $ | 250.00 | Working on draft re prepare RFPs | Discovery |
| 05/03/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ | 1,080.00 | Conference with JGK and co-counsel re strategy for responding to D's proposal that case deadlines be continued; and regarding dispute re class notice and inclusion of layover claim therein | Case Development / Analysis |
| 05/04/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Continue document review CRSTF319390 | ESI / Doc Review and Analysis |
| 05/04/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.8 | $ | 520.00 | Complete batch @ CRSTF321722 Turn in batch, check out new batch. | ESI / Doc Review and Analysis |
| 05/04/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Begin new batch continue until document # CRSTF051507 | ESI / Doc Review and Analysis |
| 05/04/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ | 780.00 | Continue Review of assigned documents CRSTF058178 | ESI / Doc Review and Analysis |
| 05/04/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2 | $ | 1,300.00 | Complete Batch, Turn in batch, check out new batch. Review new batch until CRSTF130180 | ESI / Doc Review and Analysis |
| 05/04/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | revsie/edit expert discovery | Discovery |
| 05/04/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ | 1,495.00 | Document Review - Movement - MOVE00001. | ESI / Doc Review and Analysis |
| 05/04/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ | 910.00 | Document Review - Movement - MOVE00004. | ESI / Doc Review and Analysis |
| 05/04/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.8 | $ | 520.00 | Document Review - Miles + Pay - MP00018. | ESI / Doc Review and Analysis |
| 05/04/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ | 1,560.00 | Document Review - Movement - MOVE00001. | ESI / Doc Review and Analysis |
| 05/04/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed/coded documents MP00020 (CRSTF325741-CRSTF327902) | ESI / Doc Review and Analysis |
| 05/04/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ | 845.00 | Reviewed/coded documents MP00020 (CRSTF328356-CRSTF330311) | ESI / Doc Review and Analysis |
| 05/04/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ | 910.00 | Reviewed/coded documents MOVE00003 (CRSTF058196-CRSTF074375) | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/04/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed/coded documents MOVE00003 (CRSTF074674-CRSTF082430) | ESI / Doc Review and Analysis |
| 05/04/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed/coded documents MOVE00005 (CRSTF103366-CRSTF112115) | ESI / Doc Review and Analysis |
| 05/04/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.4 | $ 1,890.00 | draft/revise expert discovery | Discovery |
| 05/04/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | review/analysis of Song report | Experts (incl comm and reports) |
| 05/04/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | telecon w/ Viscelli; telecon w/ Chasworth re Song report | Experts (incl comm and reports) |
| 05/04/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | study/analysis of CRST excel spreadsheets re pay codes and mileage credited | Experts (incl comm and reports) |
| 05/04/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | review/analysis of supp data productions for Experts (incl comm and reports) | Experts (incl comm and reports) |
| 05/04/2023 | Lourdes Castro (LEC) | Paralegals / Law Clerks | Jr. Paralegal | $ 500.00 | 0.5 | $ 250.00 | Finalizing and serving Discoveryo to OC | Case / Document Administration |
| 05/04/2023 | Lourdes Castro (LEC) | Paralegals / Law Clerks | Jr. Paralegal | $ 500.00 | 0.8 | $ 400.00 | Working on drafting Plaintiff's Request For Production of Documents to Defendant CRST Expedited, Inc., Set Three | Discovery |
| 05/05/2023 | Benita Harris (BHH) | Paralegals / Law Clerks | Docketing Specialist | $ 275.00 | 0.3 | $ 82.50 | inputted into firms case management platform re: dealine for D to respond to P rFP's set 3 | Case / Document Administration |
| 05/05/2023 | Benita Harris (BHH) | Paralegals / Law Clerks | Docketing Specialist | $ 275.00 | 0.4 | $ 110.00 | inputted into firm's case management platform re: placeholder depositions for REges and Nelson | Case / Document Administration |
| 05/05/2023 | Benita Harris (BHH) | Paralegals / Law Clerks | Docketing Specialist | $ 275.00 | 0.5 | $ 137.50 | inputted into firms case management platform re: deadline for P to respond to D's RFP's set 2 and 3 | Case / Document Administration |
| 05/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | hold meet and confer w/ o-c on various discovery and case management issues | Comm w Opposing Counsel |
| 05/05/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.1 | $ 1,365.00 | Continue document review at doc CRSTF135538 | ESI / Doc Review and Analysis |
| 05/05/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | CRSTF230274 | ESI / Doc Review and Analysis |
| 05/05/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Complete batch at CRSTF232279 Check out and start new batch to CRSTF276950 | ESI / Doc Review and Analysis |
| 05/05/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | CRSTF215334 | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/05/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Complete batch at CRSTF143997 Check in, check out new batch | ESI / Doc Review and Analysis |
| 05/05/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Movement - MOVE00010. | ESI / Doc Review and Analysis |
| 05/05/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Movement - MOVE00010. | ESI / Doc Review and Analysis |
| 05/05/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2 | $ 1,300.00 | Document Review - Movement - MOVE00010. | ESI / Doc Review and Analysis |
| 05/05/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed/coded documents MOVE00005 (CRSTF113695-CRSTF113685) | ESI / Doc Review and Analysis |
| 05/05/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Reviewed/coded documents MOVE00005 (CRSTF114096-CRSTF121974) | ESI / Doc Review and Analysis |
| 05/05/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed/coded documents MOVE00008 (CRSTF173136-CRSTF187335) | ESI / Doc Review and Analysis |
| 05/05/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed/coded documents MOVE00008 (CRSTF187348-CRSTF203668) | ESI / Doc Review and Analysis |
| 05/05/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Reviewed/coded documents MOVE00008 (CRSTF194977-CRSTF204445) | ESI / Doc Review and Analysis |
| 05/05/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ 455.00 | Reviewed/coded documents MOVE00012 (CRSTF191461-CRSTF295237) | ESI / Doc Review and Analysis |
| 05/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ staff re depo logistics for CRST depos | Case / Document Administration |
| 05/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ jnd re outreach letter | Class Outreach and Contact |
| 05/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | draft depo questions for D's witnesses re pay plan and interpretation of same; comm w/ npb re same | Depositions |
| 05/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ ESI team re additional data for Experts (incl comm and reports) | Discovery |
| 05/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | review/analysis of D's RFPs on Experts (incl comm and reports) | Discovery |
| 05/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ viscelli re D's rebuttal report | Experts (incl comm and reports) |
| 05/05/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Drafted email to co-counsel re strategy for meet and confer re notice of class action. | Case Development / Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/05/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ 1,080.00 | Videoconference with opposing counsel re D's proposal to extend case deadlines and class member discovery; conference with JGK re strategy for same | Comm w Opposing Counsel |
| 05/05/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.1 | $ 95.00 | Emai to JND regarding setting up ftp site for expert documents | Case / Document Administration |
| 05/08/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Continue Document Review CRSTF284514 | ESI / Doc Review and Analysis |
| 05/08/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Finish batch at CRSTF290510 Check out new batch | ESI / Doc Review and Analysis |
| 05/08/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | CRSTF055481 | ESI / Doc Review and Analysis |
| 05/08/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | CRSTF069375 | ESI / Doc Review and Analysis |
| 05/08/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ 455.00 | CRSTF076046 | ESI / Doc Review and Analysis |
| 05/08/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | Continue Document Review | ESI / Doc Review and Analysis |
| 05/08/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Per Diem - PD00003. | ESI / Doc Review and Analysis |
| 05/08/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Document Review - Per Diem - PD00003. | ESI / Doc Review and Analysis |
| 05/08/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | Document Review - Movement - MOVE00013. | ESI / Doc Review and Analysis |
| 05/08/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.1 | $ 1,365.00 | Document Review - Movement - MOVE00010. | ESI / Doc Review and Analysis |
| 05/08/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed/coded documents MOVE00005 (CRSTF113695-CRSTF121974) | ESI / Doc Review and Analysis |
| 05/08/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed/coded documents PD00002 (CRSTF173136-CRSTF187335) | ESI / Doc Review and Analysis |
| 05/08/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed/coded documents PD00002 (CRSTF187348-CRSTF203668) | ESI / Doc Review and Analysis |
| 05/08/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed/coded documents PD00002 (CRSTF194977-CRSTF204445) | ESI / Doc Review and Analysis |
| 05/08/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed/coded documents PD00002 (CRSTF191461-CRSTF295237) | ESI / Doc Review and Analysis |
| 05/09/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Complete batch @ CRSTF094318 | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/09/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Begin new batch CRSTF302145 | ESI / Doc Review and Analysis |
| 05/09/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | CRSTF316794 | ESI / Doc Review and Analysis |
| 05/09/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Complete batch, turn in batch, Check out new batch. CRSTF011957 | ESI / Doc Review and Analysis |
| 05/09/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.4 | $ 260.00 | Document Review - Per Diem - PD00005. | ESI / Doc Review and Analysis |
| 05/09/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Document Review - Communications re: Pay - CP00002. | ESI / Doc Review and Analysis |
| 05/09/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Document Review - Per Diem - PD00005. | ESI / Doc Review and Analysis |
| 05/09/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ 1,430.00 | Document Review - Per Diem - PD00003. | ESI / Doc Review and Analysis |
| 05/09/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Document Review - Per Diem - PD00005. | ESI / Doc Review and Analysis |
| 05/09/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed/coded documents batch CP00001 (CRSTF001709-CRSTF003712) | ESI / Doc Review and Analysis |
| 05/09/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed/coded documents batch PD00002 (CRSTF153581-CRSTF130054) | ESI / Doc Review and Analysis |
| 05/09/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed/coded documents batch PD00004 (CRSTF202647-CRSTF205882) | ESI / Doc Review and Analysis |
| 05/09/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Reviewed/coded documents batch PD00004 (CRSTF206217-CRSTF214495) | ESI / Doc Review and Analysis |
| 05/09/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed/coded documents batch PD00004 (CRSTF220121-CRSTF225810) | ESI / Doc Review and Analysis |
| 05/10/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | CRSTF012379 | ESI / Doc Review and Analysis |
| 05/10/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Continue Review of Assigned Documents | ESI / Doc Review and Analysis |
| 05/10/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | CRSTF012811 | ESI / Doc Review and Analysis |
| 05/10/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Document Review - Per Diem - PD00003. | ESI / Doc Review and Analysis |
| 05/10/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Document Review - Per Diem - PD00003. | ESI / Doc Review and Analysis |
| 05/10/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed/coded documents CP00001 (CRSTF004173-CRSTF004184) | ESI / Doc Review and Analysis |
| 05/10/2023 | Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Reviewed/coded documents CP00001 (CRSTF004209-CRSTF006398) | ESI / Doc Review and Analysis |
| 05/10/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.2 | $ 1,620.00 | zoom w/ expert Chasworth re (a) analysis of Song rebuttal; and (b) supplemental report | ESI / Doc Review and Analysis |
| 05/10/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.7 | $ 840.00 | Conference with damages expert re strategy for revised expert report. | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/11/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.2 | $ 130.00 | CRSTF012959 | ESI / Doc Review and Analysis |
| 05/11/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Complete batch CP00003 Turn in batch, check out new batch CP00005 begin work on new batch | ESI / Doc Review and Analysis |
| 05/11/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Continue Document Review | ESI / Doc Review and Analysis |
| 05/11/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ 1,495.00 | CRSTF013825 | ESI / Doc Review and Analysis |
| 05/11/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | continue review CRSTF019559 | ESI / Doc Review and Analysis |
| 05/11/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ 1,560.00 | Document Review - Communications re: Pay · CP00004. | ESI / Doc Review and Analysis |
| 05/11/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Communications re: Pay · CP00004. | ESI / Doc Review and Analysis |
| 05/11/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2 | $ 1,300.00 | Document Review - Communications re: Pay · CP00004. | ESI / Doc Review and Analysis |
| 05/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | revise/edit class notice; comm w/ co-counsel re same | Class Outreach and Contact |
| 05/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.9 | $ 1,215.00 | revise/edit class mailing for outreach; comm w jnda re same; comm w/ co-counsel re status on letter and class notice | Class Outreach and Contact |
| 05/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | prep for manager depos | Depositions |
| 05/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | revise/edit depo notices and comm w/ staff re coordination of same | Discovery |
| 05/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.2 | $ 1,620.00 | revise/edit stipulation and joint request re scheduling, discovery, trial date; and statement re class discovery and other pending cases | Pleadings and Stipulations |
| 05/11/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Reviewed and analyzed D's proposal for class member depositions | Case Development / Analysis |
| 05/11/2023 | Tyler Smith (TBS) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Serve NODs of Lori Dicus, Scott Nelson, and Phil Reges. | Case / Document Administration |
| 05/11/2023 | Tyler Smith (TBS) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Finalize Draft NOD of Lori Dicus | Discovery |
| 05/11/2023 | Tyler Smith (TBS) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Finalize Draft NOD of Scott Nelson | Discovery |
| 05/11/2023 | Tyler Smith (TBS) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Finalize Draft NOD of Phil Reges | Discovery |
| 05/12/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | CRSTF020131 | ESI / Doc Review and Analysis |
| 05/12/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | CRSTF021007 | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/12/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Complete Batch at CRSTF021481 Turn in Batch, Check out new batch, continue document reveiw | ESI / Doc Review and Analysis |
| 05/12/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Check out batch CP00007 and begin work. CRSTF025404 CRSTF025434 | ESI / Doc Review and Analysis |
| 05/12/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | CRSTF026316 | ESI / Doc Review and Analysis |
| 05/12/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ 1,430.00 | Document Review - Communications re: Pay - CP00006. | ESI / Doc Review and Analysis |
| 05/12/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ 1,495.00 | Document Review - Communications re: Pay - CP00006. | ESI / Doc Review and Analysis |
| 05/12/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ 1,560.00 | Document Review - Communications re: Pay - CP00004. | ESI / Doc Review and Analysis |
| 05/12/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ trb re class outreac | Case Development / Analysis |
| 05/12/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.2 | $ 1,620.00 | meet with nbp and sb re (a) class notice; (b) stip w/ D on scheduled; (c) depo prep; (d) class outreach; (e) supplemental expert reports and analysis; (f) case strategy | Case Development / Analysis |
| 05/12/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | draft class member questionnaire | Class Outreach and Contact |
| 05/12/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | revise/edit class notice after D's changes/comments | Class Outreach and Contact |
| 05/12/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | review/edit proposed notice and proposed stip re case management deadlines; draft crp to o-c re same and other discovery matters | Comm w Opposing Counsel |
| 05/12/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.2 | $ 1,440.00 | Conference with co-counsel and JGK re trial preparation, extending trial schedule, updating expert reports, and revisions to class notice. | Case Development / Analysis |
| 05/12/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.6 | $ 240.00 | Meeting with JGK regarding imminent USPS mailing going out to class members re:trial witness interest. | Class Outreach and Contact |
| 05/14/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | revise/edit class member interview questionnaire; comm w/ co-counsel and staff re same | Class Outreach and Contact |
| 05/15/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.8 | $ 520.00 | CRSTF026463 | ESI / Doc Review and Analysis |
| 05/15/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Complete Batch at CRSTF026587 turn in batch, check out new batch. | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/15/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ | 975.00 | CRSTF028234 | ESI / Doc Review and Analysis |
| 05/15/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | CRSTF027337 | ESI / Doc Review and Analysis |
| 05/15/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ | 585.00 | CRSTF028326 | ESI / Doc Review and Analysis |
| 05/15/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | CRSTF029449 | ESI / Doc Review and Analysis |
| 05/15/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2 | $ | 1,300.00 | Document Review - Communications re: Pay · CP00009. | ESI / Doc Review and Analysis |
| 05/15/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ | 650.00 | Document Review - Communications re: Pay · CP00009. | ESI / Doc Review and Analysis |
| 05/15/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Document Review - Communications re: Pay · CP00006. | ESI / Doc Review and Analysis |
| 05/15/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ | 810.00 | review/analysis of TRA write up of CM interview; draft f/u memo to TRA re analysis and further updates to questionnaire; draft crp to SB re case analysis based on same | Class Outreach and Contact |
| 05/15/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.1 | $ | 1,485.00 | review/analyze of D's responses and objections to latest RFPs; draft notes/outline for m/c and f/u on same | Discovery |
| 05/15/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | review D's expert discovery requests and prepare instructions for staff on objections/responses for same | Discovery |
| 05/15/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ doc review team re items for m/c | Discovery |
| 05/15/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ viscelli re supp / rebuttal report | Experts (incl comm and reports) |
| 05/15/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | review/edit next draft of proposed stipulation re discovery / case management | Pleadings and Stipulations |
| 05/15/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.3 | $ | 285.00 | Phone call with JGK re: production issues for ESI | ESI / Doc Review and Analysis |
| 05/15/2023 | Sarah Supple (SQP) | Paralegals / Law Clerks | Case Manager | $ 550.00 | 0.3 | $ | 165.00 | Entering deadlines, and associated reminders, into our case management platform based on an email request from the attorney's on this case re: internal deadline to file MTC D's Resp to P's RFPs Set Two | Case / Document Administration |
| 05/15/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Creating relevant outreach folders in case matter folder. | Case / Document Administration |
| 05/15/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.4 | $ | 560.00 | Completed intake with class member over the phone. | Class Outreach and Contact |
| 05/15/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ | 240.00 | Cleaned up intake details gathered from class member prior to sending to case attorney for review. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/15/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Sent intake to case attorney for review. | Class Outreach and Contact |
| 05/15/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ 240.00 | Reviewed incoming call voicemail messages from class members. | Class Outreach and Contact |
| 05/15/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Reviewing class outreach letter and questionnaire. | Class Outreach and Contact |
| 05/15/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.2 | $ 80.00 | Trial Prep Outreach class list review and edits. | Class Outreach and Contact |
| 05/16/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Complete Batch at CRSTF029780 Check in batch, check out new batch. | ESI / Doc Review and Analysis |
| 05/16/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | CRSTF029780 | ESI / Doc Review and Analysis |
| 05/16/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Check out new batch CP00015, begin reviewing documents Review through CRSTF059457 | ESI / Doc Review and Analysis |
| 05/16/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | CRSTF060395 | ESI / Doc Review and Analysis |
| 05/16/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Continue review CRSTF060395 | ESI / Doc Review and Analysis |
| 05/16/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ 455.00 | Complete batch, turn in batch, check out new batch | ESI / Doc Review and Analysis |
| 05/16/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ 455.00 | CRSTF047101 | ESI / Doc Review and Analysis |
| 05/16/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2 | $ 1,300.00 | Document Review - Communications re: Pay CP00009. | ESI / Doc Review and Analysis |
| 05/16/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Document Review - Communications re: Pay CP00010. | ESI / Doc Review and Analysis |
| 05/16/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Document Review - Communications re: Pay CP00010. | ESI / Doc Review and Analysis |
| 05/16/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Document Review - Communications re: Pay CP00011. | ESI / Doc Review and Analysis |
| 05/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ staff re class member intakes and responses to same | Class Outreach and Contact |
| 05/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | coordination with staff re protocols for fielding intake calls from class members; draft various template responses to emails pending further in depth calls | Class Outreach and Contact |
| 05/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.9 | $ 1,215.00 | draft crp to o-c re case management schedule and proposed stipulation, including further edits and explanations for same | Comm w Opposing Counsel |
| 05/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ viscelli re supp report | Experts (incl comm and reports) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/16/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Revising class member questionnaire. | Class Outreach and Contact |
| 05/16/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.6 | $ 640.00 | Reviewing intake questionnaire and making edits and revisions. | Class Outreach and Contact |
| 05/16/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Emailed case attorney confirming plan to revise outreach questionnaire. | Class Outreach and Contact |
| 05/16/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.2 | $ 480.00 | Logging all incoming calls into class list outreach notes. | Class Outreach and Contact |
| 05/16/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.5 | $ 600.00 | Trial Witness Intake review and sharepoint data. | Class Outreach and Contact |
| 05/16/2023 | Tyler Smith (TBS) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.7 | $ 385.00 | Draft discovery Shells in Resp to D's RFPs Set Two and Set Three | Discovery |
| 05/17/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | CRSTF047460 | ESI / Doc Review and Analysis |
| 05/17/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | CRSTF049087 | ESI / Doc Review and Analysis |
| 05/17/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Document Review - Communications re: Pay - CP00012. | ESI / Doc Review and Analysis |
| 05/17/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ 1,560.00 | Document Review - Communications re: Pay - CP00011. | ESI / Doc Review and Analysis |
| 05/17/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Document Review - Communications re: Pay - CP00012. | ESI / Doc Review and Analysis |
| 05/17/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Document Review - Communications re: Pay - CP00012. | ESI / Doc Review and Analysis |
| 05/17/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ staff re questions by CM | Class Outreach and Contact |
| 05/17/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel re missing docs from production and recap of discussion w/ expert re analysis | Comm w Opposing Counsel |
| 05/17/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | prepare for next round of manager depos, including rva of bruebec depo | Depositions |
| 05/17/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | prep for mtg w/ chasworth re expert supp report | Experts (incl comm and reports) |
| 05/17/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.9 | $ 1,215.00 | teams meeting w/ Chasworth re additional data and analysis for supp report | Experts (incl comm and reports) |
| 05/17/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1 | $ 1,200.00 | Conference with damages expert re updated report and analysis of updated class data provided by Defendant. | Experts (incl comm and reports) |
| 05/17/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Emailed case attorney regarding current class outreach plans for case. | Class Outreach and Contact |
| 05/17/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Emailed case attorney regarding class member's intake details. | Class Outreach and Contact |
| 05/17/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Introductory phone call with class member. | Class Outreach and Contact |
| 05/17/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Introductory phone call with class member. | Class Outreach and Contact |
| 05/17/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Introductory phone call with class member. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/17/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.7 | $ 280.00 | Calling back all class members with voicemail messages. | Class Outreach and Contact |
| 05/17/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Updating class SP list with outreach details and notes. | Class Outreach and Contact |
| 05/17/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Drafting email to outreach staff member with class member callback details. | Class Outreach and Contact |
| 05/17/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Emailed case attorney regarding planned daily procedures for class outreach. | Class Outreach and Contact |
| 05/17/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Introductory phone call with class member. | Class Outreach and Contact |
| 05/17/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.2 | $ 480.00 | Receiving, reviewing, recording contact information and interview call request times data from incoming emails in response to class mailing re: trial witness interest. Emails with partners and outreach lead, teams messages regarding same. | Class Outreach and Contact |
| 05/18/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.8 | $ 520.00 | CRSTF050216 | ESI / Doc Review and Analysis |
| 05/18/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | CRSTF050752 | ESI / Doc Review and Analysis |
| 05/18/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | CRSTF050760 | ESI / Doc Review and Analysis |
| 05/18/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Document Review - Communications re: Pay - CP00014. | ESI / Doc Review and Analysis |
| 05/18/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.5 | $ 325.00 | Document Review - Communications re: Pay - CP00014. | ESI / Doc Review and Analysis |
| 05/18/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Communications re: Pay - CP00014. | ESI / Doc Review and Analysis |
| 05/18/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Document Review - Communications re: Pay - CP00012. | ESI / Doc Review and Analysis |
| 05/18/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Document Review - Communications re: Pay - CP00016. | ESI / Doc Review and Analysis |
| 05/18/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel re doc review and expert check-in | Case Development / Analysis |
| 05/18/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel and staff re class member inquiries | Class Outreach and Contact |
| 05/18/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ class member re questions on case | Class Outreach and Contact |
| 05/18/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | final review and check of stips re scheduling and class notice; draft crp to o-c re same | Comm w Opposing Counsel |
| 05/18/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel and staff re D's doc production and verifying complaint set | Discovery |
| 05/18/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.2 | $ 1,620.00 | zoom meeting w/ viscelli re expert report / discovery / response to Song | Experts (incl comm and reports) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/18/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | draft stipulation re class notice proposal for court | Pleadings and Stipulations |
| 05/18/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | revise/edit stipulation on form and manner of class notice; revise stipulation on continuance of trial schedule and clarifying expert discovery/Discovery issues; draft crp to co-counsel re explanation and balancing of same | Pleadings and Stipulations |
| 05/18/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ 720.00 | Conference with industry expert re discovery responses and supplemental report | Experts (incl comm and reports) |
| 05/18/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Reviewed revisions to stipulation to extend case management deadlines and trial; prepared email to co-counsel with analysis of same | Pleadings and Stipulations |
| 05/18/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Updating class list SP page with outreach attempts and incoming call notes from class members. | Class Outreach and Contact |
| 05/18/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.8 | $ 320.00 | Callbacks to class members leaving voicemail messages. | Class Outreach and Contact |
| 05/18/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Weekly Outreach Meeting | Class Outreach and Contact |
| 05/18/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.8 | $ 320.00 | Updating client contact data in SharePoint Class List for outreach follow up. | Class Outreach and Contact |
| 05/19/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2 | $ 1,300.00 | Continue review of document review batch | ESI / Doc Review and Analysis |
| 05/19/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ 1,430.00 | Complete batch at CRSTF051926 .Check in batch. Check out new batch. CP00017 | ESI / Doc Review and Analysis |
| 05/19/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | CRSTF065022 | ESI / Doc Review and Analysis |
| 05/19/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Continue Document Review. | ESI / Doc Review and Analysis |
| 05/19/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | CRSTF066064 | ESI / Doc Review and Analysis |
| 05/19/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ 1,560.00 | Document Review - Communications re: Pay - CP00016. | ESI / Doc Review and Analysis |
| 05/19/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | prep for regus deposition; draft questions and outline | Depositions |
| 05/19/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.1 | $ 1,485.00 | review/analyze hot docs and prep for manager depos | Depositions |
| 05/19/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review and assess supp doc production | Discovery |
| 05/19/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | draft memo on areas to explore/develop for supp report to address Song | Experts (incl comm and reports) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/19/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ | 480.00 | Drafted email to co-counsel and JGK re strategy for straight time claim at trial, based on expense reimbursement theory. | Case Development / Analysis |
| 05/19/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.9 | $ | 855.00 | Document Export for PMK Deposition Preparation (Direct Communications) | Discovery |
| 05/19/2023 | Sarah Supple (SQP) | Paralegals / Law Clerks | Case Manager | $ 550.00 | 0.2 | $ | 110.00 | Drafting an email to Steno to confirm the virtual conference links and court reporter reservation for our upcoming depositions in this case. | Case / Document Administration |
| 05/19/2023 | Sarah Supple (SQP) | Paralegals / Law Clerks | Case Manager | $ 550.00 | 0.2 | $ | 110.00 | Booking the virtual link and court reporting services for the two depositions on May 23 and May 25. | Case / Document Administration |
| 05/19/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ | 40.00 | Gathered class member details and forwarded to outreach staff member for scheduled intake callback. | Class Outreach and Contact |
| 05/19/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ | 40.00 | Gathered class member details and forwarded to outreach staff member for scheduled intake callback. | Class Outreach and Contact |
| 05/19/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Messaging outreach supervisor about class list outreach status. | Class Outreach and Contact |
| 05/19/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Initial phone call with class member. Scheduled later call for intake. | Class Outreach and Contact |
| 05/19/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Initial call with class member. Noted availability for later intake call. | Class Outreach and Contact |
| 05/19/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.8 | $ | 320.00 | Updating class list SP page with recent outreach attempts and notes from class members. | Class Outreach and Contact |
| 05/19/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Updating class list SP page with recent outreach attempts and notes from class members. | Class Outreach and Contact |
| 05/20/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ | 585.00 | CRSTF066928 | ESI / Doc Review and Analysis |
| 05/20/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ | 1,430.00 | Complete batch, begin review of new batch CP00018 to CRSTF068661 | ESI / Doc Review and Analysis |
| 05/20/2023 | Moises Jrade (MXJ) | Of Counsel / Associates | Staff Attorney | $ 1,150.00 | 0.6 | $ | 690.00 | Started drafting Questionnaire | Class Outreach and Contact |
| 05/21/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | telecon w/ class member re responding to inquiry on case; make notes for staff and depo outline | Class Outreach and Contact |
| 05/22/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | CRSTF070335 | ESI / Doc Review and Analysis |
| 05/22/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Complete Batch, Check in batch check out new batch. Begin work on new batch | ESI / Doc Review and Analysis |
| 05/22/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ | 780.00 | CRSTF071063 | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/22/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | comm w/ TRB re class outreach status and questions | Class Outreach and Contact |
| 05/22/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.6 | $ | 2,160.00 | continue prep for regus and manager depos | Depositions |
| 05/22/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ | 1,350.00 | review/analyze bruebeck depo and make notes for regus depo prep | Depositions |
| 05/22/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | prep for regus depo | Depositions |
| 05/22/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ | 1,755.00 | prep for operations manager depo, including drafting outline; reviewing previous pmq depo | Depositions |
| 05/22/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.3 | $ | 3,105.00 | prep for regus dep including review and analysis of various docs and prep of outline/questions | Depositions |
| 05/22/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ | 1,350.00 | zoom w/ Viscelli re depo prep for manage depos | Experts (incl comm and reports) |
| 05/22/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ | 1,320.00 | Conference with industry expert re depo prep and supplemental report | Experts (incl comm and reports) |
| 05/22/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ | 400.00 | Callbacks to class members for initial contact and intake scheduling. | Class Outreach and Contact |
| 05/22/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.4 | $ | 560.00 | Callbacks to class members for initial contact and intake scheduling. | Class Outreach and Contact |
| 05/22/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Initial call back with class member. Answered questions and noted later intake call availability. | Class Outreach and Contact |
| 05/22/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Initial call back with class member. Answered questions and noted later intake call availability. | Class Outreach and Contact |
| 05/22/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Initial call back with class member. Answered questions and noted later intake call availability. | Class Outreach and Contact |
| 05/22/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Initial call back with class member. Answered questions and noted later intake call availability. | Class Outreach and Contact |
| 05/22/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Initial call back with class member. Answered questions and noted later intake call availability. | Class Outreach and Contact |
| 05/22/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Initial call back with class member. Answered questions and noted later intake call availability. | Class Outreach and Contact |
| 05/22/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Initial call back with class member. Answered questions and noted later intake call availability. | Class Outreach and Contact |
| 05/23/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ | 1,560.00 | CRSTF069085 | ESI / Doc Review and Analysis |
| 05/23/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2 | $ | 1,300.00 | Complete Huckaby batch. Turn in same | ESI / Doc Review and Analysis |
| 05/23/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ | 1,495.00 | CRSTF076023 | ESI / Doc Review and Analysis |
| 05/23/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ | 945.00 | final prep for regus depo | Depositions |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/23/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 6.8 | $ 9,180.00 | take regus depo | Depositions |
| 05/23/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | prep outline for regus depo | Depositions |
| 05/23/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.6 | $ 570.00 | Running Keyword searches on Relativity for upcoming 30b6 depositions preparation | ESI / Doc Review and Analysis |
| 05/23/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 1.4 | $ 1,330.00 | Indexing and Transfering Deposition documents for Scott Nelson for Depo Preparation | ESI / Doc Review and Analysis |
| 05/23/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.3 | $ 920.00 | Tracking and fielding incoming calls and emails in SharePoint class list. Email replies. | Class Outreach and Contact |
| 05/24/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | CRSTF073256 | ESI / Doc Review and Analysis |
| 05/24/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ 455.00 | Continue Review CRSTF076910 | ESI / Doc Review and Analysis |
| 05/24/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.5 | $ 325.00 | Complete Batch CP00020 Check in as completed. Transition to other case. | ESI / Doc Review and Analysis |
| 05/24/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | draft responses to various class member inquiries re case and next steps | Class Outreach and Contact |
| 05/24/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | prep for nelson depo, including review of remaining brueck depo and exhibits | Depositions |
| 05/24/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | prepare questions / exhibits / outline for nelson depo | Depositions |
| 05/24/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.2 | $ 2,970.00 | prep for Nelson depo | Depositions |
| 05/24/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Initial phone call with class member. Answered general questions and determined later callback availability. | Class Outreach and Contact |
| 05/24/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.7 | $ 280.00 | Called class members for initial contact and intakes. Left voicemails. | Class Outreach and Contact |
| 05/24/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Phone call with class member for initial contact and case details. | Class Outreach and Contact |
| 05/24/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.4 | $ 560.00 | Updating class list's SP page with recent class member call details. | Class Outreach and Contact |
| 05/24/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.5 | $ 600.00 | Drafting trial witness update email for case attorney. | Class Outreach and Contact |
| 05/24/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2 | $ 800.00 | Teams messages with law clerk regarding interviews, production, reporting, etc. Tracking incoming emails, updating class member data, and noting interview interest. | Case / Document Administration |
| 05/25/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | review/respond to class member inquiries | Class Outreach and Contact |
| 05/25/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | review/respond to class member inquiries | Class Outreach and Contact |
| 05/25/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | final prep for nelson depo | Depositions |
| 05/25/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 4.5 | $ 6,075.00 | take nelson depo | Depositions |
| 05/25/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | make notes for file of nelson depo (post depo) | Depositions |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/25/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | prep for nelson depo; review nelson emails | Depositions |
| 05/25/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | review/check D's next draft of stips on case schedule and class notice; comm w/ co-counsel re same | Pleadings and Stipulations |
| 05/25/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.2 | $ 480.00 | Updating class list SP page with recent class member call details. | Class Outreach and Contact |
| 05/25/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Initial contact call with class member. | Class Outreach and Contact |
| 05/25/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Initial contact call with class member. | Class Outreach and Contact |
| 05/25/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.6 | $ 640.00 | Reviewing and tracking incoming class member emails responding to our mailing. Drafting and sending reply emails and updating SharePoint notes and data. | Class Outreach and Contact |
| 05/25/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | draft file memo re themes and rhetorical questions for briefing and further depos | Case Development / Analysis |
| 05/26/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel re depo summaries/highlights | Case Development / Analysis |
| 05/26/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ 1,755.00 | final review and editing of various stips proposed class notice, proposed continuance, and draft crp to oc re same | Pleadings and Stipulations |
| 05/26/2023 | Sarah Supple (SQP) | Paralegals / Law Clerks | Case Manager | $ 550.00 | 0.2 | $ 110.00 | Entering deadlines, and associated reminders, into our case management platform based on an email request from the attorney's on this case re: D's Production | Case / Document Administration |
| 05/26/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.8 | $ 320.00 | Drafting outreach update email for case attorney. | Class Outreach and Contact |
| 05/26/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Prepped for intake and called class member. | Class Outreach and Contact |
| 05/26/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Updating class list SP page with recent class member call details. | Class Outreach and Contact |
| 05/26/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.5 | $ 600.00 | Reviewing recent call details from class members and new SP page details. | Class Outreach and Contact |
| 05/26/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.7 | $ 280.00 | Teams chats and emails regarding interview calls; tracking incoming emails from class members in SharePoint, drafting replies to same. | Class Outreach and Contact |
| 05/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ nbp re case strategy and theory of liability for team driver split tasks | Case Development / Analysis |
| 05/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ staff and co-counsel re outreach and CM inquiries | Case Development / Analysis |
| 05/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.7 | $ 2,295.00 | review and respond to class member intakes; comm trb re various questions from class members | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | further class outreach calls and review of emails; class member docs and contemporaneous records re time spent fueling | Class Outreach and Contact |
| 05/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ staff re filing details / logistics of stipulations and proposed orders re class notice and case schedule | Pleadings and Stipulations |
| 05/30/2023 | Lourdes Castro (LEC) | Paralegals / Law Clerks | Jr. Paralegal | $ 500.00 | 0.2 | $ 100.00 | serving proposed orders to courtroom deputy | Case / Document Administration |
| 05/30/2023 | Lourdes Castro (LEC) | Paralegals / Law Clerks | Jr. Paralegal | $ 500.00 | 1.8 | $ 900.00 | finalizing and filing joint stipulations re CMC and class notice | Case / Document Administration |
| 05/30/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.6 | $ 1,040.00 | Fielding and returning incoming calls, researching incoming callers in SharePoint class list, email review and response, tracking all comms in SP, Emails with partner regarding same. Inputting intake data into sharepoint. | Class Outreach and Contact |
| 05/31/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1 | $ 400.00 | Reviewing incoming calls and emails, tracking in SharePoint class list, replying to emails, returning phone calls. Tracking 11 incoming interview docs' data in SharePoint. | Class Outreach and Contact |
| 06/01/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | review and assess various class member inquiries; comm w/ outreach staff re responses to same | Class Outreach and Contact |
| 06/01/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ chasworth re case status and supp reports | Experts (incl comm and reports) |
| 06/01/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.1 | $ 840.00 | trial witness interview with class member; tracked in SP and assigned to weekend outreach staff for follow up call. | Class Outreach and Contact |
| 06/02/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | review/audit class member inquiries; comm w/ trb re triage and approach for responses | Class Outreach and Contact |
| 06/02/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ class member re case inquiry and experience | Class Outreach and Contact |
| 06/02/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.8 | $ 720.00 | Emails and reporting to partner regarding trial witness outreach. Fielding incoming calls, assignments in Sharepoint for follow up and interviews, tracking co-counsel interview data in SharePoint. | Class Outreach and Contact |
| 06/03/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review/assess intake notices from CMs; make notes for expert reports | Experts (incl comm and reports) |
| 06/03/2023 | Moises Jrade (MXJ) | Of Counsel / Associates | Staff Attorney | $ 1,150.00 | 0.8 | $ 920.00 | Outgoing call to do a trial witness interview. | Class Outreach and Contact |
| 06/03/2023 | Moises Jrade (MXJ) | Of Counsel / Associates | Staff Attorney | $ 1,150.00 | 0.7 | $ 805.00 | Started drafting CM interview notes onto questionnaire. | Class Outreach and Contact |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/04/2023 | Moises Jrade (MXJ) | Of Counsel / Associates | Staff Attorney | $ 1,150.00 | 1 | $ | 1,150.00 | Outgoing call to do trial witness questionnaire. | Class Outreach and Contact |
| 06/04/2023 | Moises Jrade (MXJ) | Of Counsel / Associates | Staff Attorney | $ 1,150.00 | 0.9 | $ | 1,035.00 | Started drafting intake notes onto trial witness questionnaire. | Class Outreach and Contact |
| 06/04/2023 | Moises Jrade (MXJ) | Of Counsel / Associates | Staff Attorney | $ 1,150.00 | 1.1 | $ | 1,265.00 | Outgoing call to possible trial witness | Class Outreach and Contact |
| 06/04/2023 | Moises Jrade (MXJ) | Of Counsel / Associates | Staff Attorney | $ 1,150.00 | 0.3 | $ | 345.00 | Started drafting notes onto trial witness questionnaire. | Class Outreach and Contact |
| 06/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ class member re experience and claims | Class Outreach and Contact |
| 06/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ o-c re expert discovery responses | Comm w Opposing Counsel |
| 06/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | draft/revise objections/responses to expert discovery | Discovery |
| 06/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.3 | $ | 3,105.00 | con't draft/revise responses to d's expert discovery requests | Discovery |
| 06/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | review D's doc production and comm w/ ESI team re search/analysis of same | Discovery |
| 06/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | final review/edit of expert discovery responses; comm w/ staff re same | Discovery |
| 06/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ chasworth re next steps, discovery responses, and supp report | Experts (incl comm and reports) |
| 06/05/2023 | Lourdes Castro (LEC) | Paralegals / Law Clerks | Jr. Paralegal | $ 500.00 | 1 | $ | 500.00 | Finalizing and serving documents | Case / Document Administration |
| 06/05/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.7 | $ | 280.00 | Outgoing calls, fielding incoming calls and emails, tracking responses and contact information in SharePoint, saving interview files in casefile, tracking interview progress. | Class Outreach and Contact |
| 06/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ | 810.00 | draft outline of response to o-c re class member depos; draft strategy memo to co-counsel re same | Comm w Opposing Counsel |
| 06/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | zoom mtg w viscelli re discovery responses; new case schedule; and next steps | Experts (incl comm and reports) |
| 06/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | draft crp to RB re preparation of files for expert review; review of D's expert's discovery folders; prep for viscelli doc production | Experts (incl comm and reports) |
| 06/06/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.1 | $ | 95.00 | Email to JND re: ftp Site for Exper Documents | ESI / Doc Review and Analysis |
| 06/06/2023 | Sarah Supple (SQP) | Paralegals / Law Clerks | Case Manager | $ 550.00 | 2.3 | $ | 1,265.00 | Entering deadlines, and associated reminders, into our case management platform based on an email request from the attorney's on this case re: ECF 90 continuing Trial to March 2024 | Case / Document Administration |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/06/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.2 | $ 880.00 | Preparing and circulating trial witness interview assignment emails with protocols, script and links. Training meeting with law clerk regarding assignment. Fielding and returning incoming calls re:trial witness interviews. | Class Outreach and Contact |
| 06/07/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Reviewed case documents and memo. | ESI / Doc Review and Analysis |
| 06/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Review and prepare for class member outreach. | Class Outreach and Contact |
| 06/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.7 | $ 680.00 | Class Member Interview | Class Outreach and Contact |
| 06/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.9 | $ 760.00 | Draft-Class Member Intake Interview. Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.3 | $ 520.00 | Call client to complete Class Member Intake | Class Outreach and Contact |
| 06/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ 240.00 | Client Interview Completion with Team Drivers TD and RS | Class Outreach and Contact |
| 06/07/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Communications with JGK and co-counsel re strategy for responding to D's proposal re class member depositions | Case Development / Analysis |
| 06/07/2023 | Sarah Supple (SQP) | Paralegals / Law Clerks | Case Manager | $ 550.00 | 0.2 | $ 110.00 | Entering deadlines, and associated reminders, into our case management platform based on an email request re: Depo of Lori Dicus moved dates. | Case / Document Administration |
| 06/07/2023 | Sarah Supple (SQP) | Paralegals / Law Clerks | Case Manager | $ 550.00 | 0.3 | $ 165.00 | Entering deadlines, and associated reminders, into our case management platform based on an email request re: internal deadline to file MTC for D's Resp to P's RFPs Set 3 | Case / Document Administration |
| 06/07/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.4 | $ 560.00 | Trial witness outreach; tracking incoming calls and emails, returning both, scheduling interview appts. assigning interview appts to outreach team. | Class Outreach and Contact |
| 06/08/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Reviewed documents. Bates #s CRSTF079683 to CRSTF079849. | ESI / Doc Review and Analysis |
| 06/08/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.7 | $ 280.00 | Intake Class List Completion AV. Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/08/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.3 | $ 520.00 | Complete Class Member Intake in Class List-SharePoint TD, RS. Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/08/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | draft crp to class member re case inquiry; conf w/ trb re class outreach responses and questions | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/08/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.7 | $ 2,295.00 | zoom call w/ expert and co-counsel re supplemental report and analysis, followed by strategy/planning check-in w/ co-counsel | Experts (incl comm and reports) |
| 06/08/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Conference with co-counsel and JGK re strategy for class member depositions. | Case Development / Analysis |
| 06/08/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.4 | $ 1,680.00 | Conference with damages expert re strategy for supplemental report, deposition prep and trial prep | Experts (incl comm and reports) |
| 06/08/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.7 | $ 680.00 | Returning incoming calls and emails. Tracking in SharePoint. Assignments to outreach lead for scheduled interview appts. Meeting by phone regarding same with partner. EMails to outreach lead re: additional script content and dialog notes. | Class Outreach and Contact |
| 06/09/2023 | Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.3 | $ 195.00 | Disussion with colleagues about how to apply "Paid By Load" and "Policy Document" tags in this review. | ESI / Doc Review and Analysis |
| 06/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 06/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 06/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 06/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 06/09/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents. Bates #s CRSTF080267 to CRSTF081384. | ESI / Doc Review and Analysis |
| 06/09/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents. Bates #s CRSTF081420 to CRSTF082318. | ESI / Doc Review and Analysis |
| 06/09/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents. Bates #s CRSTF079850 to CRSTF080255. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/09/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents. Bates #s CRSTF082324 to CRSTF082730. | ESI / Doc Review and Analysis |
| 06/09/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Reviewed documents. Bates #s CRSTF083008 to CRSTF086022. | ESI / Doc Review and Analysis |
| 06/09/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.5 | $ 600.00 | Class Member Intake with IA | Class Outreach and Contact |
| 06/09/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | IA Class Member intake/questionnaire review, edit, document, upload. | Class Outreach and Contact |
| 06/09/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.8 | $ 320.00 | Class Member Intake completed with client TJ | Class Outreach and Contact |
| 06/09/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called client GN to complete intake. Client asked to be scheduled for intake next week. | Class Outreach and Contact |
| 06/09/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called client. Scheduled appointment. | Class Outreach and Contact |
| 06/09/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called client for intake. Client requested call back for an intake next week. | Class Outreach and Contact |
| 06/09/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Reviewed, edited, and uploaded document after Class Member intake TJ | Class Outreach and Contact |
| 06/09/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Client MK called back to discuss intake. Scheduled an appointment for any time next week (Week of June 11) to complete interview. | Class Outreach and Contact |
| 06/09/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | draft crp to co-counsel re strategy on CM depo process | Case Development / Analysis |
| 06/09/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.6 | $ 2,160.00 | review/analyze D's authorities for 35 CM depositions; draft meet and confer response letter re same | Comm w Opposing Counsel |
| 06/09/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review/finalize email to oc for m/c on CM depositions | Comm w Opposing Counsel |
| 06/09/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Drafted email to JGK and co-counsel re strategy for responding to D's request for class member depositions. | Case Development / Analysis |
| 06/09/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.4 | $ 560.00 | Internal communications and meetings regarding trial witness interviews. Returning calls and emails to class members regarding same. | Class Outreach and Contact |
| 06/10/2023 | Moises Jrade (MXJ) | Of Counsel / Associates | Staff Attorney | $ 1,150.00 | 0.3 | $ 345.00 | Prepared for and made outgoing call to trial witness | Class Outreach and Contact |
| 06/12/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/12/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/12/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/12/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/12/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/12/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.4 | $ | 260.00 | Drafted email to CXC re: proposed additional Issue Codes for Relativity coding panel | ESI / Doc Review and Analysis |
| 06/12/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents. Bates #s CRSTF086031 to CRSTF086278. | ESI / Doc Review and Analysis |
| 06/12/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ | 780.00 | Reviewed documents. Bates #s CRSTF092352 to CRSTF093551. | ESI / Doc Review and Analysis |
| 06/12/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ | 650.00 | Reviewed documents. Bates #s CRSTF090166 to CRSTF090557. | ESI / Doc Review and Analysis |
| 06/12/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents. Bates #s CRSTF090570 to CRSTF092350. | ESI / Doc Review and Analysis |
| 06/12/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.4 | $ | 260.00 | Drafted email to RAB re: proposed additional Issue Codes for Relativity coding panel | ESI / Doc Review and Analysis |
| 06/12/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ | 780.00 | Reviewed documents. Bates #s CRSTF086280 to CRSTF086651. | ESI / Doc Review and Analysis |
| 06/12/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Client IA intake info updated in Sharepoint | Class Outreach and Contact |
| 06/12/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ | 360.00 | Completed client intake [REDACT]. | Class Outreach and Contact |
| 06/12/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ | 200.00 | Review, revised, edit questionnnaire [REDACT] and uploaded in SharePoint | Class Outreach and Contact |
| 06/12/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ | 120.00 | Document - SharePoint EXCEL information client [REDACT] intake. | Class Outreach and Contact |
| 06/12/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ | 120.00 | Input client [REDACT] info in EXCEL SharePoint | Class Outreach and Contact |
| 06/12/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ | 400.00 | Contacted client [REDACT] to complete class member intake. | Class Outreach and Contact |
| 06/12/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ | 240.00 | Edit, review, revise, and upload client questionnaire (REDACT) in Sharepoint. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/12/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.6 | $ 640.00 | Internal communications regarding trial witness interview follow up appts. Fielding and returning incoming calls from class members. | Class Outreach and Contact |
| 06/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/13/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Reviewed documents. Bates #s CRSTF093733 to CRSTF095316. | ESI / Doc Review and Analysis |
| 06/13/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents. Bates #s CRSTF098827 to CRSTF101591. | ESI / Doc Review and Analysis |
| 06/13/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents. Bates #s CRSTF101593 to CRSTF102754. | ESI / Doc Review and Analysis |
| 06/13/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed documents. Bates #s CRSTF102757 to CRSTF103970. | ESI / Doc Review and Analysis |
| 06/13/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents. Bates #s CRSTF103972 to CRSTF105290. | ESI / Doc Review and Analysis |
| 06/13/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.3 | $ 520.00 | Interview call with client. Completed intake. | Class Outreach and Contact |
| 06/13/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/13/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Interview call with client. Completed intake. | Class Outreach and Contact |
| 06/13/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/13/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Reviewing outreach script/ trial witness questionnaire in advance of outgoing calls to class members. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | conf w/ nbp re depo prep and issues to explore (CRST payroll depo) | Depositions |
| 06/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | telecon w/ RB re expert discovery production | Discovery |
| 06/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | review expert docs / data for production and comm w/ ESI staff re same | Experts (incl comm and reports) |
| 06/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | telecon w/ chasworth re discovery | Experts (incl comm and reports) |
| 06/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | telecon w/ Chasworth re expert discovery and accounting of data produce / gaps re same | Experts (incl comm and reports) |
| 06/13/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.4 | $ 380.00 | Review of Documents received from Export for Production to Defendants | Discovery |
| 06/13/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.4 | $ 560.00 | Internal and communications regarding trial witness outreach progress. Returning and fielding incoming calls regarding trial witness interviews. Tracking data and assignments. | Class Outreach and Contact |
| 06/14/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | Reviewed documents. Bates #s CRSTF110610 to CRSTF111018. | ESI / Doc Review and Analysis |
| 06/14/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | Reviewed documents. Bates #s CRSTF111032 to CRSTF111162. | ESI / Doc Review and Analysis |
| 06/14/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents. Bates #s CRSTF105298 to CRSTF105714. | ESI / Doc Review and Analysis |
| 06/14/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents. Bates #s CRSTF105720 to CRSTF106212. | ESI / Doc Review and Analysis |
| 06/14/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents. Bates #s CRSTF108116 to CRSTF108929. | ESI / Doc Review and Analysis |
| 06/14/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents. Bates #s CRSTF108930 to CRSTF110608. | ESI / Doc Review and Analysis |
| 06/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.2 | $ 480.00 | Interview call with client. Completed intake. | Class Outreach and Contact |
| 06/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called cliet to discuss intake. [REDACT] | Class Outreach and Contact |
| 06/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called client to discuss intake. [REDACT] | Class Outreach and Contact |
| 06/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Called client to discuss intake and provide information about the case. Client expressed interest. Requested a call back. | COM-CLI |
| 06/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Called client to discuss intake and provide information about the case. Client expressed interest. Requested a call back. | COM-CLI |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Called client to discuss intake and provide information about the case. Client expressed interest. Requested a call back. | COM-CLI |
| 06/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called client to discuss intake and provide information about the case. Client expressed interest. Requested a call back. | COM-CLI |
| 06/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.2 | $ 480.00 | Interview call with client. Completed intake. | COM-CLI |
| 06/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Reviewing daily billing totals and timeslip accuracy. | Draft-Review |
| 06/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ 240.00 | Made edits with additional content and finalized draft of interview document. | DRA-REV |
| 06/14/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | draft crp to o-c re expert discovery | Comm w Opposing Counsel |
| 06/14/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | review portols and links for expert discovery production; comm w tbs re same | Discovery |
| 06/14/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ 120.00 | Fielding incoming calls from class members regarding trial witness participation | COM-CLI |
| 06/15/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents. Bates #s CRSTF111165 to CRSTF112075. | ESI / Doc Review and Analysis |
| 06/15/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents. Bates #s CRSTF112093 to CRSTF112388. | ESI / Doc Review and Analysis |
| 06/15/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.8 | $ 520.00 | Reviewed documents. Bates #s CRSTF112395 to CRSTF112694. | ESI / Doc Review and Analysis |
| 06/15/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents. Bates #s CRSTF115498 to CRSTF116562. | ESI / Doc Review and Analysis |
| 06/15/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents. Bates #s CRSTF116571 to CRSTF117399. | ESI / Doc Review and Analysis |
| 06/15/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.5 | $ 600.00 | Interview call with client. Completed intake. | Class Outreach and Contact |
| 06/15/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Interview call with client. Complete intake. | Class Outreach and Contact |
| 06/15/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Interview call with client. [REDACT] | Class Outreach and Contact |
| 06/15/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/15/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Drafted and sent correspondence regarding new information obtained during intake interview. | Class Outreach and Contact |
| 06/15/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Case consultation with TB about client intake and documentation. | Class Outreach and Contact |
| 06/15/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/15/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/15/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Reviewing outreach script/ trial witness questionnaire in advance of outgoing calls to class members. | Class Outreach and Contact |
| 06/15/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.6 | $ 240.00 | Returning and fielding incoming calls from class member re: trial witness letter. Notes and scheduling interviews. | Class Outreach and Contact |
| 06/16/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents. Bates #s CRSTF118939 to CRSTF120234. | ESI / Doc Review and Analysis |
| 06/16/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents. Bates #s CRSTF122890 to CRSTF123715. | ESI / Doc Review and Analysis |
| 06/16/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed documents. Bates #s CRSTF120249 to CRSTF122803. | ESI / Doc Review and Analysis |
| 06/16/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Reviewed documents. Bates #s CRSTF117431 to CRSTF117827. | ESI / Doc Review and Analysis |
| 06/16/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents. Bates #s CRSTF117852 to CRSTF118936. | ESI / Doc Review and Analysis |
| 06/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Incoming call. Completed client intake. | Class Outreach and Contact |
| 06/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.3 | $ 520.00 | Interview call with client. Completed intake. | Class Outreach and Contact |
| 06/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Interview call with client. Completed intake. | Class Outreach and Contact |
| 06/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 06/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 06/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 06/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Reviewing outreach script/ trial witness questionnaire in advance of outgoing calls to class members. | Class Outreach and Contact |
| 06/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | zoom w viscelli re supp report | Experts (incl comm and reports) |
| 06/20/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.5 | $ 600.00 | Interview call with client. Completed intake. | Class Outreach and Contact |
| 06/20/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 06/20/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.1 | $ 440.00 | Called client to discuss intake. Completed intake questionnaire. | Class Outreach and Contact |
| 06/20/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called client to discuss intake. Requested call back during morning hours. | Class Outreach and Contact |
| 06/20/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ 240.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/20/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Reviewing outreach script/ trial witness questionnaire in advance of outgoing calls to class members. | Class Outreach and Contact |
| 06/20/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.1 | $ 3,720.00 | Preparation for taking deposition of Lori Dicus | Depositions |
| 06/20/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.5 | $ 200.00 | Teams chats with staff attorney regarding trial witness outreach progress and protocols. | Class Outreach and Contact |
| 06/21/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/21/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/21/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/21/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/21/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/21/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called client to discuss intake. [REDACT] | Class Outreach and Contact |
| 06/21/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.1 | $ 440.00 | Interview call with client. Completed intake. | Class Outreach and Contact |
| 06/21/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.2 | $ 480.00 | Interview call with client. Completed intake. | Class Outreach and Contact |
| 06/21/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called client to discuss intake. [REDACT] | Class Outreach and Contact |
| 06/21/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called client to discuss intake. [REDACT] | Class Outreach and Contact |
| 06/21/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called client to discuss intake. [REDACT] | Class Outreach and Contact |
| 06/21/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/21/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/21/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/21/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ 240.00 | Reviewing outreach script/ trial witness questionnaire in advance of outgoing calls to class members. | Class Outreach and Contact |
| 06/21/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Conference with JGK re strategy for depo of Dicus | Depositions |
| 06/21/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.1 | $ 4,920.00 | Preparation for deposition of Ann Dicus | Depositions |
| 06/21/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.7 | $ 280.00 | Relaying instruction between partner and staff attorney, fielding and returning incoming calls and emails, tracking outreach and progress in class list and firm records. | Class Outreach and Contact |
| 06/22/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/22/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/22/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/22/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/22/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/22/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/22/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/22/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/22/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.1 | $ 440.00 | Interview call with client. Completed intake. | Class Outreach and Contact |
| 06/22/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Interview call with client. Completed intake. | Class Outreach and Contact |
| 06/22/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Interview call with client. Completed intake. | Class Outreach and Contact |
| 06/22/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.3 | $ 5,160.00 | Preparation for deposition of Ann Dicus | Depositions |
| 06/23/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/23/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/23/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/23/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/23/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/23/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Interview call with client. Completed intake. | Class Outreach and Contact |
| 06/23/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Interview call with client. Completed intake. | Class Outreach and Contact |
| 06/23/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Called client to discuss intake. Completed intake. | Class Outreach and Contact |
| 06/23/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.8 | $ 320.00 | Interview call with client. Completed intake. | Class Outreach and Contact |
| 06/23/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/23/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 06/23/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 06/23/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/23/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | Strategy w nbp re payroll manager depo prep | Depositions |
| 06/23/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.5 | $ 5,400.00 | Preparation for taking deposition of Lori Ann Dicus | Depositions |
| 06/23/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.1 | $ 40.00 | Reviewing and analyzing trial witness outreach interview and data tracking progress. | Class Outreach and Contact |
| 06/26/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/26/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/26/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/26/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/26/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/26/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF136426 to CRSTF136952. | ESI / Doc Review and Analysis |
| 06/26/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Reviewed docs Bates # CRSTF136966 to CRSTF137719. | ESI / Doc Review and Analysis |
| 06/26/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ 455.00 | Reviewed docs Bates # CRSTF125049 to CRSTF125426. | ESI / Doc Review and Analysis |
| 06/26/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed docs Bates # CRSTF135502 to CRSTF136372. | ESI / Doc Review and Analysis |
| 06/26/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Reviewed docs Bates # CRSTF123717 to CRSTF124552. | ESI / Doc Review and Analysis |
| 06/26/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF124557 to CRSTF124932. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/26/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Reviewing outreach script/ trial witness questionnaire in advance of outgoing calls to class members. | Class Outreach and Contact |
| 06/26/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called client to discuss intake. [REDACT] | Class Outreach and Contact |
| 06/26/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Incoming call from class member. [REDACT] | Class Outreach and Contact |
| 06/26/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.1 | $ 440.00 | Called class member to discuss intake. Completed questionnaire/trial witness intake. | Class Outreach and Contact |
| 06/26/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called class member to discuss intake. [REDACT] | Class Outreach and Contact |
| 06/26/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Called class member to discuss intake. Completed witness intake interview. | Class Outreach and Contact |
| 06/26/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/26/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called class member to discuss intake. [REDACT] | Class Outreach and Contact |
| 06/26/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/26/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Called class member to discuss intake. Completed questionniare. | Class Outreach and Contact |
| 06/26/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/26/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | telecon w/ nbp re progress of payroll deposition and last questions to explore re same | Depositions |
| 06/26/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.7 | $ 840.00 | Preparation for deposition of Lori Dicus (Payroll) | Depositions |
| 06/26/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.9 | $ 3,480.00 | Took deposition of Lori Dicus (Payroll Supervisor) | Depositions |
| 06/26/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.2 | $ 80.00 | Researching and referring incoming calls to outreach case lead for follow up | Class Outreach and Contact |
| 06/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/27/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Reviewed docs Bates # CRSTF141548 to CRSTF141578. | ESI / Doc Review and Analysis |
| 06/27/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF137729 to CRSTF137867. | ESI / Doc Review and Analysis |
| 06/27/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF137876 to CRSTF138120. | ESI / Doc Review and Analysis |
| 06/27/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ 455.00 | Reviewed docs Bates # CRSTF138137 to CRSTF138282. | ESI / Doc Review and Analysis |
| 06/27/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Reviewed docs Bates # CRSTF141331 to CRSTF141529. | ESI / Doc Review and Analysis |
| 06/27/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Called to discuss matter and intake. [REDACT] | Class Outreach and Contact |
| 06/27/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called class member to discuss intake. [REDACT] | Class Outreach and Contact |
| 06/27/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.1 | $ 440.00 | Interview call with class member. Completed intake. | Class Outreach and Contact |
| 06/27/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/27/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 06/27/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.1 | $ 440.00 | Interview call with class member. Completed intake | Class Outreach and Contact |
| 06/27/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.7 | $ 280.00 | Made edits with additional content, tracking, and finalized draft of interview document. | Class Outreach and Contact |
| 06/27/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.2 | $ 80.00 | Reviewing incoming call message; Fielding incoming calls and emails; referring to Outreach lad for further follow up. | Class Outreach and Contact |
| 06/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 06/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ | 650.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 06/28/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates # CRSTF141549 to CRSTF142432. | ESI / Doc Review and Analysis |
| 06/28/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates # CRSTF142436 to CRSTF143516. | ESI / Doc Review and Analysis |
| 06/28/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.3 | $ | 195.00 | Reviewed docs Bates # CRSTF144033 to CRSTF144563. | ESI / Doc Review and Analysis |
| 06/28/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.2 | $ | 130.00 | Reviewed docs Bates # CRSTF147340 to CRSTF147533. | ESI / Doc Review and Analysis |
| 06/28/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ | 780.00 | Reviewed docs Bates # CRSTF147562 to CRSTF148968. | ESI / Doc Review and Analysis |
| 06/28/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ | 780.00 | Reviewed docs Bates # CRSTF148989 to CRSTF149967. | ESI / Doc Review and Analysis |
| 06/28/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed docs Bates # CRSTF143604 to CRSTF144023. | ESI / Doc Review and Analysis |
| 06/28/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Called class member back to discuss intake. [REDACT] | Class Outreach and Contact |
| 06/28/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 2.2 | $ | 880.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 06/28/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | meet w/ co-counsel re class member discovery and related issues | Case Development / Analysis |
| 06/28/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ | 720.00 | Conference with co-counsel and JGK re strategy for meet-and-confer with defendants re number, time, manner and scope class member depositions; recap and analyze deposition of Lori Dicus | Case Development / Analysis |
| 06/28/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.8 | $ | 320.00 | Trial witness outreach : communications and review | Class Outreach and Contact |
| 06/29/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates # CRSTF150112 to CRSTF151307. | ESI / Doc Review and Analysis |
| 06/29/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.8 | $ | 520.00 | Reviewed docs Bates # CRSTF151312 to CRSTF151428. | ESI / Doc Review and Analysis |
| 06/29/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed docs Bates # CRSTF151438 to CRSTF152731. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/29/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.2 | $ 480.00 | Incoming call from class member to discuss matter. Completed witness intake interview. | Class Outreach and Contact |
| 06/29/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/29/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.1 | $ 440.00 | Called class member to discuss matter and intake. Completed Witness Intake Interview/questionnaire. | Class Outreach and Contact |
| 06/29/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/29/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | discuss intake and declaration process with TRB | Class Outreach and Contact |
| 06/29/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 06/29/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.2 | $ 80.00 | Meeting with law clerk regarding progress, questionnaire data, interviews with class members. | Class Outreach and Contact |
| 06/30/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed docs Bates # CRSTF152994 to CRSTF153626. | ESI / Doc Review and Analysis |
| 06/30/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed docs Bates # CRSTF153678 to CRSTF153904. | ESI / Doc Review and Analysis |
| 06/30/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF153908 to CRSTF155511. | ESI / Doc Review and Analysis |
| 06/30/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed docs Bates # CRSTF153631 to CRSTF153675. | ESI / Doc Review and Analysis |
| 06/30/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF152735 to CRSTF152993. | ESI / Doc Review and Analysis |
| 06/30/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Incoming call from class member. [REDACT] | Class Outreach and Contact |
| 06/30/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Called class member back to discuss witness questionnaire. [REDACT] | Class Outreach and Contact |
| 06/30/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Incoming call. Class member called to discuss intake. Completed Witness Trial Intake. | Class Outreach and Contact |
| 06/30/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.1 | $ 440.00 | Class member called after receiving a letter about the matter. Called back Class member called to discuss intake. Completed questionnaire. | Class Outreach and Contact |
| 06/30/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/30/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 06/30/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 06/30/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Reviewing outreach script/ trial witness questionnaire in advance of outgoing calls to class members. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/30/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.1 | $ 440.00 | Tracking and reviewing intake progress and content, reviewing incoming email responses to our mailing from class members. Forwarding to outreach team lead with instruction for tracking and follow up. | Class Outreach and Contact |
| 07/03/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF157417 to CRSTF158638. | ESI / Doc Review and Analysis |
| 07/03/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ 455.00 | Reviewed docs Bates # CRSTF158642 to CRSTF158756. | ESI / Doc Review and Analysis |
| 07/03/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF15513 to CRSTF156286. | ESI / Doc Review and Analysis |
| 07/03/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed docs Bates # CRSTF156288 to CRSTF157415. | ESI / Doc Review and Analysis |
| 07/03/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Interview call with class member. Completed intake. | Class Outreach and Contact |
| 07/03/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.1 | $ 440.00 | Called client to discuss intake. Completed Witness Intake Interview. | Class Outreach and Contact |
| 07/03/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 07/03/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 07/03/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Reviewing outreach script/ trial witness questionnaire in advance of outgoing calls to class members. | Class Outreach and Contact |
| 07/03/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.2 | $ 80.00 | Fielding incoming call, tracking communications, assigning to law clerk for further follow up. | Class Outreach and Contact |
| 07/03/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.4 | $ 160.00 | Emails with class member regarding trial witness interview. Tracking in class list. | Class Outreach and Contact |
| 07/05/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed docs Bates # CRSTF162550 to CRSTF162864. | ESI / Doc Review and Analysis |
| 07/05/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed docs Bates # CRSTF159421 to CRSTF160111. | ESI / Doc Review and Analysis |
| 07/05/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed docs Bates # CRSTF160142 to CRSTF161474. | ESI / Doc Review and Analysis |
| 07/05/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed docs Bates # CRSTF161478 to CRSTF162540. | ESI / Doc Review and Analysis |
| 07/05/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF158758 to CRSTF159395. | ESI / Doc Review and Analysis |
| 07/05/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Interview call with class member. Completed intake. | Class Outreach and Contact |
| 07/05/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called client to discuss intake. [REDACT] | Class Outreach and Contact |
| 07/05/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 07/05/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/05/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.2 | $ 80.00 | Instructive emails with law clerk regarding trial witness outreach. | Class Outreach and Contact |
| 07/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/06/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed docs Bates # CRSTF162880 to CRSTF163155. | ESI / Doc Review and Analysis |
| 07/06/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF166149 to CRSTF167841. | ESI / Doc Review and Analysis |
| 07/06/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 07/06/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Inter-Office correspondence for intake with Spanish-speaking class member. | Class Outreach and Contact |
| 07/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.5 | $ 2,025.00 | revise/edit stip and content of class notice to respond to court order re same | Pleadings and Stipulations |
| 07/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ class member re case inquiry | Class Outreach and Contact |
| 07/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | draft m/c correspondence to o-c re class discovery issues; comm w/ viscelli re doc production; comm w/ doc review team re missing CRST training docs | Discovery |
| 07/06/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.5 | $ 200.00 | Tracking, reviewing and responding to incoming email. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/07/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | review/analyze training materials re paid v actual mileage and devise damages formula for expert re same | Case Development / Analysis |
| 07/07/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.3 | $ 285.00 | Status update email to JGK regarding Document Review | ESI / Doc Review and Analysis |
| 07/10/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/10/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/10/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/10/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/10/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/10/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ | 40.00 | Class member to complete intake interview. [REDACT] | Class Outreach and Contact |
| 07/10/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ | 400.00 | Interview call with class member. Completed intake. | Class Outreach and Contact |
| 07/10/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ | 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 07/10/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ | 120.00 | Called class member back to back to discuss intake. [REDACT] | Class Outreach and Contact |
| 07/10/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.9 | $ | 1,215.00 | telecon w/ expert viscelli re supp report and f/u on various related items re same | Experts (incl comm and reports) |
| 07/10/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 1.8 | $ | 1,710.00 | Audit of Defendant Document Production and review of Documents that are hosted offline. | ESI / Doc Review and Analysis |
| 07/11/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/11/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/11/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/11/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/11/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/11/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Called class member to discuss intake. Explained the intake process and letter rececived. [REDACT] | Class Outreach and Contact |
| 07/11/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ | 40.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel re case strategy and cm depos | Case Development / Analysis |
| 07/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ viscelli re atlas folder | Experts (incl comm and reports) |
| 07/12/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/12/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/12/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/12/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/12/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | REV-ANAL |
| 07/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/13/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Incoming call from class member to discuss intake. [REDACT] | Class Outreach and Contact |
| 07/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ o-c re cm depos | Comm w Opposing Counsel |
| 07/14/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/14/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/14/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Called class member to discuss witness interview intake. [REDACT] | ESI / Doc Review and Analysis |
| 07/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Incoming call to discuss witness intake interview. Requested a call back. | ESI / Doc Review and Analysis |
| 07/17/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Incoming call. Called to discuss matter and intake. [REDACT] | Class Outreach and Contact |
| 07/17/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Called class member to discuss intake. Completed intake/questionnaire. | Class Outreach and Contact |
| 07/17/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 07/17/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Called class member to discuss intake. Completed questionnaire. | Class Outreach and Contact |
| 07/17/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 07/17/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 07/18/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/18/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/18/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/18/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 07/18/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Called class member to discuss intake. Completed Witness Intake Interview. | Class Outreach and Contact |
| 07/18/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 07/18/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel re class member depos and selection process | Depositions |
| 07/19/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/19/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/19/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/19/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called class member to [answer questions] [REDACT] | Class Outreach and Contact |
| 07/19/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 07/19/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | revise/edit stip and proposed order re class notice; review and confirm form of notice/exhibits; comm w/ o-c re same and re class member depos | Pleadings and Stipulations |
| 07/20/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Reviewed docs Bates # CRSTF167845 to CRSTF168110 | ESI / Doc Review and Analysis |
| 07/20/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed docs Bates # CRSTF168112 to CRSTF169262 | ESI / Doc Review and Analysis |
| 07/20/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.1 | $ 440.00 | Incoming call to discuss intake. Completed intake | Class Outreach and Contact |
| 07/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | finalize class notice stip for filing and comm w/ o-c re same | Pleadings and Stipulations |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/20/2023 | Sarah Supple (SQP) | Paralegals / Law Clerks | Case Manager | $ 550.00 | 0.8 | $ 440.00 | Finalizing the Joint Request for Court to Approve Amended Stipulation on Content and Procedures for Class Notice and supporting documents, searching for a variety of options surrounding event types on ECF platform, and correspondence to JGK about final versions and event type options. | Case / Document Administration |
| 07/20/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 07/21/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review viscelli docs and directions to staff re production of same | Experts (incl comm and reports) |
| 07/21/2023 | Sarah Supple (SQP) | Paralegals / Law Clerks | Case Manager | $ 550.00 | 0.1 | $ 55.00 | Filing of the Joint Request for Court to Approve Amended Stipulation on Content and Procedures for Class Notice and supporting documents | Case / Document Administration |
| 07/24/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/24/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/24/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/24/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/24/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/24/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed docs Bates # CRSTF191388 to CRSTF192030 | ESI / Doc Review and Analysis |
| 07/25/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | review order on class notice and comm w/ co-counsel re same | Case Development / Analysis |
| 07/25/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ class member re case inquiries | Class Outreach and Contact |
| 07/25/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | draft alternate proposal for CM deponent stratified sample selection | Case Development / Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/25/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.1 | $ 40.00 | Referring incoming email from class member to law clerk lead to collect data and trial witness interview. | Class Outreach and Contact |
| 07/26/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ co-counsel and administrator re notice procedures | Case Development / Analysis |
| 07/26/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.2 | $ 1,620.00 | teams meeting w/ Dr. Viscelli re supplemental report | Experts (incl comm and reports) |
| 07/27/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w trb re class outreach / inquiry | Class Outreach and Contact |
| 07/27/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ staff and o-c re accessibility of expert docs | Discovery |
| 07/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/28/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ o-c and co-counsel re m/c on d's mtn for reconsideration of class notice | Comm w Opposing Counsel |
| 07/28/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.6 | $ 240.00 | Internal communications with partner nd outreach law clerk lead regarding trial witness interview assignments. | Class Outreach and Contact |
| 07/31/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/31/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/31/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/31/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/31/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 07/31/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Incoming call from class member to discuss case and witness intake interview. [REDACT] | Class Outreach and Contact |
| 07/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel re possible mediation and overlapping cases | Settlement |
| 07/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | meet and confer w/ o-c re d's mtn for reconsideration on class notice | Comm w Opposing Counsel |
| 07/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | further review/analysis of payroll and driver log records | Case Development / Analysis |
| 07/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review class list and comm w/ trb re calculations of subgroups based on tenure and dates of employment re same | Case Development / Analysis |
| 07/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | comm w/ viscelli re docs for review; review doc index and draft instructions to staff re pulling / search for categories of docs for expert | Experts (incl comm and reports) |
| 07/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ expert and staff re invoice | Experts (incl comm and reports) |
| 07/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.9 | $ 2,565.00 | review/analyze payroll data for damages assessment / model | Experts (incl comm and reports) |
| 07/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | comm w/ S Berenji re coordination w/ other cases and settlement discussions | Case Development / Analysis |
| 07/31/2023 | Tyler Smith (TBS) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.6 | $ 880.00 | Review Class List and create formulas for pulling of information for JGK re: days of employment for CM's | Case Development / Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/01/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/01/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/01/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/01/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/01/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/02/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Called class member to discuss intake. [REDACT] | Class Outreach and Contact |
| 08/02/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ o-c and co-counsel re d's mtn for reconsideration | Comm w Opposing Counsel |
| 08/03/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ r bonner re evaluation of doc / data production for expert damages | Case Development / Analysis |
| 08/03/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | review analyze mpa in support of mtn for reconsideration and papers in support of ex parte | Case Development / Analysis |
| 08/03/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ staff re D's mtn for reconsideration and ex parte | Other Motions |
| 08/03/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.9 | $ 855.00 | Review of Payroll and Driver Logs for Expert Report | Experts (incl comm and reports) |
| 08/04/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ TS re expert discovery responses/production | Discovery |
| 08/04/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ staff re response to ex parte | Other Motions |
| 08/04/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.1 | $ 2,835.00 | draft response to D's ex parte to stay issuance of class notice | Other Motions |
| 08/04/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | revise/edit oppo to ex parte | Other Motions |
| 08/04/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Revised opposition to D's ex parte re reconsideration of order requiring company logo on class notice. | Other Motions |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | Sarah Supple (SQP) | Paralegals / Law Clerks | Case Manager | $ 550.00 | 0.9 | $ 495.00 | Entering deadlines, and associated reminders, into our case management platform based on an email request re: Ex Parte Application, Motion for Reconsideration, Notice Administration Timeline, Deposition Transcript Errata. | Case / Document Administration |
| 08/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Called class member to discuss intake. [REDACT] | Class Outreach and Contact |
| 08/07/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ co-counsel re mediation discussions w/ related cases | Settlement |
| 08/08/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/08/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/08/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/08/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/08/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called class member back to discuss intake. [REDACT] | Class Outreach and Contact |
| 08/08/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called to discuss intake. [REDACT] | Class Outreach and Contact |
| 08/08/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Reviewing outreach script/ trial witness questionnaire and intake documentation in advance of outgoing calls to class members. | ESI / Doc Review and Analysis |
| 08/08/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | review court's order on ex parte and comm w/ staff re same | Other Motions |
| 08/08/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review supp doc production | Discovery |
| 08/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/10/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/10/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/10/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/10/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/10/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/11/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/11/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/11/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/11/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/11/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/11/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Called class member to complete intake. Completed intake | Class Outreach and Contact |
| 08/11/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 08/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.9 | $ 1,215.00 | planning call w/ attorneys from various Gardner and CRST cases re possible joint mediation; prep for same; telecom w/ SB afterwards re next steps | Settlement |
| 08/14/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/14/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/14/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/14/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/14/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called back. Class member wanted to discuss his termination since completing the intake interview/questionnaire. | Class Outreach and Contact |
| 08/14/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 3 | $ 4,050.00 | draft oppo to mtn for reconsideration | Class Certification |
| 08/14/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | revise / edit oppo to mtn for reconsideration | Class Certification |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/14/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.1 | $ 1,485.00 | draft oppo to mtn for reconsideration of class notice | Class Certification |
| 08/14/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Revised opposition to D's motion for reconsideration re class notice | Class Certification |
| 08/14/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.2 | $ 80.00 | Researching incoming call message, referring to outreach lead for further follow up and trial witness interview. | Class Outreach and Contact |
| 08/14/2023 | Tyler Smith (TBS) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.3 | $ 165.00 | Finalize P's Resp to Mtn for Reconsideration; send to JGK for review. | Class Certification |
| 08/14/2023 | Tyler Smith (TBS) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | File P's Resp to Mtn for Reconsideration. | Case / Document Administration |
| 08/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/15/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | analyze/develop counter-proposal to o-c on CM depos; draft crp to o-c re same | Comm w Opposing Counsel |
| 08/15/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ administrator re class notice questions | Class Outreach and Contact |
| 08/15/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.1 | $ 40.00 | internal communications with outreach lead regarding trial witness interviews. | Class Outreach and Contact |
| 08/16/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/16/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/16/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/16/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/16/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.2 | $ 480.00 | Interview call with class member. | Class Outreach and Contact |
| 08/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 08/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | draft crp to o-c re settlement discussions and understandings | Comm w Opposing Counsel |
| 08/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | comm w/ counsel re mediation logistics | Settlement |
| 08/16/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.5 | $ 200.00 | Class list analysis, edits, substitutions according to O-C stipulation, reporting to partner regarding same, | Class Outreach and Contact |
| 08/17/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/17/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/17/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 08/17/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.1 | $ 440.00 | Called to discuss witness interview/intake. Completed intake/questionnaire. | Class Outreach and Contact |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/17/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ | 200.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 08/18/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | comm w/ castro and ramos attorneys re global mediation | Settlement |
| 08/18/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ | 1,080.00 | review / analyze other crst case filings and status; prepare matrix for mediation | Settlement |
| 08/23/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ | 120.00 | Called class member to discuss witness intake/interview. [REDACT] | Class Outreach and Contact |
| 08/23/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 08/23/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | review court order and comm w administrator re next steps for class notice | Class Outreach and Contact |
| 08/24/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ | 1,080.00 | review final edits/materials for class notice and envelope; review FJC samples; comm w/ administrator and defense counsel re same | Class Outreach and Contact |
| 08/24/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | draft email re counterproposal for CM depo selection proposal | Comm w Opposing Counsel |
| 08/24/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | Communications with co-counsel and JGK re strategy for responding to D's sampling proposal for class member depositions | Case Development / Analysis |
| 08/24/2023 | Sarah Supple (SQP) | Paralegals / Law Clerks | Case Manager | $ 550.00 | 0.2 | $ | 110.00 | Entering deadlines, and associated reminders, into our case management platform based on an email request re: ECF 97 and ECF 99 | Case / Document Administration |
| 08/25/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w viscelli re status | Experts (incl comm and reports) |
| 08/29/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Called class member back to discuss witness intake interview. [REDACT] | Class Outreach and Contact |
| 08/31/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Correspondence and updates with JGK and TRB regarding class member contact and witness intake interview. | Class Outreach and Contact |
| 08/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ | 945.00 | telecon to and draft informative letter to class member re case subjects and responding to inquiry on indiv claims | Class Outreach and Contact |
| 08/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | telecon w/ o-c re questions on depo sampling stip and process | Comm w Opposing Counsel |
| 08/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | telcon w/ o-c (second) re class member depos | Comm w Opposing Counsel |
| 08/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | draft crp to o-c re sample selection for cm depos | Comm w Opposing Counsel |
| 08/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | draft note to doc reviewers re location / comparison of handbooks | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/31/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.4 | $ 160.00 | Receiving class notice information from partner, working with law clerk regarding outreach assignment. | Class Outreach and Contact |
| 09/01/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/01/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/01/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/01/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Called class member to discuss witness intake interview. Completed intake. | Class Outreach and Contact |
| 09/01/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 09/01/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ o-c and co-counsel re cm deposition sampling | Comm w Opposing Counsel |
| 09/05/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/05/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/05/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/05/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/05/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | review/analyze driver log data production and comm w/ R Bonner re further research of same for expert | Experts (incl comm and reports) |
| 09/05/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.9 | $ 855.00 | Review of Log Records in Defendant Productions | ESI / Doc Review and Analysis |
| 09/05/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ 120.00 | Reviewing, tracking, and assigning incoming class member responses to our correspondence for further outreach and trial witness interviews. | Class Outreach and Contact |
| 09/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/06/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.1 | $ 440.00 | Called to discuss witness intake interview. Completed questionnaire. | Class Outreach and Contact |
| 09/06/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 09/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ trb re responses on class member intake questions | Class Outreach and Contact |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | revise/edit comm with class member re case status/schedule/details; comm w trb re same | Class Outreach and Contact |
| 09/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ ESI team re doc/data review | ESI / Doc Review and Analysis |
| 09/06/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 1.4 | $ | 1,330.00 | Updating Production Index re: Driver Logs | ESI / Doc Review and Analysis |
| 09/06/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.5 | $ | 200.00 | Internal communications regarding email template to respond to class member. Reviewing incoming voice messages; returning calls, setting up interview appointments. Assigning to Huckaby outreach team lead. | Class Outreach and Contact |
| 09/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ | 400.00 | Interview call with class member. Completed intake. | Class Outreach and Contact |
| 09/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ | 200.00 | Made edits with additional content and finalized draft of interview document | Class Outreach and Contact |
| 09/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ | 120.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 09/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Edits with additional content for witness intake/ interview questionnaire. | Class Outreach and Contact |
| 9/7/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w class member and outreach staff re inquiries | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/08/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/08/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/08/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/08/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/08/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/08/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.2 | $ 130.00 | Reviewed email from RAB re: return to Huckaby review | ESI / Doc Review and Analysis |
| 09/08/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF192046 to CRSTF192554 | ESI / Doc Review and Analysis |
| 09/08/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF192555 to CRSTF193925 | ESI / Doc Review and Analysis |
| 09/08/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Reviewed docs Bates # CRSTF193938 to CRSTF194056 | ESI / Doc Review and Analysis |
| 09/08/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Reviewed docs Bates # CRSTF194059 to CRSTF194323 | ESI / Doc Review and Analysis |
| 09/08/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Reviewed docs Bates # CRSTF242519 to CRSTF242762 | ESI / Doc Review and Analysis |
| 09/08/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Called to discuss witness intate interview. [REDACT] | Class Outreach and Contact |
| 09/08/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Review and Correspondence with TRB and JGK regarding intake communication with class member. | Class Outreach and Contact |
| 09/08/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ class members and trb re class member inquires | Class Outreach and Contact |
| 09/08/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.6 | $ 640.00 | Trial witness outreach related internal communications. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/11/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/11/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/11/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/11/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/11/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/11/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF242763 to CRSTF243772 | ESI / Doc Review and Analysis |
| 09/11/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF243773 to CRSTF243992 | ESI / Doc Review and Analysis |
| 09/11/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF243993 to CRSTF245352 | ESI / Doc Review and Analysis |
| 09/11/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.4 | $ 260.00 | Reviewed docs Bates # CRSTF245356 to CRSTF245477 | ESI / Doc Review and Analysis |
| 09/11/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF247575 to CRSTF249808 | ESI / Doc Review and Analysis |
| 09/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ expert re updated data sets | Experts (incl comm and reports) |
| 09/12/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/12/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/12/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/12/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/12/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/12/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.4 | $ 260.00 | Reviewed docs Bates # CRSTF329948 to CRSTF330638 | ESI / Doc Review and Analysis |
| 09/12/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed docs Bates # CRSTF249809 to CRSTF253095 | ESI / Doc Review and Analysis |
| 09/12/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called to discuss and complete witness intake interview. [REDACT] | Class Outreach and Contact |
| 09/12/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | analysis of class list groupings by D and comm w/ o-c re random selection for depos | Case Development / Analysis |
| 09/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/13/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed docs Bates # CRSTF253674 to CRSTF254676 | ESI / Doc Review and Analysis |
| 09/13/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.4 | $ | 260.00 | Reviewed docs Bates # CRSTF327412 to CRSTF327437 | ESI / Doc Review and Analysis |
| 09/13/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates # CRSTF253105 to CRSTF253673 | ESI / Doc Review and Analysis |
| 09/13/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ | 40.00 | Called back to discuss and complete trial witness intake/interview. [REDACT] | Class Outreach and Contact |
| 09/13/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ | 120.00 | Incoming call to discuss matter updates. | Class Outreach and Contact |
| 09/13/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ | 120.00 | Incoming call from co/team driver to discuss matter updates. | Class Outreach and Contact |
| 09/13/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ | 40.00 | Consult with TRB about mailed copy of Notice being sent to class member | Class Outreach and Contact |
| 09/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | review, edit and approve class notice website from administrator | Class Outreach and Contact |
| 09/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | telecon w/ o-c re class member depositions | Comm w Opposing Counsel |
| 09/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | draft strategy recommendation to team re procedure and timing of class member depos | ESI / Doc Review and Analysis |
| 09/14/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/14/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/14/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/14/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/14/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/14/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates # CRSTF327438 to CRSTF327811 | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/14/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed docs Bates # CRSTF327837 to CRSTF329914 | ESI / Doc Review and Analysis |
| 09/14/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF324368 to CRSTF325501 | ESI / Doc Review and Analysis |
| 09/14/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF325503 to CRSTF326261 | ESI / Doc Review and Analysis |
| 09/14/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | Reviewed docs Bates # CRSTF326357 to CRSTF326881 | ESI / Doc Review and Analysis |
| 09/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Correspond to schedule trial witness intake/interview with class member and translator | Class Outreach and Contact |
| 09/14/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.2 | $ 480.00 | Internal communications regarding trial witness interview. | Class Outreach and Contact |
| 09/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/15/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF326882 to CRSTF327411 | ESI / Doc Review and Analysis |
| 09/15/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF321663 to CRSTF323109 | ESI / Doc Review and Analysis |
| 09/15/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF323127 to CRSTF324367 | ESI / Doc Review and Analysis |
| 09/15/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.4 | $ 260.00 | Reviewed docs Bates # CRSTF319607 to CRSTF320019 | ESI / Doc Review and Analysis |
| 09/15/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF318469 to CRSTF319604 | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/15/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.7 | $ 680.00 | Virtual login to discuss intake with class member. Completed questionnaire. | Class Outreach and Contact |
| 09/15/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Correspondence and update with TRB and JGK regarding class member interview. | Class Outreach and Contact |
| 09/15/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Made edits with additional content and finalized draft of interview document. | Class Outreach and Contact |
| 9/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ JTG and TRB re class member interviews and recs | Class Outreach and Contact |
| 09/18/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/18/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/18/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/18/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/18/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/18/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF316797 to CRSTF318021 | ESI / Doc Review and Analysis |
| 09/18/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.4 | $ 260.00 | Reviewed docs Bates # CRSTF318041 to CRSTF318462 | ESI / Doc Review and Analysis |
| 09/18/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF320092 to CRSTF321091 | ESI / Doc Review and Analysis |
| 09/18/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF321106 to CRSTF321628 | ESI / Doc Review and Analysis |
| 09/18/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF316295 to CRSTF316794 | ESI / Doc Review and Analysis |
| 09/18/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ co-counsel re cm depos | Case Development / Analysis |
| 09/18/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | review/analysis and compile data for expert review | Experts (incl comm and reports) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/18/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | prep for meeting w/ expert re supp report and analysis | Experts (incl comm and reports) |
| 09/18/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.6 | $ 2,160.00 | conduct meeting w/ expert and co-counsel re supp report and related matters | Experts (incl comm and reports) |
| 09/18/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Conference with co-counsel and JGK re strategy for class member depositions | Depositions |
| 09/18/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.3 | $ 1,560.00 | Conference with co-counsel and expert witness re amendments to report and strategy for same. | Experts (incl comm and reports) |
| 09/18/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.8 | $ 320.00 | Trial Witness Outreach tracking, and assignments: Internal communications regarding individual claims referrals to outside counsel. | Class Outreach and Contact |
| 09/19/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/19/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/19/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/19/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/19/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/19/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | Reviewed docs Bates # CRSTF310481 to CRSTF310664 | ESI / Doc Review and Analysis |
| 09/19/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF313545 to CRSTF314217 | ESI / Doc Review and Analysis |
| 09/19/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF314222 to CRSTF315606 | ESI / Doc Review and Analysis |
| 09/19/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed docs Bates # CRSTF315609 to CRSTF316090 | ESI / Doc Review and Analysis |
| 09/19/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | Reviewed docs Bates # CRSTF316106 to CRSTF316287 | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/19/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF309144 to CRSTF310459 | ESI / Doc Review and Analysis |
| 09/19/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review expert invoices and comm w/ expert and co-counsel re same | Experts (incl comm and reports) |
| 09/19/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.4 | $ 1,890.00 | review/analyze various data sets for expert on pay, driver log, etc. | Experts (incl comm and reports) |
| 09/19/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.8 | $ 760.00 | Preparing Additional Documents for Expert Chasworth via ftp site | Experts (incl comm and reports) |
| 09/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/20/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF310671 to CRSTF313154 | ESI / Doc Review and Analysis |
| 09/20/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Reviewed docs Bates # CRSTF313158 to CRSTF313544 | ESI / Doc Review and Analysis |
| 09/20/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates # CRSTF305869 to CRSTF307871 | ESI / Doc Review and Analysis |
| 09/20/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Reviewed docs Bates # CRSTF307873 to CRSTF308502 | ESI / Doc Review and Analysis |
| 09/20/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.4 | $ 260.00 | Reviewed docs Bates # CRSTF308503 to CRSTF309143 | ESI / Doc Review and Analysis |
| 09/20/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed docs Bates # CRSTF302717 to CRSTF304427 | ESI / Doc Review and Analysis |
| 09/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | comm w/ S Berenji re trial prep, costs, and Experts (incl comm and reports) | Case Development / Analysis |
| 09/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | telecon w nbp re class member depos; witness interviews | Depositions |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | comm w viscelli and staff re additional data/docs for review | Experts (incl comm and reports) |
| 09/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.2 | $ | 1,620.00 | review/analyze expert comm and invoices re work to date and comm w/ co-counsel re future assignments/coordination | Experts (incl comm and reports) |
| 09/21/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/21/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/21/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/21/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Searched for Drivers Handbooks. Reviewed Bates #s CRSTF032626 to CRSTF306798 | ESI / Doc Review and Analysis |
| 09/21/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.5 | $ | 325.00 | Searched for Drivers Handbooks. Reviewed Bates #s CRSTF306902 to CRSTF324485 | ESI / Doc Review and Analysis |
| 09/21/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ | 390.00 | Reviewed docs Bates # CRSTF298530 to CRSTF299448 | ESI / Doc Review and Analysis |
| 09/21/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed docs Bates # CRSTF304430 to CRSTF305868 | ESI / Doc Review and Analysis |
| 09/21/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates # CRSTF300484 to CRSTF301773 | ESI / Doc Review and Analysis |
| 09/21/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ | 910.00 | Reviewed docs Bates # CRSTF301774 to CRSTF302712 | ESI / Doc Review and Analysis |
| 09/21/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ o-c re class member depos | Comm w Opposing Counsel |
| 09/21/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ ESI team re various search projects | ESI / Doc Review and Analysis |
| 09/21/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ | 1,350.00 | meet w/ chasworth re data assessment and analysis for supp report | Experts (incl comm and reports) |
| 09/21/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | telecon w/ viscelli re data inputs/production for supp report | Experts (incl comm and reports) |
| 09/21/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.2 | $ | 1,440.00 | Conference with damages expert re supplemental report and strategy therefor | Experts (incl comm and reports) |
| 09/21/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.1 | $ | 95.00 | Production email for Expert Viscelli for new documents to review | Experts (incl comm and reports) |
| 09/21/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.7 | $ | 665.00 | Relativity Audit of Duplicate Files to Streamline Document Review | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/22/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Searched for Student Drivers Handbooks. Reviewed Bates #s CRSTF027539 to CRSTF324559 | ESI / Doc Review and Analysis |
| 09/22/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Searched for Policy Updates. Reviewed Bates #s CRSTF025070 to CRSTF093101 | ESI / Doc Review and Analysis |
| 09/22/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Searched for Policy Updates. Reviewed Bates #s CRSTF093108 to CRSTF119450 | ESI / Doc Review and Analysis |
| 09/22/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Searched for Policy Updates. Reviewed Bates #s CRSTF119451 to CRSTF259384 | ESI / Doc Review and Analysis |
| 09/22/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ | 780.00 | Searched for Policy Updates. Reviewed Bates #s CRSTF119451 to CRSTF329542 | ESI / Doc Review and Analysis |
| 09/25/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/25/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/25/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/25/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/25/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/25/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Searched for Compensation Policy. Reviewed Bates #s CRSTF021154 to CRSTF329338 | ESI / Doc Review and Analysis |
| 09/25/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Searched for Compensation Policy. Reviewed Bates #s CRSTF062485 to CRSTF289294 | ESI / Doc Review and Analysis |
| 09/25/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Searched for Wage Rate. Reviewed Bates #s CRSTF038375 to CRSTF073458 | ESI / Doc Review and Analysis |
| 09/25/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Searched for Wage Rate. Reviewed Bates #s CRSTF073474 to CRSTF143898 | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/25/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Searched for Wage Rate. Reviewed Bates #s CRSTF150782 to CRSTF235227 | ESI / Doc Review and Analysis |
| 09/25/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | Searched for Wage Rate. Reviewed Bates #s CRSTF235229 to CRSTF329484 | ESI / Doc Review and Analysis |
| 09/26/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/26/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/26/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/26/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/26/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/26/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed Bates #s CRSTF299453 to CRSTF299680 | ESI / Doc Review and Analysis |
| 09/26/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed Bates #s CRSTF299681 to CRSTF300481 | ESI / Doc Review and Analysis |
| 09/26/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed Bates #s CRSTF293927 to CRSTF294585 | ESI / Doc Review and Analysis |
| 09/26/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.6 | $ 2,160.00 | analysis of CRST pay policies and possible changes; draft memo to team re same | Case Development / Analysis |
| 09/26/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ co-counsel re d's next request to extend trial date | Case Development / Analysis |
| 09/26/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | telecon w/ S Berenji re merits analysis, vetting trial evidence | Case Development / Analysis |
| 09/26/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | review/analyze class interview notes / data | Class Outreach and Contact |
| 09/26/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review/analyze driver handbooks | Case Development / Analysis |
| 09/26/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | review ESI doc production, analytic summary; comm w/ RAB re targeted searches | Discovery |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/26/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ co-counsel and Experts (incl comm and reports) re coordination mtg | Experts (incl comm and reports) |
| 09/26/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | review of chasworth notepad for data review / analysis; make notes for f/u re same | Experts (incl comm and reports) |
| 09/26/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 1.2 | $ | 1,140.00 | Search and Review of Document on Relativity for All Versions of Drivers Handbook | ESI / Doc Review and Analysis |
| 09/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/27/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed Bates #s CRSTF294587 to CRSTF298411 | ESI / Doc Review and Analysis |
| 09/27/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed Bates #s CRSTF290149 to CRSTF291898 | ESI / Doc Review and Analysis |
| 09/27/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed Bates #s CRSTF291902 to CRSTF293888 | ESI / Doc Review and Analysis |
| 09/27/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | draft letter to CMs selected for depo | Class Outreach and Contact |
| 09/27/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | draft email to o-c re class member depos and cmc schedule | Comm w Opposing Counsel |
| 09/27/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | prep for meeting w/ Experts (incl comm and reports) on next steps for reports | Experts (incl comm and reports) |
| 09/27/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2 | $ | 2,700.00 | conduct mtg w/ viscelli, chasworth and co-counsel re analysis and observations for supp reports | Experts (incl comm and reports) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/27/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | follow-up call w/ chasworth re data assessment and identification of gaps | Experts (incl comm and reports) |
| 09/27/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.9 | $ 2,280.00 | Conference with industry expert and damages expert re strategy for supplemental reports | Experts (incl comm and reports) |
| 09/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 09/29/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ RB re docs to Experts (incl comm and reports); song file | Experts (incl comm and reports) |
| 10/02/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed docs Bates #s CRSTF288101 to CRSTF288261 | ESI / Doc Review and Analysis |
| 10/02/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Incoming call from class member. Inquiring about matter. | Class Outreach and Contact |
| 10/02/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Reviewing outreach script/ trial witness questionnaire in advance of outgoing calls to class members. | Class Outreach and Contact |
| 10/02/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | revise/edit letter to class members re depositions and draft email to co-counsel re same | Class Outreach and Contact |
| 10/03/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/03/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/03/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/03/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/03/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/03/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | Reviewed docs Bates #s CRSTF007552 to CRSTF007621 | ESI / Doc Review and Analysis |
| 10/03/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.5 | $ 325.00 | Reviewed docs Bates #s CRSTF288262 to CRSTF288489 | ESI / Doc Review and Analysis |
| 10/03/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF001702 to CRSTF006870 | ESI / Doc Review and Analysis |
| 10/03/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF007013 to CRSTF007551 | ESI / Doc Review and Analysis |
| 10/03/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | check in w/ RAB re expert docs | Experts (incl comm and reports) |
| 10/03/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel and expert re follow-up on analysis | Experts (incl comm and reports) |
| 10/03/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Reviewed and revised letter to class members who were randomly selected for deposition. | Class Outreach and Contact |
| 10/04/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/04/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/04/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/04/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/04/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/04/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.9 | $ 1,215.00 | revise/edit letter to class members re deposition; draft flowchart and assignment list for staff re same and handling intake calls from CMs on subject | Class Outreach and Contact |
| 10/04/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Emailing case attorneys regarding planned dispatch of letters to class members. | Class Outreach and Contact |
| 10/04/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Reviewing materials related to class member letter-drafting project. | Class Outreach and Contact |
| 10/05/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/05/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/05/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/05/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/05/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/05/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Called class member to discuss trial witness intake/interview. Requested a call back anytime during the afternoons PST. Prefer Spanish speaking intake/interview. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/5/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | review/analyze nelson depo | Depositions |
| 10/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | meet w/ chasworth re update on damages analysis | Experts (incl comm and reports) |
| 10/05/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ 600.00 | Strategy conference with damages expert re supplemental report. | Experts (incl comm and reports) |
| 10/05/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.3 | $ 285.00 | Creating saved search for Expenses and Off the Clock Work | Discovery |
| 10/05/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Emailing case attorney an update on case mailing project. | Class Outreach and Contact |
| 10/05/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.2 | $ 480.00 | Reviewing class member data gathered and missing for case mailing project. | Class Outreach and Contact |
| 10/06/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Correspondence sent to MJ regarding Spanish speaking Class member interested in completing Trial Witness Interview. | Class Outreach and Contact |
| 10/06/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Reviewing outreach script/ trial witness questionnaire in advance of outgoing calls to class members. | Class Outreach and Contact |
| 10/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | meet w/ shadie berenji re case tasks, discovery, depos, expert analysis and strategy | Case Development / Analysis |
| 10/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | review/notation on nelson depo | Depositions |
| 10/06/2023 | Maria Alvarez (MTA) | Paralegals / Law Clerks | Legal Assistant | $ 385.00 | 1.2 | $ 462.00 | Mail letters to opt ins | Class Outreach and Contact |
| 10/06/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ 45.00 | reviewed email from J Konecky re send depo transcripts for Phil Regus and Scott Nelson via link | Case / Document Administration |
| 10/06/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.3 | $ 135.00 | Sent email and link with Depo transcripts to co-Counsel Berenji | Case / Document Administration |
| 10/06/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Teams call with case attorney regarding letter revisions for mailing to class members. | Class Outreach and Contact |
| 10/06/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Messaging on-site mail staff and office manager regarding needed steps to complete prior to mailing class member letters. | Class Outreach and Contact |
| 10/06/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.9 | $ 760.00 | Editing class members information in spreadsheet to prep for mail merging project. | Class Outreach and Contact |
| 10/06/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.9 | $ 760.00 | Merging and revising individual class member letters to prep for mailing and emailing. | Class Outreach and Contact |
| 10/06/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.9 | $ 760.00 | Conducting Lexis People Search for class members' contact information. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/09/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm to co-counsel and com to staff re various assessments and tasks related to CM depos and manager depos and expert report | Case Development / Analysis |
| 10/09/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.2 | $ 1,620.00 | review/analyze regus depo transcript | Depositions |
| 10/09/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | telecon w/ viscelli re supp reprt; song analysis | Experts (incl comm and reports) |
| 10/09/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ co-counsel re expert consultations w viscelli | Experts (incl comm and reports) |
| 10/10/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/10/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/10/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | draft email to o-c re depositions requested by P | Comm w Opposing Counsel |
| 10/10/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | review data files for expert; comm w/ RAB re same | Experts (incl comm and reports) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/10/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ TAH re class outreach for depos | Class Outreach and Contact |
| 10/10/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | review cm depo notices | Discovery |
| 10/10/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | finish review of regus depo | depositions |
| 10/10/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ | 945.00 | telecon w/ Chasworth re data analysis | Experts (incl comm and reports) |
| 10/10/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.1 | $ | 1,485.00 | review / analyze D's discovery responses and draft email to o-c re meet and confer re same | Discovery |
| 10/10/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | draft crp to o-c re site inspection | Comm w Opposing Counsel |
| 10/10/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | follow-up telecon w/ S Chasworth re new driver log data for review and review same | Experts (incl comm and reports) |
| 10/10/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Phone call with case attorney regarding case outreach project. | Class Outreach and Contact |
| 10/10/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Checking voicemails and emails for replies from class members regarding recent deposition email letter. | Class Outreach and Contact |
| 10/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | telecon w/ Chasworth re updated data analysis | Experts (incl comm and reports) |
| 10/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | draft crp to o-c re deposition inquiries | Comm w Opposing Counsel |
| 10/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ co-counsel re depo selection | Depositions |
| 10/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ co-counsel re discovery on opt outs | depositions |
| 10/11/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ o-c re discovery m/c | Comm w Opposing Counsel |
| 10/11/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.2 | $ | 90.00 | contacted Court Reporting service Steno to get a the Text Version of the Deposition for Scott Nelson requested by OC | Case / Document Administration |
| 10/11/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.2 | $ | 90.00 | Download and Email to attorney Shadie Berenji the depo transcripts and Exhibits for Phil Reges. | Case / Document Administration |
| 10/11/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ | 45.00 | Review email request from Shadie Berenji requesting text version of deposition for Scott Nelson | Case / Document Administration |
| 10/11/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ | 45.00 | Email to Shadie Berenji with Text Version of depo she requested for Phil Reges | Case / Document Administration |
| 10/11/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ | 45.00 | Email to handling attorney requesting permission to send Text version of depo for Phil Reges and Scott Nelson | Case / Document Administration |
| 10/11/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ | 400.00 | Reaching out to class members regarding deposition notice letter. | Class Outreach and Contact |
| 10/11/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Reviewing missed calls and messages from class members in responses to latest update letter. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/11/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Messaging case attorney regarding outreach to deponents. | Class Outreach and Contact |
| 10/12/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | strategy session w/ SB re discovery m/c, Experts (incl comm and reports), and msj | Case Development / Analysis |
| 10/12/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | review standing orders re msj and trial mtns; update to-do list re same | Case Development / Analysis |
| 10/12/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | draft M/C crp to o-c re fuel tax records | Comm w Opposing Counsel |
| 10/12/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | telecon w/ viscelli re supp report | Experts (incl comm and reports) |
| 10/12/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review/assess mtg notes and task items for Experts (incl comm and reports) for supp reports | Experts (incl comm and reports) |
| 10/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.3 | $ 3,105.00 | meet w/ S Chasworth re supp analysis | Experts (incl comm and reports) |
| 10/13/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.5 | $ 600.00 | Calling list of deposed class members for deposition details and scheduling. | Class Outreach and Contact |
| 10/13/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Sent deposition outreach status email to case attorney. | Class Outreach and Contact |
| 10/14/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | conf w/ chasworth and Berenji re supp report | Experts (incl comm and reports) |
| 10/15/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.9 | $ 1,215.00 | teams mtg w/ chasworth re data calculations and supp report | Experts (incl comm and reports) |
| 10/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | final review of chasworth report and note to staff re same | Experts (incl comm and reports) |
| 10/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | review/analyze Viscelli supp report | Experts (incl comm and reports) |
| 10/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.3 | $ 3,105.00 | review/analyze and suggested edits to Chasworth report | Experts (incl comm and reports) |
| 10/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.4 | $ 3,240.00 | revise/edit viscelli report | Experts (incl comm and reports) |
| 10/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | telecon w/ viscelli re supp report | Experts (incl comm and reports) |
| 10/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | telecon w/ S Berenji re chasworth report | Experts (incl comm and reports) |
| 10/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | further conferences w/ Experts (incl comm and reports) and co-counsel re supp reports | Experts (incl comm and reports) |
| 10/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | review/comment on next draft of chasworth supp report | Experts (incl comm and reports) |
| 10/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | review/comment on next draft of viscelli report | Experts (incl comm and reports) |
| 10/16/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | final review/complilation of viscelli supp report; comm w/ staff re instructions re same | Experts (incl comm and reports) |
| 10/16/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ 45.00 | Review email from handling attorney re eServing documents | Case / Document Administration |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/16/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.2 | $ 90.00 | Email to handling attorney re service to OC re Experts (incl comm and reports) opinions. | Case / Document Administration |
| 10/16/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.3 | $ 135.00 | Email service to OC with Expert opinions, and proof of service. | Case / Document Administration |
| 10/17/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ 1,755.00 | meet and confer w/ oc on various discovery issues | Comm w Opposing Counsel |
| 10/17/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | draft memo to outreach staff re depo gathering project | Depositions |
| 10/17/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | review depo transcripts and docs related to same | Depositions |
| 10/17/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | prep for meet and confer on discovery | Discovery |
| 10/17/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | strategy / planning call w/ co-counsel after m/c with o-c | Discovery |
| 10/17/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.3 | $ 135.00 | Scan and save in file deposition of Scott Nelson with JK notes | Case / Document Administration |
| 10/17/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.3 | $ 135.00 | Download and save to file, certified copy of deposition for Phil Reges with JK notes. | Case / Document Administration |
| 10/17/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.6 | $ 640.00 | Calling class members regarding deposition scheduling. | Class Outreach and Contact |
| 10/17/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Messaging class list regarding deposition scheduling. | Class Outreach and Contact |
| 10/17/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Emailing case attorney regarding case outreach project and deposition scheduling details. | Class Outreach and Contact |
| 10/18/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/18/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/18/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.8 | $ 320.00 | Internal communications regarding outreach, project planning, declarations to rebut OC MSJ. | Class Outreach and Contact |
| 10/19/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/19/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/19/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ co-counsel and staff re outreach | Class Outreach and Contact |
| 10/19/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | revise/edit m/c crp to oc re various discovery issues | Comm w Opposing Counsel |
| 10/19/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ | 1,080.00 | draft meet and confer to o-c re discovery items; review regus depo testimony re items implicated by same | Discovery |
| 10/19/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.8 | $ | 320.00 | Internal communications regarding declaration drafting project, meeting planning. | Class Outreach and Contact |
| 10/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ co-counsel re D's demand for docs from Viscelli | Experts (incl comm and reports) |
| 10/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ Chasworth and o-c re discovery | Experts (incl comm and reports) |
| 10/20/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.4 | $ | 160.00 | Meeting and declarations project planning. Internal communications with partners and team regarding same. | Class Outreach and Contact |
| 10/23/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/23/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/23/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/23/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/23/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/23/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Meeting to discuss declaration phase. | Class Outreach and Contact |
| 10/23/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | draft crp to oc re expert production, scheduling proposals and related matters | Comm w Opposing Counsel |
| 10/23/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ chasworth re production inquiry from defense counsel on code | Experts (incl comm and reports) |
| 10/23/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ expert and staff re supp production for chasworth | Experts (incl comm and reports) |
| 10/23/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.8 | $ 2,430.00 | outreach and co-counsel meeting re declarations from CMs, MSJs, trial schedule/prep and case management | Case Development / Analysis |
| 10/23/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Drafted email to co-counsel re strategy for pre-trial Discovery of class member witnesses | Discovery |
| 10/23/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ 720.00 | Conference with outreach staff and co-counsel re strategy for class member trial witness interviews | Class Outreach and Contact |
| 10/23/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.8 | $ 960.00 | Conference with JGK and co-counsel re strategy for pre-trial Discovery of class member witnesses and drafting declarations of class member witnesses to oppose motion for summary judgment. | Class Outreach and Contact |
| 10/23/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ 240.00 | Case Outreach Meeting | Class Outreach and Contact |
| 10/23/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Emailing case attorney regarding outreach assignment status update. | Class Outreach and Contact |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/23/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.1 | $ | 440.00 | Searching for class members' latest contact information for additional deposition outreach. | Class Outreach and Contact |
| 10/23/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ | 400.00 | Reviewing case complaint and outreach class list details in prep for case outreach meeting. | Class Outreach and Contact |
| 10/23/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.1 | $ | 440.00 | Meeting with partner and co-counsel regarding declaration project in advance of OC's MSJ. Preparing excel class list worksheet for project. One on one calls and messages with outreach team regarding same. | Class Outreach and Contact |
| 10/24/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/24/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/24/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/24/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/24/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/24/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.9 | $ | 1,215.00 | draft supp discovery | Discovery |
| 10/24/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ | 945.00 | revise/edit supp discovery and various crp to co-counsel / staff re same | Discovery |
| 10/24/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ o-c re source code for chasworth | Comm w Opposing Counsel |
| 10/24/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ | 45.00 | Review email from handling attorney to revise supplemental discovery | Case / Document Administration |
| 10/24/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.2 | $ | 90.00 | Revised Supplemental discovery as to handling attorneys instructions | Case / Document Administration |
| 10/24/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ | 45.00 | Review email from Thomas Barnett re names to add to Supplemental discovery | Case / Document Administration |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/24/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.3 | $ 135.00 | Revised Supplemental discovery to add list of names provided by Thomas Barnett | Discovery |
| 10/24/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ 45.00 | Email to handling attorney will get revised supplemental discovery back ASAP | Case / Document Administration |
| 10/24/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ 45.00 | Review email from handling attorney to revise/add to supplemental discovery | Case / Document Administration |
| 10/24/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.3 | $ 135.00 | Revised supplemental discovery as to handling attorneys instructions | Discvoery |
| 10/24/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.6 | $ 270.00 | Draft Plaintiff's Supplemental Discovery Pursuant to FRCP 23 | Discovery |
| 10/24/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.7 | $ 280.00 | Emailing between case attorney and co-counsel regarding plaintiff's supplemental discovery and discussions for planned case outreach project. | Class Outreach and Contact |
| 10/24/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Drafting deponent outreach progress report to send to case attorney. | Class Outreach and Contact |
| 10/24/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Reviewing Plaintiff's supplemental discovery form. | Discovery |
| 10/24/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.8 | $ 720.00 | Reviewing all intakes forwarded by case attorney for relevant trial witness details. | Class Outreach and Contact |
| 10/24/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.7 | $ 680.00 | Emails with partners, outreach team, law clerks, paralegals and co-counsel regarding class outreach data and declaration project preparations. | Class Outreach and Contact |
| 10/25/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/25/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/25/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/25/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/25/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/25/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.5 | $ 600.00 | Review information and data input. | Class Outreach and Contact |
| 10/25/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Reviewing outreach script/ trial witness questionnaire in advance for case data. | Class Outreach and Contact |
| 10/25/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | various comm w/ staff and co-counsel re witness discovery, analysis of witness interviews; and strategy considerations for witness selection | Case Development / Analysis |
| 10/25/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ 45.00 | Review email from handling attorney re edits to supplemental discovery | Discovery |
| 10/25/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.3 | $ 135.00 | Revised Supp discovery to incorporate co-counsels red-marks and edits. | Discovery |
| 10/25/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ 45.00 | Email to handling attorney with finalized supplemental discovery for review | Case / Document Administration |
| 10/25/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ 45.00 | Review email from Co-Counsel with edits to supplemental discovery | Case / Document Administration |
| 10/25/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Meeting with case attorney to discuss needs of intake form data project. | Class Outreach and Contact |
| 10/25/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.9 | $ 760.00 | Gathering requested data from select intake forms to forward to case attorney. | Class Outreach and Contact |
| 10/25/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Gathering requested data from select intake forms to forward to case attorney. | Class Outreach and Contact |
| 10/25/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.9 | $ 760.00 | Gathering requested data from select intake forms to forward to case attorney. | Class Outreach and Contact |
| 10/25/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.9 | $ 760.00 | Gathering requested data from select intake forms to forward to case attorney. | Class Outreach and Contact |
| 10/25/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ 120.00 | Project planning, internal communications about interview document analysis and reporting with law clerk. | Class Outreach and Contact |
| 10/26/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/26/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/26/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/26/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/26/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/26/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.2 | $ 480.00 | Intake Organization and Data Entry | Class Outreach and Contact |
| 10/26/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w trb and tlh re class member questionnaires and witness list | Class Outreach and Contact |
| 10/26/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.4 | $ 960.00 | Intake analysis and reporting to partners. | Class Outreach and Contact |
| 10/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/27/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.7 | $ 280.00 | Trial Witness Intake Data | Class Outreach and Contact |
| 10/27/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with co-counsel and JGK re strategy for responding to D's request that Ps' industry expert supplement discovery | Case Development / Analysis |
| 10/27/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.1 | $ 440.00 | Internal communications regarding intake data summary, declaration drafting project planning, staffing and progress | Class Outreach and Contact |
| 10/30/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/30/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/30/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/30/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/30/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/30/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Review complaint and Memo of PAs. | ESI / Doc Review and Analysis |
| 10/30/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.8 | $ 520.00 | Document Review - Straight Line - SL00001. | ESI / Doc Review and Analysis |
| 10/30/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called to discuss trial witness intake/interview data. | Class Outreach and Contact |
| 10/30/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called to discuss trial witness intake/interview data. | Class Outreach and Contact |
| 10/30/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.8 | $ 320.00 | Trial Witness Intake/Interview Data | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | draft template class member decl | Class Outreach and Contact |
| 10/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | review/analyze D's proposal for case management; comm w/ co-counsel re same | Case Development / Analysis |
| 10/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | telecon w/ S Berenji re meet and confer w/ o-c (.2) and revise m/c crp to o-c re case management;discovery | Comm w Opposing Counsel |
| 10/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | draft meet and confer crp to o-c re discovery and case management | Comm w Opposing Counsel |
| 10/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ viscelli re D's discovery requests | Experts (incl comm and reports) |
| 10/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | review/analysis of D's discovery requests on Viscelli and analyze report & supp report for which require responses | Discovery |
| 10/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | draft notice of site inspection | Discovery |
| 10/30/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ 45.00 | Email from handling attorney, will review and advise any questions | Case / Document Administration |
| 10/30/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ 45.00 | Email to handling attorney to review discovery drafts requested | Case / Document Administration |
| 10/30/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.5 | $ 225.00 | Draft discovery template for handling attorney to respond to CRST's RFPs, Set four | Discovery |
| 10/30/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.2 | $ 90.00 | Draft template for handling attorney to respond ROGs, Set two | Discovery |
| 10/30/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ 45.00 | Draft proof of service for discovery responses RFPs, Set FOUR | Case / Document Administration |
| 10/30/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Drafted email to co-counsel and JGK re strategy for responding to D's proposal to extend case schedule | Case Development / Analysis |
| 10/31/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/31/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/31/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/31/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/31/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 10/31/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ 1,560.00 | Document Review - Straight Line - SL00001. | ESI / Doc Review and Analysis |
| 10/31/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ 455.00 | Document Review - Straight Line - SL00001. | ESI / Doc Review and Analysis |
| 10/31/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00001. | ESI / Doc Review and Analysis |
| 10/31/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Document Review - Straight Line - SL00003. | ESI / Doc Review and Analysis |
| 10/31/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.3 | $ 520.00 | Data input with content using intake doc. | Class Outreach and Contact |
| 10/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | draft / revise template cm decl | Class Outreach and Contact |
| 10/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | draft crp to o-c re discovery m/c | Comm w Opposing Counsel |
| 10/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | tekecon w/ viscelli re d's discovery requests | Experts (incl comm and reports) |
| 10/31/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.6 | $ 1,320.00 | Document review & coding straight line CRSTF003758-CRSTF004035 | ESI / Doc Review and Analysis |
| 10/31/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Calling and messaging class members regarding deposition scheduling. | Class Outreach and Contact |
| 10/31/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.2 | $ 480.00 | Researching additional contact information for class members to attempt calls and messages regarding deposition scheduling. | Class Outreach and Contact |
| 10/31/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.8 | $ 320.00 | Checking class member outreach notes and noted those needing additional calling/messaging. | Class Outreach and Contact |
| 10/31/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | revise and edit template declaration | Class Outreach and Contact |
| 11/01/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/01/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/01/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/01/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/01/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/01/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.5 | $ 325.00 | Document Review - Straight Line - SL00003. | ESI / Doc Review and Analysis |
| 11/01/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | Document Review - Straight Line - SL00003. | ESI / Doc Review and Analysis |
| 11/01/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ 455.00 | Document Review - Straight Line - SL00003. | ESI / Doc Review and Analysis |
| 11/01/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00003. | ESI / Doc Review and Analysis |
| 11/01/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Called back to discuss matter. [REDACT] | Class Outreach and Contact |
| 11/01/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | draft crp to co-counsel re case management debate with o-c, options re same, and phone records for huckaby | Case Development / Analysis |
| 11/01/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.2 | $ 1,620.00 | prepare for and conduct m/c with o-c re case schedule/discovery | Comm w Opposing Counsel |
| 11/01/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | strategy and planning call w/ S Berenji re case management, including class member depos, m/c with o-c, and production of phone records for P | Case Development / Analysis |
| 11/01/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | revise/edit tempalte cm decl | Class Outreach and Contact |
| 11/01/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | draft email to co-counsel re summary of meet and confer w/ o-c | Comm w Opposing Counsel |
| 11/1/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.8 | $ 1,485.00 | Document review & coding straight line CRSTF004642-CRSTF004952 | ESI / Doc Review and Analysis |
| 11/01/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.3 | $ 1,072.50 | Document review & coding straight line CRSTF0041826-CRSTF004416 | ESI / Doc Review and Analysis |
| 11/01/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 0.7 | $ 577.50 | Document review & coding straight line CRSTF004419-CRSTF004640 | ESI / Doc Review and Analysis |
| 11/01/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.5 | $ 1,237.50 | Document review & coding straight line CRSTF004953-CRSTF005115, CRSTF012538-CRSTF012573 | ESI / Doc Review and Analysis |
| 11/01/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.7 | $ 1,402.50 | Document review & coding straight line CRSTF004035-CRSTF004182 | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/01/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | Internal communications with JGK re analyzing settlement position | Settlement |
| 11/01/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.4 | $ | 560.00 | Calling and messaging case class members for deposition scheduling. Leaving voicemails. | Class Outreach and Contact |
| 11/01/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.4 | $ | 560.00 | Lexis Public Records search for class member contact information | Class Outreach and Contact |
| 11/01/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ | 120.00 | Internal instructive and reporting communications with law clerk regarding outreach to deposed class members. | Class Outreach and Contact |
| 11/02/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/02/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/02/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/02/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/02/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/02/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ | 1,625.00 | Document Review - Straight Line - SL00003. | ESI / Doc Review and Analysis |
| 11/02/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Document Review - Straight Line - SL00005. | ESI / Doc Review and Analysis |
| 11/02/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ | 1,625.00 | Document Review - Straight Line - SL00005. | ESI / Doc Review and Analysis |
| 11/02/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.6 | $ | 3,510.00 | draft / revise template class member decl | Class Outreach and Contact |
| 11/02/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.5 | $ | 1,237.50 | Document review & coding straight line CRSTF012573-CRSTF012762 | ESI / Doc Review and Analysis |
| 11/02/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.8 | $ | 1,485.00 | Document review & coding straight line CRSTF012763-CRSTF012951 | ESI / Doc Review and Analysis |
| 11/02/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.6 | $ | 1,320.00 | Document review & coding straight line CRSTF012957-CRSTF013271 | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/02/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.7 | $ | 1,402.50 | Document review & coding straight line CRSTF013272-CRSTF013550 | ESI / Doc Review and Analysis |
| 11/02/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.4 | $ | 1,155.00 | Document review & coding straight line CRSTF013553-CRSTF013777 | ESI / Doc Review and Analysis |
| 11/02/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | Reviewed declaration template for potential class member trial witnesses | Class Outreach and Contact |
| 11/02/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ | 40.00 | Email from case attorney regarding class member outreach details. | Class Outreach and Contact |
| 11/02/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Checking outcome details of outreach attempts to class members. | Class Outreach and Contact |
| 11/03/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/03/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/03/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/03/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/03/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/03/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2 | $ | 1,300.00 | Document Review - Straight Line - SL00007. | ESI / Doc Review and Analysis |
| 11/03/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ | 1,560.00 | Document Review - Straight Line - SL00007. | ESI / Doc Review and Analysis |
| 11/03/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ | 1,625.00 | Document Review - Straight Line - SL00005. | ESI / Doc Review and Analysis |
| 11/03/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | review Huckaby phone records for proudction | Case Development / Analysis |
| 11/03/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.5 | $ | 2,025.00 | revise/edit joint mtn to continue case management deadlines; outline of discovery dispute | pleadings and stipulations |
| 11/03/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ | 810.00 | draft crp to co-counsel and correspondence to o-c re case management and discovery | Comm w Opposing Counsel |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/03/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.5 | $ 1,237.50 | Document review & coding straight line CRSTF017065-CRSTF017644 | ESI / Doc Review and Analysis |
| 11/03/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.2 | $ 990.00 | Document review & coding straight line CRSTF015881-CRSTF016140 | ESI / Doc Review and Analysis |
| 11/03/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.6 | $ 1,320.00 | Document review & coding straight line CRSTF016145-CRSTF016665 | ESI / Doc Review and Analysis |
| 11/03/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.8 | $ 1,485.00 | Document review & coding straight line CRSTF016666-CRSTF017060 | ESI / Doc Review and Analysis |
| 11/03/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.9 | $ 1,567.50 | Document review & coding straight line CRSTF013777-CRSTF014266 | ESI / Doc Review and Analysis |
| 11/03/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Reviewed stipulation to modify case schedule and prepared email to co-counsel re comments | pleadings and stipulations |
| 11/03/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Drafting update email for case attorney regarding outreach to deposed class members. | Class Outreach and Contact |
| 11/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/06/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2 | $ 1,300.00 | Document Review - Straight Line - SL00009. | ESI / Doc Review and Analysis |
| 11/06/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ 455.00 | Document Review - Straight Line - SL00009. | ESI / Doc Review and Analysis |
| 11/06/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Document Review - Straight Line - SL00007. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/06/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00009. | ESI / Doc Review and Analysis |
| 11/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review class member intakes; prepare f/u | Case Development / Analysis |
| 11/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ administrator re compliance decl for class notice | Class Outreach and Contact |
| 11/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | draft crp to outreach team re class outreach mtg and docs for review | Class Outreach and Contact |
| 11/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | suggest edits/additions to declaration from notice administrator; confirm deadlines/opt outs; and comm w/ notice admin re same | Class Outreach and Contact |
| 11/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | draft crp to oc re scheduling stip and edits to same | Comm w Opposing Counsel |
| 11/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | review/analyze D's 10/29 doc production (recruiting materials, training materials, new handbook) | Discovery |
| 11/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ R Bonner re expert docs | Experts (incl comm and reports) |
| 11/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | further comm w/ viscelli re expert docs | Experts (incl comm and reports) |
| 11/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | telecon w/ S Viscelli re docs to search for and gather for discovery requests by D | Experts (incl comm and reports) |
| 11/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.4 | $ 1,890.00 | revise/edit joint requests to extend pretrial deadlines | pleadings and stipulations |
| 11/06/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.2 | $ 990.00 | Document review & coding straight line CRSTF017651-CRSTF017839 | ESI / Doc Review and Analysis |
| 11/06/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.8 | $ 1,485.00 | Document review & coding straight line CRSTF020211-CRSTF020603 | ESI / Doc Review and Analysis |
| 11/06/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.9 | $ 1,567.50 | Document review & coding straight line CRSTF020607-CRSTF021376 | ESI / Doc Review and Analysis |
| 11/06/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.5 | $ 1,237.50 | Document review & coding straight line CRSTF021392-CRSTF022220 | ESI / Doc Review and Analysis |
| 11/06/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.6 | $ 1,320.00 | Document review & coding straight line CRSTF022222-CRSTF023050 | ESI / Doc Review and Analysis |
| 11/06/2023 | Sarah Supple (SQP) | Paralegals / Law Clerks | Case Manager | $ 550.00 | 0.4 | $ 220.00 | Entering deadlines, and associated reminders, into our case management platform based on an email request re: discovery responses and placeholder depositions | Case Development / Analysis |
| 11/06/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Reviewing calendar and replied to case attorney with time availability for case outreach meeting. | Class Outreach and Contact |
| 11/06/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Reviewing case notice of class action and template declaration documents sent by case attorney. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/06/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.6 | $ 240.00 | Internal planning emails with partners, outreach leads and co-counsel regarding meeting and declarations project. | Class Outreach and Contact |
| 11/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/07/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.1 | $ 65.00 | Email from RAB re: Handbook update. Review handbook. | ESI / Doc Review and Analysis |
| 11/07/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Document Review - Straight Line - SL00010. | ESI / Doc Review and Analysis |
| 11/07/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Document Review - Straight Line - SL00009. | ESI / Doc Review and Analysis |
| 11/07/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Document Review - Straight Line - SL00010. | ESI / Doc Review and Analysis |
| 11/07/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Document Review - Straight Line - SL00010. | ESI / Doc Review and Analysis |
| 11/07/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Document Review - Straight Line - SL00010. | ESI / Doc Review and Analysis |
| 11/07/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF029063 to CRSTF029543 | ESI / Doc Review and Analysis |
| 11/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Incoming call from class member to discuss matter and update. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.4 | $ 560.00 | Meeting with JGK, TRB, KNT, MS, TRA, NBP to discuss Declaration drafting and potential Declarant contact. | Class Outreach and Contact |
| 11/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Organize assigned Declarant list | Class Outreach and Contact |
| 11/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Declaration Template and notice review. | Class Outreach and Contact |
| 11/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ 240.00 | Review Supp discovery | Class Outreach and Contact |
| 11/07/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | review/edit revised stip from D and further edits from co-counsel re case management continuance; comm w/ o-c re same | Case Development / Analysis |
| 11/07/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | meet w/ doc review team (R Bonner) re status of review; new docs; search term analysis | Case Development / Analysis |
| 11/07/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review info from Viscelli and update to-do list for pretrial discovery | Experts (incl comm and reports) |
| 11/07/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ o-c re scheduling stip | Comm w Opposing Counsel |
| 11/07/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | further review/editing of stip for continuance; comm w/ o-c re same | pleadings and stipulations |
| 11/07/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.2 | $ 1,620.00 | team mtg re decl gathering | Class Outreach and Contact |
| 11/07/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.2 | $ 1,440.00 | Strategy conference with JGK and outreach staff re drafting declarations for class members and related trial preparation and/or preparation for opposing D's MSJ | Case Development / Analysis |
| 11/07/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.3 | $ 285.00 | Meeting with JHK re: document review status and project planning | ESI / Doc Review and Analysis |
| 11/07/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 1.5 | $ 1,425.00 | Running new search term reports for Keywords derived from Defendants 10/27 productions | ESI / Doc Review and Analysis |
| 11/07/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.4 | $ 560.00 | Case Outreach Meeting | Class Outreach and Contact |
| 11/07/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Updating and syncing class list tracking sheet for further outreach attempts to assigned class members. | Class Outreach and Contact |
| 11/07/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.9 | $ 760.00 | Noting class members with missing phone numbers and beginning Public records search for latest contact information. | Class Outreach and Contact |
| 11/07/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.4 | $ 960.00 | Meeting prep and meeting with partners, outreach team and co-counsel regarding declaration drafting project in advance of Opposition to MSJ. | Class Outreach and Contact |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/08/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/08/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/08/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/08/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/08/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/08/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.1 | $ | 65.00 | Email from RAB re: new search terms doc review. | ESI / Doc Review and Analysis |
| 11/08/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Document Review - New Search Terms - ST00001. | ESI / Doc Review and Analysis |
| 11/08/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Document Review - New Search Terms - ST00001. | ESI / Doc Review and Analysis |
| 11/08/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ | 455.00 | Document Review - New Search Terms - ST00001. | ESI / Doc Review and Analysis |
| 11/08/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ | 390.00 | Document Review - Straight Line - SL00010. | ESI / Doc Review and Analysis |
| 11/08/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ | 845.00 | Document Review - New Search Terms - ST00001. | ESI / Doc Review and Analysis |
| 11/08/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Drafted email to RAB re: other uncompensated driver activities | Discovery |
| 11/08/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ | 390.00 | Reviewed docs Bates #s CRSTF029544 to CRSTF029614 | ESI / Doc Review and Analysis |
| 11/08/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.8 | $ | 520.00 | Re-reviewed docs Bates #s CRSTF029063 to CRSTF029614 | ESI / Doc Review and Analysis |
| 11/08/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed docs Bates #s CRSTF030099 to CRSTF030868 | Experts (incl comm and reports) |
| 11/08/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates #s CRSTF029615 to CRSTF030098 | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/08/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Called to discuss matter and receive an update. | Class Outreach and Contact |
| 11/08/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ 240.00 | Declaration review and organization | Class Outreach and Contact |
| 11/08/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ 240.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/08/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.7 | $ 280.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/08/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Reviewing outreach script/ trial witness questionnaire in advance of outgoing calls to class members. | Class Outreach and Contact |
| 11/08/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | final review of joint stip re case management continuance | pleadings and stipulations |
| 11/08/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | initial review of song supp report and comm w/ viscelli and chasworth re same | Experts (incl comm and reports) |
| 11/08/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | review/analyze song supp report | Experts (incl comm and reports) |
| 11/08/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 1.2 | $ 1,140.00 | Second Pass Hot Document Review: Building Hot Document Index in preparation for MSJ | ESI / Doc Review and Analysis |
| 11/08/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 1.3 | $ 1,235.00 | Second Pass Hot Document Review: Building Hot Document Index in preparation for MSJ | ESI / Doc Review and Analysis |
| 11/08/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 2.3 | $ 2,185.00 | Second Pass Hot Document Review: Building Hot Document Index in preparation for MSJ | ESI / Doc Review and Analysis |
| 11/08/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 2.2 | $ 2,090.00 | Second Pass Hot Document Review: Building Hot Document Index in preparation for MSJ | ESI / Doc Review and Analysis |
| 11/08/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.1 | $ 440.00 | Reviewing details of assigned class members in class outreach tracking sheet. | Class Outreach and Contact |
| 11/08/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Weekly Outreach Projects Update | Class Outreach and Contact |
| 11/08/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ 120.00 | Setting up casefile architecture for declaration drafting assignment, circulating instructions to team. | Class Outreach and Contact |
| 11/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/09/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/09/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.8 | $ 1,170.00 | Document Review - New Search Terms - ST00001. | ESI / Doc Review and Analysis |
| 11/09/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 2.5 | $ 1,625.00 | Document Review - New Search Terms - ST00001. | ESI / Doc Review and Analysis |
| 11/09/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 2.5 | $ 1,625.00 | Document Review - New Search Terms - ST00001. | ESI / Doc Review and Analysis |
| 11/09/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 0.1 | $ 65.00 | Email from RAB and review other pay doc. | ESI / Doc Review and Analysis |
| 11/09/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF062806 to CRSTF064414 | ESI / Doc Review and Analysis |
| 11/09/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF067197 to CRSTF075317 | ESI / Doc Review and Analysis |
| 11/09/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.1 | $ 715.00 | Reviewed docs Bates #s CRSTF064662 to CRSTF067192 | ESI / Doc Review and Analysis |
| 11/09/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.2 | $ 780.00 | Reviewed docs Bates #s CRSTF075357 to CRSTF077579 | ESI / Doc Review and Analysis |
| 11/09/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 0.5 | $ 200.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/09/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 0.5 | $ 200.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/09/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 0.9 | $ 360.00 | Reviewing outreach script/ trial witness questionnaire in advance of declaration drafting | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/09/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | review/analysis of Song's second rebuttal report | Experts (incl comm and reports) |
| 11/09/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.2 | $ 190.00 | Adding new choices and fields to the Relativity Coding Panel for Misc Pay and Non-Driving Work | ESI / Doc Review and Analysis |
| 11/09/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 2.2 | $ 2,090.00 | Second Pass Hot Document Review: Building Hot Document Index in preparation for MSJ | ESI / Doc Review and Analysis |
| 11/09/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 2 | $ 1,900.00 | Second Pass Hot Document Review: Building Hot Document Index in preparation for MSJ | ESI / Doc Review and Analysis |
| 11/09/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 1.4 | $ 1,330.00 | Second Pass Hot Document Review: Building Hot Document Index in preparation for MSJ | ESI / Doc Review and Analysis |
| 11/09/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 1.3 | $ 1,235.00 | Second Pass Hot Document Review: Building Hot Document Index in preparation for MSJ | ESI / Doc Review and Analysis |
| 11/09/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Class tracking sheet updates. | Class Outreach and Contact |
| 11/09/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.9 | $ 760.00 | Class member intake calls. | Class Outreach and Contact |
| 11/12/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 2.1 | $ 1,995.00 | Second Pass Hot Document Review: Building Hot Document Index in preparation for MSJ | ESI / Doc Review and Analysis |
| 11/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/13/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/13/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ 1,495.00 | Document Review - New Search Terms - ST00004. | ESI / Doc Review and Analysis |
| 11/13/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - New Search Terms - ST00001. | ESI / Doc Review and Analysis |
| 11/13/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.1 | $ 1,365.00 | Document Review - New Search Terms - ST00004. | ESI / Doc Review and Analysis |
| 11/13/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF077698 to CRSTF084141 | ESI / Doc Review and Analysis |
| 11/13/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed docs Bates #s CRSTF084144 to CRSTF084687 | ESI / Doc Review and Analysis |
| 11/13/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ 455.00 | Reviewed docs Bates #s CRSTF084688 to CRSTF085223 | ESI / Doc Review and Analysis |
| 11/13/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed docs Bates #s CRSTF133312 to CRSTF1355415 | ESI / Doc Review and Analysis |
| 11/13/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed docs Bates #s CRSTF135534 to CRSTF137154 | ESI / Doc Review and Analysis |
| 11/13/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document | Class Outreach and Contact |
| 11/13/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/13/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ 240.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/13/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document | Class Outreach and Contact |
| 11/13/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Reviewing outreach script/ trial witness questionnaire in advance of completing class members Declaration drafts and outgoing calls. | Class Outreach and Contact |
| 11/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.5 | $ 2,025.00 | zoom meeting with chasworth re song's rebuttal | Experts (incl comm and reports) |
| 11/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.9 | $ 1,215.00 | review/analysis of Song rebuttal report #2 | Experts (incl comm and reports) |
| 11/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | finish first review/analysis of Song rebuttal report | Experts (incl comm and reports) |
| 11/13/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 2.2 | $ 2,090.00 | Second Pass Review: Review of Hot Documents re: to Off the Clock Work (216 Documents) | ESI / Doc Review and Analysis |
| 11/13/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Phone call with class member for declaration-related questions. | Class Outreach and Contact |
| 11/13/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Emailing outreach supervisor regarding planned callback to class member. | Class Outreach and Contact |
| 11/13/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.9 | $ 760.00 | Searching for class member contact information through public records search. | Class Outreach and Contact |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/13/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 0.4 | $ 160.00 | Reviewing declaration template for needed information during class member outreach call. | Class Outreach and Contact |
| 11/13/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 0.4 | $ 160.00 | Reviewing class member's tracking sheet information prior to outreach call. | Class Outreach and Contact |
| 11/13/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ | 400.00 | 1.2 | $ 480.00 | Researching and assigning incoming class member calls. | Class Outreach and Contact |
| 11/14/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/14/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/14/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/14/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/14/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1 | $ 650.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/14/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 2.1 | $ 1,365.00 | Document Review - New Search Terms - ST00004. | ESI / Doc Review and Analysis |
| 11/14/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 2.5 | $ 1,625.00 | Document Review - New Search Terms - ST00004. | ESI / Doc Review and Analysis |
| 11/14/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 0.6 | $ 390.00 | Document Review - New Search Terms - ST00004. | ESI / Doc Review and Analysis |
| 11/14/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.3 | $ 845.00 | Document Review - New Search Terms - ST00004. | ESI / Doc Review and Analysis |
| 11/14/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF147438 to CRSTF154824 | ESI / Doc Review and Analysis |
| 11/14/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF137163 to CRSTF143174 | ESI / Doc Review and Analysis |
| 11/14/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.2 | $ 780.00 | Reviewed docs Bates #s CRSTF143175 to CRSTF147437 | ESI / Doc Review and Analysis |
| 11/14/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.2 | $ 780.00 | Reviewed docs Bates #s CRSTF154826 to CRSTF155574 | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/14/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.8 | $ 320.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/14/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | meet w/ R Bonner re doc review and ESI searches | ESI / Doc Review and Analysis |
| 11/14/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.3 | $ 285.00 | Meeting with JGK for the update to Document review projects | ESI / Doc Review and Analysis |
| 11/14/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Intake phone call with class member. | Class Outreach and Contact |
| 11/14/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Messaging outreach supervisor with update on latest call to class member. | Class Outreach and Contact |
| 11/14/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.2 | $ 480.00 | Drafting intake with details gathered from recent interview with class member. | Class Outreach and Contact |
| 11/14/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.7 | $ 680.00 | Reviewing assigned class members for outreach in case tracking sheet and noting all missing information to gather on later calls and public records searches. | Class Outreach and Contact |
| 11/14/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.5 | $ 200.00 | incoming call from class member; referring interview call to law clerk for trial witness interview. | Class Outreach and Contact |
| 11/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/15/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.8 | $ | 520.00 | Document Review - New Search Terms - ST00006. | ESI / Doc Review and Analysis |
| 11/15/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ | 390.00 | Document Review - New Search Terms - ST00006. | ESI / Doc Review and Analysis |
| 11/15/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ | 455.00 | Document Review - New Search Terms - ST00006. | ESI / Doc Review and Analysis |
| 11/15/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ | 1,560.00 | Document Review - New Search Terms - ST00006. | ESI / Doc Review and Analysis |
| 11/15/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ | 1,430.00 | Document Review - New Search Terms - ST00006. | ESI / Doc Review and Analysis |
| 11/15/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ | 650.00 | Reviewed docs Bates #s CRSTF203763 to CRSTF206665 | ESI / Doc Review and Analysis |
| 11/15/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ | 845.00 | Reviewed docs Bates #s CRSTF206674 to CRSTF209372 | ESI / Doc Review and Analysis |
| 11/15/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ | 780.00 | Reviewed docs Bates #s CRSTF209373 to CRSTF212080 | ESI / Doc Review and Analysis |
| 11/15/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ | 780.00 | Reviewed docs Bates #s CRSTF155575 to CRSTF156499 | ESI / Doc Review and Analysis |
| 11/15/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ | 780.00 | Reviewed docs Bates #s CRSTF156526 to CRSTF157373 | ESI / Doc Review and Analysis |
| 11/15/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ | 400.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/15/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ | 240.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/15/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ | 360.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/15/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ | 400.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/15/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Reviewing outreach script/ trial witness questionnaire in advance of outgoing calls to class members. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/15/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.6 | $ 640.00 | Internal communications with law clerks regarding declaration draft progress | Class Outreach and Contact |
| 11/16/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/16/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/16/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/16/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/16/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/16/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - New Search Terms - ST00006. | ESI / Doc Review and Analysis |
| 11/16/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - New Search Terms - ST00006. | ESI / Doc Review and Analysis |
| 11/16/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Document Review - New Search Terms - ST00006. | ESI / Doc Review and Analysis |
| 11/16/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF217499 to CRSTF219321 | ESI / Doc Review and Analysis |
| 11/16/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF215554 to CRSTF217496 | ESI / Doc Review and Analysis |
| 11/16/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF213991 to CRSTF215553 | ESI / Doc Review and Analysis |
| 11/16/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF212080 to CRSTF213977 | ESI / Doc Review and Analysis |
| 11/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.8 | $ 320.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ 240.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.7 | $ 280.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/16/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 11/16/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.7 | $ 1,402.50 | Document review & coding new search terms CRSTF222472-CRSTF223813 | ESI / Doc Review and Analysis |
| 11/16/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.6 | $ 1,320.00 | Document review & coding straight line CRSTF023051-CRSTF024203 | ESI / Doc Review and Analysis |
| 11/16/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.9 | $ 1,567.50 | Document review & coding new search terms CRSTF219138-CRSTF219785 | ESI / Doc Review and Analysis |
| 11/16/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.3 | $ 1,072.50 | Document review & coding new search terms CRSTF219787-CRSTF222471 | ESI / Doc Review and Analysis |
| 11/16/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.5 | $ 1,237.50 | Document review & coding new search terms CRSTF223813-CRSTF231751 | ESI / Doc Review and Analysis |
| 11/16/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.1 | $ 440.00 | Called class member for intake. Made notes in tracking sheet and listed additional clients for needed intake calls. | Class Outreach and Contact |
| 11/16/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.1 | $ 40.00 | One-on-one meeting with team member re: assignment and file maintenance protocol. | Class Outreach and Contact |
| 11/17/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/17/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/17/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/17/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/17/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/17/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.6 | $ 1,690.00 | Document Review - New Search Terms - ST00010. | ESI / Doc Review and Analysis |
| 11/17/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ 1,495.00 | Document Review - New Search Terms - ST00010. | ESI / Doc Review and Analysis |
| 11/17/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2 | $ 1,300.00 | Document Review - New Search Terms - ST00010. | ESI / Doc Review and Analysis |
| 11/17/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Called and spoke with class member about declaration. | Class Outreach and Contact |
| 11/17/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Called and spoke with class member about declaration. | Class Outreach and Contact |
| 11/17/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Called and spoke with class member about declaration. | Class Outreach and Contact |
| 11/17/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/17/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ 240.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/17/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ 240.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/17/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/17/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/17/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ 240.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/17/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 11/17/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.4 | $ 1,155.00 | Document review & coding new search terms CRSTF240802-CRSTF245744 | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/17/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.2 | $ 990.00 | Document review & coding new search terms CRSTF231816-CRSTF233531 | ESI / Doc Review and Analysis |
| 11/17/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.9 | $ 1,567.50 | Document review & coding new search terms CRSTF233534-CRSTF236533 | ESI / Doc Review and Analysis |
| 11/17/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.7 | $ 1,402.50 | Document review & coding new search terms CRSTF236535-CRSTF238663 | ESI / Doc Review and Analysis |
| 11/17/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.8 | $ 1,485.00 | Document review & coding new search terms CRSTF238681-CRSTF240785 | ESI / Doc Review and Analysis |
| 11/18/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Called to confirm participation as a Declarant and discuss declaration draft. | Class Outreach and Contact |
| 11/18/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Called to confirm participation as a Declarant and discuss declaration draft. | Class Outreach and Contact |
| 11/18/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Called to confirm participation as a Declarant and discuss declaration draft . | Class Outreach and Contact |
| 11/18/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.9 | $ 360.00 | Called to confirm participation as a Declarant and discuss declaration draft | Class Outreach and Contact |
| 11/18/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Called to confirm participation as a Declarant and discuss declaration draft. | Class Outreach and Contact |
| 11/18/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document and declarant feedback. | Class Outreach and Contact |
| 11/18/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document and declarant feedback. | Class Outreach and Contact |
| 11/18/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document and declarant feedback. | Class Outreach and Contact |
| 11/18/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document and declarant feedback. | Class Outreach and Contact |
| 11/18/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 11/19/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.3 | $ 520.00 | Called to confirm participation as a Declarant and discuss declaration draft. | Class Outreach and Contact |
| 11/19/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Called to confirm participation as a Declarant and discuss declaration draft. | Class Outreach and Contact |
| 11/19/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Correspondence, updates and drafts sent for review-JGK, NBP, TRB. | Class Outreach and Contact |
| 11/19/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/19/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ | 120.00 | Edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/19/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ | 120.00 | Edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/19/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/19/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ | 200.00 | Edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/19/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ | 200.00 | Edits with additional content and drafting of Declaration using intake document | Class Outreach and Contact |
| 11/19/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ | 200.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document | Class Outreach and Contact |
| 11/19/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 11/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/20/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ | 1,625.00 | Document Review - New Search Terms - ST00010. | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/20/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ | 1,495.00 | Document Review - New Search Terms - ST00010. | ESI / Doc Review and Analysis |
| 11/20/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.1 | $ | 1,365.00 | Document Review - New Search Terms - ST00010. | ESI / Doc Review and Analysis |
| 11/20/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates #s CRSTF035501 to CRSTF035699 | ESI / Doc Review and Analysis |
| 11/20/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ | 780.00 | Reviewed docs Bates #s CRSTF035700 to CRSTF035781 | ESI / Doc Review and Analysis |
| 11/20/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates #s CRSTF323795 to CRSTF330679 | ESI / Doc Review and Analysis |
| 11/20/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ | 400.00 | Called to confirm participation as a Declarant and discuss declaration draft. | Class Outreach and Contact |
| 11/20/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ | 400.00 | Called to confirm participation as a Declarant and discuss declaration draft. | Class Outreach and Contact |
| 11/20/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/20/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ | 200.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/20/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 11/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | review order granting continuance of dates; review local rules and Judge Wright's standing orders; draft memo to staff re calendaring of dates/deadlines | Case Development / Analysis |
| 11/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | follow-up meeting w/ Berenji re various discovery, expert and strategy issues | Case Development / Analysis |
| 11/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | prepare responses to interrogatories and RFPs on Viscelli; review/analysis of Viscelli docs for potential production | Discovery |
| 11/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | revise/edit objections/responses to expert discovery on viscelli; comm w/ staff re same | Discovery |
| 11/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ | 1,080.00 | review/analysis of viscelli docs and comm w/ staff re further indexing/review/search/production of same | Discovery |
| 11/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | revise/edit discovery responses for Experts (incl comm and reports) | Discovery |
| 11/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ | 945.00 | meet w/ expert chasworth and co-counsel berenji re project involving song supp report | Experts (incl comm and reports) |
| 11/20/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.8 | $ | 1,485.00 | Document review & coding new search terms CRSTF29818-CRSTF300598 | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/20/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.4 | $ | 1,155.00 | Document review & coding new search terms CRSTF300600-CRSTF302134 | ESI / Doc Review and Analysis |
| 11/20/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.7 | $ | 1,402.50 | Document review & coding new search terms CRSTF302341-CRSTF305836 | ESI / Doc Review and Analysis |
| 11/20/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.5 | $ | 1,237.50 | Document review & coding new search terms CRSTF305966-CRSTF309001 | ESI / Doc Review and Analysis |
| 11/20/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.6 | $ | 1,320.00 | Document review & coding new search terms CRSTF309003-CRSTF311573 | ESI / Doc Review and Analysis |
| 11/20/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.8 | $ | 720.00 | Working on tracking sheet copy document for additional updates and offline use. | Class Outreach and Contact |
| 11/20/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.7 | $ | 280.00 | Reviewing latest status of class members outreach attempts in project tracking sheet. | Class Outreach and Contact |
| 11/20/2023 | Tyler Smith (TBS) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ | 110.00 | Finalize Rogs, Set 1 and RFPs, Set 4 for service. | Discovery |
| 11/20/2023 | Tyler Smith (TBS) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Serve Rogs, Set 1 and RFPs, Set 4 | Case / Document Administration |
| 11/21/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/21/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/21/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/21/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/21/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/21/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ | 455.00 | Document Review - Straight Line - SL00013. | ESI / Doc Review and Analysis |
| 11/21/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ | 585.00 | Document Review - Straight Line - SL00013. | ESI / Doc Review and Analysis |
| 11/21/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ | 1,625.00 | Document Review - Straight Line - SL00013. | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ | 1,625.00 | Document Review - Straight Line - SL00013. | ESI / Doc Review and Analysis |
| 11/21/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates #s CRSTF035784 to CRSTF037285 | ESI / Doc Review and Analysis |
| 11/21/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed docs Bates #s CRSTF037290 to CRSTF037472 | ESI / Doc Review and Analysis |
| 11/21/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ | 780.00 | Reviewed docs Bates #s CRSTF037857 to CRSTF037978 | ESI / Doc Review and Analysis |
| 11/21/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates #s CRSTF037474 to CRSTF037856 | ESI / Doc Review and Analysis |
| 11/21/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.3 | $ | 520.00 | Incoming call to confirm participation as a Declarant and discuss declaration draft. | Class Outreach and Contact |
| 11/21/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ | 240.00 | Made dits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/21/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Made dits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/21/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Made dits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/21/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ | 120.00 | Made dits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/21/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 11/21/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.7 | $ | 1,402.50 | Document review & coding new search terms CRSTF318780-CRSTF323602 | ESI / Doc Review and Analysis |
| 11/21/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.6 | $ | 1,320.00 | Document review & coding straight line CRSTF038060-CRSTF038171 | ESI / Doc Review and Analysis |
| 11/21/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.5 | $ | 1,237.50 | Document review & coding new search terms CRSTF311586-CRSTF312548 | ESI / Doc Review and Analysis |
| 11/21/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.8 | $ | 1,485.00 | Document review & coding new search terms CRSTF312556-CRSTF314815 | ESI / Doc Review and Analysis |
| 11/21/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.4 | $ | 1,155.00 | Document review & coding new search terms CRSTF315403-CRSTF318230 | ESI / Doc Review and Analysis |
| 11/21/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ | 120.00 | Messaging outreach supervisor regarding outreach status update for case. | Class Outreach and Contact |
| 11/21/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.6 | $ | 640.00 | Internal communications regarding declaration drafting project, progress, and assignments. | Class Outreach and Contact |
| 11/22/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ | 1,495.00 | Document Review - Straight Line - SL00018. | ESI / Doc Review and Analysis |
| 11/22/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.8 | $ | 520.00 | Document Review - Straight Line - SL00018. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/22/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00013. | ESI / Doc Review and Analysis |
| 11/22/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Document Review - Straight Line - SL00018. | ESI / Doc Review and Analysis |
| 11/22/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | Reviewed docs Bates #s CRSTF037980 to CRSTF038057 | ESI / Doc Review and Analysis |
| 11/22/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF040894 to CRSTF040934 | ESI / Doc Review and Analysis |
| 11/22/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed docs Bates #s CRSTF040963 to CRSTF040995 | ESI / Doc Review and Analysis |
| 11/22/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF040935 to CRSTF040962 | ESI / Doc Review and Analysis |
| 11/22/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed docs Bates #s CRSTF040996 to CRSTF041031 | ESI / Doc Review and Analysis |
| 11/22/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Reviewed docs Bates #s CRSTF041032 to CRSTF041048 | ESI / Doc Review and Analysis |
| 11/22/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.1 | $ 440.00 | Called to confirm participation as a Declarant and discuss declaration draft. Completed declaration draft. | Class Outreach and Contact |
| 11/22/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Called to confirm participation as a Declarant and discuss declaration draft. Completed declaration draft. | Class Outreach and Contact |
| 11/22/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Called to confirm participation as a Declarant and discuss declaration draft. Completed declaration draft. | Class Outreach and Contact |
| 11/22/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Edits with additional content and drafting of Declaration using intake document | Class Outreach and Contact |
| 11/22/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Edits with additional content and drafting of Declaration using intake document | Class Outreach and Contact |
| 11/22/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 11/22/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.8 | $ 1,485.00 | Document review & coding straight line CRSTF038904-CRSTF039053 | ESI / Doc Review and Analysis |
| 11/22/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.4 | $ 1,155.00 | Document review & coding straight line CRSTF039055-CRSTF039153 | ESI / Doc Review and Analysis |
| 11/22/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.7 | $ 1,402.50 | Document review & coding straight line CRSTF038172-CRSTF038255 | ESI / Doc Review and Analysis |
| 11/22/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.2 | $ 990.00 | Document review & coding straight line CRSTF038259-CRSTF038615 | ESI / Doc Review and Analysis |
| 11/22/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.5 | $ 1,237.50 | Document review & coding straight line CRSTF038259-CRSTF038901 | ESI / Doc Review and Analysis |
| 11/22/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Cases Outreach Updates Report email from outreach supervisor. | Class Outreach and Contact |
| 11/22/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.9 | $ 760.00 | Working on tracking sheet view and class member details prior to beginning outreach calls. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/22/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Checking for correspondence with class members via phone and email. Noting accordingly. | Class Outreach and Contact |
| 11/24/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.2 | $ 1,620.00 | draft meet and confer crp to o-c re depositions, discovery, site inspections and other discovery items (including review/analysis of potential witness backgrounds and expert lists) | Comm w Opposing Counsel |
| 11/26/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | revise/edit class member depos | Class Outreach and Contact |
| 11/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/27/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/27/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00018. | ESI / Doc Review and Analysis |
| 11/27/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ 1,495.00 | Document Review - Straight Line - SL00018. | ESI / Doc Review and Analysis |
| 11/27/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.1 | $ 1,365.00 | Document Review - Straight Line - SL00018. | ESI / Doc Review and Analysis |
| 11/27/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF041966 to CRSTF042000 | ESI / Doc Review and Analysis |
| 11/27/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Reviewed docs Bates #s CRSTF042001 to CRSTF042015 | ESI / Doc Review and Analysis |
| 11/27/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed docs Bates #s CRSTF041953 to CRSTF041965 | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/27/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates #s CRSTF041360 to CRSTF041952 | ESI / Doc Review and Analysis |
| 11/27/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates #s CRSTF041049 to CRSTF041359 | ESI / Doc Review and Analysis |
| 11/27/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Consult with AXM | Class Outreach and Contact |
| 11/27/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 11/27/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ | 120.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 11/27/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ | 120.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 11/27/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ | 240.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 11/27/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ | 200.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declaration drafts in advance of outgoing calls. | Class Outreach and Contact |
| 11/27/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | revise/edit class member decl | Class Outreach and Contact |
| 11/27/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | meet w/ TLH and TRB re outreach to CMs selected by D for depo | Class Outreach and Contact |
| 11/27/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.8 | $ | 2,430.00 | review and comment on class member declarations | Class Outreach and Contact |
| 11/27/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | review of viscelli discovery docs for production | Discovery |
| 11/27/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.3 | $ | 1,072.50 | Document review & coding straight line CRSTF039153-CRSTF039216 | ESI / Doc Review and Analysis |
| 11/27/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.9 | $ | 1,567.50 | Document review & coding straight line CRSTF039219-CRSTF039358 | ESI / Doc Review and Analysis |
| 11/27/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.5 | $ | 1,237.50 | Document review & coding straight line CRSTF044822-CRSTF045029 | ESI / Doc Review and Analysis |
| 11/27/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.7 | $ | 1,402.50 | Document review & coding straight line CRSTF045031-CRSTF045231 | ESI / Doc Review and Analysis |
| 11/27/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.6 | $ | 1,320.00 | Document review & coding straight line CRSTF045232-CRSTF045508 | ESI / Doc Review and Analysis |
| 11/27/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 1.2 | $ | 1,140.00 | Completed Search Term Report of documents in the Relativity database for further production requests | ESI / Doc Review and Analysis |
| 11/27/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Outreach meeting regarding deposition letter mailing assignment. | Class Outreach and Contact |
| 11/27/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ | 120.00 | Emailing case attorney regarding draft of deposition notice letter. | Class Outreach and Contact |
| 11/27/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.4 | $ | 560.00 | Extracting contact details of selected class members for mail merge project. | Class Outreach and Contact |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/27/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.7 | $ | 280.00 | Reviewing prior mailing assignment and forwarding details to case attorney. | Class Outreach and Contact |
| 11/27/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Email regarding outreach assignments and priorities update. | Class Outreach and Contact |
| 11/27/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.4 | $ | 960.00 | Organizing project, marking selected class members in SharePoint, setting meeting and assigning project. | Class Outreach and Contact |
| 11/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/28/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/28/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ | 1,495.00 | Document Review - Straight Line - SL00020. | ESI / Doc Review and Analysis |
| 11/28/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ | 910.00 | Document Review - Straight Line - SL00020. | ESI / Doc Review and Analysis |
| 11/28/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.8 | $ | 1,820.00 | Document Review - Straight Line - SL00020. | ESI / Doc Review and Analysis |
| 11/28/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates #s CRSTF042016 to CRSTF042053 | ESI / Doc Review and Analysis |
| 11/28/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates #s CRSTF042054 to CRSTF042076 | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/28/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ | 780.00 | Reviewed docs Bates #s CRSTF042134 to CRSTF042158 | ESI / Doc Review and Analysis |
| 11/28/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates #s CRSTF042090 to CRSTF042133 | ESI / Doc Review and Analysis |
| 11/28/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed docs Bates #s CRSTF042077 to CRSTF042089 | ESI / Doc Review and Analysis |
| 11/28/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.2 | $ | 480.00 | Called to confirm participation as a Declarant and discuss declaration draft. | Class Outreach and Contact |
| 11/28/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.7 | $ | 280.00 | Declaration Drafting- edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/28/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 11/28/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | meet w/ RB re ESI search status, hot docs, additional terms | ESI / Doc Review and Analysis |
| 11/28/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | prepare esi search protocol | ESI / Doc Review and Analysis |
| 11/28/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.4 | $ | 1,155.00 | Document review & coding straight line CRSTF050507-CRSTF050777 | ESI / Doc Review and Analysis |
| 11/28/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.2 | $ | 990.00 | Document review & coding straight line CRSTF045974-CRSTF046033 | ESI / Doc Review and Analysis |
| 11/28/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.9 | $ | 1,567.50 | Document review & coding straight line CRSTF046035-CRSTF046247 | ESI / Doc Review and Analysis |
| 11/28/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.6 | $ | 1,320.00 | Document review & coding straight line CRSTF045534-CRSTF045747 | ESI / Doc Review and Analysis |
| 11/28/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.8 | $ | 1,485.00 | Document review & coding straight line CRSTF045753-CRSTF045971 | ESI / Doc Review and Analysis |
| 11/28/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.4 | $ | 380.00 | Weekly Meeting regarding Document Review Status with JGK | ESI / Doc Review and Analysis |
| 11/28/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.5 | $ | 600.00 | Filling out missing contact details for class members selected for deposition notice letter-mailing. | Class Outreach and Contact |
| 11/28/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.1 | $ | 440.00 | Filling out missing contact details for class members selected for deposition notice letter-mailing. | Class Outreach and Contact |
| 11/28/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.7 | $ | 280.00 | Reviewing class list, data, assignments, instructions, meeting notes, template. | Class Outreach and Contact |
| 11/29/2023 | Amanda Marshall (AXM) | Of Counsel / Associates | Staff Attorney | $ 750.00 | 0.4 | $ | 300.00 | call with JTG to go over declarations | Class Outreach and Contact |
| 11/29/2023 | Amanda Marshall (AXM) | Of Counsel / Associates | Staff Attorney | $ 750.00 | 1 | $ | 750.00 | completed intake call | Class Outreach and Contact |
| 11/29/2023 | Amanda Marshall (AXM) | Of Counsel / Associates | Staff Attorney | $ 750.00 | 0.9 | $ | 675.00 | cleaned intake; drafted new paragraphs; redited declaration | Class Outreach and Contact |
| 11/29/2023 | Amanda Marshall (AXM) | Of Counsel / Associates | Staff Attorney | $ 750.00 | 0.1 | $ | 75.00 | making new folders for declaration draft and moving files | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/29/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/29/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/29/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/29/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/29/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/29/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Document Review - Straight Line - SL00023. | ESI / Doc Review and Analysis |
| 11/29/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ 1,430.00 | Document Review - Straight Line - SL00023. | ESI / Doc Review and Analysis |
| 11/29/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00020. | ESI / Doc Review and Analysis |
| 11/29/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Document Review - Straight Line - SL00023. | ESI / Doc Review and Analysis |
| 11/29/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed docs Bates #s CRSTF042213 to CRSTF042238 | ESI / Doc Review and Analysis |
| 11/29/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF042159 to CRSTF042188 | ESI / Doc Review and Analysis |
| 11/29/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF042189 to CRSTF042212 | ESI / Doc Review and Analysis |
| 11/29/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Reviewed docs Bates #s CRSTF042239 to CRSTF042283 | ESI / Doc Review and Analysis |
| 11/29/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF042284 to CRSTF042323 | ESI / Doc Review and Analysis |
| 11/29/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.1 | $ 440.00 | Called to confirm participation as a Declarant and discuss declaration draft. | Class Outreach and Contact |
| 11/29/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1 | $ 400.00 | Called to confirm participation as a Declarant and discuss declaration draft. | Class Outreach and Contact |
| 11/29/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called back to follow up regarding update and declaration completion. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/29/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.6 | $ 240.00 | Edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/29/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.7 | $ 280.00 | Edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/29/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/29/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 11/29/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 11/29/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ o-c re viscelli discovery and other m/c items | Comm w Opposing Counsel |
| 11/29/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | check in with outreach staff re status of outreach to CMs selected for depo by D | Class Outreach and Contact |
| 11/29/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.9 | $ 1,215.00 | meet and confer w/ o-c on discovery / mediation | Comm w Opposing Counsel |
| 11/29/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | conf w/ viscelli re case status and discovery responses; additional studies | Experts (incl comm and reports) |
| 11/29/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.6 | $ 1,320.00 | Document review & coding straight line CRSTF051831-CRSTF052033 | ESI / Doc Review and Analysis |
| 11/29/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.8 | $ 1,485.00 | Document review & coding straight line CRSTF051495-CRSTF051830 | ESI / Doc Review and Analysis |
| 11/29/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.1 | $ 907.50 | Document review & coding straight line CRSTF051245-CRSTF051490 | ESI / Doc Review and Analysis |
| 11/29/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.9 | $ 1,567.50 | Document review & coding straight line CRSTF051011-CRSTF051234 | ESI / Doc Review and Analysis |
| 11/29/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.4 | $ 1,155.00 | Document review & coding straight line CRSTF050779-CRSTF051009 | ESI / Doc Review and Analysis |
| 11/29/2023 | Lourdes Castro (LEC) | Paralegals / Law Clerks | Jr. Paralegal | $ 500.00 | 0.5 | $ 250.00 | Printing notices and preparing letters for mailing re random deponent letters | Case / Document & Administration |
| 11/29/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Phone call with case attorney regarding mail merge details and letter revisions. | Class Outreach and Contact |
| 11/29/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.9 | $ 760.00 | Deposition notice letter mail merging project. | Class Outreach and Contact |
| 11/29/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.6 | $ 640.00 | Deposition notice letter mail merging project. | Class Outreach and Contact |
| 11/29/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 1.4 | $ 560.00 | Deposition notice letter mail merging project. | Class Outreach and Contact |
| 11/29/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Deposition notice letter mail merging project. | Class Outreach and Contact |
| 11/29/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.6 | $ 240.00 | Internal communications regarding class contact for deposition scheduling. | Class Outreach and Contact |
| 11/30/2023 | Amanda Marshall (AXM) | Of Counsel / Associates | Staff Attorney | $ 750.00 | 1.1 | $ 825.00 | completed declaration interview | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/30/2023 | Amanda Marshall (AXM) | Of Counsel / Associates | Staff Attorney | $ 750.00 | 0.2 | $ 150.00 | drafting email for edits for huckaby | Class Outreach and Contact |
| 11/30/2023 | Amanda Marshall (AXM) | Of Counsel / Associates | Staff Attorney | $ 750.00 | 1.4 | $ 1,050.00 | FINISHING DECLARATION EDITS | Class Outreach and Contact |
| 11/30/2023 | Amanda Marshall (AXM) | Of Counsel / Associates | Staff Attorney | $ 750.00 | 0.6 | $ 450.00 | continuing edits | Class Outreach and Contact |
| 11/30/2023 | Amanda Marshall (AXM) | Of Counsel / Associates | Staff Attorney | $ 750.00 | 0.6 | $ 450.00 | filled out declaration before call | Class Outreach and Contact |
| 11/30/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/30/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/30/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/30/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/30/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 11/30/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Document Review - Straight Line - SL00025. | ESI / Doc Review and Analysis |
| 11/30/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Document Review - Straight Line - SL00023. | ESI / Doc Review and Analysis |
| 11/30/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Document Review - Straight Line - SL00025. | ESI / Doc Review and Analysis |
| 11/30/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ 1,560.00 | Document Review - Straight Line - SL00023. | ESI / Doc Review and Analysis |
| 11/30/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF042324 to CRSTF042363 | ESI / Doc Review and Analysis |
| 11/30/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF042364 to CRSTF042435 | ESI / Doc Review and Analysis |
| 11/30/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed docs Bates #s CRSTF042436 to CRSTF042473 | ESI / Doc Review and Analysis |
| 11/30/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF042476 to CRSTF042683 | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/30/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Reviewed docs Bates #s CRSTF042684 to CRSTF042752 | ESI / Doc Review and Analysis |
| 11/30/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Consult with TRB case reassignment | Class Outreach and Contact |
| 11/30/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Correspondence regarding class member reassignment. | Class Outreach and Contact |
| 11/30/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Made edits with additional content and finalized draft of discovery document required for signature. | Class Outreach and Contact |
| 11/30/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 11/30/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 11/30/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 11/30/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | draft ESI protocol search terms, including review/analysis of docs to assist in choosing terms | ESI / Doc Review and Analysis |
| 11/30/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.9 | $ 1,567.50 | Document review & coding straight line CRSTF056608-CRSTF056970 | ESI / Doc Review and Analysis |
| 11/30/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.9 | $ 1,567.50 | Document review & coding straight line CRSTF05237-CRSTF052468, CRSTF056464-CRSTF056607 | ESI / Doc Review and Analysis |
| 11/30/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.6 | $ 1,320.00 | Document review & coding straight line CRSTF052033-CRSTF052183 | ESI / Doc Review and Analysis |
| 11/30/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.4 | $ 1,155.00 | Document review & coding straight line CRSTF0521835-CRSTF052377 | ESI / Doc Review and Analysis |
| 11/30/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.3 | $ 1,072.50 | Document review & coding straight line CRSTF056983-CRSTF057486 | ESI / Doc Review and Analysis |
| 11/30/2023 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.6 | $ 880.00 | Retrieved and printed letters and notices; prepared for mailing. | Case / Document Administration |
| 11/30/2023 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from TBS regarding mailing of notices. | Case / Document Administration |
| 11/30/2023 | Lourdes Castro (LEC) | Paralegals / Law Clerks | Jr. Paralegal | $ 500.00 | 0.2 | $ 100.00 | Comms with KJW re mailing letters out | Case / Document Administration |
| 11/30/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ 45.00 | Call to Michael Dickstein re availability for Mediation dates for February through October 2024 | Case / Document Administration |
| 11/30/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ 45.00 | Email to Michael Dickstein re Availability for mediation dates for February through October 2024 | Case / Document |
| 11/30/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ 45.00 | Email to handling attorney re call and email to Michael Dickstein re availability | Case / Document Administration |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/30/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Emailing with mailing team and case team regarding dispatch of deposition notice letters. | Class Outreach and Contact |
| 11/30/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 7 | $ 2,800.00 | Deposition notice letter details and other work on related outreach project. Add details for additional timeslips. | Class Outreach and Contact |
| 11/30/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.9 | $ 360.00 | internal communications with specialist about declaration drafting practices, progress & protocols. | Class Outreach and Contact |
| 12/01/2023 | Amanda Marshall (AXM) | Of Counsel / Associates | Staff Attorney | $ 750.00 | 1.1 | $ 825.00 | completed intake call | Class Outreach and Contact |
| 12/01/2023 | Amanda Marshall (AXM) | Of Counsel / Associates | Staff Attorney | $ 750.00 | 1 | $ 750.00 | completed declaration call | Class Outreach and Contact |
| 12/01/2023 | Amanda Marshall (AXM) | Of Counsel / Associates | Staff Attorney | $ 750.00 | 1.4 | $ 1,050.00 | completed declaration drafting | Class Outreach and Contact |
| 12/01/2023 | Amanda Marshall (AXM) | Of Counsel / Associates | Staff Attorney | $ 750.00 | 1.3 | $ 975.00 | declaration edits | Class Outreach and Contact |
| 12/01/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/01/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/01/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/01/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/01/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/01/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ 1,430.00 | Document Review - Straight Line - SL00025. | ESI / Doc Review and Analysis |
| 12/01/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ 1,430.00 | Document Review - Straight Line - SL00025. | ESI / Doc Review and Analysis |
| 12/01/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00025. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/01/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Reviewed docs Bates #s CRSTF043095 to CRSTF043177 | ESI / Doc Review and Analysis |
| 12/01/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed docs Bates #s CRSTF061689 to CRSTF061856 | ESI / Doc Review and Analysis |
| 12/01/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF042755 to CRSTF043094 | ESI / Doc Review and Analysis |
| 12/01/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed docs Bates #s CRSTF061857 to CRSTF062163 | ESI / Doc Review and Analysis |
| 12/01/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed docs Bates #s CRSTF062164 to CRSTF062590 | ESI / Doc Review and Analysis |
| 12/01/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Consult with AXM -declaration drafting. | Class Outreach and Contact |
| 12/01/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls | Class Outreach and Contact |
| 12/01/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.8 | $ 1,485.00 | Document review & coding straight line CRSTF057491-CRSTF057648 | ESI / Doc Review and Analysis |
| 12/01/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.2 | $ 990.00 | Document review & coding straight line CRSTF057650-CRSTF057897 | ESI / Doc Review and Analysis |
| 12/01/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.9 | $ 1,567.50 | Document review & coding straight line CRSTF057900-CRSTF058265 | ESI / Doc Review and Analysis |
| 12/01/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.7 | $ 1,402.50 | Document review & coding straight line CRSTF058267-CRSTF058376 | ESI / Doc Review and Analysis |
| 12/01/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.4 | $ 1,155.00 | Document review & coding straight line CRSTF058379-CRSTF058473 | ESI / Doc Review and Analysis |
| 12/01/2023 | Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 7.5 | $ 3,000.00 | Lexis search for class member emails and phone numbers to contact regarding deposition notice details. | Class Outreach and Contact |
| 12/01/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.7 | $ 280.00 | Re-assignment of class members for team to pursue declarations from, internal communication regarding same. | Class Outreach and Contact |
| 12/04/2023 | Amanda Marshall (AXM) | Of Counsel / Associates | Staff Attorney | $ 750.00 | 0.3 | $ 225.00 | ANSWERED INCOMING CALL [REDACT] | Class Outreach and Contact |
| 12/04/2023 | Amanda Marshall (AXM) | Of Counsel / Associates | Staff Attorney | $ 750.00 | 0.5 | $ 375.00 | filled out declaration with previous info | Class Outreach and Contact |
| 12/04/2023 | Amanda Marshall (AXM) | Of Counsel / Associates | Staff Attorney | $ 750.00 | 1 | $ 750.00 | completed discovery shell call | Discovery |
| 12/04/2023 | Amanda Marshall (AXM) | Of Counsel / Associates | Staff Attorney | $ 750.00 | 1.3 | $ 975.00 | completed declaration draft | Class Outreach and Contact |
| 12/04/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/04/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/04/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/04/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/04/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/04/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Document Review - Straight Line - SL00029. | ESI / Doc Review and Analysis |
| 12/04/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Document Review - Straight Line - SL00025. | ESI / Doc Review and Analysis |
| 12/04/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.1 | $ 1,365.00 | Document Review - Straight Line - SL00029. | ESI / Doc Review and Analysis |
| 12/04/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ 1,495.00 | Document Review - Straight Line - SL00025. | ESI / Doc Review and Analysis |
| 12/04/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF062591 to CRSTF062673 | ESI / Doc Review and Analysis |
| 12/04/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF062674 to CRSTF062787 | ESI / Doc Review and Analysis |
| 12/04/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed docs Bates #s CRSTF062788 to CRSTF062849 | ESI / Doc Review and Analysis |
| 12/04/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF062850 to CRSTF062932 | ESI / Doc Review and Analysis |
| 12/04/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Reviewed docs Bates #s CRSTF062933 to CRSTF062987 | ESI / Doc Review and Analysis |
| 12/04/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.9 | $ 1,567.50 | Document review & coding straight line CRSTF064894-CRSTF065227 | ESI / Doc Review and Analysis |
| 12/04/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.4 | $ 1,155.00 | Document review & coding straight line CRSTF065252-CRSTF065725 | ESI / Doc Review and Analysis |
| 12/04/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.7 | $ 1,402.50 | Document review & coding straight line CRSTF064127-CRSTF064577 | ESI / Doc Review and Analysis |
| 12/04/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.5 | $ 1,237.50 | Document review & coding straight line CRSTF064581-CRSTF064894 | ESI / Doc Review and Analysis |
| 12/04/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.3 | $ 1,072.50 | Document review & coding straight line CRSTF058478-CRSTF058588 | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/05/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/05/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/05/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/05/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/05/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/05/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.5 | $ 325.00 | Document Review - Straight Line - SL00031. | ESI / Doc Review and Analysis |
| 12/05/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ 455.00 | Document Review - Straight Line - SL00031. | ESI / Doc Review and Analysis |
| 12/05/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Document Review - Straight Line - SL00029. | ESI / Doc Review and Analysis |
| 12/05/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ 1,430.00 | Document Review - Straight Line - SL00029. | ESI / Doc Review and Analysis |
| 12/05/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Document Review - Straight Line - SL00029. | ESI / Doc Review and Analysis |
| 12/05/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF062991 to CRSTF063109 | ESI / Doc Review and Analysis |
| 12/05/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Reviewed docs Bates #s CRSTF068338 to CRSTF068439 | ESI / Doc Review and Analysis |
| 12/05/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed docs Bates #s CRSTF063770 to CRSTF064126 | ESI / Doc Review and Analysis |
| 12/05/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF063110 to CRSTF063769 | ESI / Doc Review and Analysis |
| 12/05/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Reviewed docs Bates #s CRSTF068060 to CRSTF068305 | ESI / Doc Review and Analysis |
| 12/05/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.5 | $ 325.00 | Reviewed docs Bates #s CRSTF068306 to CRSTF068337 | ESI / Doc Review and Analysis |
| 12/05/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Edits with additional content and finalized draft of Declaration using intake document. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/05/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Check In and declaration updates with TRB, JGK | Class Outreach and Contact |
| 12/05/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Email, correspondence and updates regarding declaration drafts with JGK, NBP and TRB. | Class Outreach and Contact |
| 12/05/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 12/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | meet w/ outreach team re class member decls | Class Outreach and Contact |
| 12/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.1 | $ 1,485.00 | revise/edit class member decls | Class Outreach and Contact |
| 12/05/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.5 | $ 2,025.00 | draft revise esi search protocol and draft crp to oc re same, including rva of various discovery docs to inform search | Discovery |
| 12/05/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 1.8 | $ 1,485.00 | Document review & coding straight line CRSTF065767-CRSTF065948 | ESI / Doc Review and Analysis |
| 12/05/2023 | Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ 825.00 | 0.6 | $ 495.00 | Document review & coding straight line CRSTF065949- | ESI / Doc Review and Analysis |
| 12/05/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.8 | $ 320.00 | Internal research, reviewing documents, reporting and communications with operations, tech support, litigation team and outreach colleague. | Class Outreach and Contact |
| 12/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/06/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/06/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ | 1,430.00 | Document Review - Straight Line - SL00031. | ESI / Doc Review and Analysis |
| 12/06/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.1 | $ | 1,365.00 | Document Review - Straight Line - SL00031. | ESI / Doc Review and Analysis |
| 12/06/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ | 585.00 | Document Review - Straight Line - SL00031. | ESI / Doc Review and Analysis |
| 12/06/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.5 | $ | 325.00 | Document Review - Straight Line - SL00031. | ESI / Doc Review and Analysis |
| 12/06/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ | 650.00 | Document Review - Straight Line - SL00031. | ESI / Doc Review and Analysis |
| 12/06/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed docs Bates #s CRSTF068985 to CRSTF069058 | ESI / Doc Review and Analysis |
| 12/06/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates #s CRSTF069059 to CRSTF069423 | ESI / Doc Review and Analysis |
| 12/06/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ | 650.00 | Reviewed docs Bates #s CRSTF069424 to CRSTF069601 | ESI / Doc Review and Analysis |
| 12/06/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates #s CRSTF068440 to CRSTF068886 | ESI / Doc Review and Analysis |
| 12/06/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed docs Bates #s CRSTF068887 to CRSTF068984 | ESI / Doc Review and Analysis |
| 12/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ outreach staff re class member depositions | Class Outreach and Contact |
| 12/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w TRB (x2) re class outreach for depos | Class Outreach and Contact |
| 12/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | revise/edit esi search protocol and letter to o-c re same | Comm w/ Opposing Counsel |
| 12/06/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.9 | $ | 2,565.00 | draft meet and confer letter to o-c on multiple issues ranging from expert docs, cm depos, site inspections, and mediation, including review of files and consulting w/ ESI team and outreach team for status on related matters | Comm w/ Opposing Counsel |
| 12/06/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.4 | $ | 380.00 | Running New Search Terms on Relativity and Revising Errors for Proposed Search Terms | ESI / Doc Review and Analysis |
| 12/06/2023 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.4 | $ | 380.00 | Draft of Mock Search Term Report on Proposed Draft Terms in ESI Letter to OC | ESI / Doc Review and Analysis |
| 12/06/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 3.8 | $ | 1,520.00 | Reporting on deposition scheduling, meeting w partner. Outgoing calls and emails sent to class members regarding deposition scheduling. | Class Outreach and Contact |
| 12/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/07/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/07/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Document Review - Straight Line - SL00031. | ESI / Doc Review and Analysis |
| 12/07/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00034. | ESI / Doc Review and Analysis |
| 12/07/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00034. | ESI / Doc Review and Analysis |
| 12/07/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.5 | $ 325.00 | Document Review - Straight Line - SL00034. | ESI / Doc Review and Analysis |
| 12/07/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.4 | $ 260.00 | Reviewed docs Bates #s CRSTF069602 to CRSTF069797 | ESI / Doc Review and Analysis |
| 12/07/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed docs Bates #s CRSTF073418 to CRSTF073863 | ESI / Doc Review and Analysis |
| 12/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Called Declarant to discuss depositon and availability. | Class Outreach and Contact |
| 12/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Called Declarant to discuss depositon and availability. | Class Outreach and Contact |
| 12/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Called Declarant to discuss depositon and availability. [REDACT] | Class Outreach and Contact |
| 12/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Called Declarant to discuss depositon and availability. [REDACT] | Class Outreach and Contact |
| 12/07/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 12/07/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2 | $ 800.00 | Reviewing client communications in SharePoint for selected random deponents, reviewing progres in all deposition outreach, tracking in worksheet and instruction to colleague. Outgoing calls to deponents to follow up on letters and emails. | Class Outreach and Contact |
| 12/07/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review Song supp disclosure | Experts (incl comm and reports) |
| 12/08/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Called to discuss deposition availability. [REDACT] | Class Outreach and Contact |
| 12/08/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Called to discuss deposition availability. [REDACT] | Class Outreach and Contact |
| 12/08/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Called to discuss deposition availability. [REDACT] | Class Outreach and Contact |
| 12/08/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Called back to discuss deposition and availability. | Class Outreach and Contact |
| 12/08/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Update and correspondence regarding deposition availability/status- JGK, TRB, NBP. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/08/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 12/08/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.1 | $ 440.00 | Reviewing deposition outreach progress. Outgoing calls made to class members, incoming calls fielded, notes made in SharePoint, reporting to partner. | Class Outreach and Contact |
| 12/09/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 12/09/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 12/09/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 12/09/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 12/11/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called back in response to request for case update. Provided class member with update. | Class Outreach and Contact |
| 12/11/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Consult with TRB regarding declaration drafts and status | Class Outreach and Contact |
| 12/11/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 12/11/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.1 | $ 40.00 | Returning incoming call from class member; | Class Outreach and Contact |
| 12/11/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.4 | $ 160.00 | Deposition outreach to selected class members. Reporting and tracking. | Class Outreach and Contact |
| 12/12/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Called to discuss deposition availability. | Class Outreach and Contact |
| 12/12/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Called back to discuss deposition availability-prep details. | Class Outreach and Contact |
| 12/12/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Called to discuss deposition availability. [REDACT] | Class Outreach and Contact |
| 12/12/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Incoming call to discuss deposition availability. | Class Outreach and Contact |
| 12/12/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called to discuss deposition availability and location info. | Class Outreach and Contact |
| 12/12/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Updates and correspondence depo regarding deposition availability/location-JGK, TRB, NBP. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/12/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | pdates and correspondence depo regarding deposition availability-JGK, TRB, NBP. | Class Outreach and Contact |
| 12/12/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 12/12/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | review/analysis of 1st Circuit montoya v crst decision of today | Case Development / Analysis |
| 12/12/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | comm w/ staff re depo scheduling / tracking; create template trcking sheet for same | Depositions |
| 12/12/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ expert and counsel in analagous case to compare notes re Dr. Song and CRST approach | Experts (incl comm and reports) |
| 12/12/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.8 | $ 1,120.00 | Outgoing phone calls made to class members selected for deposition, messages left, notes tracked and email sent to partner and colleague to memorialize efforts. | Class Outreach and Contact |
| 12/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ Cervantes v CRST counsel re sharing notes | Case Development / Analysis |
| 12/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ administrator re declaration for court on class notice | Class Outreach and Contact |
| 12/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ o-c re class member depos | Comm w/ Opposing Counsel |
| 12/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | telecon w/ trb re update on class outreach for depos | Class Outreach and Contact |
| 12/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | draft memo to team re CM depo defense and coordination | Depositions |
| 12/13/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | draft crp to crst deponent re depo | Depositions |
| 12/13/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Internal communications re strategy and logistics for prepping and defending class member depos | Depositions |
| 12/13/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.6 | $ 1,040.00 | Internal reporting and communications within firm and with class members regarding depositions. | Depositions |
| 12/14/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | various comm w/ co-counsel and nbp re (a) cm depos; (b) outstanding discovery; (c) new CRST decision from first circuit; (d) updated damages analysis | Case Development / Analysis |
| 12/14/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | draft instructions memo/email to RB re data and doc search for docs pertaining to class member deponents | Discovery |
| 12/14/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | zoom mtg w/ client rep re case update and discovery requests | Class Outreach and Contact |
| 12/14/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | conf w/ attorneys in CRST I/C misclass case re comparing notes on Dr. Song | Experts (incl comm and reports) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/14/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.2 | $ | 880.00 | Outreach calls to class members selected for deposition, notes and tracking on multiple worksheets, emails to litigation team. | Class Outreach and Contact |
| 12/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 12/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 12/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 12/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 12/15/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 12/15/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2 | $ | 1,300.00 | Document Review - Straight Line - SL00034. | ESI / Doc Review and Analysis |
| 12/15/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ | 1,625.00 | Document Review - Straight Line - SL00035. | ESI / Doc Review and Analysis |
| 12/15/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ | 1,625.00 | Document Review - Straight Line - SL00034. | ESI / Doc Review and Analysis |
| 12/15/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | prepare class counsel filing re notice dissemination and opt outs | Class Outreach and Contact |
| 12/15/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | revise/edit submission re dissemination of notice / opt outs | Class Outreach and Contact |
| 12/15/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | comm w/ class member (REDACT) re depo; comm w/ o-c re docs and coordination; comm w/ co-counsel re prep for same | Depositions |
| 12/15/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ | 45.00 | Email to JGK re draft declaration ready for review | Class Outreach and Contact |
| 12/15/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.7 | $ | 315.00 | DRAFT Class Counsel's Filing of Admin. Declaration and Copies of Requests for Exclusion Received | Case / Document Administration |
| 12/15/2023 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | Communications with co-counsel re strategy for depo prep | Depositions |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/17/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | post prep review of docs and drafting of confirmation crp to [REDACT] re depo | Depositions |
| 12/17/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | prep for depo prep with [REDACT], including review of docs re same | Depositions |
| 12/17/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2 | $ 2,700.00 | depo prep w/ [REDACT] | Depositions |
| 12/18/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/18/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/18/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/18/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/18/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/18/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00035. | ESI / Doc Review and Analysis |
| 12/18/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Document Review - Straight Line - SL00035. | ESI / Doc Review and Analysis |
| 12/18/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00035. | ESI / Doc Review and Analysis |
| 12/18/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents Bates #s CRSTF074080 to CRSTF074437 | ESI / Doc Review and Analysis |
| 12/18/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents Bates #s CRSTF074438 to CRSTF074540 | ESI / Doc Review and Analysis |
| 12/18/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Reviewed documents Bates #s CRSTF074541 to CRSTF074627 | ESI / Doc Review and Analysis |
| 12/18/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed documents Bates #s CRSTF074667 to CRSTF074740 | ESI / Doc Review and Analysis |
| 12/18/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.5 | $ 325.00 | Reviewed documents Bates #s CRSTF074628 to CRSTF074664 | ESI / Doc Review and Analysis |
| 12/18/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Reviewed documents Bates #s CRSTF074741 to CRSTF074862 | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/18/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | review/comment on filing re class notice | Pleadings and Stipulations |
| 12/18/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | telecon w/ berenji re [REDACT] depo recap and notes for prep of CM depo witnesses upcoming | Depositions |
| 12/18/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.2 | $ | 90.00 | REVISED K. Huchaby class counsels filing of Admin dec | Case / Document Administration |
| 12/18/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.1 | $ | 45.00 | Email to JGK re ECF filing of Class Counsels filing of Admin Dec. | Case / Document Administration |
| 12/18/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.4 | $ | 180.00 | ECF Filed K. Huckaby class counsels filing of Admin dec | Case / Document Administration |
| 12/19/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 12/19/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 12/19/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 12/19/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 12/19/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 12/19/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ | 845.00 | Document Review - Straight Line - SL00037. | ESI / Doc Review and Analysis |
| 12/19/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ | 845.00 | Document Review - Straight Line - SL00035. | ESI / Doc Review and Analysis |
| 12/19/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents Bates #s CRSTF074872 to CRSTF075265 | ESI / Doc Review and Analysis |
| 12/19/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents Bates #s CRSTF075268 to CRSTF075385 | ESI / Doc Review and Analysis |
| 12/19/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents Bates #s CRSTF075386 to CRSTF075491 | ESI / Doc Review and Analysis |
| 12/19/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents Bates #s CRSTF075492 to CRSTF075768 | ESI / Doc Review and Analysis |
| 12/19/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ | 780.00 | Reviewed documents Bates #s CRSTF075769 to CRSTF076011 | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/19/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 1.6 | $ | 720.00 | Entering deadlines and reminders into our case platform based on JGK 12/14/23 email re request for Discoveryo served by OC | Case / Document Administration |
| 12/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 12/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 12/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 12/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 12/20/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 12/20/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ | 1,625.00 | Document Review - Straight Line - SL00039. | ESI / Doc Review and Analysis |
| 12/20/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.4 | $ | 260.00 | Document Review - Straight Line - SL00039. | ESI / Doc Review and Analysis |
| 12/20/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ | 1,430.00 | Document Review - Straight Line - SL00037. | ESI / Doc Review and Analysis |
| 12/20/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ | 390.00 | Document Review - Straight Line - SL00037. | ESI / Doc Review and Analysis |
| 12/20/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0 | $ | - | Document Review - Straight Line - SL00037. | ESI / Doc Review and Analysis |
| 12/20/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ | 650.00 | Document Review - Straight Line - SL00037. | ESI / Doc Review and Analysis |
| 12/20/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents Bates #s CRSTF083028 to CRSTF083123 | ESI / Doc Review and Analysis |
| 12/20/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents Bates #s CRSTF083128 to CRSTF083350 | ESI / Doc Review and Analysis |
| 12/20/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ | 780.00 | Reviewed documents Bates #s CRSTF083690 to CRSTF083852 | ESI / Doc Review and Analysis |
| 12/20/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ | 780.00 | Reviewed documents Bates #s CRSTF083853 to CRSTF083988 | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/20/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents Bates #s CRSTF083351 to CRSTF083600 | ESI / Doc Review and Analysis |
| 12/20/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | Reviewed documents Bates #s CRSTF083601 to CRSTF083689 | ESI / Doc Review and Analysis |
| 12/20/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | outreach to class members re depositions | Class Outreach and Contact |
| 12/20/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.6 | $ 640.00 | Deposition outreach - reporting to partner, drafting and sending emails to deponents. | Class Outreach and Contact |
| 12/21/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/21/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/21/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/21/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Document Review - Straight Line - SL00039. | ESI / Doc Review and Analysis |
| 12/21/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00039. | ESI / Doc Review and Analysis |
| 12/21/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ 1,560.00 | Document Review - Straight Line - SL00039. | ESI / Doc Review and Analysis |
| 12/21/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.5 | $ 325.00 | Document Review - Straight Line - SL00039. | ESI / Doc Review and Analysis |
| 12/21/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents Bates #s CRSTF084218 to CRSTF084283 | ESI / Doc Review and Analysis |
| 12/21/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents Bates #s CRSTF083989 to CRSTF084117 | ESI / Doc Review and Analysis |
| 12/21/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents Bates #s CRSTF084118 to CRSTF084216 | ESI / Doc Review and Analysis |
| 12/21/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents Bates #s CRSTF084284 to CRSTF084591 | ESI / Doc Review and Analysis |
| 12/21/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Reviewed documents Bates #s CRSTF089336 to CRSTF089725 | ESI / Doc Review and Analysis |
| 12/21/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | team meeting w/ co-counsel re case assessment, projects, strategy and planning | Case Development / Analysis |
| 12/21/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ trb re class outreach for depos | Case Development / Analysis |
| 12/21/2023 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ staff re assessment and prioritization of deadlines | Case Development / Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/21/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.2 | $ | 90.00 | Entering deadlines and reminders into our case platform based on TRB 12/20/23 email re Antonio Acosta Garcia depo for 1/09/24 | Case / Document Administration |
| 12/21/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.2 | $ | 90.00 | Entering deadlines and reminders into our case platform based on TRB 12/20/23 email re Anthony Akins depo for 1/16/24 | Case / Document Administration |
| 12/21/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.2 | $ | 90.00 | Entering deadlines and reminders into our case platform based on TRB 12/20/23 email re Anthony Akins depo prep for 1/12/24 | Case / Document Administration |
| 12/21/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.2 | $ | 90.00 | Entering deadlines and reminders into our case platform based on TRB 12/20/23 email re Johnnie Lee McGlothen depo prep for 1/10/24 | Case / Document Administration |
| 12/21/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.2 | $ | 90.00 | Entering deadlines and reminders into our case platform based on TRB 12/20/23 email re Johnnie Lee McGlothen depo for 1/11/24 | Case / Document Administration |
| 12/21/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.2 | $ | 90.00 | Entering deadlines and reminders into our case platform based on TRB 12/20/23 email re Edward Rainwater Jr. depo prep for 2/08/24 | Case / Document Administration |
| 12/21/2023 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ 450.00 | 0.2 | $ | 90.00 | Entering deadlines and reminders into our case platform based on TRB 12/20/23 email re Edward Rainwater Jr. for 2/09/24 | Case / Document Administration |
| 12/21/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.7 | $ | 280.00 | Internal tracking, analysis and communications with partner regarding deposition outreach. Outgoing calls to selected class members. | Class Outreach and Contact |
| 12/22/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ | 975.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 12/22/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 12/22/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.8 | $ | 520.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 12/22/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ | 1,560.00 | Document Review - Straight Line - SL00039. | ESI / Doc Review and Analysis |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/22/2023 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 0.6 | $ | 390.00 | Document Review - Straight Line - SL00039. | ESI / Doc Review and Analysis |
| 12/22/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.4 | $ | 910.00 | Reviewed documents Bates #s CRSTF089726 to CRSTF089893 | ESI / Doc Review and Analysis |
| 12/22/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.3 | $ | 845.00 | Reviewed documents Bates #s CRSTF089894 to CRSTF089968 | ESI / Doc Review and Analysis |
| 12/22/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.3 | $ | 845.00 | Reviewed documents Bates #s CRSTF089969 to CRSTF090129 | ESI / Doc Review and Analysis |
| 12/22/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 0.2 | $ | 80.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 12/22/2023 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 0.3 | $ | 120.00 | Review drafting of Declaration using intake document and attorney feedback. | Class Outreach and Contact |
| 12/26/2023 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ | 400.00 | 0.4 | $ | 160.00 | Deposition scheduling related outreach to randomly selected class members. Reporting to partner regarding same. | Class Outreach and Contact |
| 12/26/2023 | Edwin Amaya (EAA) | Paralegals / Law Clerks | Case Assistant | $ | 275.00 | 0.5 | $ | 137.50 | Notified Attorney JGK via email about Return to Sender (RTS) notices given following mailing done on November 30th - sent scan of letters and notices of class action sent to recipients. All seem to need valid addresses. Mailing may have been done by KJW at the time (KJW current out-of-office though). Standing by to see if another mailing needed. | Case / Document Administration |
| 12/28/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents Bates #s CRSTF330423 to CRSTF330615 | ESI / Doc Review and Analysis |
| 12/28/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.1 | $ | 715.00 | Reviewed documents Bates #s CRSTF330616 to CRSTF330693 | ESI / Doc Review and Analysis |
| 12/28/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents Bates #s CRSTF328635 to CRSTF329095 | ESI / Doc Review and Analysis |
| 12/28/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents Bates #s CRSTF329096 to CRSTF329547 | ESI / Doc Review and Analysis |
| 12/28/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.2 | $ | 780.00 | Reviewed documents Bates #s CRSTF329548 to CRSTF329839 | ESI / Doc Review and Analysis |
| 12/29/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/29/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/2023 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 0.5 | $ | 325.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 12/29/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.9 | $ | 1,235.00 | Reviewed documents Bates #s CRSTF329840 to CRSTF330422 | ESI / Doc Review and Analysis |
| 12/29/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.4 | $ | 910.00 | Reviewed documents Bates #s CRSTF326894 to CRSTF326954 | ESI / Doc Review and Analysis |
| 12/29/2023 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 0.7 | $ | 455.00 | Reviewed documents Bates #s CRSTF326956 to CRSTF327015 | ESI / Doc Review and Analysis |
| 01/02/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.5 | $ | 975.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 01/02/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1 | $ | 650.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 01/02/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 2.5 | $ | 1,625.00 | Document Review - Straight Line - SL00002. | ESI / Doc Review and Analysis |
| 01/02/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 0.6 | $ | 390.00 | Document Review - Straight Line - SL00002. | ESI / Doc Review and Analysis |
| 01/02/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 2.4 | $ | 1,560.00 | Document Review - Straight Line - SL00002. | ESI / Doc Review and Analysis |
| 01/02/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 0.6 | $ | 390.00 | Document Review - Straight Line - SL00002. | ESI / Doc Review and Analysis |
| 01/02/2024 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ | 450.00 | 0.3 | $ | 135.00 | Entering deadlines and reminders into our case platform based on TMB 1/02/24 Email re Antonio Acosta-Garcia's depo prep appointment for 1/08/24 | Case / Document Administration |
| 01/02/2024 | Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ | 450.00 | 0.1 | $ | 45.00 | Email to team that depo prep with [REDACT] was calendared | Case / Document Administration |
| 01/02/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ | 400.00 | 1.3 | $ | 520.00 | Deposition outreach to class members, reporting to partner, tracking in spreadsheet. | Class Outreach and Contact |
| 01/03/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 2.5 | $ | 1,625.00 | Document Review - Straight Line - SL00002. | ESI / Doc Review and Analysis |
| 01/03/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 0.7 | $ | 455.00 | Document Review - Straight Line - SL00002. | ESI / Doc Review and Analysis |
| 01/03/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 0.4 | $ | 260.00 | Document Review - Straight Line - SL00003. | ESI / Doc Review and Analysis |
| 01/03/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.8 | $ | 1,170.00 | Document Review - Straight Line - SL00003. | ESI / Doc Review and Analysis |
| 01/03/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.2 | $ | 780.00 | Document Review - Straight Line - SL00003. | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/03/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 0.8 $ | 320.00 | Called to discuss edits and feedback. | Class Outreach and Contact |
| 01/03/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 0.3 $ | 120.00 | Called to discuss declaration edits and feedback. Completed and confirmed information. | Class Outreach and Contact |
| 01/03/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 0.4 $ | 160.00 | Edits with additional content and drafting of Declaration using intake document, feedback and declarant confirmed information. | Class Outreach and Contact |
| 01/03/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 0.2 $ | 80.00 | Edits with additional content and drafting of Declaration using intake document, feedback and declarant confirmed information. | Class Outreach and Contact |
| 01/03/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 0.6 $ | 240.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 01/03/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ | 400.00 | 0.3 $ | 120.00 | Emails with co-counsel regarding class member deposition scheduling, outreach notes, contact information, declarations and documents. Internal communications regarding deposition scheduling between partner and outreach team. | Class Outreach and Contact |
| 01/04/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.5 $ | 975.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 01/04/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.8 $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 01/04/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 0.8 $ | 520.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 01/04/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 2.5 $ | 1,625.00 | Document Review - Straight Line - SL00003. | ESI / Doc Review and Analysis |
| 01/04/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 2.3 $ | 1,495.00 | Document Review - Straight Line - SL00003. | ESI / Doc Review and Analysis |
| 01/04/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 0.6 $ | 390.00 | Document Review - Straight Line - SL00003. | ESI / Doc Review and Analysis |
| 01/04/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 0.2 $ | 80.00 | Sent Text to discuss declaration. | Class Outreach and Contact |
| 01/04/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 1.1 $ | 440.00 | Incoming call to discuss declaration. Completed declaration. | Class Outreach and Contact |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/04/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 0.6 | $ 240.00 | Edits with additional content and finalized draft of discovery interrogatory responses using interview/script document. | Class Outreach and Contact |
| 01/04/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 0.2 | $ 80.00 | Edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 01/04/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 0.3 | $ 120.00 | Edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 01/04/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 0.3 | $ 120.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 01/05/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 01/05/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 01/05/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 01/05/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 01/05/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 01/05/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00003. | ESI / Doc Review and Analysis |
| 01/05/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 2.1 | $ 1,365.00 | Document Review - Straight Line - SL00003. | ESI / Doc Review and Analysis |
| 01/05/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 2.3 | $ 1,495.00 | Document Review - Straight Line - SL00003. | ESI / Doc Review and Analysis |
| 01/05/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 0.2 | $ 80.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/05/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.2 | $ | 80.00 | Meeting w outreach specialist regarding declaration draft. | Class Outreach and Contact |
| 01/06/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ | 40.00 | Called declarant to give an update in regards to completing declaration. | Class Outreach and Contact |
| 01/06/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Edits with additional content and drafting of Declaration using intake document. | Class Outreach and Contact |
| 01/06/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 01/07/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 01/07/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Edits with additional content and drafting of Declaration using intake document and feedback. Sent to JGK for review. | Class Outreach and Contact |
| 01/07/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Edits with additional content and drafting of Declaration using intake document. Sent JGK for review. | Class Outreach and Contact |
| 01/07/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 01/07/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 01/07/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 01/07/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Reviewing opt-in discovery script, discovery responses shell, and discovery requests in advance of outgoing calls | Class Outreach and Contact |
| 01/07/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Reviewing opt-in discovery script, completed opt-in responses, and discovery responses in advance of outgoing calls. | Class Outreach and Contact |
| 01/08/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 01/08/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ | 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/08/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 01/08/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 01/08/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 01/08/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00005. | ESI / Doc Review and Analysis |
| 01/08/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ 1,560.00 | Document Review - Straight Line - SL00005. | ESI / Doc Review and Analysis |
| 01/08/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2 | $ 1,300.00 | Document Review - Straight Line - SL00005. | ESI / Doc Review and Analysis |
| 01/08/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 01/08/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ oc re class member depos and docs | Comm w Opposing Counsel |
| 01/08/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.6 | $ 640.00 | Internal and external communications to class member, co-counsel, litigation team and outreach team regarding deposition scheduling outreach and class member contact. | Class Outreach and Contact |
| 01/09/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 01/09/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 01/09/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/09/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 01/09/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 01/09/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00005. | ESI / Doc Review and Analysis |
| 01/09/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.1 | $ 1,365.00 | Document Review - Straight Line - SL00005. | ESI / Doc Review and Analysis |
| 01/09/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.1 | $ 1,365.00 | Document Review - Straight Line - SL00007. | ESI / Doc Review and Analysis |
| 01/09/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ 200.00 | Review edits and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 01/09/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations in advance of outgoing calls. | Class Outreach and Contact |
| 01/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | update calendar and to-do lists; review D's pending discovery; comm w/ R Bonner re ESI | Case Development / Analysis |
| 01/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | conf w/ outreach staff re CM deposition coordination | Depositions |
| 01/09/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from JGK with attached discovery requests. | Case / Document Administration |
| 01/09/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed JGK regarding preparing templates for discovery requests. | Discovery |
| 01/09/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.7 | $ 385.00 | Reviewed discovery requests and previously responses; prepared discovery requests. | Discovery |
| 01/09/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with JGK re strategy for preparing for defense of deposition of class member | Depositions |
| 01/09/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.5 | $ 600.00 | Meeting with partner regarding outreach to deponents and declarants. | Class Outreach and Contact |
| 01/10/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/10/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 01/10/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 01/10/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 01/10/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 01/10/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.8 | $ 520.00 | Document Review - Straight Line - SL00007. | ESI / Doc Review and Analysis |
| 01/10/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00007. | ESI / Doc Review and Analysis |
| 01/10/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Document Review - Straight Line - SL00007. | ESI / Doc Review and Analysis |
| 01/10/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ 1,495.00 | Document Review - Straight Line - SL00007. | ESI / Doc Review and Analysis |
| 01/10/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Incoming call to discuss and confirm deposition. | Class Outreach and Contact |
| 01/10/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Deposition - Correspondence and update with TRB | Class Outreach and Contact |
| 01/10/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Correspondence and edited drafts sent for review -JGK, NBP, TRB | Class Outreach and Contact |
| 01/10/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Organize-drafts, sent, folders and updates | Class Outreach and Contact |
| 01/10/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ nbp re class member depo prep subjects / approach | Depositions |
| 01/10/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.3 | $ 3,105.00 | depo prep w/ [REDACT] (Class Member) | Depositions |
| 01/10/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from JGK regarding discovery responses. | Discovery |
| 01/10/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Reviewed discovery responses and emailed to JGK. | Discovery |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/10/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Drafted email communication to class member deponent re depo prep and deposition | Class Outreach and Contact |
| 01/10/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.9 | $ 2,280.00 | Prepared depo prep outline for class member declarant deposition defense/witness prep | Depositions |
| 01/10/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.2 | $ 480.00 | Deposition scheduling outreach: calls, internal communications, tracking and troubleshooting. | Class Outreach and Contact |
| 01/11/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 01/11/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 01/11/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 01/11/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 01/11/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 01/11/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.3 | $ 195.00 | Meeting w/ JGK re: Issues and Doc review. | ESI / Doc Review and Analysis |
| 01/11/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00007. | ESI / Doc Review and Analysis |
| 01/11/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Document Review - Straight Line - SL00007. | ESI / Doc Review and Analysis |
| 01/11/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Document Review - Straight Line - SL00007. | ESI / Doc Review and Analysis |
| 01/11/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Document Review - Straight Line - SL00007. | ESI / Doc Review and Analysis |
| 01/11/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Called Declarant to discuss deposition prep. [REDACT] | Class Outreach and Contact |
| 01/11/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Sent Text to discuss deposition schedule and deposition correspondence. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/11/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called back to discuss status and provide update. | Class Outreach and Contact |
| 01/11/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Consult and correspondence regarding deposition with TRB | Class Outreach and Contact |
| 01/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.3 | $ 3,105.00 | defend mcglothen depo | Depositions |
| 01/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ nbp re depo prep of CMs | Depositions |
| 01/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | strategy call w/ co-counsel re CM depositions and case themes/evidence | Depositions |
| 01/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review/finalize responses to rfps/rogs | Discovery |
| 01/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | study witness lists and draft responses/objections to D's rfps and rogs | Discovery |
| 01/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | conf /w J Dion re case points for ESI doc review | ESI / Doc Review and Analysis |
| 01/11/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with staff re coordinating deposition prep with class member | Depositions |
| 01/11/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ 600.00 | Prepared prep outline for depo prep session with class member declarant witness | Depositions |
| 01/11/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.8 | $ 320.00 | Internal communications with outreach lead regarding declarations, priorities, work flow ideas and deadlines. | Class Outreach and Contact |
| 01/12/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 01/12/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 01/12/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 01/12/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 01/12/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers. | ESI / Doc Review and Analysis |
| 01/12/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00007. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/12/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Document Review - Straight Line - SL00007. | ESI / Doc Review and Analysis |
| 01/12/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Document Review - Straight Line - SL00009. | ESI / Doc Review and Analysis |
| 01/12/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Document Review - Straight Line - SL00009. | ESI / Doc Review and Analysis |
| 01/12/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Incoming call to confirm depostition prep appointment. | Class Outreach and Contact |
| 01/12/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Sent email correspondence to confirm Declarant's participation in deposition sent to JGK, NBP, TRB | Class Outreach and Contact |
| 01/12/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.3 | $ 165.00 | Researched Antonio Piazza's availability; filled out form for request for available dates; researched Michael Dickstein for availability; emailed Mr. Dickstein for available dates; emailed status to JGK and NBP. | Case / Document Administration |
| 01/12/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from JGK regarding serving discovery responses upon counsel. | Discovery |
| 01/12/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed JGK regarding serving discovery responses upon counsel. | Discovery |
| 01/12/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from JGK regarding checking into availability of mediators. | Settlement |
| 01/12/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from NBP regarding dates mediators previously provided. | Settlement |
| 01/12/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from Antonio Piazza's office regarding providing available dates for Mediation shortly. | Settlement |
| 01/12/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from Michael Dickstein's office with availability for Mediation. | Settlement |
| 01/12/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.4 | $ 220.00 | Finalized discovery responses; prepared POS; emailed to opposing counsel. | Discovery |
| 01/12/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with class member declarant re depo prep and logistics for deposition | Class Outreach and Contact |
| 01/12/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.2 | $ 1,440.00 | Deposition prep session with class member declarant deponent | Depositions |
| 01/12/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.6 | $ 1,920.00 | Preparation for defending deposition of class member declarant: reviewed D's document production pertaining to declarant; prepared outline for further prep with witness | Depositions |
| 01/12/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with JGK re strategy for mediation | Settlement |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/16/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 01/16/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ | 780.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 01/16/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ | 650.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 01/16/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ | 1,625.00 | Document Review - Straight Line - SL00009. | ESI / Doc Review and Analysis |
| 01/16/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ | 1,430.00 | Document Review - Straight Line - SL00009. | ESI / Doc Review and Analysis |
| 01/16/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.1 | $ | 1,365.00 | Document Review - Straight Line - SL00009. | ESI / Doc Review and Analysis |
| 01/16/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Incoming call to discuss deposition. | Class Outreach and Contact |
| 01/16/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ | 40.00 | Called back to confirm deposition info/time | Class Outreach and Contact |
| 01/16/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Sent text to confirm depsition info/time | Class Outreach and Contact |
| 01/16/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ | 120.00 | Former driver called to discuss matter. Received info from a class member. | Class Outreach and Contact |
| 01/16/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Sent JGK NBP, TRB correspondence and update regarding call received from class member -deposition. | Class Outreach and Contact |
| 01/16/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | draft memo to team re analysis of D's evidence on paid miles v actual miles (including prompts for taking loads); comments on depo prep for same | Case Development / Analysis |
| 01/16/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ staff and co-counsel re mediator availabilty | Settlement |
| 01/16/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed email from Mediator Tony Piazza's office regarding availability. | Settlement |
| 01/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.7 | $ | 840.00 | Drafted memo to co-counsel and JGK re summary of class member deposition and strategic implications for further depositions; follow up strategy discussion re same with JGK | Depositions |
| 01/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Communications with co-counsel re strategy for potential intervention in light of notice of settlement in Luezinger case | Case Development / Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ | 720.00 | Depo prep session with class member declarant | Depositions |
| 01/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.2 | $ | 3,840.00 | Defended deposition of class member declarant | Depositions |
| 01/17/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ | 1,495.00 | Document Review - Straight Line - SL00009. | ESI / Doc Review and Analysis |
| 01/17/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ | 1,170.00 | Document Review - Straight Line - SL00009. | ESI / Doc Review and Analysis |
| 01/17/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ | 1,625.00 | Document Review - Straight Line - SL00009. | ESI / Doc Review and Analysis |
| 01/17/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | comm w/ shadie berenji, followed by telecon w/ counsel in related actions, re notice of settlement in leuzinga and plan for obtaining more info; possible mtn to intervene | Case Development / Analysis |
| 01/17/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | comm w/ Castro and Ramos counsel re Luezinga settlement notice | Case Development / Analysis |
| 01/17/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | draft crp to oc re mediation | Comm w Opposing Counsel |
| 01/17/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ | 720.00 | Researched overlapping Luezinger case and related proposed settlement to assess potential motion to intervene. | Case Development / Analysis |
| 01/18/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ | 1,625.00 | Document Review - Straight Line - SL00009. | ESI / Doc Review and Analysis |
| 01/18/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ | 975.00 | Document Review - Straight Line - SL00010. | ESI / Doc Review and Analysis |
| 01/18/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ | 1,495.00 | Document Review - Straight Line - SL00010. | ESI / Doc Review and Analysis |
| 01/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | telecon w/ oc re settlement of luezinger case and impact of same | Comm w Opposing Counsel |
| 01/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | draft update emails to co-counsel and plaintiffs' counsel in Castro / Rahuckmos cases re settlement class in luezinger and next steps | Case Development / Analysis |
| 01/18/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | Communications with co-counsel re potential intervention in overlapping Leuzinger settlement | Case Development / Analysis |
| 01/19/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ | 1,625.00 | Document Review - Straight Line - SL00010. | ESI / Doc Review and Analysis |
| 01/19/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ | 1,430.00 | Document Review - Straight Line - SL00010. | ESI / Doc Review and Analysis |
| 01/19/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ | 715.00 | Document Review - Straight Line - SL00010. | ESI / Doc Review and Analysis |
| 01/22/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ | 1,430.00 | Document Review - Straight Line - SL00010. | ESI / Doc Review and Analysis |
| 01/22/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ | 1,105.00 | Document Review - Straight Line - SL00010. | ESI / Doc Review and Analysis |
| 01/22/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Incoming call to discuss declaration and update. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/22/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ staff re trial skedule | Case Development / Analysis |
| 01/22/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | telecon w/ C Andrewscavage re status of luezinger settlement | Comm w Opposing Counsel |
| 01/23/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00010. | ESI / Doc Review and Analysis |
| 01/23/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00010. | ESI / Doc Review and Analysis |
| 01/23/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Document Review - Straight Line - SL00010. | ESI / Doc Review and Analysis |
| 01/23/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Called to discuss unpaid wages. Sent message to AN in response to called request and VM left by AN | Class Outreach and Contact |
| 01/23/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 01/23/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 01/23/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 01/23/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 01/23/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Edits with additional content and drafting of Declaration using intake document and feedback. | Class Outreach and Contact |
| 01/24/2024 | Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Reviewed documents to support claim in wage and hour class action that Defendants engaged in per-mile pay system for payment to employee and independent contractor truck drivers | ESI / Doc Review and Analysis |
| 01/24/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Document Review - Straight Line - SL00011. | ESI / Doc Review and Analysis |
| 01/24/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Document Review - Straight Line - SL00010. | ESI / Doc Review and Analysis |
| 01/24/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Document Review - Straight Line - SL00011. | ESI / Doc Review and Analysis |
| 01/24/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00010. | ESI / Doc Review and Analysis |
| 01/24/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | review mcglothen depo transcript and draft crp to co-counsel re same | Depositions |
| 01/24/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | telecon w CM [REDACT] re additional experiences of otc | Class Outreach and Contact |
| 01/24/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | comm w/ o-c re scope of luezinger settlement; review complaint in PAGA action; review settlement notice | Comm w Opposing Counsel |
| 01/25/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Document Review - Straight Line - SL00011. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/25/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Document Review - Straight Line - SL00011. | ESI / Doc Review and Analysis |
| 01/25/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.1 | $ 1,365.00 | Document Review - Straight Line - SL00011. | ESI / Doc Review and Analysis |
| 01/25/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.4 | $ 910.00 | Document Review - Straight Line - SL00011. | ESI / Doc Review and Analysis |
| 01/26/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ 1,560.00 | Document Review - Straight Line - SL00011. | ESI / Doc Review and Analysis |
| 01/26/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ 1,430.00 | Document Review - Straight Line - SL00011. | ESI / Doc Review and Analysis |
| 01/26/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ 1,495.00 | Document Review - Straight Line - SL00011. | ESI / Doc Review and Analysis |
| 01/26/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ 120.00 | Reviewing outreach script/ trial witness questionnaire, completed intakes, and Declarations. | Class Outreach and Contact |
| 01/29/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00011. | ESI / Doc Review and Analysis |
| 01/29/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00011. | ESI / Doc Review and Analysis |
| 01/29/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Document Review - Straight Line - SL00011. | ESI / Doc Review and Analysis |
| 01/29/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | draft crp to co-counsel and counsel in Gardner Trucking case re Luezinger settlement and possible intervention | Case Development / Analysis |
| 01/29/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with co-counsel re strategy for potential intervention in overlapping Leuzinger case | Case Development / Analysis |
| 01/30/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Document Review - Straight Line - SL00011. | ESI / Doc Review and Analysis |
| 01/30/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00012. | ESI / Doc Review and Analysis |
| 01/30/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Document Review - Straight Line - SL00012. | ESI / Doc Review and Analysis |
| 01/30/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Document Review - Straight Line - SL00012. | ESI / Doc Review and Analysis |
| 01/30/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from JGK regarding needed follow up with Mediator Piazza for availability. | Settlement |
| 01/30/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed Mediator Piazza requesting available dates for mediation. | Settlement |
| 01/30/2024 | Edwin Amaya (EAA) | Paralegals / Law Clerks | Case Assistant | $ 275.00 | 1 | $ 275.00 | Notified JGK of another RTS notice following mailings done for several clients. Notified JGK of 3 previous Return to Sender (RTS) mailings. Checked email for initial mailing request but could not locate to look to notify another attorney/paralegal. Stored RTS mailings in drawer. | Case / Document Administration |
| 01/31/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | Document Review - Straight Line - SL00012. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/31/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Document Review - Straight Line - SL00012. | ESI / Doc Review and Analysis |
| 01/31/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.9 | $ 1,235.00 | Document Review - Straight Line - SL00012. | ESI / Doc Review and Analysis |
| 01/31/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00012. | ESI / Doc Review and Analysis |
| 01/31/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from Mediator Piazza's office with availability for Mediation. | Settlement |
| 02/01/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00012. | ESI / Doc Review and Analysis |
| 02/01/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.1 | $ 65.00 | Document Review - Straight Line - SL00012. | ESI / Doc Review and Analysis |
| 02/01/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Document Review - Straight Line - SL00012. | ESI / Doc Review and Analysis |
| 02/01/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ o-c and co-counsel re potential mediations/mediators; comm w/ Dickstein office re mediation | Settlement |
| 02/01/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from JGK to mediator regarding availability. | Settlement |
| 02/01/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email JGK to mediator regarding booking mediation date. | Settlement |
| 02/02/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00013. | ESI / Doc Review and Analysis |
| 02/02/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00013. | ESI / Doc Review and Analysis |
| 02/02/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Document Review - Straight Line - SL00013. | ESI / Doc Review and Analysis |
| 02/02/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ o-c and dickstein's office re mediation | Comm w Opposing Counsel |
| 02/02/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from Mediator's office requesting applicable deposit for scheduled Mediation. | Settlement |
| 02/02/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from mediator's office confirming Mediation date. | Settlement |
| 02/05/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ 1,430.00 | Document Review - Straight Line - SL00013. | ESI / Doc Review and Analysis |
| 02/05/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.1 | $ 715.00 | Document Review - Straight Line - SL00013. | ESI / Doc Review and Analysis |
| 02/05/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ 1,430.00 | Document Review - Straight Line - SL00013. | ESI / Doc Review and Analysis |
| 02/05/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1 | $ 650.00 | Document Review - Straight Line - SL00013. | ESI / Doc Review and Analysis |
| 02/05/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.4 | $ 260.00 | Document Review - Straight Line - SL00014. | ESI / Doc Review and Analysis |
| 02/05/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Called to discuss deposition. [REDACT] | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/05/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Correspondence and update regarding deposition- JGK, TRB, NBP,SB | Depositions |
| 02/05/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.1 | $ 440.00 | Internal and external communications regarding deposition scheduling, confirmation. | Depositions |
| 02/06/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2 | $ 1,300.00 | Document Review - Straight Line - SL00014. | ESI / Doc Review and Analysis |
| 02/06/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ 455.00 | Document Review - Straight Line - SL00014. | ESI / Doc Review and Analysis |
| 02/06/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Document Review - Straight Line - SL00014. | ESI / Doc Review and Analysis |
| 02/06/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00014. | ESI / Doc Review and Analysis |
| 02/06/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Text sent to remind about Deposition | Depositions |
| 02/06/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Incoming call to discuss Deposition | Depositions |
| 02/06/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Correspondence sent to JGK,TRB,NBP,SB regarding Deposition confirmation. | Depositions |
| 02/06/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | various emails to co-counsel and staff re deposition and mediation invoicing; payments; agreements | Case Development / Analysis |
| 02/06/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | meet w/ R Bonner re doc review on relativity; status and gameplan; comm w/ co-counsel re identification of missing docs | ESI / Doc Review and Analysis |
| 02/06/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ 120.00 | class members deposition related outreach: tracking and internal communications. | Class Outreach and Contact |
| 02/07/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.4 | $ 260.00 | Document Review - Straight Line - SL00014. | ESI / Doc Review and Analysis |
| 02/07/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.2 | $ 780.00 | Document Review - Straight Line - SL00014. | ESI / Doc Review and Analysis |
| 02/07/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Document Review - Straight Line - SL00015. | ESI / Doc Review and Analysis |
| 02/07/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Document Review - Straight Line - SL00014. | ESI / Doc Review and Analysis |
| 02/07/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.7 | $ 1,105.00 | Document Review - Straight Line - SL00014. | ESI / Doc Review and Analysis |
| 02/07/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Responded to text regarding deposition. | Class Outreach and Contact |
| 02/07/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Outgoing call to confirm deposition and prep schedule. | Class Outreach and Contact |
| 02/07/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Correspondence sent to JGK, TRB,NBP,SB regarding depostion and prep. | Class Outreach and Contact |
| 02/07/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | draft crp to class member re depo prep | Depositions |
| 02/07/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ rainwater re depo prep | Depositions |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/07/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ staff re review of rainwater docs | Depositions |
| 02/07/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from JGK regarding calendaring new deadlines from Order. | Case / Document Administration |
| 02/08/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Document Review - Straight Line - SL00015. | ESI / Doc Review and Analysis |
| 02/08/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00015. | ESI / Doc Review and Analysis |
| 02/08/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Document Review - Straight Line - SL00015. | ESI / Doc Review and Analysis |
| 02/08/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Document Review - Straight Line - SL00015. | ESI / Doc Review and Analysis |
| 02/08/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | draft email to o-c re outstanding discovery and deposition issues | Comm w Opposing Counsel |
| 02/08/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | comm w/ co-counsel and staff (x2) re outreach to next batch of CMs for depos; responses from CMs, and doc production | Depositions |
| 02/08/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | draft crp to rainwater re deposition prep | Depositions |
| 02/08/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.5 | $ 3,375.00 | depo prep of E Rainwater | Depositions |
| 02/08/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.9 | $ 360.00 | Deposition outreach research, review, reporting to partner and outgoing calls to class members. | Class Outreach and Contact |
| 02/09/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Document Review - Straight Line - SL00016. | ESI / Doc Review and Analysis |
| 02/09/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00015. | ESI / Doc Review and Analysis |
| 02/09/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | Document Review - Straight Line - SL00016. | ESI / Doc Review and Analysis |
| 02/09/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00016. | ESI / Doc Review and Analysis |
| 02/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 3.6 | $ 4,860.00 | defend rainwater depo including post depo conf w/ rainwater re case questions and next steps | Case Development / Analysis |
| 02/12/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00016. | ESI / Doc Review and Analysis |
| 02/12/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.4 | $ 260.00 | Document Review - Straight Line - SL00016. | ESI / Doc Review and Analysis |
| 02/12/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ 1,495.00 | Document Review - Straight Line - SL00016. | ESI / Doc Review and Analysis |
| 02/12/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.9 | $ 585.00 | Document Review - Straight Line - SL00016. | ESI / Doc Review and Analysis |
| 02/12/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | Document Review - Straight Line - SL00017. | ESI / Doc Review and Analysis |
| 02/13/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ 1,560.00 | Document Review - Straight Line - SL00017. | ESI / Doc Review and Analysis |
| 02/13/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - Straight Line - SL00017. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/13/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.5 | $ 325.00 | Document Review - Straight Line - SL00017. | ESI / Doc Review and Analysis |
| 02/13/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.3 | $ 845.00 | Document Review - Straight Line - SL00017. | ESI / Doc Review and Analysis |
| 02/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | draft depo summary of Rainwater depo | Depositions |
| 02/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ o-c re cone depo | Comm w Opposing Counsel |
| 02/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | comm w/ class member re depo | Depositions |
| 02/13/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.8 | $ 720.00 | Reviewing client communications regarding deposition prep appointment and deposition. Calling deponent to confirm and reporting back to partner. | Class Outreach and Contact |
| 02/14/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | deposition prep (Cone) | Depositions |
| 02/15/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ oc re cone depo | Depositions |
| 02/20/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.8 | $ 1,820.00 | Document Review - Straight Line - SL00017. | ESI / Doc Review and Analysis |
| 02/20/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ 1,495.00 | Document Review - Straight Line - SL00017. | ESI / Doc Review and Analysis |
| 02/20/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.8 | $ 1,170.00 | Document Review - Straight Line - SL00017. | ESI / Doc Review and Analysis |
| 02/20/2024 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.3 | $ 285.00 | Weekly Meeting with JGK re; Document Review Progress | ESI / Doc Review and Analysis |
| 02/21/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.4 | $ 260.00 | Meeting w/ JGK and RAB re: Straight Line Review. | ESI / Doc Review and Analysis |
| 02/21/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ 1,495.00 | Document Review - Straight Line - SL00018. | ESI / Doc Review and Analysis |
| 02/21/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.5 | $ 975.00 | Document Review - Straight Line - SL00018. | ESI / Doc Review and Analysis |
| 02/21/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ 1,430.00 | Document Review - 240221 Delay/Weather/Breakdown. | ESI / Doc Review and Analysis |
| 02/21/2024 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.4 | $ 380.00 | Meeting with JGK and JMD re: Document review progress and case hosting status | ESI / Doc Review and Analysis |
| 02/22/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ 1,495.00 | Document Review - 240221 Delay/Weather/Breakdown. | ESI / Doc Review and Analysis |
| 02/22/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ 1,430.00 | Document Review - 240221 Delay/Weather/Breakdown. | ESI / Doc Review and Analysis |
| 02/22/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.3 | $ 1,495.00 | Document Review - 240221 Delay/Weather/Breakdown. | ESI / Doc Review and Analysis |
| 02/22/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.1 | $ 40.00 | Called back to discuss trial witness outreach. [REDACT] | Class Outreach and Contact |
| 02/23/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - 240221 Delay/Weather/Breakdown. | ESI / Doc Review and Analysis |
| 02/23/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ 1,430.00 | Document Review - 240221 Delay/Weather/Breakdown. | ESI / Doc Review and Analysis |
| 02/23/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ 1,430.00 | Document Review - 240221 Delay/Weather/Breakdown. | ESI / Doc Review and Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/23/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Incoming call. Provided case status update. Class member provided updated contact information. | Class Outreach and Contact |
| 02/26/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - 240221 Delay/Weather/Breakdown. | ESI / Doc Review and Analysis |
| 02/26/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.4 | $ 1,560.00 | Document Review - 240221 Delay/Weather/Breakdown. | ESI / Doc Review and Analysis |
| 02/26/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2 | $ 1,300.00 | Document Review - 240221 Delay/Weather/Breakdown. | ESI / Doc Review and Analysis |
| 02/26/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ co-counsel re class member depo prep | Case Development / Analysis |
| 02/26/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 1.5 | $ 540.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per JGKTeamcalendar and per JGK email re ECF 102, Scheduling Order of Trial and related deadlines. | Case / Document Administration |
| 02/26/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.2 | $ 72.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per JGKTeamcalendar re JGK email for 9/30/24 Mediation and related deadlines. | Case / Document Administration |
| 02/27/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - 240221 Delay/Weather/Breakdown. | ESI / Doc Review and Analysis |
| 02/27/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ 1,430.00 | Document Review - 240221 Delay/Weather/Breakdown. | ESI / Doc Review and Analysis |
| 02/27/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.2 | $ 1,430.00 | Document Review - 240221 Delay/Weather/Breakdown. | ESI / Doc Review and Analysis |
| 02/27/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | telecon w class member re depo prep | Depositions |
| 02/27/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | draft f/u email to class member re deposition logistics | Depositions |
| 02/28/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.1 | $ 65.00 | Emails w/ RAB re: save search doc review. | ESI / Doc Review and Analysis |
| 02/28/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 1.6 | $ 1,040.00 | Document Review - 240221 Delay/Weather/Breakdown. | ESI / Doc Review and Analysis |
| 02/28/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - 240221 Delay/Weather/Breakdown. | ESI / Doc Review and Analysis |
| 02/28/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - 240221 Delay/Weather/Breakdown. | ESI / Doc Review and Analysis |
| 02/28/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ 1,755.00 | depo prep session w/ Antonio Acosta | Depositions |
| 02/28/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.2 | $ 80.00 | Returning incoming calls from class members and providing updates. | Class Outreach and Contact |
| 02/29/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.1 | $ 65.00 | Email JGK/RAB re: price per mile emails in doc review. | ESI / Doc Review and Analysis |
| 02/29/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 2.5 | $ 1,625.00 | Document Review - 240221 Delay/Weather/Breakdown. | ESI / Doc Review and Analysis |
| 02/29/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.7 | $ 455.00 | Document Review - Straight Line - SL00018. Mark price per mile emails. | ESI / Doc Review and Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/01/2024 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 2.5 | $ | 2,375.00 | Second Pass Review of Documents marked Hot for offline index | ESI / Doc Review and Analysis |
| 03/04/2024 | James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.1 | $ | 65.00 | Email from JGK re: Doc review search. | ESI / Doc Review and Analysis |
| 03/04/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ o-c re Acosta depo | Depositions |
| 03/04/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | comm w/ o-c and staff re esi search terms | ESI / Doc Review and Analysis |
| 03/04/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | review/analyze ESI docs re mileage rate | ESI / Doc Review and Analysis |
| 03/05/2024 | Edwin Amaya (EAA) | Paralegals / Law Clerks | Case Assistant | $ 275.00 | 0.8 | $ | 220.00 | Mailed Notice of Class Action general notice (to each of the 5 clients) and deposition notice letters via USPS to clients per request of TBS. | Case / Document Administration |
| 03/05/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Incoming call from class member. Provided case status update. | Class Outreach and Contact |
| 03/05/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | comm w/ class member re depo logistics and prep | Case Development / Analysis |
| 03/05/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | revise/edit updated letter to class members re deposition selection and logistics | Class Outreach and Contact |
| 03/05/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.9 | $ | 1,160.00 | Deposition outreach: internal communications with partner and outgoing calls to provide scheduling opportunities for randomly selected class members. | Class Outreach and Contact |
| 03/07/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.6 | $ | 240.00 | Deposition scheduling outreach, notes on outcomes made and internal communications with partner regarding same. | Class Outreach and Contact |
| 03/08/2024 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.8 | $ | 760.00 | Updating Index of Offline Hot Documents | ESI / Doc Review and Analysis |
| 03/08/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.5 | $ | 600.00 | Deposition scheduling related calls, notes, coordination and internal communication - re: 5 randomly selected class members. | Class Outreach and Contact |
| 03/11/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Review, correspondence and updates | Class Outreach and Contact |
| 03/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ trb re class outreach / depositions | Depositions |
| 03/11/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.7 | $ | 680.00 | Internal meetings and instruction regarding deposition outreach scheduling calls. Translations and interpreters. | Class Outreach and Contact |
| 03/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | outreach to class member re depo | Depositions |
| 03/12/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.7 | $ | 680.00 | Drafting email to class member regarding deposition scheduling meeting. | Class Outreach and Contact |
| 03/13/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Outgoing call to class member to provide case status update | Class Outreach and Contact |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/13/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.7 | $ | 252.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per JGKCalendaring - Trial and pretrial deadlines. | Case / Document Administration |
| 03/14/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.3 | $ | 108.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per JGK email re 3/21/24 [9AM PST] D's Depo of Antonio Acosta-Garcia via Remote and related deadlines/reminders. | Case / Document Administration |
| 03/14/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.2 | $ | 72.00 | Reviewing, verifying deadlines into the firm's case management platform, per Clarra email re Received: Email to JGK fr Jared Kramer re Ds' Notice of Deposition of Antonio Acosta-Garcia (CRST by Huckaby); Ds' Notice of Deposition of Antonio Acosta-Garcia (CRST by Huckaby Email to Brad Bynum fr TRB re CRST's request to take your deposition ; Email to Timothy Fournier fr TRB re CRST's request to take your deposition ; Email to Yupeng Gu fr TRB re CRST's request to take your deposition | Case / Document Administration |
| 03/18/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.8 | $ | 320.00 | Outgoing calls to randomly selected class members re deposition scheduling. Reporting results to partner. | Class Outreach and Contact |
| 03/19/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ class member re depo prep and depo | Depositions |
| 03/19/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.9 | $ | 324.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per MEG case status check re Judge Ortis Scheduling Order ECF 27 re Expert Witnesses. | Case / Document Administration |
| 03/20/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ co-counsel re depo status and strategy on msj | Case Development / Analysis |
| 03/20/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.8 | $ | 2,430.00 | depo prep of Antonio Acosta Garcia | Depositions |
| 03/20/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ class member re depo | Depositinos |
| 03/20/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 1 | $ | 360.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per MEG Case Status Review and audit re Finalizing Trial deadlines. | Case / Document Administration |
| 03/21/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 3.8 | $ | 5,130.00 | defend depo of antonio acosta-garcia | Depositions |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/21/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ | 120.00 | Revieing incoming emails from class members responding to our letter. Replying and requesting interview scheduling. Tracking and notes in SharePoint Outreach class list. | Class Outreach and Contact |
| 03/22/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.8 | $ | 320.00 | Interview call with class member. Completed intake. | Class Outreach and Contact |
| 03/22/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.5 | $ | 200.00 | Made edits with additional content and finalized draft of intake document. | Class Outreach and Contact |
| 03/22/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ | 120.00 | Internal communications regarding scheduling trial witness outreach with class members. | Class Outreach and Contact |
| 03/25/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | draft depo summary for Antonio Acosta Garcia | Depositions |
| 03/25/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.2 | $ | 80.00 | Researching incoming client call; returning call and providing update. | Class Outreach and Contact |
| 03/26/2024 | Edwin Amaya (EAA) | Paralegals / Law Clerks | Case Assistant | $ 275.00 | 0.3 | $ | 82.50 | Sent 2 scans of Return to Sender notices to TBS for mailing batch done on 3/5/24. | Case / Document Administration |
| 3/26/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ | 945.00 | review/analyze D's ESI hit report and communication; formulate response for adjusted search protocol for m/c | ESI / Doc Review and Analysis |
| 03/26/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Reviewed ESI search term meet and confer correspondence; prepared email to JGK and co-counsel re strategy for same | ESI / Doc Review and Analysis |
| 03/26/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.4 | $ | 160.00 | Internal communication as and tracking regarding Completed trial witness interviews, outreach, and returned deposition notice letters to randomly selected class members. | Class Outreach and Contact |
| 03/27/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ | 945.00 | draft m/c letter to o-c re response on ESI protocol adjustments/proposals | Comm w Opposing Counsel |
| 03/27/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | Communications with co-counsel re strategy for opposing anticipated motion for decert | Case Development / Analysis |
| 04/08/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ | 1,350.00 | review/analyze D's updated hit report and draft crp to o-c re updated esi proposal; draft crp to s berenji re same | Case Development / Analysis |
| 04/08/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | Communications with co-counsel re impact of Montoya settlement of sleeper berth claims on our case | Case Development / Analysis |
| 04/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ oc re ESI | Case Development / Analysis |
| 04/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ TRB re class outreach | Class Outreach and Contact |
| 04/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | planning meeting w/ nbp re msj | Motions for Summary Judgment |
| 04/09/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ | 1,080.00 | Outlined MSJ; conference with JGK re strategy for same | Motions for Summary Judgment |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/09/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ 120.00 | Deposition outreach reporting to partner and final attempts to contact class members. | Depositions |
| 04/10/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.1 | $ 4,920.00 | Prepared outline of MSJ and conducted legal research for same | Motions for Summary Judgment |
| 04/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.5 | $ 2,025.00 | meet w/ co-counsel re msj motion--themes, arguments, fact support, division of labor | Motions for Summary Judgment |
| 04/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | work up of trial budget, including preliminary research into trial techs and jury consultants | Trial Prep |
| 04/11/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.3 | $ 2,760.00 | Drafted outline for MSJ | Motions for Summary Judgment |
| 04/11/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.6 | $ 1,920.00 | Strategy conference with co-counsel re approach to MSJ | Motions for Summary Judgment |
| 04/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | legal research re piece rate / review&analysis of gonzalez v downtown la motor | Case Development / Analysis |
| 04/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel re doc review | ESI / Doc Review and Analysis |
| 04/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | legal research re piece rate application to nonproductive time | Case Development / Analysis |
| 04/12/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.8 | $ 960.00 | Outlined motion for partial summary judgment | Motions for Summary Judgment |
| 04/15/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4 | $ 4,800.00 | Drafted outline for MSJ | Motions for Summary Judgment |
| 04/16/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ r bonner and co-counsel re doc review | ESI / Doc Review and Analysis |
| 04/16/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | strategy / planning on msj | Motions for Summary Judgment |
| 04/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Drafted correspondence to OC re scheduling of PMK depo and meet and confer re scope of subjects | Comm w Opposing Counsel |
| 04/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ 600.00 | Drafted memo to co-counsel re strategy for MSJ and statement of undisputed facts for same | Motions for Summary Judgment |
| 04/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.9 | $ 2,280.00 | Drafted outline for MSJ | Motions for Summary Judgment |
| 04/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Conference with JGK re strategy for MSJ | Motions for Summary Judgment |
| 04/18/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.6 | $ 4,320.00 | Drafted motion for summary judgment | Motions for Summary Judgment |
| 04/19/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.7 | $ 5,640.00 | Drafted Plaintiffs' motion for partial summary judgment | Motions for Summary Judgment |
| 04/22/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Conference with JGK re strategy for drafting MSJ | Motions for Summary Judgment |
| 04/22/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Drafted MSJ outline | Motions for Summary Judgment |
| 04/23/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Communications with co-counsel re strategy for MSJ | Motions for Summary Judgment |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/23/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.7 | $ 5,640.00 | Drafted MSJ | Motions for Summary Judgment |
| 04/24/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.3 | $ 3,960.00 | Completed outline of MSJ | Motions for Summary Judgment |
| 04/26/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.3 | $ 1,560.00 | Revised outline for MSJ based on co-counsel comments; drafted memo to co-counsel re strategy for same | Motions for Summary Judgment |
| 04/26/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.6 | $ 240.00 | Processing new supplemental class list. Saving in casefile, reviewing data and merging with original list. Internal communications with attorneys regarding same. | Class Outreach and Contact |
| 04/30/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | meet w/ nbp re msj and supp expert reports | Case Development / Analysis |
| 04/30/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with co-counsel re strategy for supplemental expert discovery | Experts (incl comm and reports) |
| 05/03/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communiations with co-counsel re strategy for MSJ | Motions for Summary Judgment |
| 05/10/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from mediator's office regarding scheduling conference call prior to mediation. | Case / Document Administration |
| 05/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.8 | $ 2,430.00 | meet w/ co-counsel re class cert mtn; responses to D on class list; discovery; further expert work; discovery/depositions | Case Development / Analysis |
| 05/13/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ 600.00 | Conference with co-counsel re strategy for supplemental expert reports | Experts (incl comm and reports) |
| 05/13/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.7 | $ 840.00 | Conference with co-counsel re strategy for outstanding discovery items, ESI, depositions, trial prep | Case Development / Analysis |
| 05/13/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Conference with co-counsel re strategy for drafting MSJ | Motions for Summary Judgment |
| 05/13/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.4 | $ 5,280.00 | Drafted MSJ | Motions for Summary Judgment |
| 05/13/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with JGK re strategy for responding to D's communication re desire to cancel mediation | Settlement |
| 05/14/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | draft email to o-c re supplemental class list and supplemental notice | Class Outreach and Contact |
| 05/14/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | draft crp to o-c re ESI search protocol discussions | Comm w Opposing Counsel |
| 05/14/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | draft response to o-c re defendant's positions on settlement and case value | Comm w Opposing Counsel |
| 05/14/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ expert re updated calculations | Experts (incl comm and reports) |
| 05/14/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel re mediation dynamics and potential alternative mediators | Settlement |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/14/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ | 720.00 | Communications with co-counsel re strategy for drafting MSJ | Motions for Summary Judgment |
| 05/14/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Revised correspondence to OC re selection of potential mediators; communications with JGK re strategy for same | Comm w Opposing Counsel |
| 05/15/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | comm w/ dickstein office re mediation; revise crp to oc re same | Settlement |
| 05/15/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed email from JGK to mediator regarding availability for pre-mediation conference call. | Case / Document Administration |
| 05/15/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.8 | $ | 2,160.00 | Drafted MSJ | Motions for Summary Judgment |
| 05/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.4 | $ | 4,080.00 | Drafted MSJ | Motions for Summary Judgment |
| 05/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.1 | $ | 120.00 | SUPERIOR COURT/PAGA CASE: Reviewed and revised joint status report re status of federal case and impact on stay | Pleadings and Stipulations |
| 05/17/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | review/edit proposed stip to court re additional class members located by Defendants; notice to same | Pleadings and stipulations |
| 05/17/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ | 945.00 | meet w/ expert re next report and d's late production of additional class member data | Experts (incl comm and reports) |
| 05/17/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | f/u mtg with co-counsel and nbp re msj | Motions for Summary Judgment |
| 05/17/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ | 480.00 | Conference with co-counsel re strategy for drafting MSJ | Motions for Summary Judgment |
| 05/17/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ | 600.00 | Call with damages expert Chasworth re strategy for supplemental report | Experts (incl comm and reports) |
| 05/17/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.9 | $ | 3,480.00 | Drafted MSJ | Motions for Summary Judgment |
| 05/20/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 7.5 | $ | 9,000.00 | Drafted MSJ | Motions for Summary Judgment |
| 05/21/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ | 1,755.00 | prepare for and conduct meeting w/ expert re updated analysis | Experts (incl comm and reports) |
| 05/21/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ expert (viscelli) re supplement to report | Experts (incl comm and reports) |
| 05/21/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ nbp re msj | Motions for Summary Judgment |
| 05/21/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.6 | $ | 216.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per JGK email re Court's Order approval Issuance of Class Notice and Class members, ECF 105. | Case / Document Administration |
| 05/21/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ | 1,320.00 | Conference with damages expert re strategy for supplemental report | Experts (incl comm and reports) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/21/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.3 | $ | 5,160.00 | Drafted MSJ | Motions for Summary Judgment |
| 05/22/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.1 | $ | 120.00 | Communications with JGK re strategy for discovery meet and confer re cell phone records | Discovery |
| 05/22/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 5.3 | $ | 6,360.00 | Drafted MSJ | Motions for Summary Judgment |
| 05/23/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.5 | $ | 4,200.00 | Drafted MSJ | Motions for Summary Judgment |
| 05/24/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | draft crp to o-c re meet and confer on various issues, including esi, Experts (incl comm and reports), depos | Comm w Opposing Counsel |
| 05/24/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | review and evaluate D's ESI proposal amendments / search terms | Discovery |
| 05/30/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ o-c and co-counsel re ESI discovery and m/c | Comm w Opposing Counsel |
| 05/30/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | review D's supp production and comm w/ expert re supplemental data for analysis | Experts (incl comm and reports) |
| 05/30/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed email from opposing counsel to Mediator cancelling Mediation. | Case / Document Administration |
| 05/30/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed email from Mediator regarding pre-session call. | Case / Document Administration |
| 05/30/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed email from Mediator's administrator regarding cancelling Mediation. | Case / Document Administration |
| 05/30/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Communications with co-counsel re strategy for MSJ | Motions for Summary Judgment |
| 05/31/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ co-counsel and expert re discovery meet and confer and supp data | Case Development / Analysis |
| 05/31/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.2 | $ | 2,640.00 | Revised MSJ | Motions for Summary Judgment |
| 06/03/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | prep for call w/ Chasworth re supp report | Experts (incl comm and reports) |
| 06/03/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | conduct call w/ chasworth and co-counsel re supp report | Experts (incl comm and reports) |
| 06/03/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | review / comment on draft msj brief | Motions for Summary Judgment |
| 06/03/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.2 | $ | 2,970.00 | meet w/ S berenji, S Berenji, nbp re msj | Motions for Summary Judgment |
| 06/03/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ | 480.00 | Call with damages expert re supplemental report | Experts (incl comm and reports) |
| 06/03/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.3 | $ | 1,560.00 | Revised MSJ | Motions for Summary Judgment |
| 06/03/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.1 | $ | 2,520.00 | Strategy conference with co-counsel re approach to revising MSJ | Motions for Summary Judgment |
| 06/04/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | meet and confer w/ o-c on various discovery issues | Case Development / Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/04/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | strategy / planning w/ nbp re msj motion | Motions for Summary Judgment |
| 06/04/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | analysis w/ nbp re expense reimbursement claim | Case Development / Analysis |
| 06/04/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | draft crp to o-c re disrepancies on class list | Comm w Opposing Counsel |
| 06/04/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.5 | $ 2,025.00 | analysis and comparison of evidence (testimonial, documents, Experts (incl comm and reports)) re time duration of tasks; draft chart and memo to team re potential adjustments to expert assumptions | Case Development / Analysis |
| 06/04/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ viscelli re deposition, doc production (audio files) and supp report | Experts (incl comm and reports) |
| 06/04/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | prep for meet and conf w/ o-c; review and edit last ESI search term proposal | Discovery |
| 06/04/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.7 | $ 2,295.00 | review and analysis of internal memos, evidentiary cites, docs, from Berenji and nbp re record cites and strategy decisions on msj | Motions for Summary Judgment |
| 06/04/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | analysis of Nelson/Regus depo transcripts for msj | Motions for Summary Judgment |
| 06/04/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Participated in meet and confer call with OC re outstanding discovery matters | Comm w Opposing Counsel |
| 06/04/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.9 | $ 4,680.00 | Revised MSJ; communications with co-counsel re same | Motions for Summary Judgment |
| 06/04/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.2 | $ 480.00 | Meeting with Partner regarding outreach to supplemental class list members, SharePoint protocols, merging class data, marking new entries as supplemental, internal communications with Outreach team lead regarding interviews, trial witness inventory, priority. | Class Outreach and Contact |
| 06/05/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ 600.00 | Revised MSJ | Motions for Summary Judgment |
| 06/06/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | meet w/ viscelli re discovery and supp report | Experts (incl comm and reports) |
| 06/06/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | review/analyze cm depo testimony for task length estimates; prepare memo for expert | Experts (incl comm and reports) |
| 06/06/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | prep for meeting w/ viscelli re supp report | Experts (incl comm and reports) |
| 06/06/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | prep for call w/ chasworth re damages report | Experts (incl comm and reports) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/06/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ 1,755.00 | team meeting w/ chasworth followed by team mtg w/ co-counsel re damages analysis; expert report; f/u on discovery | Experts (incl comm and reports) |
| 06/06/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ 1,080.00 | Conference with damages expert re supplemental report | Experts (incl comm and reports) |
| 06/06/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Conference with co-counsel re strategy for revising MSJ | Motions for Summary Judgment |
| 06/06/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.1 | $ 4,920.00 | Revised MSJ | Motions for Summary Judgment |
| 06/07/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.3 | $ 5,160.00 | Drafted and revised MSJ | Motions for Summary Judgment |
| 06/10/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Incoming call for status and case update. | Class Outreach and Contact |
| 06/10/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel and expert re damages analysis and msj | Case Development / Analysis |
| 06/10/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review class member report on work time | Case Development / Analysis |
| 06/10/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with class member re case update and documents | Class Outreach and Contact |
| 06/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.8 | $ 2,430.00 | team call w/ chasworth re supplemental expert calcs and report | Experts (incl comm and reports) |
| 06/11/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.6 | $ 1,920.00 | Call with damages expert re supplemental report | Experts (incl comm and reports) |
| 06/11/2024 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.4 | $ 380.00 | Preparing CRSTF340368 for production to Expert Sean Chasworth via ftp site | Discovery |
| 06/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ expert viscelli re report | Experts (incl comm and reports) |
| 06/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | review/edit msj brief | Motions for Summary Judgment |
| 06/14/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | meet w/ Chasworth team and co-counsel re supp expert report | Experts (incl comm and reports) |
| 06/14/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ Chasworth re expert report and deposition | Experts (incl comm and reports) |
| 06/14/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ 1,320.00 | Conference with damages expert re supplemental report | Experts (incl comm and reports) |
| 06/17/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.2 | $ 1,620.00 | draft second crp to clients re further strategy / explanation on witness selection for discovery | Class Outreach and Contact |
| 06/17/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | draft revised crp to class members re discovery/depositions; draft crp to TRB re admin and notes for same | Class Outreach and Contact |
| 06/17/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ co-counsel and staff re class member depositions / outreach and various other discovery matters | Case Development / Analysis |
| 06/17/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.9 | $ 1,215.00 | draft meet and confer email to o-c on multiple discovery issues related to Experts (incl comm and reports), phone records, class member depos, and ESI search protocol | Comm w Opposing Counsel |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/17/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.5 | $ 2,025.00 | review, comment on, and edit viscelli supp report | Experts (incl comm and reports) |
| 06/17/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | telecon w/ viscelli re supp report | Experts (incl comm and reports) |
| 06/17/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | team meeting w/ Sean Chasworth and team re damages calculations / report | Experts (incl comm and reports) |
| 06/17/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.7 | $ 840.00 | Conference with damages expert re supplemental report | Experts (incl comm and reports) |
| 06/17/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Reviewed and revised industry expert supplemental report. | Experts (incl comm and reports) |
| 06/17/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ 1,080.00 | Revised separate statement of facts in support of MSJ | Motions for Summary Judgment |
| 06/17/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.8 | $ 1,120.00 | Internal communications with litigation team regarding deposition scheduling for selected class members. outgoing calls to class members to schedule depositions. Tracking outcomes in SharePoint and reporting to partners. External communications with Abby call center regarding best practices and troubleshooting call referrals. | Class Outreach and Contact |
| 06/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ o-c re discovery responses, deposition, meet and confer | Comm w Opposing Counsel |
| 06/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | zoom w/ viscelli re supp report | Experts (incl comm and reports) |
| 06/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | review/analyze chasworth report | Experts (incl comm and reports) |
| 06/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review viscelli report | Experts (incl comm and reports) |
| 06/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.4 | $ 3,240.00 | further work w/ viscelli and chasworth on final expert reports | Experts (incl comm and reports) |
| 06/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | telecon w/ sean chasworth re damages calculations (revised/updated); and draft memo w/ co-counsel re same | Experts (incl comm and reports) |
| 06/18/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Reviewed and revised cover letter to clients; emailed to TRB. | Case Development / Analysis |
| 06/18/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.7 | $ 385.00 | Prepared POS; reviewed and revised Viscelli supplemental expert opinion; finalized Viscelli's expert report and attached exhibit; drafted email to all counsel of record; finalized all documents and emailed to JGK for final approval. | Case Development / Analysis |
| 06/18/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from JGK regarding serving expert reports and removing draft mark from report. | Case / Document Administration |
| 06/18/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Conference with JGK regarding serving expert reports. | Case / Document Administration |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/18/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed email from TRB requesting reviewing and revising cover letter to clients. | Case / Document Administration |
| 06/18/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ | 1,080.00 | Reviewed and revised supplemental report of industry expert witness | Experts (incl comm and reports) |
| 06/18/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 3.1 | $ | 1,240.00 | Internal communications regarding deposition outreach. Emails, text messages to selected class members and tracking in SharePoint omnibus worksheet. | Class Outreach and Contact |
| 06/19/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ viscelli re status | Experts (incl comm and reports) |
| 06/20/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | draft crp to o-c re expert depos and discovery | Comm w Opposing Counsel |
| 06/21/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1 | $ | 400.00 | Outgoing calls to selected class members to discuss deposition scheduling. Internal reporting to partner regarding results of outreach. Troubleshooting emails with call center liaison regarding case name and accuracy of rep. protocols. | Class Outreach and Contact |
| 06/23/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ | 945.00 | revise/edit msj | Motions for Summary Judgment |
| 06/24/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.5 | $ | 3,375.00 | revise/edit mtn for summary judgment | Motions for Summary Judgment |
| 06/24/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | revise/edit msj | Motions for Summary Judgment |
| 06/24/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1 | $ | 400.00 | Internal communications, notes and tracking regarding class member depositions. Fielding and returning calls to class members to schedule and confirm deposition dates. | Class Outreach and Contact |
| 06/25/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ | 160.00 | Class member search. | Class Outreach and Contact |
| 06/25/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ S Berenji re class member deposition coverage and msj status; draft crp to trb re class outreach / depositions | Case Development / Analysis |
| 06/25/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | meet and confer w/ o-c on site inspection, phone records, cm depositions | Comm w Opposing Counsel |
| 06/25/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | comm w/ Viscelli re discovery search | Experts (incl comm and reports) |
| 06/25/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.5 | $ | 3,375.00 | draft/revise MPA in support of msj | Motions for Summary Judgment |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/25/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.4 | $ | 144.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per JGK email re [exact time TBD] Depo Prep and D's Depo w/CM Timothy Deady and Vaughn Linson. by zoom. and related deadlines and reminders. | Case / Document Administration |
| 06/25/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | Conference with JGK re strategy for revisions to MSJ | Motions for Summary Judgment |
| 06/25/2024 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.1 | $ | 95.00 | Creating ftp site for hosting Recent interviews production | Discovery |
| 06/25/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 3.8 | $ | 1,520.00 | Outgoing calls, tracking and reporting regarding deposition outreach to selected class members. | Class Outreach and Contact |
| 06/26/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Correspondence with TRB regarding class member search. | Class Outreach and Contact |
| 06/26/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Documentation review and research | Class Outreach and Contact |
| 06/26/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Reviewed class member draft for information. | Class Outreach and Contact |
| 06/26/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.9 | $ | 760.00 | Internal communications regarding deposition scheduling for class members, Outreach and tracking regarding same. | Class Outreach and Contact |
| 06/27/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ trb re class outreach / depositions | Class Outreach and Contact |
| 06/27/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | review/analyze viscelli doc/audio production | Experts (incl comm and reports) |
| 06/27/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.6 | $ | 240.00 | Reporting on outreach to scheduled depositons. Researching and referring deponents to co-counsel through partners. | Class Outreach and Contact |
| 06/28/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ o-c and co-counsel re expert and class member depos | Comm w Opposing Counsel |
| 06/28/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed email from JGK regarding serving file from Stephen Viscelli. | Case / Document Administration |
| 06/28/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed email from RAB requesting defense counsel's email addresses. | Case / Document Administration |
| 06/28/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Emailed RAB POS for email addresses for service. | Case / Document Administration |
| 06/28/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed email from RAB to opposing counsel with attached link to retrieve Viscelli production. | Case / Document Administration |
| 06/28/2024 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.9 | $ | 855.00 | Preparing Viscelli_0020882 - Viscelli_0021208 for Production via ftp site | Discovery |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/28/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.9 | $ | 760.00 | Incoming and outgoing communications with class members selected for depositions. Reporting to partner regarding same. | Class Outreach and Contact |
| 07/01/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | telecom w/ nbp re msj | Motions for Summary Judgment |
| 07/01/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.4 | $ | 1,680.00 | Review/analyze and revise Separate statement of facts in support of MSJ; communications with co-counsel re strategy for same | Motions for Summary Judgment |
| 07/02/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.8 | $ | 960.00 | Communications with co-counsel re strategy for MSJ and meet and confer with OC re same | Motions for Summary Judgment |
| 07/02/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.5 | $ | 600.00 | Internal reporting regarding deposition outreach + scheduling. Outgoing communications to selected class members regarding same. | Class Outreach and Contact |
| 07/03/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | team mtg re msj | Motions for Summary Judgment |
| 07/03/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ | 1,320.00 | Strategy conference with co-counsel re revisions to MSJ | Motions for Summary Judgment |
| 07/03/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | Drafted email to OC re LR 7-3 meet and confer re Ps' motion for partial summary judgment. | Comm w Opposing Counsel |
| 07/08/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ | 810.00 | prep for song depo | Depositions |
| 07/08/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | revise/edit statement of undisputed facts iso msj | Motions for Summary Judgment |
| 07/08/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.3 | $ | 165.00 | Reviewed and revised NOD of Chen Song, PhD, CFA; emailed to JGK for approval for service. | Case / Document Administration |
| 07/08/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed email from JGK regarding serving NOD. | Case / Document Administration |
| 07/08/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Emailed JGK regarding finalizing and serving NOD. | Case / Document Administration |
| 07/08/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.3 | $ | 108.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per JGK email re 7/18/24 [9:30AM PST] P's Depo of D's expert witness Chen Song at SWCK Los Angeles via videoconference and related deadlines/reminders. | Case / Document Administration |
| 07/08/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | Meet and confer communications re Ps' motion for summary judgment | Motions for Summary Judgment |
| 07/08/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.7 | $ | 2,040.00 | Revised motion for summary judgment | Motions for Summary Judgment |
| 07/08/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ | 120.00 | Emails with co-counsel, circulating interview documents with class member in advance of deposition. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | view/analyze Leuzinger v CRST preliminary approval hearing (related case) | Case Development / Analysis |
| 07/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel re assessment of Luezinger hearing and whether to object to PAGA component | Case Development / Analysis |
| 07/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ staff re class outreach | Class outreach and Depositions |
| 07/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel re CM depo prep | Depo |
| 07/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ staff re CM doc review | Discovery |
| 07/09/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 1 | $ 360.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per KGK email re 9/17/24 [9:30AM PST] JAMS Mediation before Mediation Hon. Ronald M. Sabraw and related deadlines/reminders. | Case / Document Administration |
| 07/09/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with co-counsel re strategy for MSJ | Motions for Summary Judgment |
| 07/09/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.2 | $ 2,640.00 | Revised MSJ | Motions for Summary Judgment |
| 07/09/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.8 | $ 320.00 | Deposition scheduling calls to class members, tracking, and reporting to partner and co-counsel. | Class Outreach and Contact |
| 07/10/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ staff re class outreach for depo; review interview notes | Class Outreach and Contact |
| 07/10/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | telecon w/ nbp re mediation strategy and planning | Settlement |
| 07/10/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Conference with JGK re strategy for revising MSJ | Motions for Summary Judgment |
| 07/10/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.7 | $ 3,240.00 | Revised MSJ and separate statement of facts; communications with co-counsel re strategy for same | Motions for Summary Judgment |
| 07/10/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.4 | $ 960.00 | Deposition scheduling outreach, research, reporting. | Depositions |
| 07/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.5 | $ 2,025.00 | team meeting re msj, case theories and arguments; depos; site inspections | Case Development / Analysis |
| 07/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ o-c re song depo and discovery | Comm w Opposing Counsel |
| 07/11/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.2 | $ 1,440.00 | Strategy conference with co-counsel re MSJ revisions and proposed timing of hearing and briefing schedule. | Motions for Summary Judgment |
| 07/11/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.3 | $ 1,560.00 | Drafted Notice of motion and motion for partial summary judgment | Motions for Summary Judgment |
| 07/11/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 5.2 | $ 6,240.00 | Revised MSJ | Motions for Summary Judgment |
| 07/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | telecon w/ nbp re MSJ and mediation planning | Case Development / Analysis |
| 07/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w trb re class outreach and depos | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | meet and confer w/ o-c re MSJ motions and decert mtn | Comm w Opposing Counsel |
| 07/12/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with co-counsel re strategy for briefing schedule for cross motions for summary judgment and D's motion for decert | Motions for Summary Judgment |
| 07/12/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.8 | $ 960.00 | Meet and confer with OC re Ps' MSJ; Ds' MSJ and Ds' Motion for Decert | Motions for Summary Judgment |
| 07/12/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.9 | $ 3,480.00 | Revised MSJ and Notice of Motion | Motions for Summary Judgment |
| 07/12/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.1 | $ 440.00 | Communicating with partners and co-counsel regarding deposition scheduling outreach for class members. | Class Outreach and Contact |
| 07/15/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ nbp re extraterritorial analysis and UCL analysis for opposing D's msj | Motions for Summary Judgment |
| 07/15/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | strategy/planning w/ nbp re msj and mediation | Motions for Summary Judgment |
| 07/15/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Updated Dr. Song's NOD; emailed to JGK for review and approval. | Case / Document Administration |
| 07/15/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from JGK regarding updating deposition of Dr. Song. | Case / Document Administration |
| 07/15/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed JGK regarding updating and finalizing Dr. Song deposition notice. | Case / Document Administration |
| 07/15/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from JGK regarding serving and ordering court reporter and videographer. | Case / Document Administration |
| 07/15/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.3 | $ 165.00 | Emailed opposing counsel Dr. Song's NOD and requested attendees list for depositon; registered attendees with building security via Easy Lobby. | Case / Document Administration |
| 07/15/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ 1,080.00 | Communications with co-counsel and JGK re strategy for MSJ and opposing D's MSJ and motion for decert, and potential stipulated briefing schedule. | Motions for Summary Judgment |
| 07/15/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.8 | $ 960.00 | Review/revise MSJ; communications with JGK re strategy for same | Motions for Summary Judgment |
| 07/15/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.9 | $ 360.00 | Internal emails regarding deposition scheduling and outreach. External communications with class members regarding same. | Class Outreach and Contact |
| 07/16/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | revise/edit notice of site inspection | Discovery |
| 07/16/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | prep for Song expert depo | Depositions |
| 07/16/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | meet w/ NBP and CO re legal research on UCL claims for restitution in response to D's msj | Motions for Summary Judgment |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/16/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Drafted and emailed Steno Court Reporting to schedule court reporter and videographer for deposition. | Case / Document Administration |
| 07/16/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from JGK to Steno Court Reporting regarding remote access for some attendees. | Case / Document Administration |
| 07/16/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from Steno Court Reporting confirming deposition. | Case / Document Administration |
| 07/16/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed emails from Steno Court Reporting confirming scheduled deposition. | Case / Document Administration |
| 07/16/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from Steno Court Reporting confirming remote link will be made available for deposition. | Case / Document Administration |
| 07/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Conference with fellow re legal research project in preparation for opposing D's MSJ | Motions for Summary Judgment |
| 07/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Drafted correspondence to OC re potential stipulation to extend briefing schedule for cross motions for summary judgment; communications with co-counsel re strategy for same | Comm w Opposing Counsel |
| 07/17/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ Experts (incl comm and reports) re depositions | Experts (incl comm and reports) |
| 07/17/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from Steno Court Reporting with name of videographer; added videographer to building security via Easy Lobby. | Case / Document Administration |
| 07/17/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed Steno Court Reporting regarding videographer. | Case / Document Administration |
| 07/17/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ 1,080.00 | Drafted stipulation re briefing schedule for cross motions for summary judgment | Pleadings and Stipulations |
| 07/17/2024 | Pranav Garigipati (SWA) | Clerical Staff | Case Assistant | $ 440.00 | 6 | $ 2,640.00 | Researching the applicability of UCL claims when there is a related claim under the labor code. | Case Development / Analysis |
| 07/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | comm w/ class member re depo prep | Depositions |
| 07/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ Experts (incl comm and reports) re depositions | Experts (incl comm and reports) |
| 07/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | revise/edit proposed stip / order re modifying scheduling order on mtn hearings | Pleadings and Stipulations |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/18/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 1 | $ 360.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per JGK email re D's Depo Notices: •8/2/24 [9AM PST] D's Depo of Steve Viscelli, PH.D. via Zoom (TBD: Remote info) 7/19/24 INTERNAL DL to schedule depo prep session ahead of 8/2/24 [9AM PST] D's Depo of Steve Viscelli, PH.D. •8/8/24 [9AM PST] D's Depo of Sean Chasworth via Zoom (TBD: Remote info) 7/25/24 INTERNAL DL to schedule depo prep session ahead of 8/8/24 [9AM PST] D's Depo of Sean Chasworth | Case Development / Analysis |
| 07/18/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ 1,080.00 | Revised MSJ | Motions for Summary Judgment |
| 07/18/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.7 | $ 2,040.00 | Drafted and revised stipulation for good cause for continuance to accommodate longer briefing schedule for cross motions for summary judgment. | Pleadings and Stipulations |
| 07/18/2024 | Pranav Garigipati (SWA) | Clerical Staff | Case Assistant | $ 440.00 | 6 | $ 2,640.00 | Researching the applicability of UCL claims when there is a related claim under the labor code. | Motions for Summary Judgment |
| 07/19/2024 | Alma Suarez (ARS) | Paralegals / Law Clerks | Paralegal | $ 500.00 | 1.1 | $ 550.00 | Read email from NBP with stip and PO for filing; Finalize; Read judge's rules re submission of POs; Send finals to NBP for approval; Read email from NBP with revisions; Update documents with revisions; File with Fed Ct. Submit PO via ECF and email. Respond to NBP with completed task. | Case / Document Administration |
| 07/19/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.5 | $ 2,025.00 | prep for Song expert depo | Depositions |
| 07/19/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ nbp and co counsel re viscelli depo; comm w/ Higgins re depo prep; | Case Development / Analysis |
| 07/19/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | prep for Song expert depo | Depositions |
| 07/19/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | meet w/ Chasworth re depo prep and song depo prep | Experts (incl comm and reports) |
| 07/19/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | revise/edit stip on continuance related to msj reponses | Pleadings and Stipulations |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/19/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.9 | $ 324.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per JGK email re 9/3/24 [Leuzinger] [2PM PST] Cont. Hearing re Motion for Settlement/Motion to Intervene in CAND, Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers via Zoom | Case / Document Administration |
| 07/19/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Conference with JGK re strategy for defending depo of industry expert | Depositions |
| 07/19/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | COnference with JGK re strategy for taking deposition of D's damages expert | Depositions |
| 07/19/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Conference with damages expert re prep for deposition of D's damages expert. | Experts (incl comm and reports) |
| 07/19/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Review and analyze memo from law clerk re UCL fourth year of liability, as pertains to D's anticipated MSJ | Motions for Summary Judgment |
| 07/19/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.2 | $ 2,640.00 | Revised separate statement of uncontroverted facts in support of MSJ; reviewed underlying record to check accuracy of cites | Motions for Summary Judgment |
| 07/19/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.7 | $ 2,040.00 | Revised MSJ | Motions for Summary Judgment |
| 07/19/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ 1,320.00 | Revised and finalized stipulation to continue deadlines to facilitate longer briefing schedule for summary judgment and decert motions; communications with OC re same | Pleadings and Stipulations |
| 07/19/2024 | Pranav Garigipati (SWA) | Clerical Staff | Case Assistant | $ 440.00 | 6 | $ 2,640.00 | Researching the applicability of UCL claims when there is a related claim under the labor code. | Motions for Summary Judgment |
| 07/21/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | prep for song depo | Depositions |
| 07/22/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 3 | $ 4,050.00 | meet w/ Jeff Higginson re prep for depo | Depositions |
| 07/22/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ JHigginson re depo logistics | Depositions |
| 07/22/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel re site inspections and follow-up | Discovery |
| 07/22/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.3 | $ 1,560.00 | Conducted legal research for opposition to D's MSJ, re UCL claim | Motions for Summary Judgment |
| 07/23/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.6 | $ 3,510.00 | defend higgenson depo | Depositions |
| 07/23/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | final prep with CM higgenson for depo | Depositions |
| 07/23/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | telecon w/ S Chasworth re song depo prep | Experts (incl comm and reports) |
| 07/23/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ CO re legal research into UCL claim and d's msj re standing/adequate remedy at law | Motions for Summary Judgment |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/23/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with co-counsel re strategy for opposing D's MSJ | Motions for Summary Judgment |
| 07/23/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with JGK re strategy for defending depo of industry expert | Depositions |
| 07/23/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.8 | $ 3,360.00 | Conducted legal research re central issues in opposition to D's MSJ, including extraterritorial application of CA law and availability of UCL claim for restitution. | Motions for Summary Judgment |
| 07/24/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2 | $ 2,700.00 | travel to LA for Song Depo, including in route prep (billed for 1/2 time) | Depositions |
| 07/24/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.4 | $ 1,890.00 | prepare for Song depo | Depositions |
| 07/24/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | prep for song depo | Depositions |
| 07/24/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | comm w/ chasworth re docs and discovery, and additional calcs on rate of pay | Experts (incl comm and reports) |
| 07/24/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ chasworth re supp Discovery | Experts (incl comm and reports) |
| 07/24/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed Steno Court Reporting requesting Court Reporter's information for building security and copying CO with Zoom invitation for deposition. | Case / Document Administration |
| 07/24/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed JGK and CO Zoom information for Chen Song deposition. | Case / Document Administration |
| 07/24/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Conference with JGK re assisting in prep for depo of D's damages expert | Depositions |
| 07/24/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Conference with law clerk re instructions for legal research project re extraterritorial application of CA law, pertinent to opposing D's MSJ | Motions for Summary Judgment |
| 07/24/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Communications with JGK and co-counsel re strategy for opposing D's MSJ | Motions for Summary Judgment |
| 07/24/2024 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.5 | $ 475.00 | Preparing Additional discovery from Sean Chasworth for Production | Discovery |
| 07/25/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 3.3 | $ 4,455.00 | prep for song depo | Depositions |
| 07/25/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 7.5 | $ 10,125.00 | take song depo | Depositions |
| 07/25/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.7 | $ 2,295.00 | travel back from LA after song depo (billed for 1/2 time) | Depositions |
| 07/25/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Set up for conference room for deposition of Chen Song. | Case / Document Administration |
| 07/25/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1 | $ 550.00 | Printed outline and exhibits for JGK for deposition Chen Song; greeted court reporter, videographer, deponent, and attorneys; gathered drinks for parties; received and reviewed additional email from JGK regarding bills; printed additional exhibit. | Case / Document Administration |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/25/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Conference with JGK requesting additional exhibits; printed exhibits. | Depositions |
| 07/25/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Conference with JGK regarding deposition. | Depositions |
| 07/25/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ 600.00 | Communications with co-counsel re strategy for Opp to D's MSJ | Motions for Summary Judgment |
| 07/25/2024 | Pranav Garigipati (SWA) | Clerical Staff | Case Assistant | $ 440.00 | 6.5 | $ 2,860.00 | Deposition of rebuttal witness | Com-Expert |
| 07/26/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ 1,320.00 | Preparation for depo prep session with Ps' industry expert witness | Depo |
| 07/26/2024 | Pranav Garigipati (SWA) | Clerical Staff | Case Assistant | $ 440.00 | 5 | $ 2,200.00 | Researching regarding extraterritorial minimum wage laws. | Motions for Summary Judgment |
| 07/29/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Communications with JGK re strategy for depo prep session with industry expert witness | Depositions |
| 07/29/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4 | $ 4,800.00 | Prepared for depo prep session with industry expert witness: prepared depo prep outline, reviewed relevant documents, etc. | Depositions |
| 07/29/2024 | Nicholas Thompson (NJT) | Of Counsel / Associates | Staff Attorney | $ 1,150.00 | 0.5 | $ 575.00 | Review of index and new document production to ensure index is up-to-date and complete. | Discovery |
| 07/29/2024 | Pranav Garigipati (SWA) | Clerical Staff | Case Assistant | $ 440.00 | 5 | $ 2,200.00 | Researching regarding extraterritorial minimum wage laws. | Motions for Summary Judgment |
| 07/29/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.7 | $ 280.00 | Researching and reporting on incoming class member inquiry, internal communications with partners regarding same, updating class list data, assigning follow up to Outreach lead. | Class Outreach and Contact |
| 07/30/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.4 | $ 160.00 | Reviewing outreach script/ trial witness questionnaire in advance of outgoing calls to class members. | Class Outreach and Contact |
| 07/30/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with outreach staff re strategy for responding to inquiries from potential trial witnesses. | Class Outreach and Contact |
| 07/30/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1 | $ 1,200.00 | Prep for depo prep session with industry expert witness | Depositions |
| 07/30/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2 | $ 2,400.00 | Conducted depo prep session with industry expert witness | Depositions |
| 07/30/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ 600.00 | Prepared written analysis summarizing depo prep of industry expert for JGK re strategy for defending depo | Depositions |
| 07/30/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with co-counsel re strategy for defending class member depositions | Depositions |
| 07/30/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ 1,320.00 | Communications with co-counsel re strategy for revisions to MSJ; analyzed key docs to inform analysis | Motions for Summary Judgment |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/30/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Communications with staff re research projects in preparation for opposition to D's MSJ | Motions for Summary Judgment |
| 07/30/2024 | Pranav Garigipati (SWA) | Clerical Staff | Case Assistant | $ 440.00 | 2.4 | $ | 1,056.00 | Call with expert for depo prep. | Depositions |
| 07/30/2024 | Pranav Garigipati (SWA) | Clerical Staff | Case Assistant | $ 440.00 | 4 | $ | 1,760.00 | Researching regarding extraterritorial minimum wage laws. | Motions for Summary Judgment |
| 07/30/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.4 | $ | 160.00 | Researching class member, reporting to partners regarding incoming call. Requesting current instruction on outreach priority and protocol. | Class Outreach and Contact |
| 07/31/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | comm w/ team re MSJ prep and vetting of issues | Motions for Summary Judgment |
| 07/31/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ Chasworth re song depo and depo logistics | Experts (incl comm and reports) |
| 07/31/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ nbp re depo prep w Viscelli | Experts (incl comm and reports) |
| 07/31/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ TRB and NBP re class outreach and trial prep interviews | class Outreach and Contact |
| 07/31/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.2 | $ | 5,040.00 | Revised and finalized MSJ and supporting docs | Motions for Summary Judgment |
| 07/31/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ | 600.00 | Conducted legal research in preparation for drafting opposition to D's MSJ | Motions for Summary Judgment |
| 07/31/2024 | Pranav Garigipati (SWA) | Clerical Staff | Case Assistant | $ 440.00 | 2.5 | $ | 1,100.00 | Researching regarding extraterritorial minimum wage laws. | Motions for Summary Judgment |
| 08/01/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ | 80.00 | Consult, Correspondence and update with TRB regarding class member intake. | Class Outreach and Contact |
| 08/01/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | telecom w/ viscelli re depo prep | Experts (incl comm and reports) |
| 08/01/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.9 | $ | 1,215.00 | strategy meeting w/ co-counsel re MSJ | Motions for Summary Judgment |
| 08/01/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.2 | $ | 72.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per JGK email re 8/9/24 [9AM PST] D's Depo of Sean Chasworth via Zoom (TBD: Remote info)and related Internal DL to scheduled Depo prep. | Case / Document Administration |
| 08/01/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.8 | $ | 960.00 | Conducted legal research in preparation for drafting opposition to D's MSJ | Motions for Summary Judgment |
| 08/01/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.3 | $ | 1,560.00 | Strategy conference with co-counsel re revisions to MSJ and supporting docs | Motions for Summary Judgment |
| 08/01/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.6 | $ | 3,120.00 | Revised MSJ and supporting documents | Motions for Summary Judgment |
| 08/01/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.3 | $ | 520.00 | Internal reporting and outbound calls regarding class member deposition re-scheduling. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/02/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.2 | $ 80.00 | Review, correspondence and updates | Class Outreach and Contact |
| 08/02/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.3 | $ 3,105.00 | defend viscelli depo | Depositions |
| 08/02/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | depo prep for viscelli | Depositions |
| 08/02/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | post depo conf w/ viscelli re next steps | Experts (incl comm and reports) |
| 08/02/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from JGK regarding following up with Steno on status of receiving deposition transcript for Chen Song. | Case / Document Administration |
| 08/02/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed Steno Court Reporting requesting status of receiving deposition transcript for Chen Song. | Case / Document Administration |
| 08/02/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.8 | $ 320.00 | Outreach communications with class members regarding deposition scheduling. | Class Outreach and Contact |
| 08/03/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.4 | $ 1,890.00 | revise/edit MPA in support of MSJ | Motions for Summary Judgment |
| 08/04/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | revise/edit notice of motion and proposed order re msj | Motions for Summary Judgment |
| 08/05/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review/analyze ESI re fuel tax records | Motions for Summary Judgment |
| 08/05/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review motion papers and comm w/ nbp re same (MSJ) | Motions for Summary Judgment |
| 08/05/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Reviewed Judge's procedures for courtesy copies; reviewed local rules regarding courtesy copies. | Case / Document Administration |
| 08/05/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.9 | $ 495.00 | Reviewed and revised MPA; reviewed and revised supporting documents; emailed NBP regarding final documents. | Motions for Summary Judgment |
| 08/05/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.6 | $ 330.00 | Redacted and organized exhibits; reviewed case docket for previously filed pleadings; | Motions for Summary Judgment |
| 08/05/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.6 | $ 880.00 | Reviewed, revised, and prepared tables for MPA to MSJ; emailed to NBP for review. | Motions for Summary Judgment |
| 08/05/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.6 | $ 330.00 | Retrieved file-stamped notice of motion and motion for partial summary judgement and supporting documents; organized and identified all as mandatory chambers copies; drafted instructions and emailed First Legal. | Motions for Summary Judgment |
| 08/05/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed JGK and NBP regarding preparing and filing of MSJ and supporting documents. | Motions for Summary Judgment |
| 08/05/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.6 | $ 330.00 | Finalized and organized documents for filing; electronically filed with Court; received and reviewed email from NBP with NEF attached. | Motions for Summary Judgment |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/05/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.7 | $ | 840.00 | Communications with staff and co-counsel re coordinating filing and last revisions/finalization of moving papers iso MSJ | Motions for Summary Judgment |
| 08/05/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.6 | $ | 4,320.00 | Revised and finalized moving papers in support of MSJ, in preparation for filing | Motions for Summary Judgment |
| 08/05/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.3 | $ | 5,160.00 | Conducted legal research for, and began outlining opposition to D's MSJ | Motions for Summary Judgment |
| 08/06/2024 | Alma Suarez (ARS) | Paralegals / Law Clerks | Paralegal | $ 500.00 | 1.6 | $ | 800.00 | Read email from NBP re SS; Draft SS of undisputed facts; Fwd. rough draft to NBP for review. | Motions for Summary Judgment |
| 08/06/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ | 945.00 | review/analyze D's mtns for decert and msj; review notes from Song Depo; prep for depo prep w/ chasworth | Case Development / Analysis |
| 08/06/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.1 | $ | 2,835.00 | depo prep with chasworth, followed by check in with co-counsel on msj oppo and mock trial | Depositions |
| 08/06/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | further prep for chasworth depo prep (review materials; prepare agenda of issues to cover) | Experts (incl comm and reports) |
| 08/06/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | meet w/ nbp re D's msj and decert | Motions for Summary Judgment |
| 08/06/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ S Chopra re mock jury | Trial Prep |
| 08/06/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed email from NBP regarding preparing Statement of Genuine issues. | Motions for Summary Judgment |
| 08/06/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed email from First Legal confirming courtesy copy delivery to Judge's chambers. | Motions for Summary Judgment |
| 08/06/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.1 | $ | 36.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per NBP email re ECF 117 | Case / Document Administration |
| 08/06/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1 | $ | 1,200.00 | Depo prep session with P's damages expert | Depositions |
| 08/06/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.4 | $ | 1,680.00 | Outlined opposition to D's motion for decertification | Class Certification |
| 08/06/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Communications with staff to convey instructions for preparing shell for Statement of Genuine disputes of material fact for opposition to D's MSJ | Motions for Summary Judgment |
| 08/06/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.6 | $ | 3,120.00 | Outlined opposition to D's MSJ | Motions for Summary Judgment |
| 08/06/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ | 600.00 | Conference with JGK re strategy for drafting opposition to D's MSJ | Motions for Summary Judgment |
| 08/07/2024 | Alma Suarez (ARS) | Paralegals / Law Clerks | Paralegal | $ 500.00 | 1.1 | $ | 550.00 | Format Statement of Genuine Issues; italicized words and aligned columns; Finalize rough draft and send to NBP with completed task. | Motions for Summary Judgment |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/07/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ | 1,080.00 | review/analyze D's mtns for summary judgment and decert | Motions for Summary Judgment |
| 08/07/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ co-counsel re esi review | ESI Doc Review and Analysis |
| 08/07/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.7 | $ | 2,295.00 | team meeting re oppos to msj and decert | Motions for Summary Judgment |
| 08/07/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.2 | $ | 1,620.00 | analysis of D's supporting evidence on MSJ; prepare m/c and objections re late disclosed witnesses; search for and analysis of agreement on class member depos | Motions for Summary Judgment |
| 08/07/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed email from NBP requesting status of Statement of Genuine Issues project. | Motions for Summary Judgment |
| 08/07/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed email from ARS with attached Statement of Genuine Issues. | Motions for Summary Judgment |
| 08/07/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 1.5 | $ | 540.00 | Reviewing, verifying, removing, and adding deadlines into the firm's case management platform, per NBP email re Court's Order ECF 117 - Extending deadlines. | Case / Document Administration |
| 08/07/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.8 | $ | 2,160.00 | Strategy conference with co-counsel re strategy for oppositions to D's MSJ and D's motion for decertification. | Motions for Summary Judgment |
| 08/07/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | Communications with staff and co-counsel re preparation of shell document for preparing statement of genuine issues of disputed fact | Motions for Summary Judgment |
| 08/07/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.5 | $ | 4,200.00 | Conducted legal research for opposition to D's MSJ and drafted Opposition briefing | Motions for Summary Judgment |
| 08/08/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.4 | $ | 1,890.00 | review/analysis of D's declarations in support of msj; prepare memo on late Discovery issue; draft crp to o-c re same | Motions for Summary Judgment |
| 08/08/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | revise/edit letter to o-c re untimely Discovery of witnesses | Comm w Opposing Counsel |
| 08/08/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.2 | $ | 2,970.00 | depo prep w/ Chasworth | Depositions |
| 08/08/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ | 1,080.00 | prepare memo re class member depo process and representativeness issues for decert mtn | Motions for Summary Judgment |
| 08/08/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | review and edit declaration re class mailing / notice | Class Outreach and Contact |
| 08/08/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Revised discovery meet and confer email re untimely discovery of witnesses; communications with JGK and co-counsel re same | Discovery |
| 08/08/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 5.3 | $ | 6,360.00 | Drafted opposition to D's MSJ | Motions for Summary Judgment |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | prepare filing re updated class notice to supplemental class members identified and reporting on results re same | Class Outreach and Contact |
| 08/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | draft memo to team re status of chasworth depo and updated calculations based on possible data errors | Experts (incl comm and reports) |
| 08/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | telecon w/ chasworth re supplemental discovery | Experts (incl comm and reports) |
| 08/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel re strategy for supplemental report and alternative calculations for chasworth | Experts (incl comm and reports) |
| 08/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | appear for chasworth depo; comm and meet and confer w/ o-c re amended calculations and postponing same | Depositions |
| 08/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | meet w/ nbp re evidence and analysis for msj oppo | Motions for Summary Judgment |
| 08/09/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Reviewed and revised Declaration; finalized and emailed to JGK for review. | Pleadings and Stipulations |
| 08/09/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Electronically filed Administrator's Declaration with the Court; emailed status to JGK. | Pleadings and Stipulations |
| 08/09/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Internal communications with co-counsel re strategy for timing of expert deposition and supplemental expert discovery | Case Development / Analysis |
| 08/09/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Conference with JGK re strategy for drafting opposition to D's MSJ | Motions for Summary Judgment |
| 08/09/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 5.8 | $ 6,960.00 | Drafted opposition to D's MSJ | Motions for Summary Judgment |
| 08/09/2024 | Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ 950.00 | 0.6 | $ 570.00 | Review of CRST Production for Policy and Procedure documents | ESI Doc Review and Analysis |
| 08/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | review / analysis of decert mtn | Class Certification |
| 08/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | review/analyze Dueker case re expert admissibility rulings; draft memo w/ co-counsel re applying to chasworth | Experts (incl comm and reports) |
| 08/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | meet w/ nbp re oppo to msj, decert, and expert issues | Case Development / Analysis |
| 08/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ o-c re various items on cm depo, expert depo, and esi Discovery | Comm w Opposing Counsel |
| 08/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | meet w/ nbp re cole analysis for msj | Motions for Summary Judgment |
| 08/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.4 | $ 1,890.00 | meet w/ chasworth re supplemental discovery | Experts (incl comm and reports) |
| 08/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ cm re depo | Depositions |
| 08/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel re updated errata on cm depo | Depositions |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.9 | $ 1,215.00 | team meeting re supplemental expert discovery and alternate analyses | Experts (incl comm and reports) |
| 08/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.9 | $ 1,215.00 | initial meeting w/ jury consultant re mock trial / jury consulting / case background | Trial Prep |
| 08/12/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.6 | $ 330.00 | Researched related case for supplemental briefs on docketbird; retrieved and downloaded supplemental briefs and supporting documents; reviewed Pacer for scheduled hearing; emailed status and documents to JGK. | Case Development / Analysis |
| 08/12/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.4 | $ 220.00 | Retrieved Chen Song deposition transcripts, exhibits, and videos from Steno link; saved to file and sent link to JGK. | Case / Document Administration |
| 08/12/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from Steno Court Reporting with attached link to retrieve Chen Song deposition transcript. | Case / Document Administration |
| 08/12/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ 600.00 | Conference with JGK re strategy for drafting opposition to D's MSJ | Motions for Summary Judgment |
| 08/12/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ 1,080.00 | Conference with co-counsel re strategy for supplemental report of damages expert | Experts (incl comm and reports) |
| 08/12/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 7.7 | $ 9,240.00 | Drafted opposition to D's MSJ | Motions for Summary Judgment |
| 08/12/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.7 | $ 280.00 | Communications with class member, Partners at SWCK, Co-Counsel regarding deposition outreach and scheduling | Class Outreach and Contact |
| 08/13/2024 | Alma Suarez (ARS) | Paralegals / Law Clerks | Paralegal | $ 500.00 | 0.2 | $ 100.00 | Read emails to and from NBP re filing suppl. expert; Download POS from KJW; Respond to NBP with confirmation re filing. | Case / Document Administration |
| 08/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | meet w/ nbp re strategy and arguments on msj oppo and trial prep themes | Case Development / Analysis |
| 08/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ o-c re ESI and CM depos | Comm w Opposing Counsel |
| 08/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ CM re depo logistics and prep | Depositions |
| 08/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.5 | $ 2,025.00 | depo prep session w/ T Deady | Depositions |
| 08/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | review/analysis of Song depo | Depositions |
| 08/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | further work w/ Chasworth re logistics for expert report / discovery | Experts (incl comm and reports) |
| 08/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 3 | $ 4,050.00 | work w/ S Chasworth on supp report and exhibits | Experts (incl comm and reports) |
| 08/13/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Updated POS to reflect documents for Discovery. | Case / Document Administration |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/13/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed JGK regarding serving of expert report. | Case / Document Administration |
| 08/13/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed JGK regarding preparing POS. | Case / Document Administration |
| 08/13/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed RAB service list. | Case / Document Administration |
| 08/13/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.4 | $ 144.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per JGK emails re D's amended depo notices - 8/28/24 Depo of Timothy Deady and 9/5/24 Depo of Sean Chasworth and related internal deadlines. | Case / Document Administration |
| 08/13/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with JGK and co-counsel re strategy for response to D's statement of position on late disclosed witnesses and offer to permit limited deposition | Discovery |
| 08/13/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Review/revise supplemental report of damages expert. | Experts (incl comm and reports) |
| 08/13/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Communications with JGK re strategy for drafting opposition to D's motion for decert | Class Certification |
| 08/13/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 6.7 | $ 8,040.00 | Drafted legal argument for opposition to D's MSJ | Motions for Summary Judgment |
| 08/14/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | review/analysis of Song depo transcript | Depositions |
| 08/14/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | draft crp to o-c re manager depos | Comm w Opposing Counsel |
| 08/14/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ class member re depo prep | Depositions |
| 08/14/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Drafted memo to co-counsel re strategy for drafting response to D's separate statement of undisputed facts | Motions for Summary Judgment |
| 08/14/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 5.8 | $ 6,960.00 | Drafted legal argument for opposition to D's MSJ | Motions for Summary Judgment |
| 08/15/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | conf w/ nbp re msj and directly related analysis | Motions for Summary Judgment |
| 08/15/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | review/circulate excerpts of DATA Driven research for msj/decert | Motions for Summary Judgment |
| 08/15/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Conference with JGK re strategy for drafting opposition to D's MSJ | Motions for Summary Judgment |
| 08/15/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.8 | $ 5,760.00 | Drafted opposition to D's MSJ | Motions for Summary Judgment |
| 08/16/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | review/analyze meet and confer history re stastny discovery / depos; comm w/ RAB re ESI search of stastny emails; draft crp to o-c re coblentz and stastny depos | Case Development / Analysis |
| 08/16/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | meet w/ nbp re msj arguments/evidence | Case Development / Analysis |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/16/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ | 110.00 | Prepared NOD of Lee Coblentz; emailed to JGK for review and approval. | Discovery |
| 08/16/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ | 110.00 | Updated NOD of Lee Coblentz; updated POS; emailed to JGK for approval. | Discovery |
| 08/16/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed email from JGK regarding scheduling Court Reporter and preparing NOD. | Discovery |
| 08/16/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ | 110.00 | Drafted and emailed all counsel of record the NOD of Lee Coblentz. | Comm w Opposing Counsel |
| 08/16/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Drafted and emailed Steno Court Reporting regarding scheduling court reporter for deposition of Lee Coblentz. | Depositions |
| 8/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ | 480.00 | Conference with JGK re strategy for drafting opposition to D's MSJ | Motions for Summary Judgment |
| 08/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 5.5 | $ | 6,600.00 | Drafted opposition to D's MSJ | Motions for Summary Judgment |
| 08/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.6 | $ | 2,160.00 | review/analyze song depo transcript | Depositions |
| 08/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | review/analysis of training docs on driving skills for msj oppo | Motions for Summary Judgment |
| 08/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.1 | $ | 1,485.00 | draft summary of Song depo and excerpts for decert and msj oppo | Motions for Summary Judgment |
| 08/18/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.1 | $ | 3,720.00 | Drafted briefing in opposition to D's motion for decertification. | Class Certification |
| 08/19/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 3.6 | $ | 4,860.00 | prep for coblentz depo | Depositions |
| 08/19/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | strategy / planning w/ nbp re class decert oppo | Class Certification |
| 08/19/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | conf w/ nbp re msj oppo | Motions for Summary Judgment |
| 08/19/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.6 | $ | 2,160.00 | review / comment on draft oppo to msj | Motions for Summary Judgment |
| 08/19/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed emails from Steno Court Reporting regarding deposition of Lee Coblentz. | Case / Document Administration |
| 08/19/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ | 480.00 | Conference with JGK re preparation for deposition of Lee Coblentz | Depositions |
| 08/19/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 7.5 | $ | 9,000.00 | Drafted opposition to D's motion for decert | Class Certification |
| 08/20/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ | 810.00 | prep for coblentz depo | Depositions |
| 08/20/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ | 810.00 | review/analysis of Viscelli's the big rig for mtns and trial prep | Case Development / Analysis |
| 08/20/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | prep for coblentz depo | Depositions |
| 08/20/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 3.5 | $ | 4,725.00 | take coblentz depo | Depositions |
| 08/20/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | meet w/ nbp re msj and decert briefs | Motions for Summary Judgment |
| 08/20/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed email from Steno Court Reporting regarding deposition of Lee Coblentz. | Case / Document Administration |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/20/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 7.9 | $ | 9,480.00 | Drafted opposition to D's motion for decertification. | Class Certification |
| 08/21/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | comm w/ staff and co-counsel re expert work and mediation | Case Development / Analysis |
| 08/21/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ | 1,755.00 | review/analysis of Belzer book for surveys on piece rate pay and practices in trucking industry | Case Development / Analysis |
| 08/21/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ | 1,350.00 | meet w/ nbp re oppo to decert; damages issues and other items | Class Certification |
| 08/21/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | review/analyze D's mpa in support of msj | Motions for Summary Judgment |
| 08/21/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ | 1,350.00 | revise/edit oppo to msj | Motions for Summary Judgment |
| 08/21/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 6.9 | $ | 8,280.00 | Drafted opposition to D's motion for decertification. | Class Certification |
| 08/21/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ | 600.00 | Conference with JGK re strategy for drafting opposition to D's motion for decert | Class Certification |
| 08/22/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 3.1 | $ | 4,185.00 | draft/revise oppo to msj | Motions for Summary Judgment |
| 08/22/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | review/analyze coblentz depo | Depositions |
| 08/22/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.5 | $ | 2,025.00 | revise/edit mpa in support of msj | Motions for Summary Judgment |
| 08/22/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.3 | $ | 165.00 | Retrieved and downloaded deposition transcripts and exhibits; saved to sharepoint; emailed link to JGK. | Case / Document Administration |
| 08/22/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed email from Steno Court Reporting with attached link to retrieve deposition materials from Lee David Coblentz's deposition. | Case / Document Administration |
| 08/22/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | Communications with co-counsel re strategy and division of labor for opposition to D's motion for decert | Class Certification |
| 08/22/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 7.1 | $ | 8,520.00 | Drafted opposition to D's motion for decertification. | Class Certification |
| 08/23/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ | 810.00 | telecon w/ nbp re oppo to msj | Motions for Summary Judgment |
| 08/23/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.2 | $ | 2,970.00 | draft/revise oppo to msj | Motions for Summary Judgment |
| 08/23/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.8 | $ | 3,780.00 | draft/revise oppo to msj | Motions for Summary Judgment |
| 08/23/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.5 | $ | 2,025.00 | draft/revise oppo to msj | Motions for Summary Judgment |
| 08/23/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ | 945.00 | revise/edit oppo to msj | Motions for Summary Judgment |
| 08/23/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 7.4 | $ | 8,880.00 | Drafted opposition to D's motion for decertification. | Class Certification |
| 08/24/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 4.8 | $ | 6,480.00 | draft/revise oppo to msj | Motions for Summary Judgment |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/25/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 3.6 | $ | 4,860.00 | draft/edit oppo to msj | Motions for Summary Judgment |
| 08/25/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ | 1,080.00 | Revised opposition to D's motion for decert. | Class Certification |
| 08/25/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.2 | $ | 1,440.00 | Revised Opp to D's MSJ | Motions for Summary Judgment |
| 08/25/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ | 1,080.00 | draft memo to co-counsel re strategies for msj oppo; f/u comm w co-counsel re msj and decert strategy | Motions for Summary Judgment |
| 08/26/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ | 1,350.00 | revise/edit oppo to desert | Class Certification |
| 08/26/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | telecom w nbp re oppo to msj/decert | Case Development / Analysis |
| 08/26/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ | 1,755.00 | drat memo to co-counsel re strategic questions related to extrinsic evidence issues for msj and deceit opposing | Motions for Summary Judgment |
| 08/26/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Received and reviewed email from NBP regarding filing of opposition to MSJ and decertification. | Case / Document Administration |
| 08/26/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Emailed NBP regarding filing reviewing and filing of oppositions. | Case / Document Administration |
| 08/26/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ | 480.00 | Conference with JGK re strategy for revising opp to D's motion for decert. | Class Certification |
| 08/26/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Communications with staff re planning for logistics of filing opposition to D's mtn for decert and mtn for summary judgment. | Case Development / Analysis |
| 08/26/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ | 480.00 | Communications with co-counsel re strategy for revisions to opp to motion for summary judgment | Motions for Summary Judgment |
| 08/26/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 5.5 | $ | 6,600.00 | Revised response to D's separate statement of facts in support of MSJ | Motions for Summary Judgment |
| 08/26/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.6 | $ | 3,120.00 | Revised MPA in opposition to D's MSJ | Motions for Summary Judgment |
| 08/26/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ | 120.00 | Researching class member, returning incoming call and providing update. | Class Outreach and Contact |
| 08/27/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ | 1,755.00 | depo prep w T Deady | Depositions |
| 08/27/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 5.3 | $ | 7,155.00 | draft/revise oppo to decert | Class Certification |
| 08/27/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.4 | $ | 1,890.00 | team mtg re msj and decert oppos | Motions for Summary Judgment |
| 08/27/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ | 480.00 | Conference with co-counsel re strategy for revising opposition to D's motion for decert and preparing supporting docs. | Class Certification |
| 08/27/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ | 480.00 | Conference with co-counsel re strategy for revising opposition to D's MSJ and preparing supporting docs. | Motions for Summary Judgment |
| 08/27/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 6.5 | $ | 7,800.00 | Revised opposition briefing in opposition to D's motion for summary judgment. | Motions for Summary Judgment |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.2 | $ 80.00 | Returning call from class member. Providing case status update. | Class Outreach and Contact |
| 08/28/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | draft memo to team re (a) deady depo summary; and (b) msj topic to add | Case Development / Analysis |
| 08/28/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.7 | $ 2,295.00 | revise/edit oppo to decert | Class Certification |
| 08/28/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.5 | $ 3,375.00 | defend Deady depo | Depositions |
| 08/28/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.5 | $ 2,025.00 | draft/revise oppo to decert | Class Certification |
| 08/28/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 4.2 | $ 5,670.00 | con't draft/revise oppo to decert | Class Certification |
| 08/28/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with co-counsel re strategy for revising/finalizing opposition to Decert and supporting docs. | Class Certification |
| 08/28/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.1 | $ 3,720.00 | Revised briefing in opposition to D's MSJ | Motions for Summary Judgment |
| 08/28/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.6 | $ 1,920.00 | Revised response to D's separate statement of facts; updated opposition briefing re same | Motions for Summary Judgment |
| 08/28/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.9 | $ 2,280.00 | Drafted objections to D's evidence submitted with MSJ | Motions for Summary Judgment |
| 08/29/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review/comment on next draft of msj | Motions for Summary Judgment |
| 08/29/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review/comment on decert oppo next draft | Class Certification |
| 08/29/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | telecon w/ nbp re opppos to msj and decert | Motions for Summary Judgment |
| 08/29/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 3.3 | $ 4,455.00 | review/analyze empirical research on piece milage rates; revise/edit oppo to msj | Motions for Summary Judgment |
| 08/29/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.3 | $ 3,105.00 | revise/edit oppo to msj | Motions for Summary Judgment |
| 08/29/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | telecon w/ nbp re msj oppo new issue and decert oppo and cm testimony | Class Certification |
| 08/29/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ nbp and co-counsel re various cites for oppo to msj / decert | Class Certification |
| 08/29/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.6 | $ 880.00 | Reviewed, revised, and prepared tables to MSJ opposition; emailed to JGK and NBP for review. | Motions for Summary Judgment |
| 08/29/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed JGK regarding reviewing and running tables for MSJ opposition. | Motions for Summary Judgment |
| 08/29/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Conference with co-counsel re strategy for revising opposition to Decert | Class Certification |
| 08/29/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.7 | $ 840.00 | Conference with JGK re strategy for revising opposition to Decert | Class Certification |
| 08/29/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 9.5 | $ 11,400.00 | Revised opposition to D's motion for decert and supporting docs. | Class Certification |
| 08/30/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | review/edit objections to evidence and oppo to decert | Class Certification |
| 08/30/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2 | $ 2,700.00 | revise/edit oppo to decert | Class Certification |
| 08/30/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | various comm and coordination with opposition briefs | Class Certification |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/30/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | telecon w/ nbp re evidentiary objections | Motions for Summary Judgment |
| 08/30/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.8 | $ 2,430.00 | revise/edit evidentiary objections related to oppo to msj | Motions for Summary Judgment |
| 08/30/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2 | $ 2,700.00 | final review/analysis and compilation of book/article excerpt for msj oppo | Motions for Summary Judgment |
| 08/30/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.2 | $ 660.00 | Reviewed, revised, and prepared tables for opposition to motion to decertify; emailed to JGK for review. | Motions for Summary Judgment |
| 08/30/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Updated brief and revised tables to MSJ opposition. | Motions for Summary Judgment |
| 08/30/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Finalized decertification opposition; emailed to NBP for review and approval for filing with Court. | Class Certification |
| 08/30/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.3 | $ 165.00 | Finalized MSJ opposition and supporting documents; merged exhibits with Compendium; emailed status to NBP and LEC. | Motions for Summary Judgment |
| 08/30/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed JGK regarding reviewing, revising, and preparing tables for opposition to the motion to decertify. | Class Certification |
| 08/30/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed NBP regarding status of finalizing documents. | Motions for Summary Judgment |
| 08/30/2024 | Lourdes Castro (LEC) | Paralegals / Law Clerks | Jr. Paralegal | $ 500.00 | 0.4 | $ 200.00 | finalizing documents for filing | Case / Document Administration |
| 08/30/2024 | Lourdes Castro (LEC) | Paralegals / Law Clerks | Jr. Paralegal | $ 500.00 | 0.5 | $ 250.00 | updating TOC/TOA re brief | Motions for Summary Judgment |
| 08/30/2024 | Lourdes Castro (LEC) | Paralegals / Law Clerks | Jr. Paralegal | $ 500.00 | 1 | $ 500.00 | Filing Opp to MSJ and MPA re class decertification | Case / Document Administration |
| 08/30/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.6 | $ 3,120.00 | Revised and finalized opposition to D's motion for decert, with supporting documents, for filing | Class Certification |
| 08/30/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.3 | $ 3,960.00 | Revised and finalized opposition to D's MSJ with supporting documents, for filing | Motions for Summary Judgment |
| 08/30/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ 1,080.00 | Revised and finalized evidentiary objections to D's MSJ; communications with JGK re same | Motions for Summary Judgment |
| 09/03/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ nbp re mediation brief and reply on msj | Case Development / Analysis |
| 09/03/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ chasworth re depo prep | Depositions |
| 09/03/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | team meeting re reply on class cert and mediation brief | Motions for Summary Judgment |
| 09/04/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.4 | $ 1,890.00 | depo prep w/ Chasworth | Depositions |
| 09/04/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1 | $ 1,200.00 | Conference with co-counsel re strategy for preparing reply briefing in support of MSJ | Motions for Summary Judgment |
| 09/04/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.7 | $ 4,440.00 | Drafted reply briefing in support of motion for summary judgment. | Motions for Summary Judgment |
| 09/05/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 8.4 | $ 11,340.00 | defend chasworth deposition | Depositions |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/05/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 6.9 | $ | 8,280.00 | Drafted reply briefing in support of MSJ | Motions for Summary Judgment |
| 09/06/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 2 | $ | 720.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per NBP/JGK emails re Court's Scheduling Order re Jury Trial - Deadlines/Reminders calendared. | Case / Document Administration |
| 09/06/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 6.2 | $ | 7,440.00 | Drafted reply briefing in support of motion for summary judgment. | Motions for Summary Judgment |
| 09/06/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Communications with co-counsel re continuance of trial and strategic implications of same | Case Development / Analysis |
| 09/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.2 | $ | 1,620.00 | review/analyze D's oppo to msj; make notes for reply | Motions for Summary Judgment |
| 09/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | comm w/ viscelli and staff re trial planning and invoicing | Experts (incl comm and reports) |
| 09/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ chasworth re damages analysis for mediation | Experts (incl comm and reports) |
| 09/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | prepare mediation brief | Settlement |
| 09/09/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 6.1 | $ | 7,320.00 | Drafted reply briefing in support of MSJ | Motions for Summary Judgment |
| 09/10/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | comm w/ co-counsel and o-c re msj and decert briefing | Case Development / Analysis |
| 09/10/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | strategy and planning w/ nbp re msj reply and mediation brief | Motions for Summary Judgment |
| 09/10/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ co-counsel and Chasworth re depo con't and supp report | Experts (incl comm and reports) |
| 09/10/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ | 1,080.00 | draft mediation brief | Settlement |
| 09/10/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | Communications with co-counsel re strategy for responding to D's request for stip to expand page limits for reply briefing re MSJ and Decert | Case Development / Analysis |
| 09/10/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ | 600.00 | Conference with JGK re strategy for drafting reply briefing in support of MSJ | Motions for Summary Judgment |
| 09/10/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.1 | $ | 4,920.00 | Drafted reply briefing in support of motion for summary judgment | Motions for Summary Judgment |
| 09/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ | 1,755.00 | revise/edit reply in support of msj | Motions for Summary Judgment |
| 09/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | comm w/ nbp re mediation brief | Settlement |
| 09/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.6 | $ | 2,160.00 | draft mediation brief | Settlement |
| 09/11/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Reviewed defendants' objections to documentary evidence. | Case Development / Analysis |
| 09/11/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.6 | $ | 880.00 | Prepared shell for responses to defendants' objections to evidence; emailed to NBP and JGK for review. | Case / Document Administration |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/11/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from NBP regarding preparing responses to defendants' objections to documentary evidence. | Motions for Summary Judgment |
| 09/11/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Conference with JGK re strategy for drafting mediation brief | Settlement |
| 09/11/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Drafted responses to D's objections to Ps' evidence in support of MSJ | Motions for Summary Judgment |
| 09/11/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.9 | $ 3,480.00 | Drafted reply briefing in support of MSJ | Motions for Summary Judgment |
| 09/11/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with JGK and co-counsel re strategy for responding to D's request to stipulate to extension of page limitations. | Case Development / Analysis |
| 09/11/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.9 | $ 4,680.00 | Drafted mediation brief for 9/17/2024 mediation | Settlement |
| 09/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ nbp re mediation brief and reply on msj | Case Development / Analysis |
| 09/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | draft/revise reply iso msj | Motions for Summary Judgment |
| 09/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | comm w/ nbp (x3) re reply on class cert; ward analysis | Motions for Summary Judgment |
| 09/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | revise/edit reply iso msj | Motions for Summary Judgment |
| 09/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review D's ex parte for page length extension and comm w co-counsel re same | Motions for Summary Judgment |
| 09/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.9 | $ 3,915.00 | revise/edit reply on msj | Motions for Summary Judgment |
| 09/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ chasworth re damages analysis for penalty claims | Experts (incl comm and reports) |
| 09/12/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Reviewed and revised opposition to ex parte application. | Motions for Summary Judgment |
| 09/12/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.5 | $ 275.00 | Electronically filed opposition to ex parte application; retrieved file-stamped opposition; emailed First Legal to request courtesy copy for Judge's chambers. | Motions for Summary Judgment |
| 09/12/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.9 | $ 2,280.00 | Conducted legal research for and revised reply briefing in support of MSJ | Motions for Summary Judgment |
| 09/12/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.6 | $ 5,520.00 | Drafted mediation brief for 9/17/24 mediation. | Settlement |
| 09/13/2024 | Alma Suarez (ARS) | Paralegals / Law Clerks | Paralegal | $ 500.00 | 1.8 | $ 900.00 | Read emails from JGK re brief; Organize exhibits; Create TOC | Motions for Summary Judgment |
| 09/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ nbp re strategy on reply evidence for msj | Motions for Summary Judgment |
| 09/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.5 | $ 3,375.00 | revise/edit mediation brief | Settlement |
| 09/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | perform damages workup of PAGA claims for mediation | Settlement |
| 09/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | revise/edit mediation brief | Settlement |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | final review/editing of mediation brief and draft pre-mediation crp to o-c re exposure | Settlement |
| 09/13/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed JGK and ARS regarding availability for mediation brief. | Case / Document Administration |
| 09/13/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.2 | $ 2,640.00 | Drafted responses to D's evidentiary objections to P's evidence submitted with MSJ | Motions for Summary Judgment |
| 09/13/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.8 | $ 2,160.00 | Revised Ps response to D's statement of additional facts, for reply to MSJ | Motions for Summary Judgment |
| 09/13/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.5 | $ 5,400.00 | Revised Reply briefing in support of MSJ | Motions for Summary Judgment |
| 09/13/2024 | Alma Suarez (ARS) | Paralegals / Law Clerks | Paralegal | $ 500.00 | 0.2 | $ 100.00 | Emails to and from JGK re brief and TOA and TOC. | Motions for Summary Judgment |
| 09/14/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | telecon w J Higginson re case status | Class Outreach and Contact |
| 09/15/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.2 | $ 1,620.00 | revise/edit reply in support of msj | Motions for Summary Judgment |
| 09/15/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ co-counsel re montoya settlement | Settlement |
| 09/15/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | analysis of Montoya settlement | Settlement |
| 09/16/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | final review/edit of reply in support of msj | Motions for Summary Judgment |
| 09/16/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | review/edit response to objections to evidence and review/analysis of response to opposition statement of facts | Motions for Summary Judgment |
| 09/16/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.4 | $ 1,890.00 | pre-mediation call w/ Judge Sabraw followed by strategy session w/ nbp and SB | Settlement |
| 09/16/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.8 | $ 440.00 | Reviewed, revised, and prepared tables for Reply ISO MSJ; emailed to NBP for review. | Motions for Summary Judgment |
| 09/16/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.6 | $ 330.00 | Reviewed and finalized supporting documents for filing with Reply Brief; emailed link to review final documents to JGK; reviewed Docketbird for previous filings for accuracy. | Motions for Summary Judgment |
| 09/16/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Reviewed Judge Otis Wright's procedures and local rules for delivery of courtesy copies. | Motions for Summary Judgment |
| 09/16/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.4 | $ 220.00 | Retrieved files-stamped documents from docketbird; drafted and emailed instructions to First Legal for delivery of courtesy copies to Judge's chambers. | Case / Document Administration |
| 09/16/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed NBP regarding reviewing and revising Reply ISO MSJ. | Motions for Summary Judgment |
| 09/16/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.6 | $ 330.00 | Electronically filed Reply ISO MSJ and supporting documents with Court. | Motions for Summary Judgment |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Conference with co-counsel re strategy for mediation | Settlement |
| 09/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.6 | $ 1,920.00 | Revised and finalized response to D's separate statement of additional facts, for submission with Ps reply briefing iso MSJ | Motions for Summary Judgment |
| 09/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Revised and finalized responses to D's evidentiary objections, to be submitted with Ps reply briefing iso MSJ | Motions for Summary Judgment |
| 09/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.7 | $ 4,440.00 | Revised and finalized MPA and supporting documents iso reply briefing in support of Ps' MSJ | Motions for Summary Judgment |
| 09/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.8 | $ 960.00 | Attended pre-mediation call with mediator Sabraw | Settlement |
| 09/17/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | prepare analysis for opening demand | Settlement |
| 09/17/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 7.2 | $ 9,720.00 | attend mediation | Settlement |
| 09/17/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Preparation for mediation: reviewed key documents and discussions with co-counsel re strategy | Settlement |
| 09/17/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 5.3 | $ 6,360.00 | Participated in mediation | Settlement |
| 09/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ chasworth re depo | Experts (incl comm and reports) |
| 09/23/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | review/analyze mediator's proposal | Settlement |
| 09/23/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with co-counsel and JGK re strategy for settlement negotiations and response to mediator's proposal. | Settlement |
| 09/24/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ class member re montoya settlement | Class Outreach and Contact |
| 09/24/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | review and analyze mediator's proposal; workup damages alternative and risk analysis; zoom call w/ co-counsel re same | Settlement |
| 09/24/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with JGK re strategy for responding to mediator's proposal | Settlement |
| 09/24/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.7 | $ 840.00 | Conference with co-counsel re strategy re mediator's proposal and ongoing settlement negotiations. | Settlement |
| 09/27/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 1.5 | $ 540.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per MEG case status review of all deadlines - creating Federal Trial Setting Memo. | Case Development / Analysis |
| 09/30/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 2 | $ 720.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per MEG case status review and creating Trial Setting Memo. | Case / Document Administration |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/01/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | meet w/ co-counsel re mediator's proposal | Settlement |
| 10/01/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ mediator re proposal | Settlement |
| 10/01/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 2.4 | $ 864.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per MEG case status review of deadlines and populating Final Pretrial Conference DLs in Trial Setting Memo. | Case / Document Administration |
| 10/01/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Communications with co-counsel re strategy for responding to mediator's proposal | Settlement |
| 10/2/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | meet w/ nbp re oral argument on msj | Motions for Summary Judgment |
| 10/08/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ 120.00 | Internal and external communications about case status. Responding to class member inquiries | Class Outreach and Contact |
| 10/10/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.4 | $ 160.00 | Internal communications regarding case status and update to class members. Providing updates to class members. Responding to incoming calls. | Class Outreach and Contact |
| 10/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | draft memo to team re Chasworth depo testimony and possible corrections | Depositions |
| 10/11/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | telecon w/ S Chasworth re depo review | Experts (incl comm and reports) |
| 10/16/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.5 | $ 200.00 | Reviewing incoming call message, researching class member contact history with firm, interview documents. Preparing and circulating report to partner regarding same. | Class Outreach and Contact |
| 10/17/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.9 | $ 2,280.00 | Preparation for hearing on cross-motions for summary judgment. | Motions for Summary Judgment |
| 10/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ TRB (x2) re class outreach | Case Development / Analysis |
| 10/18/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 6.4 | $ 7,680.00 | Preparation for hearing on cross-motions for MSJ/Decert: reviewed briefing, caselaw and factual record; prepared argument. | Motions for Summary Judgment |
| 10/18/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.9 | $ 360.00 | Outreach related updates and notes on new case stats, updates. | Class Outreach and Contact |
| 10/20/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.6 | $ 3,120.00 | Preparation for oral argument on cross-motions for summary judgment and D's mtn for decert | Motions for Summary Judgment |
| 10/21/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | meet w/ nbp re oral argument on msj | Motions for Summary Judgment |
| 10/21/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | comm w/ nbp re prep for msj argument (x2) | Motions for Summary Judgment |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/21/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ | 945.00 | review/analysis of D's objections to our evidence in msj; draft memo to team on potential responses | Motions for Summary Judgment |
| 10/21/2024 | Lourdes Castro (LEC) | Paralegals / Law Clerks | Jr. Paralegal | $ 500.00 | 0.8 | $ | 400.00 | working on hearing binders project | Motions for Summary Judgment |
| 10/21/2024 | Maria Alvarez (MTA) | Paralegals / Law Clerks | Legal Assistant | $ 385.00 | 1.6 | $ | 616.00 | Search and save cases and other authorities for binder printing project (Binder 4) | Motions for Summary Judgment |
| 10/21/2024 | Maria Alvarez (MTA) | Paralegals / Law Clerks | Legal Assistant | $ 385.00 | 2.1 | $ | 808.50 | Assemble binders | Motions for Summary Judgment |
| 10/21/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 8.5 | $ | 10,200.00 | Preparation for oral argument on cross-motions for summary judgment and D's mtn for decert | Motions for Summary Judgment |
| 10/21/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Communications with co-counsel re strategy for determining whether to file response to D's evidentiary objections to Ps evidence submitted in opposition to D's MSJ | Motions for Summary Judgment |
| 10/22/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Preparation for oral argument at hearing on cross-motions for MSJ | Motions for Summary Judgment |
| 10/23/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.2 | $ | 72.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per NBP email re Vacated 10/28/24 Hearings | Case / Document Administration |
| 10/28/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.8 | $ | 288.00 | Reviewing, verifying and adding deadlines into the firm's case management platform, per MEG case status review of FED Trial Setting Memo and deadlines in Clarra. | Case / Document Administration |
| 10/28/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.1 | $ | 40.00 | Returning incoming call from class member. Providing current case status update. | Class Outreach and Contact |
| 11/12/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ expert re case status and comm staff and co-counsel re expert billing | Experts (incl comm and reports) |
| 11/13/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | comm w/ T Deady re case status and draft f/u email re additional claims | Class Outreach and Contact |
| 11/15/2024 | Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 0.3 | $ | 120.00 | Wrap Up/Organize -drafts, sent/signature requests, folders and updates | Class Outreach and Contact |
| 11/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ Viscelli re case status | Experts (incl comm and reports) |
| 11/21/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.8 | $ | 320.00 | Returning class members calls and providing case status updates. | Class Outreach and Contact |
| 12/1/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.8 | $ | 2,430.00 | review/analysis of rules/procedures re MILs; draft email to co-counsel re strategy and planning for affirmative MILs and oppositions to Ds' MILs | Motions in Limine |
| 12/02/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ nbp re strategy on MILs and pretrial conference | Motions in Limine |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/02/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | draft crp to o-c and co-counsel re m/c on motions in limine | Comm w Opposing Counsel |
| 12/02/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ | 1,320.00 | Review/analyze local rules, scheduling order, standing order to assess timing and scope of D's Daubert motion, in preparation for meet and confer; communications with co-counsel re same | Motions in Limine |
| 12/04/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ co-counsel re pretrial strategy | Pretrial Conference Filings and Prep |
| 12/04/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1 | $ | 1,200.00 | Review/analyze pretrial filing tasks and timing thereof in preparation for meet and confer with Defendant; drafted memo to co-counsel re same | Pretrial Conference Filings and Prep |
| 12/05/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | Communications with co-counsel re strategy for pre-trial filings | Pretrial Conference Filings and Prep |
| 12/06/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.2 | $ | 3,840.00 | Prepared memo describing array of pretrial submissions and related tasks, and strategy for same | Pretrial Conference Filings and Prep |
| 12/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.2 | $ | 1,620.00 | team meeting re prep for pretrial meet and confer | Pretrial Conference Filings and Prep |
| 12/09/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | meet w/ KJW and NBP re pre trial submissions; prep re same | Pretrial Conference Filings and Prep |
| 12/09/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.4 | $ | 220.00 | Conference with JGK and NBP regarding upcoming pretrial conference and preparing witness list and deposition testimony. | Pretrial Conference Filings and Prep |
| 12/09/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Conference with staff to convey instructions for preparing draft witness list and depo designations for LR 16-2 meeting of counsel | Pretrial Conference Filings and Prep |
| 12/09/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.7 | $ | 840.00 | drafted and revised memo re: court instructions for all pre-trial filing tasks | Pretrial Conference Filings and Prep |
| 12/09/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ | 1,320.00 | Conference with co-counsel re strategy and division of labor for various pretrial filing tasks | Pretrial Conference Filings and Prep |
| 12/09/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.9 | $ | 2,280.00 | Drafted proposed jury instructions. | Pretrial Conference Filings and Prep |
| 12/09/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.2 | $ | 80.00 | internal reporting and strategy communications regarding incoming calls from class members. Updates updated and provided. | Class Outreach and Contact |
| 12/10/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | strategy / planning w nbp re pretrial submissions and pre-trial conference w/ counsel | Pretrial Conference Filings and Prep |
| 12/10/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | meet and confer re pretrial w/ o-c, followed by conf w/ co-counsel re next steps | Pretrial Conference Filings and Prep |
| 12/10/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | revise/edit witness list | Pretrial Conference Filings and Prep |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/10/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.8 | $ | 440.00 | Reviewed draft witness lists; reviewed Judge's procedures and instructions and local rules; researched for previously filed witness lists. | Pretrial Conference Filings and Prep |
| 12/10/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | Conference with co-counsel re strategy for preparations for Rule 16-2 meeting of counsel | Pretrial Conference Filings and Prep |
| 12/10/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | Communications with staff to convey instructions re preparation of witness discovery for trial | Pretrial Conference Filings and Prep |
| 12/10/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ | 480.00 | Meet and confer with OC re Rule 16-2 meeting of counsel and preparations therefor; and concerning D's request to seek guidance from court re timing of ruling on cross motions for summary judgment. | Comm w Opposing Counsel |
| 12/10/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 5.1 | $ | 6,120.00 | Drafted proposed jury instructions | Pretrial Conference Filings and Prep |
| 12/11/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.5 | $ | 825.00 | Prepared Joint Witness List; emailed to JGK and NBP for review. | Pretrial Conference Filings and Prep |
| 12/11/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.7 | $ | 5,640.00 | Drafted proposed jury instructions | Pretrial Conference Filings and Prep |
| 12/12/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.7 | $ | 935.00 | Extracted deposition excerpts from file-stamped copies; prepared deponent and testimony chart. | Case Development / Analysis |
| 12/12/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ | 1,080.00 | Drafted proposed verdict forms | Pretrial Conference Filings and Prep |
| 12/13/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 2.1 | $ | 1,155.00 | Continued extracting deposition excerpts from MSJ file-stamped records; updated testimony chart. | Pretrial Conference Filings and Prep |
| 12/13/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.5 | $ | 275.00 | Updated and revised Joint Witness List; emailed to NBP and JGK for review. | Pretrial Conference Filings and Prep |
| 12/13/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.3 | $ | 715.00 | Continued extracting deposition excerpts from MSJ Opposition file-stamped records; updated testimony chart. | Pretrial Conference Filings and Prep |
| 12/13/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ | 480.00 | Review/revise joint witness list; communications with staff re implementing revisions to same | Pretrial Conference Filings and Prep |
| 12/13/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.9 | $ | 3,480.00 | Revised proposed jury instructions and verdict forms, in preparation for Rule 16-2 conference | Pretrial Conference Filings and Prep |
| 12/16/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 3.7 | $ | 2,035.00 | Extracted deposition excerpts from file-stamped Opposition to MSJ; updated testimony chart. | Pretrial Conference Filings and Prep |
| 12/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.6 | $ | 3,120.00 | Drafted proposed voir dire questions | Pretrial Conference Filings and Prep |
| 12/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ | 480.00 | Drafted proposed neutral statement of case | Pretrial Conference Filings and Prep |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/16/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Reviewed/analyzed requirements for various Pretrial Conference Filings and Prep; prepared internal organizational chart to prioritize work | Pretrial Conference Filings and Prep |
| 12/17/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | revise/edit updated letters to CMs | Class Outreach and Contact |
| 12/17/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.7 | $ | 4,440.00 | Drafted outreach letters to absent class members and deponent class members re case update and trial preparation. | Class Outreach and Contact |
| 12/17/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ | 480.00 | Drafted neutral statement of case | Pretrial Conference Filings and Prep |
| 12/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | review CM outreach letters and comm w/ nbp re same | Class Outreach and Contact |
| 12/18/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | comm w/ nbp re class outreach strategy and jury instructions for trial | Trial Prep |
| 12/18/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 2.1 | $ | 1,155.00 | Continued updating deponent and testimony chart; extracted deposition testimony from Opposition to MSJ filing; emailed chart to NBP and JGK for review. | Pretrial Conference Filings and Prep |
| 12/18/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Uploaded chart and deposition excerpts onto Sharepoint link. | Trial Prep |
| 12/18/2024 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Emailed NBP regarding status of deponent testimony project. | Pretrial Conference Filings and Prep |
| 12/18/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ | 480.00 | Conference with JGK re strategy for trial witness outreach project | Class Outreach and Contact |
| 12/18/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ | 720.00 | Conference with outreach team re strategy and logistics for trial witness outreach project | Class Outreach and Contact |
| 12/18/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Conference with FJW re strategy for trial witness outreach project | Class Outreach and Contact |
| 12/18/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.7 | $ | 840.00 | Revised and finalized outreach letters to potential trial witnesses; prepared instructions to staff for mailing/emailing. | Class Outreach and Contact |
| 12/18/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | Communications with staff re strategy for email outreach to potential trial witnesses | Class Outreach and Contact |
| 12/18/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ | 600.00 | Revised joint exhibit list; communications with co-counsel re strategy for same | Pretrial Conference Filings and Prep |
| 12/18/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.6 | $ | 1,920.00 | Drafted joint neutral statement of the case | Pretrial Conference Filings and Prep |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/18/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 3.6 | $ 1,440.00 | Internal planning meeting, communications with associates and trial witness outreach team regarding class outreach, emails and letters, timing and outreach strategy, class data, assignments, protocols, sequences, and reporting on current status of trial outreach. | Trial Prep |
| 12/19/2024 | Edwin Amaya (EAA) | Paralegals / Law Clerks | Case Assistant | $ 275.00 | 0.8 | $ 220.00 | Mailed update letters to clients per request of TRB - emailed him scans of mailings sent regular 1st class USPS mail. | Class Outreach and Contact |
| 12/19/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with staff re revising/finalizing and logistics for sending out letter to potential class member trial witnesses. | Class Outreach and Contact |
| 12/19/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.4 | $ 1,680.00 | Revised and finalized drafts of pretrial submissions to circulate with OC in advance of Rule 16-2 conference; drafted email to OC re same | Pretrial Conference Filings and Prep |
| 12/19/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 4.9 | $ 1,960.00 | Trial witness outreach mailing to deponents and responsive class members project planning, strategy, data prep and email blast strategy, planning and data prep. Internal communications regarding all of the above. | Class Outreach and Contact |
| 12/20/2024 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | prepare for and conduct pre-trial meet and confer w/ o-c | Pretrial Conference Filings and Prep |
| 12/20/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ 1,320.00 | Participated in Rule 16-2 conference with opposing counsel | Pretrial Conference Filings and Prep |
| 12/20/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.7 | $ 2,040.00 | Revised drafts of proposed voir dire and neutral statement of case; drafted email to co-counsel re strategy for same | Pretrial Conference Filings and Prep |
| 12/20/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.7 | $ 840.00 | Outlined potential motions in limine | Motions in Limine |
| 12/20/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Conference with JGK and FJW re strategy for various trial preparation tasks | Trial Prep |
| 12/20/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ 120.00 | Internal communications regarding trial witness outreach to deponents, responsive class member categories. Reviewing emails, fielding calls, reporting to partners, tracking in class list worksheet. | Trial Prep |
| 12/23/2024 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with co-counsel re strategy for mock trial/jury consultant | Trial Prep |
| 12/27/2024 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.4 | $ 560.00 | Internal communications regarding email/ mailing to trial witness responsive class members. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/30/2024 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.5 | $ 180.00 | Reviewing, adding and verifying deadlines into the firm's case management platform, per JGK email re<br>1/6/25 – exchange witnesses/exhibits/jury instructions<br>1/6/25 – P circulates Proposed Voir Dire<br>1/6/25 – P circulates proposed Statement of Case<br>1/13/25 – D circulates draft of memo of disputed contentions of fact and law<br>1/13/25 – P circulates draft of PTCO<br>week of 1/13/25 – both parties circulate objections to Jury Instructions<br>week of 1/20/25 – both parties circulate responses to objections to Jury Instructions<br>week of 1/20/25: both parties circulate Proposed Verdict Form | Case / Document Administration |
| 01/02/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | telecon w class member re trial logistics and draft f/u note to file/co-counsel re same | Class Outreach and Contact |
| 01/02/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | conf w/ nbp re class outreach, trial witnesses, MILs re damages; voire dire, jury consultant | Trial Prep |
| 01/02/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Conference with JGK re strategy for revising jury instructions, verdict forms, and voir dire | Pretrial Conference Filings and Prep |
| 01/02/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ 1,080.00 | Communications with class members re potential testimony at trial; communications with JGK re strategy for same | Trial Prep |
| 01/02/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.3 | $ 3,960.00 | Drafted revised set of jury instructions and verdict forms pertaining to Plaintiff Huckaby's individual claims | Pretrial Conference Filings and Prep |
| 01/02/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.1 | $ 2,520.00 | Drafted motions in limine | Motions in Limine |
| 01/02/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.9 | $ 760.00 | Trial witness outreach tracking, assignments, class member data updates in class list, reviewing emails and call messages and reporting to partners regarding same. | Class Outreach and Contact |
| 01/03/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with staff re strategy for outreach to potential class member trial witnesses. | Class Outreach and Contact |
| 01/03/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 6.6 | $ 7,920.00 | Drafted motions in limine concerning exclusion of expert testimony re class-wide damages analysis, imprecision in Ps' damages analysis; and opinions requiring industry expertise. | Motions in Limine |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/03/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.6 | $ 240.00 | internal reporting regarding communications with trial witness affirmative class members | Trial Prep |
| 01/06/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | telecon w/ nbp re pretrial materials prep | Pretrial Conference Filings and Prep |
| 01/06/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | review D's request for clawback; review protective order and FRCP 26b5B; draft crp to o-c re same | Comm w Opposing Counsel |
| 01/06/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | meet w/ jury consultant re mock and voir dire; followed by meeting w/ co-counsel on pre-trial filings | Trial Prep |
| 01/06/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | draft crp to o-c re various pretrial matters | Comm w Opposing Counsel |
| 01/06/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review jury consultant's edits to voir dire and neutral statement | Pretrial Conference Filings and Prep |
| 01/06/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Drafted meet and confer email to OC re various pretrial matters | Comm w Opposing Counsel |
| 01/06/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.9 | $ 2,280.00 | Conducted legal research for motions in limine | Motions in Limine |
| 01/06/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ 720.00 | Call with class member re preparation for anticipated trial testimony | Trial Prep |
| 01/06/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Conference with co-counsel and jury consultant re trial prep and mock trial | Trial Prep |
| 01/06/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Conference with co-counsel re strategy for preparing pre-trial submissions and division of labor therefor | Pretrial Conference Filings and Prep |
| 01/06/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ 720.00 | Revised jury instructions, joint statement of case, voir dire, and verdict forms based on input from jury consultant and co-counsel | Pretrial Conference Filings and Prep |
| 01/06/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ 600.00 | Conference with outreach staff re strategy for communications with potential class member trial witnesses re preparations and logistics for trial testimony | Trial Prep |
| 01/06/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.5 | $ 3,000.00 | Drafted motions in limine | Motions in Limine |
| 01/06/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.6 | $ 240.00 | Trial witness outreach - tracking incoming communications from class members in response to mailing. Internal communications with partners regarding same. | Trial Prep |
| 01/07/2025 | Frank White, Jr. (FJW) | Of Counsel / Associates | Associate | $ 900.00 | 0.4 | $ 360.00 | Meet with Nate Pillar to discuss drafting motion in limine to exclude Defendant's witnesses disclosed on the last day of discovery | Motions in Limine |
| 01/07/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel re privilege log issue and opt out from luezinger | Case Development / Analysis |
| 01/07/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | planning call w/ nbp re MILs | Motions in Limine |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/07/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with FJW re strategy for motion in limine to exclude late-disclosed witnesses. | Motions in Limine |
| 01/07/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with outreach staff re strategy for calls with potential class member witnesses re trial logistics and strategy | Trial Prep |
| 01/07/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.6 | $ 1,920.00 | Review/analyze D's objections to Ps' depo designations and D's affirmative designations; D's objections to Ps' trial exhibits and affirmative exhibits; and D's objections to Ps' witnesses and affirmative witnesses; drafted memo to co-counsel re strategy for same. | Trial Prep |
| 01/07/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.8 | $ 4,560.00 | Drafted motions in limine | Motions in Limine |
| 01/07/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.5 | $ 1,000.00 | Trial witness outreach - reporting, tracking, client communications. | Class Outreach and Contact |
| 01/08/2025 | Frank White, Jr. (FJW) | Of Counsel / Associates | Associate | $ 900.00 | 8 | $ 7,200.00 | research and draft MIL re: excluding fact witnesses disclosed on day discovery closed. | Motions in Limine |
| 01/08/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | telecon w/ nbp followed by crp with team re MILs, meet and confer, trial continuance request by D | Motions in Limine |
| 01/08/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ team re response to D's various pretrial drafts | Pretrial Conference Filings and Prep |
| 01/08/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with OC re meet and confer re D's request for trial continuance and re motions in limine | Comm w Opposing Counsel |
| 01/08/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Conference with FJW re strategy for drafting Motion in limine to exclude untimely disclosed witnesses. | Motions in Limine |
| 01/08/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ 1,320.00 | Review/analyze OC communications re objections to jury instructions, exhibit list, witness list, demand for depositions of class members, various other trial preparation matters; draft email to co-counsel analyzing same | Pretrial Conference Filings and Prep |
| 01/08/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.5 | $ 5,400.00 | Drafted motions in limine | Motions in Limine |
| 01/08/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.4 | $ 1,680.00 | Revise jury instructions and draft objections to D's jury instructions | Pretrial Conference Filings and Prep |
| 01/09/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ 600.00 | Preparation for meet and confer re motions in limine | Motions in Limine |
| 01/09/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.9 | $ 5,880.00 | Drafted motions in limine | Motions in Limine |
| 01/09/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.8 | $ 2,160.00 | Drafted objections to D's proposed jury instructions and responses to objections to Ps instructions | Pretrial Conference Filings and Prep |
| 01/09/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.1 | $ 840.00 | Trial witness outreach- returning and tracking client communications regarding trial witness scheduling. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/10/2025 | Edwin Amaya (EAA) | Paralegals / Law Clerks | Case Assistant | $ 275.00 | 0.2 | $ 55.00 | Received Return to Sender notice for recipient - emailed TRB and others cc'd from initial mailing request in 12/19/2024 to notify with scan of RTS notice attached. | Case / Document Administration |
| 01/10/2025 | Frank White, Jr. (FJW) | Of Counsel / Associates | Associate | $ 900.00 | 8 | $ 7,200.00 | drafting MIL re: late-disclosed witnesses | Motions in Limine |
| 01/10/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | planning meeting w Berenji and NBP re Pretrial Conference Filings and Prep and meet and confer w/ o-c on MILs | Pretrial Conference Filings and Prep |
| 01/10/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.1 | $ 1,485.00 | meet and confer w/ o-c on MILs and trial matters | Motions in Limine |
| 01/10/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1 | $ 1,200.00 | Conference with co-counsel re strategy for meet and confer with OC re D's anticipated ex parte to continue trial date, and with respect to parties' respective motions in limine. | Case Development / Analysis |
| 01/10/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ 1,320.00 | Meet and confer with OC re D's ex parte to continue trial date and parties' respective motions in limine | Comm w Opposing Counsel |
| 01/10/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.2 | $ 1,440.00 | Drafted motions in limine | Motions in Limine |
| 01/10/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.6 | $ 4,320.00 | Revised proposed jury instructions; drafted objections to D's proposed jury instructions | Pretrial Conference Filings and Prep |
| 01/10/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1 | $ 400.00 | Trial witness outreach- responses, reporting and tracking communications. | Class Outreach and Contact |
| 01/12/2025 | Frank White, Jr. (FJW) | Of Counsel / Associates | Associate | $ 900.00 | 8 | $ 7,200.00 | researching and drafting MIL re: late-disclosed witnesses | Motions in Limine |
| 01/12/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | revise/edit stip re request to continue trial | Pleadings and Stipulations |
| 01/12/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1 | $ 1,200.00 | Revised stipulation to continue trial; communications with co-counsel and JGK re strategy for same | Pleadings and Stipulations |
| 01/12/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ 720.00 | Revised motion in limine re late-disclosed witnesses | Motions in Limine |
| 01/12/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ 1,320.00 | Revised jury instructions and drafted objections to D's proposed instructions. | Pretrial Conference Filings and Prep |
| 01/13/2025 | Frank White, Jr. (FJW) | Of Counsel / Associates | Associate | $ 900.00 | 4.3 | $ 3,870.00 | researching and drafting MIL re: late disclosed fact witnesses | Motions in Limine |
| 01/13/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | review D's additional changes to stip on continuance | Pleadings and Stipulations |
| 01/13/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | review/analyze D's responses to rogs and rfps | Trial Prep |
| 01/13/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Revised stipulation to continue trial; communications with OC re same | Pleadings and Stipulations |
| 01/13/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with staff re update letter to class members re new trial date | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/13/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.9 | $ 3,480.00 | Drafted/revised motions in limine | Motions in Limine |
| 01/13/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.8 | $ 2,160.00 | Drafted objections to D's proposed jury instructions. | Pretrial Conference Filings and Prep |
| 01/13/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.4 | $ 160.00 | Trial witness outreach class data review, internal communications, updates regarding correspondence. Returning calls and emails to class members responding to our email and mail campaigns for trial witness updates and prep. | Class Outreach and Contact |
| 01/14/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ staff re class outreach and updates | Case Development / Analysis |
| 01/14/2025 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 2.4 | $ 864.00 | Reviewing, adding and verifying deadlines into the firm's case management platform, per JGK email re Court Order of New Jury and related deadlines/reminders. MEG creation and finalization of FED TSM and inputting deadlines into Clarra. | Case / Document Administration |
| 01/14/2025 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.3 | $ 108.00 | Reviewing, adding and verifying deadlines into the firm's case management platform, per JGK email re removing January internal DL. | Case Development / Analysis |
| 01/14/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.9 | $ 360.00 | Trial witness outreach project planning, mail merge, contact with partners, marketing manager and vendor liaisons. Preparing and sending email and mail client data and templates for circulation to class members. | Class Outreach and Contact |
| 01/14/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | SUPERIOR COURT/PAGA CASE: comm w/ co-counsel re status report | Pleadings and Stipulations |
| 01/14/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | SUPERIOR COURT/PAGA CASE: Review/revise joint status report | Pleadings and Stipulations |
| 01/15/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ 1,320.00 | Drafted update letters to class members who are potential trial witnesses; communications with JGK, outreach staff re strategy for same | Class Outreach and Contact |
| 01/15/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2 | $ 800.00 | Trial witness outreach project planning, data analysis, mailing merge document prep, and communications within firm regarding steps and reporting. | Class Outreach and Contact |
| 01/16/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | revise/edit case update letters to deponents and class members | Class Outreach and Contact |
| 01/16/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | legal research / review and analysis of cases addressing motions to exclude viscelli testimony; draft crp to co-counsel re same | Motions in Limine |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/16/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ 600.00 | Revised update letters to class member trial witnesses re trial prep and trial date reschedule; communications with staff and JGK re strategy and logistics for same | Class Outreach and Contact |
| 01/16/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Review/analyze caselaw concerning P's industry expert, in preparation to oppose D's MIL re same | Motions in Limine |
| 01/16/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.4 | $ 160.00 | Preparing and planning mailing and emails to deponents and disclosed class member trial witnesses. | Class Outreach and Contact |
| 01/21/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ nbp and CM re trial continuance and case updates | Class Outreach and Contact |
| 01/21/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Communications with JGK and outreach staff re strategy for outreach to class member trial witnesses re testimony and updated trial date | Class Outreach and Contact |
| 01/21/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.9 | $ 360.00 | Internal reporting and strategy communications regarding mailing and emails to class member cohort regarding trial date. | Class Outreach and Contact |
| 01/22/2025 | Lourdes Castro (LEC) | Paralegals / Law Clerks | Jr. Paralegal | $ 500.00 | 0.9 | $ 450.00 | printing and mailing letters out to class members | Class Outreach and Contact |
| 01/22/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with staff re mailing to potential class member trial witnesses. | Class Outreach and Contact |
| 01/22/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.9 | $ 1,160.00 | Trial update mailing and email prep, communications with partners, marketing lead, office manager, vendor liaison. | Class Outreach and Contact |
| 01/23/2025 | Lourdes Castro (LEC) | Paralegals / Law Clerks | Jr. Paralegal | $ 500.00 | 0.5 | $ 250.00 | Mailing letters to class members re Sep. 2025 | Class Outreach and Contact |
| 01/23/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.4 | $ 160.00 | Trial witness outreach internal communications, project planning, mailing prep. Communications with co -counsel regarding letter draft approval. | Class Outreach and Contact |
| 01/27/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.8 | $ 1,120.00 | Communications with partners and co-counsel regarding revised letter to class members to update trial date. Preparing and reviewing mailing and circulating to Office Manager for further actions. | Class Outreach and Contact |
| 01/28/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.7 | $ 280.00 | Trial witness outreach communications-mailing prep and instructions, emailing, class data troubleshooting and preparations for same, reporting to partners, tracking. | Class Outreach and Contact |
| 01/29/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.9 | $ 360.00 | Communications with partner and with class members regarding trial witness outreach, responses, updates, tracking. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/31/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ jury consultant re sked; comm w/ nyp re class outreach | Trial Prep |
| 01/31/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with class member re case update | Class Outreach and Contact |
| 02/03/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.2 | $ 80.00 | Trial witness outreach inquiries and reporting with marketing lead regarding mass emailing progress. | Class Outreach and Contact |
| 02/04/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.8 | $ 320.00 | Internal communications with parters regarding trial witness outreach emails and class member communications. Outgoing texts and calls to follow up with class members regarding trial date change. | Class Outreach and Contact |
| 02/05/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ TRB and nbp re class outreach emails | Class Outreach and Contact |
| 02/05/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Drafted template email response to class members reaching out to us regarding trial testimony | Class Outreach and Contact |
| 02/05/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.7 | $ 280.00 | Trial witness outreach, tracking replies to email blast, discussing mailing project with office manager. | Class Outreach and Contact |
| 02/11/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ class member re update | Class Outreach and Contact |
| 02/12/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.5 | $ 200.00 | Internal reporting to partners regarding class outreach and trial witness tracking. Responses sent to class members with trial updates. | Class Outreach and Contact |
| 02/13/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.4 | $ 560.00 | Trial witness outreach - tracking incoming responses to mass emails to class members, internal discussions with partners and office manager regarding mailing, reporting, client communication protocols and templates. | Class Outreach and Contact |
| 02/14/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.6 | $ 640.00 | Preparing Trial witness outreach trial date update letter mailing to class members. Communications regarding same. | Class Outreach and Contact |
| 02/20/2025 | Edwin Amaya (EAA) | Paralegals / Law Clerks | Case Assistant | $ 275.00 | 0.2 | $ 55.00 | Mailed Trial Update letter to client per request of TRB via regular USPS mail. | Case / Document Administration |
| 02/20/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.4 | $ 160.00 | Reporting to partners and co-counsel regarding trial witness correspondence and mailing. | Class Outreach and Contact |
| 02/26/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with outreach staff re strategy for communications with potential class member trial witnesses. | Class Outreach and Contact |
| 02/26/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.7 | $ 280.00 | Fielding incoming calls from trial witness affirmative class members. | Trial Prep |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/12/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.8 | $ 320.00 | Returning incoming call from class member; providing trial date update and confirming contact information. | Trial Prep |
| 04/02/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | review/analysis of MSJ order and comm w/ co-counsel re same | Motions for Summary Judgment |
| 04/03/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | team meeting w/ co-counsel and nbp re next steps in light of msj order | Case Development / Analysis |
| 04/07/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Updated damages expert re summary judgment rulings and implications for trial testimony | Experts (incl comm and reports) |
| 04/15/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ viscelli re order on msj and next steps | Case Development / Analysis |
| 04/28/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w o-c re class member depos and trial testimomy | Comm w Opposing Counsel |
| 04/28/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with co-counsel re strategy for response to D's meet and confer re discovery of trial witnesses | Case Development / Analysis |
| 05/06/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | telecon w/ C Andrewscavage re case status and settlement options | Comm w Opposing Counsel |
| 05/16/2025 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.2 | $ 72.00 | Reviewing, and verifying deadlines into the firm's case management platform, per MEG case review of deadlines in Clarra and Trial Setting Memo. | Case / Document Administration |
| 05/20/2025 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.8 | $ 288.00 | Reviewing, modifying and verifying deadlines into the firm's case management platform, per MEG case review and modifying Trial Setting MEMO. | Case / Document Administration |
| 05/20/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Conference with outreach staff re strategy for responding to question from class member | Class Outreach and Contact |
| 05/20/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.5 | $ 600.00 | Internal communications regarding incoming class member calls. outgoing call to class member, notes and reporting. | Class Outreach and Contact |
| 06/02/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.2 | $ 80.00 | Researching case status, communications history and incoming documents. Returning call to class member regarding same. | Class Outreach and Contact |
| 06/16/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ team re settlement strategy and [REDACT] | Settlement |
| 06/16/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ 1,320.00 | Communications with co-counsel re strategy [REDACT] settlement discussions; reviewed expert report to inform [REDACT] and prepared analysis for JGK and co-counsel re same | Settlement |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/17/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.7 | $ 840.00 | Review/analyze expert damages analysis data to develop scenarios for settlement bracket proposal; communications with co-counsel re strategy for same | Settlement |
| 06/18/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | meet w/ nbp and s berenji re settlement strategy | Settlement |
| 06/24/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | prepare for and conduct call w/ O-C re settlement bracket and negotiations; draft update to co-counsel re same | Comm w Opposing Counsel |
| 07/15/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Communications internally, with co-counsel and OC re preparations for Rule 16-2 meeting of counsel | Comm w Opposing Counsel |
| 07/17/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | telecon w/ J Hanson re settlement positions/negotiation | Comm w Opposing Counsel |
| 07/17/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | draft memo to team re settlement discussion w/ o-c and next steps | Settlement |
| 07/17/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ 720.00 | Conference with JGK re settlement strategy in light of D's response to negotiating bracket proposal | Settlement |
| 07/17/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with OC re Rule 16-2 meeting of counsel re trial prep | Comm w Opposing Counsel |
| 07/17/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ nbp re trial prep | Trial Prep |
| 07/21/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.7 | $ 840.00 | Preparation for Rule 16-2 meeting of counsel re trial preparation and pre-trial filings: review key tasks and prepare proposed schedule and strategy for completion of joint filings | Pretrial Conference Filings and Prep |
| 07/21/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ 720.00 | Attended Rule 16-2 meeting of counsel re trial preparation and pre-trial filings. | Comm w Opposing Counsel |
| 07/21/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ 1,320.00 | Conference with co-counsel re strategy for pre-trial submissions and coordination with opposing counsel re same | Pretrial Conference Filings and Prep |
| 07/21/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Drafted correspondence to OC re proposed schedule for completing joint Pretrial Conference Filings and Prep. | Comm w Opposing Counsel |
| 07/21/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.8 | $ 960.00 | Review/anlayze Court's MSJ and Decert order to inform potential Motions in limine; prepared notes regarding potential motions in limine | Motions in Limine |
| 07/22/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ Chasworth re trial planning and report updates | Experts (incl comm and reports) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/22/2025 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.5 | $ 180.00 | Reviewing, adding and verifying deadlines into the firm's case management platform, per NBP Email re Pre-trial submissions:<br>A. Proposed Final Pretrial Conference Order (PTCO)<br>Proposed Timeline:<br>•Plaintiff circulates initial draft: August 4, 2025<br>•Defendant circulates revisions: August 15, 2025<br>•Plaintiff circulates final changes: August 22, 2025<br>B. Memorandum of Contentions of Fact and Law<br>Proposed Timeline:<br>•Defendant circulates initial draft: August 4, 2025<br>•Plaintiff circulates revisions: August 15, 2025<br>•Defendant circulates final revisions: August 22, 2025 | Case / Document Administration |
| 07/22/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Conference with co-counsel re strategy for potentially supplementing expert reports | Experts (incl comm and reports) |
| 07/22/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ 1,320.00 | Communiations with staff and JGK and co-counsel re class member trial witness outreach strategy and plan for calls to class members to plan trial testimony | Trial Prep |
| 07/22/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ 1,320.00 | Prepared memo to JGK and co-counsel re strategy for motions in limine; communications with co-counsel re strategy for same | Motions in Limine |
| 07/22/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.6 | $ 640.00 | Compiling class outreach data for trial witness affirmative intakes and contact history for partner. Circulating to litigation team. | Class Outreach and Contact |
| 07/23/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | meet w/ nbp and fjw re pretrial materials prep and witness outreach | Pretrial Conference Filings and Prep |
| 07/23/2025 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 1.5 | $ 540.00 | Reviewing, adding and verifying deadlines into the firm's case management platform, per NBP email re A. Proposed Final Pretrial Conference Order (PTCO) Deadlines from Meeting of Counsel Prior to Final Pretrial Conference - I. Joint Status Report re: Settlement. | Case / Document Administration |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/23/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Communications with co-counsel re strategy for class member trial witness selection and outreach. | Trial Prep |
| 07/23/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Conference with JGK re strategy for allocation of work re pre-trial submissions and strategy for class member trial witness outreach | Pretrial Conference Filings and Prep |
| 07/23/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | meet w S Berenji re trial prep | Trial Prep |
| 07/24/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Reviewed trial prep documents. | Pretrial Conference Filings and Prep |
| 07/24/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.7 | $ 2,040.00 | Drafted witness list and descriptions of witness testimony | Pretrial Conference Filings and Prep |
| 07/25/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ 1,755.00 | team meeting re trial prep, followed by strategy session w/ nbp re settlement | Trial Prep |
| 07/25/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | revise/edit witness list description of testimony | Pretrial Conference Filings and Prep |
| 07/25/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ jury consultant re mock | Trial Prep |
| 07/25/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.5 | $ 192.50 | draft voicemail script for outgoing calls | Class Outreach and Contact |
| 07/25/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ 720.00 | meeting with outreach staff and trial support team to discuss logistics of class member witness outreach and coordinating testimony during trial | Trial Prep |
| 07/25/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.7 | $ 4,440.00 | Drafted witness list and witness testimony descriptions; communications with JGK re strategy for same | Pretrial Conference Filings and Prep |
| 07/25/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2 | $ 2,400.00 | Drafted jury instructions | Pretrial Conference Filings and Prep |
| 07/25/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.4 | $ 960.00 | Trial witness outreach and trial prep planning, meeting with attorneys, partners, paralegals and office managers, review of outreach data and class communications. | Trial Prep |
| 07/28/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.4 | $ 3,240.00 | revise/edit and review: witness list; preliminary statement; deposition designations; photes/videos for trial; draft crp to team re same | Pretrial Conference Filings and Prep |
| 07/28/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | further comm w/ co-counsel and staff re class outreach and deposition designations | Pretrial Conference Filings and Prep |
| 07/28/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ S Berenji re pretrial prep | Pretrial Conference Filings and Prep |
| 07/28/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ 135.00 | comm w/ nbp re pretrial prep; witness list | Pretrial Conference Filings and Prep |
| 07/28/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ Hanson re settlement options | Comm w Opposing Counsel |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/28/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | further comm w/ co-counsel re settlement structure possibilities and sleeper berth issues | Settlement |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Trial Prep |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called seeking trial witness, class member participation-affirmative | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called seeking trial witness, class member participation-affirmative. | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called seeking trial witness; participation affirmative | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called seeking trial witness; participation affirmative [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called seeking trial witness, class member participation-affirmative | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | Call-back from class member: participation-affirmative. New mailing address. | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness,[REDACT | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | call seeking trial witness; class member participation-affirmative | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | Called seeking trial witness; participation-affirmative | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called seeking trial witness, class member participation-affirmative | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called seeking trial witness, class member participation-affirmative | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | outgoing call to class member re [Redact] reimbursement policies | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called seeking trial witness, class member participation-affirmative | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called seeking trial witness; class member participation-affirmative | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | Revised voicemail script with Thomas | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.3 | $ 115.50 | Called Thomas to discuss specifics of trial witness outreach (class members who already did deposition) | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | Review communications from Thomas about outreach team priorities update, fundamentals, etc. | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | Called Thomas to discuss how to request specific dates of availability from class | Class Outreach and Contact |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | updated spreadsheet with new mailing address | Case / Document Administration |
| 07/28/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.3 | $ 115.50 | Review details of case/call to get comfortable before making calls | Class Outreach and Contact |
| 07/28/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.8 | $ 960.00 | Review/analyze D's privilege log and photos from site inspection, communications with co-counsel re same, for purposes of evaluating exhibit list. | Pretrial Conference Filings and Prep |
| 07/28/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ 1,080.00 | Review/revise preliminary statement and descriptions of testimony re witness list; communications with co-counsel re strategy for same | Pretrial Conference Filings and Prep |
| 07/28/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.8 | $ 2,160.00 | Revise joint witness list and preliminary statement re same | Pretrial Conference Filings and Prep |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/28/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.5 | $ 600.00 | Internal instruction regarding trial witness outreach communications, script templates, progress and outcomes. | Class Outreach and Contact |
| 07/29/2025 | Alexandra Nunez (AXN) | Other | Intake Specialist | $ 385.00 | 0.2 | $ 77.00 | [REDACT] + discussion with KGK about case | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called, class member participation affirmative | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.3 | $ 115.50 | called seeking trial witness, participation-affirmative; called back with update on privacy concerns | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called seeking trial witness, participation-affirmative | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | class member returned call, participation-affirmative | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | sent class member requested summary email about trial details | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | 250729 KGK: called seeking trial witness, [Redact] | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, class member participation-affirmative | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called back class member [Redact] | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called seeking trial witness, class member participation-affirmative | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | Called class member back; participation-affirmative | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | Communicated with Alex & Thomas about spanish-speaking class member | Class Outreach and Contact |
| 07/29/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.3 | $ 115.50 | Editing script for if class members pick up | Class Outreach and Contact |
| 07/29/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.3 | $ 165.00 | Conference with TRB regarding staffing and deadlines for upcoming trial. | Case / Document Administration |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/29/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.4 | $ | 560.00 | Internal instruction regarding trial witness outreach, language, templates for communications, tracing, notes and protocols. | Class Outreach and Contact |
| 07/30/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ | 77.00 | class member participation-affirmative | Class Outreach and Contact |
| 07/30/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ | 77.00 | sent follow-up email answering class member's questions | Class Outreach and Contact |
| 07/30/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ | 77.00 | communicated with Thomas about class list & separate claims | Class Outreach and Contact |
| 07/30/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ | 480.00 | Communications with co-counsel and OC re internal framework for exchanges of pre-trial submissions | Pretrial Conference Filings and Prep |
| 07/30/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Review/revise draft joint statement of case; communications with co-counsel re strategy for same | Pretrial Conference Filings and Prep |
| 07/30/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Drafted/revised special verdict form | Pretrial Conference Filings and Prep |
| 07/30/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.9 | $ | 5,880.00 | Drafted proposed jury instructions | Pretrial Conference Filings and Prep |
| 07/30/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.9 | $ | 360.00 | Trial prep : witness Outreach, tracking, reporting and instruction to Outreach team lead. Communications with class members regarding trial availability, reporting and inquiries with associates and co-counsel. | Class Outreach and Contact |
| 07/31/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | review/edit jury instructions | Pretrial Conference Filings and Prep |
| 07/31/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2 | $ | 2,700.00 | revise/edit jury instructions; review/analysis of videos for potential trial exhibits; comm w/ co-counsel re same | Pretrial Conference Filings and Prep |
| 07/31/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | draft memo to jury consultant re word/phrase testing question/task | Trial Prep |
| 07/31/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ expert re trial planning | Experts (incl comm and reports) |
| 07/31/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ | 38.50 | called seeking trial witness; [REDACT] | Class Outreach and Contact |
| 07/31/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ | 480.00 | Drafted/revised proposed verdict forms | Pretrial Conference Filings and Prep |
| 07/31/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.2 | $ | 1,440.00 | Revise jury instructions; communications with JGK and co-counsel re strategy for same | Pretrial Conference Filings and Prep |
| 07/31/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.2 | $ | 2,640.00 | Review/analyze intakes for potential class member witnesses to select potential witnesses for trial; drafted correspondence summarizing same, for analysis by co-counsel | Trial Prep |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/31/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.8 | $ 320.00 | Internal reporting, intake progress review, class list data analysis, assignments, instruction to team, recommendations for class outreach and tracking trial witness outreach progress, internal meetings regarding staffing, scheduling, and planning. | Class Outreach and Contact |
| 08/01/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | review/comment on proposed verdict form; proposed statement of the case; draft edits to proposed stmt | Pretrial Conference Filings and Prep |
| 08/01/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.2 | $ 2,640.00 | Revised/finalized jury instructions, verdict forms, and statement of the case; drafted email to OC re same | Pretrial Conference Filings and Prep |
| 08/01/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.4 | $ 160.00 | Trial witness outreach: Internal communications with attorneys and paralegal and instruction to team regarding best practices with intakes and priorities. Internal reporting, intake progress review, class list data analysis, assignments, instruction to team, recommendations for class outreach and tracking progress. | Class Outreach and Contact |
| 08/04/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with staff re outreach to class member trial witnesses. | Trial Prep |
| 08/04/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ 1,320.00 | Review/analyze drafts of joint pretrial conference order and objections to D's depo designations; communications with co-counsel re same | Pretrial Conference Filings and Prep |
| 08/04/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Review/revise Ps' proposed voir dire questions. | Pretrial Conference Filings and Prep |
| 08/04/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ 1,080.00 | Review/analyze D's Joint memo of contentions of fact and law; wrote email to co-counsel anlayzing same and proposing plan of action for preparing Ps' response | Pretrial Conference Filings and Prep |
| 08/04/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.7 | $ 5,640.00 | Drafted motions in limine. | Motions in Limine |
| 08/04/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.5 | $ 200.00 | Communications with co-counsel regarding trial witness outreach. | Trial Prep |
| 08/05/2025 | Frank White, Jr. (FJW) | Of Counsel / Associates | Associate | $ 900.00 | 1 | $ 900.00 | meeting with Nathan and cocounsel to discuss deadlines in preparation for September trial. | Case / Document Administration |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Trial Prep |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | class member returned call, participation-affirmative. | Trial Prep |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called seeking trial witness, class member participation-affirmative | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called back to discuss [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | class member called back, participation-affirmative | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness; [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | class member returned call, participation-affirmative | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called seeking trial witness, class member participation-affirmative | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called seeking trial witness; [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/05/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed contact information for shipping of original deposition transcripts for Trial. | Case / Document Administration |
| 08/05/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with outreach dept. re strategy for calls with potential class member trial witnesses. | Class Outreach and Contact |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/05/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.2 | $ | 1,440.00 | Strategy conference with co-counsel re plan of action for completing various pre-trial submissions and strategy for motions in limine | Pretrial Conference Filings and Prep |
| 08/05/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ | 1,320.00 | Preparation for strategy meeting with co-counsel re various pre-trial filings: prepare agenda, prepare memo re division of labor and legal strategy for each task. | Pretrial Conference Filings and Prep |
| 08/05/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2 | $ | 2,400.00 | Drafted motions in limine | Motions in Limine |
| 08/05/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.2 | $ | 480.00 | Trial witness outreach: Internal instruction, assignments, scheduling, staffing, file maintenance, document review, tracking and reporting to associates, co-counsel team, office manager, partners and paralegals. | Class Outreach and Contact |
| 08/05/2025 | William Nervis (WCN) | Paralegals / Law Clerks | Paralegal | $ 500.00 | 0.7 | $ | 350.00 | Correspondence with vendor regarding original sealed transcripts. | Case / Document Administration |
| 08/06/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ | 38.50 | send Thomas new participation-affirmative class members | Class Outreach and Contact |
| 08/06/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.9 | $ | 4,680.00 | Drafted motions in limine | Motions in Limine |
| 08/06/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.2 | $ | 80.00 | Internal reporting, trial witness intake review, class list data analysis, assignments, instruction to team, recommendations for class outreach and tracking trial witness outreach progress. | Trial Prep |
| 08/07/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ | 110.00 | Organized deposition transcripts for Trial. | Trial Prep |
| 08/07/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.3 | $ | 165.00 | Received delivery of sealed deposition transcripts; confirmed receipt of official transcripts and working copies; emailed status to all staff. | Trial Prep |
| 08/07/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Communications with co-counsel re strategy for motions in limine | Motions in Limine |
| 08/07/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | Communications with co-counsel re revisions to Voir Dire questions | Pretrial Conference Filings and Prep |
| 08/07/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 5.1 | $ | 6,120.00 | Drafted motions in limine | Motions in Limine |
| 08/08/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 5.2 | $ | 6,240.00 | Drafted motions in limine | Motions in Limine |
| 08/10/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.2 | $ | 2,640.00 | Drafted/revised jury instructions and prepared objections to D's jury instructions | Pretrial Conference Filings and Prep |
| 08/11/2025 | Alexandra Nunez (AXN) | Other | Intake Specialist | $ 385.00 | 0.3 | $ | 115.50 | spoke to schedule dates for trial | Class Outreach and Contact |
| 08/11/2025 | Alexandra Nunez (AXN) | Other | Intake Specialist | $ 385.00 | 0.2 | $ | 77.00 | sent email to class member for confirmation of dates and trial | Trial Prep |
| 08/11/2025 | Alexandra Nunez (AXN) | Other | Intake Specialist | $ 385.00 | 0.3 | $ | 115.50 | trb discussion about class member | Class Outreach and Contact |
| 08/11/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | draft memo to team re MILs | Motions in Limine |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/11/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.5 | $ 2,025.00 | meet and confer w o-c re MILs | Comm w Opposing Counsel |
| 08/11/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | team meeting re trial strategy | Trial Prep |
| 08/11/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | meet w/ FJW and NBP re trial prep issues and tasks | Trial Prep |
| 08/11/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Preparation for meet and confer with OC re motions in limine | Motions in Limine |
| 08/11/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.2 | $ 1,440.00 | Meet and confer with OC re motions in limine | Comm w Opposing Counsel |
| 08/11/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1 | $ 1,200.00 | Conference with JGK and co-counsel re strategy for motions in limine, jury instructions, and memorandum of contentions of fact and law | Trial Prep |
| 08/11/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Conference with JGK re strategy for coordinating work on various pretrial filing tasks | Pretrial Conference Filings and Prep |
| 08/11/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.3 | $ 5,160.00 | Revise jury instructions, draft objections to D's jury instructions | Pretrial Conference Filings and Prep |
| 08/11/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.9 | $ 360.00 | Trial witness outreach: Internal instruction to outreach team for assignments, scheduling, staffing, tracking and reporting to associates and paralegal. | Trial Prep |
| 08/12/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | Set up Clerk SMS on Teams | Case / Document Administration |
| 08/12/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/12/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | Follow-up text message [REDACT] | Class Outreach and Contact |
| 08/12/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/12/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, class member participation-affirmative | Class Outreach and Contact |
| 08/12/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness; [REDACT] | Class Outreach and Contact |
| 08/12/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | follow-up text message [REDACT] | Class Outreach and Contact |
| 08/12/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness; class member participation affirmative | Class Outreach and Contact |
| 08/12/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called seeking trial witness, [REDACT] & sent text message | Class Outreach and Contact |
| 08/12/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 5.1 | $ 6,120.00 | Revised jury instructions and Drafted objections to D's jury instructions and responses to D's objections. | Pretrial Conference Filings and Prep |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/12/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ 120.00 | Trial witness outreach - Internal reporting, progress review, class list data analysis, assignments, instruction to team, recommendations for class outreach and tracking reporting, file maintenance, class list worksheet data and trial outreach progress. | Class Outreach and Contact |
| 08/13/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.9 | $ 4,680.00 | Revise jury instructions, draft objections to D's proposed instructions and responses to D's objections. | Pretrial Conference Filings and Prep |
| 08/13/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ 1,320.00 | Revised joint statement of case to be read to jury | Pretrial Conference Filings and Prep |
| 08/13/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ 720.00 | Drafted joint report re settlement | Settlement |
| 08/14/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.4 | $ 1,890.00 | revise/edit contentions of fact/law | Pretrial Conference Filings and Prep |
| 08/14/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ co-counsel and jury consultant re bifurcation and jury testing | Trial Prep |
| 08/14/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/14/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/14/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/14/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/14/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/14/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness; [REDACT] | Class Outreach and Contact |
| 08/14/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/14/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/14/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/14/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness; [REDACT] | Class Outreach and Contact |
| 08/14/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called seeking trial witness, [REDACT] | Class Outreach and Contact |
| 08/14/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with co-counsel re strategy for motions in limine | Motions in Limine |
| 08/14/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ 1,320.00 | Drafted motion in limine concerning exclusion of evidence offered for proposition that CA law does not apply outside of CA. | Motions in Limine |
| 08/14/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.8 | $ 960.00 | Revised jury instructions and objections to D's jury instructions | Pretrial Conference Filings and Prep |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/14/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.6 | $ 240.00 | Trial witness outreach reporting and analysis to partners, of counsel, associates and co-counsel. | Trial Prep |
| 08/15/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | revise/edit jury instructions, joint statement and case management report re settlement | Pretrial Conference Filings and Prep |
| 08/15/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.1 | $ 3,720.00 | Revised jury instructions | Pretrial Conference Filings and Prep |
| 08/15/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Revised joint statement of case | Pretrial Conference Filings and Prep |
| 08/15/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ 720.00 | Drafted motion in limine re extraterritorial application. | Motions in Limine |
| 08/17/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Drafted motions in limine | Motions in Limine |
| 08/18/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | conf w/ nbp re trial prep and various tasks re same; draft CM direct script subjects | Trial Prep |
| 08/18/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review/analyze exhibit list | Pretrial Conference Filings and Prep |
| 08/18/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with co-counsel re strategy for revisions to joint exhibit stipulation | Pretrial Conference Filings and Prep |
| 08/18/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with JGK re strategy for revisions to various joint pretrial submissions | Pretrial Conference Filings and Prep |
| 08/18/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1 | $ 1,200.00 | Review/revise joint exhibit stipulation. | Pretrial Conference Filings and Prep |
| 08/18/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.9 | $ 5,880.00 | Drafted motion in limine re extraterritorial application of CA law. | Motions in Limine |
| 08/18/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ 1,080.00 | Revised voir dire questions | Pretrial Conference Filings and Prep |
| 08/19/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.3 | $ 165.00 | Researched Judge Wright's individual rules and procedures; reviewed local rules. | Case / Document Administration |
| 08/19/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed NBP regarding upcoming filings. | Pretrial Conference Filings and Prep |
| 08/19/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ 1,080.00 | Prepared memo with instructions to staff re requirements for various Pretrial Conference Filings and Prep | Pretrial Conference Filings and Prep |
| 08/19/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.2 | $ 1,440.00 | Revised voir dire questions; communications with jury consultant re same | Pretrial Conference Filings and Prep |
| 08/19/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.1 | $ 2,520.00 | Revised joint exhibit stipulation, reviewed key docs to address questions from co-counsel | Pretrial Conference Filings and Prep |
| 08/19/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.5 | $ 3,000.00 | Drafted MPA iso MIL to exclude damages expert, Decl in support, proposed order, ntoice of motion | Motions in Limine |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/20/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.6 | $ 880.00 | Retrieved deposition designations from deposition transcripts; highlighted transcripts and saved to file. | Pretrial Conference Filings and Prep |
| 08/20/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed NBP regarding deposition designations and organizing exhibits for MILs. | Pretrial Conference Filings and Prep |
| 08/20/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.7 | $ 840.00 | Revised voir dire questions; communications with jury consultant and co-counsel re strategy for same | Pretrial Conference Filings and Prep |
| 08/20/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ 600.00 | Prepared memo to staff re instructions for preparing pre-trial docs for filing | Pretrial Conference Filings and Prep |
| 08/20/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Communications with co-counsel re strategy for finalizing joint Pretrial Conference Filings and Prep and meet and confer with opposing counsel | Pretrial Conference Filings and Prep |
| 08/20/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with co-counsel re strategy for outreach to class member trial witnesses. | Class Outreach and Contact |
| 08/20/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ 600.00 | Revised joint statement of case and joint status report re settlement | Pretrial Conference Filings and Prep |
| 08/20/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 5.7 | $ 6,840.00 | Drafted motions in limine, supporting delarations, notices of motion, proposed orders. | Motions in Limine |
| 08/20/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.7 | $ 280.00 | Internal reporting and research regarding trail witness outreach progress. | Class Outreach and Contact |
| 08/21/2025 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | Created saved searches for docs requested by NBP | ESI / Doc Review and Analysis |
| 08/21/2025 | James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ 650.00 | 0.6 | $ 390.00 | Created file folders, links, downloads of docs requested by NBP | ESI / Doc Review and Analysis |
| 08/21/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | drafted text message to confirm current addresses & reviewed with thomas before sending | Class Outreach and Contact |
| 08/21/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.1 | $ 605.00 | Extracted deposition excerpts and highlighted; organized exhibits for filing with trial documents and MILs; emailed status to NBP. | Motions in Limine |
| 08/21/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with ESI team and OC re accessing document production | ESI / Doc Review and Analysis |
| 08/21/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ 1,080.00 | Revised Joint Pretrial Conference Order | Pretrial Conference Filings and Prep |
| 08/21/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Revised proposed joint statement of case, circulated with OC | Pretrial Conference Filings and Prep |
| 08/21/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Communications with co-counsel re strategy for finalizing various Pretrial Conference Filings and Prep | Pretrial Conference Filings and Prep |
| 08/21/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 6.5 | $ 7,800.00 | Drafted motions in limine and supporting documents | Motions in Limine |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/21/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.2 | $ 480.00 | Internal reporting to partners, instructions to outreach lead, tracking, analysis and letter/email template drafting for trial witness outreach. | Class Outreach and Contact |
| 08/22/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.7 | $ 2,295.00 | meet w/ jury consultant and co-counsel re trial planning | Trial Prep |
| 08/22/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.6 | $ 720.00 | Conference with co-counsel re various matters of pre-trial strategy, including class member witness outreach, potential request for continuance, etc. | Trial Prep |
| 08/22/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ 1,320.00 | Conference with Jury consultant re prep for mock trial | Trial Prep |
| 08/22/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.7 | $ 840.00 | Revised jury instruction, joint statement of the case, voir dire questions | Pretrial Conference Filings and Prep |
| 08/23/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | various comm w/ trial team re witnesses and communications to o-c | Trial Prep |
| 08/23/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.3 | $ 5,160.00 | Revised and finalized joint proposed jury instructions, plaintiff's proposed jury instructions, Defendant's proposed jury instructions | Pretrial Conference Filings and Prep |
| 08/24/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Communications with OC re anticipated class member witnesses to appear at trial; communications with co-counsel re strategy for same | Comm w Opposing Counsel |
| 08/24/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.9 | $ 4,680.00 | Revised and finalized joint proposed jury instructions, plaintiff's proposed jury instructions, Defendant's proposed jury instructions | Pretrial Conference Filings and Prep |
| 08/25/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | various comm w/ nbp re pretrial submissions | Pretrial Conference Filings and Prep |
| 08/25/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Researched local rules for filer attesting to multiple signers; emailed status to NBP. | Case / Document Administration |
| 08/25/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.4 | $ 220.00 | Prepared table of contents for courtesy copy to Judge. | Pretrial Conference Filings and Prep |
| 08/25/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.1 | $ 605.00 | Prepared Index for Proposed Jury Instructions; | Pretrial Conference Filings and Prep |
| 08/25/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.6 | $ 880.00 | Prepared Index for Plaintiff's Proposed Jury Instructions; emailed to NBP for review. | Pretrial Conference Filings and Prep |
| 08/25/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.6 | $ 880.00 | Reviewed, revised, and prepared Plaintiff's Memo of Contentions; emailed to NBP for review. | Pretrial Conference Filings and Prep |
| 08/25/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.5 | $ 275.00 | Reviewed and finalized pre-trial documents into PDFs; finalized Memo of Law. | Pretrial Conference Filings and Prep |
| 08/25/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed NBP regarding creating table of contents for binder to Judge. | Pretrial Conference Filings and Prep |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/25/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.1 | $ | 605.00 | Electronically filed numerous pre-trial documents with Court; email correspondence with NBP regarding status. | Pretrial Conference Filings and Prep |
| 08/25/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.5 | $ | 3,000.00 | Revised/finalized jury instructions | Pretrial Conference Filings and Prep |
| 08/25/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.7 | $ | 3,240.00 | Revised/finalized various joint Pretrial Conference Filings and Prep: jury instructions, PTCO, verdict form, exhibit stripulation, etc. | Pretrial Conference Filings and Prep |
| 08/25/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.8 | $ | 2,160.00 | Revised/finalized joint witness list | Pretrial Conference Filings and Prep |
| 08/25/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.2 | $ | 480.00 | Trial witness outreach: reporting to litigation team, internal instruction with outreach lead, preparing template email and letter drafts, analyzing progress and outcomes. | Class Outreach and Contact |
| 08/26/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | telecon w/ J Hanson re settlement / trial continuance; draft memo to team re same | Comm w Opposing Counsel |
| 08/26/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ | 1,080.00 | revise/edit mtns in limine | Motions in Limine |
| 08/26/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.3 | $ | 115.50 | incoming call from class member, trial participation affirmative | Class Outreach and Contact |
| 08/26/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.6 | $ | 880.00 | Retrieved file-stamped copies of Pre-Trial documents from Docketbird, printed, and organized into binder; prepared cover sheet and updated table of contents; emailed NBP regarding TOC and Cover Sheet. | Case / Document Administration |
| 08/26/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.4 | $ | 220.00 | Finalized binder; arranged pick-up and delivery to Judge Otis D. Wright II via First Legal. | Pretrial Conference Filings and Prep |
| 08/26/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Conference with First Legal runner to deliver Pretrial documents binder to Judge Wright. | Pretrial Conference Filings and Prep |
| 08/26/2025 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.2 | $ | 72.00 | Reviewing, adding and verifying deadlines into the firm's case management platform, per NBP email re Court minute order, ecf 156 -[10AM PST] Final Pre-trial Conference before Hon Otis Wright via Zoom. https://cacd- | Case / Document Administration |
| 08/26/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Communications with jury consultant re potential trial continuance and prep for mock trial | Trial Prep |
| 08/26/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ | 480.00 | Communications with co-counsel re trial continuance and settlement strategy. | Case Development / Analysis |
| 08/26/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.6 | $ | 3,120.00 | Revised/finalized finalized motions in limine | Motions in Limine |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/26/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Outlined oppositions to D's Motions in Limine | Motions in Limine |
| 08/27/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | meet w/ co-counsel and nbp re trial continuance request / ex parte | Case Development / Analysis |
| 08/27/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ co-counsel re trial planning | Trial Prep |
| 08/27/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | review records and comm w/ nbp re oppo to MIL on class member depos | Motions in Limine |
| 08/27/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | revise/edit MIL | Motions in Limine |
| 08/27/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ | 945.00 | revise/edit request for trial continuance | Pleadings and Stipulations |
| 08/27/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.5 | $ | 825.00 | Reviewed, revised, and finalized MILs and supporting documents; emailed NBP regarding final PDFs. | Motions in Limine |
| 08/27/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1 | $ | 550.00 | Organized exhibits to MILs; emailed status to NBP. | Motions in Limine |
| 08/27/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ | 110.00 | Researched local rules for motion practice and preparing TOA; emailed status to NBP. | Case / Document Administration |
| 08/27/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.3 | $ | 165.00 | Reviewed Judge Wright's procedures and Trial Order; emailed status to NBP. | Motions in Limine |
| 08/27/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Emailed NBP regarding reviewing and finalizing MILs and supporting documents. | Motions in Limine |
| 08/27/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Emailed NBP confirming courtesy copies were delivered to Judge Wright's chambers. | Motions in Limine |
| 08/27/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.9 | $ | 495.00 | Electronically filed MILs and supporting documents; scheduled delivery of proposed orders to chambers. | Motions in Limine |
| 08/27/2025 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.1 | $ | 36.00 | Reviewing, adding and verifying deadlines into the firm's case management platform, per NBP email re remote info - 9/3/25 [10AM PST] Final Pre-trial Conference before Hon Otis Wright via Zoom. | Case Development / Analysis |
| 08/27/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ | 240.00 | communications with OC re cooperating on courtesy copies for Pretrial Conference Filings and Prep | Comm w Opposing Counsel |
| 08/27/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ | 360.00 | Communications with co-counsel and jury consultant re mock trial | Trial Prep |
| 08/27/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1.1 | $ | 1,320.00 | Review/analyze/revise ex parte request for trial continuance; communications with co-counsel and JGK re strategy for same | Pleadings and Stipulations |
| 08/27/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 2.6 | $ | 3,120.00 | Review/analyze D's motions in limine; prepare outlines of oppositions | Motions in Limine |
| 08/27/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.4 | $ | 4,080.00 | Revised and finalized Motions in limine | Motions in Limine |
| 08/28/2025 | Frank White, Jr. (FJW) | Of Counsel / Associates | Associate | $ 900.00 | 0.7 | $ | 630.00 | call with Nate re: opposition to MIL 2 and 3. | Motions in Limine |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/28/2025 | Frank White, Jr. (FJW) | Of Counsel / Associates | Associate | $ 900.00 | 5.2 | $ 4,680.00 | research and draft opposition to MIL 2. | Motions in Limine |
| 08/28/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | strategy and planning w/ NBP re MILs | Motions in Limine |
| 08/28/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 1.4 | $ 770.00 | Retrieved file stamped copies of MIL filings from Docketbird; organized MILs into binder; prepared TOC and cover sheet. | Motions in Limine |
| 08/28/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Drafted and emailed First Legal instructions to pick-up and deliver MIL binder to Judge Wright's chambers. | Motions in Limine |
| 08/28/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.4 | $ 480.00 | Drafted meet and confer correspondence to OC re proposal to stipulate to representativeness of CM witnesses | Comm w Opposing Counsel |
| 08/28/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ 1,080.00 | Conference with FJW re strategy for drafting oppositions to D's MIL's re regular rate and extraterritorial application. | Motions in Limine |
| 08/28/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 10.6 | $ 12,720.00 | Drafted oppositions to Ds' Motions in Limine | Motions in Limine |
| 08/29/2025 | Frank White, Jr. (FJW) | Of Counsel / Associates | Associate | $ 900.00 | 4.1 | $ 3,690.00 | research and draft opposition to MIL 2. | Motions in Limine |
| 08/29/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | comm w/ jury consultants and Experts (incl comm and reports) re new trial date | Case Development / Analysis |
| 08/29/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with TMS re strategy for communications with trial witness to update re continuance | Case Development / Analysis |
| 08/29/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.9 | $ 4,680.00 | Drafted opposition to D's MIL No. 4 re layover and sleeper berth time | Motions in Limine |
| 08/29/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ 120.00 | Internal reporting and instruction regarding trial witness outreach progress and outcomes. | Trial Prep |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | left voicemail notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | left voicemail notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | class member returned call [REDACT] | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] notifying about trial postponement | Class Outreach and Contact |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | [REDACT] notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | CM called back [Redact] | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | called notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | called notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | called notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | called notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | called to notify about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | [REDACT] notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | called notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | called notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | called notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | called notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | [REDACT] notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | [REDACT] notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | [REDACT] notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | called notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | called notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | Class member called back; interested in participating | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | called notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | [REDACT] notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | [REDACT] notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | CM returned call; [REDACT] | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | called notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | called notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 0.1 | $ | 38.50 | [REDACT] notifying about trial postponement | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] notifying about trial postponement | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | class member returned call; [REDACT] | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | draft voicemail script to confirm trial witness willingness to participate in January - sent to thomas for approval | Class Outreach and Contact |
| 09/02/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | edited voicemail script | Class Outreach and Contact |
| 09/02/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.5 | $ 600.00 | Drafted trial witness update letter re trial continuance | Class Outreach and Contact |
| 09/02/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.2 | $ 480.00 | Trial witness outreach- internal communications, instructions, project planning, tracking class member responses and discussion and reporting with partners regarding same. | Class Outreach and Contact |
| 09/03/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | revise / edit update letter to class members | Class Outreach and Contact |
| 09/03/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | added declaration appointment to calendar | Case / Document Administration |
| 09/03/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called CM to notify about trial postponement [REDACT] | Class Outreach and Contact |
| 09/03/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.3 | $ 115.50 | Class member called back; notified about trial postponement + answered questions | Class Outreach and Contact |
| 09/03/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | Communicated with Thomas regarding PNC | Class Outreach and Contact |
| 09/03/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | sent follow-up email to class member regarding PNC | Class Outreach and Contact |
| 09/03/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | clarified PNC details with Thomas | Class Outreach and Contact |
| 09/03/2025 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 1.6 | $ 576.00 | Reviewing, adding and verifying deadlines into the firm's case management platform, per JGK email re Court 8/29/25 Minutes, ECF 170. resetting Trial and related deadlines/reminders. | Case / Document Administration |
| 09/03/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.9 | $ 360.00 | Researching incoming calls, referring to litigation team for tracking and follow up. Internal communications regarding incoming class member calls. Following up with co-counsel and class member. | Class Outreach and Contact |
| 09/04/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 4.1 | $ 1,640.00 | Trial witness outreach reporting, instruction to team, tracking communications, preparing mass email and mass physical mailing. | Class Outreach and Contact |
| 09/08/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ co-counsel re settlement | Settlement |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/08/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.5 | $ 200.00 | Internal communications regarding letter and email mailing to trial witnesses regarding new trial date. | Trial Prep |
| 09/11/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ 120.00 | Trial witness outreach internal communications, planning and prepping mailing. | Trial Prep |
| 09/18/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.5 | $ 200.00 | Trial witness-related communications and instruction to outreach lead. Updating class member contact information in class list worksheet. | Trial Prep |
| 09/19/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.4 | $ 160.00 | Internal communications with of counsel regarding trial witness outreach class communications. | Trial Prep |
| 09/24/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2 | $ 2,700.00 | zoom meeting w/ NBP and SB re case status, considerations, settlement strategy (approx 1 hr); followed by review of pleadings on layover claims and running various alternative damages models; prep for outreach call to J Hanson re attempt to resume settlement discussions | Case Development / Analysis |
| 09/25/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | telecon w/ Hanson re settlement; draft update memo to team re same | Settlement |
| 10/01/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ 120.00 | Internal communications regarding class communications, document requests, best practices and reporting. | Class Outreach and Contact |
| 10/02/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.5 | $ 200.00 | Internal communications regarding external communication with class member drivers. Outreach to class member to field questions and provide information regarding trial outcomes, settlement, and case status. | Class Outreach and Contact |
| 10/27/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | trial prep meeting w/ nbp and S Berenji | Trial Prep |
| 10/27/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.9 | $ 1,080.00 | Conference with co-counsel re trial prep | Trial Prep |
| 10/27/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.3 | $ 360.00 | Revised oppositions to motions in limine. | Motions in Limine |
| 10/28/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | analysis of CM witness list and interview summaries | Trial Prep |
| 10/29/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with jury consultant re mock trial | Trial Prep |
| 10/30/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.1 | $ 3,720.00 | Drafted oppositions to D's motions in limine | Motions in Limine |
| 10/31/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ hanson and co-counsel re settlement negotiations | Settlement |
| 10/31/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.2 | $ 240.00 | Communications with outreach staff re strategy for responding to class member inquiry re case update | Class Outreach and Contact |
| 10/31/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 4.6 | $ 5,520.00 | Drafted oppositions to D's motions in limine | Motions in Limine |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/31/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.2 | $ 480.00 | Communications regarding trial witness outreach meeting with litigation team and co-counsel. | Class Outreach and Contact |
| 11/03/2025 | Frank White, Jr. (FJW) | Of Counsel / Associates | Associate | $ 900.00 | 1.2 | $ 1,080.00 | trial prep meeting with Thomas Barnett for outreach and Josh, Nate, and Shadie for witness prep and settlement. | Trial Prep |
| 11/03/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ 1,755.00 | team meeting re trial prep | Trial Prep |
| 11/03/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 3.9 | $ 4,680.00 | Drafted oppositions to D's motions in limine. | Motions in Limine |
| 11/03/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 1 | $ 1,200.00 | Conference with co-counsel re class member outreach strategy, trial prep agenda, direct exam scripts, and other trial prep matters | Trial Prep |
| 11/03/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.6 | $ 640.00 | Meeting with co-counsel and partners regarding trial witness outreach. | Trial Prep |
| 11/04/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.7 | $ 280.00 | Reviewing calendar, timeline, outreach data, reporting and communications regarding same with attorneys and co-counsel. | Class Outreach and Contact |
| 11/06/2025 | Nathan Piller (NBP) | Partners | Partner | $ 1,200.00 | 0.1 | $ 120.00 | Communications with jury consultant re mock trial | Trial Prep |
| 11/10/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.3 | $ 165.00 | Researched availability for Mediators; emailed Hunter Hughes for availability; called and left message for Gail Andler's availability; emailed status to JGK. | Settlement |
| 11/10/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from JGK regarding availability of mediators. | Settlement |
| 11/10/2025 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.5 | $ 180.00 | Reviewing, adding and verifying deadlines into the firm's case management platform, per MEG case review of Trial Deadlines. | Case / Document Administration |
| 11/12/2025 | Frank White, Jr. (FJW) | Of Counsel / Associates | Associate | $ 900.00 | 0.4 | $ 360.00 | L.R. 16-2 pre-trial conference with OPC. | Comm w Opposing Counsel |
| 11/12/2025 | Frank White, Jr. (FJW) | Of Counsel / Associates | Associate | $ 900.00 | 0.4 | $ 360.00 | meet with Nathan, Josh, and cocounsel re: trial prep and mediation. | Case Development / Analysis |
| 11/12/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | call w/ o-c on pre-trial submissions; mediation; followed by call w/ team re same | Comm w Opposing Counsel |
| 11/12/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Filled out JAMS ADR information for Mediation with Gail Andler. | Settlement |
| 11/13/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | telecon w/ berenji re mediation and case strategy | Settlement |
| 11/13/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ oc re mediators | Comm w Opposing Counsel |
| 11/13/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | telecon w/ D Borgen re mediator reference and case info | Settlement |
| 11/18/2025 | Frank White, Jr. (FJW) | Of Counsel / Associates | Associate | $ 900.00 | 0.2 | $ 180.00 | discuss oppositions to MILs with Nathan | Motions in Limine |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/18/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | comm w/ GK re class administration | Class Outreach and Contact |
| 11/18/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | telecon w/ L Ho re analysis and input | Case Development / Analysis |
| 11/18/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ | 810.00 | research and analysis of comparator settlement values | Settlement |
| 11/21/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | comm w/ oc and update to co-counsel re mediation | Settlement |
| 11/25/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ | 1,350.00 | pre-call w/ mediator | Settlement |
| 11/25/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | follow-up call w/ co-counsel re mediation prep and analysis | Settlement |
| 11/25/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ | 945.00 | revise/edit mediation brief | Settlement |
| 11/25/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.3 | $ | 3,105.00 | revise/edit mediation brief | Settlement |
| 11/26/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2 | $ | 2,700.00 | final review/edit of mediation brief and comm w/ mediator/staff re same | Settlement |
| 11/26/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.8 | $ | 440.00 | Reviewed, revised, and prepared tables for Mediation Brief. | Settlement |
| 11/26/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ | 55.00 | Emailed JGK regarding sending Mediation Brief and exhibits to Mediator via Fed Ex. | Settlement |
| 11/26/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ | 110.00 | Finalized Mediation Brief; emailed Outgoing mail instructions to assemble and ship Mediation Brief via Fed Ex to Mediator. | Settlement |
| 11/26/2025 | Lourdes Castro (LEC) | Paralegals / Law Clerks | Jr. Paralegal | $ 500.00 | 1.4 | $ | 700.00 | Printing mediation brief and sending it via FedEx | Settlement |
| 11/30/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | further comm w/ mediator and co-counsel re redacted brief for defense | Settlement |
| 11/30/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | comm w/ mediator and co-counsel re redacted mediation brief for o-c; analyze and make redactions to same | Settlement |
| 11/30/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | draft crp to o-c re mediation brief | Comm w Opposing Counsel |
| 12/01/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.8 | $ | 2,430.00 | travel from Berkeley to LA downtown for mediation (billed 1/2 time) | Settlement |
| 12/01/2025 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.8 | $ | 288.00 | Reviewing, adding and verifying deadlines into the firm's case management platform, per JGK email re Court Minute Order ECF 171 - Extending Final Pretrial Conference and related deadlines/reminders. | Case / Document Administration |
| 12/02/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.5 | $ | 2,025.00 | prep for mediation; review/analyze D's mediation brief; review and analyze msj briefing | Settlement |
| 12/02/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 7.2 | $ | 9,720.00 | attend mediation | Settlement |
| 12/02/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.7 | $ | 2,295.00 | travel back from LA to berkeley after mediation (bill 1/2 time) | Settlement |
| 12/03/2025 | Frank White, Jr. (FJW) | Of Counsel / Associates | Associate | $ 900.00 | 0.3 | $ | 270.00 | call with Josh to discuss MIL and status of mediation | Case Development / Analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/05/2025 | Frank White, Jr. (FJW) | Of Counsel / Associates | Associate | $ 900.00 | 0.6 | $ 540.00 | review status of opposition to motions in limine and call with Josh to discuss status of settlement and finishing drafts of opps to MILs | Case |
| 12/05/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | telecon w mediator re status | Settlement |
| 12/05/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | telecon w FJW re MILs | Motions in Limine |
| 12/06/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.2 | $ 1,620.00 | review/analyze MILs and draft updated notices of motion re same | Motions in Limine |
| 12/08/2025 | Frank White, Jr. (FJW) | Of Counsel / Associates | Associate | $ 900.00 | 0.1 | $ 90.00 | call with Josh to discuss Opp to MIL 2 and 5. | Motions in Limine |
| 12/08/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | review/analyze draft oppos to MILs; comm w FJW re same | Motions in Limine |
| 12/08/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | zoom w S Berenji re mediation and trial prep | Case Development / Analysis |
| 12/08/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | meet w Scott Edelman re mediation and comm w/ S Berenji re same | Settlement |
| 12/08/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | various f/u with staff re trial prep | Trial Prep |
| 12/08/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Reviewed, revised, and finalized Re-Notice of Motions in Limine; emailed to JGK for review and approval for filing. | Motions in Limine |
| 12/08/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.4 | $ 220.00 | Conference with JGK; electronically filed Re-Notice of Motions in Limine; emailed status to JGK. | Motions in Limine |
| 12/08/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.5 | $ 600.00 | Internal communications, research, notes and recommendations regarding trial staffing, planning, logistics and scheduling for trial witnesses. | Class Outreach and Contact |
| 12/09/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.4 | $ 220.00 | Prepared Notice of Appearance of FJW; emailed form to FJW for review and approval. | Case Development / Analysis |
| 12/09/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed email from FJW approving NOA form for filing with Court. | Motions in Limine |
| 12/09/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.4 | $ 160.00 | Trial witness related outreach - review and instruction on updates for team to provide class members. | Trial Prep |
| 12/10/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | admin prep for mediation | Settlement |
| 12/10/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Attended weekly paralegal meeting. | COM-FIRM |
| 12/10/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.4 | $ 160.00 | internal instructive communications regarding trial witness scheduling, prep and timeline. | Trial Prep |
| 12/10/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | sent text message informing trial witness about potential trial dates | Trial Prep |
| 12/11/2025 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.1 | $ 36.00 | Reviewing, adding and verifying deadlines into the firm's case management platform, per MEG case review of deadlines and modifying Scheduling Order Chart. | Case / Document Administration |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/13/2025 | Frank White, Jr. (FJW) | Of Counsel / Associates | Associate | $ 900.00 | 1.5 | $ 1,350.00 | research and draft opp to def. mot. on limine No.2. | Motions in Limine |
| 12/15/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 7.4 | $ 9,990.00 | appear / negotiate at mediation day 2 w Scott Edelman mediator | Settlement |
| 12/16/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Updated and finalized NOA for FJW; emailed to FJW for approval for filing. | Motions in Limine |
| 12/17/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Updated and finalized NOA. | Motions in Limine |
| 12/17/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.8 | $ 320.00 | Internal communications regarding trial preparation, outreach to trial witnesses and settlement. Drafting phone script and email, and revising per partner's edits. Assignment developed and instructions to outreach team project lead. | Trial Prep |
| 12/18/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 1.5 | $ 600.00 | Internal communications, draft revisions of trial witness outreach communications regarding settlement and cancellation of trial. Internal instruction to team lead for project. | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called; [REDACT] about settlement | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement/trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called; notified CM of trial cancelation & notice of settlement in progress, confirmed updated mailing address. | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called; notified CM of trial cancelation & notice of settlement in progress, confirmed updated mailing address. | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called; notified CM of trial cancelation & notice of settlement in progress, confirmed updated mailing address. | Class Outreach and Contact |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | emailed CM requesting details of PNC mentioned over the phone | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called to notify about trial cancelation & notice of settlement | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | emailed trial cancelation & notice of settlement update | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | texted CM notifying him that his wife is part of the class list | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email notifying about trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called; notified CM of trial cancelation & notice of settlement in progress | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called; notified CM of trial cancelation & notice of settlement in progress, confirmed updated mailing address. | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] about settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about settlement & trial cancelation | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | emailed about trial cancelation & notice of settlement | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | emailed about trial cancelation & notice of settlement | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called; notified CM of trial cancelation & notice of settlement in progress, confirmed updated mailing address. | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | called Thomas to review settlement notification instructions | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent test email to Thomas to ensure signature blocks were correct | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | communicated with thomas to confirm CM's wife is also on the CRST class list | Class Outreach and Contact |
| 12/22/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.1 | $ 840.00 | Internal tracking and instruction regarding outgoing communications to update trial witness-affirmative class members. | Class Outreach and Contact |
| 12/22/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.3 | $ 115.50 | reviewed email & voicemail template regarding settlement | Settlement |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called; notified CM of trial cancelation & notice of settlement in progress, confirmed updated mailing address. | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called; notified CM of trial cancelation & notice of settlement in progress, confirmed updated mailing address. | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called; notified CM of trial cancelation & notice of settlement in progress, confirmed updated mailing address. | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called; notified CM of trial cancelation & notice of settlement in progress, confirmed updated mailing address. | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called; notified CM of trial cancelation & notice of settlement in progress, confirmed updated mailing address. | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email with trial cancelation info | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email with trial cancelation info. | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email with trial cancelation info. | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email with trial cancelation info | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.2 | $ 77.00 | CM returned call; confirmed mailing address & asked questions about notice of settlement/trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement and trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | emailed to notify about trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called; notified CM of trial cancelation & notice of settlement in progress, confirmed updated mailing address. | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called; notified CM of trial cancelation & notice of settlement in progress, confirmed updated mailing address. | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | sent email about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called; notified CM of trial cancelation & notice of settlement in progress, confirmed updated mailing address. | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called; notified CM of trial cancelation & notice of settlement in progress, confirmed updated mailing address. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | called; notified CM of trial cancelation & notice of settlement in progress, confirmed updated mailing address. | Class Outreach and Contact |
| 12/23/2025 | Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ 385.00 | 0.1 | $ 38.50 | [REDACT] about notice of settlement & trial cancelation | Class Outreach and Contact |
| 12/23/2025 | Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ 360.00 | 0.3 | $ 108.00 | Reviewing, adding and verifying deadlines into the firm's case management platform, per CEH email re Court Minutes, ECF 179 re P's DL to file Preliminary Approval Motion for Settlement. | Case / Document Administration |
| 12/23/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 2.2 | $ 880.00 | Internal instructive communications regarding trial affirmative class members' update - trial cancellation communications project. | Class Outreach and Contact |
| 12/29/2025 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Received and reviewed emails between DDB and FJW regarding client call. | Class Outreach and Contact |
| 12/30/2025 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ staff re various class outreach questions on settlement | Class Outreach and Contact |
| 12/30/2025 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.7 | $ 280.00 | Internal communications, research and analysis regarding incoming class member emails. Responding to emails with trial updates and details of further communications. | Class Outreach and Contact |
| 01/12/2026 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ 120.00 | Reviewing and researching incoming call messages from class members. Returning calls to provide updates. | Class Outreach and Contact |
| 01/20/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 3.2 | $ 4,320.00 | review/analyze/edit long form settlement agreement; draft additional provisions | Settlement |
| 01/20/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ 1,755.00 | meet w/ Shadie Berenji re settlement edits and preliminary approval process | Settlement |
| 01/20/2026 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.8 | $ 320.00 | Returning incoming call from class member. Providing case status update and confirming contact information in our class list records. | Class Outreach and Contact |
| 01/21/2026 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.5 | $ 200.00 | Returning incoming call from class member. Providing case status update and confirming contact information in our class list records. | Class Outreach and Contact |
| 01/22/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | revise/edit settlement agreement; comm w/ co-counsel re same | Settlement |
| 01/22/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.5 | $ 2,025.00 | draft mtn for preliminary approval, jgk decl, proposed order | Motion for Preliminary Approval |
| 01/23/2026 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.2 | $ 80.00 | Researching class member in class list, returning call regarding case status updates and document receipt. | Class Outreach and Contact |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/26/2026 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.3 | $ 120.00 | Researching class member contact information, providing it to PNC Intake team . | Class Outreach and Contact |
| 01/27/2026 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.2 | $ 80.00 | Returning incoming call from class member. Providing case status update and confirming contact information in our class list records. | Class Outreach and Contact |
| 02/02/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | revise/edit settlement agreement and settlement notices | Settlement |
| 02/02/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | further review/editing of proposed settlement notices | Settlement |
| 02/03/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.4 | $ 1,890.00 | draft motion for preliminary approval | Motion for Preliminary Approval |
| 02/04/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | telecon w/ o-c re settlement drafting/revisions | Settlement |
| 02/04/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | revise/edit settlement agreement and draft notices | Settlement |
| 02/04/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | draft comm to Kroll re settlement administration and bid process | Settlement |
| 02/04/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ Kroll (potential administrator) re settlement outline and settlement administration | Settlement |
| 02/06/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ administrator re questions on settlement and notice procedures | Settlement |
| 02/06/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ JND re costs and updated info to court re same | Settlement |
| 02/09/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | draft mtn for preliminary approval | Motion for Preliminary Approval |
| 02/11/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.7 | $ 2,295.00 | con't drafting mtn for preliminary approval | Motion for Preliminary Approval |
| 02/11/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 3.8 | $ 5,130.00 | draft mtn for preliminary approval | Motion for Preliminary Approval |
| 02/12/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | draft preliminary approval motion | Motion for Preliminary Approval |
| 02/12/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 3.3 | $ 4,455.00 | draft mtn for preliminary approval | Motion for Preliminary Approval |
| 02/13/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 2.1 | $ 2,835.00 | draft mtn for preliminary approval | Motion for Preliminary Approval |
| 02/15/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ 1,755.00 | draft proposed order for preliminary approval | Motion for Preliminary Approval |
| 02/16/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | draft final approval order and final judgment (exhibits to settlement agreement) | Settlement |
| 02/17/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | revise/edit draft orders for preliminary approval, final approval and judgment | Settlement |
| 02/17/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ 540.00 | comm w/ S Berenji re motion for preliminary approval edits, further outreach to settlement administrator, m/c with o-c | Settlement |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/17/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | telecon w/ S Berenji re edits to settlement, edits to mtn for approval, bids for administrator, and related issues | Settlement |
| 02/18/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ o-c re settlement docs / drafting | Comm w Opposing Counsel |
| 02/23/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | revise/edit proposed preliminary and final approval orders and proposed judgment | Motion for Preliminary Approval |
| 02/24/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | review/revise/edit proposed orders for preliminary and final approval; comm w/ o-c re same | Motion for Preliminary Approval |
| 02/24/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | comm w/ administrator re declaration and estimate | Settlement |
| 02/25/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ | 945.00 | comp review of settlement agreement and exhibits; comm w/ o-c re same | Settlement |
| 02/25/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ settlement administrator re preliminary approval mtn; decl in suppot | Motion for Preliminary Approval |
| 03/02/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | telecon w/ S Berenji re preliminary approval motion; edits, condensing | Motion for Preliminary Approval |
| 03/02/2026 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.4 | $ | 160.00 | Returning incoming call from class member. Providing case status update and confirming contact information in our class list records. internal communications regarding same. | Class Outreach and Contact |
| 03/04/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | revise/edit long form settlement notice; draft crp to administrator and o-c re various items for settlement | Settlement |
| 03/04/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | telecon w/ S Berenji re settlement logistics and outstanding items for to-do | Settlement |
| 03/05/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.4 | $ | 540.00 | revise/edit settlement agreement | Settlement |
| 03/05/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ | 405.00 | revise/edit settlement agreement and administrator decl | Settlement |
| 03/09/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ | 675.00 | revise/edit mpa in support of preliminary approval | Motion for Preliminary Approval |
| 03/09/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | review/confirm final settlement for sig | Settlement |
| 03/10/2026 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.2 | $ | 80.00 | Researching incoming calls, referring to attorney for instruction on follow up. Returning call and providing status update. | Class Outreach and Contact |
| 03/11/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | update settlement calulations for pa mtn and comm w/ co-counsel re same | Motion for Preliminary Approval |
| 03/11/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ | 270.00 | comm w/ class members re settlement status and process and timeline | Class Outreach and Contact |
| 03/11/2026 | Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 0.1 | $ | 40.00 | Internal communications regarding case status update to class members. | Class Outreach and Contact |
| 03/13/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.1 | $ | 135.00 | review/confirm pleadings re stip and order on sac | Pleadings and Stipluations |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/16/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ 1,755.00 | review/edit declarations from Huckaby and Berenji re mtn for preliminary approval; including legal research on upward adjustment criteria and review of declarations in Luezinger case | Motion for Preliminary Approval |
| 03/16/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.7 | $ 945.00 | review/edit decls and docs related to mtn for preliminary approval; draft memo to staff re to-do items and coordination re filing | Motion for Preliminary Approval |
| 03/17/2026 | Elijah Buenarte (ESB) | Paralegals / Law Clerks | Paralegal | $ 500.00 | 1.2 | $ 600.00 | Add slipsheets to declaration exhibits and u[pdate Motion cover page for Motion for Preliminary Approval of Class Action. | Motion for Preliminary Approval |
| 03/17/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.7 | $ 2,295.00 | draft my declaration in support of preliminary approval | Motion for Preliminary Approval |
| 03/17/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.6 | $ 810.00 | revise/edit declaration iso preliminary approval | Motion for Preliminary Approval |
| 03/17/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | review/analyze d's proposed changes to mpa on preliminary approval | Motion for Preliminary Approval |
| 03/17/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | comm w/ S Berenji re motion for preliminary approval; to-do items and questions | Motion for Preliminary Approval |
| 03/17/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1 | $ 1,350.00 | revise/edit mpa and decls in support of preliminary approval | Motion for Preliminary Approval |
| 03/18/2026 | Elijah Buenarte (ESB) | Paralegals / Law Clerks | Paralegal | $ 500.00 | 2.6 | $ 1,300.00 | Edit and finalize notice of motion and memorandum of points to motion for preliminary approval of class action and settlement per JGK. | Motion for Preliminary Approval |
| 03/18/2026 | Elijah Buenarte (ESB) | Paralegals / Law Clerks | Paralegal | $ 500.00 | 0.4 | $ 200.00 | Edit and finalize declaration of R Cormio to motion for preliminary approval of class action and settlement per JGK. | Motion for Preliminary Approval |
| 03/18/2026 | Elijah Buenarte (ESB) | Paralegals / Law Clerks | Paralegal | $ 500.00 | 1.1 | $ 550.00 | Edit and finalize Proposed Order to motion for preliminary approval of class action and settlement per JGK. | Motion for Preliminary Approval |
| 03/18/2026 | Elijah Buenarte (ESB) | Paralegals / Law Clerks | Paralegal | $ 500.00 | 1.6 | $ 800.00 | Edit and finalize Declaration of S Berenji to motion for preliminary approval of class action and settlement per JGK. | Motion for Preliminary Approval |
| 03/18/2026 | Elijah Buenarte (ESB) | Paralegals / Law Clerks | Paralegal | $ 500.00 | 0.5 | $ 250.00 | Edit and finalize Declaration of K Huckaby to motion for preliminary approval of class action and settlement per JGK. | Motion for Preliminary Approval |
| 03/18/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.2 | $ 270.00 | revise/edit proposed order iso preliminary approval | Motion for Preliminary Approval |
| 03/18/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 1.3 | $ 1,755.00 | revise/edit motion for preliminary approval MPA and related docs | Motion for Preliminary Approval |
| 03/18/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | review / edit MPA | Motion for Preliminary Approval |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/18/2026 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.4 | $ 220.00 | Reviewed and revised motion for preliminary approval; sent back to ESB for review by JGK. | Motion for Preliminary Approval |
| 03/18/2026 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.2 | $ 110.00 | Reviewed and revised MPA; emailed status to JGK. | Motion for Preliminary Approval |
| 03/18/2026 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Researched Docketbird for previous filings. | Motion for Preliminary Approval |
| 03/18/2026 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Reviewed Judge Wright's procedures for courtesy copies to chambers. | Motion for Preliminary Approval |
| 03/18/2026 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.6 | $ 330.00 | Electronically filed MPA and supporting documents with Court; received and reviewed email from Court confirming filing of Proposed Order via electronically. | Motion for Preliminary Approval |
| 03/19/2026 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.9 | $ 495.00 | Retrieved file stamped copies of MPA and supporting documents; prepared cover page and TOC for binder to Judge; organized and emailed delivery instructions to First Legal for courtesy copies to Judge Wright's chambers. | Motion for Preliminary Approval |
| 03/19/2026 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Conference with JGK regarding courtesy copies to Judge Wright. | Motion for Preliminary Approval |
| 03/19/2026 | Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 0.1 | $ 55.00 | Emailed JGK confirming courtesy copy was delivered to Judge's chambers. | Motion for Preliminary Approval |
| 03/24/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.8 | $ 1,080.00 | draft mtn for attorneys' fees | Motion for Attorneys Fees and Costs |
| 03/24/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.9 | $ 1,215.00 | draft declaration in support of mtn for attorneys fees | Motion for Attorneys Fees and Costs |
| 03/25/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.3 | $ 405.00 | draft proposed order on mtn for attorneys fees | Motion for Attorneys Fees and Costs |
| 03/25/2026 | Joshua Konecky (JGK) | Partners | Partner | $ 1,350.00 | 0.5 | $ 675.00 | draft proposed order mtn for service award | Motion for Service Award |

# EXHIBIT B2

## Billing Detail for Huckaby, Keith v. CRST Expedited, Inc. from Inception to 04/20/2026:

B

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Alexandra Nunez (AXN) | Other | Intake Specialist | $ | 385.00 | 1 | $ | 385.00 | NO CHARGE |
| Alma Suarez (ARS) | Paralegals / Law Clerks | Paralegal | $ | 500.00 | 6 | $ | 3,000.00 | NO CHARGE |
| Amanda Marshall (AXM) | Of Counsel / Associates | Staff Attorney | $ | 750.00 | 14.2 | $ | 10,650.00 | |
| Benita Harris (BHH) | Paralegals / Law Clerks | Docketing Specialist | $ | 275.00 | 4.1 | $ | 1,127.50 | NO CHARGE |
| Brendan Kelly (BFK) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 185.9 | $ | 120,835.00 | |
| Brianda Rodriguez (BCR) | Paralegals / Law Clerks | Outreach Specialist | $ | 350.00 | 0.2 | $ | 70.00 | NO CHARGE |
| Christopher Craig (CXC) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 769 | $ | 499,850.00 | |
| Edwin Amaya (EAA) | Paralegals / Law Clerks | Case Assistant | $ | 275.00 | 3.8 | $ | 1,045.00 | NO CHARGE |
| Frank White, Jr. (FJW) | Of Counsel / Associates | Associate | $ | 900.00 | 44.4 | $ | 39,960.00 | |
| James Dion (JMD) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 529.1 | $ | 343,915.00 | |
| James Maher, Jr (JAM) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 379.3 | $ | 246,545.00 | |
| Jason Hoggard (JTH) | Of Counsel / Associates | Staff Attorney | $ | 650.00 | 150.7 | $ | 97,955.00 | |
| Jolonda Greene (JTG) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ | 400.00 | 209.3 | $ | 83,720.00 | |
| Joshua Konecky (JGK) | Partners | Partner | $ | 1,350.00 | 680.3 | $ | 918,405.00 | |
| Justin Proctor (JMP) | Of Counsel / Associates | Staff Attorney | $ | 825.00 | 122.2 | $ | 100,815.00 | |
| Katherine Kussler (KGK) | Paralegals / Law Clerks | Outreach Specialist | $ | 385.00 | 29.7 | $ | 11,434.50 | |
| Kelle Winter (KJW) | Paralegals / Law Clerks | Office Manager/Paralegal | $ | 550.00 | 67.4 | $ | 37,070.00 | |
| Lourdes Castro (LEC) | Paralegals / Law Clerks | Jr. Paralegal | $ | 500.00 | 11 | $ | 5,500.00 | |
| Maria Alvarez (MTA) | Paralegals / Law Clerks | Legal Assistant | $ | 385.00 | 4.9 | $ | 1,886.50 | NO CHARGE |
| Martha Lara (MLL) | Paralegals / Law Clerks | Paralegal | $ | 450.00 | 10.9 | $ | 4,905.00 | |
| Michael Garcia (MEG) | Paralegals / Law Clerks | Docketing Specialist | $ | 360.00 | 29.9 | $ | 10,764.00 | |
| Moises Jrade (MXJ) | Of Counsel / Associates | Staff Attorney | $ | 1,150.00 | 5.7 | $ | 6,555.00 | NO CHARGE |
| Nathan Piller (NBP) | Partners | Partner | $ | 1,200.00 | 764 | $ | 916,800.00 | |
| Nicholas Thompson (NJT) | Of Counsel / Associates | Staff Attorney | $ | 1,150.00 | 0.5 | $ | 575.00 | NO CHARGE |
| Pranav Garigipati (SWA) | Clerical Staff | Case Assistant | $ | 440.00 | 43.4 | $ | 19,096.00 | |
| Ryan Bonner (RAB) | Of Counsel / Associates | Associate / E-discovery Manager | $ | 950.00 | 44.3 | $ | 42,085.00 | |
| Sarah McCracken (SAM) | Of Counsel / Associates | Associate | $ | 775.00 | 20 | $ | 15,500.00 | |
| Sarah Supple (SQP) | Paralegals / Law Clerks | Case Manager | $ | 550.00 | 6.1 | $ | 3,355.00 | NO CHARGE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Talal Al-Hindi (TRA) | Paralegals / Law Clerks | Outreach Specialist (Law Clerk) | $ 400.00 | 113.3 | $ | 45,320.00 | |
| Thomas Barnett (TRB) | Paralegals / Law Clerks | Outreach Supervisor | $ 400.00 | 221.1 | $ | 88,440.00 | |
| Tyler Smith (TBS) | Paralegals / Law Clerks | Office Manager/Paralegal | $ 550.00 | 5.5 | $ | 3,025.00 | NO CHARGE |
| William Nervis (WCN) | Paralegals / Law Clerks | Paralegal | $ 500.00 | 0.7 | $ | 350.00 | NO CHARGE |

| | | | | |
|---|---|---|---|---|
| **Summary of Deductions** | | | | |
| Write-Offs (full) | | 203.2 | $ | 147,165.00 |
| Write-off (time reduced) | | 15.9 | $ | 17,085.00 |
| Total of billers with ≤ 10hrs | | 38.50 | $ | 21,374.00 |
| **Total Deductions** | | **257.60** | **$** | **185,624.00** |
| **Totals after individualized deductions and write-offs:** | | **Total Hours** | | **Total Lodestar** |
| | | 4,439.40 | $ | 3,659,564.50 |
| **Blended rate** | **$ 824.34** | | | |

# EXHIBIT C

KeyCite Blue-Striped Flag
Appeal Filed by Griffin, et al. v. City of Los Angeles, 9th Cir., July 13, 2026

2026 WL 1747212
Only the Westlaw citation is currently available.
United States District Court, C.D. California.

Judy GRIFFIN et al.
v.
CITY OF LOS ANGELES

Case No. 2:24-cv-06312-RGK-MAR
|
Filed June 11, 2026

**Attorneys and Law Firms**

Joseph Remigio, Deputy Clerk, Attorneys Present for Plaintiff: Not Present

Not Reported, Court Reporter / Recorder, N/A, Tape No., Attorneys Present for Defendant: Not Present

Andrew Paul Lee, Christian S. Giannini, Ginger Lee Grimes, Linda M. Dardarian, Dardarian Ho Kan and Lee, Oakland, CA, Scott Lewis Gordon, Guy B. Wallace, Jennifer Uhrowczik Bybee, Mark Thomas Johnson, Travis C. Close, Schneider Wallace Cottrell Kim LLP, Emeryville, CA, Amelia Evard, Jameelah Najieb, Disability Rights Advocates, Berkeley, CA, Paula Pearlman, Law Office of Paula Pearlman, Los Angeles, CA, for Judy Griffin, Olivia Almalel, R. S., Communities Actively Living Independent and Free.

Elizabeth M. Pappy, Daphne M. Anneet, Edith S. Shea, Burke, Williams & Sorensen, Los Angeles, CA, Evan Louis Miller, Martorell Law APC, Los Angeles, CA, Gabriel Seth Dermer, Los Angeles City Attorney, Los Angeles, CA, for City of Los Angeles.

**Proceedings: (IN CHAMBERS) Order Re: Plaintiffs' Motion for Attorney Fees [196]**

R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

## I. INTRODUCTION AND BACKGROUND[1]

***1** On July 26, 2024, Judy Griffin, Olivia Almalel, Communities Actively Living Independent and Free ("CALIF"), and R.S., by and through her guardian ad litem, Matthew Struski (collectively, "Plaintiffs") filed a class action Complaint for declaratory and injunctive relief against the City of Los Angeles ("Defendant") on behalf of similarly situated persons with mobility disabilities (the "Class"). (ECF No. 1.) Plaintiffs allege Defendant systemically failed to ensure its newly constructed and renovated public parks and park facilities are readily accessible to persons with mobility disabilities, and assert that Defendant's allegedly deficient policies, procedures, and practices violated Title II of the Americans with Disabilities Act of 1990 ("ADA"); Section 504 of the Rehabilitation Act of 1973 ("Section 504"): and the California Disabled Persons Action, California Government Code § 11135 ("Section 11135").

For approximately one year, the parties engaged in discovery; requesting and producing documents, engaging in motion practice concerning discovery disputes, taking depositions, and retaining experts. Additionally, the parties prepared for trial, which included filing several competing motions hr limine.

In October 2025, the Court presided over a three-day bench trial. On November 20, 2025, the Court issued its final findings of fact and conclusions of law and entered judgment in favor of Plaintiffs. (ECF No. 179.) On January 13, 2026, the Court issued injunctive relief, ordering Defendant to (1) remediate the barriers in eight park facilities;[2] (2) adopt, implement, and enforce a formal written policy requiring violations of Title 24 of the California Building Code ("CBC") be collected within 90 days of discovery; and (3) prominently post at public entrances of all parks signage informing visitors on how to lodge a complaint or otherwise advise Defendant of accessibility issues in the parks and park facilities. (ECF No. 190.)

Unable to come to an agreement with Defendant regarding attorneys' fees, Plaintiffs filed the present Motion for Attorney Fees. (ECF No. 196.) In their Reply, Plaintiffs seek attorneys' fees and costs in the amount of $10,796,413.70 and recoverable costs in the amount of $1,339,293.67.[3] For the following reasons, the Court **GRANTS in part** Plaintiff's Motion.

 © 2026 Thomson Reuters. No claim to original U.S. Government Works. 

## II. JUDICIAL STANDARD

***2** A prevailing party ordinarily may not collect attorneys' fees from the losing party. *Alyeska Pipeline Serv. Co. v. Wilderness Soc'y*, 421 U.S. 240, 247 (1975). However, exceptions to that general rule exist where a statute or other rule allows such collection. *Id.* at 257.

For example, prevailing parties in cases brought pursuant to the ADA and Section 504 are entitled to their attorneys' fees, expenses, and costs. *See* 42 U.S.C. § 12205 ("In any action ... commenced pursuant to this chapter, the court ... in its discretion, may allow the prevailing party ... a reasonable attorney's fee, including litigation expenses, and costs."); 29 U.S.C. § 794a(b) ("In any action or proceeding to enforce or charge a violation of a provision of this subchapter, the court, in its discretion, may allow the prevailing party ... a reasonable attorney's fee as part of the costs."). Similarly, under California law, prevailing plaintiffs in cases under Section 11135 who enforce an important right affecting the public interest are also entitled to recover attorneys' fees. *See* Cal. Civ. Proc. Code § 1021.5 ("[A] court may award attorneys' fees to a successful party against one or more opposing parties in any action which has resulted in the enforcement of an important right affecting the public interest ....").

In the Ninth Circuit and California state courts, courts calculate an award of attorneys' fees by calculating the "lodestar." *See Caudle v. Bristow Optical Co. Inc.*, 224 F.3d 1014, 1028 (9th Cir. 2000); *see also Nw. Energetic Servs., LLC v. California Franchise Tax Bd.*, 159 Cal. App. 4th 841, 879 (2008), *as modified on denial of reh'g* (Mar. 3, 2008) (applying lodestar analysis in reviewing an attorneys' fee award under Section 1021.5). The "lodestar" amount is calculated by multiplying the number of hours the prevailing party reasonably expended on the litigation by a reasonable hourly rate. *Caudle*, 224 F.3d at 1028.

## III. DISCUSSION

Plaintiffs argue that because they prevailed on their claims under the ADA, Section 504, and Section 11135 and this action enforced an important right affecting the public interest, as is required under Section 1021.5, Plaintiffs are entitled to a fully compensatory fee and cost award. The requested attorneys' fees include the billed work from the four law firms representing Plaintiffs: Dardarian Ho Kan & Lee ("DHKL"), Disability Rights Advocates ("DRA"), Schneider Wallace Cottrell Kim. LLP ("SWCK"), and the Law Office of Paula Pearlman ("LOPP") (collectively, "Class Counsel").

As mentioned above, Plaintiffs contend in the Reply that they seek attorneys' fees and costs in the amount of $10,796,413.70 and costs in the amount of $1,339,293.67. However, notably to the Court, the declaration for which the Reply cites to does not support the attorneys' fee amount requested. (*See* A. Lee Reply Decl. ¶ 3, Reply, ECF No. 230-1 (noting the total lodestar, with the requested 1.2x multiplier, amounts to $10,786,413.70.) The Court understands that this could simply be an inadvertent typo, however, Plaintiffs fail to provide the backup for these summarized numbers to confirm. (*See id.* (failing to cite to the source information underlying the summary chart.) Moreover, after carefully reviewing each firm's supporting declarations, the Court finds that the hours and lodestar each firm declared do not match Plaintiffs' requested, and presumably consolidated, attorneys' fee amount summarized in the Reply or Mr. Lee's Reply Declaration.

***3** Accordingly, for reasonable accuracy and avoidance of error, the Court proceeds by considering the amounts each firm requested in their supporting declarations, broken down as follows:

| **Firm** | **Total Hours Requested** | **Total Lodestar Requested** | |
|---|---|---|---|
| DHKL[4] | 3,565.4 | $3,094,487.50 | |
| SWCK[5] | 3,817.3 | $4,070,485.00 | |
| DRA[6] | 1,962.5 | $1,334,454.50 | |

 © 2026 Thomson Reuters. No claim to original U.S. Government Works. 

| | | | |
|---|---|---|---|
| LOPP[7] | 495 | $668,250.00 | |
| **Total:** | **9,840.2** | **$9,167,677.00** | |

Accordingly, the Court construes the declarations to support a request for attorneys' fees in the amount of $9,167,677 with a multiplier of 1.2.
As referenced above, the total requested hours include reductions Plaintiffs affirmatively made in the Motion and withdrew in the Reply. More specifically, in the Motion, Plaintiffs assert they applied a voluntary reduction to their pre-judgment lodestar in the amount of $65,100, calculated by multiplying 70 hours by a purported blended rate of $930 per hour. (Mot. at 9.) This reduction includes 10 hours of time attributed to drafting the Complaint and 60 hours of trial attendance time.

In the Reply and in response to Defendant's Opposition, each Class Counsel withdrew additional hours, as broken out by firm below:

| Firm | Withdrawn Hours | Resulting Lodestar Reduction | |
|---|---|---|---|
| DHKL[8] | 8.7 | $6,652.50 | |
| SWCH[9] | 112.0 | $102,687.50 | |
| DRA[10] | 63.3 | $39,887.50 | |
| LOPP[11] | 11.3 | $15,255.00 | |
| **Total:** | **195.3** | **$164,482.50** | |

Defendant does not dispute Plaintiffs are the prevailing party or that this case satisfies the requirements of Section 1021.5.[12] Instead, Defendant argues Plaintiffs should not be awarded fees, or the requested fees should at least be significantly reduced, because the request is unreasonable and excessive. Additionally, Defendant argues Plaintiffs are not entitled to the requested costs and should be accordingly reduced and denied. The Court addresses each argument below.

## A. Attorneys' Fees

### 1. *Hourly Rates*

A plaintiff must submit sufficient evidence demonstrating that the requested rates are comparable to those in the relevant community for similar services. *Andrews v. Equinox Holdings, Inc.*, 570 F. Supp. 3d 803, 808 (N.D. Cal. 2021). The relevant community is the district in which the corut sits. *In re Toys "R" Us-Del., Inc. – Fair and Accurate Credit Transaction Act (FACTA) Litig.*, 259

 © 2026 Thomson Reuters. No claim to original U.S. Government Works. 

F.R.D. 438, 463 (C.D. Cal. 2014). If a party does not meet its demonstrative burden for the requested hourly rates, the court may use its discretion to determine reasonable hourly rates "based on its experience and knowledge of prevailing rates in the community." *Id.* "Affidavits of the plaintiffs' attorney and other attorneys regarding prevailing fees in the community, and rate determinations in other cases, particularly those setting a rate for the plaintiffs' attorney, are satisfactory evidence of the prevailing market rate." *United Steelworkers of Am. v. Phelps Dodge Corp.*, 896 F.2d 403, 407 (9th Cir. 1990)

***4** Plaintiffs request a fee award based on the following rates of Class Counsel:

| Name | Position | Graduation Year or Years of Experience | Hourly Rate |
|---|---|---|---|
| | **DHKL** | | |
| Linda M. Dardarian | Senior Partner | 1987 | $1,275 |
| Andrew P. Lee | Partner | 2006 | $1,125 |
| Ginger L. Grimes | Partner | 2015 | $900 |
| Christian Giannini | Associate (post-bar admission) | 2024 | $550 |
| Christian Giannini | Law Clerk (pre-bar admission) | 2024 | $475 |
| Scott Grimes | Senior Paralegal | 36 years | $475 |
| Damon Valdez | Paralegal | 35 years | $425 |
| Gouri Chakraborty | Entry-level Paralegal | 4 years | $375 |
| Sophia Kaufmann | Entry-level Paralegal | 1.5 years | $375 |
| | **DRA** | | |
| Jinny Kim | Supervising Attorney | 1999 | $1,005 |
| Scott Gordon | Senior Staff Attorney | 2010 | $665 |
| Amelia Evard | Staff Attorney | 2021 | $520 |
| Jameelah Najieb | Staff Attorney | 2022 | $490 |
| Amy Ollove | Paralegal | 3-4 years | $280 |
| | **SWCK** | | |
| Guy B. Wallace | Senior Partner | 1993 | $1,350 |
| Mark T. Johnson | Counsel | 1977 | $1,150 |
| Jennifer Bybee | Senior Associate | 2009 | $925 |
| Travis Close | Senior Associate | 2015 | $850 |
| Rachel Steyer | Associate | 2019 | $750 |
| | **LOPP** | | |
| Paula Pearlman | Principal Attorney | 1982 | $1,350 |

Plaintiffs contend the blended rate is $930 per hour. To support these figures, Plaintiffs provide the qualifications of the four Class Counsel firms along with descriptions of the categories of work for which they seek fees and costs. (*See generally* L. Dardarian Decl., Mot., ECF No. 196-3; Wallace Decl.; S. Parks Decl., Mot., ECF No. 196-28; P. Pearlman Decl., Mot., ECF No. 196-39.) Class Counsel submitted detailed declarations setting forth the experience and education of the billing attorneys and legal staff, the work each biller performed in this litigation, and examples of other state and federal courts approving their hourly rates. Additionally, Plaintiffs submitted a supporting declaration from attorney-fee expert Richard Pearl, in which he opined Class Counsel's hourly rates are well within the range of hourly rate at which the Los Angeles area legal marketplace would compensate them for similar services accomplishing similar results as what was achieved in this case. Plaintiffs also submitted declarations from two other California attorneys similarly opining on the reasonableness of Class Counsel's rates.

In opposition, Defendant argues Class Counsel's rates are unreasonable. Defendant bases its argument primarily on attorney-fee expert Kim Karelis' declaration. After reviewing Class Counsel's rates, Wolter Kluwer's *Real Rate Report* ("Real Rate Report"), and various Ninth Circuit and district court decisions, Karelis opines the rates should be set between $875 per hour for experienced partners and $140 per hour for legal staff work.

The parties do not dispute, and the Court agrees, that courts regularly consider data from the Real Rate Report to determine a reasonable hourly rate. *See, e.g., Pritchett v. Slauson Gas Station, LLC*, 2022 WL 319989, at *2 (C.D. Cal. Jan. 10, 2022) ("[T]his Court and others regularly consult the Real Rate Report ... when awarding attorneys' fees because it is based on actual legal billing, matter information, and paid and processed invoices from a wide range of companies."). The 2025 Real Rate Report provides the following rates for litigation attorneys in the Los Angeles area:

| Role | First Quartile | Median | Third Quartile |
|---|---|---|---|
| Partner | $519 | $875 | $1,334 |
| Associate | $461 | $700 | $1,041 |

(Wolter Kluwer's 2025 *Real Rate Report* at 20, Ex 4, K. Karelis Decl., Opp'n, ECF No. 225.) Notably, Plaintiffs' requested blended rate, $930 per hour, is lower than the listed third quartile rates for both partners and associates. Defendant relies on Karelis' argument that the median rates for partners and associates "are the most reasonable in light of the totality of the circumstances of this litigation," and that only one partner from each of the four firms should be included as necessary. (Karelis Decl. at ¶ 36.) Karelis does not dispute Class Counsel's experience or expertise but rather contends that this matter was a straightforward dispute regarding accessibility and did not involve complex issues justifying third quartile rates. Instead, Karelis argues that because Class Counsel's firms are each composed of less than fifty attorneys, the nationwide reported rates for firms of that size range support applying the median rates listed above. The Court disagrees.

First, as the Court has discussed in detail in prior orders, this class action involved multiple federal and state accessibility disputes across numerous parks facilities and sites and allegations concerning systemic policy, procedure, and practice issues. While the underlying accessibility issues may not be novel, the breadth of the disputed issues and inherent challenges in proving complex systemic issues do not support the contention that this action was straightforward. Second, neither Defendant nor Karelis explain why an across-the-board hourly rate for partners and associates with varying levels of experience is reasonable. *See Camacho v. Bridgeport Fin., Inc.*, 523 F.3d 973, 980 (9th Cir. 2008) (vacating fee award for which a district court did not indicate why a single hourly rate was reasonable for three attorneys with varying experience). Third, the Ninth Circuit has already rejected the contention that attorneys' fee rates should be reduced simply because of the firm's size. *See LA Int'l Corp. v. Prestige Brands Holdings, Inc.*, 168 F.4th 608, 626 (9th Cir. 2026) ("A firm's small size should not automatically result in its attorneys receiving a reduced hourly rate. A firm's size does not directly bear on the factors we must consider when awarding fees—the lawyers' skill, experience, and reputation.").

Finally, Defendant and Karelis fail to engage meaningfully with the probative evidence Plaintiffs submitted in support of the requested rates. "[A]ffidavits of the plaintiffs' attorneys and other attorneys regarding prevailing fees in the community, and rate determinations in other cases are satisfactory evidence of the prevailing market rate." *Camacho*, 523 F.3d at 980 (internal quotation marks omitted). As outlined above, Plaintiffs submitted exactly that type of evidence, which provide detailed support for finding that the requested rates are reasonable.[13] Additionally, Plaintiffs cite prior court orders expressly approving Class Counsel's rates in similar civil rights and disability access cases. *See, e.g.*, *Curran v. City of Oakland*, 2025 WL 3485360, at *7 (N.D. Cal. Dec. 4, 2025) (approving DHKL, SWCK, and DRA's 2025 billing rates in a disability rights class action). Moreover, Plaintiffs cite prior cases within this District approving hourly rates of up to $1,700 per hour in class action cases and $1,500 per hour in single-plaintiff civil rights cases. (*See* Mot. at 11–12 (collecting cases)); *see, e.g.*, *C.B. v. Moreno Valley Unified Sch. Dist.*, 2025 WL 3040876, at *8 (C.D. Cal. Oct. 3, 2025) (approving hourly rate of $1,550 for partner and $325 per hour for skilled paralegals in a single-plaintiff civil rights case); *In re Loandepot Data Breach Litig.*, 2025 WL 2633063, at *5 (C.D. Cal. Aug. 25, 2025) (approving hourly rate range up to $1,700 per hour for attorney work in a class action).

***6** Accordingly, based on the extensive evidence submitted, the Courts finds that the Class Counsel's requested hourly rates are reasonable, and approves the hourly rate outlined in the chart above.[14]

2. *Hours Billed*

Prevailing plaintiffs should be awarded fees that cover "every item of service which, at the time rendered, would have been undertaken by a reasonably prudent lawyer to advance or protect his client's interest." *Armstrong v. Davis*, 318 F.3d 965, 971 (9th Cir. 2003). "The fee applicant bears the burden of documenting the appropriate hours expended in litigation and must submit evidence in support of those hours worked." *Gates v. Deukmejian*, 987 F.2d 1392, 1397 (9th Cir. 1992). "Verified attorney time records are presumptively correct." *Ortega v. BMW of N. Am., LLC*, 2019 WL 6792798, at *3 (C.D. Cal. Oct. 24, 2019).

As discussed above, Plaintiffs seek to recover 9,840.2 hours, arguing those billed hours were reasonably expended in litigating this action.[15] Plaintiffs submit Class Counsel's billing records and declarations for support.

Defendant argues the total hours billed are unreasonable on six grounds. Specifically, Defendant challenges the requested hours expended because the hours (1) include administrative work; (2) are consolidated into block billing; (3) are vaguely described; (4) include duplicative work, like conferencing among Class Counsel; (5) were excessively billed; and (6) include discovery for parks that were not presented at trial. The Court addresses each challenge in turn.

a. *Administrative Work*

First, Defendant argues that Plaintiffs unreasonably billed hours expended on administrative tasks. Defendant includes an exhibit setting forth all challenged administrative time entries, amounting to 56.1 hours. (Karelis Decl., ¶ 58, Ex. 6A.) "When clerical tasks are billed at hourly rates, the court should reduce the hours requested to account for the billing errors." *Nadarajah v. Holder*, 569 F.3d 906, 921 (9th Cir. 2009). "Non-billable clerical and administrative tasks may include basic procedural research, formatting and filing documents, calendaring matters, setting up databases for document control, or arranging conference calls." *Williams v. Los*

*Angeles Sheriff's Dep't*, 2020 WL 8461695, at *6 (C.D. Cal. Dec. 16, 2020).

Although Plaintiffs dispute that Defendant properly characterized these challenged entries, Class Counsel agree to withdraw 17.2 of those challenged hours. Class Counsel challenges the remaining flagged entries, arguing the remaining billed hours relate to travel that was necessary for trial as those billing attorneys had significant trial responsibilities. In this District, "it is the custom ... to award attorneys' fees for reasonable travel time." *Bea-Mone v. Silverstein*, 2019 WL 762676, at *3 (C.D. Cal. Feb. 20, 2019). Accordingly, since Plaintiffs have demonstrated the attorneys billing for travel to the trial had active trial responsibilities, the Court finds these hours are reasonable and declines applying further reductions.

b. *Block Billing*

***7** Next, Defendant strikes issue with numerous billing entries it characterizes as block billing, requesting the Court apply a 30% reduction. Class Counsel objects to most of the challenged entries, arguing those entries clearly describe what work was performed. Class Counsel contends that most of the entries at issue describe tasks that are inherently interrelated and difficult to track separately, like analyzing, researching, and editing related parts of the same task. After re-reviewing its billing entries and out of an avoidance of doubt, SWCK agreed to withdraw 51 hours for a lodestar amount of $54,617,50.

Courts can reduce block billed time if the Court has difficulty determining from the entries whether the billed time was spent reasonably. *See* *Welch v. Metro. Life Ins. Co.*, 480 F.3d 942, 948 (9th Cir. 2007). After reviewing the challenged entries, the Court agrees with Plaintiffs. The challenged entries primarily describe different components of the same task. More importantly, those descriptions are sufficient to allow the Court to determine if the hours expended were reasonable. For example, for the task category "Trial Preparation and Attendance," a DHKL attorney billed 0.8 hours to, "Draft evidence outline for our maintenance claim at trial & analyze necessary elements needing to be proved." (*See* Ex. 6B at 16, Karelis Decl.) Indeed, drafting an outline of a claim and analyzing the elements needed to prove that claim go hand in hand to achieve the task. Also, for the task category "Expert Work," a DRA attorney billed 2.1 hours to "Research and draft email memo re attorney-client privilege issues and communications w/ represented parties issues that may be involved in onsite communications by experts w/ RAP staff." (*Id.* at 18.) Although this task includes several components, describing them together is understandable and potentially complicated for the attorney to discretely track.

Accordingly, since it is debatable whether these entries truly qualify as block billing and the Court can reasonably understand the entries, the Court declines to apply the requested reduction. *See* *Kittok v. Leslie's Poolmart, Inc.*, 687 F. Supp. 2d 953, 963 (C.D. Cal. 2009) ("It is debatable whether the challenged entries truly qualify as block billing. While they all include several tasks, they are extremely specific and include discrete tasks, and do not raise any concerns about how the time was spent.").

c. *Vague Descriptions*

Third, Defendant argues that multiple billing entries are vague, including insufficient detail. In total, Defendant challenges 427.9 hours, amounting to $332,595.50, as vague. Consequentially, Defendant requests a 50% reduction of that requested fee amount. Plaintiffs disagree with this challenge, arguing that Defendant broadly characterizes the entries as vague whereas, in reality, the entries are sufficiently specific and detailed and many of the entries clearly relate to other billed tasks separately entered on the same or preceding and following days. Notwithstanding Plaintiffs' opposition to Defendant's challenges, some Class Counsel firms agreed to withdraw several of the challenged entries: DRA agreed to withdraw 36.9 hours, amounting to a reduction of $24,985; SWCK agreed to withdraw 37.9 hours, amounting to a reduction of $28,505; and LOPP agreed to withdraw approximately 1 hour, amounting to a reduction of $875. In total, these withdrawn hours approximately amount to a 16% reduction of the challenged fee.

Defendant challenges time entries containing generic words like "prepare," "plan," "review," and "strategy." (*See generally* Ex. 6C, Karelis Decl.) Notably, "counsel ... is not required to record in great detail how each minute of his time was expended" in order to support a fee award, as long as counsel "identif[ies] the general subject matter of his time expenditures." *Trs. of Directors Guild of Am.-Producer Pension Benefits Plans v. Tise*, 234 F.3d 415, 427 (9th Cir. 2000) (quoting *Hensley v. Eckherhart*, 461 U.S. 424, 437 n. 12 (1983)). Here, the billing records are sufficiently detailed to meet this standard, "as they specify the time spent down to the tenth of an hour and provide descriptions of the services that were performed." *Patagonia, Inc. v. 184 Chrons. LLC*, 2023 WL 5505805, at *2 (C.D. Cal. July 11, 2023). Thus, the Court finds the

outstanding "vague" challenged entries to be reasonable.

d. *Duplicative Work and Internal Conferences*

***8** Next, Defendant argues a significant amount of billed time was duplicative, evident given that Plaintiffs requested the fees for eighteen billers from four different firms performing similar tasks. Most of the challenged billing entries relate to conferences, site visits, depositions, and trial. Plaintiffs contend that given the scope and complexity of this action, multiple attorneys were required to work on similar workstreams and tasks, like motions and preparing for trial. Plaintiffs also argue that Defendant fails to address how Plaintiffs' initial voluntary fee reductions do not reasonably compensate for the purportedly duplicative work. Plaintiffs voluntarily reduced the hours requested for trial and meet and conference attendance and only seek compensation for the time of two billers per firm in conferences, even though further attorneys and legal staff participated. Moreover, in their Reply, Plaintiffs agree to further reduce the hours requested for the challenged entries by approximately 76.5 hours, amounting to $53,691.

The Court is not convinced that the outstanding entries are unreasonably duplicative. Given that attorneys on the same case need to communicate with each other, "[o]ne certainly expects some degree of duplication as an inherent part of the [litigation] process." *Moreno v. City of Sacramento*, 534 F.3d 1106, 1112 (9th Cir. 2008). Additionally, courts in this District have determined it is reasonable to have multiple attorneys perform one task. *See, e.g., DCR Mktg. Inc. v. U.S. All. Grp., Inc.*, 2023 WL 3149277, at *2 (C.D. Cal. Mar. 9, 2023) ("[M]ultiple attorneys working on the same task is not inherently inappropriate."). This determination is particularly relevant to class action litigation, which the Ninth Circuit has already recognized as often "require[ing] the participation of multiple attorneys." *Davis v. City & Cnty. of San Francisco*, 976 F.2d 1536, 1544 (9th Cir. 1992), *opinion vacated in part on denial of reh'g*, 984 F.2d 345 (9th Cir. 1993). Furthermore, the Court will not "impose its own judgment regarding the best way to operate a law firm, nor to determine if different staffing decisions might have led to different fee requests." *Moreno*, 534 F.3d at 1115.

Indeed, the voluntary reductions Plaintiffs have already made appear to be reasonable as the updated fee request allows for compensation for class litigation requiring multiple attorneys while also dampening the effects of certain duplicative tasks. For example, conferences between attorneys are necessary to promote efficiency and avoid duplicative workstreams. Thus, requesting fees for conferences for only two billers per firm, even though multiple attorneys participated, allows Class Counsel to be reasonably, and not overly, compensated for work coordination.

As for Defendant's challenges to the time entries regarding site visits, depositions, and trial, the Court is unconvinced the hours expended are unreasonable. For the site visits, Defendant contends attorney work should be excluded because only Plaintiffs' retained experts should perform that work. However, Defendant fails to acknowledge that attorneys have a duty to verify their clients' claims, and thus seeking compensation for a single attorney's site visits is reasonable. *See* Fed. R. Civ. P. 11(b) (requiring attorneys certify representations were formed after a reasonable inquiry). For depositions, the Court agrees with Plaintiffs that two attorneys attending depositions are commonplace and accepted in the Ninth Circuit. *See Kelly v. Wengler*, 822 F.3d 1085, 1105 (9th Cir. 2016) (affirming district court awarding a plaintiff attorneys' fees for two attorneys attending depositions). Finally, for trial, Defendant's primary argument is that while Defendant was represented by only three attorneys, Plaintiffs were represented by far more. However, this argument "ignores the crucial differences between prosecuting and defending a case." *Arroyo v. Svela*, 2012 WL 3308427, at *2 (C.D. Cal. Aug. 13, 2012). Moreover, Plaintiffs have provided sufficient justification as to how each of the eight attorneys that attended trial had active trial responsibilities. Accordingly, the Court finds the challenged fees to be reasonable and declines to apply additional reductions.

e. *Excessively Billed Time*

***9** Next, Defendant argues that the amount of time that Plaintiff spent litigating this case was excessive given Class Counsel's experience and expertise. More specifically, Defendant argues Plaintiffs excessively billed 76 hours for researching and preparing the Complaint, more than 11 hours per day for a single attorney, and 21.2 hours for the unopposed motion for class certification. Accordingly, Defendant requests a 40% reduction of these challenged entries. Plaintiff disagrees, arguing the hours billed were justified by the scope and complexity of the case, the discovery disputes between the parties, and the 70-hour reduction Plaintiffs already voluntarily made to their fee request for drafting the Complaint and for trial. However, upon further review of the challenged billing entries, Class Counsel agree to

withdraw an additional 6.2 hours, amounting to $4,650.

As mentioned above, Class Counsel's "[v]erified attorney time records are presumptively correct." *See* Ortega, 2019 WL 6792798 at *3. Defendant fails to convince the Court that the challenged entries are excessive.

Defendant cites to only one case to support its "excessive" argument. Instead, Defendant primarily makes various conclusions, like how billing 76 hours to draft the Complaint "is ridiculous." (Opp'n at 13.) However, courts have specifically recognized that billing more than 70 hours when drafting a class action complaint is not excessive. *See Charlebois v. Angels Baseball LP*, 993 F. Supp. 2d 1109, 1124 (C.D. Cal. 2012) (declining to reduce the 78 horns billed for drafting the complaint as excessive). Accordingly, the Court adopts the same position here.[16] Moreover, the only case Defendant cites to for support is *In re Maruko Inc.*, in which the bankruptcy court observed how it "previously disallowed horns billed in excess of 9.0 horns in any one day" because of their questionable nature. 160 B.R. 633, 640 (Bankr. S.D. Cal. 1993). While in some cases that may be true, the Court is unpersuaded that same draconian suspicion must apply here. Given that this case is a class action involving site inspections, numerous experts and witnesses, multiple discovery disputes, and a multi-day court trial, the Corut finds that the challenged entries are reasonable and not excessive. *See Burgess v. Premier Corp.*, 727 F.2d 826, 841 (9th Cir. 1984) ("[A]lthough [defendants] had the right to play hardball in contesting [a plaintiff s] claims, it is also appropriate that [defendants] bear the cost of their obstructionist strategy.").

f. *Work Related to 500+ Parks*

Finally, Defendant challenges the entire fee request, contending numerous horns expended were "wasted" on discovery for over 500 parks given that Plaintiffs should have known their Complaint limited the scope of discovery to the thirteen parks identified. (Opp'n at 14.) Defendant contends that Class Counsel only needed to present three pieces of information for trial to prove barriers–when the renovation took place or when the park was built, the scope of renovation, and the current condition–arid thus discovery of further parks was unnecessary and excessive. Defendant argues this stance is further supported by this Court's prior order excluding evidence of parks not identified in the Complaint at trial. (*See* Older Final Pretrial Conference, ECF No. 150.) Accordingly, Defendant requests the Court reduce the fee award by 75% given what was evidentiarily necessary for trial.

Plaintiffs concede that they inspected and engaged in discovery for 75 parks out of Defendant's 559 sites. However, Plaintiffs contend this number was reasonable and supported by applicable law. Indeed, in *Kirola v. City and County of San Francisco*, plaintiffs suing the City and County of San Francisco for similar barriers at issue here were allowed to inspect 78 additional sites because those inspections "may shed light on whether injunctive relief might be warranted." 2010 WL 373817, at *2 (N.D. Cal. Jan. 29, 2010). Moreover, this proposition has also been supported in this case by Magistrate Judge Rocconi, who noted how "the Ninth Circuit has indicated that historical lion-compliant policies could go toward establishing an entitlement to and the proper scope of future injunctive relief." (Order Mot. Compel at 9, ECF No. 72 (citing *Armstrong*, 275 F.3d at 861).) Magistrate Judge Rocconi also recognized that given the allegations of systemic policy and practice deficiencies in the Complaint, documents related to the historical design of facilities were relevant and thus the corresponding request for production was not disproportionately burdensome. (*See* Order Mot. Compel at 7–8, ECF No. 101.)

***10** Here, the Court agrees with Plaintiffs and declines to find the hours expended on discovery for park facilities not named in the Complaint as unreasonable. Plaintiffs allege that Defendant had a systemwide practice that resulted in barriers at its parks. Logically, Plaintiffs would need to inspect a sample of those parks to help support this allegation, and legal precedent indicates inspection of 75 parks was not excessive. *See, e.g., Kirola*, 2010 WL 373817 at *2. As Defendant recognized, courts in this Circuit have found that "the case law does not instinct that there is any minimum number of violations necessary to justify systemwide relief." (Opp'n at 14 (quoting *Kirola v. City & Cnty. of San Francisco*, 2025 WL 2780793, at *5 (N.D. Cal. Sept. 29, 2025).) Since discovery of the parks not named in the Complaint was relevant to litigating the systemic allegations and the scope of injunctive relief, the Court concludes that those related hours were reasonably expended.

In sum, after consider Defendant's various challenges to the hours billed and Plaintiffs' voluntary reductions and withdrawals, the Court finds the hours requested to be reasonable. The Court next considers Plaintiffs' request to apply a multiplier.

3. *Multiplier*

"Unlike federal law, California law allows for a multiplier of the lodestar to compensate for the risk of contingent representation." *Chaudhry v. City of Los Angeles*, 751 F.3d 1096, 1112 (9th Cir. 2014). Since Plaintiffs succeeded on both federal and state claims that support a fee award, "the state-law multiplier is available." *Id.*; *accord* *Ketchum v. Moses*, 24 Cal. 4th 1122, 1135-36 (2001) (holding lodestar-multiplier method should be used to determine reasonable fee award in cases involving a fee-shifting statute such as Section 1021.5). Nevertheless, "there is a strong presumption that the lodestar represents the reasonable fee." *In re Toco Bell Wage & Hour Actions*, 222 F. Supp. 3d 813, 847 (E.D. Cal. 2016).

Courts may consider several factors when adjusting the lodestar figure and have awarded a multiplier where one or more factors are met. *See* *Taylor v. Nabors Drilling USA, LP*, 222 Cal. App. 4th 1228, 1251–52 (2014); *Ketchum*, 24 Cal. 4th at 1132. Here, Plaintiff argues that the following factors support applying a 1.2 multiplier on work performed through the date of Judgment to this case: (1) the contingent nature of the fee award; (2) the result obtained for the Class; (3) the skill displayed in presenting the case; and (4) the extent to which the nature of the litigation precluded other employment by attorneys. *See* *Ketchum*, 24 Cal. 4th at 1132 (listing factors courts consider when applying a multiplier); *Taylor*, 222 Cal. App. 4th at 1251–52 (the same).

Here, the Court disagrees that the factors support applying a multiplier and overcome the presumption that the lodestar is reasonable. First, there is no dispute Class Counsel assumed contingent risk by litigating this case. Second, however, the Court is not persuaded by Plaintiffs' characterization that they achieved and "outstanding result" for the Class. (Reply at 2.) Although the Court issued judgment in Plaintiffs' favor, Plaintiffs did not meet their burden of proof for three of the five alleged systemwide defects they sought injunctive relief for. (*See* Judgment at 6, ECF No. 179.) For the alleged systemwide defects Plaintiffs met their burden of proof for, the Court ordered narrowly tailored injunctive relief to address those defects, which did not include all measures Plaintiffs requested in their proposed order. (*See* ECF Nos. 188, 190.) While the ordered relief is impactful, the result is not what Plaintiffs sought.

Moreover, thirdly, although this case involved voluminous evidentiary materials and witness testimony, the action did not involve novel issues. "Since the hourly rate already considers the skill and experience of the attorney, '[a] trial court should award a multiplier for exceptional representation only when the quality of representation far exceeds the quality of representation that would have been provided by an attorney of comparable skill and experience billing at the hourly rate used in the lodestar calculation.' " *In re Taco Bell Wage & Hour Actions*, 222 F. Supp. 3d at 847 (quoting *Ketchum*, 24 Cal.4th at 1139). Accordingly, given the lack of novel issues and Plaintiffs failing to meet their burden of proof for several disputed defects, the Court finds that this action did not demonstrate a quality of representation that far exceeds the skill that would have been provided by an attorney of comparable skill and experience billing at the hourly rate used in the lodestar calculation. Fourth, although this case undoubtedly required Class Counsel's time and effort to litigate, Plaintiffs admits that these resources were needed "over a relatively short timeline." (Mot. at 15.) Accordingly, even though Class Counsel likely had to decline other prospective fee-generating work during this approximately fifteen-month litigation, this case differs from other cases in which multipliers were awarded for years of litigation. *See, eg.*, *Moreno Valley Unified Sch. Dist.*, 2025 WL 3040876 at *10 (awarding 1.2 multiplier in five-year-long individual disability discrimination case).

***11** Accordingly, after considering the factors, the Court finds the requested lodestar represents the reasonable fee award and declines to apply the requested multiplier.

Following the above determinations, the Court finds the 9,840.2 hours requested are reasonable, amounting to a total lodestar of $9,167,677.

**B. Non-Taxable Costs**

"The ADA authorizes a court to award ... litigation expenses[ ] and costs to a prevailing party." *See* *Lovell v. Chandler*, 303 F.3d 1039, 1058 (9th Cir. 2002) (citing 42 U.S.C. § 12205; 28 C.F.R. § 35.175). "Litigation expenses" include "expert witness fees, travel expenses, and the preparation of exhibits." *Id.* at 1058. Thus, prevailing parties, like Plaintiffs, may be reimbursed for these types of costs as well as any other general costs for which a lawyer bills the client separate from an hourly rate. *Id.* The prevailing parties have the burden of proof, *id.*, and the requested costs must be reasonable in amount. *Harris v. Marhoefer*, 24 F.3d 16, 20 (9th Cir. 1994).

Here, Plaintiffs request reimbursement for nontaxable costs and expenses in the amount of $1,339,293.67, which are supported by Class Counsel's record of costs. Defendant disputes several categories of requested costs, arguing they are not reimbursable and should be denied.

First, Defendant disputes Plaintiffs cannot recover for charges for in-house copying because there is no explanation as to what the copies were of or how they were used. In the Reply, Class Counsel explains how these copying costs were incurred for working on and revising expert reports, preparing for and taking depositions, drafting filings, and preparing pre-trial conference and trial binders, which all required printing hard copies. (*See* Lee Reply Decl. ¶ 87; Wallace Reply Decl. ¶ 74.) The Court finds this explanation sufficient and the costs reasonable.

Second, Defendant disputes Plaintiffs' claimed costs for online legal research, amounting to $10,058.69. Primarily, Defendant argues these costs are not justified because no explanation was provided as to whether these costs are normally passed along to contingency clients. *See Barzilli v. Intuitive Surgical, Inc.*, 2022 WL 17369627, at *7 (C.D. Cal. Aug. 1, 2022) (noting how legal research costs may only be recovered when counsel shows that it is a standard practice to pass such costs along to clients, "rather than being considered overhead"). The Court agrees with Defendant that Plaintiffs failed to address this issue. Accordingly, the Court finds the online legal research costs to be unreasonable. *See id.* (denying request for legal research costs because no showing was made that such costs were not factored into the attorney billing rates as overhead); *Cilluffo v. Cent. Refrigerated Servs., Inc.*, 2018 WL 11374960, at *9 (C.D. Cal. Apr. 3, 2018) (the same).

Third, Defendant argues the "hosting" fees listed for Plaintiffs' e-discovery vendor are not recoverable. Indeed, courts have held that prevailing parties can only recoup e-discovery costs to the extent the fees are tied to production in discovery through electronic means. *See Memory Lane, Inc. v. Classmates Int'l, Inc.*, 2014 WL 12617383, at *2 (C.D. Cal. July 25, 2014) (noting how courts have held that e-discovery costs related to copying, like scanning hardcopy documents, converting files, and burning files onto discs, may be recovered, but costs for collecting and preserving electronically-stored information may not). In their Reply, Plaintiffs explain how the e-discovery vendor's platform was necessary for Class Counsel to access and review the documents to be able to prosecute the case. While that may be true, nevertheless, those fees are not tied to production in discovery. Accordingly, the Court finds the fee request for $155,398.52 to be unreasonable.[17]

***12** Fourth, the majority of the costs Plaintiffs seek recovery for are expert witness fees. Defendant argues the Court should deduct Edward Steinfeld's fees because he did not testify at trial, deduct the costs for experts to inspect parks that were not presented at trial, and deny the rest of the costs (with no explanation). The Ninth Circuit has long held that recoverable "litigation expenses" include expert witness fees. *Lovell*, 303 F.3d at 1058. Plaintiffs argue that Steinfeld's and the expert park inspection fees were reasonable as they were relevant to prosecuting the case, including proving issues like standing and the scope of injunctive relief, which Defendant disputed. The Court agrees with Plaintiff, finding the expert fees are reasonable.

Fifth, Defendant disputes the fees associated with Plaintiffs' New York-based trial consultants' airfare, dinner, and stay in a hotel, arguing that there is no explanation as to why Class Counsel's inhouse technology team or a local Los Angeles consultant could not assist. The Court agrees. Although Plaintiffs have justified the need to hire a consultant given that they do not have in-house personnel to assist, there is no explanation as to why out-of-state consultants were necessary. Accordingly, the Court finds the fees relating to the trial consultants' airfare, dinner, and hotel stay, amounting to $3,805.59, to be unreasonable.

Sixth and finally, Defendant disputes the travel, lodging, and meal costs for the eight attorneys Plaintiffs brought to trial, arguing the Court should only allow travel expenses for two attorneys, the maximum number the Court allowed to speak at trial. Plaintiffs argue the travel costs for the other six attorneys are reasonable because the other attorneys were responsible for preparing Plaintiffs and experts testifying at trial, direct examination outlines, and cross-examination outlines for the twenty-four witnesses on Defendant's witness list. Courts have held that attorneys may bill time spent preparing another attorney to present a case and attending the hearing or trial itself, even if they do not argue before the court. *Citizens for Better Forestry v. U.S. Dep't of Agric.*, 2010 WL 3222183, at *10 (N.D. Cal. Aug. 13, 2010); *see also Democratic Party of Washington State v. Reed*, 388 F.3d 1281, 1286 (9th Cir. 2004) (noting the same). Thus, if attorneys can reasonably bill for such time, it is only logical that their travel costs would be similarly reasonable. Accordingly, given the various trial preparation responsibilities, the Court finds the costs associated with the eight attorneys' travel expenses to be reasonable.

In sum, the Court agrees with Defendant that the costs associated with online legal research, e-discovery platform hosting, and travel for trial consultants to be unreasonable, amounting to a reduction of $169,262.80 to the requested cost award. Thus, the Court finds the

 © 2026 Thomson Reuters. No claim to original U.S. Government Works. 

remaining costs amounting to $1,170,030.87 to be reasonable and recoverable.

## IV. CONCLUSION

For the foregoing reasons, the Court **GRANTS in part** the Motion for Attorneys' Fees and awards **$9,167,677 in attorneys' fees and $1,170,030.87 in costs** to Plaintiffs.

The Motion is otherwise **DENIED**

**IT IS SO ORDERED.**

**All Citations**

Slip Copy, 2026 WL 1747212

Footnotes

1 Because the parties are familiar with the facts of this case, as summarized in prior post-trial orders (*see* ECF Nos. 178, 179), the Court recounts only the facts relevant to the instant Motion for Attorney Fees (ECF No. 196).

2 The park facilities include Northridge Recreation Center, Reseda Park and Recreation Center. Griffith Park – Fem Dell. Chatsworth Park North. Venice Beach, Sycamore Grove Park. Holmby Park, and Mar Vista Recreation Center. (*See* ECF No. 190.)

3 In the initial Motion, Plaintiffs sought $10,570,421.20 in attorneys' fees and $1,337,408.90 in costs and expenses through December 31. 2025, to be updated with Plaintiffs' Reply briefing. (*See* ECF No. 196.) In their Reply, Plaintiffs updated this request, adding the fees and costs for briefing the instant Motion and withdrawing a subset of billing entries from their initial fee award request in an exercise of billing judgment. (*See* ECF No. 230.) In their Opposition, Defendant does not dispute Plaintiffs' ability to update the request with fees, costs, and expenses for litigating this fee application.

4 (*See* Lee Reply Decl. ¶¶ 7, 8 (summarizing current fee request from July 1, 2023 through April 30, 2026, excluding hours withdrawn due to billing judgment).)

5 (*See* G. Wallace Decl. ¶ 70, Mot., ECF No. 196-12 (summarizing initial fee request from July 1, 2023 through December 31, 2025); G. Wallace Reply Decl. ¶ 71. Reply. ECF No. 230-10 (summarizing fee request from January 1. 2026 through April 30, 2026); Ex. A, Wallace Reply Decl., ECF No. 230-11 (summarizing hours and total lodestar reduced from initial fee request on Reply).)

6 (*See* S. Parks Reply Decl. ¶¶ 45, 47, 48 (summarizing initial fee request, the amount reduced on Reply, and the fees requested for work completed between January 1, 2026 and April 30, 2026).)

7 (*See* P. Pearlman Reply Decl., Reply. ECF No. 230-16 ¶¶ 31. 34 (summarizing initial fee request, withdrawing fees excluded in the Reply, and fee request for work from January 1, 2026 through April 30, 2026).)

8 (*See* Ex. H. Lee Reply Decl., ECF No. 230-9.)

9 (*See* Ex. A. Wallace Reply Decl.)

10 (*See* Parks Reply Decl. ¶ 45.)

11 (*See* Pearlman Reply Decl. ¶ 31.)

12 Since Defendant does not dispute these issues and Plaintiffs provide a sufficiently detailed analysis in their Motion, the Court finds Plaintiffs have met those federal and California law requirements for requesting attorneys' fees and costs.

13 Defendant only cursorily addresses the declarations Plaintiffs' fee expert and other attorneys submitted in support of the Motion, arguing the Court should reject them except to the extent they recognize the Real Rate Report as the appropriate standard because the declarations constitute long accolades and ignore the outcome of the case, characterizing it as "excellent." The Court is unpersuaded. These declarations summarize their declarants' backgrounds, which is helpful for context, and include helpful analyses relevant to determining whether the requested rates are reasonable when compared to those in the Los Angeles area for similar services.

14 Class Counsel request their 2025 hourly rate be applied, even though some work occurred in 2023 and 2024. The Court finds it appropriate for Class Counsel to use their current hourly rates to calculate the lodestar on all time spent since the inception of the case to account for delay in payment. *See* *Missouri v. Jenkins*, 491 U.S. 274, 283–84 (1989).

15 As referenced above, the requested billed hours consider the hours Plaintiffs affirmatively reduced in their Motion in an exercise of billing judgment and withdrew in their Reply.

16 In support of Defendant's excessiveness argument, Karelis contends that on average. Plaintiffs billed 3 hours per page of the Complaint. The Court is reminded of the old idiom: "I did not have time to write a short letter, so I wrote a long one instead." Indeed, concision takes time, and the Court declines applying a fee haircut that may discourage exercising that skill.

17 Per Class Counsel's explanation on reply, the Court excluded costs associated with hosting, including "Host-Rel 1," "Host-Tech 1," and "Host-User 1," as those are not tied to production. (Wallace Reply Decl. ¶ 80.) Since "Disc-Proc 1" is tied to document preparation and export for production, the Court finds those costs to be reasonable and reimbursable. (*See id.*)

**End of Document**

© 2026 Thomson Reuters. No claim to original U.S. Government Works.

 © 2026 Thomson Reuters. No claim to original U.S. Government Works. 

# EXHIBIT D

Carolyn Hunt Cottrell (SBN 166977)
Caroline N. Cohen (SBN 278154)
Andrew D. Weaver (SBN 318935)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
ccohen@schneiderwallace.com
aweaver@schneiderwallace.com

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RITO LOPEZ, on behalf of himself and the putative Class members;<br><br>Plaintiff,<br><br>vs.<br><br>EUROFINS SCIENTIFIC, INC., ENVIRONMENTAL SAMPLING SUPPLY, INC., TESTAMERICA LABORATORIES, INC., and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 3:21-cv-08652-LB<br><br>**[~~PROPOSED~~ ORDER] GRANTING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA REPRESENTATIVE ACTION SETTLEMENT**<br><br>Date: February 15, 2024<br>Time: 9:30am<br>Courtroom: B<br>Judge: Hon. Laurel Beeler |

The Motion for Final Approval of Class and PAGA Representative Action Settlement filed by Rito Lopez, Plaintiff in this action and the related Private Attorneys General Act ("PAGA") action pending in *Rito Lopez v. Eurofins Scientific, Inc., et al.*, Case No. 21CV004840 in the Superior Court of California, County of Alameda (collectively, the "Action"), came on for hearing on February 15, 2024, at 9:30am in Courtroom B, 15th Floor, of the above captioned court, the Honorable Laurel Beeler presiding. Defendants in the Action do not oppose the motion.

In the operative complaints in the Action, Plaintiff alleges that Defendants violated California wage-and-hour laws by failing to compensate putative Class Members and Aggrieved Employees. After discovery and extensive investigation by Plaintiff's counsel, the parties entered into private mediation with respected neutral mediator Gail Andler in an attempt to resolve the claims. As a result of the mediation session on September 20, 2022, and further arm's-length negotiations facilitated by Ms. Andler, the parties reached a global settlement that resolves all of the claims in the Action. The parties then executed the Amended Class Action Settlement Agreement and Release ("Settlement" or "Settlement Agreement") on September 14, 2023.

The Court preliminarily approved the Settlement on October 9, 2023. (ECF No. 81). Before the Court now is the last stage of the settlement approval process: final approval of the Settlement, as well as attorneys' fees and costs and a service award for the Class Representative.

Appearing at the final approval hearing was Schneider Wallace Cottrell Konecky LLP ("SWCK") on behalf of Plaintiff, the putative Class Members, and the Aggrieved Employees, and Constangy, Brooks, Smith & Prophete LLP on behalf of Defendants.

Having reviewed the papers and documents presented, having heard the statements of counsel, and having considered the matter, the Court HEREBY ORDERS as follows:

1. This Order hereby incorporates by reference the definitions of the Amended Class Action Settlement Agreement And Release, as though fully set forth herein, and all terms used herein shall have the same meaning as set forth therein.

2. The Court has jurisdiction over the claims of the Settlement Class Members asserted in this proceeding and over all parties to the action.

3. The Court finds that zero Settlement Class Members have objected to the Settlement and zero Settlement Class Members have requested exclusion from the Settlement.

4. The Court hereby GRANTS FINAL APPROVAL of the terms and conditions contained in the Amended Class Action Settlement Agreement And Release which is incorporated by reference as though set forth in full. The Court finds that the terms of the Settlement are within the range of approval, pursuant to Rule 23 of the Federal Rules of Civil Procedure and applicable law.

5. The Court finds that: (1) the settlement amount is fair and reasonable when balanced against the probable outcome of further litigation relating to class certification, liability and damages issues, and potential appeals; (2) discovery, investigation, research, and litigation have been conducted such that counsel for the parties at this time have been able to reasonably evaluate their respective positions; (3) settlement at this time will avoid substantial costs, delay, and risks that would be presented by the further prosecution of the litigation; and (4) the proposed Settlement has been reached as the result of intensive, serious, and non-collusive negotiations between the parties. Accordingly, the Court finds that the Settlement was entered into in good faith.

6. The Court hereby makes final its earlier preliminary certification of the Settlement Class, in accordance with the Settlement, for purposes of this Settlement only. The Settlement Class is defined as follows: "all persons who are employed, have been employed, or alleged in the Action to have been employed by Defendants as a non-exempt employee in the State of California between November 5, 2017 and June 1, 2023."

7. The Court hereby FINALLY APPOINTS Plaintiff Rito Lopez as Class Representative for the California Settlement Class.

8. The Court hereby FINALLY APPOINTS Schneider Wallace Cottrell Konecky, LLC ("SWCK") as Class Counsel for the Settlement Class.

9. The Court finds that the approved Settlement Notices (submitted to the Court at ECF No. 56-2) constitute the best notice practicable under the circumstances and are in full compliance with the applicable laws and the requirements of due process. The Court further finds that the Settlement Notices fully and accurately informed the Settlement Class Members of all material elements of the proposed Settlement, of their right to be excluded from the Settlement, and of their right and opportunity to object to the Settlement. A full opportunity has been afforded to the Settlement Class Members to participate in this hearing, and all Settlement Class Members and other persons wishing to be heard have been heard. Accordingly, the Court determines that all Settlement Class Members, since none timely and properly executed a request for exclusion, are bound by this Order and the Judgment.

10. The Court FINALLY APPROVES Class Counsel's request for attorneys' fees of one-third of $1,700,000.00 (the Gross Settlement Amount minus any interest accrued between preliminary approval and this Order), for a total of $566,666.67 in fees. This amount is justified under the common fund doctrine, the range of awards ordered in this District and Circuit, the excellent results obtained, the substantial risk borne by Class Counsel in litigating this matter, the high degree of skill and quality of work performed, the financial burden imp

11. osed by the contingency basis of Class Counsel's representation of Plaintiff and the Class, and the additional work required of Class Counsel to bring this Settlement to a conclusion. The Court finds the fee award is further supported by a lodestar crosscheck, whereby it finds that SWCK's hourly rates are reasonable, that the estimated hours expended are reasonable, and that the multiplier is reasonable in light of the above.

12. The Court FINALLY APPROVES Class Counsel's request for litigation costs in the amount of $14,013.85.

13. The Court FINALLY APPROVES a service award of $10,000.00 for Plaintiff Lopez and finds that this award is fair and reasonable for the work he provided to the Settlement Class and the broader release he executed than the Settlement Class Members.

14. The Court approves the PAGA Payment of $75,000 to the Labor and Workforce Development Agency for Plaintiff's claims pursuant to the California Private Attorneys General Act of 2004.

15. The Court hereby confirms the appointment of Phoenix Class Action Administration Solutions as Settlement Administrator and approves its reasonable administration costs of $13,000, which are to be paid from the Gross Settlement Amount.

16. Accordingly, GOOD CAUSE APPEARING, the Court hereby APPROVES the following implementation schedule:

| | |
|---|---|
| Effective Date | The first day following the later of: (i) if there is a timely objection, then after such objection or appeal is resolved without any possibility of further review; or (ii) if there are no timely objections or appeals to the settlement, then thirty calendar days after the Court's order granting Final Approval of the Settlement. |
| Deadline for Defendants to deposit the Gross Settlement Amount into the Settlement Administrator's designated account. | Within 10 days of the Effective Date. |
| Deadline for Phoenix to make payments under the Settlement to Participating Individuals, the LWDA, Class Representative, Class Counsel, and itself | Within 10 days of Defendants' deadline to deposit the Gross Settlement Amount into the Settlement Administrator's designated account. |
| Check-cashing deadline | 180 days after date of issuance. |
| Deadline for Phoenix to distribute any remaining monies to the California State Controller Unclaimed Property Fund | At the conclusion of the 180-day check-cashing period. |
| Deadline for Settlement Administrator to file a Post-Distribution Accounting. | Within 21 days after the distribution of any remaining monies. |
| Deadline for Phoenix to provide Class Counsel and Defendants' counsel with a report regarding the total amount of any funds that remain from checks that were returned as undeliverable or were not negotiated | Within 10 business days after the conclusion of the check-cashing period |
| Deadline for Phoenix to provide written certification of the completion of the administration of the Settlement | Upon completion |

17. The Court hereby ORDERS that this action be and hereby is dismissed with prejudice. All claims asserted in this Action are dismissed with prejudice as to Settlement Class Members, as defined in the Amended Class Action Settlement Agreement And Release, which is incorporated by reference as though set forth in full, to the maximum extent permitted by law. By operation of this Order and upon the effective date of the Judgment, all Participating Individuals' Released Claims, Released California Class Claims, Released PAGA Claims, and the related claims of the LWDA, and Named Plaintiff's Released Claims, shall be fully, finally, and forever released, relinquished, and discharged.

18. The Court further ORDERS that, pending further order of this Court, all proceedings in the above-captioned matter, except those contemplated herein and in the Settlement, are stayed, and all deadlines are vacated.

**IT IS SO ORDERED.**

Dated: February 15, 2024

HON. LAUREN BEELER
United States Magistrate Judge
United States District Court for the
Northern District of California

The court did a robust analysis of the settlement at ECF No. 81 and relies here on that analysis.

# EXHIBIT E

2025 WL 3485360

Editor's Note: Additions are indicated by Text and deletions by ~~Text~~.

Only the Westlaw citation is currently available.
United States District Court, N.D. California,
San Francisco Division.

Michael CURRAN, Nicole Brown-Booker, on behalf of themselves and all others similarly situated, Plaintiffs,
v.
CITY OF OAKLAND, Defendant.

Case No.: 23-cv-02354-RS
|
Signed December 4, 2025

**Attorneys and Law Firms**

Guy B. Wallace (SBN 176151), gwallace@schneiderwallace.com, Mark T. Johnson (SBN 076904), mjohnson@schneiderwallace.com, SCHNEIDER WALLACE, COTTRELL KIM LLP, 2000 Powell Street, Suite 1400, Emeryville, California 94608, Telephone: (415) 421-7100, Facsimile: (415) 421-7105, Catherine Cabalo (SBN 248198), ccabalo@peifferwolf.com, PEIFFER WOLF CARR KANE, CONWAY & WISE, LLP, 4 Embarcadero Center, 14th Floor, San Francisco, CA 94104, Telephone: (415) 766-3592, Facsimile: (415) 840-9435, Linda M. Dardarian (SBN 131001), ldardarian@dhkl.law, Andrew P. Lee (SBN 245903), alee@dhkl.law, Katharine F. Trabucco (SBN 305413), ktrabucco@dhkl.law, DARDARIAN HO KAN & LEE, 155 Grand Avenue, Suite 900, Oakland, CA 94612-3536, Telephone: (510) 763-9800, Facsimile: (510) 835-1417, Shawna Parks (SBN 208301), sparks@dralegal.org, DISABILITY RIGHTS, ADVOCATES, 2001 Center Street, Third Floor, Berkeley, CA 94704, Telephone: (510) 665-8644, Facsimile: (510) 665-8511, Attorneys for the Plaintiffs and the Settlement Class.

Kevin P. McLaughlin, Lorena Matei, Oakland City Attorney's Office, Oakland, CA, for Defendant.

**~~[PROPOSED]~~ FINAL ORDER AS MODIFIED (1) APPROVING CLASS ACTION SETTLEMENT, (2) GRANTING MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS, AND (3) GRANTING MOTION FOR CLASS REPRESENTATIVE PAYMENTS**

Richard Seeborg, Chief United States District Judge

WHEREAS, on December 4, 2025, at 1:30 p.m., the Court held a hearing (the "Fairness Hearing") to determine, whether the settlement in this action by Defendant City of Oakland ("the City") and Plaintiffs Michael Curran and Nicole Brown-Booker ("Plaintiffs"), as set forth in the Consent Decree, a copy of which is attached hereto as Exhibit 1 (the "Consent Decree"), is fair, reasonable and adequate, such that an Order of final approval should be issued and a final judgment upon said Consent Decree should be entered by the Court;

WHEREAS, the Plaintiffs' motion for reasonable attorneys' fees and costs (ECF No. 46) and motion for class representative payments (ECF No. 47) were also heard at the Fairness Hearing, and

WHEREAS, the Fairness Hearing was attended by the Parties, through their respective counsel of record in this action, and by such other individuals and entities as set forth in the record in this matter, NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

## I. BACKGROUND

Plaintiffs Curran and Brown-Booker are persons with mobility disabilities who allege that the City violated federal and state disability access laws – the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12205, Section 504 of the Rehabilitation Act ("Section 504"), 29 U.S.C. § 794a(b), and California Government Code section 11135 *et seq.* ("Section 11135") – by failing to make its pedestrian facilities that were newly constructed or altered since the effective date of those laws fully and equally accessible to people with mobility disabilities, and by failing to maintain the accessibility of its newly constructed or altered pedestrian facilities.

 © 2026 Thomson Reuters. No claim to original U.S. Government Works. 

Plaintiffs and their Counsel began investigating their claims in 2017 and engaging in informal discovery and settlement negotiations with the City in 2019, before filing this action on May 15, 2023. Following the filing of the Complaint, the Parties continued to exchange information and engage in settlement negotiations, attending seven (7) mediation sessions with retired Magistrate Judge Edward A. Infante between August 2023 and June 2025. The Parties reached agreement on injunctive relief on April 16, 2025, after which they began separately negotiating Plaintiffs' reasonable attorneys' fees and costs. The Parties reached final agreement in the form of the Consent Decree on July 21, 2025, which the Court preliminarily approved on September 5, 2025. ECF No. 45.

As summarized below, the Consent Decree provides substantial relief to the Settlement Class, including, but not limited to, binding Annual Commitments to remediate a minimum number of curb ramps and sidewalk segments each year until the City achieves a pedestrian right of way that fully complies with federal and state disability access standards by ~~2025~~2050, measures to ensure maintenance of remediated curb ramps and sidewalks, enhancements to the City's remediation and maintenance request system, and annual reporting and monitoring requirements. Based on the City's estimates of the average remediation costs, the work to make Oakland's pedestrian right of way accessible over the 25-year term of the Decree will cost approximately $157.4 million to $325.7 million, not including additional construction or pedestrian right of way barriers identified beyond those that were revealed in the survey of sidewalk damage and curb ramp accessibility that City contractors conducted in 2021-2022.

## II. <u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>

***2** 1. The Court, for the purposes of this Order, adopts the terms and definitions set forth in the Consent Decree.

2. The Court has jurisdiction over the subject matter of this action, the Plaintiffs, the Settlement Class, the Consent Decree, and the City.

3. The Court finds that the Notice of Proposed Settlement of Class Action Lawsuit ("Settlement Notice") notified the Settlement Class of the pendency of this action and of the proposed settlement and was disseminated by each of the means required under the Consent Decree and the Order Granting Preliminary Approval of Class Action Settlement (ECF No. 45) dated September 5, 2025, and was otherwise fully implemented.

4. The Court finds that the Settlement Notice, as ordered and implemented, was reasonably calculated under the circumstances to apprise the Settlement Class Members of the pendency of this action, all material elements of the proposed Settlement, and their opportunity (a) to submit written objections to the Settlement, and (b) to appear at the Fairness Hearing to object to or comment on the Settlement. The Settlement Notice was reasonable and the best notice practicable to all Settlement Class Members and complied with the Federal Rules of Civil Procedure, due process, and all other applicable laws and rules. A full and fair opportunity has been afforded to the members of the Settlement Class to participate during the Fairness Hearing, and all other persons wishing to be heard have been heard. Accordingly, the Court determines that all members of the Settlement Class, as set forth below, are bound by this Judgment.

5. On September 5, 2025, this Court appointed Plaintiffs Curran and Brown-Booker as class representatives of the Settlement Class and appointed the following counsel as Class Counsel to represent the Settlement Class: (a) Dardarian Ho Kan & Lee ("DHKL"); (b) Disability Rights Advocates; (c) Peiffer Wolf Carr Kane Conway & Wise, LLP; and (d) Schneider Wallace Cottrell Kim LLP ("SWCK").

6. On September 5, 2025, this Court granted Plaintiffs' unopposed Motion for Preliminary Approval and Certification of Settlement Class. In particular, the Court found, for settlement purposes, that: (a) joinder of all Settlement Class Members in a single proceeding would be impracticable, if not impossible, because of their numbers and dispersion; (b) there are questions of law and fact common to the Settlement Class; (c) Plaintiffs' claims are typical of the claims of the Settlement Class that they seek to represent for purposes of settlement; (d) Plaintiffs have fairly and adequately represented the interests of the Settlement Class and will continue to do so; (e) Plaintiffs and the Settlement Class are represented by qualified, reputable counsel who are experienced in preparing and prosecuting class actions, including those involving the sort of practices alleged in the Complaint; and (f) the City acted or refused to act on grounds that apply to the Settlement Class, so that final declaratory and injunctive relief is appropriate to the Settlement Class. Accordingly, the Court provisionally certified the following Settlement Class pursuant to Federal Rule of Civil Procedure 23(a) and (b)(2), based on the findings in the Order of the same date:

***3** All persons (including residents of and/or visitors to the City of Oakland) with any Mobility Disability, who, at any time prior to court judgment granting final approval to this Consent Decree or during the Term of the Consent Decree have been denied full and equal access to the City's pedestrian right of way due to the lack of a Curb Ramp or a Curb Ramp or Pedestrian Walkway that was damaged, in need of repair, not Accessible, or otherwise in a condition not suitable or sufficient for use.

Pursuant to Federal Rule of Civil Procedure 23(c)(1)(B) and (g)(1), the Court also appointed Plaintiffs Curran and Brown-Booker and their counsel as representatives of the Settlement Class.

7. For the reasons stated above, the Court finds that the Settlement Class continues to meet the requirements for class certification under the Federal Rules of Civil Procedure and all other applicable laws and rules. Class certification is therefore an appropriate method for protecting the interests of the Settlement Class and resolving the common issues of fact and law arising out of Plaintiffs' claims while also eliminating the risk of duplicative litigation. Accordingly, the Court hereby makes final its earlier provisional certification of the Settlement Class and further confirms the appointment of the Class Representatives and Class Counsel to represent the Settlement Class, as set forth above.

8. The Court grants final approval of the Settlement set forth in the Consent Decree and finds, after considering all of the factors set forth in Federal Rule of Civil Procedure 23(e)(2), that it is fair, reasonable, adequate, and in the best interests of the Settlement Class as a whole. The Settlement, which was negotiated at arm's length, offers Settlement Class members comprehensive injunctive relief regarding all of the claims in Plaintiffs' Complaint, and treats Settlement Class members equitably relative to each other. The Court grants final approval of the release of the City from the Released Claims as set forth in the Consent Decree.

9. The Court finds that the Consent Decree requires the City to provide extensive injunctive relief for the purpose of making the City's pedestrian right of way accessible to persons with mobility disabilities. To summarize, the Consent Decree requires the City to install accessible curb ramps or remediate curb ramps that are non-compliant with federal and state disability access standards at 12,738 curb ramp locations by the end of the fiscal year 2050 and remediate sidewalks at approximately 78,531 locations (affecting approximately 2,075,000 square feet of sidewalks) that the City identified in 2021-22 as being damaged. In order to ensure steady progress, the Decree requires the City to comply with Annual Curb Ramp and Sidewalk Commitments that specify the minimum number of accessible curb ramps and square feet of accessible sidewalks that the City must install or remediate each fiscal year. In the event the City is unable to meet its Annual Commitment in any fiscal year, the Decree requires the City to make up the shortfall within the two subsequent fiscal years or have preempted the shortfall in previous years. The City makes other commitments in the Consent Decree that are proper and reasonably calculated based on the available information to ensure and maintain accessibility of the City's pedestrian right of way to persons with mobility disabilities. Those other commitments include ensuring that new construction and alterations in the pedestrian right of way that affect curb ramps and sidewalks are compliant with applicable federal and state disability access standards; maintaining all accessible pedestrian facilities so that they are readily accessible to and useable by persons with mobility disabilities, except for isolated or temporary interruptions in access due to maintenance or repairs; prioritizing removal of High Priority Curb Ramp and Sidewalk Barriers; and maintaining an Access Request System through which the City will receive, investigate and respond to requests for the installation and maintenance of accessible curb ramps and remediation of non-compliant curb ramps and pedestrian walkways within reasonable deadlines. The Decree also requires the City to comply with annual reporting and monitoring requirements. In exchange, Plaintiffs and the members of the Settlement Class agree to release all injunctive, declaratory, and non-monetary claims related to the City's alleged actions or omissions related to the accessibility of curb ramps and pedestrian walkways in the City's pedestrian right of way during the Consent Decree's term. Settlement Class Members do not release claims for monetary damages, personal injuries, or property damages. Plaintiffs Curran and Brown-Booker, in contrast, release all of their monetary claims related to their personal encounters with non-compliant curb ramps and sidewalks in exchange for a damages payment of $35,000 each.

***4** 10. The Court finds that the Consent Decree is fair, adequate and reasonable to all potential Class Members. The Parties have conducted an extensive evaluation of the merits of the case such that Counsel for both Parties are able to reasonably evaluate their respective positions. Settlement will also avoid substantial additional costs to all Parties, as well as avoid the delay and risks presented by further prosecution of issues either in the current or separate litigation proceedings which are addressed by the Decree. The results achieved by the Consent Decree are also in line with approved settlements in similar cases.

11. The Court also finds that the Consent Decree has been reached as the result of good faith, prolonged, serious, and non-collusive arms-length negotiations. The Parties reached this settlement after six years of informal discovery and information exchange and two years of out-of-court negotiations, including several mediation sessions facilitated by Magistrate Judge Edward Infante (ret.). The evidence submitted in support of preliminary approval also attested to the extensive informal discovery and information sharing that the Parties engaged in over those six years before reaching the Consent Decree.

12. The Court further finds that the City's Annual Curb Ramp and Sidewalk Commitments as set forth in the Consent Decree are proper and reasonably calculated, based on available information, to ensure and maintain accessibility of the City's pedestrian right of way to persons with mobility disabilities. Accordingly, the Settlement shall be consummated in accordance with the terms and conditions of the Consent Decree.

13. No Class Member has objected to the Settlement. The absence of any objections further supports the Settlement's final approval.

14. Plaintiffs Curran and Brown-Booker and all Settlement Class Members (and their respective heirs, assigns, successors, executors, administrators, agents and representatives) are conclusively deemed to have released and forever discharged the City from all Released Claims as set forth in the Consent Decree. Specifically, Plaintiffs and Settlement Class Members agree to release all injunctive, declaratory and non-monetary relief claims related to the City's alleged actions or omissions relating to the accessibility of the sidewalks and curb ramps in the City's pedestrian right of way to people with mobility disabilities during the Consent Decree's term. The Settlement Class Members are hereby enjoined and barred from asserting any of the Released Claims against the City until the completion of the Term of the Consent Decree. Unnamed members of the Settlement Class do not release claims for monetary damages, personal injuries, or property damages. Class Representatives Curran and Brown-Booker and all Settlement Class Members are bound by this Judgment.

15. The benefits described in the Consent Decree are the only consideration, fees, costs and expenses that the City shall be obligated to give to any party or entity, including without limitation the Class Representatives, Settlement Class Members, and Class Counsel in connection with the claims released in the Consent Decree and/or the payment of attorneys' fees, costs, and expenses in this action.

16. The Consent Decree, this Order, and the Judgment are not admissions of liability or fault by the City, or a finding of the validity of any claims in this action or of any wrongdoing or violation of law by the City.

17. Notwithstanding the foregoing, nothing in this Order shall be interpreted to prohibit the use of this Order to consummate or enforce the Consent Decree, this Order, or the Judgment, or to defend against the assertion of Released Claims in any other proceeding, or as otherwise required by law.

***5** 18. In accordance with the terms of the Consent Decree, which is attached hereto, the Court reserves exclusive and continuing jurisdiction over Plaintiffs, the Settlement Class Members, the City, and the Consent Decree throughout the term of the Consent Decree, for the sole purpose of supervising the implementation, enforcement, construction, and interpretation of the Consent Decree and this Order and the Judgment. In that regard, any challenges to the Consent Decree's terms or implementation, whether under state or federal law, shall be subject to the exclusive and continuing jurisdiction of this Court.

## III. <u>REASONABLE ATTORNEYS' FEES AND COSTS</u>

Also before the Court is Plaintiffs' Motion for Reasonable Attorneys' Fees and Costs in the amount of $2,008,000 in accordance with the Consent Decree. Having carefully reviewed the papers and the record in this case, considered the arguments, and the relevant legal authority, and good cause appearing, Plaintiffs' Motion for Reasonable Attorneys' Fees and Costs is GRANTED.

### A. <u>Background</u>

Plaintiffs move the Court for an award of $2,008,000 in attorneys' fees, costs, and expenses, the maximum under the Consent Decree. Plaintiffs have demonstrated that Class Counsel's actual lodestar through September 30, 2025 is $2,253,080.00 based on 2,716.5 hours of work (after a 15% reduction in the exercise of billing judgment) and that their out-of-pocket costs by that date totaled $256,084.01. Class Counsel have incurred additional fees and costs since then. As explained below, the Court finds Plaintiffs' request for $2,008,000 in attorneys' fees and

costs reasonable.

**B. Analysis**

Prevailing parties in cases brought pursuant to the ADA and Section 504 are entitled to their attorney fees, expenses, and costs. *See* 42 U.S.C. § 12205 (ADA prevailing party is entitled to "a reasonable attorney's fee, including litigation expenses, and costs"); 29 U.S.C. § 794a(b) (Section 504 prevailing party is entitled to "a reasonable attorney's fee as part of the costs"). Prevailing plaintiffs in cases under Section 11135 who enforce an important right affecting the public interest are also entitled to recover their attorneys' fees. Cal. Code of Civ. Pro. § 1021.5 ("Section 1021.5"). A party that obtains a judicially enforceable settlement agreement that provides at least some of the relief sought is a "prevailing party" under these fee-shifting statutes. *La Asociacion de Trabajadores de Lake Forest v. City of Lake Forest*, 624 F.3d 1083, 1089 (9th Cir. 2010); *Folsom v. Butte Cnty. Ass'n of Gov'ts*, 32 Cal.3d 668, 671 (1982). Plaintiffs are unquestionably the prevailing parties here, where Plaintiffs have obtained a binding Consent Decree that commits the City to ensuring that its pedestrian right of way is fully and equally accessible to persons with mobility disabilities within twenty-five years.

**1. Reasonable Attorneys' Fees.**

The lodestar method is the "guiding light" for determining fees in civil-rights cases, including disability-rights cases under the ADA. *Perdue v. Kenny A. ex rel. Winn*, 559 U.S. 542, 551 (2010) (citation omitted); *see also Hensley v. Eckerhart*, 461 U.S. 424, 432, 434 (1983) ("[T]he most useful starting point for determining the amount of a reasonable fee is the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate."); *see, e.g.*, *Vogel v. Harbor Plaza Ctr., LLC*, 893 F.3d 1152, 1158 (9th Cir. 2018); *Antoninetti v. Chipotle Mex. Grill, Inc.*, 643 F.3d 1165, 1176 (9th Cir. 2010); *accord Ketchum v. Moses*, 24 Cal. 4th 1122, 1135-36 (2001) (holding lodestar-multiplier method should be used to determine reasonable fee award in cases involving a fee-shifting statute such as Section 1021.5); *Serrano v. Priest* ("*Serrano III*"), 20 Cal. 3d 25, 48 & n.23 (1977).

***6** To calculate the lodestar, courts multiply the number of hours reasonably expended by counsel's reasonable hourly rates. *See Hensley*, 461 U.S. at 433-34; *Moreno v. City of Sacramento*, 534 F.3d 1106, 1111 (9th Cir. 2008); *Serrano III*, 20 Cal. 3d at 48. There is a strong presumption that the lodestar amount represents a reasonable fee. *Stanger v. China Elec. Motor, Inc.*, 812 F.3d 734, 738 (9th Cir. 2016). Prevailing plaintiffs should generally recover their lodestar "unless special circumstances would render such an award unjust." *Jankey v. Poop Deck*, 537 F.3d 1122, 1130 (9th Cir. 2008) (quotation marks omitted) (quoting *Barrios v. Cal. Interscholastic Fed'n*, 277 F.3d 1128, 1134 (9th Cir. 2002)); *Serrano v. Unruh*, 32 Cal. 3d 621, 639 (1982).

**a. Hourly Rates**

The Court determines the reasonableness of hourly rates by considering the prevailing market rates for attorneys of similar skill and experience conducting similar work in the Bay Area community. *See Camacho v. Bridgeport Fin., Inc.*, 523 F.3d 973, 979 (9th Cir. 2008). The "relevant legal community" is the forum district for the action in which fees are sought. *Gates v. Deukmejian*, 987 F.2d 1392, 1405 (9th Cir. 1992). Attorneys' rates in civil rights class actions are "governed by the same standards which prevail in other types of equally complex Federal litigation ...." *Hensley*, 461 U.S. at 430 n.4; *Prison Legal News v. Schwarzenegger*, 608 F.3d 446, 455 (9th Cir. 2010) (reasonable rates for civil rights class actions are based on a comparison extending "to all attorneys in the relevant community engaged in 'equally complex Federal litigation,' no matter the subject matter"). "[T]he fee applicant has the burden of producing 'satisfactory evidence' that the rates he requests meet these standards." *Gonzalez v. City of Maywood*, 729 F.3d 1196, 1206 (9th Cir. 2013) (citation omitted).

Here, Class Counsel submitted detailed declarations – from Linda M. Dardarian of DHKL, Guy B. Wallace of SWCK, Catherine Cabalo of Peiffer Wolf Carr Kane Conway & Wise, and Shawna Parks of Disability Rights Advocates – setting forth the experience and education of the billing attorneys and legal staff, the work each biller performed on the case, examples of other California state and federal courts approving their hourly rates, and, for DHKL, other entities that pay them their regular hourly rates pursuant to ongoing settlement obligations. Plaintiffs also submitted recent declarations from attorney-fee expert Richard M. Pearl in other matters attesting that DHKL's and SWCK's 2025 hourly rates are appropriate for the Bay Area legal market, based on his extensive experience, review of court orders awarding attorneys' fees, other Bay Area law firms' reports regarding the

hourly rates they charge for non-contingent work, and an independent survey of Bay Area legal market hourly rates.

The Court finds, based on the extensive evidence submitted, that Class Counsel's 2025 hourly rates[1] are reasonable and within the range of market rates charged by attorneys with similar skill and experience handling similarly complex litigation in this district. Accordingly, the Court approves the hourly rates set forth in the following table.

| Name | Position | Grad. Date/ Years of Experience | Rate |
|---|---|---|---|
| **DARDARIAN HO KAN & LEE** | | | |
| Linda M. Dardarian | Managing Shareholder | 1987, 38 years | $1,275 |
| Andrew P. Lee | Shareholder | 2008, 17 years | $1,125 |
| Katharine F. Trabucco | Partner Associate | 2015, 10 years | $900<br>$850 |
| Mengfei Sun | Associate | 2019, 6 years | $7 |

| | | | |
|---|---|---|---|
| | | | 5<br>0 |
| Celina Malavé | Associate | 2022, 3 years | $<br>6<br>5<br>0 |
| Scott Grimes | Senior Lead Paralegal and Statistician | 36 years | $<br>4<br>7<br>5 |
| Gouri Chakraborty | Paralegal | 2 years | $<br>3<br>7<br>5 |
| **SCHNEIDER WALLACE COTTRELL KIM LLP** | | | |
| Guy Wallace | Partner | 1993, 32 years | $<br>1,<br>3<br>5<br>0 |
| Mark Johnson | Senior Attorney | 1977, 48 years | $<br>1,<br>1<br>5<br>0 |
| Travis Close | Associate | 2014, 11 years | $<br>8<br>5 |

| | | | |
|---|---|---|---|
| | | | 0 |
| Rachel Steyer | Associate | 2019, 6 years | $750 |
| James Maher, Jr. | Staff Attorney | 2006, 19 years | $500 |
| Emma Sturdevant | Paralegal | | $300 |
| **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** | | | |
| Catherine Cabalo | Partner | 2001, 24 years | $1,000 |
| **DISABILITY RIGHTS ADVOCATES** | | | |
| Shawna Parks | Chief Litigation Officer | 1999, 26 years | $1,075 |
| Jinny Kim | Supervising | 1999, 26 years | $ |

| | | | |
|---|---|---|---|
| | Attorney | | 1, 0 0 5 |
| Rosa Lee Bichell | Staff Attorney | 2019, 6 years | $ 5 6 5 |
| Desiree Robedeaux | Fellowship Attorney | 2023, 2 years | $ 4 2 5 |
| Julia Robaidek | Paralegal | | $ 2 8 0 |
| Stephanie Ossesia | Paralegal | | $ 2 8 0 |

b. **Hours Billed**

Prevailing plaintiffs are entitled to be compensated for "every item of service" that a reasonable lawyer would have performed to protect the client's interest. *Armstrong v. Davis*, 318 F.3d 965, 971 (9th Cir. 2003) (citation omitted); *see also Hensley*, 461 U.S. at 435 (Attorneys who obtain excellent results in the public interest "should recover a fully compensatory fee. Normally this will encompass all hours reasonably expended on the litigation ...."); *Ketchum*, 24 Cal. 4th at 1133.

Plaintiffs attached detailed billing records to Class Counsel's declarations, which provide the Court sufficient information to confirm that the hours Class Counsel is requesting are reasonable. *See, e.g.*, *Blackwell v. Foley*, 724 F. Supp. 2d 1068, 1081 (N.D. Cal. 2010) ("An attorney's sworn testimony that, in fact, it took the time claimed is evidence of considerable weight on the issue of the time required.") (citations omitted). Moreover, the Ninth Circuit has instructed district courts to "defer to the winning lawyer[s'] professional judgment as to how much time [they were] required to spend on the case."

*Chaudhry v. City of Los Angeles*, 751 F.3d 1096, 1111 (9th Cir. 2014) (quoting *Moreno*, 534 F.3d at 1112); *accord* *Kerkeles v. City of San Jose*, 243 Cal. App. 4th 88, 104 (2015). Class Counsel's time spent on this matter was efficient and diligent and led to an excellent result for the Class. The Court notes that Class Counsel exercised reasonable billing judgment by making a significant reduction in their total lodestar to account for duplicative, inefficient or unproductive time.

Class Counsel's sworn declarations and time records attest that, after the exercise of billing judgment, Class Counsel worked a total of 2,716.50 hours on this matter through September 30, 2025, and spent additional time on the motion for final approval, preparing for and attending the fairness hearing, and other settlement tasks after that date. The Court is satisfied that the hours requested by Class Counsel are reasonable.

Accordingly, based on substantial evidence, Class Counsel's reasonable lodestar exceeds the $2,008,000 amount that Plaintiffs request for all of their attorneys' fees and costs in this matter, demonstrating that the requested amount is itself reasonable.

#### 2. Reasonable Costs.

Plaintiffs' requested costs are recoverable. Through September 3, 2025, Plaintiffs had incurred $256,084.01 in recoverable costs, including filing fees, mediation fees, expert expenses, document storage fees, online legal research costs, and telephone, copy, and printing charges. The Court finds that the costs incurred here were necessary for the negotiation and litigation of Plaintiffs' claims, are appropriate given the scope and complexity of this matter, are the type that are commonly awarded in civil rights fee shifting cases, and are expressly authorized by the ADA. *See* 28 U.S.C. § 12205; *Grove v. Wells Fargo Fin. Cal., Inc.*, 606 F.3d 577, 580 (9th Cir. 2010); *Lovell v. Chandler*, 303 F.3d 1039, 1058 (9th Cir. 2002). Plaintiff's requested costs are therefore reasonable.

## IV. CLASS REPRESENTATIVE PAYMENTS

***8** Finally before the Court is Plaintiffs' Motion for Class Representative Payments in the amount of $35,000 each, in accordance with the Consent Decree. Having carefully reviewed the papers and the record in this case, considered the arguments, and the relevant legal authority, and good cause appearing, Plaintiffs' Motion for Class Representative Payments is GRANTED.

### A. Background

Plaintiffs Curran and Brown-Booker submitted detailed declarations to the Court outlining their personal experiences with barriers in the City's pedestrian right of way, including the physical injuries, pain, and suffering they allege the barriers to have caused; the time and effort they have expended on behalf of the Settlement Class in the eight years since they initiated the investigation of their claims; and the risks they accepted in publicly attaching their names to a disability-access lawsuit against their home town. Only after reaching agreement on injunctive relief did the Parties begin to negotiate payments to the Named Plaintiffs, ultimately agreeing to individual payments to each Plaintiff in the amount of $35,000 – both for their services to the Class and in exchange for the Plaintiffs' broader release of claims for monetary damages, including for personal injuries. Class Members do not release monetary damages claims under the Consent Decree.

In recognition of the significant benefits their efforts have secured on behalf of the class, as well as in exchange for their broad release of claims for monetary damages, Plaintiffs seek individual payments of $35,000 each, which will be paid separately by the City, having no impact on the funds to be used to remediate pedestrian-right-of-way barriers.

### B. Analysis

The Ninth Circuit has "repeatedly held that reasonable incentive awards to class representatives are permitted." *In re Apple Inc. Device Performance Litig.*, 50 F.4th 769, 785-87 (9th Cir. 2022) (quotation marks and citation omitted). Indeed, service awards are "fairly typical in class action cases." *Rodriguez v. W. Publ'g Corp.*, 563 F.3d 948, 958 (9th Cir. 2009); *accord* *Radcliffe v. Experian Info. Sols., Inc.*, 715 F.3d 1157, 1163 (9th Cir. 2013) (noting their function as "payments to class representatives for their service to the class in bringing the lawsuit"); *Staton v. Boeing Co.*, 327 F.3d 938, 977 (9th Cir. 2003) ("named plaintiffs ... are eligible for reasonable incentive payments").[2] The purpose of such awards is "to compensate class representatives for work done on behalf of the class, to make up for financial or

 © 2026 Thomson Reuters. No claim to original U.S. Government Works. 

reputational risk undertaken in bringing the action, and, sometimes, to recognize their willingness to act as a private attorney general." *Rodriguez*, 563 F.3d at 958-59; *see also* *Staton*, 327 F.3d at 977. In evaluating requests for service awards, courts consider the following factors: (1) the amount of time and effort spent by the class representatives on the litigation; (2) the degree to which the class representatives' efforts benefitted the class; (3) the personal difficulties encountered by the class representatives; (4) the duration of the litigation; (5) the risk to the class representatives in commencing suit, whether financial, reputational, or otherwise; and (6) whether the litigation has promoted important public policy. *Rodriguez*, 563 F.3d at 958-59; *Staton*, 327 F.3d at 977. The decision to approve such an award is a matter within the Court's discretion. *In re Mego Fin. Corp. Sec. Litig.*, 213 F.3d 454, 463 (9th Cir. 2000).

***9** While the Court notes that the amounts sought are on the higher end of service awards typically approved in this District, *see e.g.*, *Montera v. Premier Nutrition Corp.*, No. 16-CV-06980-RS, 2022 WL 10719057, at *5 (N.D. Cal. Oct. 18, 2022), *aff'd*, 111 F.4th 1018 (9th Cir. 2024) (Seeborg, J.; finding $25,000 service award was "both comparable to similar awards in this District and reasonable considering Ms. Montera's experience participating in this case"), the Court acknowledges that these payments are compensation for the personal injuries and damages the Named Plaintiffs have suffered, not just as awards for the Class Representatives' services to the Class. The Court also credits Class Counsel's declaration that the individual payments requested here are lower than others Class Counsel have secured and had approved in similar pedestrian-right-of-way cases for the named plaintiffs' personal injuries.

Accordingly, the Court finds the requested individual payments of $35,000 to each Named Plaintiff appropriate given the time and effort Plaintiffs have expended on this matter, the reputational risks they faced, and their agreement to a broad release of claims for monetary damages.

## V. CONCLUSION

For the foregoing reasons, the Parties' Joint Motion for Final Approval of Class Action Settlement is GRANTED, Plaintiffs' Motion for Reasonable Attorneys' Fees and Costs in the amount of $2,008,000 is GRANTED, and Plaintiffs' Motion for Class Representative Payments of $35,000 to each Named Plaintiff is GRANTED.

**IT IS SO ORDERED.**

### All Citations

Slip Copy, 2025 WL 3485360

Footnotes

1 The Court finds it appropriate for Class Counsel to use their current hourly rates to calculate the lodestar on all time spent since the inception of the case to account for delay in payment. *See* *Missouri v. Jenkins*, 491 U.S. 274, 283-84 (1989).

2 California law also permits service awards to reasonably compensate plaintiffs for undertaking and fulfilling a fiduciary duty to represent the absent class members. *See* *Cellphone Term. Fee Cases*, 186 Cal. App. 4th 1380, 1393-94 (2010); *Bell v. Farmers Ins. Exch.*, 115 Cal. App. 4th 715, 725-26 (2004); Manual for Complex Litigation (Fourth) § 21.62 (2004).

End of Document © 2026 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT F

2023 WL 7288735
Only the Westlaw citation is currently available.
United States District Court, W.D. Oklahoma.

Andrew BEISSEL, an individual, J&B Enterprises, Inc., a Colorado Corporation, individually and on behalf of all others similarly situated, Plaintiffs,
v.
WESTERN FLYER EXPRESS, LLC, Defendant.

Case No. CIV-21-903-R
|
Signed November 3, 2023

**Attorneys and Law Firms**

Carolyn H. Cottrell, Pro Hac Vice, David C. Leimbach, Pro Hac Vice, Schneider Wallace Cottrell Konecky LLP, Emeryville, CA, Michael J. Blaschke, Michael J. Blaschke PC, Oklahoma City, OK, Rachel L. Mor, Rachel Lawrence Mor Attorney at Law, Oklahoma City, OK, Robert S. Boulter, Pro Hac Vice, Law Offices of Robert S. Boulter, San Rafael, CA, for Plaintiff Andrew Beissel.

Michael J. Blaschke, Michael J. Blaschke PC, Oklahoma City, OK, Rachel L. Mor, Rachel Lawrence Mor Attorney at Law, Oklahoma City, OK, Robert S. Boulter, Pro Hac Vice, Law Offices of Robert S. Boulter, San Rafael, CA, David C. Leimbach, Schneider Wallace Cottrell Konecky LLP, Emeryville, CA, for Plaintiff J&B Enterprises, Inc.

Michael F. Smith, Timothy L. Spencer, McAfee & Taft, Tulsa, OK, Christopher M. Scaperlanda, McAfee & Taft, Oklahoma City, OK, for Defendant.

**ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND COSTS AND SERVICE AWARD (ECF Nos. 92-93)**

DAVID L. RUSSELL, UNITED STATES DISTRICT JUDGE

***1** Plaintiffs, Andrew Beissel and J&B Enterprises, Inc. (collectively, "Plaintiffs"), and Defendant, Western Flyer Express, LLC ("Defendant" or "WFX") have reached an Amended Joint Stipulation of Settlement and Release of Class and Collective Action ("Settlement" or "Settlement Agreement"). The Court held a Final Approval and Fairness Hearing on November 3, 2023, at 9:00 a.m. The Court, having carefully considered the Motion for Final Approval of Class and Collective Action Settlement and Motion for Attorneys' Fees and Costs and Service Award (the "Motions") filed by Plaintiffs at ECF Nos. 92-93, and Defendant having not opposed the Motions, hereby **GRANTS** the Motions.

In the operative Second Amended Class Action Complaint (ECF No. 79) of the instant lawsuit, *Andrew Beissel, et al. v. Western Flyer Express, LLC*, Case No. CIV-21-903-R (the "Action"), Plaintiffs allege that Defendant violated federal and Oklahoma law with respect to all current and former individuals who provide(d) transportation services for WFX within the United States, who entered into an Independent Contractor Agreement, or a similarly styled agreement, with WFX. Throughout the relevant time period, Plaintiffs allege that Defendant committed violations as to Plaintiffs, Oklahoma Class Members, and FLSA Collective Members by inducing them to join a lease operator program which failed to provide all advertised benefits and/or improperly paid them. On this basis, Plaintiffs assert claims including, without limitation, deceptive and unfair trade practices under the Oklahoma Consumer Protection Act (15 Okla. Stat. §§ 751, et seq.); unlawful sale of business opportunities under the Oklahoma Business Opportunity Sales Act (71 Okla. Stat. §§ 801, et seq.); fraud and misrepresentation; negligence; failure to pay wages under the Fair Labor Standards Act (29 U.S.C. §§ 201, et seq.); and violation of federal forced labor statutes (18 U.S.C. §§ 1581, et seq.).

After discovery and investigation by Plaintiffs' counsel, the Parties entered into private mediation with respected neutral mediator Michael Russell in an attempt to resolve the claims alleged by Plaintiffs. As a result of the mediation session on July 19, 2022, the Parties reached the Settlement, which fully resolves the Action. The Parties executed the initial Settlement Agreement on or about December 5, 2022 and the amended Settlement Agreement on or about April 26, 2023.

Plaintiffs filed their Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement on January 6, 2023. *See* ECF No. 81. The Court granted that motion and entered the Order Granting Plaintiffs'

Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement ("Preliminary Approval Order") on January 18, 2023. *See* ECF No. 83. The Court amended the Preliminary Approval Order on May 19, 2023. *See* ECF No. 88. Now before the Court is the last stage of the settlement approval process: final approval of the Settlement, including Plaintiffs' request for approval of attorneys' fees and costs and the service award.

***2** Having reviewed the papers and documents presented, having considered the matter, and good cause appearing, the Court hereby **ORDERS** as follows:

1. This Order incorporates by reference the definitions in the Settlement, and all terms defined therein shall have the same meaning in this Order as set forth in the Settlement.

2. The Court has jurisdiction over the claims of the Oklahoma Class Members and FLSA Collective Members (collectively, "Class Members") asserted in this proceeding and over all Parties to the Action.

3. The Court finds that one Class Member has objected to the Settlement and zero Class Members have requested exclusion from the Settlement.

4. The Court grants final approval of the terms and conditions contained in the Settlement, filed at ECF No. 87-2, as to the Oklahoma Class. The Court finds that the terms of the Settlement are within the range of approval, pursuant to Federal Rule of Civil Procedure 23 and applicable law.

5. The Court finds that: (1) the settlement amount is fair and reasonable as to the Oklahoma Class Members when balanced against the probable outcome of further litigation relating to class certification, liability and damages issues, and potential appeals; (2) significant discovery, investigation, research, and litigation that have been conducted such that counsel for the Parties at this time are able to reasonably evaluate their respective positions; (3) settlement at this time will avoid substantial costs, delay, and risks that would be presented by the further prosecution of the Action; and (4) the proposed Settlement was reached as the result of intensive, serious, and non-collusive negotiations between the Parties. Accordingly, the Court finds that the Parties entered into the Settlement in good faith.

6. The Court makes final its certification of the Oklahoma Class, in accordance with the Settlement, for the purposes of this Settlement only. The Oklahoma Class is defined as all current and former individuals who provide(d) transportation services for WFX within the United States, who entered into an Independent Contractor Agreement, or a similarly styled agreement, with WFX from December 7, 2017 to March 11, 2021.

7. The Court hereby confirms its approval of the terms and conditions contained in the Settlement as to the FLSA Collective, as set forth in the Preliminary Approval Order. The Court has already found that the terms of the Settlement represent a fair and reasonable resolution of a *bona fide* dispute, and are within the range of possible approval, pursuant to the FLSA and applicable law.

8. The Court found that: (1) the settlement amount is fair and reasonable as to the FLSA Collective Members when balanced against the probable outcome of further litigation relating to collective certification, liability and damages issues, and potential appeals; (2) the significant formal and informal discovery, investigation, research, and litigation that have been conducted such that counsel for the Parties at this time are able to reasonably evaluate their respective positions; (3) settlement at this time will avoid substantial costs, delay, and risks that would be presented by the further prosecution of the Action; and (4) the proposed Settlement was reached as the result of intensive, serious, and non-collusive negotiations between the Parties. Accordingly, the Court finds that the Parties entered into the Settlement in good faith.

***3** 9. The Court makes final its certification of the FLSA Collective, in accordance with the Settlement, for the purposes of this Settlement only. The FLSA Collective is defined as all current and former individuals who provided transportation services for WFX within the United States, between December 7, 2017 and March 11, 2021, who (1) entered into an Independent Contractor agreement with WFX (2) were classified as independent contractors, and (3) sign or cash the settlement check(s) they receive as a result of this Settlement.

10. The Court finally appoints Plaintiffs Andrew Beissel and J&B Enterprises, Inc. as the Class Representatives for the Oklahoma Class and the FLSA Collective.

11. The Court finally appoints Schneider Wallace Cottrell Konecky LLP and the Law Offices of Robert S. Boulter as Class Counsel for the Oklahoma Class and the FLSA Collective.

12. The Court finds that the approved Notice of Proposed Class and Collective Action Settlement and Hearing Date for Court Approval ("Class Notice") constituted the best notice practicable under the circumstances and is in full compliance with the applicable laws and the requirements of due process. The Court further finds that the Class Notice fully and accurately informed the Class Members of all material elements of the proposed Settlement, of their right to be excluded from the Settlement, and of their right and opportunity to object to the Settlement. A full opportunity has been afforded to the Class Members to participate in the Final Approval and Fairness Hearing and all Class Members and other persons wishing to be heard have been heard.

13. The Court has reviewed the objection of Class Member Earl Appleberry (ECF No. 91) and overrules it on the grounds that it raises an individualized grievance that is unrelated to the Settlement and therefore provides no basis to deny final approval of the Settlement. As Class Member Earl Appleberry's objection is denied, he remains a Class Participant (as that term is defined in the Settlement at Paragraph I.9). No other Class Members objected to the Settlement.

14. The Court determines that all Class Members, since none timely and properly submitted an Opt-Out Request, are Class Participants (as that term is defined in the Settlement at Paragraph I.9) and are bound by this Order and the Judgment.

15. The Court finally approves Class Counsel's request for attorneys' fees of 33.33% of the Gross Settlement Amount, or $1,633,170. This amount is justified under the common fund doctrine, the range of awards ordered in this District and Circuit, the excellent results obtained, the substantial risk borne by Class Counsel in litigating this matter, the high degree of skill and quality of work performed, the financial burden imposed by Class Counsel's representation of Plaintiffs and the Class Members on a contingency basis, and the additional work required of Class Counsel to bring this Settlement to conclusion. The Court finds the fee award is further supported by a lodestar crosscheck, whereby it finds that the hourly rates of Schneider Wallace Cottrell Konecky LLP and the Law Offices of Robert S. Boulter are reasonable, and that the estimated hours expended are reasonable.

16. The Court finally approves Class Counsel's request for litigation costs in the amount of $6,473.55.

17. The Court finally approves the Service Award of $25,000 for the Class Representatives and finds that the award is fair and reasonable for the work the Class Representatives provided to the Oklahoma Class and FLSA Collective and the broader release that the Class Representatives executed than the Class Members.

***4** 18. The Court hereby confirms the appointment of CPT Group as Settlement Administrator, and approves its reasonable administration costs of $21,500.

19. The Court approves the following implementation schedule:

| | |
|---|---|
| Effective Date | The date when all of the following events have occurred: (a) the Settlement has been executed by all Parties and by Class Counsel and Defense Counsel; (b) the Court has given preliminary approval to the Settlement; (c) the Class Notice has been disseminated to the Class Members, providing them with an opportunity to opt-out of the Settlement; (d) the Court has held the Final Approval and Fairness Hearing and entered a final order and judgment certifying the Class and approving the Settlement; and (e) in the event there are written objections filed prior to the Final Approval and Fairness Hearing that are not later withdrawn, the later of the following events: when the period for filing any appeal, writ, or other appellate proceeding opposing the Settlement has elapsed without any appeal, writ or other appellate proceeding |

| | |
|---|---|
| | having been filed; or any appeal, writ, or other appellate proceeding opposing the Settlement has been dismissed finally and conclusively with no right to pursue further remedies or relief; or any appeal, writ, or other appellate proceeding has upheld the Court's final order with no right to pursue further remedies or relief. The Settlement shall not become effective until the Court's order approving the Settlement is completely final and there is no further recourse by an appellant or objector who seeks to contest the Settlement. In the event that no objections are filed, the Effective Date shall be after steps (a) through (d) have been completed. |
| Deadline for WFX to remit the Gross Settlement Amount to the Settlement Administrator | Within 14 days after the Effective Date |
| Deadline for Settlement Administrator to make payments under the Settlement to Class Participants, Plaintiffs for the Service Award, Class Counsel for attorneys' fees and costs, and itself for settlement administration expenses | Within 14 days after the Effective Date |
| Deadline for Settlement Administrator to redistribute uncashed check funds to Class Participants | As soon as practicable after the 180-day check-cashing deadline for individual settlement payments |
| Deadline for Settlement Administrator to revert uncashed check funds to *cy pres* recipient | As soon as practicable after the check-cashing deadline for redistribution checks |

20. The Court hereby orders that the Parties shall effectuate the Settlement pursuant to its terms.

21. The Court hereby orders that all claims that are released as set forth in the Settlement shall be barred as of the Effective Date, pursuant to the terms of the Settlement.

22. The Court permanently enjoins all of the Class Members who did not timely exclude themselves (opt-out) from the Settlement from pursuing, or seeking to reopen, any Released Claims (as defined in the Settlement at Paragraph I.30 and the Class Notice at Section VI) against any of the "Releasees" (as defined in the Settlement at Paragraph I.31 and the Class Notice at Section VI) as of the Effective Date.

***5** 23. The Court dismisses the above-captioned Action with prejudice and will enter Judgment consistent with the Settlement and this Order.

24. The Court shall retain jurisdiction to enforce the terms of the Settlement.

**IT IS SO ORDERED** this 3rd day of November 2023.

**All Citations**

Slip Copy, 2023 WL 7288735

**End of Document**

© 2024 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT G

Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

*Attorneys for Plaintiffs, and the Putative Classes and Collective*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

JOSHUA WRIGHT, LORETTA STANLEY, HALEY QUAM, and AIESHA LEWIS, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

FRONTIER MANAGEMENT LLC, FRONTIER SENIOR LIVING, LLC, and GH SENIOR LIVING, LLC dba GREENHAVEN ESTATES ASSISTED LIVING,

Defendants.

Case No.: 2:19-cv-01767-JAM-CKD

**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS AND FOR SERVICE AWARDS**

Judge: Hon. John A. Mendez
Date: February 28, 2023
Time: 1:30 p.m.
Ctrm.: 6, 14th Floor

Filed: September 6, 2019
Trial Date: None

The Motion for Attorneys' Fees an Costs and For Service Awards filed by Plaintiffs Joshua Wright, Loretta Stanley, Haley Quam, and Aiesha Lewis, Plaintiffs in this action (the "Action"), came on for hearing regularly in Courtroom 6, 14th Floor, of the above captioned court, the Honorable John A. Mendez presiding.

Having reviewed the papers and documents presented, having heard the statements of counsel, and having considered the matter, the Court HEREBY ORDERS as follows:

1. Notice to the Class, including information regarding the requested award of attorneys' fees and costs, was directed to Class Members in a reasonable manner, and complied with Rule 23(h)(1) of the Federal Rules of Civil Procedure.

2. Class Members have been given the opportunity to object in compliance with Fed. R. Civ. P. 23(h)(2).

3. No Class Member has objected to the requested fees and expenses and service awards.

4. The settlement agreement provides that Class Counsel may seek up to 35% of the Gross Settlement Amount of $9,500,000, or $3,325,000, plus costs not to exceed $110,000. However, Class Counsel only seeks one-third of the Gross Settlement Amount, or $3,166,663.50 in reasonable attorneys' fees and their reasonably incurred actual litigation expenses of $94,296.46. Defendants do not object to these amounts.

5. Class Counsel have substantiated their fee request with a declaration describing their billing practices, billing rates, hours worked, work tasks performed and corresponding lodestar for the time invested into this case. The declaration demonstrates a total lodestar of approximately $2,167,230 based on over 3,351 hours of work, as of January 20, 2023. Counsel note that this does not include any work performed by attorneys and staff who billed less than a total of 10 hours, and any additional work performed to oversee the implementation of the Settlement and to otherwise bring the Settlement to a close.

6. Based on a fee request of $3,166,663.50, the declaration of Class Counsel documenting their lodestar shows that a fee award of this amount would result in a multiplier of

approximately 1.46 or less. Class Counsel also seek reimbursement of actual out-of-pocket costs of $94,296.46, which are documented in the declaration of Class Counsel as well.

7. The Court finds that Class Counsel's hourly rates are within the prevailing range of hourly rates charged by attorneys providing similar services in class action, wage-and-hour cases in California, as shown by the Declaration of Carolyn H. Cottrell.

8. The declaration submitted in support of the motion demonstrate that the attorneys representing the class have the experience and qualifications necessary to represent the Class.

9. The Court finds that the total hours worked by class counsel are reasonable, given the nature of the case and the defenses presented, the work class counsel had to undertake, the manner in which class counsel allocated their work, and the results achieved.

10. Class Counsel also are entitled to a multiplier of their total lodestar. The Court finds that the multiplier sought of 1.46 (as of January 20, 2023) falls well within the customary range for common fund cases where class counsel has taken the case on a contingency fee arrangement. The Court further finds the multiplier sought is reasonable and appropriate, given the documented lodestar, contingent risk, complexity, factual and legal risks, protracted nature of the case, the preclusion of counsel from other employment, and the favorable results achieved for class members.

11. A common cross-check regarding the reasonableness of a fee award is its percentage of the total value of the benefits conferred on the class. *Boeing Co. v. Van Gemert*, 444 U.S. 472, 478-81 (1980). Plaintiffs' fee request of $3,166,663.50 represents one-third (1/3) of the Gross Settlement Amount, which is reasonable under both applicable law, and in light of the contingent risk, factual and legal risks, Class Counsel's documented lodestar, the complex and protracted nature of the case, and strong result for the Class. *See id.*

12. Class Counsel are entitled to recover the out-of-pocket costs and litigation expenses they reasonably incurred in investigating, prosecuting, and settling this case. *Harris v. Marhoefer*, 24 F.3d 16, 19 (9th Cir. 1994). The Court finds that Class Counsel's out-of-pocket costs and expenses of $94,296.46 are documented, and reasonable and necessary to the prosecution of this

action, in light of the protracted nature of the case, the vigorousness of Defendants' legal defense, the motion practice, amount of documentary evidence, witnesses and depositions, and the four mediations necessary to achieve the settlement.

13. The Court FINALLY APPROVES Class Counsel's request for attorneys' fees in the amount of one-third of $9,500,000, for a total of $3,166,663.50.

14. The Court FINALLY APPROVES Class Counsel's request for costs in the amount of $94,296.46.

15. The Court further finds that the requested service awards are fair and reasonable for the service they provided to the Classes and Collective and the broader release they executed than the Class and Collective Members.

16. The Court FINALLY APPROVES the service awards to the Named Plaintiff and Class and PAGA Representative in the amount of $10,000 to Plaintiff Joshua Wright.

17. The Court FINALLY APPROVES the service awards to the Named Plaintiffs and Class and Collective Representatives in the amount of $5,000 each to Plaintiffs Loretta Stanley, Aiesha Lewis, and Haley Quam.

18. The Court FINALLY APPROVES a service award to Emily Gracey in the amount of $5,000.

**IT IS SO ORDERED.**

Dated: March 9, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

# EXHIBIT H

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS HUDDLESTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHN CHRISTNER TRUCKING, LLC,<br><br>Defendant. | Case No. 4:17-cv-00549-GKF-CDL |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND AN INCENTIVE AWARD**

Having considered Plaintiff Thomas Huddleston's Unopposed Motion For Attorneys' Fees, Costs, and an Incentive Award [ECF 281], having found the Joint Stipulation of Settlement and Release of Class and Collective Action [ECF 271-1] (the "Settlement") to be fair, reasonable, and adequate, and having reviewed the papers and documents presented, the statements of counsel, and the entire record in this case, the Court finds that the relief requested in the Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion For Attorneys' Fees, Costs, and an Incentive Award be granted as follows:

1. This Order incorporates by reference the definitions in the Settlement, and all terms defined therein shall have the same meaning in this Order as set forth in the Settlement.

2. The Court has jurisdiction over the subject matter of this application and all matters related thereto, including all members of the Classes who have not timely and validly requested exclusion.

3. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all

Class Members advising them of the terms of the Settlement, including of Class Counsel's application for attorneys' fees and costs and for incentive award, and of their right to object thereto, and a full and fair opportunity was accorded to all Class Members to be heard. No person has objected to Class Counsel's application for attorneys' fees and costs. No person has objected to Plaintiff's request for incentive award.

4. Class Counsel is hereby awarded attorneys' fees in the amount of $3,083,025.00, or 33.33% of the Gross Settlement Amount, which sum the Court finds to be fair and reasonable. Class Counsel is further awarded a total of $72,843.19 in reimbursement of expenses. The foregoing awards of attorneys' fees and expenses shall be paid to Class Counsel from the Gross Settlement Amount.

5. In making this award of attorneys' fees and costs, the Court has considered and found that: (a) Class Counsel has expended significant time and labor – over 4,069 hours – to prosecute this action; (b) Class Counsel successfully certified three groups of class members on distinct theories of liability, representing significant novelty and difficulty and requiring substantial skill; (c) the requested fee award of one-third of the common fund are within the range of customary fees awarded and considered to be presumptively reasonable in this Circuit; (d) Class Counsel prosecuted this action on a purely contingent fee basis; (e) the monetary and equitable relief provided by the Settlement represents a significant recovery on behalf of Class Members; (f) Class Counsel have extensive experience, reputation, and ability that propelled the excellent result obtained for the Class Members; (g) Class Counsel undertook significant risk in agreeing to represent the Plaintiff and Class for over five years by advancing large amounts of time, money, and resources; and (h) the requested fee award is consistent with consumer and wage and hour class and collective action litigation in this Circuit and across the country.

6. Plaintiff Huddleston is hereby awarded an incentive award in the amount of $25,000, which sum the Court finds to be fair and reasonable. The foregoing incentive award shall be paid to Plaintiff Huddleston from the Gross Settlement Amount.

7. In making this incentive award, the Court has considered and found that: (a) Plaintiff Huddleston actively and effectively fulfilled his obligation as the representative for the Class and Collective for over six years; (b) Plaintiff undertook significant financial and reputation risk by bringing this suit; (c) Plaintiff's requested incentive award is within the range of incentive awards approved in this Circuit and (d) provision of the incentive award furthers the policies and legislative goals underpinning the Fair Labor Standards Act and the Private Attorneys General Act of 2004.

8. Any appeal or challenge affecting this Court's approval regarding any attorneys' fees and costs application, or any incentive award application, shall in no way disturb or affect the finality of the Judgment entered with respect to the Settlement.

IT IS SO ORDERED this 31st day of October, 2022.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE

# EXHIBIT I

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DAVID RAMIREZ and MARION LEMONS, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

RITE AID CORPORATION, THRIFTY PAYLESS, INC., and DOES 1-10, inclusive.

Defendants.

Case No. CV 20-3531-GW-SKx (Consolidated with Case No. 2:20-cv-07617-GW-SKx)

**FINAL APPROVAL ORDER**

Date: May 5, 2022
Time: 8:30 a.m.
Courtroom: 9D
Judge: Hon. George H. Wu

Date Action Filed: April 16, 2020

IT IS HEREBY ADJUDGED AND DECREED THAT:

1. This Order incorporates by reference the definitions in the Class Action and Private Attorneys General Act Settlement Agreement and Release (the "Settlement Agreement" or the "Settlement," attached as **Exhibit 2** to the Revised Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action and PAGA Representative Settlement (ECF 61-1)) and all capitalized terms used herein shall have the same meanings as set forth in the Settlement unless set forth differently herein. The terms of Settlement are fully incorporated in this Order as if set forth fully here.

2. The Court has jurisdiction over the subject matter of this action and all Parties to the action, including all Class Members (including those who did not timely exclude themselves from the Class), and PAGA Aggrieved Employees.

3. Pursuant to Federal Rule of Civil Procedure 23(b)(3), the Court hereby certifies the following Class solely for the purpose of entering a settlement in this matter:

> Those individuals who, according to TPI's [Thrifty Payless, Inc.'s] personnel and payroll records, worked for TPI as a non-exempt associate in a Rite Aid retail store in California at any time during the period of April 16, 2016 through October 12, 2021.

4. Pursuant to Federal Rule of Civil Procedure 23(c)(3), all such persons or entities who satisfy the Class definition above, except those Class Members who timely and validly excluded themselves from the Class, are Class Members bound by this Order and the accompanying Judgment. The Parties agree that based on the representations of the appointed Claims Administrator that the Class Members who submitted a valid and timely Request for Exclusion pursuant to the Settlement are as follows: Mary Hassanein, Jeanette Brown, Jennifer Bowyer, Moon Sung, Rosalinda Saenz, Denae Lopez, Anna Krykun, Mark Collins, Alana Isakovic, Nona Noroyan,

Hovhannes Hakobyan, Gayle Sommer, Rodrigo Garcia, Karen Robertson, Perla Aispuro Vidana and Maria Vallejo.

5. For settlement purposes only, the Court finds:

(a) Pursuant to Federal Rule of Civil Procedure 23(a), David Ramirez and Marion Lemons are members of the Class, their claims are typical of the Class, and they fairly and adequately protected the interests of the Class throughout the proceedings in the Consolidated Action. Accordingly, the Court hereby appoints David Ramirez and Marions Lemons as class representatives;

(b) The Class meets all of the requirements of Federal Rules of Civil Procedure 23(a) and (b)(3) for certification of the class claims alleged in the Consolidated Complaint, including: (a) numerosity; (b) commonality; (c) typicality; (d) adequacy of the class representatives and Class Counsel; (e) predominance of the common questions of fact and law among the Class for purposes of settlement; and (f) superiority; and

(c) Having considered the factors set forth in Rule 23(g)(1) of the Federal Rules of Civil Procedure, Class Counsel have fairly and adequately represented the Class for purposes of entering into and implementing the Settlement. Accordingly, the Court hereby appoints Class Counsel as counsel to represent Class Members.

6. Persons who filed timely Requests for Exclusion are not bound by this Order and the accompanying Judgment or the terms of the Settlement, relating to the class claims, and may pursue their own individual remedies against Defendants. However, such excluded parties are not entitled to any rights or benefits provided to Class Members by the terms of the Settlement. PAGA Aggrieved Employees who filed timely exclusion requests are bound by the terms of the Settlement relating to the

Private Attorneys General Act ("PAGA") claim and, if eligible, will receive their pro rata allocation of the Net PAGA Settlement Amount.

7. The payment of $67,500 in civil penalties under the Labor Code Private Attorneys General Act of 2004 (Labor Code § 2698 et seq.) to the Labor and Workforce Development Agency ("LWDA") for the LWDA's share of the penalties alleged by Plaintiffs and compromised under the Settlement is fair and reasonable.

8. The Court directed that notice be given to Class Members by mail and electronic mail pursuant to the notice process proposed by the Parties in the Settlement and approved by the Court. (ECF 62). The declaration from JND Legal Administration ("JND"), attesting to the dissemination of the notice to the Class, demonstrates compliance with this Court's Preliminary Approval Order, ECF 62. The Class Notice advised Class Members of the terms of the settlement; the Final Approval Hearing and their right to appear at such hearing; their rights to remain in or opt out of the Class and to object to the settlement; the procedures for exercising such rights; and the binding effect of this Order and the accompanying Judgment, whether favorable or unfavorable, to the Class.

9. The distribution of the notice to the Class constituted the best notice practicable under the circumstances, and fully satisfied the requirements of Federal Rule of Civil Procedure 23, the requirements of due process, and any other applicable law.

10. Pursuant to Federal Rule of Civil Procedure 23(e)(2), the Court finds after a hearing and based upon all submissions of the Parties and other persons that the Settlement proposed by the Parties is fair, reasonable, and adequate. The terms and provisions of the Settlement are the product of arms-length negotiations conducted in good faith and with the assistance of an experienced mediator, Jeffrey Ross, Esq. There were no objections to the Settlement and approval of the Settlement will result in substantial savings of time, money and effort to the Court and the Parties, and will

further the interests of justice.

11. As more fully set forth in the Settlement (including the Release of Claims, which is fully set forth in Paragraph 37), upon the Effective Date of this Final Approval Order, the named Plaintiffs and each Class Member, other than those who filed valid Requests for Exclusion, shall be deemed to have, and by operation of this Final Settlement Order and Judgment shall have released, waived and discharged with prejudice Defendants, their present, former, and future parents, subsidiaries, affiliates, predecessors, successors and assigns, and each of their respective past and present members, shareholders, directors, officers, employees, agents, servants, registered representatives, insurers and attorneys (collectively hereafter, the "Released Parties") from any and all claims, debts, liabilities, demands, claims for restitution or injunctive relief, obligations, guarantees, costs, expenses, attorneys' fees, damages, interest, liquidated damages, penalties, loss of wages, actions, causes of action and any other relief (of whatever kind or nature, whether known or unknown) that were asserted in the *Ramirez* Class Action, the *Lemons* Class and PAGA Action, the *Ramirez* PAGA Action and/or the Consolidated Action or could have been asserted based on the same factual predicates contained in the *Ramirez* Class Action, the *Lemons* Class and PAGA Action, the *Ramirez* PAGA Action and/or the Consolidated Action from April 16, 2016 through the February 24, 2022, including but not limited to claims for violations of California and/or federal law pertaining to (1) failure to pay for all hours worked; (2) failure to pay minimum wages; (3) failure to pay overtime wages; (4) failure to authorize and permit and/or make available meal periods; (5) failure to provide accurate itemized wage statements; (6) waiting time penalties; (7) failure to pay all wage due on regularly scheduled paydays; (8) violation of California Business and Professions Code; (9) injunctive relief pursuant to California Business and Professions Code; and (10) PAGA civil penalties to the extent based on the nine immediately preceding and identified issues in Subsections (1)-(9). This release

Case 2:21-cv-03576-DSF-PD Document 72 Filed 05/19/23 Page 336 of 584 Page ID #:11430

includes but is not limited to claims for violations of California Labor Code §§ 200, 201, 202, 203, 204, 204b, 210, 221, 223, 224, 225.5, 226, 226.3, 226.7, 256, 510, 512, 558, 1174, 1174.5, 1182.11, 1182.12, 1194, 1194.2, 1197, 1197.1, 1198, 1199, and 2698 et seq., all provisions of the California Industrial Welfare Commission Wage Orders that provide the same protection(s) as the statutes and regulations listed immediately above, and California Business and Professions Code Sections 17200, et seq. (to the extent based on the same protections as provided by each of the statutes listed immediately above). Participating Class Members expressly release their claims under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, et seq., that are or could be based on the same factual allegations in the Ramirez Class Action, the Lemons Class and PAGA Action, the Ramirez PAGA Action and/or Consolidated Action. (All together collectively, "Released Claims"). In addition, Plaintiffs shall be deemed to have waived all of their rights and protections under California Civil Code Section 1542 as to any claims against the Released Parties, as set forth more fully in their individual General Releases.

12. All Class Members who have not timely and validly submitted Requests for Exclusion are bound by this Order and the accompanying Judgment and by the terms of the Settlement, and all such Class Members shall be forever barred from pursuing any of the Released Claims as set forth in the Settlement Agreement against the Released Parties.

13. Notice of Class Counsel's request for an award of attorney's fees, reimbursement of litigation expenses, and incentive compensation was provided in the Notice disbursed to Class Members. No objections to the requested amounts were made by any Class Members. Class Members were given a full opportunity to participate in the Final Approval Hearing, and all Class Members and other persons wishing to be heard have been heard.

14. The Plaintiffs in this Action initiated this lawsuit, acted to protect the

Class, and assisted their counsel. Their efforts have produced the Settlement entered into in good faith that provides a fair, reasonable, adequate and certain result for the Class. Plaintiff David Ramirez and Plaintiff Marion Lemons are each entitled to a service award of $10,000, for total incentive awards in the amount of $20,000.

15. Class Counsel is entitled to reasonable attorney's fees, which the Court finds to be $2,700,000, and expenses in the amount of $27,031.60. This amount is justified under the common fund doctrine, the range of awards ordered in this District and Circuit, the results obtained, the substantial risk borne by Class Counsel in litigating this matter, the high degree of skill and quality of work performed, the financial burden imposed by the contingency basis of Class Counsel' representation of Plaintiffs and the Class, and the additional work required of Class Counsel to bring this Settlement to conclusion. The Court finds the fee award is further supported by a lodestar crosscheck, whereby it finds that the hourly rates of Schneider Wallace Cottrell Konecky LLP and Aiman-Smith & Marcy PC are reasonable, that the estimated hours expended are reasonable, and that the multiplier is reasonable in light of the above. The attorney's fees and expenses awarded herein shall be divided between Schneider Wallace and Aiman-Smith & Marcy and shall only be distributed by JND Legal Administration upon joint instructions from both law firms.

16. Claims administrator JND Legal Administration is entitled to $112,741 for settlement administration costs.

17. Any settlement checks that have not been cashed or deposited after 180 days will be cancelled. If the total residual amount of uncashed settlement checks is less than One Hundred Thousand Dollars and Zero Cents ($100,000.00), then the amount will revert to *cy pres*. The Court approves Legal Aid at Work as the *cy pres* recipient. If the total residual amount of uncashed settlement checks is more than One Hundred Thousand Dollars and Zero Cents ($100,000.00) then there will be a second distribution to Participating Class Members who cashed their Settlement Award

check, and will be on a pro rata basis as provided in Paragraph 14 of the Settlement. Any uncashed checks following the redistribution will revert to *cy pres,* regardless of the amount.

18. Good cause appearing, the Court hereby approves the following implementation schedule:

| | |
|---|---|
| Effective Date | Upon the Court ordering Final Approval and entering final judgment |
| Deadline for Defendants to pay the Administrator all amounts awarded and approved by the Court ("Payment Date") | The latest of:<br>• 14 calendar days following the entry of a Judgment finally approving this Settlement<br>• If an objection is filed, 14 calendar days after any deadline to file an appeal has expired<br>• If an appeal has been taken or sought, 14 calendar days after the Judgment is finally affirmed by an appellate court with no possibility of subsequent appeal or judicial review, or the date the appeal(s) or reviews are finally dismissed |
| Deadline for Administrator to make all payments due under the Settlement | Within ten (10) business days of the Payment Date |
| Check-cashing deadline | 180 days after issuance |
| Deadline for Administrator to either distribute uncashed check funds to *cy pres* recipient or redistribute such funds | As soon as practicable after check-cashing deadline |
| Deadline for Plaintiffs to file a Post-Distribution Accounting | Within 21 days after the distribution of any remaining monies to Class Members who cashed their Settlement Award check or to the *cy pres* recipient |
| Deadline for Plaintiff Ramirez to dismiss with prejudice the *Ramirez* PAGA action | Within 5 days of the Court entering Judgment as to the Consolidated |

| | |
|---|---|
| and for Plaintiffs to sign their General Releases. | Action. |

19. The Court enters this judgment consistent with the above and the Parties' Settlement Agreement.

**IT IS SO ORDERED.**

Dated: May 19, 2022



HON. GEORGE H. WU,
United States District Judge

# EXHIBIT J

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

VLADIMIR AMARAUT, KATHERINE ALMONTE, KRISTOPHER FOX, DYLAN MCCOLLUM, QUINN MYERS, and MARISSA PAINTER, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

SPRINT/UNITED MANAGEMENT COMPANY,

Defendant.

Case No.: 19-cv-411-WQH-AHG

**ORDER**

HAYES, Judge:

The matters before the Court are the Motion for Final Approval of Class and Collective Action Settlement (ECF No. 201) and the Motion for Award of Attorneys' Fees and Costs, Service Awards, and Approval of *Cy Pres* Recipient (ECF No. 202) filed by Plaintiffs Vladimir Amaraut, Katherine Almonte, Kristopher Fox, Dylan McCollum, Quinn Myers, and Marissa Painter.

///

///

## I. BACKGROUND

On February 28, 2019, Plaintiff Vladimir Amaraut filed a Collective and Class Action Complaint against Defendant Sprint/United Management Company ("Sprint"), alleging violations of the Fair Labor Standards Act ("FLSA") and California wage and hour laws. (ECF No. 1). On November 1, 2019, Plaintiffs Vladimir Amaraut, Katherine Almonte, Corbin Beltz, Kristopher Fox, Dylan McCollum, and Quinn Myers filed a First Amended Collective and Class Action Complaint, alleging the following claims: (1) violations of the FLSA (claim 1) (by Plaintiffs and the FLSA Collective); (2) violations of California wage and hour laws (claims 2-8) (by Plaintiff Amaraut and the California Class); (3) violations of Arizona wage and hour laws (claim 9) (by Plaintiff McCollum and the Arizona Class); (4) violations of Colorado wage and hour laws (claims 10-11) (by Plaintiff Myers and the Colorado Class); (5) violations of New York wage and hour laws (claims 12-14) (by Plaintiff Almonte and the New York Class); (6) violations of Ohio wage and hour laws (claims 15-16) (by Plaintiff Fox and the Ohio Class); (7) violations of Washington wage and hour laws (claims 17-19) (by Plaintiff Beltz and the Washington Class); (8) penalties pursuant to the Private Attorneys General Act ("PAGA") (claims 20-21) (by Plaintiff Amaraut); and (9) unlawful deductions from commissions in violation of the California Labor Code (claim 22) (by Plaintiff Amaraut). (ECF No. 45-1; *see* ECF No. 47). Plaintiffs seek damages, declaratory relief, injunctive relief, an accounting, civil penalties, and attorneys' fees and costs.

On November 1, 2019, the parties filed a Joint Motion to Conditionally Certify the Collective and Facilitate Notice Pursuant to 29 U.S.C. § 216(b). (ECF No. 46). On November 4, 2019, the Court issued an Order granting the Joint Motion, conditionally certifying the FLSA Collective, and approving the Notice of Collective Action Lawsuit and Opt-In Form. (ECF No. 48). On November 18, 2019, the Court issued an Order appointing Heffler Claims Group ("HCG") to facilitate notice to the Collective. (ECF No. 51).

On January 8, 2021, Plaintiffs filed a Motion for Preliminary Approval of Class and Collective Action Settlement. (ECF No. 189).

On January 11, 2021, Plaintiffs filed a Second Amended Collective and Class Action Complaint, substituting Plaintiff Marissa Painter for Corbin Beltz as the proposed representative for the Washington Class. (ECF No. 194).

On February 16, 2021, the Court issued an Order granting the Motion for Preliminary Approval of Class and Collective Action Settlement. (ECF No. 195). The Court: (1) preliminarily approved the Settlement; (2) conditionally certified the Arizona, Colorado, New York, Ohio, and Washington Classes; (3) confirmed its Order conditionally certifying the Collective; (4) conditionally authorized HCG as the Settlement Administrator; (5) conditionally appointed Schneider Wallace Cottrell Konecky LLP and Shavitz Law Group, P.A., as Counsel for the Classes and the Collective; (6) conditionally appointed Plaintiffs McCollum, Myers, Almonte, Fox, and Painter as Class Representatives and conditionally appointed Plaintiff Amaraut as the Collective Representative; (7) approved the settlement procedures and the Notices of Settlement; and (8) conditionally approved an award of attorneys' fees and costs.

On April 6, 2021, the parties filed a Joint Motion to Dismiss the California Class claims (claims 2-8) and PAGA claims (claims 20-21) without prejudice. (ECF No. 196). On April 8, 2021, the Court granted the Joint Motion.[1] (ECF No. 197).

On June 9, 2021, Plaintiffs filed a Motion for Final Approval of Class and Collective Action Settlement (ECF No. 201) and a Motion for Award of Attorneys' Fees and Costs, Service Awards, and Approval of *Cy Pres* Recipient (ECF No. 202). Sprint did not file an opposition to either Motion. On July 6, 2021, Plaintiffs filed a Supplemental Declaration in Support of Motion for Final Approval of Class and Collective Action Settlement. (ECF No. 205).

---

[1] Plaintiff Amaraut's individual claims for violations of California law (claims 2-8 and 22) remain pending.

On July 7, 2021, the Court held a final approval hearing. No member of the Class or Collective appeared.

## II. TERMS OF THE SETTLEMENT

The Putative Class consists of "any current or former non-exempt employee of Defendant working in Sprint's retail establishments in the states of Arizona, Colorado, New York, Ohio, and Washington during the applicable Settlement Period." (Settlement Agreement, Ex. 1 to Cottrell Decl., ECF No. 201-3 § II.23). The Settlement Period is:

> (b) for all Arizona putative class members, February 28, 2018 through December 31, 2020; (c) for all New York putative class members, February 28, 2013 through December 31, 2020; and (d) for all Colorado, Ohio, and Washington putative class members, February 28, 2016 through December 31, 2020.

(*Id.* § II.33). Members of the Putative Class "who do not opt out are Settlement Class Members and shall be bound by the terms of the Settlement Agreement." (*Id.* § II.23). The proposed FLSA Collective, or "Opt-In Plaintiffs," consists of:

> any and all persons nationwide that were employed by Defendant as a retail non-exempt employee from February 28, 2016 through December 31, 2020, who has filed (and not withdrawn) a consent-to-join form as of the date of the filing by Plaintiffs of the motion for preliminary approval of this Settlement Agreement by the Court.

(*Id.* § II.18).

Sprint "agrees to pay the Maximum Gross Settlement Amount of Seven Million Six Hundred Thousand Dollars and Zero Cents ($7,600,000.00)" to settle the claims of the Settlement Class Members, the Opt-In Plaintiffs, and the individual named Plaintiffs. (*Id.* §§ II.12, IV.D). The following will be deducted from the Maximum Gross Settlement Amount with Court approval: (1) service awards of $15,000 for Plaintiff Amaraut and $10,000 each for Plaintiffs Almonte, Painter, Fox, McCollum, and Myers; (2) $3,999 to settle Plaintiff Amaraut's individual claims for violations of the California Labor Code; (3) settlement administration costs "currently estimated at $99,921.00;" and (4) attorneys'

fees of "33.33% of the Maximum Gross Settlement Amount" plus "out-of-pocket costs and expenses not to exceed $120,000." (*Id.* §§ II.15, IV.F-IV.I).

The remaining "Net Settlement Amount shall be allocated as follows: 70% to the Class Net Settlement Amount and 30% to the FLSA Net Settlement Amount." (*Id.* § IV.E).

> The Class Net Settlement Amount shall be further allocated as follows: 6.6% to Settlement Class Members in the Putative Arizona Class ("the Arizona Class Net Settlement Amount"), 8.4% to Settlement Class Members in the Putative Colorado Class ("the Colorado Class Net Settlement Amount"), 58.8% to Settlement Class Members in the Putative New York Class ("the New York Class Net Settlement Amount"), 10.3% to Settlement Class Members in the Putative Ohio Class ("the Ohio Class Net Settlement Amount"), and 15.9% to Settlement Class Members in the Putative Washington Class ("the Washington Class Net Settlement Amount").

(*Id.*). "The Net Settlement Amount is currently estimated at $4,778,000.00." (*Id.* § II.15).

Settlement Class Members "will receive a *pro rata* share of the Class Net Settlement Amount" based on their respective number of workweeks in the applicable Settlement Period as compared to the total number of workweeks of all Settlement Class Members for their state. (*Id.* § IV.E.1.). Opt-In Plaintiffs "will receive a *pro rata* share of the FLSA Net Settlement Amount" based on their respective number of workweeks in the Settlement Period as compared to the total number of workweeks of all Opt-In Plaintiffs. (*Id.* § IV.E.2.). "To the extent that individuals are both Settlement Class Members and Opt-In Plaintiffs, they shall be eligible to receive both an Individual Class Settlement Share and an Individual FLSA Settlement Share." (*Id.* § IV.E.). "The average net recovery is approximately $495 for Putative Arizona Class Members, $392 for Putative Colorado Class Members, $562 for Putative New York Class Members, $307 for Putative Ohio Class Members, $666 for Putative Washington Class Members, and $353 for FLSA Opt-In Plaintiffs." (Cottrell Decl., ECF No. 201-2 ¶ 72).

Settlement Class Members and Opt-In Plaintiffs "shall have one hundred and twenty (120) calendar days from the date of mailing" to cash their individual settlement checks. (Settlement Agreement, Ex. 1 to Cottrell Decl., ECF No. 201-3 §§ IV.E.1.f, IV.E.2.b). The

uncashed check funds will be redistributed *pro rata* to individuals who cashed their settlement checks. (*Id.*). If the average net recovery from the redistribution is less than $10 per person, or if there are uncashed check funds remaining after the redistribution, "the checks will be cancelled and the corresponding funds will be donated" to the *cy pres* recipient, the Justice Gap Fund. (*Id.*).

## III. NOTICE, OPT-OUTS, & OBJECTIONS TO THE SETTLEMENT

On December 13, 2019, December 27, 2019, and April 23, 2020, HCG disseminated the Court-approved Notice of Collective Action Lawsuit and Opt-In Form to individuals eligible to opt-in to the FLSA Collective. (*See* Cottrell Decl., ECF No. 201-2 ¶¶ 20-23). The Notice informed recipients of their right to opt-in to the lawsuit, the requirements to opt-in, and the 60-day deadline from the date of mailing to opt-in. (*See* Ex. A to Joint Motion to Conditionally Certify the Collective, ECF No. 46-1). "Across the three rounds of notice, [HCG] sent over 34,000 notices via U.S. Mail, over 82,000 email notices, and over 4,700 text message notices." (Cottrell Decl., ECF No. 201-2 ¶ 24). "4,732 retail employees have filed opt-in forms." (*Id.* ¶ 80).

The Senior Director of Kroll Settlement Administration, LLC, f/k/a Heffler Claims Group ("Kroll") states in a Declaration that on March 16, 2021, Kroll received a data file from Sprint containing records of "4,732 FLSA Collective Members; 446 Putative Arizona Class Members; 715 Putative Colorado Class Members; 3,501 Putative New York Class Members; 1,119 Putative Ohio Class Members; and 799 Putative Washington Class Members." (Rapazzini Decl., ECF No. 201-4 ¶ 4). "673 records were identified as both a FLSA Collective Member and a Putative Class Member. . . . The number of unique individuals in the data totaled 10,618, that were identified as FLSA Collective Members, Putative Class Members or both a FLSA Collective Member and a Putative Class Member." (*Id.*).

On March 25, 2021, Kroll sent the Court-approved Notices of Class and Collective Action Settlement to the 10,618 Class and Collective Members via First Class Mail and to 6,507 email addresses on file. (*Id.* ¶¶ 8-9). The Notices informed recipients of the terms

of the Settlement; their number of workweeks; their expected share; the 60-day deadline from the date of mailing to submit objections, requests for exclusions, or disputes; the final approval hearing date; and that Plaintiffs would seek attorneys' fees, costs, and service awards and the corresponding amounts. (*See* Exs. A-D to Rapazzini Decl., ECF No. 201-5). "491 emails were rejected/bounced." (Rapazzini Decl., ECF No. 201-4 ¶ 9). "170 Notices were returned by the USPS with a forwarding address . . . [and] were re-mailed to the updated addresses . . . ." (*Id.* ¶ 10). "880 Notices were returned by the USPS as undeliverable as addressed." (*Id.* ¶ 11). Kroll ran the undeliverable records "through an address trace process," and "re-mailed Notices to [] 793 updated addresses obtained from the trace process" on June 4, 2021. (*Id.*).

"The last day to submit opt-outs/objections/workweek disputes was May 26, 2021." (*Id.* ¶ 12). These deadlines were extended "until July 4, 2021, for individuals who were mailed notice on June 4, 2021." (Cottrell Decl., ECF No. 201-2 ¶ 55). "As of July 6, 2021, Kroll has received 0 timely exclusion requests and 0 objections to the Settlement." (Rapazzini Supp. Decl., ECF No. 205 ¶ 7).

## IV. CLASS AND COLLECTIVE CERTIFICATION

Plaintiffs request that the Court certify the Settlement Class and, "[t]o the extent necessary, . . . finally certify the Collective as to the Opt-In Plaintiffs." (ECF No. 201-1 at 43). "Collective actions and class actions are creatures of distinct texts—collective actions of [29 U.S.C.] section 216(b), and class actions of Rule 23 [of the Federal Rules of Civil Procedure]—that impose distinct requirements." *Campbell v. City of Los Angeles*, 903 F.3d 1090, 1101 (9th Cir. 2018).

> To obtain certification of a class action for money damages under Rule 23(b)(3), a plaintiff must satisfy Rule 23(a)'s [] prerequisites of numerosity, commonality, typicality, and adequacy of representation, and must also establish that the questions of law or fact common to class members predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy.

*Amgen Inc. v. Conn. Ret. Plans & Trust Funds*, 568 U.S. 455, 460 (2013) (citations omitted). Under § 216(b), "workers may litigate jointly if they (1) claim a violation of the FLSA, (2) are 'similarly situated,' and (3) affirmatively opt in to the joint litigation, in writing." *Campbell*, 903 F.3d at 1100 (quoting 29 U.S.C. § 216(b)). "Party plaintiffs are similarly situated, and may proceed in a collective, to the extent they share a similar issue of law or fact material to the disposition of their FLSA claims." *Id.* at 1117.

The Court has preliminarily certified the proposed Settlement Class and the FLSA Collective. (*See* ECF Nos. 48, 195). 4,732 individuals have opted-in to the FLSA Collective. No individual has objected to certification of the Settlement Class or filed any motion for decertification of the FLSA Collective. *See Campbell*, 903 F.3d at 1117. The Court certifies the Settlement Class and the FLSA Collective as to the Opt-In Plaintiffs for purposes of settlement. All Settlement Class Members and Opt-In Plaintiffs shall be subject to the provisions of the Settlement Agreement, this Order, and the separately-issued Judgment.

## V. FAIRNESS OF THE SETTLEMENT

Plaintiffs assert that the terms of the Settlement are fair, reasonable, and adequate. Plaintiffs assert that the Settlement "represents approximately 10.9% of Defendant's total potential exposure of $69.7 million" and "provides for a considerable average recovery exceeding $450.00." (ECF No. 201-1 at 35-36). Plaintiffs assert that the extensive discovery performed in this case allowed the parties to accurately assess the merits of the claims and defenses. Plaintiffs contend that there are substantial risks to continuing to litigate this case, including significant further discovery, the challenging nature of class certification for off-the-clock claims, and challenges to proving liability and damages. Plaintiffs assert that the "widespread support for the Settlement among Class Members [] gives rise to a presumption of fairness." (*Id.* at 42).

"To guard against th[e] potential for class action abuse, Rule 23(e) of the Federal Rules of Civil Procedure requires court approval of all class action settlements, which may be granted only after a fairness hearing and a determination that the settlement taken as a

whole is fair, reasonable, and adequate." *Jones v. GN Netcom, Inc. (In re Bluetooth Headset Prods. Liab. Litig.)*, 654 F.3d 935, 946 (9th Cir. 2011) (citing Fed R. Civ. P. 23(e)(2)). Courts require a higher standard of fairness when a settlement takes place prior to formal class certification to ensure that class counsel and the defendants have not colluded in settling the case. *See Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1026 (9th Cir. 1998), *as amended* (July 24, 1998). In assessing a proposed settlement,

> [the court] balance[es] [] several factors which may include, among others, some or all of the following: the strength of plaintiffs' case; the risk, expense, complexity, and likely duration of further litigation; the risk of maintaining class action status throughout the trial; the amount offered in settlement; the extent of discovery completed, and the stage of the proceedings; the experience and views of counsel; the presence of a governmental participant; and the reaction of the class members to the proposed settlement.

*Linney v. Cellular Alaska P'ship*, 151 F.3d 1234, 1242 (9th Cir. 1998) (quoting *Torrisi v. Tucson Elec. Power Co.*, 8 F.3d 1370, 1375 (9th Cir. 1993)).

The Court of Appeals for the Ninth Circuit has not established criteria to determine whether a collective action settlement warrants approval. Most courts evaluate the settlement under the standard established by the Court of Appeals for the Eleventh Circuit, which requires that the settlement constitute "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). "If a settlement in an employee FLSA suit [] reflect[s] a reasonable compromise over issues . . . that are actually in dispute," the district court may "approve the settlement in order to promote the policy of encouraging settlement of litigation." *Id.* at 1354.

In this case, substantial discovery has been completed, allowing the parties to "evaluate Defendant's exposure on a Class and Collective basis" and make an informed settlement analysis. (*See* Cottrell Decl., ECF No. 201-2 ¶¶ 25-39). The parties attended a settlement conference with the magistrate judge and an 11-hour mediation with an experienced wage and hour mediator. (*See id.* ¶¶ 41-42). On July 31, 2020, the parties

accepted the mediator's proposal, which "contained the essential terms of the instant Settlement." (*Id.* ¶ 42; *see In re Bluetooth*, 654 F.3d at 948 (participation of a mediator is "a factor weighing in favor of a finding of non-collusiveness")). The estimated net recovery for the 10,618 Settlement Class Members and Opt-In Plaintiffs is $4,778,000—an average of $450 per person. (*See* Settlement Agreement, Ex. 1 to Cottrell Decl., ECF No. 201-3 § II.15; Cottrell Decl., ECF No. 201-2 ¶ 67). No Class or Collective Member has opted-out of the Settlement or filed an objection to the Settlement. *See Shames v. Hertz Corp.*, No. 07-CV-2174-MMA(WMC), 2012 U.S. Dist. LEXIS 158577, at *25-26 (S.D. Cal. Nov. 5, 2012) (the absence of a large number of objectors supports the fairness, reasonableness, and adequacy of the settlement). Class Counsel includes attorneys at two different law firms with significant experience in class action and wage and hour litigation who are well qualified to conduct this litigation and assess its settlement value. The Court concludes that the Settlement is fair, reasonable, and adequate and that no evidence of collusion exists. The Court further concludes that the Settlement reflects a reasonable compromise over FLSA issues in dispute.

## VI. ATTORNEYS' FEES & COSTS

Counsel for Plaintiffs requests that the Court approve the following awards authorized by the Settlement Agreement: (1) attorneys' fees in the amount of $2,533,080, representing 33.33% of the $7,600,000 Maximum Gross Settlement Amount and 156% of the $1,626,066 lodestar; (2) litigation costs in the amount of $110,798.93; (3) and settlement administration costs in the amount of $99,921. (*See* Settlement Agreement, Ex. 1 to Cottrell Decl., ECF No. 201-3 § IV.F).

Rule 23 of the Federal Rules of Civil Procedure provides, "In a certified class action, the court may award reasonable attorneys' fees and nontaxable costs that are authorized by law or by the parties' agreement." Fed. R. Civ. P. 23(h). 29 U.S.C. § 216(b) provides that the court in a FLSA collective action "shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action." 29 U.S.C. § 216(b). The court has an "independent obligation to ensure

that the award [of attorneys' fees], like the settlement itself, is reasonable, even if the parties have already agreed to an amount." *In re Bluetooth*, 654 F.3d at 941.

"Where a settlement produces a common fund for the benefit of the entire class, courts have discretion to employ either the lodestar method or the percentage-of-recovery method." *Id.* at 942. Under the percentage-of-recovery method, "courts typically calculate 25% of the fund as the benchmark for a reason-able fee award." *Id*. However, in "most common fund cases, the award exceeds that benchmark." *Vasquez v. Coast Valley Roofing, Inc.*, 266 F.R.D. 482, 491 (E.D. Cal. 2010); *see* ECF No. 202-1 at 15-16 (collecting cases approving awards of up to 40% of the common fund). Reasons to exceed the 25% benchmark include when counsel achieves exceptional results for the class, undertakes "extremely risky" litigation, generates benefits for the class beyond the cash settlement fund, or handles the case on a contingency basis. *Vizcaino v. Microsoft Corp*., 290 F.3d 1043, 1048-50 (9th Cir. 2002).

Courts may "appl[y] the lodestar method as a crosscheck of the percentage method." *Id.* at 1050. "The lodestar figure is calculated by multiplying the number of hours the prevailing party reasonably expended on the litigation (as supported by adequate documentation) by a reason-able hourly rate for the region and for the experience of the lawyer." *In re Bluetooth*, 654 F.3d 941. After computing the lodestar figure, the district court may then adjust the figure upward or downward taking into consideration twelve "reasonableness" factors:

> (1) the time and labor required, (2) the novelty and difficulty of the questions involved, (3) the skill requisite to perform the legal service properly, (4) the preclusion of other employment by the attorney due to acceptance of the case, (5) the customary fee, (6) whether the fee is fixed or contingent, (7) time limitations imposed by the client or the circumstances, (8) the amount involved and the results obtained, (9) the experience, reputation, and ability of the attorneys, (10) the "undesirability" of the case, (11) the nature and length of the professional relationship with the client, and (12) awards in similar cases.

*Morales v. City of San Rafael*, 96 F.3d 359, 363 n.8 (9th Cir. 1996) (quoting *Kerr v. Screen Guild Extras, Inc.*, 526 F.2d 67, 70 (9th Cir. 1975)), *amended on denial of reh'g*, 1997 U.S. App. LEXIS 5508 (9th Cir. Mar. 25, 1997).

In this case, the requested attorneys' fees constitute 33.33% of the common fund, a percentage commonly awarded by courts in this circuit. Class Counsel has significant experience in class action and wage and hour litigation and has demonstrated significant skill during this contentious litigation. (*See* Cottrell Decl., ECF No. 202-2 ¶¶ 5-7; Shavitz Decl., ECF No. 202-4 ¶¶ 4-13). The estimated net recovery for the 10,618 Settlement Class Members and Opt-In Plaintiffs is $4,778,000—an average of $450 per person. (*See* Settlement Agreement, Ex. 1 to Cottrell Decl., ECF No. 201-3 § II.15; Cottrell Decl., ECF No. 201-2 ¶ 67). Class Counsel incurred financial risk by taking this case on a contingent fee basis, and no member of the Class or Collective has objected to the requested fees.

A lodestar cross-check confirms that the requested fees are reasonable. Schneider Wallace Cottrell Konecky LLP ("SWCK") and Shavitz Law Group, P.A. ("SLG") "have devoted over 2,668 hours to the prosecution of the Action, with a combined lodestar amount of $1,626,066.00." (Cottrell Decl., ECF No. 202-2 ¶ 8). Twenty-five attorneys and paralegals from SWCK spent 1,707.90 hours on this case, with billing rates ranging from $300 to $450 for the paralegals and $680 to $1,005 for the attorneys. (*See* Ex. A to Cottrell Decl., ECF No. 202-3 at 2-3). Five attorneys and legal assistants from SLG spent 960.5 hours on this case, with billing rates ranging from $150 for the legal assistant and $600 to $700 for the attorneys. (*See* Shavitz Decl., ECF No. 202-4 ¶ 34). The requested fees represent a lodestar multiplier of 1.56. *See Vizcaino*, 290 F.3d at 1051 n.6 ("Multiples ranging from one to four are frequently awarded in common fund cases when the lodestar method is applied." (quoting *In re Prudential Ins. Co. Am. Sales Practice Litig. Agent Actions*, 148 F.3d 283, 341 (3d Cir. 1998)). The Court concludes that the requested attorneys' fees of $2,533,080 are reasonable in light of the recovery under the Settlement, the skill exercised in obtaining that recovery, and the risks in representing the Plaintiffs on a contingent basis.

Class Counsel incurred $110,798.93 in out-of-pocket costs in prosecuting this action—less than the $120,000 maximum provided in the Settlement Agreement. (*See* Ex. B to Cottrell Decl., ECF No. 202-3 at 5-6; Shavitz Decl., ECF No. 202-4 ¶ 40). "A substantial portion of the costs . . . ($93,658.61) relate to notice administration costs for the FLSA Collective." (Cottrell Decl., ECF No. 202-2 ¶ 45). No member of the Class or Collective has objected to the requested costs. The Court concludes that the requested litigation costs of $110,798 are reasonable.

Kroll has billed "approximately $33,411.19 for services and fees incurred in the settlement administration of this case . . . ." (Rapazzini Decl., ECF No. 201-4 ¶ 14). Kroll estimates that it will bill no more than an additional $65,509.97 to complete the administration of this settlement . . . based on Kroll's many years of experience administering class action settlements." (*Id.*; *see id.* ¶ 3 (detailing the work Kroll has done and will do in administering the Settlement)). The Court concludes that administration costs of $98,921.16 are reasonable.

## VII. SERVICE AWARDS

Class Counsel requests that the Court approve service awards in the amounts of $15,000 for Plaintiff Amaraut and $10,000 each for Plaintiffs Almonte, Painter, Fox, McCollum, and Myers as authorized by the Settlement Agreement. (*See* Settlement Agreement, Ex. 1 to Cottrell Decl., ECF No. 201-3 ¶¶ II.12, IV.G). District courts in this circuit consider five factors in determining whether to approve a service award:

> 1) the risk to the class representative in commencing suit, both financial and otherwise; 2) the notoriety and personal difficulties encountered by the class representative; 3) the amount of time and effort spent by the class representative; 4) the duration of the litigation and; 5) the personal benefit (or lack thereof) enjoyed by the class representative as a result of the litigation.

*Van Vranken v. Atl. Richfield Co.*, 901 F. Supp. 294, 299 (N.D. Cal. 1995).

Class Counsel states in a Declaration that the named Plaintiffs "have expended substantial time assisting in the prosecution of the claims," including "providing

information to counsel, assisting in the drafting of pleadings and other documents, [] regularly discussing the facts and proceedings with Class Counsel," and "responding to Defendant's voluminous discovery requests." (Cottrell Decl., ECF No. 202-2 ¶ 51). The named Plaintiffs agreed to a general release and undertook "significant reputational risks . . . by publicly affiliating themselves with litigation against their employer." (*Id.* ¶ 52). Each of the named Plaintiffs submitted a Declaration detailing the work they performed in this case. (*See* ECF Nos. 202-5–202-10). No member of the Class or Collective has objected to the requested service awards. The Court concludes that the requested service awards of $15,000 for Plaintiff Amaraut and $10,000 each for Plaintiffs Almonte, Painter, Fox, McCollum, and Myers are reasonable. *See, e.g.*, *Hose v. Wash. Inventory Serv.*, No. 14-cv-2869-WQH-AGS, 2020 U.S. Dist. LEXIS 117242, at *51 (S.D. Cal. July 2, 2020) (approving a $20,000 service award for the named plaintiff in a wage and hour suit).

## VIII. CONCLUSION

The Court, having reviewed and considered the Motion for Final Approval of Class and Collective Action Settlement (ECF No. 201) and the Motion for Award of Attorneys' Fees and Costs, Service Awards, and Approval of *Cy Pres* Recipient (ECF No. 202), hereby **GRANTS** the Motions and **ORDERS** the following:

1. This Order incorporates by reference the definitions in the Settlement, and all terms defined therein shall have the same meaning in this Order as set forth in the Settlement.

2. The Court has jurisdiction over the claims of the participating Settlement Class Members and Opt-In Plaintiffs asserted in this proceeding and over all Parties to the action.

3. The Court finds that no Settlement Class Members have objected to the Settlement and no Settlement Class Members have requested exclusion from the Settlement. Additionally, 4,732 Collective Members have filed valid opt-in forms.

4. The Court hereby **GRANTS** final approval of the terms and conditions contained in the Settlement, as to the Settlement Class Members and Opt-In Plaintiffs. The

Court finds that the terms of the Settlement are within the range of possible approval, pursuant to Rule 23 of the Federal Rules of Civil Procedure and applicable law.

5. The Court finds that: (1) the settlement amount is fair, reasonable, and adequate to the Settlement Class Members and Opt-In Plaintiffs when balanced against the probable outcome of further litigation relating to class and collective certification, liability and damages issues, and potential appeals; (2) sufficient discovery, investigation, research, and litigation have been conducted such that counsel for the parties at this time are able to reasonably evaluate their respective positions; (3) settlement at this time will avoid substantial costs, delay, and risks that would be presented by the further prosecution of the lawsuit; and (4) the proposed Settlement has been reached as the result of intensive, serious, and non-collusive negotiations between the parties. Accordingly, the Court finds that the Settlement was entered into in good faith.

6. The Court hereby makes final its certification of the provisional Arizona, Colorado, New York, Ohio, and Washington Classes, in accordance with the Settlement, for the purposes of this Settlement only. The Arizona Class is defined as all current or former non-exempt employees of Defendant working in Sprint's retail establishments in the state of Arizona from February 28, 2018 through December 31, 2020. The Colorado Class is defined as all current or former non-exempt employees of Defendant working in Sprint's retail establishments in the state of Colorado from February 28, 2016 through December 31, 2020. The New York Class is defined as all current or former non-exempt employees of Defendant working in Sprint's retail establishments in the state of New York from February 28, 2013 through December 31, 2020. The Ohio Class is defined as all current or former non-exempt employees of Defendant working in Sprint's retail establishments in the state of Ohio from February 28, 2016 through December 31, 2020. The Washington Class is defined as all current or former non-exempt employees of Defendant working in Sprint's retail establishments in the state of Washington from February 28, 2016 through December 31, 2020. All Class Members who did not opt-out of the Settlement are bound by the terms of the Settlement.

7. The Court hereby makes final its certification of the FLSA Collective comprised of the Opt-In Plaintiffs in this action.

8. The Court hereby **GRANTS FINAL APPROVAL** of the terms and conditions contained in the Settlement as to the Collective of Opt-In Plaintiffs. The Court finds that the terms of the Settlement are within the range of approval, pursuant to the Fair Labor Standards Act and applicable law.

9. The Court hereby finally appoints Plaintiff McCollum as the Class Representative for the Arizona Class, Plaintiff Quinn Myers as the Class Representative for the Colorado Class, Plaintiff Katherine Almonte as the Class Representative for the New York Class, Plaintiff Kristopher Fox as the Class Representative for the Ohio Class, and Plaintiff Marissa Painter as the Class Representative for the Washington Class.

10. The Court hereby finally appoints Schneider Wallace Cottrell Konecky LLP and Shavitz Law Group, P.A., as Counsel for the Settlement Class and the Opt-In Plaintiffs.

11. The Court finds that the approved Notices of Settlement (submitted to the Court at ECF No. 189-3) constituted the best notice practicable under the circumstances and are in full compliance with the applicable laws and the requirements of due process. The Court finds that the Notices of Settlement fully and accurately informed the Settlement Class Members of all material elements of the proposed Settlement, of their right to be excluded from the Settlement, and of their right and opportunity to object to the Settlement. A full opportunity has been afforded to the Settlement Class Members to participate in this hearing and all Settlement Class Members and other persons wishing to be heard have been heard. Accordingly, the Court determines that all Settlement Class Members that did not submit a Request for Exclusion are bound by this Final Order and by the separately-issued Judgment.

12. The Court further finds that the Notices of Settlement fully and accurately informed the Collective Members of all material elements of the proposed Settlement and

of their right to opt-in to the Settlement. Accordingly, the Court determines that all Opt-In Plaintiffs are bound by this Final Order and by the separately-issued Judgment.

13. The Court **FINALLY APPROVES** Class Counsel's request for attorneys' fees in the amount of 33.33% of the Gross Settlement Amount, for a total of $2,533,080.00 in fees. This amount is justified under the common fund doctrine, the range of awards ordered in this district and circuit, the excellent results obtained, the substantial risk borne by Class Counsel in litigating this matter, the high degree of skill and quality of work performed, the financial burden imposed by the contingency basis of Class Counsel' representation of Plaintiff and the Classes and Collective, and the additional work required of Class Counsel to bring this Settlement to conclusion. The Court finds the fee award is further supported by a lodestar crosscheck, whereby it finds that the hourly rates of Schneider Wallace Cottrell Konecky LLP and Shavitz Law Group, P.A., are reasonable, and that the estimated hours expended are reasonable.

14. The Court FINALLY APPROVES Class Counsel's request for litigation costs in the amount of $110,798.93.

15. The Court FINALLY APPROVES service awards of $15,000 for Plaintiff Vladimir Amaraut, $10,000 for Katherine Almonte, $10,000 for Kristopher Fox, $10,000 for Dylan McCollum, $10,000 for Quinn Myers, and $10,000 for Marissa Painter, and finds that these awards are fair and reasonable for the work these individuals provided to the Settlement Class and Collective and the broader release they executed than the Settlement Class Members and Opt-In Plaintiffs.

16. The Court confirms the appointment of Kroll Settlement Administration, LLC ("Kroll") as Settlement Administrator and approves its reasonable administration costs of $98,921.16, which are to be paid from the Maximum Settlement Amount.

17. The Court approves Justice Gap Fund as the *cy pres* recipient.

18. Accordingly, **GOOD CAUSE APPEARING**, the Court hereby **APPROVES** the following implementation schedule:

| | |
|---|---|
| Effective Date | The date by which all of the following |

| | |
|---|---|
| | have occurred: (a) the Court has entered an order granting preliminary approval and final approval of the Settlement Agreement; (b) the time for appeal from the Court's Final Approval Order and Judgment has expired (with no appeal having been filed); or (c) in the event any appeal is filed, the date the appeal is disposed in the parties' favor and is no longer subject to review by any court, whether by appeal, petitions for rehearing or re-argument, petitions for review, or otherwise |
| Deadline for Kroll to calculate the employer share of taxes and provide Sprint with the total amount of Sprint's Employer Taxes | Within 7 calendar days after Effective Date |
| Deadline for Sprint to pay the Maximum Gross Settlement Amount and Employer Taxes amount into a qualified settlement account provided by Kroll | Within 30 business days after Effective Date |
| Deadline for Kroll to make payments under the Settlement to Collective and Class Members, Named Plaintiffs, Plaintiffs' counsel, and itself | Within 10 business days after the funding of the qualified settlement account. |
| Check-cashing deadline | 120 calendar days after issuance |
| Deadline for Plaintiffs and Plaintiffs' counsel to Destroy and/or Return Evidence Pursuant to the Settlement Agreement | Within seven (7) calendar days of the distribution of the settlement funds to the Settlement Administrator |
| Deadline for Kroll to redistribute uncashed check funds or transfer uncashed check funds to *cy pres* recipient | As soon as practicable after check-cashing deadline |
| Deadline for Kroll to provide written certification of completion of administration of the Settlement to counsel for all parties and the Court | As soon as practicable after redistribution and/or *cy pres* payment |

19. With this Final Approval of the Settlement, it is hereby ordered that all claims that are released as set forth in the Settlement are barred as of the Effective Date.

20. The Court permanently enjoins all of the Settlement Class Members who did not timely exclude themselves (opt-out) from the Settlement and Opt-In Plaintiffs from prosecuting, pursuing, or seeking to reopen, any released claims (as defined in the Settlement Agreement at Paragraphs II.14, II.19, and II.30 and the Notices of Settlement at Section 6) against any of the "Released Persons" (as defined in the Settlement at Paragraph II.24) as of the Effective Date.

21. The Settlement is not a concession or admission and shall not be used against Defendant as an admission or indication with respect to any claim of any fault or omission by Defendant. Except as necessary to enforce the terms of the Settlement Agreement, neither the Settlement, nor any document, statement, proceeding or conduct related to the Settlement, nor any reports or accounts thereof, shall in any event be construed as, offered or admitted into evidence as, received as or deemed to be in evidence for any purpose adverse to the Defendant, including, but not limited to, evidence of a presumption, concession, indication or admission by Defendant of any liability, fault, wrongdoing, omission, concession, or damage, except for legal proceedings concerning the implementation, interpretation, or enforcement of the Settlement.

Dated: August 5, 2021

Hon. William Q. Hayes
United States District Court

# EXHIBIT K

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

ANGEL VILLAFAN, on behalf of themselves and others similarly situated,

Plaintiff,

v.

BROADSPECTRUM DOWNSTREAM SERVICES, INC., et al.

Defendant.

Case No. 18-cv-06741-LB

**ORDER GRANTING FINAL APPROVAL**

Re: ECF No. 138

## INTRODUCTION

The class members — current and former nonexempt employees who provide safety and support services at Broadspectrum's oil refineries — challenge Broadspectrum's alleged failure to pay them for their off-the-clock work, provide meal-and-rest breaks, or reimburse expenses, in violation of federal and state wage-and-hours laws. It is a putative collective action under the Federal Labor Standards Act (FLSA), 29 U.S.C. §§ 201–219, and a putative class action under Federal Rule of Civil Procedure 23.[1] The parties settled the case, and the court granted the plaintiff's unopposed motion for preliminary approval of the proposed settlement.[2] The plaintiff

[1] Second Am. Compl. – ECF No. 124. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Order – ECF No. 134.

moved for, and the defendants did not oppose, final approval of the settlement and attorney's fees and costs.[3] The court held a fairness hearing on April 8, 2021 and approves the settlement.

**STATEMENT**

**1. The Lawsuit**

The plaintiff filed the lawsuit on November 6, 2018 and a first amended complaint on February 1, 2019 (with an FLSA claim, California Labor Code wage-and-hours claims, and a claim for penalties under California's Private Attorneys General Act (PAGA)).[4] The parties engaged in discovery, first through formal requests for production and interrogatories, and then (by agreement) through extensive informal discovery to prepare for mediation.[5] The plaintiff deposed Broadspectrum's corporate representative under Federal Rule of Civil Procedure 30(b)(6), covering corporate organization and decision-making responsibilities, policies and practices for wage-and-hours issues, and other issues relevant to the class members' job duties, responsibilities, equipment, and off-the-clock work.[6] The plaintiff's counsel completed extensive outreach with the class and collective members covering topics relevant to the lawsuit.[7] As part of this process, Broadspectrum produced, and the plaintiff's counsel reviewed, over 1,140 documents, including policies, payroll records, and job-assignment documents.[8] Broadspectrum produced data that allowed the plaintiff's counsel to evaluate class and collective damages.[9]

The parties had multiple mediations with Jeff Ross, a respected wage-and-hours mediator, and ultimately accepted his mediator's proposal and settled the case.[10] As part of that settlement, they stipulated to the filing of a second amended complaint — which is the operative complaint —

---

[3] Mots. – ECF Nos. 138–39.

[4] Compl. – ECF No. 1; First Am. Compl. – ECF No. 16.

[5] Cottrell Decl. – ECF No. 129-1 at 9 (¶ 14).

[6] *Id.* (¶ 15).

[7] *Id.* at 10 (¶¶ 16–17).

[8] *Id.* (¶ 18).

[9] *Id.*

[10] Settlement Agreement – ECF No. 129-2 at 7 (¶ 7).

United States District Court
Northern District of California

adding T.R.S.C. as a named defendant.[11] The parties delayed the settlement by 60 days to allow the defendants to fund it in light of the COVID-19 pandemic. As part of that process, they reduced the settlement fund from $5.5 million to $5 million (now $5,001,333.44 with accumulated interest).[12]

Following the plaintiff's unopposed motion and a hearing, the court preliminarily approved the settlement.[13] The plaintiff moved for final approval of the settlement and attorney's fees and costs.[14] The court held a fairness hearing on April 8, 2021.

## 2. Settlement

### 2.1 Settlement Class

There are 3,260 class members and collective members (3,208 class members and 52 opt-in plaintiffs who are not also class members).[15] The class and collective definitions are as follows:

> The "California Class" or "Members of the California Class" means all current and former hourly, non-exempt employees of Broadspectrum or TRSC who performed work in California between November 6, 2014 through the date of Preliminary Approval, excluding (i) any staff, other administrative employees, and maintenance workers, and (ii) employees who have previously released all of their claims pursuant to the settlement agreement in *Kevin Woodruff v. Broadspectrum Downstream Services, Inc.*, 3:14-CV-04105-EMC. A "Class Member" is a member of the Class.
>
> . . .
>
> The "Collective" or "Collective Members" or "Opt-in Plaintiffs" is a certified collective action for settlement purposes only pursuant to 29 U.S.C. § 216(b), which includes all individuals who are or were employed by Broadspectrum or TRSC and filed a consent to join the Action at any time from and including November 6, 2015 through and including the date of Preliminary Approval.[16]

---

[11] Second Am. Compl. – ECF No. 124.

[12] Cottrell Decl. – ECF No. 129-1 at 11 (¶¶ 22–23); Cottrell Decl. – ECF No. 139-1 at 10–11 (¶ 17).

[13] Minute Entry – ECF No. 133; Order – ECF No. 134.

[14] Mots. – ECF Nos. 138–39.

[15] Cottrell Decl. – ECF No. 138-1 at 19–20 (¶ 60). The initial estimate of the class size was 1,862. Order – ECF No. 134 at 3 (citing Settlement Agreement – ECF No. 129-2 at 3 (¶ 2.b)).

[16] Settlement Agreement – ECF No. 129-2 at 3 (¶ 2.b–c).

Case 3:18-cv-06741-LB Document 153 Filed 08/29/20 Page 4 of 10

The parties stipulated to, and the court approved, conditional certification of the FLSA collective on June 11, 2019.[17] 842 members have filed opt-in notices.[18]

**2.2 Settlement Amount and Allocation**

The total non-reversionary Gross Settlement Amount is $5,000,000 plus interest, and the Net Settlement Amount is $3,230,033.24 after the following deductions: (1) $31,500 to the Labor & Workforce Development Agency (LWDA) for the PAGA claim; (2) up to $15,000 for an enhancement payment to the named plaintiff; (3) an estimated $30,130 for the claims administrator's expenses; and (4) attorney's fees of $1,666,666.66 (one third of the Gross Settlement Amount) plus costs of $26,670.10.[19]

The class members will receive a settlement check without submitting a claim form.[20] Each member's settlement share is calculated based on the number of weeks the member worked during the applicable limitations period (November 6, 2014 to the date of the preliminary approval (for California class members) and November 6, 2015 or three years before the date of the opt-in notice to the date of preliminary approval, whichever is earliest (for opt-in plaintiffs in all states other than California)).[21] Participating plaintiffs who worked for the defendants at any time in California from November 6, 2017 through the date of preliminary approval will receive an equal part of the net PAGA amount.[22] Each workweek is equal to one settlement share, but to reflect the increased value of state-law claims and differing rates of pay by state, a workweek in California is weighted more heavily: a California workweek is equal to three settlement shares, and a workweek for an opt-in plaintiff in any other state than California is equal to one settlement share.[23] If a Rule 23 class member who also is an opt-in plaintiff opts out of the Rule 23

---

[17] Stipulation and Order – ECF No. 26.

[18] Mot. – ECF No. 138 at 14 (843 opt-in notices); Cottrell Decl. – ECF No. 129-1 at 21 (¶ 74) (842 opt-in notices).

[19] Cottrell Decl. – ECF No. 138-1 at 13 (¶ 30).

[20] Settlement Agreement – ECF No. 129-2 at 16 (¶ 29).

[21] *Id.* at 17 (¶ 31.a).

[22] *Id.* at 17–18 (¶ 31.b).

[23] *Id.* at 17 (¶ 31.a.ii).

United States District Court
Northern District of California

settlement, that plaintiff will receive credit for all workweeks nationwide for three years before the date of the filing of the opt-in notice to the date of preliminary approval.[24] In this circumstance, the workweeks will not be weighted, meaning, all workweeks are equal to one settlement share for the FLSA collective, even for work in California.[25]

The total number of settlement shares (as weighted) for all settling members will be added together, and the Net Settlement Amount will be divided by that amount to reach a per-share dollar figure.[26] The resulting per-share dollar figure will be multiplied by the number of each participating member's settlement shares (as weighted) to arrive at the Individual Settlement Payment.[27] The Class/Collective Notice will provide the estimated Individual Settlement Payment and the number of Workweeks for each member, assuming full participation in the settlement.[28] Those calculations will be based on employee workweek information that the defendants will provide to the Settlement Administrator, but members will be able to dispute their workweeks by submitting evidence.[29]

Settlement checks will be mailed within 30 days of the Effective Date (the first business day after a final approval order if there are no pending objections and otherwise after the appeal time expires, the appeal is dismissed, or the final approval order is affirmed) and are valid for 180 days after issuance.[30] Any funds from checks that expire or are returned as undeliverable will either (1) revert to the cy pres beneficiary Legal Aid at Work if less than $75,000 or (b) be redistributed to the participating members who negotiated their checks on a pro rata basis if $75,000 or more.[31]

In arriving at the assessment that the settlement amount is reasonable, the plaintiff's counsel did a damages assessment based on average rates of pay, assumed 10 minutes off-the-clock work and 25-percent missed meal-and-rest breaks (daily) and calculated the resulting substantive

---

[24] *Id.* at 17 (¶ 31.a.ii).

[25] *Id.* at 16–18 (¶¶ 29–31).

[26] *Id.* at 17 (¶ 31.a.iii).

[27] *Id.*

[28] Notice – Ex. A to Settlement Agreement – ECF No. 129-2 at 27–33.

[29] Settlement Agreement – ECF No. 129-1 at 12, 18 (¶¶ 21, 33).

[30] *Id.* at 4 (¶ 2.j), 19 (¶¶ 37–38).

[31] *Id.* at 19–20 (¶¶ 38–39).

United States District Court
Northern District of California

exposure both for the core unpaid wages claims and also considering meal-and-rest-break claims, derivative claims, and potential penalties.[32] The $5 million settlement amount is approximately 22 percent of $23 million (the estimated damages for the core unpaid wage claims) and 10.3 percent of the plaintiff's best-case scenario for $48.6 million (damages that include meal-and-rest breaks, derivative claims, and potential penalties).[33]

Under the settlement terms that the parties propose (with one-third of the settlement fund allocated to attorney's fees), the average recovery is $646.07 for each class and collective member, which is $50.32 for each workweek worked in California. The average recovery is $1,713.18 for each class member who worked over two months. The largest recovery for a class member is $10,884.18. Four class members will receive over $10,000, 95 will receive over $5,000, and 429 will receive over $2,000.[34] (At the preliminary-approval stage, based on a smaller expected class size of 1,862, the expected average payment per class member was $1,682.38, which is $97.65 per workweek.[35])

**2.3 Release**

The scope of release depends on whether the participant is an opt-in plaintiff or a Rule 23 class member. The FLSA opt-in plaintiffs release their FLSA claims arising out of the same factual predicates of the action, the California class members release their state-law claims related to the same factual predicates and the FLSA claims if they cash the checks (but will not release the FLSA claims if they are not opt-in plaintiffs and do not cash their checks), and the named plaintiff agrees to a general release.[36]

---

[32] Cottrell Decl. – ECF No. 129-1 at 12–13 (¶¶ 29–38).

[33] Cottrell Decl. – ECF No. 138-1 at 19 (¶ 59).

[34] *Id.* at 19–20 (¶ 60). Approximately 90 percent of the class worked one year or less, 75 percent worked six months or less, and 50 percent worked two weeks or less. 1,526 class members worked less than two months: 922 (116 also are opt-in plaintiffs) worked one month or less, receiving a recovery from $52.33 to $209.31, and an additional 604 class members (66 also are opt-in plaintiffs) worked one to two months, receiving a recovery from $122.10 to $418.62. *Id.*

[35] Order – ECF No. 134 at 6 (citing Cottrell Decl. – ECF No. 129-2 at 14 (¶ 41).

[36] Settlement Agreement – ECF No. 129-2 at 8 (¶ 15).

United States District Court
Northern District of California

**2.4 Administration**

The court previously approved JND Legal Administration to administer the settlement in accordance with the procedures in the Settlement Agreement. JND complied with the procedures.

On December 15, 2020, JND received from defense counsel a list of 3,259 class members (consisting of 3,207 California class members and 668 FLSA opt-in members) with the following information: (1) names; (2) mailing addresses; (3) Social Security numbers, and (4) workweeks of individual Class Members.[37] JND updated 353 class members' address information using data from the National Change of Address database.[38] Starting December 22, 2020, it maintained a case-specific toll-free telephone number and a website.[39]

On December 22, 2020, JND mailed the class notices to 3,259 class members. 319 notices came back as undeliverable and without a forwarding address. JND identified new addresses for 230 undeliverable notices and remailed them. Five came back with forwarding addresses, and JND re-mailed the notices to those addresses. It emailed the notice to the 2,038 class members who had email addresses.[40]

JND calculated — and included in the notices — the individual Settlement Shares for each class member. The notices told the class members the settlement terms, their expected share, the February 20, 2021 deadline to submit objections, requests for exclusion, or disputes, the April 8, 2021 final approval hearing (at 9:30 a.m.), and the plaintiff's proposed attorney's fees, costs, and service award. The notice had the case website, the toll-free call-center number, and contact information for class counsel.[41]

---

[37] Keough Decl. – ECF No. 138-2 at 2 (¶ 4).

[38] *Id.* (¶ 5).

[39] *Id.* at 3–4 (¶¶ 11–14).

[40] *Id.* at 3 (¶¶ 7–10).

[41] *Id.* at 5–6 (¶ 22) & Ex. A to *id.* – ECF No. 138-2 at 8–14.

As of March 4, 2021, JND had received one opt-out request and no objections.[42] 15 class members disputed the calculations, and JND resolved three disputes in favor of the class members and 12 in favor of the defendant (based on the records).[43]

**ANALYSIS**

**1. Jurisdiction**

The court has federal-question jurisdiction under 28 U.S.C. § 1331 for the FLSA claim and supplemental jurisdiction under 28 U.S.C. § 1367 for the state-law claims.

**2. Certification of Settlement Class**

**2.1 Rule 23**

The court reviews the propriety of class certification under Federal Rule of Civil Procedure 23(a) and (b). When parties enter into a settlement before the court certifies a class, the court "must pay 'undiluted, even heightened, attention' to class certification requirements" because the court will not have the opportunity to adjust the class based on information revealed at trial. *Staton v. Boeing Co.*, 327 F.3d 938, 952–53 (9th Cir. 2003) (quoting *Amchem Prods., Inc. v. Windsor*, 521 U.S. 591, 620 (1997)); *In re Hyundai & Kia Fuel Econ. Litig.*, 926 F.3d 539, 557 (9th Cir. 2019) (en banc).

Class certification requires the following: (1) the class must be so numerous that joinder of all members individually is "impracticable; (2) there must be questions of law or fact common to the class; (3) the claims or defenses of the class representatives must be typical of the claims or defenses of the class; and (4) the person representing the class must be able to fairly and adequately protect the interests of all class members. Fed. R. Civ. P. 23(a); *In re Hyundai*, 926 F.3d at 556; *Staton*, 327 F.3d at 953. Also, the common questions of law or fact must predominate over any questions affecting only individual class members, and the class action must be superior to other available methods for fairly and efficiently adjudicating the controversy. Fed. R. Civ. P. 23(b)(3).

[42] *Id.* at 4 (¶ 16).

[43] *Id.* at 5 (¶ 20).

The court finds that the Rule 23(a) factors — numerosity, commonality, typicality, and adequacy — support the certification of the class. It also finds under Rule 23(b)(3) that the common questions predominate over any questions affecting only individual members, and a class action is superior to other available methods.

First, there are approximately 3,260 class members.[44] The class is numerous. *Nelson v. Avon Prods.*, No. 14-cv-02276-BLF, 2015 WL 1778326, at *5 (N.D. Cal. Apr. 17, 2015).

Second, there are questions of law and fact common to the class that predominate over individual issues. The class and collective members perform the same job duties: safety duties pursuant to the defendants' standards and requirements. The defendants have uniform policies that apply to all members, and the wage-and-hours violations are a result of the defendants' standardized policies and procedures, including the following (1) the hiring and training process; (2) timekeeping, payroll, and compensation policies; (3) meal-and-rest policies and practices; and (4) reimbursement policies.[45] Because the claims arise from the defendants' uniform practices applied to employees with the same job responsibilities, liability can be determined on a class-wide basis. *Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338, 350 (2011); *Betorina v. Ranstad US, L.P.*, No. 15-cv-03646-EMC, 2017 WL 1278758, at *4 (N.D. Cal. Apr. 6, 2017).

Third, the claims of the representative plaintiff are typical of the claims of the class. The plaintiff and all class members allege wage-and-hours violations based on similar facts. They possess the same interest and suffer from the same injury. *Betorina*, 2017 WL 1278758, at *4.

Fourth, the plaintiff fairly and adequately protects the interests of the class. The factors relevant to a determination of adequacy are (1) the absence of potential conflict between the named plaintiff and the class members, and (2) counsel chosen by the representative party who is qualified, experienced, and able to vigorously conduct the litigation. *In re Hyundai*, 926 F.3d at 566 (citing *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1020 (9th Cir. 1998)). The factors exist here: the plaintiff has shared claims and interests with the class (and no conflicts of interest) and has retained qualified

---

[44] Cottrell Decl. – ECF No. 138-1 at 19–20 (¶ 60).

[45] *Id.* at 17 (¶ 49).

and competent counsel who have prosecuted the case vigorously. *Id.*; *Loc. Joint Exec. Bd. of Culinary/Bartender Tr. Fund v. Las Vegas Sands, Inc.*, 244 F.3d 1152, 1162 (9th Cir. 2001); *Hanlon*, 150 F.3d at 1021–22.

Finally, a class action is superior to other available methods for fairly and efficiently adjudicating the controversy. The class members have relatively small monetary claims, and the class action resolves many substantially identical claims efficiently, avoiding a waste of resources, to advance the individual members' interests.

In sum, the prerequisites of Fed. R. Civ. P. 23(a) and (b)(3) are met. The court certifies the class under Federal Rule of Civil Procedure 23(b)(3) for settlement purposes only.

**2.2 FLSA Class**

The FLSA authorizes opt-in representative actions where the complaining parties are "similarly situated" to other employees. 29 U.S.C. § 216(b); *Tyson Foods, Inc. v. Bouaphakeo*, 136 S. Ct. 1036, 1042 (2016). On June 11, 2019, the court approved conditional certification of the FLSA collective and now confirms that approval.[46] As discussed above, the plaintiff is similarly situated to other collective members.

## 3. Approval of Settlement

Settlement is a strongly favored method for resolving disputes, particularly "where complex class action litigation is concerned." *In re Hyundai*, 926 F.3d at 556. A court may approve a proposed class-action settlement "only after a hearing and only on finding that it is fair, reasonable, and adequate." Fed. R. Civ. P. 23(e)(2). The court need not ask whether the proposed settlement is ideal or the best possible; it determines only whether the settlement is fair, free of collusion, and consistent with the named plaintiff's fiduciary obligations to the class. *Hanlon*, 150 F.3d at 1026–27 (9th Cir. 1998). In *Hanlon*, the Ninth Circuit identified factors relevant to assessing a settlement proposal: "[(1)] the strength of the plaintiff's case; [(2)] the risk, expense, complexity, and likely duration of further litigation; [(3)] the risk of maintaining class-action

[46] Stipulation and Order – ECF No. 26; Order – ECF No. 134 at 9.

United States District Court
Northern District of California

status throughout trial; [(4)] the amount offered in settlement; [(5)] the extent of discovery completed and the stage of the proceeding; [(6)] the experience and views of counsel; [(7)] the presence of a government participant; and [(8)] the reaction of the class members to the proposed settlement." *Id.* at 1026 (citation omitted).

When parties "negotiate a settlement agreement before the class has been certified, "settlement approval 'requires a higher standard of fairness' and 'a more probing inquiry than may normally be required under Rule 23(e).'" *Roes, 1–2 v. SFBSC Mgmt.,* 944 F.3d 1035, 1043 (9th Cir. 2019) (quoting *Dennis v. Kellogg*, 697 F.3d, 858, 864 (9th Cir. 2012)). "Specifically, 'such settlement agreements must withstand an even higher level of scrutiny for evidence of collusion or other conflicts of interest than is ordinarily required under Rule 23(e) before securing the court's approval as fair.'" *Id*. at 1049 (quoting *In re Bluetooth Headset Prods. Liab. Litig.*, 654 F.3d 935, 941 (9th Cir. 2011)).

The court has evaluated the proposed settlement agreement for overall fairness under the *Hanlon* factors and concludes that it is free of collusion and approval is appropriate. Overall, and with the court's adjustment of fees (discussed below), the settlement appears fair. The settlement agreement was the result of an adversarial, non-collusive, and arms-length negotiation process. It provides good value, given the risks of litigation, the parties' disputes about damages, and the value of money to the plaintiffs now.[47] As discussed above, counsel reached the settlement only after obtaining discovery sufficient to allow a robust damages assessment. (The damages analysis is set forth in the Statement). The settlement ensures that longer-tenured employees receive a greater recovery, and it tracks differences in substantive aw and penalty claims by weighting the workweek shares more heavily for work performed in California.[48] Also, off-the-clock claims can be difficult to certify because they can involve individualized determinations. *In re AutoZone, Inc., Wage & Hours Emp't. Practices Litig.*, 289 F.R.D. 526, 539 (N.D. Cal. 2012), *aff'd*, No. 17-17533, 2019 WL 4898684 (9th Cir. Oct. 4, 2019). The pandemic — and the defendant's resulting

---

[47] Cottrell Decl. – ECF No. 129-1 at 25 (¶¶ 94–96).

[48] *Id*. at 22 (¶ 79).



United States District Court
Northern District of California

financial condition — also complicated settlement and required an adjustment to the gross settlement amount. The funds were put into an escrow account, thereby preserving the class's access to them.[49] These pandemic-related facts also support the fairness of the settlement.

For the same reasons, the court approves the settlement of the FLSA collective action.

The PAGA allocation is within the range of reasonable settlements. *See, e.g.*, *Viceral v. Mistras Grp.*, No. 15-cv-02198-EMC, 2016 WL 5907869, at *8–9 (N.D. Cal. Oct. 11, 2016).

**4. Class Representative, Class Counsel, and Claims Administrator**

The court previously appointed Angel Villafan as the collective and class representative. She has claims that are typical of the members of the class generally, and she is an adequate representative of the class members. It also appointed Schneider Wallace Cottrell Konecky LLP as class counsel for settlement purposes only. *See* Fed. R. Civ. P. 23(a) & (g)(1). They have the requisite qualifications, experience, and expertise in prosecuting class actions.

The court approves JND's costs of $30,130, which will be paid out of the Gross Wage Settlement Amount.[50]

**5. Class Notice**

The class administrator provided notice to the members of the class in the form that the court approved previously. The notice met the legal prerequisites: it was the best notice practicable, satisfied the notice requirements of Rule 23, adequately advised class members of their rights under the settlement agreement, met the requirements of due process, and complied with the court's order regarding court notice. The form of notice fairly, plainly, accurately, and reasonably provided class members with all required information, including (among other things): (1) a summary of the lawsuit and claims asserted; (2) a clear definition of the class; (3) a description of the material terms of the settlement, including the estimated payment; (4) a disclosure of the

[49] *Id*. at 21–22 (¶ 78).

[50] *Id*. at 17 (¶ 54).

release of the claims; (5) an explanation of class members' opt-out rights, a date by which they must opt out, and information about how to do so; (6) the date and location of the final fairness hearing; and (7) the identity of class counsel and the provisions for attorney's fees, costs, and class-representative service awards.[51]

**6. CAFA Notices**

Notice of the settlement showing compliance with the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, was provided to the appropriate federal and state officials on January 8, 2021.[52] The court's final approval hearing is more than 90 days after service as required by 28 U.S.C. § 1715(d). The necessary PAGA notices have been provided.

**7. Service Awards**

The settlement proposes a service award to Ms. Villafan of $15,000. The court approves $10,000, double the presumptive award of $5,000.

District courts must evaluate proposed awards individually, using relevant factors that include "the actions the plaintiff has taken to protect the interests of the class, the degree to which the class has benefitted from those actions, . . . [and] the amount of time and effort the plaintiff expended in pursuing the litigation." *Staton*, 327 F.3d at 977 (citation omitted). "Such awards are discretionary . . . and are intended to compensate class representatives for work done on behalf of the class, to make up for financial or reputational risk undertaken in bringing the action, and, sometimes, to recognize their willingness to act as a private attorney general." *Rodriguez v. W. Publ'g Corp.*, 563 F.3d 948, 958–59 (9th Cir. 2009) (citation omitted). The Ninth Circuit has "noted that in some cases incentive awards may be proper but [has] cautioned that awarding them should not become routine practice . . . ." *Radcliffe v. Experian Info. Sols. Inc.*, 715 F.3d 1157, 1163 (9th Cir. 2013) (discussing *Staton*, 327 F.3d at 975–78). District courts "must be vigilant in scrutinizing all

[51] Class Notice, Ex. A to Keough Decl. – ECF No. 138-2 at 8–15.

[52] Cottrell Decl. – ECF No. 138-1 at 11–12 (¶ 25).

United States District Court
Northern District of California

incentive awards to determine whether they destroy the adequacy of the class representatives." *Id.* at 1164. In this district, a $5,000 incentive award is presumptively reasonable. *Bellinghausen v. Tractor Supply Co.*, 306 F.R.D. 245, 266 (N.D. Cal. 2015) (collecting cases).

Ms. Villafan spent over 200 hours working on the case, helping to achieve recoveries for the class and incurring a reputational risk.[53] Under the circumstances, $10,000 (twice the presumptive $5,000) is justified. *See, e.g., Harris v. Vector Mktg. Corp.*, No. 08-cv-5198-EMC, 2012 WL 381202, at *7–8 (N.D. Cal. Feb. 6, 2012) (awarding $12,500 where the plaintiff spent "more than 100 hours on this case (which included being deposed twice)" and the defendant "pursued disclosure of her private information"); *Dyer v. Wells Fargo Bank, N.A.*, 303 F.R.D. at 326, 335–36 (N.D. Cal. 2014) (awarding $10,000 where the plaintiff was deposed, attended a four-day mediation (which required her to travel and miss work), and spent "more than 200 hours assisting in the case"); *Bellinghausen.*, 306 F.R.D. at 267–68 (awarding $15,000 where the plaintiff spent 73 hours on the case, attended mediation, and was rejected by potential employers because of his status as class representative); *Bolton v. U.S. Nursing Corp.*, No. 12-cv-4466-LB, 2013 WL 5700403, at *6 (N.D. Cal. Oct. 18, 2013) (approving $10,000 in incentive award where the average recovery is $595.91 but "the largest settlement recovery is estimated to be $4,602.67, and 204 class members will receive more than $1,500").

**8. Attorney's Fees and Costs**

The plaintiff's counsel asks for $1,666,666.66 in attorney's fees (one-third of the settlement fund) and $26,670.10 in costs.[54] The court awards both.

"In a certified class action, the court may award reasonable attorney's fees and nontaxable costs that are authorized by law or by the parties' agreement." Fed. R. Civ. P. 23(h).

[53] Villafan Decl. – ECF No. 139-2 at 3 (¶¶ 10–12), 4–5 (¶¶ 20–25).

[54] Mot. – ECF No. 139 at 2.

United States District Court
Northern District of California

Fee provisions in class-action settlements must be reasonable. *In re Bluetooth.*, 654 F.3d at 941. The court is not bound by the parties' settlement agreement as to the amount of fees. *Id.* at 942–43. The court must review fee awards with special rigor:

> Because in common fund cases the relationship between plaintiffs and their attorneys turns adversarial at the fee-setting stage, courts have stressed that when awarding attorneys' fees from a common fund, the district court must assume the role of fiduciary for the class plaintiffs. Accordingly, fee applications must be closely scrutinized. Rubber-stamp approval, even in the absence of objections, is improper.

*Vizcaino v. Microsoft Corp.*, 290 F.3d 1043, 1052 (9th Cir. 2002) (cleaned up).

When counsel recovers a common fund that confers a "substantial benefit" on a class of beneficiaries, counsel is "entitled to recover their attorney's fees from the fund." *Fischel v. Equitable Life Assurance Soc'y*, 307 F.3d 997, 1006 (9th Cir. 2002). In common-fund cases, courts may calculate a fee award under either the "lodestar" or "percentage of the fund" method. *Id.*; *Hanlon*, 150 F.3d at 1029.

Where the settlement involves a common fund, courts typically award attorney's fees based on a percentage of the settlement fund. The Ninth Circuit has established a "benchmark" that fees should equal 25 percent of the settlement, although courts diverge from the benchmark based on factors that include "the results obtained, risk undertaken by counsel, complexity of the issues, length of the professional relationship, the market rate, and awards in similar cases." *Morales v. Stevco, Inc.*, No. CIV-F-09-0704-AWI-JLT, 2013 WL 1222058, at *2 (E.D. Cal. Mar. 25, 2013); *Morris v. Lifescan, Inc.*, 54 F. App'x 663, 664 (9th Cir. 2003) (affirming 33-percent fee award); *In re Pac. Enter. Secs. Litig.*, 47 F.3d 373, 379 (9th Cir. 1995).

Finally, Ninth Circuit precedent requires courts to award class counsel fees based on the total benefits being made available to class members rather than the actual amount that is ultimately claimed. *Young v. Polo Retail, LLC*, No. C-02-4547-VRW, 2007 WL 951821, at *8 (N.D. Cal. Mar. 28, 2007) ("district court abused its discretion in basing attorney fee award on actual distribution to class" instead of amount being made available) (citing *Williams v. MGM-Pathe Commc'ns Co.,* 129 F.3d 1026, 1027 (9th Cir. 1997)).

If the court applies the percentage method, it then typically calculates the lodestar as a "cross-check to assess the reasonableness of the percentage award." *See, e.g.*, *Weeks v. Kellogg Co.,* No.

CV-09-8102-MMM-RZx, 2013 WL 6531177, at *25 (C.D. Cal. Nov. 23, 2013); *see also Serrano v. Priest*, 20 Cal. 3d 25, 48–49 (1977); *Fed-Mart Corp. v. Pell Enters.*, *Inc.*, 111 Cal. App. 3d 215, 226–27 (1980). "The lodestar . . . is produced by multiplying the number of hours reasonably expended by counsel by a reasonable hourly rate." *Lealao v. Beneficial Cal., Inc.*, 82 Cal. App. 4th 19, 26 (2000). Once the court has fixed the lodestar, it may increase or decrease that amount by applying a positive or negative "multiplier to take into account a variety of other factors, including the quality of the representation, the novelty and complexity of the issues, the results obtained, and the contingent risk presented." *Id.*; *accord Laffitte v. Robart Half Internet, Inc.*, 1 Cal. 5th 480, 503–06 (2016) (holding, under California law, that "the percentage method to calculate [attorney's] fee in a common fund case" is appropriate and the trial court has "discretion to conduct a lodestar cross-check on a percentage fee").

Based on counsel's submissions, the fee award is appropriate as a percentage of the common fund and is supported by a lodestar cross-check, given the results obtained, the lack of objections to the settlement, and the counsel's litigating the case on a contingency basis.[55] *Cf. e.g., Bellinghausen*, 306 F.R.D. at 259–65 (N.D. Cal. Mar. 20, 2015) (approving attorney's fees equal to the benchmark 25 percent of the common fund); *Burden v. SelectQuote Ins. Servs.*, No. C 10-5966-LB, 2013 WL 3988771, at *4–5 (N.D. Cal. Aug. 2, 2013) (awarding 33 percent of the settlement fund as attorney's fees "given the extensive litigation in the case[,] [] the successful results achieved[,]" and the contingency risk); *Villalpando v. Excel Direct Inc.*, Nos. 12-cv-04137-JCS, 13-cv-03091-JCS, 2016 WL 7740854, at *2 (N.D. Cal. Dec. 12, 2016) (awarded one-third of the settlement fund as reasonable attorney's fees because of "the contingent risk, [c]ounsel's documented lodestar, the complex and protracted nature of the case, and strong result for the case").

As to the lodestar cross-check, the billing rates are normal and customary (and thus reasonable) for lawyers of comparable experience doing similar work.[56] *Cuviello v. Feld Entm't, Inc.*, No. 13-cv-04951-BLF, 2015 WL 154197, at *2–3 (N.D. Cal. Jan. 12, 2015) ("court has broad discretion in

---

[55] Cottrell Decl. – ECF No. 139-1 at 2–8 (¶¶ 1–7).

[56] *Id.* at 13–14 (¶¶ 26–30).

setting the reasonable hourly rates used in the lodestar calculation") (citation omitted); *Ketchum v. Moses,* 24 Cal. 4th 1122, 1132 (2001) (court can rely on its own experience); *accord Open Source Sec. v. Perens*, 803 F. App'x 73, 77 (9th Cir. 2020). Counsel provided billing records justifying the hours worked in the case and allowing a conclusion about the multiplier, which falls within the range of multipliers that courts approve. *Vizcaino*, 290 F.3d at 1051 n.6 ("Multiples ranging from one to four are frequently awarded in common fund cases when the lodestar method is applied").

The court awards the requested one-third of the common fund ($1,666,666.66) in fees. An upward adjustment of the benchmark is warranted in this case based on the results achieved, the small settlement fund, the contingent nature of the representation, and support from the lodestar cross-check. *Thieriot v. Celtic Ins. Co.*, No. C 10-04462-LB, 2011 WL 1522385, at *5–6 (N.D. Cal. April 21, 2011).

The court awards the reasonable out-of-pocket costs of $26,670.10. Fed. R. Civ. P. 23(h); *see Harris v. Marhoefer*, 24 F.3d 16, 19 (9th Cir. 1994) (attorneys may recover reasonable expenses that would typically be billed to paying clients in non-contingency matters); *Van Vranken v. Atl. Richfield Co.*, 901 F. Supp. 294, 299 (N.D. Cal. 1995) (approving reasonable costs in class action settlement). Costs compensable under Rule 23(h) include "nontaxable costs that are authorized by law or by the parties' agreement." Fed. R. Civ. P. 23(h). Counsel has expended $26,670.10 in litigation cost to date, which is less than the $40,000 estimated by the Settlement Agreement.[57]

In sum, the court awards $1,666,666.66 in attorney's fees and $26,670.10 in costs.

**9. Cy Pres Award**

The court approves the cy pres award to Legal Aid at Work. It accounts for and has a nexus to the nature of the lawsuit, the objectives of the statute, and the interest of the silent class members. *Lane v. Facebook, Inc.*, 696 F.3d 811, 818–22 (9th Cir. 2012); *Nachshin v. AOL, LLC*, 663 F.3d 1034, 1038–41 (9th Cir. 2011).

---

[57] *Id*. at 16 (¶¶ 41–43).

United States District Court
Northern District of California

**CONCLUSION**

The court (1) certifies the class and the FLSA collective for settlement purposes only, (2) approves the settlement and authorizes the distribution of funds set forth above, (3) confirms the appointments of the class representative, class counsel, and JND Legal Administration, (4) approves $1,666,666.66 in attorney's fees, $26,670.10 in costs, $30,130 for JND's administration costs, a $10,000 service award to the class representative, and the PAGA payment to the LWDA, and (5) orders the parties and JND to carry out their obligations in the settlement agreement.

The court approves the following implementation schedule (set forth in the motion):

| | |
|---|---|
| Effective Date | (i) If there are any objections to the settlement that are not subsequently withdrawn, then the date upon the expiration of time for appeal of the court's final approval order; or (ii) if there is a timely objection and appeal by an objector, then after such appeal is dismissed or the final approval order is affirmed on appeal; or (iii) if there are no timely objections to the settlement, or if any objections which were filed are withdrawn before the date of final approval, then the first business day after the court's order granting final approval of the settlement |
| Deadline for JND to calculate employer share of taxes and provide the defendants with total employer tax contributions | Within 5 business days after the final settlement award calculations are approved |
| Deadline for the defendants to deposit the amount of the defendants' payroll taxes into the Qualified Settlement Account | Within 7 business days after the settlement administrator provides the defendants with the amount of total employer tax contributions due |
| Deadline for JND to make payments under the settlement agreement to participating individuals, the LWDA, class representatives, class counsel, and itself | Within 30 days after the Effective Date or as soon as reasonably practicable |
| Check-cashing deadline | 180 days after issuance |
| Deadline for JND Legal Administration to tender uncashed check funds to cy pres recipient Legal Aid at Work or redistribute such uncashed funds to participating individuals who cashed their settlement checks | As soon as practicable after check-cashing deadline |
| Deadline for JND to provide written certification of completion of administration of the settlement to counsel for all parties and the court | As soon as practicable after redistribution of uncashed check funds to those class members who cashed their settlement checks or transfer to the cy pres recipient |

The court also orders that, pending further order of the court, all proceedings in the case are stayed, except for those actions contemplated in this order and in the settlement agreement.

The court will enter separate judgment in the form proposed by counsel in ECF No. 138-4.

This disposes of ECF Nos. 138 and 139.

**IT IS SO ORDERED.**

Dated: April 8, 2021

LAUREL BEELER
United States Magistrate Judge

United States District Court
Northern District of California

# EXHIBIT L

Carolyn H. Cottrell (SBN 166977)
David C. Leimbach (SBN 265409)
Scott L. Gordon (SBN 319872)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com
sgordon@schneiderwallace.com

*[Additional Counsel listed on next page]*

Attorneys for Plaintiffs and the Settlement Classes

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DESIDERO SOTO, STEVEN STRICKLEN, STEEVE FONDROSE, LORENZO ORTEGA, and JOSE ANTONIO FARIAS, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>O.C. COMMUNICATIONS, INC., COMCAST CORPORATION, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC;<br><br>Defendants. | Case No.: 3:17-cv-00251-VC<br><br>**~~[PROPOSED]~~ ORDER GRANTING AS MODIFIED FINAL APPROVAL OF SETTLEMENT**<br><br>Date: October 17, 2019<br>Time: 10:00 a.m.<br>Courtroom: 4 (17th Floor)<br>Judge: Honorable Vince Chhabria<br><br>Complaint Filed: January 18, 2017 |

Shanon J. Carson (*pro hac vice*)
Sarah R. Schalman-Bergen (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Sca.rson@bm.net
sschalman-bergen@bm.net

Attorneys for Plaintiffs and the
Settlement Classes

Plaintiffs' Motion for Final Approval of Class and Collective Action Settlement in the above-captioned Action came on for hearing on October 17, 2019 at 10:00 a.m. in Courtroom 4 of the above-captioned court, the Honorable Vince Chhabria presiding. Defendants O.C. Communications, Inc. ("OCC"), Comcast Corporation, and Comcast Cable Communications Management, LLC (collectively, "Comcast") did not oppose the motion.

Plaintiffs allege eighteen causes of action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq.*, the California Labor Code and Business and Professions Code §§ 17200, *et seq.*, and Washington wage and consumer protection laws. Plaintiffs assert the first cause of action under the FLSA on behalf of themselves and the Collective for Defendants' alleged failure to compensate for all hours worked, including legally-mandated overtime premiums and/or minimum wages. Plaintiffs assert seventeen other causes of action under California law and Washington law, on behalf of themselves and the California Class and Washington Class, respectively, for failure to compensate for all hours worked; failure to pay overtime and minimum wages; failure to authorize, permit, and/or make available meal and rest periods; failure to reimburse for necessary business expenditures; waiting time penalties; failure to provide accurate, itemized wage statements; and related violations. Plaintiffs also bring claims for penalties pursuant to § 2699(a) of the California Private Attorney General Act ("PAGA") and penalties pursuant to § 2699(f) of the PAGA.

After conditional certification of the FLSA Collective, protracted discovery disputes, production of over 1.5 million pages of documents, motions to compel arbitration by OCC and Comcast, and a prior mediation, the Parties entered into private mediation before respected neutral mediator Jeff Ross to try to resolve the claims. As a result of the mediation on October 18, 2018, and subsequent settlement negotiations through the mediator, the Parties reached agreement on the terms of a settlement. The Parties then entered in a Class Action Settlement Agreement, as amended by the Addendum to Class Action Settlement Agreement (the "Settlement," filed with the Court at ECF 289-2).

A hearing was held before this Court on June 13, 2019 for Plaintiffs' Renewed Motion for Preliminary Approval of Class and Collective Action Settlement. The Court granted the motion. *See* ECF 296. Before the Court is the last stage of the settlement approval process: final approval of the

Settlement. Plaintiffs have separately moved for approval of attorneys' fees and costs and service awards for the Class Representatives. *See* ECF 297.

At the final approval hearing, Littler Mendelson, P.C. appeared for OCC, Morgan, Lewis & Bockius LLP appeared for Comcast, and Schneider Wallace Cottrell Konecky Wotkyns LLP and Berger Montague PC appeared for Plaintiffs and the Classes and Collective.

Having reviewed the papers and documents presented, having heard the statements of counsel, and having considered the matter, the Court HEREBY ORDERS as follows:

1. The Court has jurisdiction over the claims of the Class and Collective Members asserted in this proceeding and over all Parties to the action.

2. The Court finds that zero (0) California Class Members have objected to the Settlement and zero (0) California Class Members have requested exclusion from the Settlement. The Court finds that zero (0) Washington Class Members have objected to the Settlement and zero (0) Washington Class Members have requested exclusion from the Settlement. Additionally, 1,019 Collective Members have filed timely and valid opt-in forms.

3. The Court hereby GRANTS FINAL APPROVAL of the terms and conditions contained in the Settlement as to the California and Washington Classes. The Court finds that the terms of the Settlement are within the range of approval, pursuant to Rule 23 of the Federal Rules of Civil Procedure and applicable law.

4. The Court finds that: (1) the settlement amount is fair and reasonable as to the California and Washington Class Members when balanced against the probable outcome of further litigation relating to class certification, potential individual arbitrations, liability and damages issues, and potential appeals; (2) significant discovery, investigation, research, and litigation have been conducted such that counsel for the Parties at this time are able to reasonably evaluate their respective positions; (3) settlement at this time will avoid substantial costs, delay, and risks that would be presented by the further prosecution of the litigation; and (4) the proposed Settlement has been reached as the result of intensive, serious, and non-collusive negotiations between the Parties. Accordingly, the Court finds that the Settlement was entered into in good faith with respect to the California and Washington Classes.

5. The Court hereby makes final its earlier conditional certification of the California Class and the Washington Class, in accordance with the Settlement, for purposes of this Settlement only. The California Class is defined as "all Technicians who are or were employed by OCC in the State of California at any time from January 18, 2013 through December 21, 2018, and who do not validly exclude themselves from the Settlement." The Washington Class is defined as "all Technicians who are or were employed by OCC in the State of Washington from March 13, 2015 through December 21, 2018, and who do not validly exclude themselves from the Settlement."

6. The Court hereby confirms its approval of the terms and conditions contained in the Settlement as to the Collective as set forth in its June 17, 2019 order. See ECF 296. The Court has already found that the terms of the Settlement represent a fair and reasonable resolution of a *bona fide* dispute, and are within the range of possible approval, pursuant to the FLSA and applicable law.

7. The Court has also already found that: (1) the settlement amount is fair and reasonable as to the Collective Members when balanced against the probable outcome of further litigation relating to class certification, potential individual arbitrations, liability and damages issues, and potential appeals; (2) significant discovery, investigation, research, and litigation have been conducted such that counsel for the Parties at this time are able to reasonably evaluate their respective positions; (3) settlement at this time will avoid substantial costs, delay, and risks that would be presented by the further prosecution of the litigation; and (4) the proposed Settlement has been reached as the result of intensive, serious, and non-collusive negotiations between the Parties. Accordingly, the Court finds that the Settlement was entered into in good faith with respect to the FLSA Collective.

8. In accordance with the Court's previous orders, the Collective is defined as "all Opt-In Plaintiffs who are or were employed by OCC at any time from and including January 18, 2014 through December 21, 2018."

9. The Court hereby confirms the appointment of CPT Group, Inc. as Settlement Administrator, and approves its reasonable administration costs of $40,000, which are to be paid from the total Settlement.

10. The Court hereby FINALLY APPOINTS Plaintiffs Soto, Stricklen, and Farias as

Class Representatives for the California Class, Plaintiff Ortega as Class Representative for the Washington Class, and all Plaintiffs as Collective Representatives.

11. The Court hereby FINALLY APPOINTS Schneider Wallace Cottrell Konecky Wotkyns LLP and Berger Montague PC as Counsel for the Settlement Classes and Collective.

12. The Court finds that the approved Notice of Settlement (submitted to the Court at ECF 296-2) constituted the best notice practicable under the circumstances and is in full compliance with the applicable laws and the requirements of due process. The Court further finds that the Notice of Settlement fully and accurately informed the California and Washington Class Members of all material elements of the proposed Settlement, of their right to be excluded from the Settlement, and of their right and opportunity to object to the Settlement. A full opportunity has been afforded to the Class Members to participate in this hearing and all Class Members and other persons wishing to be heard have been heard. Accordingly, the Court determines that all California and Washington Class Members, since none timely and properly executed a request for exclusion, are bound by this Order and the Judgment.

13. The Court further finds that the Notice of Settlement fully and accurately informed the Collective Members of all material elements of the Settlement. Accordingly, the Court determines that all Collective Members who submitted timely opt-ins are bound by this Order and the Judgment.

14. The Court FINALLY APPROVES Class and Collective Counsel's request for attorneys' fees of one-third of the original $7,500,000 Gross Settlement Amount, for a total of $2,500,000 in fees. This amount is justified under the common fund doctrine, the range of awards ordered in this District and Circuit, the excellent results obtained, the substantial risk borne by Class Counsel in litigating this matter, the high degree of skill and quality of work performed, the financial burden imposed by the contingency basis of Class Counsel' representation of Plaintiffs and the Classes and Collective, and the additional work required of Class Counsel to bring this Settlement to conclusion. The Court finds the fee award is further supported by a lodestar crosscheck, whereby it finds that the hourly rates of Schneider Wallace Cottrell Konecky Wotkyns LLP and Berger Montague PC are reasonable, and that the estimated hours expended are reasonable. In fact, Class Counsel's total lodestar amount is less than the requested fee. Thus, the Court applies a negative

multiplier to Class Counsel's lodestar in issuing this fee award.

15. 10 percent of the attorney fee award will be held back pending the filing of a Post-Distribution Accounting by class counsel. The Post-Distribution Accounting should explain in detail when payments were made to class members, the number of members who were sent payments, the total amount of money paid out to members, the average and median recovery per class members, the largest and smallest amounts paid to class members, the number and value of cashed and uncashed checks, the number of members who could not be contacted (if any), the amount distributed to any *cy pres* recipient, any significant or recurring concerns communicated by members to the settlement administrator and counsel since final approval, and any other issues in settlement administration since final approval, and how any concerns or issues were resolved. Class Counsel are expected to diligently supervise the administration of the settlement and remain in close contact with the settlement administrator. With the Post-Distribution Accounting, class counsel should submit a proposed order releasing the remainder of the fees.

16. The Court FINALLY APPROVES Class and Collective Counsel's request for litigation costs in the amount of $207,361.46.

17. The Court FINALLY APPROVES service awards of $15,000.00 for Plaintiff Soto and $10,000.00 each for Plaintiffs Stricklen, Fondrose, Ortega, and Farias, and finds that these awards are fair and reasonable for the work these individuals provided to the Classes and Collective and the broader release they executed than the Class and Collective Members.

18. Accordingly, GOOD CAUSE APPEARING, the Court hereby APPROVES following implementation schedule:

| | |
|---|---|
| Effective Date | October 23, 2019 |
| Deadline for OCC to pay the Gross Settlement Amount into the Qualified Settlement Fund | November 6, 2019 |
| Deadline for CPT Group, Inc. to provide Class Counsel and Defendants' Counsel with a final report of all Settlement Awards | November 7, 2019 |
| Deadline for CPT Group, Inc. to transfer the 10 percent holdback of the attorneys' fees award into a separate interest-bearing account | November 8, 2019 |

| | |
|---|---|
| Deadline for CPT Group, Inc. to make payments for attorneys' fees and costs, service awards, Class Member Settlement Awards, and LWDA Payment | November 22, 2019 |
| Deadline for CPT Group, Inc. to send a reminder letter to those Class Members who have not yet cashed their Class Member Settlement Award checks | February 20, 2020 |
| Deadline for CPT Group, Inc. to place a reminder phone call to those Class Members who have not yet cashed their Class Member Settlement Award checks | March 23, 2020 |
| Check-cashing deadline | May 20, 2020 |
| Deadline for CPT Group, Inc. to either distribute uncashed check funds to *cy pres* recipient or redistribute such funds to those Class Members who cashed their cashed their Class Member Settlement Award checks | June 3, 2020 |
| Deadline for Plaintiffs to file the Post-Distribution Accounting. | June 24, 2020 |
| Deadline for CPT Group, Inc. to release the 10 percent holdback of the attorneys' fees award to Class Counsel | July 1, 2020, or as otherwise ordered by the Court |

19. The Court further ORDERS that, pending further order of this Court, all proceedings in this Action, except those contemplated herein and in the Settlement, are stayed.

20. With this final approval of the Settlement, it is hereby ordered that all claims that are released as set forth in the Settlement are hereby barred.

21. The Court permanently enjoins all of the California and Washington Class Members who did not timely exclude themselves (opt-out) from the Settlement, Collective Members, and the LWDA from pursuing, or seeking to reopen, any Released Claims (as defined in the Addendum to Class Action Settlement Agreement at Paragraph B.17 and the Notice of Settlement at Section 5) against any of the "Releasees" (as defined in the Settlement at Paragraph 2.bb).

22. The Court dismisses this Action with prejudice and will enter Judgment consistent with the Settlement and this Order to so dismiss the Action and permanently enjoin and bar all California and Washington Class Members who did not opt-out of the Settlement, all Collective Members, and the LWDA from prosecuting against any Released Claims (as defined in the

Addendum to Class Action Settlement Agreement at Paragraph B.17 and the Notice of Settlement at Section 5) against any of the "Releasees" (as defined in the Settlement at Paragraph 2.bb).

23. The Court shall retain jurisdiction to enforce the terms of the Settlement.

**IT IS SO ORDERED.**

Dated: October 23, 2019

HON. VINCE CHHABRIA
United States District Judge,
Northern District of California

# EXHIBIT M

20907705

FILED
ALAMEDA COUNTY

OCT 1 9 2020

CLERK OF THE SUPERIOR COURT
By [signature] Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF ALAMEDA

WILLIAM LOYD HELMICK, et al,

Plaintiffs,
v.

AIR METHODS CORPORATION, et al,

Defendants.

No. RG13-665373

REVISED ORDER (1) GRANTING FINAL APPROVAL OF SETTLEMENT, (2) AWARDING FEES AND COSTS, AND (3) AWARDING SERVICE PAYMENTS TO CLASS REPRESENTATIVES.

Date: 10/14/20
Time: 9:00 a.m.
Dept.: 21

The motions of plaintiffs for award of attorneys' fees and costs and for award of service payments came on regularly for hearing on 10/14/20, in Department 21, the Honorable Winifred Y. Smith presiding. Plaintiffs and Defendants appeared at the hearing through counsel of record. The Court, after full consideration of all papers submitted in support and in opposition to the motion, as well as the oral arguments of counsel, decides as follows: IT IS HEREBY ORDERED: The motion of plaintiffs for final approval of class settlement is GRANTED. The motion of plaintiffs for award of attorneys' fees is GRANTED for one third of the 2020 final settlement of approximately $78,000,000 plus one third of the 2018 partial settlement with an interest adjusted value of $5,021,768. The motion of plaintiffs for award of costs is GRANTED in the amount of $806,870.35. The motion of plaintiffs for award of service payments is GRANTED in the total amount of $110,000.00.

MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

The motion of plaintiffs for final approval of class action settlement is GRANTED. (CRC 3.769.)

The complaint alleges claims on behalf of hourly employees and asserts claims for Labor Code violations for overtime, meal breaks, and rest breaks, as well as related claims on behalf of the LWDA under PAGA. There are approximately 494 members of the class.

The parties reached a partial settlement in 2018. The partial settlement was for $4,273,845.63, all of which went to the 341 members of the class, for an average of approximately $12,000 per member of the class. The partial class action settlement did not include attorneys' fees, costs, service awards to the named plaintiffs, costs of settlement administration or employer payroll taxes. (Order of 6/1/18)

The case preliminarily settled for a total of $78,000,000, in addition to a previous partial settlement of $4,273,845.63. The settlement agreement states there will be attorneys' fees and cost of up to $27,424,615 (33 1/3%), costs of up to $850,000, service awards total of $110,000 for the class representatives, a net PAGA payment of $1,000,000, and settlement administration costs of $0. After these expenses, the class would get $48,615,384.79. The average payout per class member would be approximately $100,000.

The total of $78,000,000 is subject to adjustment based on the number of persons in the class. (Agt, para 44, 74(d).) The total of $78,000,000 is to be paid in three installments. (Agt para 74.) The interest on the $78,000,000 can decrease or increase based on when AMC funds the settlement. (Agt, para 90, 92 [discount for prepayment]; para 85, 89 [interest payable for delay].)

In addition, the settlement has injunctive relief in the form of changes in defendant's policies regarding overtime, meal breaks, rest breaks, and other matters. Courts may consider the value of injunctive relief but must be cautious that "its value is also easily manipulable by

overreaching lawyers seeking to increase the value assigned to a common fund." (*Staton v. Boeing Co.* (9th Cir. 2003) 327 F.3d 938, 974.) The changes in AMC's business practices will have significant value.

The settlement was mediated with the assistance of Mark Rudy. The court gives "considerable weight to the competency and integrity of counsel and the involvement of a neutral mediator in [concluding] that [the] settlement agreement represents an arm's length transaction entered without self-dealing or other potential misconduct." (*Kullar v. Foot Locker Retail, Inc.* (2008) 168 Cal.App.4th 116, 129.) (See also *In re Sutter Health Uninsured Pricing Cases* (2009) 171 Cal.App.4th 495, 504.)

The proposed class notice form and procedure was adequate.

There are no objections. There were no opt-outs.

The proposed class is appropriate for class certification.

The motion makes an adequate analysis required by *Kullar v. Foot Locker Retail, Inc.* (2008) 168 Cal.App.4th 116.

The scope of the release is appropriately limited to the claims arising out of the claims in the complaint. (Agt 61, 78, Exh C.) The release of claims by the class is limited by the "factual predicate rule." (*Hesse v. Sprint Corp.* (9th Cir. 2010) 598 F.3d 581, 590.) Only the named plaintiffs are subject to the Civil Code 1542 general release.

MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS

On the issue of attorney's fees, "Because absent class members are not directly involved in the proceedings, oversight to ensure settlements are fair and untainted by conflict is the responsibility of both the class representative *and the court." (Mark v. Spencer* (2008) 166 Cal.App.4th 219, 227.*)*

"In any class action there is always the temptation for the attorney for the class to recommend settlement on terms less favorable to his clients because a large fee is part of the

bargain. … [T]horough judicial review of fee applications is required in all class action settlements and the fairness of the fees must be assessed independently of determining the fairness of the substantive settlement terms.' … " 'The evil feared in some settlements-unscrupulous attorneys negotiating large attorney's fees at the expense of an inadequate settlement for the client—can best be met by a careful ... judge, sensitive to the problem, properly evaluating the adequacy of the settlement for the class and determining and setting a reasonable attorney's fee....' " (*Consumer Privacy Cases* (2009) 175 Cal.App.4th 545, 555-556.)

Careful judicial review in any particular case does not suggest that the court suspects that counsel is unscrupulous. The law requires judicial review because, although the interests of counsel and client are aligned in seeking the best settlement possible for the class, the interests of counsel and the class diverge and are in opposition when counsel seeks to recover fees and costs from a common fund.

The court ORDERS that class counsel are awarded fees of one third of the 2020 final settlement of approximately $78,000,000. The total amount to be paid in the 2020 final settlement will vary based on the timing of the installment payments, the number of persons in the class, and other variables. The Settlement Administrator will pay fees of one third of each installment as it is paid by AMC, with two exceptions: (1) in the first payment the Settlement Administrator will pay additional fees of $1,424,615.21, which is one third of the 2018 partial settlement of $4,273,845.63 and (2) in the final payment where the Settlement Administrator will hold back $1,000,000 until the completion of the distribution process and Court approval of a final accounting under CCP 384(b) and the resolution of all outstanding issues. The court estimates the total fees have a current value of approximately $27,424,000.

The court starts with the percentage of recovery approach and uses the lodestar multiplier as a cross-check. "If the multiplier calculated by means of a lodestar cross-check is extraordinarily high or low, the trial court should consider whether the percentage used should be adjusted so as to bring the imputed multiplier within a justifiable range, but the court is not

necessarily required to make such an adjustment." (*Laffitte v. Robert Half Internat. Inc.* (2016) 1 Cal.5th 480, 505.)

"The Ninth Circuit has approved a 25 percent benchmark." (*Laffitte v. Robert Half Internat. Inc.* (2016) 1 Cal.5th 480, 495.) California has no generally accepted benchmark. When using the percentage of recovery approach, the court's benchmark for fees is 30% of a total fund. (*Laffitte v. Robert Half Internat. Inc.* (2016) 1 Cal.5th 480, 495; *Schulz v. Jeppesen Sanderson, Inc.* (2018) 27 Cal.App.5th 1167, 1175; *Consumer Privacy Cases* (2009) 175 Cal.App.4th 545, 557 fn 13; *Chavez v. Netflix, Inc.* (2008) 162 Cal.App.4th 43, 66 fn 11.)

On the facts of this case, the court is persuaded that counsel's vigorous prosecution of this case through mid-trial supports a percentage of recovery fee of 33 1/3%.

The partial settlement in mid-2018 was for $4,273,845.63, but counsel will not be paid till late 2020. The court increases the value of the partial settlement by 7% per annum. (Cal. Const, Art XV, sec 1.) For purposes of the percentage of recovery analysis, the partial settlement has a value of $4,273,845.63 x 1.175, which is $5,021,768. The total value of the settlement as of October 2020 is $83,021,767.

The final settlement is in October 2020, but counsel will be paid in installments as AMC pays in installment and the class is paid in installments. Counsel will be paid at the same time as the members of the class. In determining the amount of fees, the court will neither decrease the nominal settlement value to the class to take account the delay in paying the absent class members not increase the fees to be paid to counsel to take account the delay in paying counsel. The value of the settlement and the compensation of counsel are both based on the stated value as of final approval and take into account the scheduling of the payments in installments.

Using a settlement value of $83,021,767, and a percentage of recovery amount of 33 1/3% would result in an award of $27,673,922.

When cross-checking with the lodestar/multiplier, the court will evaluate the lodestar based on reasonable fees that would have been charged at hourly rates and then apply a multiplier. The multiplier includes contingent fee risk and other factors.

The court finds the asserted approximately 16,000 hours from 1/30/13 to the present is reasonable for the filing of the case, the extensive written discovery, the 92 days of depositions, the vigorous resistance of the defendant, the three trips to the Court of Appeal, the trial preparation, and the trial. (Sitkin Dec., para 221, Konecky Dec., para 34.)

The court finds the asserted hourly rate of James M. Sitkin of $1,000/hour is not reasonable even for the time spent on matters that require high level legal experience and expertise. (Sitkin Dec., para 221.) A more reasonable rate would be in the $700-$900 range. The court finds the asserted hourly rates of Schneider Wallace Cottrell Konecky. LLP of $125 to $925 are reasonable. (Sitkin Dec., para 221, Konecky Dec., para 34.)

The court accepts the current hourly rates as reasonable for the entire case rather than looking at reasonable contemporaneous rates when the work was performed with an increase for inflation. The use of current rates is appropriate considering the experience and subject matter expertise of the higher billing counsel when the case started. (*Robles v. Employment Development Dept.* (2019) 38 Cal.App.5th 191, 205.)

The court has concerns that Mr. Sitkin, the attorney with the highest asserted billing rate, spent 10,177 hours on this case, which was about 63% of the total paralegal and attorney time spent on the case. (Sitkin Dec., para 221.) Complex litigation involves some work that draws on the legal skills, specialized knowledge, strategic and tactical judgment, and organizational savvy of counsel, but it also involves some work that is mundane, routine, and requires a lower level of skill and experience. It is not reasonable to bill all work on a case at $1,000/hour, or at $800/hour. In the colorful words of a federal judge, "Michelangelo should not charge Sistine Chapel rates for painting a farmer's barn." (*Cobell v. Jewell* (2017) 234 F.Supp.3d 126, 173.)

The court finds that the asserted lodestar of $13,310,849 is not reasonable given that it includes over 10,000 hours at the top rate of $1,000/hour.

The court considers the use of a blended rate to estimate the appropriate use of lower, middle, and higher billing attorneys on various aspects of the case. (*569 East County Boulevard LLC v. Backcountry Against the Dump, Inc.* (2016) 6 Cal.App.5th 426, 438-440 fn 14, fn 16). Regarding the amount of the blended rate, the court considers the evidence and its own knowledge and familiarity with the legal market. (*Heritage Pacific Financial, LLC v. Monroy* (2013) 215 Cal.App.4th 972, 1009.)

The court finds a blended billing rate of $600 appropriate on the facts of this case. A blended billing rate of $600 reflects one third of the time at $800/hr, one third at $600/hr, and one third at $400/hr. This is consistent with the billing of the law firm of Schneider Wallace et al, which has 5,129,9 asserted hours and an asserted lodestar of $2,986,879, which indicates a blended rate of $585/hour. (Konecky Dec., para 34.) This is consistent with *Espejo v. Copley Press, Inc.* (2017) 13 Cal.App.5th 329, 337, where in 2014 the trial court awarded a blended rate of $500/hour after counsel prosecuted a class action through trial.

The court finds that a lodestar of $11,400,000 would be reasonable, which represents 19,000 hours at a blended rate of $600/hour.

The court considers a multiplier.

The court would award a multiplier of 1.2 for contingent risk. When considering risk, the court considers there is less risk in a case with fee shifting statutes because counsel's potential fees are not limited by and coupled to the amount of monetary recovery. "The law does not mandate ... that attorney fees bear a percentage relationship to the ultimate recovery of damages in a civil rights case." (*Harman v. City and County of San Francisco* (2007) 158 Cal.App.4th 407, 419.) (See also *Heritage Pacific Financial, LLC v. Monroy* (2013) 215 Cal.App.4th 972, 1006-1007.) The claims in this case had statutory fee shifting provisions. (Labor Code 218.5, 226, 1194, and 2699(g)(1).) (Brief at 11:14-15.) In circumstances where the risk is diminished

by a fee shifting statute the court generally apples a multiplier of 1.2-1.3 for risk. (*Ketchum v. Moses* (2001) 24 Cal. 4th 1122, 1132, 1138; *Greene v. Dillingham Constr. N.A.* (2002) 101 Cal. App. 4th 418, 428-429.)

The court does not apply a multiplier based on skill of counsel, time commitment, and preclusion of other employment because those are reflected in the baseline lodestar. The Court is aware of the danger of "double counting." (*Ketchum v. Moses* (2001) 24 Cal. 4th 1122, 1138-1139.)

The court would award a multiplier of 1.2 for the time commitment and preclusion of other employment to the extent that the commitment of time to the case disrupted the normal operation of a law firm and represented a concentration of risk in a single case. That risk from concentration of effort is distinct from the normal preclusion of other employment that is part of the normal allocation of work. The 1.2 represents a multiplier of about 1.4 for Sitkin and 1.0 for the law firm of Schneider Wallace et al.

The court would award a multiplier of 1.5 for relentless prosecution. This case was prosecuted through vigorous opposition to much of the discovery. The case was prosecuted though a ballot measure designed to moot the claims through retroactive changes in the law. The case was prosecuted through mid-trial. When awarding fees in *In re Vitamin Cases* (2003) 110 Cal. App. 4th 1041, 1056, the Court noted that a large multiplier might not be justified where a case is "resolved without the risks of trial." (See also *In re Auction Houses Antitrust Litig.* (S.D.N.Y. 2000) 197 F.R.D. 71, 76 fn 21.) The relentless prosecution and resolution of the case mid-trial warrants an additional multiplier.

The lodestar of $11,400,000 and a multiplier of 1.9 results in a lodestar/multiplier fee of $21,660,000.

The court considers both the percentage of recovery suggested fees of $27,673,922 and the lodestar/multiplier suggested fees of $21,660,000. The court finds that the vigorous prosecution of this case through mid-trial against determined opposition supports a total fee

award of one third of each installment as it is paid by AMC, with the two exceptions noted above. The court estimates the total fees have a current value of approximately $27,424,000.

The court finds that the asserted $806,870.35 in costs is reasonable. The court awards $806,870.35 in costs.

The court approves service payments totaling $110,000 allocated $38,000 to Helmick, $33,000 to Williams, $19,000 to Allison, $19,000 to Poore, $500 to Lyons, and $500 to Vielguth. Plaintiffs provided evidence regarding the nature of participation in the action. (*Clark v. American Residential Services LLC* (2009) 175 Cal.App.4th 785, 804-807.) The service awards are appropriate in light of the duration of the case, the effort expended, and the monetary value of the service awards in relation to the monetary value of the payment to the average absent class member.

FINAL APPROVAL ORDER

Defendant AMC's obligation to make the first installment payment under SA para 84 and 87 run from the entry of the Final Approval Order. The court will sign and file the Final Approval Order on 10/16/10.

TIMING OF PAYMENT OF FEES AND COSTS

The Settlement Agreement states that AMC will pay the settlement amount in three installments. In the first installment, settlement administrator will distribute funds to reimburse class counsel for litigation costs. In the first installment, settlement administrator may distribute funds to eligible class members with total claims of $300 or less. As each installment is paid, the settlement administrator will distribute funds to eligible class members, the LWDA, counsel for fees, and plaintiffs for service awards. (Agt para 86)

The court has a practice of ordering that 10% of any fee award to be kept in the administrator's trust fund until the completion of the distribution process and Court approval of a

final accounting. This encourages counsel to be attentive in the event any of their clients have complications in the claims process and ensures that the members of the class are paid in full before counsel are paid in full.

The Court ORDERS that $1,000,000 of the fee award in the third distribution be kept in the administrator's trust fund until the completion of the distribution process and Court approval of a final accounting.

The Court will set a compliance hearing after the completion of the distribution process and the expiration of the time to cash checks for counsel for plaintiff and the Administrator to comply with CCP 384(b) and to submit a summary accounting how the funds have been distributed to the class members and the status of any unresolved issues. If the distribution is completed, the Court will at that time release any hold-back of attorney fees.

The court will sign the proposed order and judgment, which is amended by this order. The court retains jurisdiction over the implementation of the settlement. (CCP 664.5; CRC 3.769(h).)

Dated: October 19, 2020

Winifred Y. Smith
Judge of the Superior Court

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA

Case Number: RG13665373

Case name: HELMICK, ET AL. v. AIR METHODS CORPORATION, ET AL.

DECLARATION OF SERVICE BY MAIL

I certify that I am not a party to this cause and that a true and correct copy of **Revised Order (1) Granting Final Approval of Settlement, (2) Awarding Fees and Costs, and (3) Awarding Service Payments to Class Representatives** filed on October 19, 2020 was mailed first class, postage prepaid, in a sealed envelope, addressed as shown on the foregoing document or on the attached, and that the mailing of the foregoing and execution of this certificate occurred at 1221 Oak Street, Oakland, California.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 21, 2020.

Chad Finke, Executive Officer/Clerk of the Superior Court

By: [signature]
Aquetta Scoggins
Deputy Clerk

James S. Sitkin
LAW OFFICES OF JAMES M. SITKIN
One Kaiser Plaza, Suite 505
Oakland, CA 94612

Joshua Konecky
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94607

Lonnie D. Giamela, Esq.
Christopher M. Ahearn, Esq.
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, CA 92614

**SUPERIOR COURT OF CALIFORNIA**
COUNTY OF ALAMEDA
René C. Davidson Courthouse
1225 Fallon Street
Oakland, CA 94612

U.S. POSTAGE PITNEY BOWES
ZIP 94612 $ 01.20
02 4W
0000371203 OCT 23 2020

RECEIVED
OCT 28 2020
BY: BMC

# EXHIBIT N

Joshua Konecky, Esq. (SBN 182897)
Nathan Piller, Esq. (SBN 300569)
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
jkonecky@schneiderwallace.com
npiller@schneiderwallace.com

Shanon Carson (admitted pro hac vice)
Sarah Schalman-Bergen (admitted pro hac vice)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
scarson@bm.net
Sschalman-bergen@bm.net

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ROBERT SHAW, et al., individually and on behalf of all others similarly situated, and as a proxy of the State of California on behalf of aggrieved employees

Plaintiffs,

vs.

AMN SERVICES, LLC, KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, INC., and THE PERMANENTE MEDICAL GROUP, INC

Defendants.

Case No. 3:16-cv-02816 JCS

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS**

Date: May 31, 2019
Time: 9:30 a.m.
Courtroom: G, 15th Floor
Judge: Hon. Joseph C. Spero

Case 3:16-cv-02816-JCS Document 167 Filed 05/31/19 Page 2 of 3

This matter came on for hearing before this Court on Plaintiffs' Counsel's Motion for Reasonable Attorneys' Fees and Cost pursuant to the Court's Order Re: Preliminary Approval of Class Action Settlement (Docket No. 159) on May 31, 2019.

Having considered the documents filed by the Parties in connection with the motion and the oral arguments of counsel, the Court finds as follows:

1. Notice to the Class, including information regarding the requested award of attorneys' fees and costs, was directed to Class Members in a reasonable manner, and complied with Rule 23(h)(1) of the Federal Rules of Civil Procedure.

2. Class Members have been given the opportunity to object in compliance with Fed. R. Civ. P. 23(h)(2).

3. [No Class Member has objected to the requested fees and expenses.] OR [ ___ Class Members have submitted timely objections. The overrules the objections for following reasons:]

4. The settlement agreement provides that class counsel may seek up to $6,666,666.67 in attorneys' fees, plus their reasonably incurred litigation expenses. Plaintiffs' Counsel seeks $6,666,666.67 in attorneys' fees, plus their reasonably incurred litigation expenses, as provided in the settlement agreement. Defendants do not object to these amounts.

5. Class counsel have substantiated their fee request with declarations describing their billing practices, billing rates, hours worked, work tasks performed and corresponding lodestar for the time invested into this case. The declarations demonstrate a combined lodestar of approximately $2,770,526.50, as of February 24, 2019. Counsel note that this does not include work performed on the motion for final approval, communicating with class members and the settlement administrator after February 24, 2019, preparing the case for final approval, and overseeing implementation of the settlement after final approval.

6. Based on a fee request of $6,666,666.67, the declarations of class counsel documenting their lodestar shows that a fee award of this amount would result in a multiplier of

approximately 2.4 or less. Class Counsel also seek reimbursement of actual out-of-pocket costs of $185,850.01, which are documented in the declarations of class counsel as well.

7. The declarations submitted in support of the motion demonstrate that the attorneys representing the class have the experience and qualifications necessary to represent the Class.

8. A reasonable hourly rate is the prevailing rate charged by attorneys of similar skill and experience in the relevant community. *Chalmers v. City of LosAngeles,* 796 F.2d 1205, 1210 (9th Cir. 1986). The Court finds that the hourly rates charged by Plaintiffs' Counsel are within the prevailing range of hourly rates charged by attorneys providing similar services in class action, wage-and-hour cases in California, as shown by the Declarations of Joshua Konecky and Richard Pearl. The hourly rates of Class Counsel Schneider Wallace Cottrell Konecky Wotkyns LLP also have consistently and recently been approved as reasonable by the courts. *See, e.g., Knapp v. Art.com, Inc.*, No. 3:16-cv-00768-WHO (N.D. Cal. October 24, 2018); *Janssen v. Square, Inc.*, Case No. CGC-16-549980, Superior Court of California, County of San Francisco, Order dated September 26, 2018; *Villalpando v. Exel Direct Inc.*, 2016 WL 7740854, at *1 (N.D. Cal. Dec. 12, 2016); *Winans v. Emeritus Corp.*, 2016 WL 107574, at *8 (N.D. Cal. Jan. 11, 2016); *Carnes v. Atria Senior Living Inc.*, Case No. 14-cv-02727-VC, Dkt. No. 115, at 4-5 (N.D. Cal. July 12, 2016); *Meza v. S.S. Skikos, Inc.*, Case No. 3:15-cv-01889-TEH, Dkt. No. 58, at 4 (N.D. Cal. May 25, 2016).

9. The Court further finds that the hourly rates of Class Counsel's co-counsel, Berger Montague PC, also are within the prevailing range of hourly rates charged by attorneys providing similar services in class action, wage-and-hour cases in California, as shown by the Declaration of Shanon Carson.

10. Generally, hours are reasonable if they were "reasonably expended in pursuit of the ultimate result achieved in the same manner that an attorney traditionally is compensated by a fee-paying client." *Hensley v. Eckerhart*, 461 U.S. 424, 431 (1983). The Court finds that the

total hours worked by class counsel are reasonable, given the nature of the case and the defenses presented, the work Plaintiffs' Counsel had to undertake, the manner in which Plaintiffs' Counsel allocated their work, and the results achieved.

11. Counsel also are entitled to a multiplier of their total lodestar. *See Ketchum v. Moses*, 24 Cal.4th 1122, 1133-1132, 1138 (2001) (reasoning that contingency fees should be higher than fees for the same legal services paid concurrently with the provision of the services). The Court finds that the multiplier sought of 2.4 (as of the time of the filing of the motion) is reasonable and appropriate, given the documented lodestar, contingent risk, complexity, protracted nature of the case, the preclusion of counsel from other employment, and the favorable results achieved for class members.

12. A common cross-check regarding the reasonableness of a fee award is its percentage of the total value of the benefits conferred on the class. *Boeing Co. v. Van Gemert*, 444 U.S. 472, 478-81 (1980). Plaintiffs' fee request of $6,666,666.67 represents one-third (1/3) of the Gross Settlement Amount, which is reasonable under both applicable law, and in light of the contingent risk, Counsel's documented lodestar, the complex and protracted nature of the case, and strong result for the Class. *See id*. For example, the average net recovery in this case, even after awarding the full attorneys' fees and costs sought, is still approximately four times the per-workweek recovery (and approximately three times the per-person recovery) obtained in a previous class action settlement in this Court, involving a similar class and similar claims, against one of the same Defendants named in this litigation. *See O'Sullivan v. AMN Services, LLC*, 2014 WL 11514268 (N.D.Cal. 2014).

13. Plaintiffs' Counsel are entitled to recover the out-of-pocket costs and litigation expenses they reasonably incurred in investigating, prosecuting, and settling this case. *In re Media Vision Tech. Sec. Litig.*, 913 F.Supp. 1362, 1366 (N.D. Cal. 1996). The Court finds that Plaintiffs' Counsel's out-of-pocket costs and expenses of $185,850.01 are documented, and reasonable and necessary to the prosecution of this action, in light of the protracted nature of the

case, the vigorousness of Defendants' legal defense, the motion practice, amount of documentary evidence, witnesses and depositions, and the four mediations necessary to achieve the settlement.

14. The Court therefore awards Plaintiffs' Counsel $6,666,666.67 in attorneys' fees and $185,850.01 in litigation expenses to be paid from the settlement fund pursuant to the terms and timeframe set forth in the settlement agreement.

IT IS SO ORDERED.

Dated: May 31, 2019

HON. JOSEPH C. SPERO
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

# EXHIBIT O

*14106615*

FILED
ALAMEDA COUNTY

JUL 1 2 2019

CLERK OF THE SUPERIOR COURT
By ______ Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| LAURA BARTONI, et al,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL RESPONSE WEST,<br><br>Defendant. | No. RG08-382130<br><br>ORDER GRANTING PLAINTIFFS' MOTIONS ON FINAL APPROVAL OF CLASS SETTLEMENT<br><br>Date: 7/12/19<br>Time: 11:00 a.m.<br>Dept.: 21 |

The Motions of Plaintiffs relating to final approval of class action settlement came on for hearing on 7/12/19, in Department 21 of this Court, the Honorable Winifred Smith presiding. Counsel appeared on behalf of Plaintiff and on behalf of Defendant. After consideration of the points and authorities and the evidence, as well as the oral argument of counsel, IT IS ORDERED: The motion of plaintiffs for Final approval of class action settlement is GRANTED. The motion of plaintiffs for approval of award of fees and costs is GRANTED. The motion of plaintiffs for approval of service awards is GRANTED.

///

///

BACKGROUND

The case was filed on 4/16/08. The case has continued through a removal to federal court, a remand, coordination, remand from coordination, motion to compel arbitration, appeal of arbitration order, class certification, appeal of class certification order, new motion for class certification, and motion to strike. (See Opening brief on fees at 2-11 and Reply brief on fee motion, page 5 [summarizing case].)

Following a day of mediation on 9/11/18, mediator Ron Sabraw made a mediator's proposal. Both sides accepted and signed the Agreement. On 1/22/19, the court granted the motion of plaintiffs to enforce the settlement agreement and the motion for preliminary approval of the class action settlement.

THE MOTION FOR FINAL APPROVAL OF THE SETTLEMENT

The motion of plaintiffs for final approval of class action settlement is GRANTED.

The motion of plaintiffs for final approval is concerned with the settlement between the class and AMR.

The Settlement agreement is the signed mediator's proposal. (Piller Dec., Exh 1.) The persons bound by the agreement are AMR and the class as alleged in the Fifth Amended Complaint filed on 6/8/18. The scope of the release binding the members of the class is the release of all claims arising from the facts alleged in the Fifth Amended Complaint even though the complaint might not have asserted a claim based on a statute, regulation or legal theory. The cost to the defendant for obtaining the releases is $17,000,000. (Order of 1/22/19 at 5-10.)

AMR argues that the agreement includes statements made in the mediation or after the mediation that were not reflected in the written agreement. (Oppo at 8-15.) The court addressed

this in the Order of 1/22/19 at page 7, stating, "The court applies the general principles of contract interpretation. "Ordinarily, the objective intent of the contracting parties is a legal question determined solely by reference to the contract's terms." [Citation omitted.]" The agreement is the signed mediator's proposal.

AMR argues that the release should include general releases from the named plaintiffs. (Oppo at 6-7.) The court addressed this in the Order of 1/22/19 at page 6-7, stating, "The Agreement does not include a Civil Code 1542 general release for the named plaintiffs. The court will not insert that release into the text of the Agreement."

The notice to the class was adequate and prominently disclosed and explained that the proposed settlement would release broader claims than those described in the earlier class notice. As required by the court, the notice had something similar to a black box warning on prescription drugs. (Cooley Dec., Exh A, p1.)

The notice informed the members of the class that counsel would seek attorneys' fees and costs of $5,666,666 (33% of the settlement), service awards of $15,000 each to four named plaintiffs, administration cost of approximately $33,000, and a PAGA allocation of $100,000, of which $75,000 is paid to the LWDA. After these estimated expenses of approximately $6,000,000, the class would get approximately $11,000,000. (Cooley Dec., Exh A, p3.)

There are approximately 8,672 members of the class. This is an average of approximately $1,270 per class member, although the payout per class member is based on weeks worked.

There were no opt out and no objections. This indicates that the members of the class considered the proposed settlement to fair and adequate.

The motion for preliminary approval made an adequate analysis required by *Kullar v. Foot Locker Retail, Inc.* (2008) 168 Cal.App.4th 116.

The scope of the release is appropriate to the claims asserted in the case. (Order of 1/22/19 at 6-8.)

The court finds that the settlement is fair, adequate, and reasonable. (*Kullar v. Foot Locker Retail, Inc.* (2008) 168 Cal.App.4th 116, 128.)

MOTIONS REGARDING ISSUES INTERNAL TO THE CLASS

The court has jurisdiction over the allocation of the settlement funds to costs, fees, claims administration, the LWDA, and to the members of the class. This final approval is different from most other final approval motions because the Agreement did not include the amount of attorneys' fees and costs, the amount of service payments to the named plaintiffs, or amount of the payment to the LWDA.

The court acts as a fiduciary for the class when considering the allocation of a fund among costs, fees, claims administration, the LWDA, and the members of the class. The lack of any objection to the proposed allocation is a significant factor in the court's review of the proposed allocation, but it does not relieve the court of its responsibility to examine the proposed allocation independently. (*Garabedian v. Los Angeles Cellular Telephone Co.* (2004) 118 Cal.App.4th 123, 127-128.)

AMR has no material interest in how the settlement sum is allocated among the members of the class. (*In re Cipro Cases I & II* (2004) 121 Cal.App.4th 402, 417 ["the allocation of the total sum of damages among the individual class members is an internal accounting question that does not directly concern the defendant"].) AMR has no material interest in how much of that sum is paid to counsel as attorneys' fees or for costs and how much is paid to the named plaintiffs as incentive payments. (*Sanders v. City of Los Angeles* (1970) 3 Cal.3d 252, 263

[defendants had no standing to contest an award of fees where "[t]he liability of defendants was not increased in any way by reason of this award"].)

The court will consider AMR's arguments regarding the allocation of the settlement proceeds. AMR's interest is similar to that of an amicus curiae.

MOTION FOR FEES

The Court APPROVES the proposed amount of attorneys' fees in the amount of $5,666,666, which is 33% of the total fund.

When using the percentage of recovery approach, the court's benchmark for fees is 30% of a total fund. (Order of 1/22/19 at 14-15.) The amount sought is above the court's benchmark figure.

When cross-checking with the lodestar/multiplier, the court will evaluate the lodestar based on reasonable fees that would have been charged at hourly rates and then apply a multiplier.

The total asserted lodestar is $5,729,963.53. (Kaufmann Dec, para 286.) Counsel decreased the lodestar by 20% to account for duplication and inefficiencies. Counsel also cut off the hours sought as of 3/31/19 and are not seeking the time spent on the final approval and fees motions or for future work on claims administration.

The asserted time spent is over 10,000 hours. (2214.7 hrs – Konecky Dec.; 2781.3 hrs - Kaufmann Dec.; 3616 hrs – Kralowec Dec.; 2376 hrs - Mansala Dec.) The time is reasonable given the eleven year span of the case and the many motions and trips to the Court of Appeal. The records of time spent are adequate. (*Syers Properties III, Inc. v. Rankin* (2014) 226 Cal.App.4th 691, 698-699.)

The asserted current hourly rates range from $860 (Kaufman) to $835 (Konecky) to $810 (Kralowec) to associates and paralegals at lower rates. (Kaufman Dec, para 265; Konecky Dec, para 17; Kralowec Dec., para 5.) The "regular rates" should reflect "the general local hourly rate for a fee-bearing case; it does not include any compensation for contingent risk, extraordinary skill, or any other factors." (*Ketchum v. Moses* (2001) 24 Cal. 4th 1122, 1138.) The court finds that the rates are on the high end of reasonable for average work, but that the lead lawyers in the case demonstrated above average quality work.

Much of the time incurred on the case was many years ago. Where there has been a significant delay between when fees were incurred and when fees are paid, the court can account for the delay by either using current rates or by increasing the contemporaneous rates with an interest rate. The court increases the fees to account for the passage of time, not to punish the class or the defendant for delay.

The court generally finds that the use of an interest rate is more appropriate than using the current rates. The contemporaneous rates reflect the value of an attorneys' time as of when she performed the services and the interest rate accounts for the delay. In contrast, the use of current rates implicitly takes into account developments in the attorney's knowledge and skills after the work was performed as well as changes in the market for legal services. An attorney might have been a standard commercial litigator when the work was performed but due to a high profile case have become a high billing legal star when the fee request is made years later. Alternatively, the attorney might have developed substance abuse problems and be a less than stellar attorney with difficulty finding any paying clients at any billing rate years later. The court therefore finds that the better measure is contemporaneous rates when the services were provided with an interest

rate. The applicable interest rate would be either a market rate or the 10% non-compounded rate on obligations. (Civil Code 3289(b).)

The court will, however, accept the use of current rates on this motion. The current rates are an acceptable alternative to contemporaneous rates with an interest rate. (Pearl Dec., para 20.)

The court was efficiently staffed by the six lead lawyers on the case. Konecky's personal lodestar is $664,000; Kaufmann's personal lodestar is $1,400,000; Pogrel's personal lodestar is $562,000; Kralowec's personal lodestar is $1,263,000; Franklin's personal lodestar is $437,000; and Mansala's personal lodestar is $425,000. These six lawyers account for $4,751,000 of the total asserted lodestar of $5,729,963.53. Thus, 83% of the total billing over eleven years was done by a central group of six attorneys.

The court was less than efficiently staffed at the associate level given the many lawyers who worked on the case. This is in part due to the several law firms on the case but is also in large part due to the fact that the case spanned eleven years and law firms form and dissolve and individual lawyers change firms.

AMR argues that the lodestar is unreasonably high because Epstein Becker & Green billed AMR less than $1,400,000 for its work on the case. (Kun Dec., para 4.) The court can consider the time spent by opposing counsel in evaluating the reasonableness of fees, but it is only one factor of many. (*Mountjoy v. Bank of America, N.A.* (2016) 245 Cal.App.4th 266, 281.) The fees billed to AMR are not an apples to apples comparison because they presumably represent the contemporaneous rates billed as early as 2008 and not counsel's current rates.

AMR argues that the lodestar is unreasonably high because they were not entirely successful in the case. Plaintiffs lost several significant motions between the filing of the case in

2008 and the settlement in late 2018. (Oppo at 16.) In awarding fees, the court looks at result of the case and the time reasonably expended in reaching that result. The court does not review each tactical decision or setback that counsel made on the road to the end result.

The court can adjust the lodestar with a positive or negative multiplier for contingent fee risk and other factors. (*Amaral v. Cintas Corp. No. 2* (2008) 163 Cal. App. 4th 1157, 1216.) Counsel for plaintiffs do not seek a multiplier.

The contingent risk in this case would have justified a multiplier. The claims in this case as it was settled concerned meal and rest breaks, which do not have a fee shifting provision. (*Kirby v. Immoos Fire Protection, Inc.* (2012) 53 Cal.4th 1244, 1252-1255.) There is less risk in a case with fee shifting statutes because counsel's potential fees are not limited by and coupled to the monetary recovery. "The law does not mandate ... that attorney fees bear a percentage relationship to the ultimate recovery of damages in a civil rights case." (*Harman v. City and County of San Francisco* (2007) 158 Cal.App.4th 407, 419.) (See also *Heritage Pacific Financial, LLC v. Monroy* (2013) 215 Cal.App.4th 972, 1006-1007.)

The court's benchmark multiplier for contingent risk is in the range of 1.2 to 1.3. (*Ketchum, supra*, 24 Cal. 4th at 1132-1133 [rationale for contingent risk multiplier].) Given the lack of a fee shifting provision, the court would have considered a multiplier of 1.3. The eleven year span of this case and the ongoing risk and continued commitment to working on a contingent basis would have supported an even higher contingent risk multiplier. The court could decrease the lodestar (already decreased by counsel by 20%) by 25%, then apply a 1.3 multiplier and the number would return to where it started. In the alternative, the court could decrease the lodestar (already decreased by counsel by 20%) by 33%, then apply a 1.5 multiplier and the number would return to where it started.

The court finds that the asserted lodestar with the requested multiplier of approximately 0.99 is reasonable. This results in fees of $5,666,666.

MOTION FOR COSTS

The court APPROVES the payment of $101,769.93 in litigation costs.

The Agreement states that the settlement would include "Attorney fees and costs, subject to court approval." (Agreement, para 1(a).) The class notice disclosed that counsel would seek an undisclosed amount of costs. (Notice, para 14.)

This is not highly material given that counsel has a right under CCP 1033.5 to recover most of the costs, and the amount of costs was presumably built into the total settlement amount. There is no significant prejudice to the members of the class in not knowing the amount of costs that would be claimed.

MOTION FOR SERVICE AWARDS

The court APPROVES the payment of $15,000 to each class representative as a service award.

The Agreement states that the settlement funds would include "A service award payable to Ms. Bartoni, Mr. Francis, Ms. Murray, and My Wilhoyte as approved by the Court." (Agreement, para 1(b).) The class notice disclosed that counsel would seek service awards of $15,000 each. (Notice, para 5.)

The class representatives submitted declarations providing evidence regarding the nature of their participation in the action, including a description of their specific actions and the

amount to time they committed to the prosecution of the case. (Clark v. American Residential Services LLC (2009) 175 Cal.App.4th 785, 804-807.)

The court finds the service awards of $15,000 each to be reasonable. The court's benchmark service fee is $5,000. This litigation warrants an increased service award because the litigation was lengthy and each class representative made a material contribution.

IMPLIED MOTION FOR PAGA ALLOCATION

The court APPROVES the PAGA allocation of $100,000, which results in a net payment to the LWDA of $75,000. (Labor Code 2699(l)(2).)

The Agreement states "The Parties shall agree upon a sum to be allocated to settlement of the PAGA claims in this matter." (Agreement, para 1(d).) The class notice disclosed that there would be a payment of $75,000 to the State of California. (Notice, para 5.) Counsel provided notice to the LWDA of the proposed settlement and the LWDA has not filed any objection. (Piller Dec., Exh 2.) The court the LWDA payment is reasonable.

IMPLIED MOTION FOR CLAIMS ADMINISTRATION COSTS

The court APPROVES the payment of $48,000 in administrative costs.

The Agreement states that the settlement funds would include "Any costs for class notice and settlement administration." (Agreement, para 1(c).) The class notice disclosed that counsel would seek expenses of approximately $33,279. (Notice, para 5.) The motion for final approval states that administration costs will be $48,000. (Cooley Dec. para 15.) The court finds the administrative costs to be reasonable.

IMPLIED MOTION FOR CY PRES RECIPIENT

The court APPROVES the payment of uncashed checks to East Bay Community Law Center as the cy pres recipient.

The Agreement states that sums remaining from uncashed checks shall be distributed to a mutually agreed Cy Pres recipient. (Agreement, para 2.) The parties did not reach agreement. Plaintiffs suggest that any unclaimed funds will be distributed to East Bay Community Law Center. The court preliminarily approved this in the Order of 1/22/19 at 13.

The class notice does not appear to disclose that uncashed checks would go to East Bay Community Law Center. This is not highly material given that the primary interest of class members was in what each would receive and what claims each would release. There is no significant prejudice to the members of the class in not knowing how the unclaimed funds would be distributed.

WITHHOLDING OF ATTORNEYS FEES UNTIL DISTRIBUTION IS COMPLETE

The Court ORDERS that 5% of the fee award to be kept in the administrator's trust fund until the completion of the distribution process and Court approval of a final accounting. This is lower than the court's usual 10% withholding, but the court is confident that a withholding of $283,333 is sufficient to ensure that counsel is responsive to the members of the class until the completion of the claims process and the resolution of any disputes.

The Court will set a compliance hearing after the completion of the distribution process and the expiration of the time to cash checks for counsel for plaintiff and the Administrator to comply with CCP 384(b) and to submit a summary accounting how the funds have been

distributed to the class members and the status of any unresolved issues. If the distribution is completed, the Court will at that time release the hold-back of attorney fees.

The court will sign the revised proposed order submitted on 7/5/19. The court sets a compliance date of 4/24/20 to address disposition of any residual and the potential release of the balance of counsel's fees.

Dated: July 12, 2019

Winifred Y. Smith
Judge of the Superior Court

# EXHIBIT P

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES KNAPP, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ART.COM, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:16-CV-00768-WHO<br><br>**ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR ATTORNEYS' FEES AND COSTS** |

Plaintiff has moved for a second time for awards of attorneys' fees and costs to Class Counsel and has also moved to designate Public Justice Foundation and Public Counsel as substitute *cy pres* recipients. Dkt. No. 84. The Court heard argument regarding this motion on October 3, 2018 at 2:00 pm. Jason H. Kim appeared on behalf of Plaintiff. Yaas C. Hejazi appeared on behalf of Defendant. Timothy Mason Sandefur filed an objection, Dkt. No. 85, but did not appear. Based upon the documents filed with the Court and oral argument at the hearing, the Court makes the following findings of fact and conclusions of law pursuant to Fed. R. Civ. Proc. 52 as follows:

**FINDINGS OF FACT**

1. On June 30, 2017, Plaintiff filed his Unopposed Motion for Approval of Attorneys' Fees and Costs and Class Representative Service Award ("Motion"). Dkt. No. 69. The Motion was directed to Class members by posting the complete contents of the Motion and all supporting documents on the website established for this case, www.knappsettlement.com. The Class Notice informed Class members that the Motion would be so posted on this website.

2. The Motion was based upon a Settlement preliminarily approved by the Court by Amended Order dated May 18, 2017. Dkt. No. 61. The Settlement Agreement provides that Plaintiff would seek an award of attorneys' fees and costs of $745,000 and to seek a service award to Plaintiff of $5,000. Settlement Agreement, Dkt. 53-1, ¶¶ 5.6, 5.7.

3. The Settlement Agreement provides for injunctive relief in that Defendant Art.com has agreed that any regular price to which Art.com refers in any advertising will be the actual, bona fide price at which the item was openly and actively offered for sale, for a reasonably substantial period of time, in the recent, regular course of business, honestly and in good faith. *Id.*, ¶ 5.1. Furthermore, pursuant to the terms of the Settlement Agreement, Defendant Art.com will implement a compliance program, which will consist of periodic (no less than once a year) monitoring, training and auditing to ensure compliance with relevant laws, for a period of at least four (4) years from the Effective Date of the Settlement. *Id.*

4. The Settlement Agreement provides for monetary relief to the Class in the form of $10 vouchers,[1] which can be used for any product available on any of Defendant Art.com's e-commerce websites, including the taxes and shipping and handling associated with a product. Settlement Agreement, ¶ 3.19. The vouchers are freely transferable and may be used multiple times until the amount is exhausted. The vouchers have an expiration date of 18 months after issuance. *Id.*

5. On August 22, 2017, the Court filed its Order Granting Final Approval of Class Action Settlement and Granting in Part Motion for Attorney's and Costs, which finally approved the settlement and authorized payment of the class representative service award and Class Counsel's litigation costs. Dkt. No. 82; *Knapp v. Art.com, Inc.*, 283 F. Supp. 3d 823, 838 (N.D. Cal. Aug. 22, 2017) ("Final Approval Order").

6. Pursuant to the Final Approval Order, the vouchers were distributed via email to all known class members and Art.com paid $61,242 to Class Counsel for litigation costs and $5,000 to Plaintiff for a service award.

7. In the Final Approval Order, the Court also determined that the monetary relief provided to Class members constituted coupons within the meaning of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1712. Based on this determination, the Court ordered that Class Counsel could refile a motion for attorneys' fees and costs after the voucher redemption rate had been determined.

8. Plaintiff has now filed his Renewed Motion for Attorneys' Fees and Costs ("Renewed Motion") and provided information about the voucher redemption rate. As set forth in the Declaration of David Tjen, as of August 14, 2018, the total value of the vouchers redeemed pursuant to the Settlement is $142,940 and the vouchers were used in 14,567 transactions. Dkt. No. 84-7.

9. To encourage the redemption of outstanding vouchers, Plaintiff contracted with the Settlement Administrator for a second email distribution on February 10, 2018 to remind

[1] The term "voucher" is used interchangeably with the term "coupon."

Class members about the vouchers, at a cost of $22,858. Declaration of Jason H. Kim ("Kim Decl."), Dkt. No. 84-1 at ¶ 7, and Exhibit A.

10. Plaintiff has incurred additional costs since the first fee application in the total amount of $1,858 for travel costs for the final approval hearing, filing and messenger costs for various motions filed since Plaintiff's previous request for costs, and fees for computerized legal research and Pacer. Kim Decl. at ¶ 30 and Exhibit E.

11. The Renewed Motion and all supporting documents were posted on the website established for this matter soon after it was filed. Kim Decl. at ¶ 39.

## CONCLUSIONS OF LAW

1. The Renewed Motion complies with the notice requirements of Fed. R. Civ. Proc. 23(h).

2. Pursuant to *In re HP Inkjet Printer Litig*., 716 F.3d 1173, 1179 (9th Cir. 2013), the Court performs the following calculation under 28 U.S.C. § 1712 based on information about coupon redemptions:

> The district court must perform two separate calculations to fully compensate class counsel. First, under subsection (a), the court must determine a reasonable contingency fee based on the actual redemption value of the coupons awarded. Second, under subsection (b), the court must determine a reasonable lodestar amount to compensate class counsel for any non-coupon relief obtained. This lodestar amount can be further adjusted upwards or downwards using an appropriate multiplier. In the end, the total amount of fees awarded under subsection (c) will be the sum of the amounts calculated under subsections (a) and (b).

3. Pursuant to subsection (a), the Court calculates a reasonable attorney fee of $71,470 calculated as 50% of the $142,940 value of redeemed vouchers.

4. Plaintiff has requested that this amount also include class administration expenses and the anticipated *cy pres* distribution. The Court concludes that this amount should not include either of these items. With respect to the *cy pres* distribution, the Court recognizes the substantial

amount of *cy pres* funding but notes it exists only because the claims rate was less than anticipated.

5. Pursuant to subsection (b), the Court calculates a reasonable attorney fee of $280,754, which is approximately 50% of Class Counsel's total lodestar in this matter, because the non-monetary relief was of material benefit to the class.

6. The Court concludes that the hours expended by Class Counsel in this matter were reasonable and that their hourly rates are reasonable based on the documentation provided by Class Counsel. The detailed time reports of Class Counsel show that collectively they devoted close to 1000 hours to this litigation and have a lodestar of $564,652. Kim Decl. at ¶ 16 and Exhibits B & C; Declaration of Aubry Wand, Dkt. No. 84-8, at ¶ 17 and Exhibit A.

7. The total fees awarded are $352,224, which is 62% of the lodestar amount, but under the CAFA analysis demanded by 28 U.S.C. § 1712 and *In re HP Inkjet Printer Litigation*, this amount is appropriate.

8. In addition to attorneys' fees, Class Counsel requests reimbursement of litigation costs in the amount of $24,716 for expenses that were not previously reimbursed. The Court is satisfied that these costs are reasonable, and therefore, the Court grants Plaintiffs' request for litigation costs in the amount of $24,716.

9. Accordingly, the Court approves the award of attorneys' fees and costs in the amount of $376,940 to Plaintiff from the $745,000 fund established pursuant to the Settlement for Plaintiff's attorneys' fees and costs pursuant to Fed. R. Civ. Proc. Rule 23(h) based on the findings of fact and conclusions of law set forth above.

10. Plaintiff has additionally moved to substitute Public Justice Foundation and Public Counsel as *cy pres* recipients in light of this Court's holding in the Final Approval Order that the National Consumer Law Center was not an appropriate *cy pres* recipient due to its current co-counsel relationship with one of Class Counsel. *Knapp*, 283 F. Supp. 3d at 835. The Court finds that both entities are appropriate *cy pres* recipients. Class Counsel and counsel for Art.com have disclosed their relationships with these two entities, Kim Decl., ¶¶ 35 & 37, and the Court does not find that any of these relationships render either recipient conflicted.

11. Thus, the Court orders that the amount of $306,818 be distributed in equal shares to the Public Justice Foundation and Public Counsel from the $745,000 fund established pursuant to the Settlement for Plaintiff's attorneys' fees and costs.

12. In combination with the Final Approval Order, this Order resolves all claims and all the parties' rights and liabilities. Thus, upon entry of this Order, the Clerk of the Court is directed to enter Final Judgment pursuant to the Settlement Agreement, the Final Approval Order, this Order, and Fed. R. Civ. Proc. 58(b)(2).

**IT IS SO ORDERED.**

DATED: October 24, 2018

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

# EXHIBIT Q

E-SERVICE
62494084
Sep 26 2018
03:48PM
File & ServeXpress

FILED
Superior Court of California
County of San Francisco

SEP 26 2018

CLERK OF THE COURT
BY: [signature]
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

DEPARTMENT 305

SPENCER JANSSEN,

Plaintiff,

v.

SQUARE, INC., a California Corporation doing business as trycaviar.com; and DOES 1 through 50, inclusive,

Defendant.

No. CGC-16-549980

ORDER GRANTING MOTION FOR APPROVAL OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS

Plaintiff Spencer Janssen ("Plaintiff") moved the Court for approval of attorneys' fees and costs, class representative service award, and settlement administration fees in connection with the settlement of the above matter with defendant Square, Inc. ("Defendant"). The motion came on for hearing on September 21, 2018, along with plaintiff's motion for final approval of the class action settlement. Appearances are noted in the record.

The Court has granted final approval of the settlement by separate written order (Final Approval Order), which provides for a cash Gross Settlement Amount of $2,200,000.00, permanent relief in the form of changed practices, and the payment by Defendant to the Settlement Administrator of all costs of administration currently estimated to be $34,260.00. (Unless otherwise indicated, capitalized terms correspond with those set forth in the Stipulation for Settlement.)

In the instant motion, Plaintiff seeks for Settlement Class Counsel $729,488.09 in attorneys' fees and $25,511.91 for reimbursement of out-of-pocket costs, for a total sum of $755,000.00. Plaintiff also

seeks a class representative service award in the amount of $7,500.00. Defendant does not oppose Plaintiff's motion, and the Court has received no objections to the requests from any Class Member.

Having fully considered the instant motion for fees, costs, and service award, the Court finds and orders as follows.

1. The Court awards Class Representative Spencer Janssen a service award in the amount of $7,500.00 each. This award is reasonable and justified in light of Plaintiff's contributions to the case and the risks he undertook in serving as class representative. This award is separate from and in addition to any award to which Plaintiff may be entitled as a Class Member. The service award shall be paid from the Gross Settlement Amount.

2. The Court awards Settlement Class Counsel reimbursement of their litigation costs and expenses in the requested amount of $25,511.91. The Court finds that the amount requested is reasonable and was reasonably incurred in the prosecution of this action. The award shall be paid from the Gross Settlement Amount.

3. The Court awards Settlement Class Counsel the requested $729,488.09 in attorneys' fees. In awarding this amount, the Court considered the fact that courts typically award attorneys fees reflecting one-third or 33.33% of the total recovery, and the fact that Settlement Class Counsel's requested fees is less than this amount at 33.16% of the Gross Settlement Amount. The Court also considered the risks and potential value of the litigation, the contingent nature of the litigation, the novelty and complexity of the issues, the skills shown by counsel, and counsel's number of hours worked and asserted hourly rates. There was no objection to the settlement and no objection to the fee request. Based on these factors, the Court finds that the requested fee amount of $729,488.09 is reasonable in this case. The award shall be paid from the Gross Settlement Amount.

4. Finally, pursuant to the terms of the Settlement Agreement, Defendant shall pay the Settlement Administrator's costs, capped at $34,260.00, separately from the Gross Settlement Amount.

IT IS SO ORDERED.

Dated: September 26, 2018

Mary E. Wiss
Judge of the Superior Court

**Superior Court of California**
County of San Francisco

| | |
|---|---|
| SPENCER JANSSEN,<br><br>Plaintiff,<br><br>vs.<br><br>SQUARE, INC., a California Corporation doing business as trycaviar.com; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case Number: CGC-16-549980<br><br>**CERTIFICATE OF ELECTRONIC SERVICE**<br>(CCP 1010.6(6) & CRC 2.260(g)) |

I, T. Michael Yuen, Clerk of the Superior Court of the County of San Francisco, certify that I am not a party to the within action.

On September 26, 2018, I electronically served the ORDER GRANTING MOTION FOR APPROVAL OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS via File & ServeXpress on the recipients designated on the Transaction Receipt located on the File & ServeXpress website.

Dated: September 26, 2018

T. Michael Yuen, Clerk

By: [signature]
Sean Kane, Deputy Clerk

# EXHIBIT R

ENDORSED
FILED
ALAMEDA COUNTY

NOV 18 2016

CLERK OF THE SUPERIOR COURT
By
CHRISTOPHER WRIGHT JR

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF ALAMEDA**

MARTIN MARINE, on behalf of himself and all others similarly situated,

Plaintiffs,

vs.

INTERSTATE DISTRIBUTOR CO., a Washington corporation doing business in California, and DOES 1 through 100, inclusive.

Defendants.

Case No. RG07358277

**~~[proposed]~~ ORDER OF FINAL APPROVAL AND JUDGMENT**

Date: November 18, 2016
Time: 11:00 a.m.
Dept.: 21
Judge: Hon. Winifred Y. Smith
Reservation No. R-1778157

PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT and MOTION FOR SERVICE AWARDS came on for hearing on November 18, 2016 at 11:00 a.m., in Department 21 of the Superior Court of California, County of Alameda.

Having considered the proposed class Settlement Agreement, the Parties' Motions for Attorneys' Fees, Costs and Expenses, Plaintiffs' Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Service Awards, and the Memoranda of Points and Authorities in support of those Motions, the Declaration of Guy B. Wallace in Support of Plaintiffs' Motion for Preliminary Approval, the Declaration of David Breshears in Support of Plaintiffs' Motion for Preliminary Approval and the Declaration of Martin Marine in Support of Plaintiffs' Motion for Service Awards, as well as the Declaration of Derek Smith Regarding Notice Procedures, the Court-approved notice, and the argument of counsel at the hearing thereon, the Court hereby FINDS, ORDERS, ADJUDGES as follows:[1]

## I. FINAL CERTIFICATION OF THE CLASS

The Court granted class certification in this matter on August 13, 2012 of the following class:

> [A]ll persons employed by defendant Interstate Distributor Company as local hourly drivers in the State of California from November 28, 2003, through the date of mailing the notice of certification and opportunity to opt out.

The parties have presented no new facts or changed circumstances that would disturb the Court's findings on class certification. Moreover, IDC does not oppose class certification for purposes of settlement. Accordingly, the Court finds that, consistent with its prior Order, the requirements of Code of Civil Procedure § 382 are satisfied. The Court hereby FINALLY CERTIFIES the following class:

[1] The Court, for purposes of this Order of Final Approval and Judgment, adopts and incorporates the terms and definitions set forth on pages 6-21 of the Amended Joint Stipulation of Settlement and Release Agreement (the "Settlement Agreement"). A true and correct copy of the Settlement Agreement may be found as Exhibit A to the Declaration of Guy B. Wallace in Support of Amended Joint Stipulation of Class Action Settlement which was filed with this Court on July 14, 2016.

> Those individuals who are identified by IDC as having been employed by IDC as a "Local Hourly Driver" in the State of California at any time commencing from November 28, 2003 through the date the preliminary approval of the proposed settlement is ordered [July 6, 2016].

## II. APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL

On August 13, 2012, the Court certified this matter as a class action, and appointed Named Plaintiff Martin Marine to represent the litigation class of California Local Hourly Drivers. The parties have presented no new facts or changed circumstances that would disturb the Court's previous findings with respect to Mr. Marine's adequacy, and therefore APPOINTS Mr. Marine as Class Representative of the above-referenced Class.

The Court previously appointed Schneider Wallace Cottrell Konecky Wotkyns LLP ("Schneider Wallace"), Keegan & Baker, LLP ("Keegan & Baker") and Advantage Law Group as Class Counsel due to their extensive experience in prosecuting wage and hour class actions. The Court APPOINTS them as Class Counsel.

## III. FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to this Court's Preliminary Approval Order, the Claims Administrator, KCC, distributed the approved Class Notice to the Class. Based on review of the Declaration of Derek Smith re: Notice Procedures ("Smith Decl."), the Court is satisfied that compliance with the Court's preliminary approval Order was accomplished in all material respects. The form and manner of notice constituted the best practicable notice under the circumstances, and fully met the requirements of procedural due process and California Rule of Court 3.769(f).

The Court has carefully reviewed the terms of the proposed Settlement, as well as the Declaration of Guy B. Wallace in Support of Preliminary Approval of Settlement describing Plaintiffs' investigation into the claims and defenses in this matter, the discovery conducted by the parties, and the settlement process. The Court finds that the Settlement is the product of informed, non-collusive, and arm's-length negotiations. The Court further finds that the Settlement confers a monetary benefit of approximately $1,467,500 on the Class in exchange for their release of claims, which is properly limited to any claims alleged in this matter, or could have been alleged based on

the facts contained in the pleadings. This is a good result for the Class in light of the significant risks of legislative preemption and the risks and delay of further litigation. Based on the papers submitted by the parties, the Court's familiarity with this matter, and the favorable response of the Class, the Court finds that the proposed Settlement is fair, reasonable, and adequate.

### A. Response of the Settling Class

The response of the Class has been overwhelmingly positive. Notice was mailed to all 710 Class Members. KCC received zero requests for exclusion and zero objections from the Class Members. Smith Decl. ¶¶ 7-8. The lack of requests for exclusion and objections supports the Court's conclusion that the Settlement is fair, reasonable, and adequate.

Accordingly, the Court FINALLY APPROVES the proposed Settlement. In accordance with the terms of the Amended Joint Stipulation of Class Action Settlement and Release Agreement, except as to such rights or claims as may be created by the Settlement Agreement, Plaintiff Marine and the Marine Class Members and their successors in interest (the "Marine Releasors"), fully release and discharge Defendant and any and all parent, subsidiary and affiliated entities including any of their current and former directors, officers and employees (the "Releasees") from any and all claims, whether known or unknown, that were or could have been alleged or asserted in the Marine Action based on the facts alleged in the Marine Complaint for failure to provide and/or record meal or rest periods, as set forth in the Release of Claims in the Amended Joint Stipulation of Class Action Settlement and Release Agreement at Section II.6.

## IV. DISTRIBUTION OF THE SETTLEMENT FUND

### A. Appointment of the Claims Administrator

The Court APPROVES the appointment of KCC as the settlement Claims Administrator, and directs payment of $25,000 for services rendered by KCC as Claims Administrator. The Court finds this amount to be fair and reasonable.

### B. Service Award to the Class Representatives

Plaintiffs seek a service award in the amount of $7,500 for Named Plaintiff and Class Representative Marine. Plaintiff Marine has submitted a Declaration detailing the time and effort he expended in furtherance of the class claims, and the risks he assumed in vindicating the rights

of the Class. Specifically, Plaintiff Marine expended considerable time and effort reviewing pleadings, responding to written discovery, appearing for deposition, advising Class Counsel regarding IDC's policies and practices, and reviewing the Settlement Agreement herein. *See* Declaration of Martin Marine in Support of Motion for Service Awards ¶¶ 5-33. The requested service award is also supported by the risks associated with bringing this lawsuit, the protracted nature of this litigation, and the important public policies underlying the Plaintiffs' claims.

The service award of $7,500 for Plaintiff Marine is hereby APPROVED.

**C. Attorneys' Fees, Cost and Litigation Expenses**

Having considered the Motions of Schneider Wallace, Advantage Law Group and Keegan & Baker for an Award of Reasonable Attorneys' Fees, Costs and Expenses; the Parties' proposed Settlement Agreement; Schneider Wallace's Combined Opposition to Advantage Law Group and Keegan & Baker's Motions for an Award of Reasonable Attorneys' Fees, Costs and Expenses; Advantage Law Group and Keegan & Baker's Replies to same; Schneider Wallace's Sur-Reply to same; the Memoranda of Points and Authorities in support of those Motions; the Declarations of Guy B. Wallace, Barry Goldstein, Daniel B. Edelman, Marc Kroop and Patrick Keegan submitted in support thereof; relevant legal authority; the record in this case; and the argument of Counsel at the hearing thereon; the Court hereby FINDS, ORDERS, and ADJUDGES as follows:

The settlement in this case represents the resolution of nine years of litigation in multiple different forums alleging violations of California Labor Code §§ 226, 226.7, and 512, Wage Order 9-2001, and Business and Professions Code §§ 17200-17208. .

Class Counsel seek an award of $1,150,000 in attorneys' fees, costs and litigation expenses. The Court grants Class Counsel's request for reasonable attorneys' fees, costs and expenses, to be apportioned among the Class Counsel firms as follows. Following mediation before the Hon. Edward A. Panelli (Ret.) at the Judicial Arbitration and Mediation Service ("JAMS") on November 17, 2016, the parties were able to come to an agreement regarding the allocation of the award of attorneys' fees, costs and litigation expenses. The sum of $650,000 shall be allocated to the firms of Schneider Wallace, Daniel B. Edelman, Esq., and Barry Goldstein, Esq. in full satisfaction for their attorneys' fees, costs and expenses incurred in the above captioned matter.

The sum of $500,000 shall be allocated to the firms of Advantage Law Group and Keegan & Baker in full satisfaction for their attorneys' fees, costs and expenses in the above-captioned matter.

"In California, the fee setting inquiry ordinarily begins with the 'lodestar,' i.e., the number of hours reasonable expended multiplied by the reasonable hourly rate." *Building a Better Redondo, Inc. v. City of Redondo Beach*, 203 Cal. App. 4th 852, 870 (2012). As an initial matter, the Court finds the hourly rates claimed by Class Counsel are reasonable. Given their knowledge, skill and expertise in complex class action cases such as this one, Class Counsel's partner and associate rates fall within the range of rates charged by similarly experienced and qualified attorneys practicing in this area. Further, Class Counsel have shown that their hourly rates are comparable to and in-line with the hourly rates charged by numerous firms practicing in the San Francisco Bay Area on a non-contingency basis and which do similar work.

The Court has reviewed the Declarations of Guy B. Wallace, Marc Kroop, Patrick N. Keegan, Daniel B. Edelman, and Barry Goldstein describing the work performed by Class Counsel on this case, as well as the time records submitted in support of the application for an award of fees. The Court concludes that Class Counsel's fees are justified under the statutory fee methodology. As discussed above, Class Counsel's hourly rates fall within the range of hourly rates charged by attorneys of comparable experience, qualifications, and ability who do complex class action litigation in the Bay Area. Moreover, considering the amount of discovery, motion practice, and appellate litigation that occurred in this matter, the difficulty and risks associated with the legal and factual claims that were litigated herein, and the aggressive defense mounted by Interstate Distributor Co., the total maximum lodestar and costs t of $1,150,000.00 claimed by Class Counsel is reasonable.

Accordingly, the Court APPROVES Class Counsel's requested attorneys' fees, costs and expenses in the amount of $1,150,000, to be split amongst Class Counsel with the sum of $650,000 allocated to the firms of Schneider Wallace, Daniel B. Edelman, Esq., and Barry Goldstein and the sum of $500,000 to the firms of Advantage Law Group and Keegan & Baker in full satisfaction for all attorneys' fees, costs and litigation expenses in the above-captioned matter. Consistent with

this Court's practice, 10% of this fee award shall be held by the Claims Administrator in an interest-bearing account pending submission and approval of a final compliance status report after completion of the distribution process.

A compliance hearing shall be scheduled for June 29, 2017. A compliance status report must be filed with this Court at least 5 court days prior to the compliance hearing.

**V. JUDGMENT & CONTINUING JURISDICTION**

The parties are otherwise directed to comply with the terms and definitions set forth on pages 6-21 of the Settlement Agreement, a true and correct copy of which may be found as Exhibit A to the Declaration of Guy B. Wallace in Support of Amended Joint Stipulation of Class Action Settlement which was filed with this Court on July 14, 2016. Pursuant to California Rule of Court 3.769(h), the Court HEREBY MAKES AND ENTERS JUDGMENT, and shall retain jurisdiction and oversight of the settlement proceedings.

Dated: November 18, 2016

WINIFRED Y. SMITH
JUDGE OF THE SUPERIOR COURT

Approved as to form:

David R. Ongaro
Attorneys for Defendant IDC

# EXHIBIT S

2016 WL 7740854

Editor's Note: Additions are indicated by Text and deletions by ~~Text~~ .

Only the Westlaw citation is currently available.
United States District Court,
N.D. California.

Daniel Villalpando, individually and on behalf of all others similarly situated, Plaintiff(s),
v.
Exel Direct Inc., et al., Defendant(s).
Tafiti Shekur, individually and on behalf of all others similarly situated, Plaintiff,
v.
Exel Direct Inc., et al., Defendants.

Consolidated Cases: Case Nos. 3:12-cv-04137-JCS, 4:13-cv-03091-JCS
|
Signed 12/09/2016
|
Filed 12/12/2016

**Attorneys and Law Firms**

Guy Burton Wallace, Todd Michael Schneider, Joshua Geoffrey Konecky, Nathan Bunnell Piller, Schneider Wallace Cottrell Konecky Wotkyns LLP, Emeryville, CA, Jennifer Lynn Connor, Cohelan Khoury & Singer, San Diego, CA, Denise Lissette Diaz, Ira Spiro, Spiro Law Corp., Jeffrey Durham Holmes, Holmes Law Group, APC, Los Angeles, CA, for Plaintiff(s).

Angela S. Cash, James H. Hanson, Ryan Wayne Wright, Scopelitis Garvin Light Hanson & Feary, Indianapolis, IN, Christopher Chad McNatt, Jr., Scopelitis Garvin Light Hanson & Feary, LLP, Pasadena, CA, Adam Carl Smedstad, Scopelitis Garvin Light Hanson & Feary, P.C., Camille Annette Olson, Kyle Ronald Hartman, Seyfarth Shaw LLP, Chicago, IL, Andrew J. Butcher, Scopelitis, Gavin, Light, Hanson & Feary, Washington, DC, Christopher Adam Crosman, David D. Kadue, Richard Burk Lapp, Seyfarth Shaw LLP, Los Angeles, CA, Robin Elizabeth Devaux, Seyfarth Shaw LLP, San Francisco, CA, for Defendant(s).

DHL Express (USA), Inc., pro se.

**[~~PROPOSED~~ ] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS**

HON. JOSPEH C. SPERO, United States District Judge

***1** This matter came on for hearing before this Court on Class Counsel's Motion for an Award of Attorneys' Fees and Cost pursuant to the Court's Order Re: Preliminary Approval of Class Action Settlement (Docket No. 342) on December 9, 2016.

Having considered the documents filed by the Parties in connection with the motion and the oral arguments of counsel, the Court finds as follows:

1. Notice to the Class, including information regarding the requested award of attorneys' fees and costs, was directed to Class Members in a reasonable manner, and complied with Rule 23(h)(1) of the Federal Rules of Civil Procedure.

2. Class Members have been given the opportunity to object in compliance with Fed. R. Civ. P. 23(h)(2).

3. No Class Member has objected to the requested fees and expenses.

4. The settlement agreement provides that class counsel may seek up to $4,500,000.00 in attorneys' fees, plus their reasonably incurred litigation expenses. Class Counsel seeks $4,500,000.00 in attorneys' fees, plus their reasonably incurred litigation expenses, as provided in the settlement agreement. Defendant does not object to these amounts.

5. Class counsel have substantiated their fee request with declarations describing their billing practices, billing rates, hours worked, work tasks performed and corresponding lodestar for the time invested into this case. The declarations demonstrate a lodestar of approximately $4,309,338.50, as of August 5, 2016. Counsel note that this does not include work performed on the fee motion, communicating with class members and the settlement administrator after August 5, 2016, preparing the case for final approval, and overseeing implementation of the settlement after final approval.

6. Based on a fee request of $4,500,000.00, the declarations of class counsel documenting their lodestar shows that a fee award of this amount would result in a multiplier of less than 1.05, and perhaps no multiplier at all by the time the settlement is fully implemented. Class Counsel also seek reimbursement of actual out-of-pocket costs of $496,572.14, which are documented in the declarations of class counsel as well.

7. The declarations submitted in support of the motion demonstrate that the attorneys representing the class have the experience and qualifications necessary to represent the Class.

8. A reasonable hourly rate is the prevailing rate charged by attorneys of similar skill and experience in the relevant community. *Chalmers v. City of LosAngeles*, 796 F.2d 1205, 1210 (9th Cir. 1986). The Court finds that the hourly rates charged by class counsel are within the prevailing range of hourly rates charged by attorneys providing similar services in class action, wage-and-hour cases in California, as shown by the Declarations of Joshua Konecky and Richard Pearl. The hourly rates of Lead Counsel Schneider Wallace Cottrell Konecky Wotkyns, also have consistently and recently been approved as reasonable by the courts. *See, e.g., Winans v. Emeritus Corp.*, 2016 WL 107574, at *8 (N.D. Cal. Jan. 11, 2016); *Carnes v. Atria Senior Living Inc.*, Case No. 14-cv-02727-VC, Dkt. No. 115, at 4-5 (N.D. Cal. July 12, 2016); *Meza v. S.S. Skikos, Inc.*, Case No. 3:15-cv-01889-TEH, Dkt. No. 58, at 4 (N.D. Cal. May 25, 2016); *Wren v. RGIS Inventory Specialists*, 2011 WL 1230826, at *22 (N.D. Cal. Apr. 1, 2011), as well as the other orders cited by counsel in their motion.

***2** 9. Generally, hours are reasonable if they were "reasonably expended in pursuit of the ultimate result achieved in the same manner that an attorney traditionally is compensated by a fee-paying client." *Hensley v. Eckerhart*, 461 U.S. 424, 431 (1983). The Court finds that the total hours worked by class counsel are reasonable, given the nature of the case and the defenses presented, the work class counsel had to undertake, the manner in which class counsel allocated their work, and the results achieved.

10. Counsel also are entitled to a multiplier of their total lodestar. *See Ketchum v. Moses*, 24 Cal.4th 1122, 1133-1132, 1138 (2001) (reasoning that contingency fees should be higher than fees for the same legal services paid concurrently with the provision of the services). The Court finds that the multiplier sought of 1.05 or less is reasonable and appropriate, given the documented lodestar, contingent risk, complexity, protracted nature of the case, the preclusion of counsel from other employment, and the favorable results achieved for class members.

11. A common cross-check regarding the reasonableness of a fee award is its percentage of the total value of the benefits conferred on the class. *Boeing Co. v. Van Gemert*, 444 U.S. 472, 478-81 (1980). Plaintiffs' fee request of $ 4,500,000 represents one-third of the Settlement Fund, which is reasonable under both applicable law, and in light of the contingent risk, Counsel's documented lodestar, the complex and protracted nature of the case, and strong result for the Class. *See id.* The fee request for one-third of the common fund also is reasonable when compared with Counsel's total lodestar. *See Laffitte v. Robert Half Int'l Inc.*, 2016 WL 4238619, at *15 (Cal. Aug. 11, 2016) (reasoning that courts may "double-check" the reasonableness of a percentage fee through a lodestar calculation).

12. Counsel are entitled to recover the out-of-pocket costs and litigation expenses they reasonably incurred in investigating, prosecuting, and settling this case. *In re Media Vision Tech. Sec. Litig.*, 913 F.Supp. 1362, 1366 (N.D. Cal. 1996). The Court finds that class counsel's out-of-pocket costs and expenses of $496,572.14 are documented, and reasonable and necessary to the prosecution of this action, in light of the protracted nature of the case, the vigorousness of Exel's legal defense, the motion practice, amount of documentary evidence, witnesses and depositions, and the extent of trial preparation necessitated by the timing of the settlement.

13. The Court therefore awards Class Counsel $4,500,000.00 in attorneys' fees and $496,572.14 in litigation expenses to be paid from the settlement fund pursuant to the terms and timeframe set forth in the settlement agreement.

IT IS SO ORDERED.

**All Citations**

Slip Copy, 2016 WL 7740854

**End of Document**

© 2017 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT T

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS CARNES,
Plaintiff,
v.
ATRIA SENIOR LIVING, INC.,
Defendant.

Case No. 14-cv-02727-VC

**ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARD**

Re: Dkt. No. 105

## INTRODUCTION

Class Counsel's Motion for Attorneys' Fees, Costs, and Service Award ("Motion") came on for hearing on July 7, 2016, at 10:00 a.m., in Courtroom 4 of the United States District Court for the Northern District of California, San Francisco Division, with the Honorable Vince Chhabria presiding.

Class Counsel moved the Court for an award of $2,112,000.00 in attorneys' fees; $135,000.00 in litigation expenses and costs; and a service award in the amount of $3,500 to Named Plaintiff Juliana Clegg, as successor-in-interest to the Estate of Thomas Carnes.

Having considered the Parties' Stipulation of Settlement; Class Counsel's Motion for Attorneys' Fees, Costs, and Service Award ("Motion"); the briefings in support of the Motion; the Declarations and exhibits attached thereto of Kathryn Stebner, Chris Healey, Guy Wallace, Michael Thamer, Robert Arns, Timothy Needham, Richard M. Pearl, Kathleen Wyatt, and

Juliana Clegg; the relevant legal authority; the record in this case; and the argument of Counsel at the hearing thereon; the Court hereby FINDS, ORDERS, AND ADJUDGES as follows:[1]

## I. THE AGREED-UPON ATTORNEYS' FEE REQUEST IS FAIR, REASONABLE, AND JUSTIFIED

California law governs the attorneys' fee award here because Plaintiff's claims arise under California law. *See Vizcaino v. Microsoft Corp.*, 290 F.3d 1043, 1047 (9th Cir. 2002).

In this action, Plaintiff asserted jury claims under the Consumers Legal Remedies Act, Cal. Civil Code § 1750 *et seq*., which requires mandatory payment of attorneys' fees and costs to successful plaintiffs. The attorneys' fees provision of the CLRA, Section 1780(e), states: "The court *shall* award court costs and attorney fees to a prevailing plaintiff in litigation filed pursuant to this section." Thus, some award of attorneys' fees is mandatory. *Kim v. Euromotors West*, 149 Cal.App.4th 170, 177 (2007).

Under California law, the Court is empowered to award reasonable attorneys' fees and costs when a litigant proceeding in a representative capacity has achieved a "substantial benefit" for a class of persons. *Serrano III v. Priest*, 20 Cal.3d 25, 38 (1977) ("*Serrano III*"). There are two methods of calculating attorneys' fees in civil class actions: (1) the lodestar/multiplier method, and (2) the percentage of recovery method. *Wershba v. Apple Computer, Inc.*, 91 Cal. App.4th 224, 254 (2001). While the Court has discretion, one recognized approach is to determine the plaintiffs' lodestar fees, determine whether a multiplier is warranted, and then "cross check" the propriety of that amount as a percentage of the overall recovery. *See Lealao v. Beneficial Cal., Inc.*, 82 Cal.App.4th 19, 49-50 (2000).

### A. Class Counsel's Fee Request is Reasonable Under the Lodestar Analysis

Under California law, "[t]he primary method for establishing the amount of reasonable attorney fees is the lodestar method." *In re Vitamin Cases*, 110 Cal.App.4th 1041, 1052 (2003),

---

[1] The Court, for purposes of this Order Granting Motion for Attorneys' Fees, Costs, and Service Award, adopts and incorporates the terms and definitions set forth in the Stipulation of Settlement ("SS").

(internal quotation marks and citations omitted). *See also, Serrano III*, 20 Cal.3d at 49 (quoting *City of Detroit v. Grinnell Corp.*, 495 F.2d 448, 470 (2d Cir. 1974)); *Lealao*, 82 Cal. App. 4th at 39; *In re Bluetooth Headset Products Liab. Lit.*, 654 F.3d 935, 941 (9th Cir. 2011) (citing *Cunningham v. County of Los Angeles*, 879 F.2d 481, 488 (9th Cir. 1988)). Applicable precedents support the reasonableness of the fees requested here.

**1. Class Counsels' Lodestar Amounts Are Reasonable**

The lodestar method requires the Court to determine a "touchstone" or lodestar figure based on a compilation of time spent and reasonable hourly compensation for each attorney. *See, e.g.*, *Graham v. DaimlerChrysler Corp.*, 34 Cal. 4th 553, 579 (2004); *Vo v. Las Virgenes Mun. Water Dist.*, 79 Cal.App.4th 440, 445 (2000); *Lealao*, 82 Cal.App.4th at 26; *Hanlon v. Chrysler Group, Inc.*, 150 F.3d 1011, 1029 (9th Cir. 1998). Generally, hours are reasonable if they were "reasonably expended in pursuit of the ultimate result achieved in the same manner that an attorney traditionally is compensated by a fee-paying client." *Hensley v. Eckerhart*, 461 U.S. 424, 431 (1983). *See also Ketchum v. Moses*, 24 Cal.4th 1122, 1133 (2001) (fee award should be "fully compensatory [and] absent circumstances rendering the award unjust, an attorney fee award should ordinarily include compensation for *all* the hours reasonably spent.") (emphasis in original); *Serrano III*, 20 Cal. 3d at 49 (counsel are entitled to compensation for all hours reasonably expended); *Hensley*, 461 U.S. at 435-36; *Caudle v. Bristow Optical Co., Inc.*, 224 F.3d 1014, 1028 (9th Cir. 2000); *Cabrales v. County of Los Angeles*, 935 F.2d 1050, 1052-53 (9th Cir. 1991).

Class Counsel attest that, in total, they have expended 5,601.8 hours for an unadjusted lodestar of $2,675,653.46. The Court has reviewed the Declarations of Kathryn Stebner, Chris Healey, Guy Wallace, Michael Thamer, Robert Arns, and Timothy Needham describing the work performed by Class Counsel on this case. The total hours claimed by Class Counsel are approved based on evidence presented of the work performed, including detailed summaries, and the results achieved. The Court is also satisfied that Class Counsel have exercised appropriate and significant billing judgment by not requesting fees for unproductive or

Case 3:14-cv-02727-VC Document 115 Filed 07/12/16 Page 4 of 9

duplicative work.

Accordingly, the Court finds the number of hours that Class Counsel devoted to this case is reasonable.

**2. Class Counsel's Hourly Rates Are Well Within the Prevailing Rates for Similar Complex Civil Litigation in the Bay Area**

The second step is determining the reasonable market value of the attorneys' services at an hourly rate. *Ketchum*, 24 Cal.4th at 1134; *Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984); *PLCM Group, Inc. v. Drexler*, 22 Cal.4th 1084, 1094 (2000); *Camacho v. Bridgeport Fin., Inc.*, 523 F.3d 973, 979 (9th Cir. 2008). This rule applies even when attorneys normally work on a contingent fee basis. *See, e.g., Robertson v. Fleetwood Travel Trailers of Cal., Inc.*, 144 Cal.App.4th 785, 818 (2006); *Blanchard v. Bergeron*, 489 U.S. 87, 96 (1989). Rates are reasonable if they are "within the range of reasonable rates charged by and judicially awarded comparable attorneys for comparable work." *Children's Hosp. and Med. Ctr. v. Bonta*, 97 Cal.App.4th 740, 783 (2002). A reasonable hourly rate is the prevailing rate charged by attorneys of similar skill and experience in the relevant community. *PLCM Group, Inc. v. Drexler*, 22 Cal.4th 1084, 1095 (2000). Declarations regarding the prevailing market rate in the relevant community are sufficient to establish a reasonable hourly rate. *See Widrig v. Apfel*, 140 F.3d 1207, 1209 (9th Cir. 1998).

In support of their motion, Settlement Class Counsel submitted a declaration from Richard M. Pearl, who opined on the reasonableness of the rates charged by counsel. (Declaration of Richard M. Pearl, ¶¶ 12-13). Mr. Pearl relies on rates that have been approved in other cases and refers to the rates charged by other firms within the Northern District that are similar to the rates charged by Settlement Class Counsel. Class Counsel also attested that the rates requested here are also similar or equal to Class Counsel's rates in class actions against operators of assisted living and skilled nursing facilities previously approved by U.S. District Judge Haywood Gilliam in *Winans v. Emeritus Corporation* (N.D. Cal. Jan. 19, 2016, case no. 3:13-cv-03962-HSG, dkt. 133), Chief Judge of the Northern District of California Claudia

Wilken in *Wehlage v. Evergreen at Arvin LLC*, 2012 U.S. Dist. LEXIS 144152 at *8 (N.D. Cal. Oct. 4, 2012), and by U.S. District Judge Jeffrey S. White in *Walsh v. Kindred Healthcare, et al.*, 2013 U.S. Dist. LEXIS 176319 (N.D. Cal. Dec. 16, 2013). Class Counsel also attested that rates similar or equal to Class Counsel's rates in this case were also previously approved in the Superior Court of California by Judge Robert Freedman in *Valentine v. Thekkek Health Services, Inc., et. al.* Alameda County Superior Court, Case No. RG-10546266; by Judge Wynne Carvill in *Shuts v. Covenant Holdco LLC*, Alameda County Superior Court, Case No. RG 10551807, *Dalao v. LifeHouse Holdings, LLC* Alameda County Superior Court, Case No. RG12660602, and *Correa v. SnF Management Company, LLC* Alameda County Superior Court, Case No. RG-13664498; by Judge Jane Johnson in *Montreuil v. The Ensign Group, Inc.* Los Angeles County Superior Court, Case No. BC449162; by Judge Richard Kramer in *Hernandez v. Golden Gate Equity Holdings, LLC*, San Francisco County Superior Court, Case No. CGC-10-505288); and by Judge George Hernandez, Jr., in *Regina v. Hycare, Inc.*, Alameda County Superior Court, Case No. RG-12647573. Class Counsel also attested that rates similar to those of Class Counsel have been approved in a wide range of litigation outside of the context of skilled nursing facility class actions. *Campbell v. Nat'l Passenger R.R. Corp.*, 718 F.Supp.2d 1093, 1099-1100 (N.D. Cal. 2010) (finding reasonable market rates from $380 to $775 for employment and civil rights attorneys in the Northern District; *In re: TFT-LCD (Flat Panel) Anti-Trust Litigation*, 3:07-md-1827 SI (N.D. Cal.), December 27, 2011 Order, Dkt. 4436 at 2 (finding lodestar amount reasonable in a cross-check analysis).

Accordingly, the Court finds the hourly rates requested by Class Counsel to be reasonable and in line with the market rates charged by skilled counsel in the Bay Area in similar complex civil litigation.

**B. The Percentage Cross-Check Supports the Reasonableness of the Fee Request**

The Court will also conduct a cross-check regarding the reasonableness of a fee award by reviewing its percentage of the total value of the benefits conferred on the class. *Serrano III*,

Case 3:14-cv-02727-VC Document 115 Filed 07/12/16 Page 6 of 9

20 Cal.3d at 34; *Boeing Co. v. Van Gemert*, 444 U.S. 472, 478-81 (1980); *Lealao*, 82 Cal. App. 4th at 49-50; *Graciano*, 144 Cal.App.4th at 164; 3 *Newberg on Class Actions*, § 14.7.

Viewed from a "percentage of fund" perspective, the fee request here of $2,112,000.00 represents 33% of the Settlement Fund of $6,400,000.00.[2] California federal trial courts have approved fee requests within that range in comparable consumer class actions.[3] *See Knight v. Red Door Salons, Inc.*, No. 08-01520 SC, 2009 WL 248367, at *5 (N.D. Cal. Feb. 2, 2009); *Singer v. Becton Dickinson and Company,* No. 08-CV-821–IEG (BLM), 2010 WL 2196104 at *8 (S.D. Cal. June 1, 2010); *Ingalls v. Hallmark Mktg. Corp.*, Case No. 08cv4342, Doc. No. 77 (C.D. Cal. Oct. 16, 2009); *Cicero v. Direct TV, Inc.*, 2010 WL 2991486, at *7 (C.D. Cal. July 27, 2010).

---

[2] In calculating the overall settlement benefit, the Court considers the total potential benefits made available. *Chavez v. Netflix, Inc.*, 162 Cal.App.4th 43, 46 (2008) (approving methodology that adds fees and class payments in the percentage of recovery cross-check). The overall settlement benefit includes items such as attorneys' fees, costs, class notice and administration costs and other settlement amounts that defendant has agreed to pay. *Id.*

Moreover, the settlement's non-monetary term further supports the reasonableness of the fee request given the overall settlement value. When awarding attorneys' fees, "[a] court should take into account any non-monetary benefits obtained for the class." 5-23 Moore's Federal Practice — Civil § 23.124(b)(i). "[I]t is important to recognize that in some class actions the monetary relief obtained is not the sole determinant of an appropriate attorney fees award." Advisory Committee Notes to Fed. R. Civ. P. 23(h) (2003 Amendments) (citation omitted). "Incidental or nonmonetary benefits conferred by the litigation are a relevant circumstance" in determining fee awards. *Vizcaino v. Microsoft Corp.*, 290 F.3d 1043, 1049 (9th Cir. 2002), *cert. denied*, 537 U.S. 1018 (2002); *Staton v. Boeing Co.*, 327 F.3d 938, 974 (9th Cir. 2003); *Pokorny v. Quixtar, Inc.*, No. C 07-0201 SC, 2013 U.S. Dist. LEXIS 100791, at *5 (N.D. Cal. July 18, 2013) (Conti, J.) ("The court may properly consider the value of injunctive relief obtained as a result of settlement in determining the appropriate fee."); *In re Visa Check/Mastermoney Antitrust Litig.*, 297 F.Supp.2d 503, 525 (E.D.N.Y. 2003); *Steiner v. Williams*, Nos. 99 Civ. 10186 (JSM), 99 Civ. 1479 (JSM), 2001 WL 604035, at *4 (S.D.N.Y. May 31, 2001) ("[C]ounsel may recover a fee if the settlement conferred a substantial non-monetary benefit."); *Linney v. Cellular Alaska Partnership*, Nos. C-96-3008 DLJ, C-97-0203 DLJ, C-97-0425 DLJ, C-97-0457 DLJ, 1997 WL 450064, at *6-7 (N.D. Cal. July 18, 1997) (court considers injunctive relief in evaluating fairness of overall settlement fee request); *Colgan v. Leatherman Tool Group, Inc.*, 135Cal.App.4th 663, 702-03 (2006) (upholding a fee award under section 1021.5 where the suit resulted in the end of an unfair and deceptive practice).

[3] In determining what constitutes a reasonable fee in ordinary common fund cases, Ninth Circuit courts apply a "benchmark" percentage of 25 percent of the total fund as the starting point for the analysis, adjusting that amount as appropriate based on many of the same "enhancement" factors considered in the lodestar-multiplier analysis. *See Vizcaino*, 290 F.3d at 1047-50.

Case 3:14-cv-02727-VC Document 115 Filed 07/12/16 Page 7 of 9

Accordingly, the Court finds this percentage cross-check demonstrates the propriety of Class Counsel's requested fee.

The Court GRANTS Class Counsel's Motion for reasonable attorneys' fees in the amount of $2,112,000.00.

## II. THE REIMBURSEMENT OF LITIGATION EXPENSES IS WARRANTED

Counsel are entitled to recover their reasonable out-of-pocket costs and litigation expenses. *Staton*, 327 F.3d at 974; *In re Media Vision Tech. Sec. Litig.*, 913 F.Supp. 1362, 1366 (N.D. Cal. 1996) (citing *Mills v. Electric Auto-Lite Co.*, 396 U.S. 375, 391-92 (1970)). The CLRA provides for reimbursement of costs incurred. *Cal. Hous. Fin. Agency v. E. R. Fairway Assocs. I*, 37 Cal.App.4th 1508, 1514 (1995). Reimbursement of costs and litigation expenses is also necessitated under the common fund doctrine of *Trustees v. Greenough*, 105 U.S. 527, 533 (1881).

Class Counsel seek the reimbursement of costs in the amount of $135,000.00.

Upon review of Class Counsel's declarations and attached exhibits, the Court finds that the requested expenses are reasonable and should be reimbursed.

The Court GRANTS Class Counsel's Motion for reimbursement of reasonable litigation expenses and costs in the amount of $135,000.00.

## III. THE SERVICE AWARD FOR THE NAMED PLAINTIFF IS FAIR

Pursuant to the Parties' Stipulation of Settlement, Class Counsel request the Court to approve services awards in the amount of $3,500.00 to Named Plaintiff Juliana Clegg, successor-in-interest to the estate of Thomas Carnes. (SS, ¶ X.B.3, p. 22.) The Court finds the amount requested here is within the range approved by trial courts in this Circuit. *See, e.g., Garner v. State Farm Mut. Auto. Ins. Co.*, No. CV 08 1365 CW, 2010 U.S. Dist. LEXIS 49482, at *6 (N.D. Cal. Apr. 22, 2010) (approving $20,000 service award); *Singer v. Becton Dickinson and Co.*, No. 08-CV-821 IEG (BLM), 2009 WL 4809646, at *6 (S.D. Cal. Dec. 9, 2009) (approving $25,000 service award); *Razilov v. Nationwide Mut. Ins. Co.*, No. 01-CV-1466-BR, 2006 WL 3312024 (D. Or. Nov. 13, 2006) (approving $10,000 service awards).

Case 3:14-cv-02727-VC Document 115 Filed 07/12/16 Page 8 of 9

Class representatives play a crucial role in bringing justice to those who would otherwise be without a remedy. *See, e.g.*, *Bowens v. Atl. Maint. Corp.*, 546 F.Supp.2d 55, 80 (E.D.N.Y. 2008); *Clark* v. *Am. Residential Servs. LLC*, 175 Cal.App.4th 785, 804 (2009). The Ninth Circuit has recognized that named plaintiffs are eligible for reasonable incentive payments. *Staton*, 327 F.3d at 977; *Rodriguez v. West Pub'g Corp.*, 563 F.3d 948, 958 (9th Cir. 2009) (service awards "are fairly typical in class action cases."). Such awards are "intended to compensate class representatives for work done on behalf of the class [and] make up for financial or reputational risk undertaken in bringing the action." *Rodriguez*, 563 F.3d at 958-59. Relevant considerations include: the actions the class representatives took to protect the interests of the class; the degree to which the class benefited from those actions; the amount of time and effort the class representatives expended in pursuing the litigation; the risk to named plaintiff in commencing suit, both financial and otherwise; the notoriety and personal difficulties encountered by named plaintiff; the duration of litigation; and the personal benefit (or lack thereof) to the named as a result of the litigation. *See Cook v. Niedert*, 142 F. 3d 1004, 1016 (7th Cir. 1998); *Clark*, 175 Cal.App.4th at 804-07.

Here, Named Plaintiff Juliana Clegg served as the representative and Guardian ad Litem to Mr. Carnes in the prosecution of this lawsuit for over two years. After Mr. Carnes' death, Ms. Clegg continued the case prosecution as Mr. Carnes' legal successor. Named Plaintiff lent her name to this case and thus subjected herself to public attention. The Named Plaintiff her name to this case and thus subjected herself to public attention. Class Counsel and Named Plaintiff attests that Named Plaintiff had initial concerns about participating in a lawsuit and understood there was a risk she would be ordered to pay Defendant's costs should the litigation prove unsuccessful. Nonetheless, she agreed to become a class representative to stand up for vulnerable current and future residents. Named Plaintiff gave significant assistance to Class Counsel taking on the weighty responsibility of representing the Class, which was time-consuming and emotionally difficult. She made this case possible when many other potential class representatives were reluctant to step forward and represent the class. Her contributions

helped produce the substantial benefits now offered to the Settlement Class.

Accordingly, the Court finds the service award here is appropriate in light of the efforts and risks taken by the Named Plaintiff.

Accordingly, the Court GRANTS service awards in the amount of $3,500.00 to Named Plaintiff Juliana Clegg as successor-in-interest to the estate of Thomas Carnes.

**IT IS SO ORDERED.**

Dated: July 12, 2016

VINCE CHHABRIA
United States District Judge

# EXHIBIT U

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MEZA,<br>Plaintiff,<br>v.<br>S.S. SKIKOS, INC., et al.,<br>Defendants. | Case No. 15-cv-01889-TEH<br><br>**ORDER GRANTING FINAL APPROVAL OF SETTLEMENT** |

Plaintiff Jose Meza ("Plaintiff") alleges nine causes of action under the federal Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA"), the California Labor Code, applicable Industrial Welfare Commission ("IWC") Wage Order, Business and Professions Code §§ 17200, *et seq*. ("UCL"), and the California Labor Code Private Attorneys General Act of 2004 ("PAGA"). In his first cause of action, Plaintiff alleges, on behalf of an FLSA collective, that Defendants violated the FLSA by knowingly failing to maintain records of all hours worked, knowingly failing to compensate employees for all hours worked, and knowingly failing to compensate employees at a rate of one and one-half times their regular hourly rate for hours worked in excess of 40 hours per week.

Plaintiff's remaining eight causes of action arise under California law: (1) failure to pay overtime and double time compensation; (2) failure to pay for all hours worked; (3) failure to provide meal periods, or compensation in lieu thereof; (4) failure to provide rest periods, or compensation in lieu thereof; (5) failure to furnish accurate itemized wage statements; (6) waiting time penalties; (7) violation of the UCL as a result of unfair, unlawful, and fraudulent business practices; and (8) civil penalties pursuant to PAGA.

After extensive informal discovery, the Parties engaged in mediation before David Rotman on November 19, 2015. As a result of the mediation, the Parties reached a settlement. After the mediation, the Parties finalized a settlement agreement. The Parties

United States District Court
Northern District of California

Case 3:15-cv-01889-TEH Document 58 Filed 05/25/16 Page 2 of 5



entered into a fully-executed Stipulation of Settlement and Release ("Stipulation of Settlement" or "Settlement") on January 15, 2016. Docket. No. 45-1.

The Court preliminarily approved the Settlement on February 24, 2016. Docket No. 48. Before the Court are two motions: Plaintiff's Unopposed Motion for Final Approval of Settlement (Docket No. 54); and Plaintiff's Motion for Attorneys' Fees, Costs, and Service Payment (Docket No. 50). The Court held a hearing on the pending motions on May 23, 2016. Having carefully considered the Parties' written and oral arguments and the record as a whole, the Court HEREY ORDERS as follows:

1. The Court finds that it has jurisdiction over the claims of the California Class Members and California FLSA Class Members asserted in this proceeding and over all Parties to the action.

2. The Court finds that zero (0) California Class Members have objected to the Settlement and zero (0) California Class Members have requested exclusion from the Settlement. Additionally, 108 Class Members have validly opted in to the California FLSA Class. *See* Gomez Decl. at 3 (Docket No. 56).

3. The Court GRANTS Final Approval of the terms and conditions contained in the Settlement (Docket No. 45-1). The Court finds that the terms of the Settlement appear to be within the range of possible approval, pursuant to Federal Rule of Civil Procedure 23 and applicable law.

4. The Court finds that: (1) the settlement amount is fair and reasonable to the Class Members when balanced against the probable outcome of further litigation relating to class certification, liability and damages issues, and potential appeals; (2) significant informal discovery, investigation, research, and litigation have been conducted such that counsel for the Parties at this time are able to reasonably evaluate their respective positions; (3) settlement at this time will avoid substantial costs, delay, and risks that would be presented by the further prosecution of the litigation; and (4) the Settlement has been reached as the result of intensive, serious, and non-collusive negotiations between the Parties. Accordingly, the Court finds that the Settlement was entered into in good faith.

United States District Court
Northern District of California

5. The Court makes final its earlier conditional certification of the California Class for settlement purposes. The "California Class" is defined to mean "all current and former Drivers employed by Defendants in California during the California Class Period." The "California Class Period" is "the period beginning April 27, 2011 through the date of Preliminary Approval (February 24, 2016)."

6. The Court makes final its earlier conditional certification of the California FLSA Class for settlement purposes. The "California FLSA Class" is defined as "all current and former Drivers who were employed by Defendants in California during the California FLSA Class Period." The "California FLSA Class Period" is "the period beginning April 27, 2012 through the date of Preliminary Approval (February 24, 2016)."

7. The Court finds that the approved Notice Packet (Exs. 1-3, Docket No. 45-1) constituted the best notice practicable under the circumstances and is in full compliance with the applicable laws and the requirements of due process. The Court further finds that the Notice fully and accurately informed the Class Members of all material elements of the Settlement, of their right to be excluded from the Settlement, and of their right and opportunity to object to the Settlement. A full opportunity has been afforded to the Class Members to participate in this hearing and all Class Members and other persons wishing to be heard have been heard. Accordingly, the Court determines that all California Class Members, since none timely and properly executed a request for exclusion, are bound by this Order and the Judgment.

8. The Court FINALLY APPOINTS Simpluris, Inc. as the Settlement Administrator, and approves its reasonable administration costs not to exceed $12,000.00.

9. The Court FINALLY APPOINTS Schneider Wallace Cottrell Konecky Wotkyns LLP and Villegas Carrera, LLP, as Class Counsel.

10. The Court FINALLY APPROVES Class Counsel's request for attorneys' fees of one-third of the Maximum Settlement Amount, or $233,310.00. This amount is justified under the common fund doctrine, the range of awards ordered in this District and Circuit, the excellent results obtained, substantial risk borne by Class Counsel in litigating

this matter, the high degree of skill and quality of work performed, financial burden imposed by the contingency basis of Class Counsel' representation of Plaintiff and the Class Members, and additional work required of them to bring this Settlement to conclusion. The Court finds the fees award further supported by the lodestar crosscheck, whereby it finds that Schneider Wallace Cottrell Konecky Wotkyns LLP, and Villegas Carrera, LLP's hourly rates are reasonable, the estimated hours expended are reasonable. In fact, Class Counsel's total fees are $613,164.20. Thus, the Court applies a negative multiplier to Class Counsel's lodestar in issuing this fee award.

11. The Court FINALLY APPROVES Class Counsel's request for costs in the amount of $15,927.83.

12. The Court FINALLY APPOINTS Plaintiff Jose Meza as the Class Representative, and approves a service payment of $7,500.00 to Mr. Meza, finding that this award is fair and reasonable for the work he provided to the Class Members and considering the broad release he executed.

13. The Court FINALLY APPROVES the $10,000.00 PAGA allocation. $7,500.00 of that allocation shall be paid to the LWDA, and the remaining $2,500.00 shall be disbursed to the Class.

14. Good cause appearing, the Court APPROVES the following implementation schedule:

A. The Payment Obligation and Class Release Date shall be (a) the date of this Final Approval Order, if there are no objectors; or (b) in the event that there are objectors, 32 days after service of notice of entry of this Final approval Order and Judgment on the Parties and all objectors to the Settlement without any appeals or requests for review being taken; or (c) the date on which orders affirming this Final Approval Order and Judgment or denying review after exhaustion of all appellate remedies issue, if appeals or requests for review have been taken.

B. Defendant shall provide the Settlement Administrator with the Settlement Funds on or before May 31, 2016.

United States District Court
Northern District of California

C. The Settlement Administrator shall mail or wire all required payments no later than 14 days after the Payment Obligations and Class Release Date.

D. The deadline to cash Individual Settlement Payment checks shall be 180 days after the checks are mailed.

15. With this Final Approval of the Settlement, all claims that are released as set forth in the Settlement are hereby barred.

16. The Court permanently enjoins all of the California Class Members who did not timely exclude themselves (opt-out) from the Settlement Agreement, California FLSA Class Members who submit a timely and valid Opt-In Form, and the LWDA from pursuing or seeking to reopen any “Released Claims” (as defined in the Settlement Agreement) against any of the “Released Parties” (also as defined in the Settlement Agreement).

17. The Court dismisses this action with prejudice and will enter Judgment consistent with the Settlement Agreement and this Order.

18. The Court shall retain jurisdiction to enforce the terms of the Settlement.

**IT IS SO ORDERED.**

Dated: 05/25/16



THELTON E. HENDERSON
United States District Judge

# EXHIBIT V

JS-6

| | |
|---|---|
| Breana Jeter-Polk,<br>Plaintiff,<br>v.<br>Casual Male Store, LLC et al.,<br>Defendants. | EDCV 14-891-VAP (DTBx)<br><br>**ORDER APPROVING CLASS SETTLEMENT AND ATTORNEYS' FEES AND COSTS** |

On May 16, 2016, Plaintiff Breana Jeter-Polk filed an unopposed Motion for Final Approval of Class Action Settlement and Attorneys' Fees and Costs ("Motion" or "Mot."), seeking judicial approval of an agreement to settle claims against Defendants Casual Male Store, LLC, and Destination XL Group, Inc. (Doc. Nos. 54, 55.) After consideration of the papers filed in support of the Motion, the Court GRANTS the Motion.

## I. BACKGROUND

Casual Male is a national men's clothing retailer with about 225 stores, some of which are in California. (Mot. at 2.) Casual Male employed Plaintiff as an assistant store manager at its Victorville location from December 2012 through April 2013. (Id.) Plaintiff and Class Members were and are nonexempt, hourly employees. (Id.)

Plaintiff alleges that Causal Male's compensation and break policies violate California law because Plaintiff requires employees to work off the clock, during

Case 5:14-cv-00891-VAP-DTB Document 60 Filed 06/29/16 Page 2 of 29 Page ID #:998

meal and rest breaks, without proper compensation. (FAC ¶ 3.) These alleged violations cause derivative issues, including failure to pay premium pay for missed breaks, failure to provide accurate, itemized wage statements, and failure to pay all wages owed after termination of employment. (Id.) Plaintiff alleges also that each store performs similar services and is subject to the same policies and procedures. (Id.) Casual Male denies these allegations, claiming that it has been, and is, in full compliance with California labor law. (Answer ¶ 16-17.)

## A. Procedural History

### 1. Allegations

On April 2, 2014, Plaintiff filed this class action in San Bernardino County Superior Court. (Cottrell Decl. at ¶ 6.) The case was removed to the U.S. District Court, and Plaintiff filed her First Amended Complaint on July 11, 2104. ("FAC" (Doc. No. 24).) In her FAC, Plaintiff alleges the following causes of action and requests for relief under the California Labor Code and applicable Industrial Welfare Commission ("IWC") Wage Orders:

(1) failure to authorize, permit, and/or make available meal and rest periods;

(2) failure to compensate for all hours worked;

(3) failure to pay overtime wages;

(4) unpaid wages and waiting time penalties;

(5) failure to provide itemized wage statements;

(6) violation of California Business and Professions Code §§ 17200 ("UCL");

(7) penalties pursuant to § 2699(a) of the California Private Attorney General Act ("PAGA"); and

(8) penalties pursuant to § 2699(f) of the PAGA.

(FAC ¶¶ 11-37.)

Case 5:14-cv-00891-VAP-DTB Document 60 Filed 06/29/16 Page 8 of 21 Page ID #:999

## 2. Discovery

The Parties contend that they engaged in extensive discovery focused on the relevant claims, policies, and practices at issue in this case, including written discovery, depositions, and document production. (Cottrell Decl. ¶ 7.) Plaintiff conducted interviews of approximately 90 Class Members, approximately 25% of the class membership. (Id.) The Parties contend also that Class Counsel researched thoroughly the legal principles related to the claims Plaintiff alleges against Defendant. (Id.)

## 3. Mediation

The Parties mediated this dispute on May 5, 2015, but were unable to reach a settlement. (Cottrell Decl. ¶ 12.) The Parties continued in arm's-length settlement talks in the months that followed and successfully reached a settlement on November 25, 2015. (Id.) The Parties filed a Notice of Settlement on December 11, 2015. (Doc. No. 42.)

## 4. Damages

Class Counsel calculated damages from data obtained during interviews with approximately 25% of the Class Members and by taking the payroll and timekeeping data from a random sample of 15% of the Class Members. (Cottrell Decl. ¶ 8.) In addition, Class Counsel analyzed averages and made assumptions from information in discovery.[1] (Id.) The evidence from the interviews and information provided by

[1] Specifically, there are 386 class members at issue, of whom 92 were current employees and 294 were former employees. (Cottrell Decl. ¶ 8.) The average wage was $9.15. (Id.) The total number of shifts worked by class members during the class period is 74,134. Based on a projection of the 15% sample, there have been 69,680

Defendants appeared to show 90% non-compliant rest breaks, 75% non-compliant meal breaks, and that Class Members worked off the clock approximately 30 minutes a day.[2] (Id.)

After receiving more information from Defendant that affected the initial valuation, Class Counsel revisited the damages calculations. (Cottrell Decl. ¶ 10.) Defendant's timekeeping data showed that a majority of the meal breaks during the class period were compliant, which diminishes greatly the value of the meal break claims. (Id.) Class Counsel's interviews with additional Class Members revealed that the number of reported rest break violations were fewer than projected initially. (Id.) Similarly, the statistical averages from additional Class Members' interviews showed that the amount of time allegedly worked off-the-clock was lower than what was reported in the initial interviews. (Id.) Hence, the value of the substantive and derivative claims decreased greatly. (Id.)

Class Counsel calculated the high-end recovery for Class Members to be over $1,000,000.00, including both substantive and derivative claims. (Id. ¶ 11.) The evidence revealed a 20% non-compliant meal breaks rate, reducing Defendant's liability to approximately $60,000.00. (Id.) Similarly, the number of reported rest break violations decreased from the initial projected noncompliance rate, to a 50% rate, reducing Defendant's liability exposure to approximately $330,000.00. (Id.)

---

shifts worked by class members. In addition, Defendant's counsel informed Class Counsel that class members worked an additional 4,454 shifts.

[2] Relying on these statistics and further assuming that Plaintiff and the Class Members would certify all of their claims and prevail at trial, Class Counsel calculated total damages, including all penalties, to be $2,588,434.00. (Cottrell Decl. ¶ 11.)

Case 5:14-cv-00891-VAP-DTB Document 60 Filed 06/29/16 Page 5 of 219 Page ID #:1001

The new averages from additional Class Members' interviews revealed that the amount of time worked off-the-clock was significantly lower than reported in the initial interviews. (Id.) These additional Class Members reported only working off-the-clock about 21 minutes each day. (Id.) Thus, the amount owing for uncompensated, off-the-clock work decreased to approximately $225,000.00. (Id.) Also, Class Counsel reduced Defendant's liability for statutory penalties after factoring in the risks of continued litigation and Defendant's good faith defenses. (Id.) Accordingly, with this additional information, Class Counsel negotiated a settlement for a lower amount, approximately 46% of the revised damages calculation. (Id.)

## B. Settlement Class

An employee is a member of the Class if he or she fits within the following description:

> "all current and former hourly, non-store manager employees, including keyholders, sales associates, and assistant store managers, working at Casual Male's Casual Male XL anchor and/or outlet stores in California during the California class period, which is from April 2, 2010, through the date of the order granting preliminary approval, other than those excluded from the Class because (a) they participated in the settlement of the lawsuit entitled Argam Iskandaryan, et al. v. Casual Male Retail Group, Inc., Los Angeles Superior Court Case No. BC452452 and (b) their employment with Defendant ceased on or before February 7, 2012."

(Cottrell Decl.¶ 16.)

Case 5:14-cv-00891-VAP-DTB Document 60 Filed 06/29/16 Page 6 of 219 Page ID #:1002

## II. LEGAL STANDARD

Under Rule 23(e) of the Federal Rules of Civil Procedure, "claims, issues, or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the court's approval." Fed. R. Civ. P. 23(e). A court must engage in a two-step process to approve a proposed class action settlement. First, the court must determine whether the proposed settlement deserves preliminary approval. Nat'l Rural Telecomms. Coop. v. DirecTV, Inc., 221 F.R.D. 523, 525 (C.D. Cal. 2004). Second, after notice is given to Class Members, the Court must determine whether final approval is warranted. Id. A court should approve a settlement pursuant to Rule 23(e) only if the settlement "is fundamentally fair, adequate and reasonable." Torrisi v. Tucson Elec. Power Co., 8 F.3d 1370, 1375 (9th Cir. 1993); accord In re Mego Fin. Corp. Sec. Litig., 213 F.3d 454, 458 (9th Cir. 2000) (citing Hanlon v. Chrysler Corp., 150 F.3d 1011, 1026 (9th Cir. 1998)).

A court must balance the following factors to determine whether a class action settlement is fair, adequate, and reasonable:

1. the strength of the plaintiff's case;
2. the risk, expense, complexity, and likely duration of further litigation;
3. the risk of maintaining class action status throughout the trial;
4. the amount offered in settlement;
5. the extent of discovery completed and the stage of the proceedings;
6. the experience and views of counsel;
7. the presence of a governmental participant; and
8. the reaction of the Class Members to the proposed settlement.

Torrisi, 8 F.3d at 1375; accord Linney v. Cellular Alaska Partnership, 151 F.3d 1234, 1242 (9th Cir. 1998); Hanlon, 150 F.3d at 1026.

"In addition, the settlement may not be the product of collusion among the negotiating parties." In re Mego Fin. Corp. Sec. Litig., 213 F.3d at 458. These factors are not exclusive, and one factor may deserve more weight than the others depending on the circumstances. Torrisi, 8 F.3d at 1376. In some instances, "one factor alone may prove determinative in finding sufficient grounds for court approval." Nat'l Rural Telecomms. Coop., 221 F.R.D. at 525–26 (citing Torrisi, 8 F.3d at 1376). In addition, "[t]he involvement of experienced class action counsel and the fact that the settlement agreement was reached in arm's length negotiations, after relevant discovery had taken place create a presumption that the agreement is fair." Linney v. Cellular Alaska Partnership, 1997 WL 450064, *5 (N.D. Cal. July 18, 1997), aff'd, 151 F.3d at 1234.

## III. DISCUSSION

### A. Final Approval of the Settlement

#### 1. Approval of the Settlement Terms

As discussed below, after balancing the Torrisi factors, the Court grants final approval of the settlement.

##### a. Strength of the Plaintiff's Case and Future Risks

As noted in the Court's Preliminary Approval Order, the claims under the California Labor Code are strong because resolution of Plaintiff's claims center around the uniform policies and practices of Casual Male, rather than any treatment Class Members experienced on an individual level. (Cottrell Decl. ¶ 32.) The alleged class claims would be resolved through common forms of proof, such as Casual Male's uniform policies, and would not require inquiries specific to individual Class Members. (Id.)

The Settlement Agreement provides each Class Member with the relief requested in Plaintiff's Complaint and available under the Labor Code. (Id. ¶ 33.) The Settlement was reached after arm's-length negotiations. It is likely that further lengthy and complex litigation would have taken place absent the Parties' agreement to settle the case because Casual Male could raise several defenses to Plaintiff's wage and hour claims. (Id.)

Given the relative strength of Plaintiff's claims, and the risks and costs associated with future complex litigation, the Settlement Agreement terms appear to be reasonable. Hence, this factor favors final approval of the settlement.

**b. Risk of Maintaining Class Action Status throughout Trial**

The Court found previously that the risk of losing class action status in the future was low because all Class Members suffered the same type of injury in the same way. The Court, however, may revisit the certification of the class at any time before entry of final judgment. See Fed. R. Civ. P. 23(c)(1)(C). Where there is a risk that class certification might not be maintained before entry of final judgment, this factor favors final approval of the settlement.

Given the risks, costs, and uncertainty involved in class action litigation, it is likely that Defendant would have contested certification had a motion been filed. Hence, the uncertainty regarding Plaintiff's ability to maintain class certification throughout the case favors final approval of the settlement.

**c. Settlement Amount**

The Settlement Agreement requires Casual Male to pay $499,999.00 to settle all aspects of the case. (Cottrell Decl. ¶ 23.) The Net Settlement Amount, which is the amount available to pay settlement awards to the approximately 400 Class Members, is defined as the Gross Settlement Amount less: any attorneys' fees and costs awarded to Class Counsel, any service payment awarded to the class representative, the payment made to the California Labor & Workforce Development Agency pursuant to PAGA, and the settlement administrator's fees and costs. (Id.) The Net Settlement Amount totals $281,245.96. (Id.) The average individual payment is $662.26. (Id. ¶ 23.)

Considering the present value of the settlement amount, the probability of litigation in the absence of a settlement, the risk that Plaintiff and the Class Members would not succeed at trial, and the risk that a jury could award no damages, the Settlement Amount is within the range of reasonableness. Hence, this factor favors final approval of the settlement.

**d. Extent of Discovery Taken in the Case**

The Parties engaged in extensive formal and informal information exchange and discovery to enable both sides to assess the claims and potential defenses in this case. (Cottrell Decl. ¶¶ 8, 31.) The Parties were able to assess accurately the legal and factual issues that would arise if the case proceeded to trial. (Id.) Class Counsel relied on their extensive litigation experience in similar wage and hour class actions. (Cottrell Decl. ¶¶ 3-5, 31.) Class Counsel's liability and damages evaluation was premised on a careful analysis of the effects of Defendant's compensation policies and practices on Class Members' pay. (Cottrell Decl. ¶¶ -12, 31.) The parties used

this information and discovery to resolve the litigation fairly. (Cottrell Decl. ¶¶ 13, 31.) Hence, this factor favors final approval of the settlement.

**e. Experience and Views of Counsel**

The Court accepts Class Counsel's representation that all attorneys representing the Class and representing Defendant are experienced in class action litigation. (Mot. at 20-21.) Based on this experience, the undisputed facts, and the legal research conducted regarding Plaintiff's claims, Class Counsel believes that the settlement "would provide a substantial benefit for the Class Members." Hence, this factor favors final approval of the settlement.

**f. Class Members' Reaction to the Settlement**

No Class Members have excluded themselves from the class, and no Class Members have objected to the settlement. Where "the overwhelming majority of the class willingly approved the offer and stayed in the class," there is "at least some objective positive commentary as to its fairness." Hanlon, 150 F.3d at 1027. Hence, this factor favors final approval of the settlement.

**g. Whether the Settlement Appears Non-collusive**

As the Court noted in the Preliminary Approval Order, the Settlement Agreement was reached after the parties exchanged enough factual information so that both sides had a fair opportunity to evaluate fully the factual and legal issues present in this case, as well as the risks associated with further litigation. (Mot. at 21.) As the Settlement Agreement appears to be the product of arm's-length negotiations with no indication of collusion, this factor favors final approval of the settlement.

Case 5:14-cv-00891-VAP-DTB Document 60 Filed 06/29/16 Page 11 of 29 Page ID #:1007

When the Torrisi factors are balanced, all of the relevant factors favor settlement. Accordingly, the Court finds the Settlement Agreement to be fair, reasonable, and adequate.

**2. Approval of the Notice Procedures**

Rule 23 requires the Court to direct to Class Members "the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort." Fed. R. Civ. P. 23(c)(2)(B). In addition, Rule 23(e)(1) requires the court to "direct notice in a reasonable manner to all Class Members who would be bound by the proposal." The notice must explain in easily understood language: the nature of the action, definition of the class, class claims, issues and defenses, ability to appear through individual counsel, procedure to request exclusion, and binding nature of a class judgment. Fed. R. Civ. P. 23(c)(2)(B). Plaintiffs must provide notice to potential opt-in Class Members that is "timely, accurate, and informative." See Hoffmann-La Rouche Inc. v. Sperling, 493 U.S. 165, 172 (1989). Likewise, claim forms must be informative and accurate. Id. at 172; Churchill Village, L.L.C. v. Gen. Elec., 361 F.3d 566, 575 (9th Cir. 2004) (notice is satisfactory if it "generally describes the terms of the settlement in sufficient detail to alert those with adverse viewpoints to investigate and to come forward and be heard").

The Court accepted previously the proposed Notice Form. (Approval Order at 19-20.) The Court now evaluates whether the parties executed class notice in accordance with the Court's Preliminary Approval Order.

According to Carolyn Cottrell, Plaintiff's attorney, the Notice was disseminated in conformity with the Court's Preliminary Approval Order. (Cottrell Decl.¶ 14-17.) Given the representations made by Plaintiff's attorney that the Notice was disseminated in accordance with the Court's previous order and the number of Class Members who have responded to the Notice, the Court finds that the Notice was reasonable as to its content and the method of communication.

As the terms of the Settlement Agreement were fair, reasonable, and adequate, and because the procedures for dissemination of the Class Notice were reasonable, the Court finds that the Settlement Agreement should be approved.

## B. Attorneys' Fees, Costs, Incentive Payment, and Settlement Administration Costs

The Preliminary Approval Order approved allocation of settlement funds for attorneys' fees, costs, incentive award payments, and settlement administrative expenses. As noted above, Class Counsel now requests final approval of these expenditures. The Court addresses each. Staton v. Boeing Co., 327 F.3d 938, 963 (9th Cir. 2003) ("[T]o avoid abdicating its responsibility to review the agreement for the protection of the class, a district court must carefully assess the reasonableness of a fee amount spelled out in a class action settlement agreement.").

### 1. Attorneys' Fees

Notwithstanding an explicit agreement to shift attorneys' fees in a certified class action, "courts have an independent obligation to ensure that the award, like the settlement itself, is reasonable, even if the parties have already agreed to an

Case 3:14-cv-00891-VAP-DTB Document 60 Filed 06/29/16 Page 18 of 29 Page ID #:1009

amount." In re Bluetooth Headset Prods. Liab. Litig., 654 F.3d 935, 941 (9th Cir. 2011).

Class Counsel requests one-third of the Gross Settlement Amount, for a total of $166,649.00, plus reimbursement of costs totaling $28,104.04. (Cottrell Decl. ¶ 38.)

To calculate the reasonableness of an award of attorney's fees, the Court may use either the percentage-of-the-fund method[1] or the lodestar/multiplier method.[2] In re Washington Pub. Power Supply Sys. Sec. Litig., 19 F.3d 1291, 1295 (9th Cir. 1994) ("[T]he district court has discretion to use either method in common fund cases."). Regardless of the method used, "the district court should be guided by the fundamental principle that fee awards out of common funds be "reasonable under the circumstances." In re Washington Pub. Power Supply Sys. Sec. Litig., 19 F.3d at 1296 (quoting State of Florida v. Dunne, 915 F.2d 542, 545 (9th Cir. 1990)).

**a. Percentage-of-the-fund Method**

"[A] litigant or a lawyer who recovers a common fund for the benefit of persons other than himself or his client is entitled to reasonable attorney's fees from the fund as a whole." Boeing Co. v. Van Gemert, 444 U.S. 472, 478 (1980). The Ninth Circuit awards attorneys' fees under the common fund approach "[b]ecause

[1] Under the percentage-of-the-fund method, the court calculates the fee award by designating a percentage of the total common fund. Six Mexican Workers v. Ariz. Citrus Growers, 904 F.2d 1301, 1311 (9th Cir. 1990).

[2] Under the lodestar method, the court calculates the fee award by multiplying the number of hours reasonably spent by a reasonable hourly rate and then enhancing that figure, if necessary to account for the risks associated with representation. Paul, Johnson, Alston & Hunt v. Graulty, 886 F.2d 268, 272 (9th Cir. 1989).

the benefit to the class is easily quantified in common-fund settlements" and avoids the "often more time-consuming task of calculating the lodestar." In re Bluetooth v. Headset Prods. Liab. Litig., 654 F.3d 935, 942 (9th Cir. 2011). The common fund approach is an appropriate method for awarding attorneys' fees because it "ensures that each member of the winning party contributes proportionately to the payment of attorneys' fees." Staton v. Boeing Co., 327 F.3d 938, 967 (9th Cir. 2003).

Here, a common fund award of fees and costs is appropriate because there is an ascertainable common fund from which reasonable attorneys' fees can be recovered. (Cottrell Decl. ¶ 71.) The proposed Settlement creates a common fund of $499,999.00 to be distributed to approximately 423 Casual Male employees. (Id.) Since each participating Class Member will get a portion of the Settlement fund based on its distribution formula, equity requires that Class Members contribute a pro-rata share to the attorneys' fees. Thus, the award ensures that Class Counsel receive an appropriate fee award for the actual benefit conferred to Class Members.

Class Counsel's request for one-third of the Gross Settlement Amount is within the range approved by courts in comparable class actions. In the Ninth Circuit, a 25% award is the "benchmark" amount of attorneys' fees; courts may adjust this figure upwards if the record shows "'special circumstances' justifying a departure." Six Mexican Workers, 904 F.2d at 1311. When deciding if a departure from the 25% benchmark is appropriate, courts may consider "the result achieved, the risk involved in the litigation, the skill required and quality of work by counsel, the contingent nature of the fee, awards made in similar cases, and the lodestar crosscheck." Nwabueze v. AT&T Inc., CV 09-1529-SI, 2013 WL 6199596, at *10 (N.D. Cal. Nov. 27, 2013). In California, federal courts approve payments of

attorneys' fees amounting to one-third of the common fund in comparable class actions.[3]

### i. The monetary result for Class Members justify the fee request

The approximate net amount to be disbursed to Class Members is $281,245.96. (Cottrell Decl. ¶ 72.) The average individual payment is approximately $662.26. (Id.) The gross recovery represents approximately 46% of Plaintiff's revised damages calculation at the time of settlement. (Id.)

### ii. The risks associated with the litigation justify the fee request

Class Counsel undertook significant risk in litigating this matter because it took the case on a contingent basis and because Casual Male had several defenses to Plaintiff's claims, including that (1) Class Members did not perform work off-the-clock; (2) any off-the-clock work was *de minimis*; (3) Casual Male properly provided Class Members with compliant meal and rest breaks; (4) Casual Male paid Class Members for all hours worked; and (5) Casual Male provided Class Members with proper wage statements. (Cottrell Decl. ¶ 73.) Litigating this case as a class action

[3] See Williams v. MGMPathe Commc'n Co., 129 F.3d 1026, 1027 (9th Cir. 1997) (33% awarded); Van Vranken v. Atl. Richfield Co., 901 F. Supp. 294, 297-98(N.D. Cal. 1995) (citation to 73 district court opinions in which fees awarded ranged from 30 to 50%); Vandervort v. Balboa Capital Corp., 8 F.Supp.3d 1200, 1209-10 (C.D. Cal. 2014) (fees will commonly be under the benchmark in "megafund" cases, but in smaller cases – particularly where the common fund is under $10 million – awards more frequently exceed the benchmark); Cicero v. DirecTV, Inc., 2010 WL 2991486, at *6-*7 (C.D. Cal. July 27, 2010) (fees of one-third of the common fund is common in wage and hour settlements below $10 million; case survey of class action settlements demonstrate that "50% [of settlement fund] is the upper limit, with 30- 50% commonly awarded in cases in which the common fund is relatively small"); McDonald, et al. v. Airport Terminal Serv., Inc., et al., No. 5:11-cv-01946-VAP (SPx) (C.D. Cal. Nov. 19, 2013) (This Court awarded 33% of the settlement in fees in a wage and hour class action.)

would have required significant additional preparation and discovery. If this case were to go to trial as a class action, Class Counsel estimates that fees and costs would exceed $1,500,000.00. (Id. ¶ 74.) (Id.) Despite these risks, Class Counsel brought this case to a fast, efficient, and valuable resolution for the Class Members. (Id.)

**iii. Class Counsel's skill and quality work justify the fee request**

As noted previously in this Order, Class Counsel achieved a valuable monetary result for Class Members, and demonstrated skill, diligence, and high quality of work in achieving the Settlement. (Cotrell Decl. ¶¶ 6-11, 55-70.)

**iv. The contingency nature of the fee and financial burden carried by Class Counsel justify the fee request**

Class Counsel prosecuted this case on a contingent basis with the risk of not being compensated for its work due to the risky nature of class action litigation. The risks associated with the contingent nature of this case justify the requested fees. As the Ninth Circuit has noted,"[i]t is an established practice in the private legal market to reward attorneys for taking the risk of non-payment by paying them a premium over their normal hourly rates for winning contingency cases." Fischel v. Equitable Life Assurance Soc'y of U.S., 307 F.3d 997, 1008 (9th Cir. 2002).

**v. Class Members' positive reaction to the settlement justify the fee request**

No Class Member objected to, or opted out of, the Settlement after receiving notice of the amounts sought for attorneys' fees and costs. (Cottrell Decl. ¶ 78.)

Thus, the absence of disapproval by Class Members is evidence of the reasonableness of the requested fee and cost award.

**b. The Lodestar Method**

Class Counsel submitted detailed billing records along with the Motion. (Cottrell Decl., Exhs. 1-22.) The fees sought by Class Counsel are significantly less than the lodestar amount.[4] Class Counsel are entitled to the hourly rates charged by attorneys of comparable experience, reputation, and ability for similarly complex federal litigation. Camacho v. Bridgeport Fin., Inc., 523 F.3d 973, 979 (9th Cir. 2008). Here, Class Counsel's hourly rates are reasonable in light of their experience, expertise, and skill. (Cottrell Decl. ¶¶ 6-11, 55-70.)

Class Counsel's rates have been approved by other courts in the similar cases in the State. (Id. ¶ 81.) In March 2013, the California Superior Court for Santa Cruz County, approved Class Counsel's hourly rates as within the prevailing range of rates charged by attorneys providing similar services in class action, wage-and-hour cases. (See Cottrell Decl., Exh. 17.) In November 2012, the California Superior Court for Alameda County approved Class Counsel's hourly rates as reasonable in an overtime class action under California law. (See Id., Exh. 18.) In February 2012, the U.S. District Court for the Northern District of California approved Class Counsel's hourly rates as reasonable in two different employment class actions under the American with Disabilities Act. (See Id., Exh. 19, 20.)

[4] Class Counsel's lodestar amount currently exceeds $629,636.00. (See Cottrell Decl., Exh. 1-22.)

Case 5:14-cv-00891-VAP-DTB Document 60 Filed 06/29/16 Page 18 of 29 Page ID #:1014

Thus, the Court finds that Class Counsel's rates are within the range of rates charged by similarly experienced and qualified attorneys practicing in this area. (Id. at ¶¶ 79-83.)

**2. Attorneys' Costs**

Class Counsel request the Court grant their request for taxable costs and other litigation-related expenses reasonably incurred in this litigation in the amount of $28,104.04. (Mot. at 20.)

Reasonable litigation expenses may be included in an award of attorneys' fees pursuant to California wage and hour law. Federal law, including 28 U.S.C. § 1920 and Federal Rule of Civil Procedure 54, directs the reimbursement of Class Counsel's costs and expenses. Rule 54(d)(1) provides that "[u]nless a federal statute, these rules, or a court order provides otherwise, costs – other than attorney's fees – should be allowed to the prevailing party." Expenses such as reimbursement for travel, meals, lodging, photocopying, long-distance telephone calls, computer legal research, postage, courier service, mediation, exhibits, document scanning, and visual equipment are typically recoverable. See Rutti v. Lojack Corp., Inc., 2012 WL 3151077, at *12 (C.D. Cal. July 31, 2012); see also Rulli, et al. v. Nielsen Co. LLC, No. 3:14-cv-01835-VC (N.D. Cal. May 21, 2015) (granting the reasonably incurred costs of Class Counsel in a wage and hour case). Here, all of the expenses set forth below were reasonable and necessary to the prosecution of the case. (Cottrell Decl. ¶ 102.)

Case 5:14-cv-00891-VAP-DTB Document 60 Filed 06/29/16 Page 19 of 21 Page ID #:1015

| Category | Costs |
|---|---|
| Filing Fees/Court Fees/Service of Process | $3,320.02 |
| Mediation | $5,500.00 |
| Class Administration | $670.91 |
| Legal Research | $1,621.46 |
| Expert | $7,950.00 |
| Depositions/Deposition Transcripts | $2,415.05 |
| Overnight and Bulk Mail | $48.71 |
| Travel and Travel Expenses | $2,417.38 |
| Copies and Postage | $4,160.51 |
| **Firm Totals** | **$28,104.04** |

### 3. Incentive Award

The Plaintiff seeks $7,500.00 as a "service payment." (Mot. at 21.) Incentive awards, or service payments, are common in class action cases. Rodriguez v. W. Publ'g Corp., 563 F.3d 948, 958 (9th Cir. 2009). These awards are "intended to compensate class representatives for work done on behalf of the class, to make up for financial or reputational risk undertaken in bringing the action, and, sometimes, to recognize their willingness to act as a private attorney general." Id. at 958-59.

District courts evaluate service payments using "relevant factors includ[ing] the actions the plaintiff has taken to protect the interests of the class, the degree to which the class has benefitted from those actions, … the amount of time and effort the plaintiff extended pursuing the litigation … and reasonabl[e] fear[s of] workplace retaliation." Staton, 327 F.3d at 977.

Here, a $3,000.00 service payment is fair and reasonable considering all of the relevant factors, and is consistent with awards approved in this District and throughout the State in similar cases. See Sandoval v. Tharaldson Employee Mgmt.,

Inc., No. EDCV 08-482-VAP (OPx), 2010 WL 2486346, at *10 (C.D. Cal. June 15, 2010); Espinoza v. Domino's Pizza, LLC, 2012 WL 5462550, at *4 (C.D. Cal. Nov. 7, 2012) (granting $10,000.00 service payments to two plaintiffs).

At the Motion hearing, Class Counsel argued that Class Members received a significant benefit from Plaintiff's efforts, which included passing on an out-of-state job opportunity, and the expenditure of approximately 100 hours of her time to litigate this case.[5] (Jeter-Polk Decl. ¶ 27.) The average settlement payment is approximately $662.26, and the highest is approximately $2,081.77. Hence, a $3000 service payment is approximately 4.5 times the average settlement payment, 1.5 times the highest settlement payment, and 1.1% of the Net Settlement Award.

Accordingly, the Court finds that a service payment of $3,000 is fair and reasonable.

**4. Settlement Administration Costs**

In accordance with the Court's Preliminary Approval Order, settlement administrator CPT received contact information from Defendant for the 423 Class Members. (Shirinaian. Decl. ¶ 5.) On March 24, 2016, CPT mailed the court approved Settlement Notices employing a National Change of Address search. (Id. at ¶¶ 4-6.). The cost incurred by CPT for settlement administration was $12,378.52, and CPT seeks $11,500 in fees and costs. (Mot. at 9.) Exhibit C of the Shirinaian Declaration itemizes CPT's fees and costs. The Court has reviewed these fees and costs and finds that $11,500 is a fair and reasonable amount.

---

[5] The details of Plaintiff's assistance are described in the Motion and accompanying declaration. (See Mot. at 23; Jeter-Polk Decl. ¶¶ 27-31.)

## IV. CONCLUSION

For the reasons stated above, the Court:

(1) GRANTS final approval of the Settlement Agreement;

(2) CERTIFIES the California Class for settlement purposes;

(3) APPOINTS Schneider Wallace Cottrell Konecky Wotkyns, LLP as Class Counsel;

(4) APPOINTS named Plaintiff, Breana Jeter-Polk, as class representative;

(5) APPROVES $166,649.00 and $28,104.04 in attorneys' fees and costs to Class Counsel;

(6) APPROVES a $3,000.000 incentive award to Breana Jeter-Polk;

(7) APPROVES a $11,500.00 payment to CPT Group, Inc. as settlement administrator;

(8) APPROVES the implementation schedule;

(9) ENTERS a final judgment with the terms of the Settlement.

**IT IS SO ORDERED.**



Dated: 6/29/16

Virginia A. Phillips
United States District Judge

# EXHIBIT W

FILED
MAR 22 2013
ALEX CALVO, CLERK
BY DEBORAH ROJAS
DEPUTY, SANTA CRUZ COUNTY

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SANTA CRUZ**

ELVA PEREZ, on behalf of herself and all others similarly situated,

Plaintiff,

vs.

RUE21, INC., and DOES 1 through 50,

Defendants.

Case No. CISCV167815

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

Date: March 22, 2013
Time: 8:30 a.m.
Dept.: 4
Judge: Hon. Timothy Volkmann

On March 22, 2013, this Court held a hearing on Plaintiff's motions for final approval of the parties' proposed class action settlement and for attorneys' fees and costs. Joshua Konecky of Schneider Wallace Cottrell Konecky LLP appeared for Plaintiff and the Certified Class; and ____________________ of Littler Mendelson PC appeared for Defendant rue21, inc.

The Court has ruled on the motion for final approval of the class action settlement agreement by separate order.

Having received and considered the settlement agreement, the supporting papers filed by class counsel and the evidence and argument received by the Court, the Court HEREBY GRANTS the motion for an award of attorneys' fees and costs, and issues the following FINDINGS AND ORDERS:

1. The settlement agreement provides that class counsel may seek $916,667.67 in attorneys' fees plus actual out-of-pocket costs. Defendant does not object to these amounts.

2. Plaintiff seeks fees in an amount of $916,667.67. The declaration of class counsel documenting their lodestar shows that a fee award of this amount would result in a multiplier of 1.16 or less. Plaintiff also seek reimbursement of $81,956.70 in actual out-of-pocket costs, which are documented in class counsel's declaration as well.

3. Counsel's declaration submitted in support of the motion show that the attorneys acting on behalf of the class from Schneider Wallace Cottrell Konecky LLP, have the experience and qualifications necessary to represent the class. The Court finds that the hourly rates charged by class counsel are within the prevailing range of rates charged by attorneys providing similar services in class action, wage-and-hour cases in California, as shown by the Declarations of Joshua Konecky, filed in support of the motion.

4. The Court also finds that the total hours worked by class counsel are reasonable, given the nature of the case and the defense presented; the projects class counsel had to undertake, the manner in which class counsel allocated their work, the billing judgment exercised by class counsel, and the results achieved.

5. The Court finds that the multiplier sought is reasonable and appropriate, given the documented lodestar, contingent risk and complexity of the case, the preclusion of counsel from other employment, and the favorable results achieved for class members.

6. The Court further finds that class counsel's out-of-pocket costs and expenses are documented, reasonable and necessary to the prosecution of this action.

7. In accordance with the Court's Order granting preliminary approval of the proposed class action settlement, the court-approved class notice was sent to approximately 2,370 class members. The class notice set forth the amounts of fees and costs that class counsel are seeking. The Court finds that there were no objections to the fees and costs sought.

8. The Court therefore awards class counsel 916,667.67 in attorneys' fees and $81,956.70 in attorneys' costs to be paid from the settlement fund pursuant to the terms and timeframe set forth in the settlement agreement.

IT IS SO ORDERED.

Dated: MAR 22 2013 ______________

SAMUEL S. STEVENS
______________________________
The Honorable Timothy Volkmann

# EXHIBIT X

*10220617*

ENDORSED
FILED
ALAMEDA COUNTY

NOV 0 8 2012

CLERK OF THE SUPERIOR COURT
BY ______ DEPUTY

FAXED

ORIGINAL

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>H&R BLOCK ENTERPRISES, INC.<br><br>Defendant. | Case No. RG08366506<br><br>~~[proposed]~~ ORDER OF FINAL APPROVAL AND JUDGMENT<br><br>Date: November 8, 2012<br>Time: 2:00 p.m.<br>Dept.: 20<br>Judge: Hon. Robert B. Freedman<br>Reservation No. R-1338508 |

PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND RESPONSE TO OBJECTION, MOTION FOR SERVICE AWARDS, and MOTION FOR AN AWARD OF REASONABLE ATTORNEYS' FEES, COSTS AND EXPENSES came on for hearing on November 8, 2012 at 2:00 p.m., in Department 20 of the Superior Court of California, County of Alameda.

Having considered the proposed class Settlement Agreement, Plaintiffs' Motion for Final Approval of Class Action Settlement and Response to Objection, Plaintiffs' Motion for Service Awards, and Plaintiffs' Motion for an Award of Reasonable Attorneys' Fees, Costs and Expenses, the Memoranda of Points and Authorities in support of those Motions, the Declarations of Guy B. Wallace, David Borgen, Alexander Van Broek, Andrew P. Lee, Plaintiff Alice Williams, Plaintiff Regina Bassett in support thereof, as well as the Declaration of Caroline Barazesh Regarding Due Diligence and Proof of Mailing, the Court-approved notice and claim form, and the argument of counsel at the hearing thereon, the Court hereby FINDS, ORDERS, ADJUDGES as follows:[1]

## I. FINAL CERTIFICATION OF THE SETTLEMENT CLASS

The Court granted class certification in this matter on March 24, 2011 of the following class:

> All people employed by H&R Block Enterprises, Inc., or H&R Block Enterprises, LLC during the tax season as seasonal, exempt Office Managers at any time between January 17, 2004 and the date of notice to the class that a class has been certified.

The parties have presented no new facts or changed circumstances that would disturb the Court's findings on class certification for purposes of certifying the Settling Class. Moreover, H&R Block does not oppose class certification for purposes of settlement. Accordingly, the Court finds that, consistent with its prior Order, the requirements of Code of Civil Procedure § 382 are satisfied. The Court hereby FINALLY CERTIFIES the following settlement class:

> All people employed by H&R Block Enterprises, Inc., or H&R Block Enterprises, LLC during the tax season as seasonal, exempt Office Managers at any time between January 17, 2004 and April 30, 2012 in California.

[1] The Court, for purposes of this Order of Final Approval and Judgment, adopts and incorporate the terms and definitions set forth in the Settlement Agreement.



SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP

## II. APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL

On March 24, 2011, the Court certified this matter as a class action, and appointed Named Plaintiff Alice Williams to represent the litigation class of California Office Managers. Similarly, in its Order Granting Preliminary Approval of Settlement, the Court appointed Plaintiff Alice Williams as representative of the provisionally certified settlement class. The parties have presented no new facts or changed circumstances that would disturb the Court's previous findings with respect to Ms. Williams' adequacy, and therefore APPOINTS Ms. Williams as class representative of the above-referenced Settling Class.

By Order dated June 13, 2012, the Court permitted Plaintiffs leave to file a Second Amended Complaint, which added a claim pursuant to the Private Attorney General Act of 2004 ("PAGA"), as well as an additional Named Plaintiff, Regina Bassett. Plaintiffs propose that Ms. Bassett represent the settlement class with respect to the PAGA claim. Ms. Bassett has worked for H&R Block in California as an Office Manager for the 2009, 2010, 2011, and 2012 tax seasons. Declaration of Regina Bassett in Support of Motion for Service Award ¶ 2. Moreover, Ms. Bassett's claims are typical of those of the Settling Class, and she understands her duty to represent the best interests of the Settling Class Members. *Id.* at ¶¶ 9-12. H&R Block does not oppose the appointment of Ms. Bassett as class representative for the purpose of settlement. Accordingly, the Court APPOINTS Ms. Bassett as class representative of the above-referenced Settling Class, including with respect to Plaintiffs' PAGA claim.

The Court finds that Schneider Wallace Cottrell Brayton Konecky LLP, Goldstein, Demchak, Baller, Borgen & Dardarian, and the Law Offices of Alexander Van Broek, have extensive experience in prosecuting wage and hour class actions, and APPOINTS them as Class Counsel for the Settling Class.

## III. FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to this Court's Preliminary Approval Order, the Claims Administrator, BMC Group, distributed the approved Class Notice and Claim Form to the settlement class. Based on review of the Declaration of Caroline Barazesh ("Barazesh Decl.") of BMC Group, the Court is satisfied that compliance with the Court's preliminary approval Order was accomplished in all

material respects. The form and manner of notice constituted the best practicable notice under the circumstances, and fully met the requirements of procedural due process and California Rule of Court 3.769(f).

The Court has carefully reviewed the terms of the proposed Settlement, as well as the Declaration of Guy B. Wallace in Support of Preliminary Approval of Settlement describing Plaintiffs' investigation into the claims and defenses in this matter, the discovery conducted by the parties, and the settlement process. The Court finds that the Settlement is the product of informed, non-collusive, and arm's-length negotiations. The Court further finds that the Settlement confers a monetary benefit of approximately $3.8 million on the settlement class in exchange for their release of claims, which is properly limited to any claims alleged in this matter, or could have been alleged based on the facts contained in the pleadings. This is a good result for the Settling Class in light of the significant risks and delay of further litigation. Based on the papers submitted by the parties, the Court's familiarity with this matter, and the favorable response of the Settling Class, the Court finds that the proposed Settlement is fair, reasonable, and adequate.

**A. Response of the Settling Class**

The response of the Settling Class has been positive. 891 of the 1,529 Settling Class Members filed timely and valid claim forms. Barazesh Decl. ¶ 17. These claims represent 65.72% of the tax seasons worked by all Settling Class Members. Two individuals have excluded themselves from the Settlement, and one Settling Class Member has objected. The high rate of participation combined with the low number of opt outs (2) and objectors (1) further supports the Court's conclusion that the Settlement is fair, reasonable, and adequate.

**B. The Single Objection**

The lone objector, Lucila Cabrera, makes the following arguments in opposition to final approval: 1) the claim form process may render the settlement benefits illusory; 2) the requested attorneys' fees and costs may exceed the monetary damages going to the class; 3) the inclusion of a "clear sailing" provision in the Settlement Agreement indicates that Class Council accepted an unfair settlement on behalf of the Settling Class; 4) the claim form process, whereby unclaimed

settlement funds revert to H&R Block, is unjustified and designed to lower the amount of money paid by H&R Block pursuant to the Settlement.

The Court is not persuaded by these arguments. As discussed above, the Settling Class will receive $3.8 million in total compensation pursuant to the proposed settlement. This sum is not illusory, nor is it exceeded by the amount of attorneys' fees, costs and expenses requested by Class Counsel. Even if the attorneys' fees were to exceed the class recovery, Class Counsel seeks their fees on a lodestar basis pursuant to the fee shifting provisions of the California Labor Code. It is well-settled that an award of statutory attorneys' fees does not require proportionality between the plaintiffs' recovery and the amount of the fee award. *Harman v. City & County of San Francisco*, 158 Cal.App.4th 407, 419 (2007); *Graciano v. Robinson Ford Sales, Inc.*, 144 Cal.App.4th 140, 164 (2006); *see also City of Riverside v. Rivera*, 477 U.S. 561, 574 (1986). These arguments are without merit.

Ms. Cabrera also objects to the "clear sailing" provision that prohibits H&R Block from opposing Class Counsel's application for an award of reasonable attorneys' fees, costs and expenses so long as it does not exceed $2.6 million. California Courts, however, have consistently upheld such "clear sailing" provisions where the terms of the settlement are otherwise fair, reasonable, and adequate. *In re Consumer Privacy Cases*, 175 Cal. App. 4th 545, 554 (2009) (collecting cases). Moreover, Ms. Cabrera has provided no evidence of any collusion or misconduct on the part of Class Counsel, nor has she objected to the hourly rates or the amount of hours claimed by Class Counsel. Similarly, Ms. Cabrera has not identified any specific hours claimed by Class Counsel that are excessive or shown why those specific hours were not reasonably expended. Ms. Cabrera's objection to the "clear sailing" provision is without merit.

Finally, Ms. Cabrera objects to the claims made aspect of the Settlement and the resulting reversion to H&R Block. She argues that the claims process is unjustified and designed to reduce H&R Block's liability pursuant to the Settlement. Ms. Cabrera, however, overlooks the fact that the Settlement requires H&R Block to pay a guaranteed amount of $1.8 million that will be distributed *pro rata* to all Settling Class Members irrespective of whether they file a valid claim form. This amount is not subject to any reversion.



SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP

In addition, there is nothing inherently improper about the claims made process; rather, it is the impact on the overall fairness, reasonableness, and adequacy that matters. *Harris v. Vector Mktg. Corp.*, 2011 WL 1627973, at *13 (N.D. Cal. Apr. 29, 2011) (emphasis added); *see also Lemus v. H&R Block Enters. LLC*, 2012 WL 3638550, at **3, 7-8; *Glass v. UBS Fin. Servs., Inc.*, 2007 WL 474936, at *8 (N.D. Cal. Jan. 17, 2007) aff'd, 331 F. App'x 452 (9th Cir. 2009). Here, the claims process has resulted in a monetary recover of $3.8 million and the submission of claim forms representing 65.72% of the tax seasons worked by California Office Managers during the limitations period. As stated above, 891 members of the settlement class submitted valid and timely claims forms, thus showing that the claims forms and process were comprehensible and readily usable by the class members. Taken as a whole, the claims process has resulted in a fair, reasonable, and adequate settlement.

Finally, the parties implemented the claims made process because many class members believed that they were not misclassified, and that they were exempt managers. The Settlement therefore takes these conflicting aspects of the record into account, permitting the Settling Class Members to decide for themselves whether to accept the full benefits of the Settlement by making a claim on the non-guaranteed settlement amount ("Non-Guaranteed NSV"). This was a fair and reasonable compromise given the record evidence herein.

Accordingly, the Court FINALLY APPROVES the proposed Settlement, and OVERRULES Ms. Cabrera's objection.

## IV. DISTRIBUTION OF THE SETTLEMENT FUND

### A. Appointment of the Claims Administrator

The Court APPROVES the appointment of BMC Group as the settlement Claims Administrator, and directs payment of $25,846.50 for services rendered by BMC Group as Claims Administrator. The Court finds this amount to be fair and reasonable.

### B. Service Awards to the Class Representatives

Plaintiffs seek service awards in the amount of $7,500 for Plaintiff Williams and $5,000 for Plaintiff Bassett. Both Plaintiffs have submitted Declarations detailing the time and effort expended by them in furtherance of the class claims, and the risks assumed by these individuals in



SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP

vindicating the rights of the settlement class. Specifically, each Plaintiff expended considerable time and effort reviewing pleadings, responding to written discovery, appearing for deposition, advising Class Counsel regarding H&R Block's policies and practices, and reviewing the settlement agreement herein. *See* Declaration of Alice Williams and Declaration of Regina Bassett in Support of Motion for Service Awards. The requested service awards are also supported by the risks associated with bringing this lawsuit, the protracted nature of this litigation, and the important public policies underlying the Plaintiffs' claims.

The service awards of $7,500 for Plaintiff Williams, and $5,000 for Plaintiff Bassett, are hereby APPROVED.

**C. William Kindred**

William Kindred, who worked for H&R Block as a California Office Manager during the applicable class period, chose to exclude himself from this matter pursuant to the class certification notice distributed in July 2011. Mr. Kindred contacted Class Counsel and requested to be included in the settlement. Based on the parties' non-opposition to this request, the Court APPROVES Mr. Kindred's request to withdraw his opt out form and participate fully in the Settlement.

**D. Attorneys' Fees, Costs and Expenses**

Class Counsel seek an award of $2,198,775.33 in attorneys' fees, and $401,224.67 in costs and litigation expenses, for a total award of $2.6 Million in fees, costs and expenses. The Court grants Class Counsel's request for reasonable attorneys' fees, costs and expenses. "In California, the fee setting inquiry ordinarily begins with the 'lodestar,' i.e., the number of hours reasonably expended multiplied by the reasonable hourly rate." *Building a Better Redondo, Inc. v. City of Redondo Beach*, 203 Cal.App.4th 852, 870 (2012). A court may also "cross-check" the lodestar-based award against the percentage-of-the-fund method for purposes of ensuring that the fee award is reasonable. *Wershba v. Apple Computer, Inc.*, 91 Cal.App.4th 224, 253 (2001).

As an initial matter, the Court finds that the hourly rates claimed by Class Counsel are reasonable. Given their knowledge, skill and expertise in complex class action cases such as this one, Class Counsel's partner and associate rates fall within the range of rates charged by similarly experienced and qualified attorneys practicing in this area. Further, Class Counsel have shown that

their hourly rates are comparable to and in-line with the hourly rates charged by numerous firms practicing in the San Francisco Bay Area on a non-contingency basis and which do similar work.

Accordingly, the Court finds that the following 2012 hourly rates requested by Class Counsel to be reasonable and to be in-line with market rates in the Bay Area for attorneys with similar qualifications and experience who do similar work:

Schneider Wallace Cottrell Brayton Konecky LLP

| Attorney | Law School Grad. Date | 2012 Hourly Rate |
|---|---|---|
| Guy B. Wallace | 1993 | $700.00 |
| Clint J. Brayton | 1997 | $650.00 |
| Joshua Konecky | 1995 | $650.00 |
| Carolyn Cottrell | 1993 | $650.00 |
| Andrew Lee | 2006 | $475.00 |
| Megan Lewis | 2006 | $450.00 |
| Juliana Poindexter | 2008 | $400.00 |
| Kiran Prasad | 2007 | $450.00 |
| Monica Quivey | 2006 | $450.00 |
| Drew Teti | 2009 | $350.00 |
| Michael Thomas | 1997 | $500.00 |
| William Willson | 2004 | $500.00 |

Goldstein Demchak Baller Borgen Dardarian LLP

| Attorney | Law School Grad. Date | 2012 Hourly Rate |
|---|---|---|
| Teresa K. Demchak | 1976 | $775.00 |
| David A. Borgen | 1981 | $750.00 |
| Laura L. Ho | 1994 | $650.00 |
| Barry L. Goldstein | 1970 | $785.00 |
| James Kan | 2005 | $470.00 |
| Jason Tarricone | 2006 | $445.00 |

Law Offices of Alexander Van Broek

| Attorney | Law School Grad. Date | 2012 Hourly Rate |
|---|---|---|
| Alexander Van Broek | 1980 | $395.00 |

The Court has reviewed the Declarations of Guy B. Wallace, David Borgen, and Alexander Van Broek describing the work performed by Class Counsel on this case, as well as the time records submitted in support of the application for an award of fees. The total hours claimed by Class Counsel are approved based on evidence presented of the work performed and the results achieved. Class Counsel has presented the Court with detailed billing records of their work performed in this matter. These records are adequate and describe the nature of the work performed by each firm and the attorneys therein. The Court is also satisfied that Class Counsel have exercised appropriate and significant billing judgment by not requesting fees for unproductive or duplicative work.

The Court concludes that Class Counsel's fees are justified under the statutory fee methodology. Class Counsel seeks a fee award of $2,198,775.33, which amounts to approximately 85% of Class Counsel's actual lodestar of $2,590,296.84. As discussed above, Class Counsel's hourly rates fall within the range of hourly rates charged by attorneys of comparable experience, qualifications, and ability who do complex class action litigation in the Bay Area. Moreover, considering the amount of discovery, motion practice, and trial preparation that occurred in this matter, the difficulty and risks associated with the legal and factual claims that were litigated herein, and the aggressive defense mounted by H&R Block, the number of hours claimed by Class Counsel is reasonable as well and is amply supported by the record.

Cross-checking the lodestar amount of $2,198,775.33 against the total amount of funds to be paid out pursuant to the settlement, which is $6,440,621.39 as stated in the Declaration of the Claims Administrator Caroline Barazesh at ¶ 22, the Court finds that the amount of fees sought by Class Counsel would amount to approximately 34% of the total funds to be distributed pursuant to the Settlement. This percentage is reasonable, and is consistent with that approved in numerous other wage and hour class action settlements in California. *See, e.g., Martin v. Ameripride Servs., Inc.*, 2011 WL 2313604, at *8 (S.D. Cal. June 9, 2011) ("More particularly, courts may award attorneys' fees in the 30-40% range in wage and hour class actions that result in recovery of a common fund under $10 million."); *Cicero v. DirectTV, Inc.*, 2010 WL 2991486, at * 6 (C.D. Cal. July 27, 2010) ("[A] review of California cases in other districts reveals that courts usually award



SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP

attorneys' fees in the 30-40% range in wage and hour class actions that result in recovery of a common fund under $10 million.") (collecting authorities).

The Court also finds that the costs and expenses incurred by Class Counsel are reasonable and necessary based on detailed evidence presented of costs and expenses incurred.

Accordingly, the Court APPROVES Class Counsel's requested fees in the amount of $2,198,775.33, and costs and expenses in the amount of $401,224.67. Consistent with this Court's practice, 5% of this fee award shall be held by the Claims Administrator in an interest bearing account pending submission and approval of a final compliance status report after completion of the distribution process.

A compliance hearing shall be scheduled for October 10, 2013 At 2:00 pm in Dept 20. Status Report to be filed by October 7, 2013.

## V. JUDGMENT & CONTINUING JURISDICTION

The parties are otherwise directed to comply with the terms of the Settlement. Pursuant to California Rule of Court 3.769(h), the Court HEREBY MAKES AND ENTERS JUDGMENT, and shall retain jurisdiction and oversight of the settlement proceedings.

Dated: Nov 9, 2013

ROBERT B. FREEDMAN
JUDGE OF THE SUPERIOR COURT



SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP

# EXHIBIT Y

Claudia Center, State Bar No. 158255
Jinny Kim, State Bar No. 208953
Rachael Langston, State Bar No. 257950
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
180 Montgomery St., Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Emails: ccenter@las-elc.org; jkim@las-elc.org; rlangston@las-elc.org

Joshua Konecky, State Bar No. 182897
SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY, LLP
180 Montgomery St., Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Email: jkonecky@schneiderwallace.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL ORTIZ, ANDREW GONZALES, LANDON MICKEY MILLER, AND JOE HUYNH,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>Defendant. | Case No.: 5:09-cv-03485-LHK<br><br>~~[Proposed]~~ **ORDER GRANTING PLAINTIFFS' APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>DATE: February 2, 2012<br>TIME: 1:30 p.m.<br>LOCATION: Courtroom 8<br>The Honorable Lucy H. Koh |

The Court having considered Class Counsel's Motion for an Award of Attorneys' Fees and Costs, and the supporting declarations, and being familiar with this action, HEREBY FINDS AS FOLLOWS:

1. Notice of the requested award of attorneys' fees and costs was directed to Class Members in a reasonable manner, and complied with Rule 23(h)(1) of the Federal Rules of Civil Procedure;

2. Class Members and any party from whom payment is sought have been given the opportunity to object in compliance with Fed. R. Civ. P. 23(h)(2);

3. No Class Member has objected to the requested fees and expenses;

4. The attorneys' fees and costs in the Class Action Settlement Agreement were negotiated after the class injunctive relief and monetary relief were negotiated;

5. The time spent by Class Counsel on this case, as described in the Declarations of Jinny Kim and Joshua Konecky and documented by the billing records attached to those declarations, was reasonable;

6. The rates claimed by the Legal Aid Society – Employment Law Center and Schneider Wallace Cottrell Brayton Konecky LLP, as described in the Declarations of Jinny Kim and Joshua Konecky, are consistent with the prevailing market rates in the Bay Area legal community for attorneys and professional staff of comparable skill and experience doing comparable work, and are reasonable;

7. The equitable relief in the Class Action Settlement Agreement is meaningful and socially beneficial, and will greatly benefit Class Members;

8. The attorneys' fees requested are commensurate with Class Counsel's current lodestar. Moreover, Class Counsel's lodestar will most likely be less than the fees requested after they complete all their work in connection with this case over the 30-month settlement term;

9. The costs and expenses incurred by Class Counsel are documented and reasonable;

10. . The requested award of $500,000.00 for attorneys' fees and reimbursement of costs and expenses is fair and reasonable.

Accordingly, IT IS HEREBY ORDERED as follows:

Class Counsel are hereby awarded attorneys' fees in the amount of $500,000.00 and costs in the amount of $71,295.54 for work performed and costs and expenses incurred through the hearing on final approval, plus any future costs incurred in connection with monitoring the Agreement up to a total maximum of $85,000.00 for costs.

Dated: February 2, 2012

Lucy H. Koh
The Hon. Lucy H. Koh
United States District Judge

# EXHIBIT Z

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRISHA WREN, *et al.*,

Plaintiffs,

v.

RGIS INVENTORY SPECIALISTS,

Defendant.

__________________________________/

No. C-06-05778 JCS

**ORDER RE: (1) PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [Docket No. 912]; (2) PLAINTIFFS' MOTION FOR AN AWARD OF REASONABLE ATTORNEYS' FEES, COSTS AND EXPENSES [Docket No. 909]; AND (3) PLAINTIFFS' MOTION FOR SERVICE AWARDS [Docket No. 869]**

## I. INTRODUCTION

Pending before the Court are: (1) Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement [Docket No. 912]; (2) Plaintiffs' Motion for an Award of Reasonable Attorneys' Fees, Costs and Expenses [Docket No. 909]; and (3) Plaintiffs' Motion for Service Awards to Named Plaintiffs[1] and Opt-In Plaintiff Lund [Docket No. 869]. Defendant RGIS, LLC does not oppose the motions and therefore has not filed any briefs in response. On January 28, 2011, the Court held a tentative fairness hearing, during which time it addressed issues relating to these motions and objections from class members filed before the hearing. On March 25, 2011, the Court held a final fairness hearing, at which time it addressed all remaining issues relating to the settlement and Plaintiffs' Motions. Notice of both the January 28, 2011 and March 25, 2011 fairness hearings was provided to all class members. No class members appeared at either hearing.

After careful consideration of the pending Motions and a thorough review of the materials

---

[1] The Named Plaintiffs are: Trisha Wren; Kevin Barnes; Brent Whitman; Kathlene Feige; Lisa Cunningham-Gibson; Cynthia Piper; Tephine Saites; Margaret Cruz Boze; Michelle Pease; Kimberly Cassara; Rabecka Sheldranti; Victoria Thompson; Melanie Manos; Norma Garcia; Cheryl Pierson; Sally Rosenthal; Nicole Verbick; Tammy Schnars; Margaret Martinez; Carol Molmen; Joan Johnson; Latonia Williams; Jewell Gatlin; and Michele Zustak.

Case 3:06-cv-05778-JCS Document 332 Filed 04/01/11 Page 2 of 56

United States District Court
For the Northern District of California

submitted in support, the Court now rules as follows.

The Court finds that the Settlement Agreement is fundamentally fair, adequate, and reasonable and therefore **GRANTS** Plaintiffs' Motion for Final Approval of Class Action Settlement.

As to Plaintiffs' request for an award of attorneys' fees and costs authorized under the Settlement Agreement, the Court **GRANTS** Plaintiffs' Motion and awards $11,307,449.62 in attorneys' fees, and awards $1,598,589.41 in costs and expenses incurred by Schneider Wallace. The Court **RESERVES** ruling on Plaintiffs' request for awards of costs incurred by Grady Schneider, Goldtsein Demchak, and Bailey Pinney pending Plaintiffs' submission of supplemental documentation from these firms substantiating the costs they incurred.

With respect to Plaintiffs' request for service awards to the Named Plaintiffs and opt-in Plaintiff Verne Lund, the Court **GRANTS** Plaintiffs' request for service awards to all Named Plaintiffs and Mr. Lund and awards the amounts specified in Section VI.D of this Order.

## II. BACKGROUND

This consolidated action began as two separate putative class actions: (1) *Wren v. RGIS Inventory Specialists*, Case No. C-06-05778, filed on September 20, 2006; and (2) *Piper v. RGIS Inventory Specialists*, Case No. C-07-00032, filed on January 4, 2007. On June 6, 2007, the Court consolidated the two actions. *See* Docket No. 86. Subsequently, on June 26, 2007, Plaintiffs filed their First Amended Consolidated Complaint, asserting twenty-six claims for relief under the Fair Labor Standards Act ("FLSA") and various wage-and-hour laws of California, Oregon, Washington, and Illinois. Docket No. 88.

Thereafter, in July 2007, Plaintiffs filed a Motion to Facilitate Notice Pursuant to 29 U.S.C. § 216(b), which RGIS opposed. *Piper*, C 07-00032, Docket No.125 (Motion); *Wren*, C 06-05778, Docket No. 121 (Opposition). On December 19, 2007,the Court issued its order on the motion, conditionally certifying two FLSA opt-in classes proposed by Plaintiffs:

> 1. All non-exempt hourly employees of RGIS Inventory Specialists, now operating as RGIS, LLC, who were, are, or will be employed as auditors during the period of three years prior to the commencement of this action through the date of judgment of this action.

United States District Court
For the Northern District of California

> 2. All non-exempt hourly employees of RGIS Inventory Specialists, now operating as RGIS, LLC, who were, are, or will be employed as assistant [] team leaders, team leaders, and assistant or associate area managers of RGIS during the period of three years prior to the commencement of this action through the date of judgment of this action.

*See* Order Granting Motion to Facilitate Notice Pursuant to 29 U.S.C. § 216(b) [Docket No. 216]. Additionally, the Court found that Plaintiffs had met the requirements for conditional certification as to the claims for: (1) time spent donning required RGIS equipment; (2) time spent "engaged to wait" for inventories to begin; (3) time spent waiting for transportation to an inventory even after the work day has begun; and (4) time spent in work-related transportation to and from inventory sites in a single work day. *Id*. at 9.

In July 2008, Plaintiffs moved pursuant to Federal Rule of Civil Procedure 23(b)(3) to certify four classes of auditor employees asserting wage-and-hour claims under California, Oregon, Washington, and Illinois law, which RGIS also opposed. *See* Docket Nos. 403 (Motion to Certify), 451 (RGIS Opposition). Additionally, in October 2008, RGIS moved to decertify the FLSA collective action. *See* Docket No. 569. On February 6, 2009, the Court issued its order on Plaintiffs' Motion to Certify and RGIS's Motion to Decertify, granting the motions in part and denying them in part. In its Order, the Court certified the following classes under Rule 23:

> 1. California Class: All hourly Auditors, Assistant Team Leaders, Team Leaders and Assistant Area Managers employed by RGIS in California on or after January 1, 2005 with respect to the claims asserted in the Consolidated Complaint arising out of (1) donning and related waiting time from the time that equipment is made available for donning, (2) unpaid travel time on company provided travel for the first hour of travel to and the first hour of travel from an inventory site, and (3) the alleged failure to comply with the requirements of California Labor Code section 226 that employers must provide properly itemized wage statements.
>
> 2. Oregon Class: All hourly auditors, Assistant Team leaders, Team Leaders and Assistant Area Managers employed by RGIS in Oregon on or after September 20, 2000 with respect to the claims asserted in the Consolidated Complaint arising out of donning and related waiting time from the time that equipment is made available for donning.
>
> 3. Washington Class: All hourly Auditors, Assistant Team Leaders, Team Leaders and Assistant Area Managers employed by RGIS in Washington on or after September 20, 2003 with respect to the claims asserted in the Consolidated Complaint arising out of donning and related waiting time from the time that equipment is made available for donning.

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 4 of 56



4. Illinois Class: All hourly Auditors, Assistant Team Leaders, Team Leaders and Assistant Area Managers employed by RGIS in Illinois on or after January 4, 2000, with respect to the claims asserted in the Consolidated Complaint arising out of donning and related waiting time from the time that equipment is made available for donning.

Docket No. 694 at 50-51. The Court further denied RGIS's motion to decertify the FLSA classes "except to the extent that claims of the FLSA plaintiffs purported to sweep more broadly" than the claims of the Rule 23 classes. *Id*. at 23. Following the Court's ruling, class notice was sent to approximately 47,000 current and former employees of RGIS in California, Oregon, Washington, and Illinois.

Subsequently, on November 21, 2008, RGIS moved for summary judgment with respect to Plaintiffs' travel/commute time claim under the FLSA and California and Illinois law; meal period claims under California, Oregon, and Washington law; and donning and waiting claim pursuant to the FLSA. *See* Docket No. 648. On August 24, 2009, the Court issued its Order granting RGIS's motion with respect to Plaintiffs' travel time claims, but denying RGIS's motion for summary judgment as to Plaintiffs' donning and waiting time claims. Docket No. 775. With respect to Plaintiffs' meal period claims, the Court noted that it did not certify any Rule 23 classes based on the alleged meal break violations, and accordingly, considered RGIS's motion for summary judgment on those claims only as they related to the Named Plaintiffs. The Court then granted summary judgment in favor of RGIS on the Named Plaintiffs' claims under Oregon and Illinois law, but denied RGIS's motion without prejudice as to the meal claims asserted under California and Washington law. *Id*.

On November 13, 2009, the Court held a further case management conference, at which time it addressed outstanding discovery, settlement status, pretrial filings, and the trial date. *See* Further Case Management and Pretrial Order, Docket No. 805. Pursuant to the Court's order, the parties filed a status report on November 25, 2009, informing the Court that they had agreed to appear before retired Judge Edward A. Infante for mediation, but had not agreed upon a date. *See* Docket No. 806. On April 2, 2010, the Court held a further case management conference, where it addressed several issues raised by the parties regarding the scope of the claims going to trial and denied RGIS's motion to sever trial on federal and state claims. *See* Minute Entry, Docket No. 829.

United States District Court
For the Northern District of California

Thereafter, on April 28, 2010, the parties filed a joint mediation report indicating that on April 22, 2010, they participated in a full day of mediation with Judge Infante and had agreed to reconvene on May 7, 2010 for further mediation. *See* Docket No. 831. On May 19, 2010, the parties filed a Notice of Settlement, indicating that they had reached a settlement and were preparing a settlement agreement. Docket No. 833.

On July 9, 2010, Plaintiffs filed an unopposed Motion for Order Granting Preliminary Approval of Class Action Settlement, seeking: (1) preliminary approval of the proposed class action settlement; (2) certifying the proposed settlement classes; (3) approving and directing dissemination of notice to the class; and (4) setting a date for a fairness hearing. Docket No. 840. On July 29, 2010, the Court held a hearing on the motion, at which time it directed Plaintiffs to file supplemental briefing on the scope of the FLSA release and on the class certification of the state law meal and rest period claims. *See* July 10, 2010 Minute Entry, Docket No. 842. Following further hearing on September 3, 2010, the Court issued an order granting preliminary approval of the proposed settlement, conditionally certifying the settlement class and subclasses, appointing class representatives and class counsel, and approving the form and manner of distributing class notice. Docket No. 851. Additionally, the Court set a fairness hearing for January 28, 2011, and set deadlines for class members to submit written and signed requests to opt out of the settlement to the claims administrator, and deadlines for Class Counsel's petition for attorneys' fees and costs, petition for approval of service payments to Plaintiffs, class members' objections to the settlement, and Plaintiffs' motion for final approval of the settlement. *Id*. at 10.

On December 6, 2010, Plaintiffs' filed the pending Motion for an Award of Reasonable Attorneys' Fees, Costs and Expenses Pursuant to F.R.C.P. 23(h), and Motion for Service Awards to Named Plaintiffs and Opt-In Plaintiff Lund. Docket Nos. 869, 871, 909 (Amended Motion for Attorneys' Fees). Thereafter on January 18, 2010, Plaintiffs filed the pending Unopposed Motion for Final Approval of Class Action Settlement and Response to Objections. Docket No. 912.

In the interim, on December 27, 2010, the parties filed a joint motion requesting that the Court convert the scheduled fairness hearing to a hearing for tentative final approval of the proposed class action settlement because 1,872 individuals had been inadvertently omitted from the mailings

notifying class members of the proposed settlement. Docket No. 900. Because the deadlines set in the order granting preliminary approval would not provide sufficient opportunity for these class members to request exclusion from the settlement, file objections, or indicate their intention to appear at the scheduled fairness hearing, the parties requested that the Court proceed with the hearing scheduled for January 28, 2011, but make any determinations based on that hearing tentative, and schedule a new hearing date to allow for consideration of any objections from the 1,872 omitted opt-ins received after the January 28, 2011 hearing. *Id.* at 1-4. On January 3, 2011, the Court granted the parties' joint motion, converting the January 28, 2011 hearing to one for tentative final approval of settlement, and setting a further hearing for final approval of settlement for March 25, 2011. Docket No. 904.

On January 28, 2011, the Court held the tentative fairness hearing, at which time it addressed specific issues relating to the pending Motions with counsel and directed Plaintiffs to file supplemental materials documenting their requests for awards of service payments, attorneys' fees, and costs. Following the hearing, the Court received only one additional request for exclusion from a class member. *See* Docket No. 926.

## III. OVERVIEW OF THE SETTLEMENT AGREEMENT

On July 9, 2010, the parties finalized and executed a Stipulation of Settlement (the "Settlement Agreement"). *See* Exhibit A to Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement [Docket No. 912-1]. The parties thereafter executed a Supplemental Agreement Regarding Stipulation of Settlement ("Supplemental Agreement") in September 2010, modifying certain provisions and deadlines set forth in the Settlement Agreement. *See* Exhibit B to Mot. for Final Approval [Docket No. 912-2]. The key terms of the Settlement Agreement, as amended, are as follows.

In full settlement of the claims asserted in this lawsuit, RGIS has agreed to pay a gross settlement amount of $27,000,000 (the "Settlement Amount"). *See* Settlement Agreement ¶¶ 2.1.S, 2.2. The Settlement Amount includes: (1) class damages to compensate class members for unpaid overtime and liquidated damages pursuant to the FLSA, unpaid straight-time, overtime, and prejudgement interest pursuant to the laws of California, Illinois, Oregon, and Washington, and

United States District Court
For the Northern District of California

Plaintiffs' California meal period claims; (2) service awards to the Named Plaintiffs and certain class representatives; (3) Plaintiffs' attorneys' fees and expenses; and (4) expenses incurred in administering the settlement. *See* Settlement Agreement ¶ 2.1.S. Pursuant to the Settlement Agreement, the amount remaining after payment of attorneys' fees and expenses, service awards, and tax withholdings is to be distributed to settlement class members who are deemed to be Authorized Claimants according to a plan of allocation devised by Class Counsel *Id.* ¶ 2.8.

Additionally, the Settlement Agreement provides for equitable relief in the form of RGIS's agreement to revise its corporate policies, including its Team Member Handbook and Field Policy Manual for the United States, to clearly indicate that employees are to put on required audit equipment after scanning in for purposes of receiving pay. *Id.* ¶ 2.6.B. Concurrently, RGIS agreed to provide training to its employees regarding these policies, including training for newly-hired hourly auditing employees. *Id.*

In exchange for the monetary damages and equitable relief, this action will be dismissed with prejudice and class members who do not opt out will fully release RGIS from any and all claims asserted in the lawsuit.[2] Settlement Agreement ¶ 2.9; Supplemental Agreement ¶ 3.B.[3]

---

[2]Specifically, the release provision, as modified by ¶ 3.B of the Supplemental Agreement, provides

> Release Of Claims By Named Plaintiffs and Settlement Class Members
>
> For and in consideration of the mutual promises contained herein, Plaintiffs and the Settlement Class Members fully and finally release Defendant from any and all liability for all claims that were asserted, or that could have been asserted, in the instant action. This includes any and all claims, actions or causes of action, demands, obligations, guarantees, expenses, attorney's fees, damages, or costs, alleged in or based upon the First Amended Consolidated Complaint in this action from the maximum applicable limitations period for each claim through the date that the Court enters a final order granting final approval of the settlement, including, but not limited to: (1) the alleged failure to pay straight time wages for all off-the-clock work and all on-the-clock work under any state, local, or federal law; (2) the alleged failure to pay the required minimum wage for all off-the-clock work and all on-the-clock work under any state, local, or federal law; (3) the alleged failure to pay overtime compensation for all off-the-clock work and all on-the-clock work under any state, local, or federal law; (4) the alleged failure to provide proper and adequate meal periods and rest breaks under California or federal law; (5) the alleged failure to provide all wages required as a matter of contract; (6) the alleged failure to pay all wages due upon termination under any state, local, or federal law; (7) the alleged failure to pay penalties under California Labor Code sections 203 and 2698 *et seq*. (Private Attorney General Act) and Oregon Revised Statutes section 652.150; (8) the alleged failure to issue proper itemized wage statements under California Labor Code section 226; (9) all claims for restitution and/or other relief under

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 8 of 36

United States District Court
For the Northern District of California

The Settlement Agreement also sets forth procedures for notifying class members of the settlement (¶ 2.11C-I), opting out of the settlement (¶ 2.10); allocation of settlement payments (¶ 2.8), and submitting the Settlement Agreement to the Court for preliminary and final approval (¶¶ 2.11A, K).

## IV. MOTION FOR FINAL APPROVAL OF SETTLEMENT

### A. Overview of Plaintiffs' Motion

Following the Court's September 16, 2010 Order granting preliminary approval of the Settlement Agreement and approving the proposed Notice of Class Settlement, Plaintiffs now move for final approval of the Settlement Agreement and Supplemental Agreement. Motion for Final Approval [Docket No. 912].

### B. Legal Standard

Pursuant to Federal Rule of Civil Procedure 23(e), "[t]he claims, issues, or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the court's approval." As the Ninth Circuit explained, "[t]he purpose of Rule 23(e) is to protect the unnamed members of the class from unjust or unfair settlements affecting their rights." *In re Syncor ERISA Litig.*, 516 F.3d 1095, 1100 (9th Cir. 2008). Toward this end, before a court approves a settlement it must conclude that the settlement is "fundamentally fair, adequate and reasonable." *In re Heritage Bond Litig.*, 546 F.3d 667, 674-75 (9th Cir. 2008). To determine if a settlement satisfies these criteria, the trial court examines: (1) the strength of the plaintiffs' case; (2) the risk, expense, complexity, and likely duration of further litigation; (3) the risk of maintaining class action status throughout the trial; (4) the amount offered in settlement; (5) the extent of discovery completed and

---

California Business and Professions Code section 17200 et seq. as a result of or based upon the foregoing alleged legal violations; (10) all claims for injunctive relief based upon the foregoing alleged legal violations; (11) all claims for liquidated damages based upon the foregoing alleged legal violations; (12) the alleged failure to pay pre-judgment interest on any unpaid wages, liquidated damages, penalties, or any other damages based on the foregoing alleged violations; (13) litigation costs and attorney's fees in connection with the instant action; and (14) any other claims of any kind alleged in the instant action.

[3] The Supplemental Settlement Agreement amended ¶ 2.9.A to limit the release of meal period claims to those arising under California law and federal law.

the stage of the proceedings; (6) the experience and views of counsel; (7) the presence of a governmental participant; and (8) the reaction of class members to the proposed settlement. *Churchill Village v. Gen. Elec.*, 361 F.3d 566, 575 (9th Cir. 2004) (citing *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1026 (9th Cir. 1998)). "This list is not exhaustive, and different factors may predominate in different factual contexts." *Torrisi v. Tucson Elec. Power Co.*, 8 F.3d 1370, 1376 (9th Cir. 1993) (citing *Officers for Justice v. Civil Serv. Comm'n of San Francisco*, 688 F.2d 615, 625 (9th Cir. 1982)). In addition to these factors, the Court may consider the procedure by which the parties arrived at the settlement. *See Chun-Hoon v. McKee Foods Corp.*, 716 F. Supp. 2d 848, 851 (N.D. Cal. 2010) (citing Manual for Complex Litig. (Fourth) § 21.6 (2004)).

The burden of establishing the fairness of a settlement is on its proponents. *See Riker v. Gibbons*, No. 3:08-cv-00115, 2010 WL 4366012, at *2 (D. Nev. Oct. 28, 2010) (citing 4 Alba Conte & Herbert B. Newberg, *Newberg on Class Actions* § 11:42 (4th ed. 2002)). "An initial presumption of fairness is usually involved if the settlement is recommended by class counsel after arm's-length bargaining." *Id*. Further, the Ninth Circuit has recognized that underlying this analysis, "there is a strong judicial policy that favors settlement, particularly where complex class action litigation is concerned." *In re Syncor ERISA Litig.*, 516 F.3d at 1101 (citing *Class Plaintiffs v. City of Seattle*, 955 F.2d 1268, 1276 (9th Cir. 1992)). With the foregoing factors as guidance, the Court turns to Plaintiffs' request for final approval of the Settlement Agreement.

**C. Analysis**

**1. The Strength of the Plaintiffs' Case**

The initial factor the Court takes into consideration is the strength of Plaintiffs' case. *See Churchill Village*, 361 F.3d at 575. In their Motion, Plaintiffs acknowledge that while their donning/waiting time claims survived RGIS's motion for summary judgment, they still face some challenges in establishing this claim, proving their damages, and overcoming RGIS's defenses. In its summary judgment order, the Court rejected RGIS's argument that the donning and associated work time for which Plaintiffs seek compensation are not "work," but are merely preliminary activities that are exempted from compensation under the Portal-to-Portal Act. *See* August 24, 2009 Summary Judgement Order at 36 [Docket No. 775]. Further, as to RGIS's argument that it is not

Case 3:06-cv-05778-JCS Document 332 Filed 04/01/11 Page 10 of 56



required to compensate employees for time spent donning and waiting because the time is *de minimis*, the Court noted that the record contained conflicting evidence on the factors it must consider in determining whether the doctrine applied. *Id.* at 38-39. While RGIS bears the burden of establishing that the time Plaintiffs seek compensation for is *de minimis* as a matter of law, Plaintiffs acknowledge that they will have to defend against this argument at trial, which presents a potential risk of a verdict in RGIS's favor. In the Court's view, this risk is substantial. Thus, the first factor supports approval of the settlement.

**2. The Risk, Expense, Complexity, and Likely Duration of Further Litigation**

The second factor focuses on the risks, expense, complexity, and projected duration of the litigation. *See Churchill Village*, 361 F.3d at 575. In their Motion, Plaintiffs recognize that even at this stage of the case, they face numerous obstacles to recovery, including challenges to their expert witnesses and damages calculations, defending against RGIS's assertion of the *de minimis* doctrine, and pursuing their claims against skilled defense attorneys who have significant trial experience in similar cases. Mot. for Final Approval at 8-9. Additionally, if this case was to proceed to trial, the time and expenses associated with trial preparation would mount. In the upcoming months, the parties would have to complete depositions of trial witnesses, prepare and defend against motions *in limine* and *Daubert* motions, draft trial briefs, prepare deposition designations and trial exhibits, appear for pre-trial conferences, and, ultimately, try the case to a jury in 19 days. The trial of a federal opt-in class and multiple state Rule 23 classes could be a complex, expensive, and difficult undertaking. Even if Plaintiffs obtain a favorable verdict on their claims, they acknowledge that they could potentially face additional expenses and delay if RGIS appeals. Taken together, these considerations support approval of the settlement.

**3. The Risk of Maintaining Class Action Status**

Under the third factor, the Court considers the risk of maintaining class action status through the trial of this case. *See Churchill Village*, 361 F.3d at 575. As the record demonstrates, the parties have vigorously litigated the issue of class action status, generally, and the types of claims certified for class treatment, specifically. *See* Docket Nos. 216 (Dec. 19, 2007 Order Granting Motion to Facilitate Notice Pursuant to 29 U.S.C. § 216(b)), 403 (RGIS's Motion to Decertify), 569 (Plaintiffs'

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 11 of 56

United States District Court
For the Northern District of California

Motion to Certify Under Rule 23), 694 (Feb. 6, 2009 Order Certifying Rule 23 Classes and Denying Motion to Decertify). Presently, there are no outstanding disputes regarding the classes and claims that the Court has certified. Plaintiffs, however, acknowledge that because they are asserting claims pursuant to the FLSA and the laws of four states based on events occurring in over 300 RGIS districts and thousands of inventory locations across the country, they may face renewed challenges to class action status from RGIS. Mot. for Final Approval at 9. Thus, the risk of maintaining class action status favors settlement.

**4. The Settlement Amount**

Fourth, the Court must analyze the amount offered in settlement. *See Churchill Village*, 361 F.3d at 575. To assess whether the amount offered is fair, the Court may compare the settlement amount to the parties' estimates of the maximum amount of damages recoverable in a successful litigation. *In re Mego Fin. Corp. Sec. Litig.*, 213 F.3d at 459. While settlement amounts that are close to the plaintiffs' estimate of damages provide strong support for approval of the settlement, settlement offers that constitute only a fraction of the potential recovery do not preclude a court from finding that the settlement offer is fair. *Id.* (finding settlement amount constituting one-sixth of the potential recovery was fair and adequate); *see also Hanlon*, 150 F.3d at 1027 (holding that the possibility that the settlement amount could have been greater "does not mean the settlement presented was not fair, reasonable or adequate."). "This is particularly true in cases . . . where monetary relief is but one form of the relief requested by the plaintiffs." *Officers for Justice v. Civil Serv. Comm'n*, 688 F.2d 615, 628 (9th Cir. 1982). Thus, district courts have found that settlements for substantially less than the plaintiffs' claimed damages were fair and reasonable, especially when taking into account the uncertainties involved with litigation. *See, e.g., Glass v. UBS Fin. Serv., Inc.*, No. C-06-4068 MMC, 2007 WL 2216862, at *4 (N.D. Cal. Jan. 26, 2007) (finding settlement of wage and hour class action for 25 to 35% of the claimed damages to be reasonable); *Williams v. Costco Wholesale Corp.*, No. CV-02-2003 IEG, 2010 WL 2721452, at *4 (S.D. Cal. July 7, 2010) (finding settlement amount constituting approximately 75.6% of the plaintiffs' claimed losses from unpaid overtime pay to be adequate).

United States District Court
For the Northern District of California

Here, under the terms of the Settlement Agreement RGIS will be required to pay a Settlement Amount of $27,000,000, with at least $12.43 million of that total being distributed *pro rata* to class members. *See* Settlement Agreement, ¶ 2.1(S) [Docket. No. 912-1 at 8]; Mot. for Final Approval at 10. Citing to the declaration of their expert statistician, Dr. Richard Drogin, Plaintiffs contend that $12.43 million represents an amount that is substantially equal to Plaintiffs' own estimate of the class members' compensatory damages arising from their pre-inventory donning and waiting claims. Mot. for Final Approval at 10; Declaration of Dr. Richard Drogin In Support of Plaintiffs' Motion for Final Approval ¶ 4 [Docket. No. 875 at 1]. They explain that this estimate includes unpaid overtime and liquidated damages pursuant to the FLSA, and unpaid straight-time, overtime, and pre-judgment interest pursuant to California, Illinois, Oregon, and Washington law. *Id.*; Drogin Decl. ¶ 5. The remainder of the damages Plaintiffs sought related to Plaintiffs' California meal period claims and the extension of the class period to September 16, 2010. *Id.* Thus, the $12.43 million that will be distributed to the class members secures a substantial recovery that corresponds to Plaintiffs' own damages assessment.[4]

Moreover, the Settlement Agreement also includes injunctive relief in the form of changes to RGIS's corporate policies regarding donning of required audit equipment to ensure that the donning occurs *after* hourly auditing employees have scanned-in for purposes of receiving pay. *See* Settlement Agreement, ¶ 2.6.B [Docket No. 912-1 at 13]. Significantly, because the FLSA does not authorize injunctive relief, Plaintiffs would not have been able to obtain this result on a class-wide basis even if they had prevailed at trial. *See* Declaration of the Honorable Edward A Infante (Ret.)

---

[4] In their prior Motion for Preliminary Approval, Plaintiffs explained that Class Counsel devised an allocation plan based on a formula designed to compensate all class members who are entitled to receive settlement payments. *See* Docket No. 840 at 8. Specifically, Plaintiffs explained that settlement payments will be calculated as follows: (1) all settlement class members will receive a pro rata share of the estimated $13 million fund based on their individual wage loss and interested as calculated by Plaintiffs' experts from records RGIS produced; (2) regardless of the individual wage loss calculated by Plaintiffs' experts, settlement class members who worked more than 30 days will receive a settlement payment of no less than $50; (3) regardless of their estimated individual wage loss, settlement class members who worked less than 30 days will receive a settlement payment of no less than $25. *Id.* Additionally, the parties have agreed that $100,000 from the settlement amount will be allocated as penalties payable to the State of California pursuant to California's Private Attorney General Act, California Labor Code section 2699. *Id.*; Settlement Agreement ¶ 2.8.

United States District Court
For the Northern District of California

in Support of Final Approval of Class Action Settlement ¶¶ 9-10, Ex. E to Motion for Final Approval [Docket No. 912-5].

Taken together, the settlement award compensating the class for their backpay plus interest and FLSA liquidated damages, in conjunction with changes to RGIS's national compensation policies, support a finding that the relief obtained through the Settlement Agreement is fair and reasonable.

**5. The Extent of Discovery Completed and the Stage of the Proceedings**

The fifth factor examines the extent of discovery the parties have completed and the current stage of the litigation to evaluate whether "the parties have sufficient information to make an informed decision about settlement." *Linner v. Cellular Alaska P'ship*, 151 F.3d 1234, 1239 (9th Cir. 1998). As Plaintiffs point out in their Motion, both parties conducted extensive discovery in this case. With respect to written discovery, Plaintiffs propounded 11 sets of special interrogatories and 17 sets of requests for production of documents, to which RGIS responded by producing 124,193 pages of documents, including policy-related documents, internal handbooks and training materials, and personnel files for over 400 opt-in plaintiffs. Mot. for Final Approval at 10-11. RGIS, in turn, propounded one set of approximately 25 special interrogatories on each of the Named Plaintiffs and one set of approximately 65 requests for production of documents. *Id*. at 11. RGIS also received responses to interrogatories and requests for production of documents from 390 of the opt-in plaintiffs. *Id*. In addition to the written discovery, the parties took a total of 64 depositions and had expert reports prepared. *Id*. Further, Plaintiffs indicate that during discovery they obtained and conducted a statistical analysis of RGIS's time and payroll data for the FLSA opt-in and auditors in the four states. *Id*.

Given the scope and amount of discovery completed, the parties had ample information about the strengths and weaknesses of their positions to enable them and their counsel to make informed decisions about the settlement. Thus, this factor supports final approval of the settlement.

**6. The Experience and Views of Counsel**

The sixth factor takes into account counsel's experience and their respective views of the Settlement Agreement. The Court has previously evaluated Class Counsel's qualifications and

experience and concluded that counsel is well-qualified to represent Plaintiffs' interests in this action. *See* Feb. 6, 2009 Order Re Plaintiffs' Motion for Class Certification at 49 [Docket No. 694]; *see also* Declaration of Guy Wallace in Support of Motion for Preliminary Approval ¶¶ 3-9 [Docket No. 840-2]. Likewise, the Court is confident in defense counsel's competency and experience and their ability to represent RGIS in this action.

With respect to counsel's views of the proposed Settlement Agreement, Mr. Wallace has filed a declaration stating that he believes the settlement amount and prospective injunctive relief provide an "exceptional result" for the class. Wallace Decl. ¶ 42 [Docket No. 840-2 at 14]. He also opines that the settlement "is in the best interest of the Class Members in light of all known facts and circumstances, including the risk of significant delay and Defendant's asserted defenses." *Id.* ¶ 43. While defense counsel have not filed any declaration expressing their perspective on the Settlement Agreement, RGIS has not opposed the instant motion.

Courts have taken divergent views on the amount of weight to accord counsel's opinions. *Compare Carter v. Anderson Merch., LP*, No. EDCV 08-0025-VAP, 2010 WL 1946784, at *8 (C.D. Cal. May 11, 2010) ("Counsel's opinion is accorded considerable weight."); *Riker v. Gibbons*, No. 3:08-cv-00115-LRH, 2010 WL 4366012, at *4 (D. Nev. Oct. 28, 2010) ("The recommendation of experienced counsel in favor of settlement carries a great deal of weight in a court's determination of the reasonableness of a settlement.") (internal quotation omitted); *with Chun-Hoon v. McKee Foods Corp.*, No. C 05-620 VRW, 716 F. Supp. 2d 848, 852 (N.D. Cal. 2010) ("[T]his court is reluctant to put much stock in counsel's pronouncements, as parties to class actions and their counsel often have pecuniary interests in seeing the settlement approved."). Here, given Class Counsel's extensive experience with class actions, familiarity with the strengths and weaknesses of Plaintiffs' claims, and assessment of the benefits of settlement and the risks associated with continued litigation, the Court finds that Class Counsel's favorable opinion of the terms of the settlement supports approval of the Settlement Agreement.

**7. The Presence of a Governmental Participant**

Because there is no governmental entity involved in this litigation, the seventh factor is inapplicable.

**8. The Reaction of Class Members to the Proposed Settlement.**

The final factor examines the class members' response to the proposed settlement. *See Churchill Village*, 361 F.3d at 575. Plaintiffs explain that notice was sent via first class mail to the last-known addresses of 62,594 class members. Mot. for Final Approval at 2 (citing Declaration of Brendan McInerney, ¶ 10 [Docket No. 912-4 at 3]). In response, only 33 class members, representing approximately 0.05% , have opted-out. Mot. for Final Approval at 2; McInerney Decl. ¶ 16. Thus, the 99.95% class member participation rate is strong indicia that the class supports the proposed settlement. *See Churchill Village*, 361 F.3d at 577 (affirming approval of settlement with 500 opt-outs from class of 90,000 class members, roughly .5%,); *Chun-Hoon*, 716 F. Supp. 2d at 852 (finding that 16 opt-outs in a class of roughly 329 members, amounting to 4.86%, strongly supported settlement); *Glass*, 2007 WL 221862, at *5 (approving settlement with opt-out rate of 2%).

The number of class member objections also is relevant to gauging class member reaction. Generally, "the absence of a large number of objections to a proposed class action settlement raises a strong presumption that the terms of a proposed class action settlement are favorable to the class members." *Nat'l Rural Telecomm. Cooperative v. DIRECTV, Inc.*, 221 F.R.D. 523, 529 (C.D. Cal. 2004); *see also Garner v. State Farm Mut. Auto. Ins. Co.*, No. C 08-1365 CW, 2010 WL 1687832, at *14 (N.D. Cal. April 22, 2010) (citing *Nat'l Rural Telecomm. Cooperative*); *Riker*, 2010 WL 4366012, at *5 ("The small number of objections is an indication that the settlement is fair, adequate, and reasonable."). Here, Plaintiffs proffer that only 16 class members – constituting 0.02% – have filed objections to the proposed settlement. Mot. for Final Approval at 2. In the following section, the Court addresses the substance of each of the objections. For purposes of assessing the overall reaction of the class, however, the Court finds that the minimal number of objections filed strongly supports approval of the settlement.

**9. Class Members' Objections**

The following 16 class members have filed objections to the proposed settlement: (1) Bonita Jones [Docket No. 868]; (2) Sharon Chysler [Docket No. 892]; (3) Kenneth Hobbs [Docket Nos. 893, 915]; (4) Emma Jean Jones [Docket No. 894]; (5) Mara Mary Kraguli [Docket No. 895]; (6) Leslie T. King [Docket No. 896]; (7) Joyce Anderson [Docket No. 897]; (8) Dianne Roholt [Docket

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 16 of 56

United States District Court
For the Northern District of California

No. 898]; (9) Delia Hauser [Docket No. 899]; (10) Ricky Covington [Docket No. 905]; (11) Carlton K. McRoberts [Docket No. 906]; (12) Marion Elizabeth Williams-Jerome [Docket No. 910]; (13) Denise Bundy [Docket No. 911, 913]; (14) Kenneth Pertile [Docket No. 928, Ex. A]; (15) Shaniqua Smith [Docket No. 928, Ex. B]; and (16) Thomell Smith [Docket No. 928, Ex. C]. Because many of the class members raise similar objections, the Court will address them according to the substance of the challenge.

*a. Objections to the Settlement Amount*

Ms. Anderson, Ms. Crysler, Mr. Covington, Ms. King, Mr. Pertile, and Ms. Smith each object to the settlement on the ground that the $12.43 million that is to be distributed to the class members *pro rata* is inadequate. However, as discussed above under the fourth factor, this amount is nearly equal to Plaintiffs' expert's calculation of damages associated with the class's pre-inventory donning claims. *See* Drogin Decl. ¶ 4. The $12.43 million is therefore meant to compensate the class for their unpaid overtime and liquidated damages under the FLSA and unpaid straight-time, overtime, and prejudgement interest under California, Illinois, Oregon, and Washington law. While those objecting to the settlement may believe that a higher amount is justified, they must bear in mind that if the case proceeds to trial, they face significant risks, including the possibility that a jury will find in RGIS's favor and the class will not recover any damages. Because the settlement agreement secures substantial monetary recovery for the class that roughly approximates their claimed damages for their donning time claims, the Court finds the objections to the settlement amount unpersuasive and declines to reject the settlement on this basis.

*b. Objections to the Amount of Individual Awards*

Next, Ms. Anderson, Ms. Crysler, Mr. Covington, Ms. Jones, Ms. King, Mr. Pertile, and Ms. Smith each object to the settlement on the ground that their individual awards are insufficient. Plaintiffs, however, explain that their expert, Dr. Drogin calculated the estimated awards stated in the settlement notice according to the FLSA and hour laws of the class members' respective states. *See* Mot. for Final Approval at 14; *see also* Motion for Preliminary Approval at 8 [Docket No. 840]. Using RGIS's time and payroll records, Dr. Drogin credited each class member with 15 minutes of unpaid time for all local inventories, and all travel inventories for which the class member received

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 17 of 58



less than 30 minutes of travel pay. *See* Drogin Decl. ¶¶ 7-8 [Docket No. 875]. For state law class members, Dr. Drogin calculated the resulting unpaid straight-time and overtime wages according to the class members' respective state's wage and hour laws. *Id.* ¶¶ 11-14. For FLSA collective action members, Dr. Drogin calculated the unpaid overtime wages, as well as any straight-time wages. *Id.* ¶ 10. He then took the total for each class member and divided it by the total class damages to determine a percentage, which he multiplied by the total settlement fund to determine each individual's award. *Id.* ¶ 16. While the class members contend that their individual awards should be greater, they have not proposed any alternative method for calculating individual awards that would produce a more equitable result. Moreover, if any of the class members believed that he or she could obtain a greater recovery by individually asserting claims against RGIS, the Notice of Settlement informed them that they had the option of opting-out of the Settlement Class. *See* Official Notice of Settlement of Class Action, Ex. A to McInerney Decl. at 11. The Court therefore finds that the class members' challenges to the amount of their individual awards do not provide any grounds to reject the proposed settlement.

*c. Objections Based on Lack of Compensation for Unpaid Travel Time*

The next category of objections concerns the scope of the settlement. Specifically, Ms. Crysler, Mr. Covington, Ms. Hauser, Ms. Jones, Ms. King, Mr. Pertile, and Ms. Smith each object to the settlement because it does not compensate class members for RGIS's practice of not paying auditor employees for the first hour of travel to and from travel inventories. The Court previously considered the class members' claim travel/commute time claims and granted summary judgment in favor of RGIS. *See* Aug. 24, 2009 Summary Judge Order at 13-21 [Docket No. 775]. Because any claim for unpaid travel or commute time is no longer at issue, the class members' argument that the settlement is deficient because it does not provide compensation for unpaid travel time lacks merit.

*d. Objections to Service Awards for Named Plaintiffs*

Two class members – Ms. Hauser and Mr. Hobbs – object to the provision of service awards to the Named Plaintiffs in the proposed settlement. However, service awards, also known as incentive payments, to named plaintiffs in a class action are permissible and do not render a settlement unfair or unreasonable. *See Stanton v. Boeing Co.*, 327 F.3d 938, 977 (9th Cir. 2003);

*Rodriguez v. West Publ'g Corp.*, 563 F.3d 948, 958-59 (9th Cir. 2009). In section VI, below, the Court addresses Plaintiffs' request for service awards in detail and approves the awards. Thus, for purposes of these objections, the Named Plaintiffs' request for such awards does not undermine the fairness or adequacy of the proposed settlement.

Additionally, in his objection Mr. Hobbs requests that he be named a class representative for the state of Ohio and requests a service award. *See* Docket No. 893 at 2. He further states that if his request cannot be granted, he wishes to opt-out of the settlement. *Id*. However, as Plaintiffs point out, because no claims arising under the laws of Ohio were at issue in this case, Mr. Hobbs cannot represent an Ohio state class. Accordingly, the Court **GRANTS** Mr. Hobbs' request to opt-out of the Settlement Class.

*e. Objections Based on Request for Attorneys' Fees and Costs*

Two class members – Ms. Anderson and Ms. Crysler – object to the proposed settlement on the ground that the attorneys' fees sought by Class Counsel are too high. In section V, below, the considers Plaintiffs' motion for an award of attorneys' fees and costs, and after a thorough review, concludes that the amount of fees and costs requested is reasonable. The class members' objections therefore do not preclude approval of the settlement.

*f. Objections to the Injunctive Relief Component*

In her objection, Ms. Crysler contends that the proposed settlement is inadequate because the injunctive relief does not include any changes to RGIS's policy of not paying auditors for the first hour of travel to and from travel inventories. *See* Docket No. 892. However, as explained above, the Court granted summary judgment in RGIS's favor on the travel/commute time claims. Thus, while Ms. Crysler may oppose RGIS's policy regarding payment for travel time, the absence of any injunctive relief requiring changes to RGIS's policy is consistent with the Court's summary judgment ruling. This objection therefore does not provide any basis to deny approval of the proposed settlement.

*g. Miscellaneous Objections*

Finally, certain class members raise other, individual challenges to the settlement agreement that do not fall within the foregoing categories.

United States District Court
For the Northern District of California

In her letter, Ms. Roholt indicates that she experienced hostile treatment during her employment and was then wrongfully terminated from her position at RGIS. *See* Docket No. 898. She objects to the settlement because it does not address her concerns relating to these incidents. Similarly, in her letter, Ms. Kraguli contends that she was wrongfully terminated and denied unemployment benefits and objects to the settlement on these bases. *See* Docket No. 895. These objections, however, do not relate to the wage and hour claims that are at issue in this case and do not raise any issues calling the fairness or adequacy of the proposed settlement into question.

Mr. McRoberts has filed a letter indicating that he objects to the settlement, but does not set forth the basis for his objection. Likewise, Mr. Smith has filed a letter containing his contact information, but omitting the basis for his objection.

Ms. Bundy and Ms. Williams-Jerome have filed letter indicating that they object to the settlement because they were excluded from the settlement classes.[5] These objections thus do not go to the fairness of the settlement.

**10. The Settlement Process**

In addition to the foregoing factors, the Court may also consider the procedure by which the parties arrived at their settlement. *See Chun-Hoon*, 716 F. Supp. 2d at 852. The parties first participated in a full-day mediation session before David Rotman on October 5, 2009, but were unable to reach an agreement. *See* Declaration of Guy B. Wallace in Support of Plaintiffs' Motion for Attorneys' Fees ¶ 102 [Docket No. 882]. The parties thereafter continued to litigate the case and conducted additional expert discovery. *Id.* In April 22, 2010, the parties participated in a second private mediation session, this time before retired United States Magistrate Judge Edward A. Infante, during which the parties reached compromises on several key issues. *Id.* ¶ 103; Infante Decl. ¶ 4. The parties returned for a second mediation session before Judge Infante on May 7, 2010, at which time they agreed to the basic terms that formed the basis of the Settlement Agreement, which they finalized on July 9, 2010. Wallace Decl. ¶ 103; Infante Decl. ¶ 14. Thus, the Settlement Agreement is the result of arms-length negotiations supervised by Judge Infante. This supports a finding that

---

[5] In response, Plaintiffs explain that both individuals were excluded because they did not work for RGIS during the three years preceding their opt-in dates.

United States District Court
For the Northern District of California

the parties reached the settlement in a procedurally sound manner and that it was not the result of collusion or bad faith by the parties or counsel. *See Hanlon*, 150 F.3d at 1027 (affirming trial court's approval of class action settlement where parties reached agreement after several months of negotiation and the record contained no evidence of collusion); *Chun-Hoon*, 716 F. Supp. 2d at 852; *see also Satchell v. Fed. Exp. Corp.*, No. C 03-2659 SI, 2007 WL 1114010, at *4 (N.D. Cal. Apr. 13, 2007) ("The assistance of an experienced mediator in the settlement process confirms that the settlement is non-collusive."); *Carter v. Anderson Mech., LP*, No. EDCV 07-0025-VAP, 2010 WL 1946784, at *7 (C.D. Cal. May 11, 2010) (citing *Satchell).*

**D. Conclusion**

Taking the foregoing factors into consideration, the Court finds that the Settlement Agreement, as amended by the Supplemental Agreement, is fundamentally fair, adequate, and reasonable. The parties reached the agreement after intensive negotiations led by an experienced mediator. After years of litigation and extensive discovery, the parties have a clear understanding of the strengths and weaknesses of their respective positions and the risks and expenses inherent in taking the case to trial. The Settlement Agreement provides compensation for the class members unpaid wages that equates with Plaintiffs' own damages estimate, and, further, provides injunctive relief from RGIS in the form of amending its policies to ensure that employees are paid for such time in the future. Finally, the class member participation rate is extremely high and the few class member objections that have been filed do not raise meritorious challenges. On balance, these factors all support approval of the Settlement Agreement.

Accordingly, the Court **GRANTS** Plaintiffs' Motion for Final Approval of the Settlement.

## V. MOTION FOR ATTORNEYS' FEES AND COSTS

**A. Overview of Plaintiffs' Motion**

As indicated above, the Settlement Agreement authorizes Plaintiffs to seek an award of attorneys' fees and costs incurred during this litigation. Specifically, ¶ 2.12.B of the Settlement Agreement, as amended, provides in pertinent part:

> Application for approval of attorneys' fees and expenses. Plaintiffs will submit an application to the Court by December 2, 2010, for approval of attorney's fees and litigation expenses. Plaintiffs will request that the Court approve an award of

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 21 of 56

> $11,380,000 as attorney's fees and approximately $2,200,000 as litigation expenses, which does not include the costs of the Claims Administrator. Defendant will not oppose the amounts sought by Plaintiffs for attorney's fees and litigation expenses. Plaintiffs' Attorney's Fees will not exceed the amount of their calculated lodestar. Plaintiffs' Attorney's Fees and Litigation Expenses will be paid solely from the Settlement Amount. In no event will Defendant be required to pay more than the Settlement Amount in full satisfaction of all its obligations under this Agreement, with the single exception that, as provided herein, Defendant will pay its share of employer payroll taxes associated the payments of back pay to Authorized Claimants pursuant to this Agreement.

Supplemental Agreement ¶ 3.E [Docket No. 912-2 at 3-4].

Consistent with this provision, Plaintiffs now seek approval of an award of $11,321,849.62 in attorneys' fees and $2,113,792.81 in costs and litigation expenses. *See* Mot. for Attorneys' Fees at 20, 34, & Appendix B (setting forth itemization of attorneys' fees and costs requested) [Docket No. 909]. RGIS has not opposed Plaintiffs' request.

**B. Legal Standard**

**1. Authority and Methodology for Awarding Attorneys' Fees, Expenses, and Costs**

Rule 23(h) of the Federal Rules of Civil Procedure provides that, "[i]n a certified class action, the court may award reasonable attorney's fees and nontaxable costs that are authorized by law or by the parties' agreement." Fed. R. Civ. P. 23(h). Here, in addition to the Settlement Agreement, Plaintiffs are eligible for an award of attorneys' fees under both federal and state law.

Pursuant to § 216(b) of the FLSA, the district court is authorized to award attorneys' fees and costs to plaintiffs prevailing in an overtime compensation action. 29 U.S.C. § 216(b) ("The court in such action shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action."). Concurrently, Plaintiffs' request for an award of attorneys' fees is authorized under California, Washington, Oregon, and Illinois law. *See* California (Cal. Lab. Code §§ 218.5, 218.6, 1194; Cal. Civ. Proc. Code § 1021.5); Washington (Wash. Rev. Code § 49.52.070); Oregon (Or. Rev. Stat. §§ 652.200(2), 653.055(4)); Illinois (820 Ill. Comp. Stat. 105/12(a)).

Having identified the authority for Plaintiffs' request, the Court must determine the proper methodology for assessing the reasonableness of the amount of fees Plaintiffs seek. While Class Counsel negotiated RGIS's payment of attorneys' fees and costs separately from the class damages,

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

both figures were calculated into the $27,000,000 Settlement Amount RGIS agreed to pay and any award of attorneys' fees will be paid from that general settlement fund. Supplemental Agreement ¶3.E. The Settlement Agreement also caps the attorneys' fees Plaintiffs may seek at $11,380,000 and provides that if the Court does not approve the full amount of Plaintiffs' attorneys' fees requested, "the non-appropriated amounts will be distributed to all Authorized Claimants on a pro rata basis." Supplemental Agreement ¶ 3.E; Settlement Agreement ¶ 2.12.F. Thus, the Settlement Agreement created a common fund consisting of the $27,000,000 Settlement Amount from which the settlement class will recover damages and Class Counsel will be paid for their services in prosecuting the classes' claims.

In cases where settlement of a class action creates a common fund, the Court has discretion to award attorneys' fees using either the lodestar method or the percentage of the fund approach. *Vicaino v. Microsoft Corp.*, 290 F.3d 1043, 1047 (9th Cir. 2002); *Paul, Johnson, Alston & Hunt v. Graulty*, 886 F.2d 268, 272 (9th Cir. 1989) (recognizing that, in the context of a specific case, either approach may "have its place in determining what would be reasonable compensation for creating a common fund."). Irrespective of which methodology the Court elects to employ, the court may not apply it mechanically or formulaically, but must undertake an analysis that ensures that the fee award is reasonable. *In re Mercury Interactive Sec. Litig.*, 618 F.3d 988, 992 (9th Cir. 2010); *Powers v. Eichen*, 229 F.3d 1249, 1256 (9th Cir. 2000).

In the context of this case, the Court finds that application of the lodestar method allows for a more accurate assessment of the reasonableness of Plaintiffs' fee request. First, as detailed throughout this Order, the parties intensely litigated this action for over four years. RGIS mounted a particularly aggressive defense which, in turn, greatly increased the amount of time and resources counsel had to devote to discovery and litigating issues surrounded class action status. Utilizing the lodestar approach captures the time counsel spent litigating such issues while still allowing the Court to trim any excess time. Similarly, the amount of discovery collected and exchanged was substantial. Because the claims in this case concerned RGIS's compensation policies and practices at 300 districts throughout the country, Class Counsel was faced with a tremendous task of marshaling evidence from employees at these locations and piecing that evidence together to show a

uniform practice by RGIS of denying employees compensation for their work. Toward that end, Class Counsel obtained and submitted over 400 declarations and RGIS propounded written discovery on 390 opt-in Plaintiffs, which Class Counsel was responsible for organizing, tracking, and producing to RGIS. *See* Wallace Decl. ¶¶ 38, 46, 47. Again, by focusing on the amount of time actually billed on such tasks, the lodestar method allows the Court to account for the scale of discovery undertaken in this case. Finally, as Plaintiffs point out, because the amount of individual damages in wage-and-hour actions such as the instant case are relatively small, gauging the amount of attorneys' fees on the size of the settlement fund may not lead to a reasonable fee determination. *See* Mot. for Attorneys' Fees at 33. For these reasons, the Court will evaluate Plaintiffs' request for approval of attorneys' fees using the lodestar method.

**2. Calculating Fees Under the Lodestar Approach**

The Court engages in a two-step process when determining the reasonable amount of attorneys' fees to award under the lodestar method. First, the court calculates the presumptive fee award, also known as the "lodestar figure," by multiplying the number of hours reasonably expended on the litigation by a reasonable hourly rate. *Grove v. Wells Fargo Financial Cal., Inc.*, 606 F.3d 577, 582 (9th Cir. 2010). Second, "in appropriate cases, the district court may adjust the 'presumptively reasonable' lodestar figure based upon the factors listed in *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 69-70 (9th Cir. 1975) . . . that are not subsumed into the initial lodestar calculation." *Intel Corp. v. Terabyte Int'l, Inc.*, 6 F.3d 614, 622 (9th Cir. 1993). Specifically, the *Kerr* factors are: (1) the time and labor required; (2) the novelty and difficulty of the questions involved; (3) the skill required to perform the legal services properly; (4) the preclusion of other employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. *Kerr*, 526 F.2d at 70. "The lodestar amount presumably reflects the novelty and complexity of the issues, the special skill and experience of counsel, the quality of representation, and the results obtained from the litigation." *Intel Corp.*, 6 F.3d at 622; *see*

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 24 of 56



*also Perdue v. Kenny A.*, 130 S. Ct. 1662, 1673 (2010) (noting that the lodestar figure includes "most if not all of the relevant factors constituting a reasonable attorney's fee") (internal quotations omitted). Thus, in appropriate cases, the court may examine the remaining factors to determine whether an enhancement or decrease in the lodestar figure is warranted. *Clark v. City of Los Angeles*, 803 F.2d 987, 990 (9th Cir. 1986). However, there is a strong presumption that the lodestar figure represents a reasonable fee and any upward or downward adjustment of that figure is proper only in "rare and exceptional cases." *Van Gerwen v. Guar. Mut. Life Co.*, 214 F.3d 1041, 1045 (9th Cir. 2000) (internal citation omitted); *see also Fischel v. Equitable Life Assur. Society of the United States*, 307 F.3d 997, 1007 (9th Cir. 2002).

**C. Analysis**

**1. Plaintiffs' Lodestar Figure**

To determine the presumptive amount of attorneys' fees Plaintiffs may recover, the Court must calculate the lodestar amount by multiplying the number of hours reasonably expended on the litigation by a reasonable hourly rate. *Intel Corp.*, 6 F.3d at 622. The Court will first review whether counsel's billing rates are reasonable and then will examine the reasonableness of the time billed.

*a. Counsel's Reasonable Hourly Billing Rates*

In calculating the lodestar figure, the district court must determine a reasonable hourly rate based on the experience, skill, and reputation of the attorneys requesting fees. *Chalmers v. City of Los Angeles*, 796 F.2d 1205, 1210 (9th Cir. 1986). As the Supreme Court has recognized, determining a reasonable or prevailing rate of compensation is "inherently difficult." *Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984). To set the reasonable rate, the court does not refer to the rates counsel actually charged, but rather looks to the rate prevailing in the community for similar work performed by attorneys of comparable skill, experience, and reputation. *Chalmers*, 796 F.3d at 1210-11. The relevant community is typically the community in which the district court sits. *Schwarz v. Sec'y of Health & Human Servs.*, 73 F.3d 895, 906 (9th Cir. 1995). "To inform and assist the district court" in making this assessment, "the burden is on the fee applicant to produce satisfactory evidence – in addition to the attorney's own affidavits – that the requested rates are in

line with those in the community. *Blum*, 465 U.S. at 895 n.11*; see also Widrig v. Apfel*, 140 F.3d 1207, 1209 (9th Cir. 1998) (declarations of attorneys regarding the prevailing market rate in the community may be sufficient to establish reasonable hourly rate). An attorney's declaration regarding the reasonableness of his or her own rate, standing alone, is insufficient to meet the fee applicant's burden. *Jordan v. Multnomah County*, 815 F.2d 1258, 1263 (9th Cir. 1987).

Here, Plaintiffs have submitted declarations from their attorneys regarding the bases for their hourly rates, citations from other decisions analyzing the reasonableness of counsel's hourly rates, and declarations from other attorneys regarding market rates in the Northern District of California and comparing counsel's requested rates against those in the market. The Court has thoroughly reviewed the materials Plaintiffs submitted and will summarize the key points and its findings below.

i. <u>Schneider Wallace Cottrell Brayton Konecky</u>

Plaintiffs seek approval of the following hourly rates charged by the Schneider Wallace Cottrell Brayton Konecky LLP ("Schneider Wallace") attorneys and paralegals.

| **Attorney** | **Hourly Rate** |
|---|---|
| Guy Wallace | $650.00 |
| Josh Konecky | $625.00 |
| Amanda Hugh | $350.00 |
| Andrew Lee | $400.00 |
| Camilia Robertson | $450.00 |
| Christian Schreiber | $400.00 |
| Jin Kim | $400.00 |
| Kelly Knapp | $350.00 |
| Michael Thomas | $475.00 |
| Nancy Park | $450.00 |
| Naomi Sunshine | $450.00 |
| Purvi Patel | $350.00 |
| Erica Smith | $325.00 |

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 26 of 36

| Paralegal/Legal Assistant | Hourly Rate |
|---|---|
| Erica Maloney | $150.00 |
| Jake Gould | $150.00 |
| Jennifer Hebard | $150.00 |
| Josie Marks | $150.00 |
| Kisha Charles | $150.00 |
| Nathan Koff | $125.00 |
| Sam Marks | $150.00 |

*See* Appendix B to Mot. for Attorneys' Fees at 1 [Docket No. 909-2].

With respect to Guy Wallace, who has served as lead Class Counsel, Plaintiffs contend that Mr. Wallace's hourly billing rate of $650 is reasonable. Mot. at 20. In his Declaration, Mr. Wallace states that graduated from Harvard Law School in 1993 and has been practicing law for 17 years. Wallace Decl. ¶¶ 4, 5 [Docket No. 882]. During this time, Mr. Wallace has gained substantial experience in complex litigation and has served as lead counsel, co-lead counsel, or class counsel in more than 20 class actions. *Id.* ¶ 5. Plaintiffs have also submitted declarations from several other attorneys who are familiar with both Mr. Wallace's experience and the hourly rates charged by attorneys in the San Francisco Bay Area. These attorneys attest that Mr. Wallace's hourly billing rate is consistent with those of attorneys with similar experience, skill, and reputation for comparable work in complex class actions in this community. *See* Declaration of Richard M. Pearl ¶¶ 7-9 [Docket No. 879]; Declaration of James M. Finberg ¶ 17 [876]; Declaration of Jonathan E. Gertler ¶¶ 15, 18 [Docket No. 877]. Additionally, Plaintiffs note that several other courts have approved Mr. Wallace's hourly rates, including his 2010 billing rate of $650 an hour. *See* Wallace Decl. ¶ 135 & Ex. F (Order Granting Final Approval of Class Action Settlement, *Rosa v. Morrison Homes, Inc.*, Case No. 373059, p. 6 (Cal. Sup. Ct. Oct. 27, 2010) (approving $650 hourly billing rate)) & Ex. G (Order Granting Final Approval of Class Action Settlement, *Chau v. CVS RX Servs., Inc.*, Case No. BC349224, p. 4 (Cal. Sup. Ct. Sept. 24, 2008) (approving 2008 hourly billing rate of $600)); *see also Lopez v. San Francisco Unified Sch. Dist.*, 385 F. Supp. 2d 981, 991 (N.D. Cal. 2005) (approving 2005 rate of $435 an hour).

United States District Court
For the Northern District of California

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 27 of 58

United States District Court
For the Northern District of California

Taken together, the Court finds that this evidence demonstrates that Mr. Wallace's hourly rate of $650 is reasonable.

As to the other Schneider Wallace attorneys and paralegals, Plaintiffs contend that each of their rates is in line with those of attorneys and paralegals of similar experience and skill in the Bay Area. Mot. for Attorneys' Fees at 21. In his initial and supplemental declarations, Mr. Wallace sets forth each of the attorneys' and paralegal's education and qualifications. *See* Wallace Decl. ¶¶ 138-146; Supplemental Declaration of Guy B. Wallace ¶ 2, 3-11 [Docket No. 925]. In support of the billing rates charged by each attorney, Plaintiffs proffer testimony from Kelly Dermody and Mr. Gertler, who have extensive experience in class actions and are familiar with the rates charged by firms representing plaintiffs in class actions. *See* Declaration of Kelly M. Dermody ¶¶ 7-9, 13-14 [Docket No. 874]; Gertler Decl. ¶¶ 7, 13; Supplemental Declaration of Jonathan E. Gertler ¶¶ 6-7 [Docket No. 927]. Both Ms. Dermody and Mr. Gertler state that, based on their review of the Schneider Wallace attorneys' qualifications, the Schneider Wallace attorneys' respective billing rates are consistent with those billed by attorneys with similar experience performing comparable work in the San Francisco Bay Area. *See* Dermody Decl. ¶ 15; Gertler Decl. ¶ 15; Gertler Suppl. Decl. ¶ 7.[6] Further, Mr. Gertler opines that, based on his review of the paralegals' educational background and experience, their hourly rates of $125 and $150 is within the market range for paralegals and legal assistants having similar qualifications and performing similar work in the San Francisco Bay Area. Gertler Suppl. Decl. ¶ 8. Based on the Court's review of these materials, it finds that the hourly rates charged by the Schneider Wallace attorneys and paralegals are reasonable.

ii. Goldstein, Demchak, Baller, Borgen & Dardarian

Next, Plaintiffs contend that the hourly billing rates for the Goldstein, Demchak, Baller, Borgen & Dardarian ("Goldstein Demchak") attorneys are "eminently reasonable." Mot. for

[6] Plaintiffs also contend that "[s]everal courts have approved the current hourly rates of [Schneider Wallace] associates," and cite to the final settlement approval orders in *Rosa* and *Chau*. Mot. for Attorneys' Fees at 21. While both orders expressly approve Mr. Wallace's hourly rate, they do not identify the other associates for which they were approving fees. As a result, those decisions do not support approval of the associate billing rates in this case.

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 28 of 36

United States District Court
For the Northern District of California

Attorneys' Fees at 21. The hourly rates are as follows:

| Attorney | Hourly Rate |
|---|---|
| Barry Goldstein | $725.00 |
| David Borgen | $675.00 |
| Joseph Jaramillo | $500.00 |
| Holly Herndon | $465.00 |
| Enrique Martinez | $440.00 |
| James Kan | $365.00 |
| Gordon Kaupp | $375.00 |

| Paralegals/Legal Assistants | Hourly Rate |
|---|---|
| Hillary Baker | $195.00 |
| Jacqueline Thompson | $195.00 |
| Wendy Whitt | $195.00 |
| Jonathan Bolton | $125.00 |

*See* Appendix B to Mot. for Attorneys' Fees [Docket No. 909-2].

David Borgen's hourly rate of $675 is reasonable. Mot. for Attorneys' Fees at 21. In his Declaration, Mr. Borgen states that he graduated from University of California, Hastings College of the Law in 1981, and has been exclusively practicing in the area of labor and employment law since that time. Declaration of David Borgen ¶¶ 4-5 [Docket No. 873]. He states that since joining Goldstein Demchak in 1990, he has worked on some of the nation's largest employment class actions and has served as lead or co-lead counsel in numerous wage and hour class and collective actions. *Id.* ¶¶ 6-7. Additionally, he states that he has authored several articles on employment, wage and hour, and class action issues, and frequently lectures on the subjects. *Id.* ¶¶ 9-10. In 2008, he co-wrote and appeared in a training video on the FLSA produced by the Federal Judicial Counsel for federal district court clerks. *Id.* ¶ 11. In support of Mr. Borgen's rate Plaintiffs also proffer statements from several attorneys familiar with Mr. Borgen's skills and experience, who opine that Mr. Borgen's hourly rate falls within the range of market rates charged by attorneys in the Bay Area with comparable qualifications for work in complex litigation and class actions. *See* Pearl

United States District Court
For the Northern District of California

Declaration ¶¶ 7, 9; Finberg Decl. ¶ 17; Dermody Decl. ¶ 15; Gertler Decl. ¶ 29. Additionally, Plaintiffs point out that several state and federal district courts have approved Mr. Borgen's previous hourly rates in other cases. *See* Borgen Decl. ¶ 40.

Likewise, Plaintiffs contend that the other Goldstein Demchak attorneys' rates are also justified by their experience and skill. Mot. for Attorneys' Fees at 21. In his initial and supplemental declarations, Mr. Borgen sets forth each attorney's credentials and experience, as well as his or her role in the litigation. *See* Borgen Decl. ¶¶ 17- 25; Supplemental Declaration of David Borgen ¶¶ 4-8 [Docket No. 924]. Mr. Borgen also describes the qualifications of the paralegals who worked on this case. *See* Borgen Decl. ¶ 25; Borgen Suppl. Decl. ¶¶ 2-8. In support of the reasonableness of the fees, he states that Goldstein Demchak examines its attorneys' hourly rates annually to ensure that they are consistent with those of similar-sized Bay Area law firms that handle complex and class action litigation and that its rates have been approved by several California trial courts and federal district courts. Borgen Decl. ¶¶ 37-40. As additional support, Plaintiffs proffer statements from Mr. Gertler and Ms. Dermody attesting that the rates charged by the Goldstein Demchak attorneys and paralegals are consistent with those charged by attorneys and paralegals with similar skill and experience in the Bay Area. *See* Gertler Decl. ¶ 31; Gertler Suppl. Decl. ¶¶ 11,12; Dermody Decl. ¶ 15. Taking this evidence into consideration, the Court finds that the rate charged by each of the Goldstein Demchak attorneys and paralegals to be reasonable.

iii. <u>Grady Schneider</u>

Next, Plaintiffs seek approval of the hourly rates charged by attorneys and paralegals of Grady Schneider, LLP. Mot. at 22. Their hourly rates breakdown as follows:

| **Attorney** | **Hourly Rate** |
|---|---|
| Keith Grady | $650.00 |
| Peter Schneider | $650.00 |
| Bill Jones | $425.00 |
| Catherine Loving | $400.00 |

| Paralegals/Legal Assistants | Hourly Rate |
|---|---|
| Natalie White | $200.00 |
| Lisandro Cortez | $175.00 |
| Lupina Paiz | $150.00 |
| Margie Fisch | $$150.00 |
| Brenda Vasquez | $100.00 |
| Johnnie McCray | $100.00 |

*See* Appendix B to Mot. for Attorneys' Fees [Docket No. 909-2].

In support, Plaintiffs have submitted the Declaration of Peter Schneider, a founding partner of Grady Schneider, who sets forth the education, qualification, and experience of each of the attorneys, paralegals, and legal assistants from his firm who worked on this case. *See* Declaration of Peter R. Schneider ¶¶ 4-6, 10-17 [Docket No. 881]. Mr. Schneider further explains that the firm sets its hourly rates to be consistent with the market rates for comparable law firms that specialize in complex class actions litigation nationally, including those in the Bay Area. Schneider Decl. ¶¶ 33, 34. As evidence that the rates are reasonable, Plaintiffs have also proffered statements from Mr. Gertler, who opines that, based on his review of the attorneys' qualifications as set forth in Mr. Schneider's Declaration, the rates charged by Grady Schneider attorneys' fall with the range of prevailing hourly rates charged by attorneys with similar credentials in the Bay Area. *See* Gertler Decl. ¶ 32. Mr. Gertler further states that he reviewed the educational background and experience levels of each of the paralegals and legal assistants and that their hourly rates are within the market rate for paralegals and legal assistants with similar qualifications working in the Bay Area. Suppl. Gertler Decl. ¶¶ 13-14. The Court has carefully considered these materials and finds that the rates charged by Grady Schneider attorneys and support staff are reasonable.

iv. <u>Bailey Pinney</u>

Finally, Plaintiffs request that the Court approve the hourly rates of the Bailey Pinney attorneys who worked on this matter. Mot. at 22. The attorneys and their hourly rates are as follows:

United States District Court
For the Northern District of California

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 31 of 36

United States District Court
For the Northern District of California

| Attorney | Hourly Rate |
|---|---|
| AE Bud Bailey | $495.00 |
| Angela Laidlaw | $350.00 |
| Bonnie MacFarlane | $400.00 |
| Gary Parks | $400.00 |
| J. Dana Pinney | $495.00 |
| Jacqueline Koch | $395.00 |
| Joele Farnham | $250.00 |
| Jose Mata | $480.00 |
| Karen Moore | $280.00 |
| Katie Maynard | $350.00 |
| Lisa Sloman | $300.00 |
| Meike Chase | $250.00 |
| Mikki Kelly | $300.00 |
| Samuel Epstein | $425.00 |
| Sara Eliot | $275.00 |
| Sharon Cousineau | $300.00 |
| Shelby Clark | $325.00 |
| Susan Nelson | $250.00 |
| Susan Seemiller | $480.00 |
| Valerie Inforzato | $425.00 |

| Paralegals/Legal Assistants | Hourly Rate |
|---|---|
| Aaron Coquet | $85.00 |
| Chelsey Embree | $85.00 |
| Gabe Tomko | $85.00 |
| Jessica Reynolds | $85.00 |
| Shari McBride | $85.00 |
| Sara Sawyer | $85.00 |

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 32 of 36

United States District Court
For the Northern District of California

*See* Appendix B to Mot. for Attorneys' Fees [Docket No. 909-2].

In support, Plaintiffs have proffered declarations from J. Dana Pinney, the manager and a shareholder of the Bailey Pinney law firm.[7] Declaration of J. Dana Pinney [Docket No. 880]; Supplemental Decl. of J. Dana Pinney [Docket No. 918]. With one exception (addressed below), Mr. Pinney sets forth the credentials and experience of all of but one of the attorneys from Bailey Pinney who worked on this matter. Pinney Decl. ¶¶ 11-16; Pinney Suppl. Decl. ¶¶ 4-23. Plaintiffs have also submitted a supplemental declaration from Mr. Gertler, who reviewed the Baily Pinney attorneys' experience and backgrounds as set forth in Mr. Pinney's declarations. Gertler Suppl. Decl. ¶ 16. [Docket No. 927]. Mr. Gertler opines that the attorneys' hourly rates are within, or in some instances below, the range of reasonable hourly rates charged by attorneys with similar qualifications and experience in the San Francisco Bay Area for comparable work. Gertler Suppl. Decl. ¶ 16. After consideration of these materials, the Court finds that the hourly rates charged by Bailey Pinney attorneys are reasonable.

In reviewing Ms. Pinney's declarations, the Court notes that Mr. Pinney has failed to provide information regarding the education and experience of Meike Chase. Without such information, the Court cannot make an assessment of the reasonableness of his $250 hourly billing rate, and consequently, cannot award Plaintiffs fees for the 57.6 hours he billed, which amounted to $14,400. *See* Appendix B to Plaintiffs' Motion for Attorneys' Fees.

Plaintiffs also seek approval of the $85 hourly rate charged by five Bailey Pinney paralegals and legal assistants who worked on this case: (1) Aaron Croquet; (2) Chelsey Embree; (3) Gabe Tomko; (4) Jessica Reynolds; and (5) Shari McBride. *See* Docket No. 909-2 at 3. Notably, Mr. Pinney fails to provide any information regarding the qualifications and experience for these individuals in either his initial or supplemental declaration. Plaintiffs, however, have proffered statements from Mr. Gertler in support of these rates. Gertler Suppl. Decl. ¶ 17. Recognizing the lack of background information regarding for the five paralegals, Mr. Gertler nevertheless opines

---

[7] At the January 28, 2011 hearing, the Court noted that Mr. Pinney's declaration lacked information about several of the Bailey Pinney attorneys, inhibiting the Court from assessing the reasonableness of their hourly rates. Accordingly, the Court granted Plaintiffs leave to file a supplemental declaration from Mr. Pinney addressing those deficiencies.

that the $85 hourly rate is near the bottom of the market rate for paralegals and legal assistants in the Bay Area, if not below market rate. *Id*. He further opines that this rate would be appropriate for the most junior paralegals and legal assistants in the Bay Area working on class action litigation in a reputable law firm. *Id*. The Court has considered Mr. Gertler's opinions and has reviewed the time entries for the five individuals to ascertain the type of tasks their were completing. Notwithstanding the lack of background information, the Court is satisfied that the $85 hourly rate is a reasonable rate for the support staff services that these individuals performed.

b. *Reasonableness of the Hours Expended in Litigating the Case*

Having assessed the reasonableness of the hourly billing rates for the attorneys and paralegals who worked on this case, the Court turns to the second component of the lodestar calculation: evaluating the number of hours reasonably expended litigating this case. Generally, the party seeking fees bears the initial burden of establishing that the fees and costs taxed were associated with the relief requested and were reasonably necessary to achieve the results obtained. *See McMillon v. Hawaii*, No. 08-00578, 2011 WL 744900, at *7 (D. Haw. Feb. 22, 2011). Toward that end, the fee applicant must provide detailed time records documenting the tasks completed and the amount of time spent. *Hensley v. Eckerhard*, 461 U.S. 424, 424 (1983); *Welch v. Metropolitan Life Ins. Co.*, 480 F.3d 942, 945-46 (9th Cir. 2007). "Where the documentation of hours in inadequate, the district court may reduce hours accordingly." *Hensley*, 461 U.S. at 433. The district court may also exclude any hours that are excessive, redundant, or otherwise unnecessary. *Id*. at 434. After the fee applicant makes this initial showing, "[t]he party opposing the fee application has the burden of rebuttal that requires submission of evidence to the district court challenging the accuracy and reasonableness of the hours charged or the facts asserted by the prevailing party in its in its submitted affidavits." *Gates v. Deukmejian*, 987 F.2d 1392, 1397-98 (9th Cir. 1992). Here, RGIS has agreed not to oppose Plaintiffs' fee request. *See* Settlement Agreement ¶¶ 2.3(C), 2.12(B). Nevertheless, even if there is no objection, "the district court may not uncritically accept a fee request," but is obligated to review the time billed and assess whether it is reasonable in light of the work performed and the context of the case. *See Common Cause v. Jones*, 235 F. Supp. 2d 1076, 1079 (C.D. Cal. 2002) (citing *Sealy, Inc. v. Easy Living, Inc.*, 743 F.2d 1378, 1385 (9th Cir. 1984));

United States District Court
For the Northern District of California

*see also McGrath v. County of Nevada*, 67 F.3d 248, 254 n.5 (9th Cir. 1995) (noting that a court may not adopt a prevailing party's representations without conducting an independent review of the fee application).

As indicated above, Plaintiffs seek to recover fees for 20,267.9 hours billed by attorneys, and 13,101.2 hours billed by paralegals and legal assistants. *See* Appendix B to Motion for Attorneys' Fees [Docket No. 902-2]. Plaintiffs have submitted declarations from lead counsel from each of the law firms involved in this case attesting to the reasonableness of the number of hours billed and have submitted detailed time records for the Court's *in camera* review. Citing to this evidence, Plaintiffs assert that the hours billed "are fully justified by the tremendous burdens of over four years of intense, bitterly-contested litigation," as well as "RGIS's hyper-aggressive defense and refusal to engage in any settlement discussions, counsel's heavy discovery/investigation burden, the time requires to obtain and maintain class status in the face of adamant opposition and multiple motions for decertification, and the demands of opposing summary judgment and preparing for trial . . ." Mot. for Attorneys' Fees at 23.

Further, Plaintiffs explain that Class Counsel has exercised significant billing judgment by deducting 5,082 hours of recorded time to eliminate inefficiencies and other time entries that should not be claimed, thereby reducing the lodestar figure by $1,749,363.88, or 13.4%. *See* Wallace Decl. ¶¶ 149-164. Specifically, in his Declaration, Mr. Wallace states that as lead Class Counsel, he reviewed the billing records for all four firms that worked on this matter, and in the exercise of billing judgment, excluded: (1) attorneys or paralegals who billed less than 50 hours on the case; (2) time billed for clerical work that would not properly be billed by an attorney; (3) billing records dated prior to December 2006; (4) vague or incomplete entries; (5) duplicative entries; (6) half of the attorney travel time by using a "travel rate" of 50% of the attorney's regular billing rate. Wallace Decl. ¶¶ 150-55, 160. Through this method, Mr. Wallace reduced the hours billed as follows:

United States District Court
For the Northern District of California

| Law Firm | Hours Originally Billed | Hours Reduced | Hours Submitted for Award | Resulting Reduction in Lodestar Amount | % |
|---|---|---|---|---|---|
| Schneider Wallace | 17,653 | 1,057 | 16,596 | $253,384.50 | 4% |
| Grady Schneider | 15,423 | 3,251.6 | 12,171.4 | $1,179,487.50 | 26% |
| Goldstein Demchak | 2,431.5 | 222.8 | 2,208.7 | $58,906.50 | 6% |
| Bailey Pinney | 2,944.5 | 551.5 | 2,393 | $226,763 | 23% |

Wallace Decl. ¶¶ 156, 161-163. In light of these reductions, Plaintiffs contend that the resulting 33,369.1 total hours represents time that would be billed to a client of means in a comparable case and should therefore be approved by the Court. Mot. for Attorneys' Fees at 23; Wallace Decl. ¶ 164.

Plaintiffs further contend that the total hours is justified when taking into account the history and nature of this case. First, Plaintiffs argue that national wage-and-hour class actions under the FLSA are rare, and even fewer involve multiple parallel state class actions such as this case. Mot. for Attorneys' Fees at 24-25. Plaintiffs also point out the broad scope of this lawsuit, which challenged the employment practices of an employer that was structured with over 300 local districts across the United States and involved complicated legal and factual issues, including the application of wage-and-hour laws of four states. *Id.*

Second, Plaintiffs argues that because the case focused on payment of wages to low-income workers, the stakes involved in the lawsuit were high. *Id.* at 25.

Third, Plaintiffs argue that the amount of time billed was fair in light of the challenge of presenting proof of RGIS's systemic violations of federal and state wage and hour laws. They assert that "RGIS's noncompliance with the FLSA and state laws was diffuse in nature and spread throughout its entire operations across the United States." *Id.* Counsel therefore had to investigate RGIS's national policies and training materials, as well as how RGIS applied those policies and materials at the local level in RGIS's 300 districts to deprive employees of their wages. *Id.* Additionally, Plaintiffs contend that, in order for its experts to complete a statistical analysis for use in a damages model, counsel had to investigate RGIS's time and payroll records and its procedures regarding how they were developed and maintained. *Id.* at 26. Plaintiffs explain that, "[e]ach of

United States District Court
For the Northern District of California

these major subject areas required its own set of written discovery, depositions, and expert testimony," which resulted in 64 depositions, over 124,000 pages of documents being produced, and declaration and testimony from several hundred auditors and dozens of former managers. *Id.*

Fourth, Plaintiffs contend that the amount of time billed was necessary in response to RGIS's aggressive litigation strategy. *Id.* According to Plaintiffs, RGIS opposed Plaintiffs' claims "in virtually every way short of trial, and were only willing to settle once trial was imminent." *Id.* Thus, Class Counsel not only had to respond to RGIS's motions, but given its resistance to settlement, had to be fully prepared to proceed to trial. *Id.* at 27.

Fifth, Plaintiffs assert that, although they were represented by multiple attorneys from four law firms, there was no unnecessary duplication of effort. *Id.* at 27. Citing to statements from Mr. Wallace, Mr. Borgen, and Mr. Schneider, Plaintiffs contend that the four firms had separate roles in litigating the case and coordinated their work effectively and efficiently. *Id.* (citing Wallace Decl. ¶¶ 121-133; Borgen Decl. ¶¶ 32-36; Schneider Decl. ¶¶ 21-32). Specifically, Schneider Wallace took the lead role in litigating the case and prepared the majority of Plaintiffs' motions and oppositions, including those relating to class certification and opposing RGIS's motion for summary judgment. Mot. for Attorneys' Fees at 27; Wallace Decl. ¶¶ 121, 124. Additionally, Schneider Wallace was responsible for taking and defending the majority of the depositions in the case and preparing for settlement and trial. Wallace Decl. ¶ 121.

Beginning in January 2008, Goldstein Demchak handled the preparation of class certification declarations and discovery responses for class members in New York and New Jersey. Mot. for Attorneys' Fees at 28; Borgen Decl. ¶ 32. After the failed mediation in October 2009, Goldstein Demchak took and increased role in the case by drafting the opposition briefs to RGIS's various motions, conducting the second stage of expert discovery, and working on trial preparation. *Id.*

Grady Schneider served as the primary contact for the opt-in class members following conditional certification of the national FLSA class and issuance of the notice. Mot. for Attorneys' Fees at 28; Schneider Decl. ¶¶ 24-26. Additionally, Grady Schneider took the deposition of RGIS's main Rule 30(b)(6) witness and prepared declarations and assisted with discovery responses of auditors who worked in the central and southern regions of the country. Schneider Decl. ¶¶ 22, 31.

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 37 of 58

United States District Court
For the Northern District of California

Bailey Pinner was responsible for filing the initial complaint in the *Wren* matter. Wallace Decl. ¶ 133. After consolidation of the actions, Bailey Pinney assisted with preparation of discovery and auditor declarations for class members in the Pacific Northwest region. *Id.*

Plaintiffs assert that by coordinating responsibilities amongst the four firms, counsel was able to manage the extensive discovery and thoroughly investigate the facts needed to establish and maintain class certification and pursue the classes' federal and state claims, while at the same time minimizing duplication of efforts. Mot. for Attorneys' Fees at 29.

Sixth, Plaintiffs argue that the results counsel obtained for the class support the amount of time billed. Mot. for Attorneys' Fees at 29. As discussed above, the Settlement Agreement provides for a monetary relief that closely approximates the class members' lost wages, overtime pay, interest, and federal liquidated damages, as well as equitable relief. Citing *Moreno v. City of Sacramento*, 534 F.3d 1106, 1112 (9th Cir. 2008), as support, Plaintiffs' argue that because this was a contingency fee case, Class Counsel had little incentive to spend unnecessary time on tasks to inflate their fees. Mot. for Attorneys' Fees at 29. Rather, Plaintiffs maintain that the hours Class Counsel spent litigating the case were limited to that necessary to pursue Plaintiffs' claims and to respond to RGIS's relentless opposition and motion practice. *Id.* at 30.

Finally, Plaintiffs contend that the fee award in this case is comparable to fee awards in similar class actions. *Id.* In support, Plaintiffs proffer two decisions from California state court and two decisions from the Northern District as support: (1) *Duran v. U.S. Bank*, No. 2001-035537 (Alameda Sup. Ct. July 19, 2010) (granting plaintiffs $18.7 million in attorneys' fees in a wage-and-hour class action resulting in a class judgment of $15 million); (2) *Savaglio v. Wal-Mart*, No. C-835687-7 (Alameda Sup. Ct. Sept. 10, 2010) (awarding $52.5 million in fees in national wage-and-hour class action); (3) *Rosenburg v. IBM*, 2007 WL 2043857, at *1 (N.D. Cal. July 12, 2007) (awarding $16.25 million in fees and $250,000 in costs in wage-and-hour class action in which plaintiffs obtained a $65 million common fund); *Satchell v. FedEx*, 2007 WL 2343904, at *1 (N.D. Cal. Aug. 14, 2007) (finding $12,425,000 in attorneys' fees fair and reasonable under both lodestar and common fund methods).

Taking the foregoing arguments into consideration, and after carefully reviewing counsel's

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 38 of 56

United States District Court
For the Northern District of California

timesheets submitted in conjunction with Plaintiffs' fee request, the Court finds that the 33,369.1 hours are a reasonable calculation of the time spent litigating this case. As Plaintiffs point out, and as the record in this case illustrates, the parties vigorously litigated this case for over four years. From its initial stages, RGIS moved to dismiss the *Wren* action, opposed Plaintiffs' motions to amend the First Amended Complaint and to consolidate the *Wren* and the *Piper* actions, opposed certification of the FLSA collective action and the Rule 23 classes (and later moved to decertify both), and repeatedly refused to produce discovery, necessitating numerous motions to compel by Plaintiffs. Thus, the amount of time Class Counsel billed is in large part a result of RGIS's aggressive defense strategy.

Coupled with the legal battles between the parties, because this case involved both a national FLSA class, as well as Rule 23 classes from four states, Class Counsel had to marshal and organize a substantial amount of discovery from RGIS employees and potential class members around the country. Particularly, given the variations in RGIS's implementation of its policies, counsel had to devote significant resources to investigating RGIS's practices in its local districts. Thus, the logistics of putting together evidence to support class certification, and later, to oppose RGIS's summary judgment motion required substantial time from both attorneys and support staff.

It is against this backdrop that the Court has reviewed counsel's timesheets. In undertaking this review, the Court has found some instances of duplication of efforts among the firms, as well as instances of overbilling for routine tasks. Cognizant of these inefficiencies reflected in the timesheets, and in the exercise of billing judgment, Class Counsel has reduced of the total amount of time billed by 13.4%. The Court finds that this reduction is not only warranted, but is commensurate with the reduction the Court would have applied to bring the time billed in line with what would be reasonable in this type of case. Particularly, the significant reductions from Grady Schneider and Pinney Bailey, both of which focused mainly on discovery, is consistent with the reductions the Court finds are justified. The only additional reduction the Court makes is to the 57.6 hours billed by Bailey Pinney attorney Meike Chase. With this exception, the Court finds that the hours billed by the attorneys and paralegals in this case as itemized in Appendix B to Plaintiff's Motion [Docket No. 909-2], which takes into account the 13.4% reductions, totaling 33,311.5 hours, are reasonable

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 39 of 56

United States District Court
For the Northern District of California

and will be used to calculate the lodestar amount.

*c. Calculation of Lodestar Figure*

Having determined that counsel's hourly rates and the amount of time billed as set forth in Appendix B to Plaintiffs' Motion are reasonable, the Court calculates Class Counsel's lodestar figure to be $11,307,449.62.[8]

In the second stage of the lodestar analysis, the Court must decide whether to enhance or reduce the lodestar figure based on an evaluation of the *Kerr* factors that are not already subsumed in the initial lodestar calculation. Here, Plaintiffs have not argued for an enhancement of the baseline lodestar figure and the Court sees no basis to make such an enhancement. Further, because the Court finds that the lodestar figure yields a reasonable fee award, the Court sees no basis for a reduction in the lodestar figure. Accordingly, the Court concludes that Plaintiffs are entitled to an award of attorneys fees in the amount of $11,307,449.62.

**2. Comparison with Percentage of Fund Calculation**

Although the Court has chosen to analyze Plaintiffs' fee request using the lodestar method, it would reach the same result regarding the amount of reasonable attorneys' fees Plaintiffs are entitled to if it utilized the percentage of fund approach. In cases where the district court analyzes a fee request using the percentage of fund method, the Ninth Circuit has established 25% of the common fund as a "benchmark" for attorneys' fee. *Powers*, 229 F.3d at 1256; *Torrisi*, 8 F.3d at 1376. However, this "benchmark percentage should be adjusted, or replaced by a lodestar calculation, when special circumstances indicate that the percentage recovery would be either too small or too large in light of the hours devoted to the case or other relevant factors." *Six Mexican Workers v. Ariz. Citrus Growers*, 904 F.2d 1301, 1311 (9th Cir. 1990). In determining whether the standard 25% benchmark should be awarded or adjusted either upward or downward, courts may consider: (1) the result obtained for the class; (2) the effort expended by counsel; (3) counsel's experience; (4) counsel's skill; (5) the complexity of the issues; (6) the risks of non-payment assumed by counsel; (7) the reaction of the class; and (8) the comparison of the benchmark with counsel's lodestar. *See*

[8] The figure takes into account a deduction of $14,400 for time billed by Meike Chase.

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 40 of 56



*Craft v. County of San Bernardino*, 624 F. Supp. 2d 1113, 1116-17 (C.D. Cal. 2008); *Fernandez v. Victoria Secret Stores, LLC*, No. CV 06-04149, 2008 WL 8150856, at *11 (C.D. Cal. July 21, 2008).

Here, taking the total settlement amount of $27,000,000, the $11,321,849.62 in attorneys' fees that Plaintiffs seek amount to 42% of the total settlement payment. Thus, the amount Plaintiffs seek exceeds the 25% benchmark. The Court must therefore consider whether the factors enumerated above support an upward departure from the benchmark.

The first factor focuses on the result counsel obtained for the class. As discussed in detail above, the settlement agreement provides for both a monetary payment to class members that approximates Plaintiffs' calculation of damages, as well as injunctive relief in the form of RGIS amending its policies to clearly indicate that employees are to put on required audit equipment after scanning in for purposes of receiving pay and providing training to its employees regarding the changes. As Plaintiffs correctly note, because the FLSA does not provide for injunctive relief, this concession from RGIS exceeds what Plaintiffs could have obtained even if they had prevailed at trial. Thus, this factor supports an increase from the benchmark.

The second factor the Court may consider is the effort expended by counsel in litigating this case. Again, as described above, Class Counsel dedicated significant time and resources in pursuing Plaintiffs' claims, particularly in light of the aggressive defense presented by RGIS. Counsel conducted extensive discovery, took and/or defended 64 depositions, responded to and propounded written discovery, successfully moved to compel discovery withheld by RGIS, defended against RGIS's motion to dismiss, successfully moved to certify the national FLSA class and Rue 23 classes in four states, successfully opposed RGIS's motions to decertify the classes, opposed RGIS's summary judgment motion, and participated in mediation sessions that ultimately led to the settlement of this case and relief for the classes. While wide-scale discovery, certification motions, and dispositive motions are routine in class actions, the complexity and novelty of the legal and factual issues raised in this matter made each of these components especially demanding. Thus, this factor supports an increase from the standard benchmark.

The third and fourth factors examine counsel's experience and skill. As detailed in the declarations of Mr. Wallace, Mr. Schneider, Mr. Borgen, and Mr. Pinney, both lead counsel and the

United States District Court
For the Northern District of California

attorneys from each firm who staffed the case have significant experience litigating class actions and wage-and-hour claims. Throughout the course of the litigation Class Counsel successfully defended against RGIS's attempts to dismiss Plaintiffs' claims and to decertify the classes and pursed Plaintiffs' claims until the point of settlement. Accordingly, these factors support an increase from the standard fee award.

The fifth factor focuses on the complexity of the issues raised in the action. Here, Plaintiffs asserted claims under both the FLSA and the laws of California, Washington, Oregon and Illinois regarding travel/ commute time and donning time and meal period breaks under California, Washington, and Oregon law. Each of these claims required analysis of federal and state regulations and raised highly-contested factual issues regarding RGIS's payment practices and the amount of wages class members were owed. Thus, this factor supports an increase from the benchmark.

The sixth factor evaluates the risks of non-payment counsel assumed in taking the case. Here, counsel assumed significant risk when accepting this case on a contingency fee basis. As counsel notes, few national FLSA collective actions and off-the-clock class actions have been certified. Thus, Counsel's decision to represent Plaintiffs and pursue their claims on a class-wide basis despite the paucity of precedent supporting such class actions, supports an increase in the benchmark.

Under the seventh factor, the Court considers the reaction of the class. As discussed above, to date only 33 class member have opted out of the settlement and only 16 class members have filed objections. The overwhelming participation in the settlement and the minimal number of objections suggest that counsel obtained a favorable result for the class and support an increase from the standard award.

Finally, the eighth factor compares the 25% benchmark with counsel's lodestar. Applying the standard 25% benchmark to the $27,000,000 settlement amount would result in an attorneys' fees award of $6,750,000. The difference between the $11,307,449.62 fee award using the lodestar and the $6,750,000 benchmark is $4,557,449.62. While the difference amounts to an approximate 17% increase in the benchmark, in light of the factors discussed above, the Court cannot say that this increase is unjustified.

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 42 of 56



In sum, even if the Court were to analyze Plaintiffs' fee request under the percentage of fund analysis, there is ample support for adjusting the 25% presumptive benchmark upward to take into account the complexity and duration of the litigation, counsel's skill and experience, the results achieved that include both monetary and injunctive relief, and the positive reaction and low opt-out rate of the class. The Court therefore finds that Plaintiffs' request for an award of $11,307,449.62 in attorneys' fees – amounting to just under 42% of the settlement amount – is appropriate and reasonable in this case.

**3. Costs and Fees**

As indicated above, Rule 23(h) authorizes a court to award fees and nontaxable costs that are authorized by law or by the parties' agreement. Fed. R. Civ. P. 23(h). Pursuant to the Settlement Agreement, Plaintiffs may seek $2,200,000 in litigation expenses. *See* Settlement Agreement ¶ 212B. In their Motion, Plaintiff request that the Court award a combined total of $2,113,792.81 in costs and expenses incurred through November 1, 2010. Mot. for Attorneys' Fees at 34. Itemized by law firm, the costs are as follows:

| | |
|---|---|
| Schneider Wallace | $1,758,623.40 |
| Grady Schneider | $223,742.02 |
| Goldstein Demchak | $24,000 |
| Bailey Pinney | $107,427.39 |

*See* Appendix B. to Mot. for Attorneys' Fees [Docket No. 909-2].

In support their request for an award of $1,758,623.40 for costs incurred by Schneider Wallace, Plaintiffs have proffered testimony from Mr. Wallace setting forth a breakdown of the costs. *See* Wallace Decl. ¶¶ 180-192. Additionally, Plaintiffs have submitted an itemized list of the expenses, along with invoices and receipts. *See* Declaration of Eugenia Gueorguieva, Ex. A - Q [Docket No. 872]. Notably, in his Declaration, Mr. Wallace states that Schneider Wallace advanced $1,598,589.41 in litigation costs and expenses. He further states that, "[b]ecause of this extraordinary outlay of costs and expenses, [] Schneider Wallace respectfully requests that it be awarded 6% interest compounded annually . . . on the outlays that have been made," which would result in an additional $160,033.99. Wallace Decl. ¶ 194. In support of this request, Mr. Wallace

United States District Court
For the Northern District of California

cites to language in the Supreme Court's decision in *Perdue*, 130 S. Ct. at 1674-75. The discussion upon which Mr. Wallace relies pertains to enhancements of attorneys' fee awards; it does not discuss whether a court should award interest on costs expended. It is therefore inapposite. Plaintiffs have not cited any other authority or language from the Settlement Agreement indicating that an award of interest on costs in available in this case. Accordingly, the Court will exclude $160,033.99 from Schneider Wallace's costs.

Reviewing the itemization of expenses attached to Ms. Gueorguieva's Declaration, Schneider Wallace's costs and expenses amount to $1,598,589.41. *See* Gueorguieva Decl. ¶ 4 & Ex. A. The Court has reviewed the expenses and costs Schneider Wallace advanced and finds that Schneider Wallace is entitled to repayment of these expenses in the amount of $1,598,589.41.

Next, Plaintiffs seek an award of $223,742.02 for costs and expenses incurred by the Grady Schneider law firm. In support of this request, Plaintiffs have submitted Mr. Schneider's statement that his firm incurred $223,742.02 in litigation-related costs and expenses. Schneider Decl. ¶ 36. While Mr. Schneider refers to an itemization of these expenses and copies of the receipts and invoices as an exhibit to his Declaration, these documents are not currently in the record. To enable the Court to assess whether these expenses are compensable, the Court directs Plaintiffs to file the itemization, along with receipts and invoices, within 10 days of the date of this Order. The Court will reserve $223,742.02 from the Settlement Amount, which it may award to Grady Schneider after reviewing the supplemental documentation of its expenses.

As to Goldstein Demchak, Plaintiffs request that the Court approve an award of costs and expenses in the amount of $24,000. In support of this request, Mr. Borgen has submitted an itemization of the expenses the firm advanced as an exhibit to his Declaration. *See* Borgen Decl. ¶ 52 & Ex. 4. The itemization identifies both the categories of expenses incurred and the total amounts paid. *Id*. However, there is currently no documentation of these expenses in the record for the Court to review.[9] The Court therefore directs Plaintiffs to file documentation of the expenses outlined in Exhibit 4 to Mr. Borgen's Declaration within 10 days of the filing date of this Order.

---

[9] Mr. Borgen indicates that he provided a more detailed itemization to Mr. Wallace for filing; however, Mr. Borgen does not indicate the docket entry for that filing. *See* Borgen Decl. ¶ 52.

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 44 of 56



Further, the Court will reserve $24,000 from the Settlement Amount which it may award to Goldstein Demchak, after reviewing this documentation.

Finally, Plaintiffs seek an award of $107,427.39 for costs and expenses Bailey Pinney incurred in this litigation. In support of this request, Mr. Pinney has submitted a list of expenditures and copies of receipts and invoices. *See* Pinney Decl. ¶ 20 & Ex. B. However, Exhibit B merely lists expenses without explanation and does not include any categorical itemization of the expenses. The Court therefore cannot assess the reasonableness of the costs. To allow the Court to assess whether the expenses are reasonable, it directs Plaintiffs to file an itemization listing the expenses by category and the total amount advanced for each category within 10 days of the filing date of this Order. The Court will reserve $107,427.39 from the Settlement Amount which it may award to Bailey Pinney after reviewing this supplemental material.

**4. Fees for Settlement Administration**

Pursuant to the Settlement Agreement, Plaintiffs are authorized to seek approval of an award of $11,380,000 in attorneys' fees and $2,200,00 in litigation expenses. In their Motion, Plaintiffs have sought $11,321,849.62 in fees and $2,113,792.81 in costs. Thus, there is a difference of $144,357.57 between the maximum fees and costs Plaintiffs were permitted to seek under the Settlement Agreement, and those Plaintiffs actually sought in their Motion. Plaintiffs have requested that this amount be available to compensate counsel for the time and expenses necessary to complete implementation of the settlement. Specifically, Mr. Wallace estimates that administration of the settlement will require at least $200,000 of attorney time to respond to class member inquiries and to assist them in obtaining their damages payment. Wallace Decl. ¶ 203. The Court has considered this request and finds that counsel has adequately demonstrated that they will continue to oversee administration of the settlement and are therefore entitled to fees for such work. To ensure that the remaining $144,357.57 is commensurate with the amount of additional time counsel spends on this case, the Court **ORDERS** Class Counsel to file a declaration no later than one year after final approval of the settlement indicating the hours billed in administering the settlement and attach as exhibits all appropriate records documenting such time.

**D. Conclusion**

In sum, afer careful consideration of Plaintiffs' arguments in support of its request for an award of attorneys' fees, a thoroughly reviewing the evidence proffered substantiating both the reasonableness of counsel's hourly rates and the amount of time billed, the Court **GRANTS** Plaintiffs' request for an award of $11,307,449.62 in attorneys' fees.

The Court further **GRANTS** Plaintiffs' request for an award of costs and expenses as follows. The Court awards Schneider Wallace $1,598,589.41 in costs. With respect to the request for an award of costs incurred by Grady Schneider, Goldstein Demchak, and Bailey Pinney, the Court reserves its ruling on this request and further reserves $355,169.41 from the Settlement Amount, which represents the total amount of costs requested from these firms, pending Plaintiffs' filing supplemental materials itemizing and documenting their expenditures. After its review of the supplemental materials, the Court will issue an order regarding their requests for costs.

With respect to the $160,033.99 requested by Schneider Wallace for interest on its expenses, the Court **ORDERS** that this money shall be included in the Settlement Payments distributed to Authorized Claimants. *See* Settlement Agreement ¶ 2.12.F

**VI. MOTION FOR SERVICE AWARDS**

**A. Overview of Plaintiffs' Motion**

As indicated above, the Settlement Agreement authorizes the Named Plaintiffs to seek Court approval of a service award for their work in this case. Specifically, section 2.12.D of the Settlement Agreement provides in pertinent part:

> Service Awards. Plaintiffs will request Service Awards of not more than $5,000 each. Such Service Awards will be paid from the Settlement Amount as described in this Agreement. Defendant will not object to amounts sought for such awards. The parties recognize that the Court may decide that different amounts are appropriate Service Awards. Any such alternative amounts will be acceptable to the parties, provided that all such amounts must be paid solely from the Settlement Amount.

Pursuant to this provision, Plaintiffs now request that the Court approve service awards of $5,000 for each of the Named Plaintiffs and a service award of $2,500 for opt-in Plaintiff Verne

United States District Court
For the Northern District of California

Lund.[10] Motion for Service Awards at 4 [Docket No. 869]. Plaintiffs contend that they have been actively involved in all stages of this litigation and that through their time and effort the class members were able to secure a favorable settlement. In the same vein, Plaintiffs assert that although Mr. Lund is not a Named Plaintiff and the Settlement Agreement does not provide for such an award, Mr. Lund made contributions to the prosecution of the class action that exceeded those of the class members and therefore merit a service payment.

**B. Legal Standard**

It is well-established in this circuit that named plaintiffs in a class action are eligible for reasonable incentive payments, also known as service awards. *See Stanton*, 327 F.3d at 977. In fact, the Ninth Circuit recently noted that incentive payments to named plaintiffs have become "fairly typical" in class actions. *Rodriguez*, 563 F.3d at 958 (citing 4 William B. Rubenstein *et al.*, *Newberg on Class Actions* § 11:38 (4th ed.2008); Theodore Eisenberg & Geoffrey P. Miller, *Incentive Awards to Class Action Plaintiffs: An Empirical Study*, 53 U.C.L.A. L.Rev. 1303 (2006) (finding that 28% of settled class actions between 1993 and 2002 included an incentive award to class representatives)). However, while incentive payments have become increasingly common, there is no entitlement to an incentive payment. Rather, "[s]uch awards are discretionary . . . and are intended to compensate class representatives for work done on behalf of the class, to make up for financial or reputational risk undertaken in bringing the action, and, sometimes, to recognize their willingness to act as a private attorney general." *Id.* at 958-59 (analyzing *ex ante* incentive agreements between certain named plaintiffs and class counsel); *see also In re Mego Fin. Corp. Sec. Litig.*, 213 F.3d at 463. When incentive payments are part of a settlement, the court must carefully consider the disparity created by incentive payments to named plaintiffs because "excessive payments to named class members can be an indication that the agreement was reached through fraud or collusion." *Stanton*, 327 F.3d at 975. Particularly, the Ninth Circuit has cautioned that, "if class representatives expect routinely to receive special awards in addition to their share of the recovery, they may be tempted to accept suboptimal settlements at the expense of the class members

---

[10] In their Motion, Plaintiffs request conflicting award amounts for Mr. Lund. At the January 28, 2011 hearing, counsel clarified that Plaintiffs are seeking an award of $2,500 for Mr. Lund.

United States District Court
For the Northern District of California

whose interests they are appointed to guard." *Id.* (quoting *Weseley v. Spear, Leeds & Kellogg*, 711 F. Supp. 713, 720 (E.D.N.Y. 1989)).

When considering a request for an incentive payment, the court must evaluate each request individually, taking into account the following factors: (1) the actions the plaintiff has taken to protect the interests of the class; (2) the degree to which the class has benefitted from those actions; (3) the duration of the litigation and the amount of time and effort the plaintiff expended in pursing it; and (4) the risks to the plaintiff in commencing the litigation, including reasonable fears of workplace retaliation, personal difficulties, and financial risks. *See id.* at 977 (citing *Cook v. Niedert*, 142 F.3d 1004, 1016 (7th Cir. 1998)); *see also In re Walmart Stores, Inc. Wage & Hour Litig.*, No. C 06-2069, 2010 WL 31266, at *3 (N.D. Cal. Jan. 5, 2011) (applying *Stanton* factors); *Singer v. Becton Dickinson & Co.*, No. 08-CV-821-IEG, 2009 WL 4809646, at *9 (S.D. Cal. Dec. 9, 2009) (same).[11] Additionally, to ensure that an incentive payment is not excessive, the court must balance "the number of named plaintiffs receiving incentive payments, the proportion of the payments relative to the settlement amount, and the size of each payment." *Stanton*, 327 F.3d at 977; *see also Alberto v. GMRI, Inc.*, 252 F.R.D. 652, 669 (E.D. Cal. 2008). With the foregoing factors as guidance, the Court turns to Plaintiffs' requests.

---

[11] In assessing the reasonableness of an inventive award, several district courts in the Ninth Circuit have applied the five-factor test set forth in *Van Vranken v. Atlantic Richfield Co.*, 901 F. Supp. 294, 299 (N.D. Cal. 1995), which analyzes: (1) the risk to the class representative in commencing a class action, both financial and otherwise; (2) the notoriety and personal difficulties encountered by the class representative; (3) the amount of time and effort spent by the class representative; (4) the duration of the litigation; and (5) the personal benefit, or lack thereof, enjoyed by the class representative as a result of the litigation. *See, e.g., Carter v. Anderson Merch., LP*, No. EDCV 08-0025-VAP, 2010 WL 1946757, at *3 (C.D. Cal. May 11, 2010); *Williams v. CostCo Wholesale Corp.*, No. 02cv2003 IEG, 2010 WL 2721452, at *7 (S.D. Cal. July 7, 2010); *Fulford v. Logitech, Inc.*, No. C 08-2041 MMC, 2010 WL 807448, at *2 (N.D. Cal. Mar. 5, 2010). While the five factors set forth in *Van Vranken* differ slightly from those articulated by the Ninth Circuit in *Stanton*, both sets of factors share the same aim: to thoroughly evaluate a named plaintiff's role in a class action to determine whether a proposed incentive payment is reasonable. To the extent that the *Van Vranken* factors identify additional criteria that aids in the reasonableness inquiry, the Court has incorporated that criteria into its analysis applying the *Stanton* factors.

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 48 of 56

United States District Court
For the Northern District of California

**C. Analysis**

**1. Actions Taken to Protect Class Interests & the Amount of Time and Effort Expended**

The first and third factors set forth in *Stanton* respectively examine the actions each of the Named Plaintiffs took to protect the interests of the class, and the amount of time and effort they expended in pursuing the litigation. *Stanton*, 327 F.3d at 977. Because both factors focus on the Named Plaintiffs' (and, in this case, Mr. Lund's) individual contributions to the litigation, the Court will consider both factors together.

In their Motion, Plaintiffs state that they have each devoted a significant amount of time and effort to fulfilling their obligations as class representatives by working extensively with Class Counsel to explain and develop the facts and issues involved in this case, respond to RGIS's defenses and challenges, prepare for mediation and trial, and evaluate what is fair and reasonable for the class as a whole. Mot. for Service Awards at 5-6. Plaintiffs proffer the following account of their participation in this litigation.

In the early stages of the litigation, Plaintiffs state that they met with Class Counsel to discuss the facts that formed the basis for their claims and provided counsel with background information about the type of work they and the other class members performed for RGIS, the hours that they worked, and RGIS's pay practices and procedures. *Id.* at 2; Declaration of Andrew P. Lee ¶ 5 [Docket No. 870]. Each of the Named Plaintiffs also reviewed the initial Complaint and the First Amended Consolidated Complaint and signed an agreement to serve as class representatives. Mot. at 2; Lee Decl. ¶¶ 5, 7.

Thereafter, the Named Plaintiffs contend that they were actively involved in discovery and provided information used in pre-trial motions. Mot. for Service Awards at 3. They state that each Named Plaintiff responded to a set of twenty-five interrogatories and a set of sixty-three requests for production of documents, which required them to spend substantial time communicating with Class Counsel to assist in preparing the responses and to gather and produce the responsive documents. *Id.* at 3; Lee Decl. ¶¶ 10-11. According to Mr. Lee, "the drafting, reviewing, editing, and verification of each set of interrogatories required on average six hours or more on the part of the

Case 3:06-cv-05778-JCS Document 332 Filed 04/01/11 Page 49 of 56

United States District Court
For the Northern District of California

Named Plaintiffs." Lee Decl. ¶ 11.

Additionally, Plaintiffs proffer that, with the exception of Ms. Sheldranti, Ms. Zustak, and Ms. Feige, all of the Named Plaintiffs and Mr. Lund were deposed, which required hours of preparation and for Ms. Manos, Ms. Schnars, Ms. Gatlin, and Mr. Lund required travel to San Francisco to sit for their depositions. Mot. for Service Awards at 3; Lee Decl. ¶¶ 12, 14. Mr. Lee estimates that each deponent spent an average of 12 hours preparing for and sitting for his or her deposition. Lee Decl. ¶ 13.

With respect to the pre-trial motions filed, Plaintiffs state that each of them provided at least one declaration in connection with Plaintiffs' motions or oppositions to RGIS's motions. Mot. for Service Awards at 3. Particularly, Ms. Boze, Ms. Cunningham-Gibson, Ms. Garcia, Ms. Pease, Ms. Pierson, Ms. Piper, Ms. Rosenthal, Ms. Saites, Ms. Verbick, and Ms. Wren, along with Mr. Lund, submitted declarations in support of Plaintiff's Motion to Facilitate Notice and Motion for Class Certification Pursuant to Rule 23. Lee Decl. ¶ 8. Likewise, Ms. Cassara, Ms. Manos, Ms. Martinez, Ms. Schnars, and Ms. Thompson submitted declarations in support of Plaintiffs' Motion to Facilitate Notice and Plaintiff's Opposition to RGIS's Motion for Decertification. *Id.* Plaintiffs contend that "[t]hese declarations required additional time-consuming phone interviews, numerous follow-up calls, and the exchange of drafts via facsimile and email." Mot. for Service Awards at 3. Mr. Lee estimates that the drafting, reviewing, editing, and executing of the declarations took at least three hours for each declarant. Lee Decl. ¶ 9.

Plaintiffs further proffer that they each participated in the settlement process. Mot. for Service Awards at 4. With respect to the parties' first mediation session on October 5, 2009, Ms. Wren, Mr. Barnes, and Ms. Cunningham-Gibson took time off of work and traveled to San Francisco from out of state to attend the six-hour mediation, while the other Named Plaintiffs were available by phone. Lee Decl. ¶ 16. During the subsequent mediation sessions on April 22, 2010 and May 7, 2010, all of the Named Plaintiffs made themselves available by phone so that Class Counsel could contact them to evaluate mediation proposals. Lee Decl. ¶ 17. Once the parties reached a settlement, the Named Plaintiffs reviewed multiple drafts of the Settlement Agreement and discussed the proposed settlement over the phone with Mr. Lee, during which time he addressed

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 50 of 56



their questions about the terms of the settlement, including the monetary and injunctive relief to the class, the amount of attorneys' fees, the scope of the release, the settlement approval process, and the timing for finalizing settlement. Mot. for Service Awards at 4; Lee Decl. ¶ 20.

Plaintiffs also proffer that throughout the course of the lawsuit, each of them was in constant communication with Class Counsel to discuss the progress of the case and to provide additional factual information. Mot. for Service Awards at 3. Mr. Lee attests that his billing records indicate that he spoke by phone with the Name Plaintiffs on numerous occasions, including 30 phone calls with Ms, Piper, 20 phone calls with Ms. Martinez, 16 phone calls and 8 emails with Mr. Lund, 15 phone contacts with Ms. Boze, 7 phone contacts and seven emails with Mr. Barnes, and 11 phone calls with Ms. Cassara. Lee Decl. ¶ 15.

Finally, Plaintiffs submit that, prior to the settlement, each of the Named Plaintiffs was involved in trial preparation. Mot. for Service Awards at 5. According to Mr. Lee, in late 2009 Class Counsel held a series meetings with the Named Plaintiffs to discuss trial preparation, their ability to testify at trial, and settlement. Lee Decl. ¶ 18. He states that each of the meetings lasted approximately thirty minutes and the Named Plaintiffs attended the meetings either in person or through teleconference. *Id.* Additionally, Ms. Martinez, Ms. Wren, Ms. Boze, and Mr. Barnes met in person with Plaintiffs' trial consultant in San Francisco, and Ms. Boze and Mr. Barnes provided mock testimony that was recorded in preparation for trial. Lee Decl. ¶ 19.

Based on the foregoing descriptions, Plaintiffs contend that throughout each stage of the case, they actively participated in the prosecution of this action and dedicated substantial time and effort toward fulfilling their roles as class representatives. They maintain that, as a result of such efforts, they were able to secure a significant financial recovery through the Settlement, which benefits the class as a whole. They therefore assert that in light of such efforts and recovery, the $5,000 service awards to each of the Named Plaintiffs and $2,500 service award to Mr. Lund are amply justified.

To assist the Court with assessing the role each of the Named Plaintiffs and Mr. Lund played in this litigation, the Court requested that the Named Plaintiffs and Mr. Lund submit detailed declarations describing the tasks they performed and the time expended. In response, all of the

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 51 of 56

United States District Court
For the Northern District of California

Named Plaintiffs except Mr. Whitman, Ms. Molmen, and Ms. Williams filed declarations. *See* Appendix of Named Plaintiff and Class Representative Declarations [Docket No. 922]; Declaration of Michele Zustak [Docket No. 931]. The Court has thoroughly reviewed Plaintiffs' and Mr. Lund's declarations and finds that, with the exceptions discussed below, their individual accounts substantiate their representation that they have been actively involved in prosecuting this lawsuit. Working closely with Class Counsel, each of the Named Plaintiffs who filed declarations and Mr. Lund have assisted with marshaling facts and evidence, reviewed pleadings, provided declarations for motions and opposition briefs, responded to discovery, communicated with other class members, and participated in the settlement process. While the amount of time each Plaintiff invested in the litigation ranges between 36 hours and over 100 hours,[12] each Plaintiff invested significant time throughout each stage of this case which directly contributed to their ultimate recovery. Thus, the first and third *Stanton* factors support a service award to the Named Plaintiffs who filed declarations and Mr. Lund.

However, with respect to Ms. Feige, the Court must address her involvement separately. By her account, Ms. Feige spent a total of 9 hours assisting counsel in this case. Specifically, she states that she spoke with counsel on eight occasions, during which she answered questions regarding RGIS's wage and hour policies and practices and provided names of other auditor and team leader employees. Feige Decl. ¶¶ 10-11, Appendix, Ex. E. In addition, she indicates that she spent one hour reviewing the Settlement Agreement and discussing it with counsel. During the March 25 hearing, the Court asked counsel about the assistance Ms. Feige provided. Counsel indicated that Mr. Feige did provide some assistance in this case in her role as a Named Plaintiff. Thus, counsel's representation, along with Ms. Feige's statements in her Declaration provide sufficient evidence that

---

[12] As stated in their declarations, the total amount of time each Named Plaintiff and Mr. Lund spent in this case is as follows: Barnes Decl. ¶ 18 (191.5 hours); Boze Decl. (71 hours); Cassara Decl. ¶ 19 (49 hours); Cunningham-Gibson Decl. ¶ 15 (99 hours); Feige Decl. ¶ 14 (9 hours); Garcia Decl. ¶ 20 (77.5 hours); Gatlin Decl. ¶ 14 (47.5 hours); Johnson Decl. ¶ 16 (55 hours); Lund Decl. ¶ 16 (67 hours); Manos Decl. ¶ 19 (354 hours); Martinez Decl. ¶ 16 (113 hours); Pease Decl. ¶ 26 (99 hours); Pierson Decl. ¶ 20 (42 hours); Piper Decl. ¶¶ 9, 12, 13, 15-18, 22(78 hours); Rosenthal Decl. ¶ 20 (115 hours); Saites Decl. ¶ 17 (113.5 hours); Schnars Decl. ¶ 15 (86.5 hours); Sheldranti Decl. ¶ 13 (79 hours); Thompson Decl. ¶ 14 (40 hours); Verbick Decl. ¶ 12 (36 hours); Wren Decl. ¶ 19 (115 hours); Zustak Decl. ¶ 12 [Docket No. 931]; Molmen (5 hours), Williams (10.5 hours) [Wallace Suppl. Decl. ¶¶ 13-15, 17-19].

she expended some time and effort to assist the class meriting a service award. However, given her relatively limited involvement as compared to the other Named Plaintiffs, the Court will adjust the amount of her award commensurate with the time she expended.

With respect to Mr. Whitman, counsel indicates that Mr. Whitman passed away during the early stages of this case and had only minimal involvement with counsel. Wallace Suppl. Decl. ¶ 20. Plaintiffs therefore withdraw their request for a service award to Mr. Whitman. *Id.*

As to Ms. Molmen and Ms. Williams, Class Counsel states that despite numerous attempts, they have been unable to obtain declarations from these Plaintiffs. Wallace Suppl. Decl. ¶¶ 12, 16. Counsel, however, proffers descriptions of their involvement in the case and an estimate of the total hours they expended. Specifically, based on counsel's review of their billing records, Ms. Molmen spent 5 hours assisting counsel (Wallace Suppl. Decl. ¶¶ 13-15), and Ms. Williams spent 13.5 hours assisting counsel and sitting for her deposition (Wallace Suppl. Decl. ¶¶ 17-19). As with Ms. Feige, the Court finds that, while Ms. Molmen and Ms. Williams made contributions to this lawsuit beyond those of the general class members, their involvement was less than those of the other Named Plaintiffs. Accordingly, the Court will adjust the amount of their awards commensurate with the time they each expended.

**2. Benefit to the Class**

The second factor that the Court must assess is the degree to which the class has benefitted from the Named Plaintiffs' and Mr. Lund's participation in this case. *Stanton*, 327 F.3d at 977. In their Motion, Plaintiffs contend that the time and effort they expended in this litigation provided significant benefits to the class. As detailed above, Mr. Lee has stated that in working with the Named Plaintiffs and Mr. Lund, counsel was able to file a complaint against RGIS asserting the class's claims, successfully defend against RGIS's motions to dismiss the case and to decertify the classes, gather critical documents and information, respond to RGIS's discovery requests, and ultimately reach a settlement with RGIS pursuant to which the class will recover millions of dollars. Thus, there is a sufficient basis to find that the services the Named Plaintiffs and Mr. Lund performed directly benefitted the class.

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 53 of 56



**3. Risks Associated with Serving as Named Plaintiffs**

Under the next factor, the Court must evaluate whether the Named Plaintiffs and Mr. Lund faced any risks in commencing the litigation, including reasonable fears of workplace retaliation, personal difficulties, or financial risks. *Stanton*, 327 F.3d at 977. In their Motion, Plaintiffs argue that they assumed "substantial" risks by serving as named plaintiffs and pursuing this action against RGIS. Mot. at 8. In particular, they point out that Ms. Boze, Ms. Garcia, Ms. Martinez, Ms. Pierson, Ms. Pease, Ms. Piper, Ms. Saites, and Ms. Sheldranti, as well as Mr. Lund, were employed by RGIS at the time this lawsuit was filed and thus faced the possibility of retaliation as a result of their participation in the lawsuit. *Id*. In fact, Mr. Lee attests that counsel wrote three letters to RGIS complaining of retaliatory conduct against the Plaintiffs generally, and against Ms. Boze and Ms. Garcia, specifically. Lee Decl. ¶ 21; *see also* Boze Decl. ¶ 18, Appendix, Ex. B; [Docket No. 922]; Garcia Decl. ¶ 18, Appendix, Ex. F [Docket No. 922]. Additionally, in her Declaration, Ms. Zustak states that shortly after she became involved in this lawsuit, RGIS stopped scheduling her to work and effectively fired her. Zustak Decl. ¶ 11.

With respect to the Named Plaintiffs who were no longer employed by RGIS, Plaintiffs contend that it was possible that RGIS would retaliate against them by declining to rehire them for future employment or providing negative references to other potential employers. Mot. for Service Awards at 8. Finally, Plaintiffs contend that they faced the possibility that, if RGIS prevailed in this case, they would be liable for some portion of its litigation costs under both Federal Rule of Civil Procedure 54(c) and California Labor Code § 218. *Id*. at 8.

The Court has considered Plaintiffs' arguments and finds that Plaintiffs have demonstrated that they faced potential risks as a result of pursuing this lawsuit against their employer. Thus, this factor also supports an incentive award.

**4. Amount of Incentive Payments in Comparison to the Settlement Fund**

In addition to the foregoing factors, to ensure that the requested incentive payments are not excessive, the Court must consider the amount and number of incentive payments in relation to the settlement amount. *See Stanton*, 327 F.3d at 976; *Alberto*, 252 F.R.D. at 669; *Carter*, 2010 WL 1946757, at 4. Here, Plaintiffs seek incentive payments of $5,000 for each for the 24 Named

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 54 of 56

Plaintiffs and $2,500 for Mr. Lund.

As Plaintiffs correctly note, there is ample case law finding $5,000 to be a reasonable amount for an incentive payment. *See e.g.*, *In re Mego Fin. Corp. Sec. Litig.*, 213 F.3d at 463 (approving incentive payments of $5,000 to the two class representatives in a settlement of $1.725 million); *Hopson v. Hanesbrands Inc.*, 2009 WL 928133, at *10 (N.D. Cal. April 3, 2009) (finding $5,000 incentive award to sole named plaintiff reasonable); *Jacobs v. Cal. State Auto. Ass'n Inter-Ins. Bur.*, 2009 WL 3562871, at *5 (N.D. Cal. Oct. 27, 2009) (noting that in the Northern District of California, a $5,000 payment is "presumptively reasonable"); *Williams*, 2010 WL 2721452, at *7 (approving incentive award of $5,000 and finding the amount "well within the acceptable range awarded in similar cases."); *Chun-Hoon*, 716 F. Supp. 2d at 855 (approving $5,000 incentive awards to two named plaintiffs). Thus, the $5,000 payments Plaintiffs request are in line with that found to be reasonable in other class actions in this district. The question then becomes whether the incentive payments are proportional to the Settlement Amount.

On this point, Plaintiffs contend that awards are proportional to both the range of settlement awards to class members and the total settlement amount. Mot. for Service Awards at 6-7. First, Plaintiffs submit that while the average award to class members is $207.69, there are 258 class members who will receive individual awards greater than $5,000, including one class member whose award will be $19,189. *Id.* at 7. Thus, although the $5,000 incentive payment amount is greater than the average class member award, it is nonetheless within the range of settlement awards. Plaintiffs further proffer that the total amount of the service awards requested is $122,500, which represents only 0.45% of the $27,000,000 gross Settlement Amount. *Id.* This percentage is also in line with those found to be acceptable in other recent class actions. *See In re Mego Fin. Corp Sec. Litig.*, 213 F.3d at 463 (approving incentive award of $5,000 to two plaintiff representatives in $1.75 million settlement, comprising only 0.56% of the total settlement amount); *Sandoval v. Tharaldson Employee Mgmt, Inc..*, 2010 WL 2486346, at *10 (awarding $7,5000 incentive payment to named plaintiff, comprising 1% of gross settlement amount); *Hopson*, 2009 WL 928133, at *10 (approving $5,000 incentive award to one named plaintiff, comprising 1.25% of the settlement amount).

Taken together, the Court finds that the amount of the incentive payments is not excessive



United States District Court
For the Northern District of California

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 55 of 56

United States District Court
For the Northern District of California

when considered in context with the total Settlement Amount, the range of awards to class members, and the average class member award.

**D. Summary**

Based on the foregoing factors, the Court finds that the Named Plaintiffs and Mr. Lund have sufficiently demonstrated that they expended considerable time throughout each stage of this litigation providing information for pleadings and motions, communicating with counsel and class members, responding to discovery, and participating in the settlement process, which not only protected the class's interests but ultimately led to a settlement benefitting the class. Additionally, each of the Named Plaintiffs and Mr. Lund assumed potential risks in participating in this lawsuit, and in some cases experienced actual retaliation for their involvement. Plaintiffs have also shown that the service awards are not disproportionate to the settlement amount or class recovery. The Court therefore **GRANTS** Plaintiffs' request for service awards as follows.

The Court **GRANTS** Plaintiffs' request for service awards in the amount of $5,000 each to Trisha Wren; Kevin Barnes; Lisa Cunningham-Gibson; Cynthia Piper; Tephine Saites; Margaret Cruz Boze; Michelle Pease; Kimberly Cassara; Rabecka Sheldranti; Victoria Thompson; Melanie Manos; Norma Garcia; Cheryl Pierson; Sally Rosenthal; Nicole Verbick; Tammy Schnars; Margaret Martinez; Joan Johnson; Jewell Gatlin, and Michele Zustak.

The Court **GRANTS** Plaintiffs' request for a service award to Kathleen Feige, Carol Molmen, and Latonia Williams. However, because of their relatively limited involvement in this case as compared to the other Named Plaintiffs, the Court awards Ms. Feige and Ms. Williams service payments of $1,000 each, and awards Ms. Molmen a service payment of $500.

The Court **GRANTS** Plaintiffs' request for a service payment in the amount of $2,500 to Verne Lund.

## VII. CONCLUSION

For the reasons set forth above, the Court: (1) **GRANTS** Plaintiffs' Motion for Final

Case 3:06-cv-05778-JCS Document 932 Filed 04/01/11 Page 56 of 56

Approval of Class Action Settlement [Docket No. 912]; (2) **GRANTS** Plaintiffs' Motion for an Award of Reasonable Attorneys' Fees, Costs and Expenses [Docket No. 909]; and **GRANTS** Plaintiffs' Motion for Service Awards to Named Plaintiffs and Opt-In Plaintiff Lund [Docket No. 869].

IT IS SO ORDERED.

Dated: April 1, 2011

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
For the Northern District of California

# EXHIBIT AA

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SAN FRANCISCO**

# Document Scanning Lead Sheet

Apr-28-2011 2:21 pm

Case Number: CGC-06-450274

Filing Date: Apr-28-2011 2:21

Juke Box: 001 Image: 03196903

ORDER

DIANA BOND-HATCH VS. QUEST DIAGNOSTICS, INC. et al

001C03196903

**Instructions:**
Please place this sheet on top of the document to be scanned.

FILED
San Francisco County Superior Court

APR 2 8 2011

CLERK OF THE COURT
BY: [signature]
Deputy Clerk

REC'D APR 2 1 2011

**IN THE SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**IN AND FOR THE COUNTY OF SAN FRANCISCO**

**UNLIMITED CIVIL JURISDICTION**

DIANNA BOND-HATCH and MARCIA PAULEY, individually, and on behalf of all others similarly situated;

Plaintiffs,

v.

QUEST DIAGNOSTICS, INC.; and DOES 1 through 30, inclusive;

Defendants.

Case No. CGC-06-450274

**[[redacted]] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

Date: None Set
Time: None Set
Dept.: 304
Judge: The Hon. Richard Kramer

ORIGINAL

This matter first came before the Court for hearing on April 18, 2011, on Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, Service Awards, Administration Costs and Payment of Attorneys' Fees and Costs. Joshua G. Konecky of Schneider Wallace Cottrell Brayton Konecky LLP appeared for Plaintiffs; and Max C. Fischer of Sidley Austin appeared for Defendant Quest Diagnostics, Inc. ("Quest Diagnostics"). At that hearing, the Court granted final approval of the class action Settlement Agreement, and directed class counsel to submit additional information regarding their motion for attorneys' fees and costs. On April 21, 2011, Plaintiffs submitted a Supplemental Brief in Support of Plaintiffs' Motion for Attorneys Fees and Costs and a Supplemental Declaration of Joshua G. Konecky in support of the Motion.

Having granted final approval of the Class Action Settlement Agreement, and having received and considered the Settlement Agreement, the supporting papers filed by the Parties—including the supplemental papers filed since the April 18, 2011 hearing—and the evidence and argument received by the Court before entering the Preliminary Approval Order and at the final approval hearing, the Court HEREBY GRANTS the award of Attorneys Fees, enters this Order, and HEREBY ORDERS ~~and MAKES DETERMINATIONS~~S as follows:

1. The attorneys acting on behalf of the class from Schneider Wallace Cottrell Brayton Konecky LLP, have the experience and qualifications necessary to represent the class. The parties have represented to the Court that at all times, including during negotiation of the Settlement Agreement, they have fairly and adequately protected the interests of the Class. The Court finds the hourly rates charged by Class Counsel are within the prevailing range of rates charged by attorneys providing similar services in class action, wage-and-hour cases in the City and County of San Francisco, and are supported by evidence of the knowledge, skill and experience of Class Counsel and nature of the services performed. The Total hours claimed by Class Counsel are approved as reasonable based on evidence presented of the work performed and the results achieved.

2. The Court finds that Class Counsel's out-of-pocket costs and expenses are ~~fair and~~ RN reasonable and were necessary to the prosecution of this action. The Court therefore awards Class Counsel $144,039.85, in actual costs to be paid from the Common Settlement Fund pursuant to the terms of the Settlement Agreement.

3. The Settlement Agreement also provides that Class Counsel may seek up to one-third of the $9,000,000 Common Settlement Fund, and Defendant will not object to this amount. The Class Notice informed Class Members of the amount of fees and costs sought by Class Counsel, and no Class Member objected to payment of these amounts. The Court finds these amounts reasonable and appropriate given the quality of work, the hotly contested litigation, the preclusion of Class Counsel from other employment, and the favorable results achieved for Class Members. This amount is reasonable when cross checked against Class Counsel's lodestar. Class Counsel are awarded $3,000,000 in attorneys' fees. This amount shall be paid from the Common Settlement Fund pursuant to the [illegible] and timeframes set forth in the Settlement Agreement.

IT IS SO ORDERED.

DATED: 4-27, 2011

HON. RICHARD A. KRAMER, JUDGE
SUPERIOR COURT

# EXHIBIT BB

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL FEDERATION OF THE BLIND, et al.,

Plaintiffs,

v.

TARGET CORPORATION,

Defendant.

________________________________________/

No. C 06-01802 MHP

**MEMORANDUM & ORDER**

**Re: Attorneys' Fees and Costs**

Plaintiffs filed the instant action in the Superior Court for the State of California, County of Alameda, in February 2006. In March 2006, defendant removed the case to federal court. A period of intense litigation followed, culminating in the certification of the plaintiff class in October 2007. In April 2008, the parties reached a settlement and agreed, among other things, that defendant would pay plaintiffs' reasonable attorneys' fees and litigation costs in an amount to be determined by the court. On March 9, 2009, the court held a fairness hearing and on March 10, 2009, the court granted final approval of the settlement. As part of the briefing on the fairness issues plaintiffs moved for attorneys' fees and costs. At the fairness hearing the court entertained arguments on the quantum of such fees and costs to which plaintiffs' counsel might be entitled. Having considered the parties' argument and submissions, the court enters the following memorandum and order.

Case 3:06-cv-01802-MHP Document 214 Filed 08/03/09 Page 2 of 19



BACKGROUND

Plaintiffs are a non-profit organization with the purpose of promoting the general welfare of blind persons, its California chapter, and individuals representing a national class and a California subclass of blind persons. Defendant Target Corporation operates approximately 1,400 retail stores nationwide, including 205 stores in California. Target.com is a website owned and operated by Target. By visiting target.com, customers can purchase many of the items available in Target stores.

Plaintiffs originally filed a class action in state court seeking certification of a class of California individuals. Plaintiffs alleged that Target.com was not accessible to blind persons, denying them full and equal access to Target stores in violation of California's Unruh Civil Rights Act, Cal. Civ. Code §§ 51, *et seq.*, and Disabled Persons Act, id. §§ 54, *et seq.* After defendant removed this action to federal court, plaintiffs amended their complaint to include a federal claim under the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12181, *et seq.*

Defendant mounted a vigorous opposition. The court denied defendant's first motion to dismiss but also rejected plaintiffs' motion for a preliminary injunction. Plaintiffs filed a motion for class certification, which the court found partially deficient; the court granted plaintiffs leave to amend. Plaintiffs filed a corrected motion for certification, including numerous declarations of blind individuals from across the country documenting similar experiences with Target.com. Defendant deposed many of these persons, and, while the second motion for certification was pending, filed a motion for summary judgment. The court granted in part defendant's motion for summary judgment with respect to plaintiff Bruce F. Sexton's ADA claim but subsequently certified a national class and a California subclass. Plaintiffs replaced Sexton with James P. Marks and Melissa Williamson as representatives of the nationwide class.

Target sought an interlocutory appeal of the class certification before the Court of Appeals, which was denied. Target then filed a second motion to dismiss the ADA claim, which the court rejected as bordering on the frivolous. During this time, defendant had improved Target.com to make it more accessible using a plan submitted by plaintiffs prior to the commencement of this action.

The parties settled in September 2008. Defendant agreed to modify its website to meet accessibility guidelines and permit plaintiffs to monitor its continued compliance. Additionally, defendant established a six million dollar settlement fund to compensate members of the California subclass.

LEGAL STANDARD

A prevailing plaintiff may petition for attorneys' fees under the fee-shifting provisions of the federal ADA, see 42 U.S.C. § 12205, the Unruh Act, see Cal. Civ. Code § 52(a), and the Disabled Persons Act, see Cal. Civ. Code § 54.3(a). All three statutes provide that prevailing plaintiffs may be entitled to reasonable attorneys' fees and costs, as determined by the court in its discretion. Under federal law, to be considered a prevailing party the plaintiff must effect a "material alteration of the legal relationship between the parties [whereby] the plaintiff becomes entitled to enforce a judgment, consent decree, or settlement against the defendant." Farrar v. Hobby, 506 U.S. 103, 113 (1992). Defendant does not dispute that plaintiffs are a prevailing party for the purposes of entitlement to fees and costs. While the statutes leave the award of attorneys' fees and costs to the court's discretion, "a prevailing plaintiff should ordinarily recover an attorney's fee unless special circumstances would render such an award unjust." Hensley v. Eckerhart, 461 U.S. 424, 429 (1983) (citation omitted). The court must determine the amount in fees and costs to which plaintiffs are reasonably entitled. See id. at 433.

When California law governs the claim, it also governs the award of fees. Vizcaino v. Microsoft Corp., 290 F.3d 1043, 1047 (9th Cir. 2002). California allows courts to award attorneys' fees under the following circumstances:

> [A] court may award attorneys' fees to a successful party against one or more opposing parties in any action which has resulted in the enforcement of an important right affecting the public interest if: (a) a significant benefit, whether pecuniary or nonpecuniary, has been conferred on the general public or a large class of persons, (b) the necessity and financial burden of private enforcement, or of enforcement by one public entity against another public entity, are such as to make the award appropriate, and (c) such fees should not in the interest of justice be paid out of the recovery . . . .

Case 3:06-cv-01802-MHP Document 214 Filed 08/03/09 Page 4 of 15

United States District Court
For the Northern District of California

Cal. Code Civ. Proc. § 1021.5. To establish reasonable attorneys' fees, California employs the lodestar method, which "multipl[ies] the number of hours reasonably expended by counsel by a reasonable hourly rate. Once the court has fixed the lodestar, it may increase or decrease that amount by applying a positive or negative 'multiplier' to take into account a variety of other factors . . . ." Lealao v. Beneficial California, Inc., 82 Cal. App. 4th 19, 26 (Cal. Ct. App. 2000).

DISCUSSION

I. The Lodestar

The "lodestar is the product of reasonable hours times a reasonable rate." City of Burlington v. Dague, 505 U.S. 557, 559 (1992) (citations omitted). The Supreme Court has established a "strong presumption" that lodestar fees are reasonable. Id. at 562. Plaintiffs' attorney bears the burden of submitting detailed records documenting "the hours worked and rates claimed." Hensley, 461 U.S. at 434. The court may reduce those hours if the documentation is inadequate, the submitted hours are duplicative or inefficient, or the requested fees appear excessive or otherwise unnecessary. Id.; see also Chalmers v. Los Angeles, 796 F.2d 1205, 1210 (9th Cir. 1986).

A. Hourly Rates

Reasonable hourly rates are calculated by reference to "prevailing market rates in the relevant community," with a special emphasis on fees charged by lawyers of "comparable skill, experience, and reputation." Davis v. City of San Francisco, 976 F.2d 1536, 1546 (9th Cir. 1992). As a general rule, the forum district represents the relevant legal community. See Gates v. Deukmejian, 987 F.2d 1392, 1405 (9th Cir. 1992). In this case, the forum district is the Northern District of California. Since these are market rates, and therefore subject to normal performance expectations, they "d[o] not already reflect an expectation of excellent results." Vizcaino, 290 F.3d at 1051. The court is satisfied that the plaintiffs' requested rates are in line with those billed by attorneys in this district experienced in complex litigation, as analyzed and thoroughly discussed by plaintiffs' attorneys' fees expert. See Docket No. 191 (Pearl Dec.).

Case 3:06-cv-01802-MHP Document 214 Filed 03/03/09 Page 5 of 15

While defendant does not dispute the rates charged by plaintiffs' lawyers, it does challenge the rates of summer associates and paralegals. Defendant also objects to funding plaintiffs' practice of using more expensive partner time for some drafting and research tasks. First, the court finds plaintiffs' evidence of paralegal and summer associate rates in this judicial district convincing, see id., and notes that defendant's own counsel charges similar rates for paralegals, see id. at 23. Second, as this court has consistently held, the court may not condition fees on plaintiffs' counsel's conformance to the typical commercial law firm's pyramidal staffing structure. See, e.g., Chabner v. United of Omaha Life Ins. Co., No. C 95-0447, 1999 WL 33227443, at *5 (N.D. Cal. Oct. 12, 1999) (Patel, J.). The legal profession is diverse enough to embrace a variety of ways of conducting effective litigation, some of which may involve partners with relevant expertise conducting research or preparing a witness. As this court noted in the past, the benefits of the pyramidal structure itself have been a subject of debate within the profession for some time. See, e.g., United States v. San Francisco, 748 F. Supp. 1416, 1432 (N.D. Cal. 1990) (Patel, J.). Plaintiffs' proposed hourly rates are granted as requested.

B. Reduction of Fees

Plaintiffs request that all hours be counted as part of the lodestar, regardless of whether the hours were spent pursuing successful or unsuccessful motions. Defendant opposes paying any of the hours spent on unsuccessful motions or media appearances.

Hours spent on unsuccessful motions are excluded when the motion is unrelated to the prevailing plaintiff's successful claim. Hensley, 461 U.S. at 440. "Where a lawsuit consists of related claims, a plaintiff who has won substantial relief should not have his attorney's fee reduced simply because the district court did not adopt each contention raised. But where the plaintiff achieved only limited success, the district court should award only that amount of fees that is reasonable in relation to the results obtained." Id. The plaintiffs' attorney is entitled to reasonable remuneration for hours spent on a claim that contributes to the ultimate success of plaintiff's main goals. See Cabrales v. County of Los Angeles, 935 F.2d 1050, 1052 (9th Cir. 1991).



United States District Court
For the Northern District of California

In cases involving novel arguments or extensions of existing law, the proper test is whether it was reasonable at the time to work on an ultimately unsuccessful motion rather than ask whether, in hindsight, the plaintiff could have prevailed without it. See Walsh ex rel. Walsh v. Tamalpais Union High Sch. Dist., No. C-96-3037, 1998 U.S. Dist. LEXIS 22704 (N.D. Cal. Nov. 19, 1998) (Legge, J.). This was such a case. Plaintiffs' unsuccessful pursuit of a preliminary injunction yielded parts of the evidentiary record used to support their commonality argument at the certification stage. The plaintiffs are granted half of all hours spent litigating the unsuccessful preliminary injunction, in the amount of $116,986.25.

Similar reasoning applies to plaintiffs' request for hours spent on their supplemental class certification briefing. This briefing should not be fully compensated, since it was necessitated by deficiencies in plaintiffs' first round of briefing. The plaintiffs are granted two-thirds of the hours spent on the supplemental class certification briefing, i.e., $17,175.33, instead of the $25,763 requested.

When a plaintiff's attorney gives press conferences or performs other public relations work directly and intimately connected to the successful representation of the client, he or she is entitled to compensation. See Davis, 976 F.2d at 1545. However, "the district court should disallow any hours claimed by [plaintiff's] counsel for public relations work which did not contribute, directly and substantially, to the attainment of [plaintiff's] litigation goals." Id. In class actions, it is doubly necessary to publicize plaintiffs' efforts in order to keep class members informed of the course of the action and to help identify additional class members. See United States v. San Francisco, 748 F. Supp. at 1423. While recognizing the important function of media work in class actions, the court also notes that the class counsel's reputation also stands to gain considerably. Accordingly, plaintiffs' counsel are granted half of the hours spent on media work, in the amount of $13,969.75.

C. Unmodified Fees

The following fees, requested by plaintiffs and opposed by defendant, are granted in their entirety. Defendant challenged a number of insufficiently documented time entries, which the



United States District Court
For the Northern District of California

Case 3:06-cv-01802-MHP Document 214 Filed 08/03/09 Page 7 of 15

United States District Court
For the Northern District of California

plaintiffs have agreed to offset by a five percent voluntary reduction in their merit-based fees. This voluntary reduction is sufficient to offset the flawed time entries identified. Defendant also asserts that preparation of an expert witness by two attorneys constituted unnecessarily duplicative billing. In fact, it is often more efficient for lawyers with complementary skill sets to cooperate in performing a task. The use of two attorneys for such a task is hardly extravagant.

Defendant also opposes awarding fees for travel time and time used to perform clerical tasks. The Ninth Circuit has established that travel time and clerical tasks are reasonably compensated at normal hourly rates if such is the custom in the relevant legal market. See Davis, 976 F.2d at 1543; Trs. of the Constr. Indus. & Laborers Health & Welfare Trust v. Redland Ins. Co., 460 F.3d 1253, 1256 (9th Cir. 2006). Plaintiffs have documented this custom to the court's satisfaction. See Docket No. 198 (Paradis Dec.) ¶ 6. The custom in this district of charging for word processing and other clerical tasks has also been well-established. See, e.g., Finkelstein v. Bergna, 804 F. Supp. 1235, 1260 (N.D. Cal. 1992) (Conti, J.) (finding that "it has become the prevailing practice in firms in the San Francisco area to bill clients separately for word processing support work").

Finally, defendant would exclude the time plaintiffs' counsel spent in connection with individuals who turned out not to be class members. In class actions, the outer edges of the class are often blurry and may require additional investigation to firmly establish class membership. This task will sometimes involve contacting or deposing individuals who might end up outside of the class definition. The test is the same as for unsuccessful motions: class counsel is entitled to compensation for his reasonable efforts as long as they advanced the class's ultimate goals. Cabrales, 935 F.2d at 1052. Here, the court finds it reasonable to compensate plaintiffs for these hours.

## II. Multiplier

Plaintiffs' counsel has requested a 2.0 multiplier, and defendant has argued that no multiplier whatsoever should be granted. There is a strong presumption that the lodestar—computed as the product of hours billed times a reasonable hourly rate—represents a reasonable fee. See Dague, 505

Case 3:06-cv-01802-MHP Document 214 Filed 08/03/09 Page 8 of 15

United States District Court
For the Northern District of California

U.S. at 562. A party that requests an augmentation of its lodestar figure through the use of a multiplier bears the burden of showing "that such an adjustment is necessary to the determination of a reasonable fee." Blum v. Stenson, 465 U.S. 886, 898 (1984); see also Ketchum, 24 Cal. 4th at 1138 (establishing that, under California law, "the party seeking a fee enhancement bears the burden of proof"). As a result, district courts will use a multiplier only in "rare and exceptional cases." Fischer v. SJB-P.D. Inc., 214 F.3d 1115, 1119 (9th Cir. 2000). This is such a case.

Federal law does not permit the use of multipliers in actions brought under fee-shifting statutes like the ADA, see Dague, 505 U.S. at 566, but California law does, see Ketchum, 24 Cal. 4th at 1138. "When a party prevails under both federal and state law, the district court may apply the more generous provisions of state law in calculating a fee award, such as including a multiplier for contingent fee risk." Fair Housing Council of San Diego v. Penasquitos Casablanca Owner's Ass'n, 523 F. Supp. 2d 1164, 1170 (S.D. Cal. 2007), citing Mangold v. Cal. Pub. Util. Comm'n, 67 F.3d 1470, 1479 (9th Cir. 1995). This action involved California claims and one federal claim. Under the circumstances of the case, it is reasonable for the court to consider applying a multiplier. A court may augment or reduce the lodestar figure in order to bring it in line with "the range of fees freely negotiated in the legal marketplace in comparable litigation." Lealao, 82 Cal. App. 4th at 50. In determining the exact quantum of the multiplier, California courts evaluate several factors, including: "(1) the novelty and difficulty of the questions involved, (2) the skill displayed in presenting them, (3) the extent to which the nature of the litigation precluded other employment by the attorneys, [and] (4) the contingent nature of the fee award." Ketchum, 24 Cal. 4th at 1132.[1] The total fee amount is then compared against lodestar multipliers in comparable cases.

## A. Factors Affecting the Multiplier

Exceptional results in the face of vigorous opposition and in the absence of supporting precedent militate in favor of higher multiplier values. See Vizcaino, 290 F.3d at 1048. As discussed below, plaintiffs' litigation strategy involved the extension of important areas of disability law into an emerging form of electronic commerce that promises to grow in importance. While

similar results in established areas of law might be less impressive or worthy of additional encouragement, it takes exceptional creativity to establish the lawfulness of extending established rights into uncharted legal territory. When successful, these efforts must earn a premium to encourage novel legal arguments and a stringent examination of the accessability of new technologies. The alternative is a stagnant legal landscape where advances in technology render statutory protections ineffective or obsolete.

While every action enforcing a right sends a message to the losing party or others like it, presumably affecting their future behavior, the public must benefit in a more tangible way to warrant the award of a multiplier. See Flannery v. Cal. Highway Patrol, 61 Cal. App. 4th 629, 637 (Cal. App. 1998). In Flannery, the state court found that a successful action, even when it sent a message that sexual discrimination and harassment would not be tolerated, failed to register as a significant public benefit. Id. The court found that the lawsuit's primary result was to secure a remedy for the plaintiff, while the public received only the generic assurance that anti-discrimination laws will be enforced. Id. Unlike the Flannery plaintiff, plaintiffs in this action have not only vindicated their own rights, but have created a six-million dollar damages fund for a California class, prompted defendant to effect substantial changes to its website enabling the plaintiff class to access it, and established for the first time that equal access to internet commerce is guaranteed under California law and partially protected by the ADA.

The scope and significance of plaintiffs' victory cannot be overlooked—nor has it been ignored by the country's largest retailers, many of whom promptly revised their websites following this lawsuit. See Docket No. 199 (Goldstein Dec.) ¶ 6 & Exh. C. As in Heritage v. Town of Woodside, Nos. A120749 & A120757, 2008 WL 4868816 (Cal. Ct. App. 2008), a case in which the state court awarded a 2.0 multiplier, the present action "added to the jurisprudence of California on legal issues of public interest" by expanding important civil rights to the disabled, with the assistance of little existing case law. See id. at 3. Plaintiffs have substantially achieved their goals. In addition to securing a six million dollar settlement fund, they have compelled defendant, and



United States District Court
For the Northern District of California

Case 3:06-cv-01802-MHP Document 214 Filed 08/03/09 Page 10 of 15

United States District Court
For the Northern District of California

influenced other corporations, to alter their respective web presences. Plaintiffs have broken new ground in an important area of law.

Class counsel's skill is also a factor to be considered. In the court's estimation, and as demonstrated by the result obtained above, class counsel has prosecuted the instant action with exceptional skill. Not every tactical decision was flawless, as is almost always true, but the court has already reduced the lodestar to account for unsuccessful motions. The skill of class counsel supports a substantial multiplier.

Defendant does not dispute plaintiffs' counsel's representations that plaintiffs' counsel turned down other potential cases in order to pursue the instant case. The need to ensure a steady supply of excellent lawyers advocating public causes militates in favor of awarding a multiplier greater than one in this case. That said, the record does not indicate that any of plaintiffs' attorneys dedicated themselves exclusively to this case or document how many or what sort of opportunities were turned down in order to continue with this action. This factor militates in favor of a substantial multiplier, though not necessarily 2.0.

Risk of non-payment is also an issue to be considered. "A contingent fee must be higher than a fee for the same legal services paid as they are performed. The contingent fee compensates the lawyer not only for the legal services he renders but for the loan of those services." Ketchum, 24 Cal. 4th at 1132-1133, citing Posner, Economic Analysis of the Law, 534, 567 (4th ed. 1992). After careful consideration, the Ketchum court declined to adopt the Dague rule. Id. at 1136-37. "The purpose of a fee enhancement, or so-called multiplier, for contingent risk is to bring the financial incentives for attorneys enforcing important constitutional rights . . . into line with incentives they have to undertake claims for which they are paid on a fee-for-services basis." Id. at 1133.

Plaintiffs faced considerable risk in undertaking the present action. Defendant is correct that the risk of non-payment of any recovery was low considering Target's financial resources. However, defendant makes a basic mathematical error by suggesting that risk should be discounted because the work was divided among multiple firms. Merely because the risk was spread around to

more than one firm does not mean that the risk of losing the lawsuit was somehow diminished: the amount at stake is less for each firm, but the risk of not getting paid remains the same.

In terms of the risk that plaintiffs would not prevail, it should be noted that defendant is a large national corporation whose resources dwarfed those available to plaintiffs. The arguments were new, the law uncharted. Defendant's arguments threatened to derail plaintiffs' strategy on more than one occasion. Without much legal precedent to guide their assessment of risk, plaintiffs' attorneys can hardly be faulted for seeking a higher than usual return on their investment. In summary, this was a substantially risky case; it merits a substantial multiplier.

B. Multipliers in Similar Cases

California state courts have awarded multipliers greater than one for successful cases brought under the Unruh Act and federal law, placing special emphasis on the results obtained. See, e.g., Donovan v. Poway Unified School Dist., 167 Cal. App. 4th 567, 628 (2008) (awarding a 1.25 multiplier in light of the case's difficulty and risk, but declining to grant the 1.7 multiplier plaintiffs had requested). When plaintiffs have been only partially successful in their claims or the lawsuit proved unexceptional, the courts have on occasion reduced the multiplier to less than 1, reflecting factors such as the fraction of the claims that plaintiffs failed to win or the quality of counsel's legal representation. See, e.g., Fair Hous. Council v. Penasquitos Casablanca Owner's Ass'n, 523 F. Supp. 2d 1164, 1178 (S.D. Cal. 2007) (granting a 0.61 multiplier).

Courts have awarded 2.0 multipliers in those few exceptional cases where the risk of non-payment was so overwhelming that it had to be offset by the expectation of substantial attorneys' fees. In Woodside, which plaintiffs cite in support of a 2.0 multiplier, the court noted that the 2.0 multiplier was generous but found it to be within the range of acceptability, given the uncertainty of the outcome and protracted appellate litigation. 2008 WL 4868816 at *7. Discussing the multipliers generally awarded in the San Francisco area, this court previously underscored that 2.0 was usually the upper limit for cases that involved novel issues, high risk, and low availability of comparable

Case 3:06-cv-01802-MHP Document 214 Filed 08/03/09 Page 12 of 15



counsel. See United States v. San Francisco, 748 F. Supp. 1416, 1435-1436 (N.D. Cal. 1990) (Patel, J.).

Even when courts have declined to grant multipliers of 2.0, they have adjusted multipliers upward to reflect delays in expected payment and the counsel's effective loan of legal services to the client class. See, e.g., Stevens v. Vons Cos., 2d Civil Nos. B196755, B201528, 2009 WL 117902, at *10 (Cal. Ct. App. 2009) (upholding 1.4 and 1.6 multipliers in light of three-year duration of the lawsuit during which class counsel received no compensation); Donovan, 167 Cal. App. 4th at 628 (affirming a 1.25 multiplier where risk and novelty of arguments were factors but rejecting a 1.75 value as excessive). Like the prevailing plaintiffs in Stevens, plaintiffs' victory came only after multi-year litigation during which class counsel received no fees.

The instant case also resembles a previous decision of this court, involving the same counsel, a similarly large retailer, and a comparable victory. See Lieber v. Macy's West, Inc., 80 F. Supp. 2d 1065, 1066 (N.D. Cal. 1999) (Patel, J.). The court emphasized the risk associated with the counsel's decision to represent the class, ultimately resulting in a bench trial. The attorneys' fee award included a 1.75 multiplier. Lieber v. Macy's West, Inc., No. C 96-2955 (N.D. Cal. Dec 18, 2000) (Patel. J.). Unlike the Lieber plaintiffs, plaintiffs in the present case settled before the trial stage and, in the court's estimation, took on a somewhat smaller risk.

In light of these considerations, the court grants a multiplier of 1.65.

Defendant urges the court to cross-check the final fee award obtained through the multiplier method against percentage awards in common fund cases. It cites a Colorado district court decision that cross-checked a lodestar total only against the part of the settlement that could be monetized with certainty. See Lucas v. Kmart Corp., No. 99-CV-01923, 2006 WL 2729260 (D. Colo. July 27, 2006). In Lucas, the Colorado court relied upon a common fund case, Vaszlavik v. Storage Tech. Corp., No. 95-B-2525, 2000 U.S. Dist. LEXIS 21140 (D. Colo. Mar. 9, 2000), to cross-check the lodestar against a thirteen million dollar damages fund while ignoring the admittedly "comprehensive and far-reaching" injunctive relief the plaintiff had obtained. Id. at *2. The court declines to follow this path in the instant case. Here, the primary remedy sought by plaintiffs was

injunctive relief, not monetary damages. The court need not limit itself to monetary damages or cash settlement funds in assessing the benefits of a litigation. Vizcaino, 290 F.3d at 1049. Some important benefits are difficult to quantify, such as clarifying a certain area of law, id., forcing changes in corporate policies affecting thousands of individuals, id., or educating the public that the law requires them to accommodate persons with disabilities, Fischer, 214 F.3d at 1120.[2] These are more than merely "technical" victories; they are the very heart of what plaintiffs sought to accomplish. See id.

III. Costs Other Than Attorneys' Fees

Plaintiffs, as the prevailing party, are entitled to costs other than attorneys' fees, unless otherwise provided by federal statute. Fed. R. Civ. P. 54(d)(1). Defendant does not dispute plaintiffs' requested total, which the court views as well-documented and reasonable. Costs are granted in their entirety, in the amount of $194,353.

IV. Fees on Fees

"[T]ime spent by counsel in establishing the right to a fee award is compensable." Davis, 976 F.2d at 1544. California also allows the prevailing party's counsel to recover a "fee on fees," since otherwise the interminable litigation related to fees would frustrate the "purpose behind statutory fee authorizations[, which are meant to] encourage attorneys to act as private attorneys general and to vindicate important rights affecting the public interest." Ketchum v. Moses, 24 Cal. 4th 1122, 1133-1134 (Cal. 2001). After a review of the time records plaintiffs have submitted, the court has determined that $125,000 constitutes a reasonable award of fees for time used litigating fees and costs, rather than the requested $160,000.

V. Calculation of Fees

The award of fees and costs is calculated as follows. Plaintiffs' request for $2,321,050.50 in attorneys' fees is reduced by $13,969.75 (media), $116,986.25 (preliminary injunction), and



United States District Court
For the Northern District of California

$8,587.66 (supplemental class certification briefing). The total after these reductions is $2,181,506.83. Applying a 5% voluntary reduction in fees, the lodestar merit fees to which plaintiffs are entitled becomes $2,072,431.49. Applying a 1.65 multiplier to this amount yields a total merit-based fee of $3,419,511.96. Additionally, the court awards costs of $194,353 and fees on fees of $125,000.

CONCLUSION

Plaintiffs' motion for reasonable attorneys' fees and costs is GRANTED as described above. Attorneys' fees and costs shall be awarded in the amount of $3,738,864.96.

IT IS SO ORDERED.

Dated: August 3, 2009



MARILYN HALL PATEL
United States District Court Judge
Northern District of California

United States District Court
For the Northern District of California

## ENDNOTES

1. In Kerr v. Screen Extras Guild, Inc., 526 F.2d 67, 70 (9th Cir. 1975), the Ninth Circuit listed twelve factors courts should consider when evaluating attorneys' fees in federal cases. In addition to California's four factors, Kerr requires a district court to consider "the time and labor required, . . . the customary fee, . . . time limitations imposed by the client or the circumstances, the amount involved and the results obtained, the experience, reputation, and ability of the attorneys, the undesirability of the case, the nature and length of the professional relationship with the client, and awards in similar cases." Id. at 70. The court has already considered most of these factors in its determination of the lodestar amount, and now incorporates the remaining ones into its evaluation of the multiplier. Since the court is awarding the multiplier pursuant the more generous provisions of California law, it has structured the following discussion according to the four factors articulated by California precedent. See Ketchum, 24 Cal. 4th at 1132. To avoid double-counting, the court has excluded the factors already discussed in the lodestar from its evaluation of the multiplier. See Morales v. City of San Rafael, 96 F.3d 359, 363-364 (9th Cir. 1996) (only factors "that are not already subsumed in the initial lodestar calculation" are relevant).

2. Plaintiffs' counsel contend that their work on this case has greatly increased access to target.com for tens of thousands of blind people. Defendants note that the accessibility of target.com was a disputed issue and that no conclusive finding was made. Yet there is ample evidence in the record of defendant's significant moves to upgrade the accessibility of its website.

# EXHIBIT CC

SCHNEIDER² WALLACE
COTTRELL KIM LLP

# CASE COSTS

**Huckaby, Keith v CRST Expedited & (PAGA)**
**Matter No. 104816 & 104817**
**Date: 10/14/26**

| DATE | VENDOR | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|
| 01/31/2023 | RELX Inc DBA LexisNexis | Lexis Nexis - Document Retrieval - 01/01/23 thru 01/31/23 | $ | 36.72 |
| 02/01/2023 | Phillips, Fractor & Company, LLC | 01/11/23 - 01/31/23 Consulting services | $ | 8,625.00 |
| 02/28/2023 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 02/01/23 - 02/28/23 | $ | 6.99 |
| 03/01/2023 | Phillips, Fractor & Company, LLC | 02/01/23 - 02/06/23 Consulting Services | $ | 4,050.00 |
| 04/01/2023 | Pacer | Pacer Document Retrieval - Period: 03/01/23 - 03/31/23 | $ | 8.80 |
| 04/03/2023 | Phillips, Fractor & Company, LLC | 03/14/23 - 0/31/23 Consulting Services | $ | 10,050.00 |
| 04/11/2023 | Freight Research Inc | Professional Service - Expert Witness - Paid 100% per JGK | $ | 16,860.00 |
| 04/30/2023 | JND eDiscovery LLC | JND Monthly Hosting - Apr 2023 - Deferred - Relativity & tech time | $ | 2,170.57 |
| 05/01/2023 | Phillips, Fractor & Company, LLC | 04/03/23 - 04/10/23 Consulting Services | $ | 4,532.00 |
| 05/31/2023 | JND eDiscovery LLC | JND Monthly Hosting - May 2023 - Deferred | $ | 2,722.03 |
| 06/02/2023 | Phillips, Fractor & Company, LLC | 05/05/23 - 05/31/23 Consulting Services | $ | 4,200.00 |
| 06/09/2023 | Steno Agency, Inc | 05/23/23 Deposition - Phil Reges - Reporter Appearance, Video | $ | 3,187.10 |
| 06/14/2023 | Steno Agency, Inc | 05/25/23 Deposition - Scott Nelson - Reporter Appearance, Video | $ | 2,157.85 |
| 06/29/2023 | JND Class Action Administration | Inception through 05/31/23 - Project Management | $ | 15,919.88 |
| 06/30/2023 | JND eDiscovery LLC | JND Monthly Hosting - June 2023 - Deferred | $ | 2,613.65 |
| 06/30/2023 | Pacer | Pacer - Document Retrieval - QTR 2 2023 | $ | 3.00 |
| 07/03/2023 | Phillips, Fractor & Company, LLC | 06/01/23 - 06/26/23 Consulting Services | $ | 6,325.00 |
| 07/13/2023 | Steno Agency, Inc | 06/26/23 Deposition - Lori Dicus - Reporter Appearance | $ | 1,425.75 |
| 07/17/2023 | JND Class Action Administration | 06/01/23 - Completion - Project Management | $ | 4,692.60 |
| 07/27/2023 | Freight Research Inc | Professional Service - Expert Witness - Paid 100% per JGK | $ | 6,180.00 |
| 07/31/2023 | JND eDiscovery LLC | JND Monthly Hosting - Jul 2023 - Deferred | $ | 2,495.40 |
| 08/01/2023 | Phillips, Fractor & Company, LLC | 07/03/23 - 07/10/23 Consulting Services | $ | 5,425.00 |
| 08/31/2023 | JND eDiscovery LLC | JND Monthly Hosting - Aug 2023 - Deferred | $ | 2,495.40 |
| 08/31/2023 | RELX Inc DBA LexisNexis | Lexis-Nexis - Document Retrieval - Period: 08/01/23 - 08/31/23 | $ | 13.83 |
| 09/30/2023 | JND eDiscovery LLC | JND Monthly Hosting - Sep 2023 - Deferred | $ | 2,495.40 |
| 10/01/2023 | Pacer | Pacer -Document Retrieval - QTR 3 2023 | $ | 1.10 |
| 10/13/2023 | Phillips, Fractor & Company, LLC | 09/07/23 - 09/27/23 Consulting Services | $ | 7,850.00 |
| 10/18/2023 | Freight Research Inc | 09/21/23 - 10/16/18 Professional Service - Expert Witness | $ | 10,200.00 |
| 10/31/2023 | JND eDiscovery LLC | JND Monthly Hosting - Oct 2023 - Deferred | $ | 2,850.15 |
| 10/31/2023 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 10/01/23 - 10/31/23 | $ | 417.68 |
| 11/30/2023 | JND eDiscovery LLC | JND Monthly Hosting - Nov 2023 - Deferred | $ | 3,239.27 |
| 12/01/2023 | Phillips, Fractor & Company, LLC | 11/01/23 - 11/20/23 Consulting Services | $ | 8,425.00 |
| 12/01/2023 | Settlement Services, Inc | Settlement Admin - Nov 2023 - Deferred 100% | $ | 18,541.67 |
| 12/31/2023 | JND eDiscovery LLC | JND Monthly Hosting - Dec 2023 - Deferred | $ | 2,766.27 |
| 12/31/2023 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 12/01/23 - 12/31/23 | $ | 122.61 |
| 01/02/2024 | Settlement Services, Inc | Settlement Admin - Dec 2023 - Deferred 100% | $ | 509.70 |
| 01/31/2024 | JND eDiscovery LLC | JND Monthly Hosting - Jan 2024 - Deferred | $ | 2,529.77 |

SCHNEIDER² WALLACE
COTTRELL KIM LLP

| DATE | VENDOR | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 02/01/2024 | Settlement Services, Inc | Settlement Admin - Jan 2024 - Deferred 100% | $ 107.50 |
| 02/29/2024 | JND eDiscovery LLC | JND Monthly Hosting - Feb 2024 - Deferred | $ 2,056.77 |
| 03/01/2024 | Settlement Services, Inc | 02/07/24 - 02/28/24 Prof Services - Deferred 100% | $ 58.50 |
| 03/26/2024 | Steno Agency, Inc | 03/12/24 Interpreter - Other - Phone call only | $ 747.50 |
| 03/31/2024 | JND eDiscovery LLC | JND Monthly Hosting - Mar 2024 - Deferred | $ 437.39 |
| 03/31/2024 | Pacer | Pacer -Document Retrieval - QTR 1 2024 | $ 17.90 |
| 04/01/2024 | Settlement Services, Inc | Settlement Admin - Mar 2024 - Deferred 100% | $ 77.50 |
| 04/30/2024 | JND eDiscovery LLC | JND Monthly Hosting - Apr - Deferred | $ 437.39 |
| 04/30/2024 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 04/01/24- 04/30/24 | $ 437.62 |
| 05/01/2024 | Settlement Services, Inc | Settlement Admin - Apr 2024 - Deferred 100% | $ 54.35 |
| 05/31/2024 | JND eDiscovery LLC | JND Monthly Hosting - May - Deferred | $ 437.39 |
| 05/31/2024 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 05/01/24- 05/31/24 | $ 64.16 |
| 06/03/2024 | Phillips, Fractor & Company, LLC | 05/17/24 - 05/31/24 Consulting Services - 50% of $13,912.50 | $ 6,956.25 |
| 06/03/2024 | Settlement Services, Inc | Settlement Admin - May 2024 - Deferred 100% | $ 1,153.40 |
| 06/30/2024 | JND eDiscovery LLC | JND Monthly Hosting - June 2024 - Deferred | $ 437.39 |
| 06/30/2024 | Pacer | Pacer - Document Retrieval - QTR 2 2024 | $ 68.50 |
| 06/30/2024 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 06/01/24- 06/30/24 | $ 73.85 |
| 07/01/2024 | Phillips, Fractor & Company, LLC | 06/03/24 - 06/18/24 Consulting Services - 50% of $28,825.00 | $ 14,412.50 |
| 07/01/2024 | Settlement Services, Inc | Settlement Admin - Jun 2024 - Deferred 100% | $ 1,689.89 |
| 07/03/2024 | JAMS, Inc. | 09/17/24 Mediation - Retainer (50% of $10,500.00 - SWCK Share) | $ 5,250.00 |
| 07/21/2024 | Travel Incorporated | 07/24/24 -07/25/24 Flight JGK | $ 479.96 |
| 07/21/2024 | Travel Incorporated | 07/24/24 -07/25/24 Flight Fee JGK | $ 8.00 |
| 07/25/2024 | Travel Incorporated | 07/24/24 -07/25/24 Flight JGK Exchange | $ 40.00 |
| 07/25/2024 | Travel Incorporated | 07/24/24 -07/25/24 Flight JGK Exchange | $ 27.00 |
| 07/25/2024 | Travel Incorporated | 07/24/24 -07/25/24 Flight JGK Exchange | $ 27.00 |
| 07/31/2024 | JND eDiscovery LLC | JND Monthly Hosting - Jul 2024 | $ 437.39 |
| 07/31/2024 | Konecky, Joshua (CA-HQ) | 07/24/24Hotel - Case Related: Hotel, plus dinner and breakfast for depo (Song/expert) | $ 406.11 |
| 07/31/2024 | Konecky, Joshua (CA-HQ) | 07/25/24 Dinner - Case Related: Dinner in route after depo:MCS Burbank | $ 83.91 |
| 07/31/2024 | Konecky, Joshua (CA-HQ) | 07/24/24 Taxi - Case Related: Travel to airport for depo:Uber | $ 56.28 |
| 07/31/2024 | Konecky, Joshua (CA-HQ) | 07/24/14 Taxi - Case Related: Travel from airport to hotel for dep:Uber | $ 85.14 |
| 07/31/2024 | Konecky, Joshua (CA-HQ) | 07/25/24 Taxi - Case Related: Travel from depo to airport: Uber | $ 95.70 |
| 07/31/2024 | Konecky, Joshua (CA-HQ) | 07/25/24 Taxi - Case Related: Travel from airport to home: Uber | $ 49.11 |
| 07/31/2024 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 07/01/24- 07/31/24 | $ 169.55 |
| 08/01/2024 | Phillips, Fractor & Company, LLC | 07/17/24 - 07/24/24 Consulting Services - 50% of $2,600.00 | $ 1,300.00 |
| 08/01/2024 | Settlement Services, Inc | Settlement Admin - Jul 2024 - Deferred 100% | $ 504.74 |
| 08/02/2024 | Freight Research Inc | 06/05/24-08/02/24 Professional Service - Expert Witness - (SWCK Share 50% of $10,5 | $ 5,250.00 |
| 08/02/2024 | Freight Research Inc | 08/02/24 Professional Service - Expert Witness Depo $600 @ 2.3 Hrs | $ 1,380.00 |
| 08/13/2024 | Steno Agency, Inc | 07/25/24 Deposition - Chen Song, PHD CFA | $ 2,820.10 |
| 08/15/2024 | First Legal Network LLC | 08/06/24 Courtesy Delivery | $ 210.47 |
| 08/19/2024 | Veritext (Western Region) | 08/22/24 Certified Transcripts: witness - Steven Viscelli | $ 664.85 |
| 08/22/2024 | Steno Agency, Inc | 08/20/24 Deposition - Lee David Coblentz | $ 2,271.60 |
| 08/30/2024 | Veritext (Western Region) | 08/28/24 Certified Transcripts: witness - Timothy Deady | $ 1,177.55 |

SCHNEIDER² WALLACE
COTTRELL KIM LLP

| DATE | VENDOR | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|
| 08/31/2024 | JND eDiscovery LLC | JND Monthly Hosting - Aug 2024 | $ | 2,890.30 |
| 08/31/2024 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 08/01/24- 08/31/24 | $ | 568.42 |
| 09/03/2024 | Phillips, Fractor & Company, LLC | 08/05/24 - 08/13/24 Consulting Services - 50% of $9,000 | $ | 4,900.00 |
| 09/03/2024 | Settlement Services, Inc | Settlement Admin - Aug 2024 | $ | 290.30 |
| 09/09/2024 | Travel Incorporated | 10/28/24 Flight JGK | $ | 427.95 |
| 09/09/2024 | Travel Incorporated | 10/28/24 Flight Fee JGK | $ | 8.00 |
| 09/15/2024 | First Legal Network LLC | 09/12/24 Courtesy Delivery | $ | 35.00 |
| 09/18/2024 | Veritext (Western Region) | 09/05/24 Certified Transcripts: witness - Sean Chasworth | $ | 2,123.90 |
| 09/19/2024 | Veritext (Western Region) | 08/28/24 Video-Digitizing, transcript, electronic access: witness - Timothy Deady | $ | 463.00 |
| 09/19/2024 | Veritext (Western Region) | 09/05/24 Video-Digitizing, transcript, electronic access: witness - Sean Chasworth | $ | 658.00 |
| 09/23/2024 | Phillips, Fractor & Company, LLC | 08/09/24 & 09/05/24 Chasworth Deposition 7hs at $400.00 - Paid 100% per JGK | $ | 2,800.00 |
| 09/30/2024 | First Legal Network LLC | 09/12/24 Courtesy Delivery | $ | 168.00 |
| 09/30/2024 | First Legal Network LLC | 09/03/24 Courtesy Delivery | $ | 881.48 |
| 09/30/2024 | JND eDiscovery LLC | JND Monthly Hosting - Sep 2024 | $ | 2,417.30 |
| 09/30/2024 | Pacer | Pacer -Document Retrieval - QTR 3 2024 | $ | 63.50 |
| 09/30/2024 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 09/01/24- 09/30/24 | $ | 362.74 |
| 10/01/2024 | Settlement Services, Inc | Settlement Admin - Sep 2024 | $ | 71.00 |
| 10/31/2024 | JND eDiscovery LLC | JND Monthly Hosting - Oct 2024 | $ | 2,417.30 |
| 10/31/2024 | RELX Inc DBA LexisNexis | Lexis-Nexis Document Retrieval - Period: 10/01/24 - 10/31/24 | $ | 299.82 |
| 11/01/2024 | Phillips, Fractor & Company, LLC | 10/09/24-10/11/24 Chasworth Depo Review 4hs at $400.00 - Paid $900.00 of $1,600 | $ | 900.00 |
| 11/01/2024 | Settlement Services, Inc | Settlement Admin - Oct 2024 | $ | 110.50 |
| 11/30/2024 | JND eDiscovery LLC | JND Monthly Hosting - Nov 2024 | $ | 2,417.30 |
| 12/02/2024 | Settlement Services, Inc | Nov 2024 - Prof Services & Monthly Telephone System Usage Fee | $ | 31.50 |
| 12/31/2024 | BK Attorney Services, LLC | Mailing | $ | 87.55 |
| 12/31/2024 | JND eDiscovery LLC | JND Monthly Hosting - Dec 2024 | $ | 2,417.30 |
| 12/31/2024 | Pacer | Pacer -Document Retrieval - QTR 4 2024 | $ | 1.50 |
| 12/31/2024 | RELX Inc DBA LexisNexis | Lexis-Nexis Document Retrieval - Period: 12/01/24 - 12/31/24 | $ | 25.97 |
| 12/31/2024 | West Payment Center (4005) | Thomson Reuters - Case Specific Research 12/01/24 - 12/31/24 | $ | 16.93 |
| 01/02/2025 | Settlement Services, Inc | Settlement Admin - Dec 2024 | $ | 25.00 |
| 01/31/2025 | JND eDiscovery LLC | JND Monthly Hosting - Jan 2025 | $ | 2,417.30 |
| 01/31/2025 | RELX Inc DBA LexisNexis | Lexis-Nexis Document Retrieval - Period: 01/01/2025 - 01/31/2025 | $ | 439.01 |
| 02/03/2025 | Settlement Services, Inc | Monthly Telephone System Usage Fee - Jan 2025 | $ | 25.00 |
| 02/19/2025 | BK Attorney Services, LLC | JGK - Letter to client updating reset of Trial Date | $ | 89.88 |
| 02/28/2025 | JND eDiscovery LLC | JND Monthly Hosting - February 2025 | $ | 2,417.30 |
| 03/03/2025 | Settlement Services, Inc | Monthly Telephone System Usage Fee and Professional Services (Status Email) - Feb | $ | 42.50 |
| 03/31/2025 | JND eDiscovery LLC | JND Monthly Hosting - Mar 2025 | $ | 2,417.30 |
| 04/01/2025 | Settlement Services, Inc | Prof Services & Monthly Telephone System Usage Fee - Mar 2025 | $ | 31.50 |
| 04/30/2025 | JND eDiscovery LLC | JND Monthly Hosting - Apr 2025 | $ | 2,535.55 |
| 05/02/2025 | Settlement Services, Inc | Apr 2025 - Prof Services & Monthly Telephone System Usage Fee | $ | 56.00 |
| 05/31/2025 | JND eDiscovery LLC | JND Monthly Hosting - May 2025 | $ | 463.76 |
| 06/02/2025 | Settlement Services, Inc | May 2025 - Monthly Telephone System Usage Fee | $ | 25.00 |
| 06/02/2026 | Chopra Koonan Litigation Consultin | Professional Fees - Case Consultation: Telephone, Voir Dire Questions: Judge, Case C | $ | 1,750.00 |

SCHNEIDER² WALLACE COTTRELL KIM LLP

| DATE | VENDOR | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|
| 06/30/2025 | JND eDiscovery LLC | JND Monthly Hosting - Jun 2025 | $ | 463.76 |
| 07/31/2025 | JND eDiscovery LLC | JND Monthly Hosting - Jul 2025 | $ | 463.76 |
| 08/31/2025 | First Legal Network LLC | 08/26/25 Delivery | $ | 20.98 |
| 08/31/2025 | First Legal Network LLC | 08/28/25 Delivery | $ | 20.98 |
| 08/31/2025 | JND eDiscovery LLC | JND Monthly Hosting - Aug 2025 | $ | 2,299.05 |
| 09/10/2025 | BK Attorney Services, LLC | Letter to Trial Witness re: Trial Update | $ | 71.68 |
| 09/30/2025 | JND eDiscovery LLC | JND Monthly Hosting - Sep 2025 | $ | 2,180.80 |
| 10/31/2025 | JND eDiscovery LLC | JND Monthly Hosting - Oct 2025 | $ | 2,180.80 |
| 11/19/2025 | Signature Resolution | Professional Services - Paid 50% of $10,750.00 | $ | 5,375.00 |
| 11/30/2025 | JND eDiscovery LLC | JND Monthly Hosting - Nov 2025 | $ | 2,180.80 |
| 12/05/2025 | FedEx | 11/26/25 FedEx to Scott A. Edelman from Lourdes Castro | $ | 57.78 |
| 12/10/2025 | Signature Resolution | 12/15/25 Mediation Hearing (second day) - SWCK 50% Share of Plaintiffs Half | $ | 1,500.00 |
| 12/15/2025 | Konecky, Joshua (CA-HQ) | 12/2/25 Hotel - Case Related: Hotel first night for mediation | $ | 281.35 |
| 12/15/2025 | Konecky, Joshua (CA-HQ) | 12/1/25 Snacks/Beverages - Case Related: Snacks at Oak airport during travel to LA fo | $ | 13.72 |
| 12/15/2025 | Konecky, Joshua (CA-HQ) | 12/1/25 Snacks/Beverages - Case Related: Snacks at Burbank in route to mediation: M | $ | 11.98 |
| 12/15/2025 | Konecky, Joshua (CA-HQ) | 12/2/25 Snacks/Beverages - Case Related: Snacks at airport to LA for mediation: Huds | $ | 7.00 |
| 12/15/2025 | Konecky, Joshua (CA-HQ) | 12/2/25 Breakfast - Case Related: Breakfast at hotel for mediation | $ | 49.69 |
| 12/15/2025 | Konecky, Joshua (CA-HQ) | 12/1/25 Taxi - Case Related: Uber to oak airport for LA mediation :Uber | $ | 53.65 |
| 12/15/2025 | Konecky, Joshua (CA-HQ) | 12/1/25 Taxi - Case Related: Uber from Burbank airport to LA for mediation: Uber | $ | 93.55 |
| 12/15/2025 | Konecky, Joshua (CA-HQ) | 12/2/25 Taxi - Case Related: Uber to Burbank airport after mediation: Uber | $ | 79.13 |
| 12/15/2025 | Konecky, Joshua (CA-HQ) | 12/2/25 Taxi - Case Related: Uber from oak airport to home after mediation: Uber | $ | 43.94 |
| 12/24/2025 | Signature Resolution | 12/15/25 Mediation Hearing (second day) - Paid 50% of Plaintiffs Half | $ | 2,000.00 |
| 12/31/2025 | JND eDiscovery LLC | JND Monthly Hosting - Dec 2025 | $ | 2,299.05 |
| 12/31/2025 | Pacer | PACER 10/01/25 - 12/31/25 | $ | 20.60 |
| 01/31/2026 | JND eDiscovery LLC | JND Monthly Hosting - Jan 2026 | $ | 963.76 |
| 03/31/2026 | First Legal Network LLC | 03/19/26: Research Branch - same day | $ | 126.55 |
| 03/31/2026 | First Legal Network LLC | 03/30/26: Delivery-same day: Letter | $ | 78.25 |
| 03/31/2026 | Pacer | PACER 01/01/26 - 03/31/26 | $ | 5.80 |
| 05/11/2026 | Epiq Class Action & Claims Solutior | 04/01/26 - 04/30/26 Project Coordinator and Manager | $ | 183.00 |
| 10/14/2026 | SWCK | CA - Reclass Postage to Case Costs (2023-Present) | $ | 28.25 |
| 10/14/2026 | SWCK | Copies and Printing from Shared Printing (2023-Present) | $ | 2,213.50 |
| | | **Total Cost for 104816 - Huckaby, Keith v CRST Expedited** | **$** | **284,623.22** |
| | | | | |
| 03/31/2023 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 03/01/23 - 03/31/23 | $ | 7.12 |
| 10/14/2026 | SWCK | Copies and Printing from Shared Printing (2023-Present) | $ | 81.25 |
| | | **Total Cost for 104817 - Huckaby, Keith v CRST Exp (PAGA)** | **$** | **88.37** |
| | | | | |
| | | **Combined Total** | **$** | **284,711.59** |